ORIGINAL

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
  Timothy L. Alger (Bar No. 160303)
  (timalger@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with<br>Case Nos. CV 04-09059 & CV 05-2727<br><br>MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL DECLARATION OF TIMOTHY L. ALGER WITH CORRECTED EXHIBIT 86 TO THE DECLARATION OF MICHAEL T. ZELLER IN SUPPORT OF MATTEL, INC.'S MOTION FOR PARTIAL SUMMARY JUDGMENT<br><br>[C.D. Rule 79-5.1]<br><br>[[Proposed] Order filed under separate cover.]<br><br>Hearing Date: April 23, 2008<br>Time: 10:00 a.m.<br>Place: Courtroom 1<br><br>**Phase 1**<br>Discovery Cut-Off: January 28, 2008<br>Pre-Trial Conference: May 5, 2008<br>Trial Date: May 27, 2008 |

07209/2474961.1

1   This Court entered a Stipulated Protective Order on January 4, 2005,
2 that permits the parties to mark and treat as confidential testimony and documents
3 marked as "CONFIDENTIAL" or "CONFIDENTIAL – ATTORNEYS EYES'
4 ONLY" (collectively referred to herein as "Confidential Information"). By that
5 Order, parties must file any Confidential Information under seal and, except as
6 otherwise authorized by statute or federal rule, seek the Court's approval of such
7 filing under seal.

8   Accordingly, Mattel, Inc. submits the following document and requests
9 that it be filed under seal pursuant to the Stipulated Protective Order of January 4,
10 2005 and the Court's Order on Stipulation dated March 11, 2008:

11   Declaration of Timothy L. Alger with Corrected Exhibit 86 to the
12   Declaration of Michael T. Zeller in Support of Mattel, Inc.'s Motion for
13   Partial Summary Judgment.

14 DATED: April 17, 2008          QUINN EMANUEL URQUHART OLIVER &
15                                HEDGES, LLP

16
17                                By /s/ Timothy L. Alger
18                                Timothy L. Alger
                                   Attorneys for Mattel, Inc.

## PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is Now Legal Service, 1301 W. 2nd Street, Suite 206, Los Angeles, CA 90026.

On April 17, 2008, I served true copies of the following document(s) described as **APPLICATION TO FILE UNDER SEAL DECLARATION OF TIMOTHY L. ALGER WITH CORRECTED EXHIBIT 86 TO THE DECLARATION OF MICHAEL T. ZELLER IN SUPPORT OF MATTEL, INC.'S MOTION FOR PARTIAL SUMMARY JUDGMENT** on the parties in this action as follows:

Thomas J. Nolan, Esq.
**Skadden, Arps, Slate, Meagher & Flom LLP**
300 So. Grand Ave.
Suite 3400
Los Angeles CA 90071
*Attorneys for MGA ENTERTAINMENT, INC.*

John W. Keker
Michael H. Page
Christa M. Anderson
**Keker & Van Nest, LLP**
710 Sansome Street
San Francisco, CA 94111
*Attorneys for CARTER BRYANT*

**BY PERSONAL SERVICE:** I delivered such envelope(s) by hand to the office of the person(s) being served.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on April 17, 2008, at Los Angeles, California.

NOW LEGAL -- Dave Quintana

07209/2434630.1

# PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 865 South Figueroa Street, 10th Floor, Los Angeles, California 90017-2543.

On April 17, 2008, I served true copies of the following document(s) described as **MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL DECLARATION OF TIMOTHY L. ALGER WITH CORRECTED EXHIBIT 86 TO THE DECLARATION OF MICHAEL T. ZELLER IN SUPPORT OF MATTEL, INC.'S MOTION FOR PARTIAL SUMMARY JUDGMENT** on the parties in this action as follows:

> Mark E. Overland, Esq.
> David E. Scheper, Esq.
> Alexander H. Cote, Esq.
> **Overland Borenstein Scheper & Kim, LLP**
> One Bunker Hill
> 601 West Fifth Street, 12th Floor
> Los Angeles, CA 90017
> ***Attorneys for Carlos Gustavo Machado***

**BY MAIL:** I enclosed the foregoing into sealed envelope(s) addressed as shown above, and I deposited such envelope(s) in the mail at Los Angeles, California. The envelope was mailed with postage thereon fully prepaid.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on April 17, 2008, at Los Angeles, California.

/s/ Yalonda J. Dekle
Yalonda J. Dekle

07209/2359511.1