QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>STIPULATION REGARDING EXCHANGE OF REVISED EXHIBIT LISTS, OBJECTIONS TO EXHIBITS, AND FILING OF PRE-TRIAL EXHIBIT STIPULATION<br><br>[[Proposed] Order lodged concurrently herewith]<br><br>Phase 1:<br>Discovery Cut-off:   January 28, 2008<br>Pre-trial Conference: May 5, 2008<br>Trial Date:           May 27, 2008 |

07209/2475348.1

STIPULATION

## Stipulation

WHEREAS, on April 7, 2008, the Court provided additional guidance regarding the parties' exhibit lists and directed that revised lists be exchanged;

WHEREAS, the exchange of revised exhibit lists necessarily affects the timing of exchanging objections to the exhibit lists and the filing of a Pre-Trial Exhibit Stipulation; and

WHEREAS, the parties wish to agree on a modified schedule for exchanging revised exhibit lists and objections, and for the filing of the Pre-Trial Exhibit Stipulation;

-1-

1  NOW, THEREFORE, the parties hereby stipulate, by and through their
2  counsel of record and subject to the Court's approval, that the parties shall exchange
3  revised exhibit lists by 7:00 p.m., Friday, April 18, 2008; exchange objections to
4  exhibits by 7:00 p.m., Friday, April 25, 2008; and file the Pre-Trial Exhibit
5  Stipulation before the Final Pretrial Conference.
6  IT IS SO STIPULATED.

7

8  DATED: April 18, 2008          QUINN EMANUEL URQUHART OLIVER &
9                                 HEDGES, LLP

10
11                                 By /s/ James Webster
12                                 James Webster
                                   Attorneys for Mattel, Inc.
13

14  DATED: April 18, 2008          SKADDEN, ARPS, SLATE, MEAGHER &
15                                 FLOM LLP

16
17                                 By /s/ Lance A. Etcheverry
18                                 Lance A. Etcheverry
                                   Attorneys for MGA Entertainment, Inc,
19                                 MGA Entertainment (HK) Ltd. and Isaac
                                   Larian

20  DATED: April 18, 2008          KEKER & VAN NEST, LLP
21
22                                 By /s/ Matthew Werdegar
23                                 Matthew Werdegar
                                   Attorneys for Carter Bryant
24
25
26
27
28

07209/2475348.107209/24
75348.107209/2475348.1

-2-

STIPULATION