KEKER & VAN NEST, LLP
JOHN W. KEKER - #49092
jkeker@kvn.com
MICHAEL H. PAGE - #154913
mpage@kvn.com
CHRISTA M. ANDERSON - #184325
canderson@kvn.com
MATTHEW M. WERDEGAR - #200470
mwerdegar@kvn.com
JOHN E. TRINIDAD - #250468
jtrinidad@kvn.com
AUDREY WALTON-HADLOCK- #250574
awaltonhadlock@kvn.com
710 Sansome Street
San Francisco, CA  94111-1704
Telephone:  (415) 391-5400
Facsimile:  (415) 397-7188

Attorneys for Plaintiff
CARTER BRYANT

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>            Plaintiff,<br><br>     v.<br><br>MATTEL, INC. a Delaware Corporation,<br><br>            Defendant.<br><br>CONSOLIDATED WITH MATTEL, INC., v. BRYANT and MGA ENTERTAINMENT, INC. v. MATTEL, INC. | Case No. CV 04-09049 SGL (RNBx) (consolidated with CV 04-9059 & 05-2727<br><br>**PROOF OF SERVICE** |

PROOF OF SERVICE

I am employed in the City and County of San Francisco, State of California in the office of a member of the bar of this court at whose direction the following service was made. I am over the age of eighteen years and not a party to the within action. My business address is Keker & Van Nest, LLP, 710 Sansome Street, San Francisco, California 94111.

On April 18, 2008, I served the following document(s):

**1.** CARTER BRYANT'S APPLICATION TO FILE UNDER SEAL CARTER BRYANT'S EVIDENTIARY OBJECTIONS TO THE REPLY EVIDENCE CITED IN MATTEL, INC.'S CONSOLIDATED SEPARATE STATEMENT OF UNCONTESTED FACTS AND CONCLUSIONS OF LAW IN SUPPORT OF MATTELS' MOTION FOR PARTIAL SUMMARY JUDGMENT

**2.** [PROPOSED] ORDER RE CARTER BRYANT'S APPLICATION TO FILE UNDER SEAL BRYANT'S EVIDENTIARY OBJECTIONS TO THE REPLY EVIDENCE CITED IN MATTEL, INC.'S CONSOLIDATED SEPARATE STATEMENT OF UNCONTESTED FACTS AND CONCLUSIONS OF LAW IN SUPPORT OF MATTELS' MOTION FOR PARTIAL SUMMARY JUDGMENT

**3.** CARTER BRYANT'S EVIDENTIARY OBJECTIONS TO THE REPLY EVIDENCE CITED IN MATTEL, INC.'S CONSOLIDATED SEPARATE STATEMENT OF UNCONTESTED FACTS AND CONCLUSIONS OF LAW IN SUPPORT OF MATTEL'S MOTION FOR PARTIAL SUMMARY JUDGMENT **[VOLUME 1] ; and**

**4.** CARTER BRYANT'S EVIDENTIARY OBJECTIONS TO THE REPLY EVIDENCE CITED IN MATTEL, INC.'S CONSOLIDATED SEPARATE STATEMENT OF UNCONTESTED FACTS AND CONCLUSIONS OF LAW IN SUPPORT OF MATTEL'S MOTION FOR PARTIAL SUMMARY JUDGMENT **[VOLUME 2].**

by **COURIER**, by placing a true and correct copy in a sealed envelope addressed as shown below, and dispatching a messenger from Timemachine, whose address is 1533 Wilshire Blvd., Los Angeles, CA 90017, with instructions to hand-carry the above and make delivery to the following during normal business hours, by leaving the package with the person whose name is shown or the person authorized to accept courier deliveries on behalf of the addressee.

1
PROOF OF SERVICE
CASE NO. CV 04-09049 SGL (RNBx)

413486.02

| | |
|---|---|
| John B. Quinn<br>Michael T. Zeller<br>Quinn Emanuel Urquhart Oliver & Hedges, LLP<br>865 South Figueroa Street, 10th Floor<br>Los Angeles, CA  90017-2543<br>Tel:   213/443-3000<br>Fax:  213/443-3100<br>Email: johnquinn@quinnemanuel.com<br>Email: michaelzeller@quinnemanuel.com | Thomas J. Nolan<br>Skadden Arps Slate Meagher & Flom<br>300 South Grand Avenue, Suite 3400<br>Los Angeles, CA 90071-3144<br>Tel:   213/687-5000<br>Fax:  213/687-5600<br>Email: tnolan@skadden.com |

Alexander H. Cote (via U.S. Mail)
Overland Borenstein Scheper & Kim LLP
300 S. Grand Avenue, Suite 2750
Los Angeles, California 90071
Tel:   213/613-4660
Fax:  213/613-4656
Email :       acote@obsklaw.com

Executed on April 18, 2008, at San Francisco, California.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

*/s/ Julie Selby*
Julie A. Selby

---

2
PROOF OF SERVICE
CASE NO. CV 04-09049 SGL (RNBx)

413486.02