QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 90378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:  (213) 443-3000
Facsimile:  (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>              Plaintiff,<br><br>       vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>              Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>MATTEL, INC.'S REPLY IN SUPPORT OF ITS REQUEST FOR RELIEF UNDER RULE 56(F) IN CONNECTION WITH ITS OPPOSITION TO DEFENDANTS' MOTIONS FOR PARTIAL SUMMARY JUDGMENT<br><br>Date:   April 22, 2008<br>Time:  10:00 a.m.<br>Place:  Courtroom 1<br><br>**Phase 1**<br>Discovery Cut-Off:     Jan. 28, 2008<br>Pre-Trial Conference:  May 5, 2008<br>Trial Date:            May 27, 2008 |

07209/2475363.1

In connection with its opposition to defendants' motions for partial summary judgment, Mattel, Inc. submitted a declaration of B. Dylan Proctor which, pursuant to Rule 56(f), requested a continuance of the Court's ruling on defendants' motions, if the Court were inclined to grant them, because there was (and is) outstanding discovery that was pertinent to issues raised by defendants' motions. Defendants oppose Mattel's request on a single ground: the Rule 56(f) request was made in a declaration, not in the opposition brief itself. Defendants' objection is misplaced.

Rule 56(f) states that the Court may grant a continuance "[i]f a party opposing the motion shows by affidavit that, for specified reasons, it cannot present facts essential to justify its opposition." (Emphasis added). That is precisely what Mattel did when it showed, by declaration, that it expects to obtain additional facts in discovery further showing the lack of merit of defendants' motions. The single case that defendants cite in support of their position is inapposite. See Foster v. Arcata Associates, Inc., 772 F.2d 1453, 1467 (9th Cir. 1985). There, the court held that the district court did not abuse its discretion in granting summary judgment even though discovery had not been completed because the non-movant did not request relief under Rule 56(f). See id. Here, Mattel has expressly requested relief under Rule 56(f) in the Declaration of B. Dylan Proctor filed concurrently with Mattel's opposition to defendants' motions, and in the Supplemental Rule 56(f) Declaration of B. Dylan Proctor. Accordingly, defendants' request that the Court deny Mattel's Rule 56(f) request is without merit.

DATED: April 18, 2008

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

By  /s/
Michael T. Zeller
Attorneys for Mattel, Inc.

07209/2475363.1

- 1 -
REPLY IN SUPPORT OF REQUEST FOR RULE 56(F) RELIEF