KEKER & VAN NEST, LLP
JOHN W. KEKER - #49092
jkeker@kvn.com
MICHAEL H. PAGE - #154913
mpage@kvn.com
CHRISTA M. ANDERSON - #184325
canderson@kvn.com
MATTHEW M. WERDEGAR - #200470
mwerdegar@kvn.com
JOHN E. TRINIDAD - #250468
jtrinidad@kvn.com
AUDREY WALTON-HADLOCK- #250574
awaltonhadlock@kvn.com
710 Sansome Street
San Francisco, CA  94111-1704
Telephone:  (415) 391-5400
Facsimile:  (415) 397-7188

Attorneys for Plaintiff
CARTER BRYANT

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC. a Delaware Corporation,<br><br>Defendant.<br><br>CONSOLIDATED WITH MATTEL, INC., v. BRYANT and MGA ENTERTAINMENT, INC. v. MATTEL, INC. | Case No. CV 04-09049 SGL (RNBx)<br>(consolidated with CV 04-9059 & 05-2727)<br><br>**DECLARATION OF MATTHEW M. WERDEGAR IN OPPOSITION TO MATTEL, INC.'S *EX PARTE* APPLICATION TO STRIKE THE EXPERT REPORT OF DOUGLAS KIDDER AND TO PRECLUDE HIS TESTIMONY AT TRIAL**<br><br>Date:<br>Time:<br>Dept:     Courtroom 1<br>Judge:    Hon. Stephen G. Larson<br><br>Date Comp. Filed:  April 13, 2005<br><br>Discovery Cut-Off:  Jan. 28, 2008<br>Pre-Trial Conference:  May 5, 2008<br>Trial Date:  May 27, 2008 |

DECLARATION OF MATTHEW M. WERDEGAR IN OPPOSITION TO MATTEL, INC.'S
*EX PARTE* APPLICATION TO STRIKE THE EXPERT REPORT OF DOUGLAS KIDDER AND TO
PRECLUDE HIS TESTIMONY AT TRIAL
CASE NO. CV 04-09049 SGL (RNBx)

415684.01

I, Matthew M. Werdegar, declare and state that:

1. I am an attorney licensed to practice law in the State of California and am a partner of the law firm of Keker & Van Nest LLP, located at 710 Sansome Street, San Francisco, California 94111, counsel for plaintiff Carter Bryant in the above-captioned action. I am duly admitted to practice law before this Court. Except where expressly stated, I have knowledge of the facts set forth herein, and if called to testify as a witness thereto, could do so competently under oath.

2. I am informed and believe that shortly after MGA filed its summary judgment motion on March 7, Mattel notified MGA that it intended to file an *ex parte* application to strike MGA's summary judgment motion for failure to double space block quotes.

3. Attached hereto as Exhibit 1 is a true and correct copy of an email chain between my colleague Michael Page and Christopher Tayback, dated March 18 through March 20, 2008.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration was executed on April 18, 2008, at San Francisco, California.

*/s/ Matthew M. Werdegar*
MATTHEW M. WERDEGAR

---

1

DECLARATION OF MATTHEW M. WERDEGAR IN OPPOSITION TO MATTEL, INC.'S *EX PARTE* APPLICATION TO STRIKE THE EXPERT REPORT OF DOUGLAS KIDDER AND TO PRECLUDE HIS TESTIMONY AT TRIAL
CASE NO. CV 04-09049 SGL (RNBx)

415684.01