# EXHIBIT 1

# Audrey Walton-Hadlock

**From:** Michael Page
**Sent:** Thursday, March 20, 2008 4:53 PM
**To:** Christopher Tayback
**Subject:** RE: Gary Funck

It's a date.  No need to subpoena/notice, see you then.

-----Original Message-----
From: Christopher Tayback [mailto:christayback@quinnemanuel.com]
Sent: Thursday, March 20, 2008 7:44 PM
To: Michael Page
Subject: RE: Gary Funck

OK, how about April 8, starting at 10 am.  We can do it in our SF office.



-----Original Message-----
From: Michael Page [mailto:MPage@KVN.com]
Sent: Tuesday, March 18, 2008 6:05 PM
To: Christopher Tayback
Subject: RE: Gary Funck

Great; let's try to set the date in the next day or two so I can block it out.  Gary's in Bay Area, let me know if you would like us to host.

-----Original Message-----
From: Christopher Tayback [mailto:christayback@quinnemanuel.com]
Sent: Tuesday, March 18, 2008 7:38 PM
To: Michael Page
Subject: Re: Gary Funck

I think that's fine.

----- Original Message -----
From: Michael Page <MPage@KVN.com>
To: Christopher Tayback
Sent: Tue Mar 18 12:47:59 2008
Subject: RE: Gary Funck

I can't do that week; in east all week for appellate arguments.  But can do any day the following week (4/7-11).

---

From: Christopher Tayback [mailto:christayback@quinnemanuel.com]
Sent: Tuesday, March 18, 2008 2:06 PM
To: Michael Page
Subject: Gary Funck

Mike--

Can you give me some dates for the deposition of Gary Funck?  Preferably (for me) sometime during the week after next (the first week of April).

Thanks,

Chris Tayback

1