THOMAS J. NOLAN (Bar No. 66992)
(tnolan@skadden.com)
JASON D. RUSSELL (Bar No. 169219)
(jrussell@skadden.com)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue, Suite 3400
Los Angeles, CA 90071
Tel.: (213) 687-5000/Fax: (213) 687-5600

RAOUL D. KENNEDY (Bar No. 40892)
(rkennedy@skadden.com)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
4 Embarcadero Center, Suite 3800
San Francisco, CA 94111-5974
Tel.: (415) 984-2698 / Fax: (415) 984-2626

Attorneys for MGA Entertainment, Inc., MGA Entertainment (HK) Limited, MGAE de Mexico, S.R.L. DE C.V., and Isaac Larian

UNITED STATED DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with Case No. 04-9059 and Case No. 05-2727<br><br>Honorable Stephen G. Larson<br><br>APPLICATION TO FILE UNDER SEAL JOINT REPORT TO COURT REGARDING UNDER SEAL DOCUMENTS SUBMITTED IN SUPPORT OF THE PARTIES' MOTIONS FOR PARTIAL SUMMARY JUDGMENT<br><br>Hearing Date: April 22, 2008<br>Time: 10:00 a.m. |

MGA Parties' Application To File Under Seal
Case No. CV 04-9049 SGL (RNBx)

1 Pursuant to Local Rule 79-5.1, the Stipulated Protective Order entered by the Court in this action on January 4, 2005, and the Court's Order of March 31, 2008 regarding de-designation of documents and testimony that have been filed under seal, Mattel, Inc., Carter Bryant, and MGA Entertainment, Inc., Isaac Larian, MGA Entertainment (HK) Limited, and MGAE de Mexico S.R.L. de C.V. (collectively, the "Parties") hereby respectfully request that the Court order the following document be filed under seal: Joint Report To Court Regarding Under Seal Documents Submitted In Support Of The Parties' Motions For Partial Summary Judgment ("Joint Report"). Good cause exists for filing this document under seal because the Court's March 31, 2008 Order requires that the Joint Report be filed under seal.

DATED: April 18, 2008

SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP

By: /s/ Jason D. Russell *with permission*
Jason D. Russell
Attorneys for MGA Entertainment, Inc., MGA Entertainment (HK) Limited, MGAE de Mexico, S.R.L. DE C.V., and Isaac Larian