```
 1  KEKER & VAN NEST, LLP
    JOHN W. KEKER - #49092
 2  jkeker@kvn.com
    MICHAEL H. PAGE - #154913
 3  mpage@kvn.com
    CHRISTA M. ANDERSON - #184325
 4  canderson@kvn.com
    MATTHEW M. WERDEGAR - #200470
 5  mwerdegar@kvn.com
 6  Attorneys for Plaintiff
    CARTER BRYANT
 7
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC. a Delaware Corporation,<br><br>Defendant.<br><br>CONSOLIDATED WITH MATTEL, INC., v. BRYANT and MGA ENTERTAINMENT, INC. v. MATTEL, INC. | Case No. CV 04-09049 SGL (RNBx) (consolidated with CV 04-9059 & 05-2727<br><br>**CARTER BRYANT'S APPLICATION TO FILE UNDER SEAL CARTER BRYANT'S EVIDENTIARY OBJECTIONS TO THE REPLY EVIDENCE CITED IN MATTEL, INC.'S CONSOLIDATED SEPARATE STATEMENT OF UNCONTESTED FACTS AND CONCLUSIONS OF LAW IN SUPPORT OF MATTELS' MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>[[Proposed] Order filed concurrently herewith]<br><br>Date:   March 31, 2008<br>Time:   10:00 a.m.<br><br>Dept:   Courtroom 1<br>Judge:  Hon. Stephen G. Larson<br><br>Date Comp. Filed: April 13, 2005<br><br>Discovery Cut-Off: Jan. 28, 2008<br>Pre-Trial Conference: May 5, 2008<br>Trial Date: May 27, 2008 |

FILED BY FAX
CRC 2005

CARTER BRYANT'S APPLICATION TO FILE UNDER SEAL EVIDENTIARY OBJECTIONS TO THE
REPLY EVIDENCE CITED IN MATTEL INC.'S CONSOLIDATED SEPARATE STATEMENT OF
UNCONTESTED FACTS AND CONCLUSIONS OF LAW IN SUPPORT OF MATTEL'S MOTION FOR
PARTIAL SUMMARY JUDGMENT
CASE NO. CV 04-09049 SGL (RNBx)

415685.01

1    Pursuant to Local Rule 79-5.1 and the Stipulated Protective Order entered by
2    the Court in this action, Carter Bryant ("Bryant") hereby respectfully requests that
3    the Court order filed under seal Bryant's Evidentiary Objections to the Reply
4    Evidence Cited in Mattel Inc.'s Consolidated Separate Statement of Uncontested
5    Facts and Conclusions of Law in Support of Mattel's Motion for Partial Summary
6    Judgment.
7    Bryant's Evidentiary Objections cites testimony and documents from
8    depositions that have been designated as "Confidential" or "Confidential—
9    Attorneys Eyes Only" pursuant to the Protective Order that governs this case.
10   Accordingly, Bryant requests that the Court order that his Evidentiary Objections
11   to the Reply Evidence Cited in Mattel Inc.'s Consolidated Separate Statement of
12   Uncontested Facts and Conclusions of Law in Support of Mattel's Motion for
13   Partial Summary Judgment be filed under seal.

Respectfully submitted,

Dated: April 18, 2008            KEKER & VAN NEST, LLP

By: _____
MATTHEW WERDEGAR
Attorneys for Plaintiff
CARTER BRYANT

415685.01

1
CARTER BRYANT'S APPLICATION TO FILE UNDER SEAL EVIDENTIARY OBJECTIONS TO THE
REPLY EVIDENCE CITED IN MATTEL INC.'S CONSOLIDATED SEPARATE STATEMENT OF
UNCONTESTED FACTS AND CONCLUSIONS OF LAW IN SUPPORT OF MATTEL'S MOTION FOR
PARTIAL SUMMARY JUDGMENT
CASE NO. CV 04-09049 SGL (RNBx)