```
 1  THOMAS J. NOLAN (Bar No. 66992)
    (tnolan@skadden.com)
 2  JASON D. RUSSELL (Bar No. 169219)
    (jrussell@skadden.com)
 3  SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
    300 South Grand Avenue, Suite 3400
 4  Los Angeles, CA 90071
    Tel.: (213) 687-5000/Fax: (213) 687-5600
 5
    RAOUL D. KENNEDY (Bar No. 40892)
 6  (rkennedy@skadden.com)
    SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
 7  4 Embarcadero Center, Suite 3800
    San Francisco, CA 94111-5974
 8  Tel.: (415) 984-2698 / Fax: (415) 984-2626

 9  Attorneys for MGA Entertainment, Inc., MGA Entertainment (HK) Limited,
    MGAE de Mexico, S.R.L. DE C.V., and Isaac Larian
10
```

UNITED STATED DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with Case No. 04-9059 and Case No. 05-2727<br><br>Honorable Stephen G. Larson<br><br>[PROPOSED] ORDER TO FILE UNDER SEAL |

[Proposed] Order To File Under Seal
Case No. CV 04-9049 SGL (RNBx)

## ORDER

Based on the concurrently filed Application, and good cause appearing for the entry thereof, IT IS HEREBY ORDERED that the following documents be filed under seal pursuant to Local Rule 79-5.1: Joint Report To Court Regarding Under Seal Documents Submitted In Support Of The Parties' Motions For Partial Summary Judgment.

DATED: April 18, 2008

*/s/ Stephen G. Larson*

Hon. Stephen G. Larson
United States District Court Judge