LODGED ORIGINAL

2008 APR 17 PM 3:51

**QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP**
John B. Quinn (Bar No. 090378)
(johnquinn@quinnemanuel.com)
Michael T. Zeller (Bar No. 196417)
(michaelzeller@quinnemanuel.com)
Jon D. Corey (Bar No. 185066)
(joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with<br>Case Nos. CV 04-09059 & CV 05-2727<br><br>[~~PROPOSED~~] ORDER RE MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL EXHIBIT 3 TO THE DECLARATION OF JON D. COREY IN SUPPORT OF MATTEL, INC.'S EX PARTE APPLICATION TO STRIKE THE EXPERT REPORT OF DOUGLAS KIDDER AND PRECLUDING HIS TESTIMONY AT TRIAL<br><br>Hearing Date: N/A<br>Time: N/A<br>Court Room: N/A<br><br>**Phase 1**<br>Discovery Cut-off: January 28, 2008<br>Pre-trial Conference: May 5, 2008<br>Trial Date: May 27, 2008 |

## [~~PROPOSED~~] ORDER

Based on the concurrently filed Mattel Inc.'s Application to File Under Seal Exhibit 3 to the Declaration Of Jon D. Corey In Support Of Mattel, Inc.'s *Ex Parte* Application To Strike The Expert Report Of Douglas Kidder And Precluding His Testimony At Trial,

IT IS HEREBY ORDERED:

Exhibit 3 to the Declaration Of Jon D. Corey In Support Of Mattel, Inc.'s *Ex Parte* Application To Strike The Expert Report Of Douglas Kidder And Precluding His Testimony At Trial is ORDERED filed under seal pursuant to Local Rule 79-5.1.

DATED: APR 18 2008, 2008

Hon. Stephen G. Larson
United States District Judge

## PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is Now Legal Service, 1301 W. 2nd Street, Suite 206, Los Angeles, CA 90026.

On April 17, 2008, I served true copies of the following document(s) described as **[PROPOSED] ORDER RE MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL EXHIBIT 3 TO THE DECLARATION OF JON D. COREY IN SUPPORT OF MATTEL, INC.'S EX PARTE APPLICATION TO STRIKE THE EXPERT REPORT OF DOUGLAS KIDDER AND PRECLUDING HIS TESTIMONY AT TRIAL** on the parties in this action as follows:

Thomas J. Nolan, Esq.
**Skadden, Arps, Slate, Meagher & Flom LLP**
300 So. Grand Ave.
Suite 3400
Los Angeles CA 90071

John W. Keker
**Keker & Van Nest, LLP**
710 Sansome Street
San Francisco, CA 94111
*Attorneys for CARTER BRYANT*

**BY PERSONAL SERVICE:** I delivered such envelope(s) by hand to the office of the person(s) being served.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on April 17, 2008, at Los Angeles, California.

NOW LEGAL -- Dave Quintana

07209/2434630.1

**PROOF OF SERVICE**

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 865 South Figueroa Street, 10th Floor, Los Angeles, California 90017-2543.

On April 17, 2008, I served true copies of the following document(s) described as **[PROPOSED] ORDER RE MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL DECLARATION OF JON D. COREY IN SUPPORT OF MATTEL, INC.'S *EX PARTE* APPLICATION TO STRIKE THE EXPERT REPORT OF DOUGLAS KIDDER AND PRECLUDING HIS TESTIMONY AT TRIAL** on the parties in this action as follows:

>Mark E. Overland, Esq.
>David E. Scheper, Esq.
>Alexander H. Cote, Esq.
>**Overland Borenstein Scheper & Kim, LLP**
>One Bunker Hill
>601 West Fifth Street, 12th Floor
>Los Angeles, CA 90017
>***Attorneys for Carlos Gustavo Machado***

**BY MAIL:** I enclosed the foregoing into sealed envelope(s) addressed as shown above, and I deposited such envelope(s) in the mail at Los Angeles, California. The envelope was mailed with postage thereon fully prepaid.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on April 17, 2008, at Los Angeles, California.

_____
Valonda J. Dekle

07209/2359511.1