LODGED

1  THOMAS J. NOLAN (Bar No. 66992)
   (tnolan@skadden.com)
2  SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
   300 South Grand Avenue
3  Los Angeles, CA 90071-3144
   Tel.: (213) 687-5000 / Fax: (213) 687-5600
4
5  RAOUL D. KENNEDY (Bar No. 40892)
   (rkennedy@skadden.com)
   SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
6  4 Embarcadero Center, 38th Floor
   San Francisco, CA 94111-5974
7  Tel.: (415) 984-6400 / Fax: (415) 984-2698

8  Attorneys for MGA Entertainment, Inc., MGA Entertainment (HK) Limited,
   MGAE de Mexico, S.R.L. DE C.V., and Isaac Larian

FILED
CLERK, U.S. DISTRICT COURT
APR 18 2008
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION      BY DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARTER BRYANT, an individual, | CASE NO. CV 04-9049 SGL (RNBx) |
| Plaintiff, | Consolidated with Case No. 04-9059 and Case No. 05-2727 |
| v. | [PROPOSED] ORDER TO FILE UNDER SEAL |
| MATTEL, INC., a Delaware corporation, | |
| Defendant. | Honorable Stephen G. Larson |
| AND CONSOLIDATED ACTIONS | |

[Proposed] Order To File Under Seal
Case No. CV 04-9049 SGL (RNBx)

## ORDER

Based on the Application filed with the Court, and good cause appearing for the entry thereof, IT IS HEREBY ORDERED that the following document be filed under seal pursuant to Local Rule 79-5.1: the Declaration of Allen L. Lanstra in Support of MGA's and Carter Bryant's Joint Opposition to Mattel, Inc.'s *Ex Parte* Application to Compel Access to Certain Bryant Originals for Non-Destructive Expert Examination and Imaging.

DATED: APR 18 2008, 2008

_____
Hon. Stephen G. Larson
United States District Court Judge