KEKER & VAN NEST, LLP
JOHN W. KEKER - #49092
jkeker@kvn.com
MICHAEL H. PAGE - #154913
mpage@kvn.com
CHRISTA M. ANDERSON - #184325
canderson@kvn.com
MATTHEW M. WERDEGAR - #200470
mwerdegar@kvn.com

Attorneys for Plaintiff
CARTER BRYANT

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC. a Delaware Corporation,<br><br>Defendant.<br><br>CONSOLIDATED WITH MATTEL, INC., v. BRYANT and MGA ENTERTAINMENT, INC. v. MATTEL, INC. | Case No. CV 04-09049 SGL (RNBx) (consolidated with CV 04-9059 & 05-2727)<br><br>Hon. Stephen G. Larson<br><br>[~~PROPOSED~~] ORDER RE CARTER BRYANT'S APPLICATION TO FILE UNDER SEAL BRYANT'S EVIDENTIARY OBJECTIONS TO THE REPLY EVIDENCE CITED IN MATTEL, INC.'S CONSOLIDATED SEPARATE STATEMENT OF UNCONTESTED FACTS AND CONCLUSIONS OF LAW IN SUPPORT OF MATTELS' MOTION FOR PARTIAL SUMMARY JUDGMENT<br><br>Dept:   Courtroom 1<br>Judge:  Hon. Stephen G. Larson<br><br>Date Comp. Filed: April 13, 2005<br><br>Discovery Cut-Off: Jan. 28, 2008<br>Pre-Trial Conference: May 5, 2008<br>Trial Date: May 27, 2008<br><br>**FILED BY FAX**<br>**CRC 2005** |

[PROPOSED] ORDER RE APPLICATION OF CARTER BRYANT
TO FILE UNDER SEAL BRYANT'S EVIDENTIARY OBJECTIONS TO THE REPLY EVIDENCE CITED IN
MATTEL INC.'S CONSOLIDATED SEPARATE STATEMENT OF UNCONTESTED FACTS AND
CONCLUSIONS OF LAW IN SUPPORT OF MATTEL'S MOTION FOR PARTIAL SUMMARY JUDGMENT
CASE NO. CV 04-09049 SGL (RNBx)

415686.01

1  Based on the Application for Leave to File Bryant's Evidentiary Objections
2  to the Reply Evidence Cited in Mattel Inc.'s Consolidated Separate Statement of
3  Uncontested Facts and Conclusions of Law in Support of Mattel's Motion for
4  Partial Summary Judgment, filed by Carter Bryant on April 18, 2008, and good
5  cause appearing for the entry thereof, IT IS HEREBY ORDERED:
6  Carter Bryant's Evidentiary Objections to the Reply Evidence Cited in
7  Mattel Inc.'s Consolidated Separate Statement of Uncontested Facts and
8  Conclusions of Law in Support of Mattel's Motion for Partial Summary Judgment
9  are ORDERED filed provisionally under seal pursuant to *Local Rule* 79-5.1.
10  Consistent with the Stipulation and [Proposed] Order filed jointly by the
11  Parties on March 6, 2008 (Docket No. 2490), the Parties are to meet and confer in
12  good faith in an effort to de-designate as much of this material as possible so that it
13  may be filed publicly.

15  Dated: APR 18 2008

Hon. Stephen G. Larson
United States District Judge

1

[PROPOSED] ORDER RE APPLICATION OF CARTER BRYANT
TO FILE UNDER SEAL BRYANT'S EVIDENTIARY OBJECTIONS TO THE REPLY EVIDENCE CITED IN
MATTEL INC.'S CONSOLIDATED SEPARATE STATEMENT OF UNCONTESTED FACTS AND
CONCLUSIONS OF LAW IN SUPPORT OF MATTEL'S MOTION FOR PARTIAL SUMMARY JUDGMENT
CASE NO. CV 04-09049 SGL (RNBx)