QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with<br>Case Nos. CV 04-09059 & CV 05-2727<br><br>**DISCOVERY MATTER**<br><br>Hon. Stephen G. Larson<br><br>[PROPOSED] ORDER RE MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL SUPPLEMENTAL RULE 56(F) DECLARATION OF B. DYLAN PROCTOR IN SUPPORT OF MATTEL, INC.'S CONSOLIDATED OPPOSITION TO DEFENDANTS' MOTIONS FOR PARTIAL SUMMARY JUDGMENT; AND MATTEL, INC.'S EVIDENTIARY OBJECTIONS TO MGA PARTIES' REPLY IN SUPPORT OF THEIR MOTION FOR PARTIAL SUMMARY JUDGMENT<br><br>Date: April 22, 2008<br>Time: 10:00 a.m.<br>Place: Courtroom 1<br><br>**Phase 1**<br>Discovery Cut-Off: January 28, 2008<br>Pre-Trial Conference: May 5, 2008<br>Trial Date: May 27, 2008 |

## [PROPOSED] ORDER

Based on the concurrently filed Application to File Under Seal Supplemental Rule 56(f) Declaration of B. Dylan Proctor in Support of Mattel, Inc.'s Consolidated Opposition to Defendants' Motions for Partial Summary Judgment, and Mattel, Inc.'s Evidentiary Objections to MGA Parties' Reply in Support of Their Motion for Partial Summary Judgment, and good cause appearing for the entry thereof, IT IS HEREBY ORDERED:

The Supplemental Rule 56(f) Declaration of B. Dylan Proctor in Support of Mattel, Inc.'s Consolidated Opposition to Defendants' Motions for Partial Summary Judgment and Mattel, Inc.'s Evidentiary Objections to MGA Parties' Reply in Support of Their Motion for Partial Summary Judgment are ORDERED filed under seal pursuant to Local Rule 79-5.1.

DATED: APR 18 2008, 2008

Hon. Stephen G. Larson
United States District Judge