QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:  (213) 443-3000
Facsimile:   (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual, | CASE NO. CV 04-9049 SGL (RNBx) |
| Plaintiff, | Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727 |
| vs. | |
| MATTEL, INC., a Delaware corporation, | MATTEL, INC.'S NOTICE OF LODGING OF DEPOSITION TRANSCRIPTS |
| Defendant. | Date:   April 22, 2008<br>Time:  10:00 a.m.<br>Place: Courtroom 1 |
| AND CONSOLIDATED ACTIONS | |

**Phase 1**
Discovery Cut-Off:      Jan. 28, 2008
Pre-Trial Conference:   May 5, 2008
Trial Date:             May 27, 2008

07209/2478084.1

NOTICE OF LODGING

1  TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF
2  RECORD, PLEASE TAKE NOTICE that Mattel, Inc. hereby lodges the following
3  deposition transcripts with the Court in the above-captioned matter:
4      1.    Certified copy of the transcript of the deposition of Arnoldo
5            Artavia taken on September 21, 2006;
6      2.    Certified copy of the transcript of the deposition of Nana Ashong
7            taken on January 28, 2008;
8      3.    Certified copy of the transcript of the deposition of Kerri Brode,
9            taken on January 19, 2007;
10     4.    Certified copy of the transcript of the deposition of Kerri Brode,
11           taken on August 15, 2007;
12     5.    Certified copy of the transcript of the deposition of Carter
13           Bryant, Volume 1, taken on November 4, 2004;
14     6.    Certified copy of the transcript of the deposition of Carter
15           Bryant, Volume 2, taken on November 5, 2004;
16     7.    Certified copy of the transcript of the deposition of Carter
17           Bryant, Volume 3, taken on November 8, 2004;
18     8.    Certified copy of the transcript of the deposition of Carter
19           Bryant, Volume 4, taken on January 23, 2008;
20     9.    Certified copy of the transcript of the deposition of Carter
21           Bryant, Volume 5, taken on January 24, 2008;
22    10.   Certified copy of the transcript of the deposition of Janet Bryant
23           taken on September 25, 2007;
24    11.   Certified copy of the transcript of the deposition of Thomas
25           Bryant taken on September 26, 2007;
26
27
28

12. Certified copy of the transcript of the deposition of Sarah Chui taken on September 28, 2007;

13. Certified copy of the transcript of the deposition of Ana Elise Cloonan taken on December 14, 2007;

14. Original transcript of the deposition of Richard De Anda taken on December 19, 2007;

15. Certified copy of the transcript of the deposition of Anna Driskill taken on December 15, 2004;

16. Certified copy of the transcript of the deposition of Robert Eckert taken on January 28, 2008;

17. Certified copy of the transcript of the deposition of Adrienne Fontanella taken on January 16, 2008;

18. Original transcript of the deposition of Lissa Freed taken on May 3, 2007;

19. Certified copy of the transcript of the deposition of Jeanne Galvano taken on December 18, 2007;

20. Certified copy of the transcript of the deposition of Paula Garcia, Volume 1, taken on May 24, 2007;

21. Certified copy of the transcript of the deposition of Paula Garcia, Volume 2, taken on May 25, 2007;

22. Certified copy of the transcript of the deposition of Paula Garcia, Volume 3, taken on October 9, 2007;

23. Certified copy of the transcript of the deposition of Paula Garcia, Volume 4, taken on October 10, 2007;

24. Certified copy of the transcript of the deposition of Rebecca Harris, Volume 2, taken on January 22, 2008;

25. Certified copy of the transcript of the deposition of Rachel Harris taken on February 26, 2008;

26. Original transcript of the deposition of Robert Hudnut, Volume 1, taken on July 13, 2007;

27. Certified copy of the transcript of the deposition of Richard Irmen taken on September 28, 2007;

28. Certified copy of the transcript of the deposition of Alan Kaye taken on December 10, 2004;

29. Certified copy of the transcript of the deposition of Samir Khare, Volume 1, taken on August 20, 2007;

30. Certified copy of the transcript of the deposition of Samir Khare, Volume 3, taken on January 25, 2008;

31. Original transcript of the deposition of Andreas Koch taken on February 15, 2008;

32. Original transcript of the deposition of Sheila Kyaw taken on January 24, 2008;

33. Certified copy of the transcript of the deposition of Isaac Larian, Volume 1, taken on July 18, 2006;

34. Certified copy of the transcript of the deposition of Isaac Larian, Volume 2, taken on March 26, 2008;

35. Certified copy of the transcript of the deposition of Margaret Leahy taken on December 12, 2007;

36. Certified copy of the transcript of the deposition of Edmond Lee, Volume 1, taken on October 4, 2007;

37. Certified copy of the transcript of the deposition of Steven Linker taken on September 13, 2006;

38. Certified copy of the transcript of the deposition of Veronica Marlow taken on December 28, 2007;

39. Certified copy of the transcript of the deposition of Lily Martinez taken on May 20, 2005;

-3-

NOTICE OF LODGING

40. Certified copy of the transcript of the deposition of Amy Myers taken on February 22, 2008;

41. Certified copy of the transcript of the deposition of Teresa Newcomb taken on January 23, 2008;

42. Original transcript of the deposition of Jill Nordquist taken on July 31, 2007;

43. Certified copy of the transcript of the deposition of Victoria O'Connor taken on December 6, 2004;

44. Certified copy of the transcript of the deposition of Kislap Ongchangco taken on April 24, 2007;

45. Certified copy of the transcript of the deposition of Rene Pasko taken on June 13, 2007;

46. Certified copy of the transcript of the deposition of Joni Pratte taken on June 1, 2007;

47. Certified copy of the transcript of the deposition of Jacqueline Ramona Prince taken on December 21, 2004;

48. Certified copy of the transcript of the deposition of Anna Rhee taken on February 3, 2005;

49. Certified copy of the transcript of the deposition of David Rosenbaum taken on January 25, 2008;

50. Original transcript of the deposition of Ivy Ross taken on January 17, 2008;

51. Certified copy of the transcript of the deposition of Robert Simoneau taken on January 28, 2008;

52. Original transcript of the deposition of Kathleen Simpson-Taylor taken on February 23, 2008;

53. Certified copy of the transcript of the deposition of Christina Tomiyama taken on February 27, 2008;

54. Certified copy of the transcript of the deposition of Lisa Tonnu, Volume 2, taken on September 24, 2007;

55. Certified copy of the transcript of the deposition of Anne Wang taken on January 28, 2008;

56. Certified copy of the transcript of the deposition of Spencer Woodman taken on October 9, 2007;

57. Original transcript of the deposition of Sandra Yonemoto taken on May 30, 2007;

58. Copy of the transcript of the deposition of Paula Garcia in the matter of <u>Art Attacks Ink v. MGA Entertainment, Inc.</u>, taken on January 27, 2006;

59. Copy of the transcript of the deposition of Carter Bryant in the matter of <u>Gunther-Wahl Productions, Inc. v. Candy Wahl</u>, taken on September 9, 2003;

60. Certified copy of the transcript of proceedings re <u>Farhad Larian v. Isaac Larian</u> Arbitration, Volume 2, taken on November 17, 2007.

DATED: April 21, 2008

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

By /s/ B. Dylan Proctor
B. Dylan Proctor
Attorneys for Mattel, Inc.