1  KEKER & VAN NEST, LLP
   JOHN W. KEKER - #49092
2  jkeker@kvn.com
   MICHAEL H. PAGE - #154913
3  mpage@kvn.com
   CHRISTA M. ANDERSON - #184325
4  canderson@kvn.com
   MATTHEW M. WERDEGAR - #200470
5  mwerdegar@kvn.com
   JOHN E. TRINIDAD - #250468
6  jtrinidad@kvn.com
   710 Sansome Street
7  San Francisco, CA  94111-1704
   Telephone:  (415) 391-5400
8  Facsimile:  (415) 397-7188

9  Attorneys for Plaintiff
   CARTER BRYANT

10

11              UNITED STATES DISTRICT COURT

12             CENTRAL DISTRICT OF CALIFORNIA

13                   EASTERN DIVISION

14

15  CARTER BRYANT, an individual,          Case No. CV 04-09049 SGL (RNBx)
                                           (consolidated with CV 04-9059 & 05-
                      Plaintiff,           2727

16
                                           [PROPOSED] ORDER GRANTING
17       v.                                BRYANT'S EX PARTE
                                           APPLICATION AND STRIKING
18  MATTEL, INC. a Delaware                MATTEL INC.'S (1) NOTICE OF
    Corporation,                           SUPPLEMENTAL AUTHORITY
19                                         [DOC. NO. 3193]; (2)RESPONSE TO
                      Defendant.           BRYANT'S NOTICE OF
                                           SUPPLEMENTAL AUTHORITY
20                                         [DOC. NO. 3196]; AND (3) REPLY
    CONSOLIDATED WITH MATTEL,              IN SUPPORT OF MATTEL'S
21  INC., v. BRYANT and MGA                REQUEST FOR RELIEF UNDER
    ENTERTAINMENT, INC. v.                 RULE 56(F) [DOC. NO. 3197]
22  MATTEL, INC.

23                                         Date Comp. Filed:  April 13, 2005

24                                         Discovery Cut-Off:  Jan. 28, 2008
                                           Pre-Trial Conference:  May 5, 2008
25                                         Trial Date:  May 27, 2008

26

27

28
_____
   [PROPOSED] ORDER GRANTING BRYANT'S EX PARTE APPLICATION AND STRIKING MATTEL INC.'S
   (1) NOTICE OF SUPPLEMENTAL AUTHORITY [DOC. NO. 3193]; (2)RESPONSE TO BRYANT'S NOTICE
   OF SUPPLEMENTAL AUTHORITY [DOC. NO. 3196]; AND (3) REPLY IN SUPPORT OF MATTEL'S
   REQUEST FOR RELIEF UNDER RULE 56(F) [DOC. NO. 3197]
   CASE NO. CV 04-09049 SGL (RNBx)

415837.01

1    The Court — having carefully considered Carter Bryant's *Ex Parte*

2    Application to Strike Mattel Inc.'s (1) Notice of Supplemental Authority

3    [Document No. 3193]; Response to Bryant's Notice of Supplemental Authority

4    [Document No. 3196]; and (3) Reply in Support of Mattel's Request for Relief

5    under Rule 56(f) [Document. No. 3197] and the Memorandum of Points and

6    Authorities filed concurrently therewith ("Bryant's Ex Parte Application"), as well

7    as all supporting papers, all papers submitted in opposition to Bryant's *Ex Parte*

8    Application, and also the arguments of counsel — finds good cause to grant

9    Bryant's *Ex Parte* Application and the relief sought therein.  Accordingly, IT IS

10   HEREBY ORDERED THAT:

    1.  Bryant's Ex Parte Application is GRANTED.

    2.  Mattel, Inc.'s Notice of Supplemental Authority In Support of Its Motion for Partial Summary Judgment [Document No. 3193] is hereby stricken.

    3.  Mattel, Inc.'s Response to Carter Bryant's Notice of Supplemental Authority in Support of Defendants' Motions for Partial Summary Judgment [Document No. 3196] is hereby stricken.

    4.  Mattel, Inc.'s Reply In Support of Its Request for Relief Under Rule 56(F) In connection with Its Opposition to Defendants' Motions for Partial Summary Judgment [Document No. 3197] is hereby stricken.

IT IS SO ORDERED

Dated: _____, 2008

_____
Hon. Stephen G. Larson
United States District Judge

[PROPOSED] ORDER GRANTING BRYANT'S EX PARTE APPLICATION AND STRIKING MATTEL INC.'S (1) NOTICE OF SUPPLEMENTAL AUTHORITY [DOC. NO. 3193]; (2)RESPONSE TO BRYANT'S NOTICE OF SUPPLEMENTAL AUTHORITY [DOC. NO. 3196]; AND (3) REPLY IN SUPPORT OF MATTEL'S REQUEST FOR RELIEF UNDER RULE 56(F) [DOC. NO. 3197]
CASE NO. CV 04-09049 SGL (RNBx)

415837.01