QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  johnquinn@quinnemanuel.com
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:  (213) 443-3000
Facsimile:   (213) 443-3100

Attorneys for Plaintiff
Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>            Plaintiff,<br><br>      vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>            Defendant.<br><br>AND CONSOLIDATED CASES | Case No. CV 04-09049 SGL (RNBx)<br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>Hon. Stephen G. Larson<br><br>STIPULATION REGARDING CONTINUANCE OF PRE-TRIAL CONFERENCE<br><br>[Proposed] Order lodged concurrently]<br><br>**Phase 1:**<br>Discovery Cut-off:     January 28, 2008<br>Pre-trial Conference:  May 5, 2008<br>Trial Date:             May 27, 2008 |

07209/2478627.1

STIPULATION RE: CONTINUANCE OF PRE-TRIAL CONFERENCE

# **STIPULATION**

WHEREAS, the Court has established May 5, 2008 as the date for the final pre-trial conference;

WHEREAS, the Court has established April 21, 2008 as the deadline for the parties to make certain pretrial Rule 16 submissions, including a proposed final pre-trial conference order, jury instructions, verdict forms, stipulations of fact and witness lists, and including objections and responses thereto where appropriate;

WHEREAS, because lead counsel for Mattel, John Quinn, is scheduled to be in arbitration on May 5, 2008, Mattel wishes to continue the final pretrial conference date to May 19, 2008 to accommodate counsel's schedule, and defendants are agreeable to such a continuance;

WHEREAS, in light of that schedule change, defendants wish to continue the deadline for the parties to make their pretrial Rule 16 submissions, including the proposed final pre-trial conference order, jury instructions, verdict forms, stipulations of fact and witness lists (and including objections and responses thereto where appropriate), to May 5, 2008, so that the parties' submissions may reflect the benefit of the Court's guidance following the hearing on summary judgment scheduled for this week, and so that the parties may more fully develop their positions and further meet and confer regarding their differences in an attempt to minimize them and minimize the burden on the Court, and Mattel is agreeable to such a continuance;

WHEREAS, the parties have agreed to exchange on April 21, 2008, as previously ordered, witness lists that include the anticipated duration of direct examination for each witness.  Likewise, on May 5, 2008, consistent with the Court's April 7, 2008 Minute Order, the parties shall file with the pre-trial conference order witness lists that include the anticipated duration of both direct and

1  cross-examination for each witness, as well as the exhibits to which each witness is
2  expected to testify.
3            NOW, THEREFORE, Mattel, Inc. ("Mattel"), Carter Bryant
4  ("Bryant"), MGA Entertainment, Inc., Isaac Larian, and MGA Entertainment (HK)
5  Ltd. (collectively, the "MGA Parties"), by and through their counsel of record,
6  hereby agree as follows, subject to the Court's approval:
7            1.   The final pre-trial conference shall be continued to May 19,
8  2008;
9
10           2.   The parties shall make the required pretrial Rule 16 submissions,
11 including a proposed final pre-trial conference order, jury instructions, verdict
12 forms, stipulations of fact and witness lists (which include anticipated direct and
13 cross-examination times for each witness, as well as the exhibits to which each
14 witness is expected to testify), and including objections and responses thereto where
15 appropriate, on or before May 5, 2008.
16
17           IT IS SO STIPULATED.
18 DATED:  April 21, 2008            QUINN EMANUEL URQUHART OLIVER &
                                     HEDGES, LLP
19
20
21                                   By /s/ B. Dylan Proctor
                                        B. Dylan Proctor
22                                      Attorneys for Mattel, Inc.

07209/2478627.1

-3-
STIPULATION RE: CONTINUANCE OF PRE-TRIAL CONFERENCE

| | | |
|---|---|---|
| 1 | DATED: April 21, 2008 | SKADDEN ARPS SLATE MEAGHER & FLOM, LLP |

By  /s/ Lance Etcheverry

Lance Etcheverry
Attorneys for MGA Entertainment, Inc., Isaac Larian, and MGA Entertainment (HK) Ltd.

DATED: April 21, 2008        KEKER & VAN NEST, LLP

By  /s/ Matthew M. Werdegar

Matthew M. Werdegar
Attorneys for Carter Bryant

07209/2478627.1

-4-
STIPULATION RE: CONTINUANCE OF PRE-TRIAL CONFERENCE