QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  johnquinn@quinnemanuel.com
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:   (213) 443-3000
Facsimile:    (213) 443-3100

Attorneys for Plaintiff
Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>            Plaintiff,<br><br>      vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>            Defendant.<br><br>AND CONSOLIDATED CASES | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with<br>Case Nos. CV 04-09059 & CV 05-2727<br><br><u>Hon. Stephen G. Larson</u><br><br>[PROPOSED] ORDER RE STIPULATION REGARDING CONTINUANCE OF PRE-TRIAL CONFERENCE<br><br>**Phase 1**<br>Discovery Cut-Off:   January 28, 2008<br>Pre-Trial Conference: May 5, 2008<br>Trial Date:                 May 27, 2008 |

07209/2478177.1

[PROPOSED] ORDER

## **STIPULATION**

Based on the stipulation of the parties, and good cause appearing therefor, IT IS HEREBY ORDERED:

1. The final pre-trial conference shall be continued to May 19, 2008;

2. The parties shall make the required pretrial Rule 16 submissions, including a proposed final pre-trial conference order, jury instructions, verdict forms, stipulations of fact and witness lists (which include anticipated direct and cross-examination times for each witness, as well as the exhibits to which each witness is expected to testify), and including objections and responses thereto where appropriate, on or before May 5, 2008.

DATED: _____, 2008  _____
                          Hon. Stephen G. Larson

07209/2478177.1

-2-

[PROPOSED] ORDER