QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  johnquinn@quinnemanuel.com
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| CARTER BRYANT, an individual, | CASE NO. CV 04-9049 SGL (RNBx) |
|---|---|
| Plaintiff, | Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727 |
| vs. | |
| MATTEL, INC., a Delaware corporation, | **DECLARATION OF JON COREY IN SUPPORT OF MATTEL, INC.'S MOTION *IN LIMINE* NO. 15 FOR A PRECLUSION ORDER REGARDING MGA'S DISQUALIFIED EXPERT CHRISTINA TOMIYAMA** |
| Defendant. | |
| AND CONSOLIDATED ACTIONS | |

Date: May 21, 2008
Time: 10:00 a.m.
Place: Courtroom 1

**Phase 1**
Pre-Trial Conference: May 5, 2008
Trial Date: May 27, 2008

**PUBLIC REDACTED**

# DECLARATION OF JON D. COREY

I, Jon D. Corey, declare as follows:

1. I am a member of the bars of the State of California and the District of Columbia. I am a partner at Quinn Emanuel Urquhart Oliver & Hedges, LLP, attorneys for Mattel, Inc. ("Mattel"). I make this declaration in support of Mattel's Motion in *Limine* No. 15 for a Preclusion Order Regarding MGA's Disqualified Expert Christina Tomiyama. I make this declaration of personal, firsthand knowledge and, if called and sworn as a witness, I could and would testify competently thereto.

2. On April 16, 2008, I spoke with Jason Russell, MGA's counsel, and Matthew Werdegar, Bryant's counsel, regarding the Court's April 8, 2008 order and Mattel's intent to bring a motion *in limine* seeking a preclusive order regarding any use of Mattel's privileged information disclosed by Christina Tomiyama. At that time, MGA and Bryant agreed that they would not seek to offer Ms. Tomiyama as a fact-witness on any of the work that Ms. Tomiyama did at the direction of Mattel's lawyers or other subject areas regarding which Ms. Tomiyama divulged Mattel's privileged information.

3. Attached as Exhibit 1 is a true and correct copy of relevant excerpts from the April 7, 2008 Hearing on Mattel's Motion for Disqualification.

4. Attached as Exhibit 2 is a true and correct copy the Court's April 8, 2008 Order Granting Mattel's Motion to Disqualify Expert and Denying Motion to Disqualify Counsel.

5. Attached as Exhibit 3 is a true and correct copy of relevant excerpts from the MGA Parties' Opposition to Mattel's Motion for Partial Summary Judgment, dated March 24, 2008.

6. Attached as Exhibit 4 is a true and correct copy of relevant excerpts from the deposition transcript of Christina Tomiyama, taken on April 7, 2008.

7. Attached as Exhibit 5 is a true and correct copy of relevant excerpts from the deposition transcript of Robert Tonner, taken on March 21, 2008.

8. Attached as Exhibit 6 is a true and correct copy of relevant excerpts from the deposition transcript of Mary Bergstein, taken on April 7, 2008.

9. Attached as Exhibit 7 is a true and correct copy of relevant excerpts from the Expert Report of Peter S. Menell, dated February 10, 2008.

10. Attached as Exhibit 8 is a true and correct copy of relevant excerpts from the deposition transcript of Samir Khare, taken on September 20, 2007.

11. Attached as Exhibit 9 is a true and correct copy of relevant excerpts from Mattel's Proposed Jury Instructions.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on April 21, 2008, at Los Angeles, California.

                        Jon Corey /s/
                        Jon Corey