COPY

quinn emanuel

1  QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
     John B. Quinn (Bar No. 90378)
2    (johnquinn@quinnemanuel.com)
     Michael T. Zeller (Bar No. 196417)
3    (michaelzeller@quinnemanuel.com)
     Jon D. Corey (Bar No. 185066)
4    (joncorey@quinnemanuel.com)
     865 South Figueroa Street, 10th Floor
5    Los Angeles, California 90017-2543
     Telephone: (213) 443-3000
6    Facsimile: (213) 443-3100

7  Attorneys for Plaintiff and Counter-Defendant
     Mattel, Inc.

8

9                    UNITED STATES DISTRICT COURT

10               CENTRAL DISTRICT OF CALIFORNIA

11                          EASTERN DIVISION

| | |
|---|---|
| 12  CARTER BRYANT, on behalf of 13  himself, all present and former employees of Mattel, Inc., and the 14  general public,<br><br>15                    Counter-Claimant,<br><br>16      v.<br><br>17  MATTEL, INC., a Delaware Corporation,<br>18<br><br>19                    Counter-Defendant.<br>20 | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>The Honorable Stephen G. Larson<br><br>**PROOF OF SERVICE**<br><br>Hearing Date: May 21, 2008<br>Time:                    10:00 a.m.<br>Place:                    Courtroom 1<br><br>**Phase 1:**<br>Pre-Trial Conference: May 5, 2008<br>Trial Date:                    May 27, 2008 |

21

22

23

24

25

26

27

28

07209/2477944.1                           PROOF OF SERVICE

**quinn emanuel**

1

## PROOF OF SERVICE

2   I am employed in the County of Los Angeles, State of California.  I am over the age of eighteen years and not a party to the within action; my business address is 865 South Figueroa

3   Street, 10th Floor, Los Angeles, California 90017-2543.

4

On April 21, 2008, I served true copies of the following document(s) described as

5

### SEE ATTACHED LIST

6

on the parties in this action as follows:

7

8   Michael Page, Esq.
    John E. Trinidad, Esq.

9   **Keker & Van Nest**
    710 Sansome Street

10  San Francisco, CA 94111

11

**[X]  BY FEDEX:**  I deposited such document(s) in a box or other facility regularly maintained by

12  FedEx, or delivered such document(s) to a courier or driver authorized by FedEx to receive documents, in sealed envelope(s) or package(s) designated by FedEx with delivery fees paid or

13  provided for, addressed to the person(s) being served.

14  I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

15

Executed on April 21, 2008, at Los Angeles, California.

16

17

18  Shawna Allison

19

20

21

22

23

24

25

26

27

28

07209/2477944.1                                    PROOF OF SERVICE

1

## PROOF OF SERVICE

2   I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 865 South Figueroa
3   Street, 10th Floor, Los Angeles, California 90017-2543.

4   On April 21, 2008, I served true copies of the following document(s) described as

5   **SEE ATTACHED LIST**

6

7   on the parties in this action as follows:

8   Michael Page, Esq.                    Alexander H. Cote, Esq.
    John E. Trinidad, Esq.                **Overland Borenstein, Scheper & Kim,**
9   **Keker & Van Nest**                  **LLP**
    710 Sansome Street                    601 W. 5th St.
10  San Francisco, CA 94111               12th Floor
                                          Los Angeles, CA 90017
11

12

13  **[X] BY MAIL:** I am "readily familiar" with the practices of Quinn Emanuel Urquhart Oliver & Hedges for collecting and processing correspondence for mailing with the United States Postal
14  Service. Under that practice, it would be deposited with the United States Postal Service that same day in the ordinary course of business. I enclosed the foregoing in sealed envelope(s)
15  addressed as shown above, and such envelope(s) were placed for collection and mailing with postage thereon fully prepaid at Los Angeles, California, on that same day following ordinary
16  business practices.

17  I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

18  Executed on April 21, 2008, at Los Angeles, California.

19

20

21                              Shawna Allison

22

23

24

25

26

27

28

07209/2477944.1                          PROOF OF SERVICE--

1

## PROOF OF SERVICE

2   I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is Now Legal Service,
3   1301 W. 2nd Street, Suite 206, Los Angeles, CA 90026.

4   On April 21, 2008, I served true copies of the following document(s) described as

5   ### SEE ATTACHED LIST

6   on the parties in this action as follows:

7

8   Thomas J. Nolan, Esq.
    Carl Roth, Esq.
    **SKADDEN, ARPS, SLATE, MEAGHER**
9   **& FLOM LLP**
    300 S. Grand Ave., STE 3400
10  Los Angeles, CA 90071

11

12  **[X] BY PERSONAL SERVICE:** I delivered such envelope(s) by hand to the office of the person(s) being served.

13
    I declare that I am employed in the office of a member of the bar of this Court at whose
14  direction the service was made.

15      Executed on April 21, 2008, at Los Angeles, California.

16

17  _____

18      Dave Quintana

19

20

21

22

23

24

25

26

27

28

07209/2477944.1                    PROOF OF SERVICE--

quinn emanuel

1

2

**PROOF OF SERVICE**

3

4

5

**(1) NOTICE OF MOTION AND MOTION *IN LIMINE* NO. 15 OF MATTEL, INC. FOR A PRECLUSION ORDER REGARDING MGA'S DISQUALIFIED EXPERT CHRISTINA TOMIYAMA**

6

7

**(2) DECLARATION OF JON COREY IN SUPPORT OF MATTEL, INC.'S MOTION *IN LIMINE* NO. 15 FOR A PRECLUSION ORDER REGARDING MGA'S DISQUALIFIED EXPERT CHRISTINA TOMIYAMA**

8

9

10

**(3) MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL: (1) AN UNREDACTED VERSION OF ITS MOTION *IN LIMINE* NO. 15 FOR A PRECLUSION ORDER MGA'S DISQUALIFIED EXPERT CHRISTINA TOMIYAMA; AND (2) CERTAIN EXHIBITS TO THE DECLARATION OF JON D. COREY**

11

12

13

14

**(4) [PROPOSED] ORDER RE MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL:  (1) AN UNREDACTED VERSION OF ITS MOTION *IN LIMINE* NO. 15 FOR A PRECLUSION ORDER MGA'S DISQUALIFIED EXPERT CHRISTINA TOMIYAMA; AND (2) CERTAIN EXHIBITS TO THE CONCURRENTLY FILED DECLARATION OF JON D. COREY**

15

16

17

18

19

20

21

22

23

24

25

26

27

28