QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  johnquinn@quinnemanuel.com
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
  Timothy L. Alger (Bar No. 160303)
  (timalger@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with<br>Case Nos. CV 04-09059 & CV 05-2727<br><br>DECLARATION OF TIMOTHY L. ALGER ATTACHING REDACTED EXHIBITS SUBMITTED IN SUPPORT OF OR OPPOSITION TO MOTIONS FOR PARTIAL SUMMARY JUDGMENT<br><br>Date: April 23, 2008<br>Time: 10:00 a.m.<br>Place: Courtroom 1<br><br>Phase 1:<br>Discovery Cut-Off: January 28, 2008<br>Pre-Trial Conference: May 5, 2008<br>Trial Date: May 27, 2008 |

07209/2477608.1

DECLARATION OF TIMOTHY L. ALGER

# DECLARATION OF TIMOTHY L. ALGER

I, Timothy L. Alger, declare as follows:

1. I am a member of the bar of the State of California and a partner with Quinn Emanuel Urquhart Oliver & Hedges, LLP, attorneys for Mattel, Inc. I make this declaration of personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify competently hereto.

2. Pursuant to the Court's Order on Stipulation dated March 11, 2008, and the Court's Order of March 31, 2008, the parties have met and conferred regarding the documents submitted in conjunction with the pending motions for summary judgment should remain under seal. The parties agreed in the Joint Report to Court Regarding Under Seal Documents Submitted in Support of the Parties' Motions for Partial Summary Judgment, dated April 18, 2008, that all documents filed in conjunction with the motions for summary judgment may be unsealed, with the exception of certain documents that have been sealed by another court or which contain private information. As to the latter group, containing private information, Mattel agreed to file redacted, public versions of these documents. Those redacted exhibits are attached to this declaration.

3. Attached hereto as Exhibit A is a true and correct copy of an e-mail from Isaac Larian dated March 12, 2002 to MGA personnel, Bates-numbered MGA 3801819-22, redacted on the basis of alleged claims of privilege by MGA. This document was attached as Exhibit 97 to the Declaration of B. Dylan Proctor in Support of Mattel, Inc.'s Motion for Partial Summary Judgment ("Proctor Dec."), Docket No. 2551; Exhibit 97 to the [Lodged] Proctor Dec., Docket No. 2817; Exhibit 97 to the [Corrected] Proctor Dec., Docket No. 2836; Exhibit 95 to the Declaration of Michael T. Zeller in Support of Mattel, Inc.'s Consolidated Opposition to Defendants' Motions for Partial Summary Adjudication ("Zeller Dec."), Docket No. 2813; Exhibit 95 to the [Corrected] Zeller Dec., Docket No. 2849; and Exhibit 95 to the [Lodged] Zeller Dec., Docket No. 2958.

1          4.     Attached hereto as Exhibit B is a true and correct copy of MGA's offer letter and employment terms to Paula Garcia, Bates-numbered MGA 0876578-85 and marked as Exhibit 1117 in this action, redacted to remove the home address of Paula Garcia.  This document was attached as Exhibit 44 to the Zeller Dec., Docket No. 2813; Exhibit 44 to the [Corrected] Zeller Dec., Docket No. 2849; and Exhibit 44 to the [Lodged] Zeller Dec., Docket No. 2958.

         5.     Attached hereto as Exhibit C is a true and correct copy of excerpts from the Deposition Transcript of Adrienne Fontanella, dated January 16, 2008, redacted to remove the home address of Adrienne Fontanella.  This document was attached as Exhibit 114 to the Zeller Dec., Docket No. 2813; Exhibit 114 to the [Corrected] Zeller Dec., Docket No. 2849; and Exhibit 114 to the [Lodged] Zeller Dec., Docket No. 2958.

         6.     Attached hereto as Exhibit D is a true and correct copy of the Agreement between Carter Bryant and MGA, dated as of September 18, 2000, redacted to remove Carter Bryant's social security number.  This document was attached as Exhibit 71 to the Proctor Dec., Docket No. 2551; Exhibit 71 to the [Lodged] Proctor Dec., Docket No. 2817; Exhibit 71 to the [Corrected] Proctor Dec., Docket No. 2836; Exhibit 30 to the Zeller Dec., Docket No. 2813; Exhibit 30 to the [Corrected] Zeller Dec., Docket No. 2849; and Exhibit 30 to the [Lodged] Zeller Dec., Docket No. 2958.

         7.     Attached hereto as Exhibit E is a true and correct copy of Bryant's actual expense report, receipts, and MGA's payment to Bryant for his Bratz expenses, Bates-numbered MGA 3786749-60, redacted to remove his financial account numbers.  This document was attached as Exhibit 111 to the Proctor Dec., Docket No. 2551; Exhibit 111 to the [Lodged] Proctor Dec., Docket No. 2817; Exhibit 111 to the [Corrected] Proctor Dec., Docket No. 2836; Exhibit 80 to the Zeller Dec., Docket No. 2813; Exhibit 80 to the [Corrected] Zeller Dec., Docket No. 2849; and Exhibit 80 to the [Lodged] Zeller Dec., Docket No. 2958

8. Attached hereto as Exhibit F is a true and correct copy of Carter Bryant's Employment Application, dated January 4, 1999, redacted to remove his social security number. This document was attached as Exhibit 34 to the Zeller Dec., Docket No. 2813; Exhibit 34 to the [Corrected] Zeller Dec., Docket No. 2849; and Exhibit 34 to the [Lodged] Zeller Dec., Docket No. 2958.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on April 21, 2008, at Los Angeles, California.

        /s/ Timothy L. Alger
        Timothy L. Alger