QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Hon. Stephen G. Larson<br><br>DECLARATION OF DIANE C. HUTNYAN IN SUPPORT OF MATTEL INC.'S APPEAL OF THE DISCOVERY MASTER'S APRIL 11, 2008 ORDER DENYING MATTEL'S APPLICATION TO ENFORCE COURT ORDERS COMPELLING PRODUCTION OF TANGIBLE ITEMS; MOTION TO ENFORCE THOSE ORDERS; AND TO COMPEL PRODUCTION OF THE TANGIBLE ITEMS<br><br>Hearing Date: TBA<br>Time: TBA<br>Place: TBA<br><br>Discovery Cut-Off: January 28, 2008<br>Pre-Trial Conference: May 5, 2008<br>Trial Date: May 27, 2008 |

-1-
HUTNYAN DEC. ISO MATTEL'S APPEAL OF APR. 11, 2008 ORDER; MOTION TO ENFORCE ORDERS COMPELLING PRODUCTION OF TANGIBLE ITEMS

07209/2478504.1

## DECLARATION OF DIANE C. HUTNYAN

I, Diane C. Hutnyan, declare as follows:

I am a member of the bar of the State of California, am admitted to practice before this court and am a partner at Quinn Emanuel Urquhart Oliver & Hedges, LLP, attorneys for plaintiff and cross-defendant Mattel, Inc. ("Mattel"). I make this declaration of personal, firsthand knowledge and, if called and sworn as a witness, I could and would testify competently thereto.

1. Attached hereto as Exhibits 1 and 2, respectfully, are true and correct copies of Mattel's document requests dated June 14, 2004 and December 18, 2006, respectfully.

2. Attached hereto as Exhibit 3 is a true and correct copy of the Court's Order dated February 4, 2008.

3. Attached hereto as Exhibit 4 is a true and correct copy of Mattel's Notice of Change of Hearing on Tangibles Application, dated February 19, 2008.

4. Attached hereto as Exhibit 5 is a true and correct copy of MGA's Opposition to Mattel's Notice of Change of Hearing on Tangibles Application, dated February 20, 2008.

5. Attached hereto as Exhibit 6 is a true and correct copy of the Discovery Master's Order dated April 11, 2008.

6. Attached hereto as Exhibit 7 is a true and correct copy of the Court's Order dated May 15, 2007.

7. Attached hereto as Exhibit 8 is a true and correct copy of the Court's Order dated August 30, 2007.

8. Attached hereto as Exhibit 9 is a true and correct copy of the on the record stipulation before Magistrate Judge Block dated June 20, 2006.

9. Attached hereto as Exhibit 10 is a true and correct copy of a letter from myself to Timothy Miller, dated December 21, 2007.

07209/2478504.1

-2-

HUTNYAN DEC. ISO MATTEL'S APPEAL OF APR. 11, 2008 ORDER; MOTION TO ENFORCE ORDERS COMPELLING PRODUCTION OF TANGIBLE ITEMS

10. Attached hereto as Exhibit 11 is a true and correct copy of a letter from Andrew Temkin to myself, dated January 7, 2008.

11. Attached hereto as Exhibit 12 is a true and correct copy of a letter from Amy Park to myself, dated January 10, 2008. In this letter, Ms. Park represents that Bratz molds dating back to 2001 are in MGA's possession in China. However, when I asked her on April 16 why the molds are dated December 2002, she said she did not know and reiterated her belief that the molds dated back to February 2001. I asked her, if that was the case, whether MGA would be willing to provide a declaration to that effect but she declined.

12. Attached hereto as Exhibit 13 is a true and correct copy of a letter from myself to Amy Park dated January 14, 2008.

13. Attached hereto as Exhibit 14 are a true and correct copy of photographs taken by Mattel's expert, Frank Keiser, which depict certain Bratz molds located in Hong Kong bearing the date "December 02."

14. Attached hereto as Exhibit 15 is a true and correct copy of a letter from Amy Park to myself, dated January 15, 2008.

15. Attached hereto as Exhibit 16 is a true and correct copy of excepts from a hearing transcript held on February 4, 2008.

16. Attached hereto as Exhibit 17 is a true and correct copy of Mattel's *Ex Parte* Application to Enforce Court Orders Compelling Production of Tangible Items, dated January 24, 2008.

17. Attached hereto as Exhibit 18 is a true and correct copy of the Court's Minute Order, dated February 4, 2008.

18. Attached hereto as Exhibit 19 is a true and correct copy of a letter from Amy Park to myself, dated January 4, 2008.

19. Attached hereto as Exhibit 20 is a true and correct copy of a letter from Amy Park to myself, dated January 15, 2008, with new photographs of the Bratz molds and additional molds of Prayer Angel which "MGA also has located."

20. Attached hereto as Exhibit 21 is a true and correct copy of a letter from Amy Park to myself, dated January 17, 2008.

21. Attached hereto as Exhibit 22 is a true and correct copy of a letter from Amy Park to myself, dated January 21, 2008.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed this 21st day of April, 2008, in Los Angeles, California.

*[signature]*
Diane C. Hutnyan

07209/2478504.1

-4-

HUTNYAN DEC. ISO MATTEL'S APPEAL OF APR. 11, 2008 ORDER; MOTION TO ENFORCE ORDERS COMPELLING PRODUCTION OF TANGIBLE ITEMS