QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with<br>Case Nos. CV 04-09059 & CV 05-2727<br><br>Hon. Stephen G. Larson<br><br>[PROPOSED] ORDER GRANTING MATTEL, INC.'S *EX PARTE* APPEAL OF THE DISCOVERY MASTER'S APRIL 11, 2008 ORDER DENYING MATTEL'S APPLICATION TO ENFORCE COURT ORDERS COMPELLING PRODUCTION OF TANGIBLE ITEMS; APPLICATION TO ENFORCE THOSE ORDERS; AND TO COMPEL PRODUCTION OF THE TANGIBLE ITEMS<br><br>**Phase 1**<br>Discovery Cut-Off:   January 28, 2008<br>Pre-Trial Conference: May 5, 2008<br>Trial Date:              May 27, 2008 |

07209/2478481.1

[PROPOSED] ORDER

[PROPOSED] ORDER

Having considered Mattel, Inc.'s Appeal Of The Discovery Master's April 11, 2008 Order Denying Mattel's Application To Enforce Court Orders Compelling Production Of Tangible Items; Application To Enforce Those Orders; And To Compel Production Of The Tangible Items:

IT IS HEREBY ORDERED THAT:

(1): Judge Infante's April 11, 2008 Order Denying Mattel's Motion to Enforce Court's Orders Compelling Certain Tangibles is REVERSED;

(2): The May 15, 2007 Order Granting Mattel's Motion To Compel Production of Documents And Interrogatory Responses By MGA, the August 13, 2007 Order Granting In Part And Denying In Part Mattel's Motion To Compel Production Of Documents by MGA; Denying Request For Monetary Sanctions , and the June 20, 2006 on-the-record stipulation before the Honorable Robert N. Block, Magistrate Judge, in which MGA agreed to provide responsive tangible items for inspection within fifteen days of a request are hereby ENFORCED as they relate to MGA's tangible items; and

(3): Defendant MGA is COMPELLED to make available for immediate inspection, imaging and 3D scanning all tangible items responsive to Request Nos. 7-13, 26-27, 32-36, 46, 51, 53, 55, 96-100 of Mattel, Inc.'s First Set of Requests For Production Of Documents And Tangible Things To MGA Entertainment, Inc. and to Request Nos. 5, 6, 9-10, 13, 16-17, 49, 52, and 166 of Mattel, Inc.'s First Set of Requests For Documents And Things Re Claims Of Unfair Competition To MGA Entertainment, Inc.

(4): The scheduling order will be modified to extend time to allow Mattel to inspect, image and 3D scan these tangible items, to take depositions

1   related to the tangible items that were not produced, and to permit its experts to

2   incorporate this new information into their expert reports.

3           IT IS SO ORDERED.

4

5   DATED:                    , 2008  _____

6                                      Hon. Stephen G. Larson
                                       United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

07209/2478481.1

[PROPOSED] ORDER