QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  johnquinn@quinnemanuel.com
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
  Timothy L. Alger (Bar No. 160303)
  (timalger@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone:   (213) 443-3000
Facsimile:   (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>The Honorable Stephen G. Larson<br><br>**MATTEL, INC.'S *EX PARTE* APPLICATION FOR (1) RELIEF FROM THE TWENTY-DAY REQUIREMENT OF LOCAL RULE 7-3; AND (2) FOR AN EXPEDITED HEARING DATE OF APRIL 28, 2008**<br><br>Hearing Date:  TBD<br>Time:          TBD<br>Place:         TBD<br><br>**Phase 1:**<br>Discovery Cut-Off:   January 28, 2008<br>Pre-Trial Conference: May 5, 2008<br>Trial Date:          May 27, 2008 |

07209/2478149.1

MATTEL'S *EX PARTE* MOTION FOR RELIEF FROM LOCAL RULE 7-3 AND FOR EXPEDITED HEARING

1    Pursuant to the <u>Federal Rules</u> and <u>Local Rule</u> 7-19, Mattel, Inc.

2  ("Mattel") respectfully submits this *ex parte* application seeking (1) relief from the

3  twenty-day requirement of <u>Local Rule</u> 7-3; and (2) an expedited hearing date of

4  April 7, 2008.

5    Mattel makes this application on the grounds that Judge Infante's April

6  11, 2008 ruling denying Mattel's application to enforce Court Orders compelling

7  production of tangible items was erroneous and contrary to law.  Mattel moves the

8  Court for an order enforcing the May 15, 2007 and August 13, 1007 Orders and

9  compelling Defendant MGA to make available for immediate inspection all relevant

10  tangible items.

11    Pursuant to <u>Local Rule</u> 7-19, on April 21, 2008, Amy Park, of Skadden,

12  Arps, Slate, Meagher & Flom LLP, counsel for the MGA Parties (telephone:  (650)

13  470-4511; address:  525 University Avenue Suite 1100 Palo Alto, California 94301)

14  was given notice of this *ex parte* application.[1]

15

16

17

18

19

20

21

22

23

24

25

26

27

28

---

[1]  <u>See</u> email from Diane Hutnyan to Amy Park dated April 21, 2008 attached as Exh. 1 to the Declaration of Diane Hutnyan In Support of Mattel's Ex Parte (footnote continued)

07209/2478149.1

-i-

MATTEL'S *EX PARTE* APPLICATION FOR RELIEF OF LOCAL RULE 7-3 AND FOR EXPEDITED HEARING

1    This application is based on this Application and the accompanying

2 memorandum, the Declaration of Diane C. Hutnyan filed concurrently with this

3 application, the pleadings and other papers on file in this action, and all matters of

4 which the Court may take judicial notice.

5

6

7    DATED:  April 21, 2008              QUINN EMANUEL URQUHART OLIVER &
                                         HEDGES, LLP

8

9                                        By _____
                                            Diane C. Hutnyan
10                                          Attorneys for Mattel, Inc.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27   Application for an Expedited Hearing ("Hutnyan Dec."). See also Amy Park's reply
     email dated April 21, 2008 and attached as Exh. 2 to the Hutnyan Dec.
28

-ii-

MATTEL'S *EX PARTE* APPLICATION FOR RELIEF OF LOCAL RULE 7-3 AND FOR EXPEDITED HEARING

## Mattel's Ex Parte Application

Under the Local Rules, parties are required to meet and confer twenty days prior to the filing of an anticipated motion so the parties may attempt to "eliminate[] the necessity for a hearing" on the disputed issue. C.D. Cal. L.R. 7-3. Mattel seeks relief from this requirement on the grounds that the parties have met and conferred twice on the issues raised in Mattel's motion without any resolution. Additional conferences will not further the purpose of the rule. Given the importance of the issues raised, Mattel believes no further delay is warranted. For this same reason, Mattel requests that the matter be heard on April 28, 2008, or another nearby date more convenient to the Court.

As discussed in detail in Mattel's concurrently filed appeal and motion, which Mattel incorporates herein, Mattel first apprised MGA of the issues raised in this appeal and motion in early January, 2008. The parties met and conferred regarding these issues on January 3 and January 7, 2008, and again on April 16, 2008, but were unable to resolve their differences.

This is the third time Mattel has sought relief from the Court related to this issue. The first application was heard in front of Judge Larson; then it was set for hearing before Judge Infante, before which further briefing was submitted, and now this appeal submits the issue again to Judge Larson. The issue has been thoroughly briefed. Further, this is a vital discovery matter and the case is going to trial in a matter of weeks. As Judge Larson discussed in a recent hearing, discovery appeals can be decided on an expedited basis:

> TO THE EXTENT THAT MATTEL OR MGA OR CARTER BRYANT OR ANYBODY ELSE DISAGREES WITH THE DECISION MADE BY JUDGE INFANTE, THEN THAT CAN BE BROUGHT BEFORE THIS COURT, AND I WOULD CERTAINLY

1    DO ALL THAT I CAN TO HEAR THAT ON AN
2    EXPEDITED BASIS.[2]

3    Accordingly, relief from <u>Local Rule</u> 7-3's 20-day hold provision is appropriate.

4        For the same reasons, Mattel also respectfully requests that the matters
5    raised by its appeal and motion be heard expeditiously.  The first available hearing date
6    on the Court's online calendar is not until May, 2008.  Mattel respectfully requests that
7    the Court set this matter for hearing on April 28, 2008, or as soon as possible, rather
8    than waiting until a later hearing date.  MGA will in no way be prejudiced by an April
9    28 hearing date as it has already had ample time to consider and prepare to oppose
10   Mattel's request for relief in briefing it for hearing before Judge Larson and the
11   Discovery Master previously.  Accordingly, setting the appeal and motion for hearing
12   on 7 days' notice will not prejudice MGA, and will allow the prompt resolution of the
13   serious issues raised.

14
15   DATED:  April 21, 2008              QUINN EMANUEL URQUHART OLIVER &
                                         HEDGES, LLP

16

17                                       By _____
                                              Diane C. Hutnyan
18                                            Attorneys for Mattel, Inc.

19
20
21
22
23
24
25
26

27      [2]  <u>See</u> Hearing Transcript dated February 4, 2008 attached as Exh. 3 to the
     Hutnyan Dec. at 27:10-14.
28

-2-

MATTEL'S *EX PARTE* APPLICATION FOR RELIEF OF LOCAL RULE 7-3 AND FOR EXPEDITED HEARING