1  QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
     John B. Quinn (Bar No. 090378)
2    johnquinn@quinnemanuel.com
     Michael T. Zeller (Bar No. 196417)
3    (michaelzeller@quinnemanuel.com)
     Jon D. Corey (Bar No. 185066)
4    (joncorey@quinnemanuel.com)
     Timothy L. Alger (Bar No. 160303)
5    (timalger@quinnemanuel.com)
     865 South Figueroa Street, 10th Floor
6  Los Angeles, California 90017-2543
     Telephone:  (213) 443-3000
7  Facsimile:  (213) 443-3100

8  Attorneys for Mattel, Inc.

9

10                  UNITED STATES DISTRICT COURT

11                CENTRAL DISTRICT OF CALIFORNIA

12                        EASTERN DIVISION

| | |
|---|---|
| 13  CARTER BRYANT, an individual, | CASE NO. CV 04-9049 SGL (RNBx) |
| 14              Plaintiff, | Consolidated with<br>Case No. CV 04-09059 |
| 15        vs. | Case No. CV 05-02727 |
| 16  MATTEL, INC., a Delaware<br>corporation, | Hon. Stephen G. Larson |
| 17              Defendant. | **DECLARATION OF DIANE C.<br>HUTNYAN IN SUPPORT OF<br>MATTEL, INC.'S** *EX PARTE* |
| 18 | **APPLICATION FOR (1) RELIEF<br>FROM THE TWENTY-DAY** |
| 19  AND CONSOLIDATED ACTIONS | **REQUIREMENT OF LOCAL RULE<br>7-3; AND (2) FOR AN EXPEDITED** |
| 20 | **HEARING DATE OF APRIL 7, 2008<br>REGARDING MATTEL'S APPEAL** |
| 21 | **OF THE DISCOVERY MASTER'S<br>APRIL 11, 2008 ORDER** |
| 22 | |
| 23 | Date:   TBA<br>Time:   TBA |
| 24 | Place:   TBA |
| 25 | **Phase 1**<br>Discovery Cut-Off:      Jan. 28, 2008 |
| 26 | Pre-Trial Conference:   May 5, 2008<br>Trial Date:                 May 27, 2008 |
| 27 | |
| 28 | |

07209/2478706.1

## DECLARATION OF DIANE C. HUTNYAN

I, Diane C. Hutnyan, declare as follows:

1.    I am a member of the bar of the State of California and a partner at Quinn Emanuel Urquhart Oliver & Hedges, LLP, attorneys for Mattel, Inc. ("Mattel").  I make this declaration of personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify competently thereto.

2.    On January 3, 2008, January 7, 2008, and again on April 16, 2008, I spoke with Amy Park, MGA's counsel at Skadden, Arps, Slate, Meagher & Flom LLP ("Skadden").  On April 21, 2008, I informed Ms. Park via email that Mattel intended to appeal the Discovery Master's April 11, 2008 Order to the District Court and also request an expedited hearing.  Attached hereto as Exhibit 1 is a true and correct copy of that email.

3.    On April 21, 2008, Ms. Park responded via email that MGA intended to oppose both Mattel's appeal; of the Discovery Master's April 11 Order and Mattel's *Ex Parte* Application for an Expedited Hearing.  Attached hereto as Exhibit 2 is a true and correct copy of that email.

4.    Attached hereto as Exhibit 3 is a true and correct copy of an excerpt of a hearing transcript held before the District Court on February 4, 2008.

5.    Time is of the essence in this matter.  This discovery is essential to Mattel's case which is set for trial in less than 6 weeks.  In addition, this discovery may require additional follow-up discovery,

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed on April 21, 2008, at Los Angeles, California.

Diane C. Hutnyan

07209/2478706.1

-2-

Case No. CV 04-9049 SGL (RNBx)
DECLARATION OF PROCTOR