ORIGINAL

1  QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
2    John B. Quinn (Bar No. 090378)
     johnquinn@quinnemanuel.com
3    Michael T. Zeller (Bar No. 196417)
     (michaelzeller@quinnemanuel.com)
4    Jon D. Corey (Bar No. 185066)
     (joncorey@quinnemanuel.com)
5  865 South Figueroa Street, 10th Floor
   Los Angeles, California  90017-2543
6  Telephone:   (213) 443-3000
   Facsimile:   (213) 443-3100
7
   Attorneys for Mattel, Inc.
8

9              UNITED STATES DISTRICT COURT

10            CENTRAL DISTRICT OF CALIFORNIA

11                   EASTERN DIVISION

| | |
|---|---|
| 12  CARTER BRYANT, an individual, | CASE NO. CV 04-9049 SGL (RNBx) |
| 13              Plaintiff, | Consolidated with |
|                            | Case No. CV 04-09059 |
| 14       vs. | Case No. CV 05-02727 |
| 15  MATTEL, INC., a Delaware corporation, | MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL: |
| 16 | |
|              Defendant. | (1) AN UNREDACTED VERSION OF ITS MOTION *IN LIMINE* NO. 15 FOR |
| 17 | A PRECLUSION ORDER MGA'S |
| 18  AND CONSOLIDATED ACTIONS | DISQUALIFIED EXPERT CHRISTINA TOMIYAMA; AND |
| 19 | |
| 20 | (2) CERTAIN EXHIBITS TO THE CONCURRENTLY FILED DECLARATION OF JON D. COREY |
| 21 | |
| 22 | [Local Rule 79-5.1] |
| 23 | Date:   May 21, 2008 |
|    | Time:   10:00 a.m. |
| 24 | Place:  Courtroom 1 |
| 25 | **Phase 1** |
|    | Discovery Cut-Off:       Jan. 28, 2008 |
| 26 | Pre-Trial Conference:   May 5, 2008 |
|    | Trial Date:                  May 27, 2008 |
| 27 | |
| 28 | |

## Application to File Under Seal

Pursuant to Local Rule 79-5.1 and the Stipulated Protective Order entered by the Court in this action, plaintiff Mattel, Inc. ("Mattel") hereby respectfully requests that the Court order filed under seal (1) an unredacted version of its Motion *in Limine* No. 15 for Preclusion Order Regarding MGA's Disqualified Expert Christina Tomiyama; and (2) certain exhibits to the concurrently filed Declaration of Jon D. Corey.

Mattel's motion quotes from, and the Corey Declaration attaches as exhibits, certain documents that the parties have designated as "Confidential" and/or "Confidential-Attorneys' Eyes Only" pursuant to the Protective Order. As the materials quoted in Mattel's motion and attached as Exhibits 3-8 to the Corey Declaration consist of materials designated the parties as "Confidential" and/or "Confidential-Attorneys' Eyes Only," Mattel requests that the Court order that the these materials be filed under seal.

In the alternative, Mattel requests that the Court declare these materials be outside the definition of "Confidential" and/or "Confidential-Attorneys' Eyes Only" as contained in the Stipulated Protective Order and order it to be lodged as part of the public record.

DATED:  April 21, 2008           QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP


                                 By Jon D. Corey /s/
                                    Jon D. Corey
                                    Attorneys for Mattel, Inc.