LODGED ☐ ORIGINAL

1  QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
    John B. Quinn (Bar No. 090378)
2   johnquinn@quinnemanuel.com
    Michael T. Zeller (Bar No. 196417)
3   (michaelzeller@quinnemanuel.com)
    Jon D. Corey (Bar No. 185066)
4   (joncorey@quinnemanuel.com)
   865 South Figueroa Street, 10th Floor
5  Los Angeles, California 90017-2543
   Telephone: (213) 443-3000
6  Facsimile: (213) 443-3100

7  Attorneys for Mattel, Inc.

8

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>[~~PROPOSED~~] ORDER RE MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL:<br><br>(1) AN UNREDACTED VERSION OF ITS MOTION *IN LIMINE* NO. 15 FOR A PRECLUSION ORDER MGA'S DISQUALIFIED EXPERT CHRISTINA TOMIYAMA; AND<br><br>(2) CERTAIN EXHIBITS TO THE CONCURRENTLY FILED DECLARATION OF JON D. COREY<br><br>Date: May 21, 2008<br>Time: 10:00 a.m.<br>Place: Courtroom 1<br><br>**Phase 1**<br>Discovery Cut-Off: Jan. 28, 2008<br>Pre-Trial Conference: May 5, 2008<br>Trial Date: May 27, 2008 |

07209/2478204.1

Case No. CV 04-9049 SGL (RNBx)
[PROPOSED] ORDER RE APPLICATION TO FILE UNDER SEAL

# [PROPOSED] ORDER

Based on Mattel's concurrently filed Application to File Under Seal (1) an unredacted version of its Motion *in Limine* No. 15 for Preclusion Order Regarding MGA's Disqualified Expert Christina Tomiyama; and (2) certain exhibits to the concurrently filed Declaration of Jon D. Corey, and good cause appearing for the entry thereof, IT IS HEREBY ORDERED:

An undredacted version of Mattel's Motion *in Limine* No. 15 for Preclusion Order Regarding MGA's Disqualified Expert Christina Tomiyama, and Exhibits 3-8 to the concurrently filed Declaration of Jon D. Corey are ORDERED filed under seal pursuant to Local Rule 79-5.1.

DATED: APR 21 2008, 2008

Hon. Stephen G. Larson
United States District Judge