THOMAS J. NOLAN (Bar No. 66992)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue, Suite 3400
Los Angeles, CA 90071-3144
Tel.: (213) 687-5000 / Fax: (213) 687-5600:
tnolan@skadden.com
Attorneys for MGA Entertainment, Inc., et al.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARTER BRYANT, an individual<br><br>PLAINTIFF(S)<br><br>v.<br><br>MATTEL, INC., a Delaware corporation<br><br>DEFENDANT(S). | CASE NUMBER:<br>CV 04-9049 SGL (RNBx)<br><br>**NOTICE OF MANUAL FILING** |

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 06-07 and Local Rule 5-4 the following document(s) or item(s) will be manually filed.

**List Documents:**
(1) DECLARATION OF THOMAS J. NOLAN RE: COMPLIANCE WITH COURT'S 4/8/08 ORDER; (2) APPLICATION TO FILE UNDER SEAL; (3) [PROPOSED] ORDER TO FILE UNDER SEAL.

**Document Description:**

[X] Administrative Record

[X] Exhibits

[ ] Ex Parte Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act (pursuant to Local Rule 79-5 .4(h)

[ ] Other

**Reason:**

[X] Under Seal

[ ] Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)

[ ] Electronic versions are not available to filer

[ ] Per Court order dated _____

[ ] Manual Filing required *(reason):*

| | |
|---|---|
| April 22, 2008 | Thomas J. Nolan |
| Date | Attorney Name |
| | MGA ENTERTAINMENT, INC., et al. |
| | Party Represented |

Note: File one Notice in each case, each time you manually file document(s).

G-92 (02/07)    NOTICE OF MANUAL FILING

American LegalNet, Inc.
www.FormsWorkflow.com