MICHAEL T. ZELLER
QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
865 SOUTH FIGUEROA STREET
10th FLOOR
LOS ANGELES, CA 90017
(213) 443-3000

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>PLAINTIFF(S)<br>v.<br>MATTEL, INC., a Delaware corporation,<br><br>DEFENDANT(S) | CASE NUMBER:<br>CV 04-9049 SGL (RNBx)<br><br>**NOTICE OF MANUAL FILING** |

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 06-07 and Local Rule 5-4 the following document(s) or item(s) will be manually filed.

**List Documents:**

Mattel's Motion for Reconsideration of February 26, 2008 Order Denying Motion to Compel Deposition of Christopher Palmeri (the "Motion"); Declaration of Michael J. Niborski (the "Niborski Declaration"); Application to File Under Seal and Proposed Order

**Document Description:**

- [ ] Administrative Record
- [X] Exhibits
- [ ] Ex Part Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act (pursuant to Local Rule 79-5.4(h)
- [X] Other   Application to File Under Seal and (Proposed) Order; Motion for Reconsideration; Declaration of Michael J. Niborski

**Reason:**

- [X] Under Seal
- [ ] Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
- [ ] Electronic versions are not available to filer
- [X] Per Court order dated   January 4, 2005
- [ ] Manual Filing required (*reason*):

| | |
|---|---|
| April 22, 2008<br>Date | Timothy L. Alger /s/<br>Attorney Name<br>Timothy L. Alger<br>Defendant Mattel, Inc.<br>Party Represented |

Note: File one Notice in each case, each time you manually file document(s).