QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
JOHN B. QUINN (State Bar No. 090378)
MICHAEL T. ZELLER (State Bar No. 196417)
JON D. COREY (State Bar No. 185066)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000; Facsimile: (213) 443-3100

STROOK & STROOK & LAVAN LLP
BARRY B. LANGSERG (State Bar No. 048158)
MICHAEL J. NIBORSKI (State Bar No. 192111)
2029 Century Park East, Suite 1600
Los Angeles, California 90067-3086
Telephone: (310) 556-5800; Facsimile: (310) 556-5959
(lacalendar@strook.com)

Attorneys for MATTEL, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant. | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>[PUBLIC REDACTED]<br>DECLARATION OF MICHAEL J. NIBORSKI IN SUPPORT OF MATTEL'S MOTION FOR RECONSIDERATION OF DISCOVERY MASTER'S FEBRUARY 26, 2008 ORDER DENYING MATTEL'S MOTION TO COMPEL DEPOSITION OF CHRISTOPHER PALMERI |
| AND CONSOLIDATED ACTIONS | |

## DECLARATION OF MICHAEL J. NIBORSKI

I, Michael J. Niborski, declare as follows:

1. I am an attorney licensed to practice before all courts of the State of California and am an attorney with the law firm of Stroock & Stroock & Lavan LLP, co-counsel for Mattel, Inc. ("Mattel") in the above-captioned action. I submit this declaration in support of Mattel, Inc.'s Notice of Motion and Motion for Reconsideration of Discovery Master's February 26, 2008 Order Denying Motion to Compel the Deposition of Christopher Palmeri. The facts set forth in this declaration are true of my own personal knowledge, except where based on a review of the pleadings and records in this action and, if called as a witness, I could and would competently testify to such facts.

2. Attached hereto as Exhibit 1 is a true and correct copy of an article published in BusinessWeek magazine in July 2003 entitled "To Really Be A Player, Mattel Needs Hotter Toys" (the "Article"). The by-line of the Article identifies Christopher Palmeri as the author of the Article.

3. Attached hereto as Exhibit 2 is a true and correct copy of a deposition subpoena in this action that was served on Christopher Palmeri on July 25, 2007 (the "Subpoena").

4. Attached hereto as Exhibit 3 is a true and correct copy of the Order Granting In Part and Denying In Part Mattel's Motion for Leave to Take Additional Discovery, dated January 7, 2008, and the Court's Order amending the Order, dated January 9, 2008. In the January 7, 2008 Order, Judge Larson approved the deposition of Mr. Palmeri and others at the top of page 3.

5. Attached hereto as Exhibit 4 is a true and correct copy of the Order Denying Mattel's Motion to Compel Deposition of Christopher Palmeri, dated February 26, 2008.

6. Attached hereto as Exhibit 5 is a true and correct copy of the Reporter's Transcript of Proceedings of Hearing on April 14, 2008.

7.    Attached hereto as Exhibit 6 is a true and correct copy of the Civil Minutes – General, dated April 14, 2008, containing Judge Larson's denial of Mattel's Motion to Compel Deposition of Christopher Palmeri.

8.    Attached hereto as Exhibit 7 is a true and correct copy of the relevant excerpts of the transcript of the deposition of Isaac Larian, dated March 26, 2008.

9.    Attached hereto as Exhibit 8 is a true and correct copy of the public portion of Mattel, Inc.'s Second Amended Answer in Case No. 05-2727 and Counterclaims.

10.    Attached hereto as Exhibit 9 is a true and correct copy of the relevant excerpts of the transcript of the deposition of Samir Khare, a Rule 30(b)(6) witness on behalf of MGA Entertainment, Inc., dated January 23, 2008.

11.    Attached hereto as Exhibit 10 is a true and correct copy of the relevant excerpts of the transcript of the deposition of David Malacrida, dated August 30, 2007.

12.    Attached as Exhibit 11 is a true and correct copy of an article published in The Wall Street Journal, dated July 18, 2003 entitled "Dolled Up: To Lure Older Girls, Mattel Brings in Hip-Hop Crowd." The by-line of the article identifies Maureen Tkacik as the author.

13.    Attached hereto as Exhibit 12 is a true and correct copy of the transcript of the deposition of Denise O'Neal, a reporter for the Chicago Sun-Times, dated October 3, 2007.

14.    Attached hereto as Exhibit 13 is a true and correct copy of Defendant Carter Bryant's Opposition to Plaintiff Mattel, Inc.'s Motion to Remand, dated December 22, 2004.

15.    Attached hereto as Exhibit 14 is a true and correct copy of Defendant in Intervention MGA Entertainment, Inc.'s Joinder in Defendant Carter Bryant's Opposition to Plaintiff Mattel, Inc.'s Motion to Remand, dated December 22, 2004.

16. Attached hereto as Exhibit 15 is a true and correct copy of a letter from Paula Ambrosini, counsel for MGA, to Michael T. Zeller, counsel for Mattel, dated May 17, 2006.

17. Attached hereto as Exhibit 16 is a true and correct copy of MGA Entertainment, Inc.'s and Carter Bryant's Joint Notice of Motion to Compel Re: Mattel's Bandying of 30(b)(6) Witnesses, dated September 6, 2007.

18. Attached hereto as Exhibit 17 is a true and correct copy of the Declaration of Michael J. Niborski, dated January 20, 2008.

19. Attached hereto as Exhibit 18 is a true and correct copy of Mattel, Inc.'s Notice of Motion and Motion to Compel the Deposition of Christopher Palmeri, dated January 21, 2008.

20. Attached hereto as Exhibit 19 is a true and correct copy of Judge Infante's Order Granting in Part Mattel's Motion to Compel the Continued Deposition of Isaac Larian, dated March 10, 2008.

21. Attached hereto as Exhibit 20 is a true and correct copy of excerpts from the transcript of the deposition of Maureen Tkacik, dated September 28, 2007.

22. Attached hereto as Exhibit 21 is a true and correct copy of the Second Supplemental Declaration of Michael J. Niborski in Support of Mattel, Inc.'s Notice of Motion and Motion Objecting to Discovery Master's February 26, 2008 Order Denying Mattel's Motion to Compel Deposition of Christopher Palmeri, dated April 3, 2008.

///
///
///

23. On April 15, 2008, I conducted a telephonic meet and confer session with counsel for Mr. Palmeri and BusinessWeek Magazine, Alonzo Wickers of the law firm Davis Wright Tremaine LLP. We were unable to informally resolve this matter.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed this 21st day of April 2008, at Los Angeles, California.

*[signature]*

Michael J. Niborski