THOMAS J. NOLAN (Bar No. 66992)
(tnolan@skadden.com)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue
Los Angeles, CA 90071-3144
Tel.: (213) 687-5000 / Fax: (213) 687-5600

RAOUL D. KENNEDY (Bar No. 40892)
(rkennedy@skadden.com)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
4 Embarcadero Center, 38th Floor
San Francisco, CA 94111-5974
Tel.: (415) 984-6400 / Fax: (415) 984-2698

Attorneys for MGA Entertainment, Inc., MGA Entertainment (HK) Limited, MGAE de Mexico, S.R.L. DE C.V., and Isaac Larian

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with Case No. 04-9059 and Case No. 05-2727<br><br>APPLICATION TO FILE UNDER SEAL DECLARATION OF THOMAS J. NOLAN RE: COMPLIANCE WITH COURT'S 4/8/08 ORDER<br><br>Honorable Stephen G. Larson |

Application To File Under Seal
Case No. CV 04-9049 SGL (RNBx)

1  Pursuant to Local Rule 79-5.1 and the Order entered by the Court in this
2  action entered on April 8, 2008, MGA Entertainment, Inc. ("MGA") hereby
3  respectfully requests that the Court order the following document be filed under seal:
4  Declaration of Thomas J. Nolan Re: Compliance with Court's 4/8/08 Order.
5  Good cause exists for filing this document under seal, as Exhibit A attached to the
6  Declaration of Thomas J. Nolan has been designated as "Confidential" or
7  "Confidential—Attorneys' Eyes Only" by Mattel, Inc. pursuant to Court Order. In
8  the alternative, MGA requests that the Court declare the exhibit to the declaration to
9  be outside the definitions of "Confidential" and "Confidential—Attorneys' Eyes
10 Only" as contained in the Stipulated Protective Order and order them to be filed as
11 part of the public record.
12
13 DATED: April 22, 2008
                                    SKADDEN, ARPS, SLATE, MEAGHER &
14                                  FLOM, LLP
15
                                    By: /s/ Thomas J. Nolan (jc)
16                                      Thomas J. Nolan
                                        Attorneys for MGA Entertainment, Inc.