QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with<br>Case Nos. CV 04-09059 & CV 05-2727<br><br>MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL (1) MATTEL, INC.'S MOTION FOR RECONSIDERATION OF FEBRUARY 26, 2008 ORDER DENYING MOTION TO COMPEL DEPOSITION OF CHRISTOPHER PALMERI; AND (2) EXHIBITS 7, 9, 10, 13 AND 14 TO THE DECLARATION OF MICHAEL J. NIBORSKI IN SUPPORT OF MATTEL, INC.'S MOTION FOR RECONSIDERATION OF FEBRUARY 26, 2008 ORDER DENYING MOTION TO COMPEL DEPOSITION OF CHRISTOPHER PALMERI<br><br>[[Proposed] Order filed concurrently]<br><br>Hearing Date: N/A<br>Time: N/A<br>Court Room: N/A<br><br>**Phase 1**<br>Discovery Cut-off: January 28, 2008<br>Pre-trial Conference: May 5, 2008<br>Trial Date: May 27, 2008 |

07209/2479369.1

MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL

| | |
|---|---|
| 1 | Pursuant to <u>Local Rule</u> 79-5.1 and the Stipulated Protective Order |
| 2 | entered by the Court in this action, Mattel, Inc. ("Mattel") hereby respectfully |
| 3 | requests that the Court order filed under seal (1) Mattel, Inc.'s Motion for |
| 4 | Reconsideration of February 26, 2008 Order Denying Motion to Compel Deposition |
| 5 | of Christopher Palmeri (the "Motion"); and (2) Exhibits 7, 9, 10, 13 and 14 to the |
| 6 | Declaration of Michael J. Niborski In Support Of Mattel, Inc.'s Motion for |
| 7 | Reconsideration of February 26, 2008 Order Denying Motion to Compel Deposition |
| 8 | of Christopher Palmeri (the "Declaration"). |
| 9 | The Motion quotes and the Declaration attaches materials that Carter |
| 10 | Bryant and MGA have designated as "Confidential--Attorneys' Eyes Only" pursuant |
| 11 | to the Protective Order.  MGA has designated the deposition testimony of Samir |
| 12 | Khare (quoted in the Motion) and Exhibits 7, 9, 10, and 14 to the Declaration as |
| 13 | "Confidential--Attorneys' Eyes Only."  Carter Bryant has designated Exhibit 13 to |
| 14 | the Declaration as "Confidential--Attorneys' Eyes Only."  Accordingly, Mattel |
| 15 | requests that the Court order that the Declaration be filed under seal. |
| 16 | In the alternative, Mattel requests that the Court declare that the |
| 17 | deposition testimony of Samir Khare and Exhibits 7, 9, 10, 13, and 14 to the |
| 18 | Declaration are outside the definitions of "Confidential" as contained in the |
| 19 | Stipulated Protective Order and order it to be filed as part of the public record. |

DATED: April 22, 2008

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

By /s/ Timothy L. Alger
Timothy L. Alger
Attorneys for Mattel, Inc.

# PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is Now Legal Service, 1301 W. 2nd Street, Suite 206, Los Angeles, CA 90026.

On April 22, 2008, I served true copies of the following document(s) described as **MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL (1) MATTEL, INC.'S MOTION FOR RECONSIDERATION OF FEBRUARY 26, 2008 ORDER DENYING MOTION TO COMPEL DEPOSITION OF CHRISTOPHER PALMERI; AND (2) EXHIBITS 7, 9 AND 10 TO THE DECLARATION OF MICHAEL J. NIBORSKI IN SUPPORT OF MATTEL, INC.'S MOTION FOR RECONSIDERATION OF FEBRUARY 26, 2008 ORDER DENYING MOTION TO COMPEL DEPOSITION OF CHRISTOPHER PALMERI** on the parties in this action as follows:

Thomas J. Nolan
**Skadden, Arps, Slate, Meageher & Flom LLP**
300 South Grand Ave., Ste. 3400
Los Angeles, CA 90071

Mark E. Overland
David C. Scheper
Alexander H. Cote
**Overland Borenstein Scheper & Kim LLP**
601 West Fifth Street, 12th Floor
Los Angeles, CA 90017

John W. Keker, Esq.
Michael H. Page, Esq.
Christina M. Anderson, Esq.
**Keker & Van Nest, LLP**
710 Sansome Street
San Francisco, CA 94111

☐ **BY OVERNIGHT DELIVERY:** I deposited such document(s) in a box or other facility regularly maintained by the overnight service carrier, or delivered such document(s) to a courier or driver authorized by the overnight service carrier to receive documents, in sealed envelope(s) or package(s) designated by the overnight service carrier with delivery fees paid or provided for, addressed to the person(s) being served.

☒ **BY PERSONAL SERVICE:** I delivered such envelope(s) by hand to the office of the person(s) being served.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on April 22, 2008, at Los Angeles, California.

_____
Dave Quintana