1  THOMAS J. NOLAN (Bar No. 66992)
   (tnolan@skadden.com)
2  SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
   300 South Grand Avenue
3  Los Angeles, CA 90071-3144
   Tel.: (213) 687-5000 / Fax: (213) 687-5600
4
5  RAOUL D. KENNEDY (Bar No. 40892)
   (rkennedy@skadden.com)
   SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
6  4 Embarcadero Center, 38th Floor
   San Francisco, CA 94111-5974
7  Tel.: (415) 984-6400 / Fax: (415) 984-2698

8  Attorneys for MGA Entertainment, Inc., MGA Entertainment (HK) Limited,
   MGAE de Mexico, S.R.L. DE C.V., and Isaac Larian
9

10                    UNITED STATES DISTRICT COURT
11                   CENTRAL DISTRICT OF CALIFORNIA
12

13 | CARTER BRYANT, an individual,        | CASE NO. CV 04-9049 SGL (RNBx)
14 |                                      |
   |              Plaintiff,              | APPLICATION TO FILE UNDER
15 |                                      | SEAL REPLY IN SUPPORT OF
   |       v.                             | MGA'S MOTION OBJECTING TO
16 |                                      | DISCOVERY MASTER'S MARCH
   | MATTEL, INC., a Delaware             | 17, 2008 ORDER RE MOTION TO
17 | corporation,                         | COMPEL PRODUCTION OF
   |                                      | DOCUMENT NOS. M0199767-78
18 |              Defendant.              | AND M0199769-70
19 |
   | AND CONSOLIDATED ACTIONS
20

Application To File Under Seal
Case No. CV 04-9049 SGL (RNBx)

Pursuant to Local Rule 79-5.1 and the Stipulated Protective Order entered by the Court in this action, MGA Entertainment, Inc. ("MGA") hereby respectfully requests that the Court order the following documents be filed under seal: Reply In Support of MGA's Motion Objecting To Discovery Master's March 17, 2008 Order Re Motion To Compel Production Of Document Nos. M0199767-68 And M0199769-70, the associated Supplemental Declaration of Marcus R. Mumford and related exhibits. Good cause exists for filing these documents under seal, as they refer to certain documents that have been designated as "Confidential" or "Confidential—Attorneys' Eyes Only" pursuant to the Protective Order. In the alternative, MGA requests that the Court declare the exhibits to the declaration to be outside the definitions of "Confidential" and "Confidential—Attorneys' Eyes Only" as contained in the Stipulated Protective Order and order them to be filed as part of the public record.

DATED: April 21, 2008

SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP

By: _____
Thomas Nolan
Attorneys for MGA Entertainment, Inc.