1  QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
    John B. Quinn (Bar No. 090378)
2   (johnquinn@quinnemanuel.com)
    Michael T. Zeller (Bar No. 196417)
3   (michaelzeller@quinnemanuel.com)
    Jon D. Corey (Bar No. 185066)
4   (joncorey@quinnemanuel.com)
   865 South Figueroa Street, 10th Floor
5  Los Angeles, California 90017-2543
   Telephone: (213) 443-3000
6  Facsimile:  (213) 443-3100

7  Attorneys for Mattel, Inc.

FILED
2008 APR 22 AM 11:06
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
RIVERSIDE

Lodged (Proposed) order

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with<br>Case Nos. CV 04-09059 & CV 05-2727<br><br>Hon. Stephen G. Larson<br><br>MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL (1) MOTION TO COMPEL THE PRODUCTION OF DOCUMENT BATES NUMBERED MGA 3801819-22; (2) DECLARATION OF TIMOTHY L. ALGER IN SUPPORT OF MOTION TO COMPEL; AND (3) EXHIBITS A, B, F, I, AND J, TO THE DECLARATION OF TIMOTHY L. ALGER<br><br>[[Proposed] Order filed concurrently]<br><br>Date: N/A<br>Time: N/A<br>Place: N/A<br><br>**Phase 1**<br>Discovery Cut-Off: January 28, 2008<br>Pre-Trial Conference: May 5, 2008<br>Trial Date: May 27, 2008 |

07209/2478002.1

1    Pursuant to Local Rule 79-5.1 and the Stipulated Protective Order
2  entered by the Court in this action, Mattel, Inc. ("Mattel") hereby respectfully
3  requests that the Court order filed under seal (1) Mattel, Inc.'s Motion to Compel the
4  Production of Document Bates Numbered MGA 3801819-22 (the "Motion"); (2) the
5  Confidential Declaration of Timothy L. Alger in Support of the Motion (the "Alger
6  Declaration"); and (3) Exhibits A, B, F, I, and J, to the Alger Declaration (the
7  "Exhibits").
8    The Exhibits include materials that MGA and/or Bryant have
9  designated as "Confidential" or "Confidential--Attorneys' Eyes Only" pursuant to
10 the Protective Order. The Motion and Alger Declaration quote from these Exhibits.
11 Accordingly, Mattel requests that the Court order that the Motion, the Alger
12 Declaration, and the Exhibits be filed under seal.

DATED: April 21, 2008          QUINN EMANUEL URQUHART OLIVER &
                               HEDGES, LLP


                               By /s/ Timothy L. Alger
                                  Timothy L. Alger
                                  Attorneys for Mattel, Inc.

# PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 865 South Figueroa Street, 10th Floor, Los Angeles, California 90017.

On April 21, 2008, I served true copies of the following documents described as:

**MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL (1) MOTION TO COMPEL THE PRODUCTION OF DOCUMENT BATES NUMBERED MGA 3801819-22; (2) DECLARATION OF TIMOTHY L. ALGER IN SUPPORT OF MOTION TO COMPEL; AND (3) EXHIBITS A, B, F, I, AND J, TO THE DECLARATION OF TIMOTHY A. ALGER** on the parties in this action as follows:

| | |
|---|---|
| Skadden, Arps, Slate, Meagher & Flom LLP<br>Thomas J. Nolan, Esq.<br>300 South Grand Avenue, Suite 3400<br>Los Angeles, CA 90071 | Overland Borenstein Scheper & Kim LLP<br>Mark E. Overland, Esq/David C. Scheper Esq<br>Alexander H. Cote Esq<br>601 West Fifth Streeet, 12th Floor<br>Los Angeles, CA 90071-2025 |
| Keker & Van Nest, LLP<br>John W. Keker, Esq./ Michael H. Page, Esq.<br>Christa M. Anderson, Esq.<br>710 Sansome Street<br>San Francisco, CA 94111 | |

[✓]   **BY MAIL:** I am "readily familiar" with the practices of Quinn Emanuel Urquhart Oliver & Hedges for collecting and processing correspondence for mailing with the United States Postal Service. Under that practice, it would be deposited with the United States Postal Service that same day in the ordinary course of business. I enclosed the foregoing in sealed envelope(s) addressed as shown above, and such envelope(s) were placed for collection and mailing with postage thereon fully prepaid at Los Angeles, California, on that same day following ordinary business practices.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on April 21, 2008, at Los Angeles, California.

*/s/ Kelly Velázquez*
Kelly Velázquez

07209/2459122.1