UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
3470 Twelfth Street, Riverside, CA  92501
<u>CIVIL MINUTES -- GENERAL</u>

Case No.    CV 04-09049 SGL(RNBx)                                    Date:  April 22, 2008

Title:    CARTER BRYANT -v- MATTEL, INC.

<u>Consolidated With Related Actions</u>:
CASE NO. CV 04-09059 SGL(RNBx):  MATTEL, INC.,  v. CARTER BRYANT,
CASE NO. CV 05-02727 SGL (RNBx): MGA ENTERTAINMENT, INC., v. MATTEL, INC.,
================================================================
PRESENT:   HONORABLE STEPHEN G. LARSON, UNITED STATES DISTRICT JUDGE

     Jim Holmes                                       Theresa Lanza
     Courtroom Deputy Clerk              Phyllis Preston
                                                           Court Reporters

<u>ATTORNEYS PRESENT FOR CARTER BRYANT</u>:   <u>ATTORNEYS PRESENT FOR MATTEL</u>:
Christa M. Anderson                             John B. Quinn
Matthew M. Werderger                        Michael T. Zeller
Audrey Walton-Hadlock                       R. Dylan Proctor

<u>ATTORNEYS PRESENT FOR MGA:</u>
Thomas J. Nolan
Carl A. Roth
Jason D. Russell

PROCEEDINGS:   ORDER RE FURTHER HEARING ON MOTION FOR SUMMARY JUDGMENT

                         ORDER RE PRETRIAL AND TRIAL SCHEDULE

     The Court heard argument on the parties' motions for partial summary judgment.  The Court sets these motions for further hearing on May 19, 2008, at 1:30 p.m., in Courtroom One of the above-referenced Court.

     The Court continues the final Pretrial Conference from May 5, 2008, to May 19, 2008, at 1:30 p.m., in Courtroom One of the above-referenced Court.

     Lead trial counsel for all parties shall appear at the May 19, 2008, hearing and Pretrial

Conference and at all subsequent proceedings between that date and the conclusion of trial of Phase 1 issues.

The pre-screened jury panel will be assembled in Courtroom One at 9:30 a.m., May 20, 2008, for jury selection.

After a jury is selected, the jurors will be excused until opening statements, which are set for 9:00 a.m., May 27, 2008. After excusing the jury, the Court will consider the parties' motions in limine. The previously imposed briefing schedule for the motions in limine remains in place, although this Order continues the previously set hearing on those motions.

IT IS SO ORDERED.

# NOTICE PARTY SERVICE LIST

**Case No.** _____   **Case Title** _____

**Title of Document** _____

| | | | | |
|---|---|---|---|---|
| | Atty Sttlmnt Officer Panel Coordinator | | | US Attorneys Office - Civil Division -L.A. |
| | BAP (Bankruptcy Appellate Panel) | | | US Attorneys Office - Civil Division - S.A. |
| | Beck, Michael J (Clerk, MDL Panel) | | | US Attorneys Office - Criminal Division -L.A. |
| | BOP (Bureau of Prisons) | | | US Attorneys Office - Criminal Division -S.A. |
| | CA St Pub Defender (Calif. State PD) | | | US Bankruptcy Court |
| | CAAG (California Attorney General's Office - Keith H. Borjon, L.A. Death Penalty Coordinator) | | | US Marshal Service - Los Angeles (USMLA) |
| | Case Asgmt Admin (Case Assignment Administrator) | | | US Marshal Service - Riverside (USMED) |
| | Catterson, Cathy (9th Circuit Court of Appeal) | | | US Marshal Service -Santa Ana (USMSA) |
| | Chief Deputy Admin | | | US Probation Office (USPO) |
| | Chief Deputy Ops | | | US Trustee's Office |
| | Clerk of Court | | | Warden, San Quentin State Prison, CA |
| | Death Penalty H/C (Law Clerks) | | | |
| | Dep In Chg E Div | | | |
| | Dep In Chg So  Div | | | |
| | Federal Public Defender | | | |
| | Fiscal Section | | | |
| | Intake Section, Criminal LA | | | |
| | Intake Section, Criminal SA | | | |
| | Intake Supervisor, Civil | | | |
| | PIA Clerk - Los Angeles (PIALA) | | | |
| | PIA Clerk - Riverside (PIAED) | | | |
| | PIA Clerk - Santa Ana (PIASA) | | | |
| | PSA - Los Angeles (PSALA) | | | |
| | PSA - Riverside (PSAED) | | | |
| | PSA - Santa Ana (PSASA) | | | |
| | Schnack, Randall (CJA Supervising Attorney) | | | |
| | Statistics Clerk | | | |

| | *ADD NEW NOTICE PARTY* **(if sending by fax, mailing address must also be provided)** |
|---|---|
| | Name: |
| | Firm: |
| | Address (*include suite or floor*): |
| | |
| | |
| | *E-mail: |
| | *Fax No.: |

\* For CIVIL cases only

| *JUDGE / MAGISTRATE JUDGE (list below):* |
|---|
| |
| |
| |
| |

**Initials of Deputy Clerk** _____