QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 90378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Plaintiff and Counter-Defendant
Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, on behalf of himself, all present and former employees of Mattel, Inc., and the general public,<br><br>              Counter-Claimant,<br><br>       v.<br><br>MATTEL, INC., a Delaware Corporation,<br><br>              Counter-Defendant. | Case No. CV 04-09049 SGL (RNBx)<br><br>**PROOF OF SERVICE**<br><br>Hon. Edward Infante (Ret.)<br><br>Date:  TBA<br>Time:  TBA.<br>Place: TBA<br><br>Discovery Cut-Off:       Jan. 28, 2008<br>Pre-Trial Conference:   May 5, 2008<br>Trial Date:                    May 27, 2008 |

07209/2479173.1                              PROOF OF SERVICE

## PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 865 South Figueroa Street, 10th Floor, Los Angeles, California 90017-2543.

On April 22, 2008, I served true copies of the following document(s) described as

**1) SECOND SUPPLEMENTAL DECLARATION OF DIANE HUTNYAN IN SUPPORT OF REPLY IN SUPPORT OF MATTEL'S EX PARTE APPLICATION FOR ACCESS TO CERTAIN BRYANT DRAWINGS FOR EXPERT EXAMINATION AND IMAGING**

**2) REPLY IN SUPPORT OF MATTEL'S EX PARTE APPLICATION FOR ACCESS TO CERTAIN BRYANT DRAWINGS FOR EXPERT EXAMINATION AND IMAGING**

| | |
|---|---|
| Michael Page, Esq. | Judge Edward Infante |
| John E. Trinidad, Esq. | JAMS |
| **Keker & Van Nest** | c/o Sandra Chan |
| 710 Sansome Street | Two Embarracdero Center |
| San Francisco, CA 94111 | Suite 1500 |
| | San Francisco, CA 94111 |

[X] **BY FEDEX:** I deposited such document(s) in a box or other facility regularly maintained by FedEx, or delivered such document(s) to a courier or driver authorized by FedEx to receive documents, in sealed envelope(s) or package(s) designated by FedEx with delivery fees paid or provided for, addressed to the person(s) being served.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on April 22, 2008, at Los Angeles, California.

/S/
Andrea Hoeven

07209/2479173.1                    PROOF OF SERVICE

## PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is Now Legal Service, 1301 W. 2nd Street, Suite 206, Los Angeles, CA 90026.

On April 22, 2008, I served true copies of the following document(s) described as

1) **SECOND SUPPLEMENTAL DECLARATION OF DIANE HUTNYAN IN SUPPORT OF REPLY IN SUPPORT OF MATTEL'S EX PARTE APPLICATION FOR ACCESS TO CERTAIN BRYANT DRAWINGS FOR EXPERT EXAMINATION AND IMAGING**

2) **REPLY IN SUPPORT OF MATTEL'S EX PARTE APPLICATION FOR ACCESS TO CERTAIN BRYANT DRAWINGS FOR EXPERT EXAMINATION AND IMAGING**

on the parties in this action as follows:

Thomas J. Nolan, Esq.
Carl Roth, Esq.
**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP**
300 S. Grand Ave., STE 3400
Los Angeles, CA 90071

[X] **BY FEDEX:** I deposited such document(s) in a box or other facility regularly maintained by FedEx, or delivered such document(s) to a courier or driver authorized by FedEx to receive documents, in sealed envelope(s) or package(s) designated by FedEx with delivery fees paid or provided for, addressed to the person(s) being served.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on April 22, 2008, at Los Angeles, California.

/S/
Andrea Hoeven

07209/2479173.1                    PROOF OF SERVICE--