**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Carter Bryant<br><br>PLAINTIFF(S)<br>v.<br><br>Mattel, Inc.<br><br>DEFENDANT(S). | CASE NUMBER:<br><br>CV 04-9049 SGL (RNBx)<br><br>**NOTICE OF MANUAL FILING** |

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 08-02 and Local Rule 5-4 the following document(s) or item(s) will be manually filed.

**List Documents:**
Second Supplemental Declaration of Diane C. Hutnyan In Support of Mattel, Inc.'s Ex Parte Application for Access to Certain Bryant Originals; Application to File Under Seal; [Proposed] Order re: Application to File Under Seal

**Document Description:**

☐ Administrative Record

☑ Exhibits

☐ Ex Parte Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act (pursuant to Local Rule 79-5.4(h)

☑ Other   Exhibits 2, 4, and 13 to the Hutnyan Declaration; Application to File Under Seal; [Proposed] Order re: Application to File Under Seal

**Reason:**

☑ Under Seal

☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)

☐ Electronic versions are not available to filer

☑ Per Court order dated January 4, 2005

☐ Manual Filing required (*reason*):

| | |
|---|---|
| April 23, 2008<br>Date | Diane C. Hutnyan<br>Attorney Name<br>Mattel, Inc.<br>Party Represented |

Note:   File one Notice in each case, each time you manually file document(s).

G-92 (02/08)                                    NOTICE OF MANUAL FILING