THOMAS J. NOLAN (Bar No. 66992)
(tnolan@skadden.com)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue
Los Angeles, CA 90071-3144
Tel.: (213) 687-5000 / Fax: (213) 687-5600

RAOUL D. KENNEDY (Bar No. 40892)
(rkennedy@skadden.com)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
4 Embarcadero Center, 38th Floor
San Francisco, CA 94111-5974
Tel.: (415) 984-6400 / Fax: (415) 984-2698

Attorneys for MGA Entertainment, Inc., MGA Entertainment (HK) Limited, MGAE de Mexico, S.R.L. DE C.V., and Isaac Larian

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>　　　　　Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with Case No. 04-9059 and Case No. 05-2727<br><br>**APPLICATION TO FILE UNDER SEAL (1) MGA'S OPPOSITION TO MATTEL, INC.'S MOTION FOR PROTECTIVE ORDER LIMITING THE TEMPORAL SCOPE OF ITS PRIVILEGE LOG, OR, IN THE ALTERNATIVE, MOTION TO COMPEL LOGGING OF PRIVILEGED DOCUMENTS BY BRYANT AND THE MGA PARTIES; AND (2) DECLARATION OF PHILIP W. MARSH IN OPPOSITION TO MATTEL, INC.'S MOTION FOR PROTECTIVE ORDER**<br><br>Honorable Stephen G. Larson |

Pursuant to Local Rule 79-5.1 and the Stipulated Protective Order entered by the Court in this action, MGA Entertainment, Inc. ("MGA") hereby respectfully requests that the Court order the following documents be filed under seal: (1) MGA's Opposition to Mattel, Inc.'s Motion for Protective Order Limiting the Temporal Scope of its Privilege Log, or, in the Alternative, Motion to Compel Logging of Privileged Documents by Bryant and the MGA Parties; and (2) Declaration of Philip W. Marsh in Opposition to Mattel, Inc.'s Motion for Protective Order Limiting the Temporal Scope of its Privilege Log, or, in the Alternative, Motion to Compel Logging of Privileged Documents by Bryant and the MGA Parties. Good cause exists for filing these documents under seal, as certain exhibits attached to the Declaration of Philip W. Marsh supporting this paper have been designated as "Confidential" or "Confidential—Attorneys' Eyes Only" pursuant to the Protective Order, and as the memorandum of points and authorities in support of MGA's opposition references these exhibits extensively. In the alternative, MGA requests that the Court declare the exhibits to the declaration to be outside the definitions of "Confidential" and "Confidential—Attorneys' Eyes Only" as contained in the Stipulated Protective Order and order them, along with the notice of motion and memorandum of points and authorities in support thereof, to be filed as part of the public record.

DATED: April 22, 2008

SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP

By: *Raoul Kennedy (APO)*
Raoul D. Kennedy
Attorneys for MGA Entertainment, Inc.