1 THOMAS J. NOLAN (Bar No. 66992)
(tnolan@skadden.com)
2 SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue
3 Los Angeles, CA 90071-3144
Tel.: (213) 687-5000 / Fax: (213) 687-5600

4

5 RAOUL D. KENNEDY (Bar No. 40892)
(rkennedy@skadden.com)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
6 4 Embarcadero Center, 38th Floor
San Francisco, CA 94111-5974
7 Tel.: (415) 984-6400 / Fax: (415) 984-2698

8 Attorneys for MGA Entertainment, Inc., MGA Entertainment (HK) Limited,
MGAE de Mexico, S.R.L. DE C.V., and Isaac Larian

9

UNITED STATES DISTRICT COURT

10

CENTRAL DISTRICT OF CALIFORNIA

11

12

13 CARTER BRYANT, an individual, ) CASE NO. CV 04-9049 SGL (RNBx)
)
Plaintiff, ) Consolidated with Case No. 04-9059
14 ) and Case No. 05-2727
v. )
15 ) [PROPOSED] ORDER TO FILE
MATTEL, INC., a Delaware ) UNDER SEAL
16 corporation, )
) Honorable Stephen G. Larson
17 Defendant. )
)
18 ─────────────────────────── )
AND CONSOLIDATED ACTIONS )
19 )

20

21

22

23

24

25

26

27

28

---

[Proposed] Order To File Under Seal
Case No. CV 04-9049 SGL (RNBx)

## ORDER

Based on the above Application, and good cause appearing for the entry thereof, IT IS HEREBY ORDERED that the following documents be filed under seal pursuant to Local Rule 79-5.1:

(1) MGA's Opposition to Mattel, Inc.'s Motion for Protective Order Limiting the Temporal Scope of its Privilege Log, or, in the Alternative, Motion to Compel Logging of Privileged Documents by Bryant and the MGA Parties; and

(2) Declaration of Philip W. Marsh in Opposisition to Mattel, Inc.'s Motion for Protective Order Limiting the Temporal Scope of its Privilege Log, or, in the Alternative, Motion to Compel Logging of Privileged Documents by Bryant and the MGA Parties.

DATED: April 23, 2008

_____
Hon. Stephen G. Larson
United States District Court Judge