1 | Hon. Edward A. Infante (Ret.)
  | JAMS
2 | Two Embarcadero Center
  | Suite 1500
3 | San Francisco, California 94111
  | Telephone:  (415) 774-2611
4 | Facsimile:  (415) 982-5287

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant. | CASE NO. CV 04-09049 SGL (RNBx)<br>JAMS Reference No. 1100049530<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-2727<br><br>**ORDER RE TESTING OF JACQUELINE PRINCE'S NOTARY LOG BOOK** |
| CONSOLIDATED WITH<br>MATTEL, INC. v. BRYANT and<br>MGA ENTERTAINMENT, INC. v. MATTEL, INC. | |

Having received Mattel's *Ex Parte* Application for a Protective Order Preventing MGA's Destructive Sampling of the Prince Notary Book (the "Application), and all other papers and arguments submitted in support of or in opposition to the Application, and finding good cause therefore,

**IT IS HEREBY ORDERED THAT:**

1. MGA is allowed to take samples and conduct testing on Jacqueline Prince's notary

Bryant v. Mattel, Inc.,
CV-04-09049 SGL (RNBx)

1

1       log book to test the accuracy of the findings and conclusions of Mattel's expert witness, Dr. Valery Aginsky, pursuant to the protocol set forth herein.

2. MGA's previously identified expert, Dr. Albert Lyter III, is hereby approved to perform the sampling of the notary book. Use of any other expert requires the prior approval of the expert's credentials by the Discovery Master.

3. Dr. Lyter's sampling of Ms. Prince's notary book is limited to the extraction of "microplug" samples taken from the notary book. Dr. Lyter will extract all "microplugs" samples using a hypodermic-needle-sized hole punch, removing holes of less than one millimeter in diameter.

4. Dr. Lyter may remove no more than 17 sets of "microplug" samples from the written portions of the entries in the notary book, and no more than two sets of blank paper "microplug" samples from the blank areas of the notary book which do not contain writing.

5. Dr. Lyter may take no more than 12 "microplugs" from any set of "microplug" samples.

6. MGA and Mattel retain the right to apply to the Discovery Master for the right to take additional "microplugs" if necessary and upon a showing of good cause.

7. Dr. Valery Aginsky, whose credentials have already been approved by the Discovery Master, may attend the extraction of the samples. MGA and Mattel will arrive at a mutually agreeable date during which accommodates the schedules of both Dr. Lyter and Dr. Aginsky, for the sampling to be performed.

8. If Dr. Aginsky raised any issues about the manner in which the sampling is being performed while he or she is observing the sampling, the parties will seek immediate resolution from the Discovery Master so that the sampling will not be delayed. If Mattel's counsel waives attendance by its expert, the sampling shall be deemed unobjectionable and may be carried out by MGA's expert as scheduled and without further delay.

9. All sampling must occur at the laboratory of MGA's expert.

10. Before subjecting the samples to ink analysis, MGA's expert will maintain the samples at his or her laboratory in normal environmental conditions, which means generally accepted laboratory conditions that will preserve the integrity of the notary book from any damage that could be caused by heat, cold, humidity or other conditions.

11. Dr. Lyter and/or his employees and assistants will maintain custody of the notary book in a safe place at all times, and will not release the notary book to any unauthorized third parties.

12. After the completion of the testing, Dr. Lyter will seal the notary book in the box in which it was delivered to him. He will store the notary book in his laboratory in normal environmental conditions for eventual use at trial. MGA agrees to produce the notary book at trial in California.

Pursuant to Paragraph 6 of the Stipulation and Order for Appointment of a Discovery Master, Mattel shall file this Order with the Clerk of Court forthwith.

**IT IS SO ORDERED.**

Dated: April 22, 2008

_____
HON. EDWARD A. INFANTE (Ret.)
Discovery Master

Bryant v. Mattel, Inc.,
CV-04-09049 SGL (RNBx)

3

## PROOF OF SERVICE BY E-MAIL

I, Sandra Chan, not a party to the within action, hereby declare that on April 22, 2008, I served the attached ORDER RE TESTING OF JACQUELINE PRINCE'S NOTARY LOG BOOK in the within action by email addressed as follows:

| Name | Firm | Email |
|---|---|---|
| John W. Keker, Esq. | Keker & Van Nest | jkeker@kvn.com |
| Michael H. Page, Esq. | Keker & Van Nest | mhp@kvn.com |
| Christa Anderson, Esq. | Keker & Van Nest | cma@kvn.com |
| Matthew M. Werdegar, Esq. | Keker & Van Nest | mwerdegar@kvn.com |
| John E. Trinidad, Esq. | Keker & Van Nest | jtrinidad@kvn.com |
| Audrey Walton-Hadlock, Esq. | Keker & Van Nest | awalton-hadlock@kvn.com |
| John Quinn Esq. | Quinn, Emanuel, Urquhart, Oliver & Hedges | johnquinn@quinnemanuel.com |
| Michael Zeller Esq. | Quinn, Emanuel, Urquhart, Oliver & Hedges | michaelzeller@quinnemanuel.com |
| Jon Corey Esq. | Quinn, Emanuel, Urquhart, Oliver & Hedges | joncorey@quinnemanuel.com |
| Duane Lyons Esq. | Quinn, Emanuel, Urquhart, Oliver & Hedges | duanelyons@quinnemanuel.com |
| Timothy Alger Esq. | Quinn, Emanuel, Urquhart, Oliver & Hedges | timalger@quinnemanuel.com |
| Dominic Surprenant Esq. | Quinn, Emanuel, Urquhart, Oliver & Hedges | DominicSurprenant@QuinnEmanuel.com |
| B. Dylan Proctor Esq. | Quinn, Emanuel, Urquhart, Oliver & Hedges | dylanproctor@quinnemanuel.com |
| Shane McKenzie Esq. | Quinn, Emanuel, Urquhart, Oliver & Hedges | shanemckenzie@quinnemanuel.com |
| Bridget Hauler Esq. | Quinn, Emanuel, Urquhart, Oliver & Hedges | bridgethauler@quinnemanuel.com |
| Tamar Buchakjian Esq. | Quinn, Emanuel, Urquhart, Oliver & Hedges | tamarbuchakjian@quinnemanuel.com |
| Juan Pablo Alban, Esq. | Quinn, Emanuel, Urquhart, Oliver & Hedges | juanpabloalban@quinnemanuel.com |
| John Gordon | Quinn, Emanuel, Urquhart, Oliver & Hedges | johngordon@quinnemanuel.com |
| Diane Hutnyan, Esq. | Quinn, Emanuel, Urquhart, Oliver & Hedges | dianehutnyan@quinnemanuel.com |
| Thomas J. Nolan, Esq. | Skadden, Arps, Slate, Meagher & Flom LLP | tnolan@skadden.com |
| Raoul D. Kennedy, Esq. | Skadden, Arps, Slate, Meagher & Flom LLP | rkennedy@skadden.com |
| Amy S. Park, Esq. | Skadden, Arps, Slate, Meagher & Flom LLP | apark@skadden.com |
| Harriet S. Posner, Esq. | Skadden, Arps, Slate, Meagher & Flom LLP | hposner@skadden.com |
| Carl Alan Roth, Esq. | Skadden, Arps, Slate, Meagher & Flom LLP | croth@skadden.com |
| Timothy A. Miller, Esq. | Skadden, Arps, Slate, Meagher & Flom LLP | tmiller@skadden.com |
| Marcus R. Mumford, Esq. | Skadden, Arps, Slate, Meagher & Flom LLP | Mmumford@skadden.com |
| Paul M. Eckles, Esq. | Skadden, Arps, Slate, Meagher & Flom LLP | Paul.eckles@skadden.com |
| Robert J. Herrington, Esq. | Skadden, Arps, Slate, Meagher & Flom LLP | Robert.herrington@skadden.com |
| Larry W. McFarland | Keats, McFarland & Wilson | lmcfarland@kmwlaw.com |
| Christian Dowell | Keats, McFarland & Wilson | cdowell@kmwlaw.com |
| Mark Overland, Esq. | Overland, Borenstein, et al. | moverland@obsklaw.com |
| Alexander Cote, Esq. | Overland, Borenstein, et al. | acote@obsklaw.com |
| David C. Scheper, Esq. | Overland, Borenstein, et al. | dscheper@obsklaw.com |

I declare under penalty of perjury under the laws of the Untied States of America that the above is true and correct.

Executed on April 22, 2008, at San Francisco, California.

*/s/ Sandra Chan*
Sandra Chan