UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>             Plaintiff,<br><br>     vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>             Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>ORDER RE:<br>EXCHANGE OF REVISED EXHIBIT LISTS, OBJECTIONS TO EXHIBITS, AND FILING OF PRE-TRIAL EXHIBIT STIPULATION<br><br><u>Phase 1</u>:<br>Discovery Cut-off:    January 28, 2008<br>Pre-trial Conference: May 5, 2008<br>Trial Date:           May 27, 2008 |

07209/2475370.1

PROPOSED ORDER

| | |
|---|---|
| 1 | **ORDER** |
| 2 | Based on the stipulation of the parties, and good cause appearing |
| 3 | therefore, it is hereby ORDERED that the parties shall exchange revised exhibit lists |
| 4 | by 7:00 p.m., Friday, April 18, 2008, exchange objections to exhibits by 7:00 p.m., |
| 5 | Friday, April 25, 2008, and file the Pre-Trial Exhibit Stipulation before the Final |
| 6 | Pretrial Conference. |

DATED: April 24, 2008

*[signature: S.G. Larson]*

HON. STEPHEN G. LARSON