QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>　　　　Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with<br>Case Nos. CV 04-09059 & CV 05-2727<br><br>MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL EXHIBITS 2, 4, & 13 TO THE SECOND SUPPLEMENTAL DECLARATION OF DIANE HUTNYAN IN SUPPORT OF MATTEL'S *EX PARTE* APPLICATION FOR ACCESS TO CERTAIN BRYANT ORIGINALS<br><br>[[Proposed] Order filed concurrently]<br><br>Date:　TBA<br>Time:　TBA<br>Place:　Telephonic<br><br>**Phase 1**<br>Discovery Cut-Off:　January 28, 2008<br>Pre-Trial Conference: May 5, 2008<br>Trial Date:　May 27, 2008 |

07209/2464621.1

MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL

1  Pursuant to Local Rule 79-5.1 and the Stipulated Protective Order
2  entered by the Court in this action, Mattel, Inc. ("Mattel") hereby respectfully
3  requests that the Court order filed under seal Exhibits 2, 4, and 13 to the Second
4  Supplemental Declaration of Diane Hutnyan in support of Mattel, Inc.'s *Ex Parte*
5  Application to for Access to Certain Bryant Originals.
6  The Declaration attaches materials that the parties have designated as
7  "Confidential--Attorneys' Eyes Only" pursuant to the Protective Order. Specifically,
8  MGA has designated Exhibits 2, 4, and 13, as "Confidential--Attorneys' Eyes Only.
9  As such, Mattel requests that these exhibits be filed under seal or, in the alternative,
10 life the protective order as it applies to these items.

13 DATED: April 23, 2008         QUINN EMANUEL URQUHART OLIVER &
                                 HEDGES, LLP

17                               By /s/ Diane C. Hutnyan
                                    Diane C. Hutnyan
18                                  Attorneys for Mattel, Inc.