QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
John B. Quinn (Bar No. 090378)
(johnquinn@quinnemanuel.com)
Michael T. Zeller (Bar No. 196417)
(michaelzeller@quinnemanuel.com)
Jon D. Corey (Bar No. 185066)
(joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with<br>Case Nos. CV 04-09059 & CV 05-2727<br><br>**DISCOVERY MATTER**<br><br>[To Be Heard By Discovery Master Hon. Edward Infante (Ret.) Pursuant To The Court's Order Of December 6, 2006]<br><br>[~~PROPOSED~~] ORDER RE MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL EXHIBITS 2, 4, & 13 TO THE SECOND SUPPLEMENTAL DECLARATION OF DIANE HUTNYAN IN SUPPORT OF MATTEL'S *EX PARTE* APPLICATION FOR ACCESS TO CERTAIN BRYANT ORIGINALS<br><br>**Phase 1**<br>Discovery Cut-Off: January 28, 2008<br>Pre-Trial Conference: May 5, 2008<br>Trial Date: May 27, 2008 |

07209/2464636.1

[~~PROPOSED~~] ORDER

# [~~PROPOSED~~] ORDER

Based on the concurrently filed Application to File Under Seal Exhibits 2, 4, and 13 to the Second Supplemental Declaration of Diane Hutnyan in support of Mattel, Inc.'s *Ex Parte* Application to for Access to Certain Bryant Originals.

IT IS HEREBY ORDERED:

Exhibits 2, 4, and 13 to the Second Supplemental Declaration of Diane Hutnyan in support of Mattel, Inc.'s *Ex Parte* Application are ORDERED filed under seal pursuant to Local Rule 79-5.1.

DATED: APR 24 2008, 2008

/s/ S.G. Larson
Hon. Stephen G. Larson
United States District Judge