1   QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
      John B. Quinn (Bar No. 090378)
2     (johnquinn@quinnemanuel.com)
      Michael T. Zeller (Bar No. 196417)
3     (michaelzeller@quinnemanuel.com)
      Jon D. Corey (Bar No. 185066)
4     (joncorey@quinnemanuel.com)
      865 South Figueroa Street, 10th Floor
5   Los Angeles, California 90017-2543
      Telephone: (213) 443-3000
6   Facsimile: (213) 443-3100

7   Attorneys for Mattel, Inc.

8

9                  UNITED STATES DISTRICT COURT

10                CENTRAL DISTRICT OF CALIFORNIA

11                        EASTERN DIVISION

| 12 | CARTER BRYANT, an individual, | CASE NO. CV 04-9049 SGL (RNBx) |
|----|-------------------------------|--------------------------------|
| 13 | Plaintiff, | Consolidated with |
| 14 | vs. | Case No. CV 04-09059<br>Case No. CV 05-02727 |
| 15 | MATTEL, INC., a Delaware corporation, | STIPULATION REGARDING EXCHANGE OF OBJECTIONS TO |
| 16 | | EXHIBITS, RESPONSES TO OBJECTIONS, AND FILING OF PRE- |
| 17 | Defendant. | TRIAL EXHIBIT STIPULATION |
| 18 | AND CONSOLIDATED ACTIONS | [[Proposed] Order lodged concurrently herewith] |
| 19 | | |
| 20 | | Phase 1:<br>Discovery Cut-off:  January 28, 2008 |
| 21 | | Pre-trial Conference: May 19, 2008<br>Trial Date:  May 27, 2008 |

22

23

24

25

26

27

28

07209/2482011.2

STIPULATION

## STIPULATION

WHEREAS, on April 7, 2008, the Court provided additional guidance regarding the parties' exhibit lists and directed that revised lists be exchanged;

WHEREAS, the parties exchanged revised exhibit lists on April 18, 2008;

WHEREAS, the parties wish to agree on a modified schedule for exchanging objections to exhibits, exchanging responses to objections, and for the filing of the Pre-Trial Exhibit Stipulation;

WHEREAS, on April 21, 2008, the parties entered into a stipulation to submit all pretrial Rule 16 submissions, including witness lists (which include anticipated direct and cross-examination times for each witness, as well as the exhibits to which each witness is expected to testify) on or before May 5, 2008;

WHEREAS, the Court has continued the Final Pre-Trial Conference to May 19, 2008;

NOW, THEREFORE, the parties, by and through their counsel of record and subject to the Court's approval, hereby agree as follows:

1.      The parties shall exchange objections to exhibits by 7:00 p.m., April 30, 2008; shall exchange responses to the objections by 7:00 p.m., May 9, 2008; and file the Pre-Trial Exhibit Stipulation on Monday, May 12, 2008; and

2.      The parties shall remain required to make all other Rule 16 pretrial submissions, including the filing of witness lists (which include anticipated direct and cross-examination times for each witness, as well as the exhibits to which each witness is expected to testify) on or before May 5, 2008.

IT IS SO STIPULATED.

07209/2482011.2

STIPULATION

1    DATED: April 24, 2008          QUINN EMANUEL URQUHART OLIVER &
2                                   HEDGES, LLP

3

4                                   By _____
                                        James Webster
5                                       Attorneys for Mattel, Inc.

6

7    DATED: April 24, 2008          SKADDEN, ARPS, SLATE, MEAGHER &
8                                   FLOM LLP

9

10                                  By _____
                                        Lance A. Etcheverry
11                                      Attorneys for MGA Entertainment, Inc,
                                        MGA Entertainment (HK) Ltd. and Isaac
12                                      Larian

13

14   DATED: April 24, 2008          KEKER & VAN NEST, LLP

15

16                                  By _____
                                        Matthew Werdegar
17                                      Attorneys for Carter Bryant

18

19

20

21

22

23

24

25

26

27

28