1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>　　　　Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>[PROPOSED] ORDER RE: EXCHANGE OF OBJECTIONS TO EXHIBITS, RESPONSES, AND FILING OF PRE-TRIAL EXHIBIT STIPULATION<br><br>Phase 1:<br>Discovery Cut-off:　　January 28, 2008<br>Pre-trial Conference:　May 19, 2008<br>Trial Date:　　　　　　May 27, 2008 |

07209/2475370.1

PROPOSED ORDER

# [PROPOSED] ORDER

Based on the stipulation of the parties, and good cause appearing therefore, it is hereby ORDERED:

1. The parties shall exchange objections to exhibits by 7:00 p.m., April 30, 2008; shall exchange responses to the objections by 7:00 p.m., May 9, 2008; and file the Pre-Trial Exhibit Stipulation on Monday, May 12, 2008; and

2. The parties shall remain required to make all other Rule 16 pretrial submissions, including the filing of witness lists (which include anticipated direct and cross-examination times for each witness, as well as the exhibits to which each witness is expected to testify) on or before May 5, 2008.

DATED: _____, 2008

_____
HON. STEPHEN G. LARSON