KEKER & VAN NEST, LLP
JOHN W. KEKER - #49092
jkeker@kvn.com
MICHAEL H. PAGE - #154913
mpage@kvn.com
CHRISTA M. ANDERSON - #184325
canderson@kvn.com
MATTHEW M. WERDEGAR - #200470
mwerdegar@kvn.com
JOHN E. TRINIDAD - #250468
jtrinidad@kvn.com
AUDREY WALTON-HADLOCK- #250574
awaltonhadlock@kvn.com
710 Sansome Street
San Francisco, CA 94111-1704
Telephone: (415) 391-5400
Facsimile: (415) 397-7188

Attorneys for Plaintiff
CARTER BRYANT

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC. a Delaware Corporation,<br><br>Defendant.<br><br>CONSOLIDATED WITH MATTEL, INC., v. BRYANT and MGA ENTERTAINMENT, INC. v. MATTEL, INC. | Case No. CV 04-09049 SGL (RNBx)<br>(consolidated with CV 04-9059 & 05-2727)<br><br>**NOTICE OF ADDITIONAL SUPPLEMENTAL AUTHORITY IN SUPPORT OF BRYANT'S MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>Date:  April 22, 2008<br>Time:  10:00 a.m.<br>Dept:  Courtroom 1<br>Judge:  Hon. Stephen G. Larson<br><br>Discovery Cut-Off: Jan. 28, 2008<br>Pre-Trial Conference: May 19, 2008<br>Trial Date: May 27, 2008 |

NOTICE OF ADDITIONAL SUPPLEMENTAL AUTHORITY IN SUPPORT OF BRYANT'S MOTION FOR PARTIAL SUMMARY JUDGMENT
CASE NO. CV 04-09049 SGL (RNBx)

416190.01

1    Bryant submits this Notice of Additional Supplemental Authority to bring to the Court's attention new California Supreme Court authority relevant to Bryant's pending Motion for Partial Summary Judgment and his opposition to Mattel's Motion for Partial Summary Judgment.  Today, April 24, 2008, the Supreme Court of California issued its decision in *City of Hope National Medical Center v. Genentech, Inc.*, ___ Cal. Rptr. 3d ___, 2008 WL 1820916 (April 24, 2008), which addresses California's requirements for imposing a fiduciary duty, as well as matters of California contract interpretation.[1]  A copy of the decision is attached for the Court's convenience.

Dated:  April 24, 2008

Respectfully submitted,

KEKER & VAN NEST, LLP

By:  /s/ Christa M. Anderson
CHRISTA M. ANDERSON
Attorneys for Plaintiff
CARTER BRYANT

---

[1] Bryant will be happy to provide the Court with his analysis and argument related to this case, if the Court so requests.  However, to comply with Local Rule 7-10, Bryant has provided no argument or analysis of the decision here.