1  Larry McFarland (Bar No. 129668)
   Christian Dowell (Bar No. 241973)
2  KEATS, McFARLAND & WILSON LLP
   9720 Wilshire Blvd.
3  Penthouse Suite
   Beverly Hills, CA 90212
4  Telephone:  (310) 248-3830
   Facsimile:   (310) 860-0363
5  Email:   lmcfarland@kmwlaw.com
6           cdowell@kmwlaw.com

7  Attorneys for AnaElise Cloonan

8
                    UNITED STATES DISTRICT COURT
9
                   CENTRAL DISTRICT OF CALIFORNIA
10
                            EASTERN DIVISION
11

12 | CARTER BRYANT, an individual, | Case No.: CV 04 – 09049 SGL (RNBx)
13 |                               | Consolidated with Case Nos.
   |            Plaintiff,         | CV 04-9059 and CV 05-2727
14 |       v.                      | Hon. Stephen G. Larson
15 |                               | DECLARATION OF LARRY W. McFARLAND
16 | MATTEL, INC., a Delaware      | IN SUPPORT OF ANAELISE CLOONAN'S
   | corporation;                  | NOTICE OF MOTION AND MOTION
17 |                               | OBJECTING TO PORTIONS OF DISCOVERY
   |            Defendant.         | MASTER'S APRIL 11, 2008 ORDER
18 |                               | REGARDING A FURTHER EXAMINATION
19 | AND RELATED ACTIONS.          | OF MS. CLOONAN'S COMPUTER AND ZIP
20 |                               | DISK
21
22                                   Hearing Date:   May 19, 2008
                                     Time:          N/A
23                                   Place:         N/A
24
25
26
27
28

I, Larry McFarland, hereby declare as follows:

I am an attorney licensed to practice law in the State of California and am a partner at the law firm of Keats, McFarland & Wilson LLP, counsel for non-party witness in this matter, AnaElise Cloonan.

I submit this Declaration in Support of the Ms. Cloonan's Motion Objecting to Portions of Discovery Master's April 11, 2008 Order Regarding a Further Examination of Ms. Cloonan's Computer and Zip Disk ("Motion"). Unless otherwise stated, I have personal knowledge of the facts set forth below and, if called as a witness, I could and would competently testify thereto.

1. A true and correct copy of a letter from Larry McFarland, dated December 4, 2007, is attached hereto as Exhibit 1.

2. A true and correct copy of the Court's minute order, dated February 4, 2008, is attached hereto as Exhibit 2.

3. A true and correct copy of Judge Infante's order dated, April 11, 2008, is attached hereto as Exhibit 3.

4. A true and correct copy of a letter from Susan Wines, dated June 21, 2007, is attached hereto as Exhibit 4.

5. A true and correct copy of a letter from Larry McFarland, dated June 28, 2007, is attached hereto as Exhibit 5.

6. True and correct copies of letters sent to Mattel's counsel are attached hereto as Exhibit 6.

7. A true and correct copy of letter from Susan Wines, dated September 13, 2007, is attached hereto as Exhibit 7.

8. A true and correct copy of a letter from Larry McFarland, dated October 26, 2007, is attached hereto as Exhibit 8.

1    9.  A true and correct copy of a letter from Larry McFarland, dated November 21, 2007, is attached hereto as Exhibit 9.

2    10. A true and correct copy of a letter from Dylan Proctor, dated November 28, 2007, is attached hereto as Exhibit 10.

3    11. A true and correct copy of an email from Matt Albee, dated November 30, 2007, is attached hereto as Exhibit 11.

4    12. A true and correct copy of a letter from Larry McFarland, dated December 17, 2007, is attached hereto as Exhibit 12.

5    13. A true and correct copy of a letter from Larry McFarland, dated December 18, 2007, is attached hereto as Exhibit 13.

6    14. A true and correct copy of a letter from Larry McFarland, dated January 16, 2008, is attached hereto as Exhibit 14.

7    15. A true and correct copy of an email from Chris Tayback, dated January 17, 2008, is attached hereto as Exhibit 15.

8    16. A true and correct copy of a letter from Larry McFarland, dated January 18, 2008, is attached hereto as Exhibit 16.

9    17. A true and correct copy of an excerpt from the reporter's transcript of proceedings before this Court on February 4, 2008, is attached hereto as Exhibit 17.

10   18. A true and correct copy of Mattel's Proposed Order filed January 23, 2008, is attached hereto as Exhibit 18.

11   19. A true and correct copy of a letter from Melissa Grant, dated April 15, 2008, is attached hereto as Exhibit 19.

12   20. A true and correct copy of a letter from Christian Dowell, dated April 15, 2008, is attached hereto as Exhibit 20.

13   21. A true and correct copy of a letter from Melissa Grant, dated April 16, 2008, is attached hereto as Exhibit 21.

22. A true and correct copy of a letter from Mr. McFarland, dated April 17, 2008, is attached hereto as Exhibit 22.

23. A true and correct copy of an email from Chris Tayback, dated April 21, 2008, is attached hereto as Exhibit 23.

24. During an in-person meet-and-confer on March 10, 2008, I proposed that the computer and zip disk belonging to Ms. Cloonan could be reviewed again pursuant to the Protocol proposed and agreed to by Mattel with the change being that the following additional names and reasonable variations thereof be added to the list of reviewed names: Anna Isabela Cabrera, Beatriz Morales, Maria Elena Salazar and Pedro Salazar.

Dated: April 25, 2008                    KEATS MCFARLAND & WILSON LLP


/s/
Larry McFarland, Esq.