QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with<br>Case Nos. CV 04-09059 & CV 05-2727<br><br>Hon. Stephen G. Larson<br><br>**DECLARATION OF CHRISTOPHER TAYBACK IN SUPPORT OF MATTEL, INC.'S *EX PARTE* APPLICATION FOR (1) RELIEF FROM THE FIVE-DAY REQUIREMENT OF LOCAL RULE 7-3; AND (2) FOR AN EXPEDITED HEARING DATE OF MAY 2, 2008**<br><br>Hearing Date: Not Applicable<br>Time: Not Applicable<br><br>**Phase 1**<br>Discovery Cut-Off: January 28, 2008<br>Pre-Trial Conference: May 5, 2008<br>Trial Date: May 27, 2008 |

07209/2482027.1

DECLARATION OF CHRISTOPHER TAYBACK

## DECLARATION OF CHRISTOPHER TAYBACK

I, Christopher Tayback, declare as follows:

1. I am a member of the bar of the State of California, admitted to practice in the Central District of California and elsewhere, and a partner at Quinn Emanuel Urquhart Oliver & Hedges, LLP, attorneys for Mattel, Inc. ("Mattel"). Except where otherwise indicated, I make this declaration of personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify competently thereto.

2. Attached hereto as Exhibit 1 is a true and correct copy of an email from Christopher Tayback to Larry W. McFarland, dated April 23, 2008.

3. Attached hereto as Exhibit 2 is a true and correct copy of an email from Christopher Tayback to Larry W. McFarland and Mr. McFarland's reply email dated April 21, 2008.

4. Attached hereto as Exhibit 3 is a true and correct copy of the February 4, 2008, Hearing Transcript.

5. On business matters unrelated to this case, I have been required to travel to Oakland, Kansas City and Denver between April 11 (when the Discovery Master issued the Order at issue in this appeal) and April 21, when I emailed Mr. McFarland to meet and confer regarding this appeal.

07209/2482027.1

1

2  I declare under penalty of perjury under the laws of the United States of

3  America that the foregoing is true and correct.

4  Executed on April 23, 2008 at Los Angeles, California.

5

6  _____
   Christopher Tayback

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

07209/2482027.107209/2482027.1

# EXHIBIT 1

From: Christopher Tayback <christayback@quinnemanuel.com>
To: Larry W. McFarland
Sent: Mon Apr 21 08:41:34 2008
Subject: Judge Infante's April 11, 2008 Order

Larry--

With respect to the Cloonan disk and hard drive, I don't see that we can reach a compromise--at least not on the terms we discussed the other day. I believe that Judge Infante's order allows Mattel to make and inspect an image of both, and that is the only way I can think of to obtain the evidence we need.

With respect to the Marlow and Hatch-Leahy hard drives, I would like to meet and confer with you regarding that order and our intention to appeal from it. We believe it is clearly erroneous in several respects, including the fact that the protocol clearly was not exclusive, did not apply to both computer drives, did not (and could not) capture the content of graphical files, and there is no way that it could have been prescribed to capture late-discovered names and information (such as Cabrera, Salazar, etc.). Further, any privacy interests are adequatey protected by the protective order and are outweighed by Mattel's need for the evidence.

I am traveling, but is there a time today that I can contact you by telephone?

Chris Tayback

EXHIBIT 1

PAGE 3

4/25/2008

# EXHIBIT 2

**From:** Larry W. McFarland [LMcfarland@kmwlaw.com]
**Sent:** Monday, April 21, 2008 4:04 PM
**To:** Christopher Tayback
**Subject:** Re: Judge Infante's April 11, 2008 Order

I too have been out of the office let's try to talk tomorrow afteernoon
Larry W. McFarland

KEATS, McFARLAND & WILSON, LLP

9720 Wilshire Boulevard

Penthouse Suite

Beverly Hills, California 90212

Direct: (310) 777-3750

Telephone: (310) 248-3830

Facsimile: (310) 860-0363


----- Original Message -----
From: Christopher Tayback <christayback@quinnemanuel.com>
To: Larry W. McFarland
Sent: Mon Apr 21 08:41:34 2008
Subject: Judge Infante's April 11, 2008 Order

Larry--

With respect to the Cloonan disk and hard drive, I don't see that we can reach a compromise--at least not on the terms we discussed the other day. I believe that Judge Infante's order allows Mattel to make and inspect an image of both, and that is the only way I can think of to obtain the evidence we need.

With respect to the Marlow and Hatch-Leahy hard drives, I would like to meet and confer with you regarding that order and our intention to appeal from it. We believe it is clearly erroneous in several respects, including the fact that the protocol clearly was not exclusive, did not apply to both computer drives, did not (and could not) capture the content of graphical files, and there is no way that it could have been prescribed to capture late-discovered names and information (such as Cabrera, Salazar, etc.). Further, any privacy interests are adequatey protected by the protective order and are outweighed by Mattel's need for the evidence.

I am traveling, but is there a time today that I can contact you by telephone?

Chris Tayback

EXHIBIT 2
PAGE 4

4/25/2008

# EXHIBIT 3

1

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

- - -

HONORABLE STEPHEN G. LARSON, JUDGE PRESIDING

- - -

**CERTIFIED COPY**

| | |
|---|---|
| CARTER BRYANT, ET. AL.,  ) | |
|                          ) | |
|            PLAINTIFFS,   ) | |
|                          ) | |
|    VS.                   ) | NO. ED CV 04-09049 |
|                          ) | (LEAD LOW NUMBER) |
| MATTEL, INC., ET. AL.,   ) | |
|                          ) | |
|            DEFENDANTS.   ) | EX-PARTE APPLICATIONS |
|                          ) | RE: DISCOVERY |
| AND CONSOLIDATED ACTIONS,) | |

REPORTER'S TRANSCRIPT OF PROCEEDINGS

RIVERSIDE, CALIFORNIA

MONDAY, FEBRUARY 4, 2008

10:15 A.M.

THERESA A. LANZA, RPR, CSR
FEDERAL OFFICIAL COURT REPORTER
3470 12TH STREET, RM. 134
RIVERSIDE, CALIFORNIA   92501
951-274-0844
CSR11457@SBCGLOBAL.NET

FEBRUARY 4, 2008

ED CV 04-9059-SGL

**EXHIBIT** 3

**PAGE** 5

27

1  COMPENSATION FOR THE BURDEN THAT'S BEING PLACED ON HIM, AND I
2  THINK HE'S DOING A FABULOUS JOB OF MANAGING THIS. I WILL CALL
3  HIM THIS AFTERNOON AND LET HIM KNOW THAT ANY MATTER RELATED TO
4  PHASE TWO DOES NOT NEED TO BE RESOLVED RIGHT NOW. TO THE
5  EXTENT THAT THERE HAVE BEEN CHALLENGES MADE TO PHASE TWO
6  DEPONENTS, YOU CAN PUT THAT OFF. THAT'S NOT TO SAY THAT HE'S
7  NOT GOING TO HAVE TO CROSS THAT BRIDGE AT SOME TIME; HE
8  CERTAINLY WILL; BUT I THINK THAT WILL FREE UP THE TIME TO
9  ADDRESS THOSE MATTERS THAT RELATE TO PHASE ONE.
10          AND THEN TO THE EXTENT THAT MATTEL OR MGA OR
11 CARTER BRYANT OR ANYBODY ELSE DISAGREES WITH THE DECISION MADE
12 BY JUDGE INFANTE, THEN THAT CAN BE BROUGHT BEFORE THIS COURT,
13 AND I WOULD CERTAINLY DO ALL THAT I CAN TO HEAR THAT ON AN
14 EXPEDITED BASIS.
15          WHAT I DON'T THINK IS PROPER FOR THIS COURT TO DO IS
16 TO START ISSUING DISCOVERY ORDERS THAT MAY OR MAY NOT CONFLICT
17 WITH EARLIER POSITIONS THAT JUDGE INFANTE HAS TAKEN. I THINK
18 THAT JUST MAKES A MESS OF THE WHOLE THING.
19          SO THAT'S KIND OF THE TWO-PRONGED APPROACH THAT I
20 THOUGHT WE WOULD TAKE THROUGH THIS TO HOPEFULLY KEEP THIS
21 GOING.
22          AS FAR AS, HOWEVER, THE DEPOSITIONS THAT I'VE GIVEN
23 LEAVE TO TAKE THAT ARE PHASE ONE DEPOSITIONS, I GUESS A THIRD
24 ASPECT OF THE ORDER WOULD BE THAT, YES, PLAINTIFF DOES HAVE
25 LEAVE TO TAKE THOSE, EVEN IF THAT MEANS TAKING THEM IN

FEBRUARY 4, 2008

ED CV 04-9059-SGL
EXHIBIT 3
PAGE 6