1  QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
   John B. Quinn (Bar No. 090378)
2  johnquinn@quinnemanuel.com
   Michael T. Zeller (Bar No. 196417)
3  (michaelzeller@quinnemanuel.com)
   Jon D. Corey (Bar No. 185066)
4  (joncorey@quinnemanuel.com)
   865 South Figueroa Street, 10th Floor
5  Los Angeles, California 90017-2543
   Telephone: (213) 443-3000
6  Facsimile: (213) 443-3100

7
   Attorneys for Plaintiff
8  Mattel, Inc.

9                UNITED STATES DISTRICT COURT

10               CENTRAL DISTRICT OF CALIFORNIA

11                      EASTERN DIVISION

12 CARTER BRYANT, an individual,      | Case No. CV 04-09049 SGL (RNBx)
                                       | Consolidated with
13           Plaintiff,                | Case No. CV 04-09059
                                       | Case No. CV 05-02727
14      vs.
                                       | STIPULATION REGARDING
15 MATTEL, INC., a Delaware            | BRIEFING SCHEDULE ON
   corporation,                        | OBJECTIONS TO DISCOVERY
16                                     | MASTER'S ORDERS OF APRIL 11
           Defendant.                  | AND 22, 2008
17
                                       | [Proposed Order filed concurrently]
18 AND CONSOLIDATED CASES
                                       | **Phase 1:**
19                                     | Pre-trial Conference: May 5, 2008
                                       | Trial Date:           May 27, 2008
20

## STIPULATION

WHEREAS, on April 11, 2008 the Discovery Master issued an Order Granting in Part and Denying in Part MGA's Motion to Compel Mattel to Produce a Witness Pursuant to Notice of Deposition Under Rule 30(b)(6) (the "April 11 Order");

WHEREAS, the April 11 Order requires compliance by Mattel no later than May 5, 2008;

WHEREAS, Mattel's Objections are due to be filed by April 25, 2008;

WHEREAS, Mattel intends to file Objections to the April 11 Order;

WHEREAS, on April 22, 2008 the Discovery Master issued an Order Granting Third-Party Matthew Bousquette's Motion to Quash Subpoena (the "April 22 Order";

WHEREAS, MGA intends to file Objections to the April 22 Order;

WHEREAS, Mattel, MGA and Matthew Bousquette (the "Parties") believe that the Discovery Master's Orders raise important issues that should be resolved on an expedited basis;

NOW, THEREFORE, the Parties, by and through their counsel of record, hereby agree as follows:

1. The Parties' shall have until Monday, April 28, 2008, to file their respective Objections to the Discovery Master's Orders.

2. The Parties shall have until Thursday, May 1, 2008, to file their respective Oppositions.

3. The Parties shall file their replies, if any, no later than the morning of Monday, May 5, 2008.

4. The hearing on the Parties' objections shall be held on Monday, May 5, 2008, at 10:00 a.m., or at such other time as may be designated by the Court.

5. The Parties agree that while Mattel's Objections are pending, its obligations to comply with the Discovery Master's April 11, 2008 Order shall be stayed.

IT IS SO STIPULATED.

DATED: April 25, 2008                QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

By *Jon D. Corey /ZDK*
Jon D. Corey
Attorneys for Mattel, Inc.

DATED: April 25, 2008                CALDWELL LESLIE & PROCTOR, PC

By *Christopher Caldwell /ZDK*
Christopher Caldwell
Attorneys for Third-Party Matthew Bousquette

DATED: April 25, 2008                SKADDEN ARPS SLATE MEAGHER & FLOM, LLP

By *Marcus Mumford /ZDK*
Marcus M. Mumford
Attorneys for MGA Entertainment, Inc., Isaac Larian, and MGA Entertainment (HK) Ltd.