# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED CASES | Case No. CV 04-09049 SGL (RNBx)<br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>[PROPOSED] ORDER RE STIPULATION REGARDING BRIEFING SCHEDULE ON OBJECTIONS TO DISCOVERY MASTER'S ORDERS OF APRIL 11 AND 22, 2008<br><br>**Phase 1:**<br>Pre-trial Conference: May 5, 2008<br>Trial Date: May 27, 2008 |

07209/2485290.1

[PROPOSED] ORDER RE: STIPULATION RE OBJECTIONS TO DISCOVERY MASTER ORDERS

### [Proposed] Order

Based on the concurrently filed Stipulation of the Parties, and good cause appearing therefor, it is hereby ORDERED that:

1. Mattel and MGA shall filed their respective Objections to the April 11 and April 22 Orders by Monday, April 28, 2005;

2. The Parties shall have until Thursday, May 1, 2008, to file their respective Oppositions;

3. The Parties shall file their replies, if any, no later than the morning of Monday, May 5, 2008;

4. The hearing on the Parties' objections shall be held on Monday, May 5, 2008, at 10:00 a.m., or at such other time as may be designated by the Court;

5. Mattel's obligations to comply with the Discovery Master's April 11 Order shall be stayed pending the Court's review of Mattel's Objections.

DATED: _____, 2008

_____
Hon. Stephen G. Larson

United States District Court Judge