Jon D. Corey Bar #185066
QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
865 SOUTH FIGUEROA STREET
10th FLOOR
LOS ANGELES, CA 90017
(213) 443-3000

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARTER BRYANT, an individual, | CASE NUMBER: CV 04-9049 SGL (RNBx) |
| PLAINTIFF(S) v. | |
| MATTEL, INC., a Delaware corporation, | **NOTICE OF MANUAL FILING** |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 06-07 and Local Rule 5-4 the following document(s) or item(s) will be manually filed.

**List Documents:**

Declaration of Christopher Tayback in Support of Motion of Mattel, Inc. for an Order Granting "Adverse Inference" Jury Instruction; Application to File Under Seal and [Proposed] Order

**Document Description:**

- [ ] Administrative Record
- [X] Exhibits
- [ ] Ex Part Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act (pursuant to Local Rule 79-5.4(h)
- [X] Other  Application to File Under Seal and [Proposed] Order

**Reason:**

- [X] Under Seal
- [ ] Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
- [ ] Electronic versions are not available to filer
- [ ] Per Court order dated January 4, 2005
- [ ] Manual Filing required (*reason*):

April 28, 2008                                          /s/ Jon Corey
Date                                                    Attorney Name

                                                        Defendant Mattel, Inc.
                                                        Party Represented

Note: File one Notice in each case, each time you manually file document(s).