QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
John B. Quinn (Bar No. 090378)
(johnquinn@quinnemanuel.com)
Michael T. Zeller (Bar No. 196417)
(michaelzeller@quinnemanuel.com)
Jon D. Corey (Bar No. 185066)
(joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>NOTICE OF LODGING IN SUPPORT OF MATTEL, INC.'S OPPOSITIONS TO THE MGA PARTIES' MOTIONS IN LIMINE NOS. 1-14<br><br>Date: May 21, 2008<br>Time: 1:00 p.m.<br>Place: Courtroom 1<br><br>**Phase 1**<br>Pre-Trial Conference: May 19, 2008<br>Trial Date: May 27, 2008 |

07209/2482979.1

NOTICE OF LODGING

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD, PLEASE TAKE NOTICE that Mattel, Inc. hereby lodges the following declarations with the Court in support of its Oppositions to the MGA Parties' Motions in Limine Nos. 1-14:

1. Declaration of Jon Corey in support of Mattel, Inc.'s Motions in Limine Nos. 1-13, dated April 14, 2008.

2. Declaration of B. Dylan Proctor in support of Mattel, Inc.'s Motions in Limine Nos. 1-13, Volume 1, dated April 14, 2008.

3. Declaration of B. Dylan Proctor in support of Mattel, Inc.'s Motions in Limine Nos. 1-13, Volume 2, dated April 14, 2008.

4. Declaration of B. Dylan Proctor in support of Mattel, Inc.'s Motions in Limine Nos. 1-13, Volume 3, dated April 14, 2008.

5. Declaration of B. Dylan Proctor in support of Mattel, Inc.'s Motions in Limine Nos. 1-13, Volume 4, dated April 14, 2008.

6. Declaration of B. Dylan Proctor in support of Mattel, Inc.'s Motions in Limine Nos. 1-13, Volume 5, dated April 14, 2008.

7. Declaration of B. Dylan Proctor in support of Mattel, Inc.'s Motions in Limine Nos. 1-13, Volume 6, dated April 14, 2008.

8. Declaration of Bridget Hauler in support of Mattel, Inc.'s Motion in Limine No. 3, dated April 14, 2008.

DATED: April 28, 2008

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

By *B. Dylan Proctor /s4*
B. Dylan Proctor
Attorneys for Mattel, Inc.

07209/2482979.1

NOTICE OF LODGING