THOMAS J. NOLAN (Bar No. 66992)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue, Suite 3400
Los Angeles, CA 90071-3144
Tel.: (213) 687-5000 / Fax: (213) 687-5600:
tnolan@skadden.com
Attorneys for MGA Entertainment, Inc., et al.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARTER BRYANT, an individual<br><br>PLAINTIFF(S)<br>v.<br><br>MATTEL, INC., a Delaware corporation<br><br>DEFENDANT(S). | CASE NUMBER:<br>CV 04-9049 SGL (RNBx)<br><br>NOTICE OF MANUAL FILING |

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 06-07 and Local Rule 5-4 the following document(s) or item(s) will be manually filed.

**List Documents:**
(1) MGA PARTIES' OPPOSITION TO MATTEL, INC.'S MOTION IN LIMINE NO. 2;
(2) MGA PARTIES' OPPOSITION TO MATTEL, INC.'S MOTION IN LIMINE NO. 3;
(3) MGA PARTIES' OPPOSITION TO MATTEL, INC.'S MOTION IN LIMINE NO. 4;
(4) MGA PARTIES' OPPOSITION TO MATTEL, INC.'S MOTION IN LIMINE NO. 5;
(5) MGA PARTIES' OPPOSITION TO MATTEL, INC.'S MOTION IN LIMINE NO. 6;
(6) MGA PARTIES' OPPOSITION TO MATTEL, INC.'S MOTION IN LIMINE NO. 7;
(7) MGA PARTIES' OPPOSITION TO MATTEL, INC.'S MOTION IN LIMINE NO. 8;
(8) MGA PARTIES' OPPOSITION TO MATTEL, INC.'S MOTION IN LIMINE NO. 9;
(9) MGA PARTIES' OPPOSITION TO MATTEL, INC.'S MOTION IN LIMINE NO. 10;
(10) MGA PARTIES' OPPOSITION TO MATTEL, INC.'S MOTION IN LIMINE NO. 11;
(11) MGA PARTIES' OPPOSITION TO MATTEL, INC.'S MOTION IN LIMINE NO. 12;
(12) MGA PARTIES' OPPOSITION TO MATTEL, INC.'S MOTION IN LIMINE NO. 13;
(13) MGA PARTIES' OPPOSITION TO MATTEL, INC.'S MOTION IN LIMINE NO. 14;
(14) DECLARATION OF THOMAS J. NOLAN IN SUPPORT THEREOF; (15) APPLICATION TO FILE UNDER SEAL; (16) PROPOSED ORDER GRANTING FILING UNDER SEAL;(17) PROOF OF SERVICE.

**Document Description:**

☒ Administrative Record

☒ Exhibits

☐ Ex Parte Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act (pursuant to Local Rule 79-5 .4(h)

☐ Other

**Reason:**

☒ Under Seal

☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)

☐ Electronic versions are not available to filer

G-92 (02/07)    NOTICE OF MANUAL FILING

American LegalNet, Inc.
www.FormsWorkflow.com

☐ Per Court order dated _____

☐ Manual Filing required *(reason)*:

April 28, 2008
_____
Date

Thomas J. Nolan
_____
Attorney Name

MGA ENTERTAINMENT, INC., et al.
_____
Party Represented

Note:  File one Notice in each case, each time you manually file document(s).