Timothy L. Alger (Bar No. 160303)
QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
865 SOUTH FIGUEROA STREET
10th FLOOR
LOS ANGELES, CA 90017
(213) 443-3000

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>PLAINTIFF(S)<br>v.<br>MATTEL, INC., a Delaware corporation,<br><br>DEFENDANT(S). | CASE NUMBER:<br>CV 04-9049 SGL (RNBx)<br><br>NOTICE OF MANUAL FILING |

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 06-07 and Local Rule 5-4 the following document(s) or item(s) will be manually filed.

**List Documents:**

Exhs A & B to Mattel Inc.'s Not of Lodging in Support of Mot Objg to Discy Master's Denial of Mot to Compel Prod of MGA3801819-22; Exhs 5 & 6 to the Decl of Christopher E. Price in Support of Mattel, Inc.'s Mot Objecting to Discovery Master's Denial of Mot to Compel Prod of MGA3801819-22; Mot Objg to Discy Master's Denial of Mot to Compel Prod of MGA3801819-22; Application to File Udner Seal and [Proposed] Order

**Document Description:**

☐ Administrative Record
☒ Exhibits
☐ Ex Part Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act (pursuant to Local Rule 79-5.4(h)
☒ Other  Application to File Under Seal & [Proposed] Order; Exhs A & B to Notice of Lodging; Exhs to Declaration; Motion Brief

**Reason:**

☒ Under Seal
☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
☐ Electronic versions are not available to filer
☒ Per Court order dated January 4, 2005
☐ Manual Filing required (*reason*):

April 28, 2008
Date

Attorney Name
Timothy L. Alger
Counter Claimant, Mattel, Inc.
Party Represented

Note: File one Notice in each case, each time you manually file document(s).