B. Dylan Proctor
QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
865 SOUTH FIGUEROA STREET
10th FLOOR
LOS ANGELES, CA 90017
(213) 443-3000

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

CARTER BRYANT, an individual,

PLAINTIFF(S)

v.

MATTEL, INC., a Delaware corporation,

DEFENDANT(S).

CASE NUMBER:

CV 04-9049 SGL (RNBx)
Consolidated with Case No.
CV 04-09059 & 05-02727

**NOTICE OF MANUAL FILING**

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 06-07 and Local Rule 5-4 the following document(s) or item(s) will be manually filed.

**List Documents:**

Mattel's Oppositions to the MGA Parties' Motions in Limine Nos.1-11&14; Exhibit Nos. 1-6, 8-16, 18-19, 21-26, 28, 30, 32-34, & 36-38 to Dec. of Stephen Hauss; and Exhibit Nos. 2, 11, 22, 26-28, 30-46, 49, 56, 70-73, 77, 80, 82, 83, 85, 88-90, 92, 93, 96-103, 106-108, 110-127, 129-141, 143-145, 151-152, 154-161 to the Dec. of Tamar Buchakjian; Application to File Under Seal & Proposed Order.

**Document Description:**

[ ] Administrative Record

[x] Exhibits

[ ] Ex Part Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act (pursuant to Local Rule 79-5.4(h)

[x] Other  Oppositions; Application to File Under Seal and Proposed Order

**Reason:**

[x] Under Seal

[ ] Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)

[ ] Electronic versions are not available to filer

[x] Per Court order dated  January 4, 2005

[ ] Manual Filing required (*reason*):

April 28, 2008
Date

B. Dylan Proctor
Attorney Name

Plaintiff Mattel, Inc.
Party Represented

Note: File one Notice in each case, each time you manually file document(s).

G-92 (02/07)          NOTICE OF MANUAL FILING          CCD-G92