KEKER & VAN NEST, LLP
JOHN W. KEKER - #49092
jkeker@kvn.com
MICHAEL H. PAGE - #154913
mpage@kvn.com
CHRISTA M. ANDERSON - #184325
canderson@kvn.com
MATTHEW M. WERDEGAR - #200470
mwerdegar@kvn.com
710 Sansome Street
San Francisco, CA  94111-1704
Telephone:  (415) 391-5400
Facsimile:  (415) 397-7188

Attorneys for Plaintiff
CARTER BRYANT

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>      Plaintiff,<br><br>v.<br><br>MATTEL, INC. a Delaware Corporation,<br><br>      Defendant.<br><br>CONSOLIDATED WITH MATTEL, INC., v. BRYANT and MGA ENTERTAINMENT, INC. v. MATTEL, INC. | Case No. CV 04-09049 SGL (RNBx) (consolidated with CV 04-9059 & 05-2727<br><br>**[PUBLIC REDACTED] DECLARATION OF JOHN TRINIDAD IN SUPPORT OF CARTER BRYANT'S OPPOSITION TO MATTEL, INC.'S MOTION IN LIMINE NO. 1**<br><br>Date:  May 21, 2008<br>Time:  1:00 p.m.<br>Dept:  Courtroom 1<br>Judge:  Hon. Stephen G. Larson<br><br>Date Comp. Filed:  April 13, 2005<br><br>**Phase 1**<br>Pre-Trial Conference:  May 19, 2008<br>Trial Date:  May 27, 2008 |

416371.01

I, JOHN TRINIDAD, declare and state that:

1.      I am an attorney licensed to practice law in the State of California, the State of New York, and in the District of Columbia. I am an associate at the law firm of Keker & Van Nest LLP, located at 710 Sansome Street, San Francisco, California 94111, counsel for plaintiff Carter Bryant in the above-captioned action. I am duly admitted to practice law before this Court.  I have knowledge of the facts set forth herein, and if called to testify as a witness thereto, could do so competently under oath.

2.      Attached hereto as Exhibit 1 is a true and correct copy of excerpts from Transcript of April 22, 2008 Hearing.

3.      Attached hereto as Exhibit 2 is a true and correct copy of excerpts from the transcript of the Deposition of Maureen Tafoya, dated January 28, 2008.

4.      Attached hereto as Exhibit 3 is a true and correct copy of excerpts from the transcript of the Deposition of Teresa Newcomb, dated January 23, 2008.

5.      Attached hereto as Exhibit 4 is a true and correct copy of excerpts from the transcript of the Deposition of Kathleen Simpson Taylor, dated February 23, 2008.

6.      Attached hereto as Exhibit 5 is a true and correct copy of excerpts of Mattel, Inc.'s Second Amended Answer and Counterclaims, filed on July 12, 2007.

7.      Attached hereto as Exhibit 6 is a true and correct copy of excerpts of Mattel Inc.'s Corrected Statement of Genuine Issues of Fact Regarding Bryant's Separate Statement of Uncontested Facts In Support of Bryant's Motion for Partial Summary Judgment, dated March 25, 2008.

1

416371.01

1       I declare under penalty of perjury under the laws of the United States that

2   the foregoing is true and correct and that this declaration was executed on April 28,

3   2008, at San Francisco, California.

4

5                                   /s/ John Trinidad

6                                   JOHN TRINIDAD

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

[PUBLIC REDACTED] DECLARATION OF JOHN TRINIDAD IN SUPPORT OF CARTER BRYANT'S
OPPOSITION TO MATTEL, INC.'S MOTION IN LIMINE NO. 1
CASE NO. CV 04-09049 SGL (RNBx)

416371.01