# EXHIBIT 6

# FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER