1  KEKER & VAN NEST, LLP
   JOHN W. KEKER - #49092
2  jkeker@kvn.com
   MICHAEL H. PAGE - #154913
3  mpage@kvn.com
   CHRISTA M. ANDERSON - #184325
4  canderson@kvn.com
   MATTHEW M. WERDEGAR - #200470
5  mwerdegar@kvn.com
   710 Sansome Street
6  San Francisco, CA 94111-1704
   Telephone: (415) 391-5400
7  Facsimile: (415) 397-7188

8  Attorneys for Plaintiff
   CARTER BRYANT
9

10
                UNITED STATES DISTRICT COURT
11
                CENTRAL DISTRICT OF CALIFORNIA
12
                       EASTERN DIVISION
13

14  CARTER BRYANT, an individual,    Case No. CV 04-09049 SGL (RNBx)
                                     (consolidated with CV 04-9059 & 05-
15                      Plaintiff,   2727)

16     v.                            **[PROPOSED] ORDER DENYING MATTEL, INC.'S MOTION IN LIMINE NO. 1**

17  MATTEL, INC. a Delaware
    Corporation,                     Date:  May 21, 2008
18                                   Time:  1:00 p.m.
                        Defendant.   Dept:  Courtroom 1
19                                   Judge: Hon. Stephen G. Larson

20  CONSOLIDATED WITH MATTEL,        Date Comp. Filed: April 13, 2005
    INC., v. BRYANT and MGA          **Phase 1**
21  ENTERTAINMENT, INC. v.           Pre-Trial Conference: May 19, 2008
    MATTEL, INC.                     Trial Date: May 27, 2008
22

23

24

25

26

27

28

## [PROPOSED] ORDER

The Court has carefully considered the parties' submissions and arguments concerning Mattel, Inc.'s Motion *in Limine* No. 1 to Exclude (1) Evidence or Argument that Bryant's Invention Assignment Agreements are Unfair or Unconscionable; (2) Evidence of Other Versions of Mattel's Inventions Agreements; and (3) Expert Testimony of D. Jan Duffy.

Mattel's Motion *in Limine* No. 1 is hereby DENIED except as to point (3) listed above (the expert report or testimony of D. Jan Duffy).

IT IS SO ORDERED.

Dated:_____, 2008     _____
                                Hon. Stephen G. Larson
                                United States District Judge