Jon D. Corey (Bar No. 185066)
QUINN EMANUEL URQUHART OLIVER
& HEDGES, LLP
865 S. Figueroa Street, 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARTER BRYANT, an individual, | CASE NUMBER: |
| PLAINTIFF(S) | CV 04-09049 SGL (RNBx) |
| v. | |
| MATTEL, INC., a Delaware corporation, | **NOTICE OF MANUAL FILING** |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 08-02 and Local Rule 5-4 the following document(s) or item(s) will be manually filed.

**List Documents:**

Exhibits 2 through 6 to Declaration of Jon D. Corey in Support of Mattel, Inc.'s Motion Objecting to Portions of Discovery Master's April 14, 2008 Order; Application to File Under Seal; and [Proposed] Order on Same.

**Document Description:**

☐    Administrative Record

☑    Exhibits

☐    Ex Parte Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act (pursuant to Local Rule 79-5.4(h)

☑    Other   Application to File Under Seal; [Proposed] Order on Same

**Reason:**

☑    Under Seal

☐    Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)

☐    Electronic versions are not available to filer

☑    Per Court order dated  January 4, 2005

☐    Manual Filing required (*reason*):

April 28, 2008
Date

Attorney Name
Mattel, Inc.
Party Represented

Note:   File one Notice in each case, each time you manually file document(s).