1  KEKER & VAN NEST, LLP
   JOHN W. KEKER - #49092
2  jkeker@kvn.com
   MICHAEL H. PAGE - #154913
3  mpage@kvn.com
   CHRISTA M. ANDERSON - #184325
4  canderson@kvn.com
   MATTHEW M. WERDEGAR - #200470
5  mwerdegar@kvn.com
   JOHN E. TRINIDAD - #250468
6  jtrinidad@kvn.com
   AUDREY WALTON-HADLOCK- #250574
7  awaltonhadlock@kvn.com
   710 Sansome Street
8  San Francisco, CA  94111-1704
   Telephone: (415) 391-5400
9  Facsimile: (415) 397-7188

10 Attorneys for Plaintiff
   CARTER BRYANT

11

12                    UNITED STATES DISTRICT COURT

13                    CENTRAL DISTRICT OF CALIFORNIA

14                          EASTERN DIVISION

15

16 CARTER BRYANT, an individual,          Case No. CV 04-09049 SGL (RNBx)
                                          (consolidated with CV 04-9059 & 05-
17                         Plaintiff,     2727)

18       v.                              **CARTER BRYANT'S NOTICE OF
                                         JOINDER IN THE MGA PARTIES'
19 MATTEL, INC. a Delaware               OPPOSITIONS TO MATTEL,
   Corporation,                          INC.'S MOTIONS IN LIMINE**

20
                          Defendant.     Date:      May 21, 2008
21                                       Time:      1:00 p.m.
                                         Dept:      Courtroom 1
22 CONSOLIDATED WITH MATTEL,             Judge:     Hon. Stephen G. Larson
   INC., v. BRYANT and MGA
23 ENTERTAINMENT, INC. v.                Date Comp. Filed:  April 13, 2005
   MATTEL, INC.
24                                       **Phase 1**
                                         Pre-Trial Conference:  May 5, 2008
25                                       Trial Date:  May 27, 2008

26

27

28

CARTER BRYANT'S NOTICE OF JOINDER IN THE MGA PARTIES' OPPOSITIONS TO MATTEL, INC.'S
MOTIONS IN LIMINE
CASE NO. CV 04-09049 SGL (RNBx)

1    PLEASE TAKE NOTICE that Carter Bryant hereby joins in the MGA

2    Parties oppositions to Mattel, Inc.'s Motion *In Limine* Nos. 2-14 in the above-

3    captioned matter.

4

5    Dated:  April 28, 2008                    KEKER & VAN NEST, LLP

6

7

8                                    By:   /s/ Matthew Werdegar
                                          MATTHEW WERDEGAR
9                                         Attorneys for Plaintiff
                                          CARTER BRYANT

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CARTER BRYANT'S OPPOSITION TO MATTEL, INC.'S MOTION IN LIMINE NO. 11 TO PRECLUDE
DEFENDANTS FROM OFFERING IMPROPERLY DISCLOSED EVIDENCE
CASE NO. CV 04-09049 SGL (RNBx)

416354.01