QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  johnquinn@quinnemanuel.com
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
  Timothy L. Alger (Bar No. 160303)
  (timalger@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:  (213) 443-3000
Facsimile:  (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>DECLARATION OF JON D. COREY IN SUPPORT OF MATTEL, INC.'S OPPOSITION TO MGA PARTIES' MOTION IN LIMINE NO. 5 TO EXCLUDE REFERENCES TO PRIOR LEGAL REPRESENTATION<br><br>Date:   May 21, 2008<br>Time:   1:00 p.m.<br>Place:  Courtroom 1<br><br>**Phase 1**<br>Pre-trial Conference:  May 19, 2008<br>Trial Date:                 May 27, 2008 |

07209/2485845.1

COREY DEC ISO MATTEL'S OPPOSITION TO MGA'S MIL NO. 5

# DECLARATION OF JON D. COREY

I, Jon D. Corey, declare as follows:

1. I am a member of the bar of the State of California and a partner of Quinn Emanuel Urquhart Oliver & Hedges, LLP, attorneys for Mattel, Inc. ("Mattel"). I make this declaration of personal, firsthand knowledge and, if called and sworn as a witness, I could and would testify competently thereto.

2. Attached as Exhibit 1 is a true and correct copy of an email I sent to Jason Russell and Matthew Werdegar, dated April 23, 2008, attaching a proposed stipulation regarding the MGA Parties' Motion *In Limine* No. 5.

3. Attached as Exhibit 2 is a true and correct copy of an email from Jason Russell sent to me and Matthew Werdegar, dated April 24, 2008. I spoke with Mr. Russell on April 28, 2008 and we were not able to reach an agreement that would preclude a reference to prior counsel's withdrawal, but would permit Mattel to call witnesses with relevant information.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 28th day of April, 2008, at Los Angeles, California.

_____
Jon D. Corey