# EXHIBIT 1

## Cyrus Naim

| | |
|---|---|
| **From:** | Jon Corey |
| **Sent:** | Wednesday, April 23, 2008 3:05 PM |
| **To:** | 'Russell, Jason D'; 'Matthew Werdegar' |
| **Subject:** | Bryant v. Mattel, Inc. |
| **Attachments:** | 2479296_Stip re References to Prior Counsel.DOC |

Jason and Matt,

I have enclosed for your consideration another proposed stipulation that may resolve one of the defendants' motions in limine.
Please let me know whether it meets with your approval.

Best regards,


Jon Corey
Quinn Emanuel Urquhart Oliver & Hedges, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017
Main Phone: (213) 443-3000
Main Fax:  (213) 443-3100
E-mail:  joncorey@quinnemanuel.com
Web:  www.quinnemanuel.com


The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.


EXHIBIT ____/____

4/27/2008                                       PAGE ____2____

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
 John B. Quinn (Bar No. 090378)
 (johnquinn@quinnemanuel.com)
 Michael T. Zeller (Bar No. 196417)
 (michaelzeller@quinnemanuel.com)
 Jon D. Corey (Bar No. 185066)
 (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:  (213) 443-3000
Facsimile:  (213) 443-3100

Attorneys for Mattel, Inc.

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with<br>Case Nos. CV 04-09059 & CV 05-2727<br><br>STIPULATION REGARDING REFERENCES TO PRIOR TRIAL COUNSEL<br><br>**Phase 1**<br>Discovery Cut-Off:    January 28, 2008<br>Pre-Trial Conference: May 5, 2008<br>Trial Date:               May 27, 2008 |

EXHIBIT ____1____

PAGE ____3____

07209/2479296.1

STIPULATION RE: REFERENCES TO PRIOR COUNSEL

## STIPULATION

WHEREAS, MGA Entertainment, Inc. ("MGA") has sought assurances from Mattel, Inc. ("Mattel") that Mattel would not make references to MGA's or Bryant's prior counsel, or the reasons for their withdrawal, during the trial in this matter;

WHEREAS, Mattel is amenable to providing such assurances, so long as it does not interfere with the presentation of relevant evidence at trial;

NOW, THEREFORE, all parties agree as follows, subject to the Court's approval:

1.    Mattel will not provide any evidence or argument, nor make any other reference at trial to the withdrawal of MGA or Carter Bryant's prior counsel, the reasons for such withdrawal, or the fact that they had prior counsel that are no longer involved in the case;

2.    Nothing in this stipulation shall prevent Mattel from calling prior counsel to testify and questioning them about claims or defenses to be tried to the jury, including but not limited to custody or spoliation of evidence, or defendants' "good faith" defense;

3.    Mattel will be permitted to make reference to such withdrawal if the issue of prior counsel is first raised by MGA Entertainment, Inc.

IT IS SO STIPULATED.

DATED: April __, 2008          QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP


By_____
Jon D. Corey
Attorneys for Mattel, Inc.

EXHIBIT ___/_____

PAGE ____ᐸ____ -2-

07209/2479296.1

STIPULATION RE: REFERENCES TO PRIOR COUNSEL

1   DATED:  April __, 2008          SKADDEN, ARPS, SLATE, MEAGHER &
2                                   FLOM, LLP

3

4                                   By_____
                                       Jason Russell
5                                      Attorneys for MGA Entertainment, Inc.,
                                       MGAE de Mexico, S.R.L. de C.V., MGA
6                                      Entertainment (HK) Limited, and Isaac
7                                      Larian

8   DATED:  April __, 2008          KEKER & VAN NEST, LLP
9

10

11                                  By_____
                                       Matthew Werdegar
12                                     Attorneys for Carter Bryant

13

14

15

16

17

18

19

20

21

22

23

24

25

26                      EXHIBIT____1_____

27                      PAGE____5_____

28

07209/2479296.1

-3-

STIPULATION RE: REFERENCES TO PRIOR COUNSEL

**EXHIBIT 2**

Case 2:04-cv-09049-DOC-RNB    Document 3312-3    Filed 04/28/08    Page 7 of 8    Page ID #:55731

## Cyrus Naim

---

**From:**      Russell, Jason D [Jason.Russell@skadden.com]
**Sent:**      Thursday, April 24, 2008 6:03 PM
**To:**        MWerdegar@kvn.com; Jon Corey
**Subject:** Re: Judge Infante's Order of April 23, 2008

Jon,

On the dismissed claims stipulation, I believe we can reach agreement and I will send some minor edits to the stipulation. On the prior counsel stipulation, let's talk tomorrow but I am less convinced we can reach a deal there but who knows.

Jason

----- Original Message -----
From: Matthew Werdegar <MWerdegar@kvn.com>
To: Jon Corey <joncorey@quinnemanuel.com>
Cc: Russell, Jason D (LAC)
Sent: Thu Apr 24 20:59:48 2008
Subject: RE: Judge Infante's Order of April 23, 2008

Jon,

Speaking for the Keker team, we are considering them, and there is potential for agreement, but I don't have a definitive answer for you yet. I note that one was just sent yesterday afternoon. I believe Jason is evaluating them.

Matt

---

From: Jon Corey [mailto:joncorey@quinnemanuel.com]
Sent: Thursday, April 24, 2008 5:57 PM
To: Matthew Werdegar
Subject: RE: Judge Infante's Order of April 23, 2008

Matt,

Did you or Jason get a chance to look at the stipulations?

Jon Corey
Quinn Emanuel Urquhart Oliver & Hedges, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017
Main Phone: (213) 443-3000
Main Fax: (213) 443-3100
E-mail: joncorey@quinnemanuel.com <blocked::mailto:username@quinnemanuel.com>
Web: www.quinnemanuel.com <blocked::http://www.quinnemanuel.com/>

The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

EXHIBIT ___2___

PAGE ___6___

4/27/2008

From: Matthew Werdegar [mailto:MWerdegar@kvn.com]
Sent: Thursday, April 24, 2008 5:50 PM
To: Timothy Alger; robert.herrington@skadden.com; Park, Amy S; Mumford, Marcus R (LAC)
Cc: Michael T Zeller; Jon Corey; Dylan Proctor; Christopher Price; John Quinn
Subject: RE: Judge Infante's Order of April 23, 2008

I don't believe I need to be on this call, but in case you think a Bryant representative needs to be, I can't do it at 10 because there is another meet and confer call (re exhibit lists) already set for that time.

---

From: Timothy Alger [mailto:timalger@quinnemanuel.com]
Sent: Thursday, April 24, 2008 5:06 PM
To: robert.herrington@skadden.com; Matthew Werdegar; Park, Amy S; Mumford, Marcus R (LAC)
Cc: Michael T Zeller; Jon Corey; Dylan Proctor; Christopher Price; John Quinn
Subject: Judge Infante's Order of April 23, 2008


Counsel:

Mattel would like to meet-and-confer tomorrow, if possible, preliminary to the filing of objections with the District Court to the Discovery Master's Order of April 23, 2008, in which the Discovery Master declined to consider Mattel's Motion to Compel the Production of Document Bates Numbered MGA 3801819-22. I propose 10 a.m., but would be glad to adjust the specific time to suit your schedules.

Best regards,

Timothy L. Alger, Esq.
Quinn Emanuel Urquhart Oliver & Hedges, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017
Direct: (213) 443-3223
Main Phone: (213) 443-3000
Main Fax: (213) 443-3100
E-mail: timalger@quinnemanuel.com <mailto:timalger@quinnemanuel.com>
Web: www.quinnemanuel.com <http://www.quinnemanuel.com/>


-------------------------------------------------------------------------------
********************************************************* To ensure compliance with Treasury Department regulations, we advise you that, unless otherwise expressly indicated, any federal tax advice contained in this message was not intended or written to be used, and cannot be used, for the purpose of (i) avoiding tax-related penalties under the Internal Revenue Code or applicable state or local tax law provisions or (ii) promoting, marketing or recommending to another party any tax-related matters addressed herein.
*****************************************************
********************************************************* This email and any attachments thereto, is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this email, you are hereby notified any dissemination, distribution or copying of this email, and any attachments thereto, is strictly prohibited. If you receive this email in error please immediately notify me at (212) 735-3000 and permanently delete the original copy and any copy of any email, and any printout thereof. Further information about the firm, a list of the Partners and their professional qualifications will be provided upon request.
*****************************************************
===================================================================

EXHIBIT ___2___

PAGE ___7___

4/27/2008