# EXHIBIT 2

**RECEIVED**

DEC **2 7** 2007

1  THOMAS J. NOLAN (Bar No. 66992)
   SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
2  300 South Grand Avenue
   Los Angeles, California 90071-3144
3  Telephone:  (213) 687-5000
   Facsimile:  (213) 687-5600
4  E-mail:    tnolan@skadden.com

5  RAOUL D. KENNEDY (Bar No. 40892)
   SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
6  Four Embarcadero Center, Suite 3800
   San Francisco, CA  94111
7  Telephone:  (415) 984-6400
   Facsimile:  (415) 984-2698

8
   Attorneys for MGA ENTERTAINMENT, INC., ISAAC LARIAN, MGA
9  ENTERTAINMENT (HK) LIMITED, AND MGAE de MEXICO S.R.L. de C.V.

10                    UNITED STATES DISTRICT COURT

11                   CENTRAL DISTRICT OF CALIFORNIA

12                          EASTERN DIVISION

13  CARTER BRYANT, an individual          )  CASE NO. CV 04-9049 SGL (RNBx)
                                          )
14            Plaintiff,                  )  Consolidated with Case No. 04-9059
                                          )  and Case No. 05-2727
15       v.                               )
                                          )  **MGA ENTERTAINMENT,**
16  MATTEL, INC., a Delaware              )  **INC.'S OBJECTIONS AND**
    corporation                           )  **RESPONSES TO MATTEL**
17                                        )  **INC.'S FIFTH SET OF**
              Defendant.                  )  **REQUESTS FOR**
18                                        )  **DOCUMENTS AND THINGS**
                                          )  **TO MGA ENTERTAINMENT,**
19                                        )  **INC.**
                                          )
20                                        )  Honorable Stephen G. Larson
                                          )  Courtroom 1
21                                        )
                                          )
22                                        )
    Consolidated with MATTEL, INC. v.     )
23  BRYANT and MGA                        )
    ENTERTAINMENT, INC. v.                )
24  MATTEL, INC.                          )
                                          )
25

26  PROPOUNDING PARTY:        MATTEL, INC.

27  RESPONDING PARTY:         MGA ENTERTAINMENT, INC.

28  SET NUMBER:               FIFTH        12/27              Exhibit 2

1      Pursuant to Rule 34 of the Federal Rules of Civil Procedure, MGA

2  Entertainment, Inc. ("MGA") hereby submits these responses and objections (the

3  "Response") to Mattel, Inc.'s ("Mattel's") Fifth Set of Requests for Production of

4  Documents to MGA (the "Requests").

5                  **GENERAL RESPONSE**

6      The General Response and General and Specific Objections set forth herein

7  apply to all documents that MGA may in the future produce in response to the

8  Requests.  The Response is made without waiving, or intending to waive but, on the

9  contrary, expressly reserving:  (a) the right to object, on the grounds of competency,

10  privilege, relevancy or materiality, or any other proper grounds, to the use of the

11  documents, for any purpose in whole or in part, in any subsequent step or proceeding

12  in this action or any other action; (b) the right to object on any and all grounds, at

13  any time, to other requests for production or other discovery procedures involving or

14  relating to the subject matter of the Requests; and (c) the right at any time to revise,

15  correct, add to, or clarify any of the responses propounded herein.

16      The Response reflects only the present state of MGA's discovery regarding the

17  documents that Mattel seeks.  Except as otherwise stated below, an objection to a

18  specific document request does not imply that documents responsive to the request

19  exist or have ever existed.  In addition, an agreement to produce documents

20  responsive to any specific document request does not imply that documents

21  responsive to the request exist or have existed; rather, it is an agreement to produce

22  non-privileged documents responsive to that particular document request as limited

23  by or interpreted in any applicable General or Specific objections, if any exist.

24  Production of any document is not intended as, and, to the extent permitted by law,

25  shall not be deemed to be, a waiver of any objection set forth herein.  Discovery and

26  other investigation or research concerning this litigation are continuing.  MGA,

27  therefore, reserves the right to amend or supplement this Response at any time in

28

MGA ENTERTAINMENT, INC.'S OBJECTIONS AND RESPONSES TO MATTEL, INC.'S FIFTH SET OF
REQUESTS FOR DOCUMENTS AND THINGS TO MGA ENTERTAINMENT, INC. - CV 04-9049 SGL (RNBx)

1

Exhibit 2
Page 24

1   light of future investigation, research or analysis, and also expressly reserves the
2   right to rely on, at any time, including trial, subsequently discovered information or
3   information omitted from this Response as a result of mistake, error, oversight or
4   inadvertence. MGA does not hereby admit, adopt or acquiesce in any factual or
5   legal contention, assertion or characterization contained in the Request or any
6   particular request therein, even where MGA has not otherwise objected to a
7   particular request, or has agreed to produce documents responsive to a particular
8   request.

9        MGA invites Mattel to meet and confer regarding these Reponses, the scope
10   of the Requests, and arriving at protocol for production of documents in this
11   litigation.

12                  **GENERAL OBJECTIONS**

13        MGA incorporates the following General Objections, as well as the General
14   Response, into its Specific Responses and Objections to each and every request for
15   documents contained in the Requests:

16        1.    MGA objects to the date and place of production on the grounds
17   that they impose an undue burden on MGA. The time set for compliance is unduly
18   burdensome, especially in light of the number of document requests, and the scope
19   and volume of the material being sought. To the extent MGA later agrees to produce
20   responsive documents, MGA intends to proceed expeditiously to collect the
21   documents for production, if any, and will produce them at a date and time, and in
22   such a manner, as may be mutually agreed to by counsel for the parties.

23        2.    MGA objects to the Requests to the extent that they seek
24   documents not relevant to the claims or defenses in this action and are not reasonably
25   calculated to lead to the discovery of admissible evidence.

26        3.    MGA objects to the Requests on the grounds that they are overly
27   broad and unduly burdensome.

28

MGA ENTERTAINMENT, INC.'S OBJECTIONS AND RESPONSES TO MATTEL, INC.'S FIFTH SET OF
REQUESTS FOR DOCUMENTS AND THINGS TO MGA ENTERTAINMENT, INC. - CV 04-9049 SGL (RNBx)

2

Exhibit 2
Page 25

1        4.    MGA objects to the Requests insofar as they seek documents that

2 are protected from disclosure under any applicable privilege, doctrine or immunity,

3 including without limitation the attorney-client privilege, the attorney work product

4 doctrine, the right of privacy, and all other privileges recognized under the

5 constitutional, statutory or decisional law of the United States of America or any

6 other applicable jurisdiction. MGA shall not produce such documents in response to

7 Mattel's Request. Any production of such protected or privileged materials is

8 inadvertent and shall not be construed as a waiver of those privileges or protections.

9        5.    MGA objects to the Requests insofar as they seek documents that

10 by reason of public filing, public distribution or otherwise are already in Mattel's

11 possession or are readily accessible to Mattel from public sources or third parties.

12        6.    MGA objects to the Requests insofar as they seek production of

13 documents (1) not within its possession, custody or control; (2) that MGA cannot

14 locate after a reasonably diligent search; or (3) that refer to persons, entities, or

15 events not known to MGA. Such instructions, definitions, or requests are

16 objectionable where they subject MGA to unreasonable and undue annoyance,

17 oppression, burden, and expense; and/or seek to impose upon MGA an obligation to

18 produce documents from sources equally accessible to Mattel. To the extent MGA

19 agrees to produce documents in response to the Requests, MGA will make a

20 reasonably diligent search for responsive documents within its possession, custody or

21 control.

22        7.    In responding to Mattel's Requests, MGA has not and will not

23 comply with any instructions or definitions that seek to impose requirements in

24 addition to those imposed by Federal law.

25        8.    MGA objects to each and every request to the extent it purports to

26 require MGA to search all documents and things within its possession, custody or

27 control or within the possession, custody or control of any of MGA's current or

28

MGA ENTERTAINMENT, INC.'S OBJECTIONS AND RESPONSES TO MATTEL, INC.'S FIFTH SET OF REQUESTS FOR DOCUMENTS AND THINGS TO MGA ENTERTAINMENT, INC. - CV 04-9049 SGL (RNBx)
3

Exhibit 2
Page 26

1 | former employees, officers, directors, agents, representatives, attorneys, parents,
2 | subsidiaries, divisions, affiliates, predecessors-in-interest and successors-in-interest,
3 | and any other person acting on its behalf, pursuant to its authority or subject to its
4 | control, on the grounds that such request is unreasonable, overbroad, unduly
5 | burdensome and oppressive, violates the right to privacy, and purports to require
6 | MGA to search for documents not within its possession, custody or control.  To the
7 | extent MGA agrees to produce documents in response to the Requests, MGA will
8 | make a reasonably diligent search for responsive documents within its possession,
9 | custody or control and located at MGA's Van Nuys, California offices.

10 |        9.    MGA objects to each and every request to the extent it seeks "all
11 | documents" responsive to a certain category on the grounds that such request is
12 | overbroad and unduly burdensome and oppressive.  MGA will not respond to
13 | duplicative or cumulative requests and will not re-produce documents it has already
14 | produced or produce documents that it has received from Mattel or others in the
15 | course of discovery in this matter.

16 |       10.   MGA objects to the Requests insofar as they seek production of
17 | confidential, proprietary, or trade-secret information, the disclosure of which would
18 | be inimical to the business interests of MGA.

19 |       11.   MGA objects to each request to the extent it seeks information
20 | relating to the activities or conduct of other entities or non-parties.

21 |       12.   MGA objects to each request to the extent it seeks information
22 | relating to activities or conduct in foreign countries.

23 |       13.   MGA objects to the Definitions and Instructions to the extent
24 | such Definitions and Instructions purport to enlarge, expand, or alter in any way the
25 | plain meaning and scope of any specific term or specific request on the ground that
26 | such enlargement, expansion, or alteration renders such a term or request vague,
27 | ambiguous, unintelligible, overbroad, unduly burdensome, and/or uncertain.

28 |

14. MGA objects to the Instructions to the extent that they purport to deprive MGA of the right to redact information from any documents "for any reason." MGA retains and reserves the right to redact documents on any appropriate grounds, including in particular for privilege.

15. MGA specifically objects to the following definitions in the Requests:

(a) MGA objects to the terms "YOU," "YOUR" and "MGA" (Definitions ¶ A) as vague, ambiguous, overbroad, and unduly burdensome. The definition includes "MGA Entertainment, Inc., and all current or former subsidiaries, divisions, AFFILIATES, predecessors-in-interest and successors-in-interest." Because of Mattel's incorporating the overbroad definition of "AFFILIATE" (Definitions ¶ C) as including "any and all corporations, proprietorships, d/b/a's, partnerships, joint ventures and business entities of any kind that, directly or indirectly, in whole or in part, own or control, are under common ownership or control with, or are owned or controlled by a PERSON, party or entity, including without limitation each parent, subsidiary and joint venture of such PERSON, party or entity," it is impossible for MGA to know whether a particular person comes within this definition unless that person or entity at some point in time held himself or herself out as being affiliated with MGA. Thus, "YOU," "YOUR," and "MGA" will be interpreted to mean all persons or entities who hold themselves out to MGA as officers, employees, agents, subsidiaries or divisions of MGA.

(b) MGA objects to the definition of the term "LARIAN" (Definitions ¶ B, first instance) as vague, ambiguous, overly broad and unduly burdensome, and designed to mislead and confuse the trier of fact. The definition includes "Isaac Larian, any FAMILY MEMBER of Isaac Larian, and any trust of which Isaac Larian is a trustee or of which any FAMILY MEMBER of Isaac Larian is a beneficiary . . . ." By incorporating the definition of "FAMILY MEMBER" the

MGA ENTERTAINMENT, INC.'S OBJECTIONS AND RESPONSES TO MATTEL, INC.'S FIFTH SET OF
REQUESTS FOR DOCUMENTS AND THINGS TO MGA ENTERTAINMENT, INC. - CV 04-9049 SGL (RNBx)
5

Exhibit 2
Page 28

1    overly broad definition of "LARIAN" includes "any PERSON who at any time is,

2    was or has been a parent, spouse, child or sibling of another PERSON" (Definitions

3    ¶ E.) This definition of "FAMILY MEMBER," which is itself overbroad, also

4    includes the definition of "PERSON," which includes both singular and plural

5    versions of "any natural person, association, partnership, corporation, joint venture,

6    government entity, organization, trust, institution, proprietorship, or *any other entity*

7    *recognized as having an existence under the laws in the United States or any other*

8    *nation.*" (Definitions ¶ G (emphasis added).) The definitions of both "FAMILY

9    MEMBER" and "PERSON" are objectionable by themselves, as explained below.

10   Moreover, these convoluted and multi-part definitions combine to render the

11   document requests that refer to the term "LARIAN" vague, ambiguous and overly

12   broad, and include within the term "LARIAN" things that are not related to Isaac

13   Larian or his family. In responding to the Requests, MGA will interpret the term

14   "LARIAN" to mean Isaac Larian.

15           (c)    MGA objects to the term "FAMILY MEMBER,"

16   (Definitions ¶ E) as vague, ambiguous, overly broad and unduly burdensome, and

17   designed to mislead and confuse the trier of fact. The definition includes "any

18   PERSON who at any time is, was or has been a parent, spouse, child or sibling of

19   another PERSON." This definition is obviously overly broad on its face because it

20   includes every man, woman, and child ever to walk the Earth. This definition is

21   further objectionable because it is a convoluted and multi-part definition that renders

22   the document requests that refer to "FAMILY MEMBER" vague, ambiguous and

23   overly broad, and includes within the term "FAMILY MEMBER" things that cannot

24   be family members, such as government entities, *any* entities recognized by this

25   country or *any* other nation, and others incorporated by way of the term "PERSON."

26   (See Definitions ¶ G.)

27

28

1           (d)    MGA also objects to the terms "RELATING,"

2 "RELATING TO," "REFERRING OR RELATING TO," and "REFER OR RELATE

3 TO" (Definitions ¶ F) on the grounds and to the extent they are overbroad, unduly

4 burdensome, and/or are vague and ambiguous in the context of the Requests as

5 written and as those requests would be plainly understood absent Mattel's definitions.

6        16.    MGA objects to the Requests to the extent they seek the

7 production of documents in their native format where the burden of such production

8 outweighs the likelihood of discovering information that is relevant to the subject

9 matter of the claims or defenses in this action or calculated to lead to the discovery

10 of admissible evidence.

11        17.    MGA objects to the Requests on the grounds that they are

12 harassing, oppressive and unduly burdensome.  Before these Requests, Mattel has

13 already propounded 1010 requests for documents and things to MGA, MGA

14 Entertainment (HK) Limited, MGAE de Mexico, S.R.L. de C.V., and Isaac Larian

15 ("the MGA Parties"), in response to which the MGA Parties have already produced

16 approximately 3.4 million pages of responsive documents.  MGA is, however,

17 willing to meet and confer regarding the additional 88 requests propounded in

18 Mattel's Fifth Set of Requests for Documents and Things to MGA.

19 **SPECIFIC RESPONSES AND OBJECTIONS**

20     Without waiving or departing from its General Response and General

21 Objections and specifically incorporating its General Response and General

22 Objections into each of the Specific Responses and Objections below, MGA makes

23 the following specific responses and objections to the Requests:

24 REQUEST FOR PRODUCTION NO. 1:

25     YOUR Articles of Incorporation and any amendments thereto.

26

27

28

MGA ENTERTAINMENT, INC.'S OBJECTIONS AND RESPONSES TO MATTEL, INC.'S FIFTH SET OF
REQUESTS FOR DOCUMENTS AND THINGS TO MGA ENTERTAINMENT, INC. - CV 04-9049 SGL (RNBx)

7

Exhibit 2
Page 30

1 | RESPONSE TO REQUEST FOR PRODUCTION NO. 1:

2     MGA incorporates by reference its General Response and General Objections

3 | above, as though fully set forth herein and specifically incorporates General

4 | Objection No. 15 (regarding Definitions), including without limitation MGA's

5 | objection to the definition of the terms YOUR, and its incorporated terms

6 | AFFILIATES and PERSON. MGA further objects to the request to the extent it

7 | seeks the production of documents that are protected from disclosure under any

8 | applicable privilege, doctrine or immunity, including without limitation the attorney-

9 | client privilege, the work product doctrine, the right of privacy, and all other

10 | privileges recognized under the constitutional, statutory or decisional law of the

11 | United States of America, the State of California or any other applicable jurisdiction.

12 | MGA further objects to this request on the grounds that it is overly broad and unduly

13 | burdensome in that it seeks documents not relevant to the claims or defenses in this

14 | action and not reasonably calculated to lead to the discovery of admissible evidence.

15 | Mattel has not demonstrated how *all* YOUR Articles of Incorporation and *any*

16 | amendments thereto could be relevant to the claims and defenses in this action. The

17 | request is not limited to the subject matter of this action and is thus impermissibly

18 | overbroad. See Magistrate Judge Infante's August 13, 2007 Order ("Aug. 13 Order")

19 | at 9:17-20; see also Magistrate Judge Infante's May 22, 2007 Order ("May 22 Order")

20 | at 21:5-7 (requests that require production of documents "merely mention[ing] MGA

21 | and Bratz but that otherwise have no relevance to the claims and defenses in the suit"

22 | are impermissibly overbroad). MGA further objects to this request as being overly

23 | broad and unduly burdensome on the grounds that it is not limited in time or

24 | geographical scope. MGA further objects to this request on the grounds that the

25 | phrase "any amendments" renders the request vague, ambiguous, overly broad and

26 | unduly burdensome. MGA further objects to the request to the extent that it seeks

27 | documents that by reason of public filing, public distribution or otherwise are already

28 |

MGA ENTERTAINMENT, INC.'S OBJECTIONS AND RESPONSES TO MATTEL, INC.'S FIFTH SET OF REQUESTS FOR DOCUMENTS AND THINGS TO MGA ENTERTAINMENT, INC. - CV 04-9049 SGL (RNBx)

8

Exhibit 2
Page 31

1    in Mattel's possession or are readily accessible to Mattel.  MGA further objects to the

2    request to the extent that it seeks documents not in MGA's possession, custody or

3    control.  MGA further objects to the request to the extent it seeks confidential,

4    proprietary or commercially sensitive information, the disclosure of which would be

5    inimical to the business interests of MGA.  MGA further objects to the request to the

6    extent it violates the privacy rights of third parties to their private, confidential,

7    proprietary or trade secret information.

8            MGA further objects to this request as cumulative, duplicative, and unduly

9    burdensome to the extent that it seeks documents previously requested by Mattel or

10   produced by MGA (or any of its affiliates) in response to Mattel's document requests,

11   including, but not limited to: Request No. 41 from Mattel, Inc.'s First Set of Requests

12   for Production of Documents and Tangible Things to MGA Entertainment Inc.,

13   Request No. 41 from Mattel, Inc.'s Second Set of Requests for Documents and

14   Things to MGA Entertainment, Inc., Request No. 107 from Mattel, Inc.'s Fourth Set

15   of Requests for Documents and Things to MGA Entertainment, Inc., and Request No.

16   76 from Mattel's First Set of Requests for Documents and Things to MGAE de

17   Mexico, S.R.L. de C.V.

18   REQUEST FOR PRODUCTION NO. 2:

19           YOUR By-Laws and any amendments thereto.

20   RESPONSE TO REQUEST FOR PRODUCTION NO. 2:

21           MGA incorporates by reference its General Response and General Objections

22   above, as though fully set forth herein and specifically incorporates General

23   Objection No. 15 (regarding Definitions), including without limitation MGA's

24   objection to the definition of the terms YOUR, and its incorporated terms

25   AFFILIATES and PERSON.  MGA further objects to the request to the extent it

26   seeks the production of documents that are protected from disclosure under any

27   applicable privilege, doctrine or immunity, including without limitation the attorney-

28

Exhibit 2
Page 32

1   client privilege, the work product doctrine, the right of privacy, and all other

2   privileges recognized under the constitutional, statutory or decisional law of the

3   United States of America, the State of California or any other applicable jurisdiction.

4   MGA further objects to this request on the grounds that it is overly broad and unduly

5   burdensome in that it seeks documents not relevant to the claims or defenses in this

6   action and not reasonably calculated to lead to the discovery of admissible evidence.

7   Mattel has not demonstrated how *all* YOUR By-Laws and any amendments thereto

8   could be relevant to the claims and defenses in this action.  The request is not limited

9   to the subject matter of this action and is thus impermissibly overbroad. See Aug. 13

10  Order at 9:17-20; May 22 Order at 21:5-7.  MGA further objects to this request as

11  being overly broad and unduly burdensome on the grounds that it is not limited in

12  time or geographical scope.  MGA further objects to this request on the grounds that

13  the phrase "any amendments" renders the request vague, ambiguous, overly broad

14  and unduly burdensome.  MGA further objects to the request to the extent that it

15  seeks documents that by reason of public filing, public distribution or otherwise are

16  already in Mattel's possession or are readily accessible to Mattel.  MGA further

17  objects to the request to the extent that it seeks documents not in MGA's possession,

18  custody or control.  MGA further objects to the request to the extent it seeks

19  confidential, proprietary or commercially sensitive information, the disclosure of

20  which would be inimical to the business interests of MGA.  MGA further objects to

21  the request to the extent it violates the privacy rights of third parties to their private,

22  confidential, proprietary or trade secret information.

23          MGA further objects to this request as cumulative, duplicative, and unduly

24  burdensome to the extent that it seeks documents previously requested by Mattel or

25  produced by MGA (or any of its affiliates) in response to Mattel's document requests,

26  including, but not limited to: Request No. 41 from Mattel, Inc.'s First Set of Requests

27  for Production of Documents and Tangible Things to MGA Entertainment Inc.,

28

Exhibit 2
Page 33

1 | Request No. 41 from Mattel, Inc.'s Second Set of Requests for Documents and
2 | Things to MGA Entertainment, Inc., Request No. 107 from Mattel, Inc.'s Fourth Set
3 | of Requests for Documents and Things to MGA Entertainment, Inc., and Request No.
4 | 76 from Mattel's First Set of Requests for Documents and Things to MGAE de
5 | Mexico, S.R.L. de C.V.

6 | REQUEST FOR PRODUCTION NO. 3:

7 |      YOUR Notice of Incorporation as it appeared when first published and any
8 | amendments thereto.

9 | RESPONSE TO REQUEST FOR PRODUCTION NO. 3:

10 |      MGA incorporates by reference its General Response and General Objections
11 | above, as though fully set forth herein and specifically incorporates General
12 | Objection No. 15 (regarding Definitions), including without limitation MGA's
13 | objection to the definition of the terms YOUR, and its incorporated terms
14 | AFFILIATES and PERSON.  MGA further objects to the request to the extent it
15 | seeks the production of documents that are protected from disclosure under any
16 | applicable privilege, doctrine or immunity, including without limitation the attorney-
17 | client privilege, the work product doctrine, the right of privacy, and all other
18 | privileges recognized under the constitutional, statutory or decisional law of the
19 | United States of America, the State of California or any other applicable jurisdiction.
20 | MGA further objects to this request on the grounds that it is overly broad and unduly
21 | burdensome in that it seeks documents not relevant to the claims or defenses in this
22 | action and not reasonably calculated to lead to the discovery of admissible evidence.
23 | Mattel has not demonstrated how *all* YOUR Notices of Incorporation as they
24 | appeared when first published and *any* amendments thereto could be relevant to the
25 | claims and defenses in this action.  The request is not limited to the subject matter of
26 | this action and is thus impermissibly overbroad.  See Aug. 13 Order at 9:17-20; May
27 | 22 Order at 21:5-7.  MGA further objects to this request as being overly broad and
28 |

Exhibit 2
Page 34

1   unduly burdensome on the grounds that it is not limited in time or geographical

2   scope.  MGA further objects to this request on the grounds that the phrase "any

3   amendments" renders the request vague, ambiguous, overly broad and unduly

4   burdensome.  MGA further objects to the request to the extent that it seeks

5   documents that by reason of public filing, public distribution or otherwise are already

6   in Mattel's possession or are readily accessible to Mattel.  MGA further objects to the

7   request to the extent that it seeks documents not in MGA's possession, custody or

8   control.  MGA further objects to the request to the extent it seeks confidential,

9   proprietary or commercially sensitive information, the disclosure of which would be

10  inimical to the business interests of MGA.  MGA further objects to the request to the

11  extent it violates the privacy rights of third parties to their private, confidential,

12  proprietary or trade secret information.

13      MGA further objects to this request as cumulative, duplicative, and unduly

14  burdensome to the extent that it seeks documents previously requested by Mattel or

15  produced by MGA (or any of its affiliates) in response to Mattel's document requests,

16  including, but not limited to: Request No. 41 from Mattel, Inc.'s First Set of Requests

17  for Production of Documents and Tangible Things to MGA Entertainment Inc.,

18  Request No. 41 from Mattel, Inc.'s Second Set of Requests for Documents and

19  Things to MGA Entertainment, Inc., Request No. 107 from Mattel, Inc.'s Fourth Set

20  of Requests for Documents and Things to MGA Entertainment, Inc., and Request No.

21  76 from Mattel's First Set of Requests for Documents and Things to MGAE de

22  Mexico, S.R.L. de C.V.

23  REQUEST FOR PRODUCTION NO. 4:

24      YOUR quarterly and annual profits and loss statements (both audited and

25  unaudited) from the date of YOUR incorporation to 1999.

26

27

28

---

MGA ENTERTAINMENT, INC.'S OBJECTIONS AND RESPONSES TO MATTEL, INC.'S FIFTH SET OF
REQUESTS FOR DOCUMENTS AND THINGS TO MGA ENTERTAINMENT, INC. - CV 04-9049 SGL (RNBx)
12

Exhibit 2
Page 35

RESPONSE TO REQUEST FOR PRODUCTION NO. 4:

MGA incorporates by reference its General Response and General Objections above, as though fully set forth herein and specifically incorporates General Objection No. 15 (regarding Definitions), including without limitation MGA's objection to the definition of the terms YOUR, and its incorporated terms AFFILIATES and PERSON. MGA further objects to the request to the extent it seeks the production of documents that are protected from disclosure under any applicable privilege, doctrine or immunity, including without limitation the attorney-client privilege, the work product doctrine, the right of privacy, and all other privileges recognized under the constitutional, statutory or decisional law of the United States of America, the State of California or any other applicable jurisdiction. MGA further objects to this request on the grounds that it is overly broad and unduly burdensome in that it seeks documents not relevant to the claims or defenses in this action and not reasonably calculated to lead to the discovery of admissible evidence. Mattel has not demonstrated how *all* YOUR quarterly and annual profits and loss statements (both audited and unaudited) from the date of YOUR incorporation to 1999 could be relevant to the claims and defenses in this action. The request is not limited to the subject matter of this action and is thus impermissibly overbroad. See Aug. 13 Order at 9:17-20; May 22 Order at 21:5-7. MGA further objects to this request as being overly broad and unduly burdensome on the grounds that it is not limited in geographical scope. MGA further objects to the request to the extent that it seeks documents that by reason of public filing, public distribution or otherwise are already in Mattel's possession or are readily accessible to Mattel. MGA further objects to the request to the extent that it seeks documents not in MGA's possession, custody or control. MGA further objects to the request to the extent it seeks confidential, proprietary or commercially sensitive information, the disclosure of which would be inimical to the business interests of MGA. MGA further objects to

MGA ENTERTAINMENT, INC.'S OBJECTIONS AND RESPONSES TO MATTEL, INC.'S FIFTH SET OF
REQUESTS FOR DOCUMENTS AND THINGS TO MGA ENTERTAINMENT, INC. - CV 04-9049 SGL (RNBx)
13

Exhibit 2
Page 36

1   the request to the extent it violates the privacy rights of third parties to their private,

2   confidential, proprietary or trade secret information.

3        MGA further objects to this request as cumulative, duplicative, and unduly

4   burdensome to the extent that it seeks documents previously requested by Mattel or

5   produced by MGA (or any of its affiliates) in response to Mattel's document requests,

6   including, but not limited to:  Request Nos. 41-45 from Mattel, Inc.'s First Set of

7   Requests for Documents and Things to MGA Entertainment (HK) Limited; Request

8   Nos. 40-45 from Mattel, Inc.'s Second Set of Requests for Documents and Things to

9   MGA Entertainment, Inc.; Request Nos. 266-269 from Mattel, Inc.'s First Set of

10  Requests for Documents and Things to Isaac Larian; Request No. 22 from Mattel,

11  Inc.'s Third Set of Requests for Documents and Things to MGA Entertainment, Inc.;

12  Request Nos. 157-159 from Mattel, Inc.'s First Set of Requests for Documents and

13  Things re Claims of Unfair Competition to MGA Entertainment, Inc.; Request No.

14  41 from Mattel, Inc.'s First Set of Requests for Production of Documents and

15  Tangible Things to MGA Entertainment Inc.; Request No. 41 from Mattel, Inc.'s

16  Second Set of Requests for Documents and Things to MGA Entertainment, Inc.;

17  Request Nos. 99, 107 from Mattel, Inc.'s Fourth Set of Requests for Documents and

18  Things to MGA Entertainment, Inc.; and Request Nos. 117-124 Mattel's First Set of

19  Requests for Documents and Things to MGAE de Mexico, S.R.L. de C.V.

20  REQUEST FOR PRODUCTION NO. 5:

21       YOUR quarterly and annual financial statements (both audited and unaudited)

22  from the date of YOUR incorporation to 1999.

23  RESPONSE TO REQUEST FOR PRODUCTION NO. 5:

24       MGA incorporates by reference its General Response and General Objections

25  above, as though fully set forth herein and specifically incorporates General

26  Objection No. 15 (regarding Definitions), including without limitation MGA's

27  objection to the definition of the terms YOUR, and its incorporated terms

28

MGA ENTERTAINMENT, INC.'S OBJECTIONS AND RESPONSES TO MATTEL, INC.'S FIFTH SET OF
REQUESTS FOR DOCUMENTS AND THINGS TO MGA ENTERTAINMENT, INC. - CV 04-9049 SGL (RNBx)
14

Exhibit 2
Page 37

1  AFFILIATES and PERSON. MGA further objects to the request to the extent it
2  seeks the production of documents that are protected from disclosure under any
3  applicable privilege, doctrine or immunity, including without limitation the attorney-
4  client privilege, the work product doctrine, the right of privacy, and all other
5  privileges recognized under the constitutional, statutory or decisional law of the
6  United States of America, the State of California or any other applicable jurisdiction.
7  MGA further objects to this request on the grounds that it is overly broad and unduly
8  burdensome in that it seeks documents not relevant to the claims or defenses in this
9  action and not reasonably calculated to lead to the discovery of admissible evidence.
10 Mattel has not demonstrated how *all* YOUR quarterly and annual financial
11 statements (both audited and unaudited) from the date of YOUR incorporation to
12 1999 could be relevant to the claims and defenses in this action.  The request is not
13 limited to the subject matter of this action and is thus impermissibly overbroad.  See
14 Aug. 13 Order at 9:17-20; May 22 Order at 21:5-7. MGA further objects to this
15 request as being overly broad and unduly burdensome on the grounds that it is not
16 limited in geographical scope. MGA further objects to the request to the extent that
17 it seeks documents that by reason of public filing, public distribution or otherwise
18 are already in Mattel's possession or are readily accessible to Mattel. MGA further
19 objects to the request to the extent that it seeks documents not in MGA's possession,
20 custody or control. MGA further objects to the request to the extent it seeks
21 confidential, proprietary or commercially sensitive information, the disclosure of
22 which would be inimical to the business interests of MGA. MGA further objects to
23 the request to the extent it violates the privacy rights of third parties to their private,
24 confidential, proprietary or trade secret information.
25       MGA further objects to this request as cumulative, duplicative, and unduly
26 burdensome to the extent that it seeks documents previously requested by Mattel or
27 produced by MGA (or any of its affiliates) in response to Mattel's document requests,
28

1 | including, but not limited to:  Request Nos. 41-45 from Mattel, Inc.'s First Set of

2 | Requests for Documents and Things to MGA Entertainment (HK) Limited; Request

3 | Nos. 40-45 from Mattel, Inc.'s Second Set of Requests for Documents and Things to

4 | MGA Entertainment, Inc.; Request Nos. 266-269 from Mattel, Inc.'s First Set of

5 | Requests for Documents and Things to Isaac Larian; Request No. 22 from Mattel,

6 | Inc.'s Third Set of Requests for Documents and Things to MGA Entertainment, Inc.;

7 | Request Nos. 157-159 from Mattel, Inc.'s First Set of Requests for Documents and

8 | Things re Claims of Unfair Competition to MGA Entertainment, Inc.; Request No.

9 | 41 from Mattel, Inc.'s First Set of Requests for Production of Documents and

10 | Tangible Things to MGA Entertainment Inc.; Request No. 41 from Mattel, Inc.'s

11 | Second Set of Requests for Documents and Things to MGA Entertainment, Inc.;

12 | Request Nos. 99, 107 from Mattel, Inc.'s Fourth Set of Requests for Documents and

13 | Things to MGA Entertainment, Inc.; and Request Nos. 117-124 Mattel's First Set of

14 | Requests for Documents and Things to MGAE de Mexico, S.R.L. de C.V.

15 | REQUEST FOR PRODUCTION NO. 6:

16 |     YOUR general ledger from the date of YOUR incorporation to 1999.

17 | RESPONSE TO REQUEST FOR PRODUCTION NO. 6:

18 |     MGA incorporates by reference its General Response and General Objections

19 | above, as though fully set forth herein and specifically incorporates General

20 | Objection No. 15 (regarding Definitions), including without limitation MGA's

21 | objection to the definition of the terms YOUR, and its incorporated terms

22 | AFFILIATES and PERSON.  MGA further objects to the request to the extent it

23 | seeks the production of documents that are protected from disclosure under any

24 | applicable privilege, doctrine or immunity, including without limitation the attorney-

25 | client privilege, the work product doctrine, the right of privacy, and all other

26 | privileges recognized under the constitutional, statutory or decisional law of the

27 | United States of America, the State of California or any other applicable jurisdiction.

28 |

MGA ENTERTAINMENT, INC.'S OBJECTIONS AND RESPONSES TO MATTEL, INC.'S FIFTH SET OF
REQUESTS FOR DOCUMENTS AND THINGS TO MGA ENTERTAINMENT, INC. - CV 04-9049 SGL (RNBx)
16

Exhibit 2
Page 39

1   MGA further objects to this request on the grounds that it is overly broad and unduly

2   burdensome in that it seeks documents not relevant to the claims or defenses in this

3   action and not reasonably calculated to lead to the discovery of admissible evidence.

4   Mattel has not demonstrated how *all* YOUR general ledger from the date of YOUR

5   incorporation to 1999 could be relevant to the claims and defenses in this action.

6   The request is not limited to the subject matter of this action and is thus

7   impermissibly overbroad.  See Aug. 13 Order at 9:17-20; May 22 Order at 21:5-7.

8   MGA further objects to this request as being overly broad and unduly burdensome

9   on the grounds that it is not limited in geographical scope.  MGA further objects to

10   the request to the extent that it seeks documents that by reason of public filing,

11   public distribution or otherwise are already in Mattel's possession or are readily

12   accessible to Mattel.  MGA further objects to the request to the extent that it seeks

13   documents not in MGA's possession, custody or control.  MGA further objects to the

14   request to the extent it seeks confidential, proprietary or commercially sensitive

15   information, the disclosure of which would be inimical to the business interests of

16   MGA.  MGA further objects to the request to the extent it violates the privacy rights

17   of third parties to their private, confidential, proprietary or trade secret information.

18      MGA further objects to this request as cumulative, duplicative, and unduly

19   burdensome to the extent that it seeks documents previously requested by Mattel or

20   produced by MGA (or any of its affiliates) in response to Mattel's document requests,

21   including, but not limited to:  Request Nos. 41-45 from Mattel, Inc.'s First Set of

22   Requests for Documents and Things to MGA Entertainment (HK) Limited; Request

23   Nos. 40-45 from Mattel, Inc.'s Second Set of Requests for Documents and Things to

24   MGA Entertainment, Inc.; Request Nos. 266-269 from Mattel, Inc.'s First Set of

25   Requests for Documents and Things to Isaac Larian; Request No. 22 from Mattel,

26   Inc.'s Third Set of Requests for Documents and Things to MGA Entertainment, Inc.;

27   Request Nos. 157-159 from Mattel, Inc.'s First Set of Requests for Documents and

28

Exhibit 2
Page 40

1 │ Things re Claims of Unfair Competition to MGA Entertainment, Inc.; Request No.

2 │ 41 from Mattel, Inc.'s First Set of Requests for Production of Documents and

3 │ Tangible Things to MGA Entertainment Inc.; Request No. 41 from Mattel, Inc.'s

4 │ Second Set of Requests for Documents and Things to MGA Entertainment, Inc.;

5 │ Request Nos. 99, 107 from Mattel, Inc.'s Fourth Set of Requests for Documents and

6 │ Things to MGA Entertainment, Inc.; and Request Nos. 117-124 Mattel's First Set of

7 │ Requests for Documents and Things to MGAE de Mexico, S.R.L. de C.V.

8 │ REQUEST FOR PRODUCTION NO. 7:

9 │ YOUR federal and state tax returns for each year from the date of YOUR

10 │ incorporation to the present.

11 │ RESPONSE TO REQUEST FOR PRODUCTION NO. 7:

12 │ MGA incorporates by reference its General Response and General Objections

13 │ above, as though fully set forth herein and specifically incorporates General

14 │ Objection No. 15 (regarding Definitions), including without limitation MGA's

15 │ objection to the definition of the terms YOUR, and its incorporated terms

16 │ AFFILIATES and PERSON. MGA further objects to the request to the extent it

17 │ seeks the production of documents that are protected from disclosure under any

18 │ applicable privilege, doctrine or immunity, including without limitation the attorney-

19 │ client privilege, the work product doctrine, the right of privacy, and all other

20 │ privileges recognized under the constitutional, statutory or decisional law of the

21 │ United States of America, the State of California or any other applicable jurisdiction.

22 │ MGA further objects to the request on the grounds that it seeks documents protected

23 │ from disclosure by applicable federal and state tax return privileges. See Premium

24 │ Service Corp. v. Sperry & Hutchinson Co., 511 F.2d 225, 229 (9th Cir. 1975);

25 │ Southern California Housing Rights Center. v. Krug, et al., 2006 U.S. Dist. LEXIS

26 │ 65330 (C.D. Cal. 2006); Aliotti v. Senora, 217 FRD 496 (N.D. Cal. 2003); San

27 │ Francisco Bay Area Rapid Transit District v. Spencer, 2006 U.S. LEXIS 81681 (N.D.

28 │

MGA ENTERTAINMENT, INC.'S OBJECTIONS AND RESPONSES TO MATTEL, INC.'S FIFTH SET OF
REQUESTS FOR DOCUMENTS AND THINGS TO MGA ENTERTAINMENT, INC. - CV 04-9049 SGL (RNBx)
18

Exhibit 2
Page 41

1   Cal. 2006). See also Webb v. Standard Oil Co., 49 Cal. 2d. 509, 513-514 (1957);

2   Sav-On Drugs, Inc. v. Superior Ct., 15 Cal. 3d 1, 6-8 (1975); Sammut v. Sammut,

3   103 Cal. App. 3d 557, 562 (1982); Order, at 14:29-15:2. MGA further objects to this

4   request on the grounds that it is overly broad and unduly burdensome in that it seeks

5   documents not relevant to the claims or defenses in this action and not reasonably

6   calculated to lead to the discovery of admissible evidence. Mattel has not

7   demonstrated how *all* YOUR federal and state tax returns for each year from the date

8   of YOUR incorporation to the present could be relevant to the claims and defenses in

9   this action. Moreover, Mattel has not shown and cannot show any compelling need

10   for the production of tax returns. The request is not limited to the subject matter of

11   this action and is thus impermissibly overbroad. See Aug. 13 Order at 9:17-20; May

12   22 Order at 21:5-7. MGA further objects to this request as being overly broad and

13   unduly burdensome on the grounds that it is not limited in geographical scope.

14   MGA further objects to the request to the extent that it seeks documents that by

15   reason of public filing, public distribution or otherwise are already in Mattel's

16   possession or are readily accessible to Mattel. MGA further objects to the request to

17   the extent that it seeks documents not in MGA's possession, custody or control.

18   MGA further objects to the request to the extent it seeks confidential, proprietary or

19   commercially sensitive information, the disclosure of which would be inimical to the

20   business interests of MGA. MGA further objects to the request to the extent it

21   violates the privacy rights of third parties to their private, confidential, proprietary or

22   trade secret information.

23      MGA further objects to this request as cumulative, duplicative, and unduly

24   burdensome to the extent that it seeks documents previously requested by Mattel or

25   produced by MGA (or any of its affiliates) in response to Mattel's document requests,

26   including, but not limited to: Request Nos. 41-45 from Mattel, Inc.'s First Set of

27   Requests for Documents and Things to MGA Entertainment (HK) Limited; Request

28

MGA ENTERTAINMENT, INC.'S OBJECTIONS AND RESPONSES TO MATTEL, INC.'S FIFTH SET OF
REQUESTS FOR DOCUMENTS AND THINGS TO MGA ENTERTAINMENT, INC. - CV 04-9049 SGL (RNBx)
19

Exhibit 2
Page 42

1   Nos. 40-45 from Mattel, Inc.'s Second Set of Requests for Documents and Things to

2   MGA Entertainment, Inc.; Request Nos. 266-269 from Mattel, Inc.'s First Set of

3   Requests for Documents and Things to Isaac Larian; Request No. 22 from Mattel,

4   Inc.'s Third Set of Requests for Documents and Things to MGA Entertainment, Inc.;

5   Request Nos. 157-159 from Mattel, Inc.'s First Set of Requests for Documents and

6   Things re Claims of Unfair Competition to MGA Entertainment, Inc.; Request No.

7   41 from Mattel, Inc.'s First Set of Requests for Production of Documents and

8   Tangible Things to MGA Entertainment Inc.; Request No. 41 from Mattel, Inc.'s

9   Second Set of Requests for Documents and Things to MGA Entertainment, Inc.;

10  Request Nos. 99, 107 from Mattel, Inc.'s Fourth Set of Requests for Documents and

11  Things to MGA Entertainment, Inc.; and Request Nos. 117-124 Mattel's First Set of

12  Requests for Documents and Things to MGAE de Mexico, S.R.L. de C.V.

13  REQUEST FOR PRODUCTION NO. 8:

14      DOCUMENTS sufficient to evidence any and all meetings of shareholders of

15  MGA, including the date, time and location of the meeting and the IDENTITY of

16  each PERSON in attendance.

17  RESPONSE TO REQUEST FOR PRODUCTION NO. 8:

18      MGA incorporates by reference its General Response and General Objections

19  above, as though fully set forth herein and specifically incorporates General

20  Objection No. 15 (regarding Definitions), including without limitation MGA's

21  objection to the definition of the terms MGA and its incorporated term AFFILIATES,

22  and PERSON. MGA further objects to the request to the extent it seeks the

23  production of documents that are protected from disclosure under any applicable

24  privilege, doctrine or immunity, including without limitation the attorney-client

25  privilege, the work product doctrine, the right of privacy, and all other privileges

26  recognized under the constitutional, statutory or decisional law of the United States

27  of America, the State of California or any other applicable jurisdiction. MGA further

28

1   objects to this request on the grounds that it is overly broad and unduly burdensome

2   in that it seeks documents not relevant to the claims or defenses in this action and not

3   reasonably calculated to lead to the discovery of admissible evidence. Mattel has not

4   demonstrated how DOCUMENTS sufficient to evidence *any and all* meetings of

5   shareholders of MGA, including the date, time and location of the meeting and the

6   IDENTITY of *each* PERSON in attendance could be relevant to the claims and

7   defenses in this action. The request is not limited to the subject matter of this action

8   and is thus impermissibly overbroad. See Aug. 13 Order at 9:17-20; May 22 Order

9   at 21:5-7. MGA further objects to this request as being overly broad and unduly

10  burdensome on the grounds that it is not limited in time or geographical scope.

11  MGA further objects to the phrases "sufficient to evidence" as vague and ambiguous.

12  MGA further objects to the request to the extent that it seeks documents that by

13  reason of public filing, public distribution or otherwise are already in Mattel's

14  possession or are readily accessible to Mattel. MGA further objects to the request to

15  the extent that it seeks documents not in MGA's possession, custody or control.

16  MGA further objects to the request to the extent it seeks confidential, proprietary or

17  commercially sensitive information, the disclosure of which would be inimical to the

18  business interests of MGA. MGA further objects to the request to the extent it

19  violates the privacy rights of third parties to their private, confidential, proprietary or

20  trade secret information.

21       MGA further objects to this request as cumulative, duplicative, and unduly

22  burdensome to the extent that it seeks documents previously requested by Mattel or

23  produced by MGA (or any of its affiliates) in response to Mattel's document requests,

24  including, but not limited to:  Request No. 107 from Mattel, Inc.'s Fourth Set of

25  Requests for Documents and Things to MGA Entertainment, Inc.

26  REQUEST FOR PRODUCTION NO. 9:

27       The minutes of all meetings of shareholders of MGA.

28

1   RESPONSE TO REQUEST FOR PRODUCTION NO. 9:

2        MGA incorporates by reference its General Response and General Objections

3   above, as though fully set forth herein and specifically incorporates General

4   Objection No. 15 (regarding Definitions), including without limitation MGA's

5   objection to the definition of the terms MGA and its incorporated term AFFILIATES,

6   and PERSON. MGA further objects to the request to the extent it seeks the

7   production of documents that are protected from disclosure under any applicable

8   privilege, doctrine or immunity, including without limitation the attorney-client

9   privilege, the work product doctrine, the right of privacy, and all other privileges

10   recognized under the constitutional, statutory or decisional law of the United States

11   of America, the State of California or any other applicable jurisdiction. MGA further

12   objects to this request on the grounds that it is overly broad and unduly burdensome

13   in that it seeks documents not relevant to the claims or defenses in this action and not

14   reasonably calculated to lead to the discovery of admissible evidence. Mattel has not

15   demonstrated how the minutes of *all* meetings of shareholders of MGA could be

16   relevant to the claims and defenses in this action. The request is not limited to the

17   subject matter of this action and is thus impermissibly overbroad. See Aug. 13 Order

18   at 9:17-20; May 22 Order at 21:5-7. MGA further objects to this request as being

19   overly broad and unduly burdensome on the grounds that it is not limited in time or

20   geographical scope. MGA further objects to the request to the extent that it seeks

21   documents that by reason of public filing, public distribution or otherwise are already

22   in Mattel's possession or are readily accessible to Mattel. MGA further objects to the

23   request to the extent that it seeks documents not in MGA's possession, custody or

24   control. MGA further objects to the request to the extent it seeks confidential,

25   proprietary or commercially sensitive information, the disclosure of which would be

26   inimical to the business interests of MGA. MGA further objects to the request to the

27

28

1 | extent it violates the privacy rights of third parties to their private, confidential,

2 | proprietary or trade secret information.

3 |      MGA further objects to this request as cumulative, duplicative, and unduly

4 | burdensome to the extent that it seeks documents previously requested by Mattel or

5 | produced by MGA (or any of its affiliates) in response to Mattel's document requests,

6 | including, but not limited to:  Request No. 107 from Mattel, Inc.'s Fourth Set of

7 | Requests for Documents and Things to MGA Entertainment, Inc.

8 | REQUEST FOR PRODUCTION NO. 10:

9 |      DOCUMENTS sufficient to evidence any and all meetings of the board of

10 | directors of MGA, including the date, time and location of the meeting and the

11 | IDENTITY of each PERSON in attendance.

12 | RESPONSE TO REQUEST FOR PRODUCTION NO. 10:

13 |      MGA incorporates by reference its General Response and General Objections

14 | above, as though fully set forth herein and specifically incorporates General

15 | Objection No. 15 (regarding Definitions), including without limitation MGA's

16 | objection to the definition of the terms MGA and its incorporated term AFFILIATES,

17 | and PERSON.  MGA further objects to the request to the extent it seeks the

18 | production of documents that are protected from disclosure under any applicable

19 | privilege, doctrine or immunity, including without limitation the attorney-client

20 | privilege, the work product doctrine, the right of privacy, and all other privileges

21 | recognized under the constitutional, statutory or decisional law of the United States

22 | of America, the State of California or any other applicable jurisdiction.  MGA further

23 | objects to this request on the grounds that it is overly broad and unduly burdensome

24 | in that it seeks documents not relevant to the claims or defenses in this action and not

25 | reasonably calculated to lead to the discovery of admissible evidence.  Mattel has not

26 | demonstrated how DOCUMENTS sufficient to evidence *any and all* meetings of the

27 | board of directors of MGA, including the date, time and location of the meeting and

28 |

MGA ENTERTAINMENT, INC.'S OBJECTIONS AND RESPONSES TO MATTEL, INC.'S FIFTH SET OF
REQUESTS FOR DOCUMENTS AND THINGS TO MGA ENTERTAINMENT, INC. - CV 04-9049 SGL (RNBx)
23

Exhibit 2
Page 46

1 the IDENTITY of *each* PERSON in attendance could be relevant to the claims and

2 defenses in this action. The request is not limited to the subject matter of this action

3 and is thus impermissibly overbroad. See Aug. 13 Order at 9:17-20; May 22 Order

4 at 21:5-7. MGA further objects to this request as being overly broad and unduly

5 burdensome on the grounds that it is not limited in time or geographical scope.

6 MGA further objects to the phrase "sufficient to evidence" as vague and ambiguous.

7 MGA further objects to the request to the extent that it seeks documents that by

8 reason of public filing, public distribution or otherwise are already in Mattel's

9 possession or are readily accessible to Mattel. MGA further objects to the request to

10 the extent that it seeks documents not in MGA's possession, custody or control.

11 MGA further objects to the request to the extent it seeks confidential, proprietary or

12 commercially sensitive information, the disclosure of which would be inimical to the

13 business interests of MGA. MGA further objects to the request to the extent it

14 violates the privacy rights of third parties to their private, confidential, proprietary or

15 trade secret information.

16      MGA further objects to this request as cumulative, duplicative, and unduly

17 burdensome to the extent that it seeks documents previously requested by Mattel or

18 produced by MGA (or any of its affiliates) in response to Mattel's document requests,

19 including, but not limited to: Request No. 107 from Mattel, Inc.'s Fourth Set of

20 Requests for Documents and Things to MGA Entertainment, Inc.

21 REQUEST FOR PRODUCTION NO. 11:

22      The minutes of all meetings of the board of directors of MGA.

23 RESPONSE TO REQUEST FOR PRODUCTION NO. 11:

24      MGA incorporates by reference its General Response and General Objections

25 above, as though fully set forth herein and specifically incorporates General

26 Objection No. 15 (regarding Definitions), including without limitation MGA's

27 objection to the definition of the terms MGA and its incorporated terms

28

MGA ENTERTAINMENT, INC.'S OBJECTIONS AND RESPONSES TO MATTEL, INC.'S FIFTH SET OF
REQUESTS FOR DOCUMENTS AND THINGS TO MGA ENTERTAINMENT, INC. - CV 04-9049 SGL (RNBx)
24

Exhibit 2
Page 47

1 AFFILIATES and PERSON. MGA further objects to the request to the extent it

2 seeks the production of documents that are protected from disclosure under any

3 applicable privilege, doctrine or immunity, including without limitation the attorney-

4 client privilege, the work product doctrine, the right of privacy, and all other

5 privileges recognized under the constitutional, statutory or decisional law of the

6 United States of America, the State of California or any other applicable jurisdiction.

7 MGA further objects to this request on the grounds that it is overly broad and unduly

8 burdensome in that it seeks documents not relevant to the claims or defenses in this

9 action and not reasonably calculated to lead to the discovery of admissible evidence.

10 Mattel has not demonstrated how the minutes of *all* meetings of the board of

11 directors of MGA could be relevant to the claims and defenses in this action. The

12 request is not limited to the subject matter of this action and is thus impermissibly

13 overbroad. See Aug. 13 Order at 9:17-20; May 22 Order at 21:5-7. MGA further

14 objects to this request as being overly broad and unduly burdensome on the grounds

15 that it is not limited in time or geographical scope. MGA further objects to the

16 request to the extent that it seeks documents that by reason of public filing, public

17 distribution or otherwise are already in Mattel's possession or are readily accessible

18 to Mattel. MGA further objects to the request to the extent that it seeks documents

19 not in MGA's possession, custody or control. MGA further objects to the request to

20 the extent it seeks confidential, proprietary or commercially sensitive information,

21 the disclosure of which would be inimical to the business interests of MGA. Such

22 information may also be subject to protective orders governing other litigations

23 thereby precluding disclosure in response to this request. MGA further objects to the

24 request to the extent it violates the privacy rights of third parties to their private,

25 confidential, proprietary or trade secret information.

26      MGA further objects to this request as cumulative, duplicative, and unduly

27 burdensome to the extent that it seeks documents previously requested by Mattel or

28

MGA ENTERTAINMENT, INC.'S OBJECTIONS AND RESPONSES TO MATTEL, INC.'S FIFTH SET OF
REQUESTS FOR DOCUMENTS AND THINGS TO MGA ENTERTAINMENT, INC. - CV 04-9049 SGL (RNBx)
25

Exhibit 2
Page 48

1 | produced by MGA (or any of its affiliates) in response to Mattel's document requests,

2 | including, but not limited to:  Request No. 107 from Mattel, Inc.'s Fourth Set of

3 | Requests for Documents and Things to MGA Entertainment, Inc.

4 | REQUEST FOR PRODUCTION NO. 12:

5 |      DOCUMENTS sufficient to show any and all salary, benefits or any other

6 | compensation paid to LARIAN or any business affiliated with LARIAN, including

7 | to whom the payments were made, the amounts paid and the dates of payment.

8 | RESPONSE TO REQUEST FOR PRODUCTION NO. 12:

9 |      MGA incorporates by reference its General Response and General Objections

10 | above, as though fully set forth herein and specifically incorporates General

11 | Objection No. 15 (regarding Definitions), including without limitation MGA's

12 | objection to the definition of the terms LARIAN and its incorporated terms FAMILY

13 | MEMBER and PERSON.  MGA further objects to the request to the extent it seeks

14 | the production of documents that are protected from disclosure under any applicable

15 | privilege, doctrine or immunity, including without limitation the attorney-client

16 | privilege, the work product doctrine, the right of privacy, and all other privileges

17 | recognized under the constitutional, statutory or decisional law of the United States

18 | of America, the State of California or any other applicable jurisdiction.  MGA further

19 | objects to this request on the grounds that it is overly broad and unduly burdensome

20 | in that it seeks documents not relevant to the claims or defenses in this action and not

21 | reasonably calculated to lead to the discovery of admissible evidence.  Mattel has not

22 | demonstrated how DOCUMENTS sufficient to show *any and all* salary, benefits or

23 | *any* other compensation paid to LARIAN or *any* business affiliated with LARIAN

24 | could be relevant to the claims and defenses in this action.  The request is not limited

25 | to the subject matter of this action and is thus impermissibly overbroad.  See Aug. 13

26 | Order at 9:17-20; May 22 Order at 21:5-7.  MGA further objects to this request as

27 | being overly broad and unduly burdensome on the grounds that it is not limited in

28 |

1  time or geographical scope. MGA further objects to this request on the grounds that
2  the terms "any other compensation" and "business affiliated with LARIAN" render
3  the request vague, ambiguous, overly broad and unduly burdensome. MGA further
4  objects to the phrase "sufficient to show any and all" as vague and ambiguous. MGA
5  further objects to the request to the extent that it seeks documents that by reason of
6  public filing, public distribution or otherwise are already in Mattel's possession or
7  are readily accessible to Mattel. MGA further objects to the request to the extent that
8  it seeks documents not in MGA's possession, custody or control. MGA further
9  objects to the request to the extent it seeks confidential, proprietary or commercially
10  sensitive information, the disclosure of which would be inimical to the business
11  interests of MGA. Such information may also be subject to protective orders
12  governing other litigations thereby precluding disclosure in response to this request.
13  MGA further objects to the request to the extent it violates the privacy rights of third
14  parties to their private, confidential, proprietary or trade secret information.

15      MGA further objects to this request as cumulative, duplicative, and unduly
16  burdensome to the extent that it seeks documents previously requested by Mattel or
17  produced by MGA (or any of its affiliates) in response to Mattel's document requests,
18  including, but not limited to: Request Nos. 229-265 from the Mattel, Inc.'s First Set
19  of Requests for Documents and Things to Isaac Larian.

20  REQUEST FOR PRODUCTION NO. 13:

21      DOCUMENTS sufficient to show any and all payments or transfers of
22  anything of value to LARIAN or any business affiliated with LARIAN, including to
23  whom the payments or transfers were made, the amounts of the payments or the
24  value of the item transferred and the dates of the payments or transfers.

25  RESPONSE TO REQUEST FOR PRODUCTION NO. 13:

26      MGA incorporates by reference its General Response and General Objections
27  above, as though fully set forth herein and specifically incorporates General

28

MGA ENTERTAINMENT, INC.'S OBJECTIONS AND RESPONSES TO MATTEL, INC.'S FIFTH SET OF
REQUESTS FOR DOCUMENTS AND THINGS TO MGA ENTERTAINMENT, INC. - CV 04-9049 SGL (RNBx)
27

Exhibit 2
Page 50

1  Objection No. 15 (regarding Definitions), including without limitation MGA's

2  objection to the definition of the terms LARIAN and its incorporated terms FAMILY

3  MEMBER and PERSON.  MGA further objects to the request to the extent it seeks

4  the production of documents that are protected from disclosure under any applicable

5  privilege, doctrine or immunity, including without limitation the attorney-client

6  privilege, the work product doctrine, the right of privacy, and all other privileges

7  recognized under the constitutional, statutory or decisional law of the United States

8  of America, the State of California or any other applicable jurisdiction.  MGA further

9  objects to this request on the grounds that it is overly broad and unduly burdensome

10  in that it seeks documents not relevant to the claims or defenses in this action and not

11  reasonably calculated to lead to the discovery of admissible evidence.  Mattel has not

12  demonstrated how DOCUMENTS sufficient to show *any and all* payments or

13  transfers of *anything* of value to LARIAN or *any* business affiliated with LARIAN

14  could be relevant to the claims and defenses in this action.  The request is not limited

15  to the subject matter of this action and is thus impermissibly overbroad.  See Aug. 13

16  Order at 9:17-20; May 22 Order at 21:5-7.  MGA further objects to this request as

17  being overly broad and unduly burdensome on the grounds that it is not limited in

18  time or geographical scope.  MGA further objects to this request on the grounds that

19  the terms "anything of value" and "business affiliated with LARIAN" render the

20  request vague, ambiguous, overly broad and unduly burdensome.  MGA further

21  objects to the phrase "sufficient to show any and all" as vague and ambiguous.  MGA

22  further objects to the request to the extent that it seeks documents that by reason of

23  public filing, public distribution or otherwise are already in Mattel's possession or

24  are readily accessible to Mattel.  MGA further objects to the request to the extent that

25  it seeks documents not in MGA's possession, custody or control.  MGA further

26  objects to the request to the extent it seeks confidential, proprietary or commercially

27  sensitive information, the disclosure of which would be inimical to the business

28

MGA ENTERTAINMENT, INC.'S OBJECTIONS AND RESPONSES TO MATTEL, INC.'S FIFTH SET OF
REQUESTS FOR DOCUMENTS AND THINGS TO MGA ENTERTAINMENT, INC. - CV 04-9049 SGL (RNBx)
28

Exhibit 2
Page 51

1 | interests of MGA. Such information may also be subject to protective orders
2 | governing other litigations thereby precluding disclosure in response to this request.
3 | MGA further objects to the request to the extent it violates the privacy rights of third
4 | parties to their private, confidential, proprietary or trade secret information.

5 | MGA further objects to this request as cumulative, duplicative, and unduly
6 | burdensome to the extent that it seeks documents previously requested by Mattel or
7 | produced by MGA (or any of its affiliates) in response to Mattel's document requests,
8 | including, but not limited to: Request Nos. 229-265 from the Mattel, Inc.'s First Set
9 | of Requests for Documents and Things to Isaac Larian.

10 | REQUEST FOR PRODUCTION NO. 14:

11 | Statements for accounts maintained by YOU at any bank or other financial
12 | institution sufficient to show any and all payments to LARIAN or any business
13 | affiliated with LARIAN.

14 | RESPONSE TO REQUEST FOR PRODUCTION NO. 14:

15 | MGA incorporates by reference its General Response and General Objections
16 | above, as though fully set forth herein and specifically incorporates General
17 | Objection No. 15 (regarding Definitions), including without limitation MGA's
18 | objection to the definition of the terms YOU and its incorporated terms
19 | AFFILIATES and PERSON. MGA further objects to the request to the extent it
20 | seeks the production of documents that are protected from disclosure under any
21 | applicable privilege, doctrine or immunity, including without limitation the attorney-
22 | client privilege, the work product doctrine, the right of privacy, and all other
23 | privileges recognized under the constitutional, statutory or decisional law of the
24 | United States of America, the State of California or any other applicable jurisdiction.
25 | MGA further objects to this request on the grounds that it is overly broad and unduly
26 | burdensome in that it seeks documents not relevant to the claims or defenses in this
27 | action and not reasonably calculated to lead to the discovery of admissible evidence.
28 |

MGA ENTERTAINMENT, INC.'S OBJECTIONS AND RESPONSES TO MATTEL, INC.'S FIFTH SET OF
REQUESTS FOR DOCUMENTS AND THINGS TO MGA ENTERTAINMENT, INC. - CV 04-9049 SGL (RNBx)
29

Exhibit 2
Page 52

1  Mattel has not demonstrated how *all* statements for accounts maintained by YOU at

2  *any* bank or other financial institution sufficient to show *any and all* payments to

3  LARIAN or *any* business affiliated with LARIAN could be relevant to the claims

4  and defenses in this action.  The request is not limited to the subject matter of this

5  action and is thus impermissibly overbroad.  See Aug. 13 Order at 9:17-20; May 22

6  Order at 21:5-7.  MGA further objects to this request as being overly broad and

7  unduly burdensome on the grounds that it is not limited in time or geographical

8  scope.  MGA further objects to this request on the grounds that the terms "other

9  financial institution" and "business affiliated with LARIAN" render the request

10  vague, ambiguous, overly broad and unduly burdensome.  MGA further objects to

11  the phrase "sufficient to show any and all" as vague and ambiguous.  MGA further

12  objects to the request to the extent that it seeks documents that by reason of public

13  filing, public distribution or otherwise are already in Mattel's possession or are

14  readily accessible to Mattel.  MGA further objects to the request to the extent that it

15  seeks documents not in MGA's possession, custody or control.  MGA further objects

16  to the request to the extent it seeks confidential, proprietary or commercially

17  sensitive information, the disclosure of which would be inimical to the business

18  interests of MGA.  Such information may also be subject to protective orders

19  governing other litigations thereby precluding disclosure in response to this request.

20  MGA further objects to the request to the extent it violates the privacy rights of third

21  parties to their private, confidential, proprietary or trade secret information.

22  　　　MGA further objects to this request as cumulative, duplicative, and unduly

23  burdensome to the extent that it seeks documents previously requested by Mattel or

24  produced by MGA (or any of its affiliates) in response to Mattel's document requests,

25  including, but not limited to:  Request Nos. 229-265 from the Mattel, Inc.'s First Set

26  of Requests for Documents and Things to Isaac Larian.

27

28

MGA ENTERTAINMENT, INC.'S OBJECTIONS AND RESPONSES TO MATTEL, INC.'S FIFTH SET OF REQUESTS FOR DOCUMENTS AND THINGS TO MGA ENTERTAINMENT, INC. - CV 04-9049 SGL (RNBx)

30

Exhibit 2
Page 53

1 | REQUEST FOR PRODUCTION NO. 15:

2 |     DOCUMENTS sufficient to show any and all payments of dividends to

3 | LARIAN or any business affiliated with LARIAN, including to whom the dividends

4 | were paid, the amounts paid and the dates of payment.

5 | RESPONSE TO REQUEST FOR PRODUCTION NO. 15:

6 |     MGA incorporates by reference its General Response and General Objections

7 | above, as though fully set forth herein and specifically incorporates General

8 | Objection No. 15 (regarding Definitions), including without limitation MGA's

9 | objection to the definition of the terms LARIAN and its incorporated terms FAMILY

10 | MEMBER and PERSON. MGA further objects to the request to the extent it seeks

11 | the production of documents that are protected from disclosure under any applicable

12 | privilege, doctrine or immunity, including without limitation the attorney-client

13 | privilege, the work product doctrine, the right of privacy, and all other privileges

14 | recognized under the constitutional, statutory or decisional law of the United States

15 | of America, the State of California or any other applicable jurisdiction. MGA further

16 | objects to this request on the grounds that it is overly broad and unduly burdensome

17 | in that it seeks documents not relevant to the claims or defenses in this action and not

18 | reasonably calculated to lead to the discovery of admissible evidence. Mattel has not

19 | demonstrated how DOCUMENTS sufficient to show *any and all* payments of

20 | dividends to LARIAN or *any* business affiliated with LARIAN could be relevant to

21 | the claims and defenses in this action. The request is not limited to the subject

22 | matter of this action and is thus impermissibly overbroad. See Aug. 13 Order at

23 | 9:17-20; May 22 Order at 21:5-7. MGA further objects to this request as being

24 | overly broad and unduly burdensome on the grounds that it is not limited in time or

25 | geographical scope. MGA further objects to this request on the grounds that the

26 | terms "business affiliated with LARIAN" render the request vague, ambiguous,

27 | overly broad and unduly burdensome. MGA further objects to the phrase "sufficient

28 |

1  to show any and all" as vague and ambiguous.  MGA further objects to the request to

2  the extent that it seeks documents that by reason of public filing, public distribution

3  or otherwise are already in Mattel's possession or are readily accessible to Mattel.

4  MGA further objects to the request to the extent that it seeks documents not in

5  MGA's possession, custody or control.  MGA further objects to the request to the

6  extent it seeks confidential, proprietary or commercially sensitive information, the

7  disclosure of which would be inimical to the business interests of MGA.  Such

8  information may also be subject to protective orders governing other litigations

9  thereby precluding disclosure in response to this request.  MGA further objects to the

10  request to the extent it violates the privacy rights of third parties to their private,

11  confidential, proprietary or trade secret information.

12        MGA further objects to this request as cumulative, duplicative, and unduly

13  burdensome to the extent that it seeks documents previously requested by Mattel or

14  produced by MGA (or any of its affiliates) in response to Mattel's document requests,

15  including, but not limited to:  Request Nos. 229-265 from the Mattel, Inc.'s First Set

16  of Requests for Documents and Things to Isaac Larian.

17  REQUEST FOR PRODUCTION NO. 16:

18        DOCUMENTS sufficient to show any and all distributions to LARIAN or any

19  business affiliated with LARIAN, including to whom the distributions were made,

20  the amounts of the distributions and the dates the distributions were made.

21  RESPONSE TO REQUEST FOR PRODUCTION NO. 16:

22        MGA incorporates by reference its General Response and General Objections

23  above, as though fully set forth herein and specifically incorporates General

24  Objection No. 15 (regarding Definitions), including without limitation MGA's

25  objection to the definition of the terms LARIAN and its incorporated terms FAMILY

26  MEMBER and PERSON.  MGA further objects to the request to the extent it seeks

27  the production of documents that are protected from disclosure under any applicable

28

1  privilege, doctrine or immunity, including without limitation the attorney-client

2  privilege, the work product doctrine, the right of privacy, and all other privileges

3  recognized under the constitutional, statutory or decisional law of the United States

4  of America, the State of California or any other applicable jurisdiction. MGA further

5  objects to this request on the grounds that it is overly broad and unduly burdensome

6  in that it seeks documents not relevant to the claims or defenses in this action and not

7  reasonably calculated to lead to the discovery of admissible evidence. Mattel has not

8  demonstrated how DOCUMENTS sufficient to show *any and all* distributions to

9  LARIAN or *any* business affiliated with LARIAN could be relevant to the claims

10  and defenses in this action. The request is not limited to the subject matter of this

11  action and is thus impermissibly overbroad. See Aug. 13 Order at 9:17-20; May 22

12  Order at 21:5-7. MGA further objects to this request as being overly broad and

13  unduly burdensome on the grounds that it is not limited in time or geographical

14  scope. MGA further objects to this request on the grounds that the terms "business

15  affiliated with LARIAN" render the request vague, ambiguous, overly broad and

16  unduly burdensome. MGA further objects to the phrase "sufficient to show any and

17  all" as vague and ambiguous. MGA further objects to the request to the extent that it

18  seeks documents that by reason of public filing, public distribution or otherwise are

19  already in Mattel's possession or are readily accessible to Mattel. MGA further

20  objects to the request to the extent that it seeks documents not in MGA's possession,

21  custody or control. MGA further objects to the request to the extent it seeks

22  confidential, proprietary or commercially sensitive information, the disclosure of

23  which would be inimical to the business interests of MGA. Such information may

24  also be subject to protective orders governing other litigations thereby precluding

25  disclosure in response to this request. MGA further objects to the request to the

26  extent it violates the privacy rights of third parties to their private, confidential,

27  proprietary or trade secret information.

28

MGA ENTERTAINMENT, INC.'S OBJECTIONS AND RESPONSES TO MATTEL, INC.'S FIFTH SET OF
REQUESTS FOR DOCUMENTS AND THINGS TO MGA ENTERTAINMENT, INC. - CV 04-9049 SGL (RNBx)
33

Exhibit 2
Page 56

1    MGA further objects to this request as cumulative, duplicative, and unduly

2    burdensome to the extent that it seeks documents previously requested by Mattel or

3    produced by MGA (or any of its affiliates) in response to Mattel's document requests,

4    including, but not limited to: Request Nos. 229-265 from the Mattel, Inc.'s First Set

5    of Requests for Documents and Things to Isaac Larian.

6    REQUEST FOR PRODUCTION NO. 17:

7        DOCUMENTS sufficient to show any and all advances of funds to LARIAN

8    or any business affiliated with LARIAN for services to be performed at a later date,

9    including the amount of the advance, the date of the advance, the services to be

10   performed, whether the services were performed and, if so, when they were

11   performed.

12   RESPONSE TO REQUEST FOR PRODUCTION NO. 17:

13       MGA incorporates by reference its General Response and General Objections

14   above, as though fully set forth herein and specifically incorporates General

15   Objection No. 15 (regarding Definitions), including without limitation MGA's

16   objection to the definition of the terms LARIAN and its incorporated terms FAMILY

17   MEMBER and PERSON. MGA further objects to the request to the extent it seeks

18   the production of documents that are protected from disclosure under any applicable

19   privilege, doctrine or immunity, including without limitation the attorney-client

20   privilege, the work product doctrine, the right of privacy, and all other privileges

21   recognized under the constitutional, statutory or decisional law of the United States

22   of America, the State of California or any other applicable jurisdiction. MGA further

23   objects to this request on the grounds that it is overly broad and unduly burdensome

24   in that it seeks documents not relevant to the claims or defenses in this action and not

25   reasonably calculated to lead to the discovery of admissible evidence. Mattel has not

26   demonstrated how *any and all* advances of funds to LARIAN or *any* affiliated

27   business for services to be performed at a later date could be relevant to the claims

28

MGA ENTERTAINMENT, INC.'S OBJECTIONS AND RESPONSES TO MATTEL, INC.'S FIFTH SET OF
REQUESTS FOR DOCUMENTS AND THINGS TO MGA ENTERTAINMENT, INC. - CV 04-9049 SGL (RNBx)
34

Exhibit 2
Page 57

1   and defenses in this action.  The request is not limited to the subject matter of this

2   action and is thus impermissibly overbroad.  See Aug. 13 Order at 9:17-20; May 22

3   Order at 21:5-7.  MGA further objects to this request as being overly broad and

4   unduly burdensome on the grounds that it is not limited in time or geographical

5   scope.  MGA further objects to this request on the grounds that the terms "business

6   affiliated with LARIAN" render the request vague, ambiguous, overly broad and

7   unduly burdensome.  MGA further objects to the phrases "sufficient to show any and

8   all" and "advances of funds" as vague and ambiguous.  MGA further objects to the

9   request to the extent that it seeks documents that by reason of public filing, public

10  distribution or otherwise are already in Mattel's possession or are readily accessible

11  to Mattel.  MGA further objects to the request to the extent that it seeks documents

12  not in MGA's possession, custody or control.  MGA further objects to the request to

13  the extent it seeks confidential, proprietary or commercially sensitive information,

14  the disclosure of which would be inimical to the business interests of MGA.  Such

15  information may also be subject to protective orders governing other litigations

16  thereby precluding disclosure in response to this request.  MGA further objects to the

17  request to the extent it violates the privacy rights of third parties to their private,

18  confidential, proprietary or trade secret information.

19       MGA further objects to this request as cumulative, duplicative, and unduly

20  burdensome to the extent that it seeks documents previously requested by Mattel or

21  produced by MGA (or any of its affiliates) in response to Mattel's document requests,

22  including, but not limited to:  Request Nos. 229-265 from the Mattel, Inc.'s First Set

23  of Requests for Documents and Things to Isaac Larian.

24  REQUEST FOR PRODUCTION NO. 18:

25       DOCUMENTS sufficient to show any and all gifts to LARIAN or any

26  business affiliated with LARIAN, including to whom the gift was made, when the

27

28

Exhibit 2
Page 58

1  gift was made, the nature, amount and value of the gift and the reasons for making

2  the gift.

3  RESPONSE TO REQUEST FOR PRODUCTION NO. 18:

4       MGA incorporates by reference its General Response and General Objections

5  above, as though fully set forth herein and specifically incorporates General

6  Objection No. 15 (regarding Definitions), including without limitation MGA's

7  objection to the definition of the terms LARIAN and its incorporated terms FAMILY

8  MEMBER and PERSON.  MGA further objects to the request to the extent it seeks

9  the production of documents that are protected from disclosure under any applicable

10  privilege, doctrine or immunity, including without limitation the attorney-client

11  privilege, the work product doctrine, the right of privacy, and all other privileges

12  recognized under the constitutional, statutory or decisional law of the United States

13  of America, the State of California or any other applicable jurisdiction.  MGA further

14  objects to this request on the grounds that it is overly broad and unduly burdensome

15  in that it seeks documents not relevant to the claims or defenses in this action and not

16  reasonably calculated to lead to the discovery of admissible evidence.  Mattel has not

17  demonstrated how DOCUMENTS sufficient to show *any and all* gifts to LARIAN or

18  *any* business affiliated with LARIAN could be relevant to the claims and defenses in

19  this action.  The request is not limited to the subject matter of this action and is thus

20  impermissibly overbroad.  See Aug. 13 Order at 9:17-20; May 22 Order at 21:5-7.

21  MGA further objects to this request as being overly broad and unduly burdensome

22  on the grounds that it is not limited in time or geographical scope.  MGA further

23  objects to this request on the grounds that the terms "business affiliated with

24  LARIAN" render the request vague, ambiguous, overly broad and unduly

25  burdensome.  MGA further objects to the phrases "sufficient to show any and all"

26  and "reasons for making the gift" as vague and ambiguous.  MGA further objects to

27  the request to the extent that it seeks documents that by reason of public filing,

28

MGA ENTERTAINMENT, INC.'S OBJECTIONS AND RESPONSES TO MATTEL, INC.'S FIFTH SET OF
REQUESTS FOR DOCUMENTS AND THINGS TO MGA ENTERTAINMENT, INC. · CV 04-9049 SGL (RNB)
36

Exhibit 2
Page 59

1 | public distribution or otherwise are already in Mattel's possession or are readily
2 | accessible to Mattel.  MGA further objects to the request to the extent that it seeks
3 | documents not in MGA's possession, custody or control.  MGA further objects to the
4 | request to the extent it seeks confidential, proprietary or commercially sensitive
5 | information, the disclosure of which would be inimical to the business interests of
6 | MGA.  Such information may also be subject to protective orders governing other
7 | litigations thereby precluding disclosure in response to this request.  MGA further
8 | objects to the request to the extent it violates the privacy rights of third parties to
9 | their private, confidential, proprietary or trade secret information.

10 |      MGA further objects to this request as cumulative, duplicative, and unduly
11 | burdensome to the extent that it seeks documents previously requested by Mattel or
12 | produced by MGA (or any of its affiliates) in response to Mattel's document requests,
13 | including, but not limited to:  Request Nos. 229-265 from the Mattel, Inc.'s First Set
14 | of Requests for Documents and Things to Isaac Larian.

15 | REQUEST FOR PRODUCTION NO. 19:

16 |      DOCUMENTS sufficient to show any and all loans from MGA to LARIAN or
17 | any business affiliated with LARIAN, including the date of the loan, the amount of
18 | the loan, the interest rate, if any, whether the loan has been repaid or forgiven in
19 | whole or in part and, if so, when and by whom.

20 | RESPONSE TO REQUEST FOR PRODUCTION NO. 19:

21 |      MGA incorporates by reference its General Response and General Objections
22 | above, as though fully set forth herein and specifically incorporates General
23 | Objection No. 15 (regarding Definitions), including without limitation MGA's
24 | objection to the definition of the terms LARIAN and its incorporated terms FAMILY
25 | MEMBER and PERSON.  MGA further objects to the request to the extent it seeks
26 | the production of documents that are protected from disclosure under any applicable
27 | privilege, doctrine or immunity, including without limitation the attorney-client
28 |

MGA ENTERTAINMENT, INC.'S OBJECTIONS AND RESPONSES TO MATTEL, INC.'S FIFTH SET OF
REQUESTS FOR DOCUMENTS AND THINGS TO MGA ENTERTAINMENT, INC. - CV 04-9049 SGL (RNBx)
37

Exhibit 2
Page 60

1   privilege, the work product doctrine, the right of privacy, and all other privileges

2   recognized under the constitutional, statutory or decisional law of the United States

3   of America, the State of California or any other applicable jurisdiction.  MGA further

4   objects to this request on the grounds that it is overly broad and unduly burdensome

5   in that it seeks documents not relevant to the claims or defenses in this action and not

6   reasonably calculated to lead to the discovery of admissible evidence.  Mattel has not

7   demonstrated how DOCUMENTS sufficient to show *any and all* loans from MGA to

8   LARIAN or *any* business affiliated with LARIAN could be relevant to the claims

9   and defenses in this action.  The request is not limited to the subject matter of this

10  action and is thus impermissibly overbroad.  See Aug. 13 Order at 9:17-20; May 22

11  Order at 21:5-7.  MGA further objects to this request as being overly broad and

12  unduly burdensome on the grounds that it is not limited in time or geographical

13  scope.  MGA further objects to this request on the grounds that the terms "business

14  affiliated with LARIAN" and "forgiven" render the request vague, ambiguous,

15  overly broad and unduly burdensome.  MGA further objects to the phrase "sufficient

16  to show any and all" as vague and ambiguous.  MGA further objects to the request to

17  the extent that it seeks documents that by reason of public filing, public distribution

18  or otherwise are already in Mattel's possession or are readily accessible to Mattel.

19  MGA further objects to the request to the extent that it seeks documents not in

20  MGA's possession, custody or control.  MGA further objects to the request to the

21  extent it seeks confidential, proprietary or commercially sensitive information, the

22  disclosure of which would be inimical to the business interests of MGA.  Such

23  information may also be subject to protective orders governing other litigations

24  thereby precluding disclosure in response to this request.

25       MGA further objects to this request as cumulative, duplicative, and unduly

26  burdensome to the extent that it seeks documents previously requested by Mattel or

27  produced by MGA (or any of its affiliates) in response to Mattel's document requests,

28

MGA ENTERTAINMENT, INC.'S OBJECTIONS AND RESPONSES TO MATTEL, INC.'S FIFTH SET OF
REQUESTS FOR DOCUMENTS AND THINGS TO MGA ENTERTAINMENT, INC. - CV 04-9049 SGL (RNBx)
38

Exhibit 2
Page 61

1   including, but not limited to:  Request Nos. 229-265 from the Mattel, Inc.'s First Set

2   of Requests for Documents and Things to Isaac Larian.

3   REQUEST FOR PRODUCTION NO. 20:

4         DOCUMENTS sufficient to show any and all loans from LARIAN or any

5   business affiliated with LARIAN to MGA, including the date of the loan, the amount

6   of the loan, the interest rate, if any, whether the loan has been repaid or forgiven in

7   whole or in part and, if so, when and by whom.

8   RESPONSE TO REQUEST FOR PRODUCTION NO. 20:

9         MGA incorporates by reference its General Response and General Objections

10  above, as though fully set forth herein and specifically incorporates General

11  Objection No. 15 (regarding Definitions), including without limitation MGA's

12  objection to the definition of the terms LARIAN and its incorporated terms FAMILY

13  MEMBER and PERSON.  MGA further objects to the request to the extent it seeks

14  the production of documents that are protected from disclosure under any applicable

15  privilege, doctrine or immunity, including without limitation the attorney-client

16  privilege, the work product doctrine, the right of privacy, and all other privileges

17  recognized under the constitutional, statutory or decisional law of the United States

18  of America, the State of California or any other applicable jurisdiction.  MGA further

19  objects to this request on the grounds that it is overly broad and unduly burdensome

20  in that it seeks documents not relevant to the claims or defenses in this action and not

21  reasonably calculated to lead to the discovery of admissible evidence.  Mattel has not

22  demonstrated how DOCUMENTS sufficient to show *any and all* loans from

23  LARIAN or *any* business affiliated with LARIAN to MGA could be relevant to the

24  claims and defenses in this action.  The request is not limited to the subject matter of

25  this action and is thus impermissibly overbroad.  See Aug. 13 Order at 9:17-20; May

26  22 Order at 21:5-7.  MGA further objects to this request as being overly broad and

27  unduly burdensome on the grounds that it is not limited in time or geographical

28

MGA ENTERTAINMENT, INC.'S OBJECTIONS AND RESPONSES TO MATTEL, INC.'S FIFTH SET OF
REQUESTS FOR DOCUMENTS AND THINGS TO MGA ENTERTAINMENT, INC. - CV 04-9049 SGL (RNBx)
39

Exhibit 2
Page 62

1  scope.  MGA further objects to this request on the grounds that the terms "business

2  affiliated with LARIAN" render the request vague, ambiguous, overly broad and

3  unduly burdensome.  MGA further objects to the phrase "sufficient to show any and

4  all" as vague and ambiguous.  MGA further objects to the request to the extent that it

5  seeks documents that by reason of public filing, public distribution or otherwise are

6  already in Mattel's possession or are readily accessible to Mattel.  MGA further

7  objects to the request to the extent that it seeks documents not in MGA's possession,

8  custody or control.  MGA further objects to the request to the extent it seeks

9  confidential, proprietary or commercially sensitive information, the disclosure of

10  which would be inimical to the business interests of MGA.  Such information may

11  also be subject to protective orders governing other litigations thereby precluding

12  disclosure in response to this request.

13         MGA further objects to this request as cumulative, duplicative, and unduly

14  burdensome to the extent that it seeks documents previously requested by Mattel or

15  produced by MGA (or any of its affiliates) in response to Mattel's document requests,

16  including, but not limited to:  Request Nos. 229-265 from the Mattel, Inc.'s First Set

17  of Requests for Documents and Things to Isaac Larian.

18  REQUEST FOR PRODUCTION NO. 21:

19         DOCUMENTS sufficient to show any and all obligations of LARIAN or any

20  business affiliated with LARIAN guaranteed or cosigned by MGA, including the

21  IDENTITY of the PERSON whose obligation was guaranteed or cosigned, the

22  identity of the creditor or lender, the nature and amount of the obligation, the date the

23  obligation was guaranteed or cosigned, whether the obligation has been satisfied and,

24  if so, when and by whom.

25  RESPONSE TO REQUEST FOR PRODUCTION NO. 21:

26         MGA incorporates by reference its General Response and General Objections

27  above, as though fully set forth herein and specifically incorporates General

28

MGA ENTERTAINMENT, INC.'S OBJECTIONS AND RESPONSES TO MATTEL, INC.'S FIFTH SET OF REQUESTS FOR DOCUMENTS AND THINGS TO MGA ENTERTAINMENT, INC. - CV 04-9049 SGL (RNBx)
40

Exhibit 2
Page 63

1   Objection No. 15 (regarding Definitions), including without limitation MGA's

2   objection to the definition of the terms LARIAN and its incorporated terms FAMILY

3   MEMBER and PERSON. MGA further objects to the request to the extent it seeks

4   the production of documents that are protected from disclosure under any applicable

5   privilege, doctrine or immunity, including without limitation the attorney-client

6   privilege, the work product doctrine, the right of privacy, and all other privileges

7   recognized under the constitutional, statutory or decisional law of the United States

8   of America, the State of California or any other applicable jurisdiction. MGA further

9   objects to this request on the grounds that it is overly broad and unduly burdensome

10   in that it seeks documents not relevant to the claims or defenses in this action and not

11   reasonably calculated to lead to the discovery of admissible evidence. Mattel has not

12   demonstrated how DOCUMENTS sufficient to show *any and all* obligations of

13   LARIAN or *any* business affiliated with LARIAN guaranteed or cosigned by MGA

14   could be relevant to the claims and defenses in this action. The request is not limited

15   to the subject matter of this action and is thus impermissibly overbroad. See Aug. 13

16   Order at 9:17-20; May 22 Order at 21:5-7. MGA further objects to this request as

17   being overly broad and unduly burdensome on the grounds that it is not limited in

18   time or geographical scope. MGA further objects to this request on the grounds that

19   the terms "business affiliated with LARIAN" render the request vague, ambiguous,

20   overly broad and unduly burdensome. MGA further objects to the phrase "sufficient

21   to show any and all" as vague and ambiguous. MGA further objects to the request to

22   the extent that it seeks documents that by reason of public filing, public distribution

23   or otherwise are already in Mattel's possession or are readily accessible to Mattel.

24   MGA further objects to the request to the extent that it seeks documents not in

25   MGA's possession, custody or control. MGA further objects to the request to the

26   extent it seeks confidential, proprietary or commercially sensitive information, the

27   disclosure of which would be inimical to the business interests of MGA. Such

28

MGA ENTERTAINMENT, INC.'S OBJECTIONS AND RESPONSES TO MATTEL, INC.'S FIFTH SET OF
REQUESTS FOR DOCUMENTS AND THINGS TO MGA ENTERTAINMENT, INC. - CV 04-9049 SGL (RNBx)
41

Exhibit 2
Page 64

1 information may also be subject to protective orders governing other litigations

2 thereby precluding disclosure in response to this request. MGA further objects to the

3 request to the extent it violates the privacy rights of third parties to their private,

4 confidential, proprietary or trade secret information.

5      MGA further objects to this request as cumulative, duplicative, and unduly

6 burdensome to the extent that it seeks documents previously requested by Mattel or

7 produced by MGA (or any of its affiliates) in response to Mattel's document requests,

8 including, but not limited to: Request Nos. 229-265 from the Mattel, Inc.'s First Set

9 of Requests for Documents and Things to Isaac Larian.

10 REQUEST FOR PRODUCTION NO. 22:

11      DOCUMENTS sufficient to show any and all obligations of MGA guaranteed

12 or cosigned by LARIAN or any business affiliated with LARIAN, including the

13 IDENTITY of the PERSON who guaranteed or cosigned the obligation, the identity

14 of the creditor or lender, the nature and amount of the obligation, the date the

15 obligation was guaranteed or cosigned, whether the obligation has been satisfied and,

16 if so, when and by whom.

17 RESPONSE TO REQUEST FOR PRODUCTION NO. 22:

18      MGA incorporates by reference its General Response and General Objections

19 above, as though fully set forth herein and specifically incorporates General

20 Objection No. 15 (regarding Definitions), including without limitation MGA's

21 objection to the definition of the terms LARIAN and its incorporated terms FAMILY

22 MEMBER and PERSON. MGA further objects to the request to the extent it seeks

23 the production of documents that are protected from disclosure under any applicable

24 privilege, doctrine or immunity, including without limitation the attorney-client

25 privilege, the work product doctrine, the right of privacy, and all other privileges

26 recognized under the constitutional, statutory or decisional law of the United States

27 of America, the State of California or any other applicable jurisdiction. MGA further

28

MGA ENTERTAINMENT, INC.'S OBJECTIONS AND RESPONSES TO MATTEL, INC.'S FIFTH SET OF REQUESTS FOR DOCUMENTS AND THINGS TO MGA ENTERTAINMENT, INC. - CV 04-9049 SGL (RNBx)

42

Exhibit 2
Page 65

1   objects to this request on the grounds that it is overly broad and unduly burdensome
2   in that it seeks documents not relevant to the claims or defenses in this action and not
3   reasonably calculated to lead to the discovery of admissible evidence. Mattel has not
4   demonstrated how DOCUMENTS sufficient to show *any and all* obligations of
5   MGA guaranteed or cosigned by LARIAN or *any* business affiliated with LARIAN
6   could be relevant to the claims and defenses in this action. The request is not limited
7   to the subject matter of this action and is thus impermissibly overbroad. See Aug. 13
8   Order at 9:17-20; May 22 Order at 21:5-7. MGA further objects to this request as
9   being overly broad and unduly burdensome on the grounds that it is not limited in
10  time or geographical scope. MGA further objects to this request on the grounds that
11  the terms "business affiliated with LARIAN" render the request vague, ambiguous,
12  overly broad and unduly burdensome. MGA further objects to the phrase "sufficient
13  to show any and all" as vague and ambiguous. MGA further objects to the request to
14  the extent that it seeks documents that by reason of public filing, public distribution
15  or otherwise are already in Mattel's possession or are readily accessible to Mattel.
16  MGA further objects to the request to the extent that it seeks documents not in
17  MGA's possession, custody or control. MGA further objects to the request to the
18  extent it seeks confidential, proprietary or commercially sensitive information, the
19  disclosure of which would be inimical to the business interests of MGA. Such
20  information may also be subject to protective orders governing other litigations
21  thereby precluding disclosure in response to this request. MGA further objects to the
22  request to the extent it violates the privacy rights of third parties to their private,
23  confidential, proprietary or trade secret information.
24         MGA further objects to this request as cumulative, duplicative, and unduly
25  burdensome to the extent that it seeks documents previously requested by Mattel or
26  produced by MGA (or any of its affiliates) in response to Mattel's document requests,
27
28

1 | including, but not limited to:  Request Nos. 229-265 from the Mattel, Inc.'s First Set
2 | of Requests for Documents and Things to Isaac Larian.
3 | REQUEST FOR PRODUCTION NO. 23:
4 | DOCUMENTS sufficient to IDENTIFY each and every PERSON who has
5 | owned stock in MGA at any time including, without limitation, DOCUMENTS
6 | sufficient to show whether such PERSON is a FAMILY MEMBER of Isaac Larian.
7 | RESPONSE TO REQUEST FOR PRODUCTION NO. 23:
8 | MGA incorporates by reference its General Response and General Objections
9 | above, as though fully set forth herein and specifically incorporates General
10 | Objection No. 15 (regarding Definitions), including without limitation MGA's
11 | objection to the definition of the terms PERSON, FAMILY MEMBER, and MGA
12 | and its incorporated term AFFILIATES.  MGA further objects to the request to the
13 | extent it seeks the production of documents that are protected from disclosure under
14 | any applicable privilege, doctrine or immunity, including without limitation the
15 | attorney-client privilege, the work product doctrine, the right of privacy, and all other
16 | privileges recognized under the constitutional, statutory or decisional law of the
17 | United States of America, the State of California or any other applicable jurisdiction.
18 | MGA further objects to this request on the grounds that it is overly broad and unduly
19 | burdensome in that it seeks documents not relevant to the claims or defenses in this
20 | action and not reasonably calculated to lead to the discovery of admissible evidence.
21 | Mattel has not demonstrated how DOCUMENTS sufficient to IDENTIFY *each and*
22 | *every* PERSON who has owned stock in MGA at *any* time could be relevant to the
23 | claims and defenses in this action.  The request is not limited to the subject matter of
24 | this action and is thus impermissibly overbroad.  See Aug. 13 Order at 9:17-20; May
25 | 22 Order at 21:5-7.  MGA further objects to this request as being overly broad and
26 | unduly burdensome on the grounds that it is not limited in time or geographical
27 | scope.  MGA further objects to the phrases "sufficient to identify each and every . . .
28 |

Exhibit 2
Page 67

1  including" and "sufficient to show whether such PERSON is a FAMILY MEMBER

2  of Isaac Larian" as vague and ambiguous.  MGA further objects to the request to the

3  extent that it seeks documents that by reason of public filing, public distribution or

4  otherwise are already in Mattel's possession or are readily accessible to Mattel.

5  MGA further objects to the request to the extent that it seeks documents not in

6  MGA's possession, custody or control.  MGA further objects to the request to the

7  extent it seeks confidential, proprietary or commercially sensitive information, the

8  disclosure of which would be inimical to the business interests of MGA.  Such

9  information may also be subject to protective orders governing other litigations

10  thereby precluding disclosure in response to this request.  MGA further objects to the

11  request to the extent it violates the privacy rights of third parties to their private,

12  confidential, proprietary or trade secret information.

13        MGA further objects to this request as cumulative, duplicative, and unduly

14  burdensome to the extent that it seeks documents previously requested by Mattel or

15  produced by MGA (or any of its affiliates) in response to Mattel's document requests,

16  including, but not limited to:  Request No. 107 from Mattel, Inc.'s Fourth Set of

17  Requests for Documents and Things to MGA Entertainment, Inc.

18  REQUEST FOR PRODUCTION NO. 24:

19        For each PERSON who has owned stock in MGA, DOCUMENTS sufficient

20  to show the number of shares of stock owned by such PERSON, the percentage of

21  shares owned as measured against the total outstanding shares, the dates upon which

22  the PERSON acquired the shares, the consideration paid or promised for the shares

23  and the dates on which such consideration was paid or promised.

24  RESPONSE TO REQUEST FOR PRODUCTION NO. 24:

25        MGA incorporates by reference its General Response and General Objections

26  above, as though fully set forth herein and specifically incorporates General

27  Objection No. 15 (regarding Definitions), including without limitation MGA's

28

1   objection to the definition of the terms PERSON and MGA, and its incorporated

2   term AFFILIATES.  MGA further objects to the request to the extent it seeks the

3   production of documents that are protected from disclosure under any applicable

4   privilege, doctrine or immunity, including without limitation the attorney-client

5   privilege, the work product doctrine, the right of privacy, and all other privileges

6   recognized under the constitutional, statutory or decisional law of the United States

7   of America, the State of California or any other applicable jurisdiction.  MGA further

8   objects to this request on the grounds that it is overly broad and unduly burdensome

9   in that it seeks documents not relevant to the claims or defenses in this action and not

10  reasonably calculated to lead to the discovery of admissible evidence.  Mattel has not

11  demonstrated how, for *each* PERSON who has owned stock in MGA,

12  DOCUMENTS sufficient to show the number of shares, the percentage of shares, the

13  dates acquired, the consideration paid or promised, and the dates on which such

14  consideration was paid or promised could be relevant to the claims and defenses in

15  this action.  The request is not limited to the subject matter of this action and is thus

16  impermissibly overbroad.  See Aug. 13 Order at 9:17-20; May 22 Order at 21:5-7.

17  MGA further objects to this request as being overly broad and unduly burdensome

18  on the grounds that it is not limited in time or geographical scope.  MGA further

19  objects to the phrase "sufficient to show" as vague and ambiguous.  MGA further

20  objects to the request to the extent that it seeks documents that by reason of public

21  filing, public distribution or otherwise are already in Mattel's possession or are

22  readily accessible to Mattel.  MGA further objects to the request to the extent that it

23  seeks documents not in MGA's possession, custody or control.  MGA further objects

24  to the request to the extent it seeks confidential, proprietary or commercially

25  sensitive information, the disclosure of which would be inimical to the business

26  interests of MGA.  Such information may also be subject to protective orders

27  governing other litigations thereby precluding disclosure in response to this request.

28

MGA ENTERTAINMENT, INC.'S OBJECTIONS AND RESPONSES TO MATTEL, INC.'S FIFTH SET OF
REQUESTS FOR DOCUMENTS AND THINGS TO MGA ENTERTAINMENT, INC. - CV 04-9049 SGL (RNBx)
46

Exhibit 2
Page 69

1 | MGA further objects to the request to the extent it violates the privacy rights of third
2 | parties to their private, confidential, proprietary or trade secret information.
3 |      MGA further objects to this request as cumulative, duplicative, and unduly
4 | burdensome to the extent that it seeks documents previously requested by Mattel or
5 | produced by MGA (or any of its affiliates) in response to Mattel's document requests,
6 | including, but not limited to: Request No. 107 from Mattel, Inc.'s Fourth Set of
7 | Requests for Documents and Things to MGA Entertainment, Inc.
8 | REQUEST FOR PRODUCTION NO. 25:
9 |      DOCUMENTS sufficient to show the total outstanding shares of MGA stock
10 | at any time from the incorporation of MGA to the present.
11 | RESPONSE TO REQUEST FOR PRODUCTION NO. 25:
12 |      MGA incorporates by reference its General Response and General Objections
13 | above, as though fully set forth herein and specifically incorporates General
14 | Objection No. 15 (regarding Definitions), including without limitation MGA's
15 | objection to the definition of the terms MGA and its incorporated terms
16 | AFFILIATES and PERSON. MGA further objects to the request to the extent it
17 | seeks the production of documents that are protected from disclosure under any
18 | applicable privilege, doctrine or immunity, including without limitation the attorney-
19 | client privilege, the work product doctrine, the right of privacy, and all other
20 | privileges recognized under the constitutional, statutory or decisional law of the
21 | United States of America, the State of California or any other applicable jurisdiction.
22 | MGA further objects to this request on the grounds that it is overly broad and unduly
23 | burdensome in that it seeks documents not relevant to the claims or defenses in this
24 | action and not reasonably calculated to lead to the discovery of admissible evidence.
25 | Mattel has not demonstrated how DOCUMENTS sufficient to show the total
26 | outstanding shares of MGA stock *at any time* from the incorporation of MGA to the
27 | present could be relevant to the claims and defenses in this action. The request is not
28 |

MGA ENTERTAINMENT, INC.'S OBJECTIONS AND RESPONSES TO MATTEL, INC.'S FIFTH SET OF
REQUESTS FOR DOCUMENTS AND THINGS TO MGA ENTERTAINMENT, INC. - CV 04-9049 SGL (RNBx)
47

Exhibit 2
Page 70

1  limited to the subject matter of this action and is thus impermissibly overbroad. See

2  Aug. 13 Order at 9:17-20; May 22 Order at 21:5-7. MGA further objects to this

3  request as being overly broad and unduly burdensome on the grounds that it is not

4  limited in time or geographical scope. MGA further objects to the phrase "sufficient

5  to show" as vague and ambiguous. MGA further objects to the request to the extent

6  that it seeks documents that by reason of public filing, public distribution or

7  otherwise are already in Mattel's possession or are readily accessible to Mattel.

8  MGA further objects to the request to the extent that it seeks documents not in

9  MGA's possession, custody or control. MGA further objects to the request to the

10  extent it seeks confidential, proprietary or commercially sensitive information, the

11  disclosure of which would be inimical to the business interests of MGA. Such

12  information may also be subject to protective orders governing other litigations

13  thereby precluding disclosure in response to this request. MGA further objects to the

14  request to the extent it violates the privacy rights of third parties to their private,

15  confidential, proprietary or trade secret information.

16        MGA further objects to this request as cumulative, duplicative, and unduly

17  burdensome to the extent that it seeks documents previously requested by Mattel or

18  produced by MGA (or any of its affiliates) in response to Mattel's document requests,

19  including, but not limited to: Request No. 107 from Mattel, Inc.'s Fourth Set of

20  Requests for Documents and Things to MGA Entertainment, Inc.

21  REQUEST FOR PRODUCTION NO. 26:

22        All DOCUMENTS that REFER OR RELATE TO the issuance of MGA stock

23  certificates any time since the incorporation of MGA to the present, including

24  without limitation to whom they were issued and the dates of issuance.

25  RESPONSE TO REQUEST FOR PRODUCTION NO. 26:

26        MGA incorporates by reference its General Response and General Objections

27  above, as though fully set forth herein and specifically incorporates General

28

Exhibit 2
Page 71