1  Objection No. 15 (regarding Definitions), including without limitation MGA's
 2  objection to the definition of the terms MGA and its incorporated terms
 3  AFFILIATES and PERSON.  MGA further objects to the request to the extent it
 4  seeks the production of documents that are protected from disclosure under any
 5  applicable privilege, doctrine or immunity, including without limitation the attorney-
 6  client privilege, the work product doctrine, the right of privacy, and all other
 7  privileges recognized under the constitutional, statutory or decisional law of the
 8  United States of America, the State of California or any other applicable jurisdiction.
 9  MGA further objects to this request on the grounds that it is overly broad and unduly
10  burdensome in that it seeks documents not relevant to the claims or defenses in this
11  action and not reasonably calculated to lead to the discovery of admissible evidence.
12  Mattel has not demonstrated how *all* DOCUMENTS that REFER OR RELATE TO
13  the issuance of MGA stock certificates *any time* since the incorporation of MGA to
14  the present could be relevant to the claims and defenses in this action.  The request is
15  not limited to the subject matter of this action and is thus impermissibly overbroad.
16  See Aug. 13 Order at 9:17-20; May 22 Order at 21:5-7.  MGA further objects to this
17  request as being overly broad and unduly burdensome on the grounds that it is not
18  limited in time or geographical scope.  MGA further objects to the request to the
19  extent that it seeks documents that by reason of public filing, public distribution or
20  otherwise are already in Mattel's possession or are readily accessible to Mattel.
21  MGA further objects to the request to the extent that it seeks documents not in
22  MGA's possession, custody or control.  MGA further objects to the request to the
23  extent it seeks confidential, proprietary or commercially sensitive information, the
24  disclosure of which would be inimical to the business interests of MGA.  Such
25  information may also be subject to protective orders governing other litigations
26  thereby precluding disclosure in response to this request.  MGA further objects to the
27
28

1 | request to the extent it violates the privacy rights of third parties to their private,

2 | confidential, proprietary or trade secret information.

3 |      MGA further objects to this request as cumulative, duplicative, and unduly

4 | burdensome to the extent that it seeks documents previously requested by Mattel or

5 | produced by MGA (or any of its affiliates) in response to Mattel's document requests,

6 | including, but not limited to:  Request No. 107 from Mattel, Inc.'s Fourth Set of

7 | Requests for Documents and Things to MGA Entertainment, Inc.

8 | REQUEST FOR PRODUCTION NO. 27:

9 |      All DOCUMENTS, including without limitation all COMMUNICATIONS,

10 | that REFER OR RELATE TO the purchase, sale, transfer, alienation, pledge,

11 | hypothecation or alienation of MGA stock or any ownership interest in MGA.

12 | RESPONSE TO REQUEST FOR PRODUCTION NO. 27:

13 |      MGA incorporates by reference its General Response and General Objections

14 | above, as though fully set forth herein and specifically incorporates General

15 | Objection No. 15 (regarding Definitions), including without limitation MGA's

16 | objection to the definition of the terms MGA and its incorporated terms

17 | AFFILIATES and PERSON.  MGA further objects to the request to the extent it

18 | seeks the production of documents that are protected from disclosure under any

19 | applicable privilege, doctrine or immunity, including without limitation the attorney-

20 | client privilege, the work product doctrine, the right of privacy, and all other

21 | privileges recognized under the constitutional, statutory or decisional law of the

22 | United States of America, the State of California or any other applicable jurisdiction.

23 | MGA further objects to this request on the grounds that it is overly broad and unduly

24 | burdensome in that it seeks documents not relevant to the claims or defenses in this

25 | action and not reasonably calculated to lead to the discovery of admissible evidence.

26 | Mattel has not demonstrated how *all* DOCUMENTS, including without limitation *all*

27 | COMMUNICATIONS, that REFER OR RELATE TO the purchase, sale, transfer,

28 |

Exhibit 2
Page 73

1   alienation, pledge, hypothecation or alienation of MGA stock or any ownership

2   interest in MGA could be relevant to the claims and defenses in this action. The

3   request is not limited to the subject matter of this action and is thus impermissibly

4   overbroad. See Aug. 13 Order at 9:17-20; May 22 Order at 21:5-7. MGA further

5   objects to this request as being overly broad and unduly burdensome on the grounds

6   that it is not limited in time or geographical scope. MGA further objects to the

7   phrase "REFER or RELATE TO the . . . alienation . . . or alienation of MGA stock"

8   as vague and ambiguous. MGA further objects to the request to the extent that it

9   seeks documents that by reason of public filing, public distribution or otherwise are

10   already in Mattel's possession or are readily accessible to Mattel. MGA further

11   objects to the request to the extent that it seeks documents not in MGA's possession,

12   custody or control. MGA further objects to the request to the extent it seeks

13   confidential, proprietary or commercially sensitive information, the disclosure of

14   which would be inimical to the business interests of MGA. Such information may

15   also be subject to protective orders governing other litigations thereby precluding

16   disclosure in response to this request. MGA further objects to the request to the

17   extent it violates the privacy rights of third parties to their private, confidential,

18   proprietary or trade secret information.

19       MGA further objects to this request as cumulative, duplicative, and unduly

20   burdensome to the extent that it seeks documents previously requested by Mattel or

21   produced by MGA (or any of its affiliates) in response to Mattel's document requests,

22   including, but not limited to: Request No. 107 from Mattel, Inc.'s Fourth Set of

23   Requests for Documents and Things to MGA Entertainment, Inc.

24   REQUEST FOR PRODUCTION NO. 28:

25       All DOCUMENTS, including without limitation all COMMUNICATIONS,

26   that REFER OR RELATE TO any instance in which any shareholder, stockholder or

27   other owner of any interest in MGA lost, misplaced or was unable to locate original

28

Exhibit 2
Page 74

1   MGA stock certificates or in which any shareholder, stockholder or other owner of
2   any interest in MGA requested that any PERSON attest to or assert such loss,
3   misplacement or inability to locate, including without limitation the emails between
4   Isaac Larian and Jahangir Makabi requesting that Makabi sign an affidavit that he
5   lost his original stock certificates despite Makabi's protestation that he never had any
6   such certificates.

7   RESPONSE TO REQUEST FOR PRODUCTION NO. 28:

8        MGA incorporates by reference its General Response and General Objections
9   above, as though fully set forth herein and specifically incorporates General
10  Objection No. 15 (regarding Definitions), including without limitation MGA's
11  objection to the definition of the terms PERSON and MGA and its incorporated term
12  AFFILIATES.  MGA further objects to the request to the extent it seeks the
13  production of documents that are protected from disclosure under any applicable
14  privilege, doctrine or immunity, including without limitation the attorney-client
15  privilege, the work product doctrine, the right of privacy, and all other privileges
16  recognized under the constitutional, statutory or decisional law of the United States
17  of America, the State of California or any other applicable jurisdiction.  MGA further
18  objects to this request on the grounds that it is overly broad and unduly burdensome
19  in that it seeks documents not relevant to the claims or defenses in this action and not
20  reasonably calculated to lead to the discovery of admissible evidence.  Mattel has not
21  demonstrated how *all* DOCUMENTS, including without limitation *all*
22  COMMUNICATIONS, that REFER OR RELATE TO any instance in which *any*
23  shareholder, stockholder or other owner of *any* interest in MGA lost, misplaced or
24  was unable to locate original MGA stock certificates or in which any shareholder,
25  stockholder or other owner of *any* interest in MGA requested that any PERSON
26  attest to or assert such loss, misplacement or inability to locate could be relevant to
27  the claims and defenses in this action.  The request is not limited to the subject
28

Exhibit 2
Page 75

1  matter of this action and is thus impermissibly overbroad. See Aug. 13 Order at

2  9:17-20; May 22 Order at 21:5-7. MGA further objects to this request as being

3  overly broad and unduly burdensome on the grounds that it is not limited in time or

4  geographical scope. MGA further objects to the phrase "attest to or assert such loss"

5  as vague and ambiguous. MGA further objects to the request to the extent that it

6  seeks documents that by reason of public filing, public distribution or otherwise are

7  already in Mattel's possession or are readily accessible to Mattel. MGA further

8  objects to the request to the extent that it seeks documents not in MGA's possession,

9  custody or control. MGA further objects to the request to the extent it seeks

10  confidential, proprietary or commercially sensitive information, the disclosure of

11  which would be inimical to the business interests of MGA. Such information may

12  also be subject to protective orders governing other litigations thereby precluding

13  disclosure in response to this request. MGA further objects to the request to the

14  extent it violates the privacy rights of third parties to their private, confidential,

15  proprietary or trade secret information.

16      MGA further objects to this request as cumulative, duplicative, and unduly

17  burdensome to the extent that it seeks documents previously requested by Mattel or

18  produced by MGA (or any of its affiliates) in response to Mattel's document requests,

19  including, but not limited to: Request No. 107 from Mattel, Inc.'s Fourth Set of

20  Requests for Documents and Things to MGA Entertainment, Inc.

21  REQUEST FOR PRODUCTION NO. 29:

22      All DOCUMENTS that REFER OR RELATE TO how MGA was capitalized

23  upon its incorporation including, without limitation, the IDENTITY of each

24  PERSON who purchased or subscribed to stock in MGA, the number of shares

25  purchased or subscribed by each such PERSON, the amount paid or promised for the

26  shares purchased or subscribed by each such PERSON and the dates such amounts

27  were paid or promised.

28

Exhibit 2
Page 76

1 | RESPONSE TO REQUEST FOR PRODUCTION NO. 29:

2 |      MGA incorporates by reference its General Response and General Objections

3 | above, as though fully set forth herein and specifically incorporates General

4 | Objection No. 15 (regarding Definitions), including without limitation MGA's

5 | objection to the definition of the terms PERSON and MGA and its incorporated term

6 | AFFILIATES.  MGA further objects to the request to the extent it seeks the

7 | production of documents that are protected from disclosure under any applicable

8 | privilege, doctrine or immunity, including without limitation the attorney-client

9 | privilege, the work product doctrine, the right of privacy, and all other privileges

10 | recognized under the constitutional, statutory or decisional law of the United States

11 | of America, the State of California or any other applicable jurisdiction.  MGA further

12 | objects to this request on the grounds that it is overly broad and unduly burdensome

13 | in that it seeks documents not relevant to the claims or defenses in this action and not

14 | reasonably calculated to lead to the discovery of admissible evidence.  Mattel has not

15 | demonstrated how *all* DOCUMENTS that REFER OR RELATE TO how MGA was

16 | capitalized upon its incorporation including, without limitation, the IDENTITY of

17 | *each* PERSON who purchased or subscribed to stock in MGA, the number of shares

18 | purchased or subscribed by *each* such PERSON, the amount paid or promised for the

19 | shares purchased or subscribed by *each* such PERSON and the dates such amounts

20 | were paid or promised could be relevant to the claims and defenses in this action.

21 | The request is not limited to the subject matter of this action and is thus

22 | impermissibly overbroad.  See Aug. 13 Order at 9:17-20; May 22 Order at 21:5-7.

23 | MGA further objects to this request as being overly broad and unduly burdensome

24 | on the grounds that it is not limited in time or geographical scope.  MGA further

25 | objects to the request to the extent that it seeks documents that by reason of public

26 | filing, public distribution or otherwise are already in Mattel's possession or are

27 | readily accessible to Mattel.  MGA further objects to the request to the extent that it

28 |

Exhibit 2
Page 77

1 | seeks documents not in MGA's possession, custody or control.  MGA further objects

2 | to the request to the extent it seeks confidential, proprietary or commercially

3 | sensitive information, the disclosure of which would be inimical to the business

4 | interests of MGA.  Such information may also be subject to protective orders

5 | governing other litigations thereby precluding disclosure in response to this request.

6 | MGA further objects to the request to the extent it violates the privacy rights of third

7 | parties to their private, confidential, proprietary or trade secret information.

8 |        MGA further objects to this request as cumulative, duplicative, and unduly

9 | burdensome to the extent that it seeks documents previously requested by Mattel or

10 | produced by MGA (or any of its affiliates) in response to Mattel's document requests,

11 | including, but not limited to:  Request No. 107 from Mattel, Inc.'s Fourth Set of

12 | Requests for Documents and Things to MGA Entertainment, Inc.

13 | REQUEST FOR PRODUCTION NO. 30:

14 |        DOCUMENTS sufficient to show how MGA has been capitalized from the

15 | date of its incorporation to the present.

16 | RESPONSE TO REQUEST FOR PRODUCTION NO. 30:

17 |        MGA incorporates by reference its General Response and General Objections

18 | above, as though fully set forth herein and specifically incorporates General

19 | Objection No. 15 (regarding Definitions), including without limitation MGA's

20 | objection to the definition of the terms MGA and its incorporated terms

21 | AFFILIATES and PERSON.  MGA further objects to the request to the extent it

22 | seeks the production of documents that are protected from disclosure under any

23 | applicable privilege, doctrine or immunity, including without limitation the attorney-

24 | client privilege, the work product doctrine, the right of privacy, and all other

25 | privileges recognized under the constitutional, statutory or decisional law of the

26 | United States of America, the State of California or any other applicable jurisdiction.

27 | MGA further objects to this request on the grounds that it is overly broad and unduly

28 |

MGA ENTERTAINMENT, INC.'S OBJECTIONS AND RESPONSES TO MATTEL, INC.'S FIFTH SET OF REQUESTS FOR DOCUMENTS AND THINGS TO MGA ENTERTAINMENT, INC. - CV 04-9049 SGL (RNBx)

55

Exhibit 2
Page 78

1   burdensome in that it seeks documents not relevant to the claims or defenses in this

2   action and not reasonably calculated to lead to the discovery of admissible evidence.

3   Mattel has not demonstrated how DOCUMENTS sufficient to show how MGA has

4   been capitalized from the date of its incorporation to the present could be relevant to

5   the claims and defenses in this action. The request is not limited to the subject

6   matter of this action and is thus impermissibly overbroad. See Aug. 13 Order at

7   9:17-20; May 22 Order at 21:5-7. MGA further objects to this request as being

8   overly broad and unduly burdensome on the grounds that it is not limited in

9   geographical scope. MGA further objects to the request to the extent that it seeks

10  documents that by reason of public filing, public distribution or otherwise are already

11  in Mattel's possession or are readily accessible to Mattel. MGA further objects to the

12  request to the extent that it seeks documents not in MGA's possession, custody or

13  control. MGA further objects to the request to the extent it seeks confidential,

14  proprietary or commercially sensitive information, the disclosure of which would be

15  inimical to the business interests of MGA. Such information may also be subject to

16  protective orders governing other litigations thereby precluding disclosure in

17  response to this request. MGA further objects to the request to the extent it violates

18  the privacy rights of third parties to their private, confidential, proprietary or trade

19  secret information.

20      MGA further objects to this request as cumulative, duplicative, and unduly

21  burdensome to the extent that it seeks documents previously requested by Mattel or

22  produced by MGA (or any of its affiliates) in response to Mattel's document requests,

23  including, but not limited to: Request No. 107 from Mattel, Inc.'s Fourth Set of

24  Requests for Documents and Things to MGA Entertainment, Inc.

25

26

27

28

MGA ENTERTAINMENT, INC.'S OBJECTIONS AND RESPONSES TO MATTEL, INC.'S FIFTH SET OF
REQUESTS FOR DOCUMENTS AND THINGS TO MGA ENTERTAINMENT, INC. - CV 04-9049 SGL (RNBx)
56

Exhibit 2
Page 79

1  REQUEST FOR PRODUCTION NO. 31:

2      DOCUMENTS sufficient to show any and all payments of dividends to any

3  shareholder of MGA, including to whom the dividends were paid, the amounts paid

4  and the dates of payment.

5  RESPONSE TO REQUEST FOR PRODUCTION NO. 31:

6      MGA incorporates by reference its General Response and General Objections

7  above, as though fully set forth herein and specifically incorporates General

8  Objection No. 15 (regarding Definitions), including without limitation MGA's

9  objection to the definition of the terms MGA and its incorporated terms

10 AFFILIATES and PERSON. MGA further objects to the request to the extent it

11 seeks the production of documents that are protected from disclosure under any

12 applicable privilege, doctrine or immunity, including without limitation the attorney-

13 client privilege, the work product doctrine, the right of privacy, and all other

14 privileges recognized under the constitutional, statutory or decisional law of the

15 United States of America, the State of California or any other applicable jurisdiction.

16 MGA further objects to this request on the grounds that it is overly broad and unduly

17 burdensome in that it seeks documents not relevant to the claims or defenses in this

18 action and not reasonably calculated to lead to the discovery of admissible evidence.

19 Mattel has not demonstrated how DOCUMENTS sufficient to show *any and all*

20 payments of dividends to *any* shareholder of MGA could be relevant to the claims

21 and defenses in this action. The request is not limited to the subject matter of this

22 action and is thus impermissibly overbroad. See Aug. 13 Order at 9:17-20; May 22

23 Order at 21:5-7. MGA further objects to this request as being overly broad and

24 unduly burdensome on the grounds that it is not limited in time or geographical

25 scope. MGA further objects to the phrase "sufficient to show any and all

26 payments . . . including . . . ." as vague and ambiguous. MGA further objects to the

27 request to the extent that it seeks documents that by reason of public filing, public

28

Exhibit 2
Page 80

1 distribution or otherwise are already in Mattel's possession or are readily accessible

2 to Mattel. MGA further objects to the request to the extent that it seeks documents

3 not in MGA's possession, custody or control. MGA further objects to the request to

4 the extent it seeks confidential, proprietary or commercially sensitive information,

5 the disclosure of which would be inimical to the business interests of MGA. Such

6 information may also be subject to protective orders governing other litigations

7 thereby precluding disclosure in response to this request. MGA further objects to the

8 request to the extent it violates the privacy rights of third parties to their private,

9 confidential, proprietary or trade secret information.

10     MGA further objects to this request as cumulative, duplicative, and unduly

11 burdensome to the extent that it seeks documents previously requested by Mattel or

12 produced by MGA (or any of its affiliates) in response to Mattel's document requests.

13 REQUEST FOR PRODUCTION NO. 32:

14     DOCUMENTS sufficient to show any and all distributions to any shareholders

15 of MGA, including to whom the distributions were made, the amounts of the

16 distributions and the dates the distributions were made.

17 RESPONSE TO REQUEST FOR PRODUCTION NO. 32:

18     MGA incorporates by reference its General Response and General Objections

19 above, as though fully set forth herein and specifically incorporates General

20 Objection No. 15 (regarding Definitions), including without limitation MGA's

21 objection to the definition of the terms MGA and its incorporated terms

22 AFFILIATES and PERSON. MGA further objects to the request to the extent it

23 seeks the production of documents that are protected from disclosure under any

24 applicable privilege, doctrine or immunity, including without limitation the attorney-

25 client privilege, the work product doctrine, the right of privacy, and all other

26 privileges recognized under the constitutional, statutory or decisional law of the

27 United States of America, the State of California or any other applicable jurisdiction.

28

MGA ENTERTAINMENT, INC.'S OBJECTIONS AND RESPONSES TO MATTEL, INC.'S FIFTH SET OF
REQUESTS FOR DOCUMENTS AND THINGS TO MGA ENTERTAINMENT, INC. - CV 04-9049 SGL (RNBx)
58

Exhibit 2
Page 81

1  MGA further objects to this request on the grounds that it is overly broad and unduly

2  burdensome in that it seeks documents not relevant to the claims or defenses in this

3  action and not reasonably calculated to lead to the discovery of admissible evidence.

4  Mattel has not demonstrated how DOCUMENTS sufficient to show *any and all*

5  distributions to *any* shareholders of MGA could be relevant to the claims and

6  defenses in this action. The request is not limited to the subject matter of this action

7  and is thus impermissibly overbroad. See Aug. 13 Order at 9:17-20; May 22 Order

8  at 21:5-7. MGA further objects to this request as being overly broad and unduly

9  burdensome on the grounds that it is not limited in time or geographical scope.

10  MGA further objects to the phrases "sufficient to show any and all distributions . . .

11  including . . . ." as vague and ambiguous. MGA further objects to the request to the

12  extent that it seeks documents that by reason of public filing, public distribution or

13  otherwise are already in Mattel's possession or are readily accessible to Mattel.

14  MGA further objects to the request to the extent that it seeks documents not in

15  MGA's possession, custody or control. MGA further objects to the request to the

16  extent it seeks confidential, proprietary or commercially sensitive information, the

17  disclosure of which would be inimical to the business interests of MGA. Such

18  information may also be subject to protective orders governing other litigations

19  thereby precluding disclosure in response to this request. MGA further objects to the

20  request to the extent it violates the privacy rights of third parties to their private,

21  confidential, proprietary or trade secret information.

22      MGA further objects to this request as cumulative, duplicative, and unduly

23  burdensome to the extent that it seeks documents previously requested by Mattel or

24  produced by MGA (or any of its affiliates) in response to Mattel's document requests.

25

26

27

28

MGA ENTERTAINMENT, INC.'S OBJECTIONS AND RESPONSES TO MATTEL, INC.'S FIFTH SET OF
REQUESTS FOR DOCUMENTS AND THINGS TO MGA ENTERTAINMENT, INC. - CV 04-9049 SGL (RNBx)
59

Exhibit 2
Page 82

1 | REQUEST FOR PRODUCTION NO. 33:

2 |     DOCUMENTS sufficient to IDENTIFY each PERSON who has served as an

3 | officer or director of MGA including, without limitation, the offices or positions held

4 | by each such PERSON and the dates such offices or positions were held.

5 | RESPONSE TO REQUEST FOR PRODUCTION NO. 33:

6 |     MGA incorporates by reference its General Response and General Objections

7 | above, as though fully set forth herein and specifically incorporates General

8 | Objection No. 15 (regarding Definitions), including without limitation MGA's

9 | objection to the definition of the terms PERSON and MGA and its incorporated term

10 | AFFILIATES. MGA further objects to the request to the extent it seeks the

11 | production of documents that are protected from disclosure under any applicable

12 | privilege, doctrine or immunity, including without limitation the attorney-client

13 | privilege, the work product doctrine, the right of privacy, and all other privileges

14 | recognized under the constitutional, statutory or decisional law of the United States

15 | of America, the State of California or any other applicable jurisdiction. MGA further

16 | objects to this request on the grounds that it is overly broad and unduly burdensome

17 | in that it seeks documents not relevant to the claims or defenses in this action and not

18 | reasonably calculated to lead to the discovery of admissible evidence. Mattel has not

19 | demonstrated how DOCUMENTS sufficient to IDENTIFY *each* PERSON who has

20 | served as an officer or director of MGA could be relevant to the claims and defenses

21 | in this action. The request is not limited to the subject matter of this action and is

22 | thus impermissibly overbroad. See Aug. 13 Order at 9:17-20; May 22 Order at 21:5-

23 | 7. MGA further objects to this request as being overly broad and unduly

24 | burdensome on the grounds that it is not limited in time or geographical scope.

25 | MGA further objects to the phrase "sufficient to IDENTIFY . . . including . . ." as

26 | vague and ambiguous. MGA further objects to the request to the extent that it seeks

27 | documents that by reason of public filing, public distribution or otherwise are already

28 |

MGA ENTERTAINMENT, INC.'S OBJECTIONS AND RESPONSES TO MATTEL, INC.'S FIFTH SET OF
REQUESTS FOR DOCUMENTS AND THINGS TO MGA ENTERTAINMENT, INC. - CV 04-9049 SGL (RNBx)
60

Exhibit 2
Page 83

1 | in Mattel's possession or are readily accessible to Mattel. MGA further objects to the

2 | request to the extent that it seeks documents not in MGA's possession, custody or

3 | control. MGA further objects to the request to the extent it seeks confidential,

4 | proprietary or commercially sensitive information, the disclosure of which would be

5 | inimical to the business interests of MGA. MGA further objects to the request to the

6 | extent it violates the privacy rights of third parties to their private, confidential,

7 | proprietary or trade secret information.

8 |        MGA further objects to this request as cumulative, duplicative, and unduly

9 | burdensome to the extent that it seeks documents previously requested by Mattel or

10 | produced by MGA (or any of its affiliates) in response to Mattel's document requests.

11 | REQUEST FOR PRODUCTION NO. 34:

12 |        DOCUMENTS sufficient to show any and all salary, benefits or any other

13 | compensation paid to any officer, director or shareholder of MGA, including to

14 | whom the payments were made, the amounts paid and the dates of payment.

15 | RESPONSE TO REQUEST FOR PRODUCTION NO. 34:

16 |        MGA incorporates by reference its General Response and General Objections

17 | above, as though fully set forth herein and specifically incorporates General

18 | Objection No. 15 (regarding Definitions), including without limitation MGA's

19 | objection to the definition of the terms MGA and its incorporated terms

20 | AFFILIATES and PERSON. MGA further objects to the request to the extent it

21 | seeks the production of documents that are protected from disclosure under any

22 | applicable privilege, doctrine or immunity, including without limitation the attorney-

23 | client privilege, the work product doctrine, the right of privacy, and all other

24 | privileges recognized under the constitutional, statutory or decisional law of the

25 | United States of America, the State of California or any other applicable jurisdiction.

26 | MGA further objects to this request on the grounds that it is overly broad and unduly

27 | burdensome in that it seeks documents not relevant to the claims or defenses in this

28 |

MGA ENTERTAINMENT, INC.'S OBJECTIONS AND RESPONSES TO MATTEL, INC.'S FIFTH SET OF
REQUESTS FOR DOCUMENTS AND THINGS TO MGA ENTERTAINMENT, INC. - CV 04-9049 SGL (RNBx)

Exhibit 2
Page 84

1 action and not reasonably calculated to lead to the discovery of admissible evidence.

2 Mattel has not demonstrated how DOCUMENTS sufficient to show *any and all*

3 salary, benefits or *any* other compensation paid to *any* officer, director or shareholder

4 of MGA could be relevant to the claims and defenses in this action. The request is

5 not limited to the subject matter of this action and is thus impermissibly overbroad.

6 See Aug. 13 Order at 9:17-20; May 22 Order at 21:5-7. MGA further objects to this

7 request as being overly broad and unduly burdensome on the grounds that it is not

8 limited in time or geographical scope. MGA further objects to the phrase "sufficient

9 to show any and all . . . including . . ." as vague and ambiguous. MGA further

10 objects to the request to the extent that it seeks documents that by reason of public

11 filing, public distribution or otherwise are already in Mattel's possession or are

12 readily accessible to Mattel. MGA further objects to the request to the extent that it

13 seeks documents not in MGA's possession, custody or control. MGA further objects

14 to the request to the extent it seeks confidential, proprietary or commercially

15 sensitive information, the disclosure of which would be inimical to the business

16 interests of MGA. Such information may also be subject to protective orders

17 governing other litigations thereby precluding disclosure in response to this request.

18 MGA further objects to the request to the extent it violates the privacy rights of third

19 parties to their private, confidential, proprietary or trade secret information.

20     MGA further objects to this request as cumulative, duplicative, and unduly

21 burdensome to the extent that it seeks documents previously requested by Mattel or

22 produced by MGA (or any of its affiliates) in response to Mattel's document requests.

23 REQUEST FOR PRODUCTION NO. 35:

24     DOCUMENTS sufficient to show any and all payments or transfers of

25 anything of value to any officer, director or shareholder of MGA, including to whom

26 the payments or transfers were made, the amounts of the payments or the value of

27 the item transferred and the dates of the payments or transfers.

28

Exhibit 2
Page 85

1  RESPONSE TO REQUEST FOR PRODUCTION NO. 35:

2       MGA incorporates by reference its General Response and General Objections

3  above, as though fully set forth herein and specifically incorporates General

4  Objection No. 15 (regarding Definitions), including without limitation MGA's

5  objection to the definition of the terms MGA and its incorporated terms

6  AFFILIATES and PERSON. MGA further objects to the request to the extent it

7  seeks the production of documents that are protected from disclosure under any

8  applicable privilege, doctrine or immunity, including without limitation the attorney-

9  client privilege, the work product doctrine, the right of privacy, and all other

10  privileges recognized under the constitutional, statutory or decisional law of the

11  United States of America, the State of California or any other applicable jurisdiction.

12  MGA further objects to this request on the grounds that it is overly broad and unduly

13  burdensome in that it seeks documents not relevant to the claims or defenses in this

14  action and not reasonably calculated to lead to the discovery of admissible evidence.

15  Mattel has not demonstrated how DOCUMENTS sufficient to show *any and all*

16  payments or transfers of *anything* of value to any officer, director or shareholder of

17  MGA could be relevant to the claims and defenses in this action. The request is not

18  limited to the subject matter of this action and is thus impermissibly overbroad. See

19  Aug. 13 Order at 9:17-20; May 22 Order at 21:5-7. MGA further objects to this

20  request as being overly broad and unduly burdensome on the grounds that it is not

21  limited in time or geographical scope. MGA further objects to the phrase "sufficient

22  to show any and all . . . including . . ." as vague and ambiguous. MGA further

23  objects to the request to the extent that it seeks documents that by reason of public

24  filing, public distribution or otherwise are already in Mattel's possession or are

25  readily accessible to Mattel. MGA further objects to the request to the extent that it

26  seeks documents not in MGA's possession, custody or control. MGA further objects

27  to the request to the extent it seeks confidential, proprietary or commercially

28

Exhibit 2
Page 86

1   sensitive information, the disclosure of which would be inimical to the business

2   interests of MGA.  Such information may also be subject to protective orders

3   governing other litigations thereby precluding disclosure in response to this request.

4   MGA further objects to the request to the extent it violates the privacy rights of third

5   parties to their private, confidential, proprietary or trade secret information.

6          MGA further objects to this request as cumulative, duplicative, and unduly

7   burdensome to the extent that it seeks documents previously requested by Mattel or

8   produced by MGA (or any of its affiliates) in response to Mattel's document requests.

9   REQUEST FOR PRODUCTION NO. 36:

10          DOCUMENTS sufficient to show any and all salary, benefits or any other

11   compensation paid to any officer, director or shareholder of MGA, including to

12   whom the payments were made, the amounts paid and the dates of payment.

13   RESPONSE TO REQUEST FOR PRODUCTION NO. 36:

14          MGA incorporates by reference its General Response and General Objections

15   above, as though fully set forth herein and specifically incorporates General

16   Objection No. 15 (regarding Definitions), including without limitation MGA's

17   objection to the definition of the terms MGA and its incorporated terms

18   AFFILIATES and PERSON.  MGA further objects to the request to the extent it

19   seeks the production of documents that are protected from disclosure under any

20   applicable privilege, doctrine or immunity, including without limitation the attorney-

21   client privilege, the work product doctrine, the right of privacy, and all other

22   privileges recognized under the constitutional, statutory or decisional law of the

23   United States of America, the State of California or any other applicable jurisdiction.

24   MGA further objects to this request on the grounds that it is overly broad and unduly

25   burdensome in that it seeks documents not relevant to the claims or defenses in this

26   action and not reasonably calculated to lead to the discovery of admissible evidence.

27   Mattel has not demonstrated how DOCUMENTS sufficient to show *any and all*

28

MGA ENTERTAINMENT, INC.'S OBJECTIONS AND RESPONSES TO MATTEL, INC.'S FIFTH SET OF
REQUESTS FOR DOCUMENTS AND THINGS TO MGA ENTERTAINMENT, INC. - CV 04-9049 SGL (RNBx)
64

Exhibit 2
Page 87

1  salary, benefits or *any* other compensation paid to *any* officer, director or shareholder

2  of MGA could be relevant to the claims and defenses in this action.  The request is

3  not limited to the subject matter of this action and is thus impermissibly overbroad.

4  See Aug. 13 Order at 9:17-20; May 22 Order at 21:5-7.  MGA further objects to this

5  request as being overly broad and unduly burdensome on the grounds that it is not

6  limited in time or geographical scope.  MGA further objects to the phrase "sufficient

7  to show any and all . . . including . . ." as vague and ambiguous.  MGA further

8  objects to the request to the extent that it seeks documents that by reason of public

9  filing, public distribution or otherwise are already in Mattel's possession or are

10  readily accessible to Mattel.  MGA further objects to the request to the extent that it

11  seeks documents not in MGA's possession, custody or control.  Such information

12  may also be subject to protective orders governing other litigations thereby

13  precluding disclosure in response to this request.  MGA further objects to the request

14  to the extent it seeks confidential, proprietary or commercially sensitive information,

15  the disclosure of which would be inimical to the business interests of MGA.  MGA

16  further objects to the request to the extent it violates the privacy rights of third parties

17  to their private, confidential, proprietary or trade secret information.

18      MGA further objects to this request as cumulative, duplicative, and unduly

19  burdensome to the extent that it seeks documents previously requested by Mattel or

20  produced by MGA (or any of its affiliates) in response to Mattel's document requests.

21  REQUEST FOR PRODUCTION NO. 37:

22      DOCUMENTS sufficient to show any and all payments or transfers of

23  anything of value to any officer, director or shareholder of MGA, including to whom

24  the payments or transfers were made, the amounts of the payments or the value of

25  the item transferred and the dates of the payments or transfers.

26

27

28

MGA ENTERTAINMENT, INC.'S OBJECTIONS AND RESPONSES TO MATTEL, INC.'S FIFTH SET OF
REQUESTS FOR DOCUMENTS AND THINGS TO MGA ENTERTAINMENT, INC. - CV 04-9049 SGL (RNBx)
65

Exhibit 2
Page 88

1  RESPONSE TO REQUEST FOR PRODUCTION NO. 37:

2         MGA incorporates by reference its General Response and General Objections

3  above, as though fully set forth herein and specifically incorporates General

4  Objection No. 15 (regarding Definitions), including without limitation MGA's

5  objection to the definition of the terms MGA and its incorporated terms

6  AFFILIATES and PERSON.  MGA further objects to the request to the extent it

7  seeks the production of documents that are protected from disclosure under any

8  applicable privilege, doctrine or immunity, including without limitation the attorney-

9  client privilege, the work product doctrine, the right of privacy, and all other

10  privileges recognized under the constitutional, statutory or decisional law of the

11  United States of America, the State of California or any other applicable jurisdiction.

12  MGA further objects to this request on the grounds that it is overly broad and unduly

13  burdensome in that it seeks documents not relevant to the claims or defenses in this

14  action and not reasonably calculated to lead to the discovery of admissible evidence.

15  Mattel has not demonstrated how DOCUMENTS sufficient to show *any and all*

16  payments or transfers of *anything* of value to *any* officer, director or shareholder of

17  MGA could be relevant to the claims and defenses in this action.  The request is not

18  limited to the subject matter of this action and is thus impermissibly overbroad.  See

19  Aug. 13 Order at 9:17-20; May 22 Order at 21:5-7.  MGA further objects to this

20  request as being overly broad and unduly burdensome on the grounds that it is not

21  limited in time or geographical scope.  MGA further objects to the phrase "sufficient

22  to show any and all . . . including . . ." as vague and ambiguous.  MGA further

23  objects to the request to the extent that it seeks documents that by reason of public

24  filing, public distribution or otherwise are already in Mattel's possession or are

25  readily accessible to Mattel.  MGA further objects to the request to the extent that it

26  seeks documents not in MGA's possession, custody or control.  Such information

27  may also be subject to protective orders governing other litigations thereby

28

Exhibit 2
Page 89

1  precluding disclosure in response to this request.  MGA further objects to the request

2  to the extent it seeks confidential, proprietary or commercially sensitive information,

3  the disclosure of which would be inimical to the business interests of MGA.  MGA

4  further objects to the request to the extent it violates the privacy rights of third parties

5  to their private, confidential, proprietary or trade secret information.

6      MGA further objects to this request as cumulative, duplicative, and unduly

7  burdensome to the extent that it seeks documents previously requested by Mattel or

8  produced by MGA (or any of its affiliates) in response to Mattel's document requests.

9  REQUEST FOR PRODUCTION NO. 38:

10      DOCUMENTS sufficient to show any and all salary, benefits or any other

11  compensation paid to any FAMILY MEMBER of any officer, director or

12  shareholder of MGA, including to whom the payments were made, the amounts paid

13  and the dates of payment.

14  RESPONSE TO REQUEST FOR PRODUCTION NO. 38:

15      MGA incorporates by reference its General Response and General Objections

16  above, as though fully set forth herein and specifically incorporates General

17  Objection No. 15 (regarding Definitions), including without limitation MGA's

18  objection to the definition of the terms FAMILY MEMBER and MGA and its

19  incorporated terms AFFILIATES and PERSON.  MGA further objects to the request

20  to the extent it seeks the production of documents that are protected from disclosure

21  under any applicable privilege, doctrine or immunity, including without limitation

22  the attorney-client privilege, the work product doctrine, the right of privacy, and all

23  other privileges recognized under the constitutional, statutory or decisional law of

24  the United States of America, the State of California or any other applicable

25  jurisdiction.  MGA further objects to this request on the grounds that it is overly

26  broad and unduly burdensome in that it seeks documents not relevant to the claims or

27  defenses in this action and not reasonably calculated to lead to the discovery of

28

MGA ENTERTAINMENT, INC.'S OBJECTIONS AND RESPONSES TO MATTEL, INC.'S FIFTH SET OF
REQUESTS FOR DOCUMENTS AND THINGS TO MGA ENTERTAINMENT, INC. - CV 04-9049 SGL (RNBx)
67

Exhibit 2
Page 90

1  admissible evidence.  Mattel has not demonstrated how DOCUMENTS sufficient to
2  show *any and all* salary, benefits or *any* other compensation paid to *any* FAMILY
3  MEMBER of *any* officer, director or shareholder of MGA could be relevant to the
4  claims and defenses in this action.  The request is not limited to the subject matter of
5  this action and is thus impermissibly overbroad.  See Aug. 13 Order at 9:17-20; May
6  22 Order at 21:5-7.  MGA further objects to this request as being overly broad and
7  unduly burdensome on the grounds that it is not limited in time or geographical
8  scope.  MGA further objects to the phrase "sufficient to show any and all . . .
9  including . . ." as vague and ambiguous.  MGA further objects to the request to the
10 extent that it seeks documents that by reason of public filing, public distribution or
11 otherwise are already in Mattel's possession or are readily accessible to Mattel.
12 MGA further objects to the request to the extent that it seeks documents not in
13 MGA's possession, custody or control.  MGA further objects to the request to the
14 extent it seeks confidential, proprietary or commercially sensitive information, the
15 disclosure of which would be inimical to the business interests of MGA.  Such
16 information may also be subject to protective orders governing other litigations
17 thereby precluding disclosure in response to this request.  MGA further objects to the
18 request to the extent it violates the privacy rights of third parties to their private,
19 confidential, proprietary or trade secret information.
20      MGA further objects to this request as cumulative, duplicative, and unduly
21 burdensome to the extent that it seeks documents previously requested by Mattel or
22 produced by MGA (or any of its affiliates) in response to Mattel's document requests.
23 REQUEST FOR PRODUCTION NO. 39:
24      DOCUMENTS sufficient to show any and all payments or transfers of
25 anything of value to any FAMILY MEMBER of any officer, director or shareholder
26 of MGA, including to whom the payments or transfers were made, the amounts of
27
28

MGA ENTERTAINMENT, INC.'S OBJECTIONS AND RESPONSES TO MATTEL, INC.'S FIFTH SET OF
REQUESTS FOR DOCUMENTS AND THINGS TO MGA ENTERTAINMENT, INC. - CV 04-9049 SGL (RNBx)
68

Exhibit 2
Page 91

1  the payments or the value of the item transferred and the dates of the payments or

2  transfers.

3  RESPONSE TO REQUEST FOR PRODUCTION NO. 39:

4          MGA incorporates by reference its General Response and General Objections

5  above, as though fully set forth herein and specifically incorporates General

6  Objection No. 15 (regarding Definitions), including without limitation MGA's

7  objection to the definition of the terms FAMILY MEMBER and MGA and its

8  incorporated terms AFFILIATES and PERSON.  MGA further objects to the request

9  to the extent it seeks the production of documents that are protected from disclosure

10 under any applicable privilege, doctrine or immunity, including without limitation

11 the attorney-client privilege, the work product doctrine, the right of privacy, and all

12 other privileges recognized under the constitutional, statutory or decisional law of

13 the United States of America, the State of California or any other applicable

14 jurisdiction.  MGA further objects to this request on the grounds that it is overly

15 broad and unduly burdensome in that it seeks documents not relevant to the claims or

16 defenses in this action and not reasonably calculated to lead to the discovery of

17 admissible evidence.  Mattel has not demonstrated how DOCUMENTS sufficient to

18 show *any and all* payments or transfers of *anything* of value to *any* FAMILY

19 MEMBER of *any* officer, director or shareholder of MGA could be relevant to the

20 claims and defenses in this action.  The request is not limited to the subject matter of

21 this action and is thus impermissibly overbroad.  See Aug. 13 Order at 9:17-20; May

22 22 Order at 21:5-7.  MGA further objects to this request as being overly broad and

23 unduly burdensome on the grounds that it is not limited in time or geographical

24 scope.  MGA further objects to the phrase "sufficient to show any and all . . .

25 including . . ." as vague and ambiguous.  MGA further objects to the request to the

26 extent that it seeks documents that by reason of public filing, public distribution or

27 otherwise are already in Mattel's possession or are readily accessible to Mattel.

28

Exhibit 2
Page 92

1  MGA further objects to the request to the extent that it seeks documents not in
2  MGA's possession, custody or control.  MGA further objects to the request to the
3  extent it seeks confidential, proprietary or commercially sensitive information, the
4  disclosure of which would be inimical to the business interests of MGA.  Such
5  information may also be subject to protective orders governing other litigations
6  thereby precluding disclosure in response to this request.  MGA further objects to the
7  request to the extent it violates the privacy rights of third parties to their private,
8  confidential, proprietary or trade secret information.

9  MGA further objects to this request as cumulative, duplicative, and unduly
10 burdensome to the extent that it seeks documents previously requested by Mattel or
11 produced by MGA (or any of its affiliates) in response to Mattel's document requests.

12 REQUEST FOR PRODUCTION NO. 40:

13 Statements for accounts maintained by YOU at any bank or other financial
14 institution sufficient to show any and all payments to any officer, director or
15 shareholder of MGA.

16 RESPONSE TO REQUEST FOR PRODUCTION NO. 40:

17 MGA incorporates by reference its General Response and General Objections
18 above, as though fully set forth herein and specifically incorporates General
19 Objection No. 15 (regarding Definitions), including without limitation MGA's
20 objection to the definition of the terms YOU and MGA and their incorporated terms
21 AFFILIATES and PERSON.  MGA further objects to the request to the extent it
22 seeks the production of documents that are protected from disclosure under any
23 applicable privilege, doctrine or immunity, including without limitation the attorney-
24 client privilege, the work product doctrine, the right of privacy, and all other
25 privileges recognized under the constitutional, statutory or decisional law of the
26 United States of America, the State of California or any other applicable jurisdiction.
27 MGA further objects to this request on the grounds that it is overly broad and unduly

28

MGA ENTERTAINMENT, INC.'S OBJECTIONS AND RESPONSES TO MATTEL, INC.'S FIFTH SET OF
REQUESTS FOR DOCUMENTS AND THINGS TO MGA ENTERTAINMENT, INC. - CV 04-9049 SGL (RNBx)
70

Exhibit 2
Page 93

1  burdensome in that it seeks documents not relevant to the claims or defenses in this

2  action and not reasonably calculated to lead to the discovery of admissible evidence.

3  Mattel has not demonstrated how *all* statements for accounts maintained by YOU at

4  *any* bank or other financial institution sufficient to show *any and all* payments to *any*

5  officer, director or shareholder of MGA could be relevant to the claims and defenses

6  in this action.  The request is not limited to the subject matter of this action and is

7  thus impermissibly overbroad.  See Aug. 13 Order at 9:17-20; May 22 Order at 21:5-

8  7.  MGA further objects to this request as being overly broad and unduly

9  burdensome on the grounds that it is not limited in time or geographical scope.

10  MGA further objects to the phrase "sufficient to show any and all" as vague and

11  ambiguous.  MGA further objects to the request to the extent that it seeks documents

12  that by reason of public filing, public distribution or otherwise are already in Mattel's

13  possession or are readily accessible to Mattel.  MGA further objects to the request to

14  the extent that it seeks documents not in MGA's possession, custody or control.

15  MGA further objects to the request to the extent it seeks confidential, proprietary or

16  commercially sensitive information, the disclosure of which would be inimical to the

17  business interests of MGA.  Such information may also be subject to protective

18  orders governing other litigations thereby precluding disclosure in response to this

19  request.  MGA further objects to the request to the extent it violates the privacy

20  rights of third parties to their private, confidential, proprietary or trade secret

21  information.

22      MGA further objects to this request as cumulative, duplicative, and unduly

23  burdensome to the extent that it seeks documents previously requested by Mattel or

24  produced by MGA (or any of its affiliates) in response to Mattel's document requests.

25

26

27

28

MGA ENTERTAINMENT, INC.'S OBJECTIONS AND RESPONSES TO MATTEL, INC.'S FIFTH SET OF
REQUESTS FOR DOCUMENTS AND THINGS TO MGA ENTERTAINMENT, INC. - CV 04-9049 SGL (RNBx)
71

Exhibit 2
Page 94

1  REQUEST FOR PRODUCTION NO. 41:

2      Statements for accounts maintained by YOU at any bank or other financial

3  institution sufficient to show any and all payments to any FAMILY MEMBER of

4  any officer, director or shareholder of MGA.

5  RESPONSE TO REQUEST FOR PRODUCTION NO. 41:

6      MGA incorporates by reference its General Response and General Objections

7  above, as though fully set forth herein and specifically incorporates General

8  Objection No. 15 (regarding Definitions), including without limitation MGA's

9  objection to the definition of the terms YOU and MGA and their incorporated terms

10 AFFILIATES and PERSON. MGA further objects to the request to the extent it

11 seeks the production of documents that are protected from disclosure under any

12 applicable privilege, doctrine or immunity, including without limitation the attorney-

13 client privilege, the work product doctrine, the right of privacy, and all other

14 privileges recognized under the constitutional, statutory or decisional law of the

15 United States of America, the State of California or any other applicable jurisdiction.

16 MGA further objects to this request on the grounds that it is overly broad and unduly

17 burdensome in that it seeks documents not relevant to the claims or defenses in this

18 action and not reasonably calculated to lead to the discovery of admissible evidence.

19 Mattel has not demonstrated how *all* statements for accounts maintained by YOU at

20 *any* bank or other financial institution sufficient to show *any and all* payments to *any*

21 FAMILY MEMBER of *any* officer, director or shareholder of MGA could be

22 relevant to the claims and defenses in this action. The request is not limited to the

23 subject matter of this action and is thus impermissibly overbroad. See Aug. 13 Order

24 at 9:17-20; May 22 Order at 21:5-7. MGA further objects to this request as being

25 overly broad and unduly burdensome on the grounds that it is not limited in time or

26 geographical scope. MGA further objects to the phrase "sufficient to show any and

27 all" as vague and ambiguous. MGA further objects to the request to the extent that it

28

MGA ENTERTAINMENT, INC.'S OBJECTIONS AND RESPONSES TO MATTEL, INC.'S FIFTH SET OF
REQUESTS FOR DOCUMENTS AND THINGS TO MGA ENTERTAINMENT, INC. - CV 04-9049 SGL (RNBx)
72

Exhibit 2
Page 95

1  seeks documents that by reason of public filing, public distribution or otherwise are

2  already in Mattel's possession or are readily accessible to Mattel.  MGA further

3  objects to the request to the extent that it seeks documents not in MGA's possession,

4  custody or control.  MGA further objects to the request to the extent it seeks

5  confidential, proprietary or commercially sensitive information, the disclosure of

6  which would be inimical to the business interests of MGA.  MGA further objects to

7  the request to the extent it violates the privacy rights of third parties to their private,

8  confidential, proprietary or trade secret information.

9       MGA further objects to this request as cumulative, duplicative, and unduly

10  burdensome to the extent that it seeks documents previously requested by Mattel or

11  produced by MGA (or any of its affiliates) in response to Mattel's document requests.

12  REQUEST FOR PRODUCTION NO. 42:

13       DOCUMENTS sufficient to show any and all advances of funds to any officer,

14  director or shareholder of MGA for services to be performed at a later date, including

15  the amount of the advance, the date of the advance, the services to be performed,

16  whether they were performed and when they were performed.

17  RESPONSE TO REQUEST FOR PRODUCTION NO. 42:

18       MGA incorporates by reference its General Response and General Objections

19  above, as though fully set forth herein and specifically incorporates General

20  Objection No. 15 (regarding Definitions), including without limitation MGA's

21  objection to the definition of the term MGA and its incorporated terms AFFILIATES

22  and PERSON.  MGA further objects to the request to the extent it seeks the

23  production of documents that are protected from disclosure under any applicable

24  privilege, doctrine or immunity, including without limitation the attorney-client

25  privilege, the work product doctrine, the right of privacy, and all other privileges

26  recognized under the constitutional, statutory or decisional law of the United States

27  of America, the State of California or any other applicable jurisdiction.  MGA further

28

1   objects to this request on the grounds that it is overly broad and unduly burdensome

2   in that it seeks documents not relevant to the claims or defenses in this action and not

3   reasonably calculated to lead to the discovery of admissible evidence.  Mattel has not

4   demonstrated how DOCUMENTS sufficient to show *any and all* advances of funds

5   to *any* officer, director or shareholder of MGA for services to be performed at a later

6   date could be relevant to the claims and defenses in this action.  The request is not

7   limited to the subject matter of this action and is thus impermissibly overbroad.  <u>See</u>

8   Aug. 13 Order at 9:17-20; May 22 Order at 21:5-7.  MGA further objects to this

9   request as being overly broad and unduly burdensome on the grounds that it is not

10  limited in time or geographical scope.  MGA further objects to the phrase "sufficient

11  to show any and all . . . including . . ." as vague and ambiguous.  MGA further

12  objects to the request to the extent that it seeks documents that by reason of public

13  filing, public distribution or otherwise are already in Mattel's possession or are

14  readily accessible to Mattel.  MGA further objects to the request to the extent that it

15  seeks documents not in MGA's possession, custody or control.  MGA further objects

16  to the request to the extent it seeks confidential, proprietary or commercially

17  sensitive information, the disclosure of which would be inimical to the business

18  interests of MGA.  Such information may also be subject to protective orders

19  governing other litigations thereby precluding disclosure in response to this request.

20  MGA further objects to the request to the extent it violates the privacy rights of third

21  parties to their private, confidential, proprietary or trade secret information.

22         MGA further objects to this request as cumulative, duplicative, and unduly

23  burdensome to the extent that it seeks documents previously requested by Mattel or

24  produced by MGA (or any of its affiliates) in response to Mattel's document requests.

25

26

27

28

1  REQUEST FOR PRODUCTION NO. 43:

2      DOCUMENTS sufficient to show any and all gifts to any officer, director or

3  shareholder of MGA, including to whom the gift was made, when the gift was made,

4  the nature, amount and value of the gift and the reason for making the gift.

5  RESPONSE TO REQUEST FOR PRODUCTION NO. 43:

6      MGA incorporates by reference its General Response and General Objections

7  above, as though fully set forth herein and specifically incorporates General

8  Objection No. 15 (regarding Definitions), including without limitation MGA's

9  objection to the definition of the term MGA and its incorporated terms AFFILIATES

10  and PERSON. MGA further objects to the request to the extent it seeks the

11  production of documents that are protected from disclosure under any applicable

12  privilege, doctrine or immunity, including without limitation the attorney-client

13  privilege, the work product doctrine, the right of privacy, and all other privileges

14  recognized under the constitutional, statutory or decisional law of the United States

15  of America, the State of California or any other applicable jurisdiction. MGA further

16  objects to this request on the grounds that it is overly broad and unduly burdensome

17  in that it seeks documents not relevant to the claims or defenses in this action and not

18  reasonably calculated to lead to the discovery of admissible evidence. Mattel has not

19  demonstrated how DOCUMENTS sufficient to show *any and all* gifts to *any* officer,

20  director or shareholder of MGA could be relevant to the claims and defenses in this

21  action. The request is not limited to the subject matter of this action and is thus

22  impermissibly overbroad. See Aug. 13 Order at 9:17-20; May 22 Order at 21:5-7.

23  MGA further objects to this request as being overly broad and unduly burdensome

24  on the grounds that it is not limited in time or geographical scope. MGA further

25  objects to the phrase "sufficient to show any and all . . . including . . ." as vague and

26  ambiguous. MGA further objects to the request to the extent that it seeks documents

27  that by reason of public filing, public distribution or otherwise are already in Mattel's

28

1 possession or are readily accessible to Mattel. MGA further objects to the request to

2 the extent that it seeks documents not in MGA's possession, custody or control.

3 MGA further objects to the request to the extent it seeks confidential, proprietary or

4 commercially sensitive information, the disclosure of which would be inimical to the

5 business interests of MGA. Such information may also be subject to protective

6 orders governing other litigations thereby precluding disclosure in response to this

7 request. MGA further objects to the request to the extent it violates the privacy

8 rights of third parties to their private, confidential, proprietary or trade secret

9 information.

10     MGA further objects to this request as cumulative, duplicative, and unduly

11 burdensome to the extent that it seeks documents previously requested by Mattel or

12 produced by MGA (or any of its affiliates) in response to Mattel's document requests.

13 REQUEST FOR PRODUCTION NO. 44:

14     DOCUMENTS sufficient to show any and all gifts to any FAMILY

15 MEMBER of any officer, director or shareholder of MGA, including to whom the

16 gift was made, when the gift was made, the nature, amount and value of the gift and

17 the reason for making the gift.

18 RESPONSE TO REQUEST FOR PRODUCTION NO. 44:

19     MGA incorporates by reference its General Response and General Objections

20 above, as though fully set forth herein and specifically incorporates General

21 Objection No. 15 (regarding Definitions), including without limitation MGA's

22 objection to the definition of the terms FAMILY MEMBER and MGA and its

23 incorporated terms AFFILIATES and PERSON. MGA further objects to the request

24 to the extent it seeks the production of documents that are protected from disclosure

25 under any applicable privilege, doctrine or immunity, including without limitation

26 the attorney-client privilege, the work product doctrine, the right of privacy, and all

27 other privileges recognized under the constitutional, statutory or decisional law of

28

MGA ENTERTAINMENT, INC.'S OBJECTIONS AND RESPONSES TO MATTEL, INC.'S FIFTH SET OF
REQUESTS FOR DOCUMENTS AND THINGS TO MGA ENTERTAINMENT, INC. - CV 04-9049 SGL (RNBx)
76

Exhibit 2
Page 99

1 | the United States of America, the State of California or any other applicable

2 | jurisdiction.  MGA further objects to this request on the grounds that it is overly

3 | broad and unduly burdensome in that it seeks documents not relevant to the claims or

4 | defenses in this action and not reasonably calculated to lead to the discovery of

5 | admissible evidence.  Mattel has not demonstrated how DOCUMENTS sufficient to

6 | show *any and all* gifts to *any* FAMILY MEMBER of *any* officer, director or

7 | shareholder of MGA could be relevant to the claims and defenses in this action.  The

8 | request is not limited to the subject matter of this action and is thus impermissibly

9 | overbroad.  See Aug. 13 Order at 9:17-20; May 22 Order at 21:5-7.  MGA further

10 | objects to this request as being overly broad and unduly burdensome on the grounds

11 | that it is not limited in time or geographical scope.  MGA further objects to the

12 | phrase "sufficient to show any and all . . . including . . ." as vague and ambiguous.

13 | MGA further objects to the request to the extent that it seeks documents that by

14 | reason of public filing, public distribution or otherwise are already in Mattel's

15 | possession or are readily accessible to Mattel.  MGA further objects to the request to

16 | the extent that it seeks documents not in MGA's possession, custody or control.

17 | MGA further objects to the request to the extent it seeks confidential, proprietary or

18 | commercially sensitive information, the disclosure of which would be inimical to the

19 | business interests of MGA.  MGA further objects to the request to the extent it

20 | violates the privacy rights of third parties to their private, confidential, proprietary or

21 | trade secret information.

22 | MGA further objects to this request as cumulative, duplicative, and unduly

23 | burdensome to the extent that it seeks documents previously requested by Mattel or

24 | produced by MGA (or any of its affiliates) in response to Mattel's document requests.

25 | REQUEST FOR PRODUCTION NO. 45:

26 | DOCUMENTS sufficient to show any and all obligations of any officer,

27 | director or shareholder of MGA guaranteed or cosigned by MGA, including the

28 |

MGA ENTERTAINMENT, INC.'S OBJECTIONS AND RESPONSES TO MATTEL, INC.'S FIFTH SET OF REQUESTS FOR DOCUMENTS AND THINGS TO MGA ENTERTAINMENT, INC. - CV 04-9049 SGL (RNBx)
77

Exhibit 2
Page 100

1  IDENTITY of the PERSON whose obligation was guaranteed or cosigned, the

2  identity of the creditor or lender, the nature and amount of the obligation, the date the

3  obligation was guaranteed or cosigned, whether the obligation has been satisfied and,

4  if so, by whom.

5  RESPONSE TO REQUEST FOR PRODUCTION NO. 45:

6       MGA incorporates by reference its General Response and General Objections

7  above, as though fully set forth herein and specifically incorporates General

8  Objection No. 15 (regarding Definitions), including without limitation MGA's

9  objection to the definition of the terms PERSON and MGA and its incorporated term

10  AFFILIATES.  MGA further objects to the request to the extent it seeks the

11  production of documents that are protected from disclosure under any applicable

12  privilege, doctrine or immunity, including without limitation the attorney-client

13  privilege, the work product doctrine, the right of privacy, and all other privileges

14  recognized under the constitutional, statutory or decisional law of the United States

15  of America, the State of California or any other applicable jurisdiction.  MGA further

16  objects to this request on the grounds that it is overly broad and unduly burdensome

17  in that it seeks documents not relevant to the claims or defenses in this action and not

18  reasonably calculated to lead to the discovery of admissible evidence.  Mattel has not

19  demonstrated how documents showing DOCUMENTS sufficient to show *any and*

20  *all* obligations of *any* officer, director or shareholder of MGA guaranteed or

21  cosigned by MGA could be relevant to the claims and defenses in this action.  The

22  request is not limited to the subject matter of this action and is thus impermissibly

23  overbroad.  See Aug. 13 Order at 9:17-20; May 22 Order at 21:5-7.  MGA further

24  objects to this request as being overly broad and unduly burdensome on the grounds

25  that it is not limited in time or geographical scope.  MGA further objects to the

26  phrase "sufficient to show any and all . . . including . . ." as vague and ambiguous.

27  MGA further objects to the request to the extent that it seeks documents that by

28

1   reason of public filing, public distribution or otherwise are already in Mattel's

2   possession or are readily accessible to Mattel.  MGA further objects to the request to

3   the extent that it seeks documents not in MGA's possession, custody or control.

4   MGA further objects to the request to the extent it seeks confidential, proprietary or

5   commercially sensitive information, the disclosure of which would be inimical to the

6   business interests of MGA.  Such information may also be subject to protective

7   orders governing other litigations thereby precluding disclosure in response to this

8   request.  MGA further objects to the request to the extent it violates the privacy

9   rights of third parties to their private, confidential, proprietary or trade secret

10   information.

11        MGA further objects to this request as cumulative, duplicative, and unduly

12   burdensome to the extent that it seeks documents previously requested by Mattel or

13   produced by MGA (or any of its affiliates) in response to Mattel's document requests.

14   REQUEST FOR PRODUCTION NO. 46:

15        DOCUMENTS sufficient to show any and all obligations of MGA guaranteed

16   or cosigned by any officer, director, shareholder or employee of MGA, including the

17   IDENTITY of the PERSON who guaranteed or cosigned the obligation, the identity

18   of the creditor or lender, the nature and amount of the obligation, the date the

19   obligation was guaranteed or cosigned, whether the obligation has been satisfied and,

20   if so, by whom.

21   RESPONSE TO REQUEST FOR PRODUCTION NO. 46:

22        MGA incorporates by reference its General Response and General Objections

23   above, as though fully set forth herein and specifically incorporates General

24   Objection No. 15 (regarding Definitions), including without limitation MGA's

25   objection to the definition of the terms PERSON and MGA and its incorporated term

26   AFFILIATES.  MGA further objects to the request to the extent it seeks the

27   production of documents that are protected from disclosure under any applicable

28

1  privilege, doctrine or immunity, including without limitation the attorney-client

2  privilege, the work product doctrine, the right of privacy, and all other privileges

3  recognized under the constitutional, statutory or decisional law of the United States

4  of America, the State of California or any other applicable jurisdiction. MGA further

5  objects to this request on the grounds that it is overly broad and unduly burdensome

6  in that it seeks documents not relevant to the claims or defenses in this action and not

7  reasonably calculated to lead to the discovery of admissible evidence. Mattel has not

8  demonstrated how DOCUMENTS sufficient to show *any and all* obligations of

9  MGA guaranteed or cosigned by *any* officer, director, shareholder or employee of

10  MGA could be relevant to the claims and defenses in this action. The request is not

11  limited to the subject matter of this action and is thus impermissibly overbroad. See

12  Aug. 13 Order at 9:17-20; May 22 Order at 21:5-7. MGA further objects to this

13  request as being overly broad and unduly burdensome on the grounds that it is not

14  limited in time or geographical scope. MGA further objects to the phrase "sufficient

15  to show any and all . . . including . . ." as vague and ambiguous. MGA further

16  objects to the request to the extent that it seeks documents that by reason of public

17  filing, public distribution or otherwise are already in Mattel's possession or are

18  readily accessible to Mattel. MGA further objects to the request to the extent that it

19  seeks documents not in MGA's possession, custody or control. MGA further objects

20  to the request to the extent it seeks confidential, proprietary or commercially

21  sensitive information, the disclosure of which would be inimical to the business

22  interests of MGA. Such information may also be subject to protective orders

23  governing other litigations thereby precluding disclosure in response to this request.

24  MGA further objects to the request to the extent it violates the privacy rights of third

25  parties to their private, confidential, proprietary or trade secret information.

26

27

28

MGA ENTERTAINMENT, INC.'S OBJECTIONS AND RESPONSES TO MATTEL, INC.'S FIFTH SET OF REQUESTS FOR DOCUMENTS AND THINGS TO MGA ENTERTAINMENT, INC. - CV 04-9049 SGL (RNBx) 80

Exhibit 2
Page 103

1    MGA further objects to this request as cumulative, duplicative, and unduly

2    burdensome to the extent that it seeks documents previously requested by Mattel or

3    produced by MGA (or any of its affiliates) in response to Mattel's document requests.

4    REQUEST FOR PRODUCTION NO. 47:

5        For each account maintained in the name of MGA at any bank or other

6    financial institution, a copy of each and every monthly statement from the date of

7    YOUR incorporation to the present, and DOCUMENTS sufficient to IDENTIFY

8    each PERSON authorized to sign checks on or access the account.

9    RESPONSE TO REQUEST FOR PRODUCTION NO. 47:

10       MGA incorporates by reference its General Response and General Objections

11   above, as though fully set forth herein and specifically incorporates General

12   Objection No. 15 (regarding Definitions), including without limitation MGA's

13   objection to the definition of the terms PERSON and YOUR and its incorporated

14   term AFFILIATES.  MGA further objects to the request to the extent it seeks the

15   production of documents that are protected from disclosure under any applicable

16   privilege, doctrine or immunity, including without limitation the attorney-client

17   privilege, the work product doctrine, the right of privacy, and all other privileges

18   recognized under the constitutional, statutory or decisional law of the United States

19   of America, the State of California or any other applicable jurisdiction.  MGA further

20   objects to this request on the grounds that it is overly broad and unduly burdensome

21   in that it seeks documents not relevant to the claims or defenses in this action and not

22   reasonably calculated to lead to the discovery of admissible evidence.  Mattel has not

23   demonstrated how, for *each* account maintained in the name of MGA at *any* bank or

24   other financial institution, a copy of *each and every* monthly statement from the date

25   of YOUR incorporation to the present, and DOCUMENTS sufficient to IDENTIFY

26   *each* PERSON authorized to sign checks on or access the account could be relevant

27   to the claims and defenses in this action.  The request is not limited to the subject

28

Exhibit 2
Page 104

1  matter of this action and is thus impermissibly overbroad. See Aug. 13 Order at

2  9:17-20; May 22 Order at 21:5-7. MGA further objects to this request as being

3  overly broad and unduly burdensome on the grounds that it is not limited in

4  geographical scope. MGA further objects to the phrase "sufficient to IDENTIFY" as

5  vague and ambiguous. MGA further objects to the request to the extent that it seeks

6  documents that by reason of public filing, public distribution or otherwise are already

7  in Mattel's possession or are readily accessible to Mattel. MGA further objects to the

8  request to the extent that it seeks documents not in MGA's possession, custody or

9  control. MGA further objects to the request to the extent it seeks confidential,

10  proprietary or commercially sensitive information, the disclosure of which would be

11  inimical to the business interests of MGA. Such information may also be subject to

12  protective orders governing other litigations thereby precluding disclosure in

13  response to this request. MGA further objects to the request to the extent it violates

14  the privacy rights of third parties to their private, confidential, proprietary or trade

15  secret information.

16       MGA further objects to this request as cumulative, duplicative, and unduly

17  burdensome to the extent that it seeks documents previously requested by Mattel or

18  produced by MGA (or any of its affiliates) in response to Mattel's document requests.

19

20  DATED: December 27, 2007      SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP

21

22

23                 By: _____

                        THOMAS J. NOLAN

24                 Attorneys for Counter-Defendants,

25                 MGA ENTERTAINMENT, INC.,

ISAAC LARIAN, MGA ENTERTAINMENT

26                 (HK) LIMITED, AND MGAE de MEXICO

S.R.L. de C.V.

27

28

MGA ENTERTAINMENT, INC.'S OBJECTIONS AND RESPONSES TO MATTEL, INC.'S FIFTH SET OF REQUESTS FOR DOCUMENTS AND THINGS TO MGA ENTERTAINMENT, INC. - CV 04-9049 SGL (RNBx)
82

Exhibit 2
Page 105

**PROOF OF SERVICE**

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the county of Los Angeles, State of California.  I am over the age of 18 and not a party to the within action.  My business address is 300 South Grand Avenue, 34th Floor, Los Angeles, CA 90071.

On **December 27, 2007**, I served the foregoing document described as:

**MGA ENTERTAINMENT, INC.'S OBJECTIONS AND RESPONSES TO MATTEL INC.'S FIFTH SET OF REQUESTS FOR DOCUMENTS AND THINGS TO MGA ENTERTAINMENT, INC.**

on the interested parties in this action addressed as follows:

**SEE ATTACHED SERVICE LIST**

[X]   (BY PERSONAL SERVICE)   [ ]   By personally delivering copies to the person served. (FEDERAL) (as Noted)

[X]   I caused such documents to be hand delivered to the office of the addressee. (FEDERAL) (as Noted)

[X]   (BY FEDERAL EXPRESS) I am readily familiar with the firm's practice for the collection and processing of correspondence for mailing with Federal Express and the fact that the correspondence would be deposited with Federal Express that same day in the ordinary course of business; on this date, the above-referenced correspondence was placed for deposit at Los Angeles, California and placed for collection and mailing following ordinary business practices. (As Noted.)

I declare under penalty of perjury under the laws of the State of California and the United States of America that the above is true and correct.

Executed on December 27, 2007 at Los Angeles, California.

Becky S. Isomoto
PRINT NAME                               SIGNATURE

Exhibit 2
Page 106

1

1

2   John B. Quinn, Esq.
Michael T. Zeller, Esq.
3   Jon D. Corey, Esq.
Timothy L. Alger, Esq.
4   Quinn Emanuel Urquhart Oliver &
Hedges, LLP
5   865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017-2543
6   Telephone:  (213) 443-3000
Facsimile:  (213) 443-3100
7
*Attorneys for Mattel, Inc.*
8   *(Personal Service)*

9   Mark E. Overland
Alexander H. Cote
10  David C. Scheper
Overland Borenstein Scheper & Kim
11  300 South Grand Avenue, Suite 2750
Los Angeles, CA  90071
12  Telephone:  (213) 613-4655
Facsimile:  (213) 613-4656
13
*Attorneys for Carlos Gustavo Machado*
14  *Gomez*
*(FEDERAL EXPRESS)*
15

16

17

18

19

20

21

22

23

24

25

26

27

28

John W. Keker, Esq.
Michael H. Page, Esq.
Keker & Van Nest, LLP
710 Sansome Street
San Francisco, CA 94111
Telephone:  (415)391-5400
Facsimile:  (415) 397-7188

*Attorneys for Carter Bryant*
*(FEDERAL EXPRESS)*

Exhibit 2
Page 107

2