QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
  Timothy L. Alger (Bar No. 160303)
  (timalger@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| CARTER BRYANT, an individual, | CASE NO. CV 04-9049 SGL (RNBx) |
|---|---|
| Plaintiff, | Consolidated with Case Nos. CV 04-09059 & CV 05-2727 |
| vs. | [PROPOSED] ORDER GRANTING MATTEL, INC.'S MOTION OBJECTING TO PORTIONS OF DISCOVERY MASTER'S APRIL 14, 2008 ORDER DENYING MOTION TO COMPEL PRODUCTION IN RESPONSE TO MATTEL'S FIFTH SET OF REQUESTS FOR PRODUCTION |
| MATTEL, INC., a Delaware corporation, | |
| Defendant. | |
| AND CONSOLIDATED ACTIONS | |

07209/2486507.1

[PROPOSED] ORDER

# [PROPOSED] ORDER

Having considered Mattel, Inc.'s Motion Objecting To Portions Of Discovery Master's April 14, 2008 Order Denying Motion To Compel Production In Response To Mattel's Fifth Set Of Requests For Production and all supporting papers, all papers submitted in support of and in opposition to the Motion, and having considered the argument of counsel, the Court hereby GRANTS the motion and rules as follows:

IT IS HEREBY ORDERED THAT the Discovery Master's Order is overruled as to Request Nos. 12-22, 30, 40-41, and 47.

IT IS FURTHER ORDERED THAT MGA shall produce, within 10 calendar days, the following documents:

1. All documents responsive to Request Nos. 12-22, limited to the years 1999 to the present.

2. All documents responsive to Request No. 30, limited to capitalization upon incorporation, and later capitalization for the purposes of the creation, development, launch, licensing, marketing and sale of Bratz, and only from MGA Entertainment, Inc. and MGA Hong Kong from 1999 to 2002.

3. All documents responsive to Request Nos. 40-41 and 47, for those bank accounts which were used for Bratz business from 1999 to the present.

IT IS SO ORDERED.

DATED: _____

Hon. Stephen G. Larson
United States District Judge