QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
  Timothy L. Alger (Bar No. 160303)
  (timalger@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>**[PUBLIC REDACTED]**<br>MATTEL, INC.'S NOTICE OF LODGING IN SUPPORT OF MOTION OBJECTING TO DISCOVERY MASTER'S DENIAL OF MOTION TO COMPEL PRODUCTION OF DOCUMENTS BATES NUMBERED MGA 3801819-22<br><br>Date: June 16, 2008<br>Time: 10:00 a.m.<br>Place: Courtroom 1<br><br>**Phase 1**<br>Pre-Trial Conference: May 19, 2008<br>Trial Date: May 27, 2008 |

1        PLEASE TAKE NOTICE that plaintiff Mattel, Inc. ("Mattel") hereby
2  lodges the following documents filed before the Discovery Master in support of
3  Mattel, Inc.'s Motion Objecting to Discovery Master's Denial of Motion to Compel
4  Production of Document Bates Numbered MGA 3801819-22:

    A.    Mattel Inc.'s Notice of Motion and Motion to Compel the Production of Document Bates Numbered MGA 3801819-22, dated April 18, 2008; and,

    B.    Declaration of Timothy L. Alger in Support of Motion to Compel the Production of Document Bates Numbered MGA 3801819-22 (with exhibits), dated April 18, 2008.

DATED: April 28, 2008

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

By /s/ Timothy L. Alger
Timothy L. Alger
Attorneys for Mattel, Inc.

# EXHIBIT A REMOVED

# PURSUANT TO PROTECTIVE ORDER

# EXHIBIT B REMOVED

# PURSUANT TO PROTECTIVE ORDER

# PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 865 South Figueroa Street, 10th Floor, Los Angeles, California 90017.

On April 28, 2008, I served true copies of the following documents described as:

**CONFIDENTIAL - MATTEL, INC.'S NOTICE OF LODGING IN SUPPORT OF MOTION OBJECTING TO DISCOVERY MASTER'S DENIAL OF MOTION TO COMPEL PRODUCTION OF DOCUMENTS BATES NUMBERED MGA 3801819-22** on the parties in this action as follows:

| | |
|---|---|
| Keker & Van Nest, LLP<br>John W. Keker, Esq./Michael H. Page, Esq.<br>Christa M. Anderson, Esq.<br>710 Sansome Street<br>San Francisco, CA 94111 | |

[✓]   **BY MAIL:** I am "readily familiar" with the practices of Quinn Emanuel Urquhart Oliver & Hedges for collecting and processing correspondence for mailing with the United States Postal Service. Under that practice, it would be deposited with the United States Postal Service that same day in the ordinary course of business. I enclosed the foregoing in sealed envelope(s) addressed as shown above, and such envelope(s) were placed for collection and mailing with postage thereon fully prepaid at Los Angeles, California, on that same day following ordinary business practices.

[✓]   **BY OVERNIGHT DELIVERY:** I deposited such document(s) in a box or other facility regularly maintained by the overnight service carrier, or delivered such document(s) to a courier or driver authorized by the overnight service carrier to receive documents, in sealed envelope(s) or package(s) designated by the overnight service carrier with delivery fees paid or provided for, addressed to the person(s) being served.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on April 28, 2008, at Los Angeles, California.

Kelly Velazquez

07209/2459122.1

## PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 865 South Figueroa Street, 10th Floor, Los Angeles, California 90017.

On April 28, 2008, I served true copies of the following documents described as:

**CONFIDENTIAL - MATTEL, INC.'S NOTICE OF LODGING IN SUPPORT OF MOTION OBJECTING TO DISCOVERY MASTER'S DENIAL OF MOTION TO COMPEL PRODUCTION OF DOCUMENTS BATES NUMBERED MGA 3801819-22** on the parties in this action as follows:

| | |
|---|---|
| Skadden, Arps, Slate, Meagher & Flom LLP<br>Thomas J. Nolan, Esq.<br>300 South Grand Avenue, Suite 3400<br>Los Angeles, CA 90071 | Overland Borenstein Scheper & Kim LLP<br>Mark E. Overland, Esq/David C. Scheper Esq<br>Alexander H. Cote Esq<br>601 West Fifth Street, 12th Floor<br>Los Angeles, CA 90071-2025 |

[√]   **[PERSONAL]** by personally delivering the document listed above to the person(s) at the address(es) set forth above.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on April 28, 2008, at Los Angeles, California.

Dave Quintana

07209/2459122.1