QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
  Timothy L. Alger (Bar No. 160303)
  (timalger@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017–2543
Telephone:  (213) 443–3000
Facsimile:   (213) 443–3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>             Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>             Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04–9049 SGL (RNBx)<br><br>Consolidated with<br>Case No. CV 04–09059<br>Case No. CV 05–02727<br><br>**[PROPOSED] ORDER GRANTING MATTEL, INC.'S *EX PARTE* APPLICATION FOR RELIEF FROM THE TWENTY-DAY MEET AND CONFER REQUIREMENT OF LOCAL RULE 7-3 AND FOR AN EXPEDITED HEARING DATE ON MATTEL'S MOTION FOR "ADVERSE INFERENCE" JURY INSTRUCTION**<br><br>Hearing Date:  May 21, 2008<br>Time:          1:00 p.m.<br>Place:         Courtroom 1<br><br>**Phase I**<br>Pre–trial Conference:  May 19, 2008<br>Trial Date:            May 27, 2008 |

07209/2485289.1

# [PROPOSED] ORDER

The Court has considered the concurrently filed *Ex Parte* Application of Mattel, Inc. for Relief from the Twenty-Day Meet and Confer Requirement of *Local Rule* 7-3 and For an Expedited Hearing Date on Mattel's Motion for "Adverse Inference" Jury Instruction.

IT IS HEREBY ORDERED:

Mattel, Inc. is relieved from its obligations under *Local Rule* 7-3 with respect to its Motion for "Adverse Inference" Jury Instruction, and the hearing on that motion is advanced to May 21, 2008, at 1:00 p.m.

DATED:                , 2008  _____
                              Hon. Stephen G. Larson
                              United States District Judge

07209/2485289.1

-i-
[PROPOSED] ORDER GRANTING EX PARTE APPLICATION FOR RELIEF FROM RULE 7-3 REQUIREMENT RE MOTION FOR ADVERSE INFERENCE JURY INSTRUCTION