Larry McFarland (Bar No. 129668)
Christian Dowell (Bar No. 241973)
KEATS, McFARLAND & WILSON LLP
9720 Wilshire Blvd.
Penthouse Suite
Beverly Hills, CA 90212
Telephone:  (310) 248-3830
Facsimile:   (310) 860-0363
Email:   lmcfarland@kmwlaw.com
             cdowell@kmwlaw.com

Attorneys for Margaret Hatch-Leahy
and Veronica Marlow

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>              Plaintiff,<br>     v.<br><br>MATTEL, INC., a Delaware corporation;<br><br>              Defendant.<br><br>AND RELATED ACTIONS. | Case No.: CV 04 – 09049 SGL (RNBx)<br>Consolidated with Case Nos.<br>CV 04-9059 and CV 05-2727<br><br><u>Hon. Stephen G. Larson</u><br><br>DECLARATION OF LARRY MCFARLAND IN SUPPORT OF MARGARET HATCH-LEAHY'S AND VERONICA MARLOW'S OPPOSITION IN PART TO MATTEL'S <u>EX</u> <u>PARTE</u> APPLICATION FOR (1) RELIEF FROM THE FIVE-DAY REQUIREMENT OF LOCAL RULE 7-3; AND (2) FOR AN EXPEDITED HEARING DATE OF MAY 2, 3008 |

I, Larry McFarland, hereby declare as follows:

I am an attorney licensed to practice law in the State of California and am a partner at the law firm of Keats, McFarland & Wilson LLP, counsel for non-party witnesses in this matter Margaret Hatch-Leahy and Veronica Marlow (the "Non-Party Witnesses").

I submit this Declaration in Support of the Non-Party Witnesses' Opposition to Mattel's Ex Parte Application for (1) relief from the five-day requirement of Local Rule 7-3; and (2) for an expedited hearing date of May 2, 2008.  Unless otherwise stated, I have personal knowledge of the facts set forth below and, if called as a witness, I could and would competently testify thereto.

1. A true and correct copy of an email from Chris Tayback, dated April 23, 2008, is attached hereto as Exhibit 1.

2. I told Mr. Tayback that I did not oppose Mattel's ex parte application for relief from the five-day meet-and-confer rule.

3. Mattel did not provide me with notice that it would be filing an ex parte application for an expedited hearing date.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 28th day of April 2008, at Beverly Hills, California.

/s/
Larry W. McFarland