**Carter Bryant v. Mattel Inc.**
Case No.: CV 04 – 09049 SGL (RNBx)
Consolidated with Case Nos.
CV 04-9059 and CV 05-2727
<u>Hon. Stephen G. Larson</u>

# EXHIBIT 1

<u>**EXHIBIT TO**</u>: DECLARATION OF LARRY MCFARLAND IN SUPPORT OF MARGARET HATCH-LEAHY'S AND VERONICA MARLOW'S OPPOSITION IN PART TO MATTEL'S <u>EX PARTE</u> APPLICATION FOR (1) RELIEF FROM THE FIVE-DAY REQUIREMENT OF LOCAL RULE 7-3; AND (2) FOR AN EXPEDITED HEARING DATE OF MAY 2, 3008

## Christian C. Dowell

**From:** Christopher Tayback [christayback@quinnemanuel.com]
**Sent:** Wednesday, April 23, 2008 3:40 PM
**To:** Larry W. McFarland
**Cc:** Stephen Wood; Michael T Zeller
**Subject:** Judge Infante's April 11 Order

Larry--

I wanted to give you notice that along with the appeal from the above-captioned Order we intend to file an ex parte application for relief from the 5-day meet and confer requirement set forth in Local Rule 7-3. Please advise if you intend to oppose that application.

Regards,

Chris Tayback

EXHIBIT 1
PAGE 2

4/28/2008