Larry McFarland (Bar No. 129668)
Christian Dowell (Bar No. 241973)
KEATS, McFARLAND & WILSON LLP
9720 Wilshire Blvd.
Penthouse Suite
Beverly Hills, CA 90212
Telephone:  (310) 248-3830
Facsimile:   (310) 860-0363
Email:   lmcfarland@kmwlaw.com
             cdowell@kmwlaw.com

Attorneys for Margaret Hatch-Leahy
and Veronica Marlow

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>                          Plaintiff,<br>           v.<br><br>MATTEL, INC., a Delaware corporation;<br><br>                          Defendant.<br><br>AND RELATED ACTIONS. | Case No.: CV 04 – 09049 SGL (RNBx)<br>Consolidated with Case Nos.<br>CV 04-9059 and CV 05-2727<br><u>Hon. Stephen G. Larson</u><br><br><br>**PROOF OF SERVICE** |

OPPOSITION TO MATTEL'S <u>EX</u> <u>PARTE</u> APPLICATION

# DECLARATION OF SERVICE

**CARTER BRYANT v. MATTEL, INC.**
*Case No.: CV 04 – 09049 SGL (RNBx)*
*Consolidated with Case Nos. CV 04-9059 and CV 05-2727*

I, the undersigned say, I am and was at all times herein mentioned a resident of the County of Los Angeles, over the age of eighteen (18) years and not a party to the within action or proceeding. My business address is 9720 Wilshire Boulevard, Penthouse Suite, Beverly Hills, California 90212 and I am employed in the offices of Keats, McFarland & Wilson LLP by a member of the Bar of this Court at whose direction the service mentioned herein below was made.

On April 28, 2008, I served the following document(s):

1. MARGARET HATCH-LEAHY'S AND VERONICA MARLOW'S OPPOSITION IN PART TO MATTEL'S <u>EX</u> <u>PARTE</u> APPLICATION FOR (1) RELIEF FROM THE FIVE-DAY REQUIREMENT OF LOCAL RULE 7-3; AND (2) FOR AN EXPEDITED HEARING DATE OF MAY 2, 3008; and

2. DECLARATION OF LARRY MCFARLAND IN SUPPORT OF MARGARET HATCH-LEAHY'S AND VERONICA MARLOW'S OPPOSITION IN PART TO MATTEL'S <u>EX</u> <u>PARTE</u> APPLICATION FOR (1) RELIEF FROM THE FIVE-DAY REQUIREMENT OF LOCAL RULE 7-3; AND (2) FOR AN EXPEDITED HEARING DATE OF MAY 2, 3008

upon counsel and interested parties named below or on an attached service list, by placing a true and correct copy thereof in an envelope addressed as follows:

**See Attached Service List**

[XX] **BY MAIL:**   I caused each such envelope, with postage thereon fully prepaid, to be placed in the United States mail at Beverly Hills, California.  I am readily familiar with the practice of Keats McFarland & Wilson LLP for collection and processing of correspondence for mailing, said practice being that in the ordinary course of business, mail is deposited in the United States Postal Service the same day as it is placed for collection.  I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after deposit for mailing in affidavit.

**AND/OR**

[XX] **BY FACSIMILE AND ELECTRONIC MAIL:**   I caused the document(s) to be sent to the persons at the e-mail addresses as listed above and/or on the attached Service List.  I did

PROOF OF SERVICE

not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 28, 2008, at Beverly Hills, California.

/s/ _____
Joel Drake

**SERVICE LIST**

**CARTER BRYANT v. MATTEL, INC**.
*Case No.: CV 04 – 09049 SGL (RNBx)*
*Consolidated with Case Nos. CV 04-9059 and CV 05-2727*

| Counsel | Tele/Fax/E-Mail | SERVICE METHOD |
|---|---|---|
| **QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP**<br>865 South Figueroa Street, 10th Fl.<br>Los Angeles, CA 90017<br><br>Dylan Proctor, Esq.<br>Michael Zeller, Esq. | Tel: 213.443.3000<br>Fax: 213.443.3100<br><br>Email:dylanproctor@quinnemanuel.com<br><br>michaelzeller@quinnemanuel.com | **U.S. MAIL**<br>**FACSIMILE**<br>**ELECTRONIC MAIL** |
| **SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP & AFFILIATES**<br>300 South Grand Avenue, Suite 3400<br>Los Angeles, CA 90017<br><br>Thomas J. Nolan, Esq. | Tel: 213.687.5250<br>Fax: 213.621.5250<br>Email:tnolan@skadden.com | **U.S. MAIL** |
| **KEKER & VAN NEST, LLP**<br>710 Sansome Street<br>San Francisco, CA 94111<br><br>Michael H. Page, Esq. | Tel: 415.391.5400<br>Fax: 415.397.7188<br>Email: mpage@kvn.com | **U.S. MAIL** |