1 | QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
     John B. Quinn (Bar No. 090378)
2 |  (johnquinn@quinnemanuel.com)
     Michael T. Zeller (Bar No. 196417)
3 |  (michaelzeller@quinnemanuel.com)
     Jon D. Corey (Bar No. 185066)
4 |  (joncorey@quinnemanuel.com)
     865 South Figueroa Street, 10th Floor
5 | Los Angeles, California 90017-2543
     Telephone: (213) 443-3000
6 | Facsimile: (213) 443-3100

7 | Attorneys for Mattel, Inc.

8 | UNITED STATES DISTRICT COURT

9 | CENTRAL DISTRICT OF CALIFORNIA

10 | EASTERN DIVISION

| | |
|---|---|
| 11 | CARTER BRYANT, an individual, | CASE NO. CV 04-9049 SGL (RNBx) |
| | | Consolidated with |
| 12 | Plaintiff, | Case Nos. CV 04-09059 & CV 05-2727 |
| 13 | vs. | |
| 14 | MATTEL, INC., a Delaware | STIPULATION REGARDING BRYANT'S MOTION *IN LIMINE* 15 TO EXCLUDE REFERENCES TO CLAIMS AND DEFENSES NO LONGER AT ISSUE |
| 15 | corporation, | |
| 16 | Defendant. | **Phase 1** |
| 17 | | Discovery Cut-Off:   January 28, 2008 |
| | | Pre-Trial Conference: May 5, 2008 |
| | | Trial Date:              May 27, 2008 |
| 18 | | |
| 19 | CONSOLIDATED WITH MATTEL, INC. V. BRYANT and MGA ENTERTAINMENT, INC. v. MATTEL, INC. | |
| 20 | | |
| 21 | | |

22
23
24
25
26
27
28

07209/2475346.1

STIPULATION RE: EXCLUDING REFERENCES TO CLAIMS AND DEFENSES NO LONGER AT ISSUE

1

## **STIPULATION**

2

3          WHEREAS, Carter Bryant ("Bryant") filed a Notice Of Motion And

4  Motion *In Limine* (No. 15) To Exclude References to Claims and Defenses No

5  Longer at Issue ("Motion") on April 14, 2008;

6          WHEREAS, Bryant, Mattel, Inc. ("Mattel"), and MGA Entertainment,

7  Inc., MGA Entertainment (HK) Limited, MGA de Mexico, S.R.L. de C.V., and

8  Isaac Larian (collectively "MGA") (herein after each is individually referred to as a

9  "Party" and collectively as the "Parties") have reached an agreement concerning the

10  Motion, as set forth below;

11          NOW, THEREFORE, the Parties agree and stipulate as follows, subject

12  to the Court's approval:

13      1.    No party shall make any argument in the presence of the Jury or seek to

14  introduce any evidence (either documents or testimony) referring to the existence,

15  nature, or history of any claims or defenses that have been dismissed or voluntarily

16  withdrawn from this litigation;

17      2.    Nothing in this Stipulation and Order precludes any party from making

18  any argument to the Court (outside the presence of the Jury) concerning the claims

19  or defenses pled in these consolidated cases, or concerning the Court's rulings with

20  respect to those claims or defenses; and

21  / / /

22  / / /

23  / / /

24

25  / / /

26  / / /

27

28

07209/2475346.1

-2-

STIPULATION RE: EXCLUDING REFERENCES TO CLAIMS AND DEFENSES NO LONGER AT ISSUE

3.      Except as set forth above, all other rights or objections to evidence and argument related to the claims or defenses, or any of the Court's rulings relating to those claims and defenses, are preserved.

IT IS SO STIPULATED.

DATED:  April 28, 2008          QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

By_____
    Jon D. Corey
    Attorneys for Mattel, Inc.

DATED:  April 28, 2008          SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP

By_____
    Jason D. Russell
    Attorneys for MGA Entertainment, Inc.;
    MGA Entertainment (HK) Limited; MGA
    de MEXICO, S.R.L. de C.V.; and Isaac
    Larian

DATED:  April 28, 2008          KEKER & VAN NEST, LLP

By_____
    Matthew M. Werdegar
    Attorneys for Carter Bryant

-3-

STIPULATION RE: EXCLUDING REFERENCES TO CLAIMS AND DEFENSES NO LONGER AT ISSUE