UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED CASES | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with<br>Case Nos. CV 04-09059 & CV 05-2727<br><br>Hon. Stephen G. Larson<br><br>[PROPOSED] ORDER RE STIPULATION REGARDING BRYANT'S MOTION *IN LIMINE* 15 TO EXCLUDE REFERENCES TO CLAIMS AND DEFENSES NO LONGER AT ISSUE<br><br>**Phase 1**<br>Pre-Trial Conference: May 5, 2008<br>Trial Date:            May 27, 2008 |

07209/2478177.1

[PROPOSED] ORDER

## **STIPULATION**

Based on the stipulation of the parties, and good cause appearing therefor, IT IS HEREBY ORDERED:

1. No party shall make any argument in the presence of the Jury or seek to introduce any evidence (either documents or testimony) referring to the existence, nature, or history of any claims or defenses that have been dismissed or voluntarily withdrawn from this litigation;

2. Nothing in this Stipulation and Order precludes any party from making any argument to the Court (outside the presence of the Jury) concerning the claims or defenses pled in these consolidated cases, or concerning the Court's rulings with respect to those claims or defenses; and

3. Except as set forth above, all other rights or objections to evidence and argument related to the claims or defenses, or any of the Court's rulings relating to those claims and defenses, are preserved.

IT IS SO ORDERED.

DATED: _____, 2008  _____
Hon. Stephen G. Larson