QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
John B. Quinn (Bar No. 090378)
(johnquinn@quinnemanuel.com)
Michael T. Zeller (Bar No. 196417)
(michaelzeller@quinnemanuel.com)
Jon D. Corey (Bar No. 185066)
(joncorey@quinnemanuel.com)
Timothy L. Alger (Bar No. 160303)
(timalger@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Plaintiff and Cross-Defendant Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with Case Nos. CV 04-09059 and CV 05-02727<br><br>**PROOF OF SERVICE RE**<br><br>MATTEL, INC.'S OPPOSITION TO THE MGA PARTIES' MOTION *IN LIMINE* NO. 8 TO STRIKE EXPERT REPORT OF KENNETH HOLLANDER AND SECTIONS OF EXPERT REBUTTAL REPORTS OF HEATHER McCOMB, DENISE VAN PATTEN, AND NICHOLAS MIRZOEFF<br><br>Date: TBA<br>Time: TBA<br>Place: TBA<br><br>**Phase 1:**<br>Discovery Cutoff:       January 28, 2008<br>Pre-Trial Conference: May 5, 2008<br>Trial Date:                  May 27, 2008 |

07209/2416503.1

PROOF OF SERVICE RE MATTEL, INC.'S MOTION TO COMPEL MGA AND CARTER BRYANT TO RETURN PRIVILEGED DOCUMENT AND FOR PROTECTIVE ORDER

## PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is Now Legal Service, 1301 W. 2nd Street, Suite 206, Los Angeles, CA 90026.

On April 28, 2008, I served true copies of the following document(s) described as **MATTEL, INC.'S OPPOSITION TO THE MGA PARTIES' MOTION *IN LIMINE* NO. 8 TO STRIKE EXPERT REPORT OF KENNETH HOLLANDER AND SECTIONS OF EXPERT REBUTTAL REPORTS OF HEATHER McCOMB, DENISE VAN PATTEN, AND NICHOLAS MIRZOEFF** on the parties in this action as follows:

Thomas J. Nolan
**Skadden, Arps, Slate, Meageher & Flom LLP**
300 South Grand Ave., Ste. 3400
Los Angeles, CA 90071

Mark E. Overland
David C. Scheper
Alexander H. Cote
**Overland Borenstein Scheper & Kim LLP**
601 West Fifth Street, 12th Floor
Los Angeles, CA 90017

John W. Keker, Esq.
Michael H. Page, Esq.
Christina M. Anderson, Esq.
**Keker & Van Nest, LLP**
710 Sansome Street
San Francisco, CA 94111

**BY PERSONAL SERVICE:** I delivered such envelope(s) by hand to the office of the person(s) being served.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on April 28, 2008, at Los Angeles, California.

NOW LEGAL -- Dave Quintana

07209/2442344.1