QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  johnquinn@quinnemanuel.com
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>MATTEL, INC.'S NOTICE OF LODGING IN SUPPORT OF MOTION OBJECTING TO PORTIONS OF DISCOVERY MASTER'S APRIL 14, 2008 ORDER GRANTING IN PART AND DENYING IN PART MATTEL, INC.'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS AND THINGS BY MGA ENTERTAINMENT, INC.<br><br>Hearing Date: June 16, 2008<br>Time: 10:00 a.m.<br>Place: Courtroom 1<br><br>**Phase 1:**<br>Pre-trial Conference: May 19, 2008<br>Trial Date: May 27, 2008 |

07209/2486503.1

|   |   |   |
|---|---|---|
| 1 | | PLEASE TAKE NOTICE that plaintiff Mattel, Inc. ("Mattel") hereby |
| 2 | lodges the following documents filed before the Discovery Master in support of |
| 3 | Mattel, Inc.'s Motion Objecting to Portions of Discovery Master's April 14, 2008 |
| 4 | Order Granting in Part and Denying in Part Mattel, Inc.'s Motion to Compel |
| 5 | Production of Documents and Things by MGA Entertainment, Inc.: |

7    A.   Declaration of Scott B. Kidman in Support of Mattel, Inc.'s Motion to
          Compel Production of and Things by MGA Entertainment, Inc. and for
          Award of Monetary Sanctions, dated January 28, 2008;

11   B.   Supplemental Declaration of Jon D. Corey in Support of Mattel, Inc.'s
          Motion to Compel Production of Documents and Things by MGA
          Entertainment, Inc. and for Award of Monetary Sanctions, dated April
          9, 2008.

DATED: April 28, 2008         QUINN EMANUEL URQUHART OLIVER &
                              HEDGES, LLP


                              By /s/ Jon D. Corey
                                 Jon D. Corey
                                 Attorneys for Mattel, Inc.

07209/2486503.1

-1-
NOTICE OF LODGING IN SUPPORT OF MATTEL, INC.'S MOTION OBJECTING TO PORTIONS OF DISCOVERY MASTER'S APRIL 14, 2008 ORDER