QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  johnquinn@quinnemanuel.com
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:   (213) 443-3000
Facsimile:   (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>            Plaintiff,<br><br>    vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>            Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>DECLARATION OF MICHAEL T. ZELLER IN SUPPORT OF MATTEL, INC.'S MOTION OBJECTING TO PORTIONS OF DISCOVERY MASTER'S APRIL 11, 2008 ORDER GRANTING IN PART MGA'S MOTION TO COMPEL MATTEL TO PRODUCE A WITNESS PURSUANT TO NOTICE OF DEPOSITION UNDER RULE 30(b)(6)<br><br>Date:    June 16, 2008<br>Time:   10:00 a.m.<br>Place:  Courtroom 1<br><br>**Phase 1**<br>Pre-Trial Conference:  May 5, 2008<br>Trial Date:                    May 27, 2008 |

## DECLARATION OF MICHAEL T. ZELLER

I, Michael T. Zeller, declare as follows:

1. I am a member of the bar of the State of California and a partner at Quinn Emanuel Urquhart Oliver & Hedges, LLP, attorneys for Mattel, Inc. ("Mattel"). I make this declaration of personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify competently hereto.

2. Attached as Exhibit 1 is a true and correct copy of the Discovery Master's Order Granting in Part and Denying in Part MGA's Motion to Compel Mattel to Produce Witnesses Pursuant to Notice of Deposition Under Rule 30(b)(6), dated April 11, 2008.

3. Attached as Exhibit 2 is a true and correct copy of the Joint Report to the Discovery Master Regarding Pending Discovery Motions, dated March 28, 2008.

4. Attached as Exhibit 3 is a true and correct copy of MGA and Bryant's Reply in Support of their Joint Motion to Compel the Production of Documents and the Deposition of 30(b)(6) Witnesses, dated January 22, 2007.

5. Attached as Exhibit 4 is a true and correct copy of a February 19, 2008 Letter from Jon Corey, my partner, to Thomas Nolan, MGA's counsel.

6. Attached as Exhibit 5 is a true and correct copy of the parties' Stipulation Regarding Briefing Schedule on Objections to Discovery Master's Orders of April 11 and 22, 2008, dated April 25, 2008.

7. Attached as Exhibit 6 is a true and correct copy of the Discovery Master's Order Denying MGA's Motion to Compel Discovery as to Issues as to Which Mattel has Purportedly Waived the Attorney-Client and Work Product Privileges by Claim Assertion, dated April 25, 2008.

8. Attached as Exhibit 7 is a true and correct copy of the Court's Scheduling Order for Mattel v. Bryant, Case No. CV 04-09059 ("Phase 1") and MGA v. Mattel, Case No. CV 05-02727 ("Phase 2"), dated February 21, 2007.

9.    Attached as Exhibit 8 is a true and correct copy of the Court's July 2, 2007 Minute Order.

10.    Attached as Exhibit 9 is a true and correct copy of the Court's February 4, 2008 Order.

11.    Attached as Exhibit 10 is a true and correct copy of the Court's Order Granting in Part, Denying in Part, and Deferring Judgment in Part the Parties' Motions for Partial Summary Judgment, dated April 25, 2008.

12.    Attached as Exhibit 11 is a true and correct copy of Mattel's Opposition to MGA's Motion to Overrule Mattel's and Richard De Anda's Objections and to Compel Discovery, dated February 7, 2008.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on April 28, 2008, at Los Angeles, California.

                                  Michael T. Zeller /s/
                                  Michael T. Zeller