QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  johnquinn@quinnemanuel.com
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:  (213) 443-3000
Facsimile:  (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>NOTICE OF LODGING IN SUPPORT OF MATTEL'S OBJECTIONS TO PORTIONS OF DISCOVERY MASTER'S APRIL 11, 2008 ORDER GRANTING IN PART MGA'S MOTION TO COMPEL MATTEL TO PRODUCE A WITNESS PURSUANT TO NOTICE OF DEPOSITION UNDER RULE 30(b)(6)<br><br>Date:  June 16, 2008<br>Time:  10:00 a.m.<br>Place:  Courtroom 1<br><br>**Phase 1**<br>Pre-Trial Conference:  May 5, 2008<br>Trial Date:              May 27, 2008 |

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD, PLEASE TAKE NOTICE that Mattel, Inc. hereby lodges the following documents with the Court in support of its Objections to Portions of the Discovery Master's April 11, 2008 Order Granting in Part MGA's Motion to Compel Mattel to Produce Witnesses Pursuant to Notice of Deposition Under Rule 30(b)(6):

1. MGA's Notice of Motion and Motion To Compel Mattel to Produce Witnesses Pursuant to Notice of Deposition Under Rule 30(b)(6), Or in the Alternative, For Leave to Serve Such a Notice, dated December 21, 2008.

2. Mattel's Opposition to MGA's Motion To Compel Mattel to Produce Witnesses Pursuant to Notice of Deposition Under Rule 30(b)(6), Or in the Alternative, For Leave to Serve Such a Notice, dated January 11, 2008.

3. Declaration of Jon D. Corey in Support of Mattel, Inc.'s Opposition to MGA's Motion to Compel Mattel to Produce Witnesses Pursuant to Notice of Deposition Under Rule 30(b)(6), Or in the Alternative, For Leave to Serve Such a Notice, dated January 11, 2008.

4. Mattel, Inc.'s Separate Statement in Opposition to MGA's Motion to Compel Mattel to Produce Witnesses Pursuant to Notice of Deposition Under Rule 30(b)(6), Or in the Alternative, For Leave to Serve Such a Notice, dated January 11, 2008.

07209/2483178.1

-2-   Case No. CV 04-9049 SGL (RNBx)
MATTEL'S NOTICE OF LODGING IN SUPPORT OF ITS OBJECTIONS TO DISCOVERY MASTER'S APRIL 11, 2008 ORDER

5. Declaration of Vickie Cerrito in Support of Mattel, Inc. to MGA Entertainment, Inc.'s Motion to Compel, dated January 11, 2008.

6. Declaration of Erin Bric in Support of Opposition of Mattel, Inc. to MGA Entertainment, Inc.'s Motion to Compel, dated April 25, 2007.

7. MGA's Reply in Support of its Motion To Compel Mattel to Produce Witnesses Pursuant to Notice of Deposition Under Rule 30(b)(6), Or in the Alternative, For Leave to Serve Such a Notice, dated January 17, 2008.

DATED: April 28, 2008

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

By <u>Michael T. Zeller /s/</u>
Michael T. Zeller
Attorneys for Mattel, Inc.

07209/2483178.1

-3-   Case No. CV 04-9049 SGL (RNBx)
MATTEL'S NOTICE OF LODGING IN SUPPORT OF ITS OBJECTIONS TO DISCOVERY MASTER'S APRIL 11, 2008 ORDER