QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>Hon. Stephen G. Larson<br><br>[PUBLIC REDACTED] DECLARATION OF STEPHEN HAUSS IN SUPPORT OF MATTEL, INC.'S OPPOSITIONS TO THE MGA PARTIES' MOTIONS IN LIMINE NOS. 1-14<br><br>Date: May 21, 2008<br>Time: 1:00 p.m.<br>Place: Courtroom 1<br><br>**Phase 1**<br>Pre-Trial Conference: May 19, 2008<br>Trial Date: May 27, 2008 |

-1-

HAUSS DECLARATION

## DECLARATION OF STEPHEN HAUSS

I, Stephen Hauss, declare as follows:

1. I am a member of the bar of the State of California and an associate with Quinn Emanuel Urquhart Oliver & Hedges, LLP, attorneys for Mattel, Inc. I make this declaration of personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify competently thereto.

2. Attached hereto as Exhibit 1 is a true and correct copy of excerpts from the Deposition of Carter Bryant, Volume 1, dated November 4, 2004.

3. Attached hereto as Exhibit 2 is a true and correct copy of excerpts from the Deposition of Carter Bryant, Volume 2, dated November 5, 2004.

4. Attached hereto as Exhibit 3 is a true and correct copy of excerpts from the Deposition of Carter Bryant, Volume 3, dated November 8, 2004.

5. Attached hereto as Exhibit 4 is a true and correct copy of excerpts from the Deposition of Carter Bryant, Volume 4, dated January 23, 2008.

6. Attached hereto as Exhibit 5 is a true and correct copy of excerpts from the Deposition of Carter Bryant, Volume 5, dated January 24, 2008.

7. Attached hereto as Exhibit 6 is a true and correct copy of excerpts from the Deposition of Elise Cloonan, dated December 14, 2007.

8. Attached hereto as Exhibit 7 is a true and correct copy of excerpts from the Deposition of Gary Funck, dated April 8, 2008.

9. Attached hereto as Exhibit 8 is a true and correct copy of excerpts from the Deposition of Paula Garcia, Volume 1, dated May 24, 2007.

10. Attached hereto as Exhibit 9 is a true and correct copy of excerpts from the Deposition of Paula Garcia, Volume 2, dated May 25, 2007.

11. Attached hereto as Exhibit 10 is a true and correct copy of excerpts from the Deposition of Paula Garcia, Volume 3, dated October 9, 2007.

12. Attached hereto as Exhibit 11 is a true and correct copy of excerpts from the Deposition of Paula Garcia, Volume 4, dated October 10, 2007.

1  13. Attached hereto as Exhibit 12 is a true and correct copy of
2  excerpts from the Deposition of Erich Joachimsthaler, dated March 26, 2008.
3  14. Attached hereto as Exhibit 13 is a true and correct copy of
4  excerpts from the Deposition of Samir K. Khare, Volume 1, dated August 20, 2007.
5  15. Attached hereto as Exhibit 14 is a true and correct copy of
6  excerpts from the Deposition of Isaac Larian, Volume 2, dated March 26, 2008.
7  16. Attached hereto as Exhibit 15 is a true and correct copy of
8  excerpts from the Deposition of Steven Linker, dated September 13, 2006.
9  17. Attached hereto as Exhibit 16 is a true and correct copy of
10 excerpts from the Deposition of Veronica Marlow, dated December 28, 2007.
11 18. Attached hereto as Exhibit 17 is a true and correct copy of
12 excerpts from the Deposition of Mark Menz, dated March 13, 2008.
13 19. Attached hereto as Exhibit 18 is a true and correct copy of
14 excerpts from the Deposition of Paul K. Meyer, dated March 31, 2008.
15 20. Attached hereto as Exhibit 19 is a true and correct copy of
16 excerpts from the Deposition of Victoria O'Connor, dated December 6, 2004.
17 21. Attached hereto as Exhibit 20 is a true and correct copy of
18 excerpts from the Deposition of Ralph Oman, dated March 31, 2008.
19 22. Attached hereto as Exhibit 21 is a true and correct copy of
20 excerpts from the Deposition of Rene Pasko, dated June 13, 2007.
21 23. Attached hereto as Exhibit 22 is a true and correct copy of
22 excerpts from the Deposition of Carol A. Scott, dated April 3, 2008.
23 24. Attached hereto as Exhibit 23 is a true and correct copy of
24 excerpts from the Deposition of Michael J. Wagner, dated March 21, 2008.
25 25. Attached hereto as Exhibit 24 is a true and correct copy of
26 excerpts from the Deposition of Farhad Larian, dated February 4, 2008.
27
28

26. Attached hereto as Exhibit 25 is a true and correct copy of excerpts from the Transcript of the Arbitration Proceeding in Larian v. Larian, Volumes 1 and 2, dated November 16 and 17, 2005.

27. Attached hereto as Exhibit 26 is a true and correct copy of excerpts from the Deposition of Liliana Martinez, dated May 20, 2005.

28. Attached hereto as Exhibit 27 is a true and correct copy of excerpts from the Deposition of John Alex, dated April 9, 2008.

29. Attached hereto as Exhibit 28 is a true and correct copy of excerpts from the Deposition of Paula Garcia from Art Attacks v. MGA Entertainment, Inc., dated January 27, 2006.

30. Attached hereto as Exhibit 29 is a true and correct copy of excerpts from the Transcript of Proceedings in Fun4All Corp. v. ABC International Traders, Inc., dated May 29, 2002.

31. Attached hereto as Exhibit 30 is a true and correct copy of excerpts from the Trial Transcript in Art Attacks v. MGA Entertainment, Inc., dated May 1, 2007.

32. Attached hereto as Exhibit 31 is a true and correct copy of excerpts from the Transcript of Proceedings, dated June 26, 2006.

33. Attached hereto as Exhibit 32 is a true and correct copy of excerpts from the Transcription of Audiotaped Interview of Isabel Ana Cabrera, dated January 2, 2008.

34. Attached hereto as Exhibit 33 is a true and correct copy of excerpts from the Transcription of Audiotaped Interview of Isabel Ana Cabrera, dated January 3, 2008.

35. Attached hereto as Exhibit 34 is a true and correct copy of excerpts from the Transcription of Audiotaped Interview of Beatriz Morales, dated January 14, 2008.

1   36.   Attached hereto as Exhibit 35 is a true and correct copy of
2   excerpts from the Transcript of Proceedings, dated January 7, 2008.
3   37.   Attached hereto as Exhibit 36 is a true and correct copy of
4   excerpts from the Deposition of Lisa Tonnu, Volume 4, dated January 17, 2008.
5   38.   Attached hereto as Exhibit 37 is a true and correct copy of
6   excerpts from the Deposition of Lisa Tonnu, Volume 5, dated January 24, 2008.
7   39.   Attached hereto as Exhibit 38 is a true and correct copy of
8   excerpts from the Deposition of Margaret Leahy, dated December 12, 2007.

10   I declare under penalty of perjury under the laws of the United States of
11   America that the foregoing is true and correct.
12   Executed on April 28, 2008, at Los Angeles, California.

_____
Stephen Hauss

## PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is Now Legal Service, 1301 W. 2nd Street, Suite 206, Los Angeles, CA 90026.

On April 28, 2008, I served true copies of the following document(s) described as **DECLARATION OF STEPHEN HAUSS IN SUPPORT OF MATTEL, INC.'S OPPOSITION TO THE MGA PARTIES' MOTIONS IN LIMINE NOS. 1-14 (with exhibits)** on the parties in this action as follows:

Thomas J. Nolan
**Skadden, Arps, Slate, Meageher & Flom LLP**
300 South Grand Ave., Ste. 3400
Los Angeles, CA 90071

Mark E. Overland
David C. Scheper
Alexander H. Cote
**Overland Borenstein Scheper & Kim LLP**
601 West Fifth Street, 12th Floor
Los Angeles, CA 90017

On April 28, 2008, I served true copies of the following document(s) described as **DECLARATION OF STEPHEN HAUSS IN SUPPORT OF MATTEL, INC.'S OPPOSITION TO THE MGA PARTIES' MOTIONS IN LIMINE NOS. 1-14 (without exhibits)** on the parties in this action as follows:

John W. Keker, Esq.
Michael H. Page, Esq.
Christina M. Anderson, Esq.
**Keker & Van Nest, LLP**
710 Sansome Street
San Francisco, CA 94111

**BY PERSONAL SERVICE:** I delivered such envelope(s) by hand to the office of the person(s) being served.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on April 28, 2008, at Los Angeles, California.

_____
NOW LEGAL -- Dave Quintana

07209/2485896.1

## PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 865 South Figueroa Street, 10th Floor, Los Angeles, California 90017-2543.

On April 28, 2008, I served true copies of the following document(s) described as **DECLARATION OF STEPHEN HAUSS IN SUPPORT OF MATTEL, INC.'S OPPOSITION TO THE MGA PARTIES' MOTIONS IN LIMINE NOS. 1-14 (with exhibits)** on the parties in this action as follows:

John W. Keker, Esq.
Michael H. Page, Esq.
Christina M. Anderson, Esq.
**Keker & Van Nest, LLP**
710 Sansome Street
San Francisco, CA 94111

**BY MAIL:** I enclosed the foregoing into sealed envelope(s) addressed as shown above, and I deposited such envelope(s) in the mail at Los Angeles, California. The envelope was mailed with postage thereon fully prepaid.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on April 28, 2008, at Los Angeles, California.

Andrea Hoeven

07209/2217871.1