1 | QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
John B. Quinn (Bar No. 090378)
2 | (johnquinn@quinnemanuel.com)
Michael T. Zeller (Bar No. 196417)
3 | (michaelzeller@quinnemanuel.com)
Jon D. Corey (Bar No. 185066)
4 | (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
5 | Los Angeles, California 90017-2543
Telephone: (213) 443-3000
6 | Facsimile: (213) 443-3100

7 | Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual, | CASE NO. CV 04-9049 SGL (RNBx) |
| Plaintiff, | Consolidated with |
| | Case No. CV 04-09059 |
| vs. | Case No. CV 05-02727 |
| MATTEL, INC., a Delaware corporation, | Hon. Stephen G. Larson |
| Defendant. | [PUBLIC REDACTED] DECLARATION OF TAMAR BUCHAKJIAN IN SUPPORT OF MATTEL, INC.'S OPPOSITIONS TO THE MGA PARTIES' MOTIONS IN LIMINE NOS. 1-14 |
| AND CONSOLIDATED ACTIONS | |
| | Date: May 21, 2008 |
| | Time: 1:00 p.m. |
| | Place: Courtroom 1 |
| | **Phase 1** |
| | Pre-Trial Conference: May 19, 2008 |
| | Trial Date: May 27, 2008 |

-1-

1      **DECLARATION OF TAMAR BUCHAKJIAN**

2              I, Tamar Buchakjian, declare as follows:

3              1.      I am a member of the bar of the State of California and an

4      associate with Quinn Emanuel Urquhart Oliver & Hedges, LLP, attorneys for

5      Mattel, Inc. I make this declaration of personal, firsthand knowledge, and if called

6      and sworn as a witness, I could and would testify competently thereto.

7              2.      Attached hereto as Exhibit 1 is a true and correct copy of the

8      Verified Complaint in Larian v. Larian, L.A. Sup. Ct. Case no. BC301371, dated

9      August 25, 2003.

10             3.      Attached hereto as Exhibit 2 is a true and correct copy of a letter

11     from Isaac Larian to Farhad Larian, dated March 30, 2000.

12             4.      Attached hereto as Exhibit 3 is a true and correct copy of the

13     Declaration of Farhad "Fred" Larian, dated November 7, 2003.

14             5.      Attached hereto as Exhibit 4 is a true and correct copy of the

15     Declaration of Morad Zarabi, dated September 14, 2004.

16             6.      Attached hereto as Exhibit 5 is a true and correct copy of the

17     Declaration of Ernest Dutcher, dated January 9, 2005.

18             7.      Attached hereto as Exhibit 6 is a certified copy of the Transcript

19     of Audiotaped Meeting with Ernest Dutcher, Appraiser, dated September 10, 2003.

20             8.      Attached hereto as Exhibit 7 is a true and correct copy of a

21     memorandum by A. Goldberg Re October 19, 2004 Meeting with Ernest Dutcher.

22             9.      Attached hereto as Exhibit 8 is a true and correct copy of a letter

23     from Fenita M. Shepard to Robert G. Wilson, dated November 15, 2005.

24             10.     Attached hereto as Exhibit 9 is a true and correct copy of the

25     Court's Minute Order, dated August 27, 2007.

26             11.     Attached hereto as Exhibit 10 is a true and correct copy of a

27     letter from Tania M. Krebs to Robert Wilson, dated November 28, 2005.

28

-2-

1         12.    Attached hereto as Exhibit 11 is a true and correct copy of

2    excerpts from MGA Entertainment, Inc.'s Objections and Responses to Mattel's First

3    Set of Requests for Admission to MGA Entertainment, Inc.; Carter Bryant; MGA

4    Entertainment (HK) Ltd; and Isaac Larian, dated February 4, 2008.

5         13.    Attached hereto as Exhibit 12 is a true and correct copy of the

6    Declaration of Daphne Gronich in Response to Court's Request for Information

7    Regarding Document Preservation, dated September 10, 2007.

8         14.    Attached hereto as Exhibit 13 is a true and correct copy of

9    Mattel, Inc.'s Corrected Phase One Witness List, dated April 1, 2008.

10        15.    Attached hereto as Exhibit 14 is a true and correct copy of

11   excerpts from Mattel's Proposed Jury Instructions.

12        16.    Attached hereto as Exhibit 15 is a true and correct copy of the

13   Verified Complaint in Larian v. Zarabi, L.A. Sup. Ct. Case no. BC329501, dated

14   February 24, 2005.

15        17.    Attached hereto as Exhibit 16 is a true and correct copy of

16   Larian v. Larian, 123 Cal. App. 4th 751 (2004).

17        18.    Attached hereto as Exhibit 17 is a true and correct copy of a

18   letter from Morad Zarabi, dated February 8, 2005.

19        19.    Attached hereto as Exhibit 18 is a true and correct copy of the

20   Larian v. Larian Court Order, dated May 4, 2005.

21        20.    Attached hereto as Exhibit 19 is a true and correct copy of the

22   Final Arbitration Award in Larian v. Larian, dated November 28, 2005.

23        21.    Attached hereto as Exhibit 20 is a true and correct copy of the

24   Declaration of Claimant Farhad Larian in Support of his Opposition to Respondent

25   Isaac Larian's Motion for Attorneys' Fees, dated January 20, 2006.

26        22.    Attached hereto as Exhibit 21 is a true and correct copy of the

27   Final Arbitration Amendment for Respondent's Motion for Prevailing Party

28   Attorney's Fees in Larian v. Larian, dated February 3, 2006.

1         23.    Attached hereto as Exhibit 22 is a true and correct copy of an e-
2 mail from Fred Larian to Isaac Larian, dated May 4, 2004.

3         24.    Attached hereto as Exhibit 23 is a true and correct copy of a
4 letter from Daphne Gronich to Mark D. Kremer, dated August 19, 2005.

5         25.    Attached hereto as Exhibit 24 is a true and correct copy of a
6 facsimile transmission sent from Mark D. Kremer to Daphne Gronich, dated
7 September 7, 2005.

8         26.    Attached hereto as Exhibit 25 is a true and correct copy of a
9 letter from Don Howarth to Larry R. Feldman, dated April 6, 2004.

10         27.    Attached hereto as Exhibit 26 is a true and correct copy of
11 Mattel, Inc.'s [Corrected] Separate Statement of Uncontested Facts and Conclusions
12 of Law in Support of Mattel, Inc.'s Motion for Partial Summary Judgment, dated
13 March 7, 2008.

14         28.    Attached hereto as Exhibit 27 is a true and correct copy of
15 excerpts from the MGA Parties' Corrected Notice of Motion for Partial Summary
16 Judgment, Motion and Memorandum of Points and Authorities in Support Thereof,
17 dated March 7, 2008.

18         29.    Attached hereto as Exhibit 28 is a true and correct copy of the D.
19 Jan Duffy Rebuttal Report of Bruce L. Stein, dated March 17, 2008.

20         30.    Attached hereto as Exhibit 29 is a true and correct copy of a
21 MGA 1999 Confidentiality and Inventions Assignment Agreement, signed by Kami
22 Gillmour, dated May 24, 1999.

23         31.    Attached hereto as Exhibit 30 is a true and correct copy of the
24 Employee Confidential Information and Inventions Agreement, signed by Veronica
25 Marlow, dated June 27, 1996, and marked as Exhibit 1228 to the Deposition of
26 Veronica Marlow.

27

28

07209/2485785.1

BUCHAKJIAN DECLARATION

1          32.    Attached hereto as Exhibit 31 is a true and correct copy of the

2  Employee Confidential Information and Inventions Agreement, signed by Margaret

3  Leahy, dated June 19, 1995.

4          33.    Attached hereto as Exhibit 32 is a true and correct copy of the

5  Employee Confidential Information and Inventions Agreement, signed by Daniel J.

6  Cooney, Jr., and marked as Exhibit 2125 to the Deposition of Daniel Cooney.

7          34.    Attached hereto as Exhibit 33 is a true and correct copy of the

8  Employee Confidential Information and Inventions Agreement, signed by Jorge R.

9  Castilla, dated October 29, 1999.

10         35.    Attached hereto as Exhibit 34 is a true and correct copy of the

11  Employee Confidential Information and Inventions Agreement, signed by Paula

12  Treantafelles, dated July 4, 1997, and marked as Exhibit 1116 to the Deposition of

13  Paula Garcia.

14         36.    Attached hereto as Exhibit 35 is a true and correct copy of the

15  Employment Application of Maria Elena Salazar.

16         37.    Attached hereto as Exhibit 36 is a true and correct copy of MGA

17  Entertainment (HK) Ltd.'s Third Supplemental Responses to Mattel, Inc.'s Amended

18  Fourth Set of Interrogatories, dated January 28, 2008.

19         38.    Attached hereto as Exhibit 37 is a true and correct copy of

20  excerpts from the Expert Rebuttal Report of Michael J. Wagner, dated March 17,

21  2008.

22         39.    Attached hereto as Exhibit 38 is a true and correct copy of an

23  e-mail from Isaac Larian to Carter Bryant and Paula Garcia, dated December 15,

24  2004.

25         40.    Attached hereto as Exhibit 39 is a true and correct copy of an

26  e-mail from Paula Garcia to Dennis Soai and Elaine Yip, dated January 31, 2007.

27         41.    Attached hereto as Exhibit 40 is a true and correct copy of an

28  e-mail from Paula Garica to Elaine Yip, Aileen Storer, Dennis Soai, Mia Garcia,

1 | Desirée Ronquillo, Ana Parkinson, Ione Jeffries, Jessica Wei, Kathleen Suh, Jier Su,
2 | Ninette Pimbleton, dated September 12, 2006.

3 |      42.    Attached hereto as Exhibit 41 is a true and correct copy of an
4 | e-mail from Isaac Larian to Summer Wells, dated August 4, 2003, with attachment.

5 |      43.    Attached hereto as Exhibit 42 is a true and correct copy of an
6 | e-mail chain from Paula Garcia to Carter Bryant, dated June 28, 2006.

7 |      44.    Attached hereto as Exhibit 43 is a true and correct copy of an
8 | e-mail chain from Paula Treantafelles to Eve Johnson and Isaac Larian, dated
9 | January 29, 2002.

10 |      45.    Attached hereto as Exhibit 44 is a true and correct copy of an
11 | e-mail from Mercedeh Ward to Isaac Larian, dated October 3, 2000.

12 |      46.    Attached hereto as Exhibit 45 is a true and correct copy of an
13 | e-mail chain between Isaac Larian and Ronald Gerevas, dated July 30, 2003.

14 |      47.    Attached hereto as Exhibit 46 is a true and correct copy of an
15 | e-mail chain between Carter Bryant and Isaac Larian, dated February 15, 2002.

16 |      48.    Attached hereto as Exhibit 47 is a true and correct copy of an
17 | e-mail from Isaac Larian to Ninette Pembleton, dated June 3, 2006.

18 |      49.    Attached hereto as Exhibit 48 is a true and correct copy of the
19 | Confidentiality and Inventions Assignment Agreement between Mercedeh Ward and
20 | ABC International Traders, dated October 18, 2000.

21 |      50.    Attached hereto as Exhibit 49 is a true and correct copy of the
22 | letter from Keith Jacoby, counsel for Bryant, dated November 1, 2004 to John
23 | Quinn.

24 |      51.    Attached hereto as Exhibit 50 is a true and correct copy of the
25 | Joint Stipulation Re: Mattel's Motion to Compel Production of Documents, filed on
26 | January 6, 2005.

27 |      52.    Attached hereto as Exhibit 51 is a true and correct copy of the
28 | [Redacted] Declaration of Keith A. Jacoby in Support of Defendant and Cross-

1    Claimant Carter Bryant's Portion of Joint Stipulation, dated January 6, 2005
2    (without exhibits).

3           53.    Attached hereto as Exhibit 52 is a true and correct copy of
4    excerpts of the Separate Statement of Defendant Carter Bryant in Opposition to
5    Mattel's Motion to Compel, filed on January 11, 2007.

6           54.    Attached hereto as Exhibit 53 is a true and correct copy of
7    excerpts of the Declaration of Keith A. Jacoby in Support of Carter Bryant's
8    Opposition to Mattel, Inc.'s Motion to Compel Production of Documents dated
9    January 11, 2007 (without exhibits).

10          55.    Attached hereto as Exhibit 54 is a true and correct copy of the
11   Order of the Discovery Master Hon. Edward Infante (Ret.) dated January 25, 2007.

12          56.    Attached hereto as Exhibit 55 is a true and correct copy of the
13   Stipulation and Order re: Request to Extend Deadline Within Which Carter Bryant
14   Must Comply with the Discovery Master's January 25, 2007 Order Granting Mattel's
15   Motion to Compel Production of Documents dated February 23, 2007.

16          57.    Attached hereto as Exhibit 56 is a true and correct copy of an e-
17   mail dated February 27, 2007, from Douglas Wickham, counsel for Bryant, to
18   Michael T. Zeller and John Quinn.

19          58.    Attached hereto as Exhibit 57 is a true and correct copy of a
20   letter dated March 2, 2007 from Douglas Wickham to Michael T. Zeller.

21          59.    Attached hereto as Exhibit 58 is a true and correct copy of a
22   letter dated March 16, 2007 from Douglas Wickham to Michael T. Zeller.

23          60.    Attached hereto as Exhibit 59 is a true and correct copy of a
24   letter dated March 26, 2007 that Michael T. Zeller sent to Douglas Wickham.

25          61.    Attached hereto as Exhibit 60 is a true and correct copy of a
26   letter dated March 27, 2007 from Douglas Wickham to Michael T. Zeller.

27          62.    Attached hereto as Exhibit 61 is a true and correct copy of a
28   letter dated April 6, 2007 that Michael T. Zeller sent to Douglas Wickham.

63. Attached hereto as Exhibit 62 is a true and correct copy of the Notice of Motion and Motion of Mattel, Inc. for an Order to Enforce Court's January 25, 2007 Order Compelling Bryant to Produce Desktop Computer Hard Drive.

64. Attached hereto as Exhibit 63 is a true and correct copy of a letter from Keith A. Jacoby to Michael T. Zeller, dated April 23, 2007.

65. Attached hereto as Exhibit 64 is a true and correct copy of Mattel, Inc.'s Notice of Withdrawal Without Prejudice of Motion for an Order to Enforce Court's January 25, 2007 Order Compelling Bryant to Produce Desk Top Computer Hard Drive, dated May 2, 2007.

66. Attached hereto as Exhibit 65 is a true and correct copy of a Request for Approval of Substitution of Attorney, dated May 18, 2007.

67. Attached hereto as Exhibit 66 is a true and correct copy of the Court's Order Denying Appointment of Expert Witnesses, dated August 11, 2006.

68. Attached hereto as Exhibit 67 is a true and correct copy of a letter from Jon Corey to Keith Jacoby, dated November 1, 2004 and faxed on November 2, 2004, requesting that Mr. Bryant have his originals available at his deposition in Missouri.

69. Attached hereto as Exhibit 68 is a true and correct copy of an e-mail from Keith Jacoby, dated November 3, 2004.

70. Attached hereto as Exhibit 69 is a true and correct copy of the Declaration of Keith Jacoby, without exhibits, filed in support of Bryant's portion of a Joint Stipulation Re: Mattel, Inc's Motion to Compel Inspection of Original Documents and Tangible Things, on February 18, 2005.

71. Attached hereto as Exhibit 70 is a true and correct copy of the Declaration of Erich J. Speckin, dated July 21, 2006.

72. Attached hereto as Exhibit 71 is a true and correct copy of excerpts of the MGA Privilege Log (Revised), dated January 23, 2008.

1        73.    Attached hereto as Exhibit 72 is a true and correct copy of Tab

2  B2, Schedule 6.0 to the Expert Report of Michael Wagner, dated February 11, 2008.

3        74.    Attached hereto as Exhibit 73 is a true and correct copy of Isaac

4  and Angela Larian's List of Assets for 2007, Bates-numbered MGA 3787279.

5        75.    Attached hereto as Exhibit 74 is a true and correct copy of

6  MGA's Toy Industry Comparable Company Analysis, Bates-numbered MGA

7  0236491-504.

8        76.    Attached hereto as Exhibit 75 is a true and correct copy of the

9  Curriculum Vitae of Michael Wagner.

10        77.    Attached hereto as Exhibit 76 is a true and correct copy of MGA

11  Entertainment, Inc.'s Supplemental Responses to Mattel Inc.'s Revised Third Set of

12  Interrogatories, dated November 30, 2007.

13        78.    Attached hereto as Exhibit 77 is a true and correct copy of Mattel

14  Inc.'s Opposition to the MGA Parties' and Carter Bryant's Motions for Partial

15  Summary Judgment, dated March 24, 2008.

16        79.    Attached hereto as Exhibit 78 is a true and correct copy of the

17  Order Granting in Part, Denying in Part, and Deferring in Part the Parties' Motions

18  for Partial Summary Judgment (In Chambers), dated April 25, 2008.

19        80.    Attached hereto as Exhibit 79 is a true and correct copy of the

20  Expert Report of Ralph Oman, dated February 11, 2008.

21        81.    Attached hereto as Exhibit 80 is a true and correct copy of the

22  Report of John L. Alex Pursuant to Federal Rule of Civil Procedure 26(a)(2)(B),

23  dated February 11, 2008.

24        82.    Attached hereto as Exhibit 81 is a true and correct copy of a

25  Copyright Form CA, dated March 28, 2005, Bates-numbered M 0110211-12, and

26  marked as Exhibit 508 to the Deposition of Brian Armstrong.

27

28

1       83.   Attached hereto as Exhibit 82 is a true and correct copy of the

2  Affirmation of Lee Shiu Cheung filed in the High Court of the Hong Kong Special

3  Administrative Region, Civil Action No. 1883 of 2003, dated June 18, 2003.

4       84.   Attached hereto as Exhibit 83 is a true and correct copy of the

5  ABC International Traders, Inc. Business Plan, dated March 2001.

6       85.   Attached hereto as Exhibit 84 is a true and correct copy of the

7  Expert Rebuttal Report of Robert C. Lind, dated March 17, 2008.

8       86.   Attached hereto as Exhibit 85 is a true and correct copy of

9  excerpts from the MGA Parties' Memorandum of Points and Authorities in

10  Opposition to Mattel, Inc.'s Motion for Partial Summary Judgment, dated March 24,

11  2008.

12       87.   Attached hereto as Exhibit 86 is a true and correct copy of the

13  Declaration of Ralph Oman, dated April 25, 2008.

14       88.   Attached hereto as Exhibit 87 is a true and correct copy of

15  excerpts from the Expert Report of Gary Funck, dated March 17, 2008.

16       89.   Attached hereto as Exhibit 88 is a true and correct copy of the

17  Supplemental Declaration of Melissa Grant in support of Motion of Mattel, Inc. for

18  an Order Enforcing Court's January 25, 2007 Order Compelling Bryant to Produce

19  Computer Hard Drives and for Sanctions, dated February 15, 2008, attaching

20  Exhibits 6 and 7, other Exhibits omitted.

21       90.   Attached hereto as Exhibit 89 is a true and correct copy of the

22  Forensic Analysis Report 1 of Mark J. Menz, dated February 10, 2008.

23       91.   Attached hereto as Exhibit 90 is a true and correct copy of the

24  Forensic Analysis Report 2 of Mark J. Menz, dated February 10, 2008.

25       92.   Attached hereto as Exhibit 91 is a true and correct copy of

26  MGA's Copyright Jury Instructions, Phase I-B.

27       93.   Attached hereto as Exhibit 92 is a true and correct copy of the

28  Expert Witness Report of Denise Van Patten, dated March 10, 2008.

1        94.    Attached hereto as Exhibit 93 is a true and correct copy of the

2  Expert Rebuttal Report of Heather McComb, dated March 17, 2008.

3        95.    Attached hereto as Exhibit 94 is a true and correct copy of the

4  Expert Rebuttal Report of Kenneth Hollander, dated March 17, 2008.

5        96.    Attached hereto as Exhibit 95 is a true and correct copy of the

6  Copyright Form VA, dated October 27, 2006, bates numbered M0059698-741.

7        97.    Attached hereto as Exhibit 96 is a true and correct copy of the

8  Exhibit marked "RDB13" Mentioned and Referred to in the Affidavit of Raymond

9  David Black in the High Court of the Hong Kong Special Administrative Region

10  Court of First Instance, Civil Action No. 1883 of 2003 between MGA

11  Entertainment, Inc., MGA Entertainment (H.K.) Limited, and Double Grand

12  Limited, dated June 13, 2003.

13        98.    Attached hereto as Exhibit 97 is a true and correct copy of the

14  Exhibit referred to in the Affidavit of Lam Yuen Chak in the High Court of the

15  Hong Kong Special Administrative Region Court of First Instance, Civil Action No.

16  1883 of 2003 between MGA Entertainment, Inc., MGA Entertainment (H.K.)

17  Limited, and Double Grand Limited, dated the June 16, 2003.

18        99.    Attached hereto as Exhibit 98 is a true and correct copy of the

19  Expert Report of Glenn V. Vilppu, dated March 14, 2008.

20        100.   Attached hereto as Exhibit 99 is a true and correct copy of the

21  Expert Report of Peter S. Menell, dated February 11, 2008.

22        101.   Attached hereto as Exhibit 100 is a true and correct copy of the

23  Affidavit of Daphne Gronich in the High Court of the Hong Kong Special

24  Administrative Region Court of First Instance Civil Action No. 2687 of 2003

25  between MGA Entertainment, Inc. and Hunglam Toys Company Limited, Choy

26  Kam Ying, Candy; Kwok Yin Kwan, May; and Kwok Chin Hung, dated December

27  6, 2005.

28

102.   Attached hereto as Exhibit 101 is a true and correct copy of the Affirmation of Lee Shiu Cheung in the High Court of the Hong Kong Special Administrative Region Court of First Instance Civil Action No. 2687 of 2003 between MGA Entertainment, Inc. and Hunglam Toys Company Limited, dated August 17, 2003.

103.   Attached hereto as Exhibit 102 is a true and correct copy of photographs bates numbered M0914772-M0914773.

104.   Attached hereto as Exhibit 103 is a true and correct copy of a photograph bates numbered M0914776-M0914777.

105.   Attached hereto as Exhibit 104 is a true and correct copy of the Complaint in MGA Entertainment, Inc. v. Multitoy, Inc., dated April 12, 2004, attaching Exhibit 3, other Exhibits omitted.

106.   Attached hereto as Exhibit 105 is a true and correct copy of an e-mail from Isaac Larian to Fred Larian and Eli Makabi, dated May 19, 2000.

107.   Attached hereto as Exhibit 106 is a true and correct copy of an e-mail from Nishimoto Cynthia to Mitchell Kamarck, dated February 26, 2003.

108.   Attached hereto as Exhibit 107 is a true and correct copy of an e-mail from Mitchell Kamarck to Nishimoto Cynthia, dated February 2, 2003.

109.   Attached hereto as Exhibit 108 is a true and correct copy of a photograph bates numbered M0914768-M0914771.

110.   Attached hereto as Exhibit 109 is a true and correct copy of the Discovery Master's Order Granting Mattel's Motion to Compel Production of Documents and Interrogatory Responses by MGA, dated May 15, 2007.

111.   Attached hereto as Exhibit 110 is a true and correct copy of Toon Teens drawings, Bates-numbered M0012566-577.

112.   Attached hereto as Exhibit 111 is a true and correct copy of a DIVA STARZ drawings, Bates-numbered M 0016504.

BUCHAKJIAN DECLARATION

1        113.   Attached hereto as Exhibit 112 is a true and correct copy of

2  DIVA STARZ drawings, Bates-numbered M 0016474-501.

3        114.   Attached hereto as Exhibit 113 is a true and correct copy of

4  DIVA STARZ drawings, Bates-numbered M 0016495-96.

5        115.   Attached hereto as Exhibit 114 is a true and correct copy of

6  DIVA STARZ drawings, Bates-numbered M 0016816-824.

7        116.   Attached hereto as Exhibit 115 is a true and correct copy of

8  DIVA STARZ drawings, Bates-numbered TP 0012-17.

9        117.   Attached hereto as Exhibit 116 is a true and correct copy of

10  DIVA STARZ drawings, Bates-numbered TP 0109-118.

11        118.   Attached hereto as Exhibit 117 is a true and correct copy of an

12  e-mail from Liz Hogan to Joni Pratte and Sue Davis, dated January 7, 2000, Bates-

13  numbered M 0016585-0016586.001.

14        119.   Attached hereto as Exhibit 118 is a true and correct copy of

15  illustrations, Bates-numbered M 0016806-11.

16        120.   Attached hereto as Exhibit 119 is a true and correct copy of

17  illustrations, Bates-numbered TP 008-011.

18        121.   Attached hereto as Exhibit 120 is a true and correct copy of

19  illustrations, Bates-numbered M 0016482.

20        122.   Attached hereto as Exhibit 121 is a true and correct copy of a

21  DIVA STARZ Script, dated July 19, 2000, Bates-numbered M 0040931-951.

22        123.   Attached hereto as Exhibit 122 is a true and correct copy of the

23  Resume of Carter Bryant, Bates-numbered M 0001615-16, marked as Deposition

24  Exhibit 20.

25        124.   Attached hereto as Exhibit 123 is a true and correct copy of an

26  e-mail from Isaac Larian to Mercedeh Ward and Paula Treantafelles, dated

27  November 2, 2000, Bates-numbered MGA 0009407 B- 9412 B.

28

1    125.  Attached hereto as Exhibit 124 is a true and correct copy of an

2  e-mail from Paula Treantafelles to Franki Tsang and Judy Rich, dated November 2,

3  2000, Bates-numbered MGA 000422.

4    126.  Attached hereto as Exhibit 125 is a true and correct copy of the

5  Employee Confidential Information and Inventions Agreement signed by Carter

6  Bryant, dated January 4, 1999, Bates-numbered M 0001622.

7    127.  Attached hereto as Exhibit 126 is a true and correct copy of an

8  e-mail from Mercedeh Ward, dated October 30, 2000, Bates-numbered MGA

9  4504698-700.

10    128.  Attached hereto as Exhibit 127 is a true and correct copy of the

11  Proprietary Information Checkout, signed by Carter Bryant, dated October 19, 2000,

12  Bates-numbered M 0001604.

13    129.  Attached hereto as Exhibit 128 is a true and correct copy of the

14  Court's Order Denying MGA's Motion to Compel Discovery As to Issues As to

15  Which Mattel Has Purportedly Waived the Attorney-Client and Work Product

16  Privileges By Claim Assertion, dated April 25, 2008.

17    130.  Attached hereto as Exhibit 129 is a true and correct copy of an

18  e-mail from Isaac Larian to Valerie Grant, dated August 17, 2003, Bates-numbered

19  MGA 3772472-74.

20    131.  Attached hereto as Exhibit 130 is a true and correct copy of an

21  Independent Auditor's Report, dated July 12, 2001, Bates-numbered MGA 7341-51.

22    132.  Attached hereto as Exhibit 131 is a true and correct copy of an

23  Independent Auditor's Report, dated July 12, 2001, Bates-numbered MGA 7352-62.

24    133.  Attached hereto as Exhibit 132 is a true and correct copy of

25  MGA's Consolidated Financial Statements for 2006 and 2005, Bates-numbered

26  MGA 0868707-22.

27

28

1             134.   Attached hereto as Exhibit 133 is a true and correct copy of an

2    e-mail from Jeffrey Hall to Valerie Grant and Isaac Larian, dated September 4,

3    2003, Bates-numbered MGA 1506093.

4             135.   Attached hereto as Exhibit 134 is a true and correct copy of a

5    document Bates-numbered MGA 3787372-97.

6             136.   Attached hereto as Exhibit 135 is a true and correct copy of Isaac

7    and Angela Larian's List of Assets for 2006, Bates-numbered MGA 3787276-77.

8             137.   Attached hereto as Exhibit 136 is a true and correct copy of Isaac

9    Larian's Bank and Investment Accounts, Bates-numbered MGA 3787280-84.

10            138.   Attached hereto as Exhibit 137 is a true and correct copy of an

11   e-mail from Isaac Larian to Haim Saban, dated February 4, 2003, Bates-numbered

12   MGA 1008775-78.

13            139.   Attached hereto as Exhibit 138 is a true and correct copy of an

14   e-mail from Isaac Larian to Victoria O'Connor, dated October 10, 2000, Bates-

15   numbered MGA 004717.

16            140.   Attached hereto as Exhibit 139 is a true and correct copy of an

17   e-mail from Isaac Larian to Paula Treantafelles, Mercedeh Ward, Carter Bryant and

18   Maureen Mullen, dated October 17, 2000, Bates-numbered MGA 0006475 A.

19            141.   Attached hereto as Exhibit 140 is a true and correct copy of a

20   document Bates-numbered MGA 3787400, marked as Deposition Exhibit 1364.

21            142.   Attached hereto as Exhibit 141 is a true and correct copy of a

22   document Bates-numbered MGA 3787372-97, marked as Deposition Exhibit 1354.

23

24

25

26

27

28

1          143.   Attached hereto as Exhibit 142 is a true and correct copy of the

2   [Public Redacted] Declaration of Michael T. Zeller in support of Mattel, Inc.'s

3   Motion to Compel Deposition of Littler Mendelson, P.C. Pursuant to Subpoena,

4   dated December 13, 2007 (without exhibits).

5          144.   Attached hereto as Exhibit 143 is a true and correct copy of a

6   document Bates-numbered MGA 3779227-50, and marked as Exhibit 4502 in this

7   action.

8          145.   Attached hereto as Exhibit 144 is a true and correct copy of

9   document marked as an exhibit to the Second Affirmation of Lee Shiu Cheung dated

10   November 12, 2003, filed in the High Court of the Hong Kong Special

11   Administrative Region, Miscellaneous Proceedings No. 4159 of 2003, Bates-

12   numbered MGA 0885809-13.

13          146.   Attached hereto as Exhibit 145 is a true and correct copy of a

14   Circuit City Receipt, dated October 22, 2000, Bates-numbered Bryant 00787.

15          147.   Attached hereto as Exhibit 146 is a true and correct copy of

16   Mattel's Second Notice of Deposition of MGA Entertainment, Inc. Pursuant to

17   Federal Rule of Civil Procedure 30(b)(6), dated February 1, 2007.

18          148.   Attached hereto as Exhibit 147 is a true and correct copy of

19   MGA Entertainment Inc.'s Opposition to Mattel, Inc.'s Motion to Compel MGA to

20   Produce Witnesses for Deposition Pursuant to Rule 30(b)(6) and for Sanctions,

21   dated April 26, 2007.

22          149.   Attached hereto as Exhibit 148 is a true and correct copy of the

23   Order Granting Mattel Inc.'s Motion to Compel MGA To Produce Witnesses For

24   Deposition Pursuant To Rule 30(b)(6), dated May 16, 2007.

25          150.   Attached hereto as Exhibit 149 is a true and correct copy of

26   Judge Larson's Minute Order dated July 2, 2007.

27          151.   Attached hereto as Exhibit 150 is a true and correct copy of the

28   Order Granting In Part And Denying In Part Mattel's Motion To Enforce Court's

1  Discovery Orders And To Compel; To Overrule Purportedly Improper Instructions;

2  And For Sanctions, dated January 9, 2008.

3          152.   Attached hereto as Exhibit 151 is a true and correct copy of the

4  Expert Rebuttal Report of Lee Loetz, dated March 17, 2008.

5          153.   Attached hereto as Exhibit 152 is a true and correct copy of the

6  G/L Detail, Bates-numbered MGA 3865982-6029.

7          154.   Attached hereto as Exhibit 153 is a true and correct copy of the

8  Order Granting in Part Mattel's Motion to Enforce the Court's Order of May 16,

9  2007, to Compel MGA to Produce Witnesses For Deposition Pursuant to Rule

10  30(b)(6), and Granting Request for Sanctions, dated August 14, 2007.

11          155.   Attached hereto as Exhibit 154 is a true and correct copy of a

12  drawing Bates-numbered BRYANT 00883 and marked as Exhibit 1658 to this

13  action, drawings Bates-numbered BRYANT 00884-5, and a drawing Bates-

14  numbered BRYANT 00886 and marked as Exhibit 1659 to this action.

15          156.   Attached hereto as Exhibit 155 is a true and correct copy of Isaac

16  Larian Total Income Per Tax Returns, Bates-numbered MGA 3787278.

17          157.   Attached hereto as Exhibit 156 is a true and correct copy of an

18  e-mail chain between Mel Woods and Isaac Larian, dated June 26, 2003, Bates-

19  numbered MGA 3772461-74.

20          158.   Attached hereto as Exhibit 157 is a true and correct copy of a

21  document Bates-numbered BRYANT 377.

22          159.   Attached hereto as Exhibit 158 is a true and correct copy of a

23  document Bates-numbered BRYANT 4647.

24          160.   Attached hereto as Exhibit 159 is a true and correct copy of a

25  document Bates-numbered MGA 4033288-310.

26          161.   Attached hereto as Exhibit 160 is a true and correct copy of a

27  document Bates-numbered MGA 0883920-37.

28

1     162. Attached hereto as Exhibit 161 is a true and correct copy of a

2 document Bates-numbered BRYANT 943-44.

3

4     I declare under penalty of perjury under the laws of the United States of

5 America that the foregoing is true and correct.

6     Executed on April 28, 2008, at Los Angeles, California.

7

8

9      Tamar Buchakjian

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

07209/2485785.1

1    **PROOF OF SERVICE**

2        I am employed in the County of Los Angeles, State of California. I am over the age of
     eighteen years and not a party to the within action; my business address is Now Legal Service,
3    1301 W. 2nd Street, Suite 206, Los Angeles, CA 90026.

4        On April 28, 2008, I served true copies of the following document(s) described as
     **DECLARATION OF TAMAR BUCHAKJIAN IN SUPPORT OF MATTEL, INC.'S**
5    **OPPOSITION TO THE MGA PARTIES' MOTIONS IN LIMINE NOS. 1-14 (with exhibits)**
     on the parties in this action as follows:
6

7        Thomas J. Nolan                          Mark E. Overland
         **Skadden, Arps, Slate, Meageher & Flom**  David C. Scheper
         **LLP**                                    Alexander H. Cote
8        300 South Grand Ave., Ste. 3400          **Overland Borenstein Scheper & Kim**
         Los Angeles, CA 90071                    **LLP**
9                                                 601 West Fifth Street, 12th Floor
                                                  Los Angeles, CA 90017
10

11

12   On April 28, 2008, I served true copies of the following document(s) described as
     **DECLARATION OF TAMAR BUCHAKJIAN IN SUPPORT OF MATTEL, INC.'S**
13   **OPPOSITION TO THE MGA PARTIES' MOTIONS IN LIMINE NOS. 1-14 (without**
     **exhibits)** on the parties in this action as follows:
14

15       John W. Keker, Esq.
         Michael H. Page, Esq.
16       Christina M. Anderson, Esq.
         **Keker & Van Nest, LLP**
17       710 Sansome Street
         San Francisco, CA 94111

18

19

20   **BY PERSONAL SERVICE:** I delivered such envelope(s) by hand to the office of the person(s)
     being served.
21

22       I declare that I am employed in the office of a member of the bar of this Court at whose
     direction the service was made.

23       Executed on April 28, 2008, at Los Angeles, California.

24

25                                          Dave Quintana
                                        NOW LEGAL -- Dave Quintana
26

27

28

07209/2485896.1

# PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 865 South Figueroa Street, 10th Floor, Los Angeles, California 90017-2543.

On April 28, 2008, I served true copies of the following document(s) described as **DECLARATION OF TAMAR BUCHAKJIAN IN SUPPORT OF MATTEL, INC.'S OPPOSITION TO THE MGA PARTIES' MOTIONS IN LIMINE NOS. 1-14 (with exhibits)** on the parties in this action as follows:

John W. Keker, Esq.
Michael H. Page, Esq.
Christina M. Anderson, Esq.
**Keker & Van Nest, LLP**
710 Sansome Street
San Francisco, CA 94111

**BY MAIL:** I enclosed the foregoing into sealed envelope(s) addressed as shown above, and I deposited such envelope(s) in the mail at Los Angeles, California. The envelope was mailed with postage thereon fully prepaid.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on April 28, 2008, at Los Angeles, California.

_____
Andrea Hoeven

quinn emanuel

07209/2485896.1

-2-