EXHIBIT 6

DECLARATION OF ERNEST DUTCHER

I, Ernest Dutcher, hereby declare as follows:

1. I am the owner of National Business Appraisers, LLC. I make this declaration from personal knowledge and I could and would competently testify to its contents.

2. In or around October 2000, I was retained to perform an appraisal of the current value of ABC International Traders, Inc. ("ABC") by Ellis Stern for Morad Zarabi for the purpose of a sale of a shareholder's interest. This was the first time I did any work for either Mr. Stern or Mr. Zarabi.

3. After being retained, I spoke with Mr. Zarabi about the appraisal. He advised me that Farhad Larian was selling his interest in ABC. He said that Farhad was not very involved in ABC and was not doing much work for ABC, and that his shares were to be sold to Isaac Larian.

4. During October and early November 2000, I performed the appraisal of ABC utilizing documentation provided to me by Mr. Zarabi and /or Mr. Stern. While performing this appraisal, I was not given any information about the Bratz product line, nor was I told of ABC's plans for the Bratz product line. Thus, I

1

EXHIBIT ___ U

PAGE ___ 116

1  knew nothing about any activity by ABC involving the Bratz

2  product line. For performing this appraisal I was not asked to

3  appraise a Hong Kong company called MGA Entertainment Hong Kong,

4  Limited ("MGAEHK"). Until September 2004, I was unaware shares

5  of this company were part of the sale transaction.

6

7     5.    On or about October 31, 2000 I met with and provided a

8  draft appraisal to Mr. Zarabi which valued ABC as of December

9  31, 1999 at $26,942,000 and valued a 45% shareholder's interest

10 at $12,123,900. A true and correct copy of the draft appraisal

11 from my computer files is attached as Exhibit A. Upon review of

12 the draft appraisal, Mr. Zarabi instructed me to decrease the

13 valuation to get close to $20,000,000. As a result of the

14 meeting and following Mr. Zarabi's instructions, I did the

15 following: lowered the overall growth rates used on Table E;

16 changed the weighing on table C; rounded down the calculated

17 value on Table J; and changed the "Price Trend Factors" on Table

18 H. These changes were made in order to reduce ABC's appraised

19 value from $26,942,000 to $21,600,000 which lowered the value of

20 a 45% shareholder's interest from $12,123,900 to $9,720,000. On

21 or about November 7, 2000 I issued my valuation report for the

22 period ending December 31, 1999 based on the lowered numbers. A

23 true and correct copy of the November 7, 2000 appraisal is

24 attached as Exhibit B.

25

2

000007

EXHIBIT _____ P

PAGE _____ 117

1    6.   At all times during October and November 2000 Mr.

2  Zarabi was fully aware the valuation was being done as of

3  December 31, 1999. In performing the November 7, 2000 appraisal

4  I followed Mr. Zarabi's instructions. At no time in 2000, after

5  receiving the draft appraisal did Mr. Zarabi tell me I should

6  also value MGAEHK, should value ABC as of a date other than

7  December 31, 1999, or that I had not followed his instructions.

8  At no time after receiving the November 7, 2000 appraisal did

9  Mr. Zarabi tell me that by lowering the appraised value I had

10  not followed his instructions.

11

12    7.   Shortly after issuing the November 7, 2000 report, Mr.

13  Stern requested that I send him all of my files concerning the

14  appraisal of ABC. I complied with his request. Among the items I

15  sent to Mr. Stern was the draft appraisal dated October 31, 2000

16  which is attached to this declaration as Exhibit A.

17

18    8.   On February 5, 2003 I was advised by Mr. Stern that

19  the selling shareholder of ABC was complaining about the

20  appraisal dated November 2000 (December 31, 1999 valuation date)

21  because of an undisclosed contract which I later learned is

22  called Bratz. Mr. Stern requested that I look at the issue.

23  Subsequently I met with Mr. Zarabi and his son Robert Zarabi on

24  February 7, 2003 to discuss the appraisal. Morad Zarabi asked me

25  to perform another appraisal of ABC to value it as of December

3-2D

EXHIBIT    O

PAGE    110

1  31, 2000. He did not ask me to include the Bratz contract in my

2  valuation approaches and I was not provided with any information

3  or documentation about revenues and profits generated from the

4  Bratz line, ABC's plans for this line, or the growth potential

5  ABC anticipated from Bratz. I performed the appraisal based on

6  information in my computer file and the 2000-2001 financial

7  statement for ABC provided to me by Mr. Zarabi. I determined a

8  value of $33,805,000 for ABC as of December 31, 2000 and the

9  value of a 45% interest in shareholder equity as $15,212,000.

10

11      9.  Subsequently Mr. Zarabi discussed the 2003 appraisal

12  (December 31, 2000 valuation date) with me. Mr. Zarabi asked me

13  to apply a minority shareholder discount to the valuation

14  determined by the 2003 appraisal to lower the appraised value.

15  As a result I applied a 25% minority shareholder discount which

16  reduced the 45% shareholder interest from $15,212,000 to

17  $11,409,000. However, I advised Mr. Zarabi in my report that the

18  minority discount was not applicable. A true and correct copy of

19  the 2003 appraisal from my computer files is attached as Exhibit

20  C.

21

22      10.  I now believe that the appraisal report dated November

23  7, 2000 which valued ABC as of December 31, 1999 and which

24  contained the value lowered from the draft appraisal is not a

25  supportable opinion.

4

EXHIBIT    6

PAGE    119

11.  Because I did not receive complete information in 2003 which should have been available and should have been provided to me (such as ABC's 2002 sales and profits, ABC's forecasts for 2003 and beyond, and other pertinent and requisite data), I now believe the valuation report dated February 13, 2003 valuing ABC as of December 31, 2000 is also an unsupportable opinion.

12.  At no time when performing appraisals of ABC, was I informed of an extraordinary event in 1998 when Toys R Us stopped buying from MGA for that year. Disclosure of such extraordinary event would have materially increased the appraised values as of December 31, 1999 and December 31, 2000.

13.  On or about April 12, 2004 Mr. Zarabi retained me to perform another appraisal of ABC (renamed MGA Entertainment, Inc.) based on a December 31, 2001 valuation date. From discussions with Mr. Zarabi I understood that his purpose in commissioning this appraisal was to obtain a valuation lower than the 2003 appraisal (Exhibit C - valuation date December 31, 2000). For performing this appraisal, Mr. Zarabi told me the Hallmark deferrals which I had accounted for in my valuation dated February 13, 2003 were no longer applicable. Mr. Zarabi instructed me to exclude and ignore the Hallmark deferrals. Inclusion of such deferrals would have materially increased the

5

000010

5- 20

EXHIBIT _____ U

PAGE _____ 120

1  valuation in the appraisal prepared in 2004. Subsequently I

2  prepared a draft appraisal with a December 31, 2001 valuation

3  date which I submitted to Mr. Zarabi in early May 2004. A true

4  and correct copy of that appraisal dated May 1, 2004 is attached

5  as Exhibit D. As of April 29, 2004 I had discussed this

6  appraisal with Mr. Ellis Stern. As of April 29, 2004 Mr. Ellis

7  Stern was aware that this appraisal (Exhibit D) had been

8  prepared and existed.

9

10      14.  In early 2004 I was subpoenaed by Farhad Larian to

11 produce my records in a lawsuit against Isaac Larian. I had

12 previously turned over my records of the appraisals to Mr. Ellis

13 Stern. On or about May 17, 2004 I met with Mr. Stern who

14 informed me that my records of the 2000 appraisal were being

15 turned over to Farhad Larian, but that data relating to the

16 subsequent appraisals were going to be withheld.  He also asked

17 that I provide him with my electronic files relating to all

18 appraisals of ABC. I complied and on May 18, 2004 provided Mr.

19 Stern with a computer disk containing the electronic files. On

20 May 18, 2004 I also met with Mr. Morad Zarabi.

21

22     15.  Subsequently, from discussions with Mr. Ellis Stern, I

23 learned that the initial draft appraisal of ABC prepared in 2000

24 - which Mr. Stern had a copy of (Exhibit A) - had not been

25 produced to Farhad Larian. From discussions with both Mr. Ellis

6

EXHIBIT _____ Q

PAGE _____ 121

1  Stern and Mr. Morad Zarabi I understood that they wanted the
2  draft appraisal concealed. I believe the reason for wanting this
3  draft concealed was the fact that in preparing the appraisal
4  report dated November 7, 2000 (Exhibit B), Mr. Zarabi had
5  instructed me to modify the draft appraisal and to decrease the
6  appraised value to get close to $20,000,000. Some time in 2004
7  Mr. Ellis Stern advised me to erase all draft appraisal reports
8  from my computer files. I attempted to erase all draft appraisal
9  reports from my computer files. However, one file copy of the
10  draft appraisal remained on a separate disk.
11
12      16. On September 1, 2004 Mr. Stern emailed me about his
13  telephone conversation earlier that day with Farhad's attorneys.
14  Mr. Stern reported that in reference to my electronic records of
15  ABC's appraisals, he had told Farhad's attorneys that I "no
16  longer maintain such electronic records". Mr. Stern's statement
17  to Farhad's attorney was untrue. I had provided Mr. Stern copies
18  of my electronic records of ABC's appraisals on May 18, 2004.
19
20      17.  In September 2004, Mr. Stern advised me he will
21  represent me along with Mr. Zarabi in connection with the
22  disputes between ABC's shareholders and I agreed.
23
24      18.  Subsequent to first being engaged by Mr. Stern and Mr.
25  Zarabi in October 2000, in addition to the three appraisals of

7

EXHIBIT ___6___

PAGE ___122___

1  ABC and MGA, I have performed two appraisals for Mr. Zarabi of

2  his own company - Piege Co., DBA Felina Lingerie. I have also

3  performed two other appraisals for Mr. Stern. For the first

4  appraisal of ABC my base fee was $8,500. For the first appraisal

5  of Piege Co., my base fee was $7,500.

6

7     I declare under penalty of perjury under the laws of the

8  State of California and the United States of America that the

9  foregoing facts are true and correct, executed this _7th_ day of

10  January 2005 at Los Angeles County, California.

11

12

13                              Ernest Dutcher

14

15

16

17

18

19

20

21

22

23

24

25

26

27

8
000013

Exhibit A
Page 1 of 15

| | | | TABLE A | | | Job No. 1118ABCV | | |
| CONFIDENTIAL DRAFT ABC | | | FIVE YEAR COMPARATIVE BALANCE SHEET | | | Appr Date 31-Dec-99 | | |
| | | | F/Y End December 31 | | | Run Date 12/14/04 | | |
| | | | ($000) | | | | | |

| ASSETS | FYE 8/31 1995* | % | 1996 | % | 1997 | % | 1998 | % | 1999 | % |
|---|---|---|---|---|---|---|---|---|---|---|
| Current assets | | | | | | | | | | |
| Cash & equivalents | $16 | 0.1 | $438 | 2.5 | $797 | 3.8 | $860 | 5.1 | ($79) | -0.4 |
| Accounts Receivable-Trade | 11,729 | 40.9 | 3,760 | 21.8 | 10,067 | 47.7 | 7,614 | 44.8 | 11,154 | 63.5 |
| Inventories | 14,534 | 50.7 | 11,677 | 67.7 | 8,663 | 41.0 | 7,400 | 43.6 | 5,834 | 33.2 |
| Due from affiliate | 417 | 1.5 | 143 | 0.8 | 171 | 0.8 | – | 0.0 | (320) | -1.8 |
| Prepaid Expenses & Other | 1,112 | 3.9 | 786 | 4.6 | 768 | 3.6 | 379 | 2.2 | 373 | 2.1 |
| | | | | | | | | | | |
| Total Current | $27,808 | 97.0 | $16,804 | 97.4 | $20,466 | 96.9 | $16,253 | 95.7 | $16,962 | 96.6 |
| | | | | | | | | | | |
| Property & Equipment | | | | | | | | | | |
| Machinery & Equipment | 1,687 | 5.9 | $1,759 | 10.2 | $2,369 | 11.2 | $3,621 | 21.3 | $1,409 | 8.0 |
| Leasehold Improvements | 86 | | 86 | | 86 | | 86 | | 86 | |
| Less Accum. Depr. | (899) | -3.1 | (1,399) | -8.1 | (1,800) | -8.5 | (2,977) | -17.5 | (900) | -5.1 |
| | | | | | | | | | | |
| Net Fixed Assets | $874 | 3.0 | $446 | 2.6 | $655 | 3.1 | $730 | 4.3 | $595 | 3.4 |
| | | | | | | | | | | |
| Deposits & other | | 0.0 | | 0.0 | | 0.0 | | 0.0 | | 0.0 |
| | | | | | | | | | | |
| TOTAL ASSETS | $28,682 | 100.0 | $17,250 | 100.0 | $21,121 | 100.0 | $16,983 | 100.0 | $17,557 | 100.0 |

* Changed from a fiscal year ending of 8/31 to calendar year ending of 12/31. This information is from the fiscal year of 9/1/94 to 8/31/95.

000001.4

EXHIBIT _____

PAGE _____ 124

CONFIDENTIAL DRAFT

**TABLE A-1**
**FIVE YEAR COMPARATIVE BALANCE SHEET**
FIY End December 31
($000)

Job No. 111RABCV
Appr Date  12/31/99
Run Date  12/16/04

### LIABILITIES & SHAREHOLDERS EQUITY

| | 1995 | % | 1996 | % | 1997 | % | 1998 | % | 1999 | % |
|---|---|---|---|---|---|---|---|---|---|---|
| **Current Liabilities** | | | | | | | | | | |
| Accounts Payable & Accrued | $ 3,588 | 12.5 | $ 2,222 | 41.9 | $ 11,134 | 52.1 | $ 6,904 | 40.7 | $ 6,611 | 37.7 |
| Bank Line-Revolving | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 |
| Current Port. L T Debt | | 0.0 | 36 | 0.2 | 38 | 0.2 | 38 | 0.2 | 0 | 0.0 |
| Other current | 11,886 | 40.0 | 3 | 0.0 | 45 | 0.2 | 131 | 0.8 | 0 | 0.0 |
| Total current liabilities | $15,874 | 52.6 | $ 7,261 | 42.1 | $ 11,217 | 53.1 | $ 7,073 | 41.6 | $ 6,611 | 37.7 |
| **Long Term Liabilities** | | | | | | | | | | |
| Notes payable to bank | $ - | 0.0 | $ 5,950 | 34.5 | $ 3,175 | 15.0 | $ 5,231 | 30.8 | $ 2,129 | 12.1 |
| Long term debt, less current | 1,305 | 4.5 | | 0.0 | | 0.0 | | 0.0 | 0 | 0.0 |
| Subordinated notes payable & other | 3,728 | 13.0 | 2,718 | 15.8 | 3,028 | 14.3 | 3,247 | 19.1 | 3,255 | 18.5 |
| Total long term liabilities | $ 5,033 | 17.5 | $ 8,668 | 50.2 | $ 6,203 | 29.4 | $ 8,478 | 49.9 | $ 5,384 | 30.7 |
| **Total Liabilities** | $20,107 | 70.1 | $ 15,929 | 92.3 | $ 17,420 | 82.5 | $15,551 | 91.6 | $ 11,995 | 68.3 |
| **Shareholders Equity** | $ 8,575 | 29.9 | $ 1,321 | 7.7 | $ 3,701 | 17.5 | $ 1,432 | 8.4 | $ 5,562 | 31.7 |
| **Total Liabilities & Shareholders Equity** | $28,682 | 100.0 | $ 17,250 | 100.0 | $ 21,121 | 100.0 | $16,983 | 100.0 | $ 17,557 | 100.0 |
| Current Ratio | 1.81 | | 2.31 | - | 1.82 | | 2.30 | | 2.57 | |
| Quick Ratio | 0.78 | | 0.58 | | 0.97 | | 1.20 | | 1.68 | |
| L T Debt / Net Worth | 0.59 | | 6.56 | | 1.68 | | 5.92 | | 0.97 | |
| Working Capital | $12,734 | 44.4 | $ 9,543 | 55.3 | $ 9,249 | 43.8 | $ 9,180 | 54.1 | $ 10,351 | 59.0 |

| IMPLIED WORKING CAPITAL | Included in Business Enterprise Value | | | | |
|---|---|---|---|---|---|
| Net Revenues | $ 64,141 | $ 46,940 | $ 55,315 | $ 40,732 | $ 66,330 |
| WC as a percent of revenues * | 14.29% | 14.29% | 14.29% | 14.29% | 14.29% |
| Implied working capital | $ 9,163 | $ 6,711 | $ 7,902 | $ 5,819 | $ 9,479 |

* Robert Morris Associates SIC #5944, Games, Toys etc.

EXHIBIT _6_
PAGE _125_

CONFIDENTIAL DRAFT

**TABLE B**
**FIVE YEAR COMPARATIVE INCOME STATEMENT**
F/Y End December 31
($000)

Job No. 1118ABCV
App Date 31-Dec-99
Run Date 12/14/04

ABC INTERNATIONAL TRADERS, INC.

| | (1) 1995 | % | 1996 | % | 1997 | % | 1998 | % | 1999 | % |
|---|---|---|---|---|---|---|---|---|---|---|
| **REVENUES - NET** | $ 64,141 | 100.0 | $ 46,910 | 100.0 | $ 55,315 | 100.0 | $ 40,232 | 100.0 | $ 66,350 | 100.0 |
| Less cost of sales | 46,011 | 71.7 | 36,834 | 78.4 | 40,032 | 72.4 | 26,093 | 64.1 | 43,724 | 65.9 |
| **GROSS PROFIT** | $ 18,130 | 28.3 | $ 10,146 | 21.6 | -$ 15,283 | 27.6 | $ 14,639 | 35.9 | $ 22,626 | 34.1 |
| Other income (loss) | 714 | 1.1 | (738) | -1.6 | 28 | 0.1 | (253) | -0.6 | 350 | 0.5 |
| **TOTAL INCOME** | $ 18,844 | 29.4 | $ 9,408 | 20.0 | $ 15,311 | 27.7 | $ 14,386 | 35.3 | $ 22,976 | 34.6 |
| **EXPENSES** | | | | | | | | | | |
| Advertising & promotion | $ 1,896 | 3.0 | $ 2,936 | 6.2 | $ 2,992 | 5.4 | $ 3,198 | 9.6 | $ 4,367 | 6.6 |
| Automobile expense | 49 | 0.1 | 74 | 0.2 | 47 | 0.1 | 64 | 0.2 | 67 | 0.1 |
| Bad debts | 488 | 0.8 | 289 | 0.6 | (6) | 0.0 | | 0.0 | 30 | 0.0 |
| Bank charges | 205 | 0.3 | 312 | 0.7 | 294 | 0.5 | 181 | 0.4 | 396 | 0.3 |
| Commissions | 1,925 | 3.0 | 1,942 | 4.1 | 2,535 | 4.6 | 2,168 | 5.3 | 2,487 | 3.7 |
| Data processing & supplies | 66 | 0.1 | 22 | 0.0 | 27 | 0.0 | 64 | 0.2 | 66 | 0.1 |
| Depreciation | 228 | 0.4 | 732 | 1.6 | 585 | 1.1 | 589 | 1.4 | 540 | 0.8 |
| Delivery, postage | 72 | 0.1 | 130 | 0.3 | 242 | 0.4 | 191 | 0.5 | 323 | 0.5 |
| Insurance | 346 | 0.5 | 329 | 0.7 | 227 | 0.4 | 305 | 0.7 | 386 | 0.6 |
| Interest Expense | 917 | 1.4 | 663 | 1.4 | 390 | 0.7 | 552 | 1.4 | 842 | 1.3 |
| Legal, professional & accounting | 575 | 0.9 | 343 | 0.7 | 1,225 | 2.2 | 1,681 | 4.1 | 1,199 | 1.8 |
| Miscellaneous other | 141 | 0.2 | 187 | 0.4 | 105 | 0.2 | 359 | 0.9 | 62 | 0.1 |
| Molds | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 | 508 | 0.8 |
| Office Expenses | 53 | 0.1 | 77 | 0.2 | 61 | 0.1 | 71 | 0.2 | 132 | 0.2 |
| Product development | 911 | 1.4 | 1,028 | 2.2 | 463 | 0.8 | 1,008 | 2.5 | 1,711 | 2.6 |
| Rents | 637 | 1.0 | 467 | 1.0 | 346 | 0.6 | 382 | 0.9 | 455 | 0.7 |
| Repair & maintenance | 15 | 0.0 | 11 | 0.0 | 11 | 0.0 | 22 | 0.1 | | 0.0 |
| Salaries, officers | 1,394 | 2.2 | 696 | 1.5 | 704 | 1.3 | 1,101 | 2.7 | 1,194 | 1.8 |
| Salaries & wages | 2,316 | 3.6 | 2,009 | 4.3 | 2,184 | 4.1 | 2,223 | 5.5 | 3,179 | 4.8 |
| Taxes & licenses | 51 | 0.1 | 27 | 0.1 | 217 | 0.4 | 39 | 0.1 | 61 | 0.1 |
| Taxes, payroll | 121 | 0.2 | 220 | 0.5 | 176 | 0.3 | 219 | 0.5 | 254 | 0.4 |
| Telephone | 160 | 0.2 | 219 | 0.5 | 188 | 0.3 | 166 | 0.4 | 214 | 0.3 |
| Travel & entertainment | 251 | 0.4 | 341 | 0.7 | 226 | 0.4 | 277 | 0.7 | 399 | 0.6 |
| Utilities | 56 | 0.1 | 36 | 0.1 | 32 | 0.1 | 30 | 0.1 | 35 | 0.1 |
| **TOTAL EXPENSES** | $ 12,823 | 20.0 | $ 13,060 | 27.8 | $ 13,371 | 24.2 | $ 15,613 | 38.3 | $ 18,707 | 28.2 |
| **PRETAX INCOME** | $ 6,021 | 9.4 | $ (3,652) | -7.8 | $ 1,940 | 3.5 | $ (1,227) | -3.0 | $ 4,269 | 6.4 |
| Add Depreciation/Amort | 228 | 0.4 | 732 | 1.6 | 585 | 1.1 | 589 | 1.4 | 540 | 0.8 |
| **PRETAX CASH FLOW (2)** | $ 6,249 | 9.3 | $ (2,920) | -6.2 | $ 2,525 | 4.6 | $ (638) | -1.6 | $ 4,809 | 7.2 |
| Add Interest Charges | 917 | 1.4 | 663 | 1.4 | 390 | 0.7 | 552 | 1.4 | 842 | 1.3 |
| **EBIDT (3)** | $ 7,166 | 11.2 | $ (2,257) | -4.8 | $ 2,915 | 5.3 | $ (86) | -0.2 | $ 5,651 | 8.5 |

(1) Changed from a fiscal year ending of 8/31 to calendar year ending of 12/31. This information is from the fiscal year of 9/1/94 to 8/31/95.
(2) Pretax income plus depreciation.
(3) Pretax cash flow plus interest charges.

000016

EXHIBIT _____
PAGE _____

CONFIDENTIAL DRAFT

**TABLE C**
**INCOME STATEMENT ADJUSTMENTS**
**FY End December 31**
**($000)**

ABC INTERNATIONAL TRADERS, INC.

Job No. 1118ABCV
Appr Date 12/31/1999
Run Date 12/14/04

| | FYE Ending 8/31/1995 | % | 1996 | % | 1997 | % | 1998 | % | 1999 | % |
|---|---|---|---|---|---|---|---|---|---|---|
| REVENUES - NET | $ 64,141 | 100.0 | $ 46,980 | 100.0 | $ 55,315 | 100.0 | $ 40,732 | 100.0 | $ 66,350 | 100.0 |
| OPERATING INCOME (EBDIT) | $ 7,166 | 11.2 | $ (2,257) | (4.8) | $ 2,915 | 5.3 | $ (86) | (0.2) | $ 5,652 | 8.5 |
| ADJUSTMENTS TO INCOME | | | | | | | | | | |
| Legal, professional & accounting | 575 | 0.9 | 343 | 0.7 | 1,225 | 2.2 | 1,681 | 4.1 | 1,199 | 1.8 |
| Molds (s/b capitalized) | 0 | - | 0 | - | 0 | - | 0 | - | 508 | 0.8 |
| Salaries, Officers | 1,394 | 2.2 | 696 | 1.5 | 704 | 1.3 | 1,104 | 2.7 | 1,194 | 1.8 |
| Traveling Expenses | 251 | 0.4 | 341 | 0.7 | 226 | 0.4 | 277 | 0.7 | 399 | 0.6 |
| TOTAL ADJUSTMENTS TO INCOME | $ 2,220 | 3.5 | $ 1,380 | 3.0 | $ 2,155 | 3.9 | $ 3,062 | 7.5 | $ 3,300 | 5.0 |
| SUBTOTAL | $ 9,386 | 14.6 | $ (877) | (1.9) | $ 5,070 | 9.2 | $ 2,976 | 7.3 | $ 8,951 | 13.5 |
| LESS REASONABLE EXPENSES | | | | | | | | | | |
| Legal, professional & accounting 0.75% | 481 | 0.8 | 352 | 0.8 | 415 | 0.8 | 305 | 0.8 | 498 | 0.8 |
| Molds (s/b capitalized) | 0 | - | 0 | - | 0 | - | 0 | - | 0 | - |
| Salaries, Officers 1.50% | 962 | 1.5 | 705 | 1.5 | 830 | 1.5 | 611 | 1.5 | 995 | 1.5 |
| Traveling Expenses 0.60% | 385 | 0.6 | 282 | 0.6 | 332 | 0.6 | 244 | 0.6 | 398 | 0.6 |
| ADJUSTED PRETAX INCOME | $ 7,043 | 12.1 | $ (1,934) | (4.1) | $ 3,825 | 6.9 | $ 2,060 | 5.1 | $ 7,458 | 11.2 |
| Add Back Depreciation | 228 | 0.4 | 732 | 1.6 | 585 | 1.1 | 589 | 1.4 | 540 | 0.8 |
| ADJUSTED PRETAX CASH FLOW | $ 8,171 | 12.7 | $ (1,202) | (2.6) | $ 4,410 | 8.0 | $ 2,649 | 6.5 | $ 7,998 | 12.1 |
| Add Back Interest Expense | 917 | 1.4 | 663 | 1.4 | 390 | 0.7 | 552 | 1.4 | 842 | 1.3 |
| ADJUSTED EBDIT (1) | $ 9,088 | 14.2 | $ (539) | (1.1) | $ 4,800 | 8.7 | $ 3,201 | 7.9 | $ 8,840 | 13.3 |
| EBDIT AS % OF SALES | | 14.2 | | (1.1) | | 8.7 | | 7.9 | | 13.3 |
| Weighting | | | | | | 4.0 | | 4.0 | | 2.0 |
| Product - 3 Columns | 93 | - | | - | 34.7 | | 31.4 | | 26.6 | |
| Divisor = Sum of Weights | 10 | | | | | | | | | |
| WEIGHTED AVERAGE EBDIT | 9.3 | Percent (Used in Table E) | | | | | | | | |

Exhibit A
Page 4 of 15

000017

EXHIBIT

PAGE

| CONFIDENTIAL DRAFT | | | TABLE D-1<br>ADJUSTED BOOK VALUE<br>F/Y End December 31<br>($000) | | | 1118ABCV<br>05/15/00 | |
|---|---|---|---|---|---|---|---|
| ABC | Book<br>31-Dec-99 | % | Adjustments<br>31-Dec-99 | % | Adjusted<br>31-Dec-99 | % |
| **Current Assets** | | | | | | | |
| Cash & equivalents | (79) | -0.5 | $79 | NM | 50 | 0.0 |
| Accounts Receivable-Trade | 11,154 | 65.8 | (11,154) | NM | 0 | 0.0 |
| Inventories | 5,834 | 34.4 | (5,834) | NM | 0 | 0.0 |
| Due from affiliate | (320) | | | | | |
| Prepaid Expenses & Other | 373 | 2.2 | (373) | | | |
| Implied Working Capital | - | 0.0 | 9,480 | NM | 9,480 | 30.1 |
| Total Current Assets | 16,962 | 100.0 | (57,602) | NM | 59,480 | 30.1 |
| **Fixed Assets as Appraised** | | | | | | | |
| Automotive Equipment | 0 | 0.0 | 15 | | 15 | 0.0 |
| Computer Equipment | 0 | 0.0 | 205 | | 205 | 0.7 |
| Furniture & Fixtures | 0 | 0.0 | 28 | | 28 | 0.1 |
| Leasehold Equipment | 0 | 0.0 | 31 | | 31 | 0.1 |
| Machinery & Equipment | 0 | 0.0 | 5 | | 5 | 0.0 |
| Molds & Tooling | 0 | 0.0 | 1,380 | | 1,381 | 4.4 |
| Office Equipment | 0 | 0.0 | 6 | | | - |
| Net Fixed Assets | (0) | 0.0 | 0 | | 1,666 | 5.3 |
| INTANGIBLE ASSETS | - | 0.0 | $20,309 | NM | 20,309 | 64.6 |
| BUSINESS ENTERPRISE VALUE | 16,962 | 100.0 | | NM | 31,455 | 100.0 |

The right hand column represents the assets included in "Business Enterprise Value"(BEV). This represents
the value of the assets required for normal business operations. To convert this number to Total Asset Value,
subtract the Implied Working Capital. This will yield "Basic Business Value", or the value of the fixed, intang-
ible and other assets only. See Table D-2 for calculations of Adusted Book Value.

EXHIBIT ___ 6 ___

PAGE ___ 128 ___

Exhibit A
Page 6 of 15

00001.9

TABLE D-2                               1118ABCV
ADJUSTED BOOK VALUE                      12/31/99
F/Y End December 31

| | | |
|---|---|---|
| MARKET VALUE OF BUSINESS ENTERPRISE | $ | 31,455 |
| Less Implied Working Capital | | (9,480) |
| | | ------------ |
| BASIC BUSINESS VALUE    Fixed Plus Intangibles | $ | 21,975 |
| Less Fixed Assets as Appraised | | (1,666) |
| | | ------------ |
| MARKET VALUE OF INTANGIBLES (GOODWILL) | $ | 20,309 |
| Add Fixed & Other Assets as Appraised (Table H) | | 1,666 |
| Add Current Assets at 12/31/99 (Table A) | | 16,962 |
| | | ------------ |
| ADJUSTED TOTAL ASSET VALUE | $ | 38,937 |
| Less Total Liabilities at 12/31/99 (Table A-1) | | (11,995) |
| | | |
| ADJUSTED SHAREHOLDER EQUITY | $ | 26,942 |

See Table J for final conclusion.

EXHIBIT ____
PAGE ____

| CONFIDENTIAL DRAFT ABC | | TABLE E INCOME APPROACH FY Ending Sept 30 ($000) | | | Job No. 1118ABCV Appr Date 31-Dec-99 Run Date 12/14/04 | |
|---|---|---|---|---|---|---|
| | 2000 | 2001 | 2002 | 2003 | 2004 | Reversion |
| FORECAST REVENUE GROWT | 5.00% | 5.00% | 5.00% | 5.00% | 5.00% | 5.00% |
| FORECAST OF REVENUE | $69,668 | $73,151 | $76,808 | $80,649 | $84,681 | |
| EBDIT as % of Revenues * | 9.3% | 9.3% | 9.3% | 9.3% | 9.3% | |
| EBDIT * | $6,464 | $6,788 | $7,127 | $7,483 | $7,858 | |
| Less Capital Equipment Reserve | (464) | (488) | (512) | (538) | (564) | |
| Less Working Capital (1) | (9,480) | (498) | (523) | (549) | (576) | |
| DISTRIBUTABLE CASH FLOW | ($3,480) | $5,803 | $6,093 | $6,397 | $6,717 | $6,885 |
| REVERSIONARY VALUE | | | | Factor (3) | 8.750 | $60,244 |
| Discount Rate (Table F) | 20.75% | 20.75% | 20.75% | 20.75% | 20.75% | 20.75% |
| Period Factor | 0.50 | 1.50 | 2.50 | 3.50 | 4.50 | 5.00 |
| Multiplier | 0.910 | 0.754 | 0.624 | 0.517 | 0.428 | 0.390 |
| NPV OF DIST. CASH FLOWS | ($3,167) | $4,373 | $3,803 | $3,307 | $2,875 | $23,468 |

NPV OF DISTRIBUTABLE CASH FLOW FOR FIRST FIVE YEARS        $11,191
NPV OF REVERSIONARY VALUE                                  23,468
                                                          ─────────
                                                          $34,659

MARKET VALUE OF ENTERPRISE BY THE INCOME APPROACH    Rounded    $34,650

(1) Estimated percent of annual revenue growth required for working capital----> Reference - RI    14.29%
Annual Statement Studies.

(2) Income to be capped at end of 5th year was calculated by estimating 6th year's income considering a future growth of 5%, and averaging with the 5th year. This adjusts the fifth year from mid-year to the expected end-of-year-revenues.

(3) Calculated with the following formula: Cap Rate = (1+G)/(R-G), where G = estimated future growth rate (5%)
R = wtd avg cost of capital (20.5%). (1+.05) / (.205 -.05) or 1.05/.15  =    8.750    or    11.43%

* Earnings Before Depreciation & Amortization, Interest and Taxes. (See Table C).

Exhibit A
Page 7 of 15

EXHIBIT _____ 6
PAGE _____ 130

| CONFIDENTIAL DRAFT | TABLE F | | Job No. 1118ABCV | |
|---|---|---|---|---|
| | CAPITAL ASSET PRICING MODEL | | Appr Date | 31-Dec-99 |
| | (CAPM) | | Run Date | 12/14/04 |

**ABC INTERNATIONAL TRADERS, INC.**

### KEY ASSUMPTIONS .

| | | |
|---|---|---|
| Cost of debt - pretax (1) | | 11.00% |
| Federal tax rate (2) | Pretax Basis | 0.00% |
| State tax rate | | 0.00% |
| Combined marginal tax rate | Pretax Basis | 0.00% |
| Long-term treasury bond rate | | 6.00% |
| Market average beta | | 0.92 |
| Market average percent of equity | | 72.00% |
| Market average percent of debt | | 28.00% |

| WEIGHTED AVG COST OF CAPITAL | 20.72% | Rounded | 20.75% |
|---|---|---|---|
| Formula: (1-T)*(Kd)(D)+(Ke)(E) | | | |
| T = Tax rate | | | 0.00% |
| Kd = Cost of debt | | | 11.00% |
| D = Proportion of debt in total capital | | | 28.00% |
| Ke = Cost of equity | | | 24.50% |
| E = Proportion of equity | | | 72.00% |

| COST OF EQUITY CAPITAL | 24.57% | Rounded | 24.50% |
|---|---|---|---|
| Formula: Ke = ((B*Rp)+Rs)+Rt | | | |
| Rf = Rate of return on risk-free security (3) | | | 5.00% |
| Rp = Risk premium (Rm - Rf) | | | 12.10% |
| Rs = Company-specific risk premium (4) | | | 7.50% |
| Rt = Current return on 30 Year treasury bills | | | 6.00% |
| B = Industry beta (5) | | | 0.92 |
| Rm = Market return (6) | | | 17.10% |

*Ibbotson Industry Studies for SIC Code 3944, Games, Toys, and Children's Vehicles

(1) Company's estimated cost of interest-bearing debt.

(2) Valuation based upon after tax income streams.

(3) Ibbotson & Associates Report 1926-1999, "Arithmetic Mean of Annual Returns for Long-Term U.S. Treasury Bonds" (riskless).

(4) Additional risk factor to adjust for specific risks of the subject company and industry.

(5) A measure of risk (variability) of common stocks in the industry. (Ibbotson Industry Studies for SIC Code 3944, Games, Toys, and Children's Vehicles)

(6) Ibbotson & Associates Report 1926-1997, "Arithmetic Mean of Annual Returns for The Common Stock of Small Companies".

Exhibit A
Page 8 of 15

EXHIBIT _____ 6

PAGE _____ 131

CONFIDENTIAL DRAFT          TABLE G               Job No. 1118ABCV
                           EXCESS EARNINGS APPROACH .  Appr Date 31-Dec-99
                                  ($000)                Run Date  14-Dec-04

ABC
EARNINGS BEFORE CAPITAL CHARGES                                     $6,464

| CAPITAL CHARGES Economic Depreciation | Appraised Value | Est Life | | Return Of | |
|---|---|---|---|---|---|
| Automotive Equipment | $ 15 | 10 | Yrs | 2 | |
| Computer Equipment | 205 | 5 | Yrs | 41 | |
| Furniture & Fixtures | 28 | 15 | Yrs | 2 | |
| Leasehold Equipment | 31 | 10 | Yrs | 3 | |
| Machinery & Equipment | 5 | 10 | Yrs | 1 | |
| Molds & Tooling | 1,380 | 3 | Yrs | 460 | |
| Office Equipment | 6 | 10 | Yrs | 1 | |
| Fixed Assets at Cost | $ 1,672 | 3.6 | | $464 | $ (464) |

| Economic Return | Adjusted Book | % | Return On | |
|---|---|---|---|---|
| Working Capital | $ 9,480 | 11.0% | $ 1,043 | |
| Automotive Equipment | 15 | 15.0% | 2 | |
| Computer Equipment | 205 | 20.0% | 41 | |
| Furniture & Fixtures | 28 | 15.0% | 4 | |
| Leasehold Equipment | 31 | 20.0% | 6 | |
| Machinery & Equipment | 5 | 12.5% | 1 | |
| Molds & Tooling | 1,380 | 15.0% | 207 | |
| Office Equipment | 6 | 15.0% | 1 | |
| Adj. Tangible Net W. | $ 11,152 | | $ 1,305 | $ (1,305) |

TOTAL EXCESS EARNINGS                                              $  4,695

Excess Earnings Cap Rate                          19.5% *          $ 24,077
Add Tangible Assets                                                 11,152

BUSINESS ENTERPRISE VALUE BY EXCESS EARNINGS METHOD  $ 35,228

                                               Rounded             $ 35,250

*Equity Discount Rate minus future growth rate.

EXHIBIT _____

PAGE _____

Exhibit A
Page 10 of 15

| AUC INTERNATIONAL TRADERS, INC. | | | | | TABLE II | | | | | | | Appraisal Date | 12/31/99 |
| 16730 Schoenborn Street | | | | | FIXED ASSET APPRAISAL | | | | | | | Original Cost | S2.417 |
| North Hills, CA 91343-6122 | | | | | FROM DEPRECIATION SCHEDULES | | | | | | | Depreciated Replacement Cost New | S1.672 |

| Owned - Entry Item Leased Order No. | | | DESCRIPTION | Qty | Valuation Date | Orig Cost* ($) | Est Econ Life | Yrs In Use | Rem Econ Life | Price Trend Factor | Repl Cost New | Est'd Rmng Life | Fair Market Value |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| OWNED | 12 | 1 | TRUCK | 1 | AR | 01-Aug-93 | 35,951 | 10.0 | 6.4 | 3.6 | 1.202 | 43,213 | 36% | 15,474 |
| OWNED | 17 | 1 | COMPUTER | 1 | CR | 15-Oct-93 | 1,120 | 5.0 | 6.2 | (1.2) | 0.300 | 336 | -24% | 0 |
| OWNED | 18 | 1 | COMPUTER | 1 | CE | 15-Jul-94 | 750 | 5.0 | 5.5 | (0.5) | 0.400 | 300 | -9% | 0 |
| OWNED | 27 | 1 | COMPUTER | 1 | CE | 01-Oct-94 | 5,727 | 5.0 | 5.3 | (0.3) | 0.400 | 2,291 | -5% | 0 |
| OWNED | 59 | 1 | COMPUTER | 1 | CE | 01-Oct-94 | 1,476 | 5.0 | 5.3 | (0.3) | 0.400 | 590 | -5% | 0 |
| OWNED | 28 | 1 | COMPUTER | 1 | CE | 01-Dec-94 | 20,393 | 5.0 | 5.1 | (0.1) | 0.400 | 8,157 | -2% | 0 |
| OWNED | 29 | 1 | COMPUTER | 1 | CR | 01-Mar-95 | 22,714 | 5.0 | 4.8 | 0.2 | 0.500 | 11,357 | 3% | 367 |
| OWNED | 30 | 1 | COMPUTER | 1 | CE | 01-Jun-95 | 18,174 | 5.0 | 4.6 | 0.4 | 0.500 | 9,087 | 8% | 752 |
| OWNED | 31 | 1 | COMPUTER | 1 | CE | 15-Oct-95 | 10,448 | 5.0 | 4.2 | 0.8 | 0.500 | 5,224 | 16% | 872 |
| OWNED | 32 | 1 | COMPUTER | 1 | CR | 15-Nov-95 | 15,360 | 5.0 | 4.1 | 0.9 | 0.500 | 7,680 | 17% | 1,338 |
| OWNED | 33 | 1 | COMPUTER | 1 | CE | 15-Dec-95 | 4,923 | 5.0 | 4.0 | 1.0 | 0.500 | 2,462 | 19% | 469 |
| OWNED | 37 | 1 | COMPUTER | 1 | CE | 15-Dec-95 | 9,975 | 5.0 | 4.0 | 1.0 | 0.500 | 4,988 | 19% | 951 |
| OWNED | 38 | 1 | COMPUTER | 1 | CE | 01-Jul-96 | 8,445 | 5.0 | 3.5 | 1.5 | 0.600 | 5,067 | 30% | 1,519 |
| OWNED | 60 | 1 | COMPUTER | 1 | CE | 01-Jul-96 | 211,405 | 5.0 | 3.5 | 1.5 | 0.600 | 126,843 | 30% | 38,018 |
| OWNED | 61 | 1 | COMPUTER | 1 | CR | 01-Jul-96 | 1,389 | 5.0 | 3.5 | 1.5 | 0.600 | 783 | 30% | 235 |
| OWNED | 41 | 1 | COMPUTER | 1 | CE | 01-Jul-97 | 27,505 | 5.0 | 2.5 | 2.5 | 0.700 | 19,254 | 50% | 9,621 |
| OWNED | 62 | 1 | COMPUTER | 1 | CE | 01-Jul-97 | 2,762 | 5.0 | 2.5 | 2.5 | 0.700 | 1,933 | 50% | 966 |
| OWNED | 63 | 1 | COMPUTER | 1 | CR | 01-Jun-98 | 39,597 | 5.0 | 1.6 | 3.4 | 0.800 | 31,678 | 68% | 21,645 |
| OWNED | 45 | 1 | COMPUTER | 1 | CE | 01-Jun-98 | 36,668 | 5.0 | 1.5 | 3.5 | 0.800 | 29,334 | 70% | 20,526 |
| OWNED | 46 | 1 | COMPUTER | 1 | CR | 01-Jan-99 | 91,563 | 5.0 | 1.0 | 4.0 | 0.900 | 82,409 | 80% | 65,922 |
| OWNED | 47 | 1 | COMPUTER | 1 | CE | 01-Feb-99 | 11,243 | 5.0 | 0.9 | 4.1 | 0.900 | 10,119 | 82% | 8,272 |
| OWNED | 48 | 1 | COMPUTER | 1 | CR | 01-Mar-99 | 4,000 | 5.0 | 0.8 | 4.2 | 0.900 | 3,600 | 83% | 2,998 |
| OWNED | 49 | 1 | COMPUTER | 1 | CR | 01-Mar-99 | 4,125 | 5.0 | 0.8 | 4.2 | 0.900 | 3,713 | 83% | 3,092 |
| OWNED | 50 | 1 | COMPUTER | 1 | CR | 01-Mar-99 | 3,605 | 5.0 | 0.8 | 4.2 | 0.900 | 3,245 | 83% | 2,702 |
| OWNED | 51 | 1 | COMPUTER | 1 | CR | 01-Mar-99 | 2,733 | 5.0 | 0.8 | 4.2 | 0.900 | 2,460 | 83% | 2,049 |
| OWNED | 52 | 1 | COMPUTER | 1 | CE | 01-Apr-99 | 4,702 | 5.0 | 0.8 | 4.2 | 0.900 | 4,232 | 85% | 3,596 |
| OWNED | 53 | 1 | COMPUTER | 1 | CR | 01-Jun-99 | 20,684 | 5.0 | 0.6 | 4.4 | 0.900 | 18,616 | 88% | 16,443 |
| OWNED | 54 | 1 | COMPUTER | 1 | CE | 01-Aug-99 | 1,557 | 5.0 | 0.4 | 4.6 | 0.900 | 1,401 | 92% | 1,285 |
| OWNED | 55 | 1 | COMPUTER | 1 | CE | 01-Sep-99 | 1,687 | 5.0 | 0.3 | 4.7 | 0.900 | 1,518 | 93% | 1,418 |
| OWNED | 1 | 1 | EXHIBIT BOOTH - FURN & FIX | 1 | FF | 01-Nov-89 | 14,413 | 15.0 | 10.2 | 4.8 | 1.368 | 19,758 | 32% | 6,362 |
| OWNED | 4 | 1 | FURNITURE & FIXTURES | 1 | FF | 01-Sep-90 | 6,857 | 15.0 | 9.3 | 5.7 | 1.320 | 9,051 | 38% | 3,417 |
| OWNED | 2 | 1 | FURNITURE & FIXTURES | 1 | FF | 01-Jul-91 | 13,605 | 15.0 | 8.5 | 6.5 | 1.274 | 17,334 | 43% | 7,504 |
| OWNED | 16 | 1 | FURNITURE & FIXTURES | 1 | FF | 15-Apr-94 | 1,404 | 15.0 | 5.7 | 9.3 | 1.172 | 1,645 | 62% | 1,019 |
| OWNED | 24 | 1 | FURNITURE & FIXTURES | 1 | FF | 01-Aug-95 | 238 | 15.0 | 4.4 | 10.6 | 1.146 | 273 | 71% | 192 |

000023

Exhibit A
Page 11 of 15

000024

ABC INTERNATIONAL TRADERS, INC.  
16730 Schoenborn Street  
North Hills, CA 91343-6122

TABLE II  
FIXED ASSET APPRAISAL  
FROM DEPRECIATION SCHEDULES

Appraisal Date  12/31/99  
Original Cost  $2,417  
Depreciated Replacement Cost New  $1,672

| Owned Leased | Entry Order No. | Item | DESCRIPTION | Qty | | Valuation Date | Orig Cost* ($) | Est Econ Life | Yrs In Use | Rem Econ Life | Price Trend Factor | Repl Cost New | Est'd Rmng Life | Fair Market Value |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| OWNED | 25 | | FURNITURE & FIXTURES | 1 | FF | 01-Aug-95 | 299 | 15.0 | 4.4 | 10.6 | 1.146 | 343 | 71% | 243 |
| OWNED | 26 | | FURNITURE & FIXTURES | 1 | FF | 01-Aug-95 | 1,069 | 15.0 | 4.4 | 10.6 | 1.146 | 1,225 | 71% | 864 |
| OWNED | 34 | | FURNITURE & FIXTURES | 1 | FF | 15-Sep-95 | 1,295 | 15.0 | 4.3 | 10.7 | 1.146 | 1,484 | 71% | 1,059 |
| OWNED | 35 | | FURNITURE & FIXTURES | 1 | FF | 15-Nov-95 | 1,000 | 15.0 | 4.1 | 10.9 | 1.146 | 1,146 | 72% | 833 |
| OWNED | 43 | | FURNITURE & FIXTURES | 1 | FF | 01-May-98 | 1,659 | 15.0 | 1.8 | 13.2 | 1.065 | 1,767 | 88% | 1,551 |
| OWNED | 44 | | FURNITURE & FIXTURES | 1 | FF | 01-Aug-98 | 643 | 15.0 | 1.4 | 13.6 | 1.065 | 685 | 91% | 620 |
| OWNED | 57 | | FURNITURE & FIXTURES | 1 | FF | 01-May-99 | 3,601 | 15.0 | 0.7 | 14.3 | 1.043 | 3,756 | 96% | 3,588 |
| OWNED | 58 | | FURNITURE & FIXTURES | 1 | FF | 01-Dec-99 | 1,115 | 15.0 | 0.1 | 14.9 | 1.043 | 1,163 | 99% | 1,157 |
| OWNED | 6 | | LEASEHOLD IMPROVEMENTS | 1 | LI | 01-Oct-90 | 2,789 | 10.0 | 9.3 | 0.7 | 1.320 | 3,681 | 7% | 274 |
| OWNED | 7 | | LEASEHOLD IMPROVEMENTS | 1 | LI | 01-Feb-91 | 2,293 | 10.0 | 8.9 | 1.1 | 1.274 | 2,921 | 11% | 316 |
| OWNED | 21 | | LEASEHOLD IMPROVEMENTS | 1 | LI | 01-Sep-93 | 17,300 | 10.0 | 6.3 | 3.7 | 1.202 | 20,795 | 37% | 7,623 |
| OWNED | 19 | | LEASEHOLD IMPROVEMENTS | 1 | LI | 15-Jan-94 | 8,633 | 10.0 | 6.0 | 4.0 | 1.172 | 10,118 | 40% | 4,086 |
| OWNED | 20 | | LEASEHOLD IMPROVEMENTS | 1 | LI | 01-Nov-94 | 28,862 | 10.0 | 5.2 | 4.8 | 1.172 | 33,826 | 48% | 16,348 |
| OWNED | 36 | | LEASEHOLD IMPROVEMENTS | 1 | LI | 15-Oct-95 | 2,814 | 10.0 | 4.2 | 5.8 | 1.146 | 3,225 | 58% | 1,866 |
| OWNED | 13 | | MACHINERY & EQUIPMENT | 1 | ME | 15-Jan-94 | 1,004 | 10.0 | 6.0 | 4.0 | 1.172 | 1,177 | 40% | 475 |
| OWNED | 14 | | MACHINERY & EQUIPMENT | 1 | ME | 15-Apr-94 | 1,111 | 10.0 | 5.7 | 4.3 | 1.172 | 1,302 | 43% | 558 |
| OWNED | 22 | | MACHINERY & EQUIPMENT | 1 | ME | 01-Dec-94 | 2,344 | 10.0 | 5.1 | 4.9 | 1.172 | 2,864 | 49% | 1,408 |
| OWNED | 39 | | MACHINERY & EQUIPMENT | 1 | ME | 01-Jul-97 | 628 | 10.0 | 2.5 | 7.5 | 1.088 | 683 | 75% | 512 |
| OWNED | 40 | | MACHINERY & EQUIPMENT | 1 | ME | 01-Jul-97 | 2,935 | 10.0 | 2.5 | 7.5 | 1.088 | 3,194 | 75% | 2,395 |
| OWNED | 3 | | MOLDS & TOOLING | 1 | MT | 01-Sep-90 | 3,229 | 5.0 | 9.3 | (4.3) | 1.320 | 4,262 | -87% | 0 |
| OWNED | 42 | | MOLDS & TOOLING | 1 | MT | 01-Jul-98 | 877,864 | 5.0 | 1.5 | 3.5 | 1.065 | 934,925 | 70% | 654,191 |
| OWNED | 56 | | MOLDS & TOOLING | 1 | MT | 01-Jul-99 | 773,751 | 5.0 | 0.5 | 4.5 | 1.043 | 807,022 | 90% | 726,099 |
| OWNED | 5 | | EQUIPMENT | 1 | OE | 01-Sep-90 | 1,100 | 10.0 | 9.3 | 0.7 | 1.320 | 1,452 | 7% | 96 |
| OWNED | 8 | | TELEPHONE SYSTEM | 1 | OE | 01-Nov-91 | 15,087 | 10.0 | 8.2 | 1.8 | 1.274 | 19,221 | 18% | 3,518 |
| OWNED | 9 | | MAIL MACHINE | 1 | OE | 01-Dec-91 | 1,997 | 10.0 | 8.1 | 1.9 | 1.274 | 2,544 | 19% | 487 |
| OWNED | 10 | | WATER PURIFIER | 1 | OE | 01-Jun-92 | 147 | 10.0 | 7.6 | 2.4 | 1.232 | 181 | 24% | 44 |
| OWNED | 23 | | WATER PUMP | 1 | OE | 01-Feb-95 | 1,748 | 10.0 | 4.9 | 5.1 | 1.146 | 2,003 | 51% | 1,019 |
| OWNED | 11 | | CELLULAR PHONE | 1 | OE | 01-Aug-92 | 784 | 5.0 | 7.4 | (2.4) | 0.500 | 392 | -48% | 0 |
| OWNED | 15 | | TELECOM EQUIPMENT | 1 | OE | 15-Jul-94 | 2,426 | 10.0 | 5.5 | 4.5 | 1.172 | 2,843 | 45% | 1,289 |
| | | | | | | (SUM) | $2,417 | | | | | | FMV | $1,672 |

Exhibit A
Page 12 of 15

000025

### TABLE H-1
### FIXED ASSET APPRAISAL
#### From Depreciation Schedules
($000)

| SUMMARY BY ASSET CATEGORY | | Original Cost | Estimated Econ. Life | FMV |
|---|---|---|---|---|
| Automotive Equipment | AE | $ 36 | 10.0 | $ 15 |
| Computer Equipment | CE | 585 | 5.0 | 205 |
| Furniture & Fixtures | FF | 47 | 15.0 | 28 |
| Leasehold Equipment | LE | 63 | 10.0 | 31 |
| Machinery & Equipment | ME | 8 | 10.0 | 5 |
| Molds & Tooling | MT | 1,655 | 5.0 | 1,380 |
| Office Equipment | OE | 23 | 10.0 | 6 |
| TOTALS | | $ 2,417 | | $ 1,672 |

Extracted from the detailed appraisal in Table H.

EXHIBIT
PAGE

Exhibit A
Page 13 of 15

**TABLE I**
**MARKET INFORMATION**
23-Oct-00

| COMPANY | Symbol | Shares Out (000) | Market Cap* ($000) | Annual Sales ($000) | Mkt Cap/ Sales (0) | Beta (0) |
|---------|--------|------------------|--------------------|--------------------|---------------------|----------|
| JAKKS PACIFIC | JAKK | 19,441 | 162,818 | 183,685 | 0.886 | 1.00 |
| HASBRO,INC | HAS | 172,309 | 1,744,629 | 4,232,263 | 0.412 | 1.00 |
| MATTEL | MAT | 426,371 | 5,036,507 | 5,514,950 | 0.913 | 0.38 |
| RADICA GAMES | RADA | 17,640 | 39,690 | 118,733 | 0.334 | 1.28 |
| TOYMAX INTERNATIONAL | TMAX | 10,598 | 22,521 | 138,985 | 0.162 | NA |
| AVERAGES | | 129,272 | 1,401,233 | 2,037,723 | 0.412 | 0.92 |

*Minority value. Should be converted to control value to use for valuation under the market approach.

000026

EXHIBIT _____

PAGE _____

Exhibit A
Page 14 of 15

0000027

| CONFIDENTIAL DRAFT | TABLE I-1 | Job No. 1118ABCV |
| | MARKET APPROACH | Appr Date  31-Dec-99 |
| | ($000) | Run Date  14-Dec-04 |

| | | |
|---|---|---|
| GROSS REVENUES | | $  66,350 |
| AVERAGE REVENUE/MARKET CAPITALIZATION RATIO | | 0.412 |
| MARKET VALUE OF EQUITY ON A MINORITY BASIS | | $  27,351 |
| Less Public/Private discount for relative size | 23.1% | (6,312) |
| MINORITY VALUE OF EQUITY - SMALL PRIVATE COMPANY | | $  21,039 |
| Add Control Premium | 35% | 7,364 |
| MARKET VALUE OF EQUITY ON A CONTROL BASIS | Rounded | $  28,400 |
| Add Implied Working Capital | | 9,480 |
| MARKET VALUE OF BUSINESS ENTERPRISE ON A CONTROL BASIS | | $  37,880 |

13 QD

EXHIBIT ____9____

PAGE ____137____

Exhibit A
Page 15 of 15

| CONFIDENTIAL DRAFT | TABLE J | | Job No. | 1118ABCV |
|---|---|---|---|---|
| | CONCLUSION OF MARKET VALUE | | Appr Date | 31-Dec-99 |
| | ($000) | | Run Date | 14-Dec-04 |

| ABC INTERNATIONAL TRADERS, INC. | | Conclusion | Weight | | Product |
|---|---|---|---|---|---|
| INCOME APPROACH (Table E) | $ | 34,650 | 0.50 | $ | 17.325 |
| MARKET APPROACH (Table I-1) | $ | 37,880 | 0.00 | | . |
| EXCESS EARNINGS APPROACH (Table G) | $ | 35,250 | 0.50 | | 17.625 |
| FMV OF BUSINESS ENTERPRISE (Includes working capital) | | | | $ | 34,950 |
| Less Discount for Lack of Liquidity | | | 10% | $ | (3,495) |
| MARKET VALUE OF BUSINESS ENTERPRISE | | | | $ | 31,455 |
| Less Implied Working Capital | | | | | (9,480) |
| BASIC BUSINESS VALUE | | | | $ | 21,975 |
| Add Current Assets (Table A) | | | | | 16,962 |
| FMV OF TOTAL ASSETS | | | | $ | 38,937 |
| Less Total Liabilities (Table A-1) | | | | | (11,995) |
| FMV OF SHAREHOLDERS EQUITY ON A CONTROL BASIS | | | | $ | 26,942 |
| FMV OF SHAREHOLDER INTEREST | | | 45% | $ | 12,123.90 |
| | | | | | or |
| | | | (Dollars) | | $12,123,900 |

000028

EXHIBIT _____

PAGE _____ 138

**NATIONAL BUSINESS APPRAISERS, LLC**
8383 Wilshire Boulevard, Suite 1060
Beverly Hills, California 90211
Phone (323) 655-5623    Fax (323) 658-7096
Email DUTCH7895@AOL.COM   www.bizappraisers.com

November 7, 2000

Mr. Morad Zarabi, Arbitrator
ABC INTERNATIONAL TRADERS, INC.
20120 Plummer St.
Chatsworth, CA 91211-5448

Dear Mr. Zarabi:

At your request, we are appraising the shareholders equity of ABC International Traders, Inc (ABC). We were asked to express our opinion of the market value, on a control basis, of a 45 percent interest in the shareholders equity.

It is our understanding that this opinion will be used for establishing a value for a buy-out of the Subject interest, and may be invalid if used for any other purpose.

ABC develops, produces and markets toys and related products. The company's products are action figures and accessories featuring licensed characters, and mini dolls. Purchasers of the company's products include discount retail chain stores, department stores, toy specialty stores and wholesalers. The company licenses numerous trademarks, corporate, trade and brand names and logos from third parties.

This report covers only Phase I of a full narrative report, therefore we issue only a brief letter report. All of the financial tables that are normally included in a full-narrative report are presented in the Addenda.

Based upon the information and analyses presented in the Addenda, it is our opinion that as of date of value of December 31, 1999, the market value of the shareholder's equity of ABC International Traders, Inc, on a control basis, as summarized in Table J, of Addenda, was:

<u>$21,600,000</u>

000029

Exhibit B
Page I of 28

EXHIBIT _____ φ

PAGE _____ 139



ABC INTERNATIONAL TRADERS, INC.                               November 7, 2000
North Hills, California                                        Page 2

It is also our opinion that as of December 31, 1999, the market value of a 45 percent interest in the shareholder's equity of ABC International Traders, Inc., on a control basis, as summarized in Table J, of the Addenda, was:

$9,720,000

It is our opinion that a minority discount does not apply to the 45% interest as the other major shareholder holds an equal 45% interest.

Table J, in the Addenda presents our conclusions of market value under the income, market and excess earnings approach, and sets forth the calculations of the various appraised interests as of December 31, 1999.

In conjunction with our work, ABC provided us with audited and unaudited financial information and prospective financial and operational data. We accepted the historical data as fairly reflecting its operations, trends and financial position. We have not independently investigated the accuracy or completeness of the historical data provided to us and we express no opinion or other form of assurance regarding the accuracy or completeness of the data. The conclusions of value presented herein are based on numerous assumptions pertaining to prospective economic and operating conditions. Unanticipated events and circumstances may occur and actual results achieved during the period covered by our prospective financial analysis will vary from our estimates. The variations may be material. In accordance with ethical principles of the Institute of Business Appraisers, neither National Business Appraisers, LLC, nor any of its employees or subcontractors has any present or contemplated future interest in the business interests or assets herein appraised. Neither our employment nor our compensation is in any way contingent upon the values presented in this report. A copy of this report and the working papers from which it was prepared will be kept in our files for eight years.

Respectfully submitted,

NATIONAL BUSINESS APPRAISERS, LLC

By:_____
Ernest E. Dutcher, MCBA
Managing Member
Senior Valuation Counselor

Attachments: Professional Qualifications; Statement of Facts and Limiting Conditions; Addenda

1087ABCV

2-

NATIONAL BUSINESS APPRAISERS, LLC

000030

Exhibit B
Page 2 of 28

EXHIBIT _____ U _____

PAGE _____ 140 _____

ABC INTERNATIONAL TRADERS, INC.                          November 7, 2000
North Hills, California                                              Page 3

---

### CERTIFICATION

We certify that, to the best of our knowledge and belief:

*    The statements of fact contained in this report are true and correct.

*    The reported analyses, opinions, and conclusions are limited only by the reported assumptions and limiting conditions, and is our personal, unbiased professional analyses, opinions, and conclusions.

*    We have no present or prospective interest in the property that is the subject of this report, and we have no personal interest or bias with respect to the parties involved.

*    Our compensation is not contingent on an action or event resulting from the analyses, opinions, or conclusions in, or the use of, this report.

*    Our analyses, opinions, and conclusions were developed, and this report has been prepared, in conformity with the Uniform Standards of Professional Appraisal Practice.

*    No significant professional assistance was provided to the undersigned in connection with this assignment.

Appraiser_____
            Ernest E. Dutcher, MCBA

3 -$\mathcal{ED}$

NATIONAL BUSINESS APPRAISERS, LLC                Exhibit B
000031                                          Page 3 of 28

EXHIBIT ___ ᛒ ___

PAGE ___ ᛁᛁᛁ ___

ABC INTERNATIONAL TRADERS, INC.
North Hills, California

November 7, 2000
Page 4

PROFESSIONAL QUALIFICATIONS

For

ERNEST E. DUTCHER, MCBA

Designations

of

Certified Business Appraiser
Master Certified Business Appraiser

Awarded by

THE INSTITUTE OF BUSINESS APPRAISERS

http://www.instbusapp.org

*The oldest business appraisal society in the nation.*

NATIONAL BUSINESS APPRAISERS, LLC
8383 Wilshire Blvd., Suite 1060
Beverly Hills, CA 90211.

Phone (323) 655-5623      E-mail: dutch7895@aol.com      Fax (323) 658-7096

NATIONAL BUSINESS APPRAISERS, LLC

000032

Exhibit B
Page 4 of 28

EXHIBIT _____ U _____

PAGE _____ 142 _____

ABC INTERNATIONAL TRADERS, INC.               November 7, 2000
North Hills, California                                    Page 5

---

ERNEST E. DUTCHER, MCBA

Professional Qualifications

Experience: Mr. Dutcher's full time appraisal experience began in 1975. He has been involved in the analysis and valuation of a broad variety of business enterprises in many industries, including electric power generation, healthcare, equipment leasing & rental, distribution, transportation, manufacturers in the communications, computer, electronics, rubber & chemical industries, shipping, engineering, oil & gas, and many others. He has consulted in marketing, manufacturing and management. He was CEO of an electronic equipment manufacturing company and has held executive positions in other manufacturing, distribution and sales companies.

Employment: Managing Member and Senior Valuation Counselor for National Business Appraisers, LLC. Was Senior Valuation Counselor for Valuation Counselors Group, Inc. for four years, following five years with Marshall and Stevens Incorporated. Previously, he was SW. Manager of Acquisitions for a public company; Business Opportunities Sales for Coldwell Banker; President and General Manager of an elevated work platform manufacturer; Vice President and Controller for an equipment sales and rental company; Vice President of Manufacturing and Division Manager of companies producing specialized heating devices and electronic heat controllers; President and CEO of a high technology public company in the electronics industry; and President and sole stockholder of an exclusive area distributor of Magnavox consumer electronics components and accessories.

Education: Mr. Dutcher attended Yale University, majoring in Communications; USAF Military Schools, attaining the rank of Captain, Radar and Communications. He also attended RCA Institute, UCLA Extension Division and Santa Monica City College in public relations, plus many seminars and home study courses in finance, taxation, computer courses in business related software etc. He has held California real estate and insurance licenses and is a licensed pilot.

Professional Societies: Mr. Dutcher is a senior member in the Institute of Business Appraisers (IBA), the premier professional society of business appraisers, with over 3,400 members. He has also served on the select Qualifications Review Committee. As of March 31, 1999, only about 250 IBA members were designated as Certified Business Appraisers (CBAs). _As of that date, Mr. Dutcher was one of only 15 Master Certified Business Appraisers (MCBAs), a designation requiring over 10 years of providing business appraisals on a full time basis as a CBA._

Court Testimony: Mr. Dutcher has qualified and testified as an expert witness before Federal Tax Courts in Los Angeles and San Francisco California, and California Superior Courts of Los Angeles, Orange, and San Diego Counties. He has served as a consultant in valuation matters to numerous attorneys during the litigation process.

NATIONAL BUSINESS APPRAISERS, LLC
000033

Exhibit B
Page 5 of 28

EXHIBIT _____ O

PAGE _____ 143

ABC INTERNATIONAL TRADERS, INC.  November 7, 2000
North Hills, California  Page 6

## STATEMENT OF FACTS AND LIMITING CONDITIONS

National Business Appraisers, LLC (NBA), strives to clearly and accurately disclose the assumptions and limiting conditions that directly affect a valuation analysis, opinion or conclusion. In order to assist the reader in interpreting this report, such assumptions are set forth as follows:

Valuation assignments are accepted with the understanding that there is no obligation to furnish services after completion of the original assignment. If the need for subsequent services related to a valuation assignment (e.g., testimony, updates, conferences, reprint, or copy services) is contemplated, special arrangements acceptable to NBA must be made in advance. NBA, reserves the right to make adjustments to the analysis, opinion and conclusion set forth in the report as we deem necessary if the facts presented by ABC prove to be inaccurate or have been misinterpreted.

It is assumed that: no opinion is intended in matters that require legal, engineering or other professional advice which has been or will be obtained from professional sources; the valuation report will not be used for guidance in professional matters exclusive of the appraisal and valuation discipline; there are no regulations of any government entity to control or restrict the use of the property unless specifically referred to in the report; and the property will not operate in violation of any applicable government regulations, codes, ordinances or statutes.

Information furnished by others is presumed to be reliable, and where so specified in the report, has been verified; however, no responsibility, whether legal or otherwise, is assumed for its accuracy and cannot be guaranteed as being certain. All facts and data set forth in the report are true and accurate to the best of NBA's knowledge and belief. No single item of information was completely relied upon to the exclusion of other information.

Financial data, operating histories and other data relating to income and expenses attributed to the business have been provided by management or it's representatives have been accepted without further verification except as specifically stated in the report.

Valuation reports may contain prospective financial information, estimates or opinions that represent the appraiser's view of reasonable expectations at a particular point in time, but such information, estimates or opinions are not offered as predictions or as assurances that a particular level of income or profit will be achieved, that events will occur or that a particular price will be offered or accepted. All opinions as to value are presented as NBA's considered opinion based on the facts and data obtained during the investigation and set forth in the report. Actual results achieved during the period covered by our prospective financial analysis will vary from those described in our report, and the variations may be material. It should be specifically noted that the valuation assumes the

NATIONAL BUSINESS APPRAISERS, LLC

000034

Exhibit B
Page 6 of 28

EXHIBIT ___6___

PAGE ___144___

ABC INTERNATIONAL TRADERS, INC.                          November 7, 2000
North Hills, California                                            Page 7

property will be competently managed and maintained by financially sound owners over the expected period of ownership. This appraisal engagement does not entail an evaluation of man-agement's effectiveness, nor are we responsible for future marketing efforts and other management or ownership actions upon which actual results will depend.

No effort has been made to determine the impact of possible energy shortages or the effect on this project of future federal, state or local legislation, including any environmental or ecological matters or interpretations thereof.

Neither the report nor any portions thereof, especially any conclusions as to value, the identity of the appraiser(s) or NBA, shall be disseminated to the public through public relations media, news media, sales media or any other public means of communications without the prior written consent and approval of NBA. The date(s) of the valuation to which the value estimate conclusions apply is set forth in the letter of transmittal and within the body of the report. The value is based on the purchasing power of the United States dollar as of that date. Unless otherwise noted, NBA assumes that there will be no changes in tax regulations.

No significant change is assumed in the supply and demand patterns indicated in the report. The valuation assumes market conditions observed as of the current date of our market research stated in the letter of transmittal. These market conditions are be-lieved to be correct; however, the appraisers assume no liability should market conditions materially change because of unusual or unforeseen circumstances.

The report and the final estimate of value and the prospective financial analyses included therein are intended solely for the information of the person or persons to whom they are addressed, solely for the purposes stated, and should not be relied upon for any other purpose. Any allocation of total price between tangible assets and various classes of intangible assets, if shown, is invalidated if used separately or in conjunction with any other report. Neither the appraisal report nor its contents nor any reference to the appraiser(s) or NBA, may be referred to or quoted in any registration statement, prospectus, offering memorandum, sales brochure, other appraisal, loan or other agreement or document given to third parties excepting governmental agencies or the extent required by law without our prior written consent. Permission will be granted only upon meeting certain conditions.

A copy of this report and the working papers from which it was prepared will be kept in our files for eight years.

NATIONAL BUSINESS APPRAISERS, LLC

Exhibit B
Page 7 of 28

EXHIBIT _____ 6 _____

PAGE _____ 145 _____

ABC INTERNATIONAL TRADERS, INC.                        November 7, 2000
North Hills, California                                        Page 8

ADDENDA

EXHIBIT ___U___

PAGE ___146___

ABC INTERNATIONAL TRADERS, INC.          November 7, 2000
North Hills, California                  Page 9

---

## INDEX OF FINANCIAL TABLES

TABLE A      FIVE YEAR COMPARATIVE BALANCE SHEET – ASSETS

TABLE A-1   FIVE YEAR COMPARATIVE BALANCE SHEET – LIABILITIES

TABLE B      COMPARATIVE INCOME STATEMENT - 5 YEARS

TABLE C      INCOME STATEMENT ADJUSTMENTS

TABLE D-1   ADUSTED BOOK VALUE – PAGE 1

TABLE D-2   ADUSTED BOOK VALUE – PAGE 2

TABLE E      INCOME APPROACH METHOD OF VALUATION

TABLE F      CAPITAL ASSET PRICING MODEL

TABLE H      FIXED ASSET APPRAISAL – DETAIL

TABLE H-1   FIXED ASSET APPRAISAL - SUMMARY

TABLE I      MARKET COMPARABLES - PUBLIC COMPANIES

TABLE I-1   MARKET APPROACH

TABLE J      CONCLUSIONS OF MARKET VALUE

NATIONAL BUSINESS APPRAISERS, LLC
000037

Exhibit B
Page 9 of 28

EXHIBIT ____ 6

PAGE ____ 147

ABC INTERNATIONAL TRADERS, INC.                    November 7, 2000
North Hills, California                            Page 10

## DESCRIPTION OF FINANCIAL SCHEDULES USED IN VALUATION

**TABLE A: Comparative Balance Sheet - Assets**

This historical comparative balance sheet presents the changes in the asset items over the 5-year period. The dominant change is in inventories that dropped by $8.7 million over the period.

**TABLE A-1: Comparative Balance Sheet - Liabilities**

This historical comparative balance sheet presents the changes in the liability items over the 5-year period. The dominant change is in current liabilities that dropped by $8.46 million. This table also reflects the calculations of "Implied Working Capital", calculated as a percentage of revenues, which was substituted to minimize the dynamic nature of current assets and current liabilities that typically change on a daily basis. This allows the conclusions of value to remain valid over a longer period of time without material changes in value.

**TABLE B: Comparative Income Statement**

This historical comparative income statement presents the book figures over the 5-year period. The information contained in this table provides the foundation, after the adjustments described in Table C, for the valuation approaches used in this appraisal. The most recent year's performance as presented in Column 5, represents the year-end book figures. To the concluded Pretax Income, we have added back depreciation and amortization to obtain "Pretax Cash Flow". Interest expense is added back to Cash Flow as this appraisal assumes a debt-free basis to yield "Operating Margin, or "Earnings Before Depreciation Interest, Taxes and Amortization" (EBDITA).

A study of this table indicated that ABC follows the somewhat erratic performance of the industry.

**TABLE C: Adjustments to Comparative Income Statement**

This statement reflects certain essential income statement items extracted from Table B that is subject to adjustments to remove extraordinary income or expense items that would not be necessary for normal business operations. Following the Adjusted Net Income, Cash Flow and Operating Margin, we calculate the weighted average net income utilizing the 1997, 1998, and 1999 EBDITA as a percentage of sales. This results in

10-90

NATIONAL BUSINESS APPRAISERS, LLC
000038

Exhibit B
Page 10 of 28

EXHIBIT _____ 6_____

PAGE _____ 148_____

**ABC INTERNATIONAL TRADERS, INC.**
North Hills, California

November 7, 2000
Page 11

adjusted Pretax Income, Net Income, Cash Flow and Operating Margin (EBDITA) expenses. The resulting "Adjusted Operating Margin (EBDITA) is the key income stream upon which the "Income Approach" (Table E) and the "Excess Earnings Approach" (Table G) is based.

The result is used in Table E to calculate the EBDITA for each year of the forecast 5-year period. The most recent year (1999) was weighted only minimally as the EBDITA appears unreasonably high based upon the prior two years

**TABLE D-1: Adjusted Book Value**

In this table, all current asset items are reversed out in the second column. We have substituted "Implied Working Capital" as explained in the description of Table A-1. The calculations of market value for the fixed assets (Table H-1) appear in the right hand column. The conclusion of market value for the intangible assets, as calculated in Table D-2, is also added to yield "Business Enterprise Value".

**TABLE D-1: Adjusted Book Value**

This table presents the calculations of Total Asset Value and Adjusted Shareholder Equity based upon the Business Enterprise Value shown in Table J.

**TABLE E: Income Approach**

Based upon historical growth rates and estimates of future performance a five-year forecast is made for net revenues. The value of the reversionary period following the 5-year forecast period would be a capitalization of the average of the fifth and sixth year, discounted to present value. The After Tax Earnings as Percent of Revenues was calculated in Table C, and is used to estimate the operating profit for each forecast year in Table E. Adding back the Depreciation yields the After Tax Cash Flow. Capital expenditures and changes in working capital are subtracted from this figure to produce the "Distributable Cash Flow". Applying the appropriate discount rate (calculated in Table F) returns these cash flow streams to present value. The total of the five discounted cash flows plus the discounted reversionary value represents the Business Enterprise Value under the Income Approach. The capitalization rate for the reversionary period is calculated using the formula shown in the notes following the schedule.

**TABLE F: Capital Asset Pricing Model**

NATIONAL BUSINESS APPRAISERS, LLC    //-2A

000039

Exhibit B
Page 11 of 28

EXHIBIT _____ φ

PAGE _____ 149

ABC INTERNATIONAL TRADERS, INC.                          November 7, 2000
North Hills, California                                        Page 12

Widely used method of determining the discount rates that are used in Table E. The
"Weighted Average Cost of Capital" represents the blending of the Company's estimated
cost of borrowing (the lowest rate) and the "cost of equity capital". The blending is based
upon the market average percent of equity and of debt as taken from the public market as
shown in Table G-1 under the assumption that the selected public companies could be
buyers for the Subject company, which would then reflect the capital structure of the
buyer. Borrowed capital is generally the lowest risk due to the security normally provided
to the lender. Equity capital, on the other hand, carries the greatest risk, as it does not
share the security available to lenders. The blending of these two rates yields the weighted
average cost of capital, or discount rate. The notes following Table F adds further insight.

TABLE G: Capitalization of Excess Earnings

This represents one of three significant valuation approaches for small privately held
companies. The original simplified "formula method" had the disadvantage of ignoring
the value of the individual asset categories with differing economic lives. In Table G, the
"Earnings Before Capital Charges" is the estimated EBDITA for the year 2000, as
calculated in Table E. From these earnings, we subtract the return of the capital
investment represented by the "Economic Depreciation", and the return on the assets in
use as listed under the heading "Economic Return on Capital", yielding the "Total Excess
Earnings" of ABC. The "Net Excess Earnings", is then capitalized using the equity
multiple as developed in Table F. The value of the capitalized excess earnings is then
added to the "Total Assets in Use" to reflect the market value under the Excess Earnings
Approach on a control basis.

TABLE H

The method for appraising fixed assets as herein described is known as the "Depreciated
Replacement Cost New Approach" (DRCN). This presents the appraised value of each of
the items of fixed assets, based upon the depreciation schedule of the income tax return
for 1999. As noted, each item is listed as to description, date of purchase, original cost,
estimated economic life, years in use, remaining economic life, price trend factor based
upon the consumer price index, replacement cost new, estimated remaining economic life
and fair market value. Items beyond their estimated economic life are valued at zero.

TABLE H-1

This table summarizes the market value of each group of assets, and is used in Table D
and Table G.

NATIONAL BUSINESS APPRAISERS, LLC

000040

Exhibit B
Page 12 of 28

EXHIBIT ___6___

PAGE ___190___

ABC INTERNATIONAL TRADERS, INC.                    November 7, 2000
North Hills, California                                      Page 13

TABLE I:  Market Comparable Companies from public marketplace.

The operating results of the listed public companies present various indicators that are
useful in determining the market value of ABC.  Listed are the Company's shares
outstanding, market capitalization, annual sales, market capitalization/sales ratio, and
Beta.  We use the median of the market-cap/sales ratios of the Public companies in our
Market Approach that follows in Table I-1.  We use the average of the Betas and the
capital structures of the public companies for our calculations of the discount rates in
Table F.  These comparables are all involved in the same industry as ABC.

TABLE I-1:  Market Approach Valuation

Gross revenues in 1999 for ABC is multiplied by the median revenue/market cap ratio to
obtain the indicated market value on a minority basis.  A discount[1] that is the reciprocal
of the public premium for relative size of the public vs. private companies is applied to
adjust for the differences in size of the public companies as compared with ABC.  This
yields the market value of the equity on a minority basis.  To adjust the minority value to
a control value we add the premium for control for comparison with the other approaches,
which yields the market value of the equity on a control basis.  To convert this value to
the business enterprise value, we must add back the implied working capital to yield
Business enterprise value on a control basis.  This value is now comparable to the results
of the other two approaches as reflected in Table J.

TABLE I: Final Correlation

Each of the individual market values developed in the various approaches are listed, and
weighted. The income approach is generally granted the greatest weight, as the driving
force for the average investor is the anticipation of future benefits, however in this report
we believe it appropriate to grant equal weight to the excess earnings approach as it too is
a very valid approach for use with small business valuations. The market approach is
granted no weight in the report due to the volatile nature of the industry and the stock
market in general.

---
[1] Mergerstat Review 1999

NATIONAL BUSINESS APPRAISERS, LLC          13- ℰ𝒟

000041                          Exhibit B
                                Page 13 of 28

EXHIBIT _____ 6_____

PAGE _____ 121_____

EXHIBIT 6

PAGE 192

000042

Exhibit B
Page 14 of 21

|  | | | | TABLE A | | | Job No. 1087ABCV | | |
| CONFIDENTIAL | | | FIVE YEAR COMPARATIVE BALANCE SHEET | | | Appr Date 31-Dec-99 | | |
| ABC | | | F/Y End December 31 | | | Run Date 10/19/04 | | |
|  | | | ($000) | | | | | |
|  | FYE 8/31 | | | | | | | | |
| ASSETS | 1995* | % | 1996 | % | 1997 | % | 1998 | % | 1999 | % |
|---|---|---|---|---|---|---|---|---|---|---|
| Current assets | | | | | | | | | | |
| Cash & equivalents | $16 | 0.1 | $438 | 2.5 | $797 | 3.8 | $860 | 5.1 | ($79) | -0.4 |
| Accounts Receivable-Trade | 11,729 | 40.9 | 3,760 | 21.8 | 10,067 | 47.7 | 7,614 | 44.8 | 11,154 | 63.5 |
| Inventories | 14,534 | 50.7 | 11,677 | 67.7 | 8,663 | 41.0 | 7,400 | 43.6 | 5,834 | 33.2 |
| Due from affilliate | 417 | 1.5 | 143 | 0.8 | 171 | 0.8 | - | 0.0 | (320) | -1.8 |
| Prepaid Expenses & Other | 1,112 | 3.9 | 786 | 4.6 | 768 | 3.6 | 379 | 2.2 | 373 | 2.1 |
| | | | | | | | | | | |
| Total Current | $27,808 | 97.0 | $16,804 | 97.4 | $20,466 | 96.9 | $16,253 | 95.7 | $16,962 | 96.6 |
| | | | | | | | | | | |
| Property & Equipment | | | | | | | | | | |
| Machinery & Equipment | 1,687 | 5.9 | $1,759 | 10.2 | $2,369 | 11.2 | $3,621 | 21.3 | $1,409 | 8.0 |
| Leasehold Improvements | 86 | | 86 | | 86 | | 86 | | 86 | |
| Less Accum. Depr. | (899) | -3.1 | (1,399) | -8.1 | (1,800) | -8.5 | (2,977) | -17.5 | (900) | -5.1 |
| | | | | | | | | | | |
| Net Fixed Assets | $874 | 3.0 | $446 | 2.6 | $655 | 3.1 | $730 | 4.3 | $595 | 3.4 |
| | | | | | | | | | | |
| Deposits & other | | 0.0 | | 0.0 | | 0.0 | | 0.0 | | 0.0 |
| | | | | | | | | | | |
| TOTAL ASSETS | $28,682 | 100.0 | $17,250 | 100.0 | $21,121 | 100.0 | $16,983 | 100.0 | $17,557 | 100.0 |

* Changed from a fiscal year ending of 8/31 to calendar year ending of 12/31. This information is from the fiscal year of 9/1/94 to 8/31/95.

CONFIDENTIAL

**TABLE A-1**
**FIVE YEAR COMPARATIVE BALANCE SHEET**
F/Y End December 31
($000)

Job No. 1087ABCV
Appr Date  12/31/99
Run Date  10/19/04

### LIABILITIES & SHAREHOLDERS EQUITY

| | 1995 | % | 1996 | % | 1997 | % | 1998 | % | 1999 | % |
|---|---|---|---|---|---|---|---|---|---|---|
| **Current Liabilities** | | | | | | | | | | |
| Accounts Payable & Accrued | $ 3,588 | 12.5 | $ 7,222 | 41.9 | $ 11,134 | 52.7 | $ 6,904 | 40.7 | $ 6,611 | 37.7 |
| Bank Line-Revolving | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 |
| Current Port. L T Debt | | 0.0 | 36 | 0.2 | 38 | 0.2 | 38 | 0.2 | 0 | 0.0 |
| Other current | 11,486 | 40.0 | 3 | 0.0 | 45 | 0.2 | 131 | 0.8 | 0 | 0.0 |
| Total current liabilities | $ 15,074 | 52.6 | $ 7,261 | 42.1 | $ 11,217 | 53.1 | $ 7,023 | 41.6 | $ 6,611 | 37.7 |
| **Long Term Liabilities** | | | | | | | | | | |
| Notes payable to bank | $ - | 0.0 | $ 5,950 | 34.5 | $ 3,175 | 15.0 | $ 5,231 | 30.8 | $ 2,129 | 12.1 |
| Long term debt, less current | 1,305 | 4.5 | | 0.0 | | 0.0 | | 0.0 | 0 | 0.0 |
| Subordinated notes payable & other | 3,728 | 13.0 | 2,718 | 15.8 | 3,028 | 14.3 | 3,247 | 19.1 | 3,255 | 18.5 |
| Total long term liabilities | $ 5,033 | 17.5 | $ 8,668 | 50.2 | $ 6,203 | 29.4 | $ 8,478 | 49.9 | $ 5,384 | 30.7 |
| **Total Liabilities** | $ 20,107 | 70.1 | $ 15,929 | 92.3 | $ 17,420 | 82.5 | $ 15,551 | 91.6 | $ 11,995 | 68.3 |
| **Shareholders Equity** | $ 8,575 | 29.9 | $ 1,321 | 7.7 | $ 3,701 | 17.5 | $ 1,432 | 8.4 | $ 5,562 | 31.7 |
| **Total Liabilities & Shareholders Equity** | $ 28,682 | 100.0 | $ 17,250 | 100.0 | $ 21,121 | 100.0 | $ 16,983 | 100.0 | $ 17,557 | 100.0 |
| Current Ratio | 1.84 | | 2.31 | | 1.82 | | 2.30 | | 2.57 | |
| Quick Ratio | 0.78 | | 0.58 | | 0.97 | | 1.20 | | 1.68 | |
| L T Debt / Net Worth | 0.59 | | 6.56 | | 1.68 | | 5.92 | | 0.97 | |
| Working Capital | $ 12,734 | 44.4 | $ 9,543 | 55.3 | $ 9,249 | 43.8 | $ 9,180 | 54.1 | $ 10,351 | 59.0 |

**IMPLIED WORKING CAPITAL**    Included in Business Enterprise Value.

| | | | | | |
|---|---|---|---|---|---|
| Net Revenues | $ 64,141 | $ 46,980 | $ 55,315 | $ 40,732 | $ 66,350 |
| W/C as a percent of revenues * | 13.50% | 13.50% | 13.50% | 13.50% | 13.50% |
| Implied working capital | $ 8,659 | $ 6,342 | $ 7,468 | $ 5,499 | $ 8,957 |

\* Robert Morris Associates SIC #3944, Games, Toys etc.

Exhibit B
Page 15 of 28

15-20

EXHIBIT ___ Q ___

PAGE ___ 193 ___

| CONFIDENTIAL | | | | | TABLE B | | | | Job No. 1087ABCV | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | FIVE YEAR COMPARATIVE INCOME STATEMENT | | | | | Appr Date 31-Dec-99 | |
| | | | | F/Y End December 31 | | | | | Run Date 10/19/04 | |
| ABC INTERNATIONAL TRADERS, INC. | | | | ($000) | | | | | | |
| | (1) | | | | | | | | | |
| | 1995 | % | 1996 | % | 1997 | % | 1998 | % | 1999 | % |
| REVENUES - NET | $ 64,141 | 100.0 | $ 46,980 | 100.0 | $ 55,315 | 100.0 | $ 40,732 | 100.0 | $ 66,350 | 100.0 |
| Less cost of sales | 46,011 | 71.7 | 36,834 | 78.4 | 40,032 | 72.4 | 26,093 | 64.1 | 43,724 | 65.9 |
| GROSS PROFIT | $ 18,130 | 28.3 | $ 10,146 | 21.6 | $ 15,283 | 27.6 | $ 14,639 | 35.9 | $ 22,626 | 34.1 |
| Other income (loss) | 714 | 1.1 | (738) | -1.6 | 28 | 0.1 | (253) | -0.6 | 350 | 0.5 |
| TOTAL INCOME | $ 18,844 | 29.4 | $ 9,408 | 20.0 | $ 15,311 | 27.7 | $ 14,386 | 35.3 | $ 22,976 | 34.6 |
| EXPENSES | | | | | | | | | | |
| Advertising & promotion | $ 1,896 | 3.0 | $ 2,936 | 6.2 | $ 2,992 | 5.4 | $ 3,898 | 9.6 | $ 4,367 | 6.6 |
| Automobile expense | 49 | 0.1 | 74 | 0.2 | 47 | 0.1 | 64 | 0.2 | 67 | 0.1 |
| Bad debts | 488 | 0.8 | 289 | 0.6 | (6) | 0.0 | | 0.0 | 30 | 0.0 |
| Bank charges | 205 | 0.3 | 312 | 0.7 | 294 | 0.5 | 181 | 0.4 | 196 | 0.3 |
| Commissions | 1,925 | 3.0 | 1,912 | 4.1 | 2,535 | 4.6 | 2,168 | 5.3 | 2,487 | 3.7 |
| Data processing & supplies | 66 | 0.1 | 22 | 0.0 | 27 | 0.0 | 64 | 0.2 | 66 | 0.1 |
| Depreciation | 238 | 0.4 | 732 | 1.6 | 585 | 1.1 | 589 | 1.4 | 540 | 0.8 |
| Delivery, postage | 72 | 0.1 | 130 | 0.3 | 242 | 0.4 | 191 | 0.5 | 323 | 0.5 |
| Insurance | 346 | 0.5 | 329 | 0.7 | 227 | 0.4 | 305 | 0.7 | 386 | 0.6 |
| Interest Expense | 917 | 1.4 | 663 | 1.4 | 390 | 0.7 | 552 | 1.4 | 842 | 1.3 |
| Legal, professional & accounting | 575 | 0.9 | 343 | 0.7 | 1,225 | 2.2 | 1,681 | 4.1 | 1,199 | 1.8 |
| Miscellaneous other | 111 | 0.2 | 187 | 0.4 | 105 | 0.2 | 379 | 0.9 | 62 | 0.1 |
| Molds | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 | 508 | 0.8 |
| Office Expenses | 53 | 0.1 | 77 | 0.2 | 61 | 0.1 | 71 | 0.2 | 132 | 0.2 |
| Product development | 911 | 1.4 | 1,028 | 2.2 | 463 | 0.8 | 1,908 | 2.5 | 1,711 | 2.6 |
| Rents | 637 | 1.0 | 467 | 1.0 | 346 | 0.6 | 382 | 0.9 | 455 | 0.7 |
| Repairs & maintenance | 15 | 0.0 | 11 | 0.0 | 11 | 0.0 | 22 | 0.1 | | 0.0 |
| Salaries, officers | 1,394 | 2.2 | 696 | 1.5 | 704 | 1.3 | 1,104 | 2.7 | 1,194 | 1.8 |
| Salaries & wages | 2,316 | 3.6 | 2,009 | 4.3 | 2,284 | 4.1 | 2,223 | 5.5 | 3,179 | 4.8 |
| Taxes & licenses | 51 | 0.1 | 27 | 0.1 | 217 | 0.4 | 39 | 0.1 | 61 | 0.1 |
| Taxes, payroll | 121 | 0.2 | 220 | 0.5 | 176 | 0.3 | 219 | 0.5 | 254 | 0.4 |
| Telephone | 160 | 0.2 | 219 | 0.5 | 188 | 0.3 | 166 | 0.4 | 214 | 0.3 |
| Travel & entertainment | 251 | 0.4 | 341 | 0.7 | 226 | 0.4 | 277 | 0.7 | 399 | 0.6 |
| Utilities | 36 | 0.1 | 36 | 0.1 | 32 | 0.1 | 30 | 0.1 | 35 | 0.1 |
| TOTAL EXPENSES | $ 12,823 | 20.0 | $ 13,060 | 27.8 | $ 13,371 | 24.2 | $ 15,613 | 38.3 | $ 18,707 | 28.2 |
| PRETAX INCOME | $ 6,021 | 9.4 | $ (3,652) | -7.8 | $ 1,940 | 3.5 | $ (1,227) | -3.0 | $ 4,269 | 6.4 |
| Add Depreciation/Amort | 228 | 0.4 | 732 | 1.6 | 585 | 1.1 | 589 | 1.4 | 540 | 0.8 |
| PRETAX CASH FLOW (2) | $ 6,249 | 9.7 | $ (2,920) | -6.2 | $ 2,525 | 4.6 | $ (638) | -1.6 | $ 4,809 | 7.2 |
| Add Interest Charges | 917 | 1.4 | 663 | 1.4 | 390 | 0.7 | 552 | 1.4 | 842 | 1.3 |
| EBDITA (3) | $ 7,166 | 11.2 | $ (2,257) | -4.8 | $ 2,915 | 5.3 | $ (86) | -0.2 | $ 5,651 | 8.5 |

(1) Changed from a fiscal year ending of 8/31 to calendar year ending of 12/31. This information is from the fiscal year of 9/1/94 to 8/31/95.
(2) Pretax income plus depreciation & amortization.
(3) Pretax cash flow plus interest charges.

000044

16-90

Exhibit B
Page 16 of 21

EXHIBIT ___6___

PAGE ___154___

EXHIBIT _____
PAGE _____ 195

000045

17-82
Exhibit B
Page 17 of 18

| CONFIDENTIAL | | | | | | | | | Job No. 1087ABCV | |
| ABC INTERNATIONAL TRADERS, INC. | TABLE C INCOME STATEMENT ADJUSTMENTS FY End December 31 ($000) | | | | | | | | Appr Date 12/31/1999 Run Date 10/19/04 | |
| | FYY Ending 12/31/1995 | % | 1996 | % | 1997 | % | 1998 | % | 1999 | % |
|---|---|---|---|---|---|---|---|---|---|---|
| REVENUES - NET | $ 64,141 | 100.0 | $ 46,980 | 100.0 | $ 55,315 | 100.0 | $ 40,732 | 100.0 | $ 66,350 | 100.0 |
| OPERATING INCOME (EBDIT) | $ 7,166 | 11.2 | $ (2,257) | (4.8) | $ 2,915 | 5.3 | $ (86) | (0.2) | $ 5,651 | 8.5 |
| ADJUSTMENTS TO INCOME | | | | | | | | | | |
| Legal, professional & accounting | 575 | 0.9 | 343 | 0.7 | 1,225 | 2.2 | 1,681 | 4.1 | 1,199 | 1.8 |
| Molds (s/b capitalized) | 0 | - | 0 | - | 0 | - | 0 | - | 508 | 0.8 |
| Salaries, Officers | 1,394 | 2.2 | 696 | 1.5 | 704 | 1.3 | 1,104 | 2.7 | 1,194 | 1.8 |
| Traveling Expenses | 251 | 0.4 | 341 | 0.7 | 226 | 0.4 | 277 | 0.7 | 399 | 0.6 |
| TOTAL ADJUSTMENTS TO INCOME | $ 2,220 | 3.5 | $ 1,380 | 2.9 | $ 2,155 | 3.9 | $ 3,062 | 7.5 | $ 3,300 | 5.0 |
| SUBTOTAL | $ 9,386 | 14.6 | $ (877) | (1.9) | $ 5,070 | 9.2 | $ 2,976 | 7.3 | $ 8,951 | 13.5 |
| LESS REASONABLE EXPENSES | | | | | | | | | | |
| Legal, professional & accounting | 0.75% | 481 | 0.8 | 352 | 0.8 | 415 | 0.8 | 305 | 0.8 | 498 | 0.8 |
| Molds (s/b capitalized) | | 0 | - | 0 | - | 0 | - | 0 | - | 0 | - |
| Salaries, Officers | 1.50% | 962 | 1.5 | 705 | 1.5 | 830 | 1.5 | 611 | 1.5 | 995 | 1.5 |
| Traveling Expenses | 0.60% | 385 | 0.6 | 282 | 0.6 | 332 | 0.6 | 244 | 0.6 | 398 | 0.6 |
| ADJUSTED PRETAX INCOME | $ 7,943 | 12.4 | $ (1,934) | (4.1) | $ 3,825 | 6.9 | $ 2,060 | 5.1 | $ 7,458 | 11.2 |
| Add Back Depreciation | 228 | 0.4 | 732 | 1.6 | 585 | 1.1 | 589 | 1.4 | 540 | 0.8 |
| ADJUSTED PRETAX CASH FLOW | $ 8,171 | 12.7 | $ (1,202) | (2.6) | $ 4,410 | 8.0 | $ 2,649 | 6.5 | $ 7,998 | 12.1 |
| Add Back Interest Expense | 917 | 1.4 | 663 | 1.4 | 390 | 0.7 | 552 | 1.4 | 842 | 1.3 |
| ADJUSTED EBDITA (1) | $ 9,088 | 14.2 | $ (539) | (1.1) | $ 4,800 | 8.7 | $ 3,201 | 7.9 | $ 8,840 | 13.3 |
| EBDITA AS % OF SALES | | 14.2 | | (1.1) | | 8.7 | | 7.9 | | 13.3 |
| Weighting (used average) | | 1.0 | | 1.0 | | 1.0 | | 1.0 | | 1.0 |
| Product = 5 Columns | 43 | 14.2 | | (1.1) | | 8.7 | | 7.9 | | 13.3 |
| Divisor = Sum of Weights | 5 | | | | | | | | | |
| AVERAGE EBDITA | 8.6 | Percent (Used in Table E) | | | | | | | | |

| CONFIDENTIAL | | | TABLE D-1 ADJUSTED BOOK VALUE F/Y End December 31 ($000) | | | 1087ABCV 05/15/00 | |
|---|---|---|---|---|---|---|---|
| ABC | Book 31-Dec-99 | % | Adjustments 31-Dec-99 | % | | Adjusted 31-Dec-99 | % |
| **Current Assets** | | | | | | | |
| Cash & equivalents | (79) | -0.5 | $79 | NM | | $0 | 0.0 |
| Accounts Receivable-Trade | 11,154 | 65.8 | (11,154) | NM | | 0 | 0.0 |
| Inventories | 5,834 | 34.4 | (5,834) | NM | | 0 | 0.0 |
| Due from affiliate | (320) | | | | | | |
| Prepaid Expenses & Other | 373 | 2.2 | (373) | | | | |
| Implied Working Capital | - | 0.0 | 8,960 | NM | | 8,960 | 35.0 |
| Total Current Assets | 16,962 | 100.0 | ($8,322) | NM | | $8,960 | 35.0 |
| **Fixed Assets as Appraised** | | | | | | | |
| Automotive Equipment | 0 | 0.0 | 13 | | | 13 | 0.1 |
| Computer Equipment | 0 | 0.0 | 263 | | | 264 | 1.0 |
| Furniture & Fixtures | 0 | 0.0 | 23 | | | 23 | 0.1 |
| Leasehold Equipment | 0 | 0.0 | 26 | | | 26 | 0.1 |
| Machinery & Equipment | 0 | 0.0 | 5 | | | 5 | 0.0 |
| Molds & Tooling | 0 | 0.0 | 1,310 | | | 1,311 | 5.1 |
| Office Equipment | 0 | 0.0 | 5 | | | | |
| Net Fixed Assets | (0) | 0.0 | 0 | | | 1,641 | 6.4 |
| INTANGIBLE ASSETS | - | 0.0 | $15,004 | NM | | 15,004 | 58.6 |
| BUSINESS ENTERPRISE VALUE | 16,962 | 100.0 | | NM | | 25,605 | 100.0 |

The right hand column represents the assets included in "Business Enterprise Value"(BEV). This represents the value of the assets required for normal business operations. To convert this number to Total Asset Value, subtract the Implied Working Capital. This will yield "Basic Business Value", or the value of the fixed, intangible and other assets only. See Table J for calculations of BEV, and Table D-2 for calculations of shareholders' equity.

000046

18 -

Exhibit B
Page 18 of 28

EXHIBIT ___ 6

PAGE ___ 156

Exhibit B
Page 19 of 28

000047

**TABLE D-2**

**ADJUSTED BOOK VALUE**

F/Y End December 31

Job No. 1087ABCV
Val Date   31-Dec-99
Run Date   8-Nov-00

| | | |
|---|---|---:|
| MARKET VALUE OF BUSINESS ENTERPRISE (Table J) | $ | 25,605 |
| Less Implied Working Capital | | (8,960) |
| BASIC BUSINESS VALUE     Fixed Plus Intangibles | $ | 16,645 |
| Less Fixed Assets as Appraised (Table H-1) | | (1,641) |
| MARKET VALUE OF INTANGIBLES (GOODWILL) | $ | 15,004 |
| Add Fixed & Other Assets as Appraised (Table H-1) | | 1,641 |
| Add Current Assets at 12/31/99 (Table A) | | 16,962 |
| ADJUSTED TOTAL ASSET VALUE | $ | 33,607 |
| Less Total Liabilities at 12/31/99 (Table A-1) | | (11,995) |
| | | 21,612 |
| ADJUSTED SHAREHOLDER EQUITY     Rounded | $ | 21,600 |

| CONFIDENTIAL ABC | | TABLE E INCOME APPROACH FY Ending Sept 30 ($000) | | | | Job No. 1087ABCV Val Date 31-Dec-99 Run Date  8-Nov-00 | |
|---|---|---|---|---|---|---|---|
| | **2000** | **2001** | **2002** | **2003** | **2004** | **Reversion** | |
| FORECAST REVENUE GROWT | 6.00% | 3.50% | 3.50% | 3.50% | 3.50% | 3.50% |
| FORECAST OF REVENUE | $70,331 | $72,793 | $75,340 | $77,977 | $80,706 | |
| EBDITA as % of Revenues * | 8.6% | 8.6% | 8.6% | 8.6% | 8.6% | |
| EBDITA * | $6,032 | $6,243 | $6,461 | $6,687 | $6,921 | |
| Less Capital Equipment Reserve | (440) | (456) | (472) | (488) | (505) | |
| Less Working Capital (1) | (8,960) | (332) | (344) | (356) | (368) | |
| DISTRIBUTABLE CASH FLOW | ($3,369) | $5,455 | $5,646 | $5,843 | $6,048 | $6,153 |
| REVERSIONARY VALUE | | | | Factor (3) | 7.667 | $47,177 |
| Discount Rate (Table F) | 20.75% | 20.75% | 20.75% | 20.75% | 20.75% | 20.75% |
| Period Factor | 0.50 | 1.50 | 2.50 | 3.50 | 4.50 | 5.00 |
| Multiplier | 0.910 | 0.754 | 0.624 | 0.517 | 0.428 | 0.390 |
| NPV OF DIST. CASH FLOWS | ($3,066) | $4,111 | $3,524 | $3,020 | $2,589 | $18,378 |

| | |
|---|---|
| NPV OF DISTRIBUTABLE CASH FLOW FOR FIRST FIVE YEARS | $10,178 |
| NPV OF REVERSIONARY VALUE | 18,378 |
| | $28,556 |
| MARKET VALUE OF ENTERPRISE BY THE INCOME APPROACH     Rounded | $28,550 |

(1) Estimated percent of annual revenue growth required for working capital---> Reference - RI    13.50%
Annual Statement Studies.

(2) Income to be capped at end of 5th year was calculated by estimating 6th year's income considering a future growth of 3.5%, and averaging with the 5th year. This adjusts the fifth year from mid-year to the expected end-of-year-revenues.

(3) Calculated with the following formula: Cap Rate = (1+G)/(R-G), where G = estimated future growth rate.
R = wtd avg cost of capital.  (1+.035) / (.2075 -.05) or 1.035/.1325  =    7.667    or    13.04%

* Earnings Before Depreciation & Amortization, Interest and Taxes.  (See Table C).

000048

EXHIBIT ___6___
PAGE ___158___

CONFIDENTIAL                  **TABLE F**                  Job No: 1087ABCV
                    CAPITAL ASSET PRICING MODEL            Val Date 31-Dec-99
                              (CAPM)                        Run Date  8-Nov-00

**ABC INTERNATIONAL TRADERS, INC.**

**KEY ASSUMPTIONS**

| | | |
|---|---|---|
| Cost of debt - pretax (1) | | 11.00% |
| Federal tax rate (2) | Pretax Basis | 0.00% |
| State tax rate | | 0.00% |
| Combined marginal tax rate | Pretax Basis | 0.00% |
| Long-term treasury bond rate | | 6.00% |
| Market average beta | | 0.92 |
| Market average percent of equity | | 72.00% |
| Market average percent of debt | | 28.00% |

| **WEIGHTED AVG COST OF CAPITAL** | 20.72% | Rounded | 20.75% |
|---|---|---|---|
| Formula: (1-T)*(Kd)(D)+(Ke)(E) | | | |
| T = Tax rate | | | 0.00% |
| Kd = Cost of debt | | | 11.00% |
| D = Proportion of debt in total capital | | | 28.00% |
| Ke = Cost of equity | | | 24.50% |
| E = Proportion of equity | | | 72.00% |

| **COST OF EQUITY CAPITAL** | 24.57% | Rounded | 24.50% |
|---|---|---|---|
| Formula: Ke = ((B*Rp)+Rs)+Rt | | | |
| Rf = Rate of return on risk-free security (3) | | | 5.00% |
| Rp = Risk premium (Rm - Rf) | | | 12.10% |
| Rs = Company-specific risk premium (4) | | | 7.50% |
| Rt = Current return on 30 Year treasury bills | | | 6.00% |
| B = Industry beta (5) | | | 0.92 |
| Rm = Market return (6) | | | 17.10% |

*Ibbotson Industry Studies for SIC Code 3944, Games, Toys, and Children's Vehicles

(1) Company's estimated cost of interest-bearing debt.

(2) Valuation based upon after tax income streams.

(3) Ibbotson & Associates Report 1926-1999, "Arithmetic Mean of Annual Returns for Long-Term U.S. Treasury Bonds" (riskless).

(4) Additional risk factor to adjust for specific risks of the subject company and industry.

(5) A measure of risk (variability) of common stocks in the industry. (Ibbotson Industry Studies for SIC Code 3944, Games, Toys, and Children's Vehicles)

(6) Ibbotson & Associates Report 1926-1997, "Arithmetic Mean of Annual Returns for The Common Stock of Small Companies".

000049

EXHIBIT ____

PAGE ____ 159

| CONFIDENTIAL | TABLE G | | | Job No. 1087ABCV |
|---|---|---|---|---|
| | EXCESS EARNINGS APPROACH | | | Val Date 31-Dec-99 |
| | ($000) | | | Run Date  8-Nov-00 |

**ABC**

| | | | | | |
|---|---|---|---|---|---|
| EARNINGS BEFORE CAPITAL CHARGES (EBDITA for 2000) | | | | | $6,032 |

| CAPITAL CHARGES | Appraised | Est | | Return | |
|---|---|---|---|---|---|
| Economic Depreciation | Value | Life | | Of | |
| Automotive Equipment | $      13 | 10 | Yrs | 1 | |
| Computer Equipment | 263 | 5 | Yrs | 53 | |
| Furniture & Fixtures | 23 | 15 | Yrs | 2 | |
| Leasehold Equipment | 26 | 10 | Yrs | 3 | |
| Machinery & Equipment | 5 | 10 | Yrs | 0 | |
| Molds & Tooling | 1,310 | 3 | Yrs | 437 | |
| Office Equipment | 5 | 10 | Yrs | 1 | |
| Fixed Assets at Cost | $   1,646 | 3.7 | | $440 | $     (440) |

| | Adjusted | | Return | | |
|---|---|---|---|---|---|
| Economic Return | Book | % | On | | |
| Working Capital | $   8,960 | 11.0% | $     986 | | |
| Automotive Equipment | 13 | 15.0% | 2 | | |
| Computer Equipment | 263 | 20.0% | 53 | | |
| Furniture & Fixtures | 23 | 15.0% | 4 | | |
| Leasehold Equipment | 26 | 20.0% | 5 | | |
| Machinery & Equipment | 5 | 12.5% | 1 | | |
| Molds & Tooling | 1,310 | 15.0% | 197 | | |
| Office Equipment | 5 | 15.0% | 1 | | |
| Adjusted Tangible Assets | $ 10,606 | | $  1,247 | $   (1,247) | |

| | | | |
|---|---|---|---|
| TOTAL EXCESS EARNINGS | | | $    4,344 |
| Excess Earnings Cap Rate | 24.5% * | | $  17,732 |
| Add Adjusted Tangible Assets | | | 10,606 |
| BUSINESS ENTERPRISE VALUE BY EXCESS EARNINGS METHOD | | | $  28,338 |
| | | Rounded | $  28,350 |

*Equity Discount Rate

000050

Exhibit B
Page 21 of 28

EXHIBIT ___4___

PAGE ___100___

EXHIBIT

PAGE ____ 101

0000.51

Exhibit B
Page 23 of 28

| | | | | | | | | | | | TABLE H | | Valuation Date | 12/31/99 |

ABC INTERNATIONAL TRADERS, INC.
16730 Schoenborn Street
North Hills, CA 91343-6122

FIXED ASSET APPRAISAL
FROM DEPRECIATION SCHEDULES

Original Cost $2,417
Depreciated Replacement Cost New $1,646

| Owned Leased | Entry Order | Item No. | DESCRIPTION | Qty | Valuation Date | Orig Cost* ($) | Est Econ Life | Yrs In Use | Rem Econ Life | Price Trend Factor | Repl Cost New | Est'd Rmng Life | Fair Market Value |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| OWNED | 12 | | TRUCK | 1 | AE | 01-Aug-93 | 35,951 | 10.0 | 6.4 | 3.6 | 1.000 | 35,951 | 36% | 12,873 |
| OWNED | 17 | | COMPUTER | 1 | CE | 15-Oct-93 | 1,120 | 5.0 | 6.2 | (1.2) | 1.000 | 1,120 | -24% | 0 |
| OWNED | 18 | | COMPUTER | 1 | CE | 15-Jul-94 | 750 | 5.0 | 5.5 | (0.5) | 1.000 | 750 | -9% | 0 |
| OWNED | 27 | | COMPUTER | 1 | CE | 01-Oct-94 | 5,727 | 5.0 | 5.3 | (0.3) | 1.000 | 5,727 | -5% | 0 |
| OWNED | 59 | | COMPUTER | 1 | CE | 01-Oct-94 | 1,476 | 5.0 | 5.3 | (0.3) | 1.000 | 1,476 | -5% | 0 |
| OWNED | 28 | | COMPUTER | 1 | CE | 01-Dec-94 | 20,393 | 5.0 | 5.1 | (0.1) | 1.000 | 20,393 | -2% | 0 |
| OWNED | 29 | | COMPUTER | 1 | CE | 01-Mar-95 | 22,714 | 5.0 | 4.8 | 0.2 | 1.000 | 22,714 | 3% | 734 |
| OWNED | 30 | | COMPUTER | 1 | CE | 01-Jun-95 | 18,174 | 5.0 | 4.6 | 0.4 | 1.000 | 18,174 | 8% | 1,504 |
| OWNED | 31 | | COMPUTER | 1 | CE | 15-Oct-95 | 10,448 | 5.0 | 4.2 | 0.8 | 1.000 | 10,448 | 16% | 1,643 |
| OWNED | 32 | | COMPUTER | 1 | CE | 15-Nov-95 | 15,360 | 5.0 | 4.1 | 0.9 | 1.000 | 15,360 | 17% | 2,676 |
| OWNED | 33 | | COMPUTER | 1 | CE | 15-Dec-95 | 4,923 | 5.0 | 4.0 | 1.0 | 1.000 | 4,923 | 19% | 939 |
| OWNED | 37 | | COMPUTER | 1 | CE | 15-Dec-95 | 9,975 | 5.0 | 4.0 | 1.0 | 1.000 | 9,975 | 19% | 1,902 |
| OWNED | 28 | | COMPUTER | 1 | CE | 01-Jul-96 | 8,445 | 5.0 | 3.5 | 1.5 | 1.000 | 8,445 | 30% | 2,531 |
| OWNED | 60 | | COMPUTER | 1 | CE | 01-Jul-96 | 211,405 | 5.0 | 3.5 | 1.5 | 1.000 | 211,405 | 30% | 63,364 |
| OWNED | 61 | | COMPUTER | 1 | CE | 01-Jul-96 | 1,309 | 5.0 | 3.5 | 1.5 | 1.000 | 1,309 | 30% | 392 |
| OWNED | 41 | | COMPUTER | 1 | CE | 01-Jul-97 | 27,505 | 5.0 | 2.5 | 2.5 | 1.000 | 27,505 | 50% | 13,745 |
| OWNED | 62 | | COMPUTER | 1 | CE | 01-Jul-97 | 2,762 | 5.0 | 2.5 | 2.5 | 1.000 | 2,762 | 50% | 1,380 |
| OWNED | 63 | | COMPUTER | 1 | CE | 01-Jun-98 | 39,597 | 5.0 | 1.6 | 3.4 | 1.000 | 39,597 | 68% | 27,056 |
| OWNED | 45 | | COMPUTER | 1 | CE | 01-Jul-98 | 36,668 | 5.0 | 1.5 | 3.5 | 1.000 | 36,668 | 70% | 25,658 |
| OWNED | 46 | | COMPUTER | 1 | CE | 01-Jan-99 | 91,565 | 5.0 | 1.0 | 4.0 | 1.000 | 91,565 | 80% | 73,302 |
| OWNED | 47 | | COMPUTER | 1 | CE | 01-Feb-99 | 11,243 | 5.0 | 0.9 | 4.1 | 1.000 | 11,243 | 82% | 9,192 |
| OWNED | 48 | | COMPUTER | 1 | CE | 01-Mar-99 | 4,000 | 5.0 | 0.8 | 4.2 | 1.000 | 4,000 | 83% | 3,332 |
| OWNED | 49 | | COMPUTER | 1 | CE | 01-Mar-99 | 4,125 | 5.0 | 0.8 | 4.2 | 1.000 | 4,125 | 83% | 3,436 |
| OWNED | 50 | | COMPUTER | 1 | CE | 01-Mar-99 | 3,605 | 5.0 | 0.8 | 4.2 | 1.000 | 3,605 | 83% | 3,003 |
| OWNED | 51 | | COMPUTER | 1 | CE | 01-Mar-99 | 2,733 | 5.0 | 0.8 | 4.2 | 1.000 | 2,733 | 83% | 2,276 |
| OWNED | 52 | | COMPUTER | 1 | CE | 01-Apr-99 | 4,702 | 5.0 | 0.8 | 4.2 | 1.000 | 4,702 | 85% | 3,996 |
| OWNED | 53 | | COMPUTER | 1 | CE | 01-Jun-99 | 20,684 | 5.0 | 0.6 | 4.4 | 1.000 | 20,684 | 88% | 18,270 |
| OWNED | 54 | | COMPUTER | 1 | CE | 01-Aug-99 | 1,557 | 5.0 | 0.4 | 4.6 | 1.000 | 1,557 | 92% | 1,427 |
| OWNED | 55 | | COMPUTER | 1 | CE | 01-Sep-99 | 1,687 | 5.0 | 0.3 | 4.7 | 1.000 | 1,687 | 93% | 1,575 |
| OWNED | 1 | | EXHIBIT BOOTH - FURN & FIX | 1 | FF | 01-Nov-89 | 14,443 | 15.0 | 10.2 | 4.8 | 1.000 | 14,443 | 32% | 4,651 |
| OWNED | 4 | | FURNITURE & FIXTURES | 1 | FF | 01-Sep-90 | 6,857 | 15.0 | 9.3 | 5.7 | 1.000 | 6,857 | 38% | 2,589 |
| OWNED | 2 | | FURNITURE & FIXTURES | 1 | FF | 01-Jul-91 | 13,606 | 15.0 | 8.5 | 6.5 | 1.000 | 13,606 | 43% | 5,890 |
| OWNED | 16 | | FURNITURE & FIXTURES | 1 | FF | 15-Apr-94 | 1,404 | 15.0 | 5.7 | 9.3 | 1.000 | 1,404 | 62% | 869 |
| OWNED | 24 | | FURNITURE & FIXTURES | 1 | FF | 01-Aug-95 | 238 | 15.0 | 4.4 | 10.6 | 1.000 | 238 | 71% | 168 |

EXHIBIT
PAGE
162

000052

Exhibit B
Page 26 of 28

ABC INTERNATIONAL TRADERS, INC.
16730 Schoenborn Street
North Hills, CA 91343-6122

TABLE H
FIXED ASSET APPRAISAL
FROM DEPRECIATION SCHEDULES

Valuation Date  12/31/99
Original Cost  $2,417
Depreciated Replacement Cost New  $1,646

| Owned Leased | Entry Order | Item No. | DESCRIPTION | Qty | | Valuation Date | Orig Cost* ($) | Est Econ Life | Yrs In Use | Rem Econ Life | Price Trend Factor | Repl Cost New | Est'd Rmng Life | Fair Market Value |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| OWNED | 25 | | FURNITURE & FIXTURES | 1 | FF | 01-Aug-95 | 299 | 15.0 | 4.4 | 10.6 | 1.000 | 299 | 71% | 211 |
| OWNED | 26 | | FURNITURE & FIXTURES | 1 | FF | 01-Aug-95 | 1,069 | 15.0 | 4.4 | 10.6 | 1.000 | 1,069 | 71% | 754 |
| OWNED | 34 | | FURNITURE & FIXTURES | 1 | FF | 15-Sep-95 | 1,295 | 15.0 | 4.3 | 10.7 | 1.000 | 1,295 | 71% | 924 |
| OWNED | 35 | | FURNITURE & FIXTURES | 1 | FF | 15-Nov-95 | 1,000 | 15.0 | 4.1 | 10.9 | 1.000 | 1,000 | 72% | 725 |
| OWNED | 43 | | FURNITURE & FIXTURES | 1 | FF | 01-Mar-98 | 1,659 | 15.0 | 1.8 | 13.2 | 1.000 | 1,659 | 88% | 1,456 |
| OWNED | 44 | | FURNITURE & FIXTURES | 1 | FF | 01-Aug-98 | 643 | 15.0 | 1.4 | 13.6 | 1.000 | 643 | 91% | 582 |
| OWNED | 57 | | FURNITURE & FIXTURES | 1 | FF | 01-May-99 | 3,601 | 15.0 | 0.7 | 14.3 | 1.000 | 3,601 | 96% | 3,441 |
| OWNED | 58 | | FURNITURE & FIXTURES | 1 | FF | 01-Dec-99 | 1,115 | 15.0 | 0.1 | 14.9 | 1.000 | 1,115 | 99% | 1,109 |
| OWNED | 6 | | LEASEHOLD IMPROVEMENTS | 1 | LI | 01-Oct-90 | 2,789 | 10.0 | 9.3 | 0.7 | 1.000 | 2,789 | 7% | 208 |
| OWNED | 7 | | LEASEHOLD IMPROVEMENTS | 1 | LI | 01-Feb-91 | 2,293 | 10.0 | 8.9 | 1.1 | 1.000 | 2,293 | 11% | 248 |
| OWNED | 21 | | LEASEHOLD IMPROVEMENTS | 1 | LI | 01-Sep-93 | 17,300 | 10.0 | 6.3 | 3.7 | 1.000 | 17,300 | 37% | 6,342 |
| OWNED | 19 | | LEASEHOLD IMPROVEMENTS | 1 | LI | 15-Jan-94 | 8,633 | 10.0 | 6.0 | 4.0 | 1.000 | 8,633 | 40% | 3,486 |
| OWNED | 20 | | LEASEHOLD IMPROVEMENTS | 1 | LI | 01-Nov-94 | 28,862 | 10.0 | 5.2 | 4.8 | 1.000 | 28,862 | 48% | 13,949 |
| OWNED | 36 | | LEASEHOLD IMPROVEMENTS | 1 | LI | 15-Oct-93 | 2,814 | 10.0 | 4.2 | 5.8 | 1.000 | 2,814 | 58% | 1,628 |
| OWNED | 13 | | MACHINERY & EQUIPMENT | 1 | ME | 15-Jan-94 | 1,004 | 10.0 | 6.0 | 4.0 | 1.000 | 1,004 | 40% | 405 |
| OWNED | 14 | | MACHINERY & EQUIPMENT | 1 | ME | 15-Apr-94 | 1,111 | 10.0 | 5.7 | 4.3 | 1.000 | 1,111 | 43% | 476 |
| OWNED | 22 | | MACHINERY & EQUIPMENT | 1 | ME | 01-Dec-94 | 2,444 | 10.0 | 5.1 | 4.9 | 1.000 | 2,444 | 49% | 1,201 |
| OWNED | 39 | | MACHINERY & EQUIPMENT | 1 | ME | 01-Jul-97 | 628 | 10.0 | 2.5 | 7.5 | 1.000 | 628 | 75% | 471 |
| OWNED | 40 | | MACHINERY & EQUIPMENT | 1 | ME | 01-Jul-97 | 2,936 | 10.0 | 2.5 | 7.5 | 1.000 | 2,936 | 75% | 2,202 |
| OWNED | 3 | | MOLDS & TOOLING | 1 | MT | 01-Sep-90 | 3,229 | 5.0 | 9.3 | (4.3) | 1.000 | 3,229 | -87% | 0 |
| OWNED | 42 | | MOLDS & TOOLING | 1 | MT | 01-Jul-98 | 877,864 | 5.0 | 1.5 | 3.5 | 1.000 | 877,864 | 70% | 614,164 |
| OWNED | 56 | | MOLDS & TOOLING | 1 | MT | 01-Jul-99 | 773,751 | 5.0 | 0.5 | 4.5 | 1.000 | 773,751 | 90% | 696,164 |
| OWNED | 5 | | EQUIPMENT | 1 | OE | 01-Sep-90 | 1,100 | 10.0 | 9.3 | 0.7 | 1.000 | 1,100 | 7% | 73 |
| OWNED | 8 | | TELEPHONE SYSTEM | 1 | OE | 01-Nov-91 | 15,087 | 10.0 | 8.2 | 1.8 | 1.000 | 15,087 | 18% | 2,761 |
| OWNED | 9 | | MAIL MACHINE | 1 | OE | 01-Dec-91 | 1,997 | 10.0 | 8.1 | 1.9 | 1.000 | 1,997 | 19% | 382 |
| OWNED | 10 | | WATER PURIFIER | 1 | OE | 01-Jun-92 | 147 | 10.0 | 7.6 | 2.4 | 1.000 | 147 | 24% | 35 |
| OWNED | 23 | | WATER PUMP | 1 | OE | 01-Feb-95 | 1,748 | 10.0 | 4.9 | 5.1 | 1.000 | 1,748 | 51% | 889 |
| OWNED | 11 | | CELLULAR PHONE | 1 | OE | 01-Aug-92 | 784 | 5.0 | 7.4 | (2.4) | 1.000 | 784 | -48% | 0 |
| OWNED | 15 | | TELECOM EQUIPMENT | 1 | OE | 15-Jul-94 | 2,426 | 10.0 | 5.5 | 4.5 | 1.000 | 2,426 | 45% | 1,100 |
| | | | | | | ($000) | $2,417 | | | | | | FMV | $1,646 |

| | | TABLE H-I | | Job No. | 1087ABCV |
| --- | --- | --- | --- | --- | --- |
| | | FIXED ASSET APPRAISAL | | Val Date | 31-Dec-99 |
| | | From Depreciation Schedules | | Run Date | 8-Nov-00 |
| | | ($000) | | | |

| SUMMARY BY ASSET CATEGORY | | Original Cost | Est Econ Life | FMV |
| --- | --- | --- | --- | --- |
| Automotive Equipment | AE | $   36 | 10.0 | $   13 |
| Computer Equipment | CE | 585 | 5.0 | 263 |
| Furniture & Fixtures | FF | 47 | 15.0 | 23 |
| Leasehold Equipment | LE | 63 | 10.0 | 26 |
| Machinery & Equipment | ME | 8 | 10.0 | 5 |
| Molds & Tooling | MT | 1,655 | 5.0 | 1,310 |
| Office Equipment | OE | 23 | 10.0 | 5 |
| **TOTALS** | | $ 2,417 | | $   1,646 |

Extracted from the detailed appraisal in Table H.

000053

Exhibit B
Page 25 of 28

EXHIBIT
PAGE

000054

Exhibit B
Page 26 of 28

### TABLE I
### MARKET INFORMATION
23-Oct-00

Job No. 1087ABCV
Val Date 31-Dec-99
Run Date   8-Nov-00

| COMPANY | Symbol | Shares Out (000) | Market Cap* ($000) | Annual Sales ($000) | Mkt Cap/ Sales (0) | Beta (0) |
|---|---|---|---|---|---|---|
| JAKKS PACIFIC | JAKK | 19,441 | 162,818 | 183,685 | 0.886 | 1.00 |
| HASBRO,INC | HAS | 172,309 | 1,744,629 | 4,232,263 | 0.412 | 1.00 |
| MATTEL | MAT | 426,371 | 5,036,507 | 5,514,950 | 0.913 | 0.38 |
| RADICA GAMES | RADA | 17,640 | 39,690 | 118,733 | 0.334 | 1.28 |
| TOYMAX INTERNATIONAL | TMAX | 10,598 | 22,521 | 138,985 | 0.162 | NA |
| SELECTED | | 129,272 | 1,401,233 | 2,037,723 | 0.334 | 0.92 |

*Minority value of shareholder equity. Converted to control value in Table I-1 to compare with other control value appproaches as reflected in Table J.  We selected the Radica Games ratio as most representitive to compare with the Subject company.

| CONFIDENTIAL | TABLE I-1 MARKET APPROACH ($000) | Job No. 1087ABCV Val Date 31-Dec-99 Run Date 8-Nov-00 |
|---|---|---|

| | | |
|---|---|---|
| GROSS REVENUES | | $ 66,350 |
| AVERAGE REVENUE/MARKET CAPITALIZATION RATIO (Table I) | | 0.334 |
| MARKET VALUE OF EQUITY ON A MINORITY BASIS | | $ 22,179 |
| Less Public/Private discount for relative size | 23.1% | (5,118) |
| MINORITY VALUE OF EQUITY - SMALL PRIVATE COMPANY | | $ 17,061 |
| Add Control Premium | 35% | 5,971 |
| MARKET VALUE OF EQUITY ON A CONTROL BASIS | Rounded | $ 23,000 |
| Add Implied Working Capital | | 8,960 |
| MARKET VALUE OF BUSINESS ENTERPRISE ON A CONTROL BASIS | | $ 31,960 |

000055

Exhibit B
Page 27 of 28

| CONFIDENTIAL | TABLE J | | Job No. | 1087ABCV |
|---|---|---|---|---|
| | CONCLUSION OF MARKET VALUE | | Val Date | 31-Dec-99 |
| | ($000) | | Run Date | 8-Nov-00 |

| ABC INTERNATIONAL TRADERS, INC. | | Conclusion | Weight | Product | |
|---|---|---|---|---|---|
| INCOME APPROACH (Table E) | $ | 28,550 | 0.50 | $ | 14,275 |
| MARKET APPROACH (Table I-1) | $ | 31,960 | 0.00 | | - |
| EXCESS EARNINGS APPROACH (Table G) | $ | 28,350 | 0.50 | | 14,175 |
| FMV OF BUSINESS ENTERPRISE (Includes working capital) | | | | $ | 28,450 |
| Less Discount for Lack of Liquidity | | | 10% | $ | (2,845) |
| MARKET VALUE OF BUSINESS ENTERPRISE | | | | $ | 25,605 |
| Less Implied Working Capital | | | | | (8,960) |
| BASIC BUSINESS VALUE | | | | $ | 16,645 |
| Add Current Assets (Table A) | | | | | 16,962 |
| FMV OF TOTAL ASSETS | | | | $ | 33,607 |
| Less Total Liabilities (Table A-1) | | | | | (11,995) |
| FMV OF SHAREHOLDERS EQUITY ON A CONTROL BASIS | | | | $ | 21,612 |
| | | | Rounded | $ | 21,600 |
| FMV OF SHAREHOLDER INTEREST | | | 45% | $ | 9,720.00 |
| | | | | | or |
| | | | (Dollars) | | $9,720,000 |

· Adjusted book value not included as it is used only to summarize the above values.

28-

Exhibit B
Page 28 of 28

EXHIBIT ___6___

PAGE ___106___

NATIONAL BUSINESS APPRAISERS, LLC
16055 Ventura Boulevard, Suite 1200
Encino, California 914360211
Phone (818) 528-2013     Fax (818) 528-2014
Email dutch7895@inberglobal.net   www.bizappraisers.com

February 13, 2003

Mr. Morad Zarabi, Arbitrator
ABC INTERNATIONAL TRADERS, INC.
20120 Plummer St.
Chatsworth, CA  91211-5448

Dear Mr. Zarabi:

At your request after receipt of additional relevant information, we are reappraising the shareholders equity of ABC International Traders, Inc (ABC).  We were asked to express our opinion of the market value, on a control basis, of a 45 percent interest in the shareholders equity.

It is our understanding that this opinion will be used for establishing a value for a buy-out of the Subject interest, and may be invalid if used for any other purpose.

ABC develops, produces and markets toys and related products. The company's products are action figures and accessories featuring licensed characters, and mini dolls. Purchasers of the company's products include discount retail chain stores, department stores, toy specialty stores and wholesalers. The company licenses numerous trademarks, corporate, trade and brand names and logos from third parties.

This report covers only Phase I of a full narrative report, therefore we issue only a brief letter report.  All of the financial tables that are normally included in a full-narrative report are presented in the Addenda.

Based upon the information and analyses presented in the Addenda, it is our opinion that as of date of value of December 31, 2000, the market value of the shareholder's equity of ABC International Traders, Inc, on a control basis, as summarized in Table J, of Addenda, was:

$33,805,000

000057

Exhibit C
Page 1 of 28

EXHIBIT ____6____

PAGE ____167____

ABC INTERNATIONAL TRADERS, INC.
North Hills, California

February 13, 2003
Page 2

It is also our opinion that as of December 31, 2000, the market value of a 45 percent interest in the shareholder's equity of ABC International Traders, Inc., on a control basis, as summarized in Table J, of the Addenda, was:

$15,212,000

It is our opinion that a minority discount does not apply to the 45% interest as the other major shareholder holds an equal 45% interest.

Table J, in the Addenda presents our conclusions of market value under the income, market and excess earnings approach, and sets forth the calculations of the various appraised interests as of December 31, 2000.

In conjunction with our work, ABC provided us with audited and unaudited financial information and prospective financial and operational data. We accepted the historical data as fairly reflecting its operations, trends and financial position. We have not independently investigated the accuracy or completeness of the historical data provided to us and we express no opinion or other form of assurance regarding the accuracy or completeness of the data. The conclusions of value presented herein are based on numerous assumptions pertaining to prospective economic and operating conditions. Unanticipated events and circumstances may occur and actual results achieved during the period covered by our prospective financial analysis will vary from our estimates. The variations may be material. In accordance with ethical principles of the Institute of Business Appraisers, neither National Business Appraisers, LLC, nor any of its employees or subcontractors has any present or contemplated future interest in the business interests or assets herein appraised. Neither our employment nor our compensation is in any way contingent upon the values presented in this report. A copy of this report and the working papers from which it was prepared will be kept in our files for eight years.

Respectfully submitted,

NATIONAL BUSINESS APPRAISERS, LLC

By:_____
Ernest E. Dutcher, MCBA
Managing Member
Senior Valuation Counselor

Attachments: Professional Qualifications; Statement of Facts and Limiting Conditions; Addenda

IIIBABCV

2. 𝒫𝒟

NATIONAL BUSINESS APPRAISERS, LLC

000058

Exhibit C
Page 2 of 28

EXHIBIT _____ 𝒰

PAGE _____ 168

ABC INTERNATIONAL TRADERS, INC.
North Hills, California

February 13, 2003
Page 3

## CERTIFICATION

We certify that, to the best of our knowledge and belief:

*   The statements of fact contained in this report are true and correct.

*   The reported analyses, opinions, and conclusions are limited only by the reported assumptions and limiting conditions, and is our personal, unbiased professional analyses, opinions, and conclusions.

*   We have no present or prospective interest in the property that is the subject of this report, and we have no personal interest or bias with respect to the parties involved.

*   Our compensation is not contingent on an action or event resulting from the analyses, opinions, or conclusions in, or the use of, this report.

*   Our analyses, opinions, and conclusions were developed, and this report has been prepared, in conformity with the Uniform Standards of Professional Appraisal Practice.

*   No significant professional assistance was provided to the undersigned in connection with this assignment.

Appraiser_____
          Ernest E. Dutcher, MCBA

NATIONAL BUSINESS APPRAISERS, LLC
000059

Exhibit C
Page 3 of 28

EXHIBIT _____ 6 _____
PAGE _____ 169 _____

ABC INTERNATIONAL TRADERS, INC.                    February 13, 2003
North Hills, California                                   Page 4

---

## PROFESSIONAL QUALIFICATIONS

For

### ERNEST E. DUTCHER, MCBA

Designations

of

**Certified Business Appraiser**
**Master Certified Business Appraiser**

Awarded by

### THE INSTITUTE OF BUSINESS APPRAISERS

http://www.instbusapp.org

*The oldest business appraisal society in the nation.*

NATIONAL BUSINESS APPRAISERS, LLC
**000060**                          Exhibit C
Page 4 of 28

EXHIBIT _____ 6 _____

PAGE _____ 170 _____

ABC INTERNATIONAL TRADERS, INC.                    February 13, 2003
North Hills, California                                         Page 5


ERNEST E. DUTCHER, MCBA

Professional Qualifications

Experience: Mr. Dutcher's full time appraisal experience began in 1975. He has been involved in the analysis and valuation of a broad variety of business enterprises in many industries, including electric power generation, healthcare, equipment leasing & rental, distribution, transportation, manufacturers in the communications, computer, electronics, rubber & chemical industries, shipping, engineering, oil & gas, and many others. He has consulted in marketing, manufacturing and management. He was CEO of an electronic equipment manufacturing company and has held executive positions in other manufacturing, distribution and sales companies.

Employment: Managing Member and Senior Valuation Counselor for National Business Appraisers, LLC. Was Senior Valuation Counselor for Valuation Counselors Group, Inc. for four years, following five years with Marshall and Stevens Incorporated. Previously, he was SW. Manager of Acquisitions for a public company; Business Opportunities Sales for Coldwell Banker; President and General Manager of an elevated work platform manufacturer; Vice President and Controller for an equipment sales and rental company; Vice President of Manufacturing and Division Manager of companies producing specialized heating devices and electronic heat controllers; President and CEO of a high technology public company in the electronics industry; and President and sole stockholder of an exclusive area distributor of Magnavox consumer electronics components and accessories.

Education: Mr. Dutcher attended Yale University, majoring in Communications; USAF Military Schools, attaining the rank of Captain, Radar and Communications. He also attended RCA Institute, UCLA Extension Division and Santa Monica City College in public relations, plus many seminars and home study courses in finance, taxation, computer courses in business related software etc. He has held California real estate and insurance licenses and is a licensed pilot.

Professional Societies: Mr. Dutcher is a senior member in the Institute of Business Appraisers (IBA), the premier professional society of business appraisers, with over 3,400 members. He has also served on the select Qualifications Review Committee. As of March 31, 1999, only about 250 IBA members were designated as Certified Business Appraisers (CBAs). _As of that date, Mr. Dutcher was one of only 15 Master Certified Business Appraisers (MCBAs), a designation requiring over 10 years of providing business appraisals on a full time basis as a CBA._

Court Testimony: Mr. Dutcher has qualified and testified as an expert witness before Federal Tax Courts in Los Angeles and San Francisco California, and California Superior Courts of Los Angeles, Orange, and San Diego Counties. He has served as a consultant in valuation matters to numerous attorneys during the litigation process.

$5 . 2\Omega$

NATIONAL BUSINESS APPRAISERS, LLC
000061                                    Exhibit C
                                          Page 5 of 28

EXHIBIT ____ 6

PAGE ____ 171

**ABC INTERNATIONAL TRADERS, INC.**
North Hills, California

February 13, 2003
Page 6

## STATEMENT OF FACTS AND LIMITING CONDITIONS

National Business Appraisers, LLC (NBA), strives to clearly and accurately disclose the assumptions and limiting conditions that directly affect a valuation analysis, opinion or conclusion. In order to assist the reader in interpreting this report, such assumptions are set forth as follows:

Valuation assignments are accepted with the understanding that there is no obligation to furnish services after completion of the original assignment. If the need for subsequent services related to a valuation assignment (e.g., testimony, updates, conferences, reprint, or copy services) is contemplated, special arrangements acceptable to NBA must be made in advance. NBA, reserves the right to make adjustments to the analysis, opinion and conclusion set forth in the report as we deem necessary if the facts presented by ABC prove to be inaccurate or have been misinterpreted.

It is assumed that: no opinion is intended in matters that require legal, engineering or other professional advice which has been or will be obtained from professional sources; the valuation report will not be used for guidance in professional matters exclusive of the appraisal and valuation discipline; there are no regulations of any government entity to control or restrict the use of the property unless specifically referred to in the report; and the property will not operate in violation of any applicable government regulations, codes, ordinances or statutes.

Information furnished by others is presumed to be reliable, and where so specified in the report, has been verified; however, no responsibility, whether legal or otherwise, is assumed for its accuracy and cannot be guaranteed as being certain. All facts and data set forth in the report are true and accurate to the best of NBA's knowledge and belief. No single item of information was completely relied upon to the exclusion of other information.

Financial data, operating histories and other data relating to income and expenses attributed to the business have been provided by management or it's representatives have been accepted without further verification except as specifically stated in the report.

Valuation reports may contain prospective financial information, estimates or opinions that represent the appraiser's view of reasonable expectations at a particular point in time, but such information, estimates or opinions are not offered as predictions or as assurances that a particular level of income or profit will be achieved, that events will occur or that a particular price will be offered or accepted. All opinions as to value are presented as NBA's considered opinion based on the facts and data obtained during the investigation and set forth in the report. Actual results achieved during the period covered by our prospective financial analysis will vary from those described in our report, and the variations may be material. It should be specifically noted that the valuation assumes the

NATIONAL BUSINESS APPRAISERS, LLC
000062

Exhibit C
Page 6 of 28

EXHIBIT ____6____

PAGE ____172____

ABC INTERNATIONAL TRADERS, INC.                    February 13, 2003
North Hills, California                            Page 7

property will be competently managed and maintained by financially sound owners over the expected period of ownership. This appraisal engagement does not entail an evaluation of management's effectiveness, nor are we responsible for future marketing efforts and other management or ownership actions upon which actual results will depend.

No effort has been made to determine the impact of possible energy shortages or the effect on this project of future federal, state or local legislation, including any environmental or ecological matters or interpretations thereof.

Neither the report nor any portions thereof, especially any conclusions as to value, the identity of the appraiser(s) or NBA, shall be disseminated to the public through public relations media, news media, sales media or any other public means of communications without the prior written consent and approval of NBA. The date(s) of the valuation to which the value estimate conclusions apply is set forth in the letter of transmittal and within the body of the report. The value is based on the purchasing power of the United States dollar as of that date. Unless otherwise noted, NBA assumes that there will be no changes in tax regulations.

No significant change is assumed in the supply and demand patterns indicated in the report. The valuation assumes market conditions observed as of the current date of our market research stated in the letter of transmittal. These market conditions are believed to be correct; however, the appraisers assume no liability should market conditions materially change because of unusual or unforeseen circumstances.

The report and the final estimate of value and the prospective financial analyses included therein are intended solely for the information of the person or persons to whom they are addressed, solely for the purposes stated, and should not be relied upon for any other purpose. Any allocation of total price between tangible assets and various classes of intangible assets, if shown, is invalidated if used separately or in conjunction with any other report. Neither the appraisal report nor its contents nor any reference to the appraiser(s) or NBA, may be referred to or quoted in any registration statement, prospectus, offering memorandum, sales brochure, other appraisal, loan or other agreement or document given to third parties excepting governmental agencies or the extent required by law without our prior written consent. Permission will be granted only upon meeting certain conditions.

A copy of this report and the working papers from which it was prepared will be kept in our files for eight years.

Exhibit C
Page 7 of 28

NATIONAL BUSINESS APPRAISERS, LLC

000063

EXHIBIT ___6___
PAGE ___173___

ABC INTERNATIONAL TRADERS, INC.
North Hills, California

February 13, 2003
Page 8

ADDENDA

$8.80$

NATIONAL BUSINESS APPRAISERS, LLC          Exhibit C
                                            Page 8 of 28
000064

EXHIBIT ___6___
PAGE ___174___

ABC INTERNATIONAL TRADERS, INC.
North Hills, California

February 13, 2003
Page 9

## INDEX OF FINANCIAL TABLES

TABLE A       FIVE YEAR COMPARATIVE BALANCE SHEET – ASSETS

TABLE A-1  FIVE YEAR COMPARATIVE BALANCE SHEET – LIABILITIES

TABLE B       COMPARATIVE INCOME STATEMENT - 5 YEARS

TABLE C       INCOME STATEMENT ADJUSTMENTS

TABLE D-1   ADUSTED BOOK VALUE – PAGE 1

TABLE D-2   ADUSTED BOOK VALUE – PAGE 2

TABLE E       INCOME APPROACH  METHOD OF VALUATION

TABLE F       CAPITAL ASSET PRICING MODEL

TABLE H       FIXED ASSET APPRAISAL – DETAIL

TABLE H-1  FIXED ASSET APPRAISAL - SUMMARY

TABLE I        MARKET COMPARABLES - PUBLIC COMPANIES

TABLE I-1   MARKET APPROACH

TABLE J       CONCLUSIONS OF MARKET VALUE

$9.90$

NATIONAL BUSINESS APPRAISERS, LLC

Exhibit C
Page 9 of 28

000065

EXHIBIT ____ 6

PAGE ____ 175

ABC INTERNATIONAL TRADERS, INC.
North Hills, California

February 13, 2003
Page 10

## DESCRIPTION OF FINANCIAL SCHEDULES USED IN VALUATION

### TABLE A: Comparative Balance Sheet - Assets

This historical comparative balance sheet presents the changes in the asset items over the 5-year period. The dominant change is in current assets.

### TABLE A-1: Comparative Balance Sheet - Liabilities

This historical comparative balance sheet presents the changes in the liability items over the 5-year period. The dominant change is in current liabilities that increased to $24.223 million. This table also reflects the calculations of "Implied Working Capital", calculated as a percentage of revenues, which was substituted to minimize the dynamic nature of current assets and current liabilities that typically change on a daily basis. This allows the conclusions of value to remain valid over a longer period of time without material changes in value.

### TABLE B: Comparative Income Statement

This historical comparative income statement presents the book figures over the 5-year period. The information contained in this table provides the foundation, after the adjustments described in Table C, for the valuation approaches used in this appraisal. The most recent year's performance as presented in Column 5, represents the year-end book figures. To the concluded Pretax Income, we have added back depreciation and amortization to obtain "Pretax Cash Flow". Interest expense is added back to Cash Flow as this appraisal assumes a debt-free basis to yield "Operating Margin, or "Earnings Before Depreciation Interest, Taxes and Amortization" (EBDITA).

A study of this table indicated that ABC follows the somewhat erratic performance of the industry.

### TABLE C: Adjustments to Comparative Income Statement

This statement reflects certain essential income statement items extracted from Table B that is subject to adjustments to remove extraordinary income or expense items that would not be necessary for normal business operations. Following the Adjusted Net Income, Cash Flow and Operating Margin, we calculate the weighted average net income utilizing the 1997, 1998, 1999 and 2000 EBDITA as a percentage of sales. This results in adjusted Pretax Income, Net Income, Cash Flow and Operating Margin (EBDITA)

NATIONAL BUSINESS APPRAISERS, LLC

Exhibit C
Page 10 of 28

EXHIBIT ____6____

PAGE ____17b____

ABC INTERNATIONAL TRADERS, INC.
North Hills, California

February 13, 2003
Page 11

expenses. The resulting "Adjusted Operating Margin (EBDITA) is the key income stream upon which the "Income Approach" (Table E) and the "Excess Earnings Approach" (Table G) is based.

The result is used in Table E to calculate the EBDITA for each year of the forecast 5-year period.

### TABLE D-1: Adjusted Book Value

In this table, all current asset items are reversed out in the second column. We have substituted "Implied Working Capital" as explained in the description of Table A-1. The calculations of market value for the fixed assets (Table H-1) appear in the right hand column. The conclusion of market value for the intangible assets, as calculated in Table D-2, is also added to yield "Business Enterprise Value".

### TABLE D-1: Adjusted Book Value

This table presents the calculations of Total Asset Value and Adjusted Shareholder Equity based upon the Business Enterprise Value shown in Table J.

### TABLE E: Income Approach

Based upon historical growth rates and estimates of future performance a five-year forecast is made for net revenues. The value of the reversionary period following the 5-year forecast period would be a capitalization of the average of the fifth and sixth year, discounted to present value. The After Tax Earnings as Percent of Revenues was calculated in Table C, and is used to estimate the operating profit for each forecast year in Table E. Adding back the Depreciation yields the After Tax Cash Flow. Capital expenditures and changes in working capital are subtracted from this figure to produce the "Distributable Cash Flow". Applying the appropriate discount rate (calculated in Table F) returns these cash flow streams to present value. The total of the five discounted cash flows plus the discounted reversionary value represents the <u>Business Enterprise Value</u> under the Income Approach. The capitalization rate for the reversionary period is calculated using the formula shown in the notes following the schedule.

### TABLE F: Capital Asset Pricing Model

Widely used method of determining the discount rates that are used in Table E. The "Weighted Average Cost of Capital" represents the blending of the Company's estimated

NATIONAL BUSINESS APPRAISERS, LLC
000067

Exhibit C
Page 11 of 26

EXHIBIT ___
PAGE ___ 177

ABC INTERNATIONAL TRADERS, INC.
North Hills, California

February 13, 2003
Page 12

cost of borrowing (the lowest rate) and the "cost of equity capital". The blending is based upon the market average percent of equity and of debt as taken from the public market as shown in Table G-1 under the assumption that the selected public companies could be buyers for the Subject company, which would then reflect the capital structure of the buyer. Borrowed capital is generally the lowest risk due to the security normally provided to the lender. Equity capital, on the other hand, carries the greatest risk, as it does not share the security available to lenders. The blending of these two rates yields the weighted average cost of capital, or discount rate. The notes following Table F adds further insight.

### TABLE G: Capitalization of Excess Earnings

This represents one of three significant valuation approaches for small privately held companies. The original simplified "formula method" had the disadvantage of ignoring the value of the individual asset categories with differing economic lives. In Table G, the "Earnings Before Capital Charges" is the estimated EBDITA for the year 2000, as calculated in Table E. From these earnings, we subtract the return of the capital investment represented by the "Economic Depreciation", and the return on the assets in use as listed under the heading "Economic Return on Capital", yielding the "Total Excess Earnings" of ABC. The "Net Excess Earnings", is then capitalized using the equity multiple as developed in Table F. The value of the capitalized excess earnings is then added to the "Total Assets in Use" to reflect the market value under the Excess Earnings Approach on a control basis.

### TABLE H

The method for appraising fixed assets as herein described is known as the "Depreciated Replacement Cost New Approach" (DRCN). This presents the appraised value of each of the items of fixed assets, based upon the depreciation schedule of the income tax return for 1999. As noted, each item is listed as to description, date of purchase, original cost, estimated economic life, years in use, remaining economic life, price trend factor based upon the consumer price index, replacement cost new, estimated remaining economic life and fair market value. Items beyond their estimated economic life are valued at zero.

### TABLE H-1

This table summarizes the market value of each group of assets, and is used in Table D and Table G.

NATIONAL BUSINESS APPRAISERS, LLC
000068

Exhibit C
Page 12 of 28

EXHIBIT ____ Q

PAGE ____ 178

ABC INTERNATIONAL TRADERS, INC.　　　　　　　February 13, 2003
North Hills, California　　　　　　　　　　　　　　　　Page 13

---

**TABLE I: Market Comparable Companies from public marketplace.**

The operating results of the listed public companies present various indicators that are useful in determining the market value of ABC. Listed are the Company's shares outstanding, market capitalization, annual sales, market capitalization/sales ratio, and Beta. We use the median of the market cap/sales ratios of the Public companies in our Market Approach that follows in Table I-1. We use the average of the Betas and the capital structures of the public companies for our calculations of the discount rates in Table F. These comparables are all involved in the same industry as ABC.

**TABLE I-1: Market Approach Valuation**

Gross revenues in 2000 for ABC is multiplied by the median revenue/market cap ratio to obtain the indicated market value on a minority basis. A discount[1] is applied to adjust for the differences in size of the public companies as compared with ABC. This yields the market value of the equity on a minority basis. To adjust the minority value to a control value we add the premium for control for comparison with the other approaches, which yields the market value of the equity on a control basis. To convert this value to the business enterprise value, we must add back the implied working capital to yield Business enterprise value on a control basis. This value is now comparable to the results of the other two approaches as reflected in Table J.

**TABLE I: Final Correlation**

Each of the individual market values developed in the various approaches are listed, and weighted. The income approach is generally granted the greatest weight, as the driving force for the average investor is the anticipation of future benefits, however in this report we believe it appropriate to grant meaningful weight to both the excess earnings approach and the market approach as both are valid approaches for use with medium sized business valuations.

---

[1] Mergerstat Review 1999

NATIONAL BUSINESS APPRAISERS, LLC

000069

Exhibit C
Page 13 of 28

13.90

EXHIBIT ___6___

PAGE ___179___

EXHIBIT _____
PAGE 180

000070

Exhibit C
Page 14 of 28

| | | 1996 | % | 1997 | % | 1998 | % | 1999 | % | 2000 | % |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **TABLE A** | | | | | | | | | Job No. | 1118ABCV | |
| REVISED REPORT | FIVE YEAR COMPARATIVE BALANCE SHEET | | | | | | | | Appr Date | 12/31/2000 | |
| ABC | F/Y End December 31 | | | | | | | | Run Date | 03/25/04 | |
| | ($000) | | | | | | | | | | |
| **ASSETS** | | 1996 | % | 1997 | % | 1998 | % | 1999 | % | 2000 | % |
| Current assets | | | | | | | | | | | |
| Cash & equivalents | | $438 | 2.5 | $797 | 3.8 | $860 | 5.1 | ($79) | -0.4 | $1,144 | 4.5 |
| Accounts Receivable-Trade | | 3,760 | 21.8 | 10,067 | 47.7 | 7,614 | 44.8 | 11,154 | 63.5 | 8,744 | 34.3 |
| Inventories | | 11,677 | 67.7 | 8,663 | 41.0 | 7,400 | 43.6 | 5,834 | 33.2 | 14,278 | 56.0 |
| Due from affiliate | | 143 | 0.8 | 171 | 0.8 | | 0.0 | (320) | -1.8 | 209 | 0.8 |
| Prepaid Expenses & Other | | 786 | 4.6 | 768 | 3.6 | 379 | 2.2 | 373 | 2.1 | 190 | 0.7 |
| | | | | | | | | | | | |
| Total Current | | $16,804 | 97.4 | $20,466 | 96.9 | $16,253 | 95.7 | $16,962 | 96.6 | $24,565 | 96.4 |
| | | | | | | | | | | | |
| Property & Equipment | | | | | | | | | | | |
| Machinery & Equipment | | $1,759 | 10.2 | $2,369 | 11.2 | $3,621 | 21.3 | $1,409 | 8.0 | $2,231 | 8.8 |
| Leasehold Improvements | | 86 | | 86 | | 86 | | 86 | | 215 | |
| Less Accum. Depr. | | (1,399) | -8.1 | (1,800) | -8.3 | (2,977) | -17.5 | (900) | -5.1 | (1,534) | -6.0 |
| | | | | | | | | | | | |
| Net Fixed Assets | | $446 | 2.6 | $655 | 3.1 | $730 | 4.3 | $595 | 3.4 | $912 | 3.6 |
| | | | | | | | | | | | |
| Deposits & other | | | 0.0 | | 0.0 | | 0.0 | | 0.0 | | 0.0 |
| | | | | | | | | | | | |
| TOTAL ASSETS | | $17,250 | 100.0 | $21,121 | 100.0 | $16,983 | 100.0 | $17,557 | 100.0 | $25,477 | 100.0 |

* This information is from the fiscal year of 1996 to 2000.

| REVISED REPORT | | | TABLE A-1 | | | | | Job No. 1116ABCV | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | FIVE YEAR COMPARATIVE BALANCE SHEET | | | | | | Appr Date 12/31/2000 | | |
| | | F/Y End December 31 | | | | | | Run Date 15-Dec-04 | | |
| | | (5000) | | | | | | | | |
| | | | | | | | | | | |
| | | LIABILITIES & SHAREHOLDERS EQUITY | | | | | | | | |
| | | | | | | | | | | |
| | | 1996 | % | 1997 | % | 1998 | % | 1999 | % | 2000 | % |
| Current Liabilities | | | | | | | | | | |
| Accounts Payable & Accrued | $ 7,222 | 41.9 | $ 11,134 | 52.7 | $ 6,904 | 40.7 | $ 6,611 | 37.7 | $ 12,951 | 50.8 |
| Bank Line-Revolving | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 |
| Current Port. L T Debt | 36 | 0.2 | 38 | 0.2 | 38 | 0.2 | 0 | 0.0 | -11,272 | 44.2 |
| Other current | 3 | 0.0 | 45 | 0.2 | 131 | 0.8 | 0 | 0.0 | 0 | 0.0 |
| Total current liabilities | $ 7,261 | 42.1 | $ 11,217 | 53.1 | $ 7,073 | 41.6 | $ 6,611 | 37.7 | $ 24,223 | 95.1 |
| | | | | | | | | | | |
| Long Term Liabilities | | | | | | | | | | |
| Notes payable to bank | $ 5,950 | 34.5 | $ 3,175 | 15.0 | $ 5,231 | 30.8 | $ 2,129 | 12.1 | $ 1,147 | 4.5 |
| Long term debt, less current | | 0.0 | | 0.0 | | 0.0 | 0 | 0.0 | 0 | 0.0 |
| Subordinated notes payable & other | 2,718 | 15.8 | 3,028 | 14.3 | 3,247 | 19.1 | 3,255 | 18.5 | 3,590 | 14.1 |
| Total long term liabilities | $ 8,668 | 50.2 | $ 6,203 | 29.4 | $ 8,478 | 49.9 | $ 5,384 | 30.7 | $ 4,737 | 18.6 |
| | | | | | | | | | | |
| Total Liabilities | $ 15,929 | 92.3 | $ 17,420 | 82.5 | $ 15,551 | 91.6 | $ 11,995 | 68.3 | $ 28,960 | 113.7 |
| | | | | | | | | | | |
| Shareholders Equity | $ 1,321 | 7.7 | $ 3,701 | 17.5 | $ 1,432 | 8.4 | $ 5,562 | 31.7 | $ (3,483) | -13.7 |
| Total Liabilities & Shareholders Equity | $ 17,250 | 100.0 | $ 21,121 | 100.0 | $ 16,983 | 100.0 | $ 17,557 | 100.0 | $ 25,477 | 100.0 |
| | | | | | | | | | | |
| Current Ratio | 2.31 | | 1.82 | | 2.30 | | 2.57 | | 1.01 | 1 |
| Quick Ratio | 0.98 | | 0.97 | | 1.20 | | 1.68 | | 0.41 | |
| L T Debt / Net Worth | 6.56 | | 1.68 | | 5.92 | | 0.97 | | -1.36 | |
| Working Capital | $ 9,543 | 55.3 | $ 9,249 | 43.8 | $ 9,180 | 54.1 | $ 10,351 | 59.0 | $ 342 | 1.3 |
| | | | | | | | | | | |
| IMPLIED WORKING CAPITAL | | | | | | | | | | |
| Net Revenues | $ 46,060 | | $ 55,315 | | $ 40,732 | | $ 66,350 | | $ 77,489 | |
| W/C as a percent of revenues * | 12.23% | | 12.23% | | 12.23% | | 12.23% | | 12.23% | |
| Implied working capital | $ 5,747 | | $ 6,766 | | $ 4,982 | | $ 8,116 | | $ 9,479 | |
| | | | | | | | | | | |
| * Reuben Morris Associates SIC #3944, Games, Toys etc. | | | | | | | | | $ 9,500 | |

Exhibit C
Page 15 of 28

15.90

EXHIBIT ___6___

PAGE ___181___

| REVISED REPORT | | TABLE B | | | | | | Job No. 1114ABCV | |
|---|---|---|---|---|---|---|---|---|---|
| | | FIVE YEAR COMPARATIVE INCOME STATEMENT | | | | | | Appr Date 12/31/2000 | |
| | | F/Y End December 31 | | | | | | Run Date 25-Mar-08 | |
| ABC INTERNATIONAL TRADERS, INC. | | ($000) | | | | | | (1) | |
| | 1996 | % | 1997 | % | 1998 | % | 1999 | % | 2000 | % |
| | | | | | | | | | | |
| REVENUES - NET | $ 46,910 | 100.0 | $ 55,215 | 100.0 | $ 40,732 | 100.0 | $ 66,350 | 100.0 | $ 77,489 | 100.0 |
| Less cost of sales | 36,834 | 78.4 | 40,032 | 72.4 | 26,093 | 64.1 | 43,724 | 65.9 | 53,300 | 68.8 |
| | | | | | | | | | | |
| GROSS PROFIT | $ 10,146 | 21.6 | $ 15,283 | 27.6 | $ 14,639 | 35.9 | $ 22,626 | 34.1 | $ 24,189 | 31.2 |
| Other income (loss) | (738) | -1.6 | 28 | 0.1 | (253) | -0.6 | 350 | 0.5 | 5,000 | 6.5 |
| | | | | | | | | | | |
| TOTAL INCOME | $ 9,408 | 20.0 | $ 15,311 | 27.7 | $ 14,386 | 35.3 | $ 22,976 | 34.6 | $ 29,189 | 37.7 |
| | | | | | | | | | | |
| EXPENSES | | | | | | | | | | |
| Advertising & promotion | $ 2,936 | 6.2 | $ 2,992 | 5.4 | $ 3,898 | 9.6 | $ 4,367 | 6.6 | $ 7,680 | 9.9 |
| Automobile expense | 74 | 0.2 | 47 | 0.1 | 64 | 0.2 | 67 | 0.1 | 70 | 0.1 |
| Bad debts | 269 | 0.6 | (6) | 0.0 | | 0.0 | 30 | 0.0 | | 0.0 |
| Bank charges | 312 | 0.7 | 294 | 0.5 | 181 | 0.4 | 196 | 0.3 | 200 | 0.3 |
| Commissions | 1,912 | 4.1 | 2,535 | 4.6 | 2,164 | 5.3 | 2,487 | 3.7 | 3,000 | 3.9 |
| Data processing & supplies | 22 | 0.0 | 27 | 0.0 | 64 | 0.2 | 66 | 0.1 | 70 | 0.1 |
| Depreciation | 732 | 1.6 | 555 | 1.1 | 589 | 1.4 | 540 | 0.8 | 634 | 0.8 |
| Delivery, postage | 130 | 0.3 | 242 | 0.4 | 191 | 0.5 | 323 | 0.5 | 375 | 0.5 |
| Insurance | 329 | 0.7 | 227 | 0.4 | 305 | 0.7 | 386 | 0.6 | 400 | 0.5 |
| Interest Expense | 663 | 1.4 | 390 | 0.7 | 552 | 1.4 | 842 | 1.3 | 1,179 | 1.5 |
| Legal, professional & accounting | 343 | 0.7 | 1,225 | 2.2 | 1,681 | 4.1 | 1,199 | 1.8 | 1,250 | 1.6 |
| Miscellaneous other | 187 | 0.4 | 105 | 0.2 | 379 | 0.9 | 62 | 0.1 | 4,910 | 6.3 |
| Molds | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 | 504 | 0.8 | 750 | 1.0 |
| Office Expenses | 77 | 0.2 | 61 | 0.1 | 71 | 0.2 | 132 | 0.2 | 150 | 0.2 |
| Product development | 1,021 | 2.2 | 463 | 0.8 | 1,008 | 2.5 | 1,711 | 2.6 | 2,000 | 2.6 |
| Rents | 467 | 1.0 | 346 | 0.6 | 382 | 0.9 | 455 | 0.7 | 431 | 0.6 |
| Repairs & maintenance | 11 | 0.0 | 11 | 0.0 | 22 | 0.1 | | 0.0 | | 0.0 |
| Salaries, officers | 690 | 1.5 | 701 | 1.3 | 1,104 | 2.7 | 1,194 | 1.8 | 1,200 | 1.5 |
| Salaries & wages | 2,009 | 4.3 | 2,284 | 4.1 | 2,223 | 5.5 | 3,179 | 4.8 | 3,874 | 5.0 |
| Taxes & licenses | 27 | 0.1 | 217 | 0.4 | 39 | 0.1 | 61 | 0.1 | 75 | 0.1 |
| Taxes, payroll | 220 | 0.5 | 176 | 0.3 | 219 | 0.5 | 254 | 0.4 | 260 | 0.3 |
| Telephone | 219 | 0.5 | 183 | 0.3 | 166 | 0.4 | 214 | 0.3 | 225 | 0.3 |
| Travel & entertainment | 341 | 0.7 | 226 | 0.4 | 277 | 0.7 | 399 | 0.6 | 450 | 0.6 |
| Utilities | 36 | 0.1 | 32 | 0.1 | 30 | 0.1 | 35 | 0.1 | 40 | 0.1 |
| | | | | | | | | | | |
| TOTAL EXPENSES | $ 13,860 | 29.8 | $ 13,331 | 24.2 | $ 15,613 | 38.3 | $ 18,707 | 28.2 | $ 29,223 | 37.7 |
| | | | | | | | | | | |
| PRETAX INCOME | $ (1,652) | -7.8 | $ 1,910 | 3.5 | $ (1,227) | -3.0 | $ 4,269 | 6.4 | $ (34) | 0.0 |
| Add Depreciation/Amort. | 732 | 1.6 | 555 | 1.1 | 589 | 1.4 | 540 | 0.8 | 634 | 0.8 |
| | | | | | | | | | | |
| PRETAX CASH FLOW (2) | $ (920) | -6.2 | $ 2,525 | 4.6 | $ (634) | -1.6 | $ 4,809 | 7.2 | $ 600 | 0.8 |
| Add Interest Charges | 663 | 1.4 | 390 | 0.7 | 552 | 1.4 | 842 | 1.3 | 1,179 | 1.5 |
| | | | | | | | | | | |
| FADIT (3) | $ (2,257) | -1.8 | $ 2,915 | 5.3 | $ (86) | -0.2 | $ 5,651 | 8.5 | $ 1,779 | 2.3 |
| | | | | | | | | | | |
| (1) Basic data from Deloitte & Touche audited report. | | | | | | | | | | |
| (2) Pretax income plus depreciation. | | | | | | | | | | |
| (3) Pretax cash flow plus interest charges | | | | | | | | | | |

Exhibit C
Page 16 of 28

000072

16-8D

EXHIBIT ___6___

PAGE ___182___

EXHIBIT ___
PAGE ___ 183

000073

Exhibit C
Page 17 of 28

**TABLE C**

| REVISED REPORT | | | | INCOME STATEMENT ADJUSTMENTS | | | | | | Job No. 1TE8AGCV | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | FYE End December 31 | | | | | | Appr Date 12/31/2000 | |
| ABC INTERNATIONAL TRADERS, INC. | | | | ($000) | | | | | | Run Date 25-Mar-04 | |
| | 1996 | % | 1997 | % | 1998 | % | 1999 | % | 2000 | % | |
| REVENUES - NET | $ 46,980 | 100.0 | $ 55,515 | 100.0 | $ 40,732 | 100.0 | $ 66,350 | 100.0 | $ 77,489 | 100.0 | |
| OPERATING INCOME (EBDIT) | $ (2,257) | (4.8) | $ 2,915 | 5.3 | $ (80) | (0.2) | $ 5,651 | 8.5 | $ 1,779 | 2.3 | |
| ADJUSTMENTS TO INCOME | | | | | | | | | | | |
| Legal, professional & accounting | 345 | 0.7 | 1,225 | 2.2 | 1,681 | 4.1 | 1,199 | 0.8 | 1,250 | 1.6 | |
| Hallmark | 0 | | 0 | | 0 | | 0 | | 5,000 | 6.5 | |
| Salaries, Officers | 696 | 1.5 | 704 | 1.3 | 1,104 | 2.7 | 1,194 | 1.8 | 1,200 | 1.5 | |
| Traveling Expenses | 341 | 0.7 | 226 | 0.4 | 277 | 0.7 | 399 | 0.6 | 450 | 0.6 | |
| TOTAL ADJUSTMENTS TO INCOME | $ 1,380 | 2.9 | $ 2,155 | 3.9 | $ 3,062 | 7.5 | $ 2,792 | 4.2 | $ 7,900 | 10.2 | |
| SUBTOTAL | $ (877) | (1.9) | $ 5,070 | 9.1 | $ 2,976 | 7.3 | $ 8,443 | 12.7 | $ 9,679 | 12.5 | |
| LESS REASONABLE EXPENSES | | | | | | | | | | | |
| Legal, professional & accounting | 0.75% | (352) | (0.8) | (413) | (0.8) | (305) | (0.8) | (498) | (0.8) | (581) | (0.8) |
| Salaries, Officers | 1.30% | (705) | (1.5) | (830) | (1.5) | (611) | (1.5) | (995) | (1.5) | (1,162) | (1.5) |
| Traveling Expenses | 0.60% | (282) | (0.6) | (332) | (0.6) | (244) | (0.6) | (398) | (0.6) | (465) | (0.6) |
| ADJUSTED PRETAX INCOME | $ (2,216) | (4.7) | $ 3,494 | 6.3 | $ 1,815 | 4.5 | $ 6,552 | 9.9 | $ 7,470 | 9.6 | |
| Add Back Depreciation | 732 | 1.6 | 585 | 1.1 | 589 | 1.4 | 540 | 0.8 | 634 | 0.8 | |
| ADJUSTED PRETAX CASH FLOW | $ (1,484) | (3.2) | $ 4,079 | 7.4 | $ 2,404 | 3.9 | $ 7,092 | 10.7 | $ 8,104 | 10.5 | |
| Add Back Interest Expense | 663 | 1.4 | 390 | 0.7 | 552 | 1.4 | 842 | 1.3 | 1,179 | 1.5 | |
| ADJUSTED EBDIT (1) | $ (821) | (1.7) | $ 4,469 | 8.1 | $ 2,956 | 7.3 | $ 7,934 | 12.0 | $ 9,283 | 12.0 | |
| EBDIT AS % OF SALES | | (1.7) | | 8.1 | | 7.3 | | 12.0 | | 12.0 | |
| Weighting | 8 | | 2 | | 2 | | 2 | | 2 | | |
| Product - 5 Columns | 79 | | | 16.2 | | 14.5 | | 23.9 | | 24.0 | |
| Divisor - Sum of Weights | | | | | | | | | | | |
| WEIGHTED AVERAGE EBDIT | 9.8 | Percent (Used in Table E) | | | | | | | | | |

REVISED REPORT

**TABLE D-1**
**ADJUSTED BOOK VALUE**
F/Y End December 31
($000)

Job No.  1118ABCV
Appr Date  12/31/2000
Run Date  25-Mar-04

| ABC | Book 31-Dec-00 | % | Adjustments 31-Dec-00 | % | Adjusted 31-Dec-00 | % |
|---|---|---|---|---|---|---|
| **Current Assets** | | | | | | |
| Cash & equivalents | 1,144 | 4.7 | ($1,144) | NM | $0 | 0.0 |
| Accounts Receivable-Trade | 8,744 | 35.6 | (8,744) | NM | 0 | 0.0 |
| Inventories | 14,278 | 58.1 | (14,278) | NM | 0 | 0.0 |
| Due from affiliate | 209 | | (209) | NM | 0 | 0.0 |
| Prepaid Expenses & Other | 190 | 0.8 | (190) | NM | 0 | 0.0 |
| Implied Working Capital | 0 | | 9,500 | NM | 9,500 | 19.9 |
| Total Current Assets | 24,565 | 100.0 | ($15,065) | NM | $9,500 | 19.9 |
| **Fixed Assets as Appraised** | | | | | | |
| Automotive Equipment | 0 | 0.0 | 11 | | 11 | 0.0 |
| Computer Equipment | 0 | 0.0 | 131 | | 131 | 0.3 |
| Furniture & Fixtures | 0 | 0.0 | 24 | | 24 | 0.1 |
| Leasehold Equipment | 0 | 0.0 | 23 | | 23 | 0.0 |
| Machinery & Equipment | 0 | 0.0 | 4 | | 4 | 0.0 |
| Molds & Tooling * | 0 | 0.0 | 1,031 | | 1,031 | 2.2 |
| Office Equipment | 0 | 0.0 | 4 | | 4 | - |
| Net Fixed Assets | (1) | 0.0 | 0 | | 1,225 | 2.6 |
| **INTANGIBLE ASSETS** | - | 0.0 | $36,975 | NM | 36,975 | 77.5 |
| **BUSINESS ENTERPRISE VALUE** | 24,564 | 100.0 | | NM | 47,700 | 100.0 |

The right hand column represents the assets included in "Business Enterprise Value"(BEV). This represents the value of the assets required for normal business operations. To convert this number to Total Asset Value, subtract the Implied Working Capital. This will yield "Basic Business Value", or the value of the fixed, intangible and other assets only. See Table D-2 for calculations of Adjusted Book Value.

Exhibit C
Page 18 of 28

18.8P

EXHIBIT ____ 6
PAGE ____ 184

| TABLE D-2 ADJUSTED BOOK VALUE F/Y End December 31 | Job No. | 1118ABCV |
|---|---|---|
| | Appr Date | 12/31/2000 |
| | Run Date | 25-Mar-04 |

| | | |
|---|---|---|
| MARKET VALUE OF BUSINESS ENTERPRISE | $ | 47,700 |
| Less Implied Working Capital | | (9,500) |
| | | ----------- |
| BASIC BUSINESS VALUE    Fixed Plus Intangibles | $ | 38,200 |
| Less Fixed Assets as Appraised | | (1,225) |
| | | ----------- |
| MARKET VALUE OF INTANGIBLES (GOODWILL) | $ | 36,975 |
| Add Fixed & Other Assets as Appraised (Table H) | | 1,225 |
| Add Current Assets at 12/31/00 (Table A) | | 24,565 |
| | | ----------- |
| ADJUSTED TOTAL ASSET VALUE | $ | 62,765 |
| Less Total Liabilities at 12/31/00 (Table A-1) | | (28,960) |
| | | |
| ADJUSTED SHAREHOLDER EQUITY | $ | 33,805 |

See Table J for final conclusion.

Exhibit C
Page 19 of 28

000075

| REVISED REPORT ABC | | TABLE E INCOME APPROACH FY Ending Sept 30 ($000) | | | | Job No. Appr Date Run Date | 111EABCV 12/01/2000 25-Mar-04 |
|---|---|---|---|---|---|---|---|
| | **2001** | **2002** | **2003** | **2004** | **2005** | **Reversion** | |
| FORECAST REVENUE GROWTH | 25.00% | 10.00% | 5.00% | 5.00% | 5.00% | 5.00% | |
| FORECAST OF REVENUE | $96,861 | $106,547 | $111,875 | $117,468 | $123,342 | | |
| EBDIT as % of Revenues * | 9.8% | 9.8% | 9.8% | 9.8% | 9.8% | | |
| EBDIT * | $9,510 | $10,461 | $10,984 | $11,534 | $12,110 | $10,919 | |
| Less Capital Equipment Reserve | (347) | (381) | (401) | (421) | (442) | (Table G) | |
| Less Working Capital (1) | (9,500) | (1,185) | (652) | (684) | (718) | | |
| DISTRIBUTABLE CASH FLOW | ($337) | $8,895 | $9,932 | $10,429 | $10,950 | $11,224 | |
| REVERSIONARY VALUE | | | | | Factor (3) | 6.885 | $77,280 |
| Discount Rate (Table F) | 19.25% | 19.25% | 19.25% | 19.25% | 19.25% | 19.25% | |
| Period Factor | 0.50 | 1.50 | 2.50 | 3.50 | 4.50 | 5.00 | |
| Multiplier | 0.916 | 0.768 | 0.644 | 0.540 | 0.453 | 0.415 | |
| NPV OF DIST. CASH FLOWS | ($308) | $6,831 | $6,396 | $5,632 | $4,959 | $32,046 | |

| NPV OF DISTRIBUTABLE CASH FLOW FOR FIRST FIVE YEARS | $23,508 |
|---|---|
| NPV OF REVERSIONARY VALUE | 32,046 |
| | $55,554 |
| MARKET VALUE OF ENTERPRISE BY THE INCOME APPROACH    Rounded | $55,550 |

(1) Estimated percent of annual revenue and revenue growth required for working capit  -->  12.23%
Reference - RMAAnnual Statement Studies.

(2) Income to be capped at end of 5th year was calculated by estimating 6th year's income considering a future growth of 5%, and averaging with the 5th year. This adjusts the fifth year from mid-year to the expected end-of-year-revenues.

(3) Calculated with the following formula: Cap Rate = (1+G)/(R-G), where G = estimated future growth rate. R = wtd avg cost of capital. (1+.05) / (.2025 -.05) or 1.05/.1525 =   6.885   or   14.52%

* Earnings Before Depreciation & Amortization, Interest and Taxes. (See Table C).

Exhibit C
Page 20 of 28

20 PD

EXHIBIT _____ Ψ

PAGE _____ 186

| REVISED REPORT | TABLE F | | Job No. | 1118ABCV |
| --- | --- | --- | --- | --- |
| | CAPITAL ASSET PRICING MODEL | | Appr Date | 12/31/2000 |
| | (CAPM) | | Run Date | 15-Dec-04 |

**ABC INTERNATIONAL TRADERS, INC.**

**KEY ASSUMPTIONS**

| | | |
| --- | --- | --- |
| Cost of debt - pretax (1) | | 10.00% |
| Federal tax rate (2) | Pretax Basis | 0.00% |
| State tax rate | | 0.00% |
| Combined marginal tax rate | Pretax Basis | 0.00% |
| Long-term treasury bond rate | | 6.00% |
| Market average beta | * | 1.00 |
| Market average percent of equity | * | 72.00% |
| Market average percent of debt | * | 28.00% |

| WEIGHTED AVG COST OF CAPITAL | 19.36% | Rounded | 19.25% |
| --- | --- | --- | --- |
| Formula: (1-T)*(Kd)(D)+(Ke)(E) | | | |
| T = Tax rate | | | 0.00% |
| Kd = Cost of debt | | | 10.00% |
| D = Proportion of debt in total capital | | | 28.00% |
| Ke = Cost of equity | | | 23.00% |
| E = Proportion of equity | | | 72.00% |

| COST OF EQUITY CAPITAL | 23.10% | Rounded | 23.00% |
| --- | --- | --- | --- |
| Formula: Ke = ((B*Rp)+Rs)+Rt | | | |
| Rf = Rate of return on risk-free security (3) | | | 5.00% |
| Rp = Risk premium (Rm - Rf) | | | 12.10% |
| Rs = Company-specific risk premium (4) | | | 5.00% |
| Rt = Current return on 30 Year treasury bills | | | 6.00% |
| B = Industry beta (5) | | | 1.00 |
| Rm = Market return (6) | | | 17.10% |

*Ibbotson Industry Studies for SIC Code 3944, Games, Toys, and Children's Vehicles

(1) Company's estimated cost of interest-bearing debt.

(2) Valuation based upon after tax income streams.

(3) Ibbotson & Associates Report 1926-1999, "Arithmetic Mean of Annual Returns for Long-Term U.S. Treasury Bonds" (riskless).

(4) Additional risk factor to adjust for specific risks of the subject company and industry.

(5) A measure of risk (variability) of common stocks in the industry. (Ibbotson Industry Studies for SIC Code 3944, Games, Toys, and Children's Vehicles)

(6) Ibbotson & Associates Report 1926-1997, "Arithmetic Mean of Annual Returns for The Common Stock of Small Companies".

Exhibit C
Page 21 of 28

21. 90

EXHIBIT 4
PAGE 187

| REVISED REPORT | | TABLE G | | | Job No. | 1118ABCV |
|---|---|---|---|---|---|---|
| | | EXCESS EARNINGS APPROACH | | | Appr Date | 12/31/2000 |
| | | ($000) | | | Run Date | 25-Mar-04 |

**ABC**

EARNINGS BEFORE CAPITAL CHARGES (Table E)                                    $10,919

| CAPITAL CHARGES Economic Depreciation | Appraised Value | Est Life | | | Return Of | |
|---|---|---|---|---|---|---|
| Automotive Equipment | $    11 | 10 | Yrs | | 1 | |
| Computer Equipment | 131 | 5 | Yrs | | 26 | |
| Furniture & Fixtures | 24 | 15 | Yrs | | 2 | |
| Leasehold Equipment | 23 | 10 | Yrs | | 2 | |
| Machinery & Equipment | 4 | 10 | Yrs | | 0 | |
| Molds & Tooling * | 1,031 | 3 | Yrs | | 344 | |
| Office Equipment | 4 | 10 | Yrs | | 0 | |
| Fixed Assets at Cost | $  1,229 | 3.5 | | | $347 | $    (347) |

| Economic Return | Adjusted Book | % | | | Return On | |
|---|---|---|---|---|---|---|
| Working Capital | $  9,500 | 10.0% | | | $   950 | |
| Automotive Equipment | 11 | 15.0% | | | 2 | |
| Computer Equipment | 131 | 20.0% | | | 26 | |
| Furniture & Fixtures | 24 | 15.0% | | | 4 | |
| Leasehold Equipment | 23 | 20.0% | | | 5 | |
| Machinery & Equipment | 4 | 12.5% | | | 1 | |
| Molds & Tooling * | 1,031 | 15.0% | | | 155 | |
| Office Equipment | 4 | 15.0% | | | 1 | |
| Adj. Tangible Net W. | $ 10,729 | | | | $ 1,142 | $  (1,142) |

| TOTAL EXCESS EARNINGS | | | | | | $  9,430 |
|---|---|---|---|---|---|---|
| Excess Earnings Cap Rate | | 23.0% ** | | | | $ 41,001 |
| Add Tangible Assets | | | | | | 10,729 |
| BUSINESS ENTERPRISE VALUE BY EXCESS EARNINGS METHOD | | | | | | $ 51,730 |
| * Includes Fixed Assets added in 2000. | | | | Rounded | | $ 51,750 |
| **Equity Discount Rate | | | | | | |

Exhibit C
Page 22 of 28

000078

EXHIBIT _____ 6

PAGE _____ 100

EXHIBIT
PAGE 189
6
000079
Exhibit C
Page 23 of 28
27.080

**ABC INTERNATIONAL TRADERS, INC.**
16730 Schoenborn Street
North Hills, CA 91343-6122

**TABLE II**
**FIXED ASSET APPRAISAL**
**FROM DEPRECIATION SCHEDULES**

| | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | Appraisal Date | | 12/31/00 | |
| | | | | | | | | | | Original Cost | | $2,417 | |
| | | | | | | | | | | Depreciated Replacement Cost New | | $1,229 | |

| Owned Leased | Entry Order | Item No. | DESCRIPTION | Qty | | Valuation Date | Orig Cost* ($) | Est Econ Life | Yrs In Use | Rem Econ Life | Price Trend Factor | Repl Cost New | Est'd Rmng Life | Fair Market Value |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| OWNED | 12 | | TRUCK | 1 | AE | 01-Aug-93 | 35,951 | 10.0 | 7.4 | 2.6 | 1.202 | 43,213 | 26% | 11,141 |
| OWNED | 17 | | COMPUTER | 1 | CE | 15-Oct-93 | 1,120 | 5.0 | 7.2 | (2.2) | | - | -44% | 0 |
| OWNED | 18 | | COMPUTER | 1 | CE | 15-Jul-94 | 750 | 5.0 | 6.5 | (1.5) | | - | -29% | 0 |
| OWNED | 27 | | COMPUTER | 1 | CE | 01-Oct-94 | 5,727 | 5.0 | 6.3 | (1.3) | | - | -25% | 0 |
| OWNED | 59 | | COMPUTER | 1 | CE | 01-Oct-94 | 1,476 | 5.0 | 6.3 | (1.3) | | - | -25% | 0 |
| OWNED | 28 | | COMPUTER | 1 | CE | 01-Dec-94 | 20,395 | 5.0 | 6.1 | (1.1) | | - | -22% | 0 |
| OWNED | 29 | | COMPUTER | 1 | CE | 01-Mar-95 | 22,714 | 5.0 | 5.8 | (0.8) | | - | -17% | 0 |
| OWNED | 30 | | COMPUTER | 1 | CE | 01-Jun-95 | 18,174 | 5.0 | 5.6 | (0.6) | | - | -12% | 0 |
| OWNED | 31 | | COMPUTER | 1 | CE | 15-Oct-95 | 10,448 | 5.0 | 5.2 | (0.2) | | - | -4% | 0 |
| OWNED | 32 | | COMPUTER | 1 | CE | 15-Nov-95 | 15,360 | 5.0 | 5.1 | (0.1) | | - | -3% | 0 |
| OWNED | 33 | | COMPUTER | 1 | CE | 15-Dec-95 | 4,923 | 5.0 | 5.0 | (0.0) | | - | -1% | 0 |
| OWNED | 57 | | COMPUTER | 1 | CE | 15-Dec-95 | 9,975 | 5.0 | 5.0 | (0.0) | | - | -1% | 0 |
| OWNED | 58 | | COMPUTER | 1 | CE | 01-Jul-96 | 8,445 | 5.0 | 4.5 | 0.5 | 0.600 | 5,067 | 10% | 503 |
| OWNED | 60 | | COMPUTER | 1 | CE | 01-Jul-96 | 211,405 | 5.0 | 4.5 | 0.5 | 0.600 | 126,843 | 10% | 12,580 |
| OWNED | 61 | | COMPUTER | 1 | CE | 01-Jul-96 | 1,309 | 5.0 | 4.5 | 0.5 | 0.600 | 785 | 10% | 78 |
| OWNED | 41 | | COMPUTER | 1 | CE | 01-Jul-97 | 27,505 | 5.0 | 3.5 | 1.5 | 0.700 | 19,254 | 30% | 5,760 |
| OWNED | 62 | | COMPUTER | 1 | CE | 01-Jul-97 | 2,762 | 5.0 | 3.5 | 1.5 | 0.700 | 1,933 | 30% | 578 |
| OWNED | 63 | | COMPUTER | 1 | CE | 01-Jun-98 | 39,597 | 5.0 | 2.6 | 2.4 | 0.800 | 31,678 | 48% | 15,292 |
| OWNED | 45 | | COMPUTER | 1 | CE | 01-Jul-98 | 36,668 | 5.0 | 2.5 | 2.5 | 0.800 | 29,334 | 50% | 14,643 |
| OWNED | 46 | | COMPUTER | 1 | CE | 01-Jan-99 | 91,565 | 5.0 | 2.0 | 3.0 | 0.900 | 82,409 | 60% | 49,445 |
| OWNED | 47 | | COMPUTER | 1 | CE | 01-Feb-99 | 11,243 | 5.0 | 1.9 | 3.1 | 0.900 | 10,119 | 62% | 6,243 |
| OWNED | 48 | | COMPUTER | 1 | CE | 01-Mar-99 | 4,000 | 5.0 | 1.8 | 3.2 | 0.900 | 3,600 | 63% | 2,276 |
| OWNED | 49 | | COMPUTER | 1 | CE | 01-Mar-99 | 4,125 | 5.0 | 1.8 | 3.2 | 0.900 | 3,713 | 63% | 2,348 |
| OWNED | 50 | | COMPUTER | 1 | CE | 01-Mar-99 | 3,605 | 5.0 | 1.8 | 3.2 | 0.900 | 3,245 | 63% | 2,052 |
| OWNED | 51 | | COMPUTER | 1 | CE | 01-Mar-99 | 2,733 | 5.0 | 1.8 | 3.2 | 0.900 | 2,460 | 63% | 1,555 |
| OWNED | 52 | | COMPUTER | 1 | CE | 01-Apr-99 | 4,702 | 5.0 | 1.8 | 3.2 | 0.900 | 4,232 | 65% | 2,748 |
| OWNED | 53 | | COMPUTER | 1 | CE | 01-Jun-99 | 20,684 | 5.0 | 1.6 | 3.4 | 0.900 | 18,616 | 68% | 12,710 |
| OWNED | 54 | | COMPUTER | 1 | CE | 01-Aug-99 | 1,557 | 5.0 | 1.4 | 3.6 | 0.900 | 1,401 | 72% | 1,004 |
| OWNED | 55 | | COMPUTER | 1 | CE | 01-Sep-99 | 1,687 | 5.0 | 1.3 | 3.7 | 0.900 | 1,518 | 73% | 1,113 |
| OWNED | 1 | | EXHIBIT BOOTH - FURN & FIX | 1 | FF | 01-Nov-89 | 14,443 | 15.0 | 11.2 | 3.8 | 1.368 | 19,758 | 26% | 5,041 |
| OWNED | 4 | | FURNITURE & FIXTURES | 1 | FF | 01-Sep-90 | 6,857 | 15.0 | 10.3 | 4.7 | 1.320 | 9,051 | 31% | 2,812 |
| OWNED | 2 | | FURNITURE & FIXTURES | 1 | FF | 01-Jul-91 | 13,606 | 15.0 | 9.5 | 5.5 | 1.274 | 17,334 | 37% | 6,345 |
| OWNED | 16 | | FURNITURE & FIXTURES | 1 | FF | 15-Apr-94 | 1,404 | 15.0 | 6.7 | 8.3 | 1.172 | 1,645 | 55% | 909 |
| OWNED | 24 | | FURNITURE & FIXTURES | 1 | FF | 01-Aug-95 | 238 | 15.0 | 5.4 | 9.6 | 1.146 | 273 | 64% | 174 |

EXHIBIT PAGE 140 6

000080

Exhibit C
Page 24 of 28

| ABC INTERNATIONAL TRADERS, INC. | | | | | | TABLE II | | | | | Appraisal Date | | 12/31/00 |
| 16730 Schoenborn Street | | | | | | FIXED ASSET APPRAISAL | | | | | Original Cost | | $2,417 |
| North Hills, CA 91343-6122 | | | | | | FROM DEPRECIATION SCHEDULES | | | | | Depreciated Replacement Cost New | | $1,229 |

| Owned Leased | Entry Order | Item No. | DESCRIPTION | Qty | Valuation Date | Orig Cost* ($) | Est Econ Life | Yrs In Use | Rem Econ Life | Price Trend Factor | Repl Cost New | Est'd Rmng Life | Fair Market Value |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| OWNED | 25 | FURNITURE & FIXTURES | | FF | 01-Aug-95 | 299 | 15.0 | 5.4 | 9.6 | 1.146 | 343 | 64% | 219 |
| OWNED | 26 | FURNITURE & FIXTURES | | FF | 01-Aug-95 | 1,069 | 15.0 | 5.4 | 9.6 | 1.146 | 1,225 | 64% | 782 |
| OWNED | 34 | FURNITURE & FIXTURES | | FF | 15-Sep-95 | 1,295 | 15.0 | 5.3 | 9.7 | 1.146 | 1,484 | 65% | 960 |
| OWNED | 35 | FURNITURE & FIXTURES | | FF | 15-Nov-95 | 1,000 | 15.0 | 5.1 | 9.9 | 1.146 | 1,146 | 66% | 754 |
| OWNED | 43 | FURNITURE & FIXTURES | | FF | 01-Mar-98 | 1,659 | 15.0 | 2.8 | 12.2 | 1.065 | 1,767 | 81% | 1,433 |
| OWNED | 44 | FURNITURE & FIXTURES | | FF | 01-Aug-98 | 643 | 15.0 | 2.4 | 12.6 | 1.065 | 685 | 84% | 574 |
| OWNED | 57 | FURNITURE & FIXTURES | | FF | 01-May-99 | 3,601 | 15.0 | 1.7 | 13.3 | 1.043 | 3,756 | 89% | 3,337 |
| OWNED | 58 | FURNITURE & FIXTURES | | FF | 01-Dec-99 | 1,115 | 15.0 | 1.1 | 13.9 | 1.043 | 1,163 | 93% | 1,079 |
| OWNED | 6 | LEASEHOLD IMPROVEMENTS | | LI | 01-Oct-90 | 2,789 | 10.0 | 10.3 | (0.3) | | - | -3% | 0 |
| OWNED | 7 | LEASEHOLD IMPROVEMENTS | | LI | 01-Feb-91 | 2,293 | 10.0 | 9.9 | 0.1 | 1.274 | 2,921 | 1% | 23 |
| OWNED | 21 | LEASEHOLD IMPROVEMENTS | | LI | 01-Sep-93 | 17,300 | 10.0 | 7.3 | 2.7 | 1.202 | 20,795 | 27% | 5,538 |
| OWNED | 19 | LEASEHOLD IMPROVEMENTS | | LI | 15-Jan-94 | 8,633 | 10.0 | 7.0 | 3.0 | 1.172 | 10,118 | 30% | 3,071 |
| OWNED | 20 | LEASEHOLD IMPROVEMENTS | | LI | 01-Nov-94 | 28,862 | 10.0 | 6.2 | 3.8 | 1.172 | 33,826 | 38% | 12,956 |
| OWNED | 36 | LEASEHOLD IMPROVEMENTS | | LI | 15-Oct-95 | 2,814 | 10.0 | 5.2 | 4.8 | 1.146 | 3,225 | 48% | 1,543 |
| OWNED | 13 | MACHINERY & EQUIPMENT | | ME | 15-Jan-94 | 1,004 | 10.0 | 7.0 | 3.0 | 1.172 | 1,177 | 30% | 357 |
| OWNED | 14 | MACHINERY & EQUIPMENT | | ME | 15-Apr-94 | 1,111 | 10.0 | 6.7 | 3.3 | 1.172 | 1,302 | 33% | 427 |
| OWNED | 22 | MACHINERY & EQUIPMENT | | ME | 01-Dec-94 | 2,444 | 10.0 | 6.1 | 3.9 | 1.172 | 2,864 | 39% | 1,121 |
| OWNED | 39 | MACHINERY & EQUIPMENT | | ME | 01-Jul-97 | 628 | 10.0 | 3.5 | 6.5 | 1.088 | 683 | 65% | 444 |
| OWNED | 40 | MACHINERY & EQUIPMENT | | ME | 01-Jul-97 | 2,936 | 10.0 | 3.5 | 6.5 | 1.088 | 3,194 | 65% | 2,075 |
| OWNED | 3 | MOLDS & TOOLING | | MT | 01-Sep-90 | 3,229 | 5.0 | 10.3 | (5.3) | | - | -107% | 0 |
| OWNED | 42 | MOLDS & TOOLING | | MT | 01-Jul-98 | 877,864 | 5.0 | 2.5 | 2.5 | 1.065 | 934,925 | 50% | 466,694 |
| OWNED | 56 | MOLDS & TOOLING | | MT | 01-Jul-99 | 773,731 | 5.0 | 1.5 | 3.5 | 1.043 | 807,022 | 70% | 564,252 |
| OWNED | 5 | EQUIPMENT | | OE | 01-Sep-90 | 1,100 | 10.0 | 10.3 | (0.3) | | - | -3% | 0 |
| OWNED | 8 | TELEPHONE SYSTEM | | OE | 01-Nov-91 | 15,087 | 10.0 | 9.2 | 0.8 | 1.274 | 19,221 | 8% | 1,590 |
| OWNED | 9 | MAIL MACHINE | | OE | 01-Dec-91 | 1,997 | 10.0 | 9.1 | 0.9 | 1.274 | 2,544 | 9% | 231 |
| OWNED | 10 | WATER PURIFIER | | OE | 01-Jun-92 | 147 | 10.0 | 8.6 | 1.4 | 1.232 | 181 | 14% | 26 |
| OWNED | 23 | WATER PUMP | | OE | 01-Feb-95 | 1,748 | 10.0 | 5.9 | 4.1 | 1.146 | 2,003 | 41% | 818 |
| OWNED | 11 | CELLULAR PHONE | | OE | 01-Aug-92 | 784 | 5.0 | 8.4 | (3.4) | 0.500 | 392 | -68% | 0 |
| OWNED | 15 | TELECOM EQUIPMENT | | OE | 15-Jul-94 | 2,426 | 10.0 | 6.5 | 3.5 | 1.172 | 2,843 | 35% | 1,004 |
| OWNED | | MOLDS & TOOLING | | OE | 30-Jun-00 | 822 | 5.0 | 0.5 | 4.5 | 1.172 | 963 | 90% | 866 |
| | | | | | | ($000) | $2,417 | | | | | FMV | $1,229 |

EXHIBIT
PAGE

$\phi$
191

000081

25-980

Exhibit C
Page 25 of 28

| | TABLE H-1 | | Job No. | 1118ABCV |
| --- | --- | --- | --- | --- |
| | FIXED ASSET APPRAISAL | | Appr Date | 12/31/2000 |
| | From Depreciation Schedules | | Run Date | 25-Mar-04 |
| | ($000) | | | |
| SUMMARY BY ASSET CATEGORY | | Original Cost | Estimated Econ. Life | FMV |
| Automotive Equipment | AE | $ 36 | 10.0 | $ 11 |
| Computer Equipment | CE | 585 | 5.0 | 131 |
| Furniture & Fixtures | FF | 47 | 15.0 | 24 |
| Leasehold Equipment | LE | 63 | 10.0 | 23 |
| Machinery & Equipment | ME | 8 | 10.0 | 4 |
| Molds & Tooling * | MT | 2,477 | 5.0 | 1,031 |
| Office Equipment | OE | 23 | 10.0 | 4 |
| TOTALS | | $ 3,239 | | $ 1,229 |

Extracted from the detailed appraisal in Table H.

| TABLE I MARKET INFORMATION 23-Oct-00 | | | | | Job No. 1118ABCV Appr Date 12/31/2000 Run Date 25-Mar-04 | |
|---|---|---|---|---|---|---|
| COMPANY | Symbol | Shares Out (000) | Market Cap* ($000) | Annual Sales ($000) | Mkt Cap/ Sales (0) | Beta (0) |
| JAKKS PACIFIC | JAKK | 19,441 | 162,818 | 183,685 | 0.886 | 1.00 |
| HASBRO,INC | HAS | 172,309 | 1,744,629 | 4,232,263 | 0.412 | 1.00 |
| MATTEL | MAT | 426,371 | 5,036,507 | 5,514,950 | 0.913 | 0.38 |
| RADICA GAMES | RADA | 17,640 | 39,690 | 118,733 | 0.334 | 1.28 |
| TOYMAX INTERNATIONAL | TMAX | 10,598 | 22,521 | 138,985 | 0.162 | NA |
| AVERAGES (Beta is Median) | | 129,272 | 1,401,233 | 2,037,723 | 0.542 | 1.00 |
| AVERAGES OF SMALLER COMPANIES | | | | | 0.334 | 1.093 |

*Minority value. Should be converted to control value to use for valuation under the market approach.

000082

Exhibit C
Page 26 of 128

EXHIBIT 6
PAGE 192

| REVISED REPORT | TABLE I-1 MARKET APPROACH ($000) | Job No. | 1118ABCV |
|---|---|---|---|
| | | Appr Date | 12/31/2000 |
| | | Run Date | 25-Mar-04 |

| | | | |
|---|---|---|---|
| GROSS REVENUES | | $ | 96,861 |
| AVERAGE SMALL COMPANHYREVENUE/MARKET CAP RATIO | | | 0.334 |
| MARKET VALUE OF EQUITY ON A MINORITY BASIS | | $ | 32,379 |
| Less Public/Private discount for relative size | 10.0% | | (3,238) |
| MINORITY VALUE OF EQUITY - SMALL PRIVATE COMPANY | | $ | 29,141 |
| Add Control Premium | 35% | | 10,199 |
| EQUITY MARKET VALUE ON A CONTOL BASIS | Rounded | $ | 39,300 |
| Add Implied Working Capital | | | 9,500 |
| ADJUSTED EQUITY MARKET VALUE ON A CONTROL BASIS | | $ | 48,800 |
| | | Rounded | $ 48,800 |

EXHIBIT
PAGE 193

000083

Exhibit C
Page 27 of 28

EXHIBIT _____

PAGE _____ 194

000084

Exhibit C
Page 28 of 28

| REVISED REPORT | | TABLE J | | Job No. | 111ABCV |
|---|---|---|---|---|---|
| CONCLUSION OF MARKET VALUE | | | | Appr Date | 12/31/2000 |
| ($000) | | | | Run Date | 25-Mar-04 |
| ABC INTERNATIONAL TRADERS, INC. | | Conclusion | Weight | | Product |
| INCOME APPROACH (Table E) | | $ 55,550 | 0.50 | $ | 27,775 |
| MARKET APPROACH (Table I-1) | | $ 48,800 | 0.25 | | 12,200 |
| EXCESS EARNINGS APPROACH (Table G) | | $ 51,750 | 0.25 | | 12,938 |
| FMV OF BUSINESS ENTERPRISE (includes working capital) | | | Rounded | $ | 53,000 |
| Less Discount for Lack of Liquidity | | | 10% | | (5,300) |
| MARKET VALUE OF BUSINESS ENTERPRISE | | | | $ | 47,700 |
| Less Implied Working Capital | | | | | (9,500) |
| BASIC BUSINESS VALUE | | | | $ | 38,200 |
| Add Current Assets (Table A) | | | | | 24,565 |
| FMV OF TOTAL ASSETS | | | | $ | 62,765 |
| Less Total Liabilities (Table A-1) | | | | | (28,960) |
| FMV OF SHAREHOLDERS EQUITY ON A CONTROL BASIS | | | | $ | 33,805 |
| FMV OF SHAREHOLDER INTEREST ON A CONTROL BASIS | | | 45% | | 15,212 |
| Less Minority Discount | | | 25% | | (3,803) |
| FMV OF SHAREHOLDER INTEREST ON A MINORITY BASIS | | | | $ | 11,409 |

<div style="border:1px solid black; text-align:center;">

**NATIONAL BUSINESS APPRAISERS, LLC**
**16055 Ventura Boulevard, Suite 1200**
**Encino, California 914360211.**
**Phone (818) 528-2013     Fax (818) 528-2014**
**Email dutch7895@sbcglobal.net**

</div>

**DRAFT – FOR DISCUSSION PURPOSES ONLY**

May 1, 2004

Mr. Morad Zarabi, Arbitrator
MGA ENTERTAINMENT, INC.
20120 Plummer St.
Chatsworth, CA  91211-5448

Dear Mr. Zarabi:

At your request after receipt of additional relevant information, we are reappraising the shareholders equity of MGA Entertainment, Inc. (MGA), formerly known as MGA International Traders, Inc (MGA). We were asked to express our opinion of the market value on a control basis of a 45 percent interest in the shareholders equity of MGA. Two of the shareholders hold an equal 45% interest with a third shareholder holding the 10% balance.

It is our understanding that this opinion will be used for supporting a value for a buy-out of the Subject interest, and may be invalid if used for any other purpose.

MGA develops, produces and markets toys and related products. The company's products are action figures and accessories featuring licensed characters, and mini dolls.

Purchasers of the company's products include discount retail chain stores, department stores, toy specialty stores and wholesalers.  The company licenses numerous trademarks, corporate, trade and brand names and logos from third parties.

According to the Toy Industry Association the size of the U.S. Toy industry, excluding video games, was $19.8 billion for 1999, $20.4 billion for 2000, and $20.5 billion for 2001.  U. S. imports of toy products from China was $10.7 billion in 2000, and 10.4 billion in 2001. It is further estimated that the average child in the U.S. receives over $400 (retail) worth of toys per year.  The industry, in spite of a relatively flat growth rate, appears to be healthy and not seriously affected by the recession as is the case with so may other U.S. industries.

This report covers only Phase I of a full narrative report therefore we issue only a brief letter report.  All of the financial tables that are normally included in a full-narrative report are presented in the Addenda, along with individual explanations for each table.

000085                              /.

Exhibit D
Page 1 of 34

EXHIBIT ___ U

PAGE ___ 195

MGM ENTERTAINMENT, INC.                                    May 1, 2004
North Hills, California          **DRAFT REPORT**            Page 2

---

Table J, in the Addenda presents our conclusions of market value under the income, market and excess earnings approach, and sets forth the calculations of the various appraised interests as of December 31, 2001.

Based upon the information and analyses presented in the Addenda, it is our opinion that as of the valuation date of December 31, 2001, the market value of the shareholder's equity of MGA International Traders, Inc, on a control basis, as summarized in Table J, of Addenda, was:

<div align="center">**$24,430,000**</div>

It is also our opinion that as of December 31, 2001, the market value of a 45 percent interest in the shareholder's equity of MGA International Traders, Inc., on a control basis, as summarized in Table J, of the Addenda, was:

<div align="center">**$11,000,000**</div>

It is our opinion that a minority discount does not apply to the 45% interest as the other major shareholder holds an equal 45% interest, and under California Corporations Code Section 2000 (the California corporate dissolution statute) the case law is generally interpreted to mean that a minority interest is valued as if it were a proportional share of a control value.[1]

In conjunction with our work, MGA provided us with audited and unaudited financial information and prospective financial and operational data. We accepted the historical data as fairly reflecting its operations, trends and financial position.

We have not independently investigated the accuracy or completeness of the historical data provided to us and we express no opinion or other form of assurance regarding the accuracy or completeness of the data.

Neither our employment nor our compensation is in any way contingent upon the values presented in this report.

---

[1] See, for example, *Roland v. 4-C's Electronic Packaging*, 168 Cal.App.3rd 290 (1985) and *Brown v. Allied Corrugated Box Co.*, 91 Cal.App.3rd 477 (1979)

2.

NATIONAL BUSINESS APPRAISERS, LLC
000086

Exhibit D
Page 2 of 34

EXHIBIT _____ *6*

PAGE _____ *196*

MGM ENTERTAINMENT, INC.                                          May 1, 2004
North Hills, California          *DRAFT REPORT*                   Page 3

A copy of this report and the working papers from which it was prepared will be kept in
our files for eight years.

Respectfully submitted,

NATIONAL BUSINESS APPRAISERS, LLC

By: _____
Ernest E. Dutcher, MCBA
Managing Member
Senior Valuation Counselor

Attachments: Professional Qualifications; Statement of Facts and Limiting Conditions;
Addenda
1131MGAV

3.

NATIONAL BUSINESS APPRAISERS, LLC          Exhibit D
000087                                     Page 3 of 34

EXHIBIT ____ 6

PAGE ____ 197

●                              ●

MGM ENTERTAINMENT, INC.                                    May 1, 2004
North Hills, California          *DRAFT REPORT*                Page 4

---

### CERTIFICATION

We certify that, to the best of our knowledge and belief:

*     The statements of fact contained in this report are true and correct.

*     The reported analyses, opinions, and conclusions are limited only by the reported assumptions and limiting conditions, and is our personal, unbiased professional analyses, opinions, and conclusions.

*     We have no present or prospective interest in the property that is the subject of this report, and we have no personal interest or bias with respect to the parties involved.

*     Our compensation is not contingent on an action or event resulting from the analyses, opinions, or conclusions in, or the use of, this report.

*     Our analyses, opinions, and conclusions were developed, and this report has been prepared, in conformity with the Uniform Standards of Professional Appraisal Practice.

*     No significant professional assistance was provided to the undersigned in connection with this assignment.


Appraiser_____
          Ernest E. Dutcher, MCBA

NATIONAL BUSINESS APPRAISERS, LLC          Exhibit D
000088                                              Page 4 of 34

EXHIBIT _____ *Q*

PAGE _____ 198

MGM ENTERTAINMENT, INC.                                                    May 1, 2004
North Hills, California          *DRAFT REPORT*                             Page 5

---

## PROFESSIONAL QUALIFICATIONS

### For

### ERNEST E. DUTCHER, MCBA

Designations

of

**Certified Business Appraiser**
**Master Certified Business Appraiser**

Awarded by

### THE INSTITUTE OF BUSINESS APPRAISERS

*The oldest business appraisal society in the nation.*

**NATIONAL BUSINESS APPRAISERS, LLC**
16055 Ventura Blvd., Suite 1200
Encino, CA 91436

Phone (818) 528-2013     E-mail: dutch7895@sbcglobal.net     Fax (818) 528-2014

---

5.

NATIONAL BUSINESS APPRAISERS, LLC          Exhibit D
000089                                     Page 5 of 34

EXHIBIT 6
PAGE 199

MGM ENTERTAINMENT, INC.                                    May 1, 2004
North Hills, California          *DRAFT REPORT*                Page 6

## Master Certified Business Appraiser Accreditation

*The Master Certified Business Appraiser is the highest professional designation awarded
in the business valuation industry, and recognizes the extraordinary competence of a few
highly skilled and experienced individuals whose work has been widely accepted by
clients and acknowledged by their most senior professional colleagues. It is a designation
not commonly available except to the best-of-the-best professional appraisers, and is
intended to indicate to users of appraisal services that the holder has achieved a high
distinction of competence in his/her profession.*

*Requirements for Accreditation as a Master Certified Business Appraiser*

1.  *Education:* Applicant must possess a 4-year college degree and a 2-year post-
    graduate degree or equivalent and provide proof of this to the IBA in the form
    specified by the Executive Director.

2.  *Appraisal Experience and Tenure:* Applicant must have held the Certified
    Business Appraiser designation for not less than ten years, and must have fifteen-
    years full-time experience as a business appraiser. Applicants experience must
    include valuation of a variety of business types and appraisals for a variety of
    purposes. Proof in support of an applicants appraisal experience and tenure shall
    be provided in the form specified by
    the Executive Director.

3.  *Recognition by Other Professional Societies:* Applicant must hold a journeyman
    level professional designation awarded by one or more compeer professional
    business appraisal societies. Acceptable professional designations include those
    issued by the American Society of Appraisers (Accredited Senior Appraiser -
    Business Valuation), the National Association of Certified Valuation Analysts
    (Certified Valuation Analyst), and the American Institute of Certified Public
    Accountants (Accredited in Business Valuation).

4.  *References:* Applicant must provide satisfactory references from three individuals
    who have known the applicant for not less than five years, who hold the profess-
    sional designation Master Certified Business Appraiser, and who, based on their
    extensive personal knowledge and comprehensive review of the applicant's work-
    product, will vouch for 1) the excellence of his analytical skills and appraisal
    work-product, 2) his/her professional and ethical character, and 3) his/her
    contribution to the betterment of the profession of business valuation.

5.  *Membership in IBA:* Applicant must be a member-in-good-standing of the
    Institute of Business Appraisers.

6. *[signature]*

NATIONAL BUSINESS APPRAISERS, LLC          Exhibit D
**000090**                                  Page 6 of 34

EXHIBIT ___ *U*
PAGE ___ *200*

MGM ENTERTAINMENT, INC.                                    May 1, 2004
North Hills, California          *DRAFT REPORT*              Page 7

---

## ERNEST E. DUTCHER, MCBA - Professional Qualifications

**Experience:** Mr. Dutcher's appraisal experience began in 1975. He has been involved in the analysis and valuation of a broad variety of business enterprises in many industries, including electric power generation, healthcare, equipment leasing & rental, distribution, transportation, manufacturers in the communications, computer, electronics, rubber & chemical industries, shipping, engineering, oil & gas, and many others. He has consulted in marketing, manufacturing and management. He was CEO of an electronic equipment manufacturing company and has held executive positions in other manufacturing, distribution and sales companies.

**Employment:** Managing Member and Senior Valuation Counselor for National Business Appraisers, LLC. Was Senior Valuation Counselor for Valuation Counselors Group, Inc. for four years, following five years with Marshall and Stevens Incorporated. Previously, he was SW. Manager of Acquisitions for a public company; Business Opportunities Sales for Coldwell Banker; President and General Manager of an elevated work platform manufacturer; Vice President and Controller for an equipment sales and rental company; Vice President of Manufacturing and Division Manager of companies producing specialized heating devices and electronic heat controllers; President and CEO of a high technology public company in the electronics industry; and President and sole stockholder of an exclusive area distributor of Magnavox consumer electronics components and accessories.

**Education:** Mr. Dutcher attended Yale University, majoring in Communications; USAF Military Schools, attaining the rank of Captain, Radar and Communications. He also attended RCA Institute, UCLA Extension Division and Santa Monica City College in public relations, plus many seminars and home study courses in finance, taxation, computer courses in business related software etc. He has held California real estate and insurance licenses and is a licensed pilot.

**Professional Societies:** Mr. Dutcher is a senior member in the Institute of Business Appraisers (IBA), the premier professional society of business appraisers, with over 3,500 members. He has also served on the select Qualifications Review Committee. As of December 31, 2004, only about 350 IBA members had earned the professional designation of Certified Business Appraiser (CBA). *At that date, Mr. Dutcher was one of only 42 Master Certified Business Appraisers (MCBAs), a designation requiring over 10 years of providing business appraisals on a full-time basis as a CBA.*

**Court Testimony:** Mr. Dutcher has qualified and testified as an expert witness before Federal Tax Courts in Los Angeles and San Francisco California, and California Superior Courts of Los Angeles, Orange, and San Diego Counties. He has served as a consultant in valuation matters to numerous attorneys during the litigation process.

EXHIBIT _____ 6
PAGE _____ 201

MGM ENTERTAINMENT, INC.                                         May 1, 2004
North Hills, California          *DRAFT REPORT*                    Page 8

## EXPERT WITNESS QUALIFICATIONS

### LITIGATION SUPPORT

Working closely with attorneys and Clients to develop and refine strategies in litigation. Includes the preparation of business valuations and assisting the attorney in preparation for court action for a variety of purposes, such as U.S. Government challenges involving healthcare fraud & abuse issues, divorce proceedings; eminent domain litigation involving loss of business goodwill in condemnation or inverse condemnation actions, defending or supporting IRS actions against partnership interests in energy projects and medical groups, and other commercial litigation.

Assisting the attorney in the preparation of court documents and exhibits to support testimony. Review and critique of opposing appraisal reports and preparing questions there from for cross-examination. Providing expert witness testimony in court actions.

### CLIENT EXAMPLES

- **Van Duzer v. Commissioner** – San Francisco Federal Tax Court
  Prepared valuation of "Windfarms" and expert testimony in support of opinions for Petitioner's defense attorneys to prove that the purchase price paid by Petitioner for two electric power-generating facilities was not in excess of their fair market value. Resulted in favorable opinion from the Tax Court. (T.C. Memo. 1991-249) (Tax Court Docket No. 25802-88)

- **Ahadpour v. Commissioner** – Los Angeles Federal Tax Court
  Prepared valuation and expert testimony in support of opinions of market value of a marine salvage business in Iran that was lost during the Iran-Iraqi war, and subsequently claimed as a deduction from Federal taxes by Client. (Tax Court Docket No. 4843-96)

- **Contra Costa County v. Kenetech Corporation** – Contra Costa County Superior Court
  Prepared valuation of wind turbines condemned for road purposes. Gave deposition in support of concluded values. Assisted defense attorney in preparation for court. Case settled in Mandatory Settlement Conference.

- **T & W Converters, Inc. v. City of Glendale** – *Los Angeles Superior Court (Jury Trial)*
  Prepared valuation of "Loss of Business Goodwill resulting from Inverse Condemnation of the Company's premises, forcing move to less favorable location. Provided attorney with support in preparing court exhibits. Prepared questions for cross-examination of opposing appraisal report. Provided deposition and direct testimony. Verdict rendered in Client's favor.

8. 𝒢𝒾𝒟

NATIONAL BUSINESS APPRAISERS, LLC                Exhibit D
000092                                          Page 8 of 34

EXHIBIT _____ 6

PAGE _____ 702

MGM ENTERTAINMENT, INC.                                    May 1, 2004
North Hills, California          *DRAFT REPORT*              Page 9

---

• Friendly Hills Medical Group v Commissioner – Settled before trial.
   Provided financial appraisals used in the sale of the group to Loma Linda Medical Center, and to defend against IRS and OIG challenges to the inclusion of business goodwill in the sale of medical practices.

This became a landmark case in which the Service eventually accepted our position. The IRS's internal agent guidelines for proper methodologies for use in the determination of intangibles in appraisals of medical groups and practices are based upon this appraisal.

Numerous other business appraisals have resulted in favorable settlements prior to trial.

Over the past 20 years many other valuations have been prepared by this appraiser encompassing a wide variety of industries, including: resorts, clubs and hotels; restaurant chains, marine; agriculture; contracting; construction; manufacturing; communications; computer hardware and software; wholesaling; retailing; financing and services. Purposes included estate planning, mergers & acquisitions, litigation support, tax planning, partnership buy-outs, employee stock option plans, subsidiary spin-offs, etc.

## REFERENCES

| | | |
|---|---|---|
| Brian D. Newnan, Estate Trustee | (800) 800-1651 | Estate Tax Planning |
| Bradford S. Lovette, Principal | (561) 833-7029 | Healthcare Entities |
| Jerome L. Doff, Attorney | (310) 966-0031 | Patents & Intellec-tual Property |
| William J. Kellogg, Pres. LaJolla Beach & T/C | (858) 454-7126 | Estate Tax Planning |
| Ellis Stern, Attorney | (818) 458-3940 | Estate Tax Planning. |
| Mark Cahn – Esq. – Wilmer, Cutler & Pick. | (202) 663-6249 | FMV, Physician Contracts Etc. |
| Rosemary Wilson – Adm., Arkansas Urology | (501) 664-0530 | Healthcare Valuations |
| Steve Mopsick, Attorney at Law | (916) 558-6111 | IRS – Taxation Defenses |

NATIONAL BUSINESS APPRAISERS, LLC
000093

Exhibit D
Page 9 of 34

EXHIBIT ___ U

PAGE ___ 703

MGM ENTERTAINMENT, INC.                                        May 1, 2004
North Hills, California        *DRAFT REPORT*                  Page 10

---

### STATEMENT OF FACTS AND LIMITING CONDITIONS

National Business Appraisers, LLC (NBA), strives to clearly and accurately disclose
the assumptions and limiting conditions that directly affect a valuation analysis, opinion
or conclusion. In order to assist the reader in interpreting this report, such assumptions are
set forth as follows:

Valuation assignments are accepted with the understanding that there is no obligation to
furnish services after completion of the original assignment. If the need for subsequent
services related to a valuation assignment (e.g., testimony, updates, conferences, reprint,
or copy services) is contemplated, special arrangements acceptable to NBA must be made
in advance. NBA, reserves the right to make adjustments to the analysis, opinion and
conclusion set forth in the report as we deem necessary if the facts presented by MGA
prove to be inaccurate or have been misinterpreted.

It is assumed that: no opinion is intended in matters that require legal, engineering or
other professional advice which has been or will be obtained from professional sources;
the valuation report will not be used for guidance in professional matters exclusive of the
appraisal and valuation discipline; there are no regulations of any government entity to
control or restrict the use of the property unless specifically referred to in the report; and
the property will not operate in violation of any applicable government regulations, codes,
ordinances or statutes.

Information furnished by others is presumed to be reliable, and where so specified in the
report, has been verified; however, no responsibility, whether legal or otherwise, is
assumed for its accuracy and cannot be guaranteed as being certain. All facts and data set
forth in the report are true and accurate to the best of NBA's knowledge and belief. No
single item of information was completely relied upon to the exclusion of other
information. Management has provided financial data, operating histories and other data
relating to income and expenses attributed to the business or its representatives have been
accepted without further verification except as specifically stated in the report.

Valuation reports may contain prospective financial information, estimates or opinions
that represent the appraiser's view of reasonable expectations at a particular point in time,
but such information, estimates or opinions are not offered as predictions or as assurances
that a particular level of income or profit will be achieved, that events will occur or that a
particular price will be offered or accepted. All opinions as to value are presented as
NBA's considered opinion based on the facts and data obtained during the investigation
and set forth in the report. Actual results achieved during the period covered by our
prospective financial analysis will vary from those described in our report, and the
variations may be material. It should be specifically noted that the valuation assumes the
property will be competently managed and maintained by financially sound owners over
the expected period of ownership. This appraisal engagement does not entail an

/s. *[signature]*

NATIONAL BUSINESS APPRAISERS, LLC
'000094

Exhibit D
Page 10 of 34

EXHIBIT _____ 6

PAGE _____ 704

MGM ENTERTAINMENT, INC.                                    May 1, 2004
North Hills, California          *DRAFT REPORT*              Page 11

evaluation of management's effectiveness, nor are we responsible for future marketing efforts and other management or ownership actions upon which actual results will depend.

The conclusions of value presented herein are based on numerous assumptions pertaining to prospective economic and operating conditions. Unanticipated events and circumstances may occur and actual results achieved during the period covered by our prospective financial analysis will vary from our estimates. The variations may be material.

No effort has been made to determine the impact of possible energy shortages or the effect on this project of future federal, state or local legislation, including any environmental or ecological matters or interpretations thereof.

Neither the report nor any portions thereof, especially any conclusions as to value, the identity of the appraiser(s) or NBA, shall be disseminated to the public through public relations media, news media, sales media or any other public means of communications without the prior written consent and approval of NBA. The date(s) of the valuation to which the value estimate conclusions apply is set forth in the letter of transmittal and within the body of the report. The value is based on the purchasing power of the United States dollar as of that date. Unless otherwise noted, NBA assumes that there will be no changes in tax regulations. No significant change is assumed in the supply and demand patterns indicated in the report. The valuation assumes market conditions observed as of the current date of our market research stated in the letter of transmittal. These market conditions are be-lieved to be correct; however, the appraisers assume no liability should market conditions materially change because of unusual or unforeseen circumstances.

The report and the final estimate of value and the prospective financial analyses included therein are intended solely for the information of the person or persons to whom they are addressed, solely for the purposes stated, and should not be relied upon for any other purpose. Any allocation of total price between tangible assets and various classes of intangible assets, if shown, is invalidated if used separately or in conjunction with any other report. Neither the appraisal report nor its contents nor any reference to the appraiser(s) or NBA, may be referred to or quoted in any registration statement, prospectus, offering memorandum, sales brochure, other appraisal, loan or other agreement or document given to third parties excepting governmental agencies or the extent required by law without our prior written consent. Permission will be granted only upon meeting certain conditions.

A copy of this report and the working papers from which it was prepared will be kept in our files for eight years.

*N. ED*

NATIONAL BUSINESS APPRAISERS, LLC
000095

Exhibit D
Page 11 of 34

EXHIBIT _____ 4

PAGE _____ 900

MGM ENTERTAINMENT, INC.                                          May 1, 2004
North Hills, California        *DRAFT REPORT*                    Page 12

ADDENDA

NATIONAL BUSINESS APPRAISERS, LLC          Exhibit D
000096                                     Page 12 of 34

MGM ENTERTAINMENT, INC.                                    May 1, 2004
North Hills, California        *DRAFT REPORT*                Page 13

## INDEX OF FINANCIAL TABLES

TABLE A       FIVE YEAR COMPARATIVE BALANCE SHEET – ASSETS

TABLE A-1     FIVE YEAR COMPARATIVE BALANCE SHEET – LIABILITIES

TABLE B       COMPARATIVE INCOME STATEMENT - 5 YEARS

TABLE C       INCOME STATEMENT ADJUSTMENTS

TABLE D-1     ADUSTED BOOK VALUE – PAGE 1

TABLE D-2     ADUSTED BOOK VALUE – PAGE 2

TABLE E       INCOME APPROACH METHOD OF VALUATION

TABLE F       CAPITAL ASSET PRICING MODEL

TABLE H       FIXED ASSET APPRAISAL – DETAIL

TABLE H-1     FIXED ASSET APPRAISAL - SUMMARY

TABLE I       MARKET COMPARABLES - PUBLIC COMPANIES

TABLE I-1     MARKET APPROACH

TABLE J       CONCLUSIONS OF MARKET VALUE

*13. ED.*

EXHIBIT ___6___

PAGE ___207___

MGM ENTERTAINMENT, INC.                                     May 1, 2004
North Hills, California          *DRAFT REPORT*              Page 14

## DESCRIPTION OF FINANCIAL SCHEDULES USED IN VALUATION

### TABLE A: Comparative Balance Sheet – Assets

This historical comparative balance sheet presents the changes in the asset items over the
5-year period. The dominant changes appear in current assets for the years 2000 and
2001 caused mainly by increases in accounts receivable and inventories. Total assets
changed from a low of about $17.6 million at 12/31/2000 to $30.6 million by 12/31/2001.

### TABLE A-1: Comparative Balance Sheet - Liabilities

This historical comparative balance sheet presents the changes in the liability items over
the 5-year period. The dominant change is in current liabilities that increased from a low
of $6.6 million at 12/31/1999 to $31.3 million at 12/31/2001. Total liabilities moved
from $12 million at 12/31/1999 to $35 million by 12/31/2001. Shareholder equity
dropped from a high of $5.6 million at 12/31/1999 to $(4.5) million at 12/31/2001. This
table also reflects the calculations of "Implied Working Capital" as a percentage of
revenues, which was substituted to minimize the dynamic nature of current assets and
current liabilities that typically change on a daily basis. This allows the conclusions of
value to remain valid over a longer period of time without material changes in value.

### TABLE B: Comparative Income Statement

This historical comparative income statement presents the book figures over the 5-year
period. The information contained in this table provides the foundation, after the
adjustments described in Table C, for the valuation approaches used in this appraisal.
The most recent year's performance as presented in Column 5, represents the year-end
book figures. To the concluded Pretax Income, we have added back depreciation and
amortization to obtain "Pretax Cash Flow". Interest expense is added back to Cash Flow
as this appraisal assumes a debt-free basis to yield "Operating Margin, or "Earnings
Before Depreciation Interest, Taxes and Amortization" (EBITDA).

A study of this table indicated that MGA showed steady growth in revenues over the 5-
year period, but pretax income follows the somewhat erratic performance of the industry.

### TABLE C: Adjustments to Comparative Income Statement

This statement reflects certain essential income statement items extracted from **Table B**
that is subject to adjustments to remove extraordinary income or expense items that

NATIONAL BUSINESS APPRAISERS, LLC
000098

Exhibit D
Page 14 of 34

EXHIBIT ____ Q

PAGE ____ 708

MGM ENTERTAINMENT, INC.                                                    May 1, 2004
North Hills, California            *DRAFT REPORT*                          Page 15

would not be necessary for normal business operations. Following the Adjusted Net
Income, Cash Flow and Operating Margin, we calculate the weighted average net income
utilizing the 1997, 1998, 1999 2000 and 2001 EBITDA as a percentage of sales. This
results in adjusted Pretax Income, Net Income, Cash Flow and Operating Margin
(EBITDA) expenses. The resulting "Adjusted Operating Margin (EBITDA) is the key
income stream upon which the "Income Approach" (Table E) and the "Excess Earnings
Approach" (Table G) is based.

### TABLE D-1: Adjusted Book Value

In this table, all current asset items are reversed out in the second column. We have
substituted "Implied Working Capital" as explained in the description of Table A-1. The
calculations of market value for the fixed assets (Table H-1) appear in the right hand
column. The conclusion of market value for the intangible assets, as calculated in Table
D-2, is also added to yield "Business Enterprise Value".

### TABLE E: Income Approach

Based upon historical growth rates and estimates of future performance a five-year
forecast is made for net revenues. The value of the reversionary period following the 5-
year forecast period would be a capitalization of the average of the fifth and sixth year,
discounted to present value. The After Tax Earnings as Percent of Revenues was
calculated in Table C, and is used to estimate the operating profit for each forecast year
in Table E. Adding back the Depreciation yields the After Tax Cash Flow. Capital
expenditures and changes in working capital are subtracted from this figure to produce
the "Distributable Cash Flow". Applying the appropriate discount rate (calculated in
Table F) returns these cash streams to present value. The total of the five discounted
cash flows plus the discounted reversionary value represents the Business Enterprise
Value under the Income Approach. The capitalization rate for the reversionary period is
calculated using the formula shown in the notes following the schedule.

### TABLE F: Capital Asset Pricing Model

Widely used method of determining the discount rates that are used in Table E. The
"Weighted Average Cost of Capital" represents the blending of the Company's estimated
cost of borrowing (the lowest rate) and the "cost of equity capital". The blending is based
upon the market average percent of equity and of debt as taken from the public market as
shown in Table G-1 under the assumption that the selected public companies could be
buyers for the Subject company, which would then reflect the capital structure of the
buyer. Borrowed capital is generally the lowest risk due to the security normally provided.

NATIONAL BUSINESS APPRAISERS, LLC
000099

Exhibit D
Page 15 of 34

EXHIBIT ___ _____

PAGE ___ _____

●                                    ●

**MGM ENTERTAINMENT, INC.**                        May 1, 2004
**North Hills, California**     *DRAFT REPORT*            Page 16

to the lender. Equity capital, on the other hand, carries the greatest risk, as it does not
share the security available to lenders. The blending of these two rates yields the weighted
average cost of capital, or discount rate. The notes following **Table F** adds further insight.

**TABLE G: Capitalization of Excess Earnings**

This represents one of three significant valuation approaches for small privately held
companies. The original simplified "formula method" had the disadvantage of ignoring
the value of the individual asset categories with differing economic lives. In **Table G,** the
"Earnings Before Capital Charges" is the estimated EBITDA for the year 2000, as
calculated in Table E. From these earnings, we subtract the return of the capital
investment represented by the "Economic Depreciation", and the return on the assets in
use as listed under the heading "Economic Return on Capital", yielding the "Total Excess
Earnings" of MGA. The "Net Excess Earnings", is then capitalized using the equity
multiple as developed in **Table F**. The value of the capitalized excess earnings is then
added to the "Total Assets in Use" to reflect the market value under the Excess Earnings
Approach on a control basis.

**TABLE H**

The method for appraising fixed assets as herein described is known as the "Depreciated
Replacement Cost New Approach" (DRCN). This presents the appraised value of each of
the items of fixed assets, based upon the depreciation schedule of the income tax return
for 1999. As noted, each item is listed as to description, date of purchase, original cost,
estimated economic life, years in use, remaining economic life, price trend factor based
upon the consumer price index, replacement cost new, estimated remaining economic life
and fair market value. Items beyond their estimated economic life are valued at zero.

**TABLE H-1**

This table summarizes the market value of each group of assets, and is used in Table D
and Table G.

**TABLE I:  Market Comparable Companies from public marketplace.**

The operating results of the listed public companies present various indicators that are
useful in determining the market value of MGA. Listed are the Company's shares
outstanding, market capitalization, annual sales, market capitalization/sales ratio, and

NATIONAL BUSINESS APPRAISERS, LLC          *16. $\mathcal{EB}$*
000100                                Exhibit D
                                          Page 16 of 34

EXHIBIT _____ $\varphi$

PAGE _____ *710*

MGM ENTERTAINMENT, INC.                                      May 1, 2004
North Hills, California         *DRAFT REPORT*               Page 17

Beta. We use the median of the market cap/sales ratios of the Public companies in our Market Approach that follows in Table I-1. We use the average of the Betas and the capital structures of the public companies for our calculations of the discount rates in Table F. These comparables are all involved in the same industry as MGA.

### TABLE I-1: Market Approach Valuation

Gross revenues in 2001 for MGA is multiplied by the median revenue/market cap ratio to obtain the indicated market value on a minority basis. A discount[1] is applied to adjust for the differences in size of the public companies as compared with MGA. This yields the market value of the equity on a minority basis. To adjust the minority value to a control value we add the premium for control for comparison with the other approaches, which yields the market value of the equity on a control basis. This value may now be compared to the results of the other two approaches as reflected in Table J

### TABLE J: Final Correlation

Each of the individual market values developed in the various approaches are listed, and weighted. The income approach is generally granted the greatest weight, as the driving force for the average investor is the anticipation of future benefits, however in this report we believe it appropriate to also grant meaningful weight the excess earnings approach as it also is a valid approach for use with medium sized business valuations. Due to the growing instability in the public marketplace, we are not granting any weight to the market approach, but using it as a "sanity check" only.

[1] Mergerstat Review 1999

NATIONAL BUSINESS APPRAISERS, LLC

000101

Exhibit D
Page 17 of 34

EXHIBIT _____ 4

PAGE _____ 711

EXHIBIT

PAGE _____

212

| | TABLE A | | | | | | Job No. | 1131ABCV |
|---|---|---|---|---|---|---|---|---|
| DRAFT REPORT | FIVE YEAR COMPARATIVE BALANCE SHEET | | | | | | Appr Date | 12/31/2001 |
| MGM ENTERTAINMENT, INC. | F/Y End December 31 | | | | | | Run Date | 10/19/04 |
| | ($000) | | | | | | | |

| ASSETS | 1997 | % | 1998 | % | 1999 | % | 2000 | % | 2001 | % |
|---|---|---|---|---|---|---|---|---|---|---|
| Current assets | | | | | | | | | | |
| Cash & equivalents | $797 | 3.8 | $860 | 5.1 | ($79) | -0.4 | $1,144 | 4.5 | $556 | 1.8 |
| Accounts Receivable-Trade | 10,067 | 47.7 | 7,614 | 44.8 | 11,154 | 63.5 | 8,744 | 34.3 | 15,068 | 49.2 |
| Inventories | 8,663 | 41.0 | 7,400 | 43.6 | 5,834 | 33.2 | 14,278 | 56.0 | 13,893 | 45.4 |
| Due from affiliate | 171 | 0.8 | | 0.0 | (320) | -1.8 | 209 | 0.8 | 71 | 0.2 |
| Prepaid Expenses & Other | 768 | 3.6 | 379 | 2.2 | 373 | 2.1 | 189 | 0.7 | 314 | 1.0 |
| | | | | | | | | | | |
| Total Current | $20,466 | 96.9 | $16,253 | 95.7 | $16,962 | 96.6 | $24,564 | 96.4 | $29,902 | 97.7 |
| | | | | | | | | | | |
| Property & Equipment | | | | | | | | | | |
| Machinery & Equipment | $2,369 | 11.2 | $3,621 | 21.3 | $1,409 | 8.0 | $2,231 | 8.8 | $2,317 | 7.6 |
| Leasehold Improvements | 86 | | 86 | | 86 | | 215 | | 225 | |
| Less Accum. Depr. | (1,800) | -8.5 | (2,977) | -17.5 | (900) | -5.1 | (1,534) | -6.0 | (1,841) | -6.0 |
| | | | | | | | | | | |
| Net Fixed Assets | $655 | 3.1 | $730 | 4.3 | $595 | 3.4 | $912 | 3.6 | $701 | 2.3 |
| | | | | | | | | | | |
| Deposits & other | | 0.0 | | 0.0 | | 0.0 | | 0.0 | | 0.0 |
| | | | | | | | | | | |
| TOTAL ASSETS | $21,121 | 100.0 | $16,983 | 100.0 | $17,557 | 100.0 | $25,476 | 100.0 | $30,603 | 100.0 |

| * This information is from the fiscal year of 1997 to 2001. | | | | | | | (634) | | (307) | |
|---|---|---|---|---|---|---|---|---|---|---|

00100.00

Exhibit D
Page 18 of 34

| DRAFT REPORT | TABLE A-1 | | | | | | Job No:1131ABCV | | |
| MGM ENTERTAINMENT, INC. | FIVE YEAR COMPARATIVE BALANCE SHEET | | | | | | Appr Date:12/31/2001 | | |
| | F/Y End December 31 | | | | | | Run Date, 19-Oct-04 | | |
| | ($000) | | | | | | | | |
| **LIABILITIES & SHAREHOLDERS EQUITY** | | | | | | | | | |
| | 1997 | % | 1998 | % | 1999 | % | 2000 | % | 2001 | % |
|---|---|---|---|---|---|---|---|---|---|---|
| **Current Liabilities** | | | | | | | | | | |
| Accounts Payable & Accrued | $11,134 | 52.7 | $6,904 | 40.7 | $6,611 | 37.7 | $12,951 | 50.8 | $14,479 | 47.3 |
| Bank Line-Revolving | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 |
| Current Port. L T Debt | 38 | 0.2 | 38 | 0.2 | 0 | 0.0 | 11,272 | 44.2 | 16,784 | 54.8 |
| Other current | 45 | 0.2 | 131 | 0.8 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 |
| Total current liabilities | $11,217 | 53.1 | $7,073 | 41.6 | $6,611 | 37.7 | $24,223 | 95.1 | $31,263 | 102.2 |
| **Long Term Liabilities** | | | | | | | | | | |
| Notes payable to bank | $3,175 | 15.0 | $5,231 | 30.8 | $2,129 | 12.1 | $1,147 | 4.5 | $1,125 | 3.7 |
| Long term debt, less current | | 0.0 | | 0.0 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 |
| Subordinated notes payable & other | 3,028 | 14.3 | 3,247 | 19.1 | 3,255 | 18.5 | 3,590 | 14.1 | 2,683 | 8.8 |
| Total long term liabilities | $6,203 | 29.4 | $8,478 | 49.9 | $5,384 | 30.7 | $4,737 | 18.6 | $3,808 | 12.4 |
| **Total Liabilities** | $17,420 | 82.5 | $15,551 | 91.6 | $11,995 | 68.3 | $28,960 | 113.7 | $35,071 | 114.6 |
| **Shareholders Equity** | $3,701 | 17.5 | $1,432 | 8.4 | $5,562 | 31.7 | $(3,484) | -13.7 | $(4,468) | -14.6 |
| **Total Liabilities & Shareholders Equity** | $21,121 | 100.0 | $16,983 | 100.0 | $17,557 | 100.0 | $25,476 | 100.0 | $30,603 | 100.0 |
| Current Ratio | 1.92 | | 2.30 | | 2.57 | | 1.01 | | 0.96 | |
| Quick Ratio | 0.97 | | 1.20 | | 1.68 | | 0.41 | | 0.50 | |
| L T Debt / Net Worth | 1.68 | | 5.92 | | 0.97 | | -1.36 | | -0.85 | |
| Working Capital | $9,249 | 43.8 | $9,180 | 54.1 | $10,351 | 59.0 | $341 | 1.3 | $(1,361) | -4.4 |
| **IMPLIED WORKING CAPITAL** | | | | | | | | | | |
| Net Revenues | $55,315 | | $40,752 | | $66,350 | | $77,489 | | $96,370 | |
| W/C as a percent of revenues * | 12.23% | | 12.23% | | 12.23% | | 12.23% | | 12.23% | |
| Implied working capital | $6,766 | | $4,982 | | $8,116 | | $9,479 | | $11,788 | |
| * Robert Morris Associates SIC #3944, Games, Toys etc. | | | | | | | | Rounded: $11,800 | | |

Exhibit D
Page 19 of 34

0001.03

19.ÉW

EXHIBIT ___ 6

PAGE ___ 413

| DRAFT REPORT | | | TABLE B | | | | | Job No. 1131ABCV | |
|---|---|---|---|---|---|---|---|---|---|
| | | FIVE YEAR COMPARATIVE INCOME STATEMENT | | | | | | App Date 12/31/2001 | |
| | | F/Y End December 31 | | | | | | Run Date 19-Oct-04 | |
| MGM ENTERTAINMENT, INC. | | | ($000) | | | | | | |
| | | | | | | | | (1) | |
| | 1997 | % | 1996 | % | 1999 | % | 2000 | % | 2001 | % |

| | 1997 | % | 1996 | % | 1999 | % | 2000 | % | 2001 | % |
|---|---|---|---|---|---|---|---|---|---|---|
| **REVENUES - NET** | $ 55,315 | 100.0 | $ 40,732 | 100.0 | $ 66,550 | 100.0 | $ 77,489 | 100.0 | $ 96,370 | 100.0 |
| Less cost of sales | 40,032 | 72.4 | 26,003 | 64.1 | 43,724 | 65.9 | 53,300 | 68.8 | 64,663 | 67.1 |
| **GROSS PROFIT** | $ 15,283 | 27.6 | $ 14,659 | 35.9 | $ 22,626 | 34.1 | $ 24,189 | 31.2 | $ 31,707 | 32.9 |
| Other income (loss) | 26 | 0.1 | (253) | -0.6 | 350 | 0.5 | | 0.0 | | 0.0 |
| **TOTAL INCOME** | $ 15,311 | 27.7 | $ 14,386 | 35.3 | $ 22,976 | 34.6 | $ 24,189 | 31.2 | $ 31,707 | 32.9 |
| **EXPENSES** | | | | | | | | | | |
| Advertising & promotion | $ 2,992 | 5.4 | $ 3,898 | 9.6 | $ 4,367 | 6.6 | $ 7,680 | 9.9 | $ 9,412 | 9.3 |
| Automobile expense | 47 | 0.1 | 64 | 0.2 | 67 | 0.1 | 70 | 0.1 | | 0.0 |
| Bad debts | (6) | 0.0 | | 0.0 | 30 | 0.0 | | 0.0 | | 0.0 |
| Bank charges | 294 | 0.5 | 181 | 0.4 | 196 | 0.3 | 200 | 0.3 | | 0.0 |
| Commissions | 2,535 | 4.6 | 2,168 | 5.3 | 2,487 | 3.7 | 3,000 | 3.9 | | 0.0 |
| Data processing & supplies | 27 | 0.0 | 64 | 0.2 | 66 | 0.1 | 70 | 0.1 | | 0.0 |
| Depreciation | 565 | 1.1 | 589 | 1.4 | 540 | 0.8 | 2,531 | 3.3 | 2,609 | 2.7 |
| Delivery, postage | 242 | 0.4 | 191 | 0.5 | 323 | 0.5 | 375 | 0.5 | | 0.0 |
| Insurance | 222 | 0.4 | 305 | 0.7 | 386 | 0.6 | 400 | 0.5 | | 0.0 |
| Interest Expense | 390 | 0.7 | 552 | 1.4 | 842 | 1.3 | 1,180 | 1.5 | 1,690 | 1.8 |
| Legal, professional & accounting | 1,225 | 2.2 | 1,681 | 4.1 | 1,399 | 1.8 | 1,250 | 1.6 | 1,250 | 1.3 |
| Miscellaneous other | 105 | 0.2 | 379 | 0.9 | 62 | 0.1 | | 0.0 | | 0.0 |
| Molds | 0 | 0.0 | 0 | 0.0 | 508 | 0.8 | 750 | 1.0 | | 0.0 |
| Office Expense | 61 | 0.1 | 71 | 0.2 | 132 | 0.2 | 150 | 0.2 | | 0.0 |
| Product development | 461 | 0.8 | 1,008 | 2.5 | 1,711 | 2.6 | 2,000 | 2.6 | | 0.0 |
| Rents | 346 | 0.6 | 382 | 0.9 | 455 | 0.7 | 431 | 0.6 | 630 | 0.7 |
| Repairs & maintenance | 11 | 0.0 | 32 | 0.1 | | 0.0 | 3,012 | 3.9 | | 0.0 |
| Salaries, officers | 704 | 1.3 | 1,104 | 2.7 | 1,194 | 1.8 | 1,200 | 1.5 | 1,200 | 1.2 |
| Salaries & wages | 2,284 | 4.1 | 2,223 | 5.5 | 3,179 | 4.8 | 3,873 | 5.0 | | 0.0 |
| Taxes & licenses | 217 | 0.4 | 39 | 0.1 | 61 | 0.1 | 75 | 0.1 | | 0.0 |
| Taxes, payroll | 176 | 0.3 | 219 | 0.5 | 254 | 0.4 | 260 | 0.3 | | 0.0 |
| Telephone | 188 | 0.3 | 166 | 0.4 | 214 | 0.3 | 225 | 0.3 | | 0.0 |
| Travel & entertainment | 236 | 0.4 | 277 | 0.7 | 399 | 0.6 | 450 | 0.6 | | 0.0 |
| Utilities | 32 | 0.1 | 30 | 0.1 | 35 | 0.1 | 40 | 0.1 | | 0.0 |
| Sales & Marketing | | | | | | | | | 11,075 | |
| General & Administrative | | | | | | | | | 2,464 | |
| **TOTAL EXPENSES** | $ 13,371 | 34.2 | $ 15,613 | 38.3 | $ 18,707 | 28.2 | $ 29,222 | 37.7 | $ 30,800 | 32.0 |
| **PRETAX INCOME** | $ 1,940 | 3.5 | $ (1,227) | -3.0 | $ 4,269 | 6.4 | $ (5,033) | -6.5 | $ 907 | 0.9 |
| Add Depreciation/Amort | 585 | 1.1 | 589 | 1.4 | 540 | 0.8 | 2,531 | 3.3 | 2,609 | 2.7 |
| **PRETAX CASH FLOW (2)** | $ 2,525 | 4.6 | $ (638) | -1.6 | $ 4,809 | 7.2 | $ (2,502) | -3.2 | $ 3,516 | 3.6 |
| Add Interest Charges | 390 | 0.7 | 552 | 1.4 | 842 | 1.3 | 1,180 | 1.5 | 1,690 | 1.8 |
| **EBITDA (3)** | $ 2,915 | 5.3 | $ (86) | -0.2 | $ 5,651 | 8.5 | $ (1,322) | -1.7 | $ 5,206 | 5.4 |

(1) Basic data from Deloitte & Touche audited report. Certain expense detail missing, but does not alter value opinions.
(2) Pretax income plus depreciation & amortization.
(3) Pretax cash flow plus interest charges. Earnings Before Interest, Taxes, Depreciation and Amortization.

Exhibit D
Page 20 of 34

20.86

EXHIBIT 6
PAGE 214

EXHIBIT ____ 6
PAGE 215

000105

Exhibit D
Page 21 of 34

| DRAFT REPORT / MGM ENTERTAINMENT, INC. | TABLE C INCOME STATEMENT ADJUSTMENTS F/Y End December 31 ($000) | | | | | | | | | Job No. 11311ABCV Appr Date 12/17/2001 Run Date 19-Oct-04 |
|---|---|---|---|---|---|---|---|---|---|---|
| | 1997 | % | 1998 | % | 1999 | % | 2000 | % | 2001 | % |
| REVENUES - NET | $ 55,315 | 100.0 | $ 40,732 | 100.0 | $ 66,350 | 100.0 | $ 77,489 | 100.0 | $ 96,370 | 100.0 |
| OPERATING INCOME (EBITDA) | $ 2,915 | 5.3 | $ (86) | (0.2) | $ 5,655 | 8.5 | $ (1,322) | (1.7) | $ 5,206 | 5.4 |
| ADJUSTMENTS TO INCOME | | | | | | | | | | |
| Legal, professional & accounting | 1,225 | 2.2 | 1,681 | 4.1 | 1,199 | 1.8 | 1,250 | 1.6 | 1,250 | 1.3 |
| Salaries, Officers | 704 | 1.3 | 1,104 | 2.7 | 1,194 | 1.8 | 1,200 | 1.5 | 1,200 | 1.2 |
| Consulting fees - former stockholder | 0 | | 0 | | 0 | | 0 | | 90 | 0.1 |
| U.S. Customs reserve | | | | | | | 620 | | | |
| TOTAL ADJUSTMENTS TO INCOME | $ 1,929 | 3.5 | $ 2,785 | 6.8 | $ 2,393 | 3.6 | $ 3,070 | 4.0 | $ 2,540 | 2.6 |
| SUBTOTAL | $ 4,844 | 8.8 | $ 2,699 | 6.6 | $ 8,044 | 12.1 | $ 1,748 | 2.3 | $ 7,746 | 8.0 |
| LESS REASONABLE EXPENSES | | | | | | | | | | |
| Legal, professional & accounting 0.75% | (415) | (0.8) | (305) | (0.8) | (498) | (0.8) | (581) | (0.8) | (723) | (0.8) |
| Salaries, Officers 1.50% | (830) | (1.5) | (611) | (1.5) | (995) | (1.5) | (1,162) | (1.5) | (1,446) | (1.5) |
| ADJUSTED PRETAX INCOME | $ 3,599 | 6.5 | $ 1,783 | 4.4 | $ 6,551 | 9.9 | $ 4 | 0.0 | $ 5,578 | 5.8 |
| Add Back Depreciation | 585 | 1.1 | 589 | 1.4 | 540 | 0.8 | 2,531 | 3.3 | 2,609 | 2.7 |
| ADJUSTED PRETAX CASH FLOW | $ 4,184 | 7.6 | $ 2,372 | 5.8 | $ 7,091 | 10.7 | $ 2,535 | 3.3 | $ 8,187 | 8.5 |
| Add Back Interest Expense | 390 | 0.7 | 552 | 1.4 | 842 | 1.3 | 1,180 | 1.5 | 1,690 | 1.8 |
| ADJUSTED EBITDA (1) | $ 4,574 | 8.3 | $ 2,924 | 7.2 | $ 7,933 | 12.0 | $ 3,715 | 4.8 | $ 9,877 | 10.2 |
| EBITDA AS % OF SALES | | 8.3 | | 7.2 | | 12.0 | | 4.8 | | 10.2 |
| Weighting | | 1 | | 2 | | 2 | | 2 | | 3 |
| Product - 3 Columns | 79 | | 14.4 | | 23.9 | | 9.6 | | 30.7 | |
| Divisor - Sum of Weights | 10 | | | | | | | | | |
| WEIGHTED AVERAGE EBITDA | 7.9 | Percent (Used in Table E) | | | | | | | | |
| (1) Earnings Before Interest, Taxes, Depreciation and Amortization | | | | | | | | | | |

| DRAFT REPORT<br>MGM ENTERTAINMENT, INC. | | TABLE D-1<br>ADJUSTED BOOK VALUE<br>F/Y End December 31<br>($000) | | Job No.<br>Appr Date<br>Run Date | 1131ABCV<br>12/31/2001<br>19-Oct-04 | | |
|---|---|---|---|---|---|---|---|
| | Book<br>31-Dec-01 | % | Adjustments<br>31-Dec-01 | % | Adjusted<br>31-Dec-01 | % | |
| **Current Assets** | | | | | | | |
| Cash & equivalents | 556 | 1.8 | ($556) | NM | $0 | 0.0 | |
| Accounts Receivable-Trade | 15,068 | 49.2 | (15,068) | NM | 0 | 0.0 | |
| Inventories | 13,893 | 45.4 | (13,893) | NM | 0 | 0.0 | |
| Due from affiliate | 71 | | (71) | NM | 0 | 0.0 | |
| Prepaid Expenses & Other | 314 | 1.0 | (314) | NM | 0 | 0.0 | |
| Implied Working Capital | 0 | | 11,800 | NM | 11,800 | 28.5 | |
| **Total Current Assets** | 29,902 | 97.7 | ($18,102) | NM | $11,800 | 28.5 | |
| **Fixed Assets as Appraised** | 701 | | | | | | |
| Automotive Equipment | 0 | 0.0 | 7 | | 7 | 0.0 | |
| Computer Equipment | 0 | 0.0 | 23 | | 23 | 0.1 | |
| Furniture & Fixtures | 0 | 0.0 | 21 | | 21 | 0.0 | |
| Leasehold Equipment * | 0 | 0.0 | 126 | | 126 | 0.3 | |
| Machinery & Equipment | 0 | 0.0 | 4 | | 4 | 0.0 | |
| Molds & Tooling * | (0) | 0.0 | 690 | | 690 | 1.7 | |
| Office Equipment | 0 | 0.0 | 1 | | - | | |
| **Net Fixed Assets** | 701 | 2.3 | | | 870 | 2.1 | |
| **INTANGIBLE ASSETS** | - | 0.0 | $28,730 | NM | 28,730 | 69.4 | |
| **BUSINESS ENTERPRISE VALUE** | 30,603 | 100.0 | | NM | 41,400 | 100.0 | |

The right hand column represents the assets included in "Business Enterprise Value"(BEV). This represents the value of the assets required for normal business operations. To convert this number to Total Asset Value, subtract the Implied Working Capital. This will yield "Basic Business Value", or the value of the fixed, intangible and other assets only. Then add book current assets. See Table D-2 for calculations.

Exhibit D
Page 22 of 34

000106

22. EW

EXHIBIT 6

PAGE 216

| | | | | | |
|---|---|---|---|---|---|
| | **TABLE D-2** | | Job No. | 1131ABCV | |
| | MGM ENTERTAINMENT, INC. | | | | |
| | ADJUSTED BOOK VALUE | | Appr Date | 12/31/2001 | |
| | F/Y End December 31 | | Run Date | 19-Oct-04 | |

**MARKET VALUE OF BUSINESS ENTERPRISE**          $   41,400
  Less Implied Working Capital                                        (11,800)
                                                                        ------------
**BASIC BUSINESS VALUE**      Fixed Plus Intangibles      $   29,600
  Less Fixed Assets as Appraised                                   (870)
                                                                        ------------
**MARKET VALUE OF INTANGIBLES (GOODWILL)**      $   28,730
  Add Fixed & Other Assets as Appraised (Table H)              870
  Add Current Assets at 12/31/01 (Table A)                      29,900
                                                                        ------------
**ADJUSTED TOTAL ASSET VALUE**                       $   59,500
  Less Total Liabilities at 12/31/01 (Table A-1)               (35,070)

**ADJUSTED SHAREHOLDER EQUITY**                    $   24,430

See Table J for weighting of approaches and final conclusion.

| DRAFT REPORT | | TABLE E | | | Job No. | 1131ABCV |
| MGM ENTERTAINMENT, INC. | | INCOME APPROACH | | | Appr Date | 12/31/2001 |
| | | FY Ending Sept 30 | | | Run Date | 19-Oct-04 |
| | | ($000) | | | | |

| | 2002 | 2003 | 2004 | 2005 | 2006 | Reversion |
|---|---|---|---|---|---|---|
| **FORECAST REVENUE GROWTH** | 10.00% | 5.00% | 5.00% | 5.00% | 5.00% | 5.00% |
| FORECAST OF REVENUE | $106,007 | $111,307 | $116,873 | $122,716 | $128,852 | |
| EBITDA as % of Revenues * | 7.9% | 7.9% | 7.9% | 7.9% | 7.9% | |
| EBITDA * | $8,333 | $8,749 | $9,187 | $9,646 | $10,128 | $9,208 (Table G) |
| Less Capital Equipment Reserve | 0 | 0 | 0 | 0 | 0 | |
| Less Working Capital (1) | (11,800) | (648) | (681) | (715) | (751) | |
| DISTRIBUTABLE CASH FLOW | ($3,467) | $8,101 | $8,506 | $8,931 | $9,378 | $9,612 |
| REVERSIONARY VALUE | | | | Factor (3) | 6.885 | $66,184 |
| Discount Rate (Table F) | 18.50% | 18.50% | 18.50% | 18.50% | 18.50% | 18.50% |
| Period Factor | 0.50 | 1.50 | 2.50 | 3.50 | 4.50 | 5.00 |
| Multiplier | 0.919 | 0.775 | 0.654 | 0.552 | 0.466 | 0.428 |
| NPV OF DIST. CASH FLOWS | ($3,185) | $6,280 | $5,565 | $4,931 | $4,369 | $28,325 |

| NPV OF DISTRIBUTABLE CASH FLOW FOR FIRST FIVE YEARS | $17,959 |
| NPV OF REVERSIONARY VALUE | 28,325 |
| | $46,284 |

| MARKET VALUE OF ENTERPRISE BY THE INCOME APPROACH | Rounded | $46,000 |

(1) Estimated percent of annual revenue and revenue growth required for working capit
Reference - RMA Annual Statement Studies.   --> 12.23%

(2) Income to be capped at end of 5th year was calculated by estimating 6th year's income considering a future growth of 5%, and averaging with the 5th year. This adjusts the fifth year from mid-year to the expected end-of-year-revenues.

(3) Calculated with the following formula: Cap Rate = (1+G)/(R-G), where G = estimated future growth rate.  R = wtd avg cost of capital. (1+.05) / (.2025 -.05) or 1.05/.1525  =   6.885   or   14.52%

* Earnings Before Interest, Taxes, Depreciation & Amortization. (See Table C).

Exhibit D
Page 24 of 34

24. QD

EXHIBIT Q
PAGE 218

| DRAFT REPORT | TABLE F | Job No. | 1131ABCV |
|---|---|---|---|
| | CAPITAL ASSET PRICING MODEL | Appr Date | 12/31/2001 |
| | (CAPM) | Run Date | 19-Oct-04 |

**MGM ENTERTAINMENT, INC.**

**KEY ASSUMPTIONS**

| | | |
|---|---|---|
| Cost of debt – pretax (1) | | 10.00% |
| Federal tax rate (2) | Pretax Basis | 0.00% |
| State tax rate | | 0.00% |
| Combined marginal tax rate | Pretax Basis | 0.00% |
| Long-term treasury bond rate | | 6.00% |
| Market average beta | * | 1.34 |
| Market average percent of equity | * | 60% |
| Market average percent of debt | * | 40% |

| WEIGHTED AVG COST OF CAPITAL | 18.44% | Rounded | 18.50% |
|---|---|---|---|
| Formula: (1-T)*(Kd)(D)+(Ke)(E) | | | |
| T = Tax rate | | | 0.00% |
| Kd = Cost of debt | | | 10.00% |
| D = Proportion of debt in total capital | | | 39.70% |
| Ke = Cost of equity | | | 24.00% |
| E = Proportion of equity | | | 60.30% |

| COST OF EQUITY CAPITAL | 24.21% | Rounded | 24.00% |
|---|---|---|---|
| Formula: Ke = ((B*Rp)+Rs)+Rt | | | |
| Rf = Rate of return on risk-free security (3) | | | 5.00% |
| Rp = Risk premium (Rm - Rf) | | | 12.10% |
| Rs = Company-specific risk premium (4) | | | 2.00% |
| Rt = Current return on 30 Year treasury bills | | | 6.00% |
| B = Industry beta (5) | | | 1.34 |
| Rm = Market return (6) | | | 17.10% |

*Ibbotson Industry Studies for SIC Code 3944, Games, Toys, and Children's Vehicles

(1) Company's estimated cost of interest-bearing debt.

(2) Valuation based upon pretax income streams.

(3) Ibbotson & Associates Report 1926-1999, "Arithmetic Mean of Annual Returns for Long-Term U.S. Treasury Bonds" (riskless).

(4) Additional risk factor to adjust for specific risks of the subject company and industry.

(5) A measure of risk (variability) of common stocks in the industry. (Ibbotson Industry Studies for SIC Code 3944, Games, Toys, and Children's Vehicles)

(6) Ibbotson & Associates Report 1926-1997, "Arithmetic Mean of Annual Returns for The Common Stock of Small Companies".

Exhibit D
Page 25 of 34

25.4D

EXHIBIT ___ U
PAGE ___ 219

| | | | |
|---|---|---|---|
| RADICA GAMES | EQUITY | 62,052 | 68% |
| | DEBT | 28,777 | 32% |
| | | 90,829 | 100.00% |
| ZINDART | EQUITY | 77,268 | 55% |
| | DEBT | 62,936 | 45% |
| | | ####### | 100.00% |
| | AVERAGE | 69,660 | 60% |
| | | 45,857 | 40% |
| | | ####### | 100.00% |

000110

24. $\mathcal{LD}$

EXHIBIT      $\varphi$

PAGE         220

| DRAFT REPORT | TABLE G | | | | Job No. | 1131ABCV | |
|---|---|---|---|---|---|---|---|
| | EXCESS EARNINGS APPROACH | | | | Appr Date | 12/31/2001 | |
| | MGM ENTERTAINMENT, INC. | | | | | | |
| | ($000) | | | | Run Date | 19-Oct-04 | |

**EARNINGS BEFORE CAPITAL CHARGES (Table E)**                                 $9,208

| CAPITAL CHARGES<br>Economic Depreciation | Appraised<br>Value | | Est<br>Life | | Return<br>Of | | |
|---|---|---|---|---|---|---|---|
| Automotive Equipment | S | 7 | 10 | Yrs | 1 | | |
| Computer Equipment | | 23 | 5 | Yrs | 5 | | |
| Furniture & Fixtures | | 21 | 15 | Yrs | 1 | | |
| Leasehold Equipment * | | 126 | 10 | Yrs | 13 | | |
| Machinery & Equipment | | 4 | 10 | Yrs | 0 | | |
| Molds & Tooling * | | 690 | 3 | Yrs | 230 | | |
| Office Equipment | | 1 | 7 | Yrs | 0 | | |
| Fixed Assets Total | S | 871 | 3.6 | | $243 | S | (243) |

| Economic Return | Adjusted<br>Book | % | Return<br>On | | |
|---|---|---|---|---|---|
| Working Capital | $ 11,800 | 10.0% | S | 1,180 | |
| Automotive Equipment | 7 | 15.0% | | 1 | |
| Computer Equipment | 23 | 20.0% | | 5 | |
| Furniture & Fixtures | 21 | 15.0% | | 3 | |
| Leasehold Equipment * | 126 | 20.0% | | 25 | |
| Machinery & Equipment | 4 | 12.5% | | 0 | |
| Molds & Tooling * | 690 | 15.0% | | 104 | |
| Office Equipment | 1 | 15.0% | | 0 | |
| Adjusted Tangible Assets | $ 12,671 | | S | 1,318 | S | (1,318) |

| TOTAL EXCESS EARNINGS | | | | S | 7,646 |
|---|---|---|---|---|---|

| Excess Earnings Cap Rate | 24.0% ** | S | 31,860 |
|---|---|---|---|
| Add Tangible Assets | | | 12,671 |

**BUSINESS ENTERPRISE VALUE BY EXCESS EARNINGS METHOD**   S   44,531

| * Includes Fixed Assets added in 2000 and 2001 | Rounded | S   44,550 |
|---|---|---|
| **Equity Discount Rate | | |

Exhibit D
Page 27 of 34

000111                                                        27. ED

EXHIBIT ___ 6 ___

PAGE ___ 221 ___

EXHIBIT _____
PAGE _____
272
C

000112

Exhibit D
Page 28 of 34

28 - 00

**MGM ENTERTAINMENT, INC.**
16730 Schoenborn Street
North Hills, CA 91343-6122

TABLE H
FIXED ASSET APPRAISAL
FROM DEPRECIATION SCHEDULES & FINANCIALS

Appraisal Date    12/31/01
Original Cost    $2,541
Depreciated Replacement Cost New    $871

| Owned Leased | Entry Order | Item No. | DESCRIPTION | Qty | Valuation Date | Orig Cost* ($) | Est Econ Life | Yrs In Use | Rem Econ Life | Price Trend Factor | Repl Cost New | Est'd Rmng Life | Fair Market Value |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| OWNED | 12 | TRUCK | | 1 | AE | 01-Aug-92 | 35,951 | 10.0 | 8.4 | 1.6 | 1.208 | 43,429 | 16% | 6,855 |
| OWNED | 17 | COMPUTER | | 1 | CE | 15-Oct-93 | 1,120 | 5.0 | 8.2 | (3.2) | | - | -64% | 0 |
| OWNED | 18 | COMPUTER | | 1 | CE | 15-Jul-94 | 750 | 5.0 | 7.5 | (2.5) | | - | -49% | 0 |
| OWNED | 27 | COMPUTER | | 1 | CE | 01-Oct-94 | 5,727 | 5.0 | 7.3 | (2.3) | | - | -45% | 0 |
| OWNED | 59 | COMPUTER | | 1 | CE | 01-Oct-94 | 1,476 | 5.0 | 7.3 | (2.3) | | - | -45% | 0 |
| OWNED | 28 | COMPUTER | | 1 | CE | 01-Dec-94 | 20,393 | 5.0 | 7.1 | (2.1) | | - | -42% | 0 |
| OWNED | 29 | COMPUTER | | 1 | CE | 01-Mar-95 | 22,714 | 5.0 | 6.8 | (1.8) | | - | -37% | 0 |
| OWNED | 30 | COMPUTER | | 1 | CE | 01-Jun-95 | 18,174 | 5.0 | 6.6 | (1.6) | | - | -32% | 0 |
| OWNED | 31 | COMPUTER | | 1 | CE | 15-Oct-95 | 10,448 | 5.0 | 6.2 | (1.2) | | - | -24% | 0 |
| OWNED | 32 | COMPUTER | | 1 | CE | 15-Nov-95 | 15,360 | 5.0 | 6.1 | (1.1) | | - | -23% | 0 |
| OWNED | 33 | COMPUTER | | 1 | CE | 15-Dec-95 | 4,923 | 5.0 | 6.0 | (1.0) | | - | -21% | 0 |
| OWNED | 37 | COMPUTER | | 1 | CE | 15-Dec-95 | 9,975 | 5.0 | 6.0 | (1.0) | | - | -21% | 0 |
| OWNED | 38 | COMPUTER | | 1 | CE | 01-Jul-96 | 8,445 | 5.0 | 5.5 | (0.5) | | - | -10% | 0 |
| OWNED | 60 | COMPUTER | | 1 | CE | 01-Jul-96 | 211,405 | 5.0 | 5.5 | (0.5) | | - | -10% | 0 |
| OWNED | 61 | COMPUTER | | 1 | CE | 01-Jul-96 | 1,309 | 5.0 | 5.5 | (0.5) | | - | -10% | 0 |
| OWNED | 41 | COMPUTER | | 1 | CE | 01-Jul-97 | 27,505 | 5.0 | 4.5 | 0.5 | 0.075 | 2,063 | 10% | 205 |
| OWNED | 62 | COMPUTER | | 1 | CE | 01-Jul-97 | 2,762 | 5.0 | 4.5 | 0.5 | 0.075 | 207 | 10% | 20 |
| OWNED | 63 | COMPUTER | | 1 | CE | 01-Jun-98 | 39,597 | 5.0 | 3.6 | 1.4 | 0.800 | 31,678 | 28% | 8,955 |
| OWNED | 45 | COMPUTER | | 1 | CE | 01-Jul-98 | 36,668 | 5.0 | 3.5 | 1.5 | 0.800 | 29,334 | 30% | 8,775 |
| OWNED | 46 | COMPUTER | | 1 | CE | 01-Jan-99 | 91,565 | 5.0 | 3.0 | 2.0 | 0.085 | 7,783 | 40% | 3,115 |
| OWNED | 47 | COMPUTER | | 1 | CE | 01-Feb-99 | 11,243 | 5.0 | 2.9 | 2.1 | 0.085 | 956 | 42% | 400 |
| OWNED | 48 | COMPUTER | | 1 | CE | 01-Mar-99 | 4,000 | 5.0 | 2.8 | 2.2 | 0.085 | 340 | 43% | 145 |
| OWNED | 49 | COMPUTER | | 1 | CE | 01-Mar-99 | 4,125 | 5.0 | 2.8 | 2.2 | 0.085 | 351 | 43% | 150 |
| OWNED | 50 | COMPUTER | | 1 | CE | 01-Mar-99 | 3,605 | 5.0 | 2.8 | 2.2 | 0.085 | 306 | 43% | 130 |
| OWNED | 51 | COMPUTER | | 1 | CE | 01-Mar-99 | 2,733 | 5.0 | 2.8 | 2.2 | 0.085 | 232 | 43% | 100 |
| OWNED | 52 | COMPUTER | | 1 | CE | 01-Apr-99 | 4,702 | 5.0 | 2.8 | 2.2 | 0.085 | 400 | 45% | 180 |
| OWNED | 53 | COMPUTER | | 1 | CE | 01-Jun-99 | 20,684 | 5.0 | 2.6 | 2.4 | 0.085 | 1,758 | 48% | 850 |
| OWNED | 54 | COMPUTER | | 1 | CE | 01-Aug-99 | 1,557 | 5.0 | 2.4 | 2.6 | 0.085 | 132 | 52% | 70 |
| OWNED | 55 | COMPUTER | | 1 | CE | 01-Sep-99 | 1,687 | 5.0 | 2.3 | 2.7 | 0.085 | 143 | 53% | 75 |
| OWNED | 1 | EXHIBIT BOOTH - FURN & FIX | | 1 | FP | 01-Nov-89 | 14,443 | 15.0 | 12.2 | 2.8 | 1.382 | 19,960 | 19% | 3,760 |
| OWNED | 4 | FURNITURE & FIXTURES | | 1 | FF | 01-Sep-90 | 6,857 | 15.0 | 11.3 | 3.7 | 1.334 | 9,147 | 24% | 2,230 |
| OWNED | 2 | FURNITURE & FIXTURES | | 1 | FF | 01-Jul-91 | 13,606 | 15.0 | 10.5 | 4.5 | 1.280 | 17,416 | 30% | 5,215 |
| OWNED | 16 | FURNITURE & FIXTURES | | 1 | FF | 15-Apr-94 | 1,404 | 15.0 | 7.7 | 7.3 | 1.178 | 1,654 | 49% | 805 |
| OWNED | 24 | FURNITURE & FIXTURES | | 1 | FF | 01-Aug-95 | 238 | 15.0 | 6.4 | 8.6 | 1.178 | 280 | 57% | 160 |

EXHIBIT ____
PAGE ____
273

0001.13

29.92

Exhibit D
Page 29 of 34

| MGM ENTERTAINMENT, INC. | | | | | | | | | | | | | | | | Appraisal Date | 12/31/01 |
| 16730 Schoenborn Street | | | | | | TABLE II | | | | | | | | | | Original Cost | $2,541 |
| North Hills, CA 91343-6122 | | | | | | FIXED ASSET APPRAISAL | | | | | | | | | Depreciated Replacement Cost New | | | $871 |
| | | | | | | FROM DEPRECIATION SCHEDULES & FINANCIALS | | | | | | | | | | | |

| Owned Leased | Entry Order | Item No. | DESCRIPTION | Qty | | | Valuation Date | Orig Cost* ($) | Est Econ Life | Yrs in Use | Rem Econ Life | Price Trend Factor | Repl Cost New | Est'd Rmng Life | Fair Market Value |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| OWNED | 25 | | FURNITURE & FIXTURES | 1 | | FF | 01-Aug-93 | 299 | 15.0 | 6.4 | 8.6 | 1.178 | 352 | 57% | 200 |
| OWNED | 26 | | FURNITURE & FIXTURES | 1 | | FF | 01-Aug-95 | 1,069 | 15.0 | 6.4 | 8.6 | 1.178 | 1,259 | 57% | 720 |
| OWNED | 34 | | FURNITURE & FIXTURES | 1 | | FF | 15-Sep-95 | 1,295 | 15.0 | 6.3 | 8.7 | 1.178 | 1,526 | 58% | 885 |
| OWNED | 35 | | FURNITURE & FIXTURES | 1 | | FF | 15-Nov-95 | 1,000 | 15.0 | 6.1 | 8.9 | 1.178 | 1,178 | 59% | 695 |
| OWNED | 43 | | FURNITURE & FIXTURES | 1 | | FF | 01-Mar-98 | 1,659 | 15.0 | 3.8 | 11.2 | 1.072 | 1,778 | 74% | 1,325 |
| OWNED | 44 | | FURNITURE & FIXTURES | 1 | | FF | 01-Aug-98 | 643 | 15.0 | 3.4 | 11.6 | 1.072 | 689 | 77% | 530 |
| OWNED | 57 | | FURNITURE & FIXTURES | 1 | | FF | 01-May-99 | 3,601 | 15.0 | 2.7 | 12.3 | 1.056 | 3,803 | 82% | 3,125 |
| OWNED | 58 | | FURNITURE & FIXTURES | 1 | | FF | 01-Dec-99 | 1,115 | 15.0 | 2.1 | 12.9 | 1.056 | 1,177 | 86% | 1,015 |
| OWNED | 6 | | LEASEHOLD IMPROVEMENTS | 1 | | LI | 01-Oct-90 | 2,789 | 10.0 | 11.3 | (1.3) | | - | -13% | 0 |
| OWNED | 7 | | LEASEHOLD IMPROVEMENTS | 1 | | LI | 01-Feb-91 | 2,293 | 10.0 | 10.9 | (0.9) | | - | -9% | 0 |
| OWNED | 21 | | LEASEHOLD IMPROVEMENTS | 1 | | LI | 01-Sep-93 | 17,300 | 10.0 | 8.3 | 1.7 | 1.208 | 20,898 | 17% | 3,475 |
| OWNED | 19 | | LEASEHOLD IMPROVEMENTS | 1 | | LI | 15-Jan-94 | 8,633 | 10.0 | 8.0 | 2.0 | 1.178 | 10,170 | 20% | 2,070 |
| OWNED | 20 | | LEASEHOLD IMPROVEMENTS | 1 | | LI | 01-Nov-94 | 28,862 | 10.0 | 7.2 | 2.8 | 1.178 | 33,999 | 28% | 9,620 |
| OWNED | 36 | | LEASEHOLD IMPROVEMENTS | 1 | | LI | 15-Oct-95 | 2,814 | 10.0 | 6.2 | 3.8 | 1.152 | 3,242 | 38% | 1,225 |
| OWNED | | | LEASEHOLD IMPROVEMENTS | 1 | | LI | 30-Jun-00 | 114,000 | 10.0 | 1.5 | 8.5 | 1.034 | 117,876 | 85% | 100,145 |
| OWNED | | | LEASEHOLD IMPROVEMENTS | 1 | | LI | 30-Jun-01 | 9,572 | 10.0 | 0.5 | 9.5 | 1.000 | 9,572 | 95% | 9,090 |
| OWNED | 13 | | MACHINERY & EQUIPMENT | 1 | | ME | 15-Jan-94 | 1,004 | 10.0 | 8.0 | 2.0 | 1.178 | 1,183 | 20% | 240 |
| OWNED | 14 | | MACHINERY & EQUIPMENT | 1 | | ME | 15-Apr-94 | 1,111 | 10.0 | 7.7 | 2.3 | 1.178 | 1,309 | 23% | 300 |
| OWNED | 22 | | MACHINERY & EQUIPMENT | 1 | | ME | 01-Dec-94 | 2,444 | 10.0 | 7.1 | 2.9 | 1.178 | 2,879 | 29% | 840 |
| OWNED | 39 | | MACHINERY & EQUIPMENT | 1 | | ME | 01-Jul-97 | 628 | 10.0 | 4.5 | 5.5 | 1.095 | 688 | 55% | 380 |
| OWNED | 40 | | MACHINERY & EQUIPMENT | 1 | | ME | 01-Jul-97 | 2,936 | 10.0 | 4.5 | 5.5 | 1.097 | 3,221 | 55% | 1,770 |
| OWNED | 3 | | MOLDS & TOOLING | 1 | | MT | 01-Sep-90 | 3,229 | 5.0 | 11.3 | (6.3) | | - | -127% | 0 |
| OWNED | 42 | | MOLDS & TOOLING | 1 | | MT | 01-Jul-98 | 877,864 | 5.0 | 3.5 | 1.5 | 1.072 | 941,070 | 30% | 281,550 |
| OWNED | 56 | | MOLDS & TOOLING | 1 | | MT | 01-Jul-99 | 773,751 | 5.0 | 2.5 | 2.5 | 1.056 | 817,081 | 50% | 407,870 |
| OWNED | | | MOLDS & TOOLING | 1 | | MT | 30-Jun-00 | 822 | 5.0 | 1.5 | 3.5 | 1.034 | 850 | 70% | 595 |
| OWNED | 11 | | CELLULAR PHONE | 1 | | OE | 01-Aug-92 | 784 | 5.0 | 9.4 | (4.4) | | - | -88% | 0 |
| OWNED | 5 | | EQUIPMENT | 1 | | OE | 01-Sep-90 | 1,100 | 10.0 | 11.3 | (1.3) | | - | -13% | 0 |
| OWNED | 9 | | MAIL MACHINE | 1 | | OE | 01-Dec-91 | 1,997 | 10.0 | 10.1 | (0.1) | | - | -1% | 0 |
| OWNED | 15 | | TELECOM EQUIPMENT | 1 | | OE | 15-Jul-94 | 2,426 | 10.0 | 7.5 | 2.5 | 1.178 | 2,858 | 25% | 725 |
| OWNED | 8 | | TELEPHONE SYSTEM | 1 | | OE | 01-Nov-91 | 15,087 | 10.0 | 10.2 | (0.2) | | - | -2% | 0 |
| OWNED | 23 | | WATER PUMP | 1 | | OE | 01-Feb-95 | 1,748 | 10.0 | 6.9 | 3.1 | 1.152 | 2,014 | 31% | 620 |
| OWNED | 10 | | WATER PURIFIER | 1 | | OE | 01-Jun-92 | 147 | 10.0 | 9.6 | 0.4 | 1.238 | 182 | 4% | 5 |

Total at Cost    ($000)    $2,541                                        FMV    ($000)    $826,345

EXHIBIT _____
PAGE _____

free

000114

| MGM ENTERTAINMENT, INC.<br>16730 Schoenborn Street<br>North Hills, CA 91343-6122 | | | | TABLE II<br>FIXED ASSET APPRAISAL<br>FROM DEPRECIATION SCHEDULES & FINANCIALS | | | | | | | Appraisal Date<br>Original Cost<br>Depreciated Replacement Cost New | | 12/31/01<br>$2,541<br>$871 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Owned<br>Leased | Entry Item<br>Order No. | DESCRIPTION | Qty | Valuation<br>Date | Orig<br>Cost*<br>($) | Est<br>Econ<br>Life | Yrs<br>In<br>Use | Rem<br>Econ<br>Life | Price<br>Trend<br>Factor | Repl<br>Cost<br>New | Est'd<br>Rmng<br>Life | Fair<br>Market<br>Value |

Exhibit D
Page 30 of 34

EXHIBIT

PAGE

0001.15

Exhibit D
Page 31 of 34

### TABLE H-1
### FIXED ASSET APPRAISAL
### MGM ENTERTAINMENT, INC.
#### ($000)

| | | Job No. | 1131ABCV |
|---|---|---|---|
| | | Appr Date | 12/31/2001 |
| | | Run Date | 19-Oct-04 |

| From Depreciation Schedules & Financial | | Original Cost | Estimated Econ. Life | FMV |
|---|---|---|---|---|
| Automotive Equipment | AE | $    36 | 10.0 | $    7 |
| Computer Equipment | CE | 585 | 5.0 | 23 |
| Furniture & Fixtures | FF | 47 | 15.0 | 21 |
| Leasehold Equipment * | LE | 186 | 10.0 | 126 |
| Machinery & Equipment | ME | 8 | 10.0 | 4 |
| Molds & Tooling * | MT | 1,656 | 10.0 | 690 |
| Office Equipment | OE | 23 | 7.0 | 1 |
| **TOTALS** | | $ | | |

Extracted from the detailed appraisal in Table H.

| | | | TABLE I MARKET INFORMATION 31-Dec-01 | | | Job No. 1131ABCV Appr Date 12/31/2001 Run Date 19-Oct-04 | |
| COMPANY | Symbol | Price | Shares Out (000) | Market Cap* ($000) | Annual Sales ($000) | Mkt Cap/ Sales (0) | Beta (0) |
|---|---|---|---|---|---|---|---|
| JAKKS PACIFIC | JAKK | 18.95 | 19,556 | 370,580 | 284,309 | 1.303 | 1.00 |
| HASBRO, INC | HAS | 16.23 | 172,309 | 2,796,575 | 2,856,339 | 0.979 | 1.00 |
| MATTEL | MAT | 17.20 | 426,371 | 7,333,581 | 4,804,062 | 1.527 | 0.38 |
| RADICA GAMES | RADA | 4.14 | 17,640 | 73,030 | 98,554 | 0.741 | 1.28 |
| ZINDART LTD | ZND | 1.75 | 30,601 | 53,551 | 136,083 | 0.394 | 1.40 |
| AVERAGES (Beta is Median) | | | 133,295 | 2,125,463 | 1,635,869 | 0.989 | 1.00 |
| AVERAGES OF SMALLER COMPANIES | | | | | 117,319 | 0.567 | |

*Minority value. Should be converted to control value to use for valuation under the market approach.

EXHIBIT 7

02-09-05   04:56pm   From-Stern & Go?        +818-758-3849        T-347   P.023/028   F-846

MEMO TO FILE/ANG                    RE:  FELINA - INTERNATIONAL TRADERS

On October 19, 2004, I met with Ernie Dutcher.  Initially, he advised me that his hourly rate for straight time is $250.00 per hour and $375.00 per hour for depositions and court appearances. He advised me that he has been deposed a couple of dozen times.  He advised that the appraisals he did took into account the bratz style doll which is the issue in this lawsuit.  He said he also relied on audited financial statements.

Ernie advised me that Morad was trying to be super fair and he did not apply a minority discount.  However, Section 2000 does not allow the minority discount.

Ernie said his final appraisal is an ongoing project so it is not finished.  He said he can put everything on a 3 1/2 inch disk and he would provide it to me.  He said he thinks he has most of the information and he would look for the rest.

On October 19, 2004, I received a telephone call from Ernie Dutcher.  He advised me that his files would not fit on a floppy disk to he put the information on a zip disk and could have it delivered to my office.

ANG:ms

EXHIBIT ____7____

PAGE ____221____

FL 10453

C:\wpdoc:s\MEMOS\ANG.63