QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
  Timothy L. Alger (Bar No. 160303)
  (timalger@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with<br>Case Nos. CV 04-09059 & CV 05-2727<br><br>[PROPOSED] ORDER GRANTING MATTEL, INC.'S NOTICE OF MOTION AND MOTION OBJECTING TO PORTIONS OF DISCOVERY MASTER'S APRIL 14, 2008 ORDER GRANTING IN PART MATTEL'S MOTION TO COMPEL COMMUNICATIONS REGARDING THIS ACTION<br><br>Hearing Date: June 16, 2008<br>Time: 10:00 a.m.<br>Place: Courtroom One<br><br>**Phase 1:**<br>Discovery Cut-Off: January 28, 2008<br>Pre-Trial Conference: May 19, 2008<br>Trial Date: May 27, 2008 |

<u>[PROPOSED] ORDER</u>

Having considered Mattel, Inc.'s Notice Of Motion And Motion Objecting To Portions Of The Discovery Master's April 14, 2008 Order Granting In Part Mattel's Motion To Compel Communications Regarding This Action, and all papers submitted in support of and in opposition to the Motion, and having considered the argument of counsel, and good cause appearing, the Court hereby GRANTS the motion and rules as follows:

IT IS HEREBY ORDERED THAT the Discovery Master's Order is overruled in part. MGA shall produce, within 10 calendar days, all non-privileged documents responsive to Request for Production No. 48 involving Daphne Gronich, Craig Holden, Jeanine Posini, Bryan Armstrong and Samir Khare. MGA shall also produce, within 10 calendar days, all non-privileged documents responsive to Request for Production No. 48 involving MGA's outside attorneys who represent it in connection with this action.

IT IS SO ORDERED.

DATED: _____

Hon. Stephen G. Larson
United States District Judge