QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  johnquinn@quinnemanuel.com
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
  Timothy L. Alger (Bar No. 160303)
  (timalger@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>**DISCOVERY MATTER**<br><br>**[To Be Heard By Discovery Master Hon. Edward Infante (Ret.) Pursuant To The Court's Order of December 6, 2006]**<br><br>MATTEL, INC.'S NOTICE OF LODGING IN SUPPORT OF ITS NOTICE OF MOTION AND MOTION OBJECTING TO PORTIONS OF DISCOVERY MASTER'S APRIL 14, 2008 ORDER REGARDING MATTEL'S MOTION TO COMPEL COMMUNICATION REGARDING THIS ACTION<br><br>Hearing Date: June 16, 2008<br>Time: 10:00 a.m.<br>Place: Courtroom One<br><br>**Phase 1:**<br>Discovery Cut-Off: January 28, 2008<br>Pre-Trial Conference: May 19, 2008<br>Trial Date: May 27, 2008 |

21530/2486210.1

MATTEL, INC.'S NOTICE OF LODGING

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Mattel has lodged with the Court true and correct copies of the following previously filed declarations:

1. <u>Docket No. 1936</u>: Declaration of B. Dylan Proctor In Support of Mattel Inc.'s Motion to Compel MGA to Produce Communication Regarding This Action, dated February 4, 2008, and all exhibits thereto (including those filed under Seal).

2. <u>Docket No. 2256</u>: Supplemental Declaration of B. Dylan Proctor In Support of Mattel Inc.'s Motion to Compel MGA to Produce Communication Regarding This Action, dated February 15, 2008, and all exhibits thereto (including those filed under Seal).

3. <u>Docket No. 3105</u>: Second Supplemental Declaration Of B. Dylan Proctor In Support Of Mattel, Inc.'s Motion To Compel MGA To Produce Communications Regarding This Action, dated April 9, 2008, and all exhibits thereto (including those filed under Seal).

DATED: April 28, 2008

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

By /s/ Randa A. F. Osman
Randa Osman
Attorneys for Mattel, Inc.