QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
  Timothy L. Alger (Bar No. 160303)
  (timalger@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with<br>Case Nos. CV 04-09059 & CV 05-2727<br><br>**[PROPOSED] ORDER GRANTING MATTEL, INC.'S *EX PARTE* APPLICATION FOR (1) RELIEF FROM THE FIVE-DAY REQUIREMENT OF LOCAL RULE 7-3; AND (2) FOR AN EXPEDITED HEARING DATE OF MAY 12, 2008 REGARDING MATTEL'S APPEAL OF THE DISCOVERY MASTER'S APRIL 14, 2008 AND APRIL 23, 2008 ORDERS**<br><br>**Phase 1**<br>Discovery Cut-Off:   Jan. 28, 2008<br>Pre-Trial Conference: May 19, 2008<br>Trial Date:              May 27, 2008 |

<u>[PROPOSED] ORDER</u>

The Court, having considered Mattel, Inc.'s Ex Parte Application For (1) Relief From The Five-Day Requirement Of Local Rule 7-3; And (2) For An Expedited Hearing Date Of May 12, 2008 Regarding Mattel's Appeal Of The Discovery Master's April 14, 2008 And April 23, 2008 Orders, and all papers submitted in support of and in opposition to the Ex Parte Application, and having considered the argument of counsel, and good cause appearing, hereby GRANTS the Application as follows:

IT IS HEREBY ORDERED THAT:

1. Mattel shall be relieved from the five-day notice requirement for meeting and conferring before filing of motions under <u>Local Rule</u> 7-3.

2. An expedited hearing date of May 12, 2008 is hereby set for the following noticed motions filed on April 28, 2008 (collectively the "Motions"):

    a. Mattel, Inc.'s Notice Of Motion And Motion Objecting To Portions Of Discovery Master's April 14, 2008 Order Regarding Mattel's Motion To Compel Communications Regarding This Action;

    b. Mattel, Inc.'s Notice Of Motion And Motion Objecting To Portions Of Discovery Master's April 14, 2008 Order Denying Motion To Compel Production In Response To Mattel's Fifth Set Of Requests For Production;

    c. Mattel, Inc.'s Notice of Motion and Motion Objecting to Portions of Discovery Master's April 14, 2008 Order Granting in Part and Denying in Part Mattel's Motion to Compel Production of Documents and Things by MGA Entertainment, Inc.;

/ / /
/ / /
/ / /
/ / /
/ / /

     d. Mattel, Inc.'s Notice of Motion and Motion Objecting To Discovery Master's Denial Of Motion To Compel Production Of Document Bates Numbered MGA 3801819-22.

   3. MGA's oppositions to the Motions shall be filed no later than _____, 2008; and

   4. Mattel's reply briefs in support of the Motions shall be filed no later than _____, 2008.

   IT IS SO ORDERED.

DATED:             _____
                Hon. Stephen G. Larson
                United States District Judge