QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  johnquinn@quinnemanuel.com
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
  Timothy L. Alger (Bar No. 160303)
  (timalger@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>Hon. Stephen G. Larson<br><br>**DECLARATION OF RANDA OSMAN IN SUPPORT OF MATTEL, INC.'S *EX PARTE* APPLICATION FOR (1) RELIEF FROM THE FIVE-DAY REQUIREMENT OF LOCAL RULE 7-3; AND (2) FOR AN EXPEDITED HEARING DATE OF MAY 12, 2008 REGARDING MATTEL'S APPEAL OF THE DISCOVERY MASTER'S APRIL 14 AND 23, 2008 ORDERS**<br><br>Date: TBA<br>Time: TBA<br>Place: TBA<br><br>**Phase 1**<br>Discovery Cut-Off: Jan. 28, 2008<br>Pre-Trial Conference: May 19, 2008<br>Trial Date: May 27, 2008 |

07209/2484503.1

Case No. CV 04-9049 SGL (RNBx)
OSMAN DEC. ISO MATTEL'S *EX PARTE* APP. FOR RELIEF OF LOCAL RULE 7-3 & FOR EXPEDITED HRNG

# DECLARATION OF RANDA A. F. OSMAN

I, Randa A.F. Osman, declare as follows:

1. I am a member of the bar of the State of California and a partner at Quinn Emanuel Urquhart Oliver & Hedges, LLP, attorneys for Mattel, Inc. ("Mattel"). I make this declaration of personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify competently thereto.

2. On April 25, 2008, I sent an email to Amy Park of Skadden, Arps, Slate, Meagher & Flom LLP ("Skadden"), counsel of record for MGA in this action, concerning this ex parte application. In my email, I stated that Mattel intended to appeal from several of the Discovery Master's April 14, 2008 Orders, and that Mattel was going to apply ex parte for an expedited hearing date. Specifically, my email stated in pertinent part that "on Monday, April 28, 2008, Mattel will apply ex parte for: (1) Relief from the Twenty-Day Requirement of Local Rule 7-3; and (2) An Expedited Hearing Date of May 12, 2008." A true and correct copy of my April 25, 2008 email to Ms. Park is attached hereto as Exhibit 1.

3. On April 25, 2008, Bernard Shek of Skadden sent me an email in response to my April 25 email to Ms. Park. In his email, Mr. Shek informed me that MGA intended to oppose Mattel's *Ex Parte* Application for an Expedited Hearing Date. Attached hereto as Exhibit 2 is a true and correct copy of Mr. Shek's April 25, 2008 email to me.

4. Attached hereto as Exhibit 3 is a true and correct copy of an email that was sent by my partner Timothy Alger to Ms. Park on April 27, 2008 giving notice of this ex parte application.

5. As to Mattel, Inc.'s Notice of Motion and Motion Objecting to Portions of Discovery Master's April 14, 2008 Order Granting in Part and Denying in Part Mattel's Motion to Compel Production of Documents and Things by MGA

07209/2484503.1

-2-    Case No. CV 04-9049 SGL (RNBx)
OSMAN DEC. ISO MATTEL'S *EX PARTE* APP. FOR RELIEF OF LOCAL RULE 7-3 & FOR EXPEDITED HRNG

1 | Entertainment, Inc., I am informed and believe that counsel for the parties met and
2 | conferred on numerous occasions concerning the requests at issue, all to no avail.
3 |       I declare under penalty of perjury under the laws of the State of
4 | California and the United States of America that the foregoing is true and correct.
5 |       Executed on April 28, 2008, at Los Angeles, California.

/s/ Randa A. F. Osman
Randa A.F. Osman

**EXHIBIT 1**

# Randa Osman

| | |
|---|---|
| **From:** | Randa Osman |
| **Sent:** | Friday, April 25, 2008 11:54 AM |
| **To:** | 'amy.park@skadden.com' |
| **Cc:** | Jon Corey; Dylan Proctor |
| **Subject:** | Mattel, Inc./MGA |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Green |

Dear Amy,

As you know, Mattel, Inc. intends to appeal from one or more of the Orders issued by the Discovery Master on April 14, 2008. The April 14, 2008 Orders at issue concern Mattel's Request for Production No. 48, Mattel's Third Set of Requests for Documents and Things, and Mattel's Fifth Set of Requests for Documents and Things.

Mattel also intends to seek an expedited hearing date with respect to those appeals. Accordingly, please be advised that on Monday, April 28, 2008, Mattel will apply ex parte for: (1) Relief from the Twenty-Day Requirement of Local Rule 7-3; and (2) An Expedited Hearing Date of May 12, 2008. Please let me know if MGA will agree to the expedited schedule, or if it intends to oppose the ex parte application.

Please do not hesitate to contact me if you have any questions.

Very truly yours,


Randa Osman

Quinn Emanuel Urquhart Oliver & Hedges, LLP.
865 S. Figueroa Street, 10th Floor
Los Angeles, California 91436
(213) 443-3138

EXHIBIT ____1____

PAGE ____4____

4/28/2008

**EXHIBIT 2**

## Randa Osman

| | |
|---|---|
| **From:** | Shek, Bernard [Bernard.Shek@skadden.com] |
| **Sent:** | Friday, April 25, 2008 1:14 PM |
| **To:** | Randa Osman |
| **Cc:** | Park, Amy S (PAL) |
| **Subject:** | Bryant v. Mattel |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Green |

Randa:

I am responding to your email to Amy regarding your proposed ex parte application to expedite the hearings on your appeals re Mattel's Request for Production No. 48, Mattel's Third Set of Requests for Documents and Things, and Mattel's Fifth Set of Requests for Documents and Things. We intend to oppose your application.

Regards,
Bernard

------------------------------------------------------------

Bernard Shek
Skadden, Arps, Slate, Meagher & Flom LLP
525 University Avenue, Suite 1100
Palo Alto, CA 94301
Tel: 650-470-4513
Fax: 888-329-9592


------------------------------------------------------------
****************************************************** To ensure compliance with Treasury Department regulations, we advise you that, unless otherwise expressly indicated, any federal tax advice contained in this message was not intended or written to be used, and cannot be used, for the purpose of (i) avoiding tax-related penalties under the Internal Revenue Code or applicable state or local tax law provisions or (ii) promoting, marketing or recommending to another party any tax-related matters addressed herein. ******************************************************
****************************************************** This email and any attachments thereto, is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this email, you are hereby notified any dissemination, distribution or copying of this email, and any attachments thereto, is strictly prohibited. If you receive this email in error please immediately notify me at (212) 735-3000 and permanently delete the original copy and any copy of any email, and any printout thereof. Further information about the firm, a list of the Partners and their professional qualifications will be provided upon request. ******************************************************

EXHIBIT __2__

PAGE __5__

4/28/2008

# Randa Osman

**From:** Timothy Alger
**Sent:** Sunday, April 27, 2008 5:51 PM
**To:** 'Park, Amy S'
**Subject:** Discovery Master's April 23, 2008 Order

Amy,

As I informed you last Thursday, Mattel intends on Monday to file a motion objecting to Judge Infante's April 23, 2008 Order Precluding Parties From Filing Any Further Discovery Motions and Materials and, in particular, Judge Infante's refusal to consider Mattel's Motion to Compel the Production of Document Bates Numbered MGA 38019-22. I requested that MGA meet and confer with me on Friday, at any time convenient for MGA, but MGA declined. I then sent you a lengthy and detailed email explaining the grounds for the motion, but I received no response. Mattel has fulfilled its obligation to confer with MGA pursuant to Local Rule 7-3.

Given the approaching trial date and the importance of the evidence at issue, Mattel also intends to apply ex parte on Monday for an order (1) relieving it of the pre-filing notice period in Local Rule 7-3, and (2) setting an expedited hearing on May 12, 2008. Please let me know if MGA will agree to the expedited schedule, or if it intends to oppose the ex parte application.


Timothy L. Alger, Esq.
Quinn Emanuel Urquhart Oliver & Hedges, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017
Direct: (213) 443-3223
Main Phone: (213) 443-3000
Main Fax: (213) 443-3100
E-mail: timalger@quinnemanuel.com
Web: www.quinnemanuel.com

EXHIBIT 3
PAGE 6

4/28/2008