QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with<br>Case Nos. CV 04-09059 & CV 05-2727<br><br>Hon. Stephen G. Larson<br><br>APPLICATION TO FILE UNDER SEAL IN SUPPORT OF MATTEL, INC.'S OPPOSITION TO THE MGA PARTIES' MOTIONS IN LIMINE NOS. 1-14<br><br>[[Proposed] Order filed concurrently]<br><br>Date: May 21, 2008<br>Time: 1:00 p.m.<br>Place: Courtroom 1<br><br>**Phase 1**<br>Pre-Trial Conference: May 19, 2008<br>Trial Date: May 27, 2008 |

Pursuant to Local Rule 79-5.1 and the Stipulated Protective Order entered by the Court in this action, Mattel, Inc. ("Mattel") hereby respectfully requests that the Court order filed under seal Mattel's Oppositions to the MGA Parties' Motions in Limine Nos. 1-11 & 14 ("Oppositions"), Exhibit Nos. 1-6, 8-16, 18-19, 21-26, 28, 30, 32-34, & 36-38 to the Declaration of Stephen Hauss in support of Mattel's Oppositions to the MGA Parties' Motions in Limine Nos. 1-14 ("Hauss Exhibits"), and Exhibit Nos. 2, 11, 22, 26-28, 30-46, 49, 56, 70-73, 77, 80, 82, 83, 85, 88-90, 92, 93, 96-103, 106-108, 110-127, 129-141, 143-145, 151-152, 154-161 to the Declaration of Tamar Buchakjian in support of Mattel's Oppositions to the MGA Parties' Motions in Limine Nos. 1-14 ("Buchakjian Exhibits").

The Oppositions, Hauss Exhibits and Buchakjian Exhibits include materials that Mattel, MGA or Bryant have designated as "Confidential" or "Confidential--Attorneys' Eyes Only" pursuant to the Protective Order. Accordingly, Mattel requests that the Court order that the Supplemental Declaration and Objections be filed under seal.

DATED: April 28, 2008

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

By /s/ B. Dylan Proctor
B. Dylan Proctor
Attorneys for Mattel, Inc.