QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| CARTER BRYANT, an individual, | CASE NO. CV 04-9049 SGL (RNBx) |
|---|---|
| Plaintiff, | Consolidated with Case Nos. CV 04-09059 & CV 05-2727 |
| vs. | Hon. Stephen G. Larson |
| MATTEL, INC., a Delaware corporation, | MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL THE DECLARATION OF CHRISTOPHER TAYBACK IN SUPPORT OF MATTEL, INC.'S MOTION OBJECTING TO PORTIONS OF THE DISCOVERY MASTER'S APRIL 11, 2008 ORDER GRANTING IN PART AND DENYING IN PART MATTEL'S MOTION TO COMPEL PRODUCTION OF ELECTRONIC MEDIA FROM THIRD PARTIES ELISE CLOONAN, MARGARET HATCH-LEAHY AND VERONICA MARLOW. |
| Defendant. | |
| AND CONSOLIDATED ACTIONS | |
| | [[Proposed] Order filed concurrently] |
| | Hearing Date: June 16, 2008<br>Time: 10:00 a.m.<br>Place: Courtroom |
| | **Phase 1**<br>Discovery Cut-Off: January 28, 2008<br>Pre-Trial Conference: May 5, 2008<br>Trial Date: May 27, 2008 |

07209/2486063.1

MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL

1        Pursuant to Local Rule 79-5.1 and the Stipulated Protective Order
2 entered by the Court in this action, Mattel, Inc. ("Mattel") hereby respectfully
3 requests that the Court order filed under seal the Declaration Of Christopher
4 Tayback In Support Of Mattel, Inc.'s Motion Objecting To Portions Of The
5 Discovery Master's April 11, 2008 Order Granting In Part And Denying In Part
6 Mattel's Motion To Compel Production Of Electronic Media From Third Parties
7 Elise Cloonan, Margaret Hatch-Leahy And Veronica Marlow ("Tayback
8 Declaration").

9        The Tayback Declaration contains materials that Mattel, MGA or
10 Bryant have designated as "Confidential" or "Confidential--Attorneys' Eyes Only"
11 pursuant to the Protective Order.  Accordingly, Mattel requests that the Court order
12 that the Tayback Declaration be filed under seal.

14 DATED: April 28, 2008     QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

16 By *Christopher Tayback* / By: *Stephen Wood*
17 Christopher Tayback
Attorneys for Mattel, Inc.