QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with<br>Case Nos. CV 04-09059 & CV 05-2727<br><br>Hon. Stephen G. Larson<br><br>**MATTEL INC.'S APPLICATION TO FILE UNDER SEAL EXHIBIT 2 TO THE DECLARATION OF RANDA OSMAN IN SUPPORT OF MATTEL, INC.'S NOTICE OF MOTION AND MOTION OBJECTING TO PORTIONS OF THE DISCOVERY MASTER'S APRIL 14, 2008 ORDER GRANTING IN PART MATTEL'S MOTION TO COMPEL COMMUNICATIONS REGARDING THIS ACTION**<br><br>Date: June 16, 2008<br>Time: 10:00 a.m.<br>Place: Courtroom 1<br><br>**Phase 1**<br>Discovery Cut-Off: January 28, 2008<br>Pre-Trial Conference: May 19, 2008<br>Trial Date: May 27, 2008 |

07209/2486707.1

MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL

1  Pursuant to Local Rule 79-5.1 and the Stipulated Protective Order
2  entered by the Court in this action, Mattel, Inc. ("Mattel") hereby respectfully
3  requests that the Court order that Mattel be permitted to file Exhibit 2 to the
4  Declaration Of Randa Osman In Support Of Mattel, Inc.'s Notice Of Motion And
5  Motion Objecting To Portions Of Discovery Master's April 14, 2008 Order Granting
6  in Part Mattel's Motion To Compel Communications Regarding This Action
7  ("Osman Dec.").
8  Exhibit 2 to the Declaration includes materials that Mattel, MGA or
9  Bryant have designated as "Confidential" or "Confidential--Attorneys' Eyes Only"
10 pursuant to the Protective Order.  Accordingly, Mattel requests that the Court order
11 that Exhibit 2 to the Osman Dec. be filed under seal.

DATED: April 28, 2008

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

By _____
Randa A.F. Osman
Attorneys for Mattel, Inc.