| | |
|---|---|
| 1 | THOMAS J. NOLAN (Bar No. 66992) |
| | (tnolan@skadden.com) |
| 2 | JASON D. RUSSELL (Bar No. 169219) |
| | (jrussell@skadden.com) |
| 3 | MARINA V. BOGORAD (Bar No. 217524) |
| | (mbogorad@skadden.com) |
| 4 | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP |
| | 300 South Grand Avenue, Suite 3400 |
| 5 | Los Angeles, CA 90071 |
| | Tel.: (213) 687-5000/Fax: (213) 687-5600 |
| 6 | |
| | RAOUL D. KENNEDY (Bar No. 40892) |
| 7 | (rkennedy@skadden.com) |
| | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP |
| 8 | 4 Embarcadero Center, Suite 3800 |
| | San Francisco, CA 94111-5974 |
| 9 | Tel.: (415) 984-2698 / Fax: (415) 984-2626 |
| 10 | Attorneys for MGA Entertainment, Inc., MGA Entertainment (HK) Limited, MGAE de Mexico, S.R.L. DE C.V., and Isaac Larian |

UNITED STATED DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual, | CASE NO. CV 04-9049 SGL (RNBx) |
| Plaintiff, | Consolidated with Case No. 04-9059 and Case No. 05-2727 |
| v. | Honorable Stephen G. Larson |
| MATTEL, INC., a Delaware corporation, | APPLICATION TO FILE UNDER SEAL MGA PARTIES' OPPOSITIONS TO MATTEL, INC.'S MOTIONS *IN LIMINE* NOS. 2-14 |
| Defendant. | |
| AND CONSOLIDATED ACTIONS | Hearing Date: TBD |
| | Time: TBD |

**ORIGINAL**

FILED 2008 APR 28 PM 3:43
CLERK, U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
RIVERSIDE

[w/ seal (proposed) ord...]

Pursuant to Local Rule 79-5.1 and the Stipulated Protective Order entered by the Court in this action on January 4, 2005, MGA Entertainment, Inc., MGA Entertainment (HK) Limited, MGAE de Mexico, S.R.L. DE C.V., and Isaac Larian (collectively, the "MGA Parties") hereby respectfully request that the Court order the following documents be filed under seal:

- MGA Parties' Opposition to Mattel, Inc.'s Motion *in limine* No. 2,
- MGA Parties' Opposition to Mattel, Inc.'s Motion *in limine* No. 3,
- MGA Parties' Opposition to Mattel, Inc.'s Motion *in limine* No. 4,
- MGA Parties' Opposition to Mattel, Inc.'s Motion *in limine* No. 5,
- MGA Parties' Opposition to Mattel, Inc.'s Motion *in limine* No. 6,
- MGA Parties' Opposition to Mattel, Inc.'s Motion *in limine* No. 7,
- MGA Parties' Opposition to Mattel, Inc.'s Motion *in limine* No. 8,
- MGA Parties' Opposition to Mattel, Inc.'s Motion *in limine* No. 9,
- MGA Parties' Opposition to Mattel, Inc.'s Motion *in limine* No. 10,
- MGA Parties' Opposition to Mattel, Inc.'s Motion *in limine* No. 11,
- MGA Parties' Opposition to Mattel, Inc.'s Motion *in limine* No. 12,
- MGA Parties' Opposition to Mattel, Inc.'s Motion *in limine* No. 13,
- MGA Parties' Opposition to Mattel, Inc.'s Motion *in limine* No. 14 (collectively, the "Oppositions"); and
- Declaration of Thomas J. Nolan in Support of MGA Parties' Oppositions to Mattel, Inc. 's Motions *in limine* Nos. 2 to 14 (the "Declaration").

Good cause exists for filing these documents under seal because certain exhibits attached to the Declaration have been designated as "Confidential" or "Confidential—Attorneys' Eyes Only" pursuant to the Protective Order, and the Oppositions reference these exhibits. In the alternative, the MGA Parties request that the Court declare the exhibits to the Declaration to be outside the definitions of "Confidential" and "Confidential—Attorneys' Eyes Only" as contained in the Protective Order and order

1 | them, along with the Oppositions and the Declaration to be filed as part of the public
2 | record.
3 | DATED: April 28, 2008

SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP

By: _____
Jason D. Russell
Attorneys for MGA Entertainment, Inc., MGA Entertainment (HK) Limited, MGAE de Mexico, S.R.L. DE C.V., and Isaac Larian