THOMAS J. NOLAN (Bar No. 66992)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue
Los Angeles, CA 90071-3144
Telephone: (213) 687-5000
Facsimile: (213) 687-5600
E-mail: tnolan@skadden.com

RAOUL D. KENNEDY (Bar No. 40892)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Embarcadero Center, Suite 3800
San Francisco, CA 94111
Telephone: (415) 984-6400
Facsimile: (415) 984-2698
E-mail: rkennedy@skadden.com

Attorneys for Counter-Defendants,
MGA ENTERTAINMENT, INC., ISAAC LARIAN, MGA ENTERTAINMENT (HK) LIMITED, AND MGAE de MEXICO S.R.L. de C.V.

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**EASTERN DIVISION**

| | |
|---|---|
| CARTER BRYANT, an individual<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS. | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with Case No. 04-9059 and Case No. 05-2727<br><br>**PROOF OF SERVICE**<br><br>Trial Date: May 27, 2008 |

PROOF OF SERVICE                                    NO. CV 04-9049 SGL (RNBx)

## PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO

I am employed in the county of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 300 South Grand Avenue, Suite 3400, Los Angeles, California 90071.

On **April 28, 2008**, I served the foregoing documents described as:

### SEE ATTACHED DOCUMENT LIST

on the interested parties in this action addressed as follows:

### SEE ATTACHED SERVICE LIST

(X) (BY PERSONAL SERVICE)  ☒  By personally delivering copies to the person served. (FEDERAL)

☒  I caused such document to be hand delivered to the above addressees. (FEDERAL)

(X) (BY FEDERAL EXPRESS)

( ) (BY ELECTRONIC MAIL)

I declare under penalty of perjury under the laws of the State of California and the United States of America that the above is true and correct.

Executed on **April 28, 2008**, in Los Angeles, California.

_Matthew Bowman_
PRINT NAME

SIGNATURE

## DOCUMENT LIST

(1) MGA PARTIES' OPPOSITION TO MATTEL, INC.'S MOTION *IN LIMINE* NO. 2;

(2) MGA PARTIES' OPPOSITION TO MATTEL, INC.'S MOTION *IN LIMINE* NO. 3;

(3) MGA PARTIES' OPPOSITION TO MATTEL, INC.'S MOTION *IN LIMINE* NO. 4;

(4) MGA PARTIES' OPPOSITION TO MATTEL, INC.'S MOTION *IN LIMINE* NO. 5;

(5) MGA PARTIES' OPPOSITION TO MATTEL, INC.'S MOTION *IN LIMINE* NO. 6;

(6) MGA PARTIES' OPPOSITION TO MATTEL, INC.'S MOTION *IN LIMINE* NO. 7;

(7) MGA PARTIES' OPPOSITION TO MATTEL, INC.'S MOTION *IN LIMINE* NO. 8;

(8) MGA PARTIES' OPPOSITION TO MATTEL, INC.'S MOTION *IN LIMINE* NO. 9;

(9) MGA PARTIES' OPPOSITION TO MATTEL, INC.'S MOTION *IN LIMINE* NO. 10;

(10) MGA PARTIES' OPPOSITION TO MATTEL, INC.'S MOTION *IN LIMINE* NO. 11;

(11) MGA PARTIES' OPPOSITION TO MATTEL, INC.'S MOTION *IN LIMINE* NO. 12;

(12) MGA PARTIES' OPPOSITION TO MATTEL, INC.'S MOTION *IN LIMINE* NO. 13;

(13) MGA PARTIES' OPPOSITION TO MATTEL, INC.'S MOTION *IN LIMINE* NO. 14;

(14) DECLARATION OF THOMAS J. NOLAN IN SUPPORT OF MGA PARTIES' OPPOSITION TO MATTEL, INC.'S MOTION *IN LIMINE* NOS. 2-14;

(15) APPLICATION TO FILE UNDER SEAL;

(16) PROPOSED ORDER GRANTING FILING UNDER SEAL;

(17) PROOF OF SERVICE.

## SERVICE LIST

Jon D. Corey, Esq.
Michael T. Zeller, Esq.
John Quinn, Esq.
Quinn Emanuel Urquhart Oliver & Hedges, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017-2543
(213) 443-3000
(213) 443-3100 (Fax)

Attorneys for Mattel, Inc
[Personal Service]

Mark E. Overland, Esq.
Alexander H. Cote, Esq.
David C. Scheper, Esq.
Overland Borenstein Scheper & Kim
300 South Grand Avenue, Suite 2750
Los Angeles, CA 90071
(213) 613-4655
(213) 613-4656

Attorneys for Carlos Gustavo Machado Gomez
[Federal Express]

John Trinidad, Esq.
John Keker, Esq.
Keker & Van Nest, LLP
710 Sansome Street
San Francisco, CA 94111
(415) 391-5400
(415) 397-7188 (Fax)

Attorneys for Carter Bryant
[Federal Express]