1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

CARTER BRYANT, an individual,

Plaintiff,

vs.

MATTEL, INC., a Delaware corporation,

Defendant.

AND CONSOLIDATED CASES

Case No. CV 04-09049 SGL (RNBx)
Consolidated with
Case No. CV 04-09059
Case No. CV 05-02727

ORDER RE STIPULATION REGARDING BRIEFING SCHEDULE ON OBJECTIONS TO DISCOVERY MASTER'S ORDERS OF APRIL 11 AND 22, 2008

**Phase 1:**
Pre-trial Conference:   May 5, 2008
Trial Date:                May 27, 2008

07209/2485290.1

[PROPOSED] ORDER RE: STIPULATION RE OBJECTIONS TO DISCOVERY MASTER ORDERS

## **Order**

Based on the concurrently filed Stipulation of the Parties, and good cause appearing therefor, it is hereby ORDERED that:

1.      Mattel and MGA shall filed their respective Objections to the April 11 and April 22 Orders by Monday, April 28, 2008;

2.      The Parties shall have until Thursday, May 1, 2008, to file their respective Oppositions;

3.      The Parties shall file their replies, if any, no later than the morning of Monday, May 5, 2008;

4.      The hearing on the Parties' objections shall be held on Monday, May 12, 2008, at 10:00 a.m.

5.      Mattel's obligations to comply with the Discovery Master's April 11 Order shall be stayed pending the Court's review of Mattel's Objections.

DATED April 28, 2008

_____

Hon. Stephen G. Larson

United States District Court Judge

07209/2485290.1

-2-

[PROPOSED] ORDER RE: STIPULATION RE OBJECTIONS TO DISCOVERY MASTER ORDERS