QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
John B. Quinn (Bar No. 090378)
johnquinn@quinnemanuel.com
Michael T. Zeller (Bar No. 196417)
(michaelzeller@quinnemanuel.com)
Jon D. Corey (Bar No. 185066)
(joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Plaintiff
Mattel, Inc.

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED CASES | Case No. CV 04-09049 SGL (RNBx)<br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>STIPULATION REGARDING HEARING SCHEDULE ON OBJECTIONS TO THE DISCOVERY MASTER'S APRIL 11, 2008 ORDER GRANTING IN PART AND DENYING IN PART MATTEL'S MOTION TO COMPEL PRODUCTION OF ELECTRONIC MEDIA FROM THIRD PARTIES ELISE CLOONAN, MARGARET HATCH-LEAHY AND VERONICA MARLOW<br><br>**Phase 1:**<br>Pre-trial Conference: May 5, 2008<br>Trial Date: May 27, 2008 |

07209/2488009.1

1   **STIPULATION**

2   WHEREAS, on April 11, 2008, the Discovery Master issued an order

3   Granting in Part and Denying in Part Mattel's Motion to Compel Production of

4   Electronic Media from Third Parties Elise Cloonan, Margaret Hatch-Leahy and

5   Veronica Marlow;

6   WHEREAS, Mattel filed Objections to the April 11 Order;

7   WHEREAS, Mattel also filed an *Ex Parte* Application for (1) Relief

8   from the Five-Day Requirement of Local Rule 7-3; and (2) for an Expedited

9   Hearing Date of May 2, 2008 in conjunction with its Objections to the April 11

10   Order;

11   WHEREAS, Margaret Hatch-Leahy and Veronica Marlow filed an

12   Opposition In Part to Mattel's *Ex Parte* Application;

13   WHEREAS, Elise Cloonan, filed Objections to the April 11 Order;

14   WHEREAS, the objecting parties desire the most efficient hearing

15   schedule on their respective objections to the April 11 Order.

16   NOW, THEREFORE, Mattel and Elise Cloonan, Margaret Hatch-

17   Leahy and Veronica Marlow, by and through their counsel of record, hereby agree

18   as follows, subject to the Court's approval and convenience:

19   1.   The hearing on Mattel's Objections to the April 11 Order shall be

20   held on May 19, 2008 or at such other time as is convenient to the Court.

21   2.   The hearing on Elise Cloonan's Objections to the April 11 Order

22   shall be held on May 19, 2008 or at such other time as is convenient to the Court.

23   3.   Mattel is relieved of the five-day requirement of Local Rule 7-3

24   with respect to its objections to the April 11 Order.

25   4.   Mattel withdraws its *Ex Parte* Application and Margaret Hatch-

26   Leahy and Veronica Marlow withdraw their opposition thereto, it being the intent of

27

28

1   the objecting parties to resolve their differences on matters set forth in the *Ex Parte*

2   Application through this Stipulation.

3

4           IT IS SO STIPULATED.

5

6   DATED:  April 29, 2008            QUINN EMANUEL URQUHART OLIVER &

7                                      HEDGES, LLP

8

9                                      By _____
                                          Michael Zeller
10                                         Attorneys for Mattel, Inc.

11

12

13  DATED:  April 29, 2008            KEATS, McFARLAND & WILSON, LLP

14

15

16                                     By _____

17                                         Larry W. McFarland
                                           Attorneys for Third Parties Elise Cloonan,
18                                         Margaret Hatch-Leahy and Veronica
                                           Marlow.
19

20

21

22

23

24

25

26

27

07209/2488009.1  28