UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>　　　　Defendant.<br><br>AND CONSOLIDATED CASES | Case No. CV 04-09049 SGL (RNBx)<br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>[PROPOSED] ORDER RE STIPULATION REGARDING HEARING SCHEDULE ON OBJECTIONS TO THE DISCOVERY MASTER'S APRIL 11, 2008 ORDER GRANTING IN PART AND DENYING IN PART MATTEL'S MOTION TO COMPEL PRODUCTION OF ELECTRONIC MEDIA FROM THIRD PARTIES ELISE CLOONAN, MARGARET HATCH-LEAHY AND VERONICA MARLOW<br><br>**Phase 1:**<br>Pre-trial Conference:　May 5, 2008<br>Trial Date:　　　　　　May 27, 2008 |

07209/2488092.1

# [Proposed] Order

Based on the concurrently filed Stipulation of the Parties, and good cause appearing therefor, it is hereby ORDERED that:

1. The hearing on Mattel's Objections to the Discovery Master's April 11, 2008 Order shall be held on May 19, 2008, at 10:00 a.m.

2. The hearing on Elise Cloonan's Objections to the Discovery Master's April 11, 2008 Order shall be held on May 19, 2008, at 10:00 a.m.

3. Mattel is relieved of the five-day requirement of Local Rule 7-3 with respect to its Objections to the April 11 Order.

4. Mattel's *ex parte* Application for an expedited hearing date of May 2, 2008 is hereby denied as moot.

DATED: _____, 2008

_____
Hon. Stephen G. Larson
United States District Court Judge