QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with Case No. CV 04-09059 and Case No. CV 05-02727<br><br>Hon. Stephen G. Larson<br><br>**NOTICE OF ERRATA RE [UNDER SEAL] DECLARATION OF RANDA OSMAN IN SUPPORT OF MATTEL, INC.'S NOTICE OF MOTION AND MOTION OBJECTING TO PORTIONS OF DISCOVERY MASTER'S APRIL 14, 2008 ORDER GRANTING IN PART MATTEL'S MOTION TO COMPEL COMMUNICATIONS REGARDING THIS ACTION**<br><br>Date: June 16, 2008<br>Time: 10:00 a.m.<br>Place: Courtroom 1<br><br>**Phase 1**<br>Discovery Cut-Off:    Jan. 28, 2008<br>Pre-Trial Conference: May 19, 2008<br>Trial Date:           May 27, 2008 |

07209/2488317.1

-1-
NOTICE OF ERRATA RE UNDER SEAL OSMAN DEC. ISO OF OBJECTING MOTION

1  TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2  PLEASE TAKE NOTICE that the [Under Seal] Declaration Of Randa Osman In Support Of Mattel, Inc.'s Notice Of Motion And Motion Objecting To Portions Of Discovery Master's April 14, 2008 Order Granting In Part Mattel's Motion To Compel Communications Regarding This Action ("Osman Dec."), manually submitted to the Court on April 28, 2008 together with an Application to File Under Seal, inadvertently cites the attached exhibits as 1, 2 and 3. The cited exhibits instead should be A, B and C. Attached as Exhibit A is a corrected version of the Osman Dec. and should replace the previous version submitted on April 28, 2008 for "under seal" filing.

DATED: April 29, 2008         QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP


By /s/ Randa Osman
   Randa Osman
   Attorneys for Mattel, Inc.

**EXHIBIT A**

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  johnquinn@quinnemanuel.com
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
  Timothy L. Alger (Bar No. 160303)
  (timalger@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS<br><br>**CONFIDENTIAL - ATTORNEYS EYES ONLY FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER** | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>Hon. Stephen G, Larson<br><br>**DECLARATION OF RANDA OSMAN IN SUPPORT OF MATTEL, INC.'S NOTICE OF MOTION AND MOTION OBJECTING TO PORTIONS OF DISCOVERY MASTER'S APRIL 14, 2008 ORDER GRANTING IN PART MATTEL'S MOTION TO COMPEL COMMUNICATIONS REGARDING THIS ACTION**<br><br>Date: June 16, 2008<br>Time: 10:00 a.m.<br>Place: Courtroom 1<br><br>**Phase 1**<br>Discovery Cut-Off: Jan. 28, 2008<br>Pre-Trial Conference: May 19, 2008<br>Trial Date: May 27, 2008 |

07209/2486532.2

# DECLARATION OF RANDA A. F. OSMAN

I, Randa A.F. Osman, declare as follows:

1. I am a member of the bar of the State of California and a partner at Quinn Emanuel Urquhart Oliver & Hedges, LLP, attorneys for Mattel, Inc. ("Mattel"). I make this declaration of personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify competently thereto.

2. On Thursday, April 24, 2008, I met and conferred telephonically with Amy Park and Bernard Shek of Skadden, Arps, Slate, Meagher & Flom LLP ("Skadden"), counsel of record for MGA in this action, concerning this Motion. During this conference, I offered to restrict Mattel's Request for Production No. 48 (the "Request") to just non-privileged communications between MGA's counsel or paralegals and others concerning this action. I also offered to alleviate any claimed burden further by excluding electronic files from MGA's search, and offered to limit the scope of MGA's search to hard copies of non-privileged documents that were contained in the correspondence files, thereby eliminating the need to search electronic email files. Ms. Park informed me that she would discuss this offer with her client and get back to me.

3. On April 25, 2008, Bernard Shek of Skadden sent me an email stating that MGA would not agree to the limitations that I proposed in the April 24 meet and confer. Attached hereto as Exhibit A is a true and correct copy of Mr. Shek's April 25, 2008 email to me.

4. Attached hereto as Exhibit B are true and correct copies of the relevant pages of the deposition transcript of Christina Tomiyama, taken on February 27, 2008.

5. Attached hereto as Exhibit C is a true and correct copy of Discovery Master Infante's Order Granting In Part Mattel's Motion To Compel MGA To Produce Communications Regarding This Action dated April 14, 2008.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on April 28, 2008, at Los Angeles, California.


/s/ Randa Osman
Randa A.F. Osman