KEKER & VAN NEST, LLP
JOHN W. KEKER - #49092
jkeker@kvn.com
MICHAEL H. PAGE - #154913
mpage@kvn.com
CHRISTA M. ANDERSON - #184325
canderson@kvn.com
MATTHEW M. WERDEGAR - #200470
mwerdegar@kvn.com
710 Sansome Street
San Francisco, CA  94111-1704
Telephone:  (415) 391-5400
Facsimile:   (415) 397-7188

Attorneys for Plaintiff
CARTER BRYANT

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC. a Delaware Corporation,<br><br>Defendant.<br><br><br>CONSOLIDATED WITH<br>MATTEL, INC., v. BRYANT and<br>MGA ENTERTAINMENT, INC. v.<br>MATTEL, INC. | Case No. CV 04-09049 SGL (RNBx)<br>(consolidated with CV 04-9059 & 05-2727)<br><br>Hon. Stephen G. Larson<br><br>**[PROPOSED] ORDER DENYING MATTEL, INC.'S EX PARTE APPLICATION FOR RELIEF FROM THE TWENTY-DAY MEET AND CONFER REQUIREMENT OF LOCAL RULE 7-3 AND FOR AN EXPEDITED HEARING DATE ON MATTEL'S MOTION FOR "ADVERSE INFERENCE" JURY INSTRUCTION**<br><br>Date Comp. Filed:  April 13, 2005<br><br>Discovery Cut-Off:  Jan. 28, 2008<br>Pre-Trial Conference:  May 19, 2008<br>Trial Date:  May 27, 2008 |

[PROPOSED] ORDER DENYING MATTEL, INC.'S EX PARTE APPLICATION RE
MOTION FOR ADVERSE INFERENCE INSTRUCTION
CASE NO. CV 04-09049 SGL (RNBx)

416469.01

# [PROPOSED] ORDER

The Court has carefully considered the parties' submissions and arguments concerning Mattel, Inc.'s *Ex Parte* Application for Relief from the Twenty-Day Meet and Confer Requirement of Local Rule 7-3 and For an Expedited Hearing Date on Mattel's Motion for "Adverse Inference" Jury Instruction. The Court finds that Mattel needless delayed in filing its Motion for an "Adverse Inference" Jury Instruction, to Mr. Bryant's prejudice. Consequently, Mattel is not entitled to the extraordinary *ex parte* relief it is requesting. *See Mission Power Eng'g Co. v. Continental Cas. Co.*, 883 F. Supp. 488 (C.D. Cal. 1995). The Court therefore DENIES Mattel's *Ex Parte* Application.

IT IS SO ORDERED.

Dated: _____, 2008    _____
Hon. Stephen G. Larson
United States District Judge

1

[PROPOSED] ORDER DENYING MATTEL, INC.'S EX PARTE APPLICATION RE MOTION FOR ADVERSE INFERENCE INSTRUCTION
CASE NO. CV 04-09049 SGL (RNBx)

416469.01