KEKER & VAN NEST, LLP
JOHN W. KEKER - #49092
jkeker@kvn.com
MICHAEL H. PAGE - #154913
mpage@kvn.com
CHRISTA M. ANDERSON - #184325
canderson@kvn.com
MATTHEW M. WERDEGAR - #200470
mwerdegar@kvn.com
710 Sansome Street
San Francisco, CA 94111-1704
Telephone: (415) 391-5400
Facsimile: (415) 397-7188

Attorneys for Plaintiff
CARTER BRYANT

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>MATTEL, INC. a Delaware Corporation,<br><br>　　　　　Defendant.<br><br>CONSOLIDATED WITH MATTEL, INC., v. BRYANT and MGA ENTERTAINMENT, INC. v. MATTEL, INC. | Case No. CV 04-09049 SGL (RNBx)<br>(consolidated with CV 04-9059 & 05-2727)<br><br>**DECLARATION OF MATTHEW M. WERDEGAR IN SUPPORT OF CARTER BRYANT'S OPPOSITION TO MATTEL, INC.'S EX PARTE APPLICATION FOR RELIEF FROM THE TWENTY-DAY MEET AND CONFER REQUIREMENT OF LOCAL RULE 7-3 AND FOR AN EXPEDITED HEARING DATE ON MATTEL'S MOTION FOR "ADVERSE INFERENCE" JURY INSTRUCTION**<br><br>Date:　TBA<br>Time:　TBA<br>Dept:　Courtroom 1<br>Judge:　Hon. Stephen G. Larson<br><br>Date Comp. Filed: April 13, 2005<br><br>Discovery Cut-Off: Jan. 28, 2008<br>Pre-Trial Conference: May 5, 2008<br>Trial Date: May 27, 2008 |

WERDEGAR DECLARATION IN SUPP. OF BRYANT'S OPPOSITION TO MATTEL, INC.'S
EX PARTE APPLICATION RE MOTION FOR ADVERSE INFERENCE INSTRUCTION
CASE NO. CV 04-09049 SGL (RNBx)

416468.01

I, Matthew M. Werdegar, declare and state that:

1. I am an attorney licensed to practice law in the State of California and am a partner of the law firm of Keker & Van Nest LLP, located at 710 Sansome Street, San Francisco, California 94111, counsel for Carter Bryant in the above-captioned action. I am duly admitted to practice law before this Court. Except where expressly stated, I have knowledge of the facts set forth herein, and if called to testify as a witness thereto, could do so competently under oath.

2. Counsel for Carter Bryant provided Mattel with a complete forensic image of the desktop computer that Mr. Bryant purchased just after he left Mattel in April 2007. Counsel for Mr. Bryant subsequently provided Mattel with a complete forensic image of the laptop computer that Mr. Bryant purchased in late 2001 or early 2002 in the Fall of 2007.

3. On January 18, 2008, Michael Zeller, counsel for Mattel, wrote to my colleague, Michael Page, stating that it was Mattel's intention to seek evidentiary sanctions, including an adverse inference instruction, from the Court against Mr. Bryant based upon the presence of Evidence Eliminator on Mr. Bryant's desktop and laptop computers. A true and correct copy of Mr. Zeller's letter is attached hereto as Exhibit A. At no time thereafter, until April 25, 2008, did Mattel indicate that it was intending to file a motion seeking an adverse inference instruction from the Court.

4. On April 25, 2008, at approximately 3:35 p.m., I received an email from B. Dylan Proctor, counsel for Mattel, announcing Mattel's intention to file, on Monday, April 28, 2008, its Motion for an "Adverse Inference" Jury Instruction and a related *Ex Parte* Application for Relief from the Twenty-day Meet and Confer Requirement of Local Rule 7-3 and For an Expedited Hearing Date. I responded to Mr. Proctor by email on Sunday, May 27, 2008. Mr. Proctor never

1

WERDEGAR DECLARATION IN SUPP. OF BRYANT'S OPPOSITION TO MATTEL, INC.'S
EX PARTE APPLICATION RE MOTION FOR ADVERSE INFERENCE INSTRUCTION
CASE NO. CV 04-09049 SGL (RNBx)

416468.01

1  replied to my email.  Attached hereto as Exhibit B is a true and correct copy of Mr.
2  Proctor's email and my response.
3      I declare under penalty of perjury under the laws of the United States that
4  the foregoing is true and correct and that this declaration was executed on
5  April 29, 2008, at San Francisco, California.

                                        /s/ Matthew M. Werdegar
                                        MATTHEW M. WERDEGAR

WERDEGAR DECLARATION IN SUPP. OF BRYANT'S OPPOSITION TO MATTEL, INC.'S
EX PARTE APPLICATION RE MOTION FOR ADVERSE INFERENCE INSTRUCTION
CASE NO. CV 04-09049 SGL (RNBx)

416468.01