# EXHIBIT A

# QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

**NEW YORK**
51 Madison Avenue, 22nd Floor
New York, NY 10010
(212) 849-7000
Facsimile: (212) 849-7100

**LOS ANGELES**
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017
(213) 443-3000
Facsimile: (213) 443-3100

**SAN FRANCISCO**
50 California Street, 22nd Floor
San Francisco, CA 94111
(415) 875-6600
Facsimile: (415) 875-6700

**SILICON VALLEY**
555 Twin Dolphin Drive, Suite 560
Redwood Shores, CA 94065
(650) 801-5000
Facsimile: (650) 801-5100

## LOS ANGELES OFFICE
## FACSIMILE TRANSMISSION

DATE: January 18, 2008

NUMBER OF PAGES, INCLUDING COVER: 4

| NAME/COMPANY | PHONE NO. | FAX NO. |
|---|---|---|
| Amy S. Park<br>*Skadden, Arps, Slate, Meagher & Flom LLP* | 650.470.4500 | 650.470.4570 |
| Michael H. Page, Esq.<br>Keker & Van Nest, LLP | 415.391-5400 | 415.397.7188 |

FROM: Jon Corey

RE: *Bryant v. Mattel*

MESSAGE:

07209/2323982.1

| CLIENT # | 7209 | ROUTE/<br>RETURN TO: | Johanna Lopez/10th Floor | ☒ CONFIRM FAX<br>☒ INCLUDE CONF. REPORT |
|---|---|---|---|---|
| OPERATOR: | | | CONFIRMED? ☐ No ☐ YES: | |

The information contained in this facsimile is confidential and may also contain privileged attorney-client information or work product. The information is intended only for the use of the individual or entity to whom it is addressed. If you are not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any use, dissemination, distribution or copying of this communication is strictly prohibited. If you have received the facsimile in error, please immediately notify us by telephone, and return the original message to us at the address above via the U.S. Postal Service. Thank you.

**IF YOU DO NOT RECEIVE ALL OF THE PAGES, PLEASE PHONE (213) 443-3000 AS SOON AS POSSIBLE.**

## quinn emanuel trial lawyers | los angeles

865 South Figueroa Street, 10th Floor, Los Angeles, California 90017 | TEL 213-443-3000 FAX 213-443-3100

January 18, 2008

<u>VIA FACSIMILE AND EMAIL</u>

Amy Park, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
525 University Avenue
Palo Alto, CA 94301

Michael H. Page
Keker & Van Nest LLP
710 Sansome Street
San Francisco, CA 94111

Re: Mattel v. Bryant et al.

Dear Amy and Michael:

I write to request a meet and confer conference prior to Mattel bringing a motion for preclusion and other discovery sanctions against MGA Entertainment, Inc. and Carter Bryant ("MGA/Bryant").

Since the beginning of this litigation, MGA/Bryant have consistently failed to comply with discovery rules and Court orders, including several instances where MGA/Bryant have flagrantly hidden and destroyed evidence. Despite numerous discovery requests and court orders, MGA/Bryant have failed to produce numerous categories of documents relating to the conception of "Bratz." Without limitation, MGA/Bryant have refused to produce, or have produced only after Mattel has learned of the evidence from other sources, the following:

- Documents relating to the early development of "Bratz." *See* Order Granting Mattel's Motion to Compel MGA to Produce Documents Bearing Bates Nos. MGA 0800973-0800974 and MGA 0829296-0829305 dated December 17, 2007;

quinn emanuel urquhart oliver & hedges, llp

07209/2361459.1

NEW YORK | 51 Madison Avenue, 22nd Floor, New York, New York 10010 | TEL 212-849-7000 FAX 212-849-7100
SAN FRANCISCO | 50 California Street, 22nd Floor, San Francisco, California 94111 | TEL 415-875-6600 FAX 415-875-6700
SILICON VALLEY | 555 Twin Dolphin Drive, Suite 560, Redwood Shores, California 94065 | TEL 650-801-5000 FAX 650-801-5100

- Control and engineering drawings for the dolls, i.e. the control drawings for the Bratz dolls and fashion packs referenced in MGA documents Bates stamped MGA HK 0011152-54;

- Documents relating to the first prototyping of the dolls. *See* Order Granting in Part and Denying in Part Mattel's Motion to Compel Production of Documents by MGA dated August 14, 2007;

- The first castings of "Bratz" sculptures dating back to October 2000;

- Documents relating to the early focus groups for the "Bratz" line that must have been held including information regarding focus-testing with ConsumerQuest;

- Technical/design/mold documents for early dolls that must exist for the dolls to have been produced;

- Mold tangibles for the first dolls made that are located in Hong Kong, which were not timely produced and now are "precluded" from being exported to the United States. *See* Letter from Diane Hutnyan to Amy S. Park and Andrew Temkin dated Jan. 9, 2007, relating to MGA's tangibles and requests for inspection and imaging of those tangibles;

- MGA's early communications with licensees, *e.g.* communications with Bandai;

- Documents relating to negotiations between Bryant and MGA;

- Bryant's hard drive and image thereof, eventually produced to reveal that Bryant used "Evidence Eliminator" to destroy evidence. *See* Order dated September 7, 2007;

- Identification of Mattel and MGA employees working on Bratz, and identification of other vendors involved in the process, *e.g.* Gentle Giant. *See* Order Granting Mattel's Motion to Compel Response to Interrogatory No. 1 dated April 18, 2007;

- Identification of Jeanne Galvano, a witness with important information relating to the timing of the development of "Bratz;"

- E-mails sent between Mattel employees and MGA employees that Mattel has located but that MGA has persistently and mysteriously failed to produce; and

- Documents identified in the Court's Orders Compelling Production of Documents dated: (a) January 26, 2007, (b) February 14, 2007, (c) May 15, 2007 (including a subsequent order enforcing the order and granting sanctions against MGA dated December 19, 2007), (d) December 31, 2007, and (e) December 28, 2007, all of which MGA has failed timely to produce.

07209/2361459.1

2

MGA's failure to produce this discovery material is particularly egregious in light of MGA's representations to counsel and the Court that MGA retains all documents. *See* Aug. 27, 2007 Hearing Tr. at 118:12-13 ("We've asked people to preserve everything."); Tonnu Depo. dated July 19, 2007 at 200:5-202:8; Tonnu Depo. dated September 25, 2007 at 654:18-656:22, 686:17-24, 691:23-700:7, 710:4-13, 710:25-713:7, 715:20-724:8.

As a result of MGA/Bryant's intentional failure to produce documents and failure to disclose responsive and relevant information, Mattel has suffered prejudice in preparing its case for trial. Mattel will ask the Court to impose sanctions, including without limitation:

- Precluding MGA/Bryant from disputing that Bryant conceived "Bratz" dolls while he was employed at Mattel;

- Deeming allegations in Paragraphs 26, 27, 28, 29, 33, and 35 of Mattel's Counterclaims, dated July 12, 2007, admitted by MGA/Bryant;

- A jury instruction regarding MGA/Bryant's willful suppression of evidence; and/or

- Monetary sanctions.

Please advise promptly when you can meet and confer regarding these issues. If I do not hear from you, we will meet and confer on Wednesday, January 23, 2008 at 11:00 A.M..

Sincerely,

*Michael Zeller*

Michael T. Zeller

07209/2361459.1

07209/2361459.1                                3