THOMAS J. NOLAN (Bar No. 66992)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue
Los Angeles, California  90071-3144
Telephone:  (213) 687-5000
Facsimile:  (213) 687-5600
E-mail:       tnolan@skadden.com

RAOUL D. KENNEDY (Bar No. 40892)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Embarcadero Center, 38th Floor
San Francisco, California  94111-5974
Telephone:  (415) 984-6400
Facsimile:  (415) 984-2698
E-mail:       rkennedy@skadden.com

Attorneys for Counter-Defendants
MGA Entertainment, Inc., MGA
Entertainment (HK) Limited,
MGAE De Mexico, S.R.L. De C.V.,
and ISAAC LARIAN

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual | CASE NO. CV 04-9049 SGL (RNBx) |
| Plaintiff, | Consolidated with Case No. 04-9059 and Case No. 05-2727 |
| v. | |
| MATTEL, INC., a Delaware corporation | MGA'S OPPOSITION TO MATTEL, INC.'S *EX PARTE* APPLICATION FOR (1) RELIEF FROM THE FIVE-DAY REQUIREMENT OF LOCAL RULE 7-3; AND (2) FOR AN EXPEDITED HEARING DATE OF MAY 12, 2008 REGARDING MATTEL'S APPEAL OF THE DISCOVERY MASTER'S APRIL 14, 2008 AND APRIL 23, 2008 ORDERS |
| Defendant. | |
| AND CONSOLIDATED ACTIONS | |

Hearing Date:  TBD
Time:             TBD
Place:            TBD

---

MGA'S OPPO. TO MATTEL'S EX PARTE APPLICATION                          Case No. CV 04-9049 SGL

1   MGA recognizes that, with the number of issues that have been submitted to

2   Judge Infante for decision, there are going to be some of his rulings where the losing

3   party has a principled basis for arguing that the ruling is "clearly erroneous or

4   contrary to law" and where expedited review is imperative.

5       For example, just yesterday the Court scheduled an expedited hearing on May

6   12 on Mattel's and MGA's objections to Judge Infante's April 11 and April 22 Orders.

7   And, as of this writing, MGA is preparing an *ex parte* application for expedited

8   hearing of its challenge of Judge Infante's April 25, 2008 Order denying MGA's

9   motion to compel discovery as to issues as to which MGA contends the attorney-

10  client privilege and work product doctrines have been impliedly waived by claim

11  assertion.

12      In contrast, Mattel's current application, which was filed just before midnight

13  on April 28, seeks review of four of Judge Infante's Orders that were entered back on

14  April 14 and of a fifth that was issued on April 23.

15      With these five requests, Mattel has now claimed that at least 17 of Judge

16  Infante's rulings have been "clearly erroneous and contrary to law."[1]  Mattel is asking

17  this Court to find that since the first of the year Judge Infante has become the

18  jurisprudential equivalent of one of those switch-hitters in baseball who gets 30

19  home runs from one side of the plate but only three from the other, i.e., Judge Infante

20  always manages to get it "right," when he rules in Mattel's favor but has become a

21  "serial errorer" whenever he rules against Mattel.

22      Mattel's professed need for expedited relief is similarly suspect, particularly

23  given Mattel's multiple requests to extend other pretrial deadlines.  Why did it take

24  two weeks (from April 14 to a few minutes before midnight on April 28) to file an *ex*

25  *parte* application seeking a hearing on May 12?  Mattel cavalierly asserts that

---

26  [1]  See this Court's Orders of February 25, 2008 dealing with the Discovery
27  Master's December 31, 2007 Order Regarding Hard Drives, March 31, 2008, dealing with Mattel's objections to at least 10 of the rulings in the Discovery
28  Master's February 15 and February 20 Orders and April 14, 2008 dealing with Mattel's objections to the Discovery Master's February 26, 2008 Order.

-1-

1   cramming the balance of the briefing and the hearing into these time constraints will

2   in no way "prejudice" MGA because it "had ample time to consider and brief the

3   issues presented in the Motions, when they were considered by the Discovery

4   Master."  Mattel's Application at 4:4-6.  But that is also true of Mattel.  Why then the

5   two week delay?

6        MGA urges that the Court either deny Mattel's application altogether or,

7   alternatively, grant Mattel leave to choose *one* of the five rulings referenced in its

8   application, set the hearing of that challenge for May 12, giving MGA until May 5 to

9   file its opposition, and allow Mattel until May 7 to file its reply, and deny the

10  balance of the application.

11

12  DATED:  April 29, 2008              Respectfully submitted,

13                                      SKADDEN, ARPS, SLATE, MEAGHER &
                                        FLOM, LLP
14

15

16                                      By: _____/s/ Thomas R. Nolan_____
                                               THOMAS R. NOLAN

17                                      Attorneys for Counter-Defendants
                                        MGA Entertainment, Inc., MGA
18                                      Entertainment (HK) Limited,
                                        MGAE De Mexico, S.R.L. De C.V.,
19                                      and ISAAC LARIAN

20

21

22

23

24

25

26

27

28

-2-