THOMAS J. NOLAN (Bar No. 66992)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue
Los Angeles, California 90071-3144
Telephone: (213) 687-5000
Facsimile: (213) 687-5600
E-mail: tnolan@skadden.com

RAOUL D. KENNEDY (Bar No. 40892)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Embarcadero Center, 38th Floor
San Francisco, California 94111-5974
Telephone: (415) 984-6400
Facsimile: (415) 984-2698
E-mail: rkennedy@skadden.com

Attorneys for Counter-Defendants
MGA Entertainment, Inc., MGA Entertainment (HK) Limited,
MGAE De Mexico, S.R.L. De C.V.,
and ISAAC LARIAN

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MATTEL, INC., a Delaware corporation<br><br>　　　　　Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with Case No. 04-9059 and Case No. 05-2727<br><br>[PROPOSED] ORDER DENYING MATTEL, INC.'S *EX PARTE* APPLICATION FOR (1) RELIEF FROM THE FIVE-DAY REQUIREMENT OF LOCAL RULE 7-3; AND (2) FOR AN EXPEDITED HEARING DATE OF MAY 12, 2008 REGARDING MATTEL'S APPEAL OF THE DISCOVERY MASTER'S APRIL 14, 2008 AND APRIL 23, 2008 ORDERS<br><br>Hearing Date: TBD<br>Time: TBD<br>Place: TBD |

[PROPOSED] ORDER DENYING MATTEL'S EX PARTE APPLICATION　　　　Case No. CV 04-9049 SGL

<u>[PROPOSED] ORDER</u>

The Court, having considered Mattel, Inc.'s Ex Parte Application for (1) Relief From The Five-Day Requirement Of Local Rule 7-3; And (2) For An Expedited Hearing Date Of May 12, 2008 Regarding Mattel's Appeal Of The Discovery Master's April 14, 2008 And April 23, 2008 Orders, and all papers submitted in support and in opposition to the Ex Parte Application, the Application is DENIED.

OR

DENIED, except Mattel is granted leave to identify one of the challenged Orders; Mattel shall be relieved of the five-day notice requirement for meeting and conferring before filing of motions under Local Rule 7-3 as to that Order only; that motion is set for expedited hearing on May 12 at 10:00 a.m.; MGA shall have until May 5 to file its Opposition to that motion; and Mattel shall have until May 7 to file its Reply in support of that motion.

IT IS SO ORDERED.

DATED: _____

Hon. Stephen G. Larson
United States District Judge