THOMAS J. NOLAN (Bar No. 66992)
(tnolan@skadden.com)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue
Los Angeles, CA 90071-3144
Tel.: (213) 687-5000 / Fax: (213) 687-5600

RAOUL D. KENNEDY (Bar No. 40892)
(rkennedy@skadden.com)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
4 Embarcadero Center, 38th Floor
San Francisco, CA 94111-5974
Tel.: (415) 984-6400 / Fax: (415) 984-2698

Attorneys for MGA Entertainment, Inc., MGA Entertainment (HK) Limited, MGAE de Mexico, S.R.L. de C.V., and Isaac Larian

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with Case No. 04-9059 and Case No. 05-2727<br><br>DECLARATION OF ROBERT J. HERRINGTON IN SUPPORT OF MGA'S *EX PARTE* APPLICATION FOR (1) RELIEF FROM THE FIVE-DAY REQUIREMENT of LOCAL RULE 7-3; AND (2) FOR AN EXPEDITED HEARING DATE OF MAY 12, 2008<br><br>Date: TBD<br>Time: TBD<br>Place: TBD |

DECLARATION OF ROBERT J. HERRINGTON IN SUPPORT OF MGA'S *EX PARTE* APPLICATION FOR
(1) RELIEF FROM THE FIVE-DAY REQUIREMENT of LOCAL RULE 7-3; AND (2) AN EXPEDITED HEARING
DATE OF MAY 12, 2008
Case No. CV 04-9049 SGL (RNBx)

I, Robert J. Herrington, hereby declare as follows:

1.     I am an attorney licensed to practice law in the State of California and am an associate at the law firm of Skadden, Arps, Slate, Meagher & Flom LLP, counsel of record for MGA Entertainment, Inc., Isaac Larian, MGA Entertainment (HK) Limited, and MGAE de Mexico S.R.L. de C.V. (collectively, the "MGA Defendants") in the above-captioned matter. I submit this Declaration in Support of MGA Defendants' *ex parte* Application seeking relief from the five-day requirement of Local Rule 7-3; and (2) an expedited hearing date of May 12, 2008 on MGA's Objections to the Discovery Master's Order Denying MGA's Motion to Compel On Issues As To Which Mattel Has Waived the Attorney-Client Privilege and Work Product Doctrine by Claim Assertion. Unless otherwise stated, I have personal knowledge of the facts set forth below and, if called as a witness, I could and would testify competently thereto.

2.     A true and correct copy of an email I sent to Mattel's counsel on April 26, 2008 providing them with notice of this application is attached hereto as **Exhibit 1**. Mattel's counsel did not respond to my email message.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed on April 28, 2008, at Los Angeles, California.

_____
Robert J. Herrington

---

DECLARATION OF ROBERT J. HERRINGTON IN SUPPORT OF MGA'S *EX PARTE* APPLICATION FOR (1) RELIEF FROM THE FIVE-DAY REQUIREMENT of LOCAL RULE 7-3; AND (2) AN EXPEDITED HEARING DATE OF MAY 12, 2008
Case No. CV 04-9049 SGL (RNBx)
-1-

# Exhibit 1

## Herrington, Robert J (LAC)

**From:** Herrington, Robert J (LAC)
**Sent:** Saturday, April 26, 2008 5:55 PM
**To:** 'Jon Corey'; 'Dylan Proctor'
**Cc:** Etcheverry, Lance A (LAC); Mumford, Marcus R (LAC); 'Matthew Werdegar'
**Subject:** MGA/Mattel - Notice of Ex Parte Application

Gentlemen:

MGA contemplates appealing Judge Infante's Order denying the Motion to Compel Discovery Regarding Issues on Which Mattel Has Waived the Attorney Client Privilege and Work Product Doctrine By Claim Assertion. We plan to file our objections to Judge Infante's Order on Monday, April 28, 2008 and seek a hearing on May 12, 2008.

We also plan to file, and hereby give you notice under Local Rule 7-19.1, that MGA will be filing an ex parte application on Monday seeking relief from Local Rule 7-3's five day meet and confer requirement and for an expedited hearing date of May 12, 2008.

Thank you,
--rob

THIS E-MAIL MESSAGE IS CONFIDENTIAL, ATTORNEY-CLIENT PRIVILEGED, AND INTENDED FOR THE PERSON(S) NAMED ABOVE ONLY. ALL OTHER USE, COPYING, OR DISTRIBUTION IS STRICTLY PROHIBITED.

**Robert J. Herrington**
**Skadden, Arps, Slate, Meagher & Flom LLP**
300 South Grand Ave. | Suite 3400 | Los Angeles, CA | 90071
☎ Direct: (213) 687-5368 | 📠 Fax: (213) 621-5368 | ✉ Email: rherring@skadden.com

**Joanne Otero, Assistant to Robert Herrington**
☎ Direct: (213) 687-5252 | ✉ Email: jootero@skadden.com

Exhibit 1,
P. 2

4/28/2008