THOMAS J. NOLAN (Bar No. 66992)
(tnolan@skadden.com)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue
Los Angeles, CA 90071-3144
Tel.: (213) 687-5000 / Fax: (213) 687-5600

RAOUL D. KENNEDY (Bar No. 40892)
(rkennedy@skadden.com)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
4 Embarcadero Center, 38th Floor
San Francisco, CA 94111-5974
Tel.: (415) 984-6400 / Fax: (415) 984-2698

Attorneys for MGA Entertainment, Inc., MGA Entertainment (HK) Limited, MGAE de Mexico, S.R.L. DE C.V., and Isaac Larian

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with Case No. 04-9059 and Case No. 05-2727<br><br>**[PROPOSED] ORDER GRANTING MGA'S *EX PARTE* APPLICATION FOR (1) RELIEF FROM THE FIVE-DAY REQUIREMENT OF LOCAL RULE 7-3; AND (2) AN EXPEDITED HEARING DATE OF MAY 12, 2008**<br><br>Date: TBD<br>Time: TBD<br>Place: TBD<br><br>Honorable Stephen G. Larson |

## ORDER

Based on the Application filed with the Court, and good cause appearing for the entry thereof, IT IS HEREBY ORDERED that:

1. MGA's *Ex Parte* Application for (1) Relief From the Five-Day Requirement of Local Rule 7-3; and (2) An Expedited Hearing Date of May 12, 2008 is granted;

2. MGA Entertainment, Inc. ("MGA"), MGA Entertainment (HK) Limited, MGAE de Mexico S.R.L. de C.V., and Isaac Larian are relieved from the five-day requirement of Local Rule 7-3 and MGA's Motion Objecting To The Discovery Master's April 25, 2008 Order Denying MGA's Motion to Compel On Issues As To Which Mattel Has Waived the Attorney-Client and Work Product Privileges By Claim Assertion will be heard on May 12, 2008 at 10:00 a.m., or as soon thereafter as the parties may be heard. Mattel's Opposition to MGA's Motion will be due on May 5, 2008, and MGA's reply will be due on May 8, 2008.

DATED: _____, 2008

_____
Hon. Stephen G. Larson
United States District Court Judge