ORIGINAL

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
John B. Quinn (Bar No. 090378)
(johnquinn@quinnemanuel.com)
Michael T. Zeller (Bar No. 196417)
(michaelzeller@quinnemanuel.com)
Jon D. Corey (Bar No. 185066)
(joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| CARTER BRYANT, an individual, | CASE NO. CV 04-9049 SGL (RNBx) |
|---|---|
| Plaintiff, | Consolidated with Case Nos. CV 04-09059 & CV 05-2727 |
| vs. | MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL ITS MOTION OBJECTING TO PORTIONS OF DISCOVERY MASTER'S APRIL 14, 2008 ORDER DENYING MOTION TO COMPEL PRODUCTION IN RESPONSE TO MATTEL'S FIFTH SET OF REQUESTS FOR PRODUCTION, AND DOCUMENTS IN SUPPORT |
| MATTEL, INC., a Delaware corporation, | |
| Defendant. | |
| AND CONSOLIDATED ACTIONS | |

[[Proposed] Order filed concurrently]

Hearing Date: June 16, 2008
Time: 10:00 a.m.
Place: Courtroom 1

**Phase 1:**
Pre-trial Conference: May 19, 2008
Trial Date: May 27, 2008

07209/2486432.1

MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL

1  Pursuant to <u>Local Rule</u> 79-5.1 and the Stipulated Protective Order
2  entered by the Court in this action, Mattel, Inc. ("Mattel") hereby respectfully
3  requests that the Court order filed under seal Mattel, Inc.'s Motion Objecting To
4  Portions Of Discovery Master's April 14, 2008 Order Denying Motion To Compel
5  Production In Response To Mattel's Fifth Set Of Requests For Production (the
6  "Motion"), the Declaration of Melissa Grant in support (the "Declaration"), and
7  Exhibits A, D, and E to the Notice of Lodging in Support (the "Notice of Lodging").
8      The Declaration attaches materials that MGA has designated as
9  "Confidential--Attorneys' Eyes Only" pursuant to the Protective Order, and
10 discusses their substance. MGA has designated Exhibits 7-12 and 14-20 to the
11 Declaration as "Confidential--Attorneys' Eyes Only." The Notice of Lodging
12 attaches materials that Mattel has designated as "Confidential--Attorneys' Eyes
13 Only" pursuant to the Protective Order. Mattel has designated Exhibits A, D, and E
14 as "Confidential--Attorneys' Eyes Only." Mattel has designated Exhibits 3, 4, and 5
15 as "Confidential--Attorneys' Eyes Only." The Motion quotes from these documents.
16 Accordingly, Mattel requests that the Court order that the Motion, the Declaration,
17 and the Notice of Lodging be filed under seal.

19 DATED: April 28, 2008     QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

21     By <u>/s/ Cyrus S. Naim</u>
22     Cyrus S. Naim
    Attorneys for Mattel, Inc.

# PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is Now Legal Service, 1301 W. 2nd Street, Suite 206, Los Angeles, CA 90026.

On April 28, 2008, I served true copies of the following document(s) described as **MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL ITS MOTION OBJECTING TO PORTIONS OF DISCOVERY MASTER'S APRIL 14, 2008 ORDER DENYING MOTION TO COMPEL PRODUCTION IN RESPONSE TO MATTEL'S FIFTH SET OF REQUESTS FOR PRODUCTION, AND DOCUMENTS IN SUPPORT** on the parties in this action as follows:

Thomas J. Nolan
**Skadden, Arps, Slate, Meageher & Flom LLP**
300 South Grand Ave., Ste. 3400
Los Angeles, CA 90071

Mark E. Overland
David C. Scheper
Alexander H. Cote
**Overland Borenstein Scheper & Kim LLP**
601 West Fifth Street, 12th Floor
Los Angeles, CA 90017

John W. Keker, Esq.
Michael H. Page, Esq.
Christina M. Anderson, Esq.
**Keker & Van Nest, LLP**
710 Sansome Street
San Francisco, CA 94111

**BY PERSONAL SERVICE:** I delivered such envelope(s) by hand to the office of the person(s) being served.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on April 28, 2008, at Los Angeles, California.

_____
NOW LEGAL -- Dave Quintana

07209/2442344.1