ORIGINAL

**QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP**
John B. Quinn (Bar No. 90378)
(johnquinn@quinnemanuel.com)
Michael T. Zeller (Bar No. 196417)
(michaelzeller@quinnemanuel.com)
Jon D. Corey (Bar No. 185066)
(joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

FILED
2008 APR 29 PM 2:21
CLERK, U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
RIVERSIDE

Lodged (proposed)

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with<br>Case Nos. CV 04-09059 & CV 05-2727<br><br>MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL EXHIBITS 2 THROUGH 6 TO THE DECLARATION OF JON D. COREY IN SUPPORT OF MATTEL, INC.'S MOTION OBJECTING TO PORTIONS OF DISCOVERY MASTER'S APRIL 14, 2008 ORDER GRANTING IN PART AND DENYING IN PART MATTEL, INC.'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS AND THINGS BY MGA ENTERTAINMENT, INC.<br><br>Hearing Date: June 16, 2008<br>Time: 10:00 a.m.<br>Place: Courtroom 1<br><br>Pre-Trial Conference: May 19, 2008<br>Trial Date: May 27, 2008 |

07209/2486489.1

APPLICATION TO FILE UNDER SEAL

1 | Pursuant to Local Rule 79-5.1 and the Stipulated Protective Order
2 | entered by the Court in this action, Mattel, Inc. ("Mattel") hereby respectfully
3 | requests that the Court order filed under seal Exhibits 2 through 6 to the
4 | concurrently filed Declaration of Jon D. Corey in Support of Mattel, Inc.'s Motion
5 | Objecting to Portions of Discovery Master's April 14, 2008 Order Granting in Part
6 | and Denying in Part Mattel, Inc.'s Motion to Compel Production of Documents and
7 | Things by MGA Entertainment, Inc. ("Corey Declaration").

8 | Exhibit 2 to the Corey Declaration was filed under seal by the MGA
9 | Parties pursuant to the Protective Order. Exhibits 3 through 6 to the Corey
10 | Declaration are expert reports (or excerpts thereof) that have been designated by
11 | MGA as "Confidential – Attorneys Eyes Only." Accordingly, Mattel requests that
12 | the Court order these exhibits filed under seal.

13 | In the alternative, Mattel requests that the Court declare that these
14 | materials are outside the definitions of "Confidential" and "Confidential – Attorneys'
15 | Eyes Only" as contained in the Protective Order and order them to be filed as part of
16 | the public record.

DATED: April 29, 2008

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

By /s/ Jon D. Corey
Jon D. Corey
Attorneys for Mattel, Inc.

07209/2486489.1

-2-

APPLICATION TO FILE UNDER SEAL