KEKER & VAN NEST, LLP
JOHN W. KEKER - #49092
jkeker@kvn.com
MICHAEL H. PAGE - #154913
mpage@kvn.com
CHRISTA M. ANDERSON - #184325
canderson@kvn.com
MATTHEW M. WERDEGAR - #200470
mwerdegar@kvn.com
JOHN E. TRINIDAD - #250468
jtrinidad@kvn.com
AUDREY WALTON-HADLOCK- #250574
awaltonhadlock@kvn.com
710 Sansome Street
San Francisco, CA  94111-1704
Telephone:  (415) 391-5400
Facsimile:   (415) 397-7188

Attorneys for Plaintiff
CARTER BRYANT

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC. a Delaware Corporation,<br><br>Defendant.<br><br>CONSOLIDATED WITH MATTEL, INC., v. BRYANT and MGA ENTERTAINMENT, INC. v. MATTEL, INC. | Case No. CV 04-09049 SGL (RNBx) (consolidated with CV 04-9059 & 05-2727)<br><br>Hon. Stephen G. Larson<br><br>[~~PROPOSED~~] ORDER RE APPLICATION OF CARTER BRYANT TO FILE CERTAIN DOCUMENTS UNDER SEAL<br><br>Dept:     Courtroom 1<br>Judge:   Hon. Stephen G. Larson<br><br>Date Comp. Filed: April 13, 2005<br><br>Discovery Cut-Off: Jan. 28, 2008<br>Pre-Trial Conference: May 5, 2008<br>Trial Date: May 27, 2008 |

**FILED BY FAX**
**CRC 2005**

416359.01

1   Based on the Application of Carter Bryant for Leave to File Certain
2   Documents Under Seal filed on April 1, 2008, and good cause appearing for the
3   granting thereof, IT IS HEREBY ORDERED that the following documents are to
4   be filed provisionally under seal pursuant to *Local Rule* 79-5.1: Exhibits 2-6 to the
5   Declaration of John Trinidad in Support of Carter Bryant's Opposition to Mattel,
6   Inc.'s Motion In Limine No. 1.
7   Consistent with the Stipulation and Order entered on March 11, 2008
8   (Docket No. 2615), the Parties are to meet and confer in good faith in an effort to
9   de-designate as much of this material as possible so that it may be filed publicly.

Dated: 4-28-08.

*/s/ S.G. Larson*
Hon. Stephen G. Larson
United States District Judge