QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  johnquinn@quinnemanuel.com
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
  Timothy L. Alger (Bar No. 160303)
  (timalger@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| CARTER BRYANT, an individual, | CASE NO. CV 04-9049 SGL (RNBx) |
|---|---|
| Plaintiff, | Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727 |
| vs. | |
| MATTEL, INC., a Delaware corporation, | Hon. Stephen G. Larson |
| Defendant. | **DECLARATION OF RANDA OSMAN IN SUPPORT OF MATTEL, INC.'S REPLY IN SUPPORT OF ITS *EX PARTE* APPLICATION FOR (1) RELIEF FROM THE FIVE-DAY REQUIREMENT OF LOCAL RULE 7-3; AND (2) FOR AN EXPEDITED HEARING DATE OF MAY 12, 2008 REGARDING MATTEL'S APPEAL OF THE DISCOVERY MASTER'S APRIL 14 AND 23, 2008 ORDERS** |
| AND CONSOLIDATED ACTIONS | |
| | Date: TBA<br>Time: TBA<br>Place: TBA |
| | **Phase 1**<br>Discovery Cut-Off: Jan. 28, 2008<br>Pre-Trial Conference: May 19, 2008<br>Trial Date: May 27, 2008 |

07209/2489640.1

Case No. CV 04-9049 SGL (RNBx)
OSMAN DEC. ISO REPLY ISO MATTEL'S *EX PARTE* APP. FOR RELIEF OF LOCAL RULE 7-3 AND FOR EXPEDITED HEARING

# DECLARATION OF RANDA A. F. OSMAN

I, Randa A.F. Osman, declare as follows:

1.  I am a member of the bar of the State of California and a partner at Quinn Emanuel Urquhart Oliver & Hedges, LLP, attorneys for Mattel, Inc. ("Mattel"). I make this declaration of personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify competently thereto.

2.  On Monday, April 21, 2008, I sent an email to Amy Park of Skadden Arps, Slate, Meagher & Flom LLP ("Skadden"), asking her to meet and confer regarding Mattel's objections to the Discovery Referee's April 14, 2008 Order Regarding Mattel's Motion to Compel Communications Regarding This Action (the "Motion"). A true and correct copy of my April 21, 2008 email to Ms. Park is attached hereto as Exhibit 1.

3.  On April 21, 2008, Ms. Park responded to my email and indicated she was available to meet and confer on Thursday, April 24, 2008. A true and correct copy of Ms. Park's email to me is attached hereto as Exhibit 2.

4.  On Thursday, April 24, 2008, I met and conferred telephonically with Amy Park and Bernard Shek of Skadden, counsel of record for MGA in this action, concerning this Motion. During this conference, I offered to restrict Mattel's Request for Production No. 48 (the "Request") to just non-privileged communications between MGA's counsel or paralegals and others concerning this action. I also offered to alleviate any claimed burden further by excluding electronic files from MGA's search, and offered to limit the scope of MGA's search to hard copies of non-privileged documents that were contained in the correspondence files, thereby eliminating the need to search electronic email files. Ms. Park informed me that she would discuss this offer with her client and get back to me.

07209/2489640.1

-2-   Case No. CV 04-9049 SGL (RNBx)
OSMAN DEC. ISO REPLY ISO MATTEL'S *EX PARTE* APP.
FOR RELIEF OF LOCAL RULE 7-3 AND FOR EXPEDITED HEARING

5. On April 25, 2008, Bernard Shek of Skadden sent me an email stating that MGA would not agree to the limitations that I proposed in the April 24 meet and confer. Attached hereto as Exhibit 3 is a true and correct copy of Mr. Shek's April 25, 2008 email to me.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed on April 30, 2008, at Los Angeles, California.

/s/ Randa A. F. Osman
Randa A.F. Osman

07209/2489640.1

-3-   Case No. CV 04-9049 SGL (RNBx)
OSMAN DEC. ISO REPLY ISO MATTEL'S *EX PARTE* APP.
FOR RELIEF OF LOCAL RULE 7-3 AND FOR EXPEDITED HEARING

**EXHIBIT 1**

# Randa Osman

**From:** Randa Osman
**Sent:** Monday, April 21, 2008 4:53 PM
**To:** 'amy.park@skadden.com'
**Cc:** Dylan Proctor
**Subject:** Mattel

Dear Amy,

I am writing to inform you that Mattel, Inc. ("Mattel") intends to appeal the Order Granting In Part Mattel's Motion to Compel MGA to Produce Communications Regarding This Action, dated April 14, 2008. I am available to meet and confer with you telephonically concerning this matter. Please let me know of your availability.

Regards,
Randa Osman

Randa A.F. Osman
Quinn Emanuel Urquhart Oliver & Hedges, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017
Main Phone: (213) 443-3000
Main Fax: (213) 443-3100
E-mail: randaosman@quinnemanuel.com
Web: www.quinnemanuel.com

The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

EXHIBIT  1

4/30/2008          PAGE  4

**EXHIBIT 2**

# Randa Osman

**From:** Park, Amy S [Amy.Park@skadden.com]
**Sent:** Monday, April 21, 2008 5:07 PM
**To:** Randa Osman
**Cc:** Dylan Proctor
**Subject:** RE: Mattel

Randa,

I am available to meet and confer on Thursday, April 24, at 11 a.m. Please let me know if that works for you.

Amy

**Amy S. Park**
**Skadden, Arps, Slate, Meagher & Flom LLP**
525 University Avenue | Suite 1100 | Palo Alto, CA 94301
T: 650.470.4511 | F: 888.329.6334 | E: amy.park@skadden.com

**Brenda Fry, Assistant to Amy S. Park**
T: 650.470.4567 | E: brenda.fry@skadden.com

Skadden

---

**From:** Randa Osman [mailto:randaosman@quinnemanuel.com]
**Sent:** Monday, April 21, 2008 4:53 PM
**To:** Park, Amy S (PAL)
**Cc:** Dylan Proctor
**Subject:** Mattel

Dear Amy,

I am writing to inform you that Mattel, Inc. ("Mattel") intends to appeal the Order Granting In Part Mattel's Motion to Compel MGA to Produce Communications Regarding This Action, dated April 14, 2008. I am available to meet and confer with you telephonically concerning this matter. Please let me know of your availability.

Regards,
Randa Osman

Randa A.F. Osman
Quinn Emanuel Urquhart Oliver & Hedges, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017
Main Phone: (213) 443-3000
Main Fax: (213) 443-3100
E-mail: randaosman@quinnemanuel.com
Web: www.quinnemanuel.com

The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent

EXHIBIT ___2___

PAGE ___5___

responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

---------------------------------------------------------------- ******************************************************* To ensure compliance with Treasury Department regulations, we advise you that, unless otherwise expressly indicated, any federal tax advice contained in this message was not intended or written to be used, and cannot be used, for the purpose of (i) avoiding tax-related penalties under the Internal Revenue Code or applicable state or local tax law provisions or (ii) promoting, marketing or recommending to another party any tax-related matters addressed herein. ***************************************************
***************************************************** This email and any attachments thereto, is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this email, you are hereby notified any dissemination, distribution or copying of this email, and any attachments thereto, is strictly prohibited. If you receive this email in error please immediately notify me at (212) 735-3000 and permanently delete the original copy and any copy of any email, and any printout thereof. Further information about the firm, a list of the Partners and their professional qualifications will be provided upon request. ****************************************************
===================================================================

**EXHIBIT 3**

## Randa Osman

| | |
|---|---|
| **From:** | Shek, Bernard [Bernard.Shek@skadden.com] |
| **Sent:** | Friday, April 25, 2008 5:31 PM |
| **To:** | Timothy Alger; Randa Osman |
| **Cc:** | Park, Amy S (PAL) |
| **Subject:** | Bryant v. Mattel - Discovery Master orders |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Green |

Tim & Randa:

I am following up on our telephone conversations yesterday regarding the Discovery Master's orders re Mattel's request for communications re this action and the Fifth Set of Requests for Production. We have conferred with our client and are comfortable with the Discovery Master's rulings on those matters. Accordingly, we do not agree to your proposals. Please feel free to contact Amy or me if you would like to discuss the matter further.

Regards,
Bernard

---

Bernard Shek
Skadden, Arps, Slate, Meagher & Flom LLP
525 University Avenue, Suite 1100
Palo Alto, CA 94301
Tel: 650-470-4513
Fax: 888-329-9592

---

*********************************************************** To ensure compliance with Treasury Department regulations, we advise you that, unless otherwise expressly indicated, any federal tax advice contained in this message was not intended or written to be used, and cannot be used, for the purpose of (i) avoiding tax-related penalties under the Internal Revenue Code or applicable state or local tax law provisions or (ii) promoting, marketing or recommending to another party any tax-related matters addressed herein. *******************************************************************
*********************************************************** This email and any attachments thereto, is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this email, you are hereby notified any dissemination, distribution or copying of this email, and any attachments thereto, is strictly prohibited. If you receive this email in error please immediately notify me at (212) 735-3000 and permanently delete the original copy and any copy of any email, and any printout thereof. Further information about the firm, a list of the Partners and their professional qualifications will be provided upon request. *********************************************************

4/28/2008

EXHIBIT 3
PAGE 7