QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  johnquinn@quinnemanuel.com
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
  Timothy L. Alger (Bar No. 160303)
  (timalger@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| CARTER BRYANT, an individual, | CASE NO. CV 04-9049 SGL (RNBx) |
|---|---|
| Plaintiff, | Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727 |
| vs. | Hon. Stephen G. Larson |
| MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | SUPPLEMENTAL DECLARATION OF TIMOTHY L. ALGER IN SUPPORT OF MATTEL, INC.'S *EX PARTE* APPLICATION FOR (1) RELIEF FROM THE FIVE-DAY REQUIREMENT OF LOCAL RULE 7-3; AND (2) FOR AN EXPEDITED HEARING DATE OF MAY 12, 2008 REGARDING MATTEL'S APPEAL OF THE DISCOVERY MASTER'S APRIL 14 AND 23, 2008 ORDERS |
| | Hearing Date: N/A<br>Time: N/A<br>Courtroom: N/A |
| | **Phase 1:**<br>Discovery Cut-off: January 28, 2008<br>Pre-trial Conference: May 19, 2008<br>Trial Date: May 27, 2008. |

07209/2489661.1

SUPPLEMENTAL DECLARATION OF TIMOTHY L. ALGER ISO MATTEL, INC.'S EX PARTE APPLICATION

## SUPPLEMENTAL DECLARATION OF TIMOTHY L. ALGER

I, Timothy L. Alger, declare as follows:

1. I am a member of the bar of the State of California and a partner with Quinn Emanuel Urquhart Oliver & Hedges, LLP, attorneys for Mattel, Inc. I make this declaration of personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify competently hereto.

2. Attached as Exhibit 1 is a true and correct copy of an email chain, beginning with an email I sent to Robert Herrington, Amy Park, and Marcus Mumford, counsel for MGA, dated April 24, 2008, and ending with an email I sent to Robert Herrington, Amy Park, and Marcus Mumford, dated April 25, 2008. I never received a response to my email of April 25, 2008, nor to my knowledge has any other counsel for Mattel.

3. Attached as Exhibit 2 is a true and correct copy of an email I sent to Amy Park, dated April 27, 2008.

4. Attached as Exhibit 3 is a true and correct copy of an email I sent to Raoul Kennedy, counsel for MGA, and copying Amy Park and Marcus Mumford, dated April 28, 2008.

5. After counsel for Mattel reviewed and evaluated MGA's production of documents in response to the requests at issue in Mattel's Fifth Set of Requests for Production, I endeavored to meet and confer with MGA and narrow the requests at issue on April 22, 2008. Attached as Exhibit 4 is a true and correct copy of a facsimile I sent to Amy Park, dated April 22, 2008, seeking to meet and confer on that issue. Ms. Park replied, stating that she could meet and confer on April 24,

//
//
//

07209/2489661.1

-1-
SUPPLEMENTAL DECLARATION OF TIMOTHY L. ALGER ISO MATTEL, INC.'S EX PARTE APPLICATION

1 | 2008, and we did meet by telephone that day. Attached as Exhibit 5 is a true and
2 | correct copy of an email sent to my by Ms. Park, dated April 22, 2008, and my reply
3 | agreeing to that date.
4 |
5 |      I declare under penalty of perjury under the laws of the United States of
6 | America that the foregoing is true and correct. Executed on April 30, 2008, at
7 | Los Angeles, California.

Timothy L. Alger

**EXHIBIT 1**

## Leticia Bustinduy

| | |
|---|---|
| **From:** | Timothy Alger |
| **Sent:** | Friday, April 25, 2008 8:03 AM |
| **To:** | 'Mumford, Marcus R'; 'Herrington, Robert J (LAC)'; 'mwerdegar@kvn.com'; 'Park, Amy S (PAL)' |
| **Cc:** | Michael T Zeller; Jon Corey; Dylan Proctor; Christopher Price; John Quinn |
| **Subject:** | RE: Judge Infante's Order of April 23, 2008 |

Marcus, I don't appreciate the name-calling. I have simply asked for someone representing MGA to meet-and-confer, and it would seem that someone on your team can break away for a few minutes today. Your refusal to confer until after 4 p.m. on Monday is quite transparent and is clearly calculated to delay Judge Larson's hearing on the issue by a full week. Such gamesmanship is particularly inappropriate as trial draws closer. Judge Infante's April 23, 2008 ruling requires prompt review by the District Court.

By the stipulation and court order appointing a Discovery Master in this case, the Discovery Master's rulings are treated like those of a Magistrate Judge. Such rulings should be overruled if they are "clearly erroneous or [] contrary to law." Fed. R. Civ. P. 72(a). That is the case here.

First, the Protective Order in this matter requires the parties to seek relief from the Discovery Master if a party opposes the "claw back" of an allegedly privileged document, such as the Larian E-mail. The Protective Order provides:

> If a Party or nonparty through inadvertence produces or provides discovery that it, he or she believes is subject to a claim of attorney-client privilege or work product immunity, the producing Party or nonparty may give written notice to the receiving Party that the document is subject to a claim of attorney-client privilege or work product immunity and request that the document be returned to the producing Party or nonparty. The receiving Party shall promptly return to the producing Party or nonparty the inadvertently disclosed document and all copies of such document. Return of the document by the receiving Party shall not constitute an admission or concession, or permit any inference, that the returned document is, in fact, properly subject to a claim of attorney-client privilege or work product immunity, *nor shall it foreclose any Party from moving the Court for an Order that such document has been improperly designated or should be producible for reasons other than a waiver caused by the inadvertent production.*

The Parties agreed, and the Court so ordered, in the Stipulation for Appointment of a Discovery Master and Order, dated December 6, 2006 ("Discovery Master Order"), that Discovery Master Infante would serve as the "Court" to hear all such discovery motions on the "claw back" of privileged documents. Importantly, Judge Infante, in the April 23, 2008 Order, does not dispute that Mattel's Motion was properly in front of him.

Pursuant to the Discovery Master Order:

> Any and all discovery motions and other discovery disputes in [this matter] shall be decided by a master ('Discovery Master') pursuant to Federal Rule of Civil Procedure 53 . . .
>
> Judge Infante shall serve as the Discovery Master *until all issues herein have been finally disposed of or determined, or until he shall withdraw in accordance with applicable law* . . .

By Court Orders, Mattel's only avenue of relief concerning the production of the Larian E-mail is with the Discovery Master.

The Discovery Master's decision not to hear the Motion was erroneous and contrary to the Protective Order and, in particular, the Discovery Master Order. The Discovery Master's reason for refusing to hear the Motion was that

**EXHIBIT** 1

**PAGE** 3

"at this stage in the litigation, the parties should be directing their attention toward trial preparation." Mattel's Motion does just that -- by moving to compel the production of the Larian E-mail, Mattel seeks the discovery of critical information for trial. Further, all issues in this litigation have not been "finally disposed of or determined" and the Discovery Master did not "withdraw in accordance with applicable law."

Marcus, hopefully someone can give me a call today to discuss this. If not, Mattel will inform Judge Larson of our communications with you when it files its motion on Monday.

Best regards,

Tim

---

**From:** Mumford, Marcus R [mailto:Marcus.Mumford@skadden.com]
**Sent:** Thursday, April 24, 2008 8:28 PM
**To:** Timothy Alger; Herrington, Robert J (LAC); mwerdegar@kvn.com; Park, Amy S (PAL)
**Cc:** Michael T Zeller; Jon Corey; Dylan Proctor; Christopher Price; John Quinn
**Subject:** RE: Judge Infante's Order of April 23, 2008

Tim,
Don't be such a peeve, man. You did not request a meet and confer until a few hours ago. As I said, we are not available tomorrow. Instead of making snide and petty asides, please provide the basis and authority you intend to rely on in objecting to Judge Infante's order. We reiterate our availability to meet and confer on this issue Monday afternoon, and look forward to receiving such authority with sufficient lead time so that the parties can meet and confer in good faith.
-Marcus

**Marcus R. Mumford**
Skadden, Arps, Slate, Meagher & Flom LLP
300 South Grand Avenue | Los Angeles | California | 90071-3144
T: 213.687.5514 | F: 213.621.5514
mmumford@skadden.com

---

**From:** Timothy Alger [mailto:timalger@quinnemanuel.com]
**Sent:** Thursday, April 24, 2008 6:50 PM
**To:** Mumford, Marcus R (LAC); Herrington, Robert J (LAC); 'mwerdegar@kvn.com'; Park, Amy S (PAL)
**Cc:** Michael T Zeller; Jon Corey; Dylan Proctor; Christopher Price; John Quinn
**Subject:** RE: Judge Infante's Order of April 23, 2008

Marcus,

We will be filing the motion on Monday. It would seem that one of the many members on your team -- many of whom were able to spare the day to be spectators in court all day Tuesday -- could take 5 or 10 minutes between now and the close of business on Friday to discuss the anticipated motion. Please let me know what works. If this is impossible, we will simply inform the court when we file the motion.

Best regards,
Tim

---

**From:** Mumford, Marcus R [mailto:Marcus.Mumford@skadden.com]
**Sent:** Thursday, April 24, 2008 6:25 PM
**To:** Timothy Alger; Herrington, Robert J (LAC); mwerdegar@kvn.com; Park, Amy S (PAL)
**Cc:** Michael T Zeller; Jon Corey; Dylan Proctor; Christopher Price; John Quinn
**Subject:** RE: Judge Infante's Order of April 23, 2008

EXHIBIT 1
PAGE 4

Tim,
Amy and I are unavailable to meet and confer on this issue tomorrow. I can do it Monday afternoon around 4. Or Tuesday morning at 10 or so. Please let me know.
-Marcus

**Marcus R. Mumford**
Skadden, Arps, Slate, Meagher & Flom LLP
300 South Grand Avenue | Los Angeles | California | 90071-3144
T: 213.687.5514 | F: 213.621.5514
mmumford@skadden.com

---

**From:** Timothy Alger [mailto:timalger@quinnemanuel.com]
**Sent:** Thursday, April 24, 2008 5:06 PM
**To:** Herrington, Robert J (LAC); mwerdegar@kvn.com; Park, Amy S (PAL); Mumford, Marcus R (LAC)
**Cc:** Michael T Zeller; Jon Corey; Dylan Proctor; Christopher Price; John Quinn
**Subject:** Judge Infante's Order of April 23, 2008

Counsel:

Mattel would like to meet-and-confer tomorrow, if possible, preliminary to the filing of objections with the District Court to the Discovery Master's Order of April 23, 2008, in which the Discovery Master declined to consider Mattel's Motion to Compel the Production of Document Bates Numbered MGA 3801819-22. I propose 10 a.m., but would be glad to adjust the specific time to suit your schedules.

Best regards,


Timothy L. Alger, Esq.
Quinn Emanuel Urquhart Oliver & Hedges, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017
Direct: (213) 443-3223
Main Phone: (213) 443-3000
Main Fax: (213) 443-3100
E-mail: timalger@quinnemanuel.com
Web: www.quinnemanuel.com

---------------------------------------------------------------------------------
**************************************************** To ensure compliance with Treasury Department regulations, we advise you that, unless otherwise expressly indicated, any federal tax advice contained in this message was not intended or written to be used, and cannot be used, for the purpose of (i) avoiding tax-related penalties under the Internal Revenue Code or applicable state or local tax law provisions or (ii) promoting, marketing or recommending to another party any tax-related matters addressed herein. ****************************************************
**************************************************** This email and any attachments thereto, is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this email, you are hereby notified any dissemination, distribution or copying of this email, and any attachments thereto, is strictly prohibited. If you receive this email in error please immediately notify me at (212) 735-3000 and permanently delete the original copy and any copy of any email, and any printout thereof. Further information about the firm, a list of the Partners and their professional qualifications will be provided

EXHIBIT ___1___

4/30/2008                            PAGE ___5___

upon request. *************************************************
===============================================================

---------------------------------------------------------------
                              PAGE_____
*****************************************************  To ensure compliance with Treasury Department regulations, we advise you that, unless otherwise expressly indicated, any federal tax advice contained in this message was not intended or written to be used, and cannot be used, for the purpose of (i) avoiding tax-related penalties under the Internal Revenue Code or applicable state or local tax law provisions or (ii) promoting, marketing or recommending to another party any tax-related matters addressed herein. ****************************************************
***************************************************** This email and any attachments thereto, is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this email, you are hereby notified any dissemination, distribution or copying of this email, and any attachments thereto, is strictly prohibited. If you receive this email in error please immediately notify me at (212) 735-3000 and permanently delete the original copy and any copy of any email, and any printout thereof. Further information about the firm, a list of the Partners and their professional qualifications will be provided upon request. *************************************************
===============================================================

EXHIBIT____1____

4/30/2008                                    PAGE_____6_____

**EXHIBIT 2**

**Leticia Bustinduy**

**From:** Timothy Alger
**Sent:** Sunday, April 27, 2008 5:51 PM
**To:** 'Park, Amy S'
**Subject:** Discovery Master's April 23, 2008 Order

Amy,

As I informed you last Thursday, Mattel intends on Monday to file a motion objecting to Judge Infante's April 23, 2008 Order Precluding Parties From Filing Any Further Discovery Motions and Materials and, in particular, Judge Infante's refusal to consider Mattel's Motion to Compel the Production of Document Bates Numbered MGA 38019-22. I requested that MGA meet and confer with me on Friday, at any time convenient for MGA, but MGA declined. I then sent you a lengthy and detailed email explaining the grounds for the motion, but I received no response. Mattel has fulfilled its obligation to confer with MGA pursuant to Local Rule 7-3.

Given the approaching trial date and the importance of the evidence at issue, Mattel also intends to apply ex parte on Monday for an order (1) relieving it of the pre-filing notice period in Local Rule 7-3, and (2) setting an expedited hearing on May 12, 2008. Please let me know if MGA will agree to the expedited schedule, or if it intends to oppose the ex parte application.


Timothy L. Alger, Esq.
Quinn Emanuel Urquhart Oliver & Hedges, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017
Direct: (213) 443-3223
Main Phone: (213) 443-3000
Main Fax: (213) 443-3100
E-mail: timalger@quinnemanuel.com
Web: www.quinnemanuel.com

EXHIBIT 2
PAGE 7

4/30/2008

**EXHIBIT 3**

## Leticia Bustinduy

**From:** Timothy Alger
**Sent:** Monday, April 28, 2008 2:01 PM
**To:** 'Kennedy, Raoul D'
**Cc:** 'Park, Amy S (PAL)'; 'Mumford, Marcus R (LAC)'
**Subject:** RE: Discovery Master's April 23, 2008 Order

Raoul --

There must be some confusion about the appeal from the April 23 order. I have never rejected any proposal to meet and confer. Rather, I did not get a response to my email of Friday, April 25, wherein I explained the grounds for the appeal. I am available anytime today. Perhaps you, Amy, Marcus, or someone else on your team can give me a call, at 213 443 3223.

Tim

---

**From:** Hartley, Kenneth J [mailto:Kenneth.Hartley@skadden.com] **On Behalf Of** Kennedy, Raoul D
**Sent:** Monday, April 28, 2008 11:53 AM
**To:** Timothy Alger
**Cc:** Park, Amy S (PAL); Mumford, Marcus R (LAC)
**Subject:** Discovery Master's April 23, 2008 Order

I am in receipt of your email to Amy Park of yesterday (Sunday) evening regarding Mattel's intention to move *ex parte* for an expedited hearing date of May 12 on Mattel's appeal of Judge Infante's April 23 order. MGA will not agree to your request to expedite the appeal. And, as Bernard Shek advised you on Friday, MGA will not agree to your request to expedite the appeals from Judge Infante's April 14 orders with respect to the 3d and 5th sets of document requests or the requests concerning communications.

With your latest request, Mattel now has five appeals involving MGA for which you seek expedited treatment. It is apparent that Mattel is not attempting to engage in any principled analysis of Judge Infante's rulings. Rather, Mattel is automatically appealing every adverse decision, apparently contending that Judge Infante has suddenly started acting contrary to law on a wholesale basis whenever he rules against Mattel but still is able to follow the law when he finds in favor of Mattel! Mattel's reflexive actions violate the spirit of the appellate process. MGA opposes your blanket *ex parte* applications to fast track the hearings.

Finally, your assertion that MGA declined to meet and confer concerning Mattel's appeal of Judge Infante's April 23 order is incorrect. On Thursday night, you requested that Amy Park and Marcus Mumford meet and confer with you the next morning. Marcus explained that he and Amy were both tied up all day Friday, but offered to meet and confer today or tomorrow. You rejected that offer.

---

******************************************************* To ensure compliance with Treasury Department regulations, we advise you that, unless otherwise expressly indicated, any federal tax advice contained in this message was not intended or written to be used, and cannot be used, for the purpose of (i) avoiding tax-related penalties under the Internal Revenue Code or applicable state or local tax law provisions or (ii) promoting, marketing or recommending to another party any tax-related matters

EXHIBIT 3

PAGE 8

4/30/2008

addressed herein. \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* This email and any attachments thereto, is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this email, you are hereby notified any dissemination, distribution or copying of this email, and any attachments thereto, is strictly prohibited. If you receive this email in error please immediately notify me at (212) 735-3000 and permanently delete the original copy and any copy of any email, and any printout thereof. Further information about the firm, a list of the Partners and their professional qualifications will be provided upon request. \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

4/30/2008

EXHIBIT 3

PAGE 9

**EXHIBIT 4**

# QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

| | | |
|---|---|---|
| **NEW YORK**<br>51 Madison Avenue, 22nd Floor<br>New York, NY 10010<br>(212) 849-7000<br>Facsimile: (212) 849-7100 | **LOS ANGELES**<br>865 South Figueroa Street, 10th Floor<br>Los Angeles, CA 90017<br>(213) 443-3000<br>Facsimile: (213) 443-3100 | **SAN FRANCISCO**<br>50 California Street, 22nd Floor<br>San Francisco, CA 94111<br>(415) 875-6600<br>Facsimile: (415) 875-6700 |
| **TOKYO**<br>Akasaka Twin Tower Main Building, 6th Floor<br>17-22 Akasaka 2-Chome<br>Minato-ku, Tokyo 107-0052, Japan<br>+813 5561-1711<br>Facsimile: +81 3 5561-1712 | | **SILICON VALLEY**<br>555 Twin Dolphin Drive, Suite 560<br>Redwood Shores, CA 94065<br>(650) 801-5000<br>Facsimile: (650) 801-5100 |

## LOS ANGELES OFFICE
## FACSIMILE TRANSMISSION

**DATE:** April 22, 2008                **NUMBER OF PAGES, INCLUDING COVER:**

| NAME/COMPANY | PHONE NO. | FAX NO. |
|---|---|---|
| *Amy Park, Esq.*<br>Skadden, Arps, Slate, Meagher & Flom LLP (PAO) | 650.470.4511 | 888.329.6334 |
| *cc: Mark E. Overland, Esq*<br>Overland Borenstein Scheper & Kim, LLP | 213.613.4655 | 213.613.4656 |
| *cc: Michael H. Page, Esq.*<br>Keker & Van Nest, LLP | 415.391.5400 | 415.397.7188 |

**FROM:** Timothy L. Alger
213.443.3223
timalger@quinnemanuel.com

*FAXED APR 2 2 2008*

**RE:** *Mattel, Inc. v Bryant, et al.*

**MESSAGE:**

---

07209/2442763.1

| CLIENT # | 7209 | ROUTE/RETURN TO: | ALBERT VILLAMIL/10TH FLOOR | ☐ CONFIRM FAX<br>☒ INCLUDE CONF. REPORT |
|---|---|---|---|---|
| OPERATOR: | *Misaila* | | CONFIRMED? ☐ No ☐ Yes: | |

The information contained in this facsimile is confidential and may also contain privileged attorney-client information or work product. The information is intended only for the use of the individual or entity to whom it is addressed. If you are not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any use, dissemination, distribution or copying of this communication is strictly prohibited. If you have received the facsimile in error, please immediately notify us by telephone, and return the original message to us at the address above via the U.S. Postal Service. Thank you.

IF YOU DO NOT RECEIVE ALL OF THE PAGES, PLEASE PHONE (213) 443-3090 AS SOON AS POSSIBLE.

EXHIBIT ____4____

PAGE ____10____

**Group Send Report**

```
                                Page       : 001
                                Date & Time: 04-22-2008   15:23
                                Line 1     : 2134433100
                                Line 2     :
                                Machine ID : QUINN EMANUEL
```

| | | |
|---|---|---|
| Job number | : | 622 |
| Date | : | 04-22 15:21 |
| Number of pages | : | 002 |
| Start time | : | 04-22 15:21 |
| End time | : | 04-22 15:23 |

Successful nbrs.

   Fax numbers

        ☎1+18883296334
        ☎1+12136134656
        ☎1+14153977188

Unsuccessful nbrs.                                                                      Pages sent

EXHIBIT 4

PAGE 1P

**quinn emanuel** trial lawyers | los angeles

865 South Figueroa Street, 10th Floor, Los Angeles, California 90017 | TEL 213-443-3000 FAX 213-443-3100

WRITER'S DIRECT DIAL NO.
(213) 443-3223

WRITER'S INTERNET ADDRESS
timalger@quinnemanuel.com

April 22, 2008

**VIA FACSIMILE AND U.S. MAIL**

Amy S. Park, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
525 University Avenue
Palo Alto, CA 94301

Re: Mattel, Inc. v. MGA Entertainment, Inc.

Dear Amy:

I write to request a meet and confer pursuant to Local Rule 7-3 on the Discovery Master's Order dated April 14, 2008, denying Mattel's motion to compel production of documents in response to Mattel's Fifth Set of Requests for Production. Mattel contemplates appealing from the Order to Judge Larson. Please let me know when you are available to discuss this matter. I would prefer Thursday, if that fits in your schedule.

Very truly yours,

Timothy L. Alger

cc: Michael H. Page, Esq.
Mark E. Overland, Esq.

EXHIBIT 4
PAGE 12

quinn emanuel urquhart oliver & hedges, llp

07209/2480107.1
NEW YORK | 51 Madison Avenue, 22nd Floor, New York, New York 10010 | TEL 212-849-7000 FAX 212-849-7100
SAN FRANCISCO | 50 California Street, 22nd Floor, San Francisco, California 94111 | TEL 415-875-6600 FAX 415-875-6700
SILICON VALLEY | 555 Twin Dolphin Drive, Suite 560, Redwood Shores, California 94065 | TEL 650-801-5000 FAX 650-801-5100
TOKYO | Akasaka Twin Tower Main Building, 6th Floor, 17-22 Akasaka 2-Chome, Minato-ku, Tokyo 107-0052, Japan | TEL +81-3-5561-1711 FAX +81-3-5561-1712

**EXHIBIT 5**

## Cyrus Naim

**From:** Timothy Alger
**Sent:** Tuesday, April 22, 2008 9:00 PM
**To:** 'Park, Amy S'
**Subject:** RE: Meet and Confer

Thanks Amy. I think that's fine.

---

**From:** Park, Amy S [mailto:Amy.Park@skadden.com]
**Sent:** Tuesday, April 22, 2008 8:00 PM
**To:** Timothy Alger
**Subject:** Meet and Confer

Tim,

I received your fax requesting to meet and confer on Thursday re: Mattel's intent to appeal Judge Infante's order denying Mattel's motion to compel re: Mattel's 5th Set of Requests for Production to MGA. I'm available on Thursday at 11:30 a.m. Please let me know if that works for you.

Amy

**Amy S. Park**
**Skadden, Arps, Slate, Meagher & Flom LLP**
525 University Avenue | Suite 1100 | Palo Alto, CA 94301
T: 650.470.4511 | F: 888.329.6334 | E: amy.park@skadden.com

**Brenda Fry, Assistant to Amy S. Park**
T: 650.470.4567 | E: brenda.fry@skadden.com

Skadden

****************************************************** To ensure compliance with Treasury Department regulations, we advise you that, unless otherwise expressly indicated, any federal tax advice contained in this message was not intended or written to be used, and cannot be used, for the purpose of (i) avoiding tax-related penalties under the Internal Revenue Code or applicable state or local tax law provisions or (ii) promoting, marketing or recommending to another party any tax-related matters addressed herein.
******************************************************
****************************************************** This email and any attachments thereto, is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this email, you are hereby notified any dissemination, distribution or copying of this email, and any attachments thereto, is strictly prohibited. If you receive this email in error please immediately notify me at (212) 735-3000 and permanently delete the original copy and any copy of any email, and any printout thereof. Further information about the firm, a list of the Partners and their professional qualifications will be provided upon request.
******************************************************

EXHIBIT 5

PAGE 13

4/30/2008