1  THOMAS J. NOLAN (Bar No. 66992)
   (tnolan@skadden.com)
2  SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
   300 South Grand Avenue, Suite 3400
3  Los Angeles, CA 90071
   Tel.: (213) 687-5000/Fax: (213) 687-5600
4
5  RAOUL D. KENNEDY (Bar No. 40892)
   (rkennedy@skadden.com)
   SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
6  4 Embarcadero Center, 38th Floor
   San Francisco, CA 94111-5974
7  Tel.: (415) 984-6400/ Fax: (415) 984-2698

8  Attorneys for MGA Entertainment, Inc., MGA Entertainment (HK) Limited,
   MGAE de Mexico, S.R.L. DE C.V., and Isaac Larian
9

10

11              UNITED STATES DISTRICT COURT

12              CENTRAL DISTRICT OF CALIFORNIA

13 | CARTER BRYANT, an individual, | CASE NO. CV 04-9049 SGL (RNBx)
14 |            Plaintiff,          | Consolidated with Case No. CV 04-09039 and Case No. CV 05-02727
15 |      v.                        | [CORRECTED] MGA'S NOTICE OF MOTION OBJECTING TO DISCOVERY MASTER'S APRIL 22, 2008 ORDER GRANTING MATTHEW BOUSQUETTE'S MOTION TO QUASH SUBPOENA
16 | MATTEL, INC., a Delaware corporation, |
17 |            Defendant.          |
18
19
20
21 | AND CONSOLIDATED ACTIONS |
22
23 |                                 | Date: May 12, 2008
24 |                                 | Time: 10:00 a.m.
   |                                 | Judge: Honorable Stephen G. Larson
   |                                 | Place: Courtroom 1
25
26
27
28

[CORRECTED] MGA'S NOTICE OF MOTION OBJECTING TO DISCOVERY MASTER'S APRIL 22, 2008 ORDER
GRANTING MATTHEW BOUSQUETTE'S MOTION TO QUASH SUBPOENA
CASE NO: CV 04-9049 SGL (RNBx)

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Pursuant to Order re Stipulation Regarding Briefing Schedule on Objections to Discovery Master's Orders of April 11 and 22, 2008 (Docket number 3347), PLEASE TAKE NOTICE that on May 12, 2008, at 10:00 a.m., or as soon as the matter may be heard, before the Honorable Stephen G. Larson of the United States District Court for the Central District of California – Eastern Division, located at 3470 Twelfth Street, Riverside, California 92501, MGA Entertainment, Inc. ("MGA"), Isaac Larian, MGA Entertainment (HK) Limited, and MGAE de Mexico, S.R.L. de C.V. will and hereby do move, pursuant to Federal Rule of Civil Procedure 72(a), for an order to set aside Discovery Master's April 22, 2008 Order granting Non-Party Matthew Bousquette's Motion To Quash (the "April 22, 2008 Order").

This motion is made on the ground that the Discovery Master clearly erred in quashing the subpoena served on Matthew Bousquette. The Discovery Master applied the incorrect legal standard to determine whether Mr. Bousquette's subpoena should be quashed or modified under Fed. R. Civ. P. 45(c)(3)(A)(ii). The subpoena was served on Mr. Bousquette a little over one mile from his "personal residence" in Palm Springs, California. Mr. Bousquette also regularly does business in Palm Springs, California. Under Rule 45, the subpoena was proper and Mr. Bousquette should be ordered to appear for deposition immediately.

This motion is based on this Notice of Motion and Motion, the attached Memorandum of Points and Authorities, the concurrently filed Declaration of Robert Herrington ("Herrington Decl."), the pleadings and records on file in this action, and any further evidence and argument as may be presented to the Court on this motion or for which judicial notice may be taken.

---

[CORRECTED] MGA'S NOTICE OF MOTION OBJECTING TO DISCOVERY MASTER'S APRIL 22, 2008 ORDER
GRANTING MATTHEW BOUSQUETTE'S MOTION TO QUASH SUBPOENA
CASE NO: CV 04-9049 SGL (RNBx)
-1-

1 | DATED: April 30, 2008

SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP


By: /s/ Thomas J. Nolan
  Thomas J. Nolan

Attorneys for MGA ENTERTAINMENT, INC., ISAAC LARIAN, MGA ENTERTAINMENT (HK) LIMITED, and MGAE de MEXICO S.R.L. de C.V.

---

[CORRECTED] MGA'S NOTICE OF MOTION OBJECTING TO DISCOVERY MASTER'S APRIL 22, 2008 ORDER GRANTING MATTHEW BOUSQUETTE'S MOTION TO QUASH SUBPOENA
CASE NO: CV 04-9049 SGL (RNBx)
-2-