Case 2:04-cv-09049-DOC-RNB Document 3378-2 Filed 04/30/08 Page 1 of 1 Page ID
Case 2:04-cv-09049-SGL-RNB Document 2024-2 Filed 03/12/2008 Page 1 of 1
#:58533



This document has been

UNSEALED

per Order of

Judge Stephen G. Larson

dated June 24, 2008.

This document may be

retrieved for viewing

and/or copying

at the Clerk's Office.