QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  johnquinn@quinnemanuel.com
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Hon. Stephen G. Larson<br><br>MATTEL, INC.'S RESPONSE TO MGA'S *EX PARTE* APPLICATION FOR (1) RELIEF FROM THE FIVE-DAY REQUIREMENT OF LOCAL RULE 7-3; AND (2) AN EXPEDITED HEARING DATE OF MAY 12, 2008<br><br>**Phase 1**<br>Pre-trial Conference: May 19, 2008<br>Trial Date: May 27, 2008 |

1    Mattel does not object to an order shortening the time for hearing on
2  MGA's Objections to the Discovery Master's April 25, 2008 Order, or to MGA
3  obtaining relief from the five-day requirement of Local Rule 7-3. Having received
4  MGA's 25-page Objections early this morning (April 30, 2008), however, Mattel
5  does object to MGA's insistence that its Objections be heard on May 12, 2008, and
6  that Mattel be forced to file its opposition to the Objections within 3 business days,
7  by May 5, 2008.
8    As can be seen from MGA's papers, MGA's Objections request an
9  Order waiving Mattel's privileges, a significant issue that requires a substantive
10 response. MGA has filed 25 pages of attacks on the Discovery Master's Order,
11 raising multiple alleged factual and legal errors that MGA contends were made.
12   Earlier today, Mattel contacted MGA's counsel to propose a more
13 reasonable schedule that would afford Mattel adequate time to respond to the
14 Obejctions. Mattel proposed the following:

15 | Mattel's Opposition Due | May 12, 2008 |
16 | MGA's Reply Due | May 14, 2008 |
17 | Hearing | May 19, 2008 |

18 Not only does Mattel's proposal afford Mattel adequate time to respond, it also
19 makes sense for the Court to hear MGA's Objections on May 19, 2008, the same day
20 the Court will be hearing related argument (also regarding MGA's laches and statute
21 of limitations defenses) at the continued hearing on the parties' summary judgment
22 motions.
23   After consultation, MGA's counsel rejected Mattel's proposed schedule,
24 stating that MGA required a May 12, 2008 hearing.

-2-

1   Mattel respectfully requests that Mattel's proposed schedule be
2   adopted, or such other schedule be adopted that is acceptable to the court and that
3   affords Mattel at least until May 12, 2008 to respond.

5   DATED: April 30, 2008              QUINN EMANUEL URQUHART OLIVER &
                                        HEDGES, LLP

                                        By /s/ Harry A. Olivar Jr. /sH
                                        Harry A. Olivar, Jr.
                                        Attorneys for Mattel, Inc.

NEWHAO/2490259.1

-2-
MATTEL'S RESPONSE TO MGA'S *EX PARTE* APP. RE: DISCOVERY MASTER'S APRIL 25, 2008 ORDER