1  THOMAS J. NOLAN (Bar No. 66992)
   (tnolan@skadden.com)
2  JASON D. RUSSELL (Bar No. 169219)
   (jrussell@skadden.com)
3  MARINA V. BOGORAD (Bar No. 217524)
   (mbogorad@skadden.com)
4  SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
   300 South Grand Avenue, Suite 3400
5  Los Angeles, CA 90071
   Tel.: (213) 687-5000/Fax: (213) 687-5600
6
   RAOUL D. KENNEDY (Bar No. 40892)
7  (rkennedy@skadden.com)
   SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
8  4 Embarcadero Center, Suite 3800
   San Francisco, CA 94111-5974
9  Tel.: (415) 984-2698 / Fax: (415) 984-2626

10 Attorneys for MGA Entertainment, Inc., MGA Entertainment (HK) Limited,
   MGAE de Mexico, S.R.L. DE C.V., and Isaac Larian
11
                    UNITED STATED DISTRICT COURT
12
                    CENTRAL DISTRICT OF CALIFORNIA
13
                           EASTERN DIVISION
14
15 CARTER BRYANT, an individual,     ) CASE NO. CV 04-9049 SGL (RNBx)
                                     )
16              Plaintiff,           ) Consolidated with Case No. 04-9059
                                     ) and Case No. 05-2727
17       v.                          )
                                     ) Honorable Stephen G. Larson
18 MATTEL, INC., a Delaware          )
   corporation,                      ) [PROPOSED] ORDER TO FILE
19                                   ) UNDER SEAL
                Defendant.           )
20 _____ )
                                     )
21 AND CONSOLIDATED ACTIONS          )
                                     )
22
23
24
25
26
27
28

## **ORDER**

Based on the concurrently filed Application, and good cause appearing for the entry thereof, IT IS HEREBY ORDERED that the following documents be filed under seal pursuant to Local Rule 79-5.1: MGA Parties' Oppositions to Mattel, Inc.'s Motions *In Limine* Nos. 2-14 and Declaration of Thomas J. Nolan filed in support thereof.

DATED: April 30, 2008

/s/ S.G. Larson

Hon. Stephen G. Larson
United States District Court Judge