Case 2:04-cv-09049-DOC-RNB   Document 3393-2   Filed 04/30/08   Page 1 of 1   Page ID
Case 2:04-cv-09049-SGL-RNB   Document 2624-2   Filed 05/12/2008   Page 1 of 1
 #:58550



This document has been

UNSEALED

per Order of

Judge Stephen G. Larson

dated June 24, 2008.

This document may be

retrieved for viewing

and/or copying

at the Clerk's Office.