QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 90378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with<br>Case Nos. CV 04-09059 & CV 05-2727<br><br>[PROPOSED] ORDER GRANTING MATTEL, INC.'S APPLICATION TO ~~FILE UNDER SEAL~~ EXHIBITS 2 THROUGH 6 TO THE DECLARATION OF JON D. COREY IN SUPPORT OF MATTEL, INC.'S MOTION OBJECTING TO PORTIONS OF DISCOVERY MASTER'S APRIL 14, 2008 ORDER GRANTING IN PART AND DENYING IN PART MATTEL, INC.'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS AND THINGS BY MGA ENTERTAINMENT, INC.<br><br>Hearing Date: June 16, 2008<br>Time: 10:00 a.m.<br>Place: Courtroom 1<br><br>Pre-Trial Conference: May 19, 2008<br>Trial Date: May 27, 2008 |

07209/2486491.1

## [PROPOSED] ORDER

Based on the above Application, and good cause appearing for the entry thereof, IT IS HEREBY ORDERED:

Exhibits 2 through 6 to the concurrently filed Declaration of Jon D. Corey in Support of Mattel, Inc.'s Motion Objecting to Portions of Discovery Master's April 14, 2008 Order Granting in Part and Denying in Part Mattel, Inc.'s Motion to Compel Production of Documents and Things by MGA Entertainment, Inc. are ORDERED filed under seal pursuant to Local Rule 79-5.1.

DATED: 4/30 , 2008

*/s/ S. G. Larson*

Hon. Stephen G. Larson
United States District Judge