**QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP**
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

FILED
CLERK, U.S. DISTRICT COURT
APR 30 2008
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION   BY DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>           Plaintiff,<br><br>     vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>           Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with<br>Case Nos. CV 04-09059 & CV 05-2727<br><br>**DISCOVERY MATTER**<br><br>Hon. Stephen G. Larson<br><br>[PROPOSED] ORDER RE APPLICATION TO FILE UNDER SEAL IN SUPPORT OF MATTEL, INC.'S OPPOSITION TO THE MGA PARTIES' MOTIONS IN LIMINE NOS. 1-14<br><br>Date: April 22, 2008<br>Time: 10:00 a.m.<br>Place: Courtroom 1<br><br>**Phase 1**<br>Discovery Cut-Off:     January 28, 2008<br>Pre-Trial Conference: May 5, 2008<br>Trial Date:                   May 27, 2008 |

LODGED  2008 APR 29 PM 4:04  CLERK, U.S. DISTRICT COURT CENTRAL DIST. OF CALIF. RIVERSIDE

ORIGINAL

07209/2486726.1

[PROPOSED] ORDER

1

2 [PROPOSED] ORDER

3

4     Based on the concurrently filed Application to File Under Seal in
5 Support of Mattel, Inc.'s Oppositions to the MGA Parties' Motions in Limine Nos.
6 1-14, and good cause appearing for the entry thereof, IT IS HEREBY ORDERED:
7     Mattel's Oppositions to the MGA Parties' Motions in Limine Nos. 1-11
8 & 14; Exhibit Nos. 1-6, 8-16, 18-19, 21-26, 28, 30, 32-34, & 36-38 to the
9 Declaration of Stephen Hauss in support of Mattel's Oppositions to the MGA
10 Parties' Motions in Limine Nos. 1-14; and Exhibit Nos. 2, 11, 22, 26-28, 30-46, 49,
11 56, 70-73, 77, 80, 82, 83, 85, 88-90, 92, 93, 96-103, 106-108, 110-127, 129-141,
12 143-145, 151-152, 154-161 to the Declaration of Tamar Buchakjian in support of
13 Mattel's Oppositions to the MGA Parties' Motions in Limine Nos. 1-14 are
14 ORDERED filed under seal pursuant to Local Rule 79-5.1.

15

16 DATED:  4/30       , 2008  _____
                              Hon. Stephen G. Larson
17                            United States District Judge