THOMAS J. NOLAN (Bar No. 66992)
(tnolan@skadden.com)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue
Los Angeles, CA 90071-3144
Tel.: (213) 687-5000 / Fax: (213) 687-5600

RAOUL D. KENNEDY (Bar No. 40892)
(rkennedy@skadden.com)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
4 Embarcadero Center, 38th Floor
San Francisco, CA 94111-5974
Tel.: (415) 984-6400 / Fax: (415) 984-2698

Attorneys for MGA Entertainment, Inc., MGA Entertainment (HK) Limited, MGAE de Mexico, S.R.L. DE C.V., and Isaac Larian

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with Case No. 04-9059 and Case No. 05-2727<br><br>**DISCOVERY MATTER**<br><br>**APPLICATION TO FILE UNDER SEAL MGA'S NOTICE OF MOTION AND MOTION OBJECTING TO DISCOVERY MASTER'S APRIL 25, 2008 ORDER DENYING MGA'S MOTION TO COMPEL DISCOVERY ON ISSUES AS TO WHICH MATTEL HAS WAIVED THE ATTORNEY-CLIENT AND WORK PRODUCT PRIVILEGES BY CLAIM ASSERTION AND MUMFORD DECLARATION IN SUPPORT THEREOF** |

Pursuant to Local Rule 79-5.1 and the Stipulated Protective Order entered by the Court in this action, MGA Entertainment, Inc. ("MGA"), Isaac Larian ("Mr. Larian" or "Larian"), MGA Entertainment (HK) Limited ("MGA HK"), and MGAE de Mexico S.R.L. de C.V. ("MGA Mexico") (collectively, the "MGA Parties") hereby respectfully request that the Court order the following documents be filed under seal: MGA's Notice of Motion and Motion Objecting to Discovery Master's April 25, 2008 Order Denying MGA's Motion to Compel Discovery on Issues As to Which Mattel Has Waived the Attorney-Client and Work Product Privileges By Claim Assertion and the Declaration of Marcus R. Mumford in support thereof. Good cause exists for filing these documents under seal because certain exhibits attached to the declaration have been designated as "Confidential" or "Confidential—Attorneys' Eyes Only" pursuant to the Protective Order, and the motion references these exhibits. In the alternative, the MGA Defendants request that the Court declare the exhibits to the declaration to be outside the definitions of "Confidential" and "Confidential—Attorneys' Eyes Only" as contained in the Protective Order and order them, along with the Motion and the Declaration of Marcus R. Mumford in support thereof, to be filed as part of the public record.

DATED: April 29, 2008

SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP

By: *Thomas J. Nolan*
Thomas J. Nolan

Attorneys for MGA Entertainment, Inc., Isaac Larian, MGA Entertainment (HK) Limited, and MGAE de Mexico S.R.L. de C.V