THOMAS J. NOLAN (Bar No. 66992)
(tnolan@skadden.com)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue
Los Angeles, CA 90071-3144
Tel.: (213) 687-5000 / Fax: (213) 687-5600

RAOUL D. KENNEDY (Bar No. 40892)
(rkennedy@skadden.com)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
4 Embarcadero Center, 38th Floor
San Francisco, CA 94111-5974
Tel.: (415) 984-6400 / Fax: (415) 984-2698

Attorneys for MGA Entertainment, Inc., MGA Entertainment (HK) Limited, MGAE de Mexico, S.R.L. DE C.V., and Isaac Larian

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with Case No. 04-9059 and Case No. 05-2727<br><br>[PROPOSED] ORDER TO FILE UNDER SEAL MGA'S NOTICE OF MOTION AND MOTION OBJECTING TO DISCOVERY MASTER'S APRIL 25, 2008 ORDER DENYING MGA'S MOTION TO COMPEL DISCOVERY ON ISSUES AS TO WHICH MATTEL HAS WAIVED THE ATTORNEY-CLIENT AND WORK PRODUCT PRIVILEGES BY CLAIM ASSERTION AND MUMFORD DECLARATION IN SUPPORT THEREOF |

## ORDER

Based on the above Application, and good cause appearing for the entry thereof, IT IS HEREBY ORDERED that the following documents be filed under seal pursuant to Local Rule 79-5.1: MGA's Notice of Motion and Motion Objecting to Discovery Master's April 25, 2008 Order Denying MGA's Motion to Compel Discovery on Issues As to Which Mattel Has Waived the Attorney-Client and Work Product Privileges By Claim Assertion and the Declaration of Marcus R. Mumford in support there.

DATED: April 30, 2008

*/s/ Stephen G. Larson*
Hon. Stephen G. Larson
United States District Court Judge