QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
John B. Quinn (Bar No. 090378)
(johnquinn@quinnemanuel.com)
Michael T. Zeller (Bar No. 196417)
(michaelzeller@quinnemanuel.com)
Jon D. Corey (Bar No. 185066)
(joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual, | CASE NO. CV 04-9049 SGL (RNBx) |
| Plaintiff, | Consolidated with |
| vs. | Case No. CV 04-09059 and Case No. CV 05-02727 |
| MATTEL, INC., a Delaware corporation, | Hon. Stephen G. Larson |
| Defendant. | **MATTEL, INC.'S NOTICE OF ERRATA REGARDING OPPOSITION TO CARTER BRYANT'S MOTION *IN LIMINE* NO. 13** |
| AND CONSOLIDATED ACTIONS | Date: May 21, 2008<br>Time: 1:00 p.m.<br>Place: Courtroom 1 |
| | **Phase 1**<br>Pre-Trial Conference: May 19, 2008<br>Trial Date: May 27, 2008 |

07209/2471925.7

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

      PLEASE TAKE NOTICE that Mattel, Inc.'s Opposition to Carter Bryant's Motion *in Limine* No. 13 was inadvertently e-filed on April 28, 2008 as Mattel's "Notice of Motion and Motion in Limine Re: Motion in Limine 13." Concurrently herewith, Mattel is re-filing its Opposition to Carter Bryant's Motion in Limine No. 13 under the corrected title.

DATED:  May 1, 2008          QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

                  By /s/ John B. Quinn
                    John B. Quinn
                    Attorneys for Mattel, Inc.

-1-