1  THOMAS J. NOLAN (Bar No. 66992)
   SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
2  300 South Grand Avenue
   Los Angeles, CA 90071-3144
3  Telephone: (213) 687-5000
   Facsimile: (213) 687-5600
4  E-mail: tnolan@skadden.com

5  RAOUL D. KENNEDY (Bar No. 40892)
   SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
6  4 Embarcadero Center, 38th Floor
   San Francisco, California 94111-5974
7  Telephone: (415) 984-6400
   Facsimile: (415) 984-2698
8  Email: rkennedy@skadden.com

9  Attorneys for Counter-Defendants
   MGA ENTERTAINMENT, INC., ISAAC LARIAN,
10 MGA ENTERTAINMENT (HK) LIMITED, and
   MGAE de MEXICO S.R.L. de C.V.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>_____<br><br>Consolidated with MATTEL, INC. v. BRYANT and MGA ENTERTAINMENT, INC. v. MATTEL, INC. | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with Case No. 04-9059 and Case No. 05-2727<br><br>**STIPULATION REGARDING MODIFICATION TO BRIEFING SCHEDULE ON OBJECTIONS TO DISCOVERY MASTER'S ORDERS OF APRIL 11 AND 22, 2008** |

STIPULATION RE: MODIFICATION TO BRIEFING SCHEDULE

## STIPULATION

WHEREAS, on April 11, 2008 the Discovery Master issued an Order Granting in Part and Denying in Part MGA's Motion to Compel Mattel to Produce a Witness Pursuant to Notice of Deposition Under Rule 30(b)(6) (the "April 11 Order");

WHEREAS, on April 22, 2008, the Discovery Master issued an Order Granting Third-Party Matthew Bousquette's Motion to Quash Subpoena (the "April 22 Order");

WHEREAS, consistent with the Order issued by this Court on April 28, 2008, Mattel and MGA filed their respective Objections to the April 11 and April 22 Orders (the "Objections") on April 28, 2008;

WHEREAS, pursuant to the Court's April 28, 2008 Order, Oppositions to the Objections are due to be filed on May 1, 2008 and Replies are due to be filed on May 5, 2008; and

WHEREAS, the hearing on the Parties' Objections is scheduled for May 12, 2008 at 10:00 a.m., but counsel for Third-Party Bousequette has a scheduling conflict for that date.

NOW, THEREFORE, the Parties and Third-Party Bousquette, by and through their counsel of record, hereby agree as follows:

1. The Parties shall have until May 2, 2008 to file their respective Oppositions to the Objections;

2. The Parties shall have until May 6, 2008 to filed their respective Replies in further support of the Objections; and

3. The hearing on the Parties' Objections shall proceed, as presently scheduled, on May 12, 2008 at 10:00 a.m. However, the Parties will not oppose any request by counsel for Third-Party Bousquette to advance the hearing on Objections to the April 22 Order to a date prior to May 12, 2008. MGA will not agree to any request that the hearing on the Objections to the April 22 Order be held

1 | on a date later than May 12, 2008.
2 |     4.    All other aspects of the Court's April 28, 2008 Order shall remain in
3 | effect.
4 |     IT IS SO STIPULATED.

Dated: May 1, 2008

QUINN EMANUEL URQUHART
OLIVER & HEDGES, LLP

*/s/ Jon Corey*
Jon Corey
Attorneys for Mattel, Inc.

Dated: May 1, 2008

CALDWELL LESLIE & PROCTOR, PC

*/s/ Christopher Caldwell*
Christopher Caldwell
Attorneys for Third-Party Matthew Bousquette

Dated: May 1, 2008

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

*/s/ Lance A. Etcheverry*
Lance A. Etcheverry
Attorneys for MGA Entertainment, Inc., MGA Entertainment (HK) Limited, MGAE de Mexico S.R.L. de C.V., and Isaac Larian (the "MGA Defendants")

---

3
**STIPULATION RE: MODIFICATION TO BRIEFING SCHEDULE**