UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>    Plaintiff,<br><br>    v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>    Defendant.<br><br>Consolidated with MATTEL, INC. v. BRYANT and MGA ENTERTAINMENT, INC. v. MATTEL, INC. | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with Case No. 04-9059 and Case No. 05-2727<br><br>[PROPOSED] ORDER REGARDING MODIFICATION TO BRIEFING SCHEDULE ON OBJECTIONS TO DISCOVERY MASTER'S ORDERS OF APRIL 11 AND 22, 2008 |

[PROPOSED] ORDER RE: MODIFICATION TO BRIEFING SCHEDULE

# ORDER

Based on the concurrently filed Stipulation of the Parties, and good cause appearing therefore, it is hereby ORDERED that:

1. Mattel and MGA shall have until May 2, 2008 to file their respective Oppositions to the April 28, 2008 Objections filed by the Parties to the Discovery Master's April 11 and April 22, 2008 Orders;

2. Mattel and MGA shall have until May 6, 2008 to file their respective Replies in further support of their April 28, 2008 Objections;

3. The hearing on the Objections to the April 11 Order shall remain calendared for May 12, 2008 at 10:00 a.m., and the Court will consider a request from counsel for Third-Party Bousquette that the hearing on the Objections to the April 22 Order be advanced to a date prior to May 12, 2008;

4. All other aspects of the Court's April 28, 2008 Order shall remain in effect.

Dated: May __, 2008

_____
The Honorable Stephen G. Larson
United States District Court Judge