UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
3470 Twelfth Street, Riverside, CA 92501
<u>CIVIL MINUTES -- GENERAL</u>

Case No.     CV 04-09049 SGL(RNBx)                              Date: April 28, 2008
Title:          CARTER BRYANT -v- MATTEL, INC.

<u>Consolidated With Related Actions</u>:
CASE NO. CV 04-09059 SGL(RNBx): MATTEL, INC., v. CARTER BRYANT,
CASE NO. CV 05-02727 SGL (RNBx): MGA ENTERTAINMENT, INC., v. MATTEL, INC.,
================================================================
PRESENT: HONORABLE STEPHEN G. LARSON, UNITED STATES DISTRICT JUDGE

         Jim Holmes
         Courtroom Deputy Clerk

<u>ATTORNEYS PRESENT FOR CARTER BRYANT</u>:     <u>ATTORNEYS PRESENT FOR MATTEL</u>:

None Present                                                 None Present

<u>ATTORNEYS PRESENT FOR MGA AND
ISAAC LARIAN</u>:

None Present

**PROCEEDINGS:**     **ORDER DENYING MGA'S MOTION RE THE DISCOVERY MASTER'S MARCH 17, 2008, ORDER**

                               **ORDER GRANTING IN PART MATTEL'S EX PARTE APPLICATION RE: EXPERT REPORT OF DOUGLAS KIDDER (IN CHAMBERS)**

     The Court has reviewed MGA's motion objecting to the Discovery Master's March 17, 2008, Order. The Court deems this matter appropriate for decision without oral argument. See Fed. R. Civ. P. 78; Local Rule 7-15. Accordingly, the hearing set for April 28, 2008, was removed from the Court's calendar.

     Specifically, with the present motion, MGA objects to the Discovery Master's failure to compel production of documents withheld under a claim of privilege. For the reasons set forth in

the Discovery Master's Order, as well as in Mattel's opposition to the present motion, the Court agrees with the Discovery Master's conclusion that the documents, which the Discovery Master examined *in camera*, are protected by the attorney-client privilege. Accordingly, the Court does not find that the Discovery Master's ruling is either clearly erroneous or contrary to law.

The Court has also reviewed Mattel's ex parte application to strike the expert report of Douglas Kidder. The Court grants this application in part and orders Carter Bryant to produce his rebuttal expert, Douglas Kidder, for deposition on a date, no later than May 7, 2008, that is mutually agreeable to Mr. Kidder and counsel for Mattel. Should Bryant fail to produce Mr. Kidder for deposition, the Court will strike Mr. Kidder's report and preclude his testimony at trial.

**IT IS SO ORDERED.**

# NOTICE PARTY SERVICE LIST

Case No. CV 04-09049 SGL(RNBx)   Case Title Carter Bryant v. Mattel, Inc.

Title of Document  Minute Order of April 28, 2008

| | |
|---|---|
| | Atty Sttlmnt Officer Panel Coordinator |
| | BAP (Bankruptcy Appellate Panel) |
| | Beck, Michael J (Clerk, MDL Panel) |
| | BOP (Bureau of Prisons) |
| | CA St Pub Defender (Calif. State PD) |
| | CAAG (California Attorney General's Office - Keith H. Borjon, L.A. Death Penalty Coordinator) |
| | Case Asgmt Admin (Case Assignment Administrator) |
| | Catterson, Cathy (9th Circuit Court of Appeal) |
| | Chief Deputy Admin |
| | Chief Deputy Ops |
| | Clerk of Court |
| | Death Penalty H/C (Law Clerks) |
| | Dep In Chg E Div |
| | Dep In Chg So Div |
| | Federal Public Defender |
| | Fiscal Section |
| | Intake Section, Criminal LA |
| | Intake Section, Criminal SA |
| | Intake Supervisor, Civil |
| | PIA Clerk - Los Angeles (PIALA) |
| | PIA Clerk - Riverside (PIAED) |
| | PIA Clerk - Santa Ana (PIASA) |
| | PSA - Los Angeles (PSALA) |
| | PSA - Riverside (PSAED) |
| | PSA - Santa Ana (PSASA) |
| | Schnack, Randall (CJA Supervising Attorney) |
| | Statistics Clerk |

| | |
|---|---|
| | US Attorneys Office - Civil Division -L.A. |
| | US Attorneys Office - Civil Division - S.A. |
| | US Attorneys Office - Criminal Division -L.A. |
| | US Attorneys Office - Criminal Division -S.A. |
| | US Bankruptcy Court |
| | US Marshal Service - Los Angeles (USMLA) |
| | US Marshal Service - Riverside (USMED) |
| | US Marshal Service -Santa Ana (USMSA) |
| | US Probation Office (USPO) |
| | US Trustee's Office |
| | Warden, San Quentin State Prison, CA |

| ✓ | ADD NEW NOTICE PARTY (if sending by fax, mailing address must also be provided) |
|---|---|
| | Name: Ambassador Pierre-Richard Prosper |
| | Firm: |
| | Address (include suite or floor): P.O. Box 581103  Salt Lake City, UT 84158 |
| | *E-mail: Prosper.Pierre@Arentfox.com |
| | *Fax No.: |

\* For CIVIL cases only

| JUDGE / MAGISTRATE JUDGE (list below): |
|---|
| |
| |
| |
| |

Initials of Deputy Clerk  jh

G-75 (03/07)                NOTICE PARTY SERVICE LIST

# NOTICE PARTY SERVICE LIST

Case No. CV 04-09049 SGL(RNBx)    Case Title Carter Bryant v. Mattel, Inc.

Title of Document  Minute Order of April 28, 2008

| | | | |
|---|---|---|---|
| | Atty Sttlmnt Officer Panel Coordinator | | US Attorneys Office - Civil Division -L.A. |
| | BAP (Bankruptcy Appellate Panel) | | US Attorneys Office - Civil Division - S.A. |
| | Beck, Michael J (Clerk, MDL Panel) | | US Attorneys Office - Criminal Division -L.A. |
| | BOP (Bureau of Prisons) | | US Attorneys Office - Criminal Division -S.A. |
| | CA St Pub Defender (Calif. State PD) | | US Bankruptcy Court |
| | CAAG (California Attorney General's Office - Keith H. Borjon, L.A. Death Penalty Coordinator) | | US Marshal Service - Los Angeles (USMLA) |
| | Case Asgmt Admin (Case Assignment Administrator) | | US Marshal Service - Riverside (USMED) |
| | Catterson, Cathy (9th Circuit Court of Appeal) | | US Marshal Service -Santa Ana (USMSA) |
| | Chief Deputy Admin | | US Probation Office (USPO) |
| | Chief Deputy Ops | | US Trustee's Office |
| | Clerk of Court | | Warden, San Quentin State Prison, CA |

| ✓ | ADD NEW NOTICE PARTY (if sending by fax, mailing address must also be provided) |
|---|---|
| Name: | Hon. Edward A. Infante (Ret.) |
| Firm: | |
| Address (include suite or floor): | Two Embarcadero Center, Suite 1500, San Francisco, CA  94111 |
| *E-mail: | |
| *Fax No.: | |

* For CIVIL cases only

| | Death Penalty H/C (Law Clerks) |
| | Dep In Chg E Div |
| | Dep In Chg So Div |
| | Federal Public Defender |
| | Fiscal Section |
| | Intake Section, Criminal LA |
| | Intake Section, Criminal SA |
| | Intake Supervisor, Civil |
| | PIA Clerk - Los Angeles (PIALA) |
| | PIA Clerk - Riverside (PIAED) |
| | PIA Clerk - Santa Ana (PIASA) |
| | PSA - Los Angeles (PSALA) |
| | PSA - Riverside (PSAED) |
| | PSA - Santa Ana (PSASA) |
| | Schnack, Randall (CJA Supervising Attorney) |
| | Statistics Clerk |

| JUDGE / MAGISTRATE JUDGE (list below): |
|---|
| |
| |
| |
| |

Initials of Deputy Clerk  jh

G-75 (03/07)                         NOTICE PARTY SERVICE LIST