1
2
3
4
5
6
7

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## EASTERN DIVISION

| CARTER BRYANT, an individual, | CASE NO. CV 04-9049 SGL (RNBx) |
|---|---|
| Plaintiff, | Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727 |
| vs. | |
| MATTEL, INC., a Delaware corporation,<br><br>Defendant. | ORDER RE:<br>EXCHANGE OF OBJECTIONS TO EXHIBITS, RESPONSES, AND FILING OF PRE-TRIAL EXHIBIT STIPULATION |
| AND CONSOLIDATED ACTIONS | Phase 1:<br>Discovery Cut-off:    January 28, 2008<br>Pre-trial Conference: May 19, 2008<br>Trial Date:           May 27, 2008 |

07209/2475370.1

PROPOSED ORDER

# ORDER

Based on the stipulation of the parties, and good cause appearing therefore, it is hereby ORDERED:

1. The parties shall exchange objections to exhibits by 7:00 p.m., April 30, 2008; shall exchange responses to the objections by 7:00 p.m., May 9, 2008; and file the Pre-Trial Exhibit Stipulation on Monday, May 12, 2008; and

2. The parties shall remain required to make all other Rule 16 pretrial submissions, including the filing of witness lists (which include anticipated direct and cross-examination times for each witness, as well as the exhibits to which each witness is expected to testify) on or before May 5, 2008.

DATED: May 02, 2008

HON. STEPHEN G. LARSON