THOMAS J. NOLAN
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue, Suite 3400
Los Angeles, CA 90071-3144
Tel.: (213) 687-5000 / Fax: (213) 687-5600:
tnolan@skadden.com
Attorneys for MGA Entertainment, Inc., et al.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| CARTER BRYANT, an individual | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | CV 04-9049 SGL (RNBx) |
| v. | |
| MATTEL, INC., a Delaware corporation | **NOTICE OF MANUAL FILING** |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 06-07 and Local Rule 5-4 the following document(s) or item(s) will be manually filed.

**List Documents:**
(1) MGA Parties' Opposition to Mattel, Inc.'s Motion In Limine No. 15 ;(2) The Declaration of Thomas J. Nolan in support thereof; (3) Application To File Under Seal; (4) Proposed Order Granting Filing Under Seal; (5) Proof of Service.

**Document Description:**
☒ Administrative Record
☒ Exhibits
☐ Ex Parte Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act (pursuant to Local Rule 79-5 .4(h)
☐ Other

**Reason:**
☒ Under Seal
☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
☐ Electronic versions are not available to filer
☐ Per Court order dated _____
☐ Manual Filing required *(reason):*

May 2, 2008  
Date

Thomas J. Nolan  
Attorney Name

MGA ENTERTAINMENT, INC., et al.  
Party Represented

Note:   File one Notice in each case, each time you manually file document(s).

G-92 (02/07)        NOTICE OF MANUAL FILING

American LegalNet, Inc.
www.FormsWorkflow.com