**DECLARATION OF SANDRA L. THOLEN**

# DECLARATION OF SANDRA L. THOLEN

I, Sandra L. Tholen, hereby state and declare as follows:

1. I am an attorney duly licensed to practice law in the state of California and a member of the bar of this Court. I am a principal of the law firm of Caldwell Leslie & Proctor, PC, counsel for non-party Matthew Bousquette in this action. I make this declaration in support of Mr. Bousquette's Opposition to MGA's Motion Objecting to the Discovery Master's April 22, 2008 Order Granting Matthew Bousquette's Motion to Quash Subpoena. I have personal knowledge of the facts set forth within this declaration and if called upon as a witness, I could and would testify competently thereto.

2. On March 7, 2008 Mr. Bousquette submitted an Opposition to MGA's Motion to Compel his deposition. A true and correct copy of Mr. Bousquette's Opposition to MGA's Motion to Compel is attached hereto as Exhibit "1."

3. On March 27, 2008, Mr. Bousquette submitted a Motion to Quash the Subpoena Seeking Deposition of Matthew Bouquette; or, in the Alternative, Motion for a Protective Order ("Motion to Quash"). A true and correct copy of Mr. Bousquette's Motion for Protective Order, including the Declaration of Matthew Bousquette and the Declaration of Christopher G. Caldwell (with Exhibits), is attached hereto as Exhibit "2."

4. On April 8, 2008, Mr. Bousquette submitted a Reply Brief in support of the Motion to Quash ("Reply"). A true and correct copy of Mr. Bousquette's

CALDWELL LESLIE & PROCTOR

016

Reply, including the Supplemental Declaration of Christopher G. Caldwell (with Exhibits) is attached hereto as Exhibit "3."

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on May 2, 2008, at Los Angeles, California.

SANDRA L. THOLEN