**EXHIBIT 1**

ORIGINAL

1  CALDWELL LESLIE & PROCTOR, PC
   CHRISTOPHER G. CALDWELL, State Bar No. 106790
2  1000 Wilshire Blvd., Suite 600
   Los Angeles, California 90017-2463
3  Telephone: (213) 629-9040
   Facsimile: (213) 629-9022
4
   Attorney for Non-Party
5  MATTHEW BOUSQUETTE

6

7

8                  **UNITED STATES DISTRICT COURT**

9                  **CENTRAL DISTRICT OF CALIFORNIA**

10                       **EASTERN DIVISION**

11  | CARTER BRYANT, an individual, | Case No. CV 04-9049 SGL (RNBx) |
    |---|---|
12  | Plaintiff, | Consolidated with Case No. CV 04-09059 Case No. CV 05-2727 |
13  | |
14  | v. | **DISCOVERY MATTER** |
15  | MATTEL, INC., a Delaware corporation, | **[To Be Heard by Discovery Master Hon. Edward Infante (Ret.) Pursuant to the Court's Order of December 6, 2006]** |
16  | |
17  | |
18  | Defendant. | **OPPOSITION BY NON-PARTY MATTHEW BOUSQUETTE TO MOTION TO COMPEL DEPOSITION; DECLARATION OF CHRISTOPHER G. CALDWELL** |
19  | |
20  | |
21  | |
22  | | Hearing Date:  March 10, 2008 Time:  8:30 a.m. Place:  Telephonic |
23  | |
24  | AND CONSOLIDATED ACTIONS | **Phase I** |
25  | | Discovery Cutoff:  January 28, 2008 Pretrial Conference: May 5, 2008 Trial Date:  May 27, 2008 |
26  | |

27

28

CALDWELL
LESLIE &
PROCTOR

**EXHIBIT** 1

OPPOSITION BY NON-PARTY MATTHEW BOUSQUETTE TO MOTION TO COMPEL

018

## I.   INTRODUCTION

Non-party Matthew Bousquette hereby submits the following Opposition to MGA's Motion to Compel his deposition.  As set forth below, MGA's Motion should be denied because the deposition subpoena on which MGA relies is deflective, was never served on Mr. Bousquette, and this Motion is brought in the wrong court.

## II.   MATTHEW BOUSQUETTE CANNOT BE COMPELLED TO APPEAR

The Court lacks jurisdiction to compel Matthew Bousquette for deposition. MGA's motion to compel his deposition must therefore be denied.

First, MGA never served Mr. Bousquette with his deposition subpoena. Caldwell Decl., ¶ 5.  Mr. Bousquette has separate counsel, Christopher G. Caldwell, of Caldwell Leslie & Proctor, who has represented Mr. Bousquette since October 2005.  Neither Bousquette nor his counsel have permitted Quinn Emanuel to accept the service of a subpoena on his behalf.  *Id.*, ¶ 6.  Thus, Mr. Bousquette cannot be compelled to appear for deposition because he has been not been properly served.  *See Fed. R. Civ. P.* 45(b) ("Serving a subpoena requires delivering a copy to the named person"); *see also Alexander v. Jesuits of Mo. Province,*175 F.R.D. 556, 558 (D. Kan. 1997) (holding that witness was not required to appear for deposition in response to a subpoena which was not properly served).

Second, MGA's motion to compel is improper because an application to compel discovery from a non-party must be made "in the district where the discovery is being, or is to be, taken." *Fed. R. Civ. P.* 37(a)(1).  "With regard to the district court's enforcement authority, the Federal Rules provide that a motion to compel discovery or disclosure by a nonparty must be made to the court in the district where the discovery is being taken".  *U.S. ex rel. Pogue v. Diabetes Treatment Ctrs. of Am., Inc.*, 444 F.3d 462, 468 (6th Cir. 2006).  Here, Mr. Bousquette has been purportedly subpoenaed to testify in Chicago, Illinois.

CALDWELL
LESLIE &
PROCTOR

-1-

1   Accordingly, any motion to compel discovery in response to that subpoena must

2   be filed in the Northern District of Illinois.  This Court does not have jurisdiction

3   to compel Mr. Bousquette's deposition.

4   **III.    CONCLUSION**

5          For the foregoing reasons, non-party Matthew Bousquette respectfully

6   submits that MGA's Motion to Compel should be denied.

7

8   DATED:  March 7, 2008                    Respectfully submitted,

9                                            CALDWELL LESLIE & PROCTOR, PC

10

11                                           By _____

12                                           CHRISTOPHER G. CALDWELL
                                             Attorney for Non-Party
13                                           MATTHEW BOUSQUETTE

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CALDWELL
LESLIE &
PROCTOR

-2-

020