**CALDWELL DECLARATION**

# DECLARATION OF CHRISTOPHER G. CALDWELL

I, Christopher G. Caldwell, hereby state and declare as follows:

1. I am a principal of the law firm of Caldwell Leslie & Proctor, a Professional Corporation.

2. Since October 2005, I have represented Matthew Bousquette in a variety of matters that pre-date this proceeding.

3. I have been informed that MGA Entertainment, Inc., a party in the above captioned action, is seeking to compel Mr. Bousquette's deposition and to enforce a deposition subpoena.

4. Mr. Bousquette currently resides in Chicago, Illinois and works in the suburbs of Chicago.

5. Mr. Bousquette has not been personally served with a deposition subpoena in connection with this action nor have I accepted service of a deposition on Mr. Bousquette's behalf in connection with this action.

6. Neither Mr. Bousquette nor I have ever authorized the law firm of Quinn Emanuel Urquhart Oliver & Hedges LLP to accept service of a deposition subpoena on his behalf.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on March 7, 2008, at Los Angeles, California.

_/s/ Christopher G. Caldwell_
CHRISTOPHER G. CALDWELL

CALDWELL LESLIE & PROCTOR

082-01\Opp to Mtn to Compel Depo.doc \6

-3-

021

**PROOF OF SERVICE**

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is: 1000 Wilshire Boulevard, Suite 600, Los Angeles, California 90017-2463.

On March 7, 2008, I served the foregoing document(s) described as:

**OPPOSITION BY NON-PARTY MATTHEW BOUSQUETTE TO MOTION TO COMPEL DEPOSITION; DECLARATION OF CHRISTOPHER G. CALDWELL**

[ on all interested parties in this action.
**SEE ATTACHED SERVICE LIST**

[X]   By placing [ ] the original [X] true copies thereof enclosed in sealed envelopes addressed as follows:

[X]   **BY MAIL**   As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[X]   **BY OVERNIGHT COURIER** I caused each envelope with postage prepaid to be sent by Federal Express.

[ ]   **BY TELECOPIER** By transmitting the above listed document(s) to the fax number(s) set forth on this date.

[X]   **BY PERSONAL SERVICE** I delivered such envelope by hand to the offices of the addressee.

[X]   **BY ELECTRONIC MAIL** I personally served in ".PDF" format, the document(s) described above, with attachments, to the individuals stated on the attached service list to their known email addresses

Executed on March 7, 2008, at Los Angeles, California.

[X]   (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

SONIA L. MEJIA
Type or Print Name                                 Signature

CALDWELL
LESLIE
& PROCTOR

-1-

022

## SERVICE LIST

| Jon D. Corey<br>Timothy L. Alger<br>QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP<br>865 S. Figueroa Street, 10th Floor<br>Los Angeles, CA 90017<br>joncorey@quinnemanuel.com<br>*Attorneys for Plaintiff and Cross-Defendant Matterl, Inc.*<br>**[BY ELECTRONIC EMAIL]** | Thomas J. Nolan<br>SKADDEN ARPS SLATE MEAGHER & FLOM, LLP<br>300 S. Grand Avenue, Suite 3400<br>Los Angeles, CA 90071<br>tnolan@skadden.com<br>*Attorneys for MGA Entertainment, Inc.*<br>**[BY PERSONAL SERVICE & ELECTRONIC EMAIL]** |
|---|---|
| Michael H. Page<br>KEKER & VAN NEST, LLP<br>710 Sansome Street<br>San Francisco, CA 94111<br>mpage@kvn.com<br>*Attorneys for Carter Bryant*<br>**[BY MAIL & ELECTRONIC EMAIL]** | Alexander H. Cote<br>OVERLAND BORENSTEIN SCHEPER & KIM, LLP<br>300 S. Grand Avenue, Suite 2750<br>Los Angeles, CA 90071-3144<br>acote@obsklaw.com<br>*Attorneys for Carlos Gustavo Machado*<br>**[BY MAIL & ELECTRONIC EMAIL]** |
| The Honorable Judge Infante<br>c/o Sandra Chan, Case Administrator<br>JAMS<br>Two Embarcadero Center, Suite 1500<br>San Francisco, California 94111<br>schan@jamsadr.com<br>**[BY FEDERAL EXPRESS & ELECTRONIC MAIL]** | |

CALDWELL
LESLIE
& PROCTOR

023

**PROOF OF SERVICE**

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen and not a party to the within entitled action. My business address is 1055 W. 7th Street, Suite 250, Los Angeles, California 90017.

On **March 7, 2008**, I served the within document(s) described below as:

**OPPOSITION BY NON-PARTY MATTHEW BOUSQUETTE TO MOTION TO COMPEL DEPOSITION; DECLARATION OF CHRISTOPHER G. CALDWELL**

on the parties to this action who are listed on the attached Service List.

    ( ) **BY HAND (STATE COURT):** By hand-delivering a true copy thereof in sealed envelopes to the offices of the parties listed on the attached Service List.

    (X) **BY HAND (FEDERAL COURT):** By placing a true copy thereof in sealed envelopes and causing such envelopes to be hand-delivered to the offices of the parties listed on the attached Service List.

    **SEE ATTACHED SERVICE LIST**

( ) **STATE:** I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct of my own personal knowledge, and that I executed this document on **March 7, 2008**, at Los Angeles, California.

(X) **FEDERAL:** I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct of my own personal knowledge, that I am employed in an office of a member of the Bar of this Court at whose direction this service was made, and that I executed this document on **March 7, 2008** at Los Angeles, California.

_Pedro Miranda_
**APEX MESSENGER**

Pedro N. Miranda

CALDWELL, LESLIE, NEWCOMBE & PETTIT

-1-

## SERVICE LIST

Thomas J. Nolan
SKADDEN ARPS SLATE MEAGHER & FLOM, LLP
300 S. Grand Avenue, Suite 3400
Los Angeles, CA  90071
tnolan@skadden.com
*Attorneys for MGA Entertainment, Inc.*

CALDWELL,
LESLIE,
NEWCOMBE
& PETTIT

-2-

082-01\POS. BY HAND. APEX.doc \3

025