**EXHIBIT A**

# Caldwell Leslie

Caldwell Leslie & Proctor, PC
1000 Wilshire Boulevard, Suite 600  Los Angeles, CA  90017-2463  Tel 213.629.9040  Fax 213.629.9022  www.caldwell-leslie.com

**BY TELECOPIER AND**
**FIRST-CLASS MAIL**

**CHRISTOPHER G. CALDWELL**
caldwell@caldwell-leslie.com

March 17, 2008

Thomas J. Nolan
Skadden Arps
300 South Grand Avenue, Suite 3400
Los Angeles, California 90071

Re:   *Matthew Bousquette*

Dear Tom:

When we spoke last Wednesday, I understood that you would be sending me a copy of the Judge's Order relating to Matt Bousquette's deposition. I still have not seen any Order. Instead, I understand that you had a subpoena served on Matt this past weekend.

While I have not seen the subpoena, I understand that it seeks Matt's testimony on March 28, 2007, in Palm Springs, California. As I have told you before, Matt works and resides in Chicago now. In addition, March 28, 2007 is not an available date for Matt. As I told you when we spoke last week, Matt has a very extensive travel schedule.

Could you please extend me the courtesy of sending me a copy of the subpoena? Once I have had a chance to review it, I will get back to you concerning the deposition.

I will be traveling the rest of this week, so I ask that you provide your response by email to the address above. Thank you.

Very truly yours,

CHRISTOPHER G. CALDWELL

cc:   Jon Corey (by telecopier)
      Michael H. Page (by telecopier)

EXHIBIT A

044