**EXHIBIT C**

# Caldwell Leslie

Caldwell Leslie & Proctor, PC
1000 Wilshire Boulevard, Suite 600  Los Angeles, CA  90017-2463  Tel 213.629.9040  Fax 213.629.9022  www.caldwell-leslie.com

**BY TELECOPIER AND
FIRST-CLASS MAIL**

**SANDRA L. THOLEN**
tholen@caldwell-leslie.com

March 21, 2008

Robert J. Herrington
Skadden Arps
300 South Grand Avenue, Suite 3400
Los Angeles, California 90071

Re:   *Matthew Bousquette*

Dear Mr. Herrington:

This letter is in response to your letter dated March 19, 2008. As you know, Chris is out of the office this week. I am responding on his behalf.

Your letter indicates that you intend to go forward with Mr. Bousquette's deposition on March 28, 2008, despite the fact that, as Chris informed you, Mr. Bousquette is not available on March 28, 2008. As you know, Mr. Bousquette lives and works in Chicago and has an extensive travel schedule. He is simply not available for deposition in California on March 28.

He is available for deposition, however, on April 30, 2008. Please let me know as soon as possible whether this date is acceptable.

We would prefer to work this scheduling issue out amicably, but if we are unable to do so, it will be necessary for us to seek a protective order. Should that be necessary, this letter will constitute notice and an effort to meet and confer with respect to this issue.

If you have any questions, please don't hesitate to contact me.

Very truly yours,

*[signature]*
SANDRA L. THOLEN

EXHIBIT C

066

# PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is: 1000 Wilshire Boulevard, Suite 600, Los Angeles, California 90017-2463.

On March 27, 2008, I served the foregoing document(s) described as:

**NOTICE OF MOTION AND MOTION TO QUASH THE SUBPOENA SEEKING DEPOSITION OF MATTHEW BOUSQUETTE; OR, IN THE ALTERNATIVE, MOTION FOR A PROTECTIVE ORDER; MEMORANDUM OF POINTS & AUTHORITIES; DECLARATIONS OF MATTHEW BOUSQUETTE AND CHRISTOPHER G. CALDWELL WITH EXHIBITS**

[ on all interested parties in this action.

**SEE ATTACHED SERVICE LIST**

[X] By placing [ ] the original [X] true copies thereof enclosed in sealed envelopes addressed as follows:

[X] **BY MAIL** As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[X] **BY OVERNIGHT COURIER** I caused each envelope with postage prepaid to be sent by Federal Express.

[ ] **BY TELECOPIER** By transmitting the above listed document(s) to the fax number(s) set forth on this date.

[X] **BY PERSONAL SERVICE** I delivered such envelope by hand to the offices of the addressee.

[X] **BY ELECTRONIC MAIL** I personally served in ".PDF" format, the document(s) described above, with attachments, to the individuals stated on the attached service list to their known email addresses

Executed on March 27, 2008, at Los Angeles, California.

[X] (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

SONIA L. MEJIA  
Type or Print Name                    Signature

CALDWELL  
LESLIE  
& PROCTOR

-1-

067

## SERVICE LIST

| | |
|---|---|
| Jon D. Corey<br>Timothy L. Alger<br>QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP<br>865 S. Figueroa Street, 10th Floor<br>Los Angeles, CA 90017<br>joncorey@quinnemanuel.com<br>*Attorneys for Plaintiff and Cross-Defendant Matterl, Inc.*<br>**[BY ELECTRONIC EMAIL]** | Thomas J. Nolan<br>SKADDEN ARPS SLATE MEAGHER & FLOM, LLP<br>300 S. Grand Avenue, Suite 3400<br>Los Angeles, CA 90071<br>tnolan@skadden.com<br>*Attorneys for MGA Entertainment, Inc.*<br>**[BY PERSONAL SERVICE & ELECTRONIC EMAIL]** |
| Michael H. Page<br>KEKER & VAN NEST, LLP<br>710 Sansome Street<br>San Francisco, CA 94111<br>mpage@kvn.com<br>*Attorneys for Carter Bryant*<br>**[BY MAIL & ELECTRONIC EMAIL]** | Alexander H. Cote<br>OVERLAND BORENSTEIN SCHEPER & KIM, LLP<br>300 S. Grand Avenue, Suite 2750<br>Los Angeles, CA 90071-3144<br>acote@obsklaw.com<br>*Attorneys for Carlos Gustavo Machado*<br>**[BY MAIL & ELECTRONIC EMAIL]** |
| The Honorable Judge Infante<br>c/o Sandra Chan, Case Administrator<br>JAMS<br>Two Embarcadero Center, Suite 1500<br>San Francisco, California 94111<br>schan@jamsadr.com<br>**[BY FEDERAL EXPRESS & ELECTRONIC MAIL]** | The Honorable Judge Stephen G. Larson<br>United States District Court, Eastern Division<br>3470 Twelfth Street<br>Courtroom No.: One<br>Riverside, California 92501-3000<br>**[COURTESY COPY]** |

CALDWELL
LESLIE
& PROCTOR

a08

# PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen and not a party to the within entitled action. My business address is 1055 W. 7th Street, Suite 250, Los Angeles, California 90017.

On **March 27, 2008**, I served the within document(s) described below as:

**NOTICE OF MOTION AND MOTION TO QUASH THE SUBPOENA SEEKING DEPOSITION OF MATTHEW BOUSQUETTE; OR, IN THE ALTERNATIVE, MOTION FOR A PROTECTIVE ORDER; MEMORANDUM OF POINTS & AUTHORITIES; DECLARATIONS OF MATTHEW BOUSQUETTE AND CHRISTOPHER G. CALDWELL WITH EXHIBITS**

on the parties to this action who are listed on the attached Service List.

( ) **BY HAND (STATE COURT):** By hand-delivering a true copy thereof in sealed envelopes to the offices of the parties listed on the attached Service List.

(X) **BY HAND (FEDERAL COURT):** By placing a true copy thereof in sealed envelopes and causing such envelopes to be hand-delivered to the offices of the parties listed on the attached Service List.

**SEE ATTACHED SERVICE LIST**

( ) **STATE:** I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct of my own personal knowledge, and that I executed this document on **March 27, 2008**, at Los Angeles, California.

(X) **FEDERAL:** I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct of my own personal knowledge, that I am employed in an office of a member of the Bar of this Court at whose direction this service was made, and that I executed this document on **March 27, 2008** at Los Angeles, California.

_/s/ [signature]_
APEX MESSENGER

CALDWELL, LESLIE, NEWCOMBE & PETTIT

## SERVICE LIST

Thomas J. Nolan
SKADDEN ARPS SLATE MEAGHER & FLOM, LLP
300 S. Grand Avenue, Suite 3400
Los Angeles, CA 90071
tnolan@skadden.com
*Attorneys for MGA Entertainment, Inc.*

CALDWELL,
LESLIE,
NEWCOMBE
& PETTIT