**CALDWELL SUPPL. DECL.**

## SUPPLEMENTAL DECLARATION OF CHRISTOPHER G. CALDWELL

I, Christopher G. Caldwell, hereby state and declare as follows:

1. I am an attorney duly licensed to practice law in the state of California and a member of the bar of this Court. I am a principal of the law firm of Caldwell Leslie & Proctor, PC, counsel for non-party Matthew Bousquette in this action. I make this supplemental declaration in support of the Reply to the Motion to Quash Subpoena Seeking Deposition of Matthew Bousquette; or, in the Alternative, Motion for a Protective Order. I have personal knowledge of the facts set forth within this declaration and if called upon as a witness, I could and would testify competently thereto.

2. MGA claims that an address for Mr. Bousquette current through "at least February 2008" is 17900 Von Karman Avenue, Suite 200, Irvine, CA. Opposition at 9. An internet search for that address shows that the address is occupied by The Ayco Company, L.P, a Goldman Sachs Company ("AYCO"). A printout of AYCO's website, including a page with a picture of AYCO's office located at 17900 Von Karman Avenue, Suite 200, Irvine, CA is attached as Exhibit "A." Mr. Bousquette does not own AYCO nor does he work at AYCO. Thus, 17900 Von Karman Avenue, Suite 200, Irvine, CA is not a current address for Mr. Bousquette.

3. MGA claims that it attempted to locate Mr. Bousquette in the Chicago area but that "[s]earches revealed no listings for Mr. Bousquette in or near Chicago." Opposition at 8. I conducted a search for "Matthew Bousquette" on Google. A true and accurate copy of the results of the search are attached as Exhibit "B," page 1. By clicking on the first search result, I arrived on a Forbes article that states that Mr. Bousquette "is currently the Chairman of the Board of Enesco LLC." *See* Ex. B at 2. I then performed a Google search for "Enesco LLC." A true and copy of the results for that search are attached as Ex. B at 3.

search for "Enesco LLC." A true and correct copy of the Google search results for "Enesco LLC" is attached as Ex. B, page 2. Again, I clicked on the first search result, which took me to Enesco's website. I clicked on the "Contact Us" link at the bottom of the page and arrived at a page indicating that Enesco's business address is 225 Windsor Drive, Itasca, Illinois 60143. True and correct copies of these excerpts from Enesco's web page are attached hereto as Exhibit B, page 3. In total, it took only a few minutes to identify Mr. Bousquette's place of employment in Illinois from these simple web searches.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on April 7, 2008, at Los Angeles, California.

_____
CHRISTOPHER G. CALDWELL

CALDWELL
LESLIE &
PROCTOR

-2-

086