# EXHIBIT A



**LOCATIONS**

OUR COMPANY   CLIENT SERVICES   CAREERS

Home / Our Company

**AYCO**
A Goldman Sachs Company

**Regional Offices:**
Saratoga Springs, NY
Albany, NY
Atlanta, GA
Chicago, IL
Dallas, TX
**Los Angeles, CA**
Parsippany, NJ
Pittsburgh, PA
Troy, MI

+ Our History
+ Executive Officers
+ Ayco's Mission
+ Business Groups
+ Technical Expertise
+ Locations



LOS ANGELES

17900 Von Karman Avenue
Suite 200
Irvine, California 92614-7213

949.955.1544  Fax: 949.794.4990
MAP

© Copyright 2008 The Ayco Company, L.P., a Goldman Sachs Company. All Rights Reserved.

Site Index | Terms of Use | Privacy Policy | Contact Us

**EXHIBIT A**
087



Home / Our Company

**OUR COMPANY**   **CLIENT SERVICES**   **CAREERS**

+ Our History
+ Executive Officers
+ Ayco's Mission
+ Business Groups
+ Technical Expertise
+ Locations

## Executive Officers

**Joel L. Schaller**
President and CEO

**Jay V. DeRusso**
Executive Vice President

**Daniel J. (Din) Cahill**
Senior Vice President
National Sales and Marketing

**Mae Cavoli**
Senior Vice President
Co-General Counsel

**Emmett T. Clancy**
Senior Vice President
Counseling - California Region

**John J. Collins**
Senior Vice President and COO
Investment Services Group

**Robert F. Fritz**
Senior Vice President
Counseling - New York Region

**Eric J. Gordon**
Senior Vice President
Counseling - Michigan and
Pennsylvania Regions

**Jacqueline Dunbar Grande**
Senior Vice President
Public Relations

**Peter H. Heerwagen**
Executive Vice President

**Patrick J. Joynt**
Senior Vice President
Wealth Strategies Group

**Margaret M. Keyes**
Senior Vice President
Financial Related Services

**Paul W. Kutey**
Senior Vice President
Finance and Operations

**Joseph K. Lombino**
Senior Vice President

**Sheri L. Lyons**
Senior Vice President
Human Resources

**Peter R. Martin**
Senior Vice President
Co-General Counsel

**John P. Mastriani**
Senior Vice President
Investment Services Group

**Gary M. Hind**
Executive Vice President

**Kathryn L. Matthews**
Senior Vice President
Tax and Quality Control

**Timothy D. O'Hara**
Senior Vice President
Encompass

**Christopher M. Pritchard**
Senior Vice President
Counseling - Illinois Region

**David M. Quinn**
Senior Vice President and
Chief Policy Officer
Technical Groups

**Randy D. Roe**
Senior Vice President
Counseling - Texas Region

**Brian S. Rothman**
Senior Vice President
Counseling - New Jersey Region

**Kenneth A. Willetts**
Senior Vice President
Counseling - Georgia Region

© Copyright 2008 The Ayco Company, L.P., a Goldman Sachs Company. All Rights Reserved.

Site Index | Terms of Use | Privacy Policy | Contact Us



088



## OUR HISTORY

OUR COMPANY    CLIENT SERVICES    CAREERS

Home / Our Company

+ **Our History**
+ Executive Officers
+ Ayco's Mission
+ Business Groups
+ Technical Expertise
+ Locations

### Our History

Ayco was incorporated in 1971 by entrepreneurs who were acquainted with a large number of executives who were charged with achieving corporate goals and increasing shareholder value. When the day was done these executives had little time to understand and navigate their complex and sophisticated company benefits and compensation plans, and integrate them with their estate, investment, income tax, risk management and cash flow/retirement plans. Many had a bevy of advisors, but very few aspects of their financial planning were well-coordinated or integrated. We filled this void by becoming trusted advisors to these busy executives.

The first two letters of our founders' last names (William Aydelotte and James Conway) form our company's name. We remained privately held until 1983, when we were acquired by one of our corporate clients, The American Express Company. The infusion of capital and name recognition allowed us to grow our business.

In December 1994, under the leadership of senior management, The Ayco Corporation underwent a management buyout, forming The Ayco Company, L.P.

In July 2003, we were acquired by The Goldman Sachs Group, Inc. The fit between our firms reflects a shared culture of absolute professionalism and passion for client service.

© Copyright 2008 The Ayco Company, L.P., a Goldman Sachs Company. All Rights Reserved.

Site Index | Terms of Use | Privacy Policy | Contact Us

089



OUR COMPANY   CLIENT SERVICES   CAREERS

Home / Our Company

- + Our History
- + Executive Officers
- **+ Ayco's Mission**
  - Ayco's 5-Point Philosophy
  - What Makes Ayco Unique
- + Business Groups
- + Technical Expertise
- + Locations

## Ayco's Mission

Ayco's mission is to provide an enduring source of valuable financial assistance to our clients.

© Copyright 2008 The Ayco Company, L.P., a Goldman Sachs Company. All Rights Reserved.

Site Index | Terms of Use | Privacy Policy | Contact Us