**EXHIBIT B**

Web   Images   Maps   News   Shopping   Gmail   more ▼                                             Sign in

## Google

["matthew bousquette"]   Search   Advanced Search / Preferences

---

**Web**                Results **1 - 10** of about **956** for "**matthew bousquette**". (**0.14** seconds)

### Matthew Bousquette Profile - Forbes.com
**Matthew Bousquette** compensation, earnings, stock options, career history, current profile and additional information at Forbes.com.
www.forbes.com/finance/mktguideapps/personinfo/FromPersonIdPersonTearsheet.jhtml?passedPersonId=925400 - 39k -
Cached - Similar pages

### Bloomberg.com: Bloomberg Columnists
Here's the most immediate case in point: **Matthew Bousquette**. He was fired on Dec. 15 from his position as president of Mattel Brands. ...
www.bloomberg.com/apps/news?pid=10000039&sid=axLz9ZMDwokU&refer=columnist_crystal - 44k - Cached - Similar pages

### Matthew Bousquette: ZoomInfo Business People Information
View **Matthew Bousquette's** professional background on ZoomInfo, the largest index of people in business in the world. Find who you're looking for at ...
www.zoominfo.com/people/Bousquette_Matt_935813.aspx - 28k - Cached - Similar pages

### Matthew Bousquette, Member, Logitech Inc., Fremont, CA in Spoke's ...
**Matthew Bousquette's** email, business address and phone, bio, title, job history, colleagues, and other professional information listed in Spoke's business ...
center.spoke.com/info/pF8ZJa/MatthewBousquette - 43k - Cached - Similar pages

### Biographical Profile
**MATTHEW BOUSQUETTE** PRESIDENT, MATTEL BRANDS. Matt Bousquette is president of the Mattel Brands business unit and is responsible for all aspects of marketing ...
www.mattel.com/about_us/Bios/bios_Bousquette.asp - 7k - Cached - Similar pages

### FindLaw - Employment Agreement - Mattel Inc. and Matthew Bousquette
July 20, 2000 Mr. **Matthew Bousquette** President Boys/Entertainment Mattel, Inc. 333 Continental Boulevard El Segundo, California 90245-5012 Re: Amendment to ...
contracts.corporate.findlaw.com/agreements/mattel/bousquette.emp.2000.07.20.html - 22k -
Cached - Similar pages

> ### FindLaw - Loan Agreement - Mattel Inc. and Matthew C. Bousquette
> **MATTHEW BOUSQUETTE** <TEXT> <PAGE> EXHIBIT 10.11 February 10, 2000 Mr. **Matthew Bousquette** President Boys/Entertainment Mattel, Inc. 333 Continental Boulevard ...
> contracts.corporate.findlaw.com/agreements/mattel/bousquette.loan.1999.10.29.html - 41k -
> Cached - Similar pages
> More results from contracts.corporate.findlaw.com »

### Matthew Bousquette: Executive Profile & Biography - BusinessWeek
Read the full executive profile of **Matthew Bousquette**. Find **Matthew Bousquette's** salary, education, stock options, career history & more biography.
investing.businessweek.com/businessweek/research/stocks/people/person.asp?personId=181594&capId=38800... - 44k - Cached - Similar pages

EXHIBIT B

091

Web   Images   Maps   News   Shopping   Gmail   more ▼                                                Sign in

## Google

[Enesco LLC]                                            Search   | Advanced Search
                                                                  Preferences

---

Web                                          Results **1 - 10** of about **169,000** for **Enesco LLC**. (0.04 seconds)

### About Us - **Enesco**                                     Sponsored Links
The official web site of **Enesco, LLC**. Find great gifts for every occasion
or recipient. ... **Enesco, LLC** is a producer of giftware, and home and    Form A California **LLC**
garden décor ...                                                             3 Easy Steps - Quick & Affordable!
www.**enesco**.com/aboutUs.jsp.vr - 31k - Cached - Similar pages             Seen on CNN, Member BBB Online
                                                                             www.LegalZoom.com/CA
### Our Brands - **Enesco**                                                  California
The official web site of **Enesco, LLC**. Find great gifts for every
occasion or recipient. ... Designed by Priscilla and Glenn Hillman           **Enesco** - Official Site
Licensed by **Enesco, LLC**. ...                                             Choose From A Great Selection To
www.**enesco**.com/ourBrands.jsp.vr - 42k - Cached - Similar pages           Find Rare Figurines & Gift Ideas
More results from www.enesco.com »                                           www.**Enesco**.com

### **Enesco, LLC** Company Profile - Yahoo! Finance
**Enesco** collects from collectibles. The company is a global marketer of
porcelain and cold-cast collectibles (figurines, cottages), giftware
(ornaments, ...
biz.yahoo.com/ic/11/11396.html - 26k - Cached - Similar pages

### **Enesco** and Tinicum Capital Partners Announce Completion of Asset ...
The purchase price for **Enesco's** business, operations and assets included **Enesco LLC's**
forgiveness of all amounts due under **Enesco's** senior secured ...
www.thefreelibrary.com/
**Enesco**+and+Tinicum+Capital+Partners+Announce+Completion+of+Asset...-a0159352331 -
22k - Cached - Similar pages

### **Enesco LLC** --- US - Illinois Distributor / Wholesaler - Brazil B2B ...
Brazil B2b Marketplace: Company Directory and trade leads. Find buy and sell offers from
Brazil, send targeted trade leads, post and reply import export ...
br.tradeholding.com/default.cgi/action/viewcompanies/companyid/253729/ - 59k -
Cached - Similar pages

### **Enesco, LLC** Jobs: Manufacturing/Operations careers - Yahoo! HotJobs
Find **Enesco, LLC** jobs and read about **Enesco, LLC's** career and employment opportunities
on Yahoo! HotJobs. Search **Enesco, LLC** jobs and apply today on Yahoo!
hotjobs.yahoo.com/careers-601306-**Enesco_LLC** - 17k - Cached - Similar pages

### **Enesco LLC** Jobs on CareerBuilder.com
Looking for **Enesco LLC** Jobs? See currently available job openings on CareerBuilder.com.
Browse the current listings and fill out job applications.
www.careerbuilder.com/JobSeeker/
Jobs/JobResults.aspx?ncc=%5E%22**Enesco**+**LLC**%22%24 - 61k - Cached - Similar pages

### Coyne's & Company, Inc. v. **Enesco, LLC** - 0:2007cv04095 - Justia ...
Justia Federal Filings - Minnesota District Court - Intellectual Property - Trademark - Coyne's
& Company, Inc. v. **Enesco, LLC**.
dockets.justia.com/docket/court-mndce/case_no-0:2007cv04095/case_id-94210/ - 68k -
Cached - Similar pages



Customer Ser
Find a Ret
My Acc
Shopping

shop brands | shop occasions | coming soon | enesco clubs

**Product Search**
ADVANCED S

**Account Login**  Email address [ ]  Password [ ]  **Login**  SIGN UP FOR AN ACCOUNT >
FORGOT YOUR PASSWORD >



Beatrix Potter
Border Fine Arts
Cherished Teddies
Children Of The Inner Light
Circle of Love
Country Artist Butterfly Fairies
Country Artists
Country Artists A Breed Apart

**view all**



Anniversary
Baby
Back to School
Baptism/Christening
Birthday
Boss's Day
Christmas
Confirmation

**view all**



Banks
Bells
Books
Cake Toppers
Calendars
Candles and Accessories
Coming Soon
Covered Box

**view all**



$0 - $10
$10 - $25
$25 - $50
$50 - $100
> $100



Home > **Customer Service**

## customer service

**Customer Service**

Frequently Asked Questions

Become a Retailer

Become an Affiliate

Store Locator

Product Suggestions

Walt Disney Collector's Society

Cherished Teddies Club

**Customer Service Request Form**
To help us better address your questions please complete our Customer Servic Request Form >

**Contact Us:**
*International Headquarters Contact Information*

**Mailing Address:**
225 Windsor Drive
Itasca, Illinois 60143
View Map >

**Key Phone Numbers:**
Main Reception . . . . . . . . . . . 1-630-875-5300
Consumer . . . . . . . . . . . . . . . 1-800-NEAR YOU
Retailer/Trade/Business . . . . 1-800-4ENESCO
Collectors' Clubs . . . . . . . . . 1-800 4 ENESCO (1-800-436-3726)

**For The Hearing Impaired:**
We offer special services for our hearing impaired collectors and business partn
Our telephone device for the hearing impaired (TDD Line) is (630) 875-8385.

**Email:**
Email us with website suggestions >
Contact us with product suggestions >
Email for media inquiries >

If you experience any technical problems with our web site, please e-mail our Webmaster >

**Product concerns:**
If you purchased your product at Enesco.com Please look at your confirmation to locate the retailer that fulfilled the order. You must contact them directly for an product returns or exchanges.
For more information, you may also contact Enesco.com at caffairs@enesco.cc

If you purchased your product at a retail location please contact your retailer if y purchase is damaged, needs repairs or for any returns or exchanges.

Find a Retailer >

093

# PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is: 1000 Wilshire Boulevard, Suite 600, Los Angeles, California 90017-2463.

On April 8, 2008, I served the foregoing document(s) described as:

**REPLY TO MOTION TO QUASH THE SUBPOENA SEEKING DEPOSITION OF MATTHEW BOUSQUETTE; OR, IN THE ALTERNATIVE, MOTION FOR A PROTECTIVE ORDER; SUPPLEMENTAL DECLARATION OF CHRISTOPHER G. CALDWELL WITH EXHIBITS**

[ on all interested parties in this action.

**SEE ATTACHED SERVICE LIST**

[X] By placing [ ] the original [X] true copies thereof enclosed in sealed envelopes addressed as follows:

[X] **BY MAIL** As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[X] **BY OVERNIGHT COURIER** I caused each envelope with postage prepaid to be sent by Federal Express.

[ ] **BY TELECOPIER** By transmitting the above listed document(s) to the fax number(s) set forth on this date.

[X] **BY PERSONAL SERVICE** I delivered such envelope by hand to the offices of the addressee.

[X] **BY ELECTRONIC MAIL** I personally served in ".PDF" format, the document(s) described above, with attachments, to the individuals stated on the attached service list to their known email addresses

Executed on April 8, 2008, at Los Angeles, California.

[X ] (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

SONIA L. MEJIA
Type or Print Name                                    Signature

## SERVICE LIST

| | |
|---|---|
| Jon D. Corey<br>Timothy L. Alger<br>QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP<br>865 S. Figueroa Street, 10th Floor<br>Los Angeles, CA 90017<br>joncorey@quinnemanuel.com<br>***Attorneys for Plaintiff and Cross-Defendant Matterl, Inc.***<br>**[BY ELECTRONIC EMAIL]** | Thomas J. Nolan<br>SKADDEN ARPS SLATE MEAGHER & FLOM, LLP<br>300 S. Grand Avenue, Suite 3400<br>Los Angeles, CA 90071<br>tnolan@skadden.com<br>***Attorneys for MGA Entertainment, Inc.***<br>**[BY PERSONAL SERVICE & ELECTRONIC EMAIL]** |
| Michael H. Page<br>KEKER & VAN NEST, LLP<br>710 Sansome Street<br>San Francisco, CA 94111<br>mpage@kvn.com<br>***Attorneys for Carter Bryant***<br>**[BY MAIL & ELECTRONIC EMAIL]** | Alexander H. Cote<br>OVERLAND BORENSTEIN SCHEPER & KIM, LLP<br>300 S. Grand Avenue, Suite 2750<br>Los Angeles, CA 90071-3144<br>acote@obsklaw.com<br>***Attorneys for Carlos Gustavo Machado***<br>**[BY MAIL & ELECTRONIC EMAIL]** |
| The Honorable Judge Infante<br>c/o Sandra Chan, Case Administrator<br>JAMS<br>Two Embarcadero Center, Suite 1500<br>San Francisco, California 94111<br>schan@jamsadr.com<br>**[BY FEDERAL EXPRESS & ELECTRONIC MAIL]** | The Honorable Judge Stephen G. Larson<br>United States District Court, Eastern Division<br>3470 Twelfth Street<br>Courtroom No.: One<br>Riverside, California 92501-3000<br>**[COURTESY COPY]** |

# PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen and not a party to the within entitled action. My business address is 1055 W. 7th Street, Suite 250, Los Angeles, California 90017.

On **April 8, 2008**, I served the within document(s) described below as:

```
REPLY TO MOTION TO QUASH THE SUBPOENA SEEKING
DEPOSITION OF MATTHEW BOUSQUETTE; OR, IN THE
ALTERNATIVE, MOTION FOR A PROTECTIVE ORDER;
SUPPLEMENTAL DECLARATION OF CHRISTOPHER G. CALDWELL
WITH EXHIBITS
```

on the parties to this action who are listed on the attached Service List.

    **( ) BY HAND (STATE COURT):** By hand-delivering a true copy thereof in sealed envelopes to the offices of the parties listed on the attached Service List.

    **(X) BY HAND (FEDERAL COURT):** By placing a true copy thereof in sealed envelopes and causing such envelopes to be hand-delivered to the offices of the parties listed on the attached Service List.

    **SEE ATTACHED SERVICE LIST**

**( ) STATE:** I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct of my own personal knowledge, and that I executed this document on **April 8, 2008**, at Los Angeles, California.

**(X) FEDERAL:** I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct of my own personal knowledge, that I am employed in an office of a member of the Bar of this Court at whose direction this service was made, and that I executed this document on **April 8, 2008** at Los Angeles, California.

_____
**APEX MESSENGER**

CALDWELL, LESLIE, NEWCOMBE & PETTIT

-1-

082-01\POS. BY HAND. APEX.doc \6



## SERVICE LIST

Thomas J. Nolan
SKADDEN ARPS SLATE MEAGHER & FLOM, LLP
300 S. Grand Avenue, Suite 3400
Los Angeles, CA 90071
tnolan@skadden.com
*Attorneys for MGA Entertainment, Inc.*

CALDWELL,
LESLIE,
NEWCOMBE
& PETTIT

082-01\POS. BY HAND. APEX.doc\6

097