1  THOMAS J. NOLAN (Bar No. 66992)
   SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
2  300 South Grand Avenue
   Los Angeles, CA 90071-3144
3  Telephone: (213) 687-5000
   Facsimile: (213) 687-5600
4  E-mail: tnolan@skadden.com

5  RAOUL D. KENNEDY (Bar No. 40892)
   SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
6  4 Embarcadero Center, 38th Floor
   San Francisco, California 94111-5974
7  Telephone: (415) 984-6400
   Facsimile: (415) 984-2698
8  Email: rkennedy@skadden.com

9  Attorneys for Counter-Defendants
   MGA ENTERTAINMENT, INC., ISAAC LARIAN,
10 MGA ENTERTAINMENT (HK) LIMITED, and
   MGAE de MEXICO S.R.L. de C.V.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARTER BRYANT, an individual, | CASE NO. CV 04-9049 SGL (RNBx) |
| Plaintiff, | Consolidated with Case No. 04-9059 and Case No. 05-2727 |
| v. | **STIPULATION REGARDING PRETRIAL DEADLINES** |
| MATTEL, INC., a Delaware corporation, | |
| Defendant. | Honorable Stephen G. Larson |
| Consolidated with MATTEL, INC. v. BRYANT and MGA ENTERTAINMENT, INC. v. MATTEL, INC. | |

## STIPULATION

WHEREAS, on April 7, 2008, the Court provided additional guidance regarding the parties' exhibit lists and directed that revised lists be exchanged;

WHEREAS, the parties exchanged revised exhibit lists on April 18, 2008 and objections to the exhibit lists on May 1, 2008;

WHEREAS, the Parties entered into a Stipulation on April 21, 2008, whereby the Parties would make the required pretrial Rule 16 joint submission of witness lists (which includes anticipated direct and cross-examination times for each witness, as well as the exhibits to which each witness is expected to testify) on May 5, 2008;

WHEREAS, the Court has continued the Final Pre-Trial Conference to May 19, 2008;

WHEREAS, the parties wish to agree on a modified schedule for exchanging responses to the objections to the exhibit lists, for making the required pretrial Rule 16 joint submissions of witness lists (which include anticipated direct and cross-examination times for each witness, as well as the exhibits to which each witness is expected to testify), and for the filing of the Pre-Trial Exhibit Stipulation;

NOW, THEREFORE, the parties hereby stipulate, by and through their counsel of record and subject to the Court's approval, that the parties shall:

1. Make the required pretrial Rule 16 joint submission of witness lists (which include anticipated direct and cross-examination times for each witness, as well as the exhibits to which each witness is expected to testify) on May 12, 2008;

2. Exchange responses to the objections to the exhibit lists by 7:00 p.m. on May 14, 2008; and

3. File the Pre-Trial Exhibit Stipulation on Monday, May 15, 2008.

1  IT IS SO STIPULATED.

2

3  DATED: May 2, 2008         QUINN EMANUEL URQUHART OLIVER &
                              HEDGES, LLP
4

5
                              By /s/ B. Dylan Proctor
6                                 B. Dylan Proctor
                                  Attorneys for Mattel, Inc.
7

8
9  DATED: May 2, 2008         SKADDEN, ARPS, SLATE, MEAGHER &
                              FLOM LLP
10

11

12                            By /s/ Lance A. Etcheverry
                                  Lance A. Etcheverry
                                  Attorneys for MGA Entertainment, Inc,
13                                MGA Entertainment (HK) Ltd. and Isaac
                                  Larian
14

15

16  DATED: May 2, 2008        KEKER & VAN NEST, LLP

17

18                            By /s/ Matthew Werdegar
                                  Matthew Werdegar
19                                Attorneys for Carter Bryant

20

21

22

23

24

25

26

27

28

---

3
STIPULATION REGARDING PRETRIAL DEADLINES
CASE NO. CV 04-9049 SGL (RNBx)