1
2
3
4
5
6
7
8                    UNITED STATED DISTRICT COURT
9                    CENTRAL DISTRICT OF CALIFORNIA
10

| | |
|---|---|
| 11  CARTER BRYANT, an individual, | CASE NO. CV 04-9049 SGL (RNBx) |
| 12              Plaintiff, | Consolidated with Case No. 04-9059 and Case No. 05-2727 |
| 13       v. | |
| 14  MATTEL, INC., a Delaware corporation, | [PROPOSED] ORDER RE: STIPULATION REGARDING PRETRIAL DEADLINES |
| 15 | |
| 16              Defendant. | Honorable Stephen G. Larson |
| 17  AND CONSOLIDATED ACTIONS | |

18
19
20
21
22
23
24
25
26
27
28

## **ORDER**

Based on the stipulation of the parties, and good cause appearing therefore, it is hereby ORDERED that the parties shall:

1. Make the required pretrial Rule 16 joint submission of witness lists (which include anticipated direct and cross-examination times for each witness, as well as the exhibits to which each witness is expected to testify) on May 12, 2008;

2. Exchange responses to the objections to the exhibit lists by 7:00 p.m. on May 14, 2008; and

3. File the Pre-Trial Exhibit Stipulation on Monday, May 15, 2008.

DATED: May __, 2008

_____
Hon. Stephen G. Larson
United States District Court Judge