```
 1  KEKER & VAN NEST, LLP
    JOHN W. KEKER - #49092
 2  jkeker@kvn.com
    MICHAEL H. PAGE - #154913
 3  mpage@kvn.com
    CHRISTA M. ANDERSON - #184325
 4  canderson@kvn.com
    MATTHEW M. WERDEGAR - #200470
 5  mwerdegar@kvn.com
    JOHN E. TRINIDAD - #250468
 6  jtrinidad@kvn.com
    AUDREY WALTON-HADLOCK- #250574
 7  awaltonhadlock@kvn.com
    710 Sansome Street
 8  San Francisco, CA  94111-1704
    Telephone:  (415) 391-5400
 9  Facsimile:  (415) 397-7188

10  Attorneys for Plaintiff
    CARTER BRYANT
11
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC. a Delaware Corporation,<br><br>Defendant.<br><br>CONSOLIDATED WITH MATTEL, INC., v. BRYANT and MGA ENTERTAINMENT, INC. v. MATTEL, INC. | Case No. CV 04-09049 SGL (RNBx) (consolidated with CV 04-9059 & 05-2727)<br><br>**[PROPOSED] ORDER GRANTING MOTION FOR CERTIFICATION OF INTERLOCUTORY APPEAL UNDER 28 U.S.C. § 1292(b) OR FOR RECONSIDERATION**<br><br>Date:  May 12, 2008<br>Time:  TBD<br>Dept:  Courtroom 1<br>Judge:  Hon. Stephen G. Larson<br><br>Date Comp. Filed:  April 13, 2005<br><br>Discovery Cut-Off:  Jan. 28, 2008<br>Pre-Trial Conference:  May 19, 2008<br>Trial Date:  May 27, 2008 |

---

[PROPOSED] ORDER GRANTING MOTION FOR CERTIFICATION OF INTERLOCUTORY APPEAL
UNDER 28 U.S.C. § 1292(b) OR FOR RECONSIDERATION
CASE NO. CV 04-09049 SGL (RNBx)

416699.01

# [PROPOSED] ORDER

The Court has carefully considered the parties' submissions and arguments concerning Bryant's Motion for Certification of Interlocutory Appeal Under 28 U.S.C. § 1292(B) or for Reconsideration. The Court finds that the relief Bryant requests is necessary and appropriate, because the Court is of the opinion that the Court's April 25, 2008 Order regarding summary judgment involves controlling questions of law as to which there is substantial ground for difference of opinion, and that an immediate appeal from the order may materially advance the termination of the litigation. *See* 28 U.S.C. § 1292(b). The Court also finds that a stay of further proceedings in this matter pending an interlocutory appeal will serve the interests of justice and the purposes of section 1292(b). Accordingly, the Court GRANTS Bryant's Motion and ORDERS as follows:

1) The Court hereby CERTIFIES that its April 25 Order is appropriate for interlocutory review under 28 U.S.C. § 1292(b), as stated above, based on the questions of law identified in Bryant's Motion;

2) The Court's April 25 Order is hereby AMENDED to incorporate and include this certification for interlocutory review as if set forth therein; and

3) All further proceedings in this matter are hereby STAYED until further notice.

IT IS SO ORDERED.

Dated:_____, 2008    _____
                                        Hon. Stephen G. Larson
                                        United States District Judge

1
[PROPOSED] ORDER GRANTING MOTION FOR CERTIFICATION OF INTERLOCUTORY APPEAL UNDER 28 U.S.C. § 1292(b) OR FOR RECONSIDERATION
CASE NO. CV 04-09049 SGL (RNBx)

416699.01