KEKER & VAN NEST, LLP
JOHN W. KEKER - #49092
jkeker@kvn.com
MICHAEL H. PAGE - #154913
mpage@kvn.com
CHRISTA M. ANDERSON - #184325
canderson@kvn.com
MATTHEW M. WERDEGAR - #200470
mwerdegar@kvn.com
JOHN E. TRINIDAD - #250468
jtrinidad@kvn.com
AUDREY WALTON-HADLOCK- #250574
awaltonhadlock@kvn.com
710 Sansome Street
San Francisco, CA 94111-1704
Telephone: (415) 391-5400
Facsimile: (415) 397-7188

Attorneys for Plaintiff
CARTER BRYANT

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

CARTER BRYANT, an individual,

Plaintiff,

v.

MATTEL, INC. a Delaware Corporation,

Defendant.

CONSOLIDATED WITH MATTEL, INC., v. BRYANT and MGA ENTERTAINMENT, INC. v. MATTEL, INC.

Case No. CV 04-09049 SGL (RNBx) (consolidated with CV 04-9059 & 05-2727)

**CARTER BRYANT'S *EX PARTE* APPLICATION FOR (1) RELIEF FROM THE TWENTY-DAY REQUIREMENT OF LOCAL RULE 7-3; AND (2) AN EXPEDITED HEARING DATE OF MAY 12, 2008**

Date: TBD
Time: TBD
Dept: Courtroom 1
Judge: Hon. Stephen G. Larson

Date Comp. Filed: April 13, 2005

Discovery Cut-Off: Jan. 28, 2008
Pre-Trial Conference: May 19, 2008
Trial Date: May 27, 2008

CARTER BRYANT'S *EX PARTE* APPLICATION FOR (1) RELIEF FROM THE TWENTY-DAY REQUIREMENT OF LOCAL RULE 7-3; AND (2) AN EXPEDITED HEARING DATE OF MAY 12, 2008
CASE NO. CV 04-09049 SGL (RNBx)

416565.01

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that, pursuant to Local Rule 7-19, counter-defendant Carter Bryant submits this *ex parte* Application seeking (1) relief from the twenty-day requirement of Local Rule 7-3; and (2) an expedited hearing date of May 12, 2008 for Bryant's Motion for Certification of Interlocutory Appeal Under 28 U.S.C. § 1292(b) or for Reconsideration.

Bryant makes this application on the ground that an expedited hearing of his Motion for Certification of Interlocutory Appeal Under 28 U.S.C. § 1292(b) or for Reconsideration is necessary to avoid severe and irreparable prejudice to Bryant from imminent pre-trial and trial proceedings tainted by errors in the Court's April 25, 2008 Order on the parties' summary judgment motions (the "Order"). Because of the serious prejudice the Order's errors will cause to Bryant in all pre-trial and trial proceedings going forward, Bryant requests that the Court consider this motion on an expedited briefing and hearing schedule, setting the hearing for May 12 and ordering Mattel to file an opposition brief by May 8, 2008. Jury selection is set to begin on May 20, and the Court will hear argument on numerous important issues on May 19 (and later that week). Thus, an expedited hearing *before* the week of May 19 is necessary to limit as much as possible the unnecessary waste of the parties' and the Court's resources in further pre-trial preparation tainted by the erroneous Order.

An *ex parte* application may be granted where the evidence shows that the moving party's cause will be irreparably prejudiced if the motion is heard according to the regular noticed motion procedures, and the moving party is without fault in creating the crisis that requires *ex parte* relief. *Mission Power Eng'g Co. v. Continental Cas. Co.*, 883 F. Supp. 488, 492 (C.D. Cal. 1995). Here, *ex parte* relief is necessary because a regularly noticed motion could not be heard until June 23—nearly a month into the scheduled trial—even without considering Local Rule 7-3's twenty-day meet-and-confer requirement. The parties have met

1

CARTER BRYANT'S *EX PARTE* APPLICATION FOR (1) RELIEF FROM THE TWENTY-DAY REQUIREMENT OF LOCAL RULE 7-3; AND (2) AN EXPEDITED HEARING DATE OF MAY 12, 2008
CASE NO. CV 04-09049 SGL (RNBx)

416565.01

and conferred, and further attempts to meet and confer would only cause delay. Furthermore, the parties already have met and conferred on core legal issues underlying Bryant's motion, and submitted extensive briefing on summary judgment on the substantive law involved.

This Application is based on this notice of application, the accompanying memorandum of points and authorities, the concurrently filed Declaration of Christa M. Anderson, and all other pleadings and papers on file with the Court in this action.

**Statement of Compliance with Local Rule 7-19**

Counsel for Mattel, Inc. include Jon Corey and Dylan Proctor of Quinn, Emanuel, Urquhart, Oliver & Hedges, LLP (telephone 213-443-3000; address: 865 South Figueroa Street, 10th Floor, Los Angeles, CA 90017).

Pursuant to Local Rule 7-19.1, counsel for Bryant gave notice of this application to counsel for Mattel by email on April 30, 2008. Anderson Decl. Ex. 1. The parties met and conferred on May 2, 2008, but were unable to eliminate the need for this application. *Id.* ¶ 2.

Respectfully submitted,

Dated: May 2, 2008

KEKER & VAN NEST, LLP

By: /s/ Christa M. Anderson
Christa M. Anderson
Attorneys for Plaintiff
CARTER BRYANT

2

CARTER BRYANT'S *EX PARTE* APPLICATION FOR (1) RELIEF FROM THE TWENTY-DAY REQUIREMENT OF LOCAL RULE 7-3; AND (2) AN EXPEDITED HEARING DATE OF MAY 12, 2008
CASE NO. CV 04-09049 SGL (RNBx)

416565.01

**BRYANT'S *EX PARTE* APPLICATION**

The Court should grant this Application and set an expedited hearing of May 12, 2008 on Bryant's Motion for Certification of Interlocutory Appeal Under 28 U.S.C. § 1292(b) or for Reconsideration. The Motion seeks certification for interlocutory appeal or reconsideration of several controlling legal errors in the Court's April 25, 2008 summary judgment order, and a stay of further proceedings pending that relief. Hearing the Motion on a normal briefing schedule would prejudice Bryant, because the Motion could not be heard until well into the trial in this matter. (The Court's first open motion date is currently June 23, 2008, nearly a month into the scheduled trial in this matter.) Moreover, because of the serious prejudice the Order's errors will cause to Bryant in all pre-trial and trial proceedings going forward, *any* delay in hearing Bryant's motion will severely prejudice Bryant. Jury selection is set to begin on May 20, and the Court will hear argument on numerous important issues on May 19 (and later that week). An expedited hearing *before* the week of May 19 is necessary to limit as much as possible the unnecessary waste of the parties' and the Court's resources in further pre-trial preparation tainted by the erroneous Order.

Accordingly, Bryant respectfully requests an expedited hearing date of May 12, 2008 for the Court to consider his Motion for Certification of Interlocutory Appeal Under 28 U.S.C. § 1292(b) or for Reconsideration before the further hearing on summary judgment set for May 19, 2008. Mattel will not be prejudiced by a May 12 hearing date, as it has been on notice that Bryant and MGA would seek relief from the April 25 Order, and has briefed related matters extensively in its summary judgment briefing. In fact, Mattel has stated that it could agree to an expedited schedule that would permit a hearing on this motion during the week of May 19, although it would not agree to Bryant's requested May 12 hearing date. *See* May 2, 2008 Declaration of Christa M. Anderson, ¶ 2. Setting the motion for hearing on May 12, with an opposition brief due May 8, will not prejudice Mattel

1

CARTER BRYANT'S *EX PARTE* APPLICATION FOR (1) RELIEF FROM THE TWENTY-DAY REQUIREMENT OF LOCAL RULE 7-3; AND (2) AN EXPEDITED HEARING DATE OF MAY 12, 2008
CASE NO. CV 04-09049 SGL (RNBx)

416565.01

and will allow the prompt resolution of the serious issues raised.

The Bryant also seeks relief from the twenty-day meet and confer requirement of the Local Rules. Under Local Rule 7-3, parties generally are required to meet and confer twenty days prior to the filing of a motion so that they may attempt to eliminate or limit the issues to be addressed by the Court. *See* C.D. Cal. L.R. 7-3. However, Bryant and Mattel have met and conferred regarding both Bryant's substantive motion and this application for scheduling relief. The parties also previously met and conferred on the substantive legal issues presented in connection with their summary judgment motions. The parties are unable to reach a resolution, and any further meet and confer requirement would only create unnecessary delay.

Accordingly, Bryant respectfully requests that the Court grant this Application and thereby: (1) grant relief from the twenty-day meet and confer requirement of Local Rule 7-3; and (2) set an expedited hearing date of May 12, 2008 for Bryant's Motion for Certification of Interlocutory Appeal Under 28 U.S.C. § 1292(b) or for Reconsideration, and order Mattel to file an opposition brief on May 8.

Respectfully submitted,

Dated: May 2, 2008

KEKER & VAN NEST, LLP

By: /s/ Christa M. Anderson
Christa M. Anderson
Attorneys for Plaintiff
CARTER BRYANT

2

CARTER BRYANT'S *EX PARTE* APPLICATION FOR (1) RELIEF FROM THE TWENTY-DAY REQUIREMENT OF LOCAL RULE 7-3; AND (2) AN EXPEDITED HEARING DATE OF MAY 12, 2008
CASE NO. CV 04-09049 SGL (RNBx)

416565.01