KEKER & VAN NEST, LLP
JOHN W. KEKER - #49092
jkeker@kvn.com
MICHAEL H. PAGE - #154913
mpage@kvn.com
CHRISTA M. ANDERSON - #184325
canderson@kvn.com
MATTHEW M. WERDEGAR - #200470
mwerdegar@kvn.com
JOHN E. TRINIDAD - #250468
jtrinidad@kvn.com
AUDREY WALTON-HADLOCK- #250574
awaltonhadlock@kvn.com
710 Sansome Street
San Francisco, CA 94111-1704
Telephone: (415) 391-5400
Facsimile: (415) 397-7188

Attorneys for Plaintiff
CARTER BRYANT

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>MATTEL, INC. a Delaware Corporation,<br><br>　　　　　　　Defendant.<br><br>CONSOLIDATED WITH MATTEL, INC., v. BRYANT and MGA ENTERTAINMENT, INC. v. MATTEL, INC. | Case No. CV 04-09049 SGL (RNBx) (consolidated with CV 04-9059 & 05-2727)<br><br>**[PROPOSED] ORDER GRANTING CARTER BRYANT'S *EX PARTE* APPLICATION FOR (1) RELIEF FROM THE TWENTY-DAY REQUIREMENT OF LOCAL RULE 7-3 AND (2) AN EXPEDITED HEARING DATE OF MAY 12, 2008**<br><br>Date:　　TBD<br>Time:　　TBD<br>Dept:　　Courtroom 1<br>Judge:　Hon. Stephen G. Larson<br><br>Date Comp. Filed: April 13, 2005<br><br>Discovery Cut-Off: Jan. 28, 2008<br>Pre-Trial Conference: May 19, 2008<br>Trial Date: May 27, 2008 |

---

[PROPOSED] ORDER GRANTING CARTER BRYANT'S *EX PARTE* APPLICATION FOR
(1) RELIEF FROM THE TWENTY-DAY REQUIREMENT OF LOCAL RULE 7-3 AND
(2) AN EXPEDITED HEARING DATE OF MAY 12, 2008
CASE NO. CV 04-09049 SGL (RNBx)

416700.01

# [PROPOSED] ORDER

The Court has carefully considered the parties' submissions and arguments concerning Bryant's *Ex Parte* Application for (1) Relief from the Twenty-Day Meet and Confer Requirement of Local Rule 7-3 and (2) an Expedited Hearing Date of May 12, 2008 on Bryant's Motion for Certification of Interlocutory Appeal Under 28 U.S.C. § 1292(b) or for Reconsideration. The Court finds that the relief Bryant requests is necessary and appropriate. *See Mission Power Eng'g Co. v. Continental Cas. Co.*, 883 F. Supp. 488 (C.D. Cal. 1995). The Court therefore GRANTS Bryant's *Ex Parte* Application, and ORDERS as follows:

1) Mattel shall file its opposition brief regarding Bryant's Motion for Certification of Interlocutory Appeal Under 28 U.S.C. § 1292(b) or for Reconsideration by May 8, 2008;

2) Bryant shall file any reply brief by May 9, 2008; and

3) the Court sets Bryant's Motion for Certification of Interlocutory Appeal Under 28 U.S.C. § 1292(b) or for Reconsideration for hearing on May 12, 2008.

IT IS SO ORDERED.

Dated:_____, 2008

Hon. Stephen G. Larson
United States District Judge

1

[PROPOSED] ORDER GRANTING CARTER BRYANT'S *EX PARTE* APPLICATION FOR
(1) RELIEF FROM THE TWENTY-DAY REQUIREMENT OF LOCAL RULE 7-3 AND
(2) AN EXPEDITED HEARING DATE OF MAY 12, 2008
CASE NO. CV 04-09049 SGL (RNBx)

416700.01