1  KEKER & VAN NEST, LLP
   JOHN W. KEKER - #49092
2  jkeker@kvn.com
   MICHAEL H. PAGE - #154913
3  mpage@kvn.com
   CHRISTA M. ANDERSON - #184325
4  canderson@kvn.com
   MATTHEW M. WERDEGAR - #200470
5  mwerdegar@kvn.com
   JOHN E. TRINIDAD - #250468
6  jtrinidad@kvn.com
   AUDREY WALTON-HADLOCK- #250574
7  awaltonhadlock@kvn.com
   710 Sansome Street
8  San Francisco, CA  94111-1704
   Telephone:  (415) 391-5400
9  Facsimile:  (415) 397-7188

10 Attorneys for Plaintiff
   CARTER BRYANT

11

12                    UNITED STATES DISTRICT COURT

13                   CENTRAL DISTRICT OF CALIFORNIA

14                          EASTERN DIVISION

15

16

17 CARTER BRYANT, an individual,          Case No. CV 04-09049 SGL (RNBx)
                                          (consolidated with CV 04-9059 & 05-
                    Plaintiff,            2727)
18
        v.                                DECLARATION OF CHRISTA M.
19                                        ANDERSON IN SUPPORT OF
   MATTEL, INC. a Delaware                BRYANT'S MOTION FOR
20 Corporation,                           CERTIFICATION OF
                                          INTERLOCUTORY APPEAL OR
21                  Defendant.            FOR RECONSIDERATION; AND
                                          BRYANT'S *EX PARTE*
22                                        APPLICATION FOR (1) RELIEF
   CONSOLIDATED WITH MATTEL,              FROM THE TWENTY-DAY
23 INC., v. BRYANT and MGA                REQUIREMENT OF LOCAL RULE
   ENTERTAINMENT, INC. v.                 7-3 AND (2) FOR AN EXPEDITED
24 MATTEL, INC.                           HEARING DATE OF MAY 12, 2008

25                                        Date:      TBD
                                          Time:      TBD
26                                        Dept:      Courtroom 1
                                          Judge:     Hon. Stephen G. Larson
27                                        Pre-Trial Conference:  May 19, 2008
                                          Trial Date:  May 27, 2008
28

416580.01

I, Christa M. Anderson, declare and state that:

1.    I am an attorney licensed to practice law in the State of California and am a partner of the law firm of Keker & Van Nest LLP, located at 710 Sansome Street, San Francisco, California 94111, counsel for Carter Bryant in the above-captioned action.  I am duly admitted to practice law before this Court.  I submit this Declaration in Support of Carter Bryant's Motion For Certification of Interlocutory Appeal Under 28 U.S.C.  1292(b) or for Reconsideration, and Bryant's *Ex Parte* Application For (1) Relief From The Twenty-Day Requirement Of Local Rule 7-3 and (2) An Expedited Hearing Date Of May 12, 2008.  Unless otherwise stated, I have personal knowledge of the facts set forth below and, if called as a witness, I could and would testify competently thereto.

2.    On May 2, I met and conferred by telephone with Mattel's counsel Jon Corey about Carter Bryant's Motion For Certification of Interlocutory Appeal Under 28 U.S.C. § 1292(b) or for Reconsideration, and about the need for expedited hearing of the Motion.  We were unable to resolve any of the substance of the Motion.  I informed Mr. Corey that Bryant believes a hearing on May 12 (or potentially another day that same week depending on the Court's availability) is necessary to ensure that the Court has time to consider the Motion before the various proceedings already set during the week of May 19, including jury selection on May 20.  I proposed a briefing schedule allowing Bryant only one day for a reply, and a hearing during the week of May 12.  Mr. Corey would not agree to a briefing schedule that would permit a hearing during the week of May 12, but stated that Mattel would be agreeable to an expedited hearing during the week of May 19.

3.    Attached as Exhibit 1 is a true and correct copy of an email exchange among me, my colleague Matthew M. Werdegar, and Mattel's counsel on April 30 and May 1, 2008, providing them with notice of this application and arranging to

1

1    meet and confer.

2           4.    Attached as Exhibit 2 is a true and correct copy of excerpts from the

3    transcript of the April 22, 2008 hearing on the parties' summary judgment motions

4    in this matter.

5           I declare under penalty of perjury under the laws of the United States that

6    the foregoing is true and correct and that this declaration was executed on

7    May 2, 2008, at San Francisco, California.

8

9                                              /s/ Christa M. Anderson

10                                             CHRISTA M. ANDERSON

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
                                              2

416580.01