# EXHIBIT 1

Audrey Walton-Hadlock

**From:** Christa Anderson
**Sent:** Thursday, May 01, 2008 12:47 PM
**To:** 'Jon Corey'; Matthew Werdegar
**Cc:** 'Russell, Jason D'; 'tnolan@skadden.com'; Dylan Proctor
**Subject:** RE: Mattel v. Bryant, et al.

That's fine thanks

**From:** Jon Corey [mailto:joncorey@quinnemanuel.com]
**Sent:** Thursday, May 01, 2008 12:45 PM
**To:** Matthew Werdegar; Christa Anderson
**Cc:** 'Russell, Jason D'; 'tnolan@skadden.com'; Dylan Proctor
**Subject:** RE: Mattel v. Bryant, et al.

Lets just have the conversation in connection with the jury instructions discussion, which is, I believe, at 10:00 a.m. tomorrow.


Jon Corey
Quinn Emanuel Urquhart Oliver & Hedges, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017
Main Phone: (213) 443-3000
Main Fax:  (213) 443-3100
E-mail:  joncorey@quinnemanuel.com
Web:  www.quinnemanuel.com

The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above.  This message may be an attorney-client communication and/or work product and as such is privileged and confidential.  If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited.  If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.


**From:** Matthew Werdegar [mailto:MWerdegar@kvn.com]
**Sent:** Thursday, May 01, 2008 11:58 AM
**To:** Jon Corey; Christa Anderson
**Cc:** Russell, Jason D; tnolan@skadden.com; Dylan Proctor
**Subject:** RE: Mattel v. Bryant, et al.

Jon,
Any chance we could talk at 4pm. Christa is not available until then. Hope that works. Otherwise, we could do tomorrow morning.
Thanks,
Matt

**From:** Jon Corey [mailto:joncorey@quinnemanuel.com]
**Sent:** Thursday, May 01, 2008 11:44 AM
**To:** Matthew Werdegar

5/2/2008

**Cc:** 'Russell, Jason D'; 'tnolan@skadden.com'; Dylan Proctor
**Subject:** RE: Mattel v. Bryant, et al.

Matt,

I am available between 1:30 and 2:00 p.m. to discuss this.

Best regards,


Jon Corey
Quinn Emanuel Urquhart Oliver & Hedges, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017
Main Phone: (213) 443-3000
Main Fax: (213) 443-3100
E-mail: joncorey@quinnemanuel.com
Web: www.quinnemanuel.com

The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

---

**From:** Matthew Werdegar [mailto:MWerdegar@kvn.com]
**Sent:** Wednesday, April 30, 2008 2:03 PM
**To:** Jon Corey
**Cc:** Russell, Jason D; tnolan@skadden.com; Dylan Proctor
**Subject:** Mattel v. Bryant, et al.


Dear Jon:

Bryant intends to move for certification of the Court's April 25 summary judgment order for interlocutory appeal under 28 U.S.C. § 1292(b) or, alternatively, for reconsideration, and for a stay of proceedings in the interim. I write to request a time tomorrow afternoon to meet and confer regarding this motion, and to request that Mattel stipulate that Local Rule 7-3's usual 20-day meet and confer requirement should not apply. Hearing this motion on a regularly noticed schedule, following a 20-day meet and confer period, would seriously prejudice Bryant and MGA by preventing consideration of the motion until well into trial. In addition to waiver of the Local Rule 7-3 waiting period, Bryant and MGA will also seek an expedited May 12 hearing of this motion. If Mattel is unable to stipulate to this expedited schedule, Bryant and MGA hereby give notice under Local Rule 7-19.1 that they will seek this scheduling relief *ex parte*. Please let me know whether and when you are available Thursday afternoon to meet and confer.

Thank you in advance for your prompt attention to this matter. We look forward to discussing these issues with you.

Regards,

5/2/2008

Matthew M. Werdegar

**KEKER & VAN NEST LLP**

710 Sansome Street
San Francisco, CA 94111-1704
tel: (415) 391-5400
fax: (415) 397-7188
www.kvn.com