```
 1  THOMAS J. NOLAN (Bar No. 66992)
    (tnolan@skadden.com)
 2  SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
    300 South Grand Avenue
 3  Los Angeles, CA  90071-3144
    Tel.: (213) 687-5000 / Fax: (213) 687-5600
 4
    RAOUL D. KENNEDY (Bar No. 40892)
 5  (rkennedy@skadden.com)
    SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
 6  4 Embarcadero Center, 38th Floor
    San Francisco, CA  94111-5974
 7  Tel.: (415) 984-6400 / Fax: (415) 984-2698
 8  Attorneys for MGA Entertainment, Inc., MGA Entertainment (HK) Limited,
    MGAE de Mexico, S.R.L. de C.V., and Isaac Larian
 9
```

UNITED STATED DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| CARTER BRYANT, an individual, | ) CASE NO. CV 04-9049 SGL (RNBx) |
|---|---|
| Plaintiff, | ) |
| v. | ) DECLARATION OF ALLEN L. LANSTRA IN SUPPORT OF MGA'S OPPOSITION TO MATTEL'S MOTION OBJECTING TO DISCOVERY MASTER'S APRIL 11, 2008 ORDER GRANTING IN PART MGA'S MOTION TO COMPEL MATTEL TO PRODUCE WITNESSES PURSUANT TO NOTICE OF DEPOSITION UNDER RULE 30(b)(6) |
| MATTEL, INC., a Delaware corporation, | |
| Defendant. | |
| AND CONSOLIDATED ACTIONS | |
| | Date:  June 16, 2008<br>Time:  10:00 a.m.<br>Judge: Honorable Stephen G. Larson<br>Place: Courtroom 1 |

Declaration of Allen L. Lanstra in Support of MGA's Opposition to Mattel's Motion Objecting to
Discovery Master's April 11, 2008 Order
Case No. CV 04-9049 SGL (RNBx)
-1-

I, Allen L. Lanstra, declare and state as follows:

I am an attorney with Skadden, Arps, Slate, Meagher & Flom, LLP, counsel of record for MGA Entertainment, Inc. ("MGA") and Isaac Larian.

1. Attached as **Exhibit 1** hereto is a true and correct copy of MGA Entertainment Inc.'s Notice of Deposition of Mattel, Inc. ("Mattel") Pursuant to Fed. R. Civ. P. 30(b)(6), dated September 5, 2007.

2. Attached as **Exhibit 2** hereto are true and correct copies of Carter Bryant's Notices of Deposition of Plaintiff and Counter-Defendant Mattel, Inc., dated December 21, 2004.

3. Attached as **Exhibit 3** hereto is a true and correct copy of Mattel's (First) Notice of Deposition of MGA Entertainment Inc. Pursuant to Federal Rule of Civil Procedure Rule 30(b)(6), dated February 16, 2005.

4. Attached as **Exhibit 4** hereto is a true and correct copy of Mattel's Second Notice of Deposition of MGA Entertainment Inc. Pursuant to Federal Rule of Civil Procedure 30(b)(6), dated February 1, 2007.

5. Attached as **Exhibit 5** hereto is a true and correct copy of Mattel's Third Notice of Deposition of MGA Entertainment Inc. Pursuant to Federal Rule of Civil Procedure 30(b)(6), dated June 5, 2007.

6. Attached as **Exhibit 6** hereto is a true and correct copy of Mattel's Notice of Deposition of MGA Entertainment (HK) Limited Pursuant to Rule 30(b)(6), dated June 4, 2007.

7. Attached as **Exhibit 7** hereto is a true and correct copy of a Letter from Paul M. Eckles to Jon D. Corey, Esq. dated December 12, 2007.

8. Attached as **Exhibit 8** hereto is a true and correct copy of a Letter from Jon D. Corey, Esq. to Paul Eckles, Esq., dated December 20, 2007.

9. Attached as **Exhibit 9** hereto is a true and correct copy of Mattel's Fourth Notice of Deposition of MGA Entertainment, Inc. Pursuant to Federal Rule Civil Procedure 30(b)(6), dated January 9, 2008.

10. Attached as **Exhibit 10** hereto is a true and correct copy of Mattel's Notice of Deposition of MGA de Mexico, S.R.L. de C.V. Pursuant to Federal Rule of Civil Procedure 30(b)(6), dated January 9, 2008.

11. Attached as **Exhibit 11** hereto is a true and correct copy of Exhibit 4 to the Declaration of Jon D. Corey, dated January 11, 2008.

12. Attached as **Exhibit 12** hereto is a true and correct copy of excerpts from the certified reporter's transcript of the hearing held before Judge Infante on January 3, 2008.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on May 2, 2008, at Los Angeles, California.

By: _____
Allen L. Lanstra