1 THOMAS J. NOLAN (Bar No. 66992)
(tnolan@skadden.com)
2 JASON D. RUSSELL (Bar No. 169219)
(jrussell@skadden.com)
3 MARINA V. BOGORAD (Bar No. 217524)
(mbogorad@skadden.com)
4 SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue, Suite 3400
5 Los Angeles, CA 90071
Tel.: (213) 687-5000/Fax: (213) 687-5600
6
RAOUL D. KENNEDY (Bar No. 40892)
7 (rkennedy@skadden.com)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
8 4 Embarcadero Center, Suite 3800
San Francisco, CA 94111-5974
9 Tel.: (415) 984-2698 / Fax: (415) 984-2626

10 Attorneys for MGA Entertainment, Inc., MGA Entertainment (HK) Limited,
MGAE de Mexico, S.R.L. DE C.V., and Isaac Larian

11

12 UNITED STATED DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA
13
EASTERN DIVISION
14

| | |
|---|---|
| 15 CARTER BRYANT, an individual, ) | CASE NO. CV 04-9049 SGL (RNBx) |
| Plaintiff, ) | Consolidated with Case No. 04-9059 |
| 16 ) | and Case No. 05-2727 |
| v. ) | |
| 17 ) | Honorable Stephen G. Larson |
| MATTEL, INC., a Delaware ) | |
| 18 corporation, ) | APPLICATION TO FILE UNDER |
| ) | SEAL MGA PARTIES' |
| 19 Defendant. ) | OPPOSITION TO MATTEL, INC.'S |
| ) | MOTION IN LIMINE NO. 15 |
| 20 ) | |
| ) | Hearing Date:    TBD |
| 21 AND CONSOLIDATED ACTIONS ) | Time:    TBD |
| 22 ) | |
| 23 ) | |

24

25

26

27

28

1    Pursuant to Local Rule 79-5.1 and the Stipulated Protective Order entered by the

2  Court in this action on January 4, 2005, MGA Entertainment, Inc., MGA Entertainment

3  (HK) Limited, MGAE de Mexico, S.R.L. DE C.V., and Isaac Larian (collectively, the

4  "MGA Parties") hereby respectfully request that the Court order the following documents

5  be filed under seal:

6    • MGA Parties' Opposition to Mattel, Inc.'s Motion *In Limine* No. 15 ("Oppositions");

7      and

8    • Declaration of Thomas J. Nolan in Support of MGA Parties' Opposition to Mattel,

9      Inc.'s Motion *In Limine* No. 15 (the "Declaration").

10    Good cause exists for filing these documents under seal because the nature of the

11  content of the motion and opposition reference material designated as "Confidential" or

12  "Confidential—Attorneys' Eyes Only" pursuant to the Protective Order.  In the alternative,

13  the MGA Parties request that the Court declare the exhibits to the Declaration to be outside

14  the definitions of "Confidential" and "Confidential—Attorneys' Eyes Only" as contained

15  in the Protective Order and order them, along with the Oppositions and the Declaration to

16  be filed as part of the public record.

17  DATED:  May 2, 2008

18                              SKADDEN, ARPS, SLATE, MEAGHER &
                               FLOM, LLP

19
                               By: _____
20                                   Jason D. Russell
                                     Attorneys for MGA Entertainment, Inc.,
21                                   MGA Entertainment (HK) Limited, MGAE
                                     de Mexico, S.R.L. DE C.V., and Isaac Larian
22

23

24

25

26

27

28