QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with<br>Case Nos. CV 04-09059 & CV 05-2727<br><br>[PROPOSED] ORDER RE MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL ITS MOTION OBJECTING TO PORTIONS OF DISCOVERY MASTER'S APRIL 14, 2008 ORDER DENYING MOTION TO COMPEL PRODUCTION IN RESPONSE TO MATTEL'S FIFTH SET OF REQUESTS FOR PRODUCTION, AND DOCUMENTS IN SUPPORT<br><br>Hearing Date: June 16, 2008<br>Time: 10:00 a.m.<br>Place: Courtroom 1<br><br>**Phase 1:**<br>Pre-trial Conference: May 19, 2008<br>Trial Date: May 27, 2008 |

## [PROPOSED] ORDER

Based on the concurrently filed Mattel, Inc.'s Application to File Under Seal Its Motion Objecting To Portions Of Discovery Master's April 14, 2008 Order Denying Motion To Compel Production In Response To Mattel's Fifth Set Of Requests For Production, and Documents in Support,

IT IS HEREBY ORDERED:

Mattel, Inc.'s Motion Objecting To Portions Of Discovery Master's April 14, 2008 Order Denying Motion To Compel Production In Response To Mattel's Fifth Set Of Requests For Production, the Declaration of Melissa Grant in support, and Exhibits A, D, and E to the Notice of Lodging in Support (the "Notice of Lodging"), are ORDERED filed under seal pursuant to Local Rule 79-5.1.

DATED: Apr. 30, 2008

Hon. Stephen G. Larson
United States District Judge

## PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is Now Legal Service, 1301 W. 2nd Street, Suite 206, Los Angeles, CA 90026.

On April 28, 2008, I served true copies of the following document(s) described as **[PROPOSED] ORDER RE MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL ITS MOTION OBJECTING TO PORTIONS OF DISCOVERY MASTER'S APRIL 14, 2008 ORDER DENYING MOTION TO COMPEL PRODUCTION IN RESPONSE TO MATTEL'S FIFTH SET OF REQUESTS FOR PRODUCTION, AND DOCUMENTS IN SUPPORT** on the parties in this action as follows:

Thomas J. Nolan
**Skadden, Arps, Slate, Meageher & Flom LLP**
300 South Grand Ave., Ste. 3400
Los Angeles, CA 90071

Mark E. Overland
David C. Scheper
Alexander H. Cote
**Overland Borenstein Scheper & Kim LLP**
601 West Fifth Street, 12th Floor
Los Angeles, CA 90017

John W. Keker, Esq.
Michael H. Page, Esq.
Christina M. Anderson, Esq.
**Keker & Van Nest, LLP**
710 Sansome Street
San Francisco, CA 94111

**BY PERSONAL SERVICE:** I delivered such envelope(s) by hand to the office of the person(s) being served.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on April 28, 2008, at Los Angeles, California.

_____
NOW LEGAL -- Dave Quintana

07209/2442344.1