QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 90378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with<br>Case Nos. CV 04-09059 & CV 05-2727<br><br>[PROPOSED] ORDER GRANTING MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL EXHIBIT 2 TO THE DECLARATION OF RANDA OSMAN IN SUPPORT OF MATTEL, INC.'S NOTICE OF MOTION AND MOTION OBJECTING TO PORTIONS OF THE DISCOVERY MASTER'S APRIL 14, 2008 ORDER GRANTING IN PART MATTEL'S MOTION TO COMPEL COMMUNICATIONS REGARDING THIS ACTION<br><br>Hearing Date: June 16, 2008<br>Time: 10:00 a.m.<br>Place: Courtroom 1<br><br>Pre-Trial Conference: May 19, 2008<br>Trial Date: May 27, 2008 |

07209/2486686.1

[PROPOSED] ORDER GRANTING APPLICATION TO FILE UNDER SEAL

# [PROPOSED] ORDER

Based on the concurrently filed Application to File Under Seal Exhibit 2 To The Declaration Of Randa Osman In Support Of Mattel, Inc.'s Notice Of Motion And Motion Objecting To Portions Of The Discovery Master's April 14, 2008 Order Granting In Part Mattel's Motion To Compel Communications Regarding This Action, and good cause appearing for the entry thereof,

IT IS HEREBY ORDERED:

Exhibit 2 to the concurrently filed Declaration Of Randa Osman In Support Of Mattel, Inc.'s Notice Of Motion And Motion Objecting To Portions Of The Discovery Master's April 14, 2008 Order Granting In Part Mattel's Motion To Compel Communications Regarding This Action is ORDERED filed under seal pursuant to Local Rule 79-5.1.

DATED:             , 2008

_____
Hon. Stephen G. Larson
United States District Judge