

THOMAS J. NOLAN (Bar No. 66992)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue
Los Angeles, CA 90071-3144
Telephone: (213) 687-5000
Facsimile: (213) 687-5600
E-mail: tnolan@skadden.com

RAOUL D. KENNEDY (Bar No. 40892)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Embarcadero Center, Suite 3800
San Francisco, CA 94111
Telephone: (415) 984-6400
Facsimile: (415) 984-2698
E-mail: rkennedy@skadden.com

Attorneys for Counter-Defendants,
MGA ENTERTAINMENT, INC., ISAAC LARIAN, MGA ENTERTAINMENT
(HK) LIMITED, AND MGAE de MEXICO S.R.L. de C.V.

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual | CASE NO. CV 04-9049 SGL (RNBx) |
| Plaintiff, | Consolidated with Case No. 04-9059 and Case No. 05-2727 |
| v. | **DISCOVERY MATTER** |
| MATTEL, INC., a Delaware corporation | **PROOF OF SERVICE** |
| Defendant. | |
| Consolidated with MATTEL, INC. v. BRYANT and MGA ENTERTAINMENT, INC. v. MATTEL, INC. | Trial Date: May 27, 2008 |

PROOF OF SERVICE                                          NO. CV 04-9049 SGL (RNBx)

1  **PROOF OF SERVICE**

2  STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO

3      I am employed in the county of Los Angeles, State of California. I am

4  over the age of 18 and not a party to the within action. My business address is 300
   South Grand Avenue, Suite 3400, Los Angeles, California 90071.

5      On **April 30, 2008,** I served the foregoing documents described as:

6

7  **SEE ATTACHED DOCUMENT LIST**

8  on the interested parties in this action addressed as follows:

9  **SEE ATTACHED SERVICE LIST**

10 **(X)**   (BY PERSONAL SERVICE)   □   By personally delivering copies to the

11                                   person served. (FEDERAL)

12                             ☒   I caused such document to be hand
   delivered to the above addressees.

13                                     (FEDERAL)

14

15 **(X)**   (BY FEDERAL EXPRESS)

16

17 0     (BY ELECTRONIC MAIL)

18

19     I declare under penalty of perjury under the laws of the State of

20 California and the United States of America that the above is true and correct.

21     Executed on **April 30, 2008,** in Los Angeles, California.

22         Matthew Bowman

23         PRINT NAME             SIGNATURE

24

25

26

27

28

2

PROOF OF SERVICE                           NO. CV 04-9049 SGL (RNBx)

## DOCUMENT LIST

(1)    MGA'S NOTICE OF MOTION AND MOTION OBJECTING TO DISCOVERY MASTER'S APRIL 25, 2008 ORDER DENYING MGA'S MOTION TO COMPEL DISCOVERY ON ISSUES AS TO WHICH MATTEL HAS WAIVED THE ATTORNEY-CLIENT AND WORK PRODUCT PRIVILEGES BY CLAIM ASSERTION; AND MEMORANDUM IN SUPPORT;

(2)    DECLARATION OF MARCUS R. MUMFORD IN SUPPORT OF MGA'S MOTION OBJECTING TO DISCOVERY MASTER'S APRIL 25, 2008 ORDER DENYING MGA'S MOTION TO COMPEL DISCOVERY ON ISSUES AS TO WHICH MATTEL HAS WAIVED THE ATTORNEY-CLIENT AND WORK PRODUCT PRIVILEGES BY CLAIM ASSERTION [VOLUME 1 of 2, EXHIBITS A-B] AND [VOLUME 2 of 2, EXHIBITS C-V];

(3)    APPLICATION TO FILE UNDER SEAL;

(4)    [PROPOSED] ORDER TO FILE UNDER SEAL;

(5)    PROOF OF SERVICE

3

PROOF OF SERVICE                                          NO. CV 04-9049 SGL (RNBx)

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## SERVICE LIST

Jon D. Corey, Esq.
Michael T. Zeller, Esq.
John Quinn, Esq.
Quinn Emanuel Urquhart Oliver &
Hedges, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017-2543
(213) 443-3000
(213) 443-3100 (Fax)

Attorneys for Mattel, Inc
[Personal Service]

Mark E. Overland, Esq.
Alexander H. Cote, Esq.
David C. Scheper, Esq.
Overland Borenstein Scheper & Kim
300 South Grand Avenue, Suite 2750
Los Angeles, CA 90071
(213) 613-4655
(213) 613-4656

Attorneys for Carlos Gustavo Machado
Gomez
[Federal Express]

John Trinidad, Esq.
John Keker, Esq.
Keker & Van Nest, LLP
710 Sansome Street
San Francisco, CA 94111
(415) 391-5400
(415) 397-7188 (Fax)

Attorneys for Carter Bryant
[Federal Express]

4

PROOF OF SERVICE                                        NO. CV 04-9049 SGL (RNBx)