1 | THOMAS J. NOLAN (Bar No. 66992)
(tnolan@skadden.com)
2 | JASON D. RUSSELL (Bar No. 169219)
(jrussell@skadden.com)
3 | MARINA V. BOGORAD (Bar No. 217524)
(mbogorad@skadden.com)
4 | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue, Los Angeles, CA 90071-3144
5 | Tel.: (213) 687-5000 / Fax: (213) 687-5600

6 | RAOUL D. KENNEDY (Bar No. 40892)
(rkennedy@skadden.com)
7 | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
4 Embarcadero Center, Suite 3800
8 | San Francisco, CA 94111-5974
Tel.: (415) 984-2698 / Fax: (415) 984-2626

9 |

Attorneys for MGA Entertainment, Inc., MGA Entertainment (HK) Limited,
10 | MGAE de Mexico, S.R.L. de C.V., and Isaac Larian

11 | UNITED STATES DISTRICT COURT

12 | CENTRAL DISTRICT OF CALIFORNIA

13 | EASTERN DIVISION

14 | CARTER BRYANT, an individual,       ) CASE NO. CV 04-9049 SGL (RNBx)
                                        ) Consolidated   with   Case   No.   04-9059
15 |                Plaintiff,          ) and Case No. 05-2727
                                        )
16 |        v.                          ) Honorable Stephen G. Larson
                                        )
17 | MATTEL,   INC.,   a   Delaware     ) STIPULATION REGARDING EXCHANGE
     corporation,                       ) OF PROPOSED JURY INSTRUCTIONS
18 |                                    ) AND VERDICT FORMS;
                Defendant.              )
19 |                                    ) [PROPOSED] ORDER LODGED
                                        ) CONCURRENTLY HEREWITH.
20 | AND CONSOLIDATED ACTIONS           )
                                        )

21 |

22 |

23 |

24 |

25 |

26 |

27 |

28 |

## STIPULATION

**WHEREAS**, the Court has continued the Final Pre-Trial Conference to May 19, 2008;

**WHEREAS**, on April 21, 2008, the parties entered into a stipulation to submit all the required pretrial Rule 16 submissions, including jury instructions and verdict forms, on or before May 5, 2008;

**WHEREAS**, the parties wish to continue the deadline for the exchange of objections to jury instructions and verdict forms, as well as submission of the responses thereto, so that they have sufficient time to assure that their submissions reflect the Court's findings on summary judgment, as set forth in the Court's April 25, 2008 Order, and so that the parties may more fully develop their positions and further meet and confer regarding their differences in an attempt to minimize them and minimize the burden on the Court.

**NOW, THEREFORE**, Mattel, Inc. ("Mattel"), Carter Bryant ("Bryant"), MGA Entertainment, Inc., Isaac Larian, and MGA Entertainment (HK) Ltd. (collectively, the "MGA Parties"), by and through their counsel of record, hereby agree as follows, subject to the Court's approval:

1.     The parties shall file their proposed jury instructions and verdict forms, as previously scheduled, on May 5, 2008;

2.     The parties shall exchange their respective objections to each other's proposed jury instructions and verdict forms no later than May 7, 2008 at 12 p.m.;

3.     The parties shall file the foregoing objections and responses to each other's objections to jury instructions and verdict forms on May 12, 2008.


IT IS SO STIPULATED.

Stipulation Re: Exchange of Jury Instructions and Verdict Forms - Case No. CV 04-9049 SGL (RNBx)

1

2      DATED:  May 5, 2008                QUINN EMANUEL URQUHART OLIVER &
                                          HEDGES, LLP
3

4                                         By _____
                                              B. Dylan Proctor
5                                             Attorneys for Mattel, Inc.

6

7                                         SKADDEN ARPS SLATE MEAGHER &
                                          FLOM, LLP
8      DATED:  May 5, 2008

9

10                                        By _____
                                              Jason D. Russell
11                                            Attorneys for MGA Entertainment, Inc.,
                                              Isaac Larian, and MGA Entertainment
12                                            (HK) Ltd.

13

14

15     DATED:  May 5, 2008                KEKER & VAN NEST, LLP

16

17                                        By _____
                                              Matthew M. Werdegar
18                                            Attorneys for Carter Bryant

19

20

21

22

23

24

25

26

27

28