UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>            Plaintiff,<br><br>     v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>            Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with Case No. 04-9059 and Case No. 05-2727<br><br>Honorable Stephen G. Larson<br><br>[PROPOSED] ORDER ON STIPULATION REGARDING EXCHANGE OF PROPOSED JURY INSTRUCTIONS AND VERDICT FORMS |

## [PROPOSED] ORDER

Based on the stipulation of the parties, and good cause appearing therefore, it is hereby ORDERED that:

1. The parties shall file their proposed jury instructions and verdict forms, as previously scheduled, on May 5, 2008;

2. The parties shall exchange their respective objections to each other's proposed jury instructions and verdict forms no later than May 7, 2008 at 12 p.m.;

3. The parties shall file the foregoing objections and responses to each other's objections to jury instructions and verdict forms on May 12, 2008.

**IT IS SO ORDERED.**

DATED:                    , 2008

_____
Hon. Stephen G. Larson
United States District Court Judge

---

[Proposed] Order on Stipulation re: Exchange Of Proposed Jury Instructions And Verdict Forms

1

505737.01-Los Angeles Server 1A                          MSW - Draft May 5, 2008 - 12:25 PM