QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:   (213) 443-3000
Facsimile:    (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059 and<br>Case No. CV 05-02727<br><br>Hon. Stephen G. Larson<br><br>**MATTEL, INC.'S NOTICE OF HEARING DATE FOR MATTEL'S APPEAL OF THE DISCOVERY MASTER'S APRIL 11, 2008 ORDER DENYING MATTEL'S APPLICATION TO ENFORCE COURT ORDERS COMPELLING PRODUCTION OF TANGIBLE ITEMS; MOTION TO ENFORCE THOSE ORDERS; AND TO COMPEL PRODUCTION OF THE TANGIBLE ITEMS**<br><br>Date: June 23, 2008<br>Time: 10:00 a.m.<br>Place: Courtroom 1<br><br>**Phase 1**<br>Pre-Trial Conference:   May 19, 2008<br>Trial Date:                      May 27, 2008 |

07209/2493766.1

NOTICE OF HEARING DATE

1  TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2  PLEASE TAKE NOTICE that Mattel, Inc.'s Appeal Of The Discovery Master's April 11, 2008 Order Denying Mattel's Application To Enforce Court Orders Compelling Production Of Tangible Items; Motion To Enforce Those Orders; And To Compel Production Of The Tangible Items, filed on April 21, 2008 and appearing as Document No. 3233 on the Court's docket, will be heard on June 23, 2008 at 10:00 a.m., in the Courtroom of the Honorable Stephen G. Larson, located at 3470 Twelfth Street, Riverside, California 92501.

Mattel, Inc.'s *ex parte* application for an expedited hearing date on this appeal remains pending.  Mattel continues to believe that the discovery requested in its appeal is vital to the prosecution and trial of its case and should be heard as soon as possible.

DATED: May 5, 2008            QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

By_____
Diane C. Hutnyan
Attorneys for Mattel, Inc.