QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
JOHN B. QUINN (State Bar No. 090378)
MICHAEL T. ZELLER (State Bar No. 196417)
JON D. COREY (State Bar No. 185066)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000; Facsimile: (213) 443-3100

STROOCK & STROOCK & LAVAN LLP
BARRY B. LANGSERG (State Bar No. 048158)
MICHAEL J. NIBORSKI (State Bar No. 192111)
2029 Century Park East, Suite 1600
Los Angeles, California 90067-3086
Telephone: (310) 556-5800; Facsimile: (310) 556-5959
(lacalendar@stroock.com)

Attorneys for MATTEL, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>        Plaintiff,<br><br>  vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>        Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>SUPPLEMENTAL DECLARATION OF MICHAEL J. NIBORSKI IN SUPPORT OF MATTEL'S MOTION FOR RECONSIDERATION OF DISCOVERY MASTER'S FEBRUARY 26, 2008 ORDER DENYING MATTEL'S MOTION TO COMPEL DEPOSITION OF CHRISTOPHER PALMERI |

# SUPPLEMENTAL DECLARATION OF MICHAEL J. NIBORSKI

I, Michael J. Niborski, declare as follows:

1. I am an attorney licensed to practice before all courts of the State of California and am an attorney with the law firm of Stroock & Stroock & Lavan LLP, co-counsel for Mattel, Inc. ("Mattel") in the above-captioned action. I submit this declaration in support of Mattel, Inc.'s Motion for Reconsideration of Discovery Master's February 26, 2008 Order Denying Motion to Compel the Deposition of Christopher Palmeri. The facts set forth in this declaration are true of my own personal knowledge, except where based on a review of the pleadings and records in this action and, if called as a witness, I could and would competently testify to such facts.

2. Attached hereto as Exhibit A is a true and correct copy of excerpts from MGA Defendants and Carter Bryant's Notice of Service of Objections to Mattel's Corrected Revised Exhibit List, dated May 1, 2008, and an excerpt from Defendants' Objections relating to Trial Exhibit 631.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed this 5th day of May 2008, at Los Angeles, California.

*/s/ Michael J. Niborski*

Michael J. Niborski

# EXHIBIT A

# EXHIBIT A

```
 1  THOMAS J. NOLAN (Bar No. 66992)
    (tnolan@skadden.com)
 2  SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
    300 South Grand Avenue
 3  Los Angeles, CA 90071-3144
    Tel.: (213) 687-5000/Fax: (213) 687-5600
 4
    RAOUL D. KENNEDY (Bar No. 40892)
 5  (rkennedy@skadden.com)
    SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
 6  4 Embarcadero Center 38th Floor
    San Francisco, CA 94111-5974
 7  Tel.: (415) 984-6400 / Fax: (415) 984-2698

 8  Attorneys for Counter-Defendants
    MGA ENTERTAINMENT, INC., MGA ENTERTAINMENT (HK) LIMITED,
 9  MGAE DE MEXICO, S.R.L. DE C.V., AND ISAAC LARIAN
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>　　　　Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with Case No. 04-9059<br>and Case No. 05-2727<br><br>**MGA DEFENDANTS AND CARTER BRYANT'S NOTICE OF SERVICE OF OBJECTIONS TO MATTEL'S CORRECTED REVISED EXHIBIT LIST**<br><br>**Phase 1**<br>Discovery Cut-off: January 28, 2008<br>Pre-Trial Conference: May 12, 2008<br>Trial Date: May 27, 2008 |

EXHIBIT A

PAGE 2

---

MGA DEFENDANTS AND CARTER BRYANT'S NOTICE OF SERVICE OF OBJECTIONS TO MATTEL'S
CORRECTED REVISED EXHIBIT LIST
Case No. CV 04-9049 SGL (RNBx)

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that pursuant to Fed. R. Civ. Proc. 26(a)(3)(A), Local Rule 16-2, the Court's Standing Scheduling Order, the Court's March 11, 2008 Order Regarding Pretrial Deadlines, and the Court's April 7, 2008 Order, counter-defendants MGA Entertainment, Inc., Isaac Larian, MGA Entertainment (HK) Limited, and MGAE de Mexico S.R.L. de C.V. (collectively, the "MGA Defendants" or "MGA") and Carter Bryant ("Bryant") are serving their Objections to Mattel's Corrected Revised Exhibit List (the "Objections") on counsel for Mattel, Inc.

MGA and Bryant object to Mattel's Corrected Revised Exhibit List ("Mattel's List"), in its entirety, because it violates the Court's clear instruction and April 7, 2008 Order by lumping multiple documents and/or tangible items into single exhibit entries. If Mattel had abided by the Court's instruction and April 7, 2008 Order, the Mattel List would have included well beyond the 4,500 exhibit limit imposed by the Court. MGA and Bryant reserve all rights with respect to Mattel's violation of the Court's April 7 Order, including the right to move to strike Mattel's List.

MGA and Bryant object to Mattel's List because it presupposes that the Parties will agree to a series of stipulations that would allow Mattel, despite the Court's April 7 Order, to include multiple documents and/or tangible items as single exhibits. To date, Mattel has not circulated a proposed stipulation that would permit such deviation from the Court's April 7 Order. Nor has Mattel provided any explanation seeking to violate the Court's Order.

MGA and Bryant object to Mattel's List to the extent it identifies documents that have been clawed back and/or contain inadvertently produced privileged information. MGA and Bryant are in the process of confirming the privileged nature of certain documents identified as exhibits by Mattel and, to the extent necessary, intend on clawing back those inadvertently produced documents. MGA and Bryant

MGA DEFENDANTS AND CARTER BRYANT'S NOTICE OF SERVICE OF OBJECTIONS TO MATTEL'S CORRECTED REVISED EXHIBIT LIST
Case No. CV 04-9049 SGL (RNBx)
-1-

EXHIBIT A

PAGE 3

reserve all rights to assert any applicable privilege with respect to any exhibits on Mattel's List before or at trial. The failure by MGA and/or Bryant to object to an exhibit entry on privilege grounds is not intended to, should not be construed as, and does not constitute a waiver of any applicable privilege.

MGA and Bryant expressly reserve all rights relating to the Objections, including the rights to supplement and/or amend the Objections at any time before or during trial.

Because the Court has not yet ruled on all aspects of the parties' motions for partial summary judgment or motions *in limine*, MGA's and Bryant's failure to object on any grounds is not, and should not be interpreted as, a waiver of any argument that certain evidence should be excluded from trial. In addition, MGA and Bryant assert all objections and arguments made in their motions *in limine* as to Mattel's expert reports, and incorporate such objections in each and every Mattel exhibit that is or contains an Mattel expert report (whether initial or rebuttal or reply) and each and every Mattel exhibit that is or contains an appendix, attachment, or exhibit to those reports.

Although MGA and Bryant are submitting the Objections jointly, certain objections may only be relevant to claims asserted against, and/or affirmative defenses asserted by, MGA or Bryant, but not both. Such objections will only be asserted by the party for whom they are relevant. As noted in the attached list, Bryant and MGA assert all objections in the column titled Joint Objections. In addition to those objections, Bryant raises and asserts additional objection in the column titled Bryant Additional Objections.

Some of the exhibits on Mattel's Corrected Revised Exhibit List may be unobjectionable if offered by Bryant and/or MGA, but objectionable if offered by

MGA DEFENDANTS AND CARTER BRYANT'S NOTICE OF SERVICE OF OBJECTIONS TO MATTEL'S CORRECTED REVISED EXHIBIT LIST
Case No. CV 04-9049 SGL (RNBx)
-2-

EXHIBIT A
PAGE 4

1 | Mattel. MGA and Bryant are not waiving any rights to introduce any exhibits on
2 | Mattel's List.
3 |     The Parties have discussed and are discussing a complete and/or limited
4 | stipulation, whereby the Parties agree not to object on authenticity and/or
5 | foundational grounds to documents produced in this litigation by the Parties. The
6 | Parties have not yet entered into a stipulation on such matter. Accordingly, MGA
7 | and Bryant reserve their rights, and hereby do for present purposes, object to each
8 | and every exhibit on Mattel's List not produced by MGA or Bryant respectively
9 | based on a lack of authenticity and foundation. To the extent that the Parties are
10 | unable to reach a stipulation during the Parties' meet-and-confer process, MGA and
11 | Bryant reserve their rights to assert additional objections based on authenticity and
12 | foundation.

DATED: May 1, 2008

Respectfully submitted,

SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP

By: *(signed)* Robert J. Herrington
Robert J. Herrington
Attorneys for Counter-Defendants,
MGA ENTERTAINMENT, INC., MGA ENTERTAINMENT (HK) LIMITED, MGAE de MEXICO S.R.L. de C.V., and ISAAC LARIAN

KEKER & VAN NEST LLP

By: *(signed)* Matthew Werdegar
Matthew Werdegar
Attorneys for Carter Bryant

MGA DEFENDANTS AND CARTER BRYANT'S NOTICE OF SERVICE OF OBJECTIONS TO MATTEL'S CORRECTED REVISED EXHIBIT LIST
Case No. CV 04-9049 SGL (RNBx)
-3-

EXHIBIT A

PAGE 5

**MGA BRYANT's OBJECTIONS TO MATTEL's CORRECTED REVISED EXHIBIT LIST**

| No. | Date | Other Description | Beg. Bates | End Bates | Joint Objections | Bryant Add'l Objections |
|---|---|---|---|---|---|---|
| 0629 | 4/25/2001 | DEPOSITION EXHIBIT 629: Email | MGA 0047048 | MGA 0047048 | | Hearsay (FRE 801,802) Authenticity/Foundation (FRE 901) |
| 0630 | 6/30/2003 | DEPOSITION EXHIBIT 630: Email | MGA 0860577 | MGA 0860579 | Prejudicial/Confusing (FRE 403);Hearsay (FRE 801,802) | Hearsay (FRE 801,802) Authenticity/Foundation (FRE 901) |
| 0631 | 7/28/2003 | DEPOSITION EXHIBIT 631: Magazine | M 0074054 | M 0074056 | Hearsay (FRE 801,802);Prejudicial/Confusing (FRE 403);Authenticity/Foundation (FRE 901) | Hearsay (FRE 801,802) |
| 0632 | 3/5/2004 | DEPOSITION EXHIBIT 632: Article | M 00703398 | M 00703399 | Prejudicial/Confusing (FRE 403);Hearsay (FRE 801,802) | Hearsay (FRE 801,802) |
| 0633 | 6/19/2001 | DEPOSITION EXHIBIT 633: Email | MGA 0066085 | MGA 0066088 | Hearsay (FRE 801,802);Prejudicial/Confusing (FRE 403);Relevance (FRE 401-402) | Hearsay (FRE 801,802) Authenticity/Foundation (FRE 901) |
| 0634 | 9/6/2000 | DEPOSITION EXHIBIT 634: Proposal | LAF0083 | LAF0083 | Hearsay (FRE 801,802);Prejudicial/Confusing (FRE 403);Relevance (FRE 401-402);Authenticity/Foundation (FRE 901) | Hearsay (FRE 801,802) |
| 0635 | 2/17/2001 | DEPOSITION EXHIBIT 635: Bratz Study | LAF 002 | LAF 002 | Authenticity/Foundation (FRE 901);Hearsay (FRE 801,802) | Hearsay (FRE 801,802) |
| 0637 | 3/7/2001 | DEPOSITION EXHIBIT 637: Email with Attachments | MGA 0046968 | MGA 0046970 | Prejudicial/Confusing (FRE 403);Hearsay (FRE 801,802);Relevance (FRE 401-402) | Hearsay (FRE 801,802) Authenticity/Foundation (FRE 901) |
| 0638 | 3/7/2001 | DEPOSITION EXHIBIT 638: Email with Attachments | MGA 0049639 | MGA 0049641 | Prejudicial/Confusing (FRE 403);Relevance (FRE 401-402) | Hearsay (FRE 801,802) Authenticity/Foundation (FRE 901) |
| 0639 | 3/8/2001 | DEPOSITION EXHIBIT 639: Email with Attachments | MGA 0046962 | MGA 0046967 | Prejudicial/Confusing (FRE 403);Relevance (FRE 401-402) | Hearsay (FRE 801,802) Authenticity/Foundation (FRE 901) |
| 0640 | 3/10/2001 | DEPOSITION EXHIBIT 640: Email with Attachments | MGA 0049529 | MGA 0049532 | Prejudicial/Confusing (FRE 403);Relevance (FRE 401-402) | Hearsay (FRE 801,802) |

EXHIBIT A
PAGE 6

## PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is Now Legal Service, 1301 W. 2nd Street, Suite 206, Los Angeles, CA 90026.

On May 5, 2008, I served true copies of the following document(s) described as **SUPPLEMENTAL DECLARATION OF MICHAEL J. NIBORSKI IN SUPPORT OF MATTEL'S MOTION FOR RECONSIDERATION OF DISCOVERY MATTER'S FEBRUARY 26, 2008 ORDER DENYING MATTEL'S MOTION TO COMPEL DEPOSITION OF CHRISTOPHER PALMERI** on the parties in this action as follows:

Thomas J. Nolan
**Skadden, Arps, Slate, Meageher & Flom LLP**
300 South Grand Ave., Ste. 3400
Los Angeles, CA 90071

Mark E. Overland
David C. Scheper
Alexander H. Cote
**Overland Borenstein Scheper & Kim LLP**
601 West Fifth Street, 12th Floor
Los Angeles, CA 90017

John W. Keker, Esq.
Michael H. Page, Esq.
Christina M. Anderson, Esq.
**Keker & Van Nest, LLP**
710 Sansome Street
San Francisco, CA 94111

☐ **BY MAIL:** I enclosed the foregoing into sealed envelope(s) addressed as shown above, and I deposited such envelope(s) in the mail at Los Angeles, California. The envelope was mailed with postage thereon fully prepaid.

☐ **BY OVERNIGHT DELIVERY:** I deposited such document(s) in a box or other facility regularly maintained by the overnight service carrier, or delivered such document(s) to a courier or driver authorized by the overnight service carrier to receive documents, in sealed envelope(s) or package(s) designated by the overnight service carrier with delivery fees paid or provided for, addressed to the person(s) being served.

☒ **BY PERSONAL SERVICE:** I delivered such envelope(s) by hand to the office of the person(s) being served.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on May 5, 2008, at Los Angeles, California.

Gus Vargas

SUPPLEMENTAL DECLARATION OF MICHAEL J. NIBORSKI