THOMAS J. NOLAN (Bar No. 66992)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue, Suite 3400
Los Angeles, CA 90071-3144
Tel.: (213) 687-5000 / Fax: (213) 687-5600:
tnolan@skadden.com
Attorneys for MGA Entertainment, Inc., et al.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARTER BRYANT, an individual<br><br>PLAINTIFF(S)<br>v.<br><br>MATTEL, INC., a Delaware corporation<br><br>DEFENDANT(S). | CASE NUMBER:<br>CV 04-9049 SGL (RNBx)<br><br>**NOTICE OF MANUAL FILING** |

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 06-07 and Local Rule 5-4 the following document(s) or item(s) will be manually filed.

**List Documents:**
(1) MGA ENTERTAINMENT INC.'S REPLY IN FURTHER SUPPORT OF ITS MOTION FOR PROTECTIVE ORDER FROM MATTEL, INC'S FOURTH NOTICE OF DEPOSITION OF MGA PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 30(b)(6); (2) THE DECLARATION OF AMY LIANG IN SUPPORT OF MGA ENTERTAINMENT INC.'S REPLY IN FURTHER SUPPORT OF ITS MOTION FOR PROTECTIVE ORDER FROM MATTEL, INC'S FOURTH NOTICE OF DEPOSITION OF MGA PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 30(b)(6); (3) APPLICATION TO FILE UNDER SEAL; (4) PROPOSED ORDER GRANTING FILING UNDER SEAL; (5) PROOF OF SERVICE.

**Document Description:**

- [x] Administrative Record
- [x] Exhibits
- [ ] Ex Parte Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act (pursuant to Local Rule 79-5 .4(h)
- [ ] Other

**Reason:**

- [x] Under Seal
- [ ] Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
- [ ] Electronic versions are not available to filer
- [ ] Per Court order dated _____
- [ ] Manual Filing required *(reason)*:

| | |
|---|---|
| May 5, 2008<br>Date | Thomas J. Nolan<br>Attorney Name<br><br>MGA ENTERTAINMENT, INC., et al. |

G-92 (02/07)   NOTICE OF MANUAL FILING

American LegalNet, Inc.
www.FormsWorkflow.com

| Party Represented |
|---|

Note:   File one Notice in each case, each time you manually file document(s).

G-92 (02/07)                    **NOTICE OF MANUAL FILING**

American LegalNet, Inc.
www.Forms*Workflow*.com