QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  johnquinn@quinnemanuel.com
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
  Timothy L. Alger (Bar No. 160303)
  (timalger@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>**MATTEL INC.'S OPPOSITION TO CARTER BRYANT'S *EX PARTE* APPLICATION FOR (1) RELIEF FROM THE TWENTY-DAY REQUIREMENT OF LOCAL RULE 7-3; AND (2) AN EXPEDITED HEARING DATE OF MAY 12, 2008**<br><br>Pretrial Conference: May 19, 2008<br>Time: 1:30 p.m.<br>Place: Courtroom 1<br><br>**Phase 1:**<br>Trial Date: May 27, 2008 |

Mattel, Inc. respectfully submits this opposition to Carter Bryant's *Ex Parte* Application for (1) Relief from the Twenty-Day Requirement of Local Rule 7-3; and (2) an Expedited Hearing Date of May 12, 2008.

As Bryant recognizes in his application (at 1), Mattel does not oppose an expedited briefing schedule and hearing date. The schedule that Bryant proposes, however, is unreasonable and prejudicial and therefore should be denied.

Bryant's proposed schedule would give Mattel only four business days to file its opposition to Bryant's underlying motion for reconsideration and/or interlocutory appeal. Specifically, Bryant filed that motion on Friday, May 2, 2008, yet proposes that Mattel must file its opposition by Thursday, May 8, 2008. Such a short period of time is inadequate to Bryant's motion. Additionally, Bryant's proposed hearing date of May 12, 2008 is unfair to Mattel because Mattel's lead counsel, John B. Quinn, Esq., is unavailable due to a previously scheduled hearing in *Abrams v. Doerr*, JAMS No. 111010442 (San Jose, Calif.).

Mattel instead proposes that its opposition be due on Tuesday, May 13, 2008, and Bryant's motion be heard on Monday, May 19, 2008. A hearing on May 19 will be efficient for the Court and the parties because the Court has already set for hearing on that day issues that remain from the parties' cross-motions for summary judgment, and Bryant's motion likewise arises from the parties' cross-motions for summary judgment. Moreover, given the Court's familiarity with the issues on which Bryant seeks reconsideration and/or interlocutory appeal, the Court will likely be in a position to quickly decide Bryant's motion, thus satisfying Bryant's concern that the motion be decided before jury selection and trial commence.

Accordingly, the Court should deny Bryant's proposed schedule in his *Ex Parte* Application and instead order that: (1) Mattel file its opposition to Bryant's underlying motion by May 13, 2008; and (2) the underlying motion be set

for hearing in conjunction with the remainder of the summary-judgment issues on May 19, 2008.

Dated: May 5, 2008

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

By /s/ John B. Quinn
John B. Quinn
Attorneys for Mattel, Inc.