QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  johnquinn@quinnemanuel.com
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
  Timothy L. Alger (Bar No. 160303)
  (timalger@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>Hon. Stephen G. Larson<br><br>**DISPUTED PROPOSED JURY INSTRUCTIONS**<br><br>**Phase 1:**<br><br>Pre-Trial Conference:  May 19, 2008<br>Trial Date:  May 27, 2008 |

85273.4

Case No. CASE NO. CV 04-9049 SGL (RNBx)
DISPUTED PROPOSED JURY INSTRUCTIONS

1  The parties hereby submit the following disputed proposed jury instructions
2  for Phases 1A and 1B of the trial in this matter. The disputed jury instructions
3  proposed by Mattel are attached as Exhibit A; the disputed jury instructions
4  proposed by MGA Entertainment, Inc., MGA Entertainment (HK) Limited, Isaac
5  Larian and/or Carter Bryant (collectively, "defendants") are attached as Exhibit B.
6  The parties request and reserve the right to amend, modify, withdraw and/or
7  supplement the following instructions before or during the trial of this matter. The
8  parties intend to submit further proposed jury instructions depending upon and
9  based upon rulings issued in connection with their pending motions for partial
10 summary judgment, any motions *in limine* or other pre-trial or trial motions, and
11 the evidence and theories proffered by the parties during the course of the trial.
12 *See Fed. R. Civ. P.* 51A.

DATED: May 5, 2008

QUINN EMANUEL URQUHART OLIVER &
HEDGES, LLP

By _____
Jon D. Corey
Attorneys for Mattel, Inc.