QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  johnquinn@quinnemanuel.com
  Michael T. Zeller (Bar No. 196417)
  michaelzeller@quinnemanuel.com
  Jon D. Corey (Bar No. 185066)
  joncorey@quinnemanuel.com
  Timothy L. Alger (Bar No. 160303)
  timalger@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:   (213) 443-3000
Facsimile:   (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>Hon. Stephen G. Larson<br><br>**DISPUTED PROPOSED SPECIAL VERDICT FORMS**<br><br>**Phase 1:**<br><br>Pre-Trial Conference: May 19, 2008<br>Trial Date:           May 27, 2008 |

1  The parties hereby propose the following disputed special verdict forms for
2  Phases 1A and 1B of the trial in this matter. The disputed verdict forms proposed
3  by Mattel are attached as Exhibit A; the disputed verdict forms proposed by MGA
4  Entertainment, Inc., MGA Entertainment (HK) Limited, Isaac Larian and/or Carter
5  Bryant (collectively, "defendants") are attached as Exhibit B. The parties request
6  and reserve the right to amend, modify, withdraw and/or supplement these forms
7  before or during the trial of this matter. The parties intend to modify these forms
8  depending upon and based upon rulings issued in connection with the parties'
9  pending motions for partial summary judgment, any motions *in limine* or other pre-
10 trial or trial motions, and the evidence and theories proffered by the parties during
11 the course of the trial.

13 DATED: May 5, 2008

QUINN EMANUEL URQUHART OLIVER &
HEDGES, LLP

By _____
Jon D. Corey
Attorneys for Mattel, Inc.