# EXHIBIT A

## Special Verdict Form for Phase 1A

We answer the questions submitted to us as follows:

### Breach of Contract

1. Is Carter Bryant liable to Mattel for breach of contract?

    Yes _____

    No _____

2. Does Mattel own any of the Bratz works Mattel claims it owns pursuant to the Inventions Agreement?

    Yes _____

    No _____

### Intentional Interference with Contractual Relations

3. Is MGA Entertainment, Inc. ("MGA") liable to Mattel for intentional interference with contractual relations?

    Yes _____

    No _____

4. Is Isaac Larian liable to Mattel for intentional interference with contractual relations?

    Yes _____

    No _____

### Breach of Fiduciary Duty

5. The Court has already found as a matter of law that Carter Bryant breached his fiduciary duty to Mattel by entering into a contract with MGA, Mattel's competitor, while still employed by Mattel, to produce a line of fashion dolls to be marketed in direct competition with Mattel's products. Did Carter Bryant engage in any other activity that was a breach of fiduciary duty to Mattel?

  Yes \_\_\_\_

  No \_\_\_\_

### Breach of Duty of Loyalty

6. The Court has already found as a matter of law that Carter Bryant breached his duty of loyalty to Mattel by entering into a contract with MGA, Mattel's competitor, while still employed by Mattel, to produce a line of fashion dolls to be marketed in direct competition with Mattel's products. Did Carter Bryant engage in any other activity that was a breach of the duty of loyalty to Mattel?

  Yes \_\_\_\_

  No \_\_\_\_

### Aiding and Abetting Breach of Fiduciary Duty

7. Is MGA liable to Mattel for aiding and abetting breach of fiduciary duty?

  Yes \_\_\_\_

  No \_\_\_\_

1  8. Is Isaac Larian liable to Mattel for aiding and abetting breach of fiduciary duty?

   Yes _____

   No _____

### Aiding and Abetting Breach of the Duty of Loyalty

9. Is MGA liable to Mattel for aiding and abetting breach of the duty of loyalty?

   Yes _____

   No _____

10. Is Isaac Larian liable to Mattel for aiding and abetting breach of the duty of loyalty?

    Yes _____

    No _____

### Conversion

11. Is Carter Bryant liable to Mattel for conversion?

    Yes _____

    No _____

12. Is MGA liable to Mattel for conversion?

    Yes _____

    No _____

13. Is Isaac Larian liable to Mattel for conversion?

    Yes \_\_\_\_

    No \_\_\_\_

14. Is MGA Entertainment (HK) Limited liable to Mattel for conversion?

    Yes \_\_\_\_

    No \_\_\_\_

Once this verdict form is completed, the foreperson of the jury should sign and date on the lines below.

DATED: _____, 2008

_____
Jury Foreperson

## Special Verdict Form for Phase 1B

We answer the questions submitted to us as follows:

### Copyright Infringement

1. Is Carter Bryant liable to Mattel for copyright infringement?

    Yes _____

    No _____

2. Is MGA Entertainment, Inc. ("MGA") liable to Mattel for copyright infringement?

    Yes _____

    No _____

3. Is Isaac Larian liable to Mattel for copyright infringement?

    Yes _____

    No _____

4. Is MGA Entertainment (HK) Limited ("MGA HK") liable to Mattel for copyright infringement?

    Yes _____

    No _____

5. What are Mattel's damages for the Defendants' copyright infringement? (Answer all that apply.)

    (a)    Copyright Infringement by Carter Bryant:

            Bryant's Profits   $_____

    (b)    Copyright Infringement by MGA

            MGA's Profits   $_____

    (c)    Copyright Infringement by Isaac Larian

            Distributions Larian Received from MGA

                  $_____

            Value of Larian's Ownership Percentage of Bratz

                  $_____

    (d)    Copyright Infringement by MGA HK

            MGA HK's Profits $_____

### Breach of Contract

6. In Phase 1A of this trial, you found that Carter Bryant is liable to Mattel for breach of contract. What are Mattel's damages?

        $_____

### Intentional Interference With Contractual Relations

7.  In Phase 1A of this trial, you found that the Defendant(s) [INSERT NAMES] is/are liable to Mattel for intentional interference with contractual relations. What are Mattel's damages?

$ _____

### Breach of Fiduciary Duty

8.  The Court found as a matter of law that Carter Bryant breached his fiduciary duty to Mattel by entering into a contract with MGA, Mattel's competitor, while still employed by Mattel, to produce a line of fashion dolls to be marketed in direct competition with Mattel's products. [In Phase 1A of this trial, you found that Carter Bryant is liable to Mattel for additional breaches of fiduciary duty.] What are Mattel's damages?

$ _____

### Breach of the Duty of Loyalty

9.  The Court has already found as a matter of law that Carter Bryant breached his duty of loyalty to Mattel by entering into a contract with MGA, Mattel's competitor, while still employed by Mattel, to produce a line of fashion dolls to be marketed in direct competition with Mattel's products. [In Phase 1A of this trial, you found that Carter Bryant is liable to Mattel for additional breaches of the duty of loyalty.] What are Mattel's damages?

$ _____

### Aiding and Abetting Breach of Fiduciary Duty

10. In Phase 1A of this trial, you found that the Defendant(s) [INSERT NAMES] is/are liable to Mattel for aiding and abetting Carter Bryant's breach of fiduciary duty. What are Mattel's damages?

$ _____

### Aiding and Abetting Breach of the Duty of Loyalty

11. In Phase 1A of this trial, you found that the Defendant(s) [INSERT NAMES] is/are liable to Mattel for aiding and abetting Carter Bryant's breach of the duty of loyalty. What are Mattel's damages?

$ _____

### Conversion

12. In Phase 1A of this trial, you found that the Defendant(s) [INSERT NAMES] is/are liable to Mattel for conversion. What are Mattel's damages?

$ _____

### Punitive Damages

13. Should punitive damages be awarded against Carter Bryant?

Yes ____

No ____

*If your answer is "yes," then answer Question 14.*

*If your answer is "no," then answer Question 15.*

14. What amount of punitive damages should be awarded against Mr. Bryant?

$ _____

15. Should punitive damages be awarded against MGA?

Yes ____

No ____

*If your answer is "yes," then answer Question 16.*

*If your answer is "no," then answer Question 17.*

16. What amount of punitive damages should be awarded against MGA Entertainment?

$ _____

17. Should punitive damages be awarded against Isaac Larian?

Yes ____

No ____

*If your answer is "yes," then answer Question 18.*

*If your answer is "no," then answer Question 19.*

18. What amount of punitive damages should be awarded against Mr. Larian?

$ _____

19. Should punitive damages be awarded against MGA HK?

  Yes \_\_\_\_

  No \_\_\_\_

*If your answer is "yes," then answer Question 20.*

20. What amount of punitive damages should be awarded against MGA HK?

  $_____

Once this verdict form is completed, the foreperson of the jury should sign and date on the lines below.

DATED: _____, 2008

          _____
              Jury Foreperson