# EXHIBIT B

THOMAS J. NOLAN (Bar No. 66992)
(tnolan@skadden.com)
JASON D. RUSSELL (Bar No. 169219)
(jrussell@skadden.com)
MARINA V. BOGOROD (Bar No. 217524)
(mbogorad@skadden.com)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue, Suite 3400
Los Angeles, CA 90071
Tel.: (213) 687-5000/Fax: (213) 687-5600

RAOUL D. KENNEDY (Bar No. 40892)
(rkennedy@skadden.com)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
4 Embarcadero Center, Suite 3800
San Francisco, CA 94111-5974
Tel.: (415) 984-2698 / Fax: (415) 984-2626

Attorneys for MGA Entertainment, Inc., MGA Entertainment (HK) Limited, MGAE de Mexico, S.R.L. DE C.V., and Isaac Larian

UNITED STATED DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>                    Plaintiff,<br><br>          v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>                    Defendant.<br><br>AND CONSOLIDATED ACTIONS. | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with Case No. 04-9059 and Case No. 05-2727<br><br>Honorable Stephen G. Larson<br><br>MGA PARTIES' AND BRYANT'S [PROPOSED] DISPUTED SPECIAL VERDICT FORMS |

# PHASE 1-A VERDICT FORMS

| No. | Special Verdict Form | Page |
|---|---|---|
| 1 | Proposed Form of Verdict No._1 (Section 2(a) – Scope of Inventions Agreement) | 1 |
| 2 | Proposed Form of Verdict No. 2 (Breach of Section 2(a) of Inventions Agreement) | 2 |
| 3 | Proposed Form of Verdict No. 3 (Breach of Section 3(a) Inventions Agreement) | 8 |
| 4 | Proposed Form of Verdict No. 4 (Validity of Conflict of Interest Questionnaire) | 13 |
| 5 | Proposed Form of Verdict No. 5 (Breach of Conflict of Interest Questionnaire) | 15 |
| 6 | Proposed Form of Verdict No. 6 (17 U.S.C. Section 204(a) and Cal. Civ. Code Section 988) | 20 |
| 7 | Proposed Form of Verdict No. 7 (Declaratory Relief) | 21 |
| 8 | Proposed Form of Verdict No. 8 (Fiduciary Duty) | 22 |
| 9 | Proposed Form of Verdict No. 9 (Liability for Aiding and Abetting Breach of Fiduciary Duty) | 27 |
| 10 | Proposed Form of Verdict No. 10 (Duty of Loyalty) | 33 |
| 11 | Proposed Form of Verdict No. 11 (Liability for Aiding and Abetting Breach of Duty of Loyalty) | 39 |
| 12 | Proposed Form of Verdict No. 12 (Liability for Intentional Interference with Contract) | 45 |
| 13 | Proposed Form of Verdict No. 13 (Conversion) | 51 |
| 14 | Proposed Form of Verdict No. 14 (Statutory Unfair Competition) | 58 |

# PHASE 1-B VERDICT FORMS

| No. | Special Verdict Form | Page |
|---|---|---|
| 1 | Proposed Form of Verdict No. 1 (Copyright Ownership) | 59 |
| 2 | Proposed Form of Verdict No. 2 (Copyright Infringement) | 63 |
| 3 | Proposed Form of Verdict No. 3 (Copyright Infringement – Vicarious and Contributory Infringement) | 78 |
| 4 | Proposed Form of Verdict No. 4 (Inventions Agreement Damages) | 81 |
| 5 | Proposed Form of Verdict No. 5 (Questionnaire Damages) | 82 |
| 6 | Proposed Form of Verdict No. 6 (Fiduciary Duty Damages) | 83 |
| 7 | Proposed Form of Verdict No. 7 (Aiding and Abetting Breach of Fiduciary Duty Damages) | 84 |

| 8  | Proposed Form of Verdict No. 8 (Breach of Duty of Loyalty Damages) | 85 |
|----|----|----|
| 9  | Proposed Form of Verdict No. 9 (Aiding and Abetting Breach of Duty of Loyalty Damages) | 86 |
| 10 | Proposed Form of Verdict No. 10 (Intentional Interference Damages) | 87 |
| 11 | Proposed Form of Verdict No. 11 (Conversion Damages) | 88 |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

ii

## PHASE 1-A VERDICT FORMS

**Proposed Form of Verdict No. 1 (Section 2(a) – Scope of Inventions Agreement)**

On the claim of Mattel against Carter Bryant respecting the interpretation of the applicability of Section 2(a) of the January 4, 1999 Inventions Agreement between Mattel and Bryant, we, the jury, find as follows:

    (a)    With respect to Mattel's claim that the term "inventions" in the Inventions Agreement applies to Bryant's sketches of the BRATZ concept, we find:

        ☐yes or

        ☐no. (If no, please proceed to Verdict Form No. 3)

    (b)    With respect to Mattel's claim that Carter Bryant conceived the BRATZ concept between 1/4/99 and 10/19/00, we find:

        ☐yes or

        ☐no. (If no, please proceed to Verdict Form No. 3)

    (c)    With respect to Mattel's claim that Carter Bryant reduced to practice his sketches of the BRATZ concept between 1/4/99 and 10/19/00, we find:

        ☐yes or

        ☐no. (If no, please proceed to Verdict Form No. 3)

    (d)    With respect to Mattel's claim that sketches Carter Bryant drew between 1/4/99 and 10/19/00 were done "during" his Mattel employment, we find:

        ☐yes or

        ☐no. (If no, please proceed to Verdict Form No. 3)

1 **Proposed Form of Verdict No. 2 (Breach of Section 2(a) of Inventions**

2 **Agreement)**

3 *On the claim of Mattel against Carter Bryant respecting the breach of Section*

4 *2(a) of the January 4, 1999 Inventions Agreement between Mattel and Bryant, we,*

5 *the jury, find as follows:*

6     (a)    With respect to Mattel's claim that Mattel and Carter Bryant entered into

7             a valid contract, we find:

8             ☐yes or

9             ☐no. (If no, please proceed to Verdict Form No. 3)

10     (b)    With respect to Mattel's claim that it did all, or substantially all, of the

11             significant things that the contract required it to do, we find:

12             ☐yes or

13             ☐no. (If no, please proceed to Verdict Form No. 3)

14     (c)    With respect to Bryant's claim that all the conditions by the contract for

15             Carter Bryant's performance had occurred, we find:

16             ☐yes or

17              ☐no. (If no, please proceed to Verdict Form No. 3)

18     (d)    With respect to Mattel's claim that Carter Bryant did something that the

19             contract prohibited him from doing, we find:

20             ☐yes or

21              ☐no. (If no, please proceed to Verdict Form No. 3)

22

23 *On the claim of Mattel against Carter Bryant respecting his breach of Section*

24 *2(a) of the January 4, 1999 Inventions Agreement between Mattel and Bryant, which*

25 *requires that Carter Bryant disclose all inventions conceived or reduced to practice*

26 *at any time during his employment, we, the jury, find as follows:*

27     (e)    On the claim of Carter Bryant that he created BRATZ in August 1998,

28             we, the jury, find as follows:

1    ☐yes or

2    ☐no. (If no, please proceed to Verdict Form No. 3)

3    (f)    With respect to Mattel's claim that Carter Bryant failed to communicate

4    to Mattel the invention as promptly and fully as practicable, we find:

5    ☐yes or

6    ☐no. (If no, please proceed to Verdict Form No. 3)

7

8    *On Carter Bryant's claim that his sketches are exempt from Section 2(a) of the*

9    *January 4, 1999 Inventions Agreement by virtue of California Labor Code § 2870,*

10    *we, the jury, find as follows:*

11    (g)    With respect to Carter Bryant's claim that, even if his sketches are an

12    invention as defined by the Inventions Agreement, he owns the

13    BRATZ sketches under Labor Code § 2870, we find:

14    ☐yes or

15    ☐no. (If no, please proceed to Verdict Form No. 3)

16

17    *On Carter Bryant's claim that Mattel's interpretation of Section 2(a) of the*

18    *January 4, 1999 Inventions Agreement between Mattel and Bryant is unconscionable,*

19    *we, the jury, find as follows:*

20    (h)    With respect to whether Mattel's interpretation of Section 2(a) of the

21    Inventions Agreement falls within the reasonable expectations of the

22    weaker party (Carter Bryant), we find:

23    ☐yes or

24    ☐no. (If no, please proceed to Verdict Form No. 3)

25    (i)    With respect to whether Mattel's interpretation of Section 2(a) of the

26    Inventions Agreement is unduly oppressive or 'unconscionable,' we

27    find:

28    ☐yes or

3

1        ☐no. (If no, please proceed to Verdict Form No. 3)

2

3     *If you have found that Carter Bryant is liable for breach of the Inventions*

4 *Agreement,, next consider whether Mattel should be barred from recovery on any*

5 *of the following grounds:*

6

7     *On the claim of Carter Bryant that Mattel is estopped from asserting claims*

8 *arising out of Section 2(a) of Carter Bryant' s Inventions Agreement, we, the jury,*

9 *find as follows:*

10     (j)    With respect to whether Mattel made a representation of fact, at any

11          relevant time, by its actions, silence or omission, we find:

12          ☐yes or

13          ☐no. (If no, please proceed to 2(n))

14     (k)    With respect to whether Mattel had knowledge that its employees

15          moonlighted or created independent artistic works during their

16          employment , we find:

17          ☐yes or

18          ☐no. (If no, please proceed to 2(n))

19     (l)    With respect to whether Carter Bryant was ignorant of the fact that

20          Mattel intended to make claims to independently created artistic works

21          or works created while moonlighting, we find:

22          ☐yes or

23          ☐no. (If no, please proceed to 2(n))

24     (m)   With respect to whether Carter Bryant reasonably relied on Mattel's

25          silence to his detriment, we find:

26          ☐yes or

27          ☐no. (If no, please proceed to 2(n))

28

**If you answered YES to each of 2(j) – 2(m), please proceed to Verdict Form No. 3.**

*On the claim of Carter Bryant that Mattel has acquiesced, at any relevant time, to its employees moonlighting or independent creation of artistic works, we, the jury, find as follows:*

    (n)    With respect to whether Mattel's acts or words, silence or inaction, would be understood by a reasonable person as intended to indicate that the conduct is allowed, we find:

        ☐yes or

        ☐no. (If no, please proceed to 2(p))

    (o)    With respect to whether Carter Bryant understood Mattel's acts or words, silence or inaction to indicate that it allowed its employees to moonlight or to independently create artistic works, we find:

        ☐yes or

        ☐no. (If no, please proceed to 2(p))

**If you answered YES to each of 2(n) – 2(o), please proceed to Verdict Form No. 3.**

*On the claim of Carter Bryant that Mattel has consented, at any relevant time, to its employees moonlighting or independent artistic work, we, the jury, find as follows:*

    (p)    With respect to whether Mattel's acts or words, silence or inaction, would be understood by a reasonable person as intended to indicate consent to moonlighting or independent artistic work, we find:

        ☐yes or

        ☐no. (If no, please proceed to 2(r))

5

1     (q)     With respect to whether Carter Bryant understood Mattel's acts or

2              words, silence or inaction to indicate consent to moonlighting or

3              independent artistic work, we find:

4              ☐yes or

5              ☐no. (If no, please proceed to 2(r))

6

7     **If you answered YES to each of 2(p) – 2(q), please proceed to Verdict Form**

8                             **No. 3.**

9

10     *On the claim of Carter Bryant that Mattel has waived any right to seek*

11 *damages on its claims for breach of Section 2(a) of the Inventions Agreement, we,*

12 *the jury, find as follows:*

13     (r)     With respect to whether Mattel was aware of its violations of its

14              employment agreements, we find:

15              ☐yes or

16              ☐no. (If no, please proceed to 2(t))

17     (s)     With respect to whether Mattel indicated, by its words, actions or

18              silence that it did not intend to enforce section 2(a) of the Inventions

19              Agreement, we find:

20              ☐yes or

21              ☐no. (If no, please proceed to 2(t))

22

23     **If you answered YES to each of 2(r) – 2(s), please proceed to Verdict Form**

24                             **No. 3.**

25

26     *On the claim of Carter Bryant respecting the date when Mattel suspected or*

27 *had reason to suspect that wrongdoing on the part of Carter Bryant had taken place,*

28 *we, the jury, find as follows:*

6

1    (t)    With respect to whether Carter Bryant has proven that Mattel filed its

2            claims against him more than **three years** after Mattel suspected or had

3            reason to suspect the occurrence of the acts that Mattel contends were

4            wrongful, we find:

5            ☐yes or

6            ☐no.  (If yes, please proceed to Verdict Form No. 3)

7

8    *On the affirmative defense of laches, we, the jury, find as follows:*

9    (u)    With respect to whether Carter Bryant has established that Mattel

10           delayed unreasonably in asserting its claim that Carter Bryant breached

11           section 2(a) of the Inventions Agreement, we find:

12           ☐yes or

13           ☐no.  (If no, please proceed to Verdict Form No. 3)

14    (v)    With respect to whether Carter Bryant has established that he was

15           prejudiced by Mattel's delay because evidence has been lost or

16           witnesses memories have faded, we find:

17           ☐yes or

18           ☐no.

19    (w)    With respect to whether Carter Bryant has established that he was

20           prejudiced by Mattel's delay because Carter Bryant has expended time,

21           resources, or money in reliance on Mattel's failure to file suit, we find:

22           ☐yes or

23           ☐no.

24

25

26

27

28

1 **Proposed Form of Verdict No. 3 (Breach of Section 3(a) Inventions Agreement)**

2      *On the claim of Mattel against Carter Bryant respecting the breach of Section*

3 *3(a) of the January 4, 1999 Inventions Agreement between Mattel and Bryant, we,*

4 *the jury, find as follows:*

5     (a)    With respect to Mattel's claim that Carter Bryant failed to comply with

6               Section 3(a) of the Inventions Agreement, we find:

7               ☐yes or

8               ☐no.  (If no, please proceed to Verdict Form No. 4)

9

10      *On Carter Bryant's claim that Mattel's interpretation of Section 3(a) of the*

11 *January 4, 1999 Inventions Agreement between Mattel and Bryant is unconscionable,*

12 *we, the jury, find as follows:*

13     (b)    With respect to whether Mattel's interpretation of Section 3(a) of the

14               Inventions Agreement falls within the reasonable expectations of the

15               weaker party (Carter Bryant), we find:

16               ☐yes or

17               ☐no. (If no, please proceed to Verdict Form No. 4)

18     (c)    With respect to whether Mattel's interpretation of Bryant's Inventions

19               Agreement is unduly oppressive or 'unconscionable,' we find::

20               ☐yes or

21               ☐no.  (If no, please proceed to Verdict Form No. 4)

22

23      ***If you have found that Carter Bryant is liable for breach of Section 3(a) of***

24 ***the Inventions Agreement,, next consider whether Mattel should be barred from***

25 ***recovery on any of the following grounds:***

26

27

28

8

1  *On the claim of Carter Bryant that Mattel is estopped from asserting claims*
2  *arising out of Section 3(a) of Carter Bryant's Inventions Agreement, we, the jury,*
3  *find as follows*:

4   (d)   With respect to whether Mattel made a representation of fact, at any
5         relevant time, by its actions, silence or omission, we find:
6         ☐yes or
7         ☐no. (If no, please proceed to 3(h))

8   (e)   With respect to whether Mattel had knowledge that its employees
9         engaged in moonlighting or created independent artistic works allegedly
10        covered by their respective inventions agreements, we find:
11        ☐yes or
12        ☐no. (If no, please proceed to3(h))

13  (f)   With respect to whether Carter Bryant was ignorant of the fact that
14        Mattel intended to make claims to independently created artistic works
15        or works created while moonlighting, we find:
16        ☐yes or
17        ☐no. (If no, please proceed to 3(h))

18  (g)   With respect to whether Carter Bryant reasonably relied on Mattel's
19        silence to his detriment, we find:
20        ☐yes or
21        ☐no. (If no, please proceed to 3(h))

22

23  **If you answered YES to each of 3(d) – 3(g), then please proceed to Verdict Form**
24  **No. 4**

25

26  *On the claim of Carter Bryant that Mattel has acquiesced, at any relevant time,*
27  *to its employees' moonlighting or independent artistic creations, we, the jury, find as*
28  *follows*:

9

1    (h)    With respect to whether Mattel's acts or words, silence or inaction,

2            would be understood by a reasonable person as intended to indicate that

3            the conduct is allowed, we find:

4            ☐yes or

5            ☐no. (If no, please proceed to 3(j))

6    (i)    With respect to whether Carter Bryant understood Mattel's acts or

7            words, silence or inaction to indicate that it allowed its employees to

8            moonlight or independently create artistic works, we find:

9            ☐yes or

10          ☐no. (If no, please proceed to 3(j))

11

12    **If you answered YES to each of 3(h) – 3(i), please proceed to Verdict Form**

13                   **No. 4.**

14

15    *On the claim of Carter Bryant  that Mattel has consented, at any relevant time,*

16 *to its employees moonlighting or independent artistic work, we, the jury, find as*

17 *follows*:

18    (j)    With respect to whether Mattel's acts or words, silence or inaction,

19          would be understood by a reasonable person as intended to indicate

20          consent to moonlighting or independent artistic work, we find:

21          ☐yes or

22          ☐no. (If no, please proceed to 3(l))

23    (k)    With respect to whether Carter Bryant understood Mattel's acts or

24          words, silence or inaction to indicate consent to moonlighting or

25          independent artistic work, we find:

26          ☐yes or

27          ☐no. (If no, please proceed to 3(l))

28

1 **If you answered YES to each of 3(j) -3(k), please proceed to Verdict Form No. 4.**

2

3 *On the claim of Carter Bryant that Mattel has waived any right to seek*

4 *damages on its breach of employment agreement claims, we, the jury, find as follows:*

5     (l)    With respect to whether Mattel was aware of its claimed violations of its

6              employment agreements, we find:

7              ☐yes or

8              ☐no. (If no, please proceed to 3(n))

9     (m)   With respect to whether Mattel indicated, by its words, actions or

10            silence that it did not intend to enforce its employment agreements, we

11            find:

12            ☐yes or

13            ☐no. (If no, please proceed to 3(n))

14

15 **If you answered YES to each of 3(l) – 3(m), please proceed to Verdict Form**

16            **No. 4.**

17

18 *On the claim of Carter Bryant respecting the date when Mattel suspected or*

19 *had reason to suspect that wrongdoing on the part of Carter Bryant had taken place,*

20 *we, the jury, find as follows:*

21     (n)   With respect to whether Carter Bryant has proven that Mattel filed its

22            claims against him more than **three years** after Mattel suspected or had

23            reason to suspect the occurrence of the acts that Mattel contends were

24            wrongful, we find:

25            ☐yes or

26            ☐no. (If yes, please proceed to Verdict Form No. 4)

27

28

1    *On the affirmative defense of laches, we, the jury, find as follows:*

2    (o)    With respect to whether Carter Bryant has established that Mattel

3           delayed unreasonably in asserting its claim that Carter Bryant breached

4           section 3(a) of the Inventions Agreement, we find:

5           ☐yes or

6           ☐no.  (If no, please proceed to Verdict Form No. 4)

7    (p)    With respect to whether Carter Bryant has established that he was

8           prejudiced by Mattel's delay because evidence has been lost or

9           witnesses memories have faded, we find:

10          ☐yes or

11          ☐no.

12   (q)    With respect to whether Carter Bryant has established that he was

13          prejudiced by Mattel's delay because Carter Bryant has expended time,

14          resources, or money in reliance on Mattel's failure to file suit, we find:

15          ☐yes or

16          ☐no. (If no, please proceed to Verdict Form No. 4)

17

18

19

20

21

22

23

24

25

26

27

28

1 **Proposed Form of Verdict No. 4 (Validity of Conflict of Interest Questionnaire)**

2 *On the claim of Mattel against Carter Bryant respecting the validity the*

3 *Conflict of Interest Questionnaire, we, the jury, find as follows:*

4   (a)   With respect to Mattel's claim that the contract terms were clear enough

5   that the parties could understand what each was required to do;

6   ☐yes or

7   ☐no. (If no, please proceed to Verdict Form No. 6)

8   (b)   With respect to Mattel's claim that the parties agreed to give each other

9   something of value, we find:

10   ☐yes or

11   ☐no. (If no, please proceed to Verdict Form No. 6)

12   (c)   With respect to Mattel's claim that the parties agreed to the terms of the

13   contract, we find:

14   ☐yes or

15   ☐no. (If no, please proceed to Verdict Form No. 6)

16   (d)   With respect to Mattel's claim that the Questionnaire looks like a

17   contract and contains conspicuous provisions that are clearly disclosed,

18   we find:

19   ☐yes or

20   ☐no. (If no, please proceed to Verdict Form No. 6)

21

22 *On Carter Bryant's claim that Mattel's asserted interpretation of the Conflict*

23 *of Interest Questionnaire between Mattel and Bryant is unconscionable, we, the jury,*

24 *find as follows:*

25   (e)   With respect to whether Mattel's interpretation of the Conflict of

26   Interest Questionnaire falls within the reasonable expectations of the

27   weaker party, Carter Bryant, we find:

28   ☐yes or

13

1  ☐ no.

2  (f)  With respect to whether Mattel's interpretation of the Conflict of

3  Interest Questionnaire is unduly oppressive or 'unconscionable,' we find:

4  ☐ yes or

5  ☐ no.  (If no, please proceed to Verdict Form No. 6)

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1 | **Proposed Form of Verdict No. 5 (Breach of Conflict of Interest Questionnaire)**

2 | *On the claim of Mattel against Carter Bryant respecting the breach of the*

3 | *Conflict of Interest Questionnaire between Mattel and Bryant, we, the jury, find as*

4 | *follows:*

5 |     (a)    With respect to Mattel's claim that Mattel and Carter Bryant entered into

6 |         a valid contract, we find:

7 |         ☐yes or

8 |         ☐no.  (If no, please proceed to Verdict Form No. 6)

9 |     (b)    With respect to Mattel's claim that it did all, or substantially all, of the

10 |         significant things that the contract required it to do, we find:

11 |         ☐yes or

12 |         ☐no.  (If no, please proceed to Verdict Form No. 6)

13 |     (c)    With respect to Mattel's claim that all the conditions by the contract for

14 |         Carter Bryant's performance had occurred, we find:

15 |         ☐yes or

16 |         ☐no.  (If yes, please proceed to Verdict Form No. 6)

17 |     (d)    With respect to Mattel's claim that Carter Bryant did something that the

18 |         contract prohibited him from doing, we find:

19 |         ☐yes or

20 |         ☐no.  (If no, please proceed to Verdict Form No. 6)

21 |     (e)    With respect to whether Mattel has proven that the actions Carter

22 |         Bryant took with respect to BRATZ  before his departure from Mattel

23 |         were not permissible preparations to compete with Mattel, we find:

24 |         ☐yes or

25 |         ☐no.  (If yes, please proceed to Verdict Form No. 6)

26

27

28

*If you have found that Carter Bryant is liable for breach of the Questionnaire, next consider whether Mattel should be barred from recovery on any of the following grounds:*

*On the claim of Carter Bryant that Mattel is estopped from asserting claims arising out of the Questionnaire, we, the jury, find as follows:*

(f)  With respect to whether Mattel made a representation of fact, at any relevant time,, at any relevant time, by its actions, silence or omission, we find:

☐yes or

☐no. (If no, please proceed to 5(j))

(g)  With respect to whether Mattel had knowledge that its employees moonlighted or independently created artistic works , we find:

☐yes or

☐no. (If no, please proceed to 5(j))

(h)  With respect to whether Carter Bryant was ignorant of the fact that Mattel intended to make claims to independently created artistic works or works created while moonlighting, we find:

☐yes or

☐no. (If no, please proceed to 5(j))

(i)  With respect to whether Carter Bryant reasonably relied on Mattel's silence to his detriment, we find:

☐yes or

☐no. (If no, please proceed to 5(j))

**If you answered YES to each of 5(f) – 5(i), please proceed to Verdict Form No. 6.**

1    *On the claim of Carter Bryant that Mattel has acquiesced, at any relevant time,*
2    *to its employees moonlighting or independent artistic works, we, the jury, find as*
3    *follows:*

4        (j)    With respect to whether Mattel's acts or words, silence or inaction,
5              would be understood by a reasonable person as intended to indicate that
6              the conduct is allowed, we find:
7              ☐yes or
8              ☐no. (If no, please proceed to 5(l))

9        (k)    With respect to whether Carter Bryant understood Mattel's acts or
10             words, silence or inaction to indicate that it allowed moonlighting or
11             independent artistic works, we find:
12             ☐yes or
13             ☐no. (If no, please proceed to 5(l))

14

15   **If you answered YES to each of 5(j) – 5(k), please proceed to Verdict Form**
16   **No. 6.**

17

18   *On the claim of Carter Bryant  that Mattel has consented, at any relevant time,*
19   *to its employees' moonlighting or independent artistic work, we, the jury, find as*
20   *follows:*

21       (l)    With respect to whether Mattel's acts or words, silence or inaction,
22             would be understood by a reasonable person as intended to indicate
23             consent to moonlighting or independent artistic work, we find:
24             ☐yes or
25             ☐no. (If no, please proceed to 5(n))

26       (m)    With respect to whether Carter Bryant understood Mattel's acts or
27             words, silence or inaction to indicate consent to moonlighting or
28             independent artistic work, we find:

17

1  ☐yes or

2  ☐no. (If no, please proceed to 5(n))

3

4  **If you answered YES to each of 5(l) – 5(m), please proceed to Verdict Form**

5  **No. 6.**

6

7  *On the claim of Carter Bryant that Mattel has waived any right to seek*

8  *damages on its breach of Questionnaire claims, we, the jury, find as follows*:

9      (n)   With respect to whether Mattel was aware of conduct it now claims

10          violates the Questionnaire, we find:

11          ☐yes or

12          ☐no. (If no, please proceed to 5(p))

13     (o)   With respect to whether Mattel indicated, by its words, actions or

14          silence that it did not intend to enforce the Questionnaire in the manner

15          it now asserts, we find:

16          ☐yes or

17          ☐no. (If no, please proceed to 5(p))

18

19 **If you answered YES to each of 5(n) – 5(o), please proceed to Verdict Form**

20 **No. 6.**

21

22 *On the claim of Carter Bryant respecting the date when Mattel suspected or*

23 *had reason to suspect that Carter Bryant had breached the Questionnaire, we, the*

24 *jury, find as follows:*

25     (p)   With respect to whether Carter Bryant has proven that Mattel filed its

26          claims against him more than **three years** after Mattel suspected or had

27          reason to suspect the occurrence of the acts that Mattel contends were

28          wrongful, we find:

18

1    ☐yes or

2    ☐no. (If yes, please proceed to Verdict Form No. 6)

3

4    *On the affirmative defense of laches, we, the jury, find as follows:*

5    (q)    With respect to whether Carter Bryant has established that Mattel

6            delayed unreasonably in asserting its claim that Carter Bryant the

7            Questionnaire, we find:

8            ☐yes or

9            ☐no. (If no, please proceed to Verdict Form No. 6)

10   (r)    With respect to whether Carter Bryant established that he was

11           prejudiced by Mattel's delay because evidence has been lost or

12           witnesses memories have faded, we find:

13           ☐yes or

14           ☐no. (If no, please proceed to Verdict Form No. 6)

15   (s)    With respect to whether Carter Bryant has established that he was

16           prejudiced by Mattel's delay because Carter Bryant has expended time,

17           resources, or money in reliance on Mattel's failure to file suit, we find:

18           ☐yes or

19           ☐no. (If no, please proceed to Verdict Form No. 6)

20

21

22

23

24

25

26

27

28

1 | **Proposed Form of Verdict No. 6 (17 U.S.C. Section 204(a) and Cal. Civ. Code**
2 | **Section 988)**

3 |     *On the claim of Mattel respecting the existence of a valid transfer agreement*
4 | *between Mattel and Carter Bryant under Section 204(a) of the Copyright Act or*
5 | *Section 988 of the California Civil Code, we, the jury, find as follows:*

6 |     (a)    With respect to Mattel's claim that Section 2(a) of Bryant's Inventions
7 |     Agreement is a valid transfer of copyright under Section 204(a) of the
8 |     Copyright Act, we find:
9 |     ☐yes or
10 |     ☐no.  (If no, please proceed to Verdict Form No. 7)

11 |     (b)    With respect to Mattel's claim that Section 2(a) of Bryant's Inventions
12 |     Agreement is a valid transfer of copyright under California Civil Code
13 |     Section 988, we find:
14 |     ☐yes or
15 |     ☐no.  (If no, please proceed to Verdict Form No. 7)

16
17
18
19
20
21
22
23
24
25
26
27
28

**Proposed Form of Verdict No. 7 (Declaratory Relief)**

*On the claim of Mattel against MGA, Isaac Larian, and Carter Bryant respecting Mattel's claim for declaratory relief, we, the jury, find as follows:*

    (a)    With respect to whether Mattel has met its burden in proving its declaratory relief claim, we find:

        ☐yes or

        ☐no.  (If no, please proceed to Verdict Form No. 8)

    (b)    With respect to whether Mattel has met its burden in proving that MGA did not purchase its rights in good faith, we find:

        ☐yes or

        ☐no.  (If no, please proceed to Verdict Form No. 8)

*On the claim of Carter Bryant, MGA, MGA (HK) and Isaac Larian respecting the date when the alleged wrongdoing on the part of Carter Bryant, MGA, MGA (HK), or Larian had taken place, we, the jury, find as follows:*

    (c)    With respect to whether MGA, MGA (HK) and/or Isaac Larian have proven that Mattel filed its claims against them more than **three years** after they publicly asserted an ownership over property to which Mattel knew or had reason to suspect it had a copyright interest, we find:

        ☐yes or

        ☐no.  (If no, please proceed to Verdict Form No. 8)

    (d)    With respect to whether Carter Bryant has proven that Mattel filed its claims more than **three years** after Bryant publicly asserted an ownership over property to which Mattel knew or had reason to suspect it had a copyright interest, we find:

        ☐yes or

        ☐no.  (If no, please proceed to Verdict Form No. 8)

**Proposed Form of Verdict No. 8 (Fiduciary Duty)**

*On the claim of Mattel against Carter Bryant for breach of fiduciary duty, we, the jury, find as follows:*

(e)    With respect to whether Mattel has proven that Carter Bryant owed a fiduciary duty to Mattel, we find:

☐ yes or

☐ no. (If no, please proceed to Verdict Form No. 10)

(f)    With respect to whether Mattel has proven that Carter Bryant deliberately acted against Mattel's interests prior to terminating his employment with Mattel in breach of any fiduciary duty owed, we find:

☐ yes or

☐ no. ((If no, please proceed to Verdict Form No. 10)

(g)    With respect to whether Mattel has proven Bryant's actions were in direct competition with Mattel and not merely preparations to compete with Mattel, we find:

☐ yes or

☐ no. (If no, please proceed to Verdict Form No. 10)

(h)    With respect to whether Mattel has proven it was harmed during the term of Bryant's employment by Carter Bryant's breach of fiduciary duty, we find:

☐ yes or

☐ no. (If no, please proceed to Verdict Form No. 10)

(i)    With respect to whether Mattel has proven that the conduct of Bryant was a substantial reason for any harm Mattel incurred during the term of Bryant's employment, we find:

☐ yes or

☐ no. (If no, please proceed to Verdict Form No. 10)

*If you have found that Carter Bryant is liable for breach of fiduciary duty, next consider whether Mattel should be barred from recovery on any of the following grounds:*

*On the claim of Carter Bryant that Mattel is estopped from asserting claims arising out of Carter Bryant's actions while employed at Mattel, we, the jury, find as follows:*

    (j)    With respect to whether Mattel made a representation of fact, at any relevant time, by its actions, silence or omission, we find:

           ☐yes or

           ☐no. (If no, please proceed to 8(j))

    (k)    With respect to whether Mattel had knowledge that its employees were moonlighting or working on independent artistic projects, we find:

           ☐yes or

           ☐no. (If no, please proceed to 8(j))

    (l)    With respect to whether Carter Bryant was ignorant of the fact that Mattel allowed moonlighting or permitting employee's work on independent artistic projects was not intended as a policy, we find:

           ☐yes or

           ☐no. (If no, please proceed to 8(j))

    (m)    With respect to whether Carter Bryant reasonably relied on Mattel's silence to his detriment, we find:

           ☐yes or

           ☐no. (If no, please proceed to 8(j))

**If you answered YES to 8(f) – 8(i), please proceed to Verdict Form No. 10.**

1    *On the claim of Carter Bryant that Mattel has acquiesced, at any relevant time,*
2    *to its employees' moonlighting or independent artistic works, we, the jury, find as*
3    *follows*:

4        (n)    With respect to whether Mattel's acts or words, silence or inaction,
5                would be understood by a reasonable person as intended to indicate that
6                the conduct is allowed, we find:
7                ☐yes or
8                ☐no. (If no, please proceed to 8(l))
9        (o)    With respect to whether Carter Bryant understood Mattel's acts or
10               words, silence or inaction to indicate that it allowed moonlighting or
11               independent artistic work, we find:
12               ☐yes or
13               ☐no. (If no, please proceed to 8(l))
14

15   **If you answered YES to each of 8(j) – 8(k), please proceed to Verdict Form**
16   **No. 10.**

17

18   *On the claim of Carter Bryant that Mattel has consented, at any relevant time,*
19   *to its employees' moonlighting or independent artistic works, we, the jury, find as*
20   *follows*:

21       (p)    With respect to whether Mattel's acts or words, silence or inaction,
22               would be understood by a reasonable person as intended to indicate
23               consent to moonlighting or independent artistic work, we find:
24               ☐yes or
25               ☐no. (If no, please proceed to 8(n))
26       (q)    With respect to whether Carter Bryant understood Mattel's acts or
27               words, silence or inaction to indicate consent to moonlighting or
28               independent artistic works, we find:

24

1 | ☐yes or

2 | ☐no. (If no, please proceed to 8(n))

3

4 | **If you answered YES to each of 8(l) – 8(m), please proceed to Verdict Form**

5 | **No. 10.**

6

7 | *On the claim of Carter Bryant that Mattel has waived any right to seek*

8 | *damages on its breach of fiduciary duty claims, we, the jury, find as follows*:

9 | (r) | With respect to whether Mattel was aware of conduct it now alleges is a

10 | breach of fiduciary duty, we find:

11 | ☐yes or

12 | ☐no. (If no, please proceed to 8(p))

13 | (s) | With respect to whether Mattel indicated, by its words, actions or

14 | silence that it did not intend to enforce what it now claims are fiduciary

15 | obligations, we find:

16 | ☐yes or

17 | ☐no. (If no, please proceed to 8(p))

18

19 | **If you answered YES to each of 8(n) – 8(o), please proceed to Verdict Form**

20 | **No. 10.**

21

22 | *On the claim of Carter Bryant respecting the date when Mattel suspected or*

23 | *had reason to suspect that wrongdoing on the part of Carter Bryant had taken place,*

24 | *we, the jury, find as follows:*

25 | (t) | With respect to whether Carter Bryant has proven that Mattel filed its

26 | claims against him more than **three years** after Mattel suspected or had

27 | reason to suspect the occurrence of the acts that Mattel contends were

28 | wrongful, we find:

1     ☐yes or

2     ☐no.  (If yes, please proceed to Verdict Form No. 10)

3

4     *On the affirmative defense of laches, we, the jury, find as follows:*

5     (u)    With respect to whether Carter Bryant has established that Mattel

6            delayed unreasonably in asserting its claim that Carter Bryant breached

7            his fiduciary duty, we find:

8            ☐yes or

9            ☐no.

10    (v)    With respect to whether Carter Bryant has established that he was

11           prejudiced by Mattel's delay because evidence has been lost or

12           witnesses memories have faded, we find:

13           ☐yes or

14           ☐no.

15    (w)   With respect to whether Carter Bryant has established that he was

16           prejudiced by Mattel's delay because Carter Bryant has expended time,

17           resources, or money in reliance on Mattel's failure to file suit, we find:

18           ☐yes or

19           ☐no.

20

21    **If you answered YES to 8(p) OR 8(q) and either 8(r) or 8(s), please proceed to**

22    **Verdict Form No. 10**

23

24

25

26

27

28

**Proposed Form of Verdict No. 9 (Liability for Aiding and Abetting Breach of
Fiduciary Duty)**

*On the claim of Mattel against MGA and Isaac Larian for aiding and abetting
breach of fiduciary duty, we, the jury, find as follows:*

    (a)    With respect to whether Carter Bryant has proven that the actions he
took on BRATZ before his departure from Mattel were preparations to
compete with Mattel, we find:

          ☐yes or

          ☐no. (If yes, please proceed to Verdict Form No. 10)

    (b)    With respect to whether Mattel has proven that MGA and/or Isaac
Larian knew that Carter Bryant owed a fiduciary duty to Mattel, we find:

          ☐yes or

          ☐no. (If no, please proceed to Verdict Form No. 10)

    (c)    With respect to whether Mattel has proven that MGA and/or Isaac
Larian knew, when they contracted with Bryant for the rights to BRATZ,
that Bryant was breaching a fiduciary duty to Mattel, we find.

          ☐yes or

          ☐no. (If no, please proceed to Verdict Form No. 10)

    (d)    With respect to whether Mattel has proven that MGA and/or Isaac
Larian made a conscious decision to participate in wrongful activity
designed to substantially assist Bryant in a breach of fiduciary duty
while he was employed at Mattel, we find:

          ☐yes or

          ☐no. (If no, please proceed to Verdict Form No. 10)

    (e)    With respect to whether Mattel has proven that MGA and/or Isaac
Larian knew that Bryant did not immediately leave Mattel on signing
the contract with MGA, as instructed by MGA and Isaac Larian, we find.

          ☐yes or

1          □no. (If no, please proceed to Verdict Form No. 10)

2    (f)    With respect to whether Mattel has proven that MGA and/or Isaac

3          Larian knowingly provided substantial assistance or encouragement to

4          Bryant while Bryant was employed at Mattel, we find:

5          □yes or

6          □no. (If no, please proceed to Verdict Form No. 10)

7    (g)   With respect to whether Mattel has shown the extent to which MGA

8          and/or Isaac Larian knew of and intended to assist in Bryant's breach of

9          fiduciary duty to Mattel, Mattel has shown that MGA and Isaac Larian

10         rendered a sufficiently high degree of substantial assistance in Bryant's

11         breach, we find:

12         □yes or

13         □no. (If no, please proceed to Verdict Form No. 10)

14    (h)   With respect to whether Mattel has proven that the conduct of MGA

15         and/or Isaac Larian in meeting with, negotiating and signing a contract

16         with Bryant was a substantial reason for any harm Mattel incurred while

17         Bryant was employed by Mattel due to Bryant's breach of his fiduciary

18         duty with Mattel, we find:

19         □yes or

20         □no. (If no, please proceed to Verdict Form No. 10)

21

22      *If you have found that MGA or Isaac Larian are liable for aiding and*

23 *abetting Carter Bryant's breach of fiduciary duty, next consider whether Mattel*

24 *should be barred from recovery on any of the following grounds:*

25

26      *On the claim of MGA and Larian that Mattel is estopped from asserting*

27 *claims arising out of Carter Bryant's employment agreement, we, the jury, find as*

28 *follows:*

MGA Parties'[Proposed] Special Verdict Forms– Case No. CV 04-9049 SGL (RNBx)

1    (i)   With respect to whether Mattel made a representation of fact, at any

2          relevant time, by its actions, silence or omission, we find:

3             ☐yes or

4             ☐no. (If no, please proceed to 9(m))

5    (j)   With respect to whether Mattel had knowledge that its employees were

6          moonlighting or working on independent artistic projects, we find:

7             ☐yes or

8             ☐no. (If no, please proceed to 9(m))

9    (k)   With respect to whether Carter Bryant was ignorant of the fact that

10         Mattel's failure to prevent moonlighting or independent artistic work

11         was not intended as a policy, we find:

12           ☐yes or

13           ☐no. (If no, please proceed to 9(m))

14    (l)   With respect to whether MGA and/or Isaac Larian reasonably relied on

15         Mattel's silence to their detriment, we find:

16           ☐yes or

17           ☐no. (If no, please proceed to 9(m))

18

19   **If you answered YES to each of 9(i) – 9(l), please proceed to Verdict Form**

20                     **No. 10.**

21

22    *On the claim of MGA and Isaac Larian that Mattel has acquiesced, at any*

23 *relevant time, to its employees' moonlighting or independent artistic work, we, the*

24 *jury, find as follows*:

25    (m)  With respect to whether Mattel's acts or words, silence or inaction,

26         would be understood by a reasonable person as intended to indicate that

27         the conduct is allowed, we find:

28           ☐yes or

1    □no. (If no, please proceed to 9(o))

2    (n)    With respect to whether Carter Bryant understood Mattel's acts or

3    words, silence or inaction to indicate that it allowed moonlighting or

4    independent artistic work, we find:

5    □yes or

6    □no. (If no, please proceed to 9(o))

7

8    **If you answered YES to each of 9(m) – 9(n), please proceed to Verdict Form**

9    **No. 10.**

10

11    *On the claim of MGA and Isaac Larian that Mattel has consented, at any*

12   *relevant time, to its employees moonlighting or independent artistic work, we, the*

13   *jury, find as follows:*

14    (o)    With respect to whether Mattel's acts or words, silence or inaction,

15    would be understood by a reasonable person as intended to indicate

16    consent to moonlighting or independent artistic work, we find:

17    □yes or

18    □no. (If no, please proceed to 9(q))

19    (p)    With respect to whether Carter Bryant understood Mattel's acts or

20    words, silence or inaction to indicate consent to moonlighting or

21    independent artistic work, we find:

22    □yes or

23    □no. (If no, please proceed to 9(q))

24

25    **If you answered YES to each of 9(o) – 9(p), then please proceed to Verdict Form**

26    **No. 10.**

27

28

1  *On the claim of MGA and Isaac Larian that Mattel has waived any right to*
2  *seek damages on its breach of employment agreement claims, we, the jury, find as*
3  *follows*:

4    (q)    With respect to whether Mattel was aware of its violations of its
5           employment agreements, we find:
6           ☐yes or
7           ☐no. (If no, please proceed to 9(s))
8    (r)    With respect to whether Mattel indicated, by its words, actions or
9           silence that it did not intend to enforce its employment agreements, we
10          find:
11          ☐yes or
12          ☐no. (If no, please proceed to 9(s))

13

14  **If you answered YES to each of 9(q) – 9(r), please proceed to Verdict Form**
15  **No. 10.**

16

17  *On the claim of MGA and Larian respecting the date when Mattel suspected*
18  *or had reason to suspect that wrongdoing on the part of MGA and Larian had taken*
19  *place, we, the jury, find as follows:*

20   (s)    With respect to whether MGA and/or Isaac Larian have proven that
21          Mattel filed its claims against them more than **two years** after Mattel
22          suspected or had reason to suspect that wrongdoing had taken place, we
23          find:
24          ☐yes or
25          ☐no.  (If yes, please proceed to Verdict Form No. 10)

26

27  *On the affirmative defense of laches, we, the jury, find as follows:*

28

(t)  With respect to whether MGA and/or Isaac Larian have established that
Mattel delayed unreasonably in asserting its claim that MGA and/or
Isaac Larian aided and abetted Carter Bryant's breach of his fiduciary
duty, we find:

☐yes or

☐no.  (If no, please proceed to Verdict Form No. 10)

(u)  With respect to whether the MGA and/or Isaac Larian have established
that they were prejudiced by Mattel's delay because evidence has been
lost or witnesses memories have faded, we find:

☐yes or

☐no.

(v)  With respect to whether MGA and/or Isaac Larian have established that
they were prejudiced by Mattel's delay because MGA and/or Isaac
Larian have expended time, resources, or money in reliance on Mattel's
failure to file suit, we find:

☐yes or

☐no.

MGA Parties'[Proposed] Special Verdict Forms– Case No. CV 04-9049 SGL (RNBx)

**Proposed Form of Verdict No. 10 (Duty of Loyalty)**

*On the claim of Mattel against Carter Bryant for breach of duty of loyalty, we, the jury, find as follows:*

    (a)    With respect to whether Mattel has proven that Carter Bryant owed a duty of loyalty to Mattel, we find:

            ☐yes or

            ☐no.  (If no, please proceed to Verdict Form No. 12)

    (b)    With respect to whether Mattel has proven Carter Bryant deliberately acted against Mattel's interests in connection with the BRATZ idea and sketches prior to terminating his employment with Mattel, we find:

            ☐yes or

            ☐no. (If no, please proceed to Verdict Form No. 12)

    (c)    With respect to whether Mattel has proven Bryant's actions were in direct competition with Mattel and not merely preparations to compete with Mattel, we find:

            ☐yes or

            ☐no. (If no, please proceed to Verdict Form No. 12)

    (d)    With respect to whether Mattel has proven that it did not give informed consent to Bryant's conduct or otherwise ratify Bryant's conduct, we find:

            ☐yes or

            ☐no. (If no, please proceed to Verdict Form No. 12)

    (e)    With respect to whether Mattel has proven it was harmed during the term of Bryant's employment by Carter Bryant's breach of duty of loyalty, we find:

            ☐yes or

            ☐no. (If no, please proceed to Verdict Form No. 12)

1      (f)      With respect to whether Mattel has proven that the conduct of Bryant

2                  was a substantial reason for any harm Mattel incurred during the term of

3                  Bryant's employment, we find:

4                  ☐yes or

5                  ☐no. (If no, please proceed to Verdict Form No. 12)

6

7      *If you have found that Carter Bryant is liable for his breach of the duty of*

8  *loyalty, next consider whether Mattel should be barred from recovery on any of the*

9  *following grounds:*

10

11     *On the claim of Bryant respecting the date when Mattel suspected or had*

12 *reason to suspect that wrongdoing on the part of Bryant had taken place, we, the*

13 *jury, find as follows:*

14     (g)      With respect to whether Bryant has proven that Mattel filed its claims

15                 against him more than two years after Mattel suspected or had reason to

16                 suspect that wrongdoing had taken place, we find:

17                 ☐yes or

18                 ☐no. (If yes, please proceed to Verdict Form No. 11)

19

20     *On the claim of Carter Bryant that Mattel is estopped from asserting claims*

21 *arising out of Carter Bryant's employment agreement, we, the jury, find as follows:*

22     (h)      With respect to whether Mattel made a representation of fact, at any

23                 relevant time, by its actions, silence or omission, we find:

24                 ☐yes or

25                 ☐no. (If no, please proceed to 10(l))

26     (i)       With respect to whether Mattel had knowledge that its employees were

27                 moonlighting or of working on independent artistic projects, we find:

28                 ☐yes or

1          ☐no. (If no, please proceed to 10(l))

2     (j)    With respect to whether Carter Bryant was ignorant of the fact that

3            Mattel's failure to prevent moonlighting or independent artistic work

4            was not intended as a policy, we find:

5            ☐yes or

6            ☐no. (If no, please proceed to 10(l))

7     (k)   With respect to whether Carter Bryant reasonably relied on Mattel's

8            silence to their detriment, we find:

9            ☐yes or

10          ☐no. (If no, please proceed to 10(l))

11

12   **If you answered YES to each of 10(h) – 10(k), please proceed to Verdict Form**

13                     **No. 12.**

14

15     *On the claim of Carter Bryant that Mattel has acquiesced, at any relevant time,*

16 *to its employees' moonlighting or independent artistic work, we, the jury, find as*

17 *follows*:

18     (l)    With respect to whether Mattel's acts or words, silence or inaction,

19            would be understood by a reasonable person as intended to indicate that

20          the conduct is allowed, we find:

21          ☐yes or

22          ☐no. (If no, please proceed to 10(n))

23     (m)  With respect to whether Carter Bryant understood Mattel's acts or

24          words, silence or inaction to indicate that it allowed moonlighting or

25          independent artistic work, we find:

26          ☐yes or

27          ☐no. (If no, please proceed to 10(n))

28

1    **If you answered YES to each of 10(l) – 10(m), please proceed to Verdict Form**
2                                    **No. 12.**
3
4          *On the claim of Carter Bryant that Mattel has consented, at any relevant time,*
5    *to its employees moonlighting or independent artistic work, we, the jury, find as*
6    *follows*:
7          (n)    With respect to whether Mattel's acts or words, silence or inaction,
8                 would be understood by a reasonable person as intended to indicate
9                 consent to moonlighting or independent artistic work, we find:
10                 ☐yes or
11                 ☐no. (If no, please proceed to 10(p))
12         (o)    With respect to whether Carter Bryant understood Mattel's acts or
13                 words, silence or inaction to indicate consent to moonlighting or
14                 independent artistic work, we find:
15                 ☐yes or
16                 ☐no. (If no, please proceed to 10(p))
17
18   **If you answered YES to each of 10(n) – 10(o), please proceed to Verdict Form**
19                                    **No. 12.**
20
21         *On the claim of Carter Bryant that Mattel has waived any right to seek*
22   *damages on its breach of duty of loyalty claim, we, the jury, find as follows*:
23         · (p)   With respect to whether Mattel was aware of employee conduct such as
24                 the conduct it now claims was a breach of the duty of loyalty, we find:
25                 ☐yes or
26                 ☐no. (If no, please proceed to 10(r))
27
28

1     (q)   With respect to whether Mattel indicated, by its words, actions or

2              silence that it did not intend to claim such conduct was a breach of any

3              duty, we find:

4              ☐yes or

5              ☐no. (If no, please proceed to 10(r))

6

7    **If you answered YES to each of 10(p) – 10(q), please proceed to Verdict Form**

8                                **No. 12.**

9

10     *On the claim of Carter Bryant respecting the date when Mattel suspected or*

11  *had reason to suspect that wrongdoing on the part of Carter Bryant had taken place,*

12  *we, the jury, find as follows:*

13     (r)   With respect to whether Carter Bryant has proven that Mattel filed its

14              claims within **two years** of when Mattel suspected or had reason to

15              suspect the occurrence of the acts that Mattel contends were wrongful,

16              we find:

17              ☐yes or

18              ☐no.  (If yes, please proceed to Verdict Form No. 12)

19

20     *On the affirmative defense of laches, we, the jury, find as follows:*

21     (s)   With respect to whether Carter Bryant has established that Mattel

22              delayed unreasonably in asserting its claim that Carter Bryant breached

23              his duty of loyalty, we find:

24              ☐yes or

25              ☐no.

26     (t)   With respect to whether Carter Bryant has established that he was

27              prejudiced by Mattel's delay because evidence has been lost or

28              witnesses memories have faded, we find:

1        ☐yes or

2        ☐no.

3     (u)    With respect to whether Carter Bryant has established that he was

4             prejudiced by Mattel's delay because Carter Bryant has expended time,

5             resources, or money in reliance on Mattel's failure to file suit, we find:

6        ☐yes or

7        ☐no.

8

9 **If you answered YES to 10(r) OR 10(s) and either 10(t) or 10(u), please proceed**

10 **to Verdict Form No. 12.**

1 **Proposed Form of Verdict No. 11 (Liability for Aiding and Abetting Breach of**
2 **Duty of Loyalty)**

3    *On the claim of Mattel against MGA and Larian for aiding and abetting*
4 *breach of duty of loyalty, we, the jury, find as follows:*

5    (a)    With respect to whether Mattel has proven that Carter Bryant owed a
6            duty of loyalty to Mattel, we find:
7            ☐yes or
8            ☐no.  (If no, please proceed to Verdict Form No. 12)

9    (b)    With respect to whether Mattel has proven Bryant breached a duty of
10           loyalty he owed to Mattel in licensing the BRATZ to MGA, we find:
11           ☐yes or
12           ☐no. (If no, please proceed to Verdict Form No. 12)

13   (c)    With respect to whether Mattel has proven that the actions Carter
14           Bryant took with respect to BRATZ  before his departure from Mattel
15           were not permissible preparations to compete with Mattel, we find:
16           ☐yes or
17           ☐no. (If no, please proceed to Verdict Form No. 12)

18   (d)    With respect to whether Mattel has proven that MGA and/or Isaac
19           Larian knew, when they contracted with Bryant for the rights to BRATZ,
20           that Bryant was breaching a duty of loyalty to Mattel, we find.
21           ☐yes or
22           ☐no. (If no, please proceed to Verdict Form No. 12)

23   (e)    With respect to whether Mattel has proven that MGA and/or Isaac
24           Larian knew that Bryant did not immediately leave Mattel on signing
25           the contract with MGA, as instructed by MGA and/or Isaac Larian, we
26           find.
27           ☐yes or
28           ☐no. (If no, please proceed to Verdict Form No. 12)

(f)   With respect to whether Mattel has proven that MGA and/or Isaac Larian made a conscious decision to participate in wrongful activity designed to assist Bryant in a breach of duty of loyalty while Bryant was employed at Mattel, we find:

☐yes or

☐no.  (If no, please proceed to Verdict Form No. 12)

(g)   With respect to whether Mattel has proven that MGA and/or Isaac Larian knowingly provided substantial assistance or encouragement to Bryant in his breach of duty of loyalty while Bryant was employed at Mattel, we find:

☐yes or

☐no.  (If no, please proceed to Verdict Form No. 12)

(h)   With respect to whether Mattel has shown the extent to which MGA and/or Isaac Larian knew of and intended to assist in Bryant's breach of duty of loyalty to Mattel, Mattel has shown that MGA and/or Isaac Larian rendered a sufficiently high degree of substantial assistance in Bryant's breach, we find:

☐yes or

☐no.  (If no, please proceed to Verdict Form No. 12)

(i)   With respect to whether Mattel has proven that the conduct of MGA and/or Isaac Larian was a substantial reason for any harm Mattel incurred due to Bryant's breach of his duty of loyalty with Mattel, we find:

☐yes or

☐no.  (If no, please proceed to Verdict Form No. 12)

1    *If you have found that MGA or Larian are liable for aiding and abetting*
2    *Carter Bryant's breach of his duty of loyalty, next consider whether Mattel should*
3    *be barred from recovery on any of the following grounds:*

4

5    *On the claim of MGA and Isaac Larian that Mattel is estopped from asserting*
6    *claims arising out of Carter Bryant's breach of his duty of loyalty, we, the jury, find*
7    *as follows*:

8    (j)    With respect to whether Mattel made a representation of fact, at any
9            relevant time, by its actions, silence or omission, we find:
10           ☐yes or
11           ☐no. (If no, please proceed to 11(n))
12   (k)    With respect to whether Mattel had knowledge that its employees were
13           moonlighting or working on independent artistic projects, we find:
14           ☐yes or
15           ☐no. (If no, please proceed to 11(n))
16   (l)    With respect to whether Carter Bryant was ignorant of the fact that
17           Mattel's failure to prevent moonlighting or independent artistic work
18           was not intended as a policy, we find:
19           ☐yes or
20           ☐no. (If no, please proceed to 11(n))
21   (m)    With respect to whether MGA and/or Isaac Larian reasonably relied on
22           Mattel's silence to their detriment, we find:
23           ☐yes or
24           ☐no. (If no, please proceed to 11(n))

25

26   **If you answered YES to each of 11(j) – 11(m), please proceed to Verdict Form**
27   **No. 12.**

28

41

1    *On the claim of MGA and Larian that Mattel has acquiesced, at any relevant*
2    *time, to its employees' moonlighting or independent artistic work, we, the jury, find*
3    *as follows*:

4        (n)    With respect to whether Mattel's acts or words, silence or inaction,
5              would be understood by a reasonable person as intended to indicate that
6              the conduct is allowed, we find:
7              ☐yes or
8              ☐no. (If no, please proceed to 11(p))

9        (o)    With respect to whether Carter Bryant understood Mattel's acts or
10             words, silence or inaction to indicate that it allowed moonlighting or
11             independent artistic work, we find:
12             ☐yes or
13             ☐no. (If no, please proceed to 11(p))
14

15   **If you answered YES to each of 11(n) – 11(o), please proceed to Verdict Form**
16   **No. 12.**
17

18   *On the claim of MGA and Isaac Larian that Mattel has consented, at any*
19   *relevant time, to its employees' moonlighting or independent artistic work, we, the*
20   *jury, find as follows*:

21       (p)    With respect to whether Mattel's acts or words, silence or inaction,
22             would be understood by a reasonable person as intended to indicate
23             consent to moonlighting or independent artistic work, we find:
24             ☐yes or
25             ☐no. (If no, please proceed to 11(r))

26       (q)    With respect to whether Carter Bryant understood Mattel's acts or
27             words, silence or inaction to indicate consent to moonlighting or
28             independent artistic work, we find:

1       ☐yes or

2       ☐no. (If no, please proceed to 11(r))

3

4 **If you answered YES to each of 11(p) – 11(q), please proceed to Verdict Form**

5 **No. 12.**

6

7 *On the claim of MGA and Larian that Mattel has waived any right to seek*

8 *damages on its breach of duty of loyalty claims, we, the jury, find as follows:*

9     (r)    With respect to whether Mattel was aware of its violations of its

10           employment agreements, we find:

11           ☐yes or

12           ☐no. (If no, please proceed to 11(t))

13     (s)    With respect to whether Mattel indicated, by its words, actions or

14           silence that it did not intend to enforce its employment agreements, we

15           find:

16           ☐yes or

17           ☐no. (If no, please proceed to 11(t))

18

19 **If you answered YES to each of 11(r) – 11(s), please proceed to Verdict Form**

20 **No. 12.**

21

22 *On the claim of MGA and Isaac Larian respecting the date when Mattel*

23 *suspected or had reason to suspect that wrongdoing on the part of MGA and Isaac*

24 *Larian had taken place, we, the jury, find as follows:*

25     (t)    With respect to whether MGA and/or Isaac Larian have proven that

26           Mattel filed its claims against them more than **two years** after Mattel

27           suspected or had reason to suspect that wrongdoing had taken place, we

28           find:

1  ☐yes or

2  ☐no.  (If no, please proceed to Verdict Form No. 12)

3

4  *On the affirmative defense of laches, we, the jury, find as follows:*

5  (u)  With respect to whether MGA and/or Isaac Larian have established that

6  Mattel delayed unreasonably in asserting its claim that MGA and Isaac

7  Larian aided and abetted Carter Bryant's breach of his duty of loyalty,

8  we find:

9  ☐yes or

10  ☐no.

11  (v)  With respect to whether the MGA and/or Isaac Larian have established

12  that they were prejudiced by Mattel's delay because evidence has been

13  lost or witnesses memories have faded, we find:

14  ☐yes or

15  ☐no.

16  (w)  With respect to whether MGA and/or Isaac Larian have established that

17  they were prejudiced by Mattel's delay because MGA and/or Isaac

18  Larian have expended time, resources, or money in reliance on Mattel's

19  failure to file suit, we find:

20  ☐yes or

21  ☐no.

22

23

24

25

26

27

28

1 **Proposed Form of Verdict No. 12 (Liability for Intentional Interference with**
2 **Contract)**

3      *On the claim of Mattel against MGA and Isaac Larian for intentional*
4 *interference with contract, we, the jury, find as follows:*

5      (a)    With respect to whether Mattel has proven there was a contract between
6             Mattel and Carter Bryant, we find:
7             ☐yes or
8             ☐no.  (If no, please proceed to Verdict Form No. 13)

9      (b)    With respect to whether Mattel has proven MGA and/or Isaac Larian
10            knew there was a contract between Mattel and Carter Bryant, we find:
11            ☐yes or
12            ☐no. (If no, please proceed to Verdict Form No. 13)

13     (c)    With respect to whether Mattel has proven that Bryant breached his
14            contract with Mattel in selling BRATZ to MGA and Isaac Larian, we
15            find:
16            ☐yes; or
17            ☐no. (If no, please proceed to Verdict Form No. 13)

18     (d)    With respect to whether Mattel has proven that MGA and/or Isaac
19            Larian were certain or substantially certain that they were contracting
20            for something that rightfully belonged to Mattel when MGA contracted
21            with Bryant for the rights to BRATZ, we find:
22            ☐yes or
23            ☐no.  (If no, please proceed to Verdict Form No. 13)

24     (e)    With respect to whether Mattel has proven that MGA and/or Isaac
25            Larian approached Carter Bryant first about an offer to license BRATZ
26            to them, we find:
27            ☐yes or
28            ☐no. (If no, please proceed to Verdict Form No. 13)

1      (f)     With respect to whether Mattel has proven it was harmed by Carter

2               Bryant's breach of his contract with Mattel, we find:

3               ☐yes or

4               ☐no. (If no, please proceed to Verdict Form No. 13)

5      (g)    With respect to whether Mattel has proven that the conduct of MGA

6               and/or Isaac Larian in hiring Bryant as an independent contractor was a

7               substantial factor in the harm Mattel incurred from Bryant's breach of

8               his contract with Mattel, we find:

9               ☐yes or

10              ☐no. (If no, please proceed to Verdict Form No. 13)

11     (h)    With respect to whether Mattel has proven that MGA and/or Isaac

12              Larian engaged in an additional unlawful act independent of interfering

13              with Bryant's contract with Mattel, we find:

14              ☐  There was no additional unlawful act by Isaac Larian and/or MGA;

15              ☐ MGA and/or Isaac Larian aided and abetted Bryant in a breach of the

16                 duty of loyalty he owed Mattel;

17               ☐ MGA and/or Isaac Larian aided and abetted Bryant in a breach of the

18                 fiduciary duty he owed Mattel;

19              ☐  MGA and/or Isaac Larian infringed Mattel's BRATZ-related

20 copyrights;

21              ☐  MGA and/or Isaac Larian engaged in acts of unfair competition.

22

23      ***If you have found that MGA or Larian are liable for intentional interference***

24 ***with contract, next consider whether Mattel should be barred from recovery on***

25 ***any of the following grounds:***

26

27

28

1 *On the claim of MGA or Larian that Mattel is estopped from asserting its*
2 *claim that MGA or Larian intentionally interfered with the Mattel-Bryant contract,*
3 *we, the jury, find as follows:*

4     (i)     With respect to whether Mattel made a representation of fact, at any
5             relevant time, by its actions, silence or omission, we find:
6             ☐yes or
7             ☐no. (If no, please proceed to 12(m))

8     (j)     With respect to whether Mattel had knowledge that its employees were
9             moonlighting or working on independent artistic projects, we find:
10            ☐yes or
11            ☐no. (If no, please proceed to 12(m))

12    (k)     With respect to whether Carter Bryant was ignorant of the fact that
13            Mattel was allowed moonlighting or independent artistic work was not
14            intended as a policy, we find:
15            ☐yes or
16            ☐no. (If no, please proceed to 12(m))

17    (l)     With respect to whether Carter Bryant, MGA and/or Isaac Larian
18            reasonably relied on Mattel's silence to their detriment, we find:
19            ☐yes or
20            ☐no. (If no, please proceed to 12(m))

21

22    **If you answered YES to each of 12(i) – 12(l), please proceed to Verdict Form**
23                                **No. 13.**

24

25    *On the claim of MGA and Isaac Larian that Mattel has acquiesced, at any*
26    *relevant time, to its employees moonlighting or independent artistic work, we, the*
27    *jury, find as follows:*

28

47

1    (m)   With respect to whether Mattel's acts or words, silence or inaction,

2          would be understood by a reasonable person as intended to indicate that

3          the conduct is allowed, we find:

4          ☐yes or

5          ☐no. (If no, please proceed to 12(o))

6    (n)   With respect to whether Carter Bryant understood Mattel's acts or

7          words, silence or inaction to indicate that it allowed moonlighting or

8          independent artistic work, we find:

9          ☐yes or

10         ☐no. (If no, please proceed to 12(o))

11

12   **If you answered YES to each of 12(m) – 12(n), please proceed to Verdict Form**

13   **No. 13.**

14

15   *On the claim of MGA and Isaac Larian that Mattel has consented, at any*

16   *relevant time, to its employees moonlighting or independent artistic work, we, the*

17   *jury, find as follows:*

18   (o)   With respect to whether Mattel's acts or words, silence or inaction,

19         would be understood by a reasonable person as intended to indicate

20         consent to moonlighting or independent artistic work, we find:

21         ☐yes or

22         ☐no. (If no, please proceed to 12(q))

23   (p)   With respect to whether Carter Bryant understood Mattel's acts or

24         words, silence or inaction to indicate consent to moonlighting or

25         independent artistic work, we find:

26         ☐yes or

27         ☐no. (If no, please proceed to 12(q))

28

1 **If you answered YES to each of 12(o) – 12(p), please proceed to Verdict Form**
2 **No. 13.**

3

4 *On the claim of MGA and Isaac Larian that Mattel has waived any right to*
5 *seek damages for any claims arising out of Carter Bryant's breach of his*
6 *employment agreement, we, the jury, find as follows:*

7     (q)   With respect to whether Mattel was aware of its violations of its
8               employment agreements, we find:
9               ☐yes or
10               ☐no. (If no, please proceed to 12(s)

11     (r)   With respect to whether Mattel indicated, by its words, actions or
12               silence that it did not intend to enforce its employment agreements, we
13               find:
14               ☐yes or
15               ☐no. (If no, please proceed to 12(s)

16

17 **If you answered YES to each of 12(q) – 12(r), please proceed to Verdict Form**
18 **No. 13.**

19

20 *On the claim of MGA and Isaac Larian respecting the date when the alleged*
21 *wrongdoing on the part of MGA or Isaac Larian had taken place, we, the jury, find*
22 *as follows:*

23     (s)   With respect to whether MGA and/or Isaac Larian have proven that
24               Mattel filed its claims against them within **two years** of the breach of
25               the contract between Carter Bryant and Mattel, we find:
26               ☐yes or
27               ☐no.  (If yes, please proceed to next Verdict Form, No. 13)

28

1   *On the affirmative defense of laches, we, the jury, find as follows:*

2   (t)   With respect to whether MGA and/or Isaac Larian have established that

3         Mattel delayed unreasonably in asserting its claim of intentional

4         interference with contract against them, we find:

5         ☐ yes or

6         ☐ no.

7   (u)   With respect to whether MGA and/or Isaac Larian have established that

8         they were prejudiced by Mattel's delay because evidence has been lost

9         or witnesses memories have faded, we find:

10        ☐ yes or

11        ☐ no.

12  (v)   With respect to whether MGA and/or Isaac Larian have established that

13        they were prejudiced by Mattel's delay because the MGA Parties have

14        expended time, resources, or money in reliance on Mattel's failure to file

15        suit, we find:

16        ☐ yes or

17        ☐ no.

18

19

20

21

22

23

24

25

26

27

28

1 **Proposed Form of Verdict No. 13 (Conversion)**

2 *On the claim of Mattel against Carter Bryant, MGA (HK) and Isaac Larian*

3 *for conversion, we, the jury, find as follows:*

4     (a)  With respect to whether Mattel has established whether Mattel owned

5         the BRATZ sketches under Section 2(a) of the Inventions Agreement,

6         we find:

7         ☐yes or

8         ☐no. (If no, please proceed to Verdict Form No. 14)

9     (b)  With respect to whether Mattel has established whether Mattel owned

10         the rights to a Mattel doll head and Mattel's telephones and fax

11         machines, we find:

12         ☐yes or

13         ☐no. (If no, please proceed to Verdict Form No. 14)

14     (c)  With respect to Mattel's claims that Carter Bryant, Isaac Larian, and

15         MGA (HK) intentionally prevented Mattel from having access to the

16         above-mentioned items for a significant period of time, or destroyed

17         Mattel's personal property;

18         ☐yes or

19         ☐no. (If no, please proceed to Verdict Form No. 14)

20     (d)  With respect to Mattel's claim that Mattel did not consent to Carter

21         Bryant, Isaac Larian, and/or MGA (HK) interference with Mattel's

22         access to the above-mentioned items for a significant period of time, or

23         destroyed Mattel's personal property;

24         ☐yes or

25         ☐no. (If no, please proceed to Verdict Form No. 14)

26     (e)  With respect to Mattel's claim that it was harmed by such conduct, we

27         find:

28         ☐yes or

1         ☐no. (If no, please proceed to Verdict Form No. 14)

2     (f)     With respect to Mattel's claims that Carter Bryant, Isaac Larian, and/or

3         MGA (HK)'s conduct was a substantial factor in causing Mattel's harm,

4         we find:

5         ☐yes or

6         ☐no. (If no, please proceed to Verdict Form No. 14)

7

8     ***If you have found that Carter Bryant, MGA(HK), or Larian are liable for***

9 ***conversion, next consider whether Mattel should be barred from recovery on any***

10 ***of the following grounds:***

11

12     *On the claim of Carter Bryant, MGA (HK), or Larian that Mattel is estopped*

13 *from asserting its claim that Carter Bryant, MGA (HK), or Larian converted its*

14 *property, we, the jury, find as follows*:

15     (g)     With respect to whether Mattel made a representation of fact, at any

16         relevant time, by its actions, silence or omission, we find:

17         ☐yes or

18         ☐no. (If no, please proceed to 13(m))

19     (h)     With respect to whether Mattel had knowledge that Carter Bryant,

20         MGA (HK), and/or Isaac Larian had converted its property, we find:

21         ☐yes or

22         ☐no. (If no, please proceed to 13(m))

23     (i)     With respect to whether Carter Bryant was ignorant of the fact that

24         Mattel objected to the use of its property, we find:

25         ☐yes or

26         ☐no. (If no, please proceed to 13(m))

27     (j)     With respect to whether MGA (HK), and/or Isaac Larian were ignorant

28         of the fact that Mattel objected to the use of its property, we find:

1    ☐yes or

2    ☐no. (If no, please proceed to 13(m))

3    (k)    With respect to whether Carter Bryant relied on Mattel's silence to his

4            detriment, we find:

5            ☐yes or

6            ☐no. (If no, please proceed to 13(m))

7    (l)    With respect to whether MGA (HK), and/or Isaac Larian reasonably

8            relied on Mattel's silence to their detriment, we find:

9            ☐yes or

10           ☐no. (If no, please proceed to 13(m))

11

12   **If you answered YES to each of 13(g) – 13(l), please proceed to Verdict Form No.**

13   **14.**

14

15   *On the claim of Carter Bryant that Mattel has acquiesced, at any relevant time,*

16   *to conversion, we, the jury, find as follows:*

17   (m)    With respect to whether Mattel's acts or words, silence or inaction,

18           would be understood by a reasonable person as intended to indicate that

19           the conduct is allowed, we find:

20           ☐yes or

21           ☐no. (If no, please proceed to 13(o))

22   (n)    With respect to whether Carter Bryant understood Mattel's acts or

23           words, silence or inaction to indicate that it allowed the use of its

24           property, we find:

25           ☐yes or

26           ☐no. (If no, please proceed to 13(o))

27

28

1   **If you answered YES to each of 13(m) – 13(n), please proceed to Verdict Form**
2   **No. 14.**

3

4       *On the claim of Carter Bryant that Mattel has consented to conversion, we,*
5   *the jury, find as follows:*

6       (o)   With respect to whether Mattel's acts or words, silence or inaction,
7             would be understood by a reasonable person as intended to indicate
8             consent to the use of its property, we find:
9             ☐yes or
10            ☐no. (If no, please proceed to 13(q))

11      (p)   With respect to whether Carter Bryant understood Mattel's acts or
12            words, silence or inaction to indicate consent to the use of its property,
13            we find:
14            ☐yes or
15            ☐no. (If no, please proceed to 13(q))

16

17  **If you answered YES to each of 13(o) – 13(p), please proceed to Verdict Form**
18  **No. 14.**

19

20      *On the claim of MGA (HK), Isaac Larian, and Carter Bryant that Mattel has*
21  *waived any right to seek damages for its conversion claims, we, the jury, find as*
22  *follows:*

23      (q)   With respect to whether Mattel was aware of the use of its property, we
24            find:
25            ☐yes or
26            ☐no. (If no, please proceed to 13(s))

27

28

MGA Parties'[Proposed] Special Verdict Forms– Case No. CV 04-9049 SGL (RNBx)

1      (r)    With respect to whether Mattel indicated, by its words, actions or

2               silence that it did not intend to enforce claims for the use of its property,

3               we find:

4               ☐yes or

5               ☐no. (If no, please proceed to 13(s))

6

7      **If you answered YES to each of 13(q) – 13(r), then please proceed to Verdict**

8      **Form No. 14.**

9

10     *On the claim of MGA (HK), Carter Bryant, or Larian respecting the date*

11 *when the alleged wrongdoing on the part of MGA, MGA (HK), or Larian had taken*

12 *place, we, the jury, find as follows:*

13     (s)    With respect to whether MGA (HK) and/or Isaac Larian have proven

14              that Mattel filed its claims against them more than **three years** after the

15              act of wrongfully taking the property that Mattel contends was

16              converted, we find:

17              ☐yes or

18              ☐no.

19     (t)    With respect to whether Carter Bryant has proven that Mattel filed its

20              claims against him more than **three years** after the act of wrongfully

21              taking the property that Mattel contends was converted, we find:

22              ☐yes or

23              ☐no.  (If yes, please proceed to Verdict Form No. 14)

24

25 **If you answered YES to each of 13(s) – 13(t), please proceed to Verdict Form No.**

26     **14.**

27

28     *On the affirmative defense of laches, we, the jury, find as follows:*

1     (u)   With respect to whether MGA (HK) and/or Isaac Larian have

2           established that Mattel delayed unreasonably in asserting its claim for

3           conversion against them, we find:

4               ☐ yes or

5               ☐ no.

6     (v)   With respect to whether MGA (HK) and/or Isaac Larian have

7           established that they were prejudiced by Mattel's delay because

8           evidence has been lost or witnesses memories have faded, we find:

9               ☐ yes or

10              ☐ no.

11    (w)   With respect to whether MGA (HK) and/or Isaac Larian have

12         established that they were prejudiced by Mattel's delay because the

13         MGA Parties have expended time, resources, or money in reliance on

14         Mattel's failure to file suit, we find:

15             ☐ yes or

16             ☐ no.

17     (x)   With respect to whether Carter Bryant has established that Mattel

18         delayed unreasonably in asserting its claim for conversion against him,

19         we find:

20             ☐ yes or

21             ☐ no.

22     (y)   With respect to whether Carter Bryant has established that he was

23         prejudiced by Mattel's delay because evidence has been lost or

24         witnesses memories have faded, we find:

25             ☐ yes or

26             ☐ no.

27

28

1    (z)    With respect to whether Carter Bryant has established that he was

2           prejudiced by Mattel's delay because Carter Bryant has expended time,

3           resources, or money in reliance on Mattel's failure to file suit, we find:

4           ☐yes or

5           ☐no.

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1  **Proposed Form of Verdict No. 14 (Statutory Unfair Competition)**

2  *On the claim of MGA (HK) and Larian respecting the date when Mattel*

3  *suspected or had reason to suspect that wrongdoing on the part of MGA (HK) or*

4  *Larian had taken place, we, the jury, find as follows:[1]*

5      (a)     With respect to whether MGA (HK) and/or Isaac Larian have proven

6              that Mattel filed its claims against them more than **four years** after the

7              acts that Mattel contends constitute unfair competition occurred, we find:

8              ☐yes or

9              ☐no.

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27      [1] Pursuant to the Court's April 25, 2008 MSJ Order, there appears to be no

28  statutory unfair competition claim remaining against Carter Bryant. If, however, the
    Court disagrees, Carter Bryant also joins in this defense.

1 **PHASE 1-B VERDICT FORMS**

2 **Proposed Form of Verdict No. 1 (Copyright Ownership)**

3    *Do you find that Mattel has established by a fair preponderance of the*
4 *credible evidence that it is the owner of any of the following works?*

5    (a)    With respect to Mattel's claim that it owns Carter Bryant's drawing
6         referred to as "drawing of Doll No. 1", contained in Mattel Registration
7         VA 1-387-648, we find:
8         ☐yes or
9         ☐no.

10    (b)    With respect to Mattel's claim that it owns Carter Bryant's drawing
11         referred to as "drawing of Doll No. 2", contained in Mattel Registration
12         VA 1-387-649, we find:
13         ☐yes or
14         ☐no.

15    (c)    With respect to Mattel's claim that it owns Carter Bryant's drawing
16         referred to as "group drawing of Dolls", contained in Mattel
17         Registration VA 1-387-650, we find:
18         ☐yes or
19         ☐no.

20    (d)    With respect to Mattel's claim that it owns Carter Bryant's drawing
21         referred to as "drawing of Doll No. 3", contained in Mattel Registration
22         VA 1-387-651, we find:
23         ☐yes or
24         ☐no.

25    (e)    With respect to Mattel's claim that it owns Carter Bryant's drawing
26         referred to as "drawing of Doll No. 4", contained in Mattel Registration
27         VA 1-387-652, we find:
28         ☐yes or

1        ☐no.

2    (f)   With respect to Mattel's claim that it owns Carter Bryant's drawing

3          referred to as "drawing of Doll No. 5", contained in Mattel Registration

4          VA 1-387-653, we find:

5          ☐yes or

6          ☐no.

7    (g)   With respect to Mattel's claim that it owns Carter Bryant's drawing

8          referred to as "drawing of Doll No. 6", contained in Mattel Registration

9          VA 1-387-654, we find:

10         ☐yes or

11         ☐no.

12   (h)   With respect to Mattel's claim that it owns Carter Bryant's drawing

13         referred to as "drawing of Doll No. 7", contained in Mattel Registration

14         VA 1-387-655, we find:

15         ☐yes or

16         ☐no.

17   (i)   With respect to Mattel's claim that it owns Carter Bryant's drawing

18         referred to as "drawing of Doll No. 8", contained in Mattel Registration

19         VA 1-387-656, we find:

20         ☐yes or

21         ☐no.

22   (j)   With respect to Mattel's claim that it owns Carter Bryant's drawing

23         referred to as "drawing of Doll No. 9", contained in Mattel Registration

24         VA 1-387-657, we find:

25         ☐yes or

26         ☐no.

27

28

(k) With respect to Mattel's claim that it owns Carter Bryant's drawing referred to as "drawing of Doll No. 10", contained in Mattel Registration VA 1-387-658, we find:

☐ yes or

☐ no.

(l) With respect to Mattel's claim that it owns Carter Bryant's drawing referred to as "drawing of Doll No. 11", contained in Mattel Registration VA 1-387-659, we find:

☐ yes or

☐ no.

(m) With respect to Mattel's claim that it owns Carter Bryant's drawing referred to as "drawing of Doll No. 12", contained in Mattel Registration VA 1-387-660, we find:

☐ yes or

☐ no.

(n) With respect to Mattel's claim that it owns Carter Bryant's drawing referred to as "body drawing", contained in Registration Mattel VAu 715-270, we find:

☐ yes or

☐ no.

(o) With respect to Mattel's claim that it owns Carter Bryant's drawing referred to as "drawing of two dolls", contained in Mattel Registration VAu 715-271, we find:

☐ yes or

☐ no.

(p) With respect to Mattel's claim that it owns Carter Bryant's drawing referred to as "drawing of heads", contained in Mattel Registration VAu 715-273 , we find:

1   ☐yes or

2   ☐no.

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

MGA Parties'[Proposed] Special Verdict Forms– Case No. CV 04-9049 SGL (RNBx)

1 | **Proposed Form of Verdict No. 2 (Copyright Infringement)**

2 | *Do you find, after considering each essential element of copyright*

3 | *infringement, including the filtration required for the extrinsic and intrinsic tests,*

4 | *that Mattel has established by a fair preponderance of the credible evidence that*

5 | *MGA, MGA (HK), Carter Bryant, or Isaac Larian infringed Mattel's copyrights with*

6 | *respect to the following works, each considered separately?*

7 |     (a)    With respect to Mattel's claim that Carter Bryant, MGA, MGA (HK),

8 |            and/or Isaac Larian infringed Carter Bryant's drawing referred to as

9 |            "drawing of Doll No. 1", contained in Registration VA 1-387-648, we

10 |            find:  **YES** ____  **NO** ____

11 |               If YES:

12 |
13 |            (i)    As to BRATZ dolls

14 |               ☐yes or  (If yes, as to which defendant(s) _____ )

15 |               ☐no.

16 |
17 |            (ii)    As to character art

18 |               ☐yes or  (If yes, as to which defendant(s) _____ )

19 |               ☐no.

20 |     (b)    With respect to Mattel's claim that Carter Bryant, MGA, MGA (HK),

21 |            and/or Isaac Larian infringed Carter Bryant's drawing referred to as

22 |            "drawing of Doll No. 2", contained in Registration VA 1-387-649, we

23 |            find:  **YES** ____  **NO** ____

24 |               If YES:

25 |
26 |            **(i)**    As to BRATZ dolls

27 |               ☐yes or  (If yes, as to which defendant(s) _____ )

28 |               ☐no.

**(ii)**    As to character art

☐yes or (If yes, as to which defendant(s) _____ )
☐no.

(c)    With respect to Mattel's claim that Carter Bryant, MGA, MGA (HK), and/or Isaac Larian infringed Carter Bryant's drawing referred to as "group drawing of Dolls", contained in Registration VA 1-387-650, we find:  **YES** ____  **NO** ____
        If YES:

**(i)**    As to BRATZ dolls

☐yes or  (If yes, as to which defendant(s) _____ )
☐no.

**(ii)**    As to character art

☐yes or (If yes, as to which defendant(s) _____ )
☐no.

(d)    With respect to Mattel's claim that Carter Bryant, MGA, MGA (HK), and/or Isaac Larian infringed Carter Bryant's drawing referred to as "drawing of Doll No. 3", contained in Registration VA 1-387-651, we find:  **YES** ____  **NO** ____
        If YES:

**(i)**    As to BRATZ dolls

☐yes or (If yes, as to which defendant(s) _____ )
☐no.

**(ii)**    As to character art

☐yes or  (If yes, as to which defendant(s) _____ )

1    □no.

2    (e)   With respect to Mattel's claim that Carter Bryant, MGA, MGA (HK),

3          and/or Isaac Larian infringed Carter Bryant's drawing referred to as

4          "drawing of Doll No. 4", contained in Registration VA 1-387-652, we

5          find:  **YES** _____   **NO** _____

6               If YES:

7

8          **(i)**   As to BRATZ dolls

9               □yes or (If yes, as to which defendant(s) _____ )

10              □no.

11

12         **(ii)**   As to character art

13              □yes or  (If yes, as to which defendant(s) _____ )

14              □no.

15

16   (f)   With respect to Mattel's claim that Carter Bryant, MGA, MGA (HK),

17         and/or Isaac Larian infringed Carter Bryant's drawing referred to as

18         "drawing of Doll No. 5", contained in Registration VA 1-387-653, we

19         find:  **YES** _____   **NO** _____

20              If YES:

21

22         **(i)**   As to BRATZ dolls

23              □yes or  (If yes, as to which defendant(s) _____ )

24              □no.

25

26         **(ii)**   As to character art

27              □yes or (If yes, as to which defendant(s) _____ )

28              □no.

(g)   With respect to Mattel's claim that Carter Bryant, MGA, MGA (HK), and/or Isaac Larian infringed Carter Bryant's drawing referred to as "drawing of Doll No. 6", contained in Registration VA 1-387-654, we find:   **YES** _____   **NO** _____

If YES:

   **(i)**   As to BRATZ dolls

       ☐yes or  (If yes, as to which defendant(s) _____ )
       ☐no.

   **(ii)**   As to character art

       ☐yes or  (If yes, as to which defendant(s) _____ )
       ☐no.

(h)   With respect to Mattel's claim that Carter Bryant, MGA, MGA (HK), and/or Isaac Larian infringed Carter Bryant's drawing referred to as "drawing of Doll No. 7", contained in Registration VA 1-387-655, we find:   **YES** _____   **NO** _____

If YES:

   **(i)**   As to BRATZ dolls

       ☐yes or  (If yes, as to which defendant(s) _____ )
       ☐no.

   **(ii)**   As to character art

       ☐yes or  (If yes, as to which defendant(s) _____ )
       ☐no.

(i)   With respect to Mattel's claim that Carter Bryant, MGA, MGA (HK), and/or Isaac Larian infringed Carter Bryant's drawing referred to as

"drawing of Doll No. 8", contained in Registration VA 1-387-656, we find:   **YES** _____   **NO** _____

     If YES:

     **(i)**    As to BRATZ dolls

          ☐yes or  (If yes, as to which defendant(s) _____ )

          ☐no.

     **(ii)**   As to character art

          ☐yes or  (If yes, as to which defendant(s) _____ )

          ☐no.

**(j)**    With respect to Mattel's claim that Carter Bryant, MGA, MGA (HK), and/or Isaac Larian infringed Carter Bryant's drawing referred to as "drawing of Doll No. 9", contained in Registration VA 1-387-657, we find:   **YES** _____   **NO** _____

     If YES:

     **(i)**    As to BRATZ dolls

          ☐yes or  (If yes, as to which defendant(s) _____ )

          ☐no.

     **(ii)**   As to character art

          ☐yes or (If yes, as to which defendant(s) _____ )

          ☐no.

**(k)**    With respect to Mattel's claim that Carter Bryant, MGA, MGA (HK), and/or Isaac Larian infringed Carter Bryant's drawing referred to as "drawing of Doll No. 10", contained in Registration VA 1-387-658, we find:   **YES** _____   **NO** _____

If YES:

    **(i)**    As to BRATZ dolls

        ☐yes or  (If yes, as to which defendant(s) _____ )
        ☐no.

    **(ii)**   As to character art

        ☐yes or  (If yes, as to which defendant(s) _____ )
        ☐no.

(l)   With respect to Mattel's claim that Carter Bryant, MGA, MGA (HK), and/or Isaac Larian infringed Carter Bryant's drawing referred to as "drawing of Doll No. 11", contained in Registration VA 1-387-659, we find:  **YES** ____   **NO** ____

    If YES:

    **(i)**    As to BRATZ dolls

        ☐yes or  (If yes, as to which defendant(s) _____ )
        ☐no.

    **(ii)**   As to character art

        ☐yes or  (If yes, as to which defendant(s) _____ )
        ☐no.

(m)  With respect to Mattel's claim that Carter Bryant, MGA, MGA (HK), and/or Isaac Larian infringed Carter Bryant's drawing referred to as "drawing of Doll No. 12", contained in Registration VA 1-387-660, we find:  **YES** ____   **NO** ____

    If YES:

    **(i)**    As to BRATZ dolls

68

1    ☐yes or (If yes, as to which defendant(s) _____)

2    ☐no.

3        **(ii)**   As to character art

4

5    ☐yes or (If yes, as to which defendant(s) _____)

6    ☐no.

7      **(n)**  With respect to Mattel's claim that Carter Bryant, MGA, MGA (HK),

8    and/or Isaac Larian infringed Carter Bryant's drawing referred to as

9    "body drawing", contained in Registration VAu 715-270, we find:

10       **YES** ____   **NO** ____

11       If YES:

12       **(i)**   As to BRATZ dolls

13

14   ☐yes or (If yes, as to which defendant(s) _____)

15   ☐no.

16       **(ii)**   As to character art

17

18   ☐yes or (If yes, as to which defendant(s) _____)

19   ☐no.

20     **(o)**  With respect to Mattel's claim that Carter Bryant, MGA, MGA (HK),

21   and/or Isaac Larian infringed Carter Bryant's drawing referred to as

22   "drawing of two dolls", contained in Registration VAu 715-271, we find:

23       **YES** ____   **NO** ____

24       If YES:

25       **(i)**   As to BRATZ dolls

26

27   ☐yes or (If yes, as to which defendant(s) _____)

28   ☐no.

    **(ii)**   As to character art

        ☐yes or  (If yes, as to which defendant(s) _____ )
        ☐no.

**(p)**   With respect to Mattel's claim that Carter Bryant, MGA, MGA (HK), and/or Isaac Larian infringed Carter Bryant's drawing referred to as "drawing of heads", contained in Registration VAu 715-273, we find:

        **YES** _____     **NO** _____
        If YES:

    **(i)**   As to BRATZ dolls

        ☐yes or  (If yes, as to which defendant(s) _____ )
        ☐no.

    **(ii)**   As to character art

        ☐yes or (If yes, as to which defendant(s) _____ )
        ☐no.

*If you have found that Carter Bryant, MGA, MGA (HK), or Larian are liable for copyright infringement, next consider whether Mattel should be barred from recovery on any of the following grounds:*

*On the claim of MGA , MGA (HK), Isaac Larian, and Carter Bryant that Mattel is estopped from asserting claims for copyright infringement, we, the jury, find as follows:*

**(q)**   With respect to whether Mattel made a representation of fact, at any relevant time, by its actions, silence or omission, we find:

    ☐yes or

    ☐no.  (If no, please proceed to 2(u))

70

1    (r)    With respect to whether Mattel had knowledge that BRATZ potentially

2             infringed on its intellectual property, we find:

3             ☐yes or

4             ☐no. (If no, please proceed to 2(u))

5    (s)    With respect to whether Carter Bryant, MGA, MGA (HK), and/or Isaac

6             Larian were ignorant of Mattel's claims of ownership of Bryant's

7             BRATZ sketches, we find:

8             ☐yes or

9             ☐no. (If no, please proceed to 2(u))

10    (t)    With respect to whether Carter Bryant, MGA, MGA (HK), and/or Isaac

11             Larian reasonably relied on Mattel's silence to their detriment, we find:

12             ☐yes or

13             ☐no. (If no, please proceed to 2(u))

14

15    **If you answered YES to each of 2(q) – 2(t), please proceed to Verdict Form**

16    **No. 3.**

17

18    *On the claim of MGA, MGA (HK), Isaac Larian, and Carter Bryant that*

19    *Mattel has acquiesced, at any relevant time, to the infringement of its alleged*

20    *copyrights, we, the jury, find as follows:*

21    (u)    With respect to whether Mattel's acts or words, silence or inaction,

22             would be understood by a reasonable person as intended to indicate that

23             the conduct is allowed, we find:

24             ☐yes or

25             ☐no. (If no, please proceed to 2(w))

26    (v)    With respect to whether Carter Bryant, MGA, MGA (HK), and/or Isaac

27             Larian understood Mattel's acts or words, silence or inaction to indicate

28

1     that it had no objection to the development and marketing of the

2     BRATZ, we find:

3         ☐yes or

4         ☐no. (If no, please proceed to 2(w))

5

6     **If you answered YES to each of 2(u) – 2(v), please proceed to Verdict Form**

7     **No. 3.**

8

9     *On the claim of MGA, MGA (HK), Isaac Larian, and Carter Bryant that*

10    *Mattel has abandoned its claims for copyright infringement, we, the jury, find as*

11    *follows:*

12        (w)    With respect to whether Mattel intended to surrender ownership rights

13                in the work, we find:

14                ☐yes or

15                ☐no. (If no, please proceed to 2(y))

16        (x)    With respect to whether Mattel's conduct was consistent with an intent

17                to abandon or implied an abandonment, we find:

18                ☐yes or

19                ☐no. (If no, please proceed to 2(y))

20

21    **If you answered YES to each of 2(w) – 2(x), please proceed to Verdict Form**

22    **No. 3.**

23

24    *On the claim of MGA, MGA (HK), Isaac Larian, and Carter Bryant that*

25    *Mattel cannot recover on an action for copyright infringement as the similarities*

26    *between the protectable elements of the BRATZ drawings and the BRATZ dolls are*

27    *de minimis, we, the jury, find as follows:*

28

72

(y) With respect to whether the similarities between the drawings and the dolls consist primarily of unprotectable elements:

☐ yes or

☐ no. (If no, please proceed to 2(aa))

(z) With respect to whether the drawings and the dolls are virtually identical:

☐ yes or

☐ no. (If no, please proceed to 2(aa))

**If you answered YES to each of 2(y) – 2(z), please proceed to Verdict Form No. 3.**

*On the claim of Carter Bryant, MGA, MGA (HK) and Larian respecting the date when they publicly asserted an ownership over property to which Mattel knew or had reason to suspect it had a copyright interest, we, the jury, find as follows:*

(aa) With respect to whether MGA, MGA (HK) and/or Isaac Larian have proven that Mattel filed its claims against them more than **three years** after they publicly asserted an ownership over property to which Mattel knew or had reason to suspect it had a copyright interest, we find:

☐ yes or

☐ no.

(bb) With respect to whether Carter Bryant has proven that Mattel filed its claims more than **three years** after he publicly asserted an ownership over property to which Mattel knew or had reason to suspect it had a copyright interest, we find:

☐ yes or

☐ no.

1 | **If you answered YES to each of 2(aa) – 2(bb), please proceed to Verdict Form**
2 | **No. 3.**

3

4 | *On the affirmative defense of laches, we, the jury, find as follows:*

5 | (cc) | With respect to whether MGA, MGA (HK), and/or Isaac Larian have
6 | | established that Mattel delayed unreasonably in asserting its claim
7 | | against them for copyright infringement, we find:
8 | | ☐yes or
9 | | ☐no.

10 | (dd) | With respect to whether MGA, MGA (HK), and/or Isaac Larian have
11 | | established that they were prejudiced by Mattel's delay because
12 | | evidence has been lost or witnesses memories have faded, we find:
13 | | ☐yes or
14 | | ☐no.

15 | (ee) | With respect to whether MGA, MGA (HK), and/or Isaac Larian have
16 | | established that they were prejudiced by Mattel's delay because they
17 | | have expended time, resources, or money in reliance on Mattel's failure
18 | | to file suit, we find:
19 | | ☐yes or
20 | | ☐no.

21 | (ff) | With respect to whether Carter Bryant has established that Mattel
22 | | delayed unreasonably in asserting its claim that Carter Bryant infringed
23 | | on Mattel's copyright infringement, we find:
24 | | ☐yes or
25 | | ☐no.

26 | (gg) | With respect to whether Carter Bryant has established that he was
27 | | prejudiced by Mattel's delay because evidence has been lost or
28 | | witnesses memories have faded, we find:

1       ☐yes or

2       ☐no.

3   (hh)  With respect to whether Carter Bryant has established that he was

4       prejudiced by Mattel's delay because Carter Bryant has expended time,

5       resources, or money in reliance on Mattel's failure to file suit, we find:

6       ☐yes or

7       ☐no.

8

9      *If you have found that Carter Bryant, MGA, MGA (HK), or Isaac Larian*

10 *are liable for copyright infringement, that none of their affirmative defenses apply,*

11 *and that Mattel's recovery is not barred by the statute of limitations, next consider*

12 *whether Mattel is entitled to damages resulting from Carter Bryant, MGA, MGA*

13 *(HK), or Isaac Larian's infringement.*

14   (ii)  *For each drawing you found to be infringed,* do you find that Mattel

15       has established by a fair preponderance of the evidence that it is entitled

16       to recover more than nominal damages from MGA and MGA (HK) as a

17       consequence of a finding or findings of copyright infringement?

18       ☐yes or

19       ☐no.

20   (jj)  If your answer is YES, state the amount of gross revenues that Mattel

21       has proven are attributable to the protectable portion of the copyrighted

22       work:

23       $_____

24   (kk)  Next, state the deductible expenses associated with the infringing

25       products:

26       $_____

27   (ll)  Finally, what are the profits attributable to the protectable portion of the

28       infringing product that Mattel has established will fairly and reasonably

1  compensate it for the losses that it has incurred as a consequence of

2  MGA and MGA (HK)'s copyright infringement.

3      $_____

4  (mm) ***For each drawing you found to be infringed,*** do you find that Mattel

5      has established by a fair preponderance of the evidence that it is entitled

6      to recover more than nominal damages from Carter Bryant as a

7      consequence of a finding or findings of copyright infringement?

8      ☐yes or

9      ☐no.

10  (nn)  If your answer is YES, state the amount of gross revenues that Mattel

11      has proven are attributable to the protectable portion of the copyrighted

12      work

13      $_____

14  (oo)  Next, state the deductible expenses associated with the infringing

15      products:

16      $_____

17  (pp)  Finally, what are the profits attributable to the protectable portion of the

18      infringing product that Mattel has established will fairly and reasonably

19      compensate it for the losses that it has incurred as a consequence of

20      Carter Bryant's copyright infringement.

21      $_____

22  (qq)  ***For each drawing you found to be infringed,*** do you find that Mattel

23      has established by a fair preponderance of the evidence that it is entitled

24      to recover more than nominal damages from Isaac Larian as a

25      consequence of a finding or findings of copyright infringement?

26      ☐yes or

27      ☐no.

28

1      (rr)   If your answer is YES, state the amount of gross revenues that Mattel

2             has proven are attributable to the protectable portion of the copyrighted

3             work

4             $_____

5      (ss)   Next, state the deductible expenses associated with the infringing

6             products:

7             $_____

8      (tt)   Finally, what are the profits attributable to the protectable portion of the

9             infringing product that Mattel has established will fairly and reasonably

10            compensate it for the losses that it has incurred as a consequence of

11            Isaac Larian's copyright infringement.

12            $_____

1 | **Proposed Form of Verdict No. 3 (Copyright Infringement – Vicarious and**
2 | **Contributory Infringement)**

3 |     (a)    Do you find by a fair preponderance of the evidence that Mattel has
4 |     established that Isaac Larian is liable for copyright infringement as a
5 |     consequence of:
6 |         (i)    vicarious infringement?
7 |         ☐yes or
8 |         ☐no.
9 |         (ii)    contributory infringement?
10 |         ☐yes or
11 |         ☐no.
12 |

13 |     (b)    Do you find by a fair preponderance of the evidence that Mattel has
14 |     established that Carter Bryant is liable for copyright infringement as a
15 |     consequence of:
16 |         (i)    contributory infringement?
17 |         ☐yes or
18 |         ☐no.
19 |

20 | *If you have found that Isaac Larian is liable for vicarious or contributory*
21 | *copyright infringement, that none of his affirmative defenses apply, and that*
22 | *Mattel's recovery is not barred by the statute of limitations, next consider whether*
23 | *Mattel is entitled to damages resulting from Isaac Larian's vicarious or*
24 | *contributory infringement.*
25 |     (c)    *For each drawing you found to be infringed,* do you find that Mattel
26 |     has established by a fair preponderance of the evidence that it is entitled
27 |     to recover more than nominal damages from Isaac Larian as a
28 |     consequence of a finding or findings of copyright infringement?

78

1  ☐yes or

2  ☐no.

3  (d)  If your answer is YES, state the amount of gross revenues that Mattel

4       has proven are attributable to the copyrighted work

5       $_____

6  (e)  Next, state the deductible expenses associated with the infringing

7       products:

8       $_____

9  (f)  Finally, what are the profits attributable to the protectable portion of the

10      infringing product that Mattel has established will fairly and reasonably

11      compensate it for the losses that it has incurred as a consequence of

12      Isaac Larian's copyright infringement.

13      $_____

14

15  *If you have found that Carter Bryant is liable for contributory copyright*

16  *infringement, that none of his affirmative defenses apply, and that Mattel's*

17  *recovery is not barred by the statute of limitations, next consider whether Mattel is*

18  *entitled to damages resulting from Carter Bryant's contributory infringement.*

19

20  (g)  *For each drawing you found to be infringed,* do you find that Mattel

21      has established by a fair preponderance of the evidence that it is entitled

22      to recover more than nominal damages from Isaac Larian as a

23      consequence of a finding or findings of copyright infringement?

24      ☐yes or

25      ☐no.

26  (h)  If your answer is YES, state the amount of gross revenues that Mattel

27      has proven are attributable to the copyrighted work

28      $_____

1    (i)    Next, state the deductible expenses associated with the infringing
2            products:
3            $_____

4    (j)    Finally, what are the profits attributable to the protectable portion of the
5            infringing product that Mattel has established will fairly and reasonably
6            compensate it for the losses that it has incurred as a consequence of
7            Carter Bryant's copyright infringement.
8            $_____

1  **Proposed Form of Verdict No. 4 (Inventions Agreement Damages)**

2  *If you have found that Carter Bryant breached his Inventions Agreement*
3  *with Mattel, that none of his affirmative defenses apply, and that Mattel's recovery*
4  *is not barred by the statute of limitations, next consider whether Mattel is entitled*
5  *to damages resulting from Carter Bryant's breach.*

6      (a)  Do you find that Mattel has established by a fair preponderance of the
7             evidence that it is entitled to recover more than nominal damages from
8             Carter Bryant as a consequence of a finding or findings of a breach of
9             his Section 2(a) of the Inventions Agreement?
10            ☐yes or
11            ☐no.

12     (b)  If your answer is YES, state the amount of damages to which Mattel is
13            entitled based on the jury instructions given with respect to this claim:
14            $_____

15     (c)  Do you find that Mattel has established by a fair preponderance of the
16            evidence that it is entitled to recover more than nominal damages from
17            Carter Bryant as a consequence of a finding or findings of a breach of
18            his Section 3(a) of the Inventions Agreement?
19            ☐yes or
20            ☐no.

21     (d)  If your answer is YES, state the amount of damages to which Mattel is
22            entitled based on the jury instructions given with respect to this claim:
23
24            $_____
25
26
27
28

1 | **Proposed Form of Verdict No. 5 (Questionnaire Damages)**

2 | *If you have found that Carter Bryant breached the Conflict of Interest*
3 | *Questionnaire with Mattel, that none of his affirmative defenses apply, and that*
4 | *Mattel's recovery is not barred by the statute of limitations, next consider whether*
5 | *Mattel is entitled to damages resulting from Carter Bryant's breach.*

6 | (a) Do you find that Mattel has established by a fair preponderance of the
7 | evidence that it is entitled to recover more than nominal damages from
8 | Carter Bryant as a consequence of a finding or findings of a breach of
9 | the Conflict of Interest Questionnaire?
10 | ☐yes or
11 | ☐no.

12 | (b) If your answer is YES, state the amount of damages to which Mattel is
13 | entitled based on the jury instructions given with respect to this claim:
14 | $_____

**Proposed Form of Verdict No. 6 (Fiduciary Duty Damages)**

*If you have found that Carter Bryant is liable for breach of fiduciary duty that none of his affirmative defenses apply, and that Mattel's recovery is not barred by the statute of limitations, next consider whether Mattel is entitled to damages resulting from Carter Bryant's breach of fiduciary duty.*

    (a)    Do you find by a fair preponderance of the credible evidence that Mattel has established that it is entitled to more than nominal damages as a consequence Carter Bryant's breach of fiduciary duty?

          ☐yes or

          ☐no.

    (b)    If your answer is YES, state the amount of damages to which Mattel is entitled based on the jury instructions given with respect to this claim:

          $_____

1   **Proposed Form of Verdict No. 7 (Aiding and Abetting Breach of Fiduciary**
2   **Duty Damages)**

3   *If you have found that MGA or Isaac Larian are liable for aiding and*
4   *abetting a breach of fiduciary duty by Carter Bryant, that none of their affirmative*
5   *defenses apply, and that Mattel's recovery is not barred by the statute of limitations,*
6   *next consider whether Mattel is entitled to damages resulting from MGA or Isaac*
7   *Larian's aiding and abetting of Carter Bryant's breach of fiduciary duty.*

8    (a)   Do you find by a fair preponderance of the credible evidence that Mattel
9          has established that it is entitled to more than nominal damages as a
10         consequence of MGA's aiding and abetting of Carter Bryant's breach of
11         fiduciary duty?
12         ☐yes or
13         ☐no.
14   (b)   If your answer is YES, state the amount of damages to which Mattel is
15         entitled based on the jury instructions given with respect to this claim:
16         $_____
17   (c)   Do you find by a fair preponderance of the credible evidence that Mattel
18         has established that it is entitled to more than nominal damages as a
19         consequence of Isaac Larian's aiding and abetting of Carter Bryant's
20         breach of fiduciary duty?
21         ☐yes or
22         ☐no.
23   (d)   If your answer is YES, state the amount of damages to which Mattel is
24         entitled based on the jury instructions given with respect to this claim:
25         $_____
26
27
28

84

1 | **Proposed Form of Verdict No. 8 (Breach of Duty of Loyalty Damages)**

2 | *If you have found that Carter Bryant is liable for breach of the duty of*
3 | *loyalty that none of his affirmative defenses apply, and that Mattel's recovery is*
4 | *not barred by the statute of limitations, next consider whether Mattel is entitled to*
5 | *damages resulting from Carter Bryant's breach of the duty of loyalty.*

6 | (a) Do you find by a fair preponderance of the credible evidence that Mattel
7 | has established that it is entitled to more than nominal damages as a
8 | consequence Carter Bryant's breach of the duty of loyalty?
9 | ☐yes or
10 | ☐no.

11 | (b) If your answer is YES, state the amount of damages to which Mattel is
12 | entitled based on the jury instructions given with respect to this claim:
13 | $_____

14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**Proposed Form of Verdict No. 9 (Aiding and Abetting Breach of Duty of Loyalty Damages)**

*If you have found that MGA or Isaac Larian are liable for aiding and abetting a breach of the duty of loyalty, that none of their affirmative defenses apply, and that Mattel's recovery is not barred by the statute of limitations, next consider whether Mattel is entitled to damages resulting from MGA or Isaac Larian's aiding and abetting of Carter Bryant's duty of loyalty.*

    (a)    Do you find by a fair preponderance of the credible evidence that Mattel has established that it is entitled to more than nominal damages as a consequence of MGA and MGA (HK)'s aiding and abetting of Carter Bryant's breach of his duty of loyalty?

        ☐yes or

        ☐no.

    (b)    If your answer is YES, state the amount of damages to which Mattel is entitled based on the jury instructions given with respect to this claim:

        $_____

    (c)    Do you find by a fair preponderance of the credible evidence that Mattel has established that it is entitled to more than nominal damages as a consequence of Larian's aiding and abetting of Carter Bryant's breach of his duty of loyalty?

        ☐yes or

        ☐no.

    (d)    If your answer is YES, state the amount of damages to which Mattel is entitled based on the jury instructions given with respect to this claim:

        $_____

**Proposed Form of Verdict No. 10 (Intentional Interference Damages)**

*If you have found that MGA or Larian are liable for intentional interference of contract, that none of their affirmative defenses apply, and that Mattel's recovery is not barred by the statute of limitations, next consider whether Mattel is entitled to damages resulting from MGA and/or Isaac Larian's intentional interference with contract.*

(a)   Do you find by a fair preponderance of the credible evidence that Mattel has established that it is entitled to more than nominal damages as a consequence of MGA's intentional interference with Bryant's agreement?

☐ yes or

☐ no.

(b)   If your answer is YES, state the amount of damages to which Mattel is entitled based on the jury instructions given with respect to this claim:

$_____

(c)   Do you find by a fair preponderance of the credible evidence that Mattel has established that it is entitled to more than nominal damages as a consequence of Isaac Larian's intentional interference with Bryant's agreement?

☐ yes or

☐ no.

(d)   If your answer is YES, state the amount of damages to which Mattel is entitled based on the jury instructions given with respect to this claim:

(e)   $_____

1 **Proposed Form of Verdict No. 11 (Conversion Damages)**

2 *If you have found that MGA, MGA (HK), Carter Bryant, or Larian are*
3 *liable for conversion, that none of their affirmative defenses apply, and that*
4 *Mattel's recovery is not barred by the statute of limitations, next consider whether*
5 *Mattel is entitled to damages resulting from MGA, MGA (HK), Carter Bryant, or*
6 *Larian's conversion of certain tangible materials*

7     (a)   Do you find by a fair preponderance of the credible evidence that Mattel
8            has established that it is entitled to more than nominal damages as a
9            consequence of Bryant's conversion of certain tangible materials?
10            ☐yes or
11            ☐no.

12     (b)   If your answer is YES, state the amount of damages to which Mattel is
13            entitled based on the jury instructions given with respect to this claim:
14            $_____

15     (c)   Do you find by a fair preponderance of the credible evidence that Mattel
16            has established that it is entitled to more than nominal damages as a
17            consequence of MGA or MGA (HK)'s conversion of certain tangible
18            materials?
19            ☐yes or
20            ☐no.

21     (d)   If your answer is YES, state the amount of damages to which Mattel is
22            entitled based on the jury instructions given with respect to this claim:
23            $_____

24     (e)   Do you find by a fair preponderance of the credible evidence that Mattel
25            has established that it is entitled to more than nominal damages as a
26            consequence of Larian's conversion of certain tangible materials?
27            ☐yes or
28            ☐no.

1    (f)    If your answer is YES, state the amount of damages to which Mattel is
2            entitled based on the jury instructions given with respect to this claim:
3            $_____
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28