Larry McFarland (Bar No. 129668)
Christian Dowell (Bar No. 241973)
KEATS, McFARLAND & WILSON LLP
9720 Wilshire Blvd.
Penthouse Suite
Beverly Hills, CA 90212
Telephone: (310) 248-3830
Facsimile: (310) 860-0363
Email: lmcfarland@kmwlaw.com
       cdowell@kmwlaw.com

Attorneys for Margaret Hatch-Leahy
and Veronica Marlow

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>MATTEL, INC., a Delaware corporation;<br><br>　　　　　Defendant.<br><br>AND RELATED ACTIONS. | Case No.: CV 04 – 09049 SGL (RNBx)<br>Consolidated with Case Nos.<br>CV 04-9059 and CV 05-2727<br><br><u>Hon. Stephen G. Larson</u><br><br>DECLARATION OF LARRY MCFARLAND IN SUPPORT OF MARGARET HATCH-LEAHY'S AND VERONICA MARLOW'S OPPOSITION TO MATTEL, INC.'S MOTION OBJECTING TO PORTIONS OF THE DISCOVERY MASTER'S APRIL 11, 2008 ORDER GRANTING IN PART AND DENYING IN PART MATTEL'S MOTION TO COMPEL PRODUCTION OF ELECTRONIC MEDIA FROM THIRD PARTIES ELISE CLOONAN, MARGARET HATCH-LEAHY AND VERONICA MARLOW |

I, Larry McFarland, hereby declare as follows:

I am an attorney licensed to practice law in the State of California and am a partner at the law firm of Keats, McFarland & Wilson LLP, counsel for non-party witnesses in this matter Margaret Hatch-Leahy and Veronica Marlow (the "Non-Party Witnesses").

I submit this Declaration in Support of the Non-Party Witnesses' Opposition to Mattel, Inc.'s Motion Objecting to Portions of The Discovery Master's April 11, 2008, Order Granting in Part and Denying in Part Mattel's Motion to Compel Production of Electronic Media from Third Parties Elise Cloonan, Margaret Hatch-Leahy, and Veronica Marlow. Unless otherwise stated, I have personal knowledge of the facts set forth below and, if called as a witness, I could and would competently testify thereto.

1. A true and correct copy of a subpoena issued to Washington Mutual Bank, dated January 15, 2008, is attached hereto as Exhibit 1.

2. A true and correct copy of an excerpt of the rough draft of the transcript of the deposition of Peter Marlow taken on May 2, 2008, is attached hereto as Exhibit 2.

3. A true and correct copy of a letter from Larry McFarland, dated September 24, 2007, is attached hereto as Exhibit 3.

4. A true and correct copy of an excerpt of the transcript of the deposition of Margaret Leahy taken on December 12, 2007, is attached hereto as Exhibit 4.

5. A true and correct copy of a letter from Larry McFarland, dated October 26, 2008, is attached hereto as Exhibit 5.

6. A true and correct copy of a letter from Larry McFarland, dated December 11, 2007, is attached hereto as Exhibit 6.

7. A true and correct copy of letters from Susan Wines, dated June 21, 2007, and September 13, 2007, and a letter from Larry McFarland, dated September 27, 2007, are attached hereto as Exhibit 7.

1    8.    A true and correct copy of a letter from Larry McFarland, dated June 28, 2008, is attached hereto as Exhibit 8.

9.    A true and correct copy of a letter from Larry McFarland, dated January 16, 2008, is attached hereto as Exhibit 9.

10.   A true and correct copy of a letter from Larry McFarland, dated December 10, 2007, is attached hereto as Exhibit 10.

11.   A true and correct copy of a letter from Christian Dowell, dated April 25, 2008, is attached hereto as Exhibit 11.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 5th day of May, at Beverly Hills, California.

/s/
Larry W. McFarland