1  Larry McFarland (Bar No. 129668)
   Christian Dowell (Bar No. 241973)
2  KEATS, McFARLAND & WILSON LLP
   9720 Wilshire Blvd.
3  Penthouse Suite
   Beverly Hills, CA 90212
4  Telephone:  (310) 248-3830
   Facsimile:   (310) 860-0363
5  Email:  lmcfarland@kmwlaw.com
           cdowell@kmwlaw.com
6
7  Attorneys for Margaret Hatch-Leahy
   and Veronica Marlow

8              UNITED STATES DISTRICT COURT
9              CENTRAL DISTRICT OF CALIFORNIA
10                   EASTERN DIVISION

| CARTER BRYANT, an individual, | Case No.: CV 04 – 09049 SGL (RNBx) Consolidated with Case Nos. CV 04-9059 and CV 05-2727 |
|---|---|
| Plaintiff, | Hon. Stephen G. Larson |
| v. | APPLICATION TO FILE UNDER SEAL EXHIBITS 2 AND 4 TO DECLARATION OF LARRY MCFARLAND IN SUPPORT OF MARGARET HATCH-LEAHY'S AND VERONICA MARLOW'S OPPOSITION TO MATTEL, INC.'S MOTION OBJECTING TO PORTIONS OF THE DISCOVERY MASTER'S APRIL 11, 2008 ORDER GRANTING IN PART AND DENYING IN PART MATTEL'S MOTION TO COMPEL PRODUCTION OF ELECTRONIC MEDIA FROM THIRD PARTIES ELISE CLOONAN, MARGARET HATCH-LEAHY AND VERONICA MARLOW |
| MATTEL, INC., a Delaware corporation; | |
| Defendant. | |
| AND RELATED ACTIONS. | |

1  Pursuant to <u>Local rule</u> 79-5.1 and the Stipulated Protective Order entered by the
2  Court in this action, non-parties Margaret Leahy and Veronica Marlow (collectively,
3  the "Non-Party Witnesses") hereby respectfully request that the Court order filed
4  under seal the Exhibits 2 and 4 to the Declaration of Larry W. McFarland in Support
5  of Margaret Leahy's and Veronica Marlow's Opposition to Mattel, Inc.'s Motion
6  Objecting to Portions of The Discovery Master's April 11, 2008, Order Granting in
7  Part and Denying in Part Mattel's Motion to Compel Production of Electronic Media
8  from Third Parties Elise Cloonan, Margaret Hatch-Leahy, and Veronica Marlow
9  ("Exhibits").

10  The Exhibits include materials that MGA and/or Bryant have designated as
11  "Confidential" or "Confidential – Attorneys' Eyes Only" pursuant to the Protective
12  Order.  Accordingly, Non-Party Witnesses requests that the Court order that the
13  Exhibits be filed under seal.

15  Dated:  May 5, 2008        KEATS MCFARLAND & WILSON LLP

17              /s/
18              Christian C. Dowell, Esq.
                Attorneys for Margaret Leahy and
19              Veronica Marlow