1  Larry McFarland (Bar No. 129668)
   Christian Dowell (Bar No. 241973)
2  KEATS, McFARLAND & WILSON LLP
   9720 Wilshire Blvd.
3  Penthouse Suite
   Beverly Hills, CA 90212
4  Telephone:  (310) 248-3830
   Facsimile:   (310) 860-0363
5  Email:   lmcfarland@kmwlaw.com
            cdowell@kmwlaw.com
6
7  Attorneys for Margaret Hatch-Leahy
   and Veronica Marlow
8
9             UNITED STATES DISTRICT COURT
10            CENTRAL DISTRICT OF CALIFORNIA
11                    EASTERN DIVISION
12

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br>v.<br>MATTEL, INC., a Delaware corporation;<br><br>Defendant.<br><br>AND RELATED ACTIONS. | Case No.: CV 04 – 09049 SGL (RNBx)<br>Consolidated with Case Nos.<br>CV 04-9059 and CV 05-2727<br><u>Hon. Stephen G. Larson</u><br><br>PROPOSED] ORDER RE APPLICATION TO FILE UNDER SEAL EXHIBITS 2 AND 4 TO DECLARATION OF LARRY MCFARLAND IN SUPPORT OF MARGARET HATCH-LEAHY'S AND VERONICA MARLOW'S OPPOSITION TO MATTEL, INC.'S MOTION OBJECTING TO PORTIONS OF THE DISCOVERY MASTER'S APRIL 11, 2008 ORDER GRANTING IN PART AND DENYING IN PART MATTEL'S MOTION TO COMPEL PRODUCTION OF ELECTRONIC MEDIA FROM THIRD PARTIES ELISE CLOONAN, MARGARET HATCH-LEAHY AND VERONICA MARLOW |

[PROPOSED] ORDER TO FILE UNDER SEAL

# [PROPOSED] ORDER

Based on the concurrently filed Application to File Under Seal the Exhibits 2 and 4 to the Declaration of Larry W. McFarland in Support of Margaret Leahy's and Veronica Marlow's Opposition to Mattel, Inc.'s Motion Objecting to Portions of The Discovery Master's April 11, 2008, Order Granting in Part and Denying in Part Mattel's Motion to Compel Production of Electronic Media from Third Parties Elise Cloonan, Margaret Hatch-Leahy, and Veronica Marlow, and good cause appearing for the entry thereof, IT IS HEREBY ORDERED:

The Exhibits 2 and 4 to the Declaration of Larry W. McFarland in Support of Margaret Leahy's and Veronica Marlow's Opposition to Mattel, Inc.'s Motion Objecting to Portions of The Discovery Master's April 11, 2008, Order Granting in Part and Denying in Part Mattel's Motion to Compel Production of Electronic Media from Third Parties Elise Cloonan, Margaret Hatch-Leahy, and Veronica Marlow, are ORDERED filed under seal pursuant to Local Rule 79-5.1.

Dated: May ____, 2008

Hon. Stephen G. Larson
United Stated District Judge