1  QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
    John B. Quinn (Bar No. 090378)
2   (johnquinn@quinnemanuel.com)
    Michael T. Zeller (Bar No. 196417)
3   (michaelzeller@quinnemanuel.com)
    Jon D. Corey (Bar No. 185066)
4   (joncorey@quinnemanuel.com)
    Timothy L. Alger (Bar No. 160303)
5   (timalger@quinnemanuel.com)
   865 South Figueroa Street, 10th Floor
6  Los Angeles, California 90017-2543
   Telephone: (213) 443-3000
7  Facsimile: (213) 443-3100

8  Attorneys for Mattel, Inc.

9              UNITED STATES DISTRICT COURT
10             CENTRAL DISTRICT OF CALIFORNIA
11                    EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with<br>Case Nos. CV 04-09059 & CV 05-2727<br><br>[PROPOSED] ORDER DENYING ANAELISE CLOONAN'S MOTION OBJECTING TO PORTIONS OF DISCOVERY MASTER'S APRIL 11, 2008 ORDER REGARDING A FURTHER EXAMINATION OF MS. CLOONAN'S COMPUTER AND ZIP DISK |

1 <u>[PROPOSED] ORDER</u>

2 Having considered AnaElise Cloonan's Motion Objecting to Portions of
3 Discovery Master's April 11, 2008 Order Regarding A Further Examination of Ms.
4 Cloonan's Computer and Zip Disk; Mattel, Inc.'s Opposition Thereto; and all papers
5 submitted in support of and in opposition to the Motion, and having considered the
6 argument of counsel, the Court hereby DENIES the Motion and rules as follows:

8 IT IS HEREBY ORDERED THAT the Discovery Master's Order of
9 April 11, 2008 regarding the inspection of the computer drive of Elise Cloonan and
10 the Zip disk labeled "Bratz" is affirmed. Ms. Cloonan shall make both items
11 available for Mattel to inspect, including making an image of each, within three (3)
12 calendar days of this Order.

14 IT IS SO ORDERED.

16 DATED: _____

17 Hon. Stephen G. Larson
United States District Judge