1  QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
    John B. Quinn (Bar No. 90378)
2    (johnquinn@quinnemanuel.com)
    Michael T. Zeller (Bar No. 196417)
3    (michaelzeller@quinnemanuel.com)
    Jon D. Corey (Bar No. 185066)
4    (joncorey@quinnemanuel.com)
   865 South Figueroa Street, 10th Floor
5  Los Angeles, California  90017-2543
   Telephone:  (213) 443-3000
6  Facsimile:  (213) 443-3100

7  Attorneys for Mattel, Inc.

8  UNITED STATES DISTRICT COURT

9  CENTRAL DISTRICT OF CALIFORNIA

10 EASTERN DIVISION

| | |
|---|---|
| 11 CARTER BRYANT, an individual, | CASE NO. CV 04-9049 SGL (RNBx) |
| 12         Plaintiff, | Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727 |
| 13     vs. | |
| 14 | NOTICE OF LODGING OF FINAL PRE-TRIAL CONFERENCE ORDER FOR PHASE 1 TRIAL |
| 15 MATTEL, INC., a Delaware corporation, | |
| 16 | **Phase 1** |
| 17         Defendant. | Pre-Trial Conference: May 19, 2008<br>Trial Date:                May 27, 2008 |
| 18 | |
| 19 AND CONSOLIDATED ACTIONS | |

07209/2495461.1

NOTICE OF LODGING RE PRETRIAL CONFERENCE ORDER

PLEASE TAKE NOTICE that the parties hereby submit the final Pre-Trial Conference Order for Phase 1 Trial.

DATED: May 5, 2008         QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

By /s/ Cyrus S. Naim
   Cyrus S. Naim
   Attorneys for Mattel, Inc.