UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendants.<br><br>Consolidated with MATTEL, Inc. v. BRYANT and MGA ENTERTAINMENT, INC. v. MATTEL, INC. | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with Case No. 04-9059 and Case No. 05-2727<br><br>**PROPOSED JOINT STIPULATION OF FACTS**<br><br>Honorable Stephen G. Larson<br><br>Trial Date: May 28, 2008 |

# PROPOSED JOINT STIPULATION OF FACTS

It is hereby stipulated that, for the purpose of these consolidated cases, the following statements may be accepted as facts, provided, however, that any party may introduce other and further evidence on the issues herein stipulated.

NOW, THEREFORE, MGA Entertainment, Inc., MGA Entertainment (HK) Limited, MGAE de Mexico, S.R.L. de C.V. (collectively, "MGA"), Isaac Larian (together with MGA, the "MGA Parties"), Carter Bryant ("Bryant"), and Mattel, Inc. ("Mattel") hereby stipulate, by and through their counsel of record, to the following facts:

## Parties

1. Mattel, Inc. is a corporation formed under the laws of the State of Delaware with its headquarters in El Segundo, California.
2. Carter Bryant, an individual, is a resident of Missouri.
3. MGA Entertainment, Inc. is a privately held California corporation.
4. MGA Entertainment (HK) Limited, a Hong Kong company, and MGAE de Mexico, S.R.L. de C.V., a Mexico corporation, are wholly owned subsidiaries of MGA Entertainment, Inc.
5. Isaac Larian, an individual, is the CEO and majority shareholder of MGA Entertainment, Inc. and is a resident of California.

## Bryant's Employment at Mattel

6. Carter Bryant first worked for Mattel in the mainline Barbie group from September 1995 to April 1998.

7. Bryant signed a document titled "Employee Confidential Information and Inventions Agreement," dated November 6, 1995.

8. Bryant signed a document titled "Conflict of Interest Questionnaire," dated November 6, 1995.

9. Bryant left California in December 1997 and moved to Missouri to live with his parents, where he continued to do work for Mattel until April 1998.

10. In late December 1998, Mattel offered Bryant a position in the Barbie Collectibles group.

11. Bryant accepted Mattel's offer, moved back to California, and started work at Mattel on January 4, 1999.

12. Bryant signed a document titled "Employee Confidential Information and Inventions Agreement" dated January 4, 1999.

13. Bryant signed a document titled "Conflict of Interest Questionnaire," incorrectly dated January 4, 1998, instead of 1999.

14. Before Bryant left Mattel, he was asked to and did participate in an exit interview.

15. During his exit interview, Bryant signed a document titled "Proprietary Information Checkout," dated October 19, 2000.

DATED: May 6, 2008

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

By /s/ B. Dylan Proctor
B. Dylan Proctor
Attorneys for Mattel, Inc.

DATED: May 6, 2008

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

By /s/ Lance Etcheverry
Lance A. Etcheverry
Attorneys for MGA Entertainment, Inc, MGA Entertainment (HK) Ltd. and Isaac Larian

DATED: May 6, 2008

KEKER & VAN NEST, LLP

By /s/ Matthew Werdegar
Matthew Werdegar
Attorneys for Carter Bryant

-4-

PROPOSED JOINT STIPULATION OF FACTS