| | |
|---|---|
| 1 | THOMAS J. NOLAN (Bar No. 66992) |
| | (tnolan@skadden.com) |
| 2 | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP |
| | 300 South Grand Avenue |
| 3 | Los Angeles, CA 90071-3144 |
| | Tel.: (213) 687-5000 / Fax: (213) 687-5600 |
| 4 | |
| 5 | RAOUL D. KENNEDY (Bar No. 40892) |
| | (rkennedy@skadden.com) |
| 6 | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP |
| | 4 Embarcadero Center, 38th Floor |
| 7 | San Francisco, CA 94111-5974 |
| | Tel.: (415) 984-6400 / Fax: (415) 984-2698 |
| 8 | Attorneys for MGA Entertainment, Inc., MGA Entertainment (HK) Limited, MGAE de Mexico, S.R.L. DE C.V., and Isaac Larian |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CARTER BRYANT, an individual, | ) | CASE NO. CV 04-9049 SGL (RNBx) |
| | ) | |
| Plaintiff, | ) | Consolidated with Case No. 04-9059 and Case No. 05-2727 |
| v. | ) | |
| MATTEL, INC., a Delaware corporation, | ) | **DISCOVERY MATTER** |
| | ) | **APPLICATION TO FILE UNDER SEAL MGA ENTERTAINMENT, INC.'S REPLY IN FURTHER SUPPORT OF ITS MOTION FOR PROTECTIVE ORDER FROM MATTEL, INC.'S FOURTH NOTICE OF DEPOSITION ON MGA PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 30(b)(6) AND DECLARATION OF AMY LIANG IN SUPPORT THEREOF** |
| Defendant. | ) | |
| AND CONSOLIDATED ACTIONS | ) | |

FILED

Lodged (proposed)

Application To File Under Seal
Case No. CV 04-9049 SGL (RNBx)

1  Pursuant to Local Rule 79-5.1 and the Stipulated Protective Order entered by
2  the Court in this action, MGA Entertainment, Inc. ("MGA"), Isaac Larian
3  ("Mr. Larian" or "Larian"), MGA Entertainment (HK) Limited ("MGA HK"), and
4  MGAE de Mexico S.R.L. de C.V. ("MGA Mexico") (collectively, the "MGA
5  Parties") hereby respectfully request that the Court order the following documents be
6  filed under seal: MGA Entertainment, Inc.'s Reply in Further Support of Its Motion
7  for Protective Order From Mattel, Inc.'s Fourth Notice of Deposition of MGA
8  Pursuant to Federal Rule of Civil Procedure 30(b)(6) and the Declaration of Amy
9  Liang in support thereof. Good cause exists for filing these documents under seal
10 because certain exhibits attached to the declaration have been designated as
11 "Confidential" or "Confidential—Attorneys' Eyes Only" pursuant to the Protective
12 Order, and the reply brief references these exhibits.

14 DATED: May 5, 2008

SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP

By: _Thomas J. Nolan_ By A.L.
    Thomas J. Nolan

Attorneys for MGA Entertainment, Inc., Isaac Larian, MGA Entertainment (HK) Limited, and MGAE de Mexico S.R.L. de C.V