| | |
|---|---|
| 1 | THOMAS J. NOLAN (Bar No. 66992) |
| | (tnolan@skadden.com) |
| 2 | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP |
| | 300 South Grand Avenue |
| 3 | Los Angeles, CA 90071-3144 |
| | Tel.: (213) 687-5000 / Fax: (213) 687-5600 |
| 4 | |
| 5 | RAOUL D. KENNEDY (Bar No. 40892) |
| | (rkennedy@skadden.com) |
| 6 | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP |
| | 4 Embarcadero Center, 38th Floor |
| 7 | San Francisco, CA 94111-5974 |
| | Tel.: (415) 984-6400 / Fax: (415) 984-2698 |
| 8 | Attorneys for MGA Entertainment, Inc., MGA Entertainment (HK) Limited, MGAE de Mexico, S.R.L. DE C.V., and Isaac Larian |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARTER BRYANT, an individual, | CASE NO. CV 04-9049 SGL (RNBx) |
| Plaintiff, | Consolidated with Case No. 04-9059 and Case No. 05-2727 |
| v. | [~~PROPOSED~~] ORDER TO FILE UNDER SEAL MGA ENTERTAINMENT, INC.'S REPLY IN FURTHER SUPPORT OF ITS MOTION FOR PROTECTIVE ORDER FROM MATTEL, INC.'S FOURTH NOTICE OF DEPOSITION OF MGA PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 30(b)(6) AND THE DECLARATION OF AMY LIANG IN SUPPORT THEREOF |
| MATTEL, INC., a Delaware corporation, | |
| Defendant. | |
| AND CONSOLIDATED ACTIONS | |

## ORDER

Based on the above Application, and good cause appearing for the entry thereof, IT IS HEREBY ORDERED that the following documents be filed under seal pursuant to Local Rule 79-5.1: MGA Entertainment, Inc.'s Reply in Further Support of Its Motion for Protective Order From Mattel, Inc.'s Fourth Notice of Deposition of MGA Pursuant to Federal Rule of Civil Procedure 30(b)(6) and the Declaration of Amy Liang in support there.

DATED: May 6, 2008

_S/ Larson_
Hon. Stephen G. Larson
United States District Court Judge
[Proposed]Order To File Under Seal
Case No. CV 04-9049 SGL (RNBx)