UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
3470 Twelfth Street, Riverside, CA 92501
<u>CIVIL MINUTES -- GENERAL</u>

Case No.    CV 04-09049 SGL(RNBx)                              Date: May 6, 2008
Title:      CARTER BRYANT -v- MATTEL, INC.

<u>Consolidated With Related Actions</u>:
CASE NO. CV 04-09059 SGL(RNBx): MATTEL, INC., v. CARTER BRYANT,
CASE NO. CV 05-02727 SGL (RNBx): MGA ENTERTAINMENT, INC., v. MATTEL, INC.,
================================================================
PRESENT: HONORABLE STEPHEN G. LARSON, UNITED STATES DISTRICT JUDGE

|  |  |
|---|---|
| Jim Holmes | Theresa Lanza |
| Courtroom Deputy Clerk | Court Reporter |

**ATTORNEYS PRESENT FOR CARTER BRYANT:**

Christa M. Anderson
Matthew M. Werdergar

**ATTORNEYS PRESENT FOR MATTEL:**

Jon D. Corey
B. Dylan Proctor
Timothy L. Alger

**ATTORNEYS PRESENT FOR MGA PARTIES:**

Thomas Nolan

**ATTORNEYS PRESENT FOR THIRD PARTIES**

For Matthew Bousquette:
Christopher G. Caldwell and Sandra Tholen

For AnaElise Cloonan, Margaret Hatch-Leahy, and Veronica Marlow:
Larry McFarland and Christian Dowell

**PROCEEDINGS:** **ORDER SETTING HEARING DATES AND BRIEFING SCHEDULES ON MOTIONS AND RULING ON EX PARTE APPLICATIONS**

**ORDER RE DISCOVERY MOTIONS PENDING BEFORE THE DISCOVERY MASTER AND FUTURE DISCOVERY MOTIONS ORDER RE UNDER SEAL FILINGS AND "ATTORNEY EYES ONLY DOCUMENTS"**

**ORDER RE IN CAMERA SUBMISSION**

The Court held a telephonic status conference for the purpose of ruling on a number of ex parte applications regarding scheduling matters and to set hearing dates and briefing schedules on a number of motions currently pending before the Court.

## PENDING DISCOVERY MOTIONS

The Court sets for hearing on May 12, 2008, at 10:00 a.m., in Courtroom One, the following motions, previously filed with the Court:

1. Docket # 3314 MGA's Motion for Review of Discovery Master's April 22, 2008 Order Granting Matthew Bousquette's Motion To Quash Subpoena;

2. Docket # 3338 Mattel's Motion for Review of and Objecting to Discovery Master's April 14, 2008 Order Granting in Part Mattel's Motion to Compel Communications Regarding this Action;

4. Docket # 3398 Mattel's Motion Objecting to Discovery Master's Denial of Motion to Compel Production of Document Bates Numbered MGA 3801819-22;

5. Docket # 3443 Mattel's Motion Objecting to Portions of Discovery Masters April 14, 2008, Order Denying Motion to Compel Production in Response to Mattel's Fifth Set of Request for Production of Documents;

6. Docket # 3410 MGA's Motion Objecting to Discovery Master's April 25, 2008, Order Denying MGA's Motion to Compel Discovery on Issues as to Which Mattel has Waived the Attorney-Client and Work Product Privileges;

7. Docket # 3333 Mattel's Motion for Review of and Objecting to Portions of Discovery Master's April 14, 2008 Order Granting in Part and Denying in Part Mattel, Inc.'s Motion to Compel Production of Documents and Things;

8. Docket # 3334 Mattel's Motion to Set Aside Order of Discovery Master, dated April 11, 2008, Granting in Part MGA's Motion to Compel Mattel to Produce a Witness

        Pursuant to Notice of Deposition Pursuant to Rule 30(b)(6);

9. Docket # 3233 Mattel's Motion for Review of the Discovery Master's April 11, 2008, Order Denying Mattel's Application to Enforce Court Orders Compelling Production of Tangible Items; Motion to Enforce those Orders and to Compel Production of the Tangible Items;

10. Docket # 3289 Mattel's Motion for Review of and Objecting to Portions of the Discovery Master's April 11, 2008 Order Granting in Part and Denying in Part Mattel's Motion to Compel Production of Electronic Media from Third Parties Elise Cloonan, Margaret Hatch-Leahy and Veronica Marlow; and

11. Docket # 3287 AnaElise Cloonan's Motion Objecting to Portions of the Discovery Master's April 11, 2008, Order Regarding Further Examination of Ms. Cloonan's Computer and Zip Disk.

    Oppositions to the motions, if not already filed, shall be filed no later than Friday, May 9, 2008. In order to afford the Court an opportunity to review the parties' opposition papers, counsel shall confirm that a paper courtesy copy of all opposition papers have been delivered to the Courtroom Deputy Clerk, Jim Holmes, or to chambers staff no later than 4:00 p.m. on Friday, May 9, 2008.

    The parties will be afforded the opportunity to make their reply arguments during the hearing; accordingly, except as set forth below, no party shall file reply documents absent an order of the Court.

    Notwithstanding the foregoing paragraph, because opposition papers have already been filed as to the following motions, the Court will permit the filing of a reply in the time and manner specified above for opposition papers:

10. Docket # 3289 Mattel's Motion for Review of and Objecting to Portions of the Discovery Master's April 11, 2008 Order Granting in Part and Denying in Part Mattel's Motion to Compel Production of Electronic Media from Third Parties Elise Cloonan, Margaret Hatch-Leahy and Veronica Marlow; and

11. Docket # 3287 AnaElise Cloonan's Motion Objecting to Portions of the Discovery Master's April 11, 2008, Order Regarding Further Examination of Ms. Cloonan's Computer and Zip Disk.

## MOTION FOR RECONSIDERATION

Because it implicates issues presented in the parties' motions for partial summary

judgment, the Court will hear the following motion on May 19, 2008, at 10:00 a.m., in connection with the further hearing on the motions for partial summary judgment:

>Docket # 3431 Carter Bryant's Motion to Certify Interlocutory Appeal Under 28 U.S.C. § 1292(b) or for Reconsideration.

For the reasons set forth on the record, the Court **DENIES** the part of this motion that seeks interlocutory appeal.

## RULINGS ON PENDING EX PARTE APPLICATIONS

The Court rules as follows on the pending ex parte applications:

Docket # 3339 Mattel's Ex Parte Application to Shorten Time for Hearing to May 12, 2008: **GRANTED.** MGA concedes it will not suffer prejudice as a result of the requested relief. Moreover, the delay referenced by MGA in presenting these issues to the Court appears to be the result of efforts to meet and confer regarding said issues.

Docket # 3320 Mattel's Ex Parte Application for an Expedited Hearing Date on Mattel's Motion for "Adverse Inference" Jury Instruction: **DENIED.** Mattel failed to establish sufficient cause to grant the ex parte relief given the length of time in which they have been aware of the matter for which they seek the "Adverse Inferences" Jury Instruction. Given its untimeliness in light of the case management schedule, the Court **STRIKES** Docket #3324 Mattel's Motion for Order for Granting "Adverse Inference" Jury Instruction. The Court will consider the propriety of the jury instruction as proposed by Mattel in connection with Carter Bryant's Motion in Limine No. 13.

Docket # 3355 MGA's Ex Parte Application for Expedited Hearing Date: **GRANTED.** During the status conference, Mattel withdrew its opposition to the ex parte application.

Docket # 3432 Carter Bryant's Ex Parte Application to Expedite Hearing of Bryant's Motion for Certification of Interlocutory Appeal or for Reconsideration is **GRANTED IN PART.** Bryant seeks a hearing on May 12; the Court sets the matter for hearing on May 19, 2008. Opposition shall be filed no later than May 12, 2008; reply may be filed no later than May 15, 2008.

Docket # 3290 Mattel's Ex Parte Application to Expedite Hearing is **GRANTED IN PART.** Mattel seeks a hearing date of May 2, 2008; the Court sets the matter for hearing on May 12, 2008.

## DISCOVERY MOTIONS PENDING BEFORE THE DISCOVERY MASTER AND FUTURE DISCOVERY MOTIONS

The Court has been advised that the Discovery Master intends to resolve all discovery motions pending before him no later than Friday, May 9, 2008.

No further discovery motions shall be filed before the Discovery Master; the Court will consider any remaining outstanding disputes the week of May 19, 2008, after the further hearing on the motions for summary judgment and after voir dire, but before the hearing on the pending motions in limine.

Should further motions be contemplated by the parties, they are encouraged to meet and confer with the intent of reaching a stipulated briefing schedule.

## UNDER SEAL FILINGS AND ATTORNEY EYES ONLY DOCUMENTS

Mattel proposed May 19, 2008, as the date the parties should work toward for finalizing their report regarding what documents should remain under seal. MGA suggested that the constraints of the "Attorney Eyes Only" restrictions in the relevant protective order has the tendency to hamper witness preparation. The parties shall meet and confer regarding these matters, and shall be prepared to address these matters at the May 12, 2008, hearing.

## IN CAMERA SUBMISSION

Counsel for MGA shall submit for in camera review the document or documents that bear the Bates Numbers MGA 3801819-22 and that are the subject of Mattel's motion (Docket # 3398).

**IT IS SO ORDERED.**

# NOTICE PARTY SERVICE LIST

Case No.  CV 04-09049 SGL(RNBx)     Case Title  Carter Bryant v. Mattel, Inc.

Title of Document  Minute Order of May 6, 2008

| | | | |
|---|---|---|---|
| | Atty Sttlmnt Officer Panel Coordinator | | US Attorneys Office - Civil Division -L.A. |
| | BAP (Bankruptcy Appellate Panel) | | US Attorneys Office - Civil Division - S.A. |
| | Beck, Michael J (Clerk, MDL Panel) | | US Attorneys Office - Criminal Division -L.A. |
| | BOP (Bureau of Prisons) | | US Attorneys Office - Criminal Division -S.A. |
| | CA St Pub Defender (Calif. State PD) | | US Bankruptcy Court |
| | CAAG (California Attorney General's Office - Keith H. Borjon, L.A. Death Penalty Coordinator) | | US Marshal Service - Los Angeles (USMLA) |
| | Case Asgmt Admin (Case Assignment Administrator) | | US Marshal Service - Riverside (USMED) |
| | Catterson, Cathy (9th Circuit Court of Appeal) | | US Marshal Service -Santa Ana (USMSA) |
| | Chief Deputy Admin | | US Probation Office (USPO) |
| | Chief Deputy Ops | | US Trustee's Office |
| | Clerk of Court | | Warden, San Quentin State Prison, CA |
| | Death Penalty H/C (Law Clerks) | | |
| | Dep In Chg E Div | | |
| | Dep In Chg So Div | | |
| | Federal Public Defender | | |
| | Fiscal Section | | |
| | Intake Section, Criminal LA | | |
| | Intake Section, Criminal SA | | |
| | Intake Supervisor, Civil | | |
| | PIA Clerk - Los Angeles (PIALA) | | |
| | PIA Clerk - Riverside (PIAED) | | |
| | PIA Clerk - Santa Ana (PIASA) | | |
| | PSA - Los Angeles (PSALA) | | |
| | PSA - Riverside (PSAED) | | |
| | PSA - Santa Ana (PSASA) | | |
| | Schnack, Randall (CJA Supervising Attorney) | | |
| | Statistics Clerk | | |

**✓ ADD NEW NOTICE PARTY** (if sending by fax, mailing address must also be provided)

Name: Ambassador Pierre-Richard Prosper

Firm:

Address (include suite or floor): P.O. Box 581103
Salt Lake City, UT 84158

*E-mail: Prosper.Pierre@Arentfox.com

*Fax No.:

* For CIVIL cases only

**JUDGE / MAGISTRATE JUDGE (list below):**

Initials of Deputy Clerk  jh

G-75  (03/07)                    NOTICE PARTY SERVICE LIST

# NOTICE PARTY SERVICE LIST

Case No. CV 04-09049 SGL(RNBx)    Case Title Carter Bryant v. Mattel, Inc.

Title of Document  Minute Order of May 6, 2008

|   | Name |
|---|---|
|   | Atty Sttlmnt Officer Panel Coordinator |
|   | BAP (Bankruptcy Appellate Panel) |
|   | Beck, Michael J (Clerk, MDL Panel) |
|   | BOP (Bureau of Prisons) |
|   | CA St Pub Defender (Calif. State PD) |
|   | CAAG (California Attorney General's Office - Keith H. Borjon, L.A. Death Penalty Coordinator) |
|   | Case Asgmt Admin (Case Assignment Administrator) |
|   | Catterson, Cathy (9th Circuit Court of Appeal) |
|   | Chief Deputy Admin |
|   | Chief Deputy Ops |
|   | Clerk of Court |
|   | Death Penalty H/C (Law Clerks) |
|   | Dep In Chg E Div |
|   | Dep In Chg So Div |
|   | Federal Public Defender |
|   | Fiscal Section |
|   | Intake Section, Criminal LA |
|   | Intake Section, Criminal SA |
|   | Intake Supervisor, Civil |
|   | PIA Clerk - Los Angeles (PIALA) |
|   | PIA Clerk - Riverside (PIAED) |
|   | PIA Clerk - Santa Ana (PIASA) |
|   | PSA - Los Angeles (PSALA) |
|   | PSA - Riverside (PSAED) |
|   | PSA - Santa Ana (PSASA) |
|   | Schnack, Randall (CJA Supervising Attorney) |
|   | Statistics Clerk |

|   | Name |
|---|---|
|   | US Attorneys Office - Civil Division -L.A. |
|   | US Attorneys Office - Civil Division - S.A. |
|   | US Attorneys Office - Criminal Division -L.A. |
|   | US Attorneys Office - Criminal Division -S.A. |
|   | US Bankruptcy Court |
|   | US Marshal Service - Los Angeles (USMLA) |
|   | US Marshal Service - Riverside (USMED) |
|   | US Marshal Service -Santa Ana (USMSA) |
|   | US Probation Office (USPO) |
|   | US Trustee's Office |
|   | Warden, San Quentin State Prison, CA |

| ✓ | **ADD NEW NOTICE PARTY** (if sending by fax, mailing address must also be provided) |
|---|---|
|   | Name: Hon. Edward A. Infante (Ret.) |
|   | Firm: |
|   | Address (include suite or floor): Two Embarcadero Center, Suite 1500, San Francisco, CA 94111 |
|   | *E-mail: |
|   | *Fax No.: |

* For CIVIL cases only

| *JUDGE / MAGISTRATE JUDGE (list below):* |
|---|
|  |
|  |
|  |
|  |

Initials of Deputy Clerk jh

G-75 (03/07)                    NOTICE PARTY SERVICE LIST