QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  johnquinn@quinnemanuel.com
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
  Timothy L. Alger (Bar No. 160303)
  (timalger@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:  (213) 443-3000
Facsimile:   (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| CARTER BRYANT, an individual, | CASE NO. CV 04-9049 SGL (RNBx) |
|---|---|
| Plaintiff, | Consolidated with Case No. CV 04-09059 Case No. CV 05-02727 |
| vs. | |
| MATTEL, INC., a Delaware corporation, | **DISCOVERY MATTER** |
| Defendant. | [To Be Heard By Discovery Master Hon. Edward Infante (Ret.) Pursuant To The Court's Order Of December 6, 2006] |
| AND CONSOLIDATED ACTIONS | [PUBLIC REDACTED] DECLARATION OF JAMES J. WEBSTER IN SUPPORT OF MATTEL, INC.'S MOTION FOR RECONSIDERATION AND APPEAL OF DISCOVERY MASTER'S APRIL 22, 2008 ORDER DENYING MOTION TO COMPEL ADDITIONAL DEPOSITION TESTIMONY OF VERONICA MARLOW |
| | Hearing Date: June 23, 2008<br>Time: 10:00 a.m.<br>Place: Courtroom 1 |
| | **Phase 1:**<br>Pre-trial Conference: May 19, 2008<br>Trial Date: May 27, 2008 |

I, James J. Webster, declare as follows:

1. I am a member of the bar of the State of California and a partner of Quinn Emanuel Urquhart Oliver & Hedges, LLP, attorneys for plaintiff and counter-defendant, Mattel, Inc. ("Mattel"). I make this declaration of personal, firsthand knowledge and, if called and sworn as a witness, I could and would testify competently thereto.

2. I took the deposition of Peter Marlow on May 2, 2008. Mr. Marlow testified that he had bookkeeping responsibilities for his wife Veronica Marlow's business entities during a period including 2000 through 2005.

3. I attempted to question Mr. Marlow in relation to documents produced in this action on April 24 and 25, 2008 by Veronica Marlow and certain businesses she owned. I also attempted to question Mr. Marlow in relation to the work that Mattel employees performed for Ms. Marlow on MGA products during the time they remained employed by Mattel. In relation to many questions related to these topics, Mr. Marlow invoked his Fifth Amendment rights against self-incrimination and refused to answer such questions. On the same grounds, Mr. Marlow also refused to answer questions as to whether he and Ms. Marlow had attempted to conceal this or other facts through the falsification of documents. Mr. Marlow also refused to authenticate banking records reflecting payments to Mattel's employees.

4. I have reviewed the rough transcript of the deposition provided by the court reporter in attendance at Mr. Marlow's deposition. I believe the following quotes to be substantially accurate transcriptions from the deposition:



Case 2:04-cv-09049-DOC-RNB Document 3483-2 Filed 05/06/08 Page 3 of 4 Page ID #:60059



07209/2496558.1

-2-
WEBSTER DEC ISO MATTEL'S MOTION OBJECTING TO APRIL 22 ORDER

1  /

2       5.    Mattel intended to petition the Discovery Master for leave to file a motion for reconsideration of his Order dated April 22, 2008. That motion was due to be filed May 6, 2008. That same day, the Court issued an Order that no further discovery motions shall be filed with the Discovery Master. Mattel therefore brings the instant appeal and motion for reconsideration before this Court.

        I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

        Executed this 6th day of May, 2008, at Los Angeles, California.

_____
James J. Webster

07209/2496558.1

-3-
WEBSTER DEC ISO MATTEL'S MOTION OBJECTING TO APRIL 22 ORDER