QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  johnquinn@quinnemanuel.com
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
  Timothy L. Alger (Bar No. 160303)
  (timalger@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:  (213) 443-3000
Facsimile:  (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>             Plaintiff,<br><br>      vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>             Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>**[PUBLIC REDACTED] DECLARATION OF CYRUS S. NAIM IN SUPPORT OF MATTEL, INC.'S NOTICE OF MOTION AND MOTION FOR RECONSIDERATION AND APPEAL OF DISCOVERY MASTER'S APRIL 22, 2008 ORDER DENYING MOTION TO COMPEL ADDITIONAL DEPOSITION TESTIMONY OF VERONICA MARLOW**<br><br>Hearing Date:    June 23, 2008<br>Time:            10:00 a.m.<br>Place:           Courtroom 1<br><br>**Phase 1:**<br>Discovery Cut-off:     January 28, 2008<br>Pre-trial Conference:  April 21, 2008<br>Trial Date:            May 27, 2008 |

07209/2496284.1

I, Cyrus S. Naim, declare as follows:

1. I am a member of the bar of the State of California and an associate with Quinn Emanuel Urquhart Oliver & Hedges, LLP, attorneys for plaintiff and counter-defendant, Mattel, Inc. ("Mattel"). I make this declaration of personal, firsthand knowledge and, if called and sworn as a witness, I could and would testify competently thereto.

2. Attached as Exhibit 1 is a true and correct copy of excerpts of the Transcript of the Deposition of Veronica Marlow dated December 28, 2007.

3. Attached as Exhibit 2 is a true and correct copy of excerpts of the Transcript of the Deposition of Carter Bryant dated November 4, 2004.

4. Attached as Exhibit 3 is a true and correct copy of documents produced in this action by MGA at Bates range MGA 0072161-0072167.

5. Attached as Exhibit 4 is a true and correct copy of excerpts of the Transcript of the Deposition of Anna Rhee dated February 3, 2005.

6. Attached as Exhibit 5 is a true and correct copy of Ana Cabrera's Employee Confidential Information and Inventions Agreement, dated November 17, 1995, produced by Mattel at Bates range M 0262449-0262450.

7. Attached as Exhibit 6 is a true and correct copy of Beatriz Morales' Employee Confidential Information and Inventions Agreement, dated June 10, 2000, produced by Mattel at Bates range M 0262518.

8. Attached as Exhibit 7 is a true and correct copy of Maria Salazar's Employee Confidential Information and Inventions Agreement, dated August 26, 1996, produced by Mattel at Bates range M 0262575-0262576.

9. Attached as Exhibit 8 is a true and correct copy of excerpts of the transcript of the interview of Ana Cabrera, dated January 2, 2008, and produced by Mattel at Bates number M 0261971. A review of the transcript of the interview of Ana Cabrera dated January 2, 2008 showed that she stated that she had or may have worked on fashions for 73 different Bratz dolls.

10. Attached as Exhibit 9 is a true and correct copy of excerpts of the transcript of the interview of Beatriz Morales, dated January 14, 2008, and produced by Mattel at Bates number M 0262230.

11. I understand that, in the evening on December 27, 2007, Veronica Marlow produced documents by facsimile. These pages, however, appeared completely black, with no discernable content. At Veronica Marlow's deposition, on December 28, 2007, Marlow produced documents that consisted primarily of very dark and largely illegible photographs of paper documents. These pages could not be copied, and thus could not be used as exhibits at her deposition. Among these documents was a confidentiality agreement between Marlow and MGA, produced at Bates range KMW-M 008034-008035. Mattel asked for a legible copy of this contract at the deposition, but did not receive one. Attached as Exhibit 10 is a true and correct copy of that document. MGA had never produced this document.

12. Attached as Exhibit 11 is a true and correct copy of the Discovery Master's Order Denying Mattel's Motion to Compel Additional Deposition Testimony of Veronica Marlow, dated April 22, 2008.

13. Attached as Exhibit 12 is a true and correct copy of the Civil Minutes Order dated February 4, 2008.

14. Attached as Exhibit 13 is a true and correct copy of excerpts of the Hearing Transcript dated February 25, 2008.

15. Attached as Exhibit 14 is a true and correct copy of the Stipulation and [Proposed] Order Regarding Financial Records Related to Veronica Marlow and Document Subpoenas Issued to Doll Bag, Inc., Veronica Marlow, Inc., and Marlow Techno-Logic, Inc., dated April 8 and April 10, 2008.

16. On April 24 and 25, 2008, Veronica Marlow and her companies Doll Bag, Inc., Veronica Marlow, Inc., and Marlow Techno-Logic, Inc., produced 18,265 pages of documents. Prior to this production, a review of Ms. Marlow's

earlier productions found only 20 documents referencing Ana Cabrera, Beatriz Morales, and Maria Salazar. None of those earlier produced documents included any information regarding the use of false names and social security numbers.

17. A review of the video of the deposition of Veronica Marlow shows that the deposition lasted for 7 hours and 34 minutes.

18. Attached as Exhibit 15 is a true and correct copy of a 1099 showing payments by Doll Bag, Inc., to a Rosalba Cabrera, produced by Ms. Marlow and her business Doll Bag, Inc. at Bates number KMW-M 008689.

19. Attached as Exhibit 16 is a true and correct copy of a letter from the IRS to Veronica Marlow dated March 24, 2003, and produced in this action at KMW-M 013408.

20. Attached as Exhibit 17 is a true and correct copy of a handwritten time sheet for Ana Cabrera, produced in this action at KMW-M 009772 – KMW-M 009773.

21. Attached as Exhibit 18 is a true and correct copy of Non-Party Veronica Marlow's Opposition to Mattel's Motion to Compel Additional Deposition Testimony and Production of Documents, dated February 12, 2008.

22. Attached as Exhibit 19 is a true and correct copy of excerpts of the Transcript of Deposition of Kerri Brode dated August 15, 2007.

23. Attached as Exhibit 20 is a true and correct copy of excerpts of the Transcript of Deposition of Paula Garcia dated May 25, 2007.

24. Attached as Exhibit 21 is a true and correct copy of excerpts of the Transcript of Deposition of Lisa Tonnu.

25. Attached as Exhibit 22 is a true and correct copy of excerpts of MGA's Supplemental Responses to Mattel's Revised Third Set of Interrogatories, dated November 30, 2007.

26. Attached as Exhibit 23 is a true and correct copy of excerpts of Mattel's Proposed Jury Instructions.

07209/2496284.1

-3-
NAIM DEC ISO MATTEL'S MOTION OBJECTING TO APRIL 22 ORDER

27. Attached as Exhibit 24 is a true and correct copy of MGA Entertainment, Inc.'s Supplemental Response to Interrogatory No. 2 of Mattel, Inc.'s First Set of Interrogatories Re Claims of Unfair Competition, dated June 21, 2007.

28. Attached as Exhibit 25 is a true and correct copy of excerpts of the Hearing Transcript dated February 4, 2008.

29. Attached as Exhibit 26 is a true and correct copy of an email produced by Veronica Marlow in this action at Bates number KMW-M 010193-010194.

30. Attached as Exhibit 27 is a true and correct copy of an email produced by Veronica Marlow in this action at Bates number KMW-M 03055-3057.

31. Attached as Exhibit 28 is a true and correct copy of an email produced by Veronica Marlow in this action at Bates number KMW-M 03052-03054.

32. Attached as Exhibit 29 is a true and correct copy of an email produced by Marlow Techno-Logic in this action at Bates number KMW-MARLOW 000821-000826.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 6th day of May, 2008, at Los Angeles, California.

_____
Cyrus S. Naim