QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
John B. Quinn (Bar No. 090378)
(johnquinn@quinnemanuel.com)
Michael T. Zeller (Bar No. 196417)
(michaelzeller@quinnemanuel.com)
Jon D. Corey (Bar No. 185066)
(joncorey@quinnemanuel.com)
Timothy L. Alger (Bar No. 160303)
timalger@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

FILED
2008 MAY -6 PM 3:10
CLERK, U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
RIVERSIDE

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

CARTER BRYANT, an individual,

Plaintiff,

vs.

MATTEL, INC., a Delaware corporation,

Defendant.

AND CONSOLIDATED ACTIONS

CASE NO. CV 04-9049 SGL (RNBx)
Consolidated with
Case Nos. CV 04-09059 & CV 05-2727

**Hon. Stephen G. Larson**

APPLICATION TO FILE UNDER SEAL DECLARATION OF CHRISTOPHER TAYBACK IN SUPPORT OF MATTEL, INC.'S OPPOSITION TO ANAELISE CLOONAN'S MOTION OBJECTING TO PORTIONS OF DISCOVERY MASTER'S APRIL 11, 2008 ORDER REGARDING A FURTHER EXAMINATIN OF MS. CLOONAN'S COMPUTER AND ZIP DISK

[[Proposed] Order filed concurrently]

Date: May 19, 2008
Time: 10:00 a.m.
Place: Courtroom 1

**Phase 1**
Pre-Trial Conference: May 19, 2008
Trial Date: May 27, 2008

ORIGINAL

Pursuant to Local Rule 79-5.1 and the Stipulated Protective Order entered by the Court in this action, Mattel, Inc. ("Mattel") hereby respectfully requests that the Court order filed under seal the Declaration of Christopher Tayback in Support of Mattel, Inc.'s Opposition to AnaElise Cloonan's Motion Objecting to Portions of Discovery Master's April 11, 2008 Order Regarding a Further Examination of Ms. Cloonan's Computer and Zip Disk ("Tayback Declaration and Exhibits").

The Tayback Declaration and Exhibits include materials that Mattel, MGA or Bryant have designated as "Confidential" or "Confidential--Attorneys' Eyes Only" pursuant to the Protective Order. Accordingly, Mattel requests that the Court order that the Tayback Declaration be filed under seal.

DATED: May 6, 2008

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

By Melissa Grant (CSN)
Melissa Grant
Attorneys for Mattel, Inc.

## PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 865 South Figueroa Street, 10th Floor, Los Angeles, California 91107.

On May 6, 2008, I served true copies of the following document(s) described as:

**APPLICATION TO FILE UNDER SEAL DECLARATION OF CHRISTOPHER TAYBACK IN SUPPORT OF MATTEL, INC.'S OPPOSITION TO ANAELISE CLOONAN'S MOTION OBJECTING TO PORTIONS OF DISCOVERY MASTER'S APRIL 11, 2008 ORDER REGARDING A FURTHER EXAMINATIN OF MS. CLOONAN'S COMPUTER AND ZIP DISK**

on the parties in this action as follows:

**SEE ATTACHED LIST**

[ X ] **BY MAIL:** I enclosed the foregoing into sealed envelope(s) addressed as shown above, and I deposited such envelope(s) in the mail at Los Angeles, California. The envelope was mailed with postage thereon fully prepaid.

[ ] **BY FEDEX:** I deposited such document(s) in a box or other facility regularly maintained by FedEx, or delivered such document(s) to a courier or driver authorized by FedEx to receive documents, in sealed envelope(s) or package(s) designated by FedEx with delivery fees paid or provided for, addressed to the person(s) being served.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on May 6, 2008, at Los Angeles, California.

Lucille Clavel

LUCILLE CLAVEL

## SERVICE LIST

Thomas J. Nolan, Esq.
**Skadden, Arps, Slate, Meagher & Flom , LLP**
300 South Grand Ave., Ste. 3400
Los Angeles, California 90071
TEL: (213) 687-5000
FAX: (213) 687-5600
**tnolan@skadden.com**

Mark E. Overland, Esq.
David E. Scheper, Esq.
Alexander H. Cote, Esq.
**Overland Borenstein Scheper & Kim, LLP**
601 West Fifth Street, Suite 12th Floor
Los Angeles, CA 90017
TEL: (213) 613-4655
FAX: (213) 613-4656
**moverland@obsklaw.com**

John W. Keker
Michael H. Page
Christa M. Anderson
**Keker & Van Nest, LLP**
710 Sansome Street
San Francisco, CA 94111
TEL: (415) 391-5400
FAX: (415) 397-7188
**jkeker@kvn.com**
**mhp@kvn.com**

Larry W. McFarland, Esq.
Keats McFarland & Wilson LLP
9720 Wilshire Boulevard, Penthouse Suite
Beverly Hills, California 90212
Tel: (310) 248-3830
Fax: (310) 860-0363
lmcfarland@kmwlaw.com