QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 90378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>Hon. Stephen G. Larson<br><br>[PROPOSED] ORDER RE MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL DECLARATION OF CHRISTOPHER TAYBACK IN SUPPORT OF MATTEL, INC.'S OPPOSITION TO ANAELISE CLOONAN'S MOTION OBJECTING TO PORTIONS OF DISCOVERY MASTER'S APRIL 11, 2008 ORDER REGARDING A FURTHER EXAMINATIN OF MS. CLOONAN'S COMPUTER AND ZIP DISK<br><br>[Local Rule 79-5.1]<br><br>Hearing Date: May 19, 2008<br>Time: 10:00 a.m.<br>Place: Courtroom 1<br><br>**Phase 1**<br>Pre-trial Conference: May 19, 2008<br>Trial Date: May 27, 2008 |

07209/2495884.1

[PROPOSED] ORDER

# [~~PROPOSED~~] ORDER

Based on the Mattel's Application filed concurrently herewith, and good cause appearing for the entry thereof, IT IS HEREBY ORDERED:

The Declaration of Christopher Tayback in Support of Mattel, Inc.'s Opposition to AnaElise Cloonan's Motion Objecting to Portions of Discovery Master's April 11, 2008 Order Regarding a Further Examination of Ms. Cloonan's Computer and Zip Disk is ORDERED filed under seal pursuant to Local Rule 79-5.1.

DATED: MAY -6 2008, 2008

Hon. Stephen G. Larson
United States District Judge

## PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 865 South Figueroa Street, 10th Floor, Los Angeles, California 91107.

On May 6, 2008, I served true copies of the following document(s) described as:

**[PROPOSED] ORDER RE MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL DECLARATION OF CHRISTOPHER TAYBACK IN SUPPORT OF MATTEL, INC.'S OPPOSITION TO ANAELISE CLOONAN'S MOTION OBJECTING TO PORTIONS OF DISCOVERY MASTER'S APRIL 11, 2008 ORDER REGARDING A FURTHER EXAMINATIN OF MS. CLOONAN'S COMPUTER AND ZIP DISK**

on the parties in this action as follows:

### SEE ATTACHED LIST

**[ X ] BY MAIL:** I enclosed the foregoing into sealed envelope(s) addressed as shown above, and I deposited such envelope(s) in the mail at Los Angeles, California. The envelope was mailed with postage thereon fully prepaid.

**[ ] BY FEDEX:** I deposited such document(s) in a box or other facility regularly maintained by FedEx, or delivered such document(s) to a courier or driver authorized by FedEx to receive documents, in sealed envelope(s) or package(s) designated by FedEx with delivery fees paid or provided for, addressed to the person(s) being served.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on May 6, 2008, at Los Angeles, California.

*Lucille Clavel*
LUCILLE CLAVEL

**SERVICE LIST**

| | |
|---|---|
| Thomas J. Nolan, Esq.<br>**Skadden, Arps, Slate, Meagher & Flom , LLP**<br>300 South Grand Ave., Ste. 3400<br>Los Angeles, California 90071<br>TEL: (213) 687-5000<br>FAX: (213) 687-5600<br>**tnolan@skadden.com** | Mark E. Overland, Esq.<br>David E. Scheper, Esq.<br>Alexander H. Cote, Esq.<br>**Overland Borenstein Scheper & Kim, LLP**<br>601 West Fifth Street, Suite 12th Floor<br>Los Angeles, CA 90017<br>TEL: (213) 613-4655<br>FAX: (213) 613-4656<br>**moverland@obsklaw.com** |
| John W. Keker<br>Michael H. Page<br>Christa M. Anderson<br>**Keker & Van Nest, LLP**<br>710 Sansome Street<br>San Francisco, CA 94111<br>TEL: (415) 391-5400<br>FAX: (415) 397-7188<br>**jkeker@kvn.com**<br>**mhp@kvn.com** | Larry W. McFarland, Esq.<br>Keats McFarland & Wilson LLP<br>9720 Wilshire Boulevard, Penthouse Suite<br>Beverly Hills, California 90212<br>Tel: (310) 248-3830<br>Fax: (310) 860-0363<br>lmcfarland@kmwlaw.com |