1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT

9                    CENTRAL DISTRICT OF CALIFORNIA

10                          EASTERN DIVISION

11   CARTER BRYANT, an individual,          CASE NO. CV 04-9049 SGL (RNBx)
                                            Consolidated with
12              Plaintiff,                  Case Nos. CV 04-09059 & CV 05-
                                            2727
13         vs.
                                            Hon. Stephen G. Larson
14   MATTEL, INC., a Delaware
     corporation,                           ORDER RE STIPULATION
15                                          REGARDING BRYANT'S MOTION
                Defendant.                  *IN LIMINE* 15 TO EXCLUDE
16                                          REFERENCES TO CLAIMS AND
                                            DEFENSES NO LONGER AT
17                                          ISSUE
     AND CONSOLIDATED CASES
18
                                            **Phase 1**
19                                          Pre-Trial Conference: May 5, 2008
                                            Trial Date:          May 27, 2008
20
21
22
23
24
25
26
27
28

07209/2478177.1

                                                          [PROPOSED] ORDER

**STIPULATION**

Based on the stipulation of the parties, and good cause appearing therefor, IT IS HEREBY ORDERED:

1.     No party shall make any argument in the presence of the Jury or seek to introduce any evidence (either documents or testimony) referring to the existence, nature, or history of any claims or defenses that have been dismissed or voluntarily withdrawn from this litigation;

2.     Nothing in this Stipulation and Order precludes any party from making any argument to the Court (outside the presence of the Jury) concerning the claims or defenses pled in these consolidated cases, or concerning the Court's rulings with respect to those claims or defenses; and

3.     Except as set forth above, all other rights or objections to evidence and argument related to the claims or defenses, or any of the Court's rulings relating to those claims and defenses, are preserved.

IT IS SO ORDERED.

DATED:  May 06, 2008          , 2008   _____
                                         Hon. Stephen G. Larson

07209/2478177.1

-2-

[PROPOSED] ORDER