KEKER & VAN NEST, LLP
JOHN W. KEKER - #49092
jkeker@kvn.com
MICHAEL H. PAGE - #154913
mpage@kvn.com
CHRISTA M. ANDERSON - #184325
canderson@kvn.com
MATTHEW M. WERDEGAR - #200470
mwerdegar@kvn.com
JOHN E. TRINIDAD - #250468
jtrinidad@kvn.com
AUDREY WALTON-HADLOCK- #250574
awaltonhadlock@kvn.com
710 Sansome Street
San Francisco, CA 94111-1704
Telephone: (415) 391-5400
Facsimile: (415) 397-7188

Attorneys for Plaintiff
CARTER BRYANT

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>MATTEL, INC. a Delaware Corporation,<br><br>　　　　　　　　　　Defendant.<br><br>CONSOLIDATED WITH MATTEL, INC., v. BRYANT and MGA ENTERTAINMENT, INC. v. MATTEL, INC. | Case No. CV 04-09049 SGL (RNBx)<br>(consolidated with CV 04-9059 & 05-2727)<br><br>**CARTER BRYANT'S ERRATA TO MGA PARTIES' AND BRYANT'S JOINT PROPOSED VERDICT FORM**<br><br>Date:　　N/A<br>Time:　　N/A<br>Dept:　　Courtroom 1<br>Judge:　　Hon. Stephen G. Larson<br><br>Date Comp. Filed: April 13, 2005<br><br>Discovery Cut-Off: Jan. 28, 2008<br>Pre-Trial Conference: May 19, 2008<br>Trial Date: May 27, 2008 |

Carter Bryant respectfully submits these errata to the MGA Parties' and Bryant's Joint Proposed Verdict Form filed May 5, 2008 (Docket No. 3465-3), to correct certain inadvertent errors and omissions in that document.

Verdict Form 2 should include the following after paragraph 2(d):

(d-1) With respect to Mattel's claim that Mattel was harmed by that failure, we find:

☐ yes or

☐ no. (If no, please proceed to Verdict Form No. 3)

Verdict Form 2 should include the following after paragraph 2(f):

(f-1) With respect to Mattel's claim that Mattel was harmed by that failure, we find:

☐ yes or

☐ no. (If no, please proceed to Verdict Form No. 3)

Verdict Form 3 should now read as follows after the introductory language on page 8 in place of Verdict Form 3(a):

(a) With respect to Mattel's claim that Mattel and Carter Bryant entered into a valid contract, we find:

☐ yes or

☐ no. (If no, please proceed to Verdict Form No. 4)

(a-1) With respect to Mattel's claim that it did all, or substantially all, of the significant things that the contract required it to do, we find:

☐ yes or

☐ no. (If no, please proceed to Verdict Form No. 4)

(a-2) With respect to Mattel's claim that all the conditions by the contract for Carter Bryant's performance had occurred, we find:

☐ yes or

☐ no. (If yes, please proceed to Verdict Form No. 4)

(a-3) With respect to Mattel's claim that Carter Bryant did something that the contract prohibited him from doing, we find:

☐ yes or

☐ no. (If no, please proceed to Verdict Form No. 4)

(a-4) With respect to whether Mattel has proven that the actions Carter Bryant took with respect to BRATZ before his departure from Mattel were not permissible preparations to compete with Mattel, we find:

☐ yes or

☐ no. (If no, please proceed to Verdict Form No. 4)

(a-5) With respect to Mattel's claim that Mattel was harmed by those actions, we find:

☐ yes or

☐ no. (If no, please proceed to Verdict Form No. 4)

Verdict Form 5 should include the following after paragraph 5(e):

(e-1) With respect to Mattel's claim that Mattel was harmed by those actions, we find:

☐ yes or

☐ no. (If no, please proceed to Verdict Form No. 6)

Verdict Form 9(a) should read as follows:

(a)   With respect to whether Mattel has proven that the actions Carter Bryant took on BRATZ before his departure from Mattel were acts of direct competition and not merely preparations to compete with Mattel, we find:

☐ yes or

2

416891.01   CARTER BRYANT'S ERRATA TO MGA PARTIES' AND BRYANT'S JOINT PROPOSED VERDICT FORM
CASE NO. CV 04-09049 SGL (RNBx)

☐ no. (If no, please proceed to Verdict Form No. 10)

Dated: May 7, 2008

Respectfully submitted,

KEKER & VAN NEST, LLP

By: /s/ Christa M. Anderson
CHRISTA M. ANDERSON
Attorneys for Plaintiff
CARTER BRYANT