ORIGINAL

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone:   (213) 443-3000
Facsimile:   (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual, | CASE NO. CV 04-9049 SGL (RNBx) |
| Plaintiff, | Consolidated with<br>Case Nos. CV 04-09059 & CV 05-2727 |
| vs. | MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL ITS MOTION FOR RECONSIDERATION AND APPEAL OF DISCOVERY MASTER'S APRIL 22, 2008 ORDER DENYING MOTION TO COMPEL ADDITIONAL DEPOSITION TESTIMONY OF VERONICA MARLOW AND RELATED DOCUMENTS |
| MATTEL, INC., a Delaware corporation, | |
| Defendant. | |
| AND CONSOLIDATED ACTIONS | [[Proposed] Order filed concurrently] |

Hearing Date:   June 23, 2008
Time:               10:00 a.m.
Place:              Courtroom 1

**Phase 1:**
Pre-trial Conference:   May 19, 2008
Trial Date:                 May 27, 2008

07209/2496697.1

MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL

1   Pursuant to <u>Local Rule</u> 79-5.1 and the Stipulated Protective Order

2   entered by the Court in this action, Mattel, Inc. ("Mattel") hereby respectfully

3   requests that the Court order filed under seal Mattel, Inc.'s Notice of Motion and

4   Motion For Reconsideration And Appeal Of Discovery Master's April 22, 2008

5   Order Denying Motion To Compel Additional Deposition Testimony Of Veronica

6   Marlow (the "Motion"), the Declaration of James J. Webster in support (the

7   "Webster Declaration"), and Exhibits 1-10, 15-21, 24, and 26-29 to the Declaration

8   of Cyrus S. Naim in support (the "Naim Declaration").

9   The Naim Declaration attaches materials that Mattel, MGA, Carter

10  Bryant, and third party Veronica Marlow have designated as "Confidential" or

11  "Confidential--Attorneys' Eyes Only" pursuant to the Protective Order.  Veronica

12  Marlow has designated Exhibits 1, 10, 15-17, and 27-29 to the Naim Declaration as

13  "Confidential--Attorneys' Eyes Only," and Exhibit 18 as "Confidential."  Carter

14  Bryant has designated Exhibit 2 as "Confidential."  MGA has designated Exhibits 3

15  and 19-22 as "Confidential--Attorneys' Eyes Only," and Exhibits 4 and 24 as

16  "Confidential."  Mattel has designated Exhibits 5-9 as "Confidential--Attorneys'

17  Eyes Only."

18  The Webster Declaration quotes from a transcript that third party Peter

19  Marlow has designated "Confidential--Attorneys' Eyes Only."  The Motion quotes

20  from this portion of the declaration.  Accordingly, Mattel requests that the Court

21  order that the Motion, the Naim Declaration, and the Webster Declaration be filed

22  under seal.

23

24  DATED:  May 7, 2008            QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

25

26                                By /s/ Cyrus S. Naim

27                                   Cyrus S. Naim
                                     Attorneys for Mattel, Inc.

28

## PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California.  I am over the age of eighteen years and not a party to the within action; my business address is 865 South Figueroa Street, 10th Floor, Los Angeles, California 90017-2543.

On May 7, 2008, I served true copies of the following document(s) described as **MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL ITS MOTION FOR RECONSIDERATION AND APPEAL OF DISCOVERY MASTER'S APRIL 22, 2008 ORDER DENYING MOTION TO COMPEL ADDITIONAL DEPOSITION TESTIMONY OF VERONICA MARLOW AND RELATED DOCUMENTS** on the parties in this action as follows:

Thomas J. Nolan, Esq.
**Skadden, Arps, Slate, Meagher & Flom LLP**
300 So. Grand Ave.
Suite 3400
Los Angeles CA  90071
***Attorneys for MGA Entertainment***

John W. Keker
**Keker & Van Nest, LLP**
710 Sansome Street
San Francisco, CA 94111
***Attorneys for CARTER BRYANT***

Mark E. Overland, Esq.
David E. Scheper, Esq.
Alexander H. Cote, Esq.
**Overland Borenstein Scheper & Kim, LLP**
One Bunker Hill
601 West Fifth Street, 12th Floor
Los Angeles, CA 90017
***Attorneys for Carlos Gustavo Machado***

Larry McFarland, Esq.
**Keats, McFarland & Wilson, LLP**
9720 Wilshire Blvd., Penthouse Suite
Beverly Hills, CA 90212

**BY MAIL:** I enclosed the foregoing into sealed envelope(s) addressed as shown above, and I deposited such envelope(s) in the mail at Los Angeles, California.  The envelope was mailed with postage thereon fully prepaid.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on May 7, 2008, at Los Angeles, California.

Yalonda J. Dekle

07209/2359511.1