QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>Hon. Stephen G. Larson<br><br>STIPULATION RE: SUPPLEMENTAL REPORTS OF FRANK KEISER<br><br>[PROPOSED] ORDER<br><br>Phase 1:<br>Discovery Cut-off: January 28, 2008<br>Pre-trial Conference: May 5, 2008<br>Trial Date: May 27, 2008 |

07209/2497749.1

1  WHEREAS, Mattel, Inc. ("Mattel") submitted the expert report of Frank Keiser on February 11, 2008, which included files of three-dimensional scans of certain tangible objects;

WHEREAS, on January 25, 2008, Mattel moved *ex parte* before the Court for modification of the scheduling order to allow the supplementation of Mr. Keiser's expert report to address certain tangible items that MGA produced in Hong Kong and Shenzhen, China ("the Overseas tangibles");

WHEREAS, on February 4, 2008, the Court ordered the parties to meet and confer with regard to allowing supplementation of Mr. Keiser's report to include files of three-dimensional scans of the Overseas tangibles, and suggested that the parties might be able to stipulate to the supplementation;

WHEREAS, on or about February 17, 2008, Mr. Keiser traveled to Shenzhen and Hong Kong to scan and photograph the Overseas tangibles;

WHEREAS, on April 3, 2008, Mattel submitted to the parties a supplemental report of Mr. Keiser that added to his February 11, 2008 report scans and photographs of the Overseas tangibles and of one other object that was not available to Mr. Keiser at the time of his February 11, 2008 expert report;

WHEREAS, on April 22, 2008, Mattel submitted to the parties a supplemental report of Mr. Keiser that added to his February 11, 2008 report scans and photographs of two other objects that were not available to Mr. Keiser at the time of his February 11, 2008 expert report or at the time of his April 3, 2008 expert report;

WHEREAS, MGA reserves all admissibility objections as to the items in the supplemental reports, subject to rulings on the motions in limine and other court rulings;

NOW, THEREFORE, the parties have met and conferred and hereby stipulate, by and through their counsel of record and subject to the Court's approval, that the Scheduling Order be modified for the sole and limited purpose of allowing the April 3,

-1-
STIPULATION RE SUPPLEMENTAL REPORT OF FRANK KEISER

2008 and April 22, 2008 Supplemental Reports of Frank Keiser to be deemed timely submitted as to the additional tangible items described therein.

IT IS SO STIPULATED.

DATED: May 7, 2008

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

By _____
Diane C. Hutnyan
Attorneys for Mattel, Inc.

DATED: May 7, 2008

KEKER & VAN NEST, LLP

By _____
Matthew M. Werdegar
Attorneys for Carter Bryant

DATED: May 7, 2008

SKADDEN ARPS MEAGHER & FLOM, LLP

By _____
Donna Hill
Attorneys for MGA Entertainment, Inc.