UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual, | CASE NO. CV 04-9049 SGL (RNBx) |
| Plaintiff, | Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727 |
| vs. | |
| MATTEL, INC., a Delaware corporation, | Hon. Stephen G. Larson |
| Defendant. | STIPULATION RE: SUPPLEMENTAL REPORTS OF FRANK KEISER |
| AND CONSOLIDATED ACTIONS | [PROPOSED] ORDER |
| | Phase 1:<br>Discovery Cut-off:     January 28, 2008<br>Pre-trial Conference: May 5, 2008<br>Trial Date:              May 27, 2008 |

07209/2498021.1

STIPULATION RE SUPPLEMENTAL REPORTS OF FRANK KEISER

**[PROPOSED] ORDER**

IT IS HEREBY ORDERED THAT the Scheduling Order be modified for the sole and limited purpose of allowing the April 3, 2008 and April 22, 2008 Supplemental Reports of Frank Keiser to be deemed timely submitted as to the tangible items described therein.

DATED:_____, 2008          _____
                                      Hon. Stephen Larson
                                      U.S. District Court Judge