QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
  Timothy L. Alger (Bar No. 160303)
  (timalger@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>**SIGNATURE PAGE OF COUNSEL FOR CARTER BRYANT RE: FINAL PRE-TRIAL CONFERENCE ORDER FOR PHASE I TRIAL**<br><br>Pretrial Conference: May 19, 2008<br>Time: 10:00 a.m.<br>Place: Courtroom 1<br>Trial Date: May 27, 2008 |

07209/2474226.11

Case No. CV 04-9049 SGL (RNBx)
FINAL PRE TRIAL CONFERENCE ORDER

QUINN EMANUEL URQUHART OLIVER &
HEDGES, LLP

By *[signature]* John B. Quinn (by Heidi Frahm)
John B. Quinn, Esq.
Attorneys for Mattel, Inc.


KEKER & VAN NEST, LLP

By *[signature]*
Jon Keker, Esq.
Attorneys for Carter Bryant


SKADDEN, ARPS, SLATE, MEAGHER &
FLOM LLP

By *MGA Defendants (with authorisation)*
Thomas J. Nolan, Esq.
Attorneys for MGA Entertainment, Inc.