THOMAS J. NOLAN (Bar No. 66992)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue, Suite 3400
Los Angeles, CA 90071-3144
Tel.: (213) 687-5000 / Fax: (213) 687-5600:
tnolan@skadden.com
Attorneys for MGA Entertainment, Inc., et al.

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARTER BRYANT, an individual<br><br>PLAINTIFF(S)<br>v.<br><br>MATTEL, INC., a Delaware corporation<br><br>DEFENDANT(S) | CASE NUMBER:<br>CV 04-9049 SGL (RNBx)<br><br><br>**NOTICE OF MANUAL FILING** |

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 06-07 and Local Rule 5-4 the following document(s) or item(s) will be manually filed.

**List Documents:**
(1) MGA Parties' Reply In Further Support Of Their Motion in limine No. 1; (2) MGA Parties' Reply In Further Support Of Their Motion in limine No. 2; (3) MGA Parties' Reply In Further Support Of Their Motion in limine No. 3; (4) MGA Parties' Reply In Further Support Of Their Motion in limine No. 4; (5) MGA Parties' Reply In Further Support Of Their Motion in limine No. 5; (6) MGA Parties' Reply In Further Support Of Their Motion in limine No. 6; (7) MGA Parties' Reply In Further Support Of Their Motion in limine No. 7; (8) MGA Parties' Reply In Further Support Of Their Motion in LimineNo. 8;(9) MGA Parties' Reply In Further Support Of Their Motion in limine No. 9;(10) MGA Parties' Reply In Further Support Of Their Motion in limine No. 10;(11) MGA Parties' Reply In Further Support Of Their Motion in limine No. 11;(12) MGA Parties' Reply In Further Support Of Their Motion in limine No. 12;(13) Declaration of Marina V. Bogorad in Support of MGA Parties' Replies In Further Support Of Their Motions in limine Nos. 1 to 12; (14) Application to File Under Seal; (15) Proposed Order Granting Filing Under Seal; (16) Proof of Service.

**Document Description:**

☒ Administrative Record

☒ Exhibits

☐ Ex Parte Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act (pursuant to Local Rule 79-5 .4(h)

☐ Other

**Reason:**

☒ Under Seal

☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)

☐ Electronic versions are not available to filer

☐ Per Court order dated _____

☐ Manual Filing required *(reason):*

G-92 (02/07)  NOTICE OF MANUAL FILING

American LegalNet, Inc.
www.FormsWorkflow.com

| | |
|---|---|
| May 8, 2008 | Thomas J. Nolan |
| Date | Attorney Name |
| | MGA ENTERTAINMENT, INC., et al. |
| | Party Represented |

Note:   File one Notice in each case, each time you manually file document(s).