QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:  (213) 443-3000
Facsimile:   (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>NOTICE OF LODGING IN SUPPORT OF MATTEL, INC.'S MOTIONS *IN LIMINE* NOS. 1-15<br><br>Date:   May 21, 2008<br>Time:   1:00 p.m.<br>Place:  Courtroom 1<br><br>**Phase 1**<br>Pre-Trial Conference:  May 19, 2008<br>Trial Date:                   May 27, 2008 |

07209/2497343.1

NOTICE OF LODGING

1 | TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF
2 | RECORD, PLEASE TAKE NOTICE that Mattel, Inc. hereby lodges the following
3 | declarations with the Court in support of its Replies to Mattel's Motions in Limine
4 | Nos. 1-15:

5   1. Declaration of Tamar Buchakjian In Support of Mattel, Inc.'s Oppositions
6   to the MGA Parties' Motions In Limine Nos. 1-14  (Volume 1 of 4).
7   2. Declaration of Tamar Buchakjian In Support of Mattel, Inc.'s Oppositions
8   to the MGA Parties' Motions In Limine Nos. 1-14  (Volume 2 of 4).
9   3. Declaration of Tamar Buchakjian In Support of Mattel, Inc.'s Oppositions
10  to the MGA Parties' Motions In Limine Nos. 1-14  (Volume 3 of 4).
11  4. Declaration of Tamar Buchakjian In Support of Mattel, Inc.'s Oppositions
12  to the MGA Parties' Motions In Limine Nos. 1-14  (Volume 4 of 4).
13  5. Declaration of Stephen Hauss In Support of Mattel, Inc.'s Oppositions to
14  the MGA Parties' Motions In Limine Nos. 1-14.

16 | DATED: May 8, 2008

QUINN EMANUEL URQUHART OLIVER &
HEDGES, LLP

By_____
B. Dylan Proctor
Attorneys for Mattel, Inc.

07209/2497343.1

NOTICE OF LODGING