KEKER & VAN NEST, LLP
JOHN W. KEKER - #49092
jkeker@kvn.com
MICHAEL H. PAGE - #154913
mpage@kvn.com
CHRISTA M. ANDERSON - #184325
canderson@kvn.com
MATTHEW M. WERDEGAR - #200470
mwerdegar@kvn.com
JOHN E. TRINIDAD - #250468
jtrinidad@kvn.com
AUDREY WALTON-HADLOCK- #250574
awaltonhadlock@kvn.com
710 Sansome Street
San Francisco, CA 94111-1704
Telephone: (415) 391-5400
Facsimile: (415) 397-7188

Attorneys for Plaintiff
CARTER BRYANT

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC. a Delaware Corporation,<br><br>Defendant.<br><br>CONSOLIDATED WITH MATTEL, INC., v. BRYANT and MGA ENTERTAINMENT, INC. v. MATTEL, INC. | Case No. CV 04-09049 SGL (RNBx)<br>(consolidated with CV 04-9059 & 05-2727)<br><br>**DECLARATION OF CHRISTA M. ANDERSON IN SUPPORT OF CARTER BRYANT'S MOTION IN LIMINE NO. 14**<br><br>Date: May 21, 2008<br>Time: 1:00 p.m.<br>Dept: Courtroom 1<br>Judge: Hon. Stephen G. Larson<br>Pre-Trial Conference: May 19, 2008<br>Trial Date: May 27, 2008 |

416973.01

DECLARATION OF CHRISTA M. ANDERSON IN SUPPORT OF CARTER BRYANT'S
MOTION IN LIMINE NO. 14
CASE NO. CV 04-09049 SGL (RNBx)

1    I, Christa M. Anderson, declare and state that:

2    1.   I am an attorney licensed to practice law in the State of California and am a partner of the law firm of Keker & Van Nest LLP, located at 710 Sansome Street, San Francisco, California 94111, counsel for Carter Bryant in the above-captioned action. I am duly admitted to practice law before this Court. Unless otherwise stated, I have personal knowledge of the facts set forth below and, if called as a witness, I could and would testify competently thereto.

2.   Attached as Exhibit 1 is a true and correct copy of excerpts from the transcript of the April 22, 2008 hearing on the parties' summary judgment motions in this matter.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration was executed on May 8, 2008, at San Francisco, California.

/s/ Christa M. Anderson
CHRISTA M. ANDERSON

1
DECLARATION OF CHRISTA M. ANDERSON IN SUPPORT OF CARTER BRYANT'S
MOTION IN LIMINE NO. 14
CASE NO. CV 04-09049 SGL (RNBx)

416973.01