KEKER & VAN NEST, LLP
JOHN W. KEKER - #49092
jkeker@kvn.com
MICHAEL H. PAGE - #154913
mpage@kvn.com
CHRISTA M. ANDERSON - #184325
canderson@kvn.com
MATTHEW M. WERDEGAR - #200470
mwerdegar@kvn.com
JOHN E. TRINIDAD - #250468
jtrinidad@kvn.com
AUDREY WALTON-HADLOCK- #250574
awaltonhadlock@kvn.com
710 Sansome Street
San Francisco, CA  94111-1704
Telephone:  (415) 391-5400
Facsimile:  (415) 397-7188

Attorneys for Plaintiff
CARTER BRYANT

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>MATTEL, INC. a Delaware Corporation,<br><br>　　　　　Defendant.<br><br>CONSOLIDATED WITH MATTEL, INC., v. BRYANT and MGA ENTERTAINMENT, INC. v. MATTEL, INC. | Case No. CV 04-09049 SGL (RNBx)<br>(consolidated with CV 04-9059 & 05-2727)<br><br>**STIPULATION MODIFYING COURT'S APRIL 28, 2008 ORDER RE: DEPOSITION OF DOUGLAS KIDDER**<br><br>Date Comp. Filed:  April 13, 2005<br><br>Discovery Cut-Off:  Jan. 28, 2008<br>Pre-Trial Conference:  May 19, 2008<br>Trial Date:  May 27, 2008 |

1  WHEREAS, on April 28, 2008, the Court issued an Order [Docket No. 3423] granting in part and denying in part Mattel's ex parte application to strike the expert report of Douglas Kidder;

4  WHEREAS, pursuant to the Court's April 28, 2008 order, Carter Bryant is to produce his rebuttal expert, Douglas Kidder, for deposition on a date no later than May 7, 2008;

7  WHEREAS, in order to accommodate counsels' and Mr. Kidder's schedules, the parties agree that it appropriate to extend the time within which to complete Mr. Kidder's deposition;

10  NOW, THEREFORE, the parties hereby stipulate, by and through their counsel of record and subject to the Court's approval, that the Court's April 28, 2008 order be modified as follows:

Carter Bryant will produce his rebuttal expert, Douglas Kidder, for deposition on a date no later than May 16, 2008, that is mutually agreeable to Mr. Kidder and counsel for Mattel.

IT IS SO STIPULATED.

Dated: May 7, 2008                              KEKER & VAN NEST, LLP


By: */s/ Matthew M. Werdegar*
MATTHEW M. WERDEGAR
Attorneys for
CARTER BRYANT

| | | |
|---|---|---|
| 1 | Dated: May 7, 2008 | SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP |
| 2 | | |
| 3 | | |
| 4 | | By: */s/ Carl Roth* |
| 5 | | CARL ROTH<br>Attorneys for |
| 6 | | MGA ENTERTAINMENT, INC., MGA ENTERTAINMENT (HK), LTD., and ISAAC LARIAN |
| 7 | | |
| 8 | Dated: May 7, 2008 | QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP |
| 9 | | |
| 10 | | |
| 11 | | By: */s/ Jon Corey* |
| 12 | | JON COREY<br>Attorneys for<br>MATTEL, INC. |