KEKER & VAN NEST, LLP
JOHN W. KEKER - #49092
jkeker@kvn.com
MICHAEL H. PAGE - #154913
mpage@kvn.com
CHRISTA M. ANDERSON - #184325
canderson@kvn.com
MATTHEW M. WERDEGAR - #200470
mwerdegar@kvn.com
JOHN E. TRINIDAD - #250468
jtrinidad@kvn.com
AUDREY WALTON-HADLOCK- #250574
awaltonhadlock@kvn.com
710 Sansome Street
San Francisco, CA  94111-1704
Telephone:  (415) 391-5400
Facsimile:  (415) 397-7188

Attorneys for Plaintiff
CARTER BRYANT

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>   Plaintiff,<br><br>v.<br><br>MATTEL, INC. a Delaware Corporation,<br><br>   Defendant.<br><br>CONSOLIDATED WITH MATTEL, INC., v. BRYANT and MGA ENTERTAINMENT, INC. v. MATTEL, INC. | Case No. CV 04-09049 SGL (RNBx)<br>(consolidated with CV 04-9059 & 05-2727)<br><br>**[PROPOSED] ORDER RE STIPULATION MODIFYING COURT'S APRIL 28, 2008 ORDER RE DEPOSITION OF DOUGLAS KIDDER**<br><br>Date Comp. Filed:  April 13, 2005<br><br>Discovery Cut-Off:  Jan. 28, 2008<br>Pre-Trial Conference:  May 19, 2008<br>Trial Date:  May 27, 2008 |

[PROPOSED] ORDER RE STIPULATION MODIFYING COURT'S APRIL 28, 2008 ORDER
RE DEPOSITION OF DOUGLAS KIDDER
CASE NO. CV 04-09049 SGL (RNBx)

416809.01

Based on the stipulation of the parties, and good cause appearing therefore, it is hereby ORDERED that that Court's April 28, 2008 Order [Docket No. 3423] regarding the deposition of Douglas Kidder is modified as follows:

Carter Bryant will produce his rebuttal expert, Douglas Kidder, for deposition on a date no later than May 16, 2008, that is mutually agreeable to Mr. Kidder and counsel for Mattel.

Dated:_____, 2008

_____
Hon. Stephen G. Larson
United States District Judge

---

1

[PROPOSED] ORDER RE STIPULATION MODIFYING COURT'S APRIL 28, 2008 ORDER
RE DEPOSITION OF DOUGLAS KIDDER
CASE NO. CV 04-09049 SGL (RNBx)

416809.01