Larry McFarland (Bar No. 129668)
Christian Dowell (Bar No. 241973)
KEATS, McFARLAND & WILSON LLP
9720 Wilshire Blvd.
Penthouse Suite
Beverly Hills, CA 90212
Telephone: (310) 248-3830
Facsimile: (310) 860-0363
Email: lmcfarland@kmwlaw.com
       cdowell@kmwlaw.com

Attorneys for AnaElise Cloonan

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>　　　　　　　　Plaintiff,<br>　　v.<br><br>MATTEL, INC., a Delaware corporation;<br><br>　　　　　　　　Defendant.<br><br>AND RELATED ACTIONS. | Case No.: CV 04 – 09049 SGL (RNBx)<br>Consolidated with Case Nos.<br>CV 04-9059 and CV 05-2727<br><u>Hon. Stephen G. Larson</u><br><br>DECLARATION OF CHRISTIAN DOWELL IN SUPPORT OF ANAELISE CLOONAN'S REPLY TO MATTEL'S OPPOSITION TO ANAELISE CLOONAN'S MOTION OBJECTING TO PORTIONS OF DISCOVERY MASTER'S APRIL 11, 2008 ORDER REGARDING A FURTHER EXAMINATION OF MS. CLOONAN'S COMPUTER AND ZIP DISK<br><br>Hearing Date:　May 12, 2008<br>Time:　　　　　10:00 a.m.<br>Place:　　　　　Courtroom |

I, Christian C. Dowell, hereby declare as follows:

I am an attorney licensed to practice law in the State of California and am an associate at the law firm of Keats, McFarland & Wilson LLP, counsel for non-party witness in this matter, Anaelise Cloonan.

I submit this Declaration in Support of the Ms. Cloonan's reply to Mattel's Opposition ("Opposition") to Ms. Cloonan's Motion for an order overruling the portion of Judge Infante's April 11, 2008 order which ordered another examination of Ms. Cloonan's personal computer and zip disk ("Reply").  Unless otherwise stated, I have personal knowledge of the facts set forth below and, if called as a witness, I could and would competently testify thereto.

1. A true and correct copy of a letter from Susan Wines, dated September 13, 2007, is attached hereto as Exhibit 1.

2. A true and correct copy of a letter from Dylan Proctor, dated November 28, 2007, is attached hereto as Exhibit 2.

3. A true and correct copy of a letter from Susan Wines, dated June 1, 2007, is attached hereto as Exhibit 3.

4. A true and correct copy of a letter from Larry McFarland, dated January 2, 2008, is attached hereto as Exhibit 4.

5. A true and correct copy of an excerpt of the transcript of the deposition of Elise Cloonan, dated December 14, 2007, is attached hereto as Exhibit 5.

6. A true and correct copy of a signed declaration of Elise Cloonan, dated January 25, 2008, is attached hereto as Exhibit 6.

///
///
///

- 1 -

DECLARATION OF DOWELL IN SUPPORT OF CLOONAN'S REPLY TO MATTEL'S OPPOSITION

1
2
3      7.     A true and correct copy of the transcript of a hearing before this Court,
4  dated February 27, 2008, is attached hereto as Exhibit 7.
5
6
7  Dated: May 8, 2008                    KEATS MCFARLAND & WILSON LLP
8
9                                        /s/
                                         Christian C. Dowell, Esq.
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

- 2 -     DECLARATION OF DOWELL IN SUPPORT OF
          CLOONAN'S REPLY TO MATTEL'S
          OPPOSITION