1  Larry McFarland (Bar No. 129668)
   Christian Dowell (Bar No. 241973)
2  KEATS, McFARLAND & WILSON LLP
   9720 Wilshire Blvd.
3  Penthouse Suite
   Beverly Hills, CA 90212
4  Telephone:  (310) 248-3830
   Facsimile:  (310) 860-0363
5  Email:  lmcfarland@kmwlaw.com
           cdowell@kmwlaw.com
6
7  Attorneys for AnaElise Cloonan

8              UNITED STATES DISTRICT COURT

9              CENTRAL DISTRICT OF CALIFORNIA

10                    EASTERN DIVISION

11 | CARTER BRYANT, an individual, | Case No.: CV 04 – 09049 SGL (RNBx)
12 |                               | Consolidated with Case Nos.
   |        Plaintiff,             | CV 04-9059 and CV 05-2727
13 |    v.                         | Hon. Stephen G. Larson
14 |                               | APPLICATION TO FILE UNDER SEAL
15 | MATTEL, INC., a Delaware      | EXHIBIT 5 TO DECLARATION OF
   | corporation;                  | CHRISTIAN DOWELL IN SUPPORT OF
16 |                               | ANAELISE CLOONAN'S REPLY TO
17 |        Defendant.             | MATTEL'S OPPOSITION TO ANAELISE
                                     CLOONAN'S MOTION OBJECTING TO
18                                   PORTIONS OF DISCOVERY MASTER'S
19                                   APRIL 11, 2008 ORDER REGARDING A
                                     FURTHER EXAMINATION OF MS.
20                                   CLOONAN'S COMPUTER AND ZIP DISK
21 | AND RELATED ACTIONS.          |

APPLICATION TO FILE UNDER SEAL

1  Pursuant to Local rule 79-5.1 and the Stipulated Protective Order entered by the
2  Court in this action, AnaElise Cloonan hereby respectfully request that the Court order
3  filed under seal Exhibit 5 to the Declaration of Christian Dowell in Support of Ms.
4  Cloonan's reply to Mattel's Opposition to Ms. Cloonan's Motion for an order
5  overruling the portion of Judge Infante's April 11, 2008 order which ordered another
6  examination of Ms. Cloonan's personal computer and zip disk ("Exhibit").

7  The Exhibit includes materials that MGA and/or Bryant have designated as
8  "Confidential" or "Confidential – Attorneys' Eyes Only" pursuant to the Protective
9  Order.  Accordingly, Ms. Cloonan requests that the Court order that the Exhibit be
10 filed under seal.

12 Dated:  May 8, 2008            KEATS MCFARLAND & WILSON LLP

14                                 /s/
15                                 Christian C. Dowell, Esq.
                                   Attorneys for AnaElise Cloonan