1  Larry McFarland (Bar No. 129668)
   Christian Dowell (Bar No. 241973)
2  KEATS, McFARLAND & WILSON LLP
   9720 Wilshire Blvd.
3  Penthouse Suite
   Beverly Hills, CA 90212
4  Telephone:  (310) 248-3830
   Facsimile:   (310) 860-0363
5  Email:   lmcfarland@kmwlaw.com
            cdowell@kmwlaw.com
6
7  Attorneys AnaElise Cloonan

8
                  UNITED STATES DISTRICT COURT
9
                 CENTRAL DISTRICT OF CALIFORNIA
10
                         EASTERN DIVISION
11

12
13  CARTER BRYANT, an individual,   | Case No.: CV 04 – 09049 SGL (RNBx)
                                    | Consolidated with Case Nos.
14              Plaintiff,          | CV 04-9059 and CV 05-2727
    v.                              | Hon. Stephen G. Larson
15
                                    | [PROPOSED] ORDER RE APPLICATION TO
16  MATTEL, INC., a Delaware        | FILE UNDER SEAL EXHIBIT 5 TO
    corporation;                    | DECLARATION OF CHRISTIAN DOWELL IN
17                                  | SUPPORT OF ANAELISE CLOONAN'S
18              Defendant.          | REPLY TO MATTEL'S OPPOSITION TO
                                    | ANAELISE CLOONAN'S MOTION
19                                  | OBJECTING TO PORTIONS OF DISCOVERY
20                                  | MASTER'S APRIL 11, 2008 ORDER
                                    | REGARDING A FURTHER EXAMINATION
21                                  | OF MS. CLOONAN'S COMPUTER AND ZIP
22  AND RELATED ACTIONS.            | DISK

23
24
25
26
27
28

## [PROPOSED] ORDER

Based on the concurrently filed Application to filed under seal Exhibit 5 to the Declaration of Christian Dowell in Support of Ms. Cloonan's reply to Mattel's Opposition to Ms. Cloonan's Motion for an order overruling the portion of Judge Infante's April 11, 2008 order which ordered another examination of Ms. Cloonan's personal computer and zip disk, and good cause appearing for the entry thereof, IT IS HEREBY ORDERED:

Exhibit 5 to the Declaration of Christian Dowell in Support of Ms. Cloonan's reply to Mattel's Opposition to Ms. Cloonan's Motion for an order overruling the portion of Judge Infante's April 11, 2008 order which ordered another examination of Ms. Cloonan's personal computer and zip disk, is ORDERED filed under seal pursuant to Local Rule 79-5.1.

Dated:  May ____, 2008

_____
Hon. Stephen G. Larson
United Stated District Judge