QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  johnquinn@quinnemanuel.com
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059 and<br>Case No. CV 05-02727<br><br>Hon. Stephen G. Larson<br><br>DECLARATION OF RANDA A.F. OSMAN IN SUPPORT OF MATTEL, INC.'S REPLY MEMORANDUM IN SUPPORT OF MOTION IN LIMINE NO. 14 TO EXCLUDE EVIDENCE AND ARGUMENT RELATED TO CERTAIN DISCOVERY MATTERS<br><br>Date: May 21, 2008<br>Time: 1:00 p.m.<br>Place: Courtroom 1<br><br>**Phase 1**<br>Pre-Trial Conference: May 19, 2008<br>Trial Date: May 27, 2008 |

07209/2499237.1

<u>DECLARATION OF RANDA A.F. OSMAN</u>

I, Randa A.F. Osman, declare as follows:

1. I am a member of the bar of the State of California and a member of Quinn Emanuel Urquhart Oliver & Hedges, LLP ("Quinn Emanuel"), attorneys for Mattel, Inc. ("Mattel"). I make this declaration of personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify competently thereto.

2. At my request, several paralegals working on this case assisted in assembling the facts below related to discovery in this case. In 2004, MGA produced 676 pages of documents. In 2005, MGA produced 6,664 pages of documents. In 2006, MGA produced 1,524 pages of documents. Between January 1, 2007 and March 31, 2007, MGA produced 1,045 pages of documents. Between April 1, 2007 and June 30, 2007, MGA produced 97,453 pages of documents. As of May 7, 2008, MGA had produced a total of 4,021,345 pages of documents. In 2004, Mattel produced 13,841 pages of documents. In 2005, Mattel produced 2,632 pages of documents. In 2006, Mattel produced 851 pages of documents. Between January 1, 2007 and March 31, 2007, Mattel produced 61,857 pages of documents. Between April 1, 2007 and June 30, 2007, Mattel produced 31,063 pages of documents. As of May 7, 2008, Mattel had produced a total of 912,892 pages of documents.

/
/
/

-1-
DECLARATION OF RANDA A.F. OSMAN IN SUPPORT OF MATTEL, INC.'S REPLY MEMORANDUM IN SUPPORT OF MOTION IN LIMINE NO. 14 TO EXCLUDE EVIDENCE AND ARGUMENT RELATED TO CERTAIN DISCOVERY MATTERS

3. I also requested and received from paralegals working on this case the following information concerning discovery orders. During the course of this litigation, the Court and Judge Infante have issued 37 orders in response to discovery motions brought by Mattel. Of the 37 orders, 15 granted Mattel's motion and 14 granted in part and denied in part Mattel's motion.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on May 8, 2008, at Los Angeles, California.

_____
Randa A.F. Osman