| | |
|---|---|
| THOMAS J. NOLAN (Bar No. 66992)<br>SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP<br>300 South Grand Avenue<br>Los Angeles, CA  90071-3144<br>Tel.:  (213) 687-5000 / Fax: (213) 687-5600<br>tnolan@skadden.com<br>Attorneys for MGA Entertainment, Inc., et al. | |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARTER BRYANT, an individual<br><br>PLAINTIFF(S)<br>v.<br>MATTEL, INC., a Delaware corporation<br><br>DEFENDANT(S). | CASE NUMBER:<br>CV 04-9049 SGL (RNBx)<br><br>**NOTICE OF MANUAL FILING** |

PLEASE TAKE NOTICE:

    The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 06-07 and Local Rule 5-4 the following document(s) or item(s) will be manually filed.

**List Documents:**
(1) MGA Parties' Memorandum Of Points And Authorities In Opposition To Mattel's Motion Objecting To Portions Of Discovery Master's April 14, 2008 Order Denying Motion To Compel Production In Response To Mattel's Fifth Set Of Requests For Production; (2) Proof of Service; (3) Application To File Under Seal; and (4) Proposed Order To File Under Seal

**Document Description:**

- ☐ Administrative Record
- ☒ Exhibits
- ☐ Ex Parte Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act (pursuant to Local Rule 79-5 .4(h)
- ☒ Other

**Reason:**

- ☒ Under Seal
- ☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
- ☐ Electronic versions are not available to filer
- ☐ Per Court order dated _____
- ☐ Manual Filing required *(reason):*

| | |
|---|---|
| May 8, 2008 | Thomas J. Nolan |
| Date | Attorney Name |
| | MGA ENTERTAINMENT, INC., et al. |
| | Party Represented |

Note:  File one Notice in each case, each time you manually file document(s).

G-92 (02/07)      **NOTICE OF MANUAL FILING**

American LegalNet, Inc.
www.Forms*Workflow*.com