1  THOMAS J. NOLAN (Bar No. 66992)
   SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
2  300 South Grand Avenue
   Los Angeles, California  90071-3144
3  Telephone:   (213) 687-5000
   Facsimile:   (213) 687-5600
4  E-mail:      tnolan@skadden.com

5  RAOUL D. KENNEDY (Bar No. 40892)
   SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
6  Four Embarcadero Center, 38th Floor
   San Francisco, California  94111-5974
7  Telephone:   (415) 984-6400
   Facsimile:   (415) 984-2698
8  E-mail:      rkennedy@skadden.com

9  Attorneys for Counter-Defendants
   MGA Entertainment, Inc., MGA
10 Entertainment (HK) Limited,
   MGAE De Mexico, S.R.L. De C.V.,
11 and ISAAC LARIAN

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation<br><br>Defendant.<br><br>Consolidated with MATTEL, INC. v. BRYANT and MGA ENTERTAINMENT, INC. v. MATTEL, INC. | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with Case No. 04-9059 and Case No. 05-2727<br><br>**MGA'S NOTICE OF LODGING IN SUPPORT OF ITS OPPOSITION TO MATTEL, INC.'S MOTION OBJECTING TO PORTIONS OF DISCOVERY MASTER'S APRIL 14, 2008 ORDER GRANTING IN PART MATTEL'S MOTION TO COMPEL COMMUNICATIONS REGARDING THIS ACTION**<br><br>Hearing Date: May 12, 2008<br>Time:         10:00 a.m.<br>Place:        Courtroom 1<br><br>**Phase 1:**<br>Pre-Trial Conference: May 19, 2008<br>Trial Date:           May 27, 2008 |

---

NOTICE OF LODGING ISO OPP. TO MOT. OBJ. TO APRIL 14, 2008 ORDER RE: COMM'S RE: THIS ACTION
Case No. CV 04-9049 SGL (RNBx)

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that MGA has lodged with the Court true and correct copies of the following previously filed declarations:

1. <u>Docket No. 2041-2:</u>  Declaration of Amy S. Park in Support of MGA's Opposition to Mattel's Motion to Compel MGA to Produce Communications Regarding this Action, dated February 11, 2008, and all exhibits attached thereto.

2. <u>Docket No. 2041-5:</u>  Declaration of Andrew C. Temkin in Support of MGA's Memorandum of Points and Authorities in Opposition to Mattel's Motion to Compel MGA to Produce Communications Regarding this Action, dated February 11, 2008.

DATED: May 8, 2008                SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP

By: _____/S/_____
Thomas J. Nolan
Attorneys for Cross-Defendants
MGA Entertainment, Inc., MGA Entertainment (HK) Limited, MGAE De Mexico, S.R.L. De C.V., and ISAAC LARIAN