THOMAS J. NOLAN (Bar No. 66992)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue
Los Angeles, California  90071-3144
Telephone:   (213) 687-5000
Facsimile:   (213) 687-5600
E-mail:        tnolan@skadden.com

RAOUL D. KENNEDY (Bar No. 40892)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Embarcadero Center, 38th Floor
San Francisco, California  94111-5974
Telephone:   (415) 984-6400
Facsimile:   (415) 984-2698
E-mail:        rkennedy@skadden.com

Attorneys for Counter-Defendants
MGA Entertainment, Inc., MGA
Entertainment (HK) Limited,
MGAE De Mexico, S.R.L. De C.V.,
and ISAAC LARIAN

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual | CASE NO. CV 04-9049 SGL (RNBx) |
| Plaintiff, | Consolidated with Case No. 04-9059 and Case No. 05-2727 |
| v. | |
| MATTEL, INC., a Delaware corporation | **MGA'S NOTICE OF LODGING IN SUPPORT OF ITS OPPOSITION TO MATTEL, INC.'S MOTION OBJECTING TO PORTIONS OF DISCOVERY MASTER'S APRIL 14, 2008 ORDER GRANTING IN PART MATTEL'S MOTION TO COMPEL COMMUNICATIONS REGARDING THIS ACTION** |
| Defendant. | |
| Consolidated with MATTEL, INC. v. BRYANT and MGA ENTERTAINMENT, INC. v. MATTEL, INC. | Hearing Date: May 12, 2008<br>Time:            10:00 a.m.<br>Place:          Courtroom 1 |
| | **Phase 1:**<br>Pre-Trial Conference: May 19, 2008<br>Trial Date:          May 27, 2008 |

NOTICE OF LODGING ISO OPP. TO MOT. OBJ. TO APRIL 14, 2008 ORDER RE: COMM'S RE: THIS ACTION
Case No. CV 04-9049 SGL (RNBx)

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that MGA has lodged with the Court true and correct copies of the following previously filed declarations:

1.    Docket No. 2041-2:  Declaration of Amy S. Park in Support of MGA's Opposition to Mattel's Motion to Compel MGA to Produce Communications Regarding this Action, dated February 11, 2008, and all exhibits attached thereto.

2.    Docket No. 2041-5:  Declaration of Andrew C. Temkin in Support of MGA's Memorandum of Points and Authorities in Opposition to Mattel's Motion to Compel MGA to Produce Communications Regarding this Action, dated February 11, 2008.

DATED:  May 8, 2008                    SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP

                                       By: _____/S/_____
                                                Thomas J. Nolan
                                            Attorneys for Cross-Defendants
                                            MGA Entertainment, Inc., MGA
                                            Entertainment (HK) Limited,
                                            MGAE De Mexico, S.R.L. De C.V.,
                                            and ISAAC LARIAN

-1-

NOTICE OF LODGING ISO OPP. TO MOT. OBJ. TO APRIL 14, 2008 ORDER RE: COMM'S RE: THIS ACTION
Case No. CV 04-9049 SGL (RNBx)

835716-D.C. Server 1A - MSW