1  THOMAS J. NOLAN (Bar No. 66992)
   SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
2  300 South Grand Avenue
   Los Angeles, California  90071-3144
3  Telephone:  (213) 687-5000
   Facsimile:  (213) 687-5600
4  E-mail:     tnolan@skadden.com

5  RAOUL D. KENNEDY (Bar No. 40892)
   SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
6  Four Embarcadero Center, 38th Floor
   San Francisco, California  94111-5974
7  Telephone:  (415) 984-6400
   Facsimile:  (415) 984-2698
8  E-mail:     rkennedy@skadden.com

9  Attorneys for Counter-Defendants
   MGA Entertainment, Inc., MGA
10 Entertainment (HK) Limited,
   MGAE De Mexico, S.R.L. De C.V.,
11 and ISAAC LARIAN

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual | CASE NO. CV 04-9049 SGL (RNBx) |
| Plaintiff, | Consolidated with Case No. 04-9059 and Case No. 05-2727 |
| v. | **MGA'S NOTICE OF LODGING IN SUPPORT OF ITS OPPOSITION TO MATTEL'S MOTION OBJECTING TO PORTIONS OF DISCOVERY MASTER'S APRIL 14, 2008 ORDER DENYING MOTION TO COMPEL PRODUCTION IN RESPONSE TO MATTEL'S FIFTH SET OF REQUESTS FOR PRODUCTION** |
| MATTEL, INC., a Delaware corporation | |
| Defendant. | |
| Consolidated with MATTEL, INC. v. BRYANT and MGA ENTERTAINMENT, INC. v. MATTEL, INC. | Hearing Date: May 12, 2008<br>Time:          10:00 a.m.<br>Place:         Courtroom 1<br><br>**Phase 1:**<br>Pre-Trial Conference: May 19, 2008<br>Trial Date:           May 27, 2008 |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that MGA has lodged with the Court true and correct copies of the following previously filed declarations:

1. <u>Docket No. 1993-2:</u> Declaration of Phillip W. Marsh In Support of MGA's Memorandum of Points and Authorities In Opposition to Mattel's Motion to Compel Production of Documents by MGA in Response to Mattel's Fifth Set of Requests for Documents and Things to MGA, dated February 7, 2008, and all exhibits attached thereto.

2. <u>Docket No. 2921:</u> Order Granting in Part and Denying in Part Mattel's Motion for Review of Discovery Mater's February 15, 2008, and February 20, 2008, Orders, dated March 31, 2008.

3. <u>Docket No. 3086:</u> Order on Mattel's Motion Objecting To Discovery Master's February 26, 2008, Denying Mattel's Motion to Compel Deposition of Christopher Palmeri, dated April 14, 2008

DATED: May 8, 2008            SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP

By: _____/S/_____
Thomas J. Nolan
Attorneys for Cross-Defendants
MGA Entertainment, Inc., MGA Entertainment (HK) Limited, MGAE De Mexico, S.R.L. De C.V., and ISAAC LARIAN