## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Carter Bryant, an individual,<br><br>PLAINTIFF(S)<br>v.<br>Mattel, Inc., a Delaware corporation,<br><br>DEFENDANT(S). | CASE NUMBER:<br>CV 04-9049<br><br>NOTICE OF MANUAL FILING |

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 08-02 and Local Rule 5-4 the following document(s) or item(s) will be manually filed.

**List Documents:**

Declaration of Harry A. Olivar, Jr. in Support of Mattel, Inc's Opposition to MGA's Motion Objecting to Discovery Master's 4/25/08 Order Denying MGA's Motion to Compel Discovery on Issues as to Which Mattel Has Purportedly Waived the Attorney-Client & Work Product Privileges By Claim Assertion (Exs. 3, 4 & 5)

**Document Description:**

☐ Administrative Record
☑ Exhibits
☐ Ex Parte Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act (pursuant to Local Rule 79-5.4(h)
☑ Other  Application to File Under Seal; [Proposed] Order re: Application to File Under Seal; Proof of Service of all Noticed Manual Documents referenced herein

**Reason:**

☑ Under Seal
☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
☐ Electronic versions are not available to filer
☑ Per Court order dated  January 4, 2005
☐ Manual Filing required (*reason*):

May 9, 2008
Date

Harry A. Olivar, Jr.
Attorney Name

Mattel, Inc.
Party Represented

Note: File one Notice in each case, each time you manually file document(s).

G-92 (02/08)                              NOTICE OF MANUAL FILING