Larry McFarland (Bar No. 129668)
Christian Dowell (Bar No. 241973)
KEATS, McFARLAND & WILSON LLP
9720 Wilshire Blvd.
Penthouse Suite
Beverly Hills, CA 90212
Telephone: (310) 248-3830
Facsimile: (310) 860-0363
Email: lmcfarland@kmwlaw.com
       cdowell@kmwlaw.com

Attorneys for Veronica Marlow

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation;<br><br>Defendant.<br><br>AND RELATED ACTIONS. | Case No.: CV 04 – 09049 SGL (RNBx)<br>Consolidated with Case Nos.<br>CV 04-9059 and CV 05-2727<br><br>Hon. Stephen G. Larson<br><br>DECLARATION OF CHRISTIAN DOWELL IN SUPPORT OF NON-PARTY VERONICA MARLOW'S OPPOSITION TO MATTEL'S MOTION FOR RECONSIDERATION OF DISCOVERY MASTER'S APRIL 22, 2008 ORDER DENYING MOTION TO COMPEL ADDITIONAL DEPOSITION TESTIMONY OF VERONICA MARLOW<br><br>Date: May 12, 2008<br>Time: 10:00 a.m.<br>Place: Courtroom 1 |

1  I, Christian C. Dowell, hereby declare as follows:

2  I am an attorney licensed to practice law in the State of California and am an
3  associate at the law firm of Keats, McFarland & Wilson LLP, counsel for non-party
4  witness Veronica Marlow (the "Non-Party Witness").

5  I submit this Declaration in Support of the Non-Party Veronica Marlow's
6  Opposition to Mattel's Motion for Reconsideration of Discovery Master's April 22,
7  2008 Order Denying Motion to Compel Additional Deposition Testimony of Veronica
8  Marlow ("Motion to Reconsider").  Unless otherwise stated, I have personal
9  knowledge of the facts set forth below and, if called as a witness, I could and would
10 competently testify thereto.

11  1.  True and correct copies of various subpoenas issued by Mattel, Inc., are
12 attached hereto as **Exhibit 1**.

13  2.  A true and correct copy of the reporter's transcript of proceedings before
14 this Court, dated February 25, 2008, is attached hereto as **Exhibit 2**.

15  I declare under penalty of perjury under the laws of the United States that the
16 foregoing is true and correct.

17  Executed this 9th day of May 2008, at Beverly Hills, California.

19  /s/
20  Christian Dowell

1

DECLARATION OF CHRISTIAN DOWELL
IN SUPPORT OF NON-PARTY VERONICA
MARLOW'S OPPOSITION TO MOTION FOR
RECONSIDERATION