1 Larry McFarland (Bar No. 129668)
  Christian Dowell (Bar No. 241973)
2 KEATS, McFARLAND & WILSON LLP
  9720 Wilshire Blvd.
3 Penthouse Suite
  Beverly Hills, CA 90212
4 Telephone: (310) 248-3830
5 Facsimile: (310) 860-0363
  Email: lmcfarland@kmwlaw.com
6        cdowell@kmwlaw.com

7 Attorneys for Veronica Marlow

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| CARTER BRYANT, an individual, | Case No.: CV 04 – 09049 SGL (RNBx) |
|---|---|
| Plaintiff, | Consolidated with Case Nos. CV 04-9059 and CV 05-2727 |
| v. | Hon. Stephen G. Larson |
| MATTEL, INC., a Delaware corporation; | NON-PARTY VERONICA MARLOW'S NOTICE OF ERRATA RE EXHIBIT 1 TO DECLARATION OF CHRISTIAN DOWELL IN SUPPORT OF NON-PARTY VERONICA MARLOW'S OPPOSITION TO MATTEL'S MOTION FOR RECONSIDERATION OF DISCOVERY MASTER'S APRIL 22, 2008 ORDER DENYING MOTION TO COMPEL ADDITIONAL DEPOSITION TESTIMONY OF VERONICA MARLOW |
| Defendant. | |
| AND RELATED ACTIONS. | |
| | Hearing Date: May 12, 2008 |
| | Time: 10:00 a.m. |
| | Place: Courtroom 1 |

1    PLEASE TAKE NOTICE THAT on May 9, 2008, non-party witness, Veronica
2 Marlow, filed her Opposition ("Opposition") to Mattel's Motion for Reconsideration
3 of Discovery Master's April 22, 2008 Order Denying Motion to Compel Additional
4 Deposition Testimony of Veronica Marlow and inadvertently failed to include a
5 complete Exhibit 1 to the Declaration of Christian Dowell in support of her
6 Opposition.
7    Accordingly, Ms. Marlow is filing the complete Exhibit 1 herewith.
8
9 Dated: May 9, 2008                KEATS MCFARLAND & WILSON LLP
10
11                                  /s/
12                                  Christian C. Dowell, Esq.
                                    Attorneys for Veronica Marlow