Larry McFarland (Bar No. 129668)
Christian Dowell (Bar No. 241973)
KEATS, McFARLAND & WILSON LLP
9720 Wilshire Blvd.
Penthouse Suite
Beverly Hills, CA 90212
Telephone:  (310) 248-3830
Facsimile:  (310) 860-0363
Email:  lmcfarland@kmwlaw.com
         cdowell@kmwlaw.com

Attorneys for Veronica Marlow

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>MATTEL, INC., a Delaware corporation;<br><br>　　　　　　Defendant.<br><br>AND RELATED ACTIONS. | Case No.: CV 04 – 09049 SGL (RNBx)<br>Consolidated with Case Nos.<br>CV 04-9059 and CV 05-2727<br><br><u>Hon. Stephen G. Larson</u><br><br>PROOF OF SERVICE<br><br>Hearing Date:  May 12, 2008<br>Time:  10:00 a.m.<br>Place:  Courtroom 1 |

## DECLARATION OF SERVICE

*CARTER BRYANT v. MATTEL, INC.*
*Case No.: CV 04 – 09049 SGL (RNBx)*
*Consolidated with Case Nos. CV 04-9059 and CV 05-2727*

I, the undersigned say, I am and was at all times herein mentioned a resident of the County of Los Angeles, over the age of eighteen (18) years and not a party to the within action or proceeding. My business address is 9720 Wilshire Boulevard, Penthouse Suite, Beverly Hills, California 90212 and I am employed in the offices of Keats, McFarland & Wilson LLP by a member of the Bar of this Court at whose direction the service mentioned herein below was made.

On May 9, 2008, I served the following document(s):

1. NON-PARTY VERONICA MARLOW'S NOTICE OF ERRATA RE EXHIBIT 1 TO DECLARATION OF CHRISTIAN DOWELL IN SUPPORT OF NON-PARTY VERONICA MARLOW'S OPPOSITION TO MATTEL'S MOTION FOR RECONSIDERATION OF DISCOVERY MASTER'S APRIL 22, 2008 ORDER DENYING MOTION TO COMPEL ADDITIONAL DEPOSITION TESTIMONY OF VERONICA MARLOW; and
2. Exhibit 1 to DECLARATION OF CHRISTIAN DOWELL IN SUPPORT OF NON-PARTY VERONICA MARLOW'S OPPOSITION TO MATTEL'S MOTION FOR RECONSIDERATION OF DISCOVERY MASTER'S APRIL 22, 2008 ORDER DENYING MOTION TO COMPEL ADDITIONAL DEPOSITION TESTIMONY OF VERONICA MARLOW

upon counsel and interested parties named below or on an attached service list, by placing a true and correct copy thereof in an envelope addressed as follows:

### See Attached Service List

[X] **BY PERSONAL:** By placing a true and correct copy of the above named document(s) in a sealed envelope addressed as indicated on the attached Service List, and causing such envelope(s) to be delivered to an authorized courier or driver authorized by Corporate Legal Services to receive documents to be delivered on the same date by hand to the designated addressee.

**AND/OR**

[X] **BY U.S. MAIL:** I caused the document(s) to be sent to the persons at the e-mail addresses as listed above and/or on the attached Service List. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 9, 2008, at Beverly Hills, California.

/s/
**Joel Drake**

- 2 -

## SERVICE LIST

**CARTER BRYANT v. MATTEL, INC.**
*Case No.: CV 04 – 09049 SGL (RNBx)*
*Consolidated with Case Nos. CV 04-9059 and CV 05-2727*

| Counsel | Tele/Fax/E-Mail | Party |
|---|---|---|
| **QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP**<br>865 South Figueroa Street, 10th Fl.<br>Los Angeles, CA 90017<br><br>Dylan Proctor, Esq. | Tel: 213.443.3000<br>Fax: 213.443.3100<br><br>Email:dylanproctor@quinnemanuel.com | MATTEL, INC.<br><br>BY PERSONAL SERVICE |
| **SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP & AFFILIATES**<br>300 South Grand Avenue, Suite 3400<br>Los Angeles, CA 90017<br><br>Thomas J. Nolan, Esq. | Tel: 213.687.5250<br>Fax: 213.621.5250<br>Email: tnolan@skadden.com | MGA<br><br>BY MAIL |
| **KEKER & VAN NEST, LLP**<br>710 Sansome Street<br>San Francisco, CA 94111<br><br>Michael H. Page, Esq. | Tel: 415.391.5400<br>Fax: 415.397.7188<br>Email: mpage@kvn.com | CARTER BRYANT<br><br>BY MAIL |