KEKER & VAN NEST, LLP
JOHN W. KEKER - #49092
jkeker@kvn.com
MICHAEL H. PAGE - #154913
mpage@kvn.com
CHRISTA M. ANDERSON - #184325
canderson@kvn.com
MATTHEW M. WERDEGAR - #200470
mwerdegar@kvn.com
JOHN E. TRINIDAD - #250468
jtrinidad@kvn.com
AUDREY WALTON-HADLOCK- #250574
awaltonhadlock@kvn.com
710 Sansome Street
San Francisco, CA  94111-1704
Telephone:  (415) 391-5400
Facsimile:  (415) 397-7188

Attorneys for Plaintiff
CARTER BRYANT

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>                         Plaintiff,<br><br>        v.<br><br>MATTEL, INC. a Delaware Corporation,<br><br>                         Defendant.<br><br>CONSOLIDATED WITH MATTEL, INC., v. BRYANT and MGA ENTERTAINMENT, INC. v. MATTEL, INC. | Case No. CV 04-09049 SGL (RNBx) (consolidated with CV 04-9059 & 05-2727)<br><br>**NOTICE OF ERRATA RE STIPULATION MODIFYING COURT'S APRIL 28, 2008 ORDER RE: DEPOSITION OF DOUGLAS KIDDER**<br><br>Date Comp. Filed:  April 13, 2005<br><br>Discovery Cut-Off:  Jan. 28, 2008<br>Pre-Trial Conference:  May 19, 2008<br>Trial Date:  May 27, 2008 |

Plaintiff Carter Bryant ("Plaintiff) submits this Notice of Errata regarding Plaintiff's Notice of Stipulation Modifying Court's April 28, 2008 Order re: Deposition of Douglas Kidder, filed with the Court on May 8, 2008, as Docket No. 3503.  Due to error, the wrong document was filed with the proposed order.

Accordingly, Plaintiff respectfully requests that the Clerk of the Court remove or disregard the copy of the Notice of Stipulation Modifying Court's April 28, 2008 Order re: Deposition of Douglass Kidder currently accessible as Docket No. 3503, and note that it has been superseded by the document accessible as Docket No. 3523 filed on May 9, 2008, which is the correct document.

Dated:  May 9, 2008                                  KEKER & VAN NEST, LLP


By: */s/ Matthew M. Werdegar*
MATTHEW M. WERDEGAR
Attorneys for
CARTER BRYANT

NOTICE OF ERRATA RE STIPULATION MODIFYING COURT'S APRIL 28, 2008 ORDER RE: DEPOSITION OF DOUGLAS KIDDER
CASE NO. CV 04-09049 SGL (RNBx)

417124.01