QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 90378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with<br>Case Nos. CV 04-09059 & CV 05-2727<br><br>Hon. Stephen G. Larson<br><br>APPLICATION TO FILE UNDER SEAL MATTEL, INC.'S REPLIES IN SUPPORT OF ITS MOTIONS *IN LIMINE* NOS. 4, 6-9, 11-13 AND 15, AND SUPPORTING PAPERS<br><br>[Local Rule 79-5.1]<br><br>**Phase 1**<br><br>Pre-Trial Conference: May 19, 2008<br>Trial Date: May 27, 2008 |

ORIGINAL

07209/2497700.1

APPLICATION TO FILE UNDER SEAL

1    Pursuant to Local Rule 79-5.1 and the Stipulated Protective Order
2  entered by the Court in this action, plaintiff Mattel, Inc. ("Mattel") hereby
3  respectfully requests that the Court order filed under seal portions of the following
4  documents:
5    1.   Mattel, Inc.'s Reply in Support of Motion in Limine No. 4 to Preclude
6  Introduction to Jury of Evidence and Testimony Relating to Equitable Defenses to
7  Be Tried by Court.
8    2.   Mattel, Inc.'s Reply in Support of Motion in Limine No. 6 to Exclude
9  Evidence or Argument Concerning Actions Taken by or Against Mattel Employees
10 Other Than Carter Bryant.
11   3.   Mattel, Inc.'s Reply in Support of Motion in Limine No. 7 to Preclude
12 the MGA Defendants from Asserting or Relying on an Advice of Counsel Defense.
13   4.   Mattel, Inc.'s Reply in Support of Motion in Limine No. 8 to Exclude
14 Evidence Relating to Whether Mattel Would Have Marketed BRATZ.
15   5.   Mattel, Inc.'s Reply in Support of Motion in Limine No. 9 to Exclude
16 Argument, Evidence, or Expert Testimony Regarding BARBIE and other Mattel
17 Dolls.
18   6.   Mattel, Inc.'s Reply in Support of Motion in Limine No. 11 to Preclude
19 Defendants from Offering Improperly Disclosed Evidence.
20   7.   Mattel, Inc.'s Reply in Support of Motion in Limine No. 12 to Exclude
21 the Testimony of Peter S. Menell.
22   8.   Mattel, Inc.'s Reply in Support of Motion in Limine No. 13 to Exclude
23 Expert Testimony of Mary Bergstein, Robert Tonner, and Debora Middleton.
24   9.   Mattel, Inc.'s Reply in Support of Motion in Limine No. 15 for a
25 Preclusion Order Regarding MGA's Disqualified Expert Christina Tomiyama.
26   In addition, Mattel requests that the Court order filed under seal all the
27 following:
28

10. Exhibits 1-8 and 10 to the Supplemental Declaration of Jon D. Corey in Support of Mattel, Inc.'s Motions *in Limine* Nos. 1-14.

11. Exhibits 3-8 and 10 to the Supplemental Declaration of B. Dylan Proctor in Support of Mattel, Inc.'s Motions *in Limine* Nos. 1-14.

The above documents contain information that MGA Entertainment, Inc. ("MGA"), Carter Bryant ("Bryant"), and/or Mattel have designated as "Confidential" and/or "Confidential--Attorneys' Eyes Only" pursuant to the Protective Order. As these documents consist of materials designated by MGA, Bryant, and/or Mattel as "Confidential" and/or "Confidential--Attorneys' Eyes Only," Mattel requests that the Court order that these documents be filed under seal.

DATED: May 8, 2008

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

By _____
B. Dylan Proctor
Attorneys for Mattel, Inc.

## PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is Now Legal Service, 1301 W. 2nd Street, Suite 206, Los Angeles, CA 90026.

On May 8, 2008, I served true copies of the following document(s) described as **APPLICATION TO FILE UNDER SEAL MATTEL, INC.'S REPLIES IN SUPPORT OF ITS MOTIONS *IN LIMINE* NOS. 4, 6-9, 11-13 AND 15, AND SUPPORTING PAPERS** on the parties in this action as follows:

Thomas J. Nolan
**Skadden, Arps, Slate, Meageher & Flom LLP**
300 South Grand Ave., Ste. 3400
Los Angeles, CA 90071

Mark E. Overland
David C. Scheper
Alexander H. Cote
**Overland Borenstein Scheper & Kim LLP**
601 West Fifth Street, 12th Floor
Los Angeles, CA 90017

John W. Keker, Esq.
Michael H. Page, Esq.
Christina M. Anderson, Esq.
**Keker & Van Nest, LLP**
710 Sansome Street
San Francisco, CA 94111

**BY PERSONAL SERVICE:** I delivered such envelope(s) by hand to the office of the person(s) being served.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on May 8, 2008, at Los Angeles, California.

*/s/ Dave Quintana*
NOW LEGAL -- Dave Quintana

07209/2442344.1