ORIGINAL

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 90378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with<br>Case Nos. CV 04-09059 & CV 05-2727<br><br><u>Hon. Stephen G. Larson</u><br><br>[~~PROPOSED~~] ORDER GRANTING MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL REPLIES IN SUPPORT OF MOTIONS *IN LIMINE* 4, 6-9, 11-13 AND 15, AND SUPPORTING PAPERS<br><br>[Local Rule 79-5.1]<br><br>**Phase 1**<br>Pre-Trial Conference: May 19, 2008<br>Trial Date:             May 27, 2008 |

07209/2497734.1

[PROPOSED] ORDER

# [PROPOSED] ORDER

Based on Mattel, Inc.'s Application to File Under Seal Replies in Support of Motions *in Limine* 4, 6-9, 11-13 and 15, and Supporting Papers, and good cause appearing for the entry thereof, portions of the following documents are ORDERED to be filed under seal:

1. Mattel, Inc.'s Reply in Support of Motion *in Limine* No. 4 to Preclude Introduction to Jury of Evidence and Testimony Relating to Equitable Defenses to Be Tried by Court.

2. Mattel, Inc.'s Reply in Support of Motion *in Limine* No. 6 to Exclude Evidence or Argument Concerning Actions Taken by or Against Mattel Employees Other Than Carter Bryant.

3. Mattel, Inc.'s Reply in Support of Motion *in Limine* No. 7 to Preclude the MGA Defendants from Asserting or Relying on an Advice of Counsel Defense.

4. Mattel, Inc.'s Reply in Support of Motion *in Limine* No. 8 to Exclude Evidence Relating to Whether Mattel Would Have Marketed BRATZ.

5. Mattel, Inc.'s Reply in Support of Motion *in Limine* No. 9 to Exclude Argument, Evidence, or Expert Testimony Regarding BARBIE and other Mattel Dolls.

6. Mattel, Inc.'s Reply in Support of Motion *in Limine* No. 11 to Preclude Defendants from Offering Improperly Disclosed Evidence.

7. Mattel, Inc.'s Reply in Support of Motion *in Limine* No. 12 to Exclude the Testimony of Peter S. Menell.

8. Mattel, Inc.'s Reply in Support of Motion *in Limine* No. 13 to Exclude Expert Testimony of Mary Bergstein, Robert Tonner, and Debora Middleton.

9. Mattel, Inc.'s Reply in Support of Motion *in Limine* No. 15 for a Preclusion Order Regarding MGA's Disqualified Expert Christina Tomiyama.

10. Exhibits 1-8 and 10 to the Supplemental Declaration of Jon D. Corey in Support of Mattel, Inc.'s Motions *in Limine* Nos. 1-14.

11. Exhibits 3-8 and 10 to the Supplemental Declaration of B. Dylan Proctor in support of Mattel, Inc.'s Motions *in Limine* Nos. 1-14.

IT IS SO ORDERED.

DATED: MAY - 8 2008 , 2008  _____
Hon. Stephen G. Larson
United States District Judge

# PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is Now Legal Service, 1301 W. 2nd Street, Suite 206, Los Angeles, CA 90026.

On May 8, 2008, I served true copies of the following document(s) described as **[PROPOSED] ORDER GRANTING MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL REPLIES IN SUPPORT OF ITS MOTIONS *IN LIMINE* NOS. 4, 6-9, 11-13 AND 15, AND SUPPORTING PAPERS** on the parties in this action as follows:

Thomas J. Nolan
**Skadden, Arps, Slate, Meageher & Flom LLP**
300 South Grand Ave., Ste. 3400
Los Angeles, CA 90071

Mark E. Overland
David C. Scheper
Alexander H. Cote
**Overland Borenstein Scheper & Kim LLP**
601 West Fifth Street, 12th Floor
Los Angeles, CA 90017

John W. Keker, Esq.
Michael H. Page, Esq.
Christina M. Anderson, Esq.
**Keker & Van Nest, LLP**
710 Sansome Street
San Francisco, CA 94111

**BY PERSONAL SERVICE:** I delivered such envelope(s) by hand to the office of the person(s) being served.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on May 8, 2008, at Los Angeles, California.

*[signature]*

NOW LEGAL -- Dave Quintana

07209/2442344.1