QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
John B. Quinn (Bar No. 090378)
(johnquinn@quinnemanuel.com)
Michael T. Zeller (Bar No. 196417)
(michaelzeller@quinnemanuel.com)
Jon D. Corey (Bar No. 185066)
(joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant. | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>Hon. Stephen G. Larson<br><br>MATTEL, INC.'S OBJECTIONS TO DEFENDANTS' JOINT TRIAL WITNESS ESTIMATE FORM |
| AND CONSOLIDATED ACTIONS | **Phase 1**<br>Pre-Trial Conference: May 5, 2008<br>Trial Date: May 27, 2008 |

1  Pursuant to Federal Rule of Civil Procedure 32(a), the Court's Standing
2  Scheduling Order and Local Rule 16-2.4, Mattel, Inc. ("Mattel") submits the
3  following objections to MGA Entertainment, Inc., Isaac Larian, MGA
4  Entertainment (HK) Limited, and MGAE de Mexico S.R.L. de C.V.'s (collectively
5  "Defendants") Join Trial Witness Estimate Form.
6
7  **Objections**
8  1.  Mattel objects to presentation of deposition testimony from the
9  following witnesses as "by video" on the basis that such video testimony is
10 impermissible under Fed. R. Civ. P. 32(a).
11 First, Ronald Brawer is Defendants' witness, and Defendants provide
12 no reason why he cannot appear for trial. Mr. Brawer owns a home in the District,
13 but was transferred to an MGA office overseas after this proceeding began. He also
14 regularly travels to the United States for business meetings. His absence, for
15 purposes of playing his testimony, appears to have been procured by Defendants.
16 Fed. R. Civ. P. 32(a)(4)(B).
17 Second, the witnesses listed below that Defendants identify whose
18 testimony they wish to play by video all currently reside within 100 miles from the
19 place of trial, so they are not unavailable and there is no reason that they cannot
20 appear and testify at trial. Fed. R. Civ. P. 32(a)(4). They include: Richard De Anda,
21 Anne Driskill, Robert Eckert, Kevin Farr, Lissa Freed, Hoi Hoffman Briggs, Fred
22 Kawashima, Alan Kaye, Tim Kilpin, Liliana Martinez, Teresa Newcomb, Jill
23 Nordquist, Rodney Palmer, Joni Pratte, Kathleen Simpson-Taylor, Maureen Tafoya
24 and Sandra Yonemoto.
25 Third, playing a video deposition of an available witness is proper only
26 when a witness is an officer, director or managing agent of a party or a Rule
27 30(b)(6) designee. Fed. R. Civ. P. 32(a)(3). Ms. Driskill, Ms. Briggs, Ms.
28

1. Newcomb and Ms. Tafoya are not officers, directors or managing agents of Mattel, nor are they Rule 30(b)(6) designees.

2. Mattel objects to the following witnesses on the grounds that they were not previously identified by Defendants in any of their previous disclosures pursuant to Fed. R. Civ. P. 26: Michael Zeller, Katiana Jiminez and Heather Fonseca.

3. Mattel further objects to any attempt by MGA to calling Ron Brawer. Mr. Brawer, a current MGA employee and a former Mattel employee was not identified by MGA has having any knowledge or information relating to any claim or defense in Phase 1.

4. Mattel objects to the naming of Douglas Kidder on the grounds that Defendants refused to produce Mr. Kidder for deposition.

5. Mattel objects to the naming of Michael Zeller as a witness. Mr. Zeller is trial counsel for Mattel. Seeking to elicit testimony from trial counsel is improper and prejudicial.

7. Mattel objects to the naming of Tina Tomiyama as a witness on the grounds that, pursuant to the Court's Order Granting Motion to Disqualify Expert, dated April 8, 2008, Ms. Tomiyama is disqualified from, and may not serve as an expert witness in, this matter.

1 **PROOF OF SERVICE**

2  I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is
3  Now Legal Service, 1301 W. 2nd Street, Suite 206, Los Angeles, CA 90026.

4  On April 14, 2008, I served true copies of the following document(s) described as:
5
  **MATTEL, INC.'S OBJECTIONS TO DEFENDANTS' JOINT TRIAL
6  WITNESS ESTIMATE FORM**

7  on the parties in this action as follows:

8

9

10 | Thomas J. Nolan
   | **Skadden, Arps, Slate, Meagher &**
11 | **Flom LLP**
   | 300 South Grand Ave., Ste. 3400
12 | Los Angeles, CA 90071

13

14

15

16 **BY PERSONAL SERVICE:** I delivered such envelope(s) by hand to the office of the person(s) being served.
17
   I declare that I am employed in the office of a member of the bar of this Court
18 at whose direction the service was made.

19  Executed on April 14, 2008, at Los Angeles, California.

20

21                                            _____
                                              NOW LEGAL -- Dave Quintana
22

23

24

25

26

27

28

09740/2470801.1

# PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 865 South Figueroa Street, 10th Floor, Los Angeles, California 90017.

On April 14, 2008, I served true copies of the following document(s) described as:

**MATTEL, INC.'S OBJECTIONS TO DEFENDANTS' JOINT TRIAL WITNESS ESTIMATE FORM**

on the parties in this action as follows:

| | |
|---|---|
| John W. Keker, Esq.<br>Michael H. Page, Esq.<br>Christina M. Anderson, Esq.<br>**Keker & Van Nest, LLP**<br>710 Sansome Street<br>San Francisco, CA 94111 | Mark E. Overland<br>David C. Scheper<br>Alexander H. Cote<br>**Overland Borenstein Scheper & Kim, LLP**<br>One Bunker Hill<br>601 West Fifth Street, 12th Floor<br>Los Angeles, CA 90017 |

[√] **BY MAIL:** I enclosed the foregoing into sealed envelope(s) addressed as shown above, and I deposited such envelope(s) in the mail at Los Angeles, California. The envelope was mailed with postage thereon fully prepaid.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on April 14, 2008, at Los Angeles, California.

Suzanne Johnson

09740/2470801.1                                    -2-