THOMAS J. NOLAN (Bar No. 66992)
(tnolan@skadden.com)
JASON D. RUSSELL (Bar No. 169219)
(jrussell@skadden.com)
MARINA V. BOGORAD (Bar No. 217524)
(mbogorad@skadden.com)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue, Suite 3400
Los Angeles, CA 90071
Tel.: (213) 687-5000/Fax: (213) 687-5600

RAOUL D. KENNEDY (Bar No. 40892)
(rkennedy@skadden.com)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
4 Embarcadero Center, Suite 3800
San Francisco, CA 94111-5974
Tel.: (415) 984-2698 / Fax: (415) 984-2626

Attorneys for MGA Entertainment, Inc., MGA Entertainment (HK) Limited, MGAE de Mexico, S.R.L. DE C.V., and Isaac Larian

UNITED STATED DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS. | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with Case No. 04-9059 and Case No. 05-2727<br><br>Honorable Stephen G. Larson<br><br>APPLICATION TO FILE UNDER SEAL MGA PARTIES' REPLIES TO MOTIONS *IN LIMINE* NOS. 1-12<br><br>Hearing Date:   TBD<br>Time:           TBD |

Pursuant to Local Rule 79-5.1 and the Stipulated Protective Order entered by the Court in this action on January 4, 2005, MGA Entertainment, Inc., MGA Entertainment (HK) Limited, and Isaac Larian (collectively, the "MGA Parties") hereby respectfully request that the Court order the following documents be filed under seal:

- MGA Parties' Reply In Further Support Of Their Motion *in limine* No. 1,
- MGA Parties' Reply In Further Support Of Their Motion *in limine* No. 2,
- MGA Parties' Reply In Further Support Of Their Motion *in limine* No. 3,
- MGA Parties' Reply In Further Support Of Their Motion *in limine* No. 4,
- MGA Parties' Reply In Further Support Of Their Motion *in limine* No. 5,
- MGA Parties' Reply In Further Support Of Their Motion *in limine* No. 6,
- MGA Parties' Reply In Further Support Of Their Motion *in limine* No. 7,
- MGA Parties' Reply In Further Support Of Their Motion *in limine* No. 8,
- MGA Parties' Reply In Further Support Of Their Motion *in limine* No. 9,
- MGA Parties' Reply In Further Support Of Their Motion *in limine* No. 10,
- MGA Parties' Reply In Further Support Of Their Motion *in limine* No. 11,
- MGA Parties' Reply In Further Support Of Their Motion *in limine* No. 12, (collectively, the "Replies"); and
- Declaration of Marina V. Bogorad in Support of MGA Parties' Replies In Further Support Of Their Motions *in limine* Nos. 1 to 12 (the "Declaration").

Good cause exists for filing these documents under seal because certain exhibits attached to the Declaration have been designated as "Confidential" or "Confidential—Attorneys' Eyes Only" pursuant to the Protective Order, and the Replies reference these exhibits. In the alternative, the MGA Parties request that the Court declare the exhibits to the Declaration to be outside the definitions of "Confidential" and "Confidential—

Attorneys' Eyes Only" as contained in the Protective Order and order them, along with the Replies and the Declaration to be filed as part of the public record.

DATED: May 8, 2008

SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP

By: _____
Jason D. Russell
Attorneys for MGA Entertainment, Inc., MGA Entertainment (HK) Limited, MGAE de Mexico, S.R.L. DE C.V., and Isaac Larian