ORIGINAL

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with<br>Case Nos. CV 04-09059 & CV 05-2727<br><br>Hon. Stephen G. Larson<br><br>MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL THE DECLARATION OF STEPHEN Q. WOOD IN SUPPORT OF MATTEL, INC.'S REPLY MOTION OBJECTING TO PORTIONS OF THE DISCOVERY MASTER'S APRIL 11, 2008 ORDER GRANTING IN PART AND DENYING IN PART MATTEL'S MOTION TO COMPEL PRODUCTION OF ELECTRONIC MEDIA FROM THIRD PARTIES ELISE CLOONAN, MARGARET HATCH-LEAHY AND VERONICA MARLOW.<br><br>[[Proposed] Order filed concurrently]<br><br>Hearing Date: May 19, 2008<br>Time: 10:00 a.m.<br>Place: Courtroom<br><br>**Phase 1**<br>Discovery Cut-Off: January 28, 2008<br>Pre-Trial Conference: May 5, 2008<br>Trial Date: May 27, 2008 |

07209/2499100.1

MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL

1    Pursuant to Local Rule 79-5.1 and the Stipulated Protective Order
2 entered by the Court in this action, Mattel, Inc. ("Mattel") hereby respectfully
3 requests that the Court order filed under seal the Declaration Of Stephen Q. Wood
4 In Support Of Mattel, Inc.'s Reply Motion Objecting To Portions Of The Discovery
5 Master's April 11, 2008 Order Granting In Part And Denying In Part Mattel's
6 Motion To Compel Production Of Electronic Media From Third Parties Elise
7 Cloonan, Margaret Hatch-Leahy And Veronica Marlow ("Wood Declaration").

8    The Wood Declaration contains materials that Mattel, MGA or Bryant
9 have designated as "Confidential" or "Confidential--Attorneys' Eyes Only" pursuant
10 to the Protective Order. Accordingly, Mattel requests that the Court order that the
11 Wood Declaration be filed under seal.

13    DATED: May 9, 2008           QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

15                                 By /s/
16                                    Michael Zeller
                                      Attorneys for Mattel, Inc.