**ORIGINAL**

1  QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
   John B. Quinn (Bar No. 090378)
2  (johnquinn@quinnemanuel.com)
   Michael T. Zeller (Bar No. 196417)
3  (michaelzeller@quinnemanuel.com)
   Jon D. Corey (Bar No. 185066)
4  (joncorey@quinnemanuel.com)
   865 South Figueroa Street, 10th Floor
5  Los Angeles, California 90017-2543
   Telephone: (213) 443-3000
6  Facsimile: (213) 443-3100

7  Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with<br>Case Nos. CV 04-09059 & CV 05-2727<br><br>MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL EXHIBIT 1 TO THE SECOND SUPPLEMENTAL DECLARATION OF DIANE HUTNYAN IN SUPPORT OF MATTEL'S *EX PARTE* APPLICATION FOR ACCESS TO CERTAIN BRYANT ORIGINALS<br><br>[[Proposed] Order filed concurrently]<br><br>Date: TBA<br>Time: TBA<br>Place: Telephonic<br><br>**Phase 1**<br>Discovery Cut-Off: January 28, 2008<br>Pre-Trial Conference: May 5, 2008<br>Trial Date: May 27, 2008 |

07209/2499432.1

MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL

1  Pursuant to <u>Local Rule</u> 79-5.1 and the Stipulated Protective Order
2  entered by the Court in this action, Mattel, Inc. ("Mattel") hereby respectfully
3  requests that the Court order filed under seal Exhibit 1 to the Second Supplemental
4  Declaration of Diane Hutnyan in support of Mattel, Inc.'s *Ex Parte* Application to
5  for Access to Certain Bryant Originals.
6  The Declaration attaches materials that the parties have designated as
7  "Confidential--Attorneys' Eyes Only" pursuant to the Protective Order. Specifically,
8  MGA has designated Exhibits 1 as "Confidential--Attorneys' Eyes Only. As such,
9  Mattel requests that these exhibits be filed under seal or, in the alternative, lift the
10 protective order as it applies to this item.

13 DATED: May 9, 2008           QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

17                              By: /s/ Diane C. Hutnyan
                                Diane C. Hutnyan
18                              Attorneys for Mattel, Inc.