THOMAS J. NOLAN (Bar No. 66992)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue
Los Angeles, California 90071-3144
Telephone: (213) 687-5000
Facsimile: (213) 687-5600
E-mail: tnolan@skadden.com

RAOUL D. KENNEDY (Bar No. 40892)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Embarcadero Center, 38th Floor
San Francisco, California 94111-5974
Telephone: (415) 984-6400
Facsimile: (415) 984-2698
E-mail: rkennedy@skadden.com

Attorneys for Counter-Defendants,
MGA ENTERTAINMENT, INC.,
ISAAC LARIAN, MGA ENTERTAINMENT (HK) LIMITED,
and MGAE de MEXICO S.R.L. de C.V.

UNITED STATED DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>Consolidated with MATTEL, INC. v. BRYANT and MGA ENTERTAINMENT, INC. v. MATTEL, INC. | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with Case No. 04–9059 and Case No. 05–2727<br><br>**APPLICATION TO FILE UNDER SEAL MGA'S OPPOSITION TO MATTEL'S MOTION OBJECTING TO PORTIONS OF DISCOVERY MASTER'S APRIL 14, 2008 ORDER REGARDING MATTEL'S MOTION TO COMPEL COMMUNICATIONS REGARDING THIS ACTION**<br><br>[[Proposed] Order filed concurrently herewith]<br><br>Hearing Date: May 12, 2008<br>Time: 10:00 a.m.<br>Place: Courtroom 1<br><br>**Phase 1:**<br>Pre-Trial Conference: May 19, 2008<br>Trial Date: May 27, 2008 |

**ORIGINAL**

APPLICATION TO FILE UNDER SEAL                              CASE NO. CV 04-9049 SGL (RNBx)

Pursuant to Local Rule 79-5.1 and the Stipulated Protective Order entered by the Court in this action, Counter-defendants MGA Entertainment, Inc., Isaac Larian, MGA Entertainment (HK) Limited and MGAE de Mexico S.R.L. de C.V. (collectively, the "MGA Defendants"), hereby respectfully request that the Court order the following documents be filed under seal: MGA's Opposition To Mattel's Motion Objecting To Portions Of Discovery Master's April 14, 2008 Order Regarding Mattel's Motion To Compel Communications Regarding This Action and Declaration of Philip W. Marsh. Good cause exists for filing these documents under seal, as they refer to certain documents that have been designated as "Confidential" or "Confidential—Attorneys' Eyes Only" pursuant to the Protective Order. In the alternative, MGA Defendants request that the Court declare the exhibits to be outside the definitions of "Confidential" and "Confidential—Attorneys' Eyes Only" as contained in the Stipulated Protective Order and order them to be filed as part of the public record.

DATED: May 8, 2008

SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP

By: _____
Thomas J. Nolan

Attorneys for Counter-Defendants,
MGA ENTERTAINMENT, INC.,
ISAAC LARIAN, MGA
ENTERTAINMENT (HK) LIMITED,
and MGAE de MEXICO S.R.L. de C.V.