Larry McFarland (Bar No. 129668)
Christian Dowell (Bar No. 241973)
KEATS, McFARLAND & WILSON LLP
9720 Wilshire Blvd.
Penthouse Suite
Beverly Hills, CA 90212
Telephone: (310) 248-3830
Facsimile: (310) 860-0363
Email: lmcfarland@kmwlaw.com
cdowell@kmwlaw.com

Attorneys for AnaElise Cloonan

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation;<br><br>Defendant.<br><br>AND RELATED ACTIONS. | Case No.: CV 04 – 09049 SGL (RNBx)<br>Consolidated with Case Nos.<br>CV 04-9059 and CV 05-2727<br><br>Hon. Stephen G. Larson<br><br>APPLICATION TO FILE UNDER SEAL EXHIBIT 5 TO DECLARATION OF CHRISTIAN DOWELL IN SUPPORT OF ANAELISE CLOONAN'S REPLY TO MATTEL'S OPPOSITION TO ANAELISE CLOONAN'S MOTION OBJECTING TO PORTIONS OF DISCOVERY MASTER'S APRIL 11, 2008 ORDER REGARDING A FURTHER EXAMINATION OF MS. CLOONAN'S COMPUTER AND ZIP DISK |

1  Pursuant to <u>Local rule</u> 79-5.1 and the Stipulated Protective Order entered by the
2  Court in this action, AnaElise Cloonan hereby respectfully request that the Court order
3  filed under seal Exhibit 5 to the Declaration of Christian Dowell in Support of Ms.
4  Cloonan's reply to Mattel's Opposition to Ms. Cloonan's Motion for an order
5  overruling the portion of Judge Infante's April 11, 2008 order which ordered another
6  examination of Ms. Cloonan's personal computer and zip disk ("Exhibit").
7  The Exhibit includes materials that MGA and/or Bryant have designated as
8  "Confidential" or "Confidential – Attorneys' Eyes Only" pursuant to the Protective
9  Order. Accordingly, Ms. Cloonan requests that the Court order that the Exhibit be
10  filed under seal.

12  Dated: May 8, 2008         KEATS MCFARLAND & WILSON LLP

14                              /s/
15                              Christian C. Dowell, Esq.
                                Attorneys for AnaElise Cloonan