QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
John B. Quinn (Bar No. 090378)
(johnquinn@quinnemanuel.com)
Michael T. Zeller (Bar No. 196417)
(michaelzeller@quinnemanuel.com)
Jon D. Corey (Bar No. 185066)
(joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with<br>Case Nos. CV 04-09059 & CV 05-2727<br><br>Hon. Stephen G. Larson<br><br>MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL THE DECLARATION OF HARRY A. OLIVAR, JR. IN SUPPORT OF MATTEL, INC.'S MOTION OBJECTING TO DISCOVERY MASTER'S APRIL 25, 2008 ORDER DENYING MGA'S MOTION TO COMPEL DISCOVERY ON ISSUES AS TO WHICH MATTEL HAS PURPORTEDLY WAIVED THE ATTORNEY-CLIENT AND WORK PRODUCT PRIVILEGES BY CLAIM ASSERTION<br><br>[[Proposed] Order filed concurrently]<br><br>Hearing Date: May 12, 2008<br>Time: 10:00 a.m.<br>Place: Courtroom 1<br><br>**Phase 1**<br>Discovery Cut-Off: January 28, 2008<br>Pre-Trial Conference: May 19, 2008<br>Trial Date: May 27, 2008 |

Pursuant to Local Rule 79-5.1 and the Stipulated Protective Order entered by the Court in this action, Mattel, Inc. ("Mattel") hereby respectfully requests that the Court order file under seal the Declaration of Harry A. Olivar, Jr. in Support of Mattel, Inc.'s Opposition to MGA's Motion Objecting to the Discovery Master's April 25, 2008 Order Denying MGA's Motion to Compel Discovery on Issues as to Which Mattel Has Purportedly Waived the Attorney-Client and Work Product Privileges by Claim Assertion ("Olivar Declaration").

The Olivar Declaration contains materials that Mattel, MGA or Bryant have designated as "Confidential" or "Confidential--Attorneys' Eyes Only" pursuant to the Protective Order. Accordingly, Mattel requests that the Court order that the Olivar Declaration be filed under seal.

DATED: May 9, 2008

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

By: /s/ Harry A. Olivar, Jr.
Harry A. Olivar, Jr.
Attorneys for Mattel, Inc.