1  THOMAS J. NOLAN (Bar No. 66992)
   SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
2  300 South Grand Avenue
   Los Angeles, California 90071-3144
3  Telephone:  (213) 687-5000
   Facsimile:   (213) 687-5600
4  E-mail:   tnolan@skadden.com

5  RAOUL D. KENNEDY (Bar No. 40892)
   SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
6  Four Embarcadero Center, 38th Floor
   San Francisco, California 94111-5974
7  Telephone:  (415) 984-6400
   Facsimile:   (415) 984-2698
8  E-mail:   rkennedy@skadden.com

9  Attorneys for Counter-Defendants,
   MGA ENTERTAINMENT, INC.,
10 ISAAC LARIAN, MGA ENTERTAINMENT (HK) LIMITED,
   and MGAE de MEXICO S.R.L. de C.V.

11

### UNITED STATED DISTRICT COURT
### CENTRAL DISTRICT OF CALIFORNIA
### EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>Consolidated with MATTEL, INC. v. BRYANT and MGA ENTERTAINMENT, INC. v. MATTEL, INC. | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with Case No. 04–9059 and Case No. 05–2727<br><br>**APPLICATION TO FILE UNDER SEAL MGA PARTIES' OPPOSITION TO MATTEL'S MOTION OBJECTING TO PORTIONS OF DISCOVERY MASTER'S APRIL 14, 2008 ORDER GRANTING IN PART MATTEL, INC.'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS AND THINGS BY MGA ENTERTAINMENT, INC.**<br><br>[[Proposed] Order filed concurrently herewith]<br><br>Hearing Date: May 12, 2008<br>Time:            10:00 a.m.<br>Place:           Courtroom 1<br><br>**Phase 1:**<br>Pre-Trial Conference: May 19, 2008<br>Trial Date:    May 27, 2008 |

**ORIGINAL**

APPLICATION TO FILE UNDER SEAL    CASE NO. CV 04-9049 SGL (RNBx)

1  Pursuant to Local Rule 79-5.1 and the Stipulated Protective Order entered by
2  the Court in this action, Counter-defendants MGA Entertainment, Inc., Isaac Larian,
3  MGA Entertainment (HK) Limited and MGAE de Mexico S.R.L. de C.V.
4  (collectively, the "MGA Defendants"), hereby respectfully request that the Court
5  order the following documents be filed under seal: MGA Parties' Memorandum Of
6  Points And Authorities In Opposition To Mattel's Motion Objecting To Portions Of
7  Discovery Master's April 14, 2008 Order Granting In Part Mattel, Inc.'s Motion To
8  Compel Production Of Documents And Things By MGA Entertainment, Inc. and
9  Notice of Lodging.  Good cause exists for filing these documents under seal, as they
10 refer to certain documents that have been designated as "Confidential" or
11 "Confidential—Attorneys' Eyes Only" pursuant to the Protective Order.  In the
12 alternative, MGA Defendants request that the Court declare the exhibits to be outside
13 the definitions of "Confidential" and "Confidential—Attorneys' Eyes Only" as
14 contained in the Stipulated Protective Order and order them to be filed as part of the
15 public record.

17 DATED: May 8, 2008

SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP

By: _____
Thomas J. Nolan

Attorneys for Counter-Defendants,
MGA ENTERTAINMENT, INC.,
ISAAC LARIAN, MGA
ENTERTAINMENT (HK) LIMITED,
and MGAE de MEXICO S.R.L. de C.V.