THOMAS J. NOLAN (Bar No. 66992)
(tnolan@skadden.com)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue
Los Angeles, CA 90071-3144
Tel.: (213) 687-5000/Fax: (213) 687-5600

RAOUL D. KENNEDY (Bar No. 40892)
(rkennedy@skadden.com)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
4 Embarcadero Center 38th Floor
San Francisco, CA 94111-5974
Tel.: (415) 984-6400 / Fax: (415) 984-2698

Attorneys for Counter-Defendants
MGA ENTERTAINMENT, INC., MGA ENTERTAINMENT (HK) LIMITED, MGAE DE MEXICO, S.R.L. DE C.V., AND ISAAC LARIAN

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant. | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with Case No. 04-9059 and Case No. 05-2727<br><br>**MGA PARTIES AND CARTER BRYANT'S JOINT OBJECTIONS TO MATTEL INC.'S "CORRECTED" PHASE ONE TRIAL WITNESS LIST** |
| AND CONSOLIDATED ACTIONS | **Phase 1**<br>Discovery Cut-off: January 28, 2008<br>Pre-Trial Conference: May 5, 2008<br>Trial Date: May 27, 2008 |

Pursuant to Fed. R. Civ. Proc. 32(a), the Court's Standing Scheduling Order and Local Rule 16-2.4, MGA Entertainment, Inc., Isaac Larian, MGA Entertainment (HK) Limited, and MGAE de Mexico S.R.L. de C.V.'s (collectively "MGA Parties") and Carter Bryant submit the following objections to Mattel Inc.'s ("Mattel") "Corrected" Phase One Trial Witness List.

## Objections

1.  To use deposition testimony taken in this matter under Rule 32(a), Mattel must demonstrate that the witness, when deposed, was party to this litigation, was MGA's officer, director, managing agent, or designee under Rule 30(b)(6) or 31(a)(4), or that the witness is "unavailable" for trial. *See* Fed. R. Civ. Proc. 32(a). The MGA Parties and Bryant object to any attempt by Mattel to use deposition testimony taken in this matter of any witness on its "Corrected" Phase One Trial Witness List until and unless Mattel makes an adequate showing that Rule 32(a) applies. In particular, Mattel has made no such showing for at least the following witnesses, and the MGA Parties and Bryant therefore specifically object to the use of the depositions of these witnesses at trial: Schuyler Bacon; Elise Cloonan; Janet Bryant; Thomas Bryant; Wendy Feinberg; Rachel Harris; Richard Irmen; Mitchell Kamarck; Andreas Koch; Farhad Larian; Margaret Leahy; Steve Linker; Veronica Marlow; Karl Meyer; Amy Myers; Joyce Ng; Victoria O'Connor; Jessie Ramirez; Anna Rhee; David Rosenbaum; Anne Wang; Jeffrey Weiss. Furthermore, even if Mattel were able to demonstrate that any of these witnesses, when deposed, was MGA's officer, director, managing agent, or designee, their out-of-court testimony constitutes inadmissible hearsay as to Bryant. *See* Fed. R. Civ. P. 32(a); Fed. R. Evid. 801-804. In addition, the MGA Parties and Bryant object under Rule 32(a) and

Fed. R. Evid. 801-804 to the use of transcripts from prior, unrelated proceedings including: Carter Bryant (Art Attacks transcript); Carter Bryant (Gunther-Wahl transcript); Paula Garcia (Art Attacks transcript); William Ackerman (Art Attacks transcript); Rebecca Harris (Art Attacks); Isaac Larian (Larian v. Larian Arbitration transcript); Isaac Larian (Ubisoft transcript); Isaac Larian (Art Attacks transcript); Jennifer Maurus (Larian v. Larian Arbitration transcript); Lon Ross (Fun 4 All transcript). The testimony set forth in these transcripts is inadmissible hearsay as to the MGA Parties and/or Bryant.

2. The MGA Parties and Bryant object to Mattel seeking to call current and/or former counsel for parties and witnesses in this action. Before Mattel can seek testimony from counsel for a party or witness, it must make a showing that: (1) no other means exist to obtain the information than to interrogate counsel; (2) the information is relevant and non-privileged; and (3) the information is crucial to the case. *See Shelton v. American Motors Corporation*, 805 F.2d 1323 (8th Cir. 1986); *Mass. Mut. Life Ins. Co. v. Cerf*, 177 F.R.D. 472, 481-82 (N.D. Cal. 1998) (precluding testimony from party's former counsel, applying *Shelton*). Mattel has made no such showing for the following witnesses, each of whom has served as counsel for a party and/or witness in this action: Larry McFarland; Patricia Glaser; Scott Gizer; Alisa Morganthaler-Lever; Douglas Wickham; Keith Jacoby; Alan Goldberg; William Conkle; Robert G. Wilson; Larry Feldman. It would be unduly prejudicial and inappropriate to allow Mattel to question these witnesses in front of the jury.

3. The MGA Parties and Bryant object that all or a portion of the opinions proffered by the following witnesses are improper and inadmissible under Fed. R. Evid. 701-702: Mark Menz; Valery Aginsky; Lloyd Cunningham; William Flynn; Frank Keiser; Walter Rantanen; Angel Gomez; Lee Loetz; Ralph Oman; Carol Scott; Michael Wagner; John Alex; Kenneth Hollander; Robert Lind; Heather McComb; Nicholas Mirzoeff; Denise Van Patten; Ginger McRae. The MGA Parties and Bryant reserve the right to call these witnesses, and appropriate rebuttal witnesses, if the Court determines that they will be permitted to testify.

4. The MGA Parties and Bryant object to Mattel calling the following witnesses on the ground that Mattel has not previously identified these individuals in its disclosures made under Fed. R. Civ. Proc. 26(a)(1): Arnold Artavia; Kitty Hammons; Jennifer Maurus; Carl Meyer; Helene Bartels; Robert Best; Sandra Biloto; Charnayne Brooks; Sarah Choi; William Conkle; David Dees; Bryant Delgadillo; Ernest Dutcher; Traci Feldman; Joe Franke; Joan Gaynor; Brooke Gilbert; Scott Gizer; Patricia Glaser; Alan N. Goldberg; Daphne Gronich; Michael Hebden; Robert Hudnut; Keith Jacoby; Richard Kellner; Mark Kremer; Yim Chong Lo; Ron Longsdorf; Eli Makabi; Larry McFarland; Dennis Medici; Carmen Monteagudo; Michael Moore; Alisa Morganthaler-Lever; Charles O'Connor; Colleen O'Higgins; William Ragsdale; Wendy Ragsdale; Pedro Salazar; Richard Sandham; Chris Sesto; Ellis Stern; Aileen Storer; Stephen Tarmichael; Robert Turner; Paul Warner; Douglas Wickham; Robert G. Wilson; Morad Zarabi. Under Fed. Rule of Civil Procedure 37(c), these witnesses should not be permitted to testify at trial.

5.	The MGA Parties and Bryant object to Mattel calling the following witness on the ground that the Discovery Master has ruled that the witness need not testify based on the reporter's privilege: Chris Palmeri.

6.	The MGA Parties and Bryant object to Mattel calling the following Phase II witnesses, none of whom Mattel has shown has knowledge regarding Phase I issues: Ana Isabel Cabrera; Beatriz Morales; Maria Salazar; Schuyler Bacon; Carlos Gustavo Machado; Nic Contreras; Mariana Trueba; Janine Brisbois; Daniel Cooney; Susana Kuemmerle; Shirin Salemnia.

DATED: April 16, 2008

Respectfully submitted,

SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP

By: _____
Robert J. Herrington
Attorneys for Counter-Defendants,
MGA ENTERTAINMENT, INC., MGA ENTERTAINMENT (HK) LIMITED, MGAE de MEXICO S.R.L. de C.V., and ISAAC LARIAN

KEKER & VAN NEST LLP

By: Christa M. Anderson /by RJH/
Christa M. Anderson
Attorneys for Counter-Defendant,
CARTER BRYANT