|   |   |
|---|---|
| 1 | THOMAS J. NOLAN (Bar No. 66992) |
|   | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP |
| 2 | 300 South Grand Avenue |
|   | Los Angeles, CA 90071-3144 |
| 3 | Telephone: (213) 687-5000 |
|   | Facsimile: (213) 687-5600 |
| 4 | E-mail: tnolan@skadden.com |
| 5 | RAOUL D. KENNEDY (Bar No. 40892) |
|   | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP |
| 6 | Four Embarcadero Center, Suite 3800 |
|   | San Francisco, CA 94111 |
| 7 | Telephone: (415) 984-6400 |
|   | Facsimile: (415) 984-2698 |
| 8 | E-mail: rkennedy@skadden.com |
| 9 | Attorneys for Counter-Defendants, |
|   | MGA ENTERTAINMENT, INC., ISAAC LARIAN, MGA ENTERTAINMENT |
| 10 | (HK) LIMITED, AND MGAE de MEXICO S.R.L. de C.V. |

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**EASTERN DIVISION**

| CARTER BRYANT, an individual | ) CASE NO. CV 04-9049 SGL (RNBx) |
|---|---|
| Plaintiff, | ) Consolidated with Case No. 04-9059 and Case No. 05-2727 |
| v. | ) |
| MATTEL, INC., a Delaware corporation | ) **PROOF OF SERVICE** |
| Defendant. | ) |
| Consolidated with MATTEL, INC. v. BRYANT and MGA ENTERTAINMENT, INC. v. MATTEL, INC. | ) **Phase 1:** |
|   | Discovery Cut-Off: January 28, 2008 |
|   | Pre-Trial Conference: May 5, 2008 |
|   | Trial Date: May 27, 2008 |

PROOF OF SERVICE　　　　　　　　　　　　　　　　　NO. CV 04-9049 SGL (RNBx)

## PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO

I am employed in the county of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 300 South Grand Avenue, Suite 3400, Los Angeles, California 90071.

On **April 16, 2008**, I served the foregoing documents described as:

**SEE ATTACHED DOCUMENT LIST**

on the interested parties in this action addressed as follows:

**SEE ATTACHED SERVICE LIST**

(X)  (BY PERSONAL SERVICE)  ☒  By personally delivering copies to the person served. (FEDERAL)

☒  I caused such document to be hand delivered to the above addressees. (FEDERAL)

(X)  (BY FEDERAL EXPRESS)

( )  (BY ELECTRONIC MAIL)

I declare under penalty of perjury under the laws of the State of California and the United States of America that the above is true and correct.

Executed on **April 16, 2008**, in San Francisco, California.

_____Matthew Bowman_____       _____[signature]_____
PRINT NAME                                                SIGNATURE

## DOCUMENT LIST

(1)   MGA PARTIES AND CARTER BRYANT'S JOINT OBJECTIONS TO MATTEL INC.'S "CORRECTED" PHASE ONE TRIAL WITNESS LIST

(2)   PROOF OF SERVICE

## SERVICE LIST

Jon D. Corey, Esq.
Michael T. Zeller, Esq.
John Quinn, Esq.
Quinn Emanuel Urquhart Oliver & Hedges, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017-2543
(213) 443-3000
(213) 443-3100 (Fax)

Attorneys for Mattel, Inc
[Personal Service]

Mark E. Overland, Esq.
Alexander H. Cote, Esq.
David C. Scheper, Esq.
Overland Borenstein Scheper & Kim
300 South Grand Avenue, Suite 2750
Los Angeles, CA 90071
(213) 613-4655
(213) 613-4656

Attorneys for Carlos Gustavo Machado Gomez
[Federal Express]

John Trinidad, Esq.
John Keker, Esq.
Keker & Van Nest, LLP
710 Sansome Street
San Francisco, CA 94111
(415) 391-5400
(415) 397-7188 (Fax)

Attorneys for Carter Bryant
[Federal Express]