```
 1  THOMAS J. NOLAN (Bar No. 66992)
    SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
 2  300 South Grand Avenue
    Los Angeles, California 90071-3144
 3  Telephone: (213) 687-5000
    Facsimile: (213) 687-5600
 4  E-mail:    tnolan@skadden.com

 5  RAOUL D. KENNEDY (Bar No. 40892)
    SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
 6  Four Embarcadero Center, 38th Floor
    San Francisco, California 94111-5974
 7  Telephone: (415) 984-6400
    Facsimile: (415) 984-2698
 8  E-mail:    rkennedy@skadden.com

 9  Attorneys for Counter-Defendants,
    MGA ENTERTAINMENT, INC.,
10  ISAAC LARIAN, MGA ENTERTAINMENT (HK) LIMITED,
    and MGAE de MEXICO S.R.L. de C.V.
11
```

# UNITED STATED DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>Consolidated with MATTEL, INC. v. BRYANT and MGA ENTERTAINMENT, INC. v. MATTEL, INC. | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with Case No. 04–9059 and Case No. 05–2727<br><br>**APPLICATION TO FILE UNDER SEAL MGA PARTIES' OPPOSITION TO MATTEL'S MOTION OBJECTING TO PORTIONS OF DISCOVERY MASTER'S APRIL 14, 2008 ORDER DENYING MOTION TO COMPEL PRODUCTION IN RESPONSE TO MATTEL'S FIFTH SET OF REQUESTS FOR PRODUCTION**<br><br>[[Proposed] Order filed concurrently herewith]<br><br>Hearing Date: May 12, 2008<br>Time: 10:00 a.m.<br>Place: Courtroom 1<br><br>**Phase 1:**<br>Pre-Trial Conference: May 19, 2008<br>Trial Date: May 27, 2008 |

**ORIGINAL**

APPLICATION TO FILE UNDER SEAL                              CASE NO. CV 04-9049 SGL (RNBx)

Pursuant to Local Rule 79-5.1 and the Stipulated Protective Order entered by the Court in this action, Counter-defendants MGA Entertainment, Inc., Isaac Larian, MGA Entertainment (HK) Limited and MGAE de Mexico S.R.L. de C.V. (collectively, the "MGA Defendants"), hereby respectfully request that the Court order the following document be filed under seal: MGA Parties' Memorandum Of Points And Authorities In Opposition To Mattel's Motion Objecting To Portions Of Discovery Master's April 14, 2008 Order Denying Motion To Compel Production In Response To Mattel's Fifth Set Of Requests For Production. Good cause exists for filing this document under seal, as it refers to certain documents that have been designated as "Confidential" or "Confidential—Attorneys' Eyes Only" pursuant to the Protective Order. In the alternative, MGA Defendants request that the Court declare the exhibits to be outside the definitions of "Confidential" and "Confidential—Attorneys' Eyes Only" as contained in the Stipulated Protective Order and order them to be filed as part of the public record.

DATED: May 8, 2008

        SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP

        By: _____
        Thomas J. Nolan

        Attorneys for Counter-Defendants,
        MGA ENTERTAINMENT, INC.,
        ISAAC LARIAN, MGA
        ENTERTAINMENT (HK) LIMITED,
        and MGAE de MEXICO S.R.L. de C.V.