KEKER & VAN NEST, LLP
JOHN W. KEKER - #49092
jkeker@kvn.com
MICHAEL H. PAGE - #154913
mpage@kvn.com
CHRISTA M. ANDERSON - #184325
canderson@kvn.com
MATTHEW M. WERDEGAR - #200470
mwerdegar@kvn.com
JOHN E. TRINIDAD - #250468
jtrinidad@kvn.com
AUDREY WALTON-HADLOCK- #250574
awaltonhadlock@kvn.com
710 Sansome Street
San Francisco, CA  94111-1704
Telephone:  (415) 391-5400
Facsimile:  (415) 397-7188

Attorneys for Plaintiff
CARTER BRYANT

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC. a Delaware Corporation,<br><br>Defendant.<br><br>CONSOLIDATED WITH MATTEL, INC., v. BRYANT and MGA ENTERTAINMENT, INC. v. MATTEL, INC. | Case No. CV 04-09049 SGL (RNBx)<br>(consolidated with CV 04-9059 & 05-2727)<br><br>**CARTER BRYANT'S ERRATA TO MGA PARTIES' AND BRYANT'S JOINT PROPOSED VERDICT FORM**<br><br>Date:     N/A<br>Time:    N/A<br>Dept:    Courtroom 1<br>Judge:  Hon. Stephen G. Larson<br><br>Date Comp. Filed:  April 13, 2005<br><br>Discovery Cut-Off:  Jan. 28, 2008<br>Pre-Trial Conference:  May 19, 2008<br>Trial Date:  May 27, 2008 |

Carter Bryant respectfully submits these errata to the MGA Parties' and Bryant's Joint Proposed Verdict Form filed May 5, 2008 (Docket No. 3465-3), to correct certain inadvertent errors and omissions in that document.

The following language should be inserted after Phase 1A Verdict Form paragraphs 2(w), 3(q), 5(s), 8(s), 10(u), 13(z) and Phase 1B Verdict Form paragraph 2(hh):

*On Carter Bryant's affirmative defense of unclean hands, we, the jury, find as follows:*

(r) With respect to whether Mattel has acted unfairly or inequitably in matters related to this claim, so that it would be unfair for Mattel to prevail on its claim, we find:

☐ yes or

☐ no.

Verdict Form No. 7 should include the following introductory language after paragraph _7(b):

*If you have found in favor of Mattel on its claim for declaratory relief, next consider whether Mattel should be barred from recovery on any of the following grounds:*

Verdict Form No. 7 should include the following after paragraph 7(d):

*On the claim of Carter Bryant, MGA, MGA (HK) and Isaac Larian that Mattel is estopped from asserting claims of ownership to the BRATZ sketches, including any copyright interest in those sketches, we, the jury, find as follows*:

(e) With respect to whether Mattel made a representation of fact, at any relevant time, at any relevant time, by its actions, silence or omission, we find:

1

☐ yes or

☐ no. (If no, please proceed to 7(i)

(f) With respect to whether Mattel had knowledge that MGA was developing BRATZ, we find:

☐ yes or

☐ no. (If no, please proceed to 7(i))

(g) With respect to whether Carter Bryant, MGA, MGA (HK) or Isaac Larian was ignorant of the fact that Mattel intended to make claims to BRATZ, we find:

☐ yes (If yes, as to which defendant(s) _____)

☐ no. (If no, please proceed to 7(i))

(h) With respect to whether Carter Bryant, MGA, MGA (HK) or Isaac Larian reasonably relied on Mattel's silence to their detriment, we find:

☐ yes (If yes, as to which defendant(s) _____)

☐ no. (If no, please proceed to 7 (i))

**If you answered YES to each of 7(e) – 7(h), as to all defendants, please proceed to Verdict Form No. 8.**

*On the claim of Carter Bryant, MGA, MGA (HK) and Isaac Larian that Mattel has acquiesced, at any relevant time, to the development of BRATZ by MGA, we, the jury, find as follows*:

(i) With respect to whether Mattel's acts or words, silence or inaction, would be understood by a reasonable person as intended to indicate that the conduct is allowed, we find:

☐ yes or

☐ no. (If no, please proceed to 7(k))

(j) With respect to whether Carter Bryant, MGA, MGA (HK) or Isaac Larian understood Mattel's acts or words, silence or inaction to indicate that it consented to MGA's development of BRATZ, we find:

☐ yes (If yes, as to which defendant(s) _____)

☐ no. (If no, please proceed to 7(k))

**If you answered YES to each of 7(i) – 7(j), as to all defendants, please proceed to Verdict Form No. 8.**

*On the claim of Carter Bryant, MGA, MGA (HK), and Isaac Larian that Mattel has consented, at any relevant time, to MGA's development of BRATZ, we, the jury, find as follows*:

(k) With respect to whether Mattel's acts or words, silence or inaction, would be understood by a reasonable person as intended to indicate consent to MGA's development of BRATZ, we find:

☐ yes or

☐ no. (If no, please proceed to 7(m))

(l) With respect to whether Carter Bryant, MGA, MGA (HK) or Isaac Larian understood Mattel's acts or words, silence or inaction to indicate consent to MGA's development of BRATZ, we find:

☐ yes (If yes, as to which defendant(s) _____)

☐ no. (If no, please proceed to 7(m))

**If you answered YES to each of 7(k) – 7(l), as to all defendants, please proceed to Verdict Form No. 8.**

*On the claim of Carter Bryant, MGA, MGA (HK) and Isaac Larian that Mattel has waived any right to seek ownership of the BRATZ sketches, including*

*any copyright interests in those sketches, we, the jury, find as follows*:

   (m)   With respect to whether Mattel was aware of the development of BRATZ, we find:

      ☐ yes or

      ☐ no. (If no, please proceed to 7(o))

   (n) With respect to whether Mattel indicated, by its words, actions or silence that it did not intend to enforce any claims of ownership to BRATZ, we find:

      ☐ yes (If yes, as to which defendant(s) _____)

      ☐ no. (If no, please proceed to 7(o))

**If you answered YES to each of 7(m) – 7(n)), as to all defendants, please proceed to Verdict Form No. 8.**

*On the affirmative defense of laches, we, the jury, find as follows:*

   (o) With respect to whether MGA, MGA (HK), and/or Isaac Larian have established that Mattel delayed unreasonably in asserting its declaratory relief claim against them, we find:

      ☐ yes (If yes, as to which defendant(s) _____)

      ☐ no.

   (p) With respect to whether MGA, MGA (HK), and/or Isaac Larian have established that they were prejudiced by Mattel's delay because evidence has been lost or witnesses memories have faded, we find:

      ☐ yes (If yes, as to which defendant(s) _____)

      ☐ no.

   (q) With respect to whether MGA, MGA (HK), and/or Isaac Larian have established that they were prejudiced by Mattel's delay because they have

expended time, resources, or money in reliance on Mattel's failure to file suit, we find:

☐ yes or

☐ no.

(r) With respect to whether Carter Bryant has established that Mattel delayed unreasonably in asserting its declaratory relief claim against him, we find:

☐ yes or

☐ no.

(s) With respect to whether Carter Bryant has established that he was prejudiced by Mattel's delay because evidence has been lost or witnesses memories have faded, we find:

☐ yes or

☐ no.

(t) With respect to whether Carter Bryant has established that he was prejudiced by Mattel's delay because Carter Bryant has expended time, resources, or money in reliance on Mattel's failure to file suit, we find:

☐ yes or

☐ no.

*On Carter Bryant's affirmative defense of unclean hands, we, the jury, find as follows:*

(u) With respect to whether Mattel has acted unfairly or inequitably in matters related to Mattel's claim of ownership of BRATZ, so that it would be unfair for Mattel to prevail on its claim, we find:

☐ yes or

☐ no.

1
2
3
4  Dated: May 12, 2008
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Respectfully submitted,

KEKER & VAN NEST, LLP

By: /s/ Christa M. Anderson
CHRISTA M. ANDERSON
Attorneys for Plaintiff
CARTER BRYANT