1  THOMAS J. NOLAN (Bar No. 66992)
   (tnolan@skadden.com)
2  JASON D. RUSSELL (Bar No. 169219)
   (jrussell@skadden.com)
3  MARINA V. BOGORAD (Bar No. 217524)
   (mbogorad@skadden.com)
4  SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
   300 South Grand Avenue, Los Angeles, CA 90071-3144
5  Tel.: (213) 687-5000 / Fax: (213) 687-5600

6  RAOUL D. KENNEDY (Bar No. 40892)
   (rkennedy@skadden.com)
7  SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
   4 Embarcadero Center, Suite 3800
8  San Francisco, CA 94111-5974
   Tel.: (415) 984-2698 / Fax: (415) 984-2626
9
   Attorneys for MGA Entertainment, Inc., MGA Entertainment (HK) Limited,
10 MGAE de Mexico, S.R.L. de C.V., and Isaac Larian

11                    UNITED STATES DISTRICT COURT
12                   CENTRAL DISTRICT OF CALIFORNIA
13                          EASTERN DIVISION

14 CARTER BRYANT, an individual,     ) CASE NO. CV 04-9049 SGL (RNBx)
                                     ) Consolidated with Case No. 04-9059
15                    Plaintiff,     ) and Case No. 05-2727
                                     )
16         v.                        ) Honorable Stephen G. Larson
                                     )
17 MATTEL, INC., a Delaware          ) STIPULATION REGARDING FILING OF
   corporation,                      ) JOINT WITNESS LIST;
18                                   )
                      Defendant.     ) [PROPOSED] ORDER LODGED
19                                   ) CONCURRENTLY HEREWITH.
                                     )
20 AND CONSOLIDATED ACTIONS          )
                                     )
21

## STIPULATION

**WHEREAS**, by stipulation and Court Order dated May 6, 2008, the parties are required to file the Rule 16 joint submission of witness lists (including anticipated direct and cross examination time with each witness the parties presently intend to call, as well as a listing of exhibits to which each witness may testify) by May 12, 2008;

**WHEREAS**, defendants have requested, and Mattel is agreeable, to continuing the deadline for the filing of the joint submission of witness lists by one day, to May 13, 2008, to permit the parties to further refine their lists.

**NOW, THEREFORE**, Mattel, Inc. ("Mattel"), Carter Bryant ("Bryant"), MGA Entertainment, Inc., Isaac Larian, and MGA Entertainment (HK) Ltd. (collectively, the "MGA Parties"), by and through their counsel of record, hereby agree as follows, subject to the Court's approval:

1. The parties shall file their Rule 16 joint submission of witness lists (including anticipated direct and cross examination time with each witness the parties presently intend to call, as well as a listing of exhibits to which each witness may testify) by May 13, 2008.

2. All other aspects of the Court's May 6, 2008 Order shall remain in effect.

IT IS SO STIPULATED.

| | |
|---|---|
| DATED: May 12, 2008 | QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP<br><br>By *B. Dylan Proctor by RH*<br>B. Dylan Proctor<br>Attorneys for Mattel, Inc. |
| DATED: May 12, 2008 | SKADDEN ARPS SLATE MEAGHER & FLOM, LLP<br><br>By *RH*<br>Robert J. Herrington<br>Attorneys for MGA Entertainment, Inc., Isaac Larian, and MGA Entertainment (HK) Ltd. |
| DATED: May 12, 2008 | KEKER & VAN NEST, LLP<br><br>By *Matthew Werdegar by RH*<br>Matthew M. Werdegar<br>Attorneys for Carter Bryant |

STIPULATION REGARDING FILING OF JOINT WITNESS LIST
- Case No. CV 04-9049 SGL (RNBx)