1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARTER BRYANT, an individual, | CASE NO. CV 04-9049 SGL (RNBx) |
| Plaintiff, | Consolidated with Case No. 04-9059 and Case No. 05-2727 |
| v. | |
| MATTEL, INC., a Delaware corporation, | |
| Defendant. | [PROPOSED] ORDER REGARDING FILING OF JOINT WITNESS LIST AND EXHIBIT LIST |
| Consolidated with MATTEL, INC. v. BRYANT and MGA ENTERTAINMENT, INC. v. MATTEL, INC. | |

[PROPOSED] ORDER REGARDING FILING OF JOINT WITNESS LIST

# ORDER

Based on the concurrently filed Stipulation of the Parties, and good cause appearing therefore, it is hereby ORDERED that:

1. The parties shall file their Rule 16 joint submission of witness lists (including anticipated direct and cross examination time with each witness the parties presently intend to call, as well as a listing of exhibits to which each witness may testify) by May 13, 2008.

2. All other aspects of the Court's May 6, 2008 Order shall remain in effect.

Dated: May __, 2008

_____
The Honorable Stephen G. Larson
United States District Court Judge

2
[PROPOSED] ORDER REGARDING FILING OF JOINT WITNESS LIST