Larry McFarland (Bar No. 129668)
Christian Dowell (Bar No. 241973)
KEATS, McFARLAND & WILSON LLP
9720 Wilshire Blvd.
Penthouse Suite
Beverly Hills, CA 90212
Telephone: (310) 248-3830
Facsimile: (310) 860-0363
Email: lmcfarland@kmwlaw.com
    cdowell@kmwlaw.com

Attorneys AnaElise Cloonan

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br>v.<br><br>MATTEL, INC., a Delaware corporation;<br><br>Defendant.<br><br>AND RELATED ACTIONS. | Case No.: CV 04 – 09049 SGL (RNBx)<br>Consolidated with Case Nos.<br>CV 04-9059 and CV 05-2727<br><u>Hon. Stephen G. Larson</u><br><br>[PROPOSED] ORDER RE APPLICATION TO FILE UNDER SEAL EXHIBIT 5 TO DECLARATION OF CHRISTIAN DOWELL IN SUPPORT OF ANAELISE CLOONAN'S REPLY TO MATTEL'S OPPOSITION TO ANAELISE CLOONAN'S MOTION OBJECTING TO PORTIONS OF DISCOVERY MASTER'S APRIL 11, 2008 ORDER REGARDING A FURTHER EXAMINATION OF MS. CLOONAN'S COMPUTER AND ZIP DISK |

1                    [~~PROPOS~~ED] ORDER

3      Based on the concurrently filed Application to filed under seal Exhibit 5 to the Declaration of Christian Dowell in Support of Ms. Cloonan's reply to Mattel's Opposition to Ms. Cloonan's Motion for an order overruling the portion of Judge Infante's April 11, 2008 order which ordered another examination of Ms. Cloonan's personal computer and zip disk, and good cause appearing for the entry thereof, IT IS HEREBY ORDERED:

9      Exhibit 5 to the Declaration of Christian Dowell in Support of Ms. Cloonan's reply to Mattel's Opposition to Ms. Cloonan's Motion for an order overruling the portion of Judge Infante's April 11, 2008 order which ordered another examination of Ms. Cloonan's personal computer and zip disk, is ORDERED filed under seal pursuant to Local Rule 79-5.1.

Dated: May 9, 2008

                                    /s/ Larson
                                    Hon. Stephen G. Larson
                                    United Stated District Judge