QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile:  (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with<br>Case Nos. CV 04-09059 & CV 05-2727<br><br>**DISCOVERY MATTER**<br><br>Hon. Stephen G. Larson<br><br>[~~PROPOSED~~] ORDER RE MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL THE DECLARATION OF STEPHEN Q. WOOD IN SUPPORT OF MATTEL, INC.'S REPLY MOTION OBJECTING TO PORTIONS OF THE DISCOVERY MASTER'S APRIL 11, 2008 ORDER GRANTING IN PART AND DENYING IN PART MATTEL'S MOTION TO COMPEL PRODUCTION OF ELECTRONIC MEDIA FROM THIRD PARTIES ELISE CLOONAN, MARGARET HATCH-LEAHY AND VERONICA MARLOW.<br><br>Hearing Date: May 19, 2008<br>Time: 10:00 a.m.<br>Place: Courtroom<br><br>**Phase 1**<br>Discovery Cut-Off: January 28, 2008<br>Pre-Trial Conference: May 5, 2008<br>Trial Date: May 27, 2008 |

07209/2499124.1

[PROPOSED] ORDER

## [~~PROPOSED~~] ORDER

Based on the concurrently filed Application to File Under Seal the Declaration Of Stephen Q. Wood In Support Of Mattel, Inc.'s Reply Motion Objecting To Portions Of The Discovery Master's April 11, 2008 Order Granting In Part And Denying In Part Mattel's Motion To Compel Production Of Electronic Media From Third Parties Elise Cloonan, Margaret Hatch-Leahy And Veronica Marlow, and good cause appearing for the entry thereof, IT IS HEREBY ORDERED:

The Declaration Of Stephen Q. Wood In Support Of Mattel, Inc.'s Reply Motion Objecting To Portions Of The Discovery Master's April 11, 2008 Order Granting In Part And Denying In Part Mattel's Motion To Compel Production Of Electronic Media From Third Parties Elise Cloonan, Margaret Hatch-Leahy And Veronica Marlow is ORDERED filed under seal pursuant to Local Rule 79-5.1.

DATED: MAY -9 2008, 2008

_____
Hon. Stephen G. Larson
United States District Judge