QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
John B. Quinn (Bar No. 090378)
(johnquinn@quinnemanuel.com)
Michael T. Zeller (Bar No. 196417)
(michaelzeller@quinnemanuel.com)
Jon D. Corey (Bar No. 185066)
(joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:  (213) 443-3000
Facsimile:  (213) 443-3100

Attorneys for Mattel, Inc.

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with<br>Case Nos. CV 04-09059 & CV 05-2727<br><br>**DISCOVERY MATTER**<br><br>**[To Be Heard By Discovery Master Hon. Edward Infante (Ret.) Pursuant To The Court's Order Of December 6, 2006]**<br><br>[~~PROPOSED~~] ORDER RE MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL EXHIBIT 1 TO THE SECOND SUPPLEMENTAL DECLARATION OF DIANE HUTNYAN IN SUPPORT OF MATTEL'S *EX PARTE* APPLICATION FOR ACCESS TO CERTAIN BRYANT ORIGINALS<br><br>**Phase 1**<br>Discovery Cut-Off:  January 28, 2008<br>Pre-Trial Conference: May 5, 2008<br>Trial Date:  May 27, 2008 |

## [PR~~OPOS~~ED] ORDER

Based on the concurrently filed Application to File Under Seal Exhibit 1 to the Second Supplemental Declaration of Diane Hutnyan in support of Mattel, Inc.'s *Ex Parte* Application to for Access to Certain Bryant Originals.

IT IS HEREBY ORDERED:

Exhibit 1 to the Second Supplemental Declaration of Diane Hutnyan in support of Mattel, Inc.'s *Ex Parte* Application are ORDERED filed under seal pursuant to Local Rule 79-5.1.

DATED: MAY -9 2008, 2008

*/s/ S.G. Larson*
Hon. Stephen G. Larson
United States District Judge