QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

CARTER BRYANT, an individual,

   Plaintiff,

   vs.

MATTEL, INC., a Delaware corporation,

   Defendant.

AND CONSOLIDATED ACTIONS

CASE NO. CV 04-9049 SGL (RNBx)
Consolidated with
Case Nos. CV 04-09059 & CV 05-2727

Hon. Stephen G. Larson

[PROPOSED] ORDER RE MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL THE DECLARATION OF HARRY A. OLIVAR, JR. IN SUPPORT OF MATTEL, INC'S OPPOSITION TO DISCOVERY MASTER'S APRIL 25, 2008 ORDER DENYING MGA'S MOTION TO COMPEL DISCOVERY ON ISSUES AS TO WHICH MATTEL HAS PURPORTEDLY WAIVED THE ATTORNEY-CLIENT AND WORK PRODUCT PRIVILEGES BY CLAIM ASSERTION

Hearing Date: May 12, 2008
Time: 10:00 a.m.
Place: Courtroom 1

**Phase 1**
Discovery Cut-Off: January 28, 2008
Pre-Trial Conference: May 19, 2008
Trial Date: May 27, 2008

# [~~PROPOS~~ED] ORDER

Based on the concurrently filed Application to File Under Seal the Declaration of Harry A. Olivar, Jr. in Support of Mattel, Inc.'s Opposition to MGA's Motion Objecting to the Discovery Master's April 25, 2008 Order Denying MGA's Motion to Compel Discovery on Issues as to Which Mattel Has Purportedly Waived the Attorney-Client and Work Product Privileges by Claim Assertion, and good cause appearing for the entry thereof, IT IS HEREBY ORDERED:

The above-referenced Declaration of Harry A. Olivar, Jr. is ORDERED filed under seal pursuant to Local Rule 79-5.1.

DATED: MAY -9 2008, 2008

Hon. Stephen G. Larson
United States District Judge