ORIGINAL

LODGED 2008 MAY -7 AM 11:57

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
John B. Quinn (Bar No. 090378)
(johnquinn@quinnemanuel.com)
Michael T. Zeller (Bar No. 196417)
(michaelzeller@quinnemanuel.com)
Jon D. Corey (Bar No. 185066)
(joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with<br>Case Nos. CV 04-09059 & CV 05-2727<br><br>[~~PROPOSED~~] ORDER RE MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL ITS MOTION FOR RECONSIDERATION AND APPEAL OF DISCOVERY MASTER'S APRIL 22, 2008 ORDER DENYING MOTION TO COMPEL ADDITIONAL DEPOSITION TESTIMONY OF VERONICA MARLOW AND RELATED DOCUMENTS<br><br>Hearing Date: June 16, 2008<br>Time: 10:00 a.m.<br>Place: Courtroom 1<br><br>**Phase 1:**<br>Pre-trial Conference: May 19, 2008<br>Trial Date: May 27, 2008 |

07209/2496701.1

[PROPOSED] ORDER

## ~~[PROPOSED]~~ ORDER

Based on the concurrently filed Mattel, Inc.'s Application to File Under Seal Its Notice of Motion and Motion For Reconsideration And Appeal Of Discovery Master's April 22, 2008 Order Denying Motion To Compel Additional Deposition Testimony Of Veronica Marlow and Related Documents,

IT IS HEREBY ORDERED:

Notice of Motion and Motion For Reconsideration And Appeal Of Discovery Master's April 22, 2008 Order Denying Motion To Compel Additional Deposition Testimony Of Veronica Marlow, the Declaration of James J. Webster in support, and Exhibits 1-10, 15-21, 24, and 26-29 to the Declaration of Cyrus S. Naim in support, are ORDERED filed under seal pursuant to Local Rule 79-5.1.

DATED: MAY 8 2008, 2008

_/s/ S.G. Larson_
Hon. Stephen G. Larson
United States District Judge

## PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 865 South Figueroa Street, 10th Floor, Los Angeles, California 90017-2543.

On May 7, 2008, I served true copies of the following document(s) described as **[PROPOSED] ORDER RE MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL ITS MOTION FOR RECONSIDERATION AND APPEAL OF DISCOVERY MASTER'S APRIL 22, 2008 ORDER DENYING MOTION TO COMPEL ADDITIONAL DEPOSITION TESTIMONY OF VERONICA MARLOW AND RELATED DOCUMENTS** on the parties in this action as follows:

Thomas J. Nolan, Esq.
**Skadden, Arps, Slate, Meagher & Flom LLP**
300 So. Grand Ave.
Suite 3400
Los Angeles CA 90071
*Attorneys for MGA Entertainment*

John W. Keker
**Keker & Van Nest, LLP**
710 Sansome Street
San Francisco, CA 94111
*Attorneys for CARTER BRYANT*

Mark E. Overland, Esq.
David E. Scheper, Esq.
Alexander H. Cote, Esq.
**Overland Borenstein Scheper & Kim, LLP**
One Bunker Hill
601 West Fifth Street, 12th Floor
Los Angeles, CA 90017
*Attorneys for Carlos Gustavo Machado*

Larry McFarland, Esq.
**Keats, McFarland & Wilson, LLP**
9720 Wilshire Blvd., Penthouse Suite
Beverly Hills, CA 90212

**BY MAIL:** I enclosed the foregoing into sealed envelope(s) addressed as shown above, and I deposited such envelope(s) in the mail at Los Angeles, California. The envelope was mailed with postage thereon fully prepaid.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on May 7, 2008, at Los Angeles, California.

*/s/ Yalonda J. Dekle*
Yalonda J. Dekle