1  THOMAS J. NOLAN (Bar No. 66992)
   SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
2  300 South Grand Avenue
   Los Angeles, California 90071-3144
3  Telephone: (213) 687-5000
   Facsimile: (213) 687-5600
4  E-mail: tnolan@skadden.com

5  RAOUL D. KENNEDY (Bar No. 40892)
   SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
6  Four Embarcadero Center, 38th Floor
   San Francisco, California 94111-5974
7  Telephone: (415) 984-6400
   Facsimile: (415) 984-2698
8  E-mail: rkennedy@skadden.com

9  Attorneys for Counter-Defendants,
   MGA ENTERTAINMENT, INC.,
10 ISAAC LARIAN, MGA ENTERTAINMENT (HK) LIMITED,
   and MGAE de MEXICO S.R.L. de C.V.

11

12              UNITED STATED DISTRICT COURT

13              CENTRAL DISTRICT OF CALIFORNIA

14                    EASTERN DIVISION

15 CARTER BRYANT, an individual,    ) CASE NO. CV 04-9049 SGL (RNBx)
                                    )
16              Plaintiff,          ) Consolidated with Case No. 04–9059 and
                                    ) Case No. 05–2727
17      v.                          )
                                    ) [PROPOSED] ORDER GRANTING
18 MATTEL, INC., a Delaware         ) MGA PARTIES' APPLICATION TO
   corporation,                     ) FILE UNDER SEAL THEIR
19                                  ) OPPOSITION TO MATTEL'S
                Defendant.          ) MOTION OBJECTING TO
20                                  ) PORTIONS OF DISCOVERY
                                    ) MASTER'S APRIL 14, 2008 ORDER
21 Consolidated with MATTEL, INC.   ) GRANTING IN PART MATTEL'S
   v. BRYANT and MGA                ) MOTION TO COMPEL
22 ENTERTAINMENT, INC. v.           ) PRODUCTION OF DOCUMENTS
   MATTEL, INC.                     ) AND THINGS BY MGA
23                                  ) ENTERTAINMENT, INC.

24                                  Hearing Date: May 12, 2008
                                    Time:         10:00 a.m.
25                                  Place:        Courtroom 1

26                                  **Phase 1:**
                                    Pre-Trial Conference: May 19, 2008
27  **ORIGINAL**                    Trial Date:    May 27, 2008

28

[PROPOSED] ORDER GRANTING APPLICATION TO FILE UNDER SEAL CASE NO. CV 04-9049 SGL (RNBx)

# [~~PROPOSED~~] ORDER

Based on MGA Parties' Application To File Under Seal Their Opposition To Mattel's Motion Objecting To Portions Of Discovery Master's April 14, 2008 Order Granting In Part Mattel, Inc.'s Motion To Compel Production Of Documents And Things By MGA Entertainment, Inc., and good cause appearing for the entry thereof, IT IS HEREBY ORDERED that the following documents be filed under seal pursuant to Local Rule 79-5.1: MGA Parties' Memorandum Of Points And Authorities In Opposition To Mattel's Motion Objecting To Portions Of Discovery Master's April 14, 2008 Order Granting In Part Mattel, Inc.'s Motion To Compel Production Of Documents And Things By MGA Entertainment, Inc. and Notice of Lodging.

DATED: May 9, 2008

_____
Hon. Stephen G. Larson
United States District Court Judge