THOMAS J. NOLAN (Bar No. 66992)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue
Los Angeles, California 90071-3144
Telephone: (213) 687-5000
Facsimile: (213) 687-5600
E-mail: tnolan@skadden.com

RAOUL D. KENNEDY (Bar No. 40892)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Embarcadero Center, 38th Floor
San Francisco, California 94111-5974
Telephone: (415) 984-6400
Facsimile: (415) 984-2698
E-mail: rkennedy@skadden.com

Attorneys for Counter-Defendants,
MGA ENTERTAINMENT, INC.,
ISAAC LARIAN, MGA ENTERTAINMENT (HK) LIMITED,
and MGAE de MEXICO S.R.L. de C.V.

UNITED STATED DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>Consolidated with MATTEL, INC. v. BRYANT and MGA ENTERTAINMENT, INC. v. MATTEL, INC. | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with Case No. 04–9059 and Case No. 05–2727<br><br>[~~PROPOSED~~] ORDER GRANTING MGA'S APPLICATION TO FILE UNDER SEAL ITS OPPOSITION TO MATTEL'S MOTION OBJECTING TO PORTIONS OF DISCOVERY MASTER'S APRIL 14, 2008 ORDER REGARDING MATTEL'S MOTION TO COMPEL COMMUNICATIONS REGARDING THIS ACTION<br><br>Hearing Date: May 12, 2008<br>Time: 10:00 a.m.<br>Place: Courtroom 1<br><br>**Phase 1:**<br>Pre-Trial Conference: May 19, 2008<br>Trial Date: May 27, 2008 |

ORIGINAL

# [~~PROPOSED~~] ORDER

Based on MGA's Application To File Under Seal Its Opposition To Mattel's Motion Objecting To Portions Of Discovery Master's April 14, 2008 Order Regarding Mattel's Motion To Compel Communications Regarding This Action, and good cause appearing for the entry thereof, IT IS HEREBY ORDERED that the following documents be filed under seal pursuant to Local Rule 79-5.1: MGA's Opposition To Mattel's Motion Objecting To Portions Of Discovery Master's April 14, 2008 Order Regarding Mattel's Motion To Compel Communications Regarding This Action and Declaration of Philip W. Marsh In Support of MGA's Opposition To Mattel's Motion Objecting To Portions Of Discovery Master's April 14, 2008 Order Regarding Mattel's Motion To Compel Communications Regarding This Action.

DATED: May 9, 2008

_____
Hon. Stephen G. Larson
United States District Court Judge