Case 2:04-cv-09049-DOC-RNB Document 3630 Filed 05/12/08 Page 1 of 2 Page ID #:63677

THOMAS J. NOLAN (Bar No. 66992)
(tnolan@skadden.com)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue
Los Angeles, CA 90071-3144
Tel.: (213) 687-5000 / Fax: (213) 687-5600

RAOUL D. KENNEDY (Bar No. 40892)
(rkennedy@skadden.com)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
4 Embarcadero Center, 38th Floor
San Francisco, CA 94111-5974
Tel.: (415) 984-6400 / Fax: (415) 984-2698

Attorneys for MGA Entertainment, Inc., MGA Entertainment (HK) Limited, MGAE de Mexico, S.R.L. DE C.V., and Isaac Larian

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>APPLICATION TO FILE UNDER SEAL MGA PARTIES' MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO MATTEL, INC.'S NOTICE OF MOTION AND MOTION OBJECTING TO DISCOVERY MASTER'S DENIAL OF MOTION TO COMPEL PRODUCTION OF DOCUMENT BATES NUMBERED MGA 38101819-22 |

1  Pursuant to Local Rule 79-5.1 and the Stipulated Protective Order entered by
2  the Court in this action, MGA Entertainment, Inc. ("MGA") hereby respectfully
3  requests that the Court order the following documents be filed under seal: MGA
4  Parties' Memorandum of Points and Authorities in Opposition to Mattel, Inc.'s
5  Notice of Motion and Motion Objecting to Discovery Master's Denial of Motion to
6  Compel Production of Document Bates Numbered MGA 3801819-22, the associated
7  declarations of Robert J. Herrington, Isaac Larian, and Lance Etcheverry, and related
8  exhibits. Good cause exists for filing these documents under seal, as they refer to
9  certain documents that have been designated as "Confidential" or "Confidential—
10 Attorneys' Eyes Only" pursuant to the Protective Order. In the alternative, MGA
11 requests that the Court declare the exhibits to the declaration to be outside the
12 definitions of "Confidential" and "Confidential—Attorneys' Eyes Only" as contained
13 in the Stipulated Protective Order and order them to be filed as part of the public
14 record.

DATED: May 9, 2008

SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP

By: /s/ Thomas Nolan
Thomas Nolan
Attorneys for MGA Entertainment, Inc.