LODGED

2008 MAY 12 AM 11:06

FILED
CLERK, U.S. DISTRICT COURT
MAY 12 2008
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION  BY DEPUTY

THOMAS J. NOLAN (Bar No. 66992)
(tnolan@skadden.com)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue
Los Angeles, CA 90071-3144
Tel.: (213) 687-5000 / Fax: (213) 687-5600

RAOUL D. KENNEDY (Bar No. 40892)
(rkennedy@skadden.com)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
4 Embarcadero Center, 38th Floor
San Francisco, CA 94111-5974
Tel.: (415) 984-6400 / Fax: (415) 984-2698

Attorneys for MGA Entertainment, Inc., MGA Entertainment (HK) Limited, MGAE de Mexico, S.R.L. DE C.V., and Isaac Larian

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>[PROPOSED] ORDER |

[PROPOSED] ORDER
Case No. CV 04-9049 SGL (RNBx)
Q:\Documents and Settings\jchun\Local Settings\Temporary Internet Files\OLK3\lac1-503442-1.doc
MSW - Draft May 9, 2008 - 1:24 PM

## ORDER

Based on the Application, and good cause appearing for the entry thereof, IT IS HEREBY ORDERED that the following documents be filed under seal pursuant to Local Rule 79-5.1: MGA Parties' Memorandum of Points and Authorities in Opposition to Mattel, Inc.'s Notice of Motion and Motion Objecting to Discovery Master's Denial of Motion to Compel Production of Document Bates Numbered MGA 3801819-22, the associated declarations of Robert J. Herrington, Isaac Larian, and Lance Etcheverry, and related exhibits.

DATED: May 12, 2008

*/s/ S.G. Larson*

Hon. Stephen G. Larson
United States District Court Judge