THOMAS J. NOLAN (Bar No. 66992)
(tnolan@skadden.com)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue
Los Angeles, CA 90071-3144
Tel.: (213) 687-5000 / Fax: (213) 687-5600

RAOUL D. KENNEDY (Bar No. 40892)
(rkennedy@skadden.com)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
4 Embarcadero Center, 38th Floor
San Francisco, CA 94111-5974
Tel.: (415) 984-6400 / Fax: (415) 984-2698

Attorneys for MGA Entertainment, Inc., MGA Entertainment (HK) Limited, MGAE de Mexico, S.R.L. DE C.V., and Isaac Larian

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with Case No. 04-9059 and Case No. 05-2727<br><br>**DISCOVERY MATTER**<br><br>**APPLICATION TO FILE UNDER SEAL MGA PARTIES' OPPOSITION TO MATTEL, INC.'S MOTION FOR RECONSIDERATION AND APPEAL OF DISCOVERY MASTER'S APRIL 22, 2008 ORDER DENYING MOTION TO COMPEL ADDITIONAL DEPOSITION TESTIMONY OF VERONICA MARLOW AND DECLARATION OF ROBERT HERRINGTON IN SUPPORT THEREOF** |

1  Pursuant to Local Rule 79-5.1 and the Stipulated Protective Order entered by
2  the Court in this action, MGA Entertainment, Inc. ("MGA"), Isaac Larian
3  ("Mr. Larian" or "Larian"), MGA Entertainment (HK) Limited ("MGA HK"), and
4  MGAE de Mexico S.R.L. de C.V. ("MGA Mexico") (collectively, the "MGA
5  Parties") hereby respectfully request that the Court order the following documents be
6  filed under seal: MGA Parties' Opposition to Mattel, Inc.'s Motion for
7  Reconsideration and Appeal of Discovery Master's April 22, 2008 Order Denying
8  Motion to Compel Additional Deposition Testimony of Veronica Marlow and the
9  Declaration of Robert Herrington in support thereof. Good cause exists for filing
10 these documents under seal because certain exhibits attached to the declaration have
11 been designated as "Confidential" or "Confidential—Attorneys' Eyes Only"
12 pursuant to the Protective Order, and the opposition references these exhibits.

DATED: May 9, 2008

SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP

By: _____
Thomas J. Nolan (by AW)

Attorneys for MGA Entertainment, Inc., Isaac Larian, MGA Entertainment (HK) Limited, and MGAE de Mexico S.R.L. de C.V