THOMAS J. NOLAN (Bar No. 66992)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue
Los Angeles, California 90071-3144
Telephone: (213) 687-5000
Facsimile: (213) 687-5600
E-mail: tnolan@skadden.com

RAOUL D. KENNEDY (Bar No. 40892)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Embarcadero Center, Suite 3800
San Francisco, CA 94111
Telephone: (415) 984-6400
Facsimile: (415) 984-2698
E-mail: rkennedy@skadden.com

Attorneys for Counter-Defendants,
MGA ENTERTAINMENT, INC.,
ISAAC LARIAN, MGA ENTERTAINMENT (HK) LIMITED,
and MGAE de MEXICO S.R.L. de C.V.

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation<br><br>Defendant.<br><br>Consolidated with MATTEL, INC. v. BRYANT and MGA ENTERTAINMENT, INC. v. MATTEL, INC. | CASE NO.: CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with Case No. 04-9059 and Case No. 05-2727<br><br>**PROOF OF SERVICE**<br><br>Hearing Date: May 12, 2008<br>Time: 10:00 a.m.<br>Place: Courtroom 1<br><br>**Phase 1:**<br>Pre-Trial Conference: May 19, 2008<br>Trial Date: May 27, 2008 |

**ORIGINAL**

PROOF OF SERVICE                                              NO. CV 04-9049 SGL (RNBx)

## PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO

I am employed in the County of San Francisco, State of California. I am over the age of 18 and not a party to the within action. My business address is 4 Embarcadero Center, Suite 3800, San Francisco, California 94111.

On **May 8, 2008**, I served the foregoing documents described as:

**SEE ATTACHED DOCUMENT LIST**

on the interested parties in this action addressed as follows:

**SEE ATTACHED SERVICE LIST**

☐ (BY PERSONAL SERVICE)  ☐ By personally delivering copies to the person served. (FEDERAL) (As Noted.)

☐ I caused such documents to be hand delivered to the office of the addressee. (FEDERAL) (As Noted.)

☒ (BY FEDERAL EXPRESS) I am readily familiar with the firm's practice for the daily collection and processing of correspondence for deliveries with the Federal Express delivery service and the fact that the correspondence would be deposited with Federal Express that same day in the ordinary course of business; on this date, the above-referenced document was placed for deposit at San Francisco, California and placed for collection and delivery following ordinary business practices. (As Noted.)

I declare under penalty of perjury under the laws of the State of California and the United States of America that the above is true and correct.

Executed on **May 8, 2008** at San Francisco, California.

Pat Owens            *Pat Owens*
Print Name               Signature

-1-

PROOF OF SERVICE                NO. CV 04-9049 SGL (RNBx)

## DOCUMENT LIST

1) **MGA PARTIES' MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO MATTEL'S MOTION OBJECTING TO PORTIONS OF DISCOVERY MASTER'S APRIL 14, 2008 ORDER DENYING MOTION TO COMPEL PRODUCTION IN RESPONSE TO MATTEL'S FIFTH SET OF REQUESTS FOR PRODUCTION; and**

2) **PROOF OF SERVICE**

| | |
|---|---|
| 1 | **SERVICE LIST** |

```
 3  John B. Quinn, Esq.                     John W. Keker, Esq.
    Michael T. Zeller, Esq.                 Michael H. Page, Esq.
 4  Jon D. Corey, Esq.                      Keker & Van Nest, LLP
    Timothy L. Alger, Esq.                  710 Sansome Street
 5  Quinn Emanuel Urquhart                  San Francisco, CA  94111
       Oliver & Hedges, LLP                 Telephone:  (415) 391-5400
 6  865 South Figueroa Street, 10th Floor   Facsimile:  (415) 397-7188
    Los Angeles, CA  90017-2543
 7  Telephone:  (213) 443-3000              Attorneys for Carter Bryant
    Facsimile:  (213) 443-3100              [Federal Express]
 8
    Attorneys for Mattel, Inc.
 9  [Federal Express]

10

11  Mark E. Overland, Esq.
    Alexander H. Cote, Esq.
12  David C. Scheper, Esq.
    Overland Borenstein Scheper & Kim
13  300 South Grand Avenue, Suite 2750
    Los Angeles, CA  90071
14  Telephone:  (213) 613-4655
    Facsimile:  (213) 613-4656
15
    Attorneys for Carlos Gustavo
16  Machado Gomez
    [Federal Express]
```