QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with<br>Case Nos. CV 04-09059 & CV 05-2727<br><br>Hon. Stephen G. Larson<br><br>PROOF OF SERVICE<br><br>Hearing Date: May 12, 2008<br>Time: 10:00 a.m.<br>Place: Courtroom 1 |

FILED 2008 MAY -9 PM 1:48
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIF.

ORIGINAL

07209/2499124.1

PROOF OF SERVICE

# PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is Now Legal Service, 1301 W. 2nd Street, Suite 206, Los Angeles, CA 90026.

On May 9, 2008, I served true copies of the following document(s) described as

1. DECLARATION OF HARRY A. OLIVAR, JR. IN SUPPORT OF MATTEL, INC.'S OPPOSITION TO MGA'S MOTION OBJECTING TO DISCOVERY MASTER'S APRIL 25, 2008 ORDER DENYING MGA'S MOTION TO COMPEL DISCOVERY ON ISSUES AS TO WHICH MATTEL HAS PURPORTEDLY WAIVED THE ATTORNEY-CLIENT AND WORK PRODUCT PRIVILEGES BY CLAIM ASSERTION - FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER

2. MATTEL, INC.'S OPPOSITION TO MGA'S MOTION OBJECTING TO DISCOVERY MASTER'S APRIL 25, 2008 ORDER DENYING MGA'S MOTION TO COMPEL DISCOVERY ON ISSUES AS TO WHICH MATTEL HAS WAIVED THE ATTORNEY-CLIENT AND WORK PRODUCT PRIVILEGES BY CLAIM ASSERTION

3. APPLICATION TO FILE UNDER SEAL

4. [PROPOSED] ORDER GRANTING APPLICATION TO FILE UNDER SEAL

on the parties in this action as follows:

John W. Keker, Esq.
Michael H. Page, Esq.
Christina M. Anderson, Esq.
**Keker & Van Nest, LLP**
710 Sansome Street
San Francisco, CA 94111

**BY MAIL:** I enclosed the foregoing into sealed envelope(s) addressed as shown above, and I deposited such envelope(s) in the mail at Los Angeles, California. The envelope was mailed with postage thereon fully prepaid.

**BY FEDEX:** I deposited such document(s) in a box or other facility regularly maintained by FedEx, or delivered such document(s) to a courier or driver authorized by FedEx to receive documents, in sealed envelope(s) or package(s) designated by FedEx with delivery fees paid or provided for, addressed to the person(s) being served.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on May 9, 2008, at Los Angeles, California.

NOW LEGAL -- Dave Quintana

07209/2442344.1

## PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is Now Legal Service, 1301 W. 2nd Street, Suite 206, Los Angeles, CA 90026.

On May 9, 2008, I served true copies of the following document(s) described as

1. DECLARATION OF HARRY A. OLIVAR, JR. IN SUPPORT OF MATTEL, INC.'S OPPOSITION TO MGA'S MOTION OBJECTING TO DISCOVERY MASTER'S APRIL 25, 2008 ORDER DENYING MGA'S MOTION TO COMPEL DISCOVERY ON ISSUES AS TO WHICH MATTEL HAS PURPORTEDLY WAIVED THE ATTORNEY-CLIENT AND WORK PRODUCT PRIVILEGES BY CLAIM ASSERTION - FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER

2. MATTEL, INC.'S OPPOSITION TO MGA'S MOTION OBJECTING TO DISCOVERY MASTER'S APRIL 25, 2008 ORDER DENYING MGA'S MOTION TO COMPEL DISCOVERY ON ISSUES AS TO WHICH MATTEL HAS WAIVED THE ATTORNEY-CLIENT AND WORK PRODUCT PRIVILEGES BY CLAIM ASSERTION

3. APPLICATION TO FILE UNDER SEAL

4. [PROPOSED] ORDER GRANTING APPLICATION TO FILE UNDER SEAL

on the parties in this action as follows:

Thomas J. Nolan
**Skadden, Arps, Slate, Meageher & Flom LLP**
300 South Grand Ave., Ste. 3400
Los Angeles, CA 90071

**BY MAIL:** I enclosed the foregoing into sealed envelope(s) addressed as shown above, and I deposited such envelope(s) in the mail at Los Angeles, California. The envelope was mailed with postage thereon fully prepaid.

**BY PERSONAL SERVICE:** I delivered such envelope(s) by hand to the office of the person(s) being served.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on May 9, 2008, at Los Angeles, California.

NOW LEGAL -- Dave Quintana

07209/2442344.1

# PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is Now Legal Service, 1301 W. 2nd Street, Suite 206, Los Angeles, CA 90026.

On May 9, 2008, I served true copies of the following document(s) described as

1. DECLARATION OF HARRY A. OLIVAR, JR. IN SUPPORT OF MATTEL, INC.'S OPPOSITION TO MGA'S MOTION OBJECTING TO DISCOVERY MASTER'S APRIL 25, 2008 ORDER DENYING MGA'S MOTION TO COMPEL DISCOVERY ON ISSUES AS TO WHICH MATTEL HAS PURPORTEDLY WAIVED THE ATTORNEY-CLIENT AND WORK PRODUCT PRIVILEGES BY CLAIM ASSERTION - FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER

2. MATTEL, INC.'S OPPOSITION TO MGA'S MOTION OBJECTING TO DISCOVERY MASTER'S APRIL 25, 2008 ORDER DENYING MGA'S MOTION TO COMPEL DISCOVERY ON ISSUES AS TO WHICH MATTEL HAS WAIVED THE ATTORNEY-CLIENT AND WORK PRODUCT PRIVILEGES BY CLAIM ASSERTION

3. APPLICATION TO FILE UNDER SEAL

4. [PROPOSED] ORDER GRANTING APPLICATION TO FILE UNDER SEAL

on the parties in this action as follows:

Mark E. Overland
David C. Scheper
Alexander H. Cote
**Overland Borenstein Scheper & Kim LLP**
601 West Fifth Street, 12th Floor
Los Angeles, CA 90017

**BY MAIL:** I enclosed the foregoing into sealed envelope(s) addressed as shown above, and I deposited such envelope(s) in the mail at Los Angeles, California. The envelope was mailed with postage thereon fully prepaid.

Executed on May 9, 2008, at Los Angeles, California.

_____
NOW LEGAL -- Dave Quintana

07209/2442344.1