UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual, | CASE NO. CV 04-9049 SGL (RNBx) |
| Plaintiff, | Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727 |
| vs. | |
| MATTEL, INC., a Delaware corporation, | Hon. Stephen G. Larson |
| Defendant. | STIPULATION RE: SUPPLEMENTAL REPORTS OF FRANK KEISER |
| AND CONSOLIDATED ACTIONS | ORDER |
| | Phase 1:<br>Discovery Cut-off:  January 28, 2008<br>Pre-trial Conference: May 5, 2008<br>Trial Date:  May 27, 2008 |

07209/2498021.1

**ORDER**

1
2  IT IS HEREBY ORDERED THAT the Scheduling Order be modified for the
3  sole and limited purpose of allowing the April 3, 2008 and April 22, 2008
4  Supplemental Reports of Frank Keiser to be deemed timely submitted as to the tangible
5  items described therein.
6
7  DATED: May 12, 2008
8  Hon. Stephen Larson
   U.S. District Court Judge

07209/2498021.1

-1-
STIPULATION RE SUPPLEMENTAL REPORT OF FRANK KEISER