QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
  Timothy L. Alger (Bar No. 160303)
  (timalger@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with<br>Case Nos. CV 04-09059 & CV 05-2727<br><br>MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL (1) MATTEL, INC.'S NOTICE OF MOTION AND MOTION OBJECTING TO DISCOVERY MASTER'S MAY 8, 2008 ORDER DENYING MATTEL'S MOTION FOR RECONSIDERATION OF FEBRUARY 26, 2008 ORDER DENYING MOTION TO COMPEL DEPOSITION OF CHRISTOPHER PALMERI; AND RENEWED MOTION OBJECTING TO FEBRUARY 26, 2008 ORDER; AND (2) EXHIBITS 14, 18, 21, 22, 24, 25, 29 AND 30 TO THE DECLARATION OF MICHAEL J. NIBORSKI IN SUPPORT OF MATTEL, INC.'S NOTICE OF MOTION AND MOTION OBJECTING TO DISCOVERY MASTER'S MAY 8, 2008 ORDER DENYING MATTEL'S MOTION FOR RECONSIDERATION OF FEBRUARY 26, 2008 ORDER DENYING MOTION TO COMPEL DEPOSITION OF CHRISTOPHER PALMERI; AND RENEWED MOTION OBJECTING TO FEBRUARY 26, 2008 ORDER<br><br>[[Proposed] Order filed concurrently]<br><br>Hearing Date: N/A<br>Time: N/A<br>Court Room: N/A<br><br>**Phase 1**<br>Discovery Cut-off: January 28, 2008<br>Pre-trial Conference: May 19, 2008<br>Trial Date: May 27, 2008 |

07209/2501978.1

MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL

1        Pursuant to Local Rule 79-5.1 and the Stipulated Protective Order
2  entered by the Court in this action, Mattel, Inc. ("Mattel") hereby respectfully
3  requests that the Court order filed under seal (1) Mattel, Inc.'s Notice of Motion and
4  Motion Objecting to Discovery Master's May 8, 2008 Order Denying Mattel's
5  Motion for Reconsideration of February 26, 2008 Order Denying Motion to Compel
6  Deposition of Christopher Palmeri; and Renewed Motion Objecting to February 26,
7  2008 Order (the "Motion"); (2) Exhibits 14, 18, 21, 22, 24, and 25 to the Declaration
8  of Michael J. Niborski In Support Of the Motion (the "Declaration"); and Notice of
9  Lodging.
10       The Motion quotes and the Declaration attaches materials that Carter
11 Bryant and MGA have designated as "Confidential--Attorneys' Eyes Only" pursuant
12 to the Protective Order. MGA has designated the deposition testimony of Samir
13 Khare and Isaac Larian (quoted in the Motion) and Exhibits 14, 18, 22, 24, and 25 to
14 the Declaration as "Confidential--Attorneys' Eyes Only." Carter Bryant has
15 designated Exhibit 21 to the Declaration as "Confidential--Attorneys' Eyes Only."
16 Mattel filed Exhibit 18 under seal. In addition, Mattel has filed a Notice of Lodging
17 of Mattel, Inc.'s Notice of Motion and Motion to Compel the Deposition of
18 Christopher Palmeri, dated January 21, 2008 and Opposition to Mattel's Motion to
19 Compel the Deposition of Christopher Palmeri, dated January 29, 2008, which were
20 both filed under seal. Accordingly, Mattel requests that the Court order that the
21 Motion, Declaration and Notice of Lodging be filed under seal.
22       In the alternative, Mattel requests that the Court declare that the
23 deposition testimony of Samir Khare and Isaac Larian, Exhibits 14, 18, 21, 22, 24,
24 and 25 to the Declaration, and of Mattel, Inc.'s Notice of Motion and Motion to
25 Compel the Deposition of Christopher Palmeri, dated January 21, 2008 and
26 Opposition to Mattel's Motion to Compel the Deposition of Christopher Palmeri,
27
28

1  dated January 29, 2008 are outside the definitions of "Confidential" as contained in
2  the Stipulated Protective Order and order it to be filed as part of the public record.
3  
4  DATED: May 12, 2008                    QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
5  
6                                         By /s/ Tim Alger
7                                         Timothy L. Alger
                                           Attorneys for Mattel, Inc.

# PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is Now Legal Service, 1301 W. 2nd Street, Suite 206, Los Angeles, CA 90026.

On May 12, 2008, I served true copies of the following document(s) described as **MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL (1) MATTEL, INC.'S NOTICE OF MOTION AND MOTION OBJECTING TO DISCOVERY MASTER'S MAY 8, 2008 ORDER DENYING MATTEL'S MOTION FOR RECONSIDERATION OF FEBRUARY 26, 2008 ORDER DENYING MOTION TO COMPEL DEPOSITION OF CHRISTOPHER PALMERI; AND RENEWED MOTION OBJECTING TO FEBRUARY 26, 2008 ORDER; AND (2) EXHIBITS 14, 18, 21, 22, 24, AND 25 TO THE DECLARATION OF MICHAEL J. NIBORSKI IN SUPPORT OF MATTEL, INC.'S NOTICE OF MOTION AND MOTION OBJECTING TO DISCOVERY MASTER'S MAY 8, 2008 ORDER DENYING MATTEL'S MOTION FOR RECONSIDERATION OF FEBRUARY 26, 2008 ORDER DENYING MOTION TO COMPEL DEPOSITION OF CHRISTOPHER PALMERI; AND RENEWED MOTION OBJECTING TO FEBRUARY 26, 2008 ORDER** on the parties in this action as follows:

Thomas J. Nolan
**Skadden, Arps, Slate, Meageher & Flom LLP**
300 South Grand Ave., Ste. 3400
Los Angeles, CA 90071

Mark E. Overland
David C. Scheper
Alexander H. Cote
**Overland Borenstein Scheper & Kim LLP**
601 West Fifth Street, 12th Floor
Los Angeles, CA 90017

John W. Keker, Esq.
Michael H. Page, Esq.
Christina M. Anderson, Esq.
**Keker & Van Nest, LLP**
710 Sansome Street
San Francisco, CA 94111

**BY PERSONAL SERVICE:** I delivered such envelope(s) by hand to the office of the person(s) being served.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on May 12, 2008, at Los Angeles, California.

_____
NOW LEGAL -- Dave Quintana

07209/2442344.1