```
 1  QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
      John B. Quinn (Bar No. 090378)
 2    johnquinn@quinnemanuel.com
      Michael T. Zeller (Bar No. 196417)
 3    (michaelzeller@quinnemanuel.com)
      Jon D. Corey (Bar No. 185066)
 4    (joncorey@quinnemanuel.com)
      Timothy L. Alger (Bar No. 160303)
 5    (timalger@quinnemanuel.com)
    865 South Figueroa Street, 10th Floor
 6  Los Angeles, California  90017-2543
    Telephone: (213) 443-3000
 7  Facsimile: (213) 443-3100

 8  Attorneys for Mattel, Inc.
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED CASES | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with<br>Case Nos. CV 04-09059 & CV 05-2727<br><br>NOTICE OF ERRATA RE MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL (1) MATTEL, INC.'S NOTICE OF MOTION AND MOTION OBJECTING TO DISCOVERY MASTER'S MAY 8, 2008 ORDER DENYING MATTEL'S MOTION FOR RECONSIDERATION OF FEBRUARY 26, 2008 ORDER DENYING MOTION TO COMPEL DEPOSITION OF CHRISTOPHER PALMERI; AND RENEWED MOTION OBJECTING TO FEBRUARY 26, 2008 ORDER; AND (2) EXHIBITS 14, 18, 21, 22, 24, 25, 29 AND 30 TO THE DECLARATION OF MICHAEL J. NIBORSKI IN SUPPORT OF MATTEL, INC.'S NOTICE OF MOTION AND MOTION OBJECTING TO DISCOVERY MASTER'S MAY 8, 2008 ORDER DENYING MATTEL'S MOTION FOR RECONSIDERATION OF FEBRUARY 26, 2008 ORDER DENYING MOTION TO COMPEL DEPOSITION OF CHRISTOPHER PALMERI; AND RENEWED MOTION OBJECTING TO FEBRUARY 26, 2008 ORDER; AND [PROPOSED] ORDER<br>Hearing Date:  N/A<br>Time:  N/A<br>Court Room:  N/A<br>**Phase 1:**<br>Pre-Trial Conference: May 5, 2008<br>Trial Date:  May 27, 2008 |

07209/2503072.1

-1-
NOTICE OF ERRATA RE APP. TO FILE UNDER SEAL AND [PROPOSED] ORDER

1  TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2     PLEASE TAKE NOTICE that Mattel Inc.'s Application to File Under Seal (1) Mattel, Inc.'s Notice of Motion and Motion Objecting to Discovery Master's May 8, 2008 Order Denying Mattel's Motion for Reconsideration of February 26, 2008 Order Denying Motion to Compel Deposition of Christopher Palmeri; and Renewed Motion Objecting to February 26, 2008 Order; and (2) Exhibits 14, 18, 21, 22, 24, and 25 to the Declaration of Michael J. Niborski In Support Of the Motion, and (3) Notice of Lodging (the "Application"); and [Proposed] Order Re Mattel, Inc.'s Application to File Under Seal (1) Mattel, Inc.'s Notice of Motion and Motion Objecting to Discovery Master's May 8, 2008 Order Denying Mattel's Motion for Reconsideration of February 26, 2008 Order Denying MOtion to Compel Deposition of Christopher Palmeri; and Renewed Motion Objecting To February 26, 2008 Order; and (2) Exhibits 14, 18, 21, 22, 24, and 25 and Notice of Lodging to the Declaration of Michael J. Niborski in Support of Mattel, Inc.'s Notice of Motion and Motion Objecting to Discovery Master's May 8, 2008 Order Denying Mattel's Motion for Reconsideration of February 26, 2008 Order Denying Motion to Compel Deposition of Christopher Palmeri; and Renewed Motion Objecting to February 26, 2008 Order ("Proposed Order") incorrectly identified the documents that Mattel requests be filed under seal.

    Mattel requests that the Court order filed under seal the following documents:

    (1) Mattel, Inc.'s Notice of Motion and Motion Objecting to Discovery Master's May 8, 2008 Order Denying Mattel's Motion for Reconsideration of February 26, 2008 Order Denying Motion to Compel Deposition of Christopher Palmeri; and Renewed Motion Objecting to February 26, 2008 Order; and

    (2) Exhibits 14, 18, 21, 22, 24, 25, 27 and 29 to the Declaration of Michael J. Niborski in Support of the Motion.

1  Attached hereto as Exhibits A and B, respectively, are corrected copies
2  of the Application and Proposed Order.
3
4  DATED: May 13, 2008          QUINN EMANUEL URQUHART OLIVER &
                                HEDGES, LLP
5
6                               By /s/ Tim Alger
7                               Timothy L. Alger
                                Attorneys for Mattel, Inc.

# EXHIBIT A

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
  Timothy L. Alger (Bar No. 160303)
  (timalger@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with<br>Case Nos. CV 04-09059 & CV 05-2727<br><br>[CORRECTED] MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL (1) MATTEL, INC.'S NOTICE OF MOTION AND MOTION OBJECTING TO DISCOVERY MASTER'S MAY 8, 2008 ORDER DENYING MATTEL'S MOTION FOR RECONSIDERATION OF FEBRUARY 26, 2008 ORDER DENYING MOTION TO COMPEL DEPOSITION OF CHRISTOPHER PALMERI; AND RENEWED MOTION OBJECTING TO FEBRUARY 26, 2008 ORDER; AND (2) EXHIBITS 14, 18, 21, 22, 24, 25, 27, AND 29 TO THE DECLARATION OF MICHAEL J. NIBORSKI IN SUPPORT OF MATTEL, INC.'S NOTICE OF MOTION AND MOTION OBJECTING TO DISCOVERY MASTER'S MAY 8, 2008 ORDER DENYING MATTEL'S MOTION FOR RECONSIDERATION OF FEBRUARY 26, 2008 ORDER DENYING MOTION TO COMPEL DEPOSITION OF CHRISTOPHER PALMERI; AND RENEWED MOTION OBJECTING TO FEBRUARY 26, 2008 ORDER<br><br>[[Proposed] Order filed concurrently]<br><br>Hearing Date: N/A<br>Time: N/A<br>Court Room: N/A<br><br>Phase 1<br>Discovery Cut-off: January 28, 2008<br>Pre-trial Conference: May 19, 2008<br>Trial Date: May 27, 2008 |

EXHIBIT **A**

PAGE **4**

07209/2501978.1

[CORRECTED] MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL

1    Pursuant to Local Rule 79-5.1 and the Stipulated Protective Order
2    entered by the Court in this action, Mattel, Inc. ("Mattel") hereby respectfully
3    requests that the Court order filed under seal (1) Mattel, Inc.'s Notice of Motion and
4    Motion Objecting to Discovery Master's May 8, 2008 Order Denying Mattel's
5    Motion for Reconsideration of February 26, 2008 Order Denying Motion to Compel
6    Deposition of Christopher Palmeri; and Renewed Motion Objecting to February 26,
7    2008 Order (the "Motion"); (2) Exhibits 14, 18, 21, 22, 24, 25, 27 and 29 to the
8    Declaration of Michael J. Niborski In Support Of the Motion (the "Declaration");
9    and Notice of Lodging.
10   The Motion quotes and the Declaration attaches materials that Carter
11   Bryant and MGA have designated as "Confidential--Attorneys' Eyes Only" pursuant
12   to the Protective Order. MGA has designated the deposition testimony of Samir
13   Khare and Isaac Larian (quoted in the Motion) and Exhibits 14, 18, 22, 24, 25 and
14   27 to the Declaration as "Confidential--Attorneys' Eyes Only." Carter Bryant has
15   designated Exhibit 21 to the Declaration as "Confidential--Attorneys' Eyes Only."
16   Mattel filed Exhibit 18 under seal. Accordingly, Mattel requests that the Court
17   order that the Motion and Exhibits 14, 18, 21, 22, 24, 25, 27 and 29 to the
18   Declaration be filed under seal.
19   In the alternative, Mattel requests that the Court declare that the
20   deposition testimony of Samir Khare and Isaac Larian and Exhibits 14, 18, 21, 22,
21   24, 25, 27 and 29 to the Declaration are outside the definitions of "Confidential" as
22   contained in the Stipulated Protective Order and order it to be filed as part of the
23   public record.
24   DATED: May 13, 2008          QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

By /s/ Tim Alger
Timothy L. Alger
Attorneys for Mattel, Inc.

EXHIBIT A
PAGE 5

-1-
[CORRECTED] MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL

# EXHIBIT B

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with<br>Case Nos. CV 04-09059 & CV 05-2727<br><br>[CORRECTED] [PROPOSED] ORDER RE MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL (1) MATTEL, INC.'S NOTICE OF MOTION AND MOTION OBJECTING TO DISCOVERY MASTER'S MAY 8, 2008 ORDER DENYING MATTEL'S MOTION FOR RECONSIDERATION OF FEBRUARY 26, 2008 ORDER DENYING MOTION TO COMPEL DEPOSITION OF CHRISTOPHER PALMERI; AND RENEWED MOTION OBJECTING TO FEBRUARY 26, 2008 ORDER; AND (2) EXHIBITS 14, 18, 21, 22, 24, 25, 27 AND 29 TO THE DECLARATION OF MICHAEL J. NIBORSKI IN SUPPORT OF MATTEL, INC.'S NOTICE OF MOTION AND MOTION OBJECTING TO DISCOVERY MASTER'S MAY 8, 2008 ORDER DENYING MATTEL'S MOTION FOR RECONSIDERATION OF FEBRUARY 26, 2008 ORDER DENYING MOTION TO COMPEL DEPOSITION OF CHRISTOPHER PALMERI; AND RENEWED MOTION OBJECTING TO FEBRUARY 26, 2008 ORDER<br><br>Hearing Date: N/A<br>Time: N/A<br>Court Room: N/A<br><br>**Phase 1**<br>Pre-trial Conference: May 19, 2008<br>Trial Date: May 27, 2008 |

EXHIBIT B
PAGE 6

07209/2502107.2

[CORRECTED] [PROPOSED] ORDER

# [PROPOSED] ORDER

Based on the concurrently filed Mattel Inc.'s Application to File Under Seal (1) Mattel, Inc.'s Notice of Motion and Motion Objecting to Discovery Master's May 8, 2008 Order Denying Mattel's Motion for Reconsideration of February 26, 2008 Order Denying Motion to Compel Deposition of Christopher Palmeri; and Renewed Motion Objecting to February 26, 2008 Order; and (2) Exhibits 14, 18, 21, 22, 24, 25, 27 and 29 to the Declaration of Michael J. Niborski In Support Of the Motion,

IT IS HEREBY ORDERED:

Mattel, Inc.'s Notice of Motion and Motion Objecting to Discovery Master's May 8, 2008 Order Denying Mattel's Motion for Reconsideration of February 26, 2008 Order Denying Motion to Compel Deposition of Christopher Palmeri; and Renewed Motion Objecting to February 26, 2008 Order; and Exhibits 14, 18, 21, 22, 24, 25, 27 and 29 to the Declaration of Michael J. Niborski In Support Of the Motion are ORDERED filed under seal pursuant to Local Rule 79-5.1.

DATED: _____, 2008    _____
                              Hon. Stephen G. Larson
                              United States District Judge

EXHIBIT B
PAGE 7

07209/2502107.2

-2-

[CORRECTED] [PROPOSED] ORDER