QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:  (213) 443-3000
Facsimile:   (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual, | CASE NO. CV 04-9049 SGL (RNBx) |
| Plaintiff, | Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727 |
| vs. | |
| MATTEL, INC., a Delaware corporation, | **DISCOVERY MATTER** |
| Defendant. | **[To Be Heard By Hon. Edward Infante (Ret.) Pursuant To Order Of December 6, 2006]** |
| AND CONSOLIDATED ACTIONS | NOTICE OF LODGING DOCUMENT *IN CAMERA* |
| | **Phase 1**<br>Discovery Cut-off:   January 28, 2008<br>Pre-trial Conference: May 5, 2008<br>Trial Date:              May 27, 2008 |

07209/2503619.1

NOTICE OF LODGING

1 | TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2 |      PLEASE TAKE NOTICE pursuant to the request of the Court at the
3 | May 12, 2008 hearing, Mattel, Inc. hereby lodges with the Court, *in camera*, an
4 | unredacted copy of the document bates-stamped M007440.

6 | DATED: May 13, 2008       QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

      By /s/ Jon D. Corey
        Jon D. Corey
        Attorneys for Mattel, Inc.