QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  johnquinn@quinnemanuel.com
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

STROOCK & STROOCK & LAVAN LLP
  Barry B. Langberg (State Bar No. 048158)
  Michael J. Niborski (State Bar No. 192111)
  (lacalendar@stroock.com)
2029 Century Park East, Suite 1600
Los Angeles, California 90067-3086
Telephone: (310) 556-5800
Facsimile: (310) 556-5959

Attorneys for MATTEL, INC.

DAVIS WRIGHT TREMAINE LLP
  Alonzo Wickers (State Bar No. 169454)
  alonzowickeres@dwt.com
  Robyn Aronson (State Bar No. 228613)
  robynaronson@dwt.com
865 South Figueroa Street, Suite 2400
Los Angeles, California 90017-2566
Telephone: (213) 633-6800; Facsimile: (213) 633-6899

Attorneys for CHISTOPHER PALMERI

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>  Plaintiff,<br><br>  vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>  Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059 and<br>Case No. CV 05-02727<br><br>STIPULATION RE BRIEFING SCHEDULE FOR HEARING ON MATTEL'S MOTION OBJECTING TO DISCOVERY MASTER'S MAY 8, 2008 ORDER DENYING MATTEL'S MOTION FOR RECONSIDERATION OF FEBRUARY 26, 2008 ORDER DENYING MOTION TO COMPEL DEPOSITION OF CHRISTOPHER PALMERI; AND RENEWED MOTION OBJECTING TO FEBRUARY 26, 2008 ORDER<br><br>**Phase 1**<br>Pre-Trial Conference: May 19, 2008<br>Trial Date:         May 27, 2008 |

07209/2503463.1

1  WHEREAS, on May 12, 2008, Mattel, Inc. ("Mattel") filed its Notice of Motion and Motion Objecting to Discovery Master's May 8, 2008 Order Denying Mattel's Motion for Reconsideration of February 26, 2008 Order Denying Motion to Compel Deposition of Christopher Palmeri; and Renewed Motion Objecting to February 26, 2008 Order (the "Motion");

WHEREAS, on May 12, 2008, Mattel moved *ex parte* before the Court for relief from the five-day notice requirement for filing of motions under Local Rule 7-3, and for an expedited hearing date of May 21, 2008 for the Motion;

WHEREAS, on May 13, 2008, the parties agreed upon the hearing date and a shortened briefing schedule; and

WHEREAS, on May 13, 2008, Mattel agreed to withdraw its Ex Parte Application for (1) Relief from the Five-Day Requirement of Local Rule 7-3; and (2) For An Expedited Hearing Date Of May 21, 2008 On Mattel's Motion Objecting to Discovery Master's May 8, 2008 Order Denying Mattel's Motion for Reconsideration of February 25, 2008 Order Denying Motion to Compel Deposition of Christopher Palmeri; and Renewed Motion Objecting to February 26, 2008 Order;

NOW, THEREFORE, the parties hereby stipulate, by and through their counsel of record and subject to the Court's approval, that the hearing on the Motion take place on May 21, 2008 at 10 a.m., that Mr. Palmeri's Opposition to the Motion shall filed and electronically served on Mattel on May 19, 2008 by 12:00 p.m., and that Mattel's Reply in Support of the Motion will be filed and electronically served on Mr. Palmeri on May 20, 2008 by 4:00 p.m.

IT IS SO STIPULATED.

DATED: May 13, 2008        STROOCK & STROOCK & LAVAN LLP

By /s/ Michael J. Niborski
Michael J. Niborski
Attorneys for Mattel, Inc.

DATED: May 13, 2008        DAVIS WRIGHT TREMAINE LLP

By /s/ Robyn Aronson
Robyn Aronson
Attorneys for Christopher Palmeri

07209/2503463.1

-2-

STIPULATION RE BRIEFING SCHEDULE FOR HEARING ON MATTEL'S MOTION