```
 1  QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
      John B. Quinn (Bar No. 090378)
 2    (johnquinn@quinnemanuel.com)
      Michael T. Zeller (Bar No. 196417)
 3    (michaelzeller@quinnemanuel.com)
      Jon D. Corey (Bar No. 185066)
 4    (joncorey@quinnemanuel.com)
    865 South Figueroa Street, 10th Floor
 5  Los Angeles, California  90017-2543
    Telephone:  (213) 443-3000
 6  Facsimile:  (213) 443-3100

 7  Attorneys for Mattel, Inc.
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with<br>Case Nos. CV 04-09059 & CV 05-2727<br><br>Hon. Stephen G. Larson<br><br>[PROPOSED] ORDER GRANTING STIPULATION RE BRIEFING SCHEDULE FOR HEARING ON MATTEL'S MOTION OBJECTING TO DISCOVERY MASTER'S MAY 8, 2008 ORDER DENYING MATTEL'S MOTION FOR RECONSIDERATION OF FEBRUARY 26, 2008 ORDER DENYING MOTION TO COMPEL DEPOSITION OF CHRISTOPHER PALMERI; AND RENEWED MOTION OBJECTING TO FEBRUARY 26, 2008 ORDER<br><br>**Phase 1**<br>Pre-Trial Conference:  May 19, 2008<br>Trial Date:  May 27, 2008 |

# [PROPOSED] ORDER

Having considered Mattel, Inc. and Christopher Palmeri's Stipulation Re Briefing Schedule for Hearing on Mattel's Motion Objecting to Discovery Master's May 8, 2008 Order Denying Mattel's Motion for Reconsideration of February 26, 2008 Order Denying Motion to Compel Deposition of Christopher Palmeri; and Renewed Motion Objecting to February 26, 2008 Order (the "Stipulation"):

IT IS HEREBY ORDERED THAT:

(1) Mattel's *Ex Parte* Application for (1) Relief from the Five-Day Requirement of Local Rule 7-3; and (2) For An Expedited Hearing Date Of May 21, 2008 On Mattel's Motion Objecting to Discovery Master's May 8, 2008 Order Denying Mattel's Motion for Reconsideration of February 25, 2008 Order Denying Motion to Compel Deposition of Christopher Palmeri; and Renewed Motion Objecting to February 26, 2008 Order is withdrawn.

(2) Mattel's Motion Objecting to Discovery Master's May 8, 2008 Order Denying Mattel's Motion for Reconsideration of February 26, 2008 Order Denying Motion to Compel Deposition of Christopher Palmeri; and Renewed Motion Objecting to February 26, 2008 Order (the "Motion") will be heard on May 21, 2008 at 10 a.m.

(3) Mr. Palmeri's Opposition to the Motion shall be filed and electronically served on Mattel on May 19, 2008 by 12:00 p.m.

(4) Mattel's Reply in Support of the Motion shall be filed and electronically served on Mr. Palmeri on May 20, 2008 by 4:00 p.m.

IT IS SO ORDERED.

DATED: _____, 2008 _____
Honorable Stephen G. Larson
U.S. District Court Judge

07209/2503695.1

-2-

[PROPOSED] ORDER