QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  johnquinn@quinnemanuel.com
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
  Timothy L. Alger (Bar No. 160303)
  (timalger@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>                Plaintiff,<br><br>         vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>                Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with<br>Case Nos. CV 04-09059 & CV 05-2727<br><br>Hon. Stephen G. Larson<br><br>JOINT PHASE ONE WITNESS LIST<br><br>**Phase 1:**<br>Discovery Cut-Off:    January 28, 2008<br>Pre-Trial Conference: May 19, 2008<br>Trial Date:           May 27, 2008 |

1 | TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2 |   Pursuant to the Scheduling Order, <u>Federal Rule of Civil Procedure</u> 26(a), <u>Local Rule</u> 16-2, and the direction of the Court, Mattel, Inc. ("Mattel"), MGA Entertainment, Inc., Isaac Larian, MGA Entertainment (HK) Limited, and MGAE de Mexico S.R.L. de C.V. (collectively, "MGA"), and Carter Bryant ("Bryant") (collectively, the "parties") hereby submit their Joint Phase One Witness List, identifying the witnesses that the parties intend at this time to call and may call at trial. The Joint Phase One Witness List also includes estimates of the length of time needed for direct examination of each "will call" witness and for cross-examination of each opposing "will call" witness. This list is attached as Exhibit A.

  The parties also hereby submit Mattel's Phase One Witness-Exhibit List and Defendants' Phase One Witness-Exhibit List, identifying exhibits pursuant to the Court's Order of April 7, 2008. Mattel's Phase One Witness-Exhibit List is attached as Exhibit B. Defendants' Phase One Witness-Exhibit List is attached as Exhibit C.

///

The parties expressly reserve the right to amend and/or supplement these lists at any time before trial.

DATED: May 13, 2008

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

By *B. Dylan Proctor* /TB
B. Dylan Proctor
Attorneys for Mattel, Inc.

DATED: May 13, 2008

SKADDEN ARPS SLATE MEAGHER & FLOM, LLP

By *Robert J. Herrington* /TB
Robert J. Herrington
Attorneys for MGA Entertainment, Inc., Isaac Larian, and MGA Entertainment (HK) Ltd.

DATED: May 13, 2008

KEKER & VAN NEST, LLP

By *Matthew M. Werdegar* /TB
Matthew M. Werdegar
Attorneys for Carter Bryant