1 | THOMAS J. NOLAN (Bar No. 66992)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
2 | 300 South Grand Avenue
Los Angeles, CA 90071-3144
3 | Telephone: (213) 687-5000
Facsimile: (213) 687-5600
4 | E-mail: tnolan@skadden.com

5 | RAOUL D. KENNEDY (Bar No. 40892)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
6 | Four Embarcadero Center, Suite 3800
San Francisco, CA 94111
7 | Telephone: (415) 984-6400
Facsimile: (415) 984-2698
8 | E-mail: rkennedy@skadden.com

9 | Attorneys for Counter-Defendants,
MGA ENTERTAINMENT, INC., ISAAC LARIAN, MGA ENTERTAINMENT
10 | (HK) LIMITED, AND MGAE de MEXICO S.R.L. de C.V.

**FILED**
CLERK, U.S. DISTRICT COURT
MAY 12 2008
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION / BY DEPUTY

LODGED
2008 MAY 12 AM 11:06

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation<br><br>Defendant.<br><br>Consolidated with MATTEL, INC. v. BRYANT and MGA ENTERTAINMENT, INC. v. MATTEL, INC. | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with Case No. 04-9059 and Case No. 05-2727<br><br>**DISCOVERY MATTER**<br><br>**PROOF OF SERVICE**<br><br>Trial Date: May 27, 2008 |

PROOF OF SERVICE — NO. CV 04-9049 SGL (RNBx)

## PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO

I am employed in the county of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 300 South Grand Avenue, Suite 3400, Los Angeles, California 90071.

On **May 9, 2008**, I served the foregoing documents described as:

### SEE ATTACHED DOCUMENT LIST

on the interested parties in this action addressed as follows:

### SEE ATTACHED SERVICE LIST

(X)   (BY PERSONAL SERVICE)   ☐   By personally delivering copies to the person served. (FEDERAL)

☒   I caused such document to be hand delivered to the above addressees. (FEDERAL)

( )   (BY FEDERAL EXPRESS)

( )   (BY ELECTRONIC MAIL)

I declare under penalty of perjury under the laws of the State of California and the United States of America that the above is true and correct.

Executed on **May 9, 2008**, in Los Angeles, California.

\_\_\_\_Matthew Bowman\_\_\_\_         _____
PRINT NAME                            SIGNATURE

## DOCUMENT LIST

(1) MGA PARTIES' MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO MATTEL, INC.'S MOTION OBJECTING TO DISCOVERY MASTER'S DENIAL OF MOTION TO COMPEL PRODUCTION OF DOCUMENT BATES NUMBERED MGA 3801819-22;

(2) DECLARATION OF ROBERT J. HERRINGTON IN SUPPORT OF MGA'S OPPOSITION TO MATTEL, INC.'S MOTION OBJECTING TO DISCOVERY MASTER'S DENIAL OF MOTION TO COMPEL PRODUCTION OF DOCUMENT BATES NUMBERED MGA 3801819-22;

(3) DECLARATION OF LANCE A. ETCHEVERRY IN SUPPORT OF MGA'S OPPOSITION TO MATTEL, INC.'S MOTION OBJECTING TO DISCOVERY MASTER'S DENIAL OF MOTION TO COMPEL PRODUCTION OF DOCUMENT BATES NUMBERED MGA 3801819-22;

(4) DECLARATION OF ISAAC LARIAN IN SUPPORT OF MGA'S OPPOSITION TO MATTEL, INC.'S MOTION OBJECTING TO DISCOVERY MASTER'S DENIAL OF MOTION TO COMPEL PRODUCTION OF DOCUMENT BATES NUMBERED MGA 3801819-22;

(5) APPLICATION TO FILE UNDER SEAL;

(6) [PROPOSED] ORDER;

(7) PROOF OF SERVICE

## SERVICE LIST

Jon D. Corey, Esq.
Michael T. Zeller, Esq.
John Quinn, Esq.
Quinn Emanuel Urquhart Oliver & Hedges, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017-2543
(213) 443-3000
(213) 443-3100 (Fax)

Attorneys for Mattel, Inc
[Personal Service]

Mark E. Overland, Esq.
Alexander H. Cote, Esq.
David C. Scheper, Esq.
Overland Borenstein Scheper & Kim
300 South Grand Avenue, Suite 2750
Los Angeles, CA 90071
(213) 613-4655
(213) 613-4656

Attorneys for Carlos Gustavo Machado Gomez
[Federal Express]

John Trinidad, Esq.
John Keker, Esq.
Keker & Van Nest, LLP
710 Sansome Street
San Francisco, CA 94111
(415) 391-5400
(415) 397-7188 (Fax)

Attorneys for Carter Bryant
[Federal Express]