```
1  THOMAS J. NOLAN (Bar No. 66992)
   SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
2  300 South Grand Avenue
   Los Angeles, CA 90071-3144
3  Telephone: (213) 687-5000
   Facsimile: (213) 687-5600
4  E-mail:    tnolan@skadden.com

5  RAOUL D. KENNEDY (Bar No. 40892)
   SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
6  Four Embarcadero Center, Suite 3800
   San Francisco, CA 94111
7  Telephone: (415) 984-6400
   Facsimile: (415) 984-2698
8  E-mail:    rkennedy@skadden.com

9  Attorneys for Counter-Defendants,
   MGA ENTERTAINMENT, INC., ISAAC LARIAN, MGA ENTERTAINMENT
10 (HK) LIMITED, AND MGAE de MEXICO S.R.L. de C.V.
```

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation<br><br>Defendant.<br><br>Consolidated with MATTEL, INC. v. BRYANT and MGA ENTERTAINMENT, INC. v. MATTEL, INC. | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with Case No. 04-9059 and Case No. 05-2727<br><br>**DISCOVERY MATTER**<br><br>**PROOF OF SERVICE**<br><br>Trial Date: May 27, 2008 |

PROOF OF SERVICE                                          NO. CV 04-9049 SGL (RNBx)

## PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO

I am employed in the county of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 300 South Grand Avenue, Suite 3400, Los Angeles, California 90071.

On **May 8, 2008**, I served the foregoing documents described as:

### SEE ATTACHED DOCUMENT LIST

on the interested parties in this action addressed as follows:

### SEE ATTACHED SERVICE LIST

(X)   (BY PERSONAL SERVICE)   ☒   By personally delivering copies to the person served. (FEDERAL)

☒   I caused such document to be hand delivered to the above addressees. (FEDERAL)

(X)   (BY FEDERAL EXPRESS)

( )   (BY ELECTRONIC MAIL)

I declare under penalty of perjury under the laws of the State of California and the United States of America that the above is true and correct.

Executed on **May 8, 2008,** in Los Angeles, California.

Matthew Bowman
PRINT NAME                         SIGNATURE

## DOCUMENT LIST

(1) MGA Parties' Reply In Further Support Of Their Motion *in limine* No. 1;

(2) MGA Parties' Reply In Further Support Of Their Motion *in limine* No. 2;

(3) MGA Parties' Reply In Further Support Of Their Motion *in limine* No. 3;

(4) MGA Parties' Reply In Further Support Of Their Motion *in limine* No. 4;

(5) MGA Parties' Reply In Further Support Of Their Motion *in limine* No. 5;

(6) MGA Parties' Reply In Further Support Of Their Motion *in limine* No. 6;

(7) MGA Parties' Reply In Further Support Of Their Motion *in limine* No. 7;

(8) MGA Parties' Reply In Further Support Of Their Motion *in Limine* No. 8;

(9) MGA Parties' Reply In Further Support Of Their Motion *in limine* No. 9;

(10) MGA Parties' Reply In Further Support Of Their Motion *in limine* No. 10;

(11) MGA Parties' Reply In Further Support Of Their Motion *in limine* No. 11;

(12) MGA Parties' Reply In Further Support Of Their Motion *in limine* No. 12;

(13) Declaration of Marina V. Bogorad in Support of MGA Parties' Replies In Further Support Of Their Motions *in limine* Nos. 1 to 12;

(14) Application to File Under Seal;

(15) Proposed Order Granting Filing Under Seal;

(16) Proof of Service.

## SERVICE LIST

Jon D. Corey, Esq.
Michael T. Zeller, Esq.
John Quinn, Esq.
Quinn Emanuel Urquhart Oliver & Hedges, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017-2543
(213) 443-3000
(213) 443-3100 (Fax)

Attorneys for Mattel, Inc
[Personal Service]

Mark E. Overland, Esq.
Alexander H. Cote, Esq.
David C. Scheper, Esq.
Overland Borenstein Scheper & Kim
300 South Grand Avenue, Suite 2750
Los Angeles, CA 90071
(213) 613-4655
(213) 613-4656

Attorneys for Carlos Gustavo Machado Gomez
[Federal Express]

John Trinidad, Esq.
John Keker, Esq.
Keker & Van Nest, LLP
710 Sansome Street
San Francisco, CA 94111
(415) 391-5400
(415) 397-7188 (Fax)

Attorneys for Carter Bryant
[Federal Express]