1  QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
   John B. Quinn (Bar No. 090378)
2    (johnquinn@quinnemanuel.com)
   Michael T. Zeller (Bar No. 196417)
3    (michaelzeller@quinnemanuel.com)
   Jon D. Corey (Bar No. 185066)
4    (joncorey@quinnemanuel.com)
   Timothy L. Alger (Bar No. 160303)
5    (timalger@quinnemanuel.com)
   865 South Figueroa Street, 10th Floor
6  Los Angeles, California  90017-2543
   Telephone:  (213) 443-3000
7  Facsimile:  (213) 443-3100

8  Attorneys for Mattel, Inc.

9              UNITED STATES DISTRICT COURT

10            CENTRAL DISTRICT OF CALIFORNIA

11                   EASTERN DIVISION

| | |
|---|---|
| 12  CARTER BRYANT, an individual, | CASE NO. CV 04-9049 SGL (RNBx) Consolidated with Case Nos. CV 04-09059 & CV 05-2727 |
| 13             Plaintiff, | |
| 14        vs. | [CORRECTED] MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL (1) MATTEL, INC.'S NOTICE OF MOTION AND MOTION OBJECTING TO DISCOVERY MASTER'S MAY 8, 2008 ORDER DENYING MATTEL'S MOTION FOR RECONSIDERATION OF FEBRUARY 26, 2008 ORDER DENYING MOTION TO COMPEL DEPOSITION OF CHRISTOPHER PALMERI; AND RENEWED MOTION OBJECTING TO FEBRUARY 26, 2008 ORDER; AND (2) EXHIBITS 14, 18, 21, 22, 24, 25, 27, AND 29 TO THE DECLARATION OF MICHAEL J. NIBORSKI IN SUPPORT OF MATTEL, INC.'S NOTICE OF MOTION AND MOTION OBJECTING TO DISCOVERY MASTER'S MAY 8, 2008 ORDER DENYING MATTEL'S MOTION FOR RECONSIDERATION OF FEBRUARY 26, 2008 ORDER DENYING MOTION TO COMPEL DEPOSITION OF CHRISTOPHER PALMERI; AND RENEWED MOTION OBJECTING TO FEBRUARY 26, 2008 ORDER |
| 15  MATTEL, INC., a Delaware corporation, | |
| 16             Defendant. | |
| 17 | |
| 18  AND CONSOLIDATED ACTIONS | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | [[Proposed] Order filed concurrently] |
| 25 | Hearing Date:  N/A |
| 26 | Time:           N/A Court Room:  N/A |
| 27 | **Phase 1** Discovery Cut-off:      January 28, 2008 |
| 28 | Pre-trial Conference:   May 19, 2008 Trial Date:              May 27, 2008 |

1    Pursuant to Local Rule 79-5.1 and the Stipulated Protective Order

2  entered by the Court in this action, Mattel, Inc. ("Mattel") hereby respectfully

3  requests that the Court order filed under seal (1) Mattel, Inc.'s Notice of Motion and

4  Motion Objecting to Discovery  Master's May 8, 2008 Order Denying Mattel's

5  Motion for Reconsideration of February 26, 2008 Order Denying Motion to Compel

6  Deposition of Christopher Palmeri; and Renewed Motion Objecting to February 26,

7  2008 Order (the "Motion"); (2) Exhibits 14, 18, 21, 22, 24, 25, 27 and 29 to the

8  Declaration of Michael J. Niborski In Support Of the Motion (the "Declaration");

9  and Notice of Lodging.

10    The Motion quotes and the Declaration attaches materials that Carter

11  Bryant and MGA have designated as "Confidential--Attorneys' Eyes Only" pursuant

12  to the Protective Order.  MGA has designated the deposition testimony of Samir

13  Khare and Isaac Larian (quoted in the Motion) and Exhibits 14, 18, 22, 24, 25 and

14  27 to the Declaration as "Confidential--Attorneys' Eyes Only."  Carter Bryant has

15  designated Exhibit 21 to the Declaration as "Confidential--Attorneys' Eyes Only."

16  Mattel filed Exhibit 18 under seal.  Accordingly, Mattel requests that the Court

17  order that the Motion and Exhibits 14, 18, 21, 22, 24, 25, 27 and 29 to the

18  Declaration be filed under seal.

19    In the alternative, Mattel requests that the Court declare that the

20  deposition testimony of Samir Khare and Isaac Larian and Exhibits 14, 18, 21, 22,

21  24, 25, 27 and 29 to the Declaration are outside the definitions of "Confidential" as

22  contained in the Stipulated Protective Order and order it to be filed as part of the

23  public record.

24  DATED:  May 13, 2008        QUINN EMANUEL URQUHART OLIVER &
                                HEDGES, LLP

25

26                              By _Jim Alger/D_____

27                                Timothy L. Alger
                                Attorneys for Mattel, Inc.

28

**PROOF OF SERVICE**

I am employed in the County of Los Angeles, State of California.  I am over the age of eighteen years and not a party to the within action; my business address is Now Legal Service, 1301 W. 2nd Street, Suite 206, Los Angeles, CA 90026.

On May 13, 2008, I served true copies of the following document(s) described as **[CORRECTED] MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL (1) MATTEL, INC.'S NOTICE OF MOTION AND MOTION OBJECTING TO DISCOVERY MASTER'S MAY 8, 2008 ORDER DENYING MATTEL'S MOTION FOR RECONSIDERATION OF FEBRUARY 26, 2008 ORDER DENYING MOTION TO COMPEL DEPOSITION OF CHRISTOPHER PALMERI; AND RENEWED MOTION OBJECTING TO FEBRUARY 26, 2008 ORDER; AND (2) EXHIBITS 14, 18, 21, 22, 24, 25, 27, AND 29 TO THE DECLARATION OF MICHAEL J. NIBORSKI IN SUPPORT OF MATTEL, INC.'S NOTICE OF MOTION AND MOTION OBJECTING TO DISCOVERY MASTER'S MAY 8, 2008 ORDER DENYING MATTEL'S MOTION FOR RECONSIDERATION OF FEBRUARY 26, 2008 ORDER DENYING MOTION TO COMPEL DEPOSITION OF CHRISTOPHER PALMERI; AND RENEWED MOTION OBJECTING TO FEBRUARY 26, 2008 ORDER** on the parties in this action as follows:

Thomas J. Nolan
**Skadden, Arps, Slate, Meagher & Flom LLP**
300 South Grand Ave., Ste. 3400
Los Angeles, CA 90071

Mark E. Overland
David C. Scheper
Alexander H. Cote
**Overland Borenstein Scheper & Kim LLP**
601 West Fifth Street, 12th Floor
Los Angeles, CA 90017

John W. Keker, Esq.
Michael H. Page, Esq.
Christina M. Anderson, Esq.
**Keker & Van Nest, LLP**
710 Sansome Street
San Francisco, CA 94111

Robyn Aronson
**Davis Wright Tremaine LLP**
865 South Figueroa Street
Suite 2400
Los Angeles, California 90017-2566

**BY PERSONAL SERVICE:** I delivered such envelope(s) by hand to the office of the person(s) being served.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on May 13, 2008, at Los Angeles, California.

_Dave Quintana_
NOW LEGAL -- Dave Quintana

07209/2442344.1