KEKER & VAN NEST, LLP
JOHN W. KEKER - #49092
jkeker@kvn.com
MICHAEL H. PAGE - #154913
mpage@kvn.com
CHRISTA M. ANDERSON - #184325
canderson@kvn.com
MATTHEW M. WERDEGAR - #200470
mwerdegar@kvn.com
JOHN E. TRINIDAD - #250468
jtrinidad@kvn.com
AUDREY WALTON-HADLOCK- #250574
awaltonhadlock@kvn.com
710 Sansome Street
San Francisco, CA 94111-1704
Telephone: (415) 391-5400
Facsimile: (415) 397-7188

Attorneys for Plaintiff
CARTER BRYANT

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC. a Delaware Corporation,<br><br>Defendant.<br><br>CONSOLIDATED WITH MATTEL, INC., v. BRYANT and MGA ENTERTAINMENT, INC. v. MATTEL, INC. | Case No. CV 04-09049 SGL (RNBx)<br>(consolidated with CV 04-9059 & 05-2727)<br><br>**CARTER BRYANT'S CORRECTED NOTICE OF JOINDER IN THE MGA PARTIES' OPPOSITIONS TO MATTEL, INC.'S MOTIONS IN LIMINE**<br><br>Date:  May 21, 2008<br>Time:  1:00 p.m.<br>Dept:  Courtroom 1<br>Judge: Hon. Stephen G. Larson<br><br>Date Comp. Filed: April 13, 2005<br><br>**Phase 1**<br>Pre-Trial Conference: May 5, 2008<br>Trial Date: May 27, 2008 |

417394.01

CARTER BRYANT'S CORRECTED NOTICE OF JOINDER IN THE MGA PARTIES' OPPOSITIONS TO
MATTEL, INC.'S MOTIONS IN LIMINE
CASE NO. CV 04-09049 SGL (RNBx)

1  PLEASE TAKE NOTICE that Carter Bryant opposes the relief sought by
2  Mattel, Inc. through its Motions *In Limine* in the above-captioned matter and
3  hereby joins in the arguments set forth in the MGA Parties' oppositions to Mattel's
4  Motions *In Limine* to the extent that they are also applicable to Bryant's positions
5  as set forth in Bryant's pleadings in this matter, including Bryant's Second
6  Amended Reply to Mattel's Counterclaims, the affirmative defenses set forth
7  therein, and Bryant's summary judgment briefing.

Dated: May 14, 2008                                     KEKER & VAN NEST, LLP

                                                        By: /s/ Matthew Werdegar
                                                        MATTHEW WERDEGAR
                                                        Attorneys for Plaintiff
                                                        CARTER BRYANT

1

CARTER BRYANT'S OPPOSITION TO MATTEL, INC.'S MOTION IN LIMINE NO. 11 TO PRECLUDE DEFENDANTS FROM OFFERING IMPROPERLY DISCLOSED EVIDENCE
CASE NO. CV 04-09049 SGL (RNBx)

417394.01