THOMAS J. NOLAN (Bar No. 66992)
(tnolan@skadden.com)
JASON D. RUSSELL (Bar No. 169219)
(jrussell@skadden.com)
MARINA V. BOGOROD (Bar No. 217524)
(mbogorad@skadden.com)
SKADDEN, ARPS, SLATE, MEAGHER
& FLOM LLP
300 South Grand Avenue, Suite 3400
Los Angeles, CA  90071
Tel.: (213) 687-5000/Fax: (213) 687-5600

RAOUL D. KENNEDY (Bar No. 40892)
(rkennedy@skadden.com)
SKADDEN, ARPS, SLATE, MEAGHER
& FLOM LLP
4 Embarcadero Center, Suite 3800
San Francisco, CA  94111-5974
Tel.: (415) 984-2698 / Fax: (415) 984-2626

Attorneys for MGA Entertainment, Inc., MGA Entertainment (HK) Limited, and Isaac Larian

UNITED STATED DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>            Plaintiff,<br><br>       v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>            Defendant.<br><br>AND CONSOLIDATED ACTIONS. | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with Case No. 04-9059 and Case No. 05-2727<br><br>Honorable Stephen G. Larson<br><br>MGA PARTIES' AND BRYANT'S SUPPLEMENTAL [PROPOSED] JURY INSTRUCTION |

**INSTRUCTION NO. 2a C**

**COPYRIGHT – IDEA/EXPRESSION DICHOTOMY**

Copyright law stems from the United States Constitution. As phrased in the Constitution and confirmed by the United States Supreme Court, "[t]he primary objective of copyright is <u>not</u> to reward the labor of authors, but 'to promote the Progress of Science and useful Arts." To this end, copyright assures authors the right to their original expression, but encourages others to build freely upon the ideas and information conveyed by a work. This principle, known as the idea/expression or fact/expression dichotomy, applies to all works of authorship.

**Authority:** U.S. Constitution, Art. I, § 8, cl. 8; <u>Feist Publications, Inc. v. Rural Telephone Co.</u>, 499 U.S. 340, 349-50 (1991); <u>Twentieth Century Music Corp. v. Aiken</u>, 422 U.S. 151, 156 (1975); <u>Harper & Row, Publishers, Inc. v. Nation Enterprises</u>, 471 U.S. 539, 556-57 (1985).