QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  johnquinn@quinnemanuel.com
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
  Timothy L. Alger (Bar No. 160303)
  (timalger@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:  (213) 443-3000
Facsimile:  (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>Hon. Stephen G. Larson<br><br>**MATTEL, INC.'S SUPPLEMENTAL PROPOSED JURY INSTRUCTION**<br><br>**Phase 1:**<br><br>Pre-Trial Conference:  May 19, 2008<br>Trial Date:  May 27, 2008 |

07209/2503172.1

MATTEL'S SUPPLEMENTAL PROPOSED JURY INSTRUCTION

Mattel, Inc. ("Mattel") hereby submits the following supplemental jury instruction for Phase 1B of the trial in this matter. Mattel requests and reserves the right to amend, modify, withdraw and/or supplement its proposed jury instructions before or during the trial in this matter. Mattel intends to submit further proposed jury instructions depending upon and based upon rulings issued in connection with the cross-motions for partial summary judgment, Carter Bryant's motion for reconsideration, any motions *in limine* or other pre-trial or trial motions, and the evidence and theories proffered by the parties during the course of the trial. *See Fed. R. Civ. P.* 51A.

DATED: May 14, 2008            QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

                               By /s/ Jon D. Corey
                               Jon D. Corey
                               Attorneys for Mattel, Inc.

07209/2503172.1

-1-
MATTEL'S SUPPLEMENTAL PROPOSED JURY INSTRUCTION

# MATTEL'S SPECIAL JURY INSTRUCTION NO. ___
# COPYRIGHTABILITY OF CHARACTERS

Copyright law protects distinctive characters. Defendants' works infringe Mattel's copyrights if they copy recognizable and distinctive elements of the personalities of the characters portrayed in Carter Bryant's drawings.

**Authority:** *Olson v. National Broadcasting Co., Inc.*, 855 F.2d 1446, 1452 (9th Cir. 1988) (distinctive characters can be protected by copyright); *Warner Bros. Inc. v. American Broadcasting Companies, Inc.*, 720 F.2d 231, 235 (2d Cir. 1983) ("Plaintiffs own the copyright in various works embodying the character of Superman and have thereby acquired copyright protection for the character itself."); *Walt Disney Productions v. Air Pirates*, 581 F.2d 751, 755 (9th Cir. 1978), cert. denied, 439 U.S. 1132 (1979) (distinctive characters, especially if they are expressed in visual form, are protectable by copyright); *Anderson v. Stallone*, 1989 Copr. L. Dec. P 26427, 1989 WL 206431 (C.D. Cal. 1989) (copyright protection extended to the Rocky character); *Toho Co., Ltd. v. William Morrow and Co., Inc.*, 33 F. Supp. 2d 1206, 1215 (C.D. Cal. 1998) (Godzilla); *Metro-Goldwyn-Mayer, Inc. v. American Honda Motor Co., Inc.*, 900 F. Supp. 1287, 1296 (C.D. Cal. 1995) (James Bond).