1  THOMAS J. NOLAN (Bar No. 66992)
   (tnolan@skadden.com)
2  JASON D. RUSSELL (Bar No. 169219)
   (jrussell@skadden.com)
3  MARINA V. BOGORAD (Bar No. 217524)
   (mbogorad@skadden.com)
4  SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
   300 South Grand Avenue, Ste. 3400, Los Angeles, CA  90071-3144
5  Tel.: (213) 687-5000 / Fax: (213) 687-5600

6  RAOUL D. KENNEDY (Bar No. 40892)
   (rkennedy@skadden.com)
7  SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
   4 Embarcadero Center, Suite 3800
8  San Francisco, CA  94111-5974
   Tel.: (415) 984-2698 / Fax: (415) 984-2626

9  Attorneys for MGA Entertainment, Inc., MGA Entertainment (HK) Limited,
   MGAE de Mexico, S.R.L. de C.V., and Isaac Larian
10

11            UNITED STATES DISTRICT COURT

12            CENTRAL DISTRICT OF CALIFORNIA

13                  EASTERN DIVISION

14  CARTER BRYANT, an individual,       )  CASE NO. CV 04-9049 SGL (RNBx)
                                        )
15                         Plaintiff,   )  Consolidated with Case No. 04-9059
                                        )  and Case No. 05-2727
16          v.                          )
                                        )  Honorable Stephen G. Larson
17  MATTEL, INC., a Delaware            )
    corporation,                        )
18                                      )  MGA PARTIES' AND CARTER
                           Defendant.   )  BRYANT'S [PROPOSED] STATEMENT OF
19                                      )  THE CASE
    ────────────────────────────────   )
20  AND CONSOLIDATED ACTIONS.           )
                                        )
21

22

23

24

25

26

27

28

This case relates to BRATZ, a toy and entertainment brand.

The plaintiff, Mattel, Inc., is a corporation based in El Segundo, California, the largest toy company in the world, and the manufacturer of the Barbie Fashion doll. The defendants are MGA Entertainment, Inc., a consumer product company and a privately held California corporation based in Van Nuys, California, MGA Entertainment (HK) Ltd., which is a wholly owned subsidiary of MGA, Isaac Larian, an individual who is the CEO and majority shareholder of MGA, and Carter Bryant, an individual. I will collectively refer to MGA Entertainment, Inc., MGA Entertainment (HK) Ltd., and Mr. Larian as the "MGA Defendants," although each is a separate defendant in this case, and Mattel must prove its claims against each of them individually.

Mr. Bryant was employed at Mattel between 1995 and April 1998, and again between January 4, 1999 and October 20, 2000, as a fashion designer. Mattel is in the business of manufacturing and selling dolls and toys. When he joined Mattel in January 1999 as a fashion designer assigned to the Barbie's Collectibles Department, Mr. Bryant signed a document titled "Employee Confidential Information and Inventions Agreement." Mattel contends that by signing this document, Mr. Bryant promised that any designs or toy ideas he came up with while working for Mattel would belong to Mattel. One idea Mr. Bryant came up with at some point in time – when is for you to decide – is the idea for four multi-ethnic trendy characters. Mr. Bryant's idea was one of the inspirations that MGA used to develop and create the first generation of the four trendy multi-ethnic characters that made up the BRATZ line. The BRATZ line was first sold in the retail market in June of 2001. MGA has built the BRATZ trademark into other consumer products and other BRATZ toys.

According to Mattel, Mr. Bryant conceived the idea for the four original BRATZ, created drawings depicting his idea, and began developing the BRATZ dolls while he was employed at Mattel. Mattel claims that it is the rightful owner of the BRATZ drawings created by Mr. Bryant while employed by Mattel. Mattel also claims that MGA purchased

the rights to BRATZ from Mr. Bryant, even though Mr. Larian and MGA knew that Mr. Bryant was employed by Mattel at the time. And Mattel claims that Mr. Bryant and the MGA Defendants concealed Mr. Bryant's role as the creator of BRATZ from Mattel. Mattel bears the burden of proving all of these claims.

Mr. Bryant and the MGA Defendants deny Mattel's claims. Mr. Bryant and the MGA Defendants claim that Mattel does not own Mr. Bryant's idea or drawings, or the BRATZ dolls and related consumer products subsequently developed by the MGA Defendants over many years. They claim that MGA is the rightful owner of BRATZ. Mr. Bryant asserts that the inspiration for his four multi-ethnic trendy characters included among other sources, ads that were published in the August 1998 Seventeen Magazine and his observation of students attending the local high school near where he lived with his parent in August of 1998. Mr. Bryant maintains that he expressed his ideas in a series of drawings he did in the Fall of 1998, before he returned to work at Mattel. The MGA Defendants also assert that Mr. Bryant and his attorney represented to MGA and Mr. Larian that Mr. Bryant conceived the idea before he rejoined Mattel and that his idea for the BRATZ was not covered by any contract Mr. Bryant had with Mattel. Mr. Bryant and the MGA Defendants also claim that the "Employee Confidential Information and Inventions Agreement" does not give Mattel any rights to Mr. Bryant's BRATZ idea, regardless of when Mr. Bryant came up with the idea for BRATZ.

Moreover, Mr. Bryant and the MGA Defendants maintain that the initial idea brought to MGA by Bryant and the final product known as the BRATZ are not one and the same, since the MGA Defendants injected a great deal of their own creative input, manufacturing know-how, and financial resources into the product before taking it to market. The MGA Defendants also claim that they did not know of, and did not interfere with, Bryant's obligations to Mattel. Finally, Mr. Bryant and the MGA Defendants maintain that Mattel delayed bringing its claims until MGA's BRATZ brand became a worldwide success and had a negative impact in Mattel's sale of Barbie and took other actions that prevent it from

1 recovering on its claims, issues as to which Mr. Bryant and the MGA Defendants bear the

2 burden of proof.  Mattel denies these claims by Mr. Bryant and the MGA Defendants.

3 DATED:  May 14, 2008                SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

4

5 By: _____

   Jason D. Russell

6 Attorneys for the MGA Parties

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28