UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual, | CASE NO. CV 04-09049 SGL (RNBx) |
| Plaintiff, | Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727 |
| vs. | |
| MATTEL, INC., a Delaware corporation, | Hon. Stephen G. Larson |
| Defendant. | ORDER RE: STIPULATION RE: SUPPLEMENTAL REPORTS OF FRANK KEISER |
| AND CONSOLIDATED ACTIONS | Phase 1:<br>Discovery Cut-off:     January 28, 2008<br>Pre-trial Conference:  May 5, 2008<br>Trial Date:                 May 27, 2008 |

**ORDER**

IT IS HEREBY ORDERED THAT the Scheduling Order be modified for the sole and limited purpose of allowing the April 3, 2008 and April 22, 2008 Supplemental Reports of Frank Keiser to be deemed timely submitted as to the tangible items described therein.

DATED: May 15, 2008

Hon. Stephen Larson
U.S. District Court Judge