1
2
3
4
5
6
7
8            UNITED STATES DISTRICT COURT
9            CENTRAL DISTRICT OF CALIFORNIA
10                  EASTERN DIVISION

11  CARTER BRYANT, an individual,    )  CASE NO. CV 04-9049 SGL (RNBx)
                                     )
12                    Plaintiff,     )  Consolidated with Case No. 04-9059
                                     )  and Case No. 05-2727
13          v.                       )
                                     )  Honorable Stephen G. Larson
14  MATTEL, INC., a Delaware         )
    corporation,                     )
15                                   )  ORDER ON STIPULATION REGARDING
                      Defendant.     )  EXCHANGE OF PROPOSED JURY
16                                   )  INSTRUCTIONS AND VERDICT FORMS
                                     )
17  AND CONSOLIDATED ACTIONS         )
                                     )
18
19
20
21
22
23
24
25
26
27
28

## ORDER

Based on the stipulation of the parties, and good cause appearing therefore, it is hereby ORDERED that:

1. The parties shall file their proposed jury instructions and verdict forms, as previously scheduled, on May 5, 2008;

2. The parties shall exchange their respective objections to each other's proposed jury instructions and verdict forms no later than May 7, 2008 at 12 p.m.;

3. The parties shall file the foregoing objections and responses to each other's objections to jury instructions and verdict forms on May 12, 2008.

**IT IS SO ORDERED**.

DATED:   May 15, 2008

Hon. Stephen G. Larson
United States District Court Judge

---

[Proposed] Order on Stipulation re: Exchange Of Proposed Jury Instructions And Verdict Forms

1