QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  johnquinn@quinnemanuel.com
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
  Timothy L. Alger (Bar No. 160303)
  (timalger@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>Hon. Stephen G. Larson<br><br>[PUBLIC REDACTED]<br>DECLARATION OF DIANE C. HUTNYAN IN SUPPORT OF MATTEL, INC.'S *EX PARTE* APPLICATION TO STRIKE PORTIONS OF THE EXPERT REPORTS OF DR. ALBERT LYTER AND MR. ROBERT KULLMAN<br><br>Date: N/A<br>Time: N/A<br>Place: N/A<br><br>**Phase 1**<br>Discovery Cut-off: January 28, 2008<br>Pre-trial Conference: April 21, 2008<br>Trial Date: May 27, 2008 |

07209/2505718.1

HUTNYAN DECL. ISO EX PARTE APP. TO STRIKE PORTIONS OF EXPERT REPORTS

# DECLARATION OF DIANE C. HUTNYAN

I, Diane C. Hutnyan, declare as follows:

1. I am a member of the bar of the State of California, am admitted to practice before this court and am a partner at Quinn Emanuel Urquhart Oliver & Hedges, LLP, attorneys for plaintiff and cross-defendant Mattel, Inc. ("Mattel"). I make this declaration of personal, firsthand knowledge and, if called and sworn as a witness, I could and would testify competently thereto.

2. Attached hereto as Exhibit 1 is a true and correct copy of the Expert Report of Dr. Aginsky dated February 11, 2008.

3. Attached hereto as Exhibit 2 are true and correct copies of excerpts from the Deposition Transcript of Dr. Lyter dated April 17, 2008.

4. Attached hereto as Exhibit 3 is a true and correct copy of a letter from Dan Warren to Dr. Lyter, dated March 6, 2008.

5. Attached hereto as Exhibit 4 are true and correct copies of excerpts from the Deposition Transcript of Valery Aginsky dated March 24, 2008.

6. Attached hereto as Exhibit 5 is a true and correct copy a letter from Ryan Weinstein to Daniel Warren dated February 18, 2008.

7. Attached hereto as Exhibit 6 is a true and correct copy of Stipulation Re MGA's Proposed Testing of Jacqueline Prince's Notary Book, Version 1.

8. Attached hereto as Exhibit 7 is a true and correct copy of Stipulation Re MGA's Proposed Testing of Jacqueline Prince's Notary Book, Version 2.

9. Attached hereto as Exhibit 8 is a true and correct copy of a letter from Matthew E. Sloan to myself dated March 4, 2008.

10. Attached hereto as Exhibit 9 is a true and correct copy of a letter from Raoul D. Kennedy to Discovery master Judge Infante dated April 4, 2008.

11. Attached hereto as Exhibit 10 is a true and correct copy of MGA's Opposition to Mattel's *Ex Parte* Application for Protective Order Re Prince Notary Book dated March 12, 2008.

12. Attached hereto as Exhibit 11 is a true and correct copy of the Court's Order Re Testing of Jacqueline Prince's Notary Log Book dated April 22, 2008.

13. Attached hereto as Exhibit 12 is a true and correct copy of a photograph of page 11 of the Notary Book after Dr. Lyter extracted Microplugs. The unauthorized Microplugs are circled in the photograph.

14. Attached hereto as Exhibit 13 is a true and correct copy of MGA's *Ex Parte* Application for an Order Extending the March 17 Deadline dated March 14, 2008.

15. Attached hereto as Exhibit 14 is a true and correct copy of the Expert Report of Mr. Cunningham dated February 11, 2008.

16. Attached hereto as Exhibit 15 is a true and correct copy of the Expert Report of Mr. Flynn dated February 11, 2008.

17. Attached hereto as Exhibit 16 is a true and correct copy of the Expert Report of Mr. Rantanen dated February 11, 2008.

18. Attached hereto as Exhibit 17 are true and correct copies of excerpts from the Deposition Transcript of Robert Kullman dated April 8, 2008.

17. Attached hereto as Exhibit 18 are true and correct copies of excerpts from the Deposition Transcript of Lloyd W. Cunningham dated March 31, 2008.

19. Attached hereto as Exhibit 19 are true and correct copies of excerpts from the Deposition Transcript of William J. Flynn dated March 27, 2008.

20. Attached hereto as Exhibit 20 is a true and correct copy of a letter from Matthew E. Sloan to myself dated May 12, 2008.

21. Attached hereto as Exhibit 21 is a true and correct copy of the Expert Report of Dr. Lyter dated March 17, 2008.

1    22.    I received Mr. Kullman's original report, dated March 17, 2008, which referenced exhibits showing infrared testing results supporting his pencil-line-sequencing analysis, but the exhibits were not. Attached hereto as Exhibit 22 is a true and correct copy of the Expert Report of Mr. Kullman dated March 17, 2008.

23.    When I requested that these exhibits be produced, Mr. Kullman refused to produce them and amended his report to remove the reference to the exhibits.

24.    Attached hereto as Exhibit 23 is a true and correct copy of a letter from myself to Matthew E. Sloan and Matthew Werdegar dated April 2, 2008.

25.    Attached hereto as Exhibit 24 is a true and correct copy of the Defendants' Joint "Preliminary" Opposition to Mattel's Motion for Access to Certain Bryant Originals dated April 8, 2008.

26.    Attached hereto as Exhibit 25 is a true and correct copy of the Defendants' Joint Second Opposition to Mattel's Motion for Access to Certain Bryant Originals dated April 17, 2008.

27.    Attached hereto as Exhibit 26 are true and correct copies of excerpts from the Deposition Transcript of Carter Bryant dated January 23, 2008.

26.    Attached hereto as Exhibit 27 are true and correct copies of excerpts from the Deposition Transcript of Jacqueline Ramona Prince dated December 21, 2004.

27.    Attached hereto as Exhibit 28 are true and correct copies of excerpts from the Deposition Transcript of Carter Bryant dated January 24, 2008.

28.    Attached hereto as Exhibit 29 is a true and correct copy of Mattel's Proposed Protocol to the Discovery Master dated April 11, 2008.

29.    Attached hereto as Exhibit 30 is a true and correct copy of an email from Ryan Weinstein to myself dated February 27, 2008.

30.    Attached hereto as Exhibit 31 is a true and correct copy of a letter from myself to Ryan Weinstein dated March 3, 2008.

31.    Attached hereto as Exhibit 32 is a true and correct copy of the Court's Order Denying Mattel's Ex Parte Application to Compel Access to Certain

Bryant Originals for Non-Destructive Expert Examination and Testing dated May 13, 2008.

32. Attached hereto as Exhibit 33 is a true and correct copy of MGA's response to the Second Supplemental Declaration of Diane C. Hutnyan in support of Mattel's *Ex Parte* Application for Access to Certain Bryant Originals dated May 9, 2008.

33. Attached hereto as Exhibit 34 is a true and correct copy of the Court's Order Granting MGA Defendants' Ex Parte Application For an Order Extending the March 17 Deadline for MGA to Serve Its Rebuttal Expert Report Concerning Ms. Prince's Notary Book dated March 19, 2008.

34. Attached hereto as Exhibit 35 are true and correct copies of drawings Bates-numbered BRYANT 00194, BRYANT 00197, BRYANT 00199, BRYANT 00201, BRYANT 00204, BRYANT 00206, BRYANT 00208, BRYANT 00212, BRYANT 00213, BRYANT 00220, BRYANT 00222, BRYANT 00224, BRYANT 00226, BRYANT 00227, BRYANT 00231, BRYANT 00233, and BRYANT 00234

35. Attached hereto as Exhibit 36 are true and correct copies of excerpts from the Deposition Transcript of Carter Bryant dated November 4, 2004.

36. Attached hereto as Exhibit 37 is a true and correct copy of MGA's Opposition to Mattel, Inc.'s Ex Parte Application for Protective Order Preventing MGA's Destructive Sampling of The Prince Notary Book dated March 12, 2008.

37. Attached hereto as Exhibit 38 is a true and correct copy of the Court's Order Granting Mattel, Inc.'s Motion to Compel Bryant to Make Original Documents Available for Expert Examination and Testing dated August 30, 2007

38. Attached hereto as Exhibit 39 is a true and correct copy of the CV of William Flynn dated February 11, 2008

39. Attached hereto as Exhibit 40 is a true and correct copy of the CV of Lloyd Cunningham dated February 11, 2008.

40. Attached hereto as Exhibit 41 is a true and correct copy of the CV of Valery Aginsky dated February 11, 2008.

41. Attached hereto as Exhibit 42 is a true and correct copy of an email from Matthew Sloan to myself dated May 15, 2008

42. Attached hereto as Exhibit 43 is a true and correct copy of a letter from myself to Matthew Sloan dated May 11, 2008

43. Attached hereto as Exhibit 44 is a true and correct copy of a letter from Matthew Sloan to Diane Hutnyan dated March 6, 2008

44. Attached hereto as Exhibit 45 is a true and correct copy the Notary Book

45. Attached hereto as Exhibit 46 is a true and correct copy of a letter from Diane Hutnyan to Matthew Sloan dated May 5, 2008

46. Attached hereto as Exhibit 47 is a true and correct copy of a letter from Matthew Sloan to Diane Hutnyan dated May 6, 2008

47. Attached hereto as Exhibit 48 is a true and correct copy of the Supplemental Expert Reports of Mr. Kullman and Mr. Lyter dated May 4, 2008 and May 6, 2008 respectively.

48. To date, MGA has not produced Dr. Lyter's chromatograms. Had I not asked, it is unlikely that MGA would ever have even agreed to produce them.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed this 15th day of May, 2008, in Los Angeles, California.

*/s/ Diane C. Hutnyan*
Diane C. Hutnyan