EXHIBIT 11

1  Hon. Edward A. Infante (Ret.)
   JAMS
2  Two Embarcadero Center
   Suite 1500
3  San Francisco, California 94111
   Telephone:   (415) 774-2611
4  Facsimile:   (415) 982-5287

5

6

7

8                 UNITED STATES DISTRICT COURT

9                CENTRAL DISTRICT OF CALIFORNIA

10                      EASTERN DIVISION

11

12  CARTER BRYANT, an individual,          CASE NO. CV 04-09049 SGL (RNBx)
                                           JAMS Reference No. 1100049530
13            Plaintiff,

14       v.                                Consolidated with
                                           Case No. CV 04-09059
15  MATTEL, INC., a Delaware corporation,  Case No. CV 05-2727

16            Defendant.                   **ORDER RE TESTING OF**
                                           **JACQUELINE PRINCE'S NOTARY**
17                                         **LOG BOOK**

18  CONSOLIDATED WITH
    MATTEL, INC. v. BRYANT and
19  MGA ENTERTAINMENT, INC. v. MATTEL,
    INC.
20

21

22       Having received Mattel's *Ex Parte* Application for a Protective Order Preventing MGA's

23  Destructive Sampling of the Prince Notary Book (the "Application), and all other papers and

24  arguments submitted in support of or in opposition to the Application, and finding good cause

25  therefore,

26       **IT IS HEREBY ORDERED THAT:**

27       1.    MGA is allowed to take samples and conduct testing on Jacqueline Prince's notary

28

Bryant v. Mattel, Inc.,                                                          1
CV-04-09049 SGL (RNBx)

EXHIBIT __11__
PAGE __156__

1  log book to test the accuracy of the findings and conclusions of Mattel's expert

2  witness, Dr. Valery Aginsky, pursuant to the protocol set forth herein.

3  2.  MGA's previously identified expert, Dr. Albert Lyter III, is hereby approved to

4  perform the sampling of the notary book.  Use of any other expert requires the

5  prior approval of the expert's credentials by the Discovery Master.

6  3.  Dr. Lyter's sampling of Ms. Prince's notary book is limited to the extraction of

7  "microplug" samples taken from the notary book.  Dr. Lyter will extract all

8  "microplugs" samples using a hypodermic-needle-sized hole punch, removing

9  holes of less than one millimeter in diameter.

10  4.  Dr. Lyter may remove no more than 17 sets of "microplug" samples from the

11  written portions of the entries in the notary book, and no more than two sets of

12  blank paper "microplug" samples from the blank areas of the notary book which

13  do not contain writing.

14  5.  Dr. Lyter may take no more than 12 "microplugs" from any set of "microplug"

15  samples.

16  6.  MGA and Mattel retain the right to apply to the Discovery Master for the right to

17  take additional "microplugs" if necessary and upon a showing of good cause.

18  7.  Dr. Valery Aginsky, whose credentials have already been approved by the

19  Discovery Master, may attend the extraction of the samples.  MGA and Mattel will

20  arrive at a mutually agreeable date during which accommodates the schedules of

21  both Dr. Lyter and Dr. Aginsky, for the sampling to be performed.

22  8.  If Dr. Aginsky raised any issues about the manner in which the sampling is being

23  performed while he or she is observing the sampling, the parties will seek

24  immediate resolution from the Discovery Master so that the sampling will not be

25  delayed.  If Mattel's counsel waives attendance by its expert, the sampling shall be

26  deemed unobjectionable and may be carried out by MGA's expert as scheduled

27  and without further delay.

28

Bryant v. Mattel, Inc.,
CV-04-09049 SGL (RNBx)

2

EXHIBIT __11__
PAGE __157__

1   9.   All sampling must occur at the laboratory of MGA's expert.

2   10.   Before subjecting the samples to ink analysis, MGA's expert will maintain the

3   samples at his or her laboratory in normal environmental conditions, which means

4   generally accepted laboratory conditions that will preserve the integrity of the

5   notary book from any damage that could be caused by heat, cold, humidity or other

6   conditions.

7   11.   Dr. Lyter and/or his employees and assistants will maintain custody of the notary

8   book in a safe place at all times, and will not release the notary book to any

9   unauthorized third parties.

10   12.   After the completion of the testing, Dr. Lyter will seal the notary book in the box

11   in which it was delivered to him. He will store the notary book in his laboratory in

12   normal environmental conditions for eventual use at trial. MGA agrees to produce

13   the notary book at trial in California.

14   Pursuant to Paragraph 6 of the Stipulation and Order for Appointment of a Discovery

15   Master, Mattel shall file this Order with the Clerk of Court forthwith.

16   **IT IS SO ORDERED.**

17

18   Dated: April 22, 2008

_Edward Infante_

HON. EDWARD A. INFANTE (Ret.)
Discovery Master

19

20

21

22

23

24

25

26

27

28

Bryant v. Mattel, Inc.,
CV-04-09049 SGL (RNBx)

3

EXHIBIT __11__
PAGE ___158___

**PROOF OF SERVICE BY E-MAIL**

I, Sandra Chan, not a party to the within action, hereby declare that on April 22, 2008, I served the attached ORDER RE TESTING OF JACQUELINE PRINCE'S NOTARY LOG BOOK in the within action by email addressed as follows:

| | | |
|---|---|---|
| John W. Keker, Esq. | Keker & Van Nest | jkeker@kvn.com |
| Michael H. Page, Esq. | Keker & Van Nest | mhp@kvn.com |
| Christa Anderson, Esq. | Keker & Van Nest | cma@kvn.com |
| Matthew M. Werdegar, Esq. | Keker & Van Nest | mwerdegar@kvn.com |
| John E. Trinidad, Esq. | Keker & Van Nest | jtrinidad@kvn.com |
| Audrey Walton-Hadlock, Esq. | Keker & Van Nest | awalton-hadlock@kvn.com |
| John Quinn Esq. | Quinn, Emanuel, Urquhart, Oliver & Hedges | johnquinn@quinnemanuel.com |
| Michael Zeller Esq. | Quinn, Emanuel, Urquhart, Oliver & Hedges | michaelzeller@quinnemanuel.com |
| Jon Corey Esq. | Quinn, Emanuel, Urquhart, Oliver & Hedges | joncorey@quinnemanuel.com |
| Duane Lyons Esq. | Quinn, Emanuel, Urquhart, Oliver & Hedges | duanelyons@quinnemanuel.com |
| Timothy Alger Esq. | Quinn, Emanuel, Urquhart, Oliver & Hedges | timalger@quinnemanuel.com |
| Dominic Surprenant Esq. | Quinn, Emanuel, Urquhart, Oliver & Hedges | DominicSurprenant@QuinnEmanuel.com |
| B. Dylan Proctor Esq. | Quinn, Emanuel, Urquhart, Oliver & Hedges | dylanproctor@quinnemanuel.com |
| Shane McKenzie Esq. | Quinn, Emanuel, Urquhart, Oliver & Hedges | shanemckenzie@quinnemanuel.com |
| Bridget Hauler Esq. | Quinn, Emanuel, Urquhart, Oliver & Hedges | bridgethauler@quinnemanuel.com |
| Tamar Buchakjian Esq. | Quinn, Emanuel, Urquhart, Oliver & Hedges | tamarbuchakjian@quinnemanuel.com |
| Juan Pablo Alban, Esq. | Quinn, Emanuel, Urquhart, Oliver & Hedges | juanpabloalban@quinnemanuel.com |
| John Gordon | Quinn, Emanuel, Urquhart, Oliver & Hedges | johngordon@quinnemanuel.com |
| Diane Hutnyan, Esq. | Quinn, Emanuel, Urquhart, Oliver & Hedges | dianehutnyan@quinnemanuel.com |
| Thomas J. Nolan, Esq. | Skadden, Arps, Slate, Meagher & Flom LLP | tnolan@skadden.com |
| Raoul D. Kennedy, Esq. | Skadden, Arps, Slate, Meagher & Flom LLP | rkennedy@skadden.com |
| Amy S. Park, Esq. | Skadden, Arps, Slate, Meagher & Flom LLP | apark@skadden.com |
| Harriet S. Posner, Esq. | Skadden, Arps, Slate, Meagher & Flom LLP | hposner@skadden.com |
| Carl Alan Roth, Esq. | Skadden, Arps, Slate, Meagher & Flom LLP | croth@skadden.com |
| Timothy A. Miller, Esq. | Skadden, Arps, Slate, Meagher & Flom LLP | tmiller@skadden.com |
| Marcus R. Mumford, Esq. | Skadden, Arps, Slate, Meagher & Flom LLP | Mmumford@skadden.com |
| Paul M. Eckles, Esq. | Skadden, Arps, Slate, Meagher & Flom LLP | Paul.eckles@skadden.com |
| Robert J. Herrington, Esq. | Skadden, Arps, Slate, Meagher & Flom LLP | Robert.herrington@skadden.com |
| Larry W. McFarland | Keats, McFarland & Wilson | lmcfarland@kmwlaw.com |
| Christian Dowell | Keats, McFarland & Wilson | cdowell@kmwlaw.com |
| Mark Overland, Esq. | Overland, Borenstein, et al. | moverland@obsklaw.com |
| Alexander Cote, Esq. | Overland, Borenstein, et al. | acote@obsklaw.com |
| David C. Scheper, Esq. | Overland, Borenstein, et al. | dscheper@obsklaw.com |

I declare under penalty of perjury under the laws of the Untied States of America that the above is true and correct.

Executed on April 22, 2008, at San Francisco, California.

_Sandra Chan_

EXHIBIT ___11___
PAGE ___159___

# Miscellaneous Filings (Other Documents)

2:04-cv-09049-SGL-RNB Carter Bryant v. Mattel Inc

(RNBx), AO279, DISCOVERY, PROTORD, RELATED-G

## UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

### Notice of Electronic Filing

The following transaction was entered by Proctor, Brett on 4/24/2008 at 10:19 AM PDT and filed on 4/24/2008

**Case Name:**     Carter Bryant v. Mattel Inc

**Case Number:**   2:04-cv-9049

**Filer:**         Mattel Inc

**Document Number:** 3272

**Docket Text:**

Order re Testing of Jacqueline Prince's Notary Log Book filed by Defendant Mattel Inc (Proctor, Brett)

**2:04-cv-9049 Notice has been electronically mailed to:**

Juan Pablo Alban    juanpabloalban@quinnemanuel.com

Timothy L Alger    timalger@quinnemanuel.com

Christa M Anderson    canderson@kvn.com

Linda M Burrow    burrow@caldwell-leslie.com

Jon D Corey    joncorey@quinnemanuel.com

Alexander H Cote    acote@obsklaw.com, feseroma@obsklaw.com

Leah Chava Gershon    leah@spertuslaw.com

Scott E Gizer    sgizer@chrisglase.com

Melissa Grant    melissagrant@quinnemanuel.com

Emil W Herich    eherich@kmwlaw.com

Diane C Hutnyan    dianehutnyan@quinnemanuel.com, andreahoeven@quinnemanuel.com

John W Keker    jkeker@kvn.com, DRoberts@kvn.com, efiling@kvn.com

Raoul D Kennedy    rkennedy@skadden.com

EXHIBIT __11__

PAGE __160__

Alisa Morgenthaler Lever    amorgenthaler@chrisglase.com

Larry W McFarland    lmcfarland@kmwlaw.com

Cyrus S Naim    cyrusnaim@quinnemanuel.com

Thomas J Nolan    tnolan@skadden.com, carl.roth@skadden.com, marcus.mumford@skadden.com

Mark E Overland    moverland@obsklaw.com, jhibino@obsklaw.com

Michael H Page    mhp@kvn.com, efiling@kvn.com

Kenneth A Plevan    kenneth.plevan@skadden.com, drogosa@skadden.com, sumclaug@skadden.com

Brett Dylan Proctor    dylanproctor@quinnemanuel.com

Rebekah L Punak    rpunak@kvn.com, lhartzlcwis@kvn.com

John B Quinn    johnquinn@quinnemanuel.com

Jason D Russell    jrussell@skadden.com, allison.velkes@skadden.com

David C Scheper    dscheper@obsklaw.com, feseroma@obsklaw.com

Oleg Stolyar    alexstolyar@quinnemanuel.com

John Elliot Trinidad    jtrinidad@kvn.com, cparker@kvn.com, efiling@kvn.com, yjayasuriya@kvn.com

Audrey Walton-Hadlock    awaltonhadlock@kvn.com

Matthew M Werdegar    mmw@kvn.com

Michael T Zeller    michaelzeller@quinnemanuel.com

**2:04-cv-9049 Notice has been delivered by First Class U. S. Mail or by fax to: :**

Lauren E Aguiar
Skadden Arps Slate Meagher & Flom
1440 New York Ave
Washington, DC 20005-2111

Marina Vladimir Bogorad
Skadden Arps Slate Meagher & Flom
300 S Grand Ave, Ste 3400
Los Angeles, CA 90071-3144

David W Foster
Skadden Arps Slate Meagher & Flom LLP
1440 New York Avenue NW
Washington, DC 20005-2111

EXHIBIT __11__
PAGE __16__

Michael P Kelly
Skadden Arps Slate Meagher & Flom LLP
1440 New York Avenue NW
Washington, DC 20005-2111

James E Lyons
Skadden Arps Slate Meagher & Flom
4 Embarcadero Center
Ste 3800
San Francisco, CA 94111-5974

Nathan Meyer
Kaye Scholer
1999 Avenue of the Stars, Suite 1700
Los Angeles, CA 90067

Cheryl Plambeck
Davis & Gilbert LLP
1740 Broadway
New York, NY 10019

Amy R Sabrin
Skadden Arps Slate Meagher & Flom LLP
1440 New York Avenue NW
Washington, DC 20005-2111

Kien C Tiet
Stern and Goldberg
6345 Balboa Boulevard, Suite 200
Encino, CA 91316

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**C:\Documents and Settings\laurakinsey\Desktop\Order re Prince Notary Log
Book.pdf
**Electronic document Stamp:**
[STAMP cacdStamp_ID=1020290914 [Date=4/24/2008] [FileNumber=5741316-0]
[4532d2e6fb2fb5efd507ce18c07f722408638180d85f137e611997c09a36b95fc513
41d803f49ce53d4fe218a5812bcdc761f783401f5b1b9a1512f671037f84]]

EXHIBIT __11__
PAGE __162__