EXHIBIT 12

| # | Month/Day/Year/Time of Notarization | Kind or Type of Notarization | Document Date (Month/Day/Year) | Document Kind or |
|---|---|---|---|---|
| 1 | 8/26/99 | Acknowledgment | 8/26/99 | Original sketch doll Video – ch 6 totals: Names Lupe/Hallidae |
| 2 | 9/14/99 | Acknowledgment | 9/14/99 | Power of Attor |
| 3 | 9/14/99 | Acknowledgment | 9/10/99 | Letter |
| 4 | | | | |
| 5 | | | | |