EXHIBIT 44

## SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

300 SOUTH GRAND AVENUE

LOS ANGELES, CALIFORNIA 90071-3144

TEL: (213) 687-5000
FAX: (213) 687-5600
www.skadden.com

DIRECT DIAL
213-687-5276
DIRECT FAX
213-621-5276
EMAIL ADDRESS
MATTHEW.SLOAN@SKADDEN.COM

FIRM/AFFILIATE OFFICES
BOSTON
CHICAGO
HOUSTON
NEW YORK
PALO ALTO
SAN FRANCISCO
WASHINGTON, D.C.
WILMINGTON
—
BEIJING
BRUSSELS
FRANKFURT
HONG KONG
LONDON
MOSCOW
MUNICH
PARIS
SINGAPORE
SYDNEY
TOKYO
TORONTO
VIENNA

March 6, 2008

<u>VIA E-MAIL AND U.S. MAIL</u>

Diane C. Hutnyan, Esq.
Quinn Emanuel Urquhart Oliver & Hedges, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017

RE:  <u>Bryant v. Mattel: Notice of MGA's Intent to Perform Sampling on Jacqueline Prince's Notary Book</u>

Dear Diane:

    As Ryan Weinstein and I indicated in our phone call with you on February 25, 2008 and in our numerous letters and emails, MGA intends to have its expert, Dr. Albert Lyter III, take "microplug" samples from Jacqueline Prince's notary log book in order to test the ink from the notary book in preparation for MGA's rebuttal expert report. Dr. Lyter will also perform various non-destructive, visual examinations of the notary book. I write to inform you that, pursuant to the notice already provided by the proposed stipulation we sent you last Wednesday, February 27, Dr. Lyter plans to perform this testing on Monday, March 10 or Tuesday, March 11, 2008. *See* Stipulation, ¶ 10. The testing will be performed at Dr. Lyter's laboratory located at the following address:

    Federal Forensic Associates
    7425 Capstone Drive
    Raleigh, NC 27615

    Please inform us in writing if Mattel would like to have its expert attend and observe the extraction of the "microplug" samples. If you elect to do so, please also provide us with the credentials of your observing expert. We will make all

EXHIBIT __44__
PAGE __563__

Diane C. Hutnyan, Esq.
March 6, 2008
Page 2

reasonable efforts to accommodate your expert's schedule, but due to the impending March 17 deadline for submitting MGA's rebuttal expert report, and Dr. Lyter's own schedule, the sampling must be conducted by no later than Tuesday, March 11.

    I received your letter yesterday in which you state your objection to our proposed stipulation and request a meet and confer, pursuant to the stipulation appointing Judge Infante as the discovery master. I note, however, that you have not specifically set forth "the relief sought" -- unless you seek to preclude us from taking samples under any circumstances -- nor identified "the authority supporting [your] requested relief," as required by that stipulation. *See* Stipulation for Appointment of a Discovery Master, ¶ 5. Upon your provision of the specific relief sought and the supporting authorities for such relief, I am ready to have a telephonic meet and confer today or any time tomorrow.

Very truly yours,

Matthew E. Sloan

Enclosures

cc: Ryan Weinstein, Esq.
    Carl Roth, Esq.

508223.01-Los Angeles Server 2A - MSW

EXHIBIT 44
PAGE 564