EXHIBIT 45

OFFICIAL

# Journal of Notarial Acts

EXHIBIT 45
PAGE 565

| # | Month/Day/Year/Time of Notarization | Kind or Type of Notarization | Document Date (Month/Day/Year) | Document Kind or Type | Name and Address of Signer |
|---|---|---|---|---|---|
| 1 | 1/15/96 1:45 p.m. | Acknowledgment & | 1/15/96 | Letter of Authorization | John Kocsis % Western States Mechanical 1005 W 190th St.; Gardena, CA 90248 |
| 2 | 1/23/96 8:30 a.m. | Acknowledgment | 1/23/96 | Unconditional Release | Rick Loeff % SMARDAN 14009 Halldale Ave.; Gardena, CA 90249 |
| 3 | 2/16/96 11:30 a.m. | General Release | 2/16/96 | General Release for Turner Construction | Karen Roach % Western States Mechanical 1005 W. 190th St., Gardena CA 90248 |
| 4 | 2/29/96 | Affidavit/Declaration for Collection of Decedent's Deposit Accounts | 11/29/95 | For sole beneficiary | Kurt Weston 4044 Miraleste Dr. Rancho Palos Verdes, CA 90275 |
| 5 | 3/4/96 | Acknowledgment | 3/4/96 | Letter of Authorization | John Kocsis % Western States Mechanical 1005 W. 190th Street, Gardena, CA 90248 |
| 6 | 4/9/96 | Acknowledgement | 4/9/96 | Letter of Authorization | John Kocsis % Western States Mechanical 1005 W. 190th Street, Gardena CA 90247 |
| 7 | 5/3/96 | ~~General Release~~ Acknowledgment | 5/2/96 | Unconditional Release | Rick Loeff % SMARDAN 14009 Halldale Ave; Gardena CA 90249 |
| 8 | 5/13/96 | Acknowledgment | 5/13/96 | Letter of Authorization | Lewis Johnson % Western States Mechanical 1005 W. 190th Street, Gardena |

EXHIBIT 45
PAGE 566

2

| Identification of Signer | Additional Information | Notary Fee | Signature of Signer | Right Thumbprint of Signer | |
|---|---|---|---|---|---|
| ☑ Personally Known by the Notary<br>☐ ID Cards — Describe each card below<br>☐ Credible Witness(es) — Include signature of each witness | | ⊗ N/A | x [signature] | Top of thumb here | |
| ☑ Personally Known by the Notary<br>☐ ID Cards — Describe each card below<br>☐ Credible Witness(es) — Include signature of each witness | Rick is V.P. for Smordan | ⊗ N/F | x [signature] | Top of thumb here | |
| ☑ Personally Known by the Notary<br>☐ ID Cards — Describe each card below<br>☐ Credible Witness(es) — Include signature of each witness | | ⊗ N/F | x [signature] | Top of thumb here | 3 |
| ☑ Personally Known by the Notary<br>☐ ID Cards — Describe each card below<br>☐ Credible Witness(es) — Include signature of each witness | | ⊗ N/F | x [signature] | Top of thumb here [thumbprint] | 4 |
| ☑ Personally Known by the Notary<br>☐ ID Cards — Describe each card below<br>☐ Credible Witness(es) — Include signature of each witness | | ⊗ N/F | x [signature] | Top of thumb here | 5 |
| ☑ Personally Known by the Notary<br>☐ ID Cards — Describe each card below<br>☐ Credible Witness(es) — Include signature of each witness | | ⊗ N/F | x [signature] | Top of thumb here | 6 |
| ☑ Personally Known by the Notary<br>☐ ID Cards — Describe each card below<br>☐ Credible Witness(es) — Include signature of each witness | | ⊗ N/F | x [signature] | Top of thumb here | 7 |
| ☑ Personally Known by the Notary<br>☐ ID Cards — Describe each card below<br>☐ Credible Witness(es) — Include signature of each witness | V.P. for Western States | ⊗ N/F | x [signature] | Top of thumb here | 8 |

EXHIBIT 415

PAGE 567

| 3 | Month/Day/Year/Time of Notarization | Kind or Type of Notarization | Document Date (Month/Day/Year) | Document Kind or Type | Name and Address of Signer |
|---|---|---|---|---|---|
| 1 | 5/13/96 | Acknowledgement | 5/13/96 | Letter of Authorization | Lewis Johnson<br>c/o Western States Mechanical<br>1005 W. 190th St.; Gardena, CA 90241 |
| 2 | 5/13/96 | Acknowledgement | 5/13/96 | Letter of Authorization<br>City of LA | Steve Makowski<br>c/o Western States<br>1005 W. 190th Street, Gardena, CA 902[illegible] |
| 3 | 5/24/96 | Acknowledgement | 5/24/96 | Letter of Authorization<br>City of LA | Lew Johnson<br>c/o Western States<br>1005 W. 190th St, Gardena CA 90248 |
| 4 | 5/24/96 | " " | " " | " "<br>City of Manhattan Bch. | Lew Johnson<br>c/o Western States |
| 5 | 5/31/96 | " " | " " | Contractor's App. for Payment | Karen Roach<br>c/o Western States Mechanical<br>1005 W. 190th; Gardena, CA |
| 6 | 6/3/96 | " " | 6/3/96 | Letter of Authorization<br>City of Lynwood | Lew Johnson<br>c/o Western States Mechanical |
| 7 | 6/20/96 | Oath | 6/20/96 | Proof of Claim<br>Bank of San Pedro<br>(4613) | John Kocsis<br>c/o Western States Mechanical |
| 8 | 7/2/96 | Acknowledgement | 6/27/96 | Grant Deed | John J. Kocsis |

EXHIBIT Y5
PAGE 568

| Identification of Signer | Additional Information | Notary Fee | Signature of Signer | Right Thumbprint of Signer | |
|---|---|---|---|---|---|
| ☒ Personally Known by the Notary ☐ ID Cards — Describe each card below ☐ Credible Witness(es) — Include signature of each witness | V.P. for W.S.M. | N/A Ø | x | Top of thumb here | |
| ☒ Personally Known by the Notary ☐ ID Cards — Describe each card below ☐ Credible Witness(es) — Include signature of each witness | V.P. of Medical Facilities Western States Mech. | N/A Ø | x [signature] | Top of thumb here | |
| ☒ Personally Known by the Notary ☐ ID Cards — Describe each card below ☐ Credible Witness(es) — Include signature of each witness | V.P. Implant Facilities | N/A Ø | x [signature] | Top of thumb here | 3 |
| ☐ Personally Known by the Notary ☐ ID Cards — Describe each card below ☐ Credible Witness(es) — Include signature of each witness | " " | " " | x [signature] | Top of thumb here | 4 |
| ☒ Personally Known by the Notary ☐ ID Cards — Describe each card below ☐ Credible Witness(es) — Include signature of each witness | Controller | N/A Ø | x [signature] | Top of thumb here | 5 |
| ☒ Personally Known by the Notary ☐ ID Cards — Describe each card below ☐ Credible Witness(es) — Include signature of each witness | V.P. Implant Facilities | N/A Ø | x [signature] | Top of thumb here | 6 |
| ☒ Personally Known by the Notary ☐ ID Cards — Describe each card below ☐ Credible Witness(es) — Include signature of each witness | President for Western States | N/A Ø | x [signature] | Top of thumb here | 7 |
| ☒ Personally Known by the Notary ☐ ID Cards — Describe each card below ☐ Credible Witness(es) — Include signature of each witness | " " " " | N/A Ø | [signature] | Top of thumb here | 8 |

EXHIBIT 45
PAGE 569

| | [illegible] | Kind or Type of Notarization | Document Date (Month/Day/Year) | Document Kind or Type | Name and Address of Signer |
|---|---|---|---|---|---|
| 1 | 7/2/96 | Acknowledgement | 6/27/96 | Grant Deed | Elizabeth Anne Kocsis |
| 2 | 8/22/96 | Acknowledgement | 7/29/96 | Mechanic's Lien | Lewis Johnson Vice President / Western States [illegible] 1005 W. 190th Street; Gardena CA 90248 |
| 3 | 8/22/96 | Acknowledgement | 7/29/96 | Mechanic's Lien | John Kocsis Western States Mechanical; 1005 W. 1[illegible] Gardena, CA 90248 |
| 4 | 11/19/96 | ~~Affidavit~~ Acknowledgement | 11/19/96 | Affidavit | Daniel Funk c/o Image Media International, Inc 1635 16th Street; Santa Monica, CA [illegible] |
| 5 | 11/19/96 | Acknowledgement | 11/19/96 | Affidavit | Daniel Funk c/o Image Media International, Inc 1635 16th Street; Santa Monica, CA [illegible] |
| 6 | 11/19/96 | Acknowledgement | 11/19/96 | Affidavit | Daniel Funk c/o Image Media " " " " " " |
| 7 | 1/21/97 | Acknowledgment | 1/21/97 | Power of Attorney | Mark J. Kubicek |
| 8 | 2/21/97 | " " | 2/21/97 | Proof of Loss | Joseph " " " |

EXHIBIT 45
PAGE 570

| Identification of Signer | Additional Information | Notary Fee | Signature of Signer | Right Thumbprint of Signer | |
|---|---|---|---|---|---|
| Personally Known by the Notary / ID Cards — Describe each card below / Credible Witness(es) — Include signature of each witness | | N/F Ø | x | Top of thumb here | 1 |
| Personally Known by the Notary / ID Cards — Describe each card below / Credible Witness(es) — Include signature of each witness | | N/F Ø | x | Top of thumb here | 2 |
| Personally Known by the Notary / ID Cards — Describe each card below / Credible Witness(es) — Include signature of each witness | | N/F Ø | x | Top of thumb here | 3 |
| Personally Known by the Notary / ID Cards — Describe each card below / Credible Witness(es) — Include signature of each witness | | 10.00 | x | Top of thumb here | 4 |
| Personally Known by the Notary / ID Cards — Describe each card below / Credible Witness(es) — Include signature of each witness | | 5.00 | x | Top of thumb here | 5 |
| Personally Known by the Notary / ID Cards — Describe each card below / Credible Witness(es) — Include signature of each witness | | 5.00 | x | Top of thumb here | 6 |
| Personally Known by the Notary / ID Cards — Describe each card below / Credible Witness(es) — Include signature of each witness — CA Driver License | | 10.00 | x | Top of thumb here | 7 |
| Personally Known by the Notary / ID Cards — Describe each card below / Credible Witness(es) — Include signature of each witness | | 10.00 | x | Top of thumb here | 8 |

EXHIBIT 45

PAGE 571

| | Month/Day/Year/Time of Notarization | Kind or Type of Notarization | Document Date (Month/Day/Year) | Document Kind or Title | Name and Address of Signer |
|---|---|---|---|---|---|
| 1 | 3/6/97 | Acknowledgment | | Affidavit | Amber Stricky c/o Mattel 333 Continental Blvd El Segundo CA 90245 |
| 2 | 3/13/97 | " " | 3/0/97 | License Agreement Bridgestone & Mattel | Jim Wagner c/o Mattel 333 Continental Blvd El Segundo, CA |
| 3 | 3/25/97 | " " | 3/25/97 | Declaration of Homestead | " " |
| 4 | 4/21/97 | " " | 4/21/97 | Spousal Consent "Waiver of Qualified Joint + Survivor Annuity Form of Benefit" | Patricia Nunziati 2227 Ruhland Ave, Unit B Redondo Beach, CA 90278 |
| 5 | 4/17/97 | " " | 4/22/97 | Release of Mechanics Lien - | Ed Tibbals Superior Insulation |
| 6 | 4/21/97 | " " | 4/22/97 | Release of Mechanic Lien | Carrie Maichel International Flow Technologies |
| 7 | 6/16/97 | " " | 6/16/97 | Power of Attorney for/of: Diane McMillen | Diane McMILLEN 1310 S. Parkcrest Mesa, AZ 85206 |
| 8 | 2/10/98 | Acknowledgement ~~Power of Attorney~~ | 2/4/98 | Power of Attorney for: Josef Kubicek | Joseph Kubicek 2001 Artesia Redondo Beach, CA |

EXHIBIT 45

PAGE 572

| [illegible] | Additional Information | Notary Fee | Signature of Signer | Right Thumbprint of Signer | |
|---|---|---|---|---|---|
| ☒ Personally Known by the Notary<br>☐ ID Cards — Describe each card below<br>☐ Credible Witness(es) — Include signature of each witness | | Ø | x [signature] | Top of thumb here | 1 |
| ☒ Personally Known by the Notary<br>☐ ID Cards — Describe each card below<br>☐ Credible Witness(es) — Include signature of each witness | 2 signatures of same exact document. | Ø | x [signature] | Top of thumb here | 2 |
| ☒ Personally Known by the Notary<br>☐ ID Cards — Describe each card below<br>☐ Credible Witness(es) — Include signature of each witness | 1 signature. | Ø | x [signature] | Top of thumb here | 3 |
| ☒ Personally Known by the Notary<br>☐ ID Cards — Describe each card below<br>☐ Credible Witness(es) — Include signature of each witness | 1 signature. | Ø | [signature] | Top | 4 |
| ☒ Personally Known by the Notary<br>☐ ID Cards — Describe each card below<br>☐ Credible Witness(es) — Include signature of each witness | | Ø | see attached x | Top of thumb here | 5 |
| ☒ Personally Known by the Notary<br>☐ ID Cards — Describe each card below<br>☐ Credible Witness(es) — Include signature of each witness | | Ø | see attached x | Top of thumb here | 6 |
| ☐ Personally Known by the Notary<br>☒ ID Cards — Describe each card below<br>☐ Credible Witness(es) — Include signature of each witness<br>Driver's License<br>Social Security Card | 2 signatures of same-exact document | | x Diane McMiller | Top of thumb here | 7 |
| ☒ Personally Known by the Notary<br>☐ ID Cards — Describe each card below<br>☐ Credible Witness(es) — Include signature of each witness | 6 signatures of same-exact document | 60[00] | x [signature] | Top of thumb here | 8 |

EXHIBIT 45

PAGE 573

9

| | | | | | Name and Address of Signer |
|---|---|---|---|---|---|
| 1 | 2/10/98 | Acknowledgement | 2/10/98 | Power of Attorney Transfer from son - Mark J. Kubick | 2001 Artesia Blvd Redondo Beach CA |
| 2 | 2/10/98 | " " | 2/10/98 | Power of Attorney transfer from - Olga Loblova of Varieda | To varify Joseph Kubeck saw Harry J. Benton's signature |
| 3 | 8/11/98 | " " | 8/11/98 | Power of Attorney International Trade Customs & Forwarding | 450 N. Rossmore Ave. Los Angeles |
| 4 | 8/20/98 | " " | 8/20/98 | Marital Settlement Agreement | 918 S. Leland St San Pedro |
| 5 | 8/20/98 | " " | 8/20/98 | Judgement Dissolution of Marriage | " " |
| 6 | 10/27/98 | " " | 10/27/98 | Dept. Trans Motor Vehicle Div AZ | Victoria Polzin Anza Torrance, CA |
| 7 | 11/11/98 | " " | 11/11/98 | Claim Form | Sharon Zuckerman 414 2nd Street #131 Hermosa Beach, CA 90254 |
| 8 | 1/22/99 | " " | 1/22/99 | Declaration Pursuant to California Probate code §13100 | Robert Allen Cokman |

EXHIBIT 45

PAGE 574

| | Additional Information | Notary Fee | Signature of Signer | Right Thumbprint of Signer |
|---|---|---|---|---|
| 1 ☒ Personally Known by the Notary ☐ ID Cards — Describe each card below ☐ Credible Witness(es) — Include signature of each witness | | ⊗ | x [signature] | Top of thumb here |
| 2 ☐ Personally Known by the Notary ☒ ID Cards — Describe each card below ☐ Credible Witness(es) — Include signature of each witness<br>Drivers License | 316-0995 | 10.00 | x [signature] | Top of thumb here |
| 3 ☒ Personally Known by the Notary ☐ ID Cards — Describe each card below ☐ Credible Witness(es) — Include signature of each witness | To release an antique chinese table that Ron ordered. | ⊗ | x [signature] | Top of thumb here |
| 4 ☒ Personally Known by the Notary ☐ ID Cards — Describe each card below ☐ Credible Witness(es) — Include signature of each witness | | ⊗ | x [signature] | Top of thumb here |
| 5 ☒ Personally Known by the Notary ☐ ID Cards — Describe each card below ☐ Credible Witness(es) — Include signature of each witness | | ⊗ | x [signature] | Top of thumb here |
| 6 ☒ Personally Known by the Notary ☐ ID Cards — Describe each card below ☐ Credible Witness(es) — Include signature of each witness | | ⊗ | x Victoria Poj [signature] | Top of thumb here |
| 7 ☒ Personally Known by the Notary ☐ ID Cards — Describe each card below ☐ Credible Witness(es) — Include signature of each witness | | ⊗ | x [signature] | Top of thumb here |
| 8 ☒ Personally Known by the Notary ☐ ID Cards — Describe each card below ☐ Credible Witness(es) — Include signature of each witness | — | ⊗ | x [signature] | Top of thumb here |

EXHIBIT 45
PAGE 575

| 11 | Month/Day/Year/Time of Notarization | Kind or Type of Notarization | Document Date (Month/Day/Year) | Document Kind or Type | Name and Address of Signer |
| --- | --- | --- | --- | --- | --- |
| 1 | 8/26/99 | Acknowledgement | 8/26/99 | Original sketches of doll idea - characters 6-total = Names are: Zoe, Lupe, Hallidae, Jade, 2 males. From 1998 [illegible] | Carter Bryant 1319 W. 160th St. Gardena, CA 90247 |
| 2 | 9/14/99 | Acknowledgement | 9/14/99 | Power of Attorney | ~~Joseph~~ Josef Kobick |
| 3 | 9/14/99 | Acknowledgement | 9/10/99 | Letter | Victoria Polzin |
| 4 | | | | | |
| 5 | | | | | |
| 6 | | | | | |
| 7 | | | | | |
| 8 | | | | | |

EXHIBIT 45
PAGE 576

| | [illegible] | Additional Information | Notary Fee | Signature of Signer | Right Thumbprint of Signer |
|---|---|---|---|---|---|
| 1 | ☒ Personally Known by the Notary<br>☐ ID Cards — Describe each card below<br>☐ Credible Witness(es) — Include signature of each witness | 13 drawings<br>Each drawing stamped & signed to ackn. sig. of Carter | | x [signature] | Top of thumb here |
| 2 | ☒ Personally Known by the Notary<br>☐ ID Cards — Describe each card below<br>☐ Credible Witness(es) — Include signature of each witness | 8 pages - same document<br>signature notarized. | | x [signature] | Top of thumb here |
| 3 | ☒ Personally Known by the Notary<br>☐ ID Cards — Describe each card below<br>☐ Credible Witness(es) — Include signature of each witness | | | x Victoria Po[illegible] | Top of thumb here |
| 4 | ☐ Personally Known by the Notary<br>☐ ID Cards — Describe each card below<br>☐ Credible Witness(es) — Include signature of each witness | | | x | Top of thumb here |
| 5 | ☐ Personally Known by the Notary<br>☐ ID Cards — Describe each card below<br>☐ Credible Witness(es) — Include signature of each witness | | | x | Top of thumb here |
| 6 | ☐ Personally Known by the Notary<br>☐ ID Cards — Describe each card below<br>☐ Credible Witness(es) — Include signature of each witness | | | x | Top of thumb here |
| 7 | ☐ Personally Known by the Notary<br>☐ ID Cards — Describe each card below<br>☐ Credible Witness(es) — Include signature of each witness | | | x | Top of thumb here |
| 8 | ☐ Personally Known by the Notary<br>☐ ID Cards — Describe each card below<br>☐ Credible Witness(es) — Include signature of each witness | | | x | Top of thumb here |

EXHIBIT 45
PAGE 577

EXHIBIT 46

quinn emanuel trial lawyers | los angeles
865 South Figueroa Street, 10th Floor, Los Angeles, California 90017 | TEL: (213) 443-3000 FAX: (213) 443-3100

WRITER'S DIRECT DIAL NO.
(213) 443-3666

WRITER'S INTERNET ADDRESS
dianehutnyan@quinnemanuel.com

May 5, 2008

**VIA E-MAIL AND FACSIMILE TRANSMISSION**

Matthew E. Sloan, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
300 South Grand Avenue
Suite 3400
Los Angeles, CA 90071

Matthew Werdegar, Esq.
Keker & Van Nest, LLP
710 Sansome St.
San Francisco, CA 94111

Daniel J. Warren, Esq.
Sutherland Asbill & Brennan, LLP
999 Peachtree Street
Suite 2300
Atlanta, GA 30309

Re: Mattel v. Carter Bryant

Dear Counsel:

Although MGA's position in the correspondence and motion practice relating to MGA's proposed destructive testing of the notary book was always that it intended only to replicate the tests performed on the notary book by Mattel's experts, it has come to my attention that last Monday, Dr. Lyter went beyond the 19 sets of samples he was authorized to take pursuant to the Discovery Master's April 22 Order, and also removed a set of eight microplugs from one of the horizontal pre-printed black lines in the notary book. This was a new area not previously sampled by Dr. Aginsky or any other Mattel expert, and has nothing to do with replicating Mattel's tests.

EXHIBIT 46
PAGE 578

Mattel seeks to take up to 12 microplugs from the same line Dr. Lyter took them from, so that it can replicate Dr. Lyter's tests.[1] Please let me know as soon as possible if you will agree to give us access to the notary book for that purpose and whether you would like Dr. Lyter to be in attendance.

If we cannot come to agreement as to the requested access, Mattel will move *ex parte* for access to the notary book to take the requested samples, and, in the alternative, to preclude the use of Dr. Lyter's samples.

In the event of such objection, please advise me as to the basis for your objection. Also, please let me know when you would be available to meet and confer regarding such objections. I am available most of the day tomorrow and on Wednesday morning as well.

Sincerely,

Diane C. Hutnyan

cc: Mark Overland, Esq.

07209/2494717.1

---

[1] We further reserve the right to seek additional microplugs depending on what opinions he renders next week.

EXHIBIT 47

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

300 SOUTH GRAND AVENUE
LOS ANGELES, CALIFORNIA 90071-3144

TEL: (213) 687-5000
FAX: (213) 687-5600
www.skadden.com

FIRM/AFFILIATE OFFICES
BOSTON
CHICAGO
HOUSTON
NEWARK
NEW YORK
PALO ALTO
SAN FRANCISCO
WASHINGTON, D.C.
WILMINGTON

BEIJING
BRUSSELS
FRANKFURT
HONG KONG
LONDON
MOSCOW
PARIS
SINGAPORE
SYDNEY
TOKYO
TORONTO
VIENNA

DIRECT DIAL
213-687-5276
DIRECT FAX
213-687-5600
EMAIL ADDRESS
MATTHEW.SLOAN@SKADDEN.COM

May 6, 2008

**VIA FACSIMILE AND EMAIL**

Diane C. Hutnyan, Esq.
Quinn Emanuel Urquhart Oliver & Hedges, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017-2543

RE: Bryant v. Mattel, Inc.

Dear Ms. Hutnyan:

I am writing in response to your letter of May 5, 2008 ("May 5 Letter") in which you allege that Dr. Lyter violated Judge Infante's April 22, 2008 "Order Re Testing of Jacqueline Prince's Notary Log Book" ("Order") by going "beyond the 19 sets of samples he was authorized to take" pursuant to the Order and removing "a set of eight microplugs from one of the horizontal pre-printed lines in the notary book." Based on my initial investigation, your allegations are totally unfounded.

Dr. Lyter is currently out of the country on business so my ability to communicate with him has been limited. He has assured me by email, however, that he scrupulously followed the Order in all respects. Contrary to your allegations that he "went beyond" the 19 sets of samples authorized by the Order, I am informed that he took exactly 19 sets of samples, and took no more than 12 microplugs from any one of these areas. *See* Order, ¶¶ 4-5. While he may have taken some samples which contained "printing ink" from the notary book, these samples were taken from the "blank areas of the notary book which do not contain [hand]writing" (*id.*, ¶ 4) and were thus explicitly authorized by Judge Infante's Order. As you know, the Order permits Dr. Lyter to take up to 17 sets of "microplug" samples from the written portions of the notary book and up to two sets of samples from the blank areas which do not contain writing. Based on my preliminary investigation, that is exactly what Dr. Lyter did. Contrary to the suggestion in your letter, the Order did

not require Dr. Lyter to "take his blank samples from the same areas "previously sampled by Dr. Aginsky" or to exactly *replicate* Dr. Aginsky's tests. (May 5 Letter at 1.) Your claims that Dr. Lyter violated the Order are thus baseless.

Moreover, you waived your right to object to the sampling by failing to object at the time of the procedure. Order, ¶ 8. The Order authorized Dr. Aginsky to observe the sampling and provided that he "will seek immediate resolution from the Discovery Master" if he has any objections to Dr. Lyter's methods. *Id.* The fact that Dr. Aginsky failed to raise any objections at the time of the sampling speaks volumes about the purported merits of your claims. Instead of seeking an immediate resolution as required (*id.*, ¶ 8), you have waited seven (7) days to object. Accordingly, even if you *had* a valid objection, which you do not, it has been forfeited.

To the best of my understanding, furthermore, the portions of Dr. Lyter's samples which contained printing ink from the notary book played no role in his ultimate conclusions.

For these reasons, Mattel has no basis to further test the notary book. Pursuant to your invitation, I am available to meet-and-confer on this matter tomorrow, Wednesday, May 7, 2008, if my representations above do not alleviate your concerns. Given that Dr. Lyter is out of the country until next week, and it will be difficult for me to communicate with him by phone before then, however, I would respectfully suggest that we put off any meet and confer until next week.

Very truly yours,

Matthew E. Sloan

cc: Matthew Werdegar
Daniel Warren