1  QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
   John B. Quinn (Bar No. 090378)
2  johnquinn@quinnemanuel.com
   Michael T. Zeller (Bar No. 196417)
3  (michaelzeller@quinnemanuel.com)
   Jon D. Corey (Bar No. 185066)
4  (joncorey@quinnemanuel.com)
   865 South Figueroa Street, 10th Floor
5  Los Angeles, California 90017-2543
   Telephone: (213) 443-3000
6  Facsimile: (213) 443-3100

7  Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| CARTER BRYANT, an individual, | CASE NO. CV 04-9049 SGL (RNBx) |
|---|---|
| Plaintiff, | Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727 |
| vs. | |
| MATTEL, INC., a Delaware corporation, | **Proof of Service** |
| Defendant. | Date: TBA<br>Time: TBA<br>Place: TBA |
| | Discovery Cut-Off: January 28, 2008<br>Pre-Trial Conference: May 5, 2008<br>Trial Date: May 27, 2008 |

07209/2391134.1

-1-

Case No. CV 04-9049 SGL (RNBx)
PROOF OF SERVICE

## PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is Now Legal Service, 1301 W. 2nd Street, Suite 206, Los Angeles, CA 90026.

On May 15, 2008, I served true copies of the following document(s) described as

### SEE ATTACHED DOCUMENT LIST

on the parties in this action as follows:

| | |
|---|---|
| Thomas J. Nolan<br>**Skadden, Arps, Slate, Meageher & Flom LLP**<br>300 South Grand Ave., Ste. 3400<br>Los Angeles, CA 90071 | Mark E. Overland<br>David C. Scheper<br>Alexander H. Cote<br>**Overland Borenstein Scheper & Kim LLP**<br>601 West Fifth Street, 12th Floor<br>Los Angeles, CA 90017 |

John W. Keker, Esq.
Michael H. Page, Esq.
Christina M. Anderson, Esq.
**Keker & Van Nest, LLP**
710 Sansome Street
San Francisco, CA 94111

**BY PERSONAL SERVICE:** I delivered such envelope(s) by hand to the office of the person(s) being served.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on May 15, 2008, at Los Angeles, California.

_Dave Quintana_
NOW LEGAL -- Dave Quintana

07209/2442344.1

# DOCUMENT LIST

1. MATTEL, INC.'S EX PARTE APPLICATION TO STRIKE PORTIONS OF THE EXPERT REPORTS OF DR. ALBERT LYTER AND MR. ROBERT KULLMAN; AND MEMORANDUM OF POINTS AND AUTHORITIES

2. DECLARATION OF DIANE C. HUTNYAN IN SUPPORT OF MATTEL, INC.'S EX PARTE APPLICATION TO STRIKE PORTIONS OF THE EXPERT REPORTS OF DR. ALBERT LYTER AND MR. ROBERT KULLMAN

3. PROOF OF SERVICE