QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| CARTER BRYANT, an individual, | CASE NO. CV 04-9049 SGL (RNBx) |
|---|---|
| Plaintiff, | Consolidated with Case Nos. CV 04-09059 & CV 05-2727 |
| vs. | Hon. Stephen G. Larson |
| MATTEL, INC., a Delaware corporation, | [PROPOSED] ORDER REGARDING MATTEL, INC.'S MATTEL, INC.'S *EX PARTE* APPLICATION TO STRIKE PORTIONS OF THE EXPERT REPORTS OF DR. ALBERT LYTER AND MR. ROBERT KULLMAN |
| Defendant. | |
| AND CONSOLIDATED ACTIONS | **Phase 1**<br>Discovery Cut-Off: January 28, 2008<br>Pre-Trial Conference: May 5, 2008<br>Trial Date: May 27, 2008 |

07209/2503038.1

[PROPOSED] ORDER

# [PROPOSED] ORDER

Having considered Mattel, Inc.'s *Ex Parte* Application to Strike (1) Dr. Albert Lyter's 05/06/2008 Report; (2) Portions of Dr. Albert Lyter's 03/17/2008 Report; and (3) Mr. Robert Kullman's 04/04/2008 Amended Report (the "Application"), and all other papers and argument submitted in support of or opposition to the Application, and finding good cause therefore,

IT IS HEREBY ORDERED that:

Dr. Lyter's May 6 report and the portions of Dr. Lyter's March 17 and Mr. Kullman's April 4, 2008 reports pertaining to the Prince notary book and the sequencing of the Bryant originals are herby stricken.

**IT IS SO ORDERED.**

DATED:             , 2008  _____
Hon. Stephen G. Larson
United States District Judge