QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant. | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059 and<br>Case No. CV 05-02727<br><br>Hon. Stephen G. Larson<br><br>MATTEL, INC.'S PROPOSED VOIR DIRE BY THE COURT |
| AND CONSOLIDATED ACTIONS | **Phase 1**<br>Pre-Trial Conference: May 19, 2008<br>Trial Date: May 27, 2008 |

Plaintiff Mattel, Inc. respectfully submits the following Proposed Voir Dire by the Court.

1. What is your current marital status?

2. What is the highest level of education you completed?

3. Do you have any children? If so, please state the age, level of education and occupation (if any) of your children.

4. What is your current employment status? Please indicate whether you are working full-time, working part-time, self-employed, a student, a homemaker, disabled, retired, unemployed and looking for work, or unemployed and not looking for work.
   a. If you are currently employed: What is the name of your employer? How long have you been employed? What is your title? What are your duties and responsibilities on the job?
   b. If you are not currently employed: What is the name of your most recent employer? How long did you work there? When did you stop working there? What was your title? What were your duties and responsibilities on the job?

5. Have you, or has an immediate family member or close friend, ever had a serious dispute with an employer? If so:
   a. Please explain what happened.
   b. Was the dispute resolved to your satisfaction (or to the satisfaction of your family member or friend)?

6. Have you, or has an immediate family member or close friend, ever sued or been sued in any type of lawsuit? If so, please explain what happened.

7. Have you ever previously served on a jury? If so:
   a. What type(s) of case(s) did you hear (civil or criminal)?
   b. Did you serve as a foreperson?
   c. Did the jury reach a verdict?

8. Have you ever been required to turn over to your employer ownership rights to any ideas, prototypes or inventions you developed? If so:
   a. Please explain the circumstances.
   b. What are your feelings about this?
   c. Please explain your feelings.

9. Are you familiar with a company called Mattel? If so:
   a. Please describe the nature and extent of your familiarity.
   b. What is your opinion of Mattel?
   c. Please explain why you have that opinion.

10. Are you familiar with Mattel products? If so:
    a. Which ones?
    b. What is your opinion of them?
    c. Have you bought Mattel products?
    d. If so, which ones?
    e. Have you been satisfied with your purchase(s)?

11. Have you, or has a close friend or family member, ever bought or collected Barbie dolls? If so, please describe your interest, or the interest of your close friend or family member, in Barbie dolls.

12. Are you familiar with a company called MGA Entertainment? If so:
    a. Please describe the nature and extent of your familiarity.
    b. What is your opinion of MGA Entertainment?
    c. Please explain why you have that opinion.

13. Have you, or has a close friend or family member, ever bought or collected Bratz dolls? If so, please describe your interest, or the interest of your close friend or family member, in Bratz dolls.

14. Do you know any other person called for jury duty this week? If so, please describe who you know and the nature of your relationship.

15. I am going to read you a list of law firms representing the parties in this case, the attorneys in the case, and the persons who are potential witnesses in the case. If you know, or think you know, any of these names, please say so.

### *[List to be inserted]*

16. This trial is anticipated to take approximately ___ weeks. Would this cause you any financial hardship, problems or concerns? If so, please explain the reason or reasons for the hardship, problems or concerns.

17. Is there anything else you think the Court and the parties in this dispute should know about you that would affect your ability to be a fair and impartial juror? If so, please explain.

DATED: May 15, 2008

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

By /s/ John B. Quinn
John B. Quinn
Attorneys for Mattel, Inc.