1 | QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
2 |   John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
3 |   Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
4 |   Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
5 | 865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
6 | Telephone: (213) 443-3000
Facsimile: (213) 443-3100

7 | Attorneys for Mattel, Inc.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant. | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with<br>Case Nos. CV 04-09059 & CV 05-2727<br><br>STIPULATION REGARDING DISCLOSURE OF DEMONSTRATIVES AT TRIAL<br><br>**Phase 1**<br>Discovery Cut-Off:   January 28, 2008<br>Pre-Trial Conference: May 5, 2008<br>Trial Date:        May 27, 2008 |
| CONSOLIDATED WITH<br>MATTEL, INC. V. BRYANT and<br>MGA ENTERTAINMENT, INC. v.<br>MATTEL, INC. | |

STIPULATION

2505987.1

## STIPULATION

WHEREAS, pursuant to <u>Local Rule</u> 16-3, all graphics and illustrative material to be shown to the trier of fact as illustrating the testimony of a witness shall be disclosed eleven (11) days before trial; and

WHEREAS, the parties have agreed, subject to the Court's approval, that due to the expected length and complexity of the trial, demonstratives, graphics and illustrative material to be shown to the trier of fact shall be disclosed to counsel for the opposing party or parties twenty-four (24) hours prior to their use.

NOW, THEREFORE, Mattel, Inc.; MGA Entertainment, Inc.; MGA Entertainment (HK) Limited; Isaac Larian and Carter Bryant, by and through their counsel of record, hereby agree and stipulate as follows, subject to the Court's approval:

///

///

///

///

///

///

///

///

///

///

1    Demonstratives, graphics and illustrative materials to be shown to the trier of

2    fact shall be disclosed to counsel for the opposing party or parties twenty-four (24)

3    hours prior to their use.

4    IT IS SO STIPULATED.

5    DATED:  May 16, 2008          QUINN EMANUEL URQUHART OLIVER &
                                   HEDGES, LLP
6

7

8                                  By_____
                                      Jon D. Corey
9                                     Attorneys for Mattel, Inc.

10   DATED:  May 15, 2008          SKADDEN, ARPS, SLATE, MEAGHER &
                                   FLOM, LLP
11

12

13                                 By_____
                                      Lance Etcheverry
14                                    Attorneys for MGA Entertainment, Inc.;
                                      MGA Entertainment (HK) Limited; MGA
15                                    de MEXICO, S.R.L. de C.V.; and Isaac
                                      Larian
16

17

18   DATED:  May 15, 2008          KEKER & VAN NEST, LLP

19

20                                 By_____
                                      Matthew Werdegar
21                                    Attorneys for Carter Bryant

22

23

24

25

26

27

28

07209/2505987.1

-3-