UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with<br>Case Nos. CV 04-09059 & CV 05-2727<br><br>Hon. Stephen G. Larson<br><br>[PROPOSED] ORDER GRANTING STIPULATION REGARDING DISCLOSURE OF DEMONSTRATIVES AT TRIAL<br><br>**Phase 1**<br>Pre-Trial Conference:  May 19, 2008<br>Trial Date:  May 27, 2008 |

07209/2506089.1

[PROPOSED] ORDER

# [PROPOSED] ORDER

Having considered the parties' Stipulation Regarding Disclosure of Demonstratives at Trial Mattel, Inc. (the "Stipulation"):

IT IS HEREBY ORDERED THAT demonstratives, graphics and illustrative materials to be shown to the trier of fact shall be disclosed to counsel for the opposing party or parties twenty-four (24) hours prior to their use.

IT IS SO ORDERED.

DATED: _____, 2008   _____
Honorable Stephen G. Larson
U.S. District Court Judge