QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  johnquinn@quinnemanuel.com
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
  B. Dylan Proctor (Bar No. 160303)
  (timProctor@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with<br>Case Nos. CV 04-09059 & CV 05-2727<br><br>DECLARATION OF B. DYLAN PROCTOR ATTACHING REDACTED EXHIBIT SUBMITTED IN SUPPORT OF OR OPPOSITION TO MOTIONS FOR PARTIAL SUMMARY JUDGMENT<br><br>Date: April 23, 2008<br>Time: 10:00 a.m.<br>Place: Courtroom 1<br><br>Phase 1:<br>Discovery Cut-Off: January 28, 2008<br>Pre-Trial Conference: May 5, 2008<br>Trial Date: May 27, 2008 |

07209/2477608.1

DECLARATION OF B. DYLAN PROCTOR

## DECLARATION OF B. DYLAN PROCTOR

I, B. Dylan Proctor, declare as follows:

1. I am a member of the bar of the State of California and a partner with Quinn Emanuel Urquhart Oliver & Hedges, LLP, attorneys for Mattel, Inc. I make this declaration of personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify competently hereto.

2. Pursuant to the Court's Order dated May 15, 2008, Mattel submits this declaration to provide the Court a revised redacted version of an e-mail from Isaac Larian dated March 12, 2002 to MGA personnel, Bates-numbered MGA 3801819-22, a true and correct copy of which is attached hereto as Exhibit A. This document was attached in unredacted form as Exhibit 97 to the Declaration of B. Dylan Proctor in Support of Mattel, Inc.'s Motion for Partial Summary Judgment ("Proctor Dec."), Docket No. 2551; Exhibit 97 to the [Lodged] Proctor Dec., Docket No. 2817; Exhibit 97 to the [Corrected] Proctor Dec., Docket No. 2836; Exhibit 95 to the Declaration of Michael T. Zeller in Support of Mattel, Inc.'s Consolidated Opposition to Defendants' Motions for Partial Summary Adjudication ("Zeller Dec."), Docket No. 2813; Exhibit 95 to the [Corrected] Zeller Dec., Docket No. 2849; and Exhibit 95 to the [Lodged] Zeller Dec., Docket No. 2958.

/
/
/
/
/
/
/
/
/
/

07209/2477608.1

-1-

3. Following the filing of the aforementioned documents, MGA made a claim of privilege for a portion of MGA 3801819-22, and proposed redactions to the e-mail. Mattel moved to compel production of the unredacted document, resulting in the Order of May 15, 2008.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on May 15, 2008, at Los Angeles, California.

_____
B. Dylan Proctor

-2-

DECLARATION OF B. DYLAN PROCTOR

07209/2477608.1