QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
John B. Quinn (Bar No. 090378)
(johnquinn@quinnemanuel.com)
Michael T. Zeller (Bar No. 196417)
(michaelzeller@quinnemanuel.com)
Jon D. Corey (Bar No. 185066)
(joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with<br>Case Nos. CV 04-09059 & CV 05-2727<br><br>[~~PROPOSED~~] ORDER RE MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL EXHIBITS 10, 13, 14, 15, 16, 21, 22, 26, 27, 28, 35, 36, 37, & 48 TO THE DECLARATION OF DIANE HUTNYAN IN SUPPORT OF MATTEL'S *EX PARTE* APPLICATION TO STRIKE PORTIONS OF THE EXPERT REPORTS OF DR. ALBERT LYTER AND MR. ROBERT KULLMAN<br><br>**Phase 1**<br>Discovery Cut-Off: January 28, 2008<br>Pre-Trial Conference: May 5, 2008<br>Trial Date: May 27, 2008 |

07209/2499417.1

[PROPOSED] ORDER

## [~~PROPOSED~~] ORDER

Based on the concurrently filed Application to File Under Seal Exhibits 10, 13, 14, 15, 16, 21, 22, 26, 27, 28, 35, 36, 37, & 48 to the Declaration of Diane Hutnyan in support of Mattel, Inc.'s *Ex Parte* Application to Strike Portions of the Expert Reports of Dr. Albert Lyter and Mr. Robert Kullman.

IT IS HEREBY ORDERED:

The Declaration attaches materials that the parties have designated as "Confidential--Attorneys' Eyes Only" pursuant to the Protective Order. Specifically, the parties designated Exhibits 10, 13, 14, 15, 16, 21, 22, 26, 27, 28, 35, 36, 37, & 48 as "Confidential--Attorneys' Eyes Only. As such, Mattel requests that these exhibits be filed under seal.

DATED: MAY 15 2008 , 2008  _____
Hon. Stephen G. Larson
United States District Judge