QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
  Timothy L. Alger (Bar No. 160303)
  (timalger@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>**SUPPLEMENTAL DECLARATION OF JON D. COREY IN SUPPORT OF MATTEL, INC.'S *EX PARTE* APPLICATION FOR ORDER THAT THERE IS NO BASIS UNDER THE PROTECTIVE ORDER FOR MATTEL TO RETURN FIVE DOCUMENTS PRODUCED BY MGA**<br><br>Date: NA<br>Time: NA<br>Place: NA<br><br>**Phase 1**<br>Pre-trial Conference: May 19, 2008<br>Trial Date: May 27, 2008 |

07209/2507622.1

## SUPPLEMENTAL DECLARATION OF JON D. COREY

I, Jon D. Corey, declare as follows:

1. I am a member of the bar of the State of California and a partner of Quinn Emanuel Urquhart Oliver & Hedges, LLP, attorneys for Mattel, Inc. ("Mattel"). I make this declaration of personal, firsthand knowledge and, if called and sworn as a witness, I could and would testify competently thereto.

2. I met and conferred with Allen Roth at 4:10 p.m. on May 15, 2008 and we were not able to reach an agreement that would permit Mattel to retain documents bates labeled MGA 3819497-MGA 3819506, MGA0868630-MGA 0868631, and MGA1134723-MGA1134730 and use them at trial. Mr. Roth also refused to re-produce MGA 0815789, which was previously produced by MGA, clawed back by MGA on April 1, 2008, and destroyed by Mattel in response to MGA's return request. Finally, Mr. Roth indicated that MGA would oppose this *ex parte* application. Mr. Roth orally represented that MGA was withdrawing its request that Mattel return or destroy MGA 0829296-MGA 0829305, acknowledging that the Discovery Master had required MGA to produce the document. Due to the lateness of this concession, Mattel did not have sufficient time to revise the Application to remove discussion of MGA 0829296-MGA 0829305 (referred to in the motion as the December 7 Fax). The Bratz sales document was also the subject of a separate Rule 30(b)(6) topic (No. 102) to MGA that was discussed with counsel for MGA at the resumption of Ms. Tonnu's deposition on January 17, 2008, when counsel for Mattel provided to counsel for MGA, Carl Roth, at his request, a copy of the Bratz Sales ///

///
///
///
///

-1-
SUPP. COREY DEC. ISO MATTEL'S *EX PARTE* APPLICATION FOR ORDER RE RETURN OF DOCUMENTS

Sheet. Mr. Roth never suggested that the documents was privileged, but MGA agreed to provide a witness to testify on Topic No. 102 relating to that document.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 15th day of May 2008, at Los Angeles, California.

_/s/ Jon D. Corey_
Jon D. Corey