```
 1  QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
      John B. Quinn (Bar No. 090378)
 2    (johnquinn@quinnemanuel.com)
      Michael T. Zeller (Bar No. 196417)
 3    (michaelzeller@quinnemanuel.com)
      Jon D. Corey (Bar No. 185066)
 4    (joncorey@quinnemanuel.com)
    865 South Figueroa Street, 10th Floor
 5  Los Angeles, California 90017-2543
    Telephone: (213) 443-3000
 6  Facsimile: (213) 443-3100
 7  Attorneys for Mattel, Inc.
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>NOTICE OF LODGING DOCUMENTS *IN CAMERA* IN SUPPORT OF MATTEL, INC.'S *EX PARTE* APPLICATION FOR ORDER THAT THERE IS NO BASIS UNDER THE PROTECTIVE ORDER FOR MATTEL TO RETURN FIVE DOCUMENTS PRODUCED BY MGA<br><br>Hearing Date: N/A<br>Time: N/A<br>Court Room: N/A<br><br>Pre-trial Conference: May 19, 2008<br>Trial Date: May 27, 2008 |

07209/2506557.1

NOTICE OF LODGING

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD, PLEASE TAKE NOTICE that Mattel, Inc. hereby lodges with the Court *in camera* unredacted copies of the documents bates-stamped MGA 0829296-305 (Ex. A), MGA 3819497-506 (Ex. B), MGA 0868630-1 (Ex. C), and MGA 1134723-730 (Ex. D).

DATED: May 15, 2008

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

By *[signature]*
Jon D. Corey
Attorneys for Mattel, Inc.