QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
  Timothy L. Alger (Bar No. 160303)
  (timalger@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with<br>Case Nos. CV 04-09059 & CV 05-2727<br><br>MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL EXHIBITS 10-19, 23-24, 28-29, 34, AND 36 TO THE DECLARATION OF JON D. COREY IN SUPPORT OF MATTEL, INC.'S *EX PARTE* APPLICATION FOR ORDER THAT THERE IS NO BASIS UNDER THE PROTECTIVE ORDER FOR MATTEL TO RETURN FIVE DOCUMENTS PRODUCED BY MGA<br><br>[[Proposed] Order filed concurrently]<br><br>Hearing Date: N/A<br>Time: N/A<br>Court Room: N/A<br><br>**Phase 1**<br>Pre-trial Conference: May 19, 2008<br>Trial Date: May 27, 2008 |

07209/2506524.1

MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL

1  Pursuant to <u>Local Rule</u> 79-5.1 and the Stipulated Protective Order
2  entered by the Court in this action, Mattel, Inc. ("Mattel") hereby respectfully
3  requests that the Court order filed under seal Exhibits 10-19, 23-24, 28-29, 34, and 36
4  to the Declaration of Jon D. Corey In Support Of Mattel's *Ex Parte* Application for
5  Order That There Is No Basis Under The Protective Order for Mattel To Return Five
6  Documents Produced by MGA (the "Declaration").
7  The Declaration attaches materials that Carter Bryant and MGA have
8  designated as "Confidential--Attorneys' Eyes Only" pursuant to the Protective
9  Order. MGA has designated Exhibits 11-19, and 24 to the Declaration as
10 "Confidential--Attorneys' Eyes Only." Carter Bryant has designated Exhibit 10 to
11 the Declaration as "Confidential--Attorneys' Eyes Only." Mattel has designated
12 Exhibit 23, 28, 29, 34, and 36 as "Confidential--Attorneys' Eyes Only."
13 Accordingly, Mattel requests that the Court order that Declaration be filed under
14 seal.
15 In the alternative, Mattel requests that the Court declare that
16 Exhibits 10-19, 23-24, 28-29, 34, and 36 to the Declaration are outside the definitions
17 of "Confidential" as contained in the Stipulated Protective Order and order it to be
18 filed as part of the public record.

20 DATED: May 15, 2008          QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

22                              By  *Jon D Corey*
23                              Jon D. Corey
                                Attorneys for Mattel, Inc.

## PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is Now Legal Service, 1301 W. 2nd Street, Suite 206, Los Angeles, CA 90026.

On May 15, 2008, I served true copies of the following document(s) described as **MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL EXHIBITS 10-19, 23-24, 28-29, 34, AND 36 TO THE DECLARATION OF JON D. COREY IN SUPPORT OF MATTEL, INC.'S EX PARTE APPLICATION FOR ORDER THAT THERE IS NO BASIS UNDER THE PROTECTIVE ORDER FOR MATTEL TO RETURN FIVE DOCUMENTS PRODUCED BY MGA** on the parties in this action as follows:

| | |
|---|---|
| Thomas J. Nolan<br>**Skadden, Arps, Slate, Meageher & Flom LLP**<br>300 South Grand Ave., Ste. 3400<br>Los Angeles, CA 90071 | Mark E. Overland<br>David C. Scheper<br>Alexander H. Cote<br>**Overland Borenstein Scheper & Kim LLP**<br>601 West Fifth Street, 12th Floor<br>Los Angeles, CA 90017 |

John W. Keker, Esq.
Michael H. Page, Esq.
Christina M. Anderson, Esq.
**Keker & Van Nest, LLP**
710 Sansome Street
San Francisco, CA 94111

**BY PERSONAL SERVICE:** I delivered such envelope(s) by hand to the office of the person(s) being served.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on May 15, 2008, at Los Angeles, California.

_____
NOW LEGAL -- Dave Quintana

07209/2442344.1