THOMAS J. NOLAN (Bar No. 66992)
(tnolan@skadden.com)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue, Suite 3400
Los Angeles, CA 90071
Tel.: (213) 687-5000/Fax: (213) 687-5600

RAOUL D. KENNEDY (Bar No. 40892)
(rkennedy@skadden.com)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Embarcadero Center, 38th Floor
San Francisco, CA 94111
Tel.: (415) 984-6400/Fax: (415) 984-2698

Attorneys for MGA Entertainment, Inc., MGA Entertainment (HK) Limited, MGAE de Mexico, S.R.L. DE C.V., and Isaac Larian

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with Case No. 04-9059 and Case No. 05-2727<br><br>[PROPOSED] ORDER GRANTING MGA PARTIES' APPLICATION FOR RELIEF FROM REQUIREMENTS OF LOCAL RULES 37-1 AND 37-2<br><br>Date: June 23, 2008<br>Time: 10:00 a.m.<br>Judge: Hon. Stephen G. Larson |

1  Having considered the MGA Parties' Application for Relief from
2  Requirements of Local Rules 37-1 and 37-2 and all of the parties' arguments relating
3  thereto, and good cause appearing therefor,
4      IT IS HEREBY ORDERED that the MGA Parties' Application is GRANTED.

DATED: June ___, 2008

                                      Hon. Stephen G. Larson
                                      United States District Court Judge