1   THOMAS J. NOLAN (Bar No. 66992)
    (tnolan@skadden.com)
2   SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
    300 South Grand Avenue, Suite 3400
3   Los Angeles, CA  90071
    Tel.: (213) 687-5000/Fax: (213) 687-5600
4
    RAOUL D. KENNEDY (Bar No. 40892)
5   (rkennedy@skadden.com)
    SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
6   Four Embarcadero Center, 38th Floor
    San Francisco, CA 94111
7   Tel.: (415) 984-6400/Fax: (415) 984-2698

8   Attorneys for MGA Entertainment, Inc., MGA Entertainment (HK) Limited,
    MGAE de Mexico, S.R.L. DE C.V., and Isaac Larian
9

10

11                      UNITED STATES DISTRICT COURT

12                     CENTRAL DISTRICT OF CALIFORNIA

13

14   CARTER BRYANT, an individual,          )   CASE NO. CV 04-9049 SGL (RNBx)
                                            )
15                    Plaintiff,            )   Consolidated with Case No. 04-9059
                                            )   and Case No. 05-2727
16           v.                             )
                                            )   [PROPOSED] ORDER GRANTING
17   MATTEL, INC., a Delaware               )   MGA PARTIES' MOTION TO
     corporation,                           )   QUASH OR, IN THE
18                                          )   ALTERNATIVE, FOR
                                            )   PROTECTIVE ORDER
19                    Defendant.            )
                                            )   Date:   June 23, 2008
20   _____       )   Time:   10:00 a.m.
                                            )   Judge:  Hon. Stephen G. Larson
21   AND CONSOLIDATED ACTIONS               )
                                            )
22   _____       )

23

24

25

26

27

28

1         The MGA Parties' Motion to Quash or, in the Alternative, for a Protective

2   Order came on regularly for hearing on June 23, 2008.  Having considered the

3   parties' arguments and good cause appearing therefor,

4         IT IS HEREBY ORDERED that the MGA Parties' motion to quash the

5   subpoena dated January 15, 2008, issued by Mattel to Wachovia Corporation is

6   GRANTED.

7   DATED:  June ___, 2008

8                                        _____

9                                        Hon. Stephen G. Larson
                                     United States District Court Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28