THOMAS J. NOLAN (Bar No. 66992)
(tnolan@skadden.com)
JASON D. RUSSELL (Bar No. 169219)
(jrussell@skadden.com)
MARINA V. BOGORAD (Bar No. 217524)
(mbogorad@skadden.com)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue, Ste. 3400, Los Angeles, CA  90071-3144
Tel.: (213) 687-5000 / Fax: (213) 687-5600

RAOUL D. KENNEDY (Bar No. 40892)
(rkennedy@skadden.com)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
4 Embarcadero Center, Suite 3800
San Francisco, CA  94111-5974
Tel.: (415) 984-2698 / Fax: (415) 984-2626

Attorneys for MGA Entertainment, Inc., MGA Entertainment (HK) Limited, MGAE de Mexico, S.R.L. de C.V., and Isaac Larian

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>                        Plaintiff,<br><br>        v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>                        Defendant.<br><br>AND CONSOLIDATED ACTIONS. | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with Case No. 04-9059 and Case No. 05-2727<br><br>Honorable Stephen G. Larson<br><br>**MGA PARTIES' AND CARTER BRYANT'S JOINT PROPOSED VOIR DIRE BY THE COURT**<br><br>**Phase 1**<br>Pre-Trial Conference: May 19, 2008<br>Trial Date: May 27, 2008 |

Defendants MGA Entertainment, Inc., MGA Entertainment (HK) Limited, and Isaac Larian (collectively, the "MGA Parties") respectfully submit the following Proposed Voir Dire by the Court:

## INDIVIDUAL QUESTIONS

1. What is your highest level of education?

   [If college]: What was your major or area of study?

2. If you have been in your current occupation less than five years, what was your previous occupation?

## GROUP QUESTIONS

1. Have any of you or your spouse or partner ever owned or run your own business?

   If yes, what type of business is/was it?

   How many employees do/did you have?

2. Have any of you ever held a management position in any kind of business?

   If yes, what type of business is/was it?

   How many employees do/did you manage?

   Do/did your responsibilities include hiring, firing or evaluating employees?

3. Have any of you ever had a job that involved negotiating, entering into or administering contracts?

4. Have any of you ever worked in any aspect of the creation, design or development of new products?

If yes, please explain.

5. Have any of you or your spouse or partner ever worked for any aspect of the toy industry, fashion industry or music industry?

If yes, please explain.

6. Have any of you or an immediate family member ever served in the military?

If yes, where and for how long?

7. Have any of you ever required an employee to sign an employment agreement or a non-disclosure or confidentiality agreement?

8. Have any of you ever signed an employment contract or a non-disclosure, non competition or confidentiality agreement with an employer?

9. Have any of you ever been in a position where you required employees to turn over the rights to anything they designed, wrote, invented or otherwise created to the company?

10. Have any of you ever worked for a company that applied for or received patents, trademarks or copyrights?

If yes, did your job involve working with the patents, trademarks or copyrights?

11. Have any of you or someone close to you applied for or received a patent, trademark of copyright?

12. Have any of you or someone close to you ever been involved in a dispute over a patent, trademark or copyright?

13. Are you familiar with a company called Mattel? If so:

   a. Please describe the nature and extent of your familiarity.

   b. What is your opinion of Mattel?

   c. Please explain why you have that opinion.

14. Are you familiar with Mattel products? If so:

    a. Which ones?

    b. What is your opinion of them?

    c. Have you bought Mattel products?

    d. If so, which ones?

    e. Have you been satisfied with your purchase(s)?

15. Are you familiar with a company called MGA Entertainment? If so:

    a. Please describe the nature and extent of your familiarity?

    b. What is your opinion of MGA Entertainment?

    c. Please explain why you have that opinion.

16. Are you familiar with MGA's products? If so:

    a. Which ones?

    b. What is your opinion of them?

    c. Have you bought MGA products?

    d. If so, which ones?

     e. Have you been satisfied with your purchase(s)?

DATED: May 16, 2008    SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

By: _____
Thomas J. Nolan
Attorneys for the MGA Parties

DATED: May 16, 2008    KEKER & VAN NEST, LLP

By: _____
Christa M. Anderson
Attorneys for Carter Bryant