QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 90378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:  (213) 443-3000
Facsimile:  (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>  Plaintiff,<br><br>  vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>  Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>NOTICE OF LODGING OF AMENDED FINAL PRE-TRIAL CONFERENCE ORDER FOR PHASE 1 TRIAL<br><br>**Phase 1**<br>Pre-Trial Conference: May 19, 2008<br>Trial Date:                May 27, 2008 |

07209/2495461.2

NOTICE OF LODGING RE PRETRIAL CONFERENCE ORDER

1    PLEASE TAKE NOTICE that Mattel hereby submits an Amended
2    Final Pre-Trial Conference Order for Phase 1 Trial.  Mattel has provided notice to
3    opposing counsel of the amendments hereto. Mattel has not yet received approval
4    from opposing counsel to sign on their behalf.  Mattel is filing this document to
5    ensure the Court has it in advance of the final pre-trial conference scheduled for
6    May 19, 2008.

7

8    DATED:  May 16, 2008         QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

9

10                                By /s/ Cyrus S. Naim
11                                   Cyrus S. Naim
                                     Attorneys for Mattel, Inc.

07209/2495461.2

-2-
NOTICE OF LODGING RE PRETRIAL CONFERENCE ORDER