QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  johnquinn@quinnemanuel.com
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
  Timothy L. Alger (Bar No. 160303)
  (timalger@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with<br>Case Nos. CV 04-09059 & CV 05-2727<br><br>Hon. Stephen G. Larson<br><br>CORRECTED JOINT PHASE ONE EXHIBIT STIPULATION<br><br>**Phase 1:**<br>Discovery Cut-Off:     January 28, 2008<br>Pre-Trial Conference: May 19, 2008<br>Trial Date:                  May 27, 2008 |

07209/2505847.1

-1-
CORRECTED JOINT PHASE ONE EXHIBIT STIPULATION

1  TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2     Pursuant to the Scheduling Order, <u>Federal Rule of Civil Procedure</u>
3  <u>26(a)</u>, <u>Local Rule 16-2</u>, and the direction of the Court, Mattel, Inc. ("Mattel"), MGA
4  Entertainment, Inc. and Isaac Larian (collectively, "MGA"), and Carter Bryant
5  ("Bryant") (collectively, the "parties") hereby submit their Joint Phase One Exhibit
6  Stipulation, identifying the exhibits the parties expect to offer at trial and those they
7  may offer if the need arises, with objections and responses. Mattel's list of exhibits,
8  MGA's and Bryant's objections thereto, and Mattel's responses are attached as
9  Exhibit A. MGA's and Bryant's joint list of exhibits, Mattel's objections thereto, and
10 MGA's and Bryant's responses, are attached as Exhibit B. Additionally, attached as
11 Exhibit C is Mattel's Key to Objections it has made to MGA's and Bryant's exhibits.

12    The parties have objected to certain exhibits on the ground that they
13 lack authentication. As to those exhibits to which no authentication exhibit has been
14 made in the attached lists, the parties stipulate as to their authenticity.

15    The parties expressly reserve the right to amend and/or supplement
16 their respective exhibit lists, objections, and responses at any time before trial.

18 DATED: May 18, 2008           QUINN EMANUEL URQUHART OLIVER &
                                 HEDGES, LLP

20                               By /s/ B. Dylan Proctor
21                                  B. Dylan Proctor
                                    Attorneys for Mattel, Inc.

| | |
|---|---|
| DATED: May 18, 2008 | SKADDEN ARPS SLATE MEAGHER & FLOM, LLP |
| | By /s/ Robert J. Herrington |
| | Robert J. Herrington |
| | Attorneys for MGA Entertainment, Inc., Isaac Larian, and MGA Entertainment (HK) Ltd. |
| DATED: May 18, 2008 | KEKER & VAN NEST, LLP |
| | By /s/ Matthew M. Werdegar |
| | Matthew M. Werdegar |
| | Attorneys for Carter Bryant |