# EXHIBIT C

## MATTEL'S EXHIBIT OBJECTIONS KEY

| OBJECTION | DESCRIPTION |
| --- | --- |
| FRE 104, 602 | Exhibit lacks proper foundation or the author lacked personal knowledge. |
| FRE 105 | Exhibit may be admissible by one party or for one purpose but not for another party or purpose. |
| FRE 106 | Exhibit is incomplete. |
| FRE 401, 402 | Exhibit is irrelevant. |
| FRE 403 | Exhibit is unduly prejudicial, confusing or misleading, and/or a waste of time. |
| FRE 404 | Exhibits constitutes or contains improper character evidence. |
| FRE 701 | Exhibit constitutes or contains improper lay witness opinion. |
| FRE 702, 703, 704 | Exhibit constitutes or contains improper expert witness opinion. |
| FRE 801, 802 | Exhibits contains or constitutes hearsay. |
| FRE 901 | Exhibit lacks authentication. |
| FRE 1002 | Exhibit is not best evidence. |
| FRCP 26 | Exhibit not sufficiently identified. |
| FRCP 26(e) | Exhibit was belatedly produced. |
| FRCP 37 | Exhibit not properly disclosed or produced. |
| Failure to Allow Discovery | Exhibit relates to topics concerning which Defendants' prevented discovery. |
| Contains multiple documents | Exhibit contains multiple documents in violation of Court's April 7, 2008 directive. |
| Not Timely Exchanged | Exhibit entry not exchanged in timely manner. |