LODGED

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with<br>Case Nos. CV 04-09059 & CV 05-2727<br><br>[PROPOSED] ORDER RE MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL EXHIBITS 10-19, 23-24, 28-29, 34, and 36 TO THE DECLARATION OF JON D. COREY IN SUPPORT OF MATTEL, INC.'S *EX PARTE* APPLICATION FOR ORDER THAT THERE IS NO BASIS UNDER THE PROTECTIVE ORDER FOR MATTEL TO RETURN FIVE DOCUMENTS PRODUCED BY MGA |

Hearing Date: N/A
Time: N/A
Court Room: N/A

**Phase 1**
Pre-trial Conference: May 19, 2008
Trial Date: May 27, 2008

07209/2506545.1

1                                [~~PROPOSED~~] ORDER

3         Based on the concurrently filed Mattel Inc.'s Application to File Under Seal Exhibits 10-19, 23-24, 28-29, 34, and 36 to the Declaration of Jon D. Corey In Support Of Mattel's *Ex Parte* Application for Order That There Is No Basis Under The Protective Order for Mattel To Return Five Documents Produced by MGA,

7         IT IS HEREBY ORDERED:

8         Exhibits 10-19, 23-24, 28-29, 34, and 36 to the Declaration of Jon D. Corey In Support Of Mattel's *Ex Parte* Application for Order That There Is No Basis Under The Protective Order for Mattel To Return Five Documents Produced by MGA are ORDERED filed under seal pursuant to Local Rule 79-5.1.

DATED: MAY 16 2008, 2008

                                        /s/ S. G. Larson
Hon. Stephen G. Larson
United States District Judge

## PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is Now Legal Service, 1301 W. 2nd Street, Suite 206, Los Angeles, CA 90026.

On May 15, 2008, I served true copies of the following document(s) described as **[PROPOSED] ORDER RE MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL EXHIBITS 10-19, 23-24, 28-29, 34, and 36 TO THE DECLARATION OF JON D. COREY IN SUPPORT OF MATTEL, INC.'S EX PARTE APPLICATION FOR ORDER THAT THERE IS NO BASIS UNDER THE PROTECTIVE ORDER FOR MATTEL TO RETURN FIVE DOCUMENTS PRODUCED BY MGA** on the parties in this action as follows:

Thomas J. Nolan
**Skadden, Arps, Slate, Meageher & Flom LLP**
300 South Grand Ave., Ste. 3400
Los Angeles, CA 90071

Mark E. Overland
David C. Scheper
Alexander H. Cote
**Overland Borenstein Scheper & Kim LLP**
601 West Fifth Street, 12th Floor
Los Angeles, CA 90017

John W. Keker, Esq.
Michael H. Page, Esq.
Christina M. Anderson, Esq.
**Keker & Van Nest, LLP**
710 Sansome Street
San Francisco, CA 94111

**BY PERSONAL SERVICE:** I delivered such envelope(s) by hand to the office of the person(s) being served.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on May 15, 2008, at Los Angeles, California.

NOW LEGAL -- Dave Quintana

07209/2442344.1