**DAVIS WRIGHT TREMAINE LLP**
865 S. FIGUEROA ST.
SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
TELEPHONE (213) 633-6800
FAX (213) 633-6899

ALONZO WICKERS IV (State Bar No. 169454)
  alonzowickers@dwt.com
ROBYN ARONSON (State Bar No. 228613)
  robynaronson@dwt.com

Attorneys for Non-Party Journalist
CHRIS PALMERI

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | Case No. **CV 04-9049 SGL (RNBx)**<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>**[PROPOSED] ORDER DENYING MATTEL, INC.'S MOTION OBJECTING TO DISCOVERY MASTER'S MAY 8, 2008 ORDER DENYING MATTEL'S MOTION FOR RECONSIDERATION OF FEBRUARY 26, 2008 ORDER DENYING MOTION TO COMPEL DEPOSITION OF CHRISTOPHER PALMERI AND RENEWED MOTION OBJECTING TO FEBRUARY 26, 2008 ORDER**<br><br>Date: May 21, 2008<br>Time: 10:00 a.m.<br>Courtroom: 1 |

[PROPOSED] ORDER
DWT 5670723v1 3930059-000040

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

1  The Motion Objecting to Discovery Master's May 8, 2008 Order Denying Mattel's Motion for Reconsideration of February 26, 2008 Order Denying Motion to Compel Deposition of Christopher Palmeri and Renewed Motion Objecting to February 26, 2008 Order ("Motion") brought by defendant Mattel, Inc. ("Mattel") came on regularly for hearing on May 21, 2008, at 10:00 a.m. in Courtroom 1 of the United States District Court for the Central District of California, the Honorable Stephen G. Larson presiding.

After full consideration of the briefs and arguments of counsel, and all other matters presented, the Court orders as follows:

1. The Motion is DENIED.

2. Non-party journalist Chris Palmeri's request for attorneys' fees is GRANTED, in the amount of $16,700.00. The award shall be paid within 30 days of this Order.

3. Mr. Palmeri's request for an order barring Mattel from calling him to testify at trial without leave of Court is GRANTED.

IT IS SO ORDERED.

DATED: _____, 2008    _____
                                The Honorable Stephen G. Larson
                                United States District Judge

[PROPOSED] ORDER
DWT 5670723v1 3930059-000040

1

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

1 | Respectfully submitted,

3 | DATED: March 28, 2008

DAVIS WRIGHT TREMAINE LLP
ALONZO WICKERS IV
ROBYN ARONSON

By: _____/s/_____
       Robyn Aronson

Attorneys for Non-Party Journalist
CHRIS PALMERI

[PROPOSED] ORDER
DWT 5670723v1 3930059-000040

2

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899