QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  johnquinn@quinnemanuel.com
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
  Timothy L. Alger (Bar No. 160303)
  (timalger@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>　　　　　Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>Hon. Stephen G. Larson<br><br>SUPPLEMENTAL DECLARATION OF DIANE C. HUTNYAN IN SUPPORT OF MATTEL, INC.'S *EX PARTE* APPLICATION TO STRIKE PORTIONS OF THE EXPERT REPORTS OF DR. ALBERT LYTER AND MR. ROBERT KULLMAN<br><br>Date: N/A<br>Time: N/A<br>Place: N/A<br><br>**Phase 1**<br>Discovery Cut-off: January 28, 2008<br>Pre-trial Conference: April 21, 2008<br>Trial Date: May 27, 2008 |

SUPP. HUTNYAN DECL. ISO EX PARTE APP. TO STRIKE PORTIONS OF EXPERT REPORTS

# DECLARATION OF DIANE C. HUTNYAN

I, Diane C. Hutnyan, declare as follows:

I am a member of the bar of the State of California, am admitted to practice before this court and am a partner at Quinn Emanuel Urquhart Oliver & Hedges, LLP, attorneys for plaintiff and cross-defendant Mattel, Inc. ("Mattel"). I make this declaration of personal, firsthand knowledge and, if called and sworn as a witness, I could and would testify competently thereto.

1. Mattel worked diligently to reduce the number of documents its experts had to examine. From a production of approximately 17,000 documents, Mattel selected 2,000 documents for its experts to analyze.

2. Without the ability to question MGA's experts as to the 210 "enhanced" images, Mattel's experts cannot be sure what they are. Mattel does not have access to the original documents and so cannot compare them with these images directly, but it appears that these exhibits are designed to misleadingly darken and otherwise "enhance" the "faint" lines on the original drawings to aid MGA's supposed expert testimony.

3. Because the chromatograms were not sent to me directly, they were not received until Friday, May 16. Moreover, Dr. Aginsky was preparing this weekend for his appearance at trial in another case on Monday and Tuesday.

4. Attached hereto as Exhibit 3 are true and correct copies of color photographs of the operative page of the notary book. The first photograph shows the notary book before Dr. Lyter sampled it. The second photograph shows the notary book after. The unauthorized samples are circled.

5. MGA's statement that only 19 sets were taken probably refers to how Dr. Lyter grouped the plugs from the different sets he took into the vials. He likely consolidated plugs from two sets into one vial, enabling MGA to argue that there were only 19 "sets" tested.

6. Attached hereto as Exhibit 1 are true and correct copies of excerpts of the deposition testimony of Dr. Albert Lyter taken on April 17, 2008.

7. Attached hereto as Exhibit 2 are true and correct copies of excerpts of the deposition testimony of Mr. Kullman taken on April 8, 2008.

Executed this 19th day of May, 2008, in Los Angeles, California.

_____
Diane C. Hutnyan