QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>Hon. Stephen G. Larson<br><br>DECLARATION OF TAMARA JIH IN SUPPORT OF MATTEL, INC.'S RESPONSE TO MGA AND CARTER BRYANT'S OBJECTIONS TO MATTEL'S ALLEGED IMPROPER ATTEMPT TO AMEND ITS COMPLAINT AND COUNTERCLAIMS THROUGH AN UNTIMELY ADDITION TO THE FINAL PRETRIAL CONFERENCE ORDER<br><br>Hearing Date: May 19, 2008<br>Time: 1:30 p.m.<br>Place: Courtroom 1<br><br>**Phase 1:**<br>Pre-trial Conference: May 19, 2008<br>Trial Date: May 27, 2008 |

07209/2308182.1

DECLARATION OF TAMARA JIH

# DECLARATION OF TAMARA JIH

I, Tamara Jih, declare as follows:

1. I am a member of the bar of the State of California. I am an associate at Quinn Emanuel Urquhart Oliver & Hedges, LLP, attorneys for Mattel, Inc. ("Mattel"). I make this declaration of personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify competently thereto.

2. Attached as Exhibit 1 is a true and correct copy of Mattel's Complaint, dated April 27, 2004.

3. Attached as Exhibit 2 is a true and correct copy of excerpts from Mattel's Second Amended Answer and Counterclaims, dated July 12, 2007.

4. Attached as Exhibit 3 is a true and correct copy of excerpts from Mattel's Objections and Second Supplemental Responses to Defendant's First Set of Interrogatories, dated December 13, 2007.

5. Attached as Exhibit 4 is a true and correct copy of Mattel's Fifth Set of Interrogatories, dated October 19, 2007.

6. Attached as Exhibit 5 is a true and correct copy of Mattel's Third Set of Interrogatories, dated June 7, 2007.

7. Attached as Exhibit 6 is a true and correct copy of excerpts from the deposition transcript of Carter Bryant, taken November 4, 2004.

8. Attached as Exhibit 7 is a true and correct copy of excerpts from the deposition transcript of Isaac Larian, taken July 18, 2006.

07209/2308182.1

DECLARATION OF TAMARA JIH

9. Attached as Exhibit 8 is a true and correct copy of excerpts from the deposition transcript of Paula Garcia, taken May 24, 2007.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on May 19, 2008 at Los Angeles, California.

/s/ Tamara Jih
Tamara Jih