1  DAVIS WRIGHT TREMAINE LLP
   865 S. FIGUEROA ST.
2  SUITE 2400
   LOS ANGELES, CALIFORNIA 90017-2566
3  TELEPHONE (213) 633-6800
   FAX (213) 633-6899
4

5  ALONZO WICKERS IV (State Bar No. 169454)
   alonzowickers@dwt.com
6  ROBYN ARONSON (State Bar No. 228613)
   robynaronson@dwt.com
7
   Attorneys for Non-Party Journalist
8  CHRIS PALMERI

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>              Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>              Defendant.<br><br>AND CONSOLIDATED ACTIONS | Case No. **CV 04-9049 SGL (RNBx)**<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>**PROOF OF SERVICE BY ELECTRONIC TRANSMISSION OF OPPOSITION TO MATTEL, INC'S MOTION OBJECTING TO MAY 8, 2008 ORDER; ARONSON DECLARATION; PROPOSED ORDER**<br><br>Date:      May 21, 2008<br>Time:     10:00 a.m.<br>Courtroom: 1 |

PROOF OF SERVICE
DWT 11105730v1 3930059-000040

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

## PROOF OF SERVICE BY ELECTRONIC MAIL

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is Davis Wright Tremaine LLP, Suite 2400, 865 South Figueroa Street, Los Angeles, California 90017-2566.

On May 19, 2008, I served the foregoing document(s) described as:

1) **OPPOSITION TO MATTEL'S MOTION OBJECTING TO DISCOVERY MASTER'S MAY 8, 2008 ORDER DENYING MOTION FOR RECONSIDERATION OF FEBRUARY 26, 2008 ORDER DENYING MOTION TO COMPEL DEPOSITION OF CHRIS PALMERI; REQUEST FOR ATTORNEYS' FEES IN THE AMOUNT OF $ 16,700**

2) **DECLARATION OF ROBYN ARONSON WITH EXHIBITS A-C**

3) **[PROPOSED] ORDER DENYING MATTEL, INC.'S MOTION OBJECTING TO DISCOVERY MASTER'S MAY 8, 2008 ORDER DENYING MATTEL'S MOTION FOR RECONSIDERATION OF FEBRUARY 26, 2008 ORDER DENYING MOTION TO COMPEL DEPOSITION OF CHRISTOPHER PALMERI AND RENEWED MOTION OBJECTING TO FEBRUARY 26, 2008 ORDER**

on the interested parties to this action, by **Electronic Mail** for each addressee named below:

Daniel S. Klein, Esq.
1478 Carla Ridge
Beverly Hills, CA 90210

Email: mniborski@stroock.com

**(Transmission via electronic mail )** at Suite 2400, 865 South Figueroa Street, Los Angeles, California.

Executed on May 19, 2008, at Los Angeles, California.

☐ State — I declare under penalty of perjury, under the laws of the State of California, that the foregoing is true and correct.

☑ Federal — I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

| Frank M. Romero | *Frank M. Romero* |
| --- | --- |
| Print Name | Signature |

PROOF OF SERVICE
DWT 11105730v1 3930059-000040

1

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899