THOMAS J. NOLAN (Bar No. 66992)
(tnolan@skadden.com)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue, Ste. 3400, Los Angeles, CA 90071-3144
Tel.: (213) 687-5000 / Fax: (213) 687-5600

RAOUL D. KENNEDY (Bar No. 40892)
(rkennedy@skadden.com)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
4 Embarcadero Center, Suite 3800
San Francisco, CA 94111-5974
Tel.: (415) 984-2698 / Fax: (415) 984-2626

Attorneys for MGA Entertainment, Inc., MGA Entertainment (HK) Limited, MGAE de Mexico, S.R.L. de C.V., and Isaac Larian

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS. | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with Case No. 04-9059 and Case No. 05-2727<br><br>Honorable Stephen G. Larson<br><br>MGA PARTIES' NOTICE OF LODGING DEPOSITION TRANSCRIPTS<br><br>Trial Date:  May 27, 2008;<br>Time:             10 a.m. |

MGA Parties' Notice of Lodging – Case No. CV 04-9049 SGL (RNBx)

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that MGA Entertainment, Inc., Isaac Larian, and MGA Entertainment (HK) Limited (collectively, the "MGA Parties") hereby lodge with the court the following deposition transcripts:

- Certified copy of deposition transcript of Robert C. Lind dated April 25, 2008;
- Certified copy of deposition transcript of Lee Loetz dated March 26, 2008;
- Certified copy of deposition transcript of Peter Menell dated April 1, 2008 and
- Copy of rough deposition transcript of Glenn Vilpuu dated May 15, 2008

DATED: May 19, 2008      SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

By: _____
Thomas J. Nolan
Attorneys for the MGA Parties

1
MGA Parties' Notice of Lodging – Case No. CV 04-9049 SGL (RNBx)

## PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the county of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 300 South Grand Avenue, 34th Floor, Los Angeles, CA 90071.

On **May 19, 2008**, I served the foregoing document described as:

**MGA PARTIES' NOTICE OF LODGING OF DEPOSITION TRANSCRIPTS**

on the interested party in this action addressed as follows:

SEE ATTACHED SERVICE LIST

(X)    (BY PERSONAL SERVICE)    ( )    By personally delivering copies to the person served. (FEDERAL)

(X)    I caused such document to be hand delivered to the above addressees. (FEDERAL)

I declare under penalty of perjury under the laws of the State of California and the United States of America that the above is true and correct.

Executed on **May 19, 2008**, in Los Angeles, California.

BECKY ISOMOTO
PRINT NAME          SIGNATURE

1
PROOF OF SERVICE
NO. CV 04-9049 SGL (RNBx)

SERVICE LIST

Jon D. Corey, Esq.
B. Dylan Proctor, Esq.
James Webster, Esq.
Michael T. Zeller, Esq.
Quinn Emanuel Urquhart Oliver & Hedges, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, CA  90017-2543
(213) 443-3000
(213) 443-3100 (Fax)

Attorneys for Mattel, Inc.
[Via Personal Service]

2
PROOF OF SERVICE
NO. CV 04-9049 SGL (RNBx)

515917.02-Los Angeles Server 2A - MSW