1  THOMAS J. NOLAN (Bar No. 66992)
   (tnolan@skadden.com)
2  SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
   300 South Grand Avenue, Ste. 3400, Los Angeles, CA 90071-3144
3  Tel.: (213) 687-5000 / Fax: (213) 687-5600

4  RAOUL D. KENNEDY (Bar No. 40892)
   (rkennedy@skadden.com)
5  SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
   4 Embarcadero Center, Suite 3800
6  San Francisco, CA 94111-5974
   Tel.: (415) 984-2698 / Fax: (415) 984-2626
7
   Attorneys for MGA Entertainment, Inc., MGA Entertainment (HK) Limited,
8  MGAE de Mexico, S.R.L. de C.V., and Isaac Larian

9               UNITED STATES DISTRICT COURT
10              CENTRAL DISTRICT OF CALIFORNIA
11                    EASTERN DIVISION

| | |
|---|---|
| 12  CARTER BRYANT, an individual, | CASE NO. CV 04-9049 SGL (RNBx) |
| 13             Plaintiff, | Consolidated with Case No. 04-9059 and Case No. 05-2727 |
| 14        v. | Honorable Stephen G. Larson |
| 15  MATTEL, INC., a Delaware corporation, | MGA PARTIES' NOTICE OF LODGING OF DOCUMENTS |
| 16 | |
| 17             Defendant. | Trial Date: May 27, 2008; Time: 10 a.m. |
| 18  AND CONSOLIDATED ACTIONS. | |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that MGA Entertainment, Inc., Isaac Larian, and MGA Entertainment (HK) Limited (collectively, the "MGA Parties") hereby lodge with the court the following documents:

Exhibit A - Docket Sheet re *Mattel, Inc. v. Goldberger Doll* – 1:00-cv-0672-JSR

Exhibit B - Mandate filed November 20, 2006 in the United States Court of Appeals for the Second Circuit – *Mattel, Inc. Goldberger Doll* – 04-6432-cv

Exhibit C - Memorandum of Plaintiff Mattel, Inc. in Opposition to Defendant's Motion for Summary Judgment filed April 23, 2001 in the *Mattel, Inc. v. Radio City Entertainment* case

DATED: May 19, 2008           SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

By: _____
Thomas J. Nolan
Attorneys for the MGA Parties