Exhibit A

# U.S. District Court
# United States District Court for the Southern District of New York (Foley Square)
# CIVIL DOCKET FOR CASE #: 1:00-cv-06272-JSR

| | |
|---|---|
| Mattel, Inc. v. Goldberger Doll, et al | Date Filed: 08/22/2000 |
| Assigned to: Judge Jed S. Rakoff | Date Terminated: 12/08/2004 |
| Demand: $0 | Jury Demand: None |
| Related Case: 1:01-cv-02354-JSR | Nature of Suit: 840 Trademark |
| Case in other court: 02-09042 | Jurisdiction: Federal Question |
| Cause: 15:1051 Trademark Infringement | |

**Plaintiff**

Mattel, Inc.     represented by     **AnnMarie Croswell**
Perkins & Dunnegan
45 Rockefeller Plaza
New York, NY 10111
212 332-8300
*LEAD ATTORNEY*

**Jeffrey A. Conciatori**
Quinn Emanuel Urquhart Oliver & Hedges LLP (NYC)
51 Madison Avenue
22nd Floor
New York, NY 10010
212-702-8130
Fax: 212-702-8200
Email: jeffreyconciatori@quinnemanuel.com
*LEAD ATTORNEY*

**Michael T. Zeller**
Quinn Emanuel Urquhart Oliver & Hedges LLP
35 Madison Avenue

Exhibit A
Page 2

17th Floor
New York, NY 10017
(212) 702-8100
*LEAD ATTORNEY*

**William Irvin Dunnegan**
Perkins & Dunnegan
45 Rockefeller Plaza
New York, NY 10111
(212) 332-8300
Fax: (212) 332-8301
Email: wd@dunnegan.com
*LEAD ATTORNEY*

V.

**Defendant**

| | | |
|---|---|---|
| **Goldberger Doll Manufacturing Co.** | represented by | **Vincent A. Sireci**<br>Hopgood, Calimafde, Kalil & Judlowe L.L.P.<br>60 East 42nd Street<br>New York, NY 10165<br>(212) 551-5000<br>Email: vsireci@morganlewis.com<br>*LEAD ATTORNEY* |

**Defendant**

| | | |
|---|---|---|
| **Radio City Productions LLC**<br>*TERMINATED: 12/07/2004* | represented by | **Lawrence E. Abelman**<br>Abelman, Frayne & Schwab<br>150 East 42nd Street<br>New York, NY 10017-5612<br>(212) 949-9022<br>*LEAD ATTORNEY*<br><br>**Vincent A. Sireci**<br>(See above for address)<br>*LEAD ATTORNEY* |

**Counter Claimant**

| | | |
|---|---|---|
| **Goldberger Doll Manufacturing Co.** | represented by | **Vincent A. Sireci**<br>(See above for address)<br>*LEAD ATTORNEY* |

Exhibit A
Page 3

**Counter Claimant**

**Radio City Productions LLC**     represented by    **Vincent A. Sireci**
(See above for address)
*LEAD ATTORNEY*

V.

**Counter Defendant**

**Mattel, Inc.**     represented by    **AnnMarie Croswell**
(See above for address)
*LEAD ATTORNEY*

**Jeffrey A. Conciatori**
(See above for address)
*LEAD ATTORNEY*

**Michael T. Zeller**
(See above for address)
*LEAD ATTORNEY*

**William Irvin Dunnegan**
(See above for address)
*LEAD ATTORNEY*

**Defendant**

**A division of Madison Square Garden, LP**     represented by    **Lawrence E. Abelman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Counter Claimant**

**Radio City Productions LLC**     represented by    **Lawrence E. Abelman**
(See above for address)
*LEAD ATTORNEY*

**Vincent A. Sireci**
(See above for address)
*LEAD ATTORNEY*

V.

**Counter Defendant**

Exhibit A
Page 4

| Mattel, Inc. | represented by | AnnMarie Croswell |
| | | (See above for address) |
| | | *LEAD ATTORNEY* |
| | | |
| | | **Jeffrey A. Conciatori** |
| | | (See above for address) |
| | | *LEAD ATTORNEY* |
| | | |
| | | **Michael T. Zeller** |
| | | (See above for address) |
| | | *LEAD ATTORNEY* |
| | | |
| | | **William Irvin Dunnegan** |
| | | (See above for address) |
| | | *LEAD ATTORNEY* |

| Date Filed | # | Docket Text |
|---|---|---|
| 12/07/2004 | 54 | CLERK'S JUDGMENT that for the reasons stated in the Court's Findings of Fact and Conclusions of Law, dated November 23, 2004, judgment is hereby entered in favor of Radio City as against plaintiff, Mattel. (Signed by J. Michael McMahon, Clerk on 12/7/04) (jf, ) (Entered: 12/07/2004) |
| 12/07/2004 | 55 | NOTICE OF APPEAL from 54 Clerk's Judgment. Document filed by Mattel, Inc. Filing fee $ 255.00, receipt number E 528120. Copies of Notice of Appeal mailed to Attorney(s) of Record: Abelman Frayne & Schwab. (tp, ) (Entered: 12/07/2004) |
| 12/07/2004 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: 55 Notice of Appeal. (tp, ) (Entered: 12/07/2004) |
| 12/07/2004 | | Transmission of Notice of Appeal to the District Judge re: 55 Notice of Appeal. (tp, ) (Entered: 12/07/2004) |
| 12/08/2004 | 56 | CLERK'S JUDGMENT entering judgment in favor of Radio City. (Signed by J. Michael McMahon, clerk on 12/8/04) (ml, ) (Entered: 12/08/2004) |
| 12/16/2004 | | Minute Entry for proceedings held before Judge Jed S. Rakoff: Telephone Conference held on 12/16/2004. (kkc, ) (Entered: 01/05/2005) |

Exhibit A
Page 5

| | | |
|---|---|---|
| 12/21/2004 | 57 | STIPULATION AND ORDER RCE's time to move for an award of costs and attorneys' fees is enlarged and extended until 30 days after the entry of the Second Circuit's Mandate disposing of the Appeal. So Ordered. (Signed by Judge Jed S. Rakoff on 12/20/04) (jco, ) (Entered: 12/27/2004) |
| 12/22/2004 | | Minute Entry for proceedings held before Judge Jed S. Rakoff : Telephone Conference held on 12/1/2004. (db, ) (Entered: 12/28/2004) |
| 12/27/2004 | | Mailed notice of Right to Appeal to Attorney(s) of Record: Lawrence E. Abelman, AnnMarie Croswell, William Irvin Dunnegan, Vincent Sireci. (snu, ) (Entered: 12/29/2004) |
| 01/06/2005 | 58 | Appeal Record Sent to USCA (Index). Notice that the Original index to the record on Appeal for 55 Notice of Appeal filed by Mattel, Inc., USCA Case Number 04-6432-cv, 3 Copies of the index, Certified Clerk Certificate and Certified Docket Sheet were transmitted to the U.S. Court of Appeals. (pr, ) (Entered: 01/06/2005) |
| 01/11/2005 | 59 | USCA SCHEDULING ORDER, as to 55 Notice of Appeal filed by Mattel, Inc., USCA Case Number 04-6432. Roseann B. MacKechnie, Clerk USCA. Certified: 12/28/04. Appeal Record due by 1/27/2005. Appellant Brief due by 2/3/2005. Appellee Brief due by 3/7/2005. (dt, ) (Entered: 01/11/2005) |
| 01/11/2005 | | Received returned mail re: 54 Clerk's Judgment,. Mail was addressed to Vincent A. Sireci of Hopgood, Calimafde, Kalil and Judlowe, L.L.P. at 60 East 42nd Street, New York, N.Y. 10165 and was returned for the following reason(s): not deliverabel as addressed and unable to forward. (snu, ) (Entered: 01/17/2005) |
| 05/31/2005 | 60 | TRUE COPY ORDER of USCA as to 55 Notice of Appeal filed by Mattel, Inc., USCA Case Number 04-6432-cv. Parties stipulate the the appeal is hereby withdrawn from active consideration by the court, without prejudice to a reactivation of the appeal as indicated MACKECHNIE, Clerk USCA. Certified: 5/25/05. (pr, ) (Entered: 06/01/2005) |
| 06/01/2005 | | Transmission of USCA Mandate/Order to the District Judge re: 60 USCA Order,. (pr, ) (Entered: 06/01/2005) |

Exhibit A
Page 6

| | | |
|---|---|---|
| 08/23/2005 | 61 | TRUE COPY ORDER of USCA as to 55 Notice of Appeal filed by Mattel, Inc., USCA Case Number 04-6432-cv. This stipulation to extend the deadline form reinstatement from August 18 to October 18 is being entered ito in orderto allow the parties to continue settlement negotiations. If not reacted by appellant's counsel by October 18, 2005, the appeal shall deemed withdrawn with prejudice. Rosaann B. MacKechnie, Clerk USCA. Certified: 8/19/2005. (nd, ) (Entered: 08/24/2005) |
| 08/23/2005 | | Transmission of USCA Mandate/Order to the District Judge re: 61 USCA Order,. (nd, ) (Entered: 08/24/2005) |
| 10/25/2005 | 62 | STIPULATION EXTENDING TIME FOR LEAVE TO REACTIVE of USCA (Certified Copy) as to 55 Notice of Appeal filed by Mattel, Inc., This stipulation to extend the deadline for reinstatement from October 18 to December 19 is being entered into in order to further the prospect of settlement between parties. If not reactivated by appellant's counsel by December 19, 2005, the appeal shall be deemed withdrawn with prejudice. Roseann B. MacKechnie, Clerk USCA. Certified: 10/17/2005. (nd, ) (Entered: 10/26/2005) |
| 11/10/2005 | | Minute Entry for proceedings held before Judge Jed S. Rakoff : Telephone Conference held on 11/10/2005. (jco, ) (Entered: 11/15/2005) |
| 11/14/2005 | 63 | NOTICE of Appearance by Michael T. Zeller, Jeffrey A. Conciatori on behalf of Mattel, Inc.. (sac, ) (Entered: 11/15/2005) |
| 11/16/2005 | 64 | MEMORANDUM OF LAW in Support of Unopposed Motion for Entry of Stipulation and Proposed Order Granting Vacatur. Document filed by Mattel, Inc.. (rag, ) (Entered: 11/21/2005) |
| 12/13/2005 | 65 | ORDER: In order to facilitate a proposed post-verdict settlement, the parties have jointly moved for the court to vacate its 11/20/04 Opinion and 12/7/04 Judgment in favor of defendant. Superficially, at least, this case does not appear to possess the exceptional circumstances that would warrant vacatur. Given, However, that plaintiff's appeal from the judgment remains pending before the second Circuit, the Court lacks jurisdiction to rule on the matter. The motion is therefore DENIED for want of jurisdiction (Signed by Judge Jed S. Rakoff on 12/12/05) (js, ) (Entered: 12/13/2005) |

Exhibit A
Page 7

| | | |
|---|---|---|
| 12/13/2005 | 66 | TRUE COPY ORDER of USCA as to 55 Notice of Appeal filed by Mattel, Inc., USCA Case Number 04-6432-cv. The appeal may be reactivated by appeallant's counsel notifying the Clerk of this Court in writing by 1/19/06. This stipulation to extend the deadline for reinstatement from 12/19/05 to 1/19/06 is being entered into in order to further the prospect of settlement between the parties. If not reactivated by appellant's counsel by 1/19/06, the appeal shall be deemed withdrawn with prejudice. This Stipulation extending time for leave to reactivate shall not operate as a dismissal of the appeal undrer FRAP 42(b). Roseann B. MacKechnie, Clerk USCA. Certified: 12/6/05. (jeh, ) (Entered: 12/16/2005) |
| 12/13/2005 | | Transmission of USCA Mandate/Order to the District Judge re: 66 USCA Order. (jeh, ) (Entered: 12/16/2005) |
| 01/26/2006 | | Minute Entry for proceedings held before Judge Jed S. Rakoff : Telephone Conference held on 1/26/2006. (jco, ) (Entered: 01/30/2006) |
| 01/27/2006 | 67 | MANDATE of USCA WITHDRAWING APPEAL (Certified Copy) as to 55 Notice of Appeal filed by Mattel, Inc., USCA Case Number 04-6432-cv....that the appeal is hereby WITHDRAWN without costs and without attorney's fees and without prejudice, subject to reinstatement by written notice to the Clerk of the court by appellant's counsel by no later than 30 days after the District Court rules upon the parties' renewed unoposed motion to vacate the judgment, or April 3, 2006, whichever comes first; and if not thus reinstated, the appeal shall be deemed withdrawn with prejudice. Roseann B. MacKechnie, Clerk USCA. Certified: 1/18/2006. (nd, ) (Entered: 01/30/2006) |
| 01/30/2006 | | Transmission of USCA Mandate/Order to the District Judge re: 67 USCA Mandate Withdrawing Appeal,,. (nd, ) (Entered: 01/30/2006) |
| 03/31/2006 | 68 | ORDER;... Accordingly, the vacatur motion is now properly before the Court and is hereby denied. An opinion setting forth the reasons for this ruling shall issue no later than Thursday, April 13, 2006. (Signed by Judge Jed S. Rakoff on 3/30/06) (djc, ) (Entered: 04/03/2006) |

Exhibit A
Page 8

| | | |
|---|---|---|
| 04/14/2006 | 69 | OPINION # 93012: For the foregoing reasons, the Court hereby reaffirms its order of 3/30/2006 denying the motion to vacate. (Signed by Judge Jed S. Rakoff on 4/13/2006) (lb, ) (Entered: 04/14/2006) |
| 05/05/2006 | 70 | TRUE COPY ORDER of USCA as to 55 Notice of Appeal filed by Mattel, Inc., USCA Case Number 04-6432-cv. As provided in the Court's march 9, 2006 order, the above-captioned appeal is hereby reinstated and reactivated. Roseann B. MacKechnie, Clerk USCA. Certified: 5/4/2006. (nd, ) (Entered: 05/08/2006) |
| 10/17/2006 | | Appeal Record Sent to USCA (File). Indexed record on Appeal Files for 55 Notice of Appeal filed by Mattel, Inc., USCA Case Number 04-6432, were transmitted to the U.S. Court of Appeals on 10/17/2006 to the attn of V. Mathias. (nd, ) (Entered: 10/17/2006) |
| 11/21/2006 | 71 | MANDATE of USCA (Certified Copy) as to 55 Notice of Appeal filed by Mattel, Inc., USCA Case Number 04-6432. Appellant moves, unopposed and pursuant to 28 U.S.C. 2106, to vacate the district court`s judgment in order to facilitate settlement. Upon due consideration, it is ORDERED that the motion is GRANTED because exceptional circumstances exist to warrant vacatur, and no significant public interests are affected by the proposed vacatur. Thomas Asreen, Acting Clerk USCA. Certified: 11/20/2006. (nd, ) (Entered: 11/21/2006) |
| 11/21/2006 | | Transmission of USCA Mandate/Order to the District Judge re: 71 USCA Mandate,,. (nd, ) (Entered: 11/21/2006) |
| 03/09/2007 | | Appeal Record Returned. Indexed record on Appeal Files for Appeal Record Sent to USCA - File USCA Case Number 04-6432, returned from the U.S. Court of Appeals. (nd) (Entered: 03/16/2007) |

Exhibit A
Page 9