Exhibit B



S.D.N.Y. *INYNY*
00-cv-6262
Rakoff, J.

# UNITED STATES COURT OF APPEALS
## FOR THE
## SECOND CIRCUIT

At a stated Term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 20th day of November, two thousand six,

Present:

    Hon. Ralph K. Winter,
    Hon. Peter W. Hall,
        *Circuit Judges.*\*

Mattel, Inc.,

        Plaintiff-Appellant,

v.                                                          04-6432-cv

Goldberger Doll Manufacturing Co., et al.,

        Defendants-Appellees,

Appellant moves, unopposed and pursuant to 28 U.S.C. § 2106, to vacate the district court's judgment in order to facilitate settlement. Upon due consideration, it is ORDERED that the motion is GRANTED because exceptional circumstances exist to warrant vacatur, and no

---

\*The Honorable John Gleeson, United States District Court for the Eastern District of New York, sitting by designation, as a member of this panel has recused himself. Pursuant to Local Rule § 0.14(b) this motion has been decided by the remaining two members of the panel.

[FILED NOV 20 2006, Thomas Asreen, Acting Clerk, SECOND CIRCUIT]

CERTIFIED: 11/20/06

Exhibit B
Page 10

significant public interests are affected by the proposed vacatur. *See Microsoft Corp. v. Bristol Technology, Inc.*, 250 F.3d 152, 154 (2d Cir. 2001), *see also Major League Baseball Properties, Inc. v. Pacific Trading Cards, Inc.*, 150 F.3d 149, 151 (2d Cir. 1998).

FOR THE COURT:
Thomas W. Asreen, Acting Clerk

By: *Richard Alcantara*
Richard Alcantara, Deputy Clerk

Exhibit B
Page 11

Thomas Asreen, Acting Clerk
by *Tommy Martinez*
Deputy Clerk
A TRUE COPY