FILED 2008 MAY 19 PM 3:02

Lodged (proposed) order

THOMAS J. NOLAN (Bar No. 66992)
(tnolan@skadden.com)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue
Los Angeles, CA 90071-3144
Tel.: (213) 687-5000 / Fax: (213) 687-5600

RAOUL D. KENNEDY (Bar No. 40892)
(rkennedy@skadden.com)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
4 Embarcadero Center, 38th Floor
San Francisco, CA 94111-5974
Tel.: (415) 984-6400 / Fax: (415) 984-2698

Attorneys for MGA Entertainment, Inc., MGA Entertainment (HK) Limited, MGAE de Mexico, S.R.L. DE C.V., and Isaac Larian

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with Case No. 04-9059 and Case No. 05-2727<br><br>APPLICATION TO FILE UNDER SEAL DECLARATION OF MATTHEW E. SLOAN IN SUPPORT OF MGA'S OPPOSITION TO MATTEL, INC.'S *EX PARTE* APPLICATION TO STRIKE PORTIONS OF THE EXPERT REPORTS OF DR. ALBERT LYTER AND MR. ROBERT KULLMAN<br><br>Honorable Stephen G. Larson |

Pursuant to Local Rule 79-5.1 and the Stipulated Protective Order entered by the Court in this action, MGA Entertainment, Inc. ("MGA") hereby respectfully requests that the Court order the following document be filed under seal: the Declaration of Matthew E. Sloan in Support of MGA's Opposition to Mattel, Inc.'s *Ex Parte* Application to Strike Portions of the Expert Reports of Dr. Albert Lyter and Mr. Robert Kullman. Good cause exists for filing this document under seal, as certain exhibits attached to the Declaration of Matthew E. Sloan have been designated as "Confidential" or "Confidential—Attorneys' Eyes Only" pursuant to the Protective Order, and/or the exhibits contain or reference confidential information as defined under the Stipulated Protective Order. In the alternative, MGA requests that the Court declare the declaration and exhibits thereto to be outside the definitions of "Confidential" and "Confidential—Attorneys' Eyes Only" as contained in the Stipulated Protective Order and order them to be filed as part of the public record.

DATED: May 19, 2008

SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP

By: *Thomas J. Nolan (by AN)*
Thomas J. Nolan
Attorneys for MGA Entertainment, Inc.