THOMAS J. NOLAN (Bar No. 66992)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue
Los Angeles, California 90071-3144
Telephone:  (213) 687-5000
Facsimile:  (213) 687-5600
E-mail:    tnolan@skadden.com

RAOUL D. KENNEDY (Bar No. 40892)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Embarcadero Center, 38th Floor
San Francisco, California  94111-5974
Telephone:  (415) 984-6400
Facsimile:  (415) 984-2698
E-mail:    rkennedy@skadden.com

Attorneys for Counter-Defendants,
MGA ENTERTAINMENT, INC.,
ISAAC LARIAN, MGA ENTERTAINMENT (HK) LIMITED,
and MGAE de MEXICO S.R.L. de C.V.

# UNITED STATED DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>Consolidated with MATTEL, INC. v. BRYANT and MGA ENTERTAINMENT, INC. v. MATTEL, INC. | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with Case No. 04–9059 and Case No. 05–2727<br><br>**APPLICATION TO FILE UNDER SEAL MGA ENTERTAINMENT, INC.'S MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO MATTEL, INC.'S EX PARTE APPLICATION FOR ORDER THAT THERE IS NO BASIS UNDER THE PROTECTIVE ORDER FOR MATTEL TO RETURN FIVE DOCUMENTS PRODUCED BY MGA**<br><br>[[Proposed] Order filed concurrently herewith]<br><br>Hearing Date: TBD<br>Time:           TBD<br>Place:          Courtroom 1<br><br>**Phase 1:**<br>Pre-Trial Conference: May 19, 2008<br>Trial Date:    May 27, 2008 |

APPLICATION TO FILE UNDER SEAL         CASE NO. CV 04-9049 SGL (RNBx)

1  Pursuant to Local Rule 79-5.1 and the Stipulated Protective Order entered by
2  the Court in this action, Counter-defendants MGA Entertainment, Inc., Isaac Larian,
3  MGA Entertainment (HK) Limited and MGAE de Mexico S.R.L. de C.V.
4  (collectively, the "MGA Defendants"), hereby respectfully request that the Court
5  order the following documents be filed under seal: MGA Entertainment, Inc.'s
6  Memorandum Of Points And Authorities In Opposition To Mattel, Inc.'s Ex Parte
7  Application For Order That There Is No Basis Under The Protective Order For
8  Mattel To Return Five Documents Produced By MGA, the associated Declarations
9  of Richard J. Zuromski, Jr. and Samir Kare and related exhibits. Good cause exists
10 for filing these documents under seal, as they refer to certain documents that have
11 been designated as "Confidential" or "Confidential—Attorneys' Eyes Only" pursuant
12 to the Protective Order. In the alternative, MGA Defendants request that the Court
13 declare the exhibits to be outside the definitions of "Confidential" and
14 "Confidential—Attorneys' Eyes Only" as contained in the Stipulated Protective
15 Order and order them to be filed as part of the public record.

17 DATED: May 16, 2008

SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP

By: _____
        Thomas J. Nolan

Attorneys for Counter-Defendants,
MGA ENTERTAINMENT, INC.,
ISAAC LARIAN, MGA
ENTERTAINMENT (HK) LIMITED,
and MGAE de MEXICO S.R.L. de C.V.