QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
  Timothy L. Alger (Bar No. 160303)
  timalger@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>  Plaintiff,<br><br>  vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>  Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with<br>Case Nos. CV 04-09059 & CV 05-2727<br><br>APPLICATION TO FILE UNDER SEAL FINAL JOINT REPORT RE UNDER SEAL DOCUMENTS<br><br>[[Proposed] Order filed concurrently]<br><br>Date: April 19, 2008<br>Time: 1:30 p.m.<br>Place: Courtroom 1<br><br>**Phase 1**<br>Pre-Trial Conference: May 19, 2008<br>Trial Date: May 27, 2008 |

07209/2510367.1

MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL

1    Pursuant to Local Rule 79-5.1 and the Stipulated Protective Order
2 entered by the Court in this action, Mattel, Inc. ("Mattel") hereby respectfully
3 requests that the Court order filed under seal the Final Joint Report Re Under Seal
4 Documents ("Final Joint Report")
5    The Final Joint Report includes materials that Mattel, MGA or Bryant
6 have designated as "Confidential" or "Confidential--Attorneys' Eyes Only" pursuant
7 to the Protective Order. Accordingly, Mattel requests that the Court order that the
8 Final Joint Report be filed under seal.

10 DATED: May 19, 2008          QUINN EMANUEL URQUHART OLIVER &
                                HEDGES, LLP

12                              By _____
13                                 Melissa Grant
                                   Attorneys for Mattel, Inc.

# PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 865 South Figueroa Street, 10th Floor, Los Angeles, California 90017.

On May 19, 2008, I served true copies of the following documents described as:

**APPLICATION TO FILE UNDER SEAL FINAL JOINT REPORT RE UNDER SEAL DOCUMENTS**

on the parties in this action as follows:

| | |
|---|---|
| Skadden, Arps, Slate, Meagher & Flom LLP<br>Thomas J. Nolan, Esq.<br>300 South Grand Avenue, Suite 3400<br>Los Angeles, CA 90071 | **Attorneys for *MGA Entertainment, Inc., MGA Entertainment (HK) Ltd., Isaac Larian and MGAE de Mexico, S.R.L. de C.V.***<br>Telephone: 213.687.5000<br>Facsimile: 213.687.5600 |
| Overland Borenstein Scheper & Kim, LLP<br>Mark E. Overland, Esq.<br>David C. Scheper, Esq.<br>Alexander H. Cote, Esq.<br>601 West Fifth Street, Suite 12th Floor<br>Los Angeles, CA 90017 | **Attorneys for *Carlos Gustavo Machado Gomez***<br>Telephone: 213.613.4655<br>Facsimile: 213.613.4656 |
| Keker & Van Nest, LLP<br>John W. Keker, Esq.<br>Michael H. Page, Esq.<br>Christa M. Anderson, Esq.<br>710 Sansome Street<br>San Francisco, CA 94111 | **Attorneys for *Carter Bryant***<br><br>Telephone: 415.391.5400<br>Facsimile: 415.397.7188 |

[√] **[PERSONAL]** by personally delivering the document listed above to the above-named addressees at 3470 Twelfth Street, Riverside, CA 92501-3000.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on May 19, 2008, at Los Angeles, California.

Timothy L. Alger

07209/2463872.1

PROOF OF SERVICE RE FINAL JOINT REPORT RE: UNDER SEAL FILINGS