```
 1  THOMAS J. NOLAN (Bar No. 66992)
    (tnolan@skadden.com)
 2  JASON D. RUSSELL (Bar No. 169219)
    (jrussell@skadden.com)
 3  SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
    300 South Grand Avenue
 4  Los Angeles, CA  90071-3144
    Telephone:  (213) 687-5000
 5  Facsimile:  (213) 687-5600

 6  RAOUL D. KENNEDY (Bar No. 40892)
    (rkennedy@skadden.com)
 7  SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
    4 Embarcadero Center, Suite 3800
 8  San Francisco, CA  94111-5974
    Tel.: (415) 984-2698 / Fax: (415) 984-2626
 9
    Attorneys for MGA Entertainment, Inc., MGA Entertainment (HK) Limited,
10  MGAE de Mexico, S.R.L. DE C.V., and Isaac Larian
```

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual<br><br>　　　　Plaintiff,<br><br>　v.<br><br>MATTEL, INC., a Delaware corporation<br><br>　　　　Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with Case No. 04-9059 and Case No. 05-2727<br><br>Honorable Stephen G. Larson<br><br>**PROOF OF SERVICE** |

## PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the county of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 300 South Grand Avenue, 34th Floor, Los Angeles, CA 90071.

On **May 19, 2008**, I served the foregoing documents described as:

**SEE ATTACHED DOCUMENT LIST**

on the interested parties in this action addressed as follows:

**SEE ATTACHED SERVICE LIST**

(x)  (BY PERSONAL SERVICE)   ( )  By personally delivering copies to the person served. (FEDERAL)

(x)  I caused such document to be hand delivered to the above addressees. (FEDERAL)

(X)  (BY FEDERAL EXPRESS)

0    (BY ELECTRONIC MAIL)

I declare under penalty of perjury under the laws of the State of California and the United States of America that the above is true and correct.

Executed on **May 19, 2008**, in Los Angeles, California.

_Al Chua_
PRINT NAME                              SIGNATURE

2
PROOF OF SERVICE
NO. CV 04-9049 SGL (RNBx)

## MANUAL-FILED DOCUMENT LIST

(1) SUPPLEMENTAL DECLARATION OF MARINA V. BOGORAD IN FURTHER SUPPORT OF MGA PARTIES' MOTION FOR PARTIAL SUMMARY JUDGMENT

(2) APPLICATION TO FILE UNDER SEAL

(3) [PROPOSED] ORDER GRANTING FILING UNDER SEAL

(4) PROOF OF SERVICE

1 | SERVICE LIST

2 | VIA PERSONAL SERVICE          VIA FEDERAL EXPRESS
3 |
4 | John B. Quinn, Esq.           John W. Keker, Esq.
    Michael T. Zeller, Esq.       Michael H. Page, Esq.
    Jon D. Corey, Esq.            Keker & Van Nest, LLP
5 | Quinn Emanuel Urquhart Oliver & 710 Sansome Street
    Hedges, LLP                   San Francisco, CA 94111
6 | 865 South Figueroa Street, 10th Floor  (415) 391-5400
    Los Angeles, CA 90017-2543    (415) 397-7188 (Fax)
7 | (213) 443-3000
    (213) 443-3100 (Fax)          Attorneys for Carter Bryant
8 |
    Attorneys for Mattel, Inc.
9 |

10 |
    VIA FEDERAL EXPRESS
11 |
    Mark E. Overland, Esq.
12 | Alexander H. Cote, Esq.
    David S. Scheper, Esq.
13 | Overland Borenstein Scheper & Kim
    300 South Grand Avenue, Suite 2750
14 | Los Angeles, CA 90071
    Telephone: (213) 613-4655
15 | Facsimile: 9213) 613-4656

16 | Attorneys for Carlos Gustavo Machado Gomez
17 |
18 |
19 |
20 |
21 |
22 |
23 |
24 |
25 |
26 |
27 |
28 |

4
PROOF OF SERVICE
NO. CV 04-9049 SGL (RNBx)