THOMAS J. NOLAN (Bar No. 66992)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue
Los Angeles, California 90071-3144
Telephone: (213) 687-5000
Facsimile: (213) 687-5600
E-mail: tnolan@skadden.com

RAOUL D. KENNEDY (Bar No. 40892)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Embarcadero Center, 38th Floor
San Francisco, California 94111-5974
Telephone: (415) 984-6400
Facsimile: (415) 984-2698
E-mail: rkennedy@skadden.com

Attorneys for Counter-Defendants
MGA Entertainment, Inc., MGA
Entertainment (HK) Limited,
MGAE De Mexico, S.R.L. De C.V.,
and ISAAC LARIAN

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation<br><br>Defendant.<br><br>Consolidated with MATTEL, INC. v. BRYANT and MGA ENTERTAINMENT, INC. v. MATTEL, INC. | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with Case No. 04-9059 and Case No. 05-2727<br><br>**NOTICE OF LODGING IN SUPPORT OF MGA'S OPPOSITION TO MATTEL'S MOTION OBJECTING TO DISCOVERY MASTER'S MAY 6, 2008 ORDER DENYING MATTEL'S MOTION FOR PROTECTIVE ORDER LIMITING THE TEMPORAL SCOPE OF ITS PRIVILEGE LOG**<br><br>Hearing Date: May 21, 2008<br>Time: 10:00 a.m.<br>Place: Courtroom 1<br><br>**Phase 1:**<br>Trial Date: May 27, 2008 |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that MGA has lodged with the Court true and correct copies of the following previously filed declarations:

Exhibit A (Docket No. 3245-1) – MGA's Opposition to Mattel's Motion for Protective Order Limiting the Temporal Scope of its Privilege Log, or, in the Alternative, Motion to Compel Logging of Privileged Documents by Bryant and the MGA, dated April 22, 2998;

Exhibit B (Docket No. 3245-2) – Declaration of Philip W. Marsh In Support of MGA's Opposition to Mattel's Motion for Protective Order Limiting the Temporal Scope of Its Privilege Log and Supporting Exhibits, dated April 22, 2008 (with corrected Exhibit 15);

Exhibit C – Declaration of Diana M. Torres In Support of MGA's Opposition to Mattel's Motion for Protective Order Limiting the Temporal Scope of Its Privilege Log, dated April 21, 2008;

Exhibit D – Declaration of Douglas A. Wickham In Support of MGA's Opposition to Mattel's Motion for Protective Order Limiting the Temporal Scope of Its Privilege Log, dated April 21, 2008; and

Exhibit E – Notice of Evidentiary Objections to Declaration of Timothy L. Alger in Support Thereof, dated April 22, 2008.

DATED: May 20, 2008
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP

By: /s/ Thomas J. Nolan
Thomas J. Nolan
Attorneys for Cross-Defendants
MGA Entertainment, Inc., MGA Entertainment (HK) Limited,
MGAE De Mexico, S.R.L. De C.V.,
and ISAAC LARIAN