**Exhibit B**

THOMAS J. NOLAN (Bar No. 66992)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue
Los Angeles, California 90071-3144
Telephone: (213) 687-5000
Facsimile: (213) 687-5600
E-mail: tnolan@skadden.com

RAOUL D. KENNEDY (Bar No. 40892)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Embarcadero Center, 38th Floor
San Francisco, California 94111-5974
Telephone: (415) 984-6400
Facsimile: (415) 984-2698
E-mail: rkennedy@skadden.com

Attorneys for Cross-Defendants
MGA Entertainment, Inc., MGA Entertainment (HK) Limited,
MGAE De Mexico, S.R.L. De C.V., and ISAAC LARIAN

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation<br><br>Defendant.<br><br>Consolidated with MATTEL, INC. v. BRYANT and MGA ENTERTAINMENT, INC. v. MATTEL, INC.<br><br>**CONFIDENTIAL –**<br>**ATTORNEYS' EYES ONLY**<br>**FILED UNDER SEAL PURSUANT**<br>**TO PROTECTIVE ORDER** | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with Case No. 04-9059 and Case No. 05-2727<br><br>**DISCOVERY MATTER**<br><br>[To be heard by Discovery Master Hon. Edward A. Infante (Ret.)]<br><br>**DECLARATION OF PHILIP W. MARSH IN OPPOSITION TO MATTEL, INC.'S MOTION FOR PROTECTIVE ORDER LIMITING THE TEMPORAL SCOPE OF ITS PRIVILEGE LOG, OR, IN THE ALTERNATIVE, MOTION TO COMPEL LOGGING OF PRIVILEGED DOCUMENTS BY BRYANT AND THE MGA PARTIES**<br><br>Hearing Date: TBD<br>Time: TBD<br>Place: TBD |

DECLARATION OF PHILIP W. MARSH IN OPPOSITION TO MATTEL'S MOTION FOR PROTECTIVE ORDER
LIMITING TEMPORAL SCOPE OF ITS PRIVILEGE LOG
Case No. CV 04-9049 SGL (RNBx)

I, Philip W. Marsh, declare as follows:

1. I am an attorney with Skadden, Arps, Slate, Meagher & Flom LLP, counsel of record for MGA Entertainment, Inc., MGA Entertainment (HK) Limited, and MGAE de Mexico S.R.L. de C.V., and Isaac Larian (collectively MGA or the "MGA Defendants"). Except where otherwise indicated, I have personal knowledge of the following and, if called upon to do so, could competently testify to the facts set forth herein.

2. Attached as Exhibit 1 is a true and correct copy of a portion of the transcript of the hearing before Judge Larson on April 7, 2008.

3. Attached as Exhibit 2 is a true and correct copy of a portion of the transcript of the meet and confer session held between the parties on May 2, 2005.

4. Attached as Exhibit 3 is a true and correct copy of a portion of the transcript of the meet and confer session held before Judge Block on June 20, 2006.

5. Attached as Exhibit 4 is a true and correct copy of a letter dated August 14, 2007 from Mark Feinstein of O'Melveny & Myers LLP, prior counsel for MGA in this matter, to John Quinn and Michael Zeller, counsel for Mattel.

6. Attached as Exhibit 5 is a true and correct copy of a letter dated August 16, 2007 from B. Dylan Proctor, counsel for Mattel, to Mark Feinstein.

7. Attached as Exhibit 6 is a true and correct copy of Mattel, Inc.'s Reply in Support of Motion to Compel Production of Documents Withheld as Privileged, filed August 27, 2007.

8. Attached as Exhibit 7 is a true and correct copy of a letter dated February 8, 2008 from Amy Park, counsel for MGA, to John Corey, counsel for Mattel.

9. Attached as Exhibit 8 is a true and correct copy of a letter dated March 20, 2008 from Jose Allen, counsel for MGA, to Harry Olivar, counsel for Mattel.

-1-
DECLARATION OF PHILIP W. MARSH IN OPPOSITION TO MATTEL'S MOTION FOR PROTECTIVE ORDER LIMITING TEMPORAL SCOPE OF ITS PRIVILEGE LOG
Case No. CV 04-9049 SGL (RNBx)

10. Attached as Exhibit 9 is a true and correct copy of a letter dated April 10, 2008 from Harry Olivar to Jose Allen.

11. I have reviewed multiple privilege logs produced by Mattel and Mattel's accompanying correspondence, including those produced on October 6, 2004; October 19, 2004; May 16, 2005; February 23, 2007; May 1, 2007; July 31, 2007; January 1, 15, 2008; January 28, 2008; March 7, 2008; and March 20, 2008. Each incarnation of Mattel's privilege log that I reviewed includes multiple entries dated after November 24, 2003, including multiple entries within Mattel's so-called "disputed period" between November 24, 2003 to April 27, 2004.

12. Attached as Exhibit 10 is a true and correct copy of a letter dated October 6, 2004 from Gloria S. Donovan of Quinn Emanuel, counsel for Mattel, to Keith Jacoby of Littler Mendelson, Carter Bryant's prior counsel in this matter, and the attached privilege log.

13. Attached as Exhibit 11 is a true and correct copy of the Order issued by the Los Angeles Superior Court on October 5, 2004 in *Mattel, Inc. v. Carter Bryant*, Case No. BC 314398.

14. Attached as Exhibit 12 is a true and correct copy of a letter dated February 23, 2007 from Timothy Alger, counsel for Mattel, to James Jenal of O'Melveny & Myers, LLP, prior counsel for MGA in this matter, and Douglas Wickham, Carter Bryant's prior counsel in this matter, and the attached supplemental privilege log.

15. Attached as Exhibit 13 is a true and correct copy of a letter dated July 31, 2007 from Havinder S. Anand of Quinn Emanuel, counsel for Mattel, to David Hurwitz of O'Melveny & Myers, LLP, prior counsel for MGA in this matter, and Michael Page, counsel for Carter Bryant, and the attached privilege log.

16. Attached as Exhibit 14 is a true and correct copy of a letter dated March 7, 2008 from Timothy Alger, counsel for Mattel, to Thomas Nolan, Counsel for

-2-

1  MGA, Michael Page, counsel for Carter Bryant, and Mark Overland, and selections
2  of the attached supplemental privilege log.
3      17.   Attached as Exhibit 15 is a true and correct copy of a letter dated March
4  20, 2008 from Timothy Alger, counsel for Mattel, to Thomas Nolan, Counsel for
5  MGA, Michael Page, counsel for Carter Bryant, and Mark Overland, and the
6  attached supplemental privilege log.
7      18.   Attached as Exhibit 16 is a true and correct copy of MGA's and Carter
8  Bryant's Joint Motion to Compel Production of Improperly Withheld Mattel
9  Documents Showing Mattel's Investigation of MGA and Carter Bryant Prior to
10 November 2003 and to Compel Production of all "NHB" Documents.
11     19.   Attached as Exhibit 17 is a true and correct copy of a letter dated
12 February 4, 2008 from Marcus Mumford, counsel for MGA, to Timothy Alger,
13 counsel for Mattel.
14     20.   Attached as Exhibit 18 is a true and correct copy of an order dated
15 March 10, 2008 from Hon. Edward A. Infante (Ret.) Directing Mattel to Submit
16 Document Nos. M0199767-68 and M0199769-70 for in Camera Review; Granting
17 Motion to Compel Production of "NHB" Documents.
18     21.   Attached as Exhibit 19 is a true and correct copy of the email, dated
19 March 10, 2008 at 2:19 p.m. PST, forwarding the March 10, 2008 Order attached as
20 Exhibit 18.
21     22.   Attached as Exhibit 20 is a true and correct copy of a letter dated March
22 10, 2008 from Timothy Alger, counsel for Mattel, to Marcus Mumford, counsel for
23 MGA, bearing a fax transmission header of "18:15," indicating that it was apparently
24 transmitted at 6:15 p.m. PST.
25     23.   Attached as Exhibit 21 is a true and correct copy of a letter dated March
26 12, 2008 from Matthew Werdegar, counsel for Carter Bryant, to Timothy Alger,
27 counsel for Mattel.
28

24. Attached as Exhibit 22 is a true and correct copy of an email from Mattel Chairman and CEO Robert A. Eckert to Robert A. Eckert, dated April 28, 2004 bearing Bates No. M 0257834.

25. Attached as Exhibit 23 is a true and correct copy of an order dated January 30, 2007 from Hon. Edward A. Infante (Ret.) Granting in Part Carter Bryant and MGA Entertainment Inc's Motion to Compel the Production of Documents and 30(b)(6) Depositions.

26. Attached as Exhibit 24 is a true and correct copy of an order dated January 25, 2008 from Hon. Edward A. Infante (Ret.) Re Mattel's Motions to Compel Farhad Larian, Kaye Scholer and Stern & Goldberg to produce documents.

27. In response to thousands of document requests from Mattel, MGA has produced over 4 million documents in this action, which is roughly four times the number produced by Mattel to date.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on April 22, 2008 at Washington, District of Columbia.

_____
Philip W. Marsh