1 | THOMAS J. NOLAN (Bar No. 66992)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
2 | 300 South Grand Avenue
Los Angeles, California 90071-3144
3 | Telephone: (213) 687-5000
Facsimile: (213) 687-5600
4 | E-mail:   tnolan@skadden.com

5 | RAOUL D. KENNEDY (Bar No. 40892)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
6 | Four Embarcadero Center, 38th Floor
San Francisco, California 94111-5974
7 | Telephone: (415) 984-6400
Facsimile: (415) 984-2698
8 | E-mail:   rkennedy@skadden.com

9 | Attorneys for Cross-Defendants
MGA Entertainment, Inc., MGA
10 | Entertainment (HK) Limited,
MGAE De Mexico, S.R.L. De C.V.,
11 | and ISAAC LARIAN

12 | **UNITED STATES DISTRICT COURT**

13 | **CENTRAL DISTRICT OF CALIFORNIA**

14 | **EASTERN DIVISION**

15 |

16 | CARTER BRYANT, an individual )    CASE NO. CV 04-9049 SGL (RNBx)
                              )
17 |          Plaintiff,         )    Consolidated with Case No. 04-9059
                              )    and Case No. 05-2727
18 |    v.                       )
                              )    **DISCOVERY MATTER**
19 | MATTEL, INC., a Delaware     )
    corporation                 )    **[To be heard by Discovery Master**
20 |                              )    **Hon. Edward A. Infante (Ret.)]**
         Defendant.             )
21 |                              )    **CORRECTED EXHIBIT 15 TO**
    _____  )    **THE DECLARATION OF PHILIP**
22 | Consolidated with MATTEL, INC. v. )  **W. MARSH IN OPPOSITION TO**
    BRYANT and MGA              )    **MATTEL, INC.'S MOTION FOR**
23 | ENTERTAINMENT, INC. v.       )    **PROTECTIVE ORDER LIMITING**
    MATTEL, INC.                )    **THE TEMPORAL SCOPE OF ITS**
24 | _____  )    **PRIVILEGE LOG, OR, IN THE**
                                   **ALTERNATIVE, MOTION TO**
25 |                                   **COMPEL LOGGING OF**
                                   **PRIVILEGED DOCUMENTS BY**
26 | **CONFIDENTIAL –**              **BRYANT AND THE MGA**
    **ATTORNEYS' EYES ONLY**        **PARTIES**
27 | **FILED UNDER SEAL PURSUANT**
    **TO PROTECTIVE ORDER**        Hearing Date:   TBD
28 |                              Time:           TBD
                                 Place:          TBD

---

CORRECTED EXHIBIT 15 TO THE DECLARATION OF PHILIP W. MARSH IN OPPOSITION TO MATTEL'S MOTION FOR
PROTECTIVE ORDER LIMITING TEMPORAL SCOPE OF ITS PRIVILEGE LOG
Case No. CV 04-9049 SGL (RNBx)

# Exhibit 15

**quinn emanuel** trial lawyers | los angeles

865 South Figueroa Street, 10th Floor, Los Angeles, California 90017 | TEL 213-443-3000 FAX 213-443-3100

WRITER'S DIRECT DIAL NO.
**(213) 443-3223**

WRITER'S INTERNET ADDRESS
**timalger@quinnemanuel.com**

March 20, 2008

Michael H. Page, Esq.
Keker & Van Nest, LLP
710 Sansome Street
San Francisco, CA 94111
(Via Federal Express)

Thomas J. Nolan, Esq.
Marcus Mumford, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
300 South Grand Ave., Suite 3400
Los Angeles, CA 90071
(Via Hand Delivery)

Mark E. Overland, Esq.
Overland Borenstein Scheper
& Kim, LLP
300 South Grand Avenue, Suite 2750
Los Angeles, CA 90071-3144
(Via Federal Express)

Re:  MGA Entertainment, Inc. v. Mattel, Inc.

Dear Counsel:

Enclosed is Mattel's Supplemental Privilege Log, dated March 20, 2008.  The documents in entries 354-384 have been logged pursuant to Judge Infante's Order of March 10, 2008.

Please feel free to contact me if you have any questions.

Very truly yours,

Timothy L. Alger

Enclosure

**quinn emanuel urquhart oliver & hedges, llp**

NEW YORK | 335 Madison Avenue, 17th Floor, New York, New York 10017 | TEL 212-702-8100 FAX 212-702-8200
SAN FRANCISCO | 50 California Street, 22nd Floor, San Francisco, California 94111 | TEL 415-875-6600 FAX 415-875-6700
SILICON VALLEY | 555 Twin Dolphin Drive, Suite 560, Redwood Shores, California 94065 | TEL 650-801-5000 FAX 650-801-5100
PALM SPRINGS | 45-025 Manitou Drive, Suite 10, Indian Wells, California 92210 | TEL 760-345-4757 FAX 760-345-2414
SAN DIEGO | 4445 Eastgate Mall, Suite 200, San Diego, California 92121 | TEL 858-812-3107 FAX 858-812-3336

Exhibit 15 ,
P. 97

**MATTEL V. CARTER BRYANT AND CONSOLIDATED CASES**

SUPPLEMENTAL PRIVILEGE LOG

March 20, 2008

| No. | Document Type | Date | From/Author | To/Recipient(s) | Description of Document and/or Redaction | Privilege[1] |
|---|---|---|---|---|---|---|
| 1. | Board of Directors Meeting Minutes (Redacted) M 0737414-M 0737439 | March 12, 2004 | -- | -- | Legal advice regarding stockholder proposals and potential litigation matter. | Attorney Client Privilege  Attorney Work Product |
| 2. | Board of Directors Meeting Minutes | April 26, 2004 | -- | -- | Discussion of potential litigation matter. | Attorney Client Privilege  Attorney Work Product |
| 3. | Handwritten Notes | August 10, 2004 | Michael Moore, Esq. | -- | Attorney notes regarding Cityworld. | Attorney Client Privilege  Attorney Work Product |
| 4. | Email with handwritten notes and calendar attachment | August 10, 2004 | Michael Moore, Esq. | -- | Attorney notes regarding Cityworld. | Attorney Client Privilege  Attorney Work Product |
| 5. | Handwritten Notes | August 9, 2004 | Michael Moore, Esq. | -- | Attorney notes regarding Cityworld. | Attorney Client Privilege |

[1] An assertion of the work product privilege means that the document was prepared in anticipation of this action or another potential action.

Exhibit 15 ,
P. 98

**MATTEL V. CARTER BRYANT
AND CONSOLIDATED CASES**

SUPPLEMENTAL PRIVILEGE LOG

March 20, 2008

| No. | Document Type | Date | From/Author | To/Recipient(s) | Description of Document and/or Redaction | Privilege[1] |
|---|---|---|---|---|---|---|
| 6. | Handwritten Notes | August 2, 2004 | Michael Moore, Esq. | † | Attorney notes regarding Cityworld. | Attorney Client Privilege<br><br>Attorney Work Product |
| 7. | Handwritten Notes | July 25, 2004 | Michael Moore, Esq. | — | Attorney notes regarding attorney client meeting. | Attorney Client Privilege<br><br>Attorney Work Product |
| 8. | Legal Markings Document (Redacted)<br><br>M 0737440-M 0737442 | 2001 | Product Legal Administration | — | Legal advice regarding product licensing. | Attorney Client Privilege<br><br>Attorney Work Product |

07209/2431915.1

Exhibit 15 ,
P. 98A

**MATTEL V. CARTER BRYANT AND CONSOLIDATED CASES**

SUPPLEMENTAL PRIVILEGE LOG

March 20, 2008

| No. | Document Type | Date | From/Author | To/Recipient(s) | Description of Document and/or Redaction | Privilege[1] |
|---|---|---|---|---|---|---|
| 9. | [INTENTIONALLY LEFT BLANK] | | | | | |
| 10. | [INTENTIONALLY LEFT BLANK] | | | | | |
| 11. | [INTENTIONALLY LEFT BLANK] | | | | | |
| 12. | Attorney Notes | November 20, 2003 | Michael Moore, Esq. | -- | Attorney notes regarding Cityworld. | Attorney Client Privilege<br><br>Attorney Work Product |
| 13. | Attorney Notes | November 19, 2003 | Michael Moore, Esq. | -- | Handwritten notes regarding Cityworld. | Attorney Client Privilege<br><br>Attorney Work Product |
| 14. | Attorney Notes | November 18, 2003 | Michael Moore, Esq. | -- | Handwritten notes regarding Cityworld. | Attorney Client Privilege<br><br>Attorney Work Product |
| 15. | Attorney Notes | November 18, 2003 | Michael Moore, Esq. | -- | Handwritten notes regarding Cityworld call. | Attorney Client Privilege<br><br>Attorney Work Product |

07209/2431915.1

3 of 76

Exhibit 15 ,
P. 98B

**MATTEL V. CARTER BRYANT
AND CONSOLIDATED CASES**

SUPPLEMENTAL PRIVILEGE LOG

March 20, 2008

| No. | Document Type | Date | From/Author | To/Recipient(s) | Description of Document and/or Redaction | Privilege[1] |
|---|---|---|---|---|---|---|
| 16. | Memorandum | September 26, 2003 | Adelle Jones<br><br>(Paralegal within Law Department) | Michael Moore, Esq. | Memorandum containing attorney work product regarding Cityworld. | Attorney Client Privilege<br><br>Attorney Work Product |
| 17. | Attorney Notes | September 18, 2003 | Michael Moore, Esq. | -- | Attorney notes regarding Cityworld. | Attorney Client Privilege<br><br>Attorney Work Product |
| 18. | [INTENTIONALLY LEFT BLANK] | | | | | |
| 19. | [INTENTIONALLY LEFT BLANK] | | | | | |
| 20. | [INTENTIONALLY LEFT BLANK] | | | | | |
| 21. | [INTENTIONALLY LEFT BLANK] | | | | | |
| 22. | Email | November 11, 2003 | Richelle Savage<br><br>(Paralegal within Law Department) | Michael Zeller, Esq.<br><br>cc:  Michael Moore, Esq. | Email regarding letters from Cityworld (attached letters produced). | Attorney Client Privilege<br><br>Attorney Work Product |

07209/2431915.1

Exhibit _15_ ,
P. _98C_

**MATTEL V. CARTER BRYANT AND CONSOLIDATED CASES**

SUPPLEMENTAL PRIVILEGE LOG

March 20, 2008

| No. | Document Type | Date | From/Author | To/Recipient(s) | Description of Document and/or Redaction | Privilege[1] |
|---|---|---|---|---|---|---|
| 23. | Redacted Document M 0012680-M 0012696 | January 7, 1995 – December 30, 1995 | – | – | Contractor List - Budget Center #, Total Billed, Budget Center Sub-total, contractor name/title redacted. | Attorney Client Privilege (and also non-responsive) |
| 24. | Redacted Document M013842-M013847 | June 11, 1996 June 11, 1996 | Bill Bertini Cathy A. Takemura | Cathy A. Takemura (Paralegal within Law Department) Wendy Chisam - Planning | Email regarding legal and licensing issues / Legal advice redacted. | Attorney Client Privilege Attorney Work Product |
| 25. | Redacted Document M014357 | June 28, 2000 | Human Resources | Hastey Sullivan | Memo regarding salary increase / Salary data redacted. | Third-Party Privacy Non-responsive |
| 26. | Redacted Document M014358 | August 3, 1998 | Human Resources | Hastey Sullivan | Memo regarding salary increase / Salary data redacted. | Third-Party Privacy Non-responsive |
| 27. | Typed Notes | Undated | Karen Ewing (Paralegal within Law Department) | – | Counsel comments on draft press release and attorney notes. | Attorney Client Privilege Attorney Work Product |
| 28. | Email | September 14, 2000 | Karen Ewing | Sally Dail | Email string containing counsel's comments on draft advertising copy. | Attorney Client Privilege Attorney Work Product |

07209/2431916.1

Exhibit _15_,
P._980_

**MATTEL V. CARTER BRYANT AND CONSOLIDATED CASES**

SUPPLEMENTAL PRIVILEGE LOG

March 20, 2008

| No. | Document Type | Date | From/Author | To/Recipient(s) | Description of Document and/or Redaction | Privilege[1] |
|---|---|---|---|---|---|---|
| 29. | Email (Redacted) M0074400 | Undated | De Anda, Richard | Kaye, Alan | Communication regarding former employee / Excerpts reflecting opinion of legal counsel redacted. | Attorney Client Privilege |
| 30. | Email | April 28, 2003 | Shuttleworth, Tiffany J | Meyer, Cynthia B., Esq. | Email string containing communication with legal counsel regarding My Scene video. | Attorney Client Privilege |
| 31. | Legal Markings Document (Redacted) M 0737459 | May 5, 2003 | Product Legal Administration | -- | Legal advice regarding product licensing. | Attorney Client Privilege / Attorney Work Product |
| 32. | **[INTENTIONALLY LEFT BLANK]** | | | | | |
| 33. | Facsimile with Attachments | July 30, 2003 | Iser, Lawrence Y., Esq. (counsel at Greenberg Glusker) | De Anda, Richard | Communication by legal counsel regarding former employee. | Attorney Client Privilege |
| 34. | Email | August 4, 2003 | Nelson, Lisa | Fisher, Yvonne (Paralegal within Law Department)<br><br>Hooks, Brian | Communication with legal counsel regarding advertising. | Attorney Client Privilege |
| 35. | Email | September 8, 2003 | De Anda, Richard | Moore, Michael, Esq. | Communication with legal counsel regarding former employee. | Attorney Client Privilege |

0709/2431915.1

Exhibit _15_,
P. _98E_

**MATTEL V. CARTER BRYANT
AND CONSOLIDATED CASES**

SUPPLEMENTAL PRIVILEGE LOG

March 20, 2008

| No. | Document Type | Date | From/Author | To/Recipient(s) | Description of Document and/or Redaction | Privilege[1] |
|---|---|---|---|---|---|---|
| 36. | Advertising Review Form (Redacted)<br><br>M 0737460 | October 24, 2003 | International & Regulatory Law Group | Haag, Debbie<br>Gomez, Jean<br>Patel, Tina | Prepared by legal counsel regarding advertising. | Attorney Client Privilege<br><br>Attorney Work Product |
| 37. | Advertising Review Form | December 5, 2003 | International & Regulatory Law Group | Luk, Isaac | Prepared by legal counsel regarding advertising. | Attorney Client Privilege<br><br>Attorney Work Product |
| 38. | Advertising Review Form | December 11, 2003 | International & Regulatory Law Group | Haag, Debbie<br>Gomez, Jean<br>Kuchem, Kara | Prepared by legal counsel regarding advertising. | Attorney Client Privilege<br><br>Attorney Work Product |
| 39. | Advertising Review Form | December 16, 2003 | International & Regulatory Law Group | Haag, Debbie<br>Gomez, Jean<br>Kuchem, Kara | Prepared by legal counsel regarding advertising. | Attorney Client Privilege<br><br>Attorney Work Product |
| 40. | Email | December 16, 2003 | Fisher, Yvonne | Leavitt, Margaret-Ann<br>Weitekamp, Rosina<br>Grove, Norma<br>Haag, Debbie<br>Gomez, Jean<br>Kuchem, Kara | Communication by legal counsel regarding advertising. | Attorney Client Privilege<br><br>Attorney Work Product |
| 40(a). | Advertising Review Form (Redacted)<br><br>M 0737461-M 0737462 | December 11, 2003 | Fisher, Yvonne | Haag, Debbie<br>Gomez, Jean<br>Kuchem, Kara<br>Weitekamp, Rosina<br>Leavitt, Margaret-Ann<br>Grove, Norma | Legal advice regarding advertising. | Attorney Client Privilege<br><br>Attorney Work Product |

0720912431915.1

Exhibit _15_,
P. _785_

**MATTEL V. CARTER BRYANT AND CONSOLIDATED CASES**

SUPPLEMENTAL PRIVILEGE LOG

March 20, 2008

| No. | Document Type | Date | From/Author | To/Recipient(s) | Description of Document and/or Redaction | Privilege[1] |
|---|---|---|---|---|---|---|
| 40(b). | Advertising Storyboard with Handwritten Notes (Redacted) M 0737463- M 0737467 | December 10, 2003 | Fisher, Yvonne | Haag, Debbie Gomez, Jean Kuchem, Kara Weitekamp, Rosina Leavitt, Margaret-Ann Grove, Norma | Legal advice regarding advertising. | Attorney Client Privilege  Attorney Work Product |
| 40(c). | Advertising Review Form (Redacted) M 0737468 | December 5, 2003 | Fisher, Yvonne | Luk, Isaac Leavitt, Margaret-Ann Weitekamp, Rosina Grove, Norma Haag, Debbie Gomez, Jean Kuchem, Kara | Legal advice regarding advertising. | Attorney Client Privilege  Attorney Work Product |
| 41. | Email | January 12, 2004 | Leavitt, Margaret-Ann | Fisher, Yvonne | Email string containing communication with legal counsel regarding advertising. | Attorney Client Privilege |
| 42. | Affidavit | January 14, 2004 | Bruck, Lisa P | Product Legal Department | Communication with legal counsel regarding advertising. | Attorney Client Privilege |
| 43. | Affidavit | January 14, 2004 | Bruck, Lisa P | Product Legal Department | Communication with legal counsel regarding advertising. | Attorney Client Privilege |
| 44. | Email | January 14, 2004 | Leavitt, Margaret-Ann | Sutherland, Jessica Fisher, Yvonne | Email string containing communication with legal counsel regarding advertising. | Attorney Client Privilege |
| 45. | Memo (Redacted) | January 17, 2004 | Leavitt, Margaret-Ann | Pailet-Bruck, Lisa | Communication containing advice from legal counsel on | Attorney Client Privilege |

07209/2431915.1

Exhibit 15 ,
P. 186

**MATTEL V. CARTER BRYANT
AND CONSOLIDATED CASES**

SUPPLEMENTAL PRIVILEGE LOG

March 20, 2008

| No. | Document Type | Date | From/Author | To/Recipient(s) | Description of Document and/or Redaction | Privilege[1] |
|---|---|---|---|---|---|---|
| | M 0737469<br><br>(Attachment produced) | | | | advertising. | |
| 46. | Memo (Redacted)<br><br>M 0737471<br><br>(Attachment produced) | January 17, 2004 | Leavitt, Margaret-Ann | Pailet-Bruck, Lisa | Communication containing advice from legal counsel on advertising. | Attorney Client Privilege |
| 47. | Email | January 29, 2004 | Fisher, Yvonne | Welch, Merle<br>Leavitt, Margaret-Ann<br>Weltekamp, Rosina<br>Grove, Norma<br>Cabasso, Marian<br>Hanahan, Jeanne<br>Haag, Debbie<br>Gomez, Jean<br>Kuchem, Kara | Email string containing communication by legal counsel regarding advertising. | Attorney Client Privilege |
| 48. | Affidavit | February 2, 2004 | Bruck, Lisa P | Product Legal Department | Communication with legal counsel regarding advertising. | Attorney Client Privilege |
| 49. | Advertising Review Form | April 28, 2004 | International & Regulatory Law Group | Haag, Debbie<br>Gomez, Jean<br>Kuchem, Kara | Prepared by legal counsel regarding advertising. | Attorney Client Privilege<br><br>Attorney Work Product |
| 50. | [INTENTIONALLY LEFT BLANK] | | | | | |
| 51. | Chronological Record (Redacted)<br><br>M 0074372 | March 15, 2002 - June 21, 2004 | De Anda, Richard | --- | Chronological record reflecting communication with and instructions from legal counsel | Attorney Client Privilege<br><br>Attorney Work Product |

07209/2431915.1

9 of 76

Exhibit 15 ,
P. 28H

**MATTEL V. CARTER BRYANT AND CONSOLIDATED CASES**

SUPPLEMENTAL PRIVILEGE LOG

March 20, 2008

| No. | Document Type | Date | From/Author | To/Recipient(s) | Description of Document and/or Redaction | Privilege[1] |
|---|---|---|---|---|---|---|
| 52. | Email | August 30, 2004 | Neumann, Jeanette | Tonche, Lila (Paralegal within Law Department) | redacted. | |
| 52(a). | Memorandum | August 30, 2004 | Neumann, Jeanette | Tonche, Lila | Agent's communication with counsel regarding legal advice on advertising. | Attorney Client Privilege Attorney Work Product |
| 52(b). | Advertising Review Form (Redacted) M 0737473 | August 31, 2004 | Tonche, Lila | Haag, Debbie Gomez, Jean Kuchem, Kara Neumann, Jeanette | Agent's communication with counsel regarding legal advice on advertising. | Attorney Client Privilege Attorney Work Product |
| 52(c). | Memorandum | July 21, 2004 | Neumann, Jeanette | Tonche, Lila | Legal advice regarding advertising. | Attorney Client Privilege Attorney Work Product |
| 52(d). | Advertising Review Form (Redacted) M 0737474 | July 20, 2004 | Tonche, Lila | Haag, Debbie Gomez, Jean Kuchem, Kara Neumann, Jeanette | Agent's communication with counsel regarding legal advice on advertising. | Attorney Client Privilege Attorney Work Product |
| 53. | Advertising Review Form | August 31, 2004 | International & Regulatory Law Group | Haag, Debbie Gomez, Jean Kuchem, Kara | Legal advice regarding advertising. | Attorney Client Privilege Attorney Work Product |
| | | | | | Prepared by legal counsel regarding advertising. | Attorney Client Privilege Attorney Work Product |

07209/2431915.1

Exhibit _15_,
P. _781_

**MATTEL V. CARTER BRYANT
AND CONSOLIDATED CASES**

SUPPLEMENTAL PRIVILEGE LOG

March 20, 2008

| No. | Document Type | Date | From/Author | To/Recipient(s) | Description of Document and/or Redaction | Privilege[1] |
|---|---|---|---|---|---|---|
| 54. | Advertising Review Form | August 31, 2004 | International & Regulatory Law Group | Haag, Debbie Gomez, Jean Kuchem, Kara | Prepared by legal counsel regarding advertising. | Attorney Client Privilege<br><br>Attorney Work Product |
| 55. | Advertising Review Form | September 10, 2004 | International & Regulatory Law Group | Haag, Debbie Gomez, Jean Kuchem, Kara | Prepared by legal counsel regarding advertising. | Attorney Client Privilege<br><br>Attorney Work Product |
| 56. | Advertising Review Form | September 10, 2004 | International & Regulatory Law Group | Haag, Debbie Gomez, Jean Kuchem, Kara | Prepared by legal counsel regarding advertising. | Attorney Client Privilege<br><br>Attorney Work Product |
| 57. | Investigative Log (Redacted)<br><br>M0074945 | September 20, 2004 | De Anda, Richard | --- | Investigative Log / Entry reflecting communication with legal counsel redacted. | Attorney Client Privilege |
| 58. | Advertising Review Form | October 5, 2004 | International & Regulatory Law Group | Haag, Debbie Gomez, Jean Kuchem, Kara | Prepared by legal counsel regarding advertising. | Attorney Client Privilege<br><br>Attorney Work Product |
| 59. | Memorandum (Attachment produced) | October 28, 2004 | Neumann, Jeanette | Tonche, Lila | Agent's communication with counsel regarding legal advice on advertising. | Attorney Client Privilege<br><br>Attorney Work Product |
| 59(a). | Advertising Storyboard with Handwritten Notes | October 27, 2004 | Tonche, Lila | Neumann, Jeanette | Legal advice regarding advertising. | Attorney Client Privilege<br><br>Attorney Work Product |

07209/2431915.1

Exhibit _15_,
P. _981_

**MATTEL V. CARTER BRYANT AND CONSOLIDATED CASES**

SUPPLEMENTAL PRIVILEGE LOG

March 20, 2008

| No. | Document Type | Date | From/Author | To/Recipient(s) | Description of Document and/or Redaction | Privilege[1] |
|-----|---------------|------|-------------|-----------------|------------------------------------------|--------------|
| | (Redacted) M 0737475 | | | | | |
| 59(b). | Advertising Review Form (Redacted) M 0737476 | October 28, 2004 | Tonche, Lila | Luk, Isaac | Legal advice regarding advertising. | Attorney Client Privilege Attorney Work Product |
| 59(c). | Typed Notes | Undated | Tonche, Lila | Neumann, Jeanette | Legal advice regarding advertising. | Attorney Client Privilege Attorney Work Product |
| 59(d). | Advertising Storyboard with Handwritten Notes (Redacted) M 0737478 | October 27, 2004 | Tonche, Lila | Neumann, Jeanette | Legal advice regarding advertising. | Attorney Client Privilege Attorney Work Product |
| 60. | Advertising Review Form | October 28, 2004 | International & Regulatory Law Group | Luk, Isaac | Prepared by legal counsel regarding advertising. | Attorney Client Privilege Attorney Work Product |
| 61. | Email | November 3, 2004 | Tonche, Lila | McCarthy, Lori | Communication by legal counsel regarding commercials. | Attorney Client Privilege |

0720924319151

Exhibit _15_ ,
P. _98K_

**MATTEL V. CARTER BRYANT AND CONSOLIDATED CASES**

SUPPLEMENTAL PRIVILEGE LOG

March 20, 2008

| No. | Document Type | Date | From/Author | To/Recipient(s) | Description of Document and/or Redaction | Privilege[1] |
|-----|---------------|------|-------------|-----------------|-------------------------------------------|--------------|
| 62. | Typed Notes | November 5, 2004 | International & Regulatory Law Group | — | Prepared by legal counsel regarding advertising. | Attorney Client Privilege<br><br>Attorney Work Product |
| 63. | Email | October 28, 2005 | Thomas, Jill, Esq. | De Anda, Richard | Communication by legal counsel regarding former employee. | Attorney Client Privilege |
| 64. | Email | October 28, 2005 | Zeller, Michael T., Esq. | Thomas, Jill, Esq. De Anda, Richard O'Connor, Brian, Esq. | Communication by legal counsel regarding former employee. | Attorney Client Privilege |
| 65. | Email | October 28, 2005 | Zeller, Michael T., Esq. | Thomas, Jill, Esq. De Anda, Richard O'Connor, Brian, Esq. | Communication by legal counsel regarding former employee. | Attorney Client Privilege |
| 66. | Email | November 3, 2005 | Thomas, Jill, Esq. | De Anda, Richard O'Connor, Brian, Esq. | Communication by legal counsel regarding former employee. | Attorney Client Privilege |
| 67. | Email | November 7, 2005 | De Anda, Richard | Ravelo, Oany | Communication reflecting communication with legal counsel regarding former employee. | Attorney Client Privilege |
| 68. | Letter | November 8, 2005 | Ristuccia, Alphonse V. | Zeller, Michael T., Esq. | Communication with legal counsel regarding former employee. | Attorney Client Privilege |
| 69. | Letter | November 22, 2005 | Ristuccia, Alphonse V. | Krebs, Tania, Esq. | Communication with legal counsel regarding former employee. | Attorney Client Privilege |

13 of 76

072092431915.1

Exhibit 15,
P. 98L

**MATTEL V. CARTER BRYANT AND CONSOLIDATED CASES**

SUPPLEMENTAL PRIVILEGE LOG

March 20, 2008

| No. | Document Type | Date | From/Author | To/Recipient(s) | Description of Document and/or Redaction | Privilege[1] |
|---|---|---|---|---|---|---|
| 70. | Email | Undated | De Anda, Richard | Domazet, Mary | Communication regarding assignment, initiated pursuant to instructions from legal counsel. | Attorney Client Privilege<br><br>Attorney Work Product |
| 71. | Email | Undated | De Anda, Richard | Domazet, Mary | Communication regarding assignment, initiated pursuant to instructions from legal counsel. | Attorney Client Privilege<br><br>Attorney Work Product |
| 72. | Email | Undated | De Anda, Richard | Domazet, Mary | Communication regarding assignment, initiated pursuant to instructions from legal counsel. | Attorney Client Privilege<br><br>Attorney Work Product |
| 73. | Email | Undated | De Anda, Richard | Motley, Mark | Communication regarding assignment, initiated pursuant to instructions from legal counsel. | Attorney Work Product |
| 74. | Email | Undated | De Anda, Richard | Thomas, Jill, Esq. | Communication with legal counsel, regarding results of assignment, initiated pursuant to instructions from legal counsel. | Attorney Client Privilege<br><br>Attorney Work Product |

0720902431915.1

Exhibit _15_,
P._78 M_

**MATTEL V. CARTER BRYANT**
**AND CONSOLIDATED CASES**

SUPPLEMENTAL PRIVILEGE LOG

March 20, 2008

| No. | Document Type | Date | From/Author | To/Recipient(s) | Description of Document and/or Redaction | Privilege[1] |
|-----|---------------|------|-------------|-----------------|------------------------------------------|--------------|
| 75. | Letter | Undated | La Tourneau, Jeff | De Anda, Richard | Agent's communication regarding results of assignment, initiated pursuant to instructions from legal counsel. | Attorney Client Privilege<br><br>Attorney Work Product |
| 76. | Email | October 2, 2002 | Kapantzos, Diane | Khan, Nazia<br><br>cc: Wachtfogel, Michele<br>Vernon, Cheryl<br>Fisher, Yvonne | Legal advice regarding advertising. | Attorney Client Privilege<br><br>Attorney Work Product |
| 77. | Email | October 17, 2002 | Fisher, Yvonne | Nelson, Lisa<br>Hooks, Brian<br>Haag, Debbie<br>Reisman, Galite<br>Cygielman, Jamie<br>Rapp, Cynthia<br>Hanahan, Jeanne<br>Khan, Nazia<br><br>cc: Kapantzos, Diane<br>(Paralegal within Law Department)<br>Tonche, Lila<br>Wachtfogel, Michele<br>(Paralegal within Law Department)<br>O'Connor, Brian, Esq. | Legal advice regarding advertising. | Attorney Client Privilege<br><br>Attorney Work Product |

0720/2431915.1

Exhibit _15_,
P. _98 N_

**MATTEL V. CARTER BRYANT**
**AND CONSOLIDATED CASES**

SUPPLEMENTAL PRIVILEGE LOG

March 20, 2008

| No. | Document Type | Date | From/Author | To/Recipient(s) | Description of Document and/or Redaction | Privilege[1] |
|---|---|---|---|---|---|---|
| 78. | Email | November 2, 2002 | Fisher, Yvonne | Shandrick, Patrick<br>Whallon, Marie<br>Haag, Debbie<br>Reisman, Galite<br>Zee, Jean<br>Tonche, Lila<br>DeRosa, Christina<br><br>cc: O'Connor, Brian, Esq.<br>Vernon, Cheryl | Legal advice regarding advertising. | Attorney Client Privilege<br><br>Attorney Work Product |
| 79. | Email | November 12, 2002 | Whallon, Marie | Fisher, Yvonne<br>Shandrick, Patrick<br>Haag, Debbie<br>Reisman, Galite<br>Zee, Jean<br>Tonche, Lila<br>DeRosa, Christina<br><br>cc: O'Connor, Brian, Esq.<br>Vernon, Cheryl | Communication with counsel to obtain legal advice regarding advertising. | Attorney Client Privilege<br><br>Attorney Work Product |
| 80. | Email with Attachments | May 8, 2003 | Fisher, Yvonne | Nelson, Lisa<br>Johnston, Kate<br><br>cc: McKnight, Lisa<br>Haag, Debbie<br>Rapp, Cynthia<br>Clifford, Stephen, Esq.<br>Kapantzos, Diane<br>Tonche, Lila | Legal advice regarding advertising. | Attorney Client Privilege<br><br>Attorney Work Product |
| 81. | Advertising Review Form (Redacted)<br><br>M 0737480 | May 22, 2003 | Fisher, Yvonne | Haag, Debbie<br>Zee, Jean<br>Rapp, Cynthia<br>Nelson, Lisa<br>Johnston, Kate | Legal advice regarding advertising. | Attorney Client Privilege<br><br>Attorney Work Product |

16 of 76

072092/2431915.1

Exhibit 15 ,
P. 980

**MATTEL V. CARTER BRYANT AND CONSOLIDATED CASES**

SUPPLEMENTAL PRIVILEGE LOG

March 20, 2008

| No. | Document Type | Date | From/Author | To/Recipient(s) | Description of Document and/or Redaction | Privilege[1] |
|---|---|---|---|---|---|---|
| 82. | Advertising Review Form (Redacted)<br><br>M 0737481 | May 22, 2003 | Fisher, Yvonne | Haag, Debbie<br>Zee, Jean<br>Rapp, Cynthia<br>Nelson, Lisa<br>Johnston, Kate | Legal advice regarding advertising. | Attorney Client Privilege<br><br>Attorney Work Product |
| 83. | Advertising Review Form (Redacted)<br><br>M 0737482 | May 28, 2003 | Fisher, Yvonne | Haag, Debbie<br>Zee, Jean<br>Rapp, Cynthia<br>Nelson, Lisa<br>Johnston, Kate | Legal advice regarding advertising. | Attorney Client Privilege<br><br>Attorney Work Product |
| 84. | Email | July 2, 2003 | Armistead, Brad | Rosenbaum, Scott, Esq.<br><br>cc: Janicek, Aaron | Communication with counsel to obtain legal advice regarding licensing contract. | Attorney Client Privilege |
| 85. | Typed and Handwritten Notes | July 25, 2003 | Zeller, Michael T., Esq. (Typed Notes)<br><br>De Anda, Richard (Handwritten Notes) | Moore, Michael, Esq.<br>De Anda, Richard<br>Domazet, Mary | Legal counsel's instructions and directions regarding assignments. | Attorney Client Privilege<br><br>Attorney Work Product |
| 86. | Email (Redacted)<br><br>M 0109315-M 0109316 | August 8, 2003 | Guzman, Guillermo | O'Connor, Brian, Esq. | Communication with counsel to obtain legal advice regarding NPD. | Attorney Client Privilege |
| 87. | Email | August 27, 2003 | O'Connor, Brian, Esq. | Clifford, Stephen, Esq.<br>Fisher, Yvonne | Communication between legal counsel regarding provision of legal advice pertaining to advertising. | Attorney Client Privilege<br><br>Attorney Work Product |
| 88. | Email | August 27, 2003 | O'Connor, Brian, Esq. | Payne, Beatrice<br><br>cc: Clifford, Stephen, Esq.<br>Fisher, Yvonne | Communication regarding provision of legal advice pertaining to advertising. | Attorney Client Privilege<br><br>Attorney Work Product |

0720912431915.1

Exhibit 15,
P. 98P

**MATTEL V. CARTER BRYANT**
**AND CONSOLIDATED CASES**

SUPPLEMENTAL PRIVILEGE LOG

March 20, 2008

| No. | Document Type | Date | From/Author | To/Recipient(s) | Description of Document and/or Redaction | Privilege[1] |
|---|---|---|---|---|---|---|
| 89. | Email | August 28, 2003 | O'Connor, Brian, Esq. | Clifford, Stephen, Esq. Fisher, Yvonne | Communication between legal counsel regarding provision of legal advice pertaining to advertising. | Attorney Client Privilege<br><br>Attorney Work Product |
| 90. | Advertising Review Form (Redacted)<br><br>M 0737483 | September 26, 2003 | Fisher, Yvonne | Haag, Debbie Zee, Jean Patel, Tina Leavitt, Margaret-Ann Weitekamp, Rosina Grove, Norma | Legal advice regarding advertising. | Attorney Client Privilege<br><br>Attorney Work Product |
| 91. | Advertising Review Form (Redacted)<br><br>M 0737484 | September 26, 2003 | Fisher, Yvonne | Haag, Debbie Zee, Jean Patel, Tina Leavitt, Margaret-Ann Weitekamp, Rosina Grove, Norma | Legal advice regarding advertising. | Attorney Client Privilege<br><br>Attorney Work Product |
| 92. | Email | November 2, 2003 | Rapp, Dawn | Fisher, Yvonne | Communication with counsel regarding legal advice for consumer research. | Attorney Client Privilege |
| 93. | Email | March 17, 2004 | Rosenbaum, Scott, Esq. | Bales, Betty, Esq. | Communication between counsel regarding licensing contract. | Attorney Client Privilege |
| 94. | License Agreement (Redacted)<br><br>M 0151168-M 0151206 | April 1, 2004 | Mattel, Inc. (Licensor) | Springs Global US, Inc. (Licensee) | Royalty data and other proprietary information redacted. | Trade Secret |

18 of 76

07209/2431915.1

Exhibit _15_,
P. _980_

**MATTEL V. CARTER BRYANT
AND CONSOLIDATED CASES**

SUPPLEMENTAL PRIVILEGE LOG

March 20, 2008

| No. | Document Type | Date | From/Author | To/Recipient(s) | Description of Document and/or Redaction | Privilege[1] |
|---|---|---|---|---|---|---|
| 95. | License Agreement (Redacted) M 0151246- M 0151284 | April 1, 2004 | Mattel, Inc. (Licensor) | Springs Global US, Inc. (Licensee) | Royalty data and other proprietary information redacted. | Trade Secret |
| 96. | License Agreement (Redacted) M 0151342- M 0151380 | April 1, 2004 | Mattel, Inc. (Licensor) | Springs Global US, Inc. (Licensee) | Royalty data and other proprietary information redacted. | Trade Secret |
| 97. | License Agreement (Redacted) M 0151503- M 0151542 | April 1, 2004 | Mattel, Inc. (Licensor) | Springs Global US, Inc. (Licensee) | Royalty data and other proprietary information redacted. | Trade Secret |
| 98. | License Agreement (Redacted) M 0151544- M 0151582 | April 1, 2004 | Mattel, Inc. (Licensor) | Springs Global US, Inc. (Licensee) | Royalty data and other proprietary information redacted. | Trade Secret |
| 99. | License Agreement (Redacted) M 0151583- M 0151622 | April 1, 2004 | Mattel, Inc. (Licensor) | Springs Global US, Inc. (Licensee) | Royalty data and other proprietary information redacted. | Trade Secret |

07209/2431915.1

Exhibit 15,
P. 98R

**MATTEL V. CARTER BRYANT
AND CONSOLIDATED CASES**

SUPPLEMENTAL PRIVILEGE LOG

March 20, 2008

| No. | Document Type | Date | From/Author | To/Recipient(s) | Description of Document and/or Redaction | Privilege[1] |
|-----|---------------|------|-------------|-----------------|------------------------------------------|--------------|
| 100. | Email | April 7, 2004 | Hammons, Kathleen | Rosenbaum, Scott, Esq. Janicek, Aaron<br><br>cc: DeRosa, Christina Levenson, Lesley Armistead, Brad | Communication with counsel to obtain legal advice regarding licensing contract.<br><br>Includes royalty rate information. | Attorney Client Privilege<br><br>Trade Secret |
| 101. | Email with Handwritten Notes | April 7, 2004 | Hammons, Kathleen | Rosenbaum, Scott, Esq. Janicek, Aaron<br><br>cc: DeRosa, Christina Levenson, Lesley Armistead, Brad | Communication with counsel to obtain legal advice regarding licensing contract. | Attorney Client Privilege |
| 102. | Facsimile with Attachment (Redacted)<br><br>M 0151146-M 0151165 | April 19, 2004 | Siegel, Nancie | Hammons, Kitti | Royalty data and other proprietary information redacted. | Trade Secret |
| 103. | Letter of Intent (Redacted)<br><br>M 0151322-M 0151341 | April 19, 2004 | DeRosa, Christina | Siegel, Nancie | Royalty data and other proprietary information redacted. | Trade Secret |
| 104. | Memorandum | September 20, 2004 | De Anda, Richard | Thomas, Jill, Esq. | Communication with legal counsel regarding results of assignment, initiated pursuant to instructions from legal counsel. | Attorney Client Privilege<br><br>Attorney Work Product |

07209/2431915.1

Exhibit 15,
P. 985

**MATTEL V. CARTER BRYANT**
**AND CONSOLIDATED CASES**

SUPPLEMENTAL PRIVILEGE LOG

March 20, 2008

| No. | Document Type | Date | From/Author | To/Recipient(s) | Description of Document and/or Redaction | Privilege[1] |
|---|---|---|---|---|---|---|
| 105. | Email | September 20, 2004 | De Anda, Richard | La Tourneau, Jeff | Communication with agent regarding assignment, initiated pursuant to instructions from legal counsel. | Attorney Client Privilege<br><br>Attorney Work Product |
| 106. | Email with Handwritten Notes | September 27, 2004 | De Anda, Richard | La Tourneau, Jeff | Communication with agent regarding assignment, initiated pursuant to instructions from legal counsel. | Attorney Client Privilege<br><br>Attorney Work Product |
| 107. | Email | November 22, 2004 | De Anda, Richard | Domazet, Mary | Communication regarding assignment, initiated pursuant to instructions from legal counsel. | Attorney Client Privilege<br><br>Attorney Work Product |
| 108. | [INTENTIONALLY LEFT BLANK] | | | | | |
| 109. | Advertising Review Form | August 29, 2002 | Fisher, Yvonne | Haag, Debbie<br>Hershenson, Karen<br>Zee, Jean | Legal advice regarding advertising. | Attorney Client Privilege<br><br>Attorney Work Product |
| 110. | Advertising Review Form | August 29, 2002 | Fisher, Yvonne | Haag, Debbie<br>Hershenson, Karen<br>Zee, Jean | Legal advice regarding advertising. | Attorney Client Privilege<br><br>Attorney Work Product |

07209/2431915.1

Exhibit _15_,
P. _987_

**MATTEL V. CARTER BRYANT AND CONSOLIDATED CASES**

SUPPLEMENTAL PRIVILEGE LOG

March 20, 2008

| No. | Document Type | Date | From/Author | To/Recipient(s) | Description of Document and/or Redaction | Privilege[1] |
|---|---|---|---|---|---|---|
| 111. | Email | September 5, 2002 | August, Jeanette | Fisher, Yvonne | Agent's communication with counsel regarding legal advice on advertising. | Attorney Client Privilege<br><br>Attorney Work Product |
| 112. | Email | September 6, 2002 | Fisher, Yvonne | August, Jeanette | Legal advice regarding advertising. | Attorney Client Privilege<br><br>Attorney Work Product |
| 113. | Email | September 12, 2002 | August, Jeanette | Fisher, Yvonne | Agent's communication with counsel regarding legal advice on advertising. | Attorney Client Privilege<br><br>Attorney Work Product |
| 114. | Email | September 24, 2002 | Nelson, Lisa | Fisher, Yvonne | Agent's communication with counsel regarding legal advice on advertising. | Attorney Client Privilege<br><br>Attorney Work Product |
| 115. | Email | September 27, 2002 | Nelson, Lisa | Fisher, Yvonne | Agent's communication with counsel regarding legal advice on advertising. | Attorney Client Privilege<br><br>Attorney Work Product |
| 116. | Email | September 27, 2002 | Hanahan, Jeanne | Fisher, Yvonne | Communication with counsel regarding legal advice on advertising. | Attorney Client Privilege<br><br>Attorney Work Product |

07209/2431915.1

Exhibit 15, P. 98U

**MATTEL V. CARTER BRYANT AND CONSOLIDATED CASES**

SUPPLEMENTAL PRIVILEGE LOG

March 20, 2008

| No. | Document Type | Date | From/Author | To/Recipient(s) | Description of Document and/or Redaction | Privilege[1] |
|-----|---------------|------|-------------|-----------------|------------------------------------------|--------------|
| 117. | Email | September 30, 2002 | Vernon, Cheryl | Kapantzos, Diane<br><br>cc: Fisher, Yvonne | Communication with counsel regarding legal advice on advertising. | Attorney Client Privilege<br><br>Attorney Work Product |
| 118. | Email | October 1, 2002 | Khan, Nazia | Fisher, Yvonne | Communication with counsel regarding legal advice on advertising. | Attorney Client Privilege<br><br>Attorney Work Product |
| 119. | Email with Handwritten Notes | October 3, 2002 | Wachtfogel, Michele | Zee, Jean<br>Fisher, Yvonne<br><br>cc: Nelson, Lisa<br>Kapantzos, Diane | Legal advice regarding advertising. | Attorney Client Privilege<br><br>Attorney Work Product |
| 120. | Email with Handwritten Notes | October 3, 2002 | Kapantzos, Diane | Wachtfogel, Michele | Legal advice regarding advertising. | Attorney Client Privilege<br><br>Attorney Work Product |
| 121. | Email | October 3, 2002 | Wachtfogel, Michele | Zee, Jean<br>Fisher, Yvonne<br><br>cc: Nelson, Lisa<br>Kapantzos, Diane | Legal advice regarding advertising. | Attorney Client Privilege<br><br>Attorney Work Product |
| 122. | Email | October 7, 2002 | Fisher, Yvonne | Wachtfogel, Michele | Legal advice regarding advertising. | Attorney Client Privilege<br><br>Attorney Work Product |
| 123. | Email | October 7, 2002 | Wachtfogel, Michele | Kapantzos, Diane<br><br>cc: Fisher, Yvonne | Legal advice regarding advertising. | Attorney Client Privilege<br><br>Attorney Work Product |

07209/2431915.1

23 of 76

Exhibit _15_,
P. _58V_

**MATTEL V. CARTER BRYANT AND CONSOLIDATED CASES**

SUPPLEMENTAL PRIVILEGE LOG

March 20, 2008

| No. | Document Type | Date | From/Author | To/Recipient(s) | Description of Document and/or Redaction | Privilege[1] |
|---|---|---|---|---|---|---|
| 124. | Email | October 8, 2002 | Fisher, Yvonne | cc: Wachtfogel, Michele | Legal advice regarding advertising. | Attorney Client Privilege<br><br>Attorney Work Product |
| 125. | Email | October 8, 2002 | Cygielman, Jamie | O'Connor, Brian, Esq. Jensen, Julia<br><br>cc: Normile, Robert, Esq. Vernon, Cheryl Fisher, Yvonne Wachtfogel, Michele | Communication with counsel regarding legal advice on advertising. | Attorney Client Privilege<br><br>Attorney Work Product |
| 126. | Email | October 9, 2002 | Fisher, Yvonne | O'Connor, Brian, Esq. | Communication with counsel regarding legal advice on advertising. | Attorney Client Privilege<br><br>Attorney Work Product |
| 127. | Email with Attachment | October 9, 2002 | Fisher, Yvonne | Reisman, Gailte Haag, Debbie Cygielman, Jamie Nelson, Lisa Hooks, Brian Hanahan, Jeanne Dellacquila, Rick<br><br>cc: O'Connor, Brian, Esq. Kapantzos, Diane Wachtfogel, Michele | Legal advice regarding advertising. | Attorney Client Privilege<br><br>Attorney Work Product |

0720B/2431915.1

Exhibit 15,
P. 78 W

**MATTEL V. CARTER BRYANT**
**AND CONSOLIDATED CASES**

SUPPLEMENTAL PRIVILEGE LOG

March 20, 2008

| No. | Document Type | Date | From/Author | To/Recipient(s) | Description of Document and/or Redaction | Privilege[1] |
|-----|---------------|------|-------------|-----------------|------------------------------------------|-------------|
| 128. | Email with Attachment | October 9, 2002 | Fisher, Yvonne | Reisman, Galite<br>Haag, Debbie<br>Cygielman, Jamie<br>Nelson, Lisa<br>Hooks, Brian<br>Hanahan, Jeanne<br>Dellacquila, Rick<br><br>cc: O'Connor, Brian, Esq.<br>Kapantzos, Diane<br>Wachtfogel, Michele | Legal advice regarding advertising. | Attorney Client Privilege<br><br>Attorney Work Product |
| 129. | Email (Redacted)<br>M 0737485 | October 10, 2002 | Dellacquila, Rick | Dickson, Richard<br><br>cc: DeRosa, Christina<br>Fontanella, Adrienne<br>Hanahan, Jeanne<br>Cygielman, Jamie<br>Bossick, Jerome | Communication reflecting legal advice regarding advertising. | Attorney Client Privilege<br><br>Attorney Work Product |
| 130. | Email | October 15, 2002 | Fisher, Yvonne | Nelson, Lisa<br>Jones, Lisa<br>Haag, Debbie<br><br>cc: Kapantzos, Diane<br>Tonche, Lila<br>Wachtfogel, Michele | Legal advice regarding advertising. | Attorney Client Privilege<br><br>Attorney Work Product |
| 131. | Email | October 17, 2002 | Fisher, Yvonne | O'Connor, Brian, Esq.<br>Kapantzos, Diane<br>Tonche, Lila<br>Wachtfogel, Michele | Communication with counsel regarding legal advice on advertising. | Attorney Client Privilege<br><br>Attorney Work Product |

25 of 76

0720902431915.1

Exhibit 15,
P. 98 X

**MATTEL V. CARTER BRYANT AND CONSOLIDATED CASES**

SUPPLEMENTAL PRIVILEGE LOG

March 20, 2008

| No. | Document Type | Date | From/Author | To/Recipient(s) | Description of Document and/or Redaction | Privilege[1] |
|---|---|---|---|---|---|---|
| 132. | Email | October 17, 2002 | Fisher, Yvonne | O'Connor, Brian, Esq. Kapantzos, Diane Tonche, Lila Wachtfogel, Michele | Communication with counsel regarding legal advice on advertising. | Attorney Client Privilege<br><br>Attorney Work Product |
| 133. | Advertising Review Form (Redacted)<br><br>M 0737488 | October 25, 2002 | Fisher, Yvonne | Cygielman, Jamie Haag, Debbie Reisman, Galite Zee, Jean | Legal advice regarding advertising. | Attorney Client Privilege<br><br>Attorney Work Product |
| 134. | Email | October 24, 2002 | Fisher, Yvonne | Nelson, Lisa | Legal advice regarding advertising. | Attorney Client Privilege<br><br>Attorney Work Product |
| 135. | Email with Attachment | October 25, 2002 | Fisher, Yvonne | Nelson, Lisa Knapp, Karen Hooks, Brian Hertz, Aldo<br><br>cc: Haag, Debbie Reisman, Galite Zee, Jean Hanahan, Jeanne | Legal advice regarding advertising. | Attorney Client Privilege<br><br>Attorney Work Product |

07209/2431915.1

Exhibit 15,
P. 98 Y

MATTEL V. CARTER BRYANT
AND CONSOLIDATED CASES

SUPPLEMENTAL PRIVILEGE LOG

March 20, 2008

| No. | Document Type | Date | From/Author | To/Recipient(s) | Description of Document and/or Redaction | Privilege[1] |
|-----|---------------|------|-------------|-----------------|------------------------------------------|--------------|
| 136. | Email with Attachment | October 25, 2002 | Fisher, Yvonne | Nelson, Lisa<br>Knapp, Karen<br>Hooks, Brian<br>Hertz, Aldo<br>Haag, Debbie<br>Reisman, Galite<br>Zee, Jean<br>Hanahan, Jeanne<br>Dellacquila, Rick<br>Khan, Nazia<br><br>cc: Cygielman, Jamie<br>Rapp, Cynthia | Legal advice regarding advertising. | Attorney Client Privilege<br><br>Attorney Work Product |
| 137. | Email | October 29, 2002 | Fisher, Yvonne | Nelson, Lisa<br>Hertz, Aldo<br><br>cc: Hooks, Brian | Legal advice regarding advertising. | Attorney Client Privilege<br><br>Attorney Work Product |
| 138. | Email | October 29, 2002 | Nelson, Lisa | Fisher, Yvonne | Agent's communication with counsel regarding legal advice on advertising. | Attorney Client Privilege<br><br>Attorney Work Product |

27 of 76

07209/2431915.1

Exhibit _15_,
P. _982_

**MATTEL V. CARTER BRYANT**
**AND CONSOLIDATED CASES**

SUPPLEMENTAL PRIVILEGE LOG

March 20, 2008

| No. | Document Type | Date | From/Author | To/Recipient(s) | Description of Document and/or Redaction | Privilege[1] |
|-----|---------------|------|-------------|-----------------|------------------------------------------|--------------|
| 139. | Email | October 29, 2002 | Haag, Debbie | Nelson, Lisa<br>Hanahan, Jeanne<br>Rapp, Cynthia<br>Valles, Gloria<br>Jones, Lisa<br>Haag, Debbie<br>Fisher, Yvonne<br>Cabasso, Marian<br>Connell, Michael<br>Reisman, Galite<br>Cygielman, Jamie<br><br>cc: Hooks, Brian<br>Hertz, Aldo | Communication with counsel regarding legal advice on advertising. | Attorney Client Privilege<br><br>Attorney Work Product |
| 140. | Email with Attachment | October 31, 2002 | Fisher, Yvonne | Nelson, Lisa<br>Cygielman, Jamie<br>Rapp, Cynthia<br>Haag, Debbie<br>Reisman, Galite<br>Zee, Jean<br>Dellacquila, Rick<br>Hanahan, Jeanne<br>Khan, Nazia | Legal advice regarding advertising. | Attorney Client Privilege<br><br>Attorney Work Product |

07209/2431915.1

Exhibit 15 ,
P. 98AA

**MATTEL V. CARTER BRYANT
AND CONSOLIDATED CASES**

SUPPLEMENTAL PRIVILEGE LOG

March 20, 2008

| No. | Document Type | Date | From/Author | To/Recipient(s) | Description of Document and/or Redaction | Privilege[1] |
|-----|---------------|------|-------------|-----------------|------------------------------------------|--------------|
| 141. | Email | November 6, 2002 | Hanahan, Jeanne | Fisher, Yvonne | Communication with counsel regarding legal advice on advertising. | Attorney Client Privilege<br><br>Attorney Work Product |
| 142. | Email | November 6, 2002 | Fisher, Yvonne | Khan, Nazia<br>Hanahan, Jeanne | Legal advice regarding advertising. | Attorney Client Privilege<br><br>Attorney Work Product |
| 143. | Email | November 7, 2002 | Fisher, Yvonne | Whallon, Marie<br>Shandrick, Patrick<br><br>cc: Tonche, Lila | Legal advice regarding advertising. | Attorney Client Privilege<br><br>Attorney Work Product |

07209/2431915.1

Exhibit _15_,
P. _98B3_

**MATTEL V. CARTER BRYANT AND CONSOLIDATED CASES**

SUPPLEMENTAL PRIVILEGE LOG

March 20, 2008

| No. | Document Type | Date | From/Author | To/Recipient(s) | Description of Document and/or Redaction | Privilege[1] |
|---|---|---|---|---|---|---|
| 144. | Email | November 11, 2002 | Vernon, Cheryl | Spayd, Ben (paralegal within Law Department) Takemura, Cathy Smith, Cris (paralegal within Law Department) Kapantzos, Diane Fisher, Yvonne Creeger, Grant (paralegal within Law Department) Ewing, Karen Alkire, Lorraine (paralegal within Law Department) Dewart, Michael (paralegal within Law Department) Wachtfogel, Michele Nelson, Linda (paralegal within Law Department) Tonche, Lila Vernon, Cheryl Maymudes, Zicel (paralegal within Law Department) | Communication with counsel regarding legal advice on advertising. | Attorney Client Privilege  Attorney Work Product |
| 145. | Email | November 14, 2002 | Fisher, Yvonne | O'Connor, Brian, Esq. | Communication with counsel regarding legal advice on advertising. | Attorney Client Privilege  Attorney Work Product |
| 146. | Email with Attachment | November 14, 2002 | Fisher, Yvonne | Kapantzos, Diane Tonche, Lila  cc: Vernon, Cheryl O'Connor, Brian, Esq. | Legal advice regarding advertising. | Attorney Client Privilege  Attorney Work Product |

0720092431915.1

Exhibit 15,
P. 78CC

**MATTEL V. CARTER BRYANT AND CONSOLIDATED CASES**

SUPPLEMENTAL PRIVILEGE LOG

March 20, 2008

| No. | Document Type | Date | From/Author | To/Recipient(s) | Description of Document and/or Redaction | Privilege[1] |
|-----|---------------|------|-------------|-----------------|------------------------------------------|-----------|
| 147. | Email with Attachment | January 9, 2003 | Nelson, Lisa | Fisher, Yvonne | Agent's communication with counsel regarding legal advice on advertising. | Attorney Client Privilege<br><br>Attorney Work Product |
| 148. | Email with Attachments | January 22, 2003 | Fisher, Yvonne | Haag, Debbie<br>Zee, Jean<br>Nelson, Lisa<br><br>cc: McGuigan, Marianne<br>Cabasso, Marian<br>Khan, Nazia | Legal advice regarding advertising. | Attorney Client Privilege<br><br>Attorney Work Product |
| 149. | Draft Press Release | January 31, 2003 | Jensen, Julia<br>Sarachit, Jaime | Tonche, Lila | Communication with counsel regarding legal advice on advertising. | Attorney Client Privilege<br><br>Attorney Work Product |
| 150. | Advertising Review Form (Redacted)<br><br>M 0737489 | February 4, 2003 | Fisher, Yvonne | Luk, Isaac | Legal advice regarding advertising. | Attorney Client Privilege<br><br>Attorney Work Product |
| 151. | Email | February 11, 2003 | Luk, Isaac | Fisher, Yvonne | Communication with counsel regarding legal advice on advertising. | Attorney Client Privilege<br><br>Attorney Work Product |
| 152. | Advertising Review Form | February 11, 2003 | Fisher, Yvonne | Nelson, Lisa<br>Johnston, Kate<br>Haag, Debbie<br>Zee, Jean | Legal advice regarding advertising. | Attorney Client Privilege<br><br>Attorney Work Product |

0720/2431915.1

Exhibit 15 ,
P. 98 DD

**MATTEL V. CARTER BRYANT AND CONSOLIDATED CASES**

SUPPLEMENTAL PRIVILEGE LOG

March 20, 2008

| No. | Document Type | Date | From/Author | To/Recipient(s) | Description of Document and/or Redaction | Privilege[1] |
|---|---|---|---|---|---|---|
| 153. | Advertising Review Form | February 11, 2003 | Fisher, Yvonne Kapantzos, Diane Tonche, Lila | Nelson, Lisa Johnston, Kate Haag, Debbie Zee, Jean | Legal advice regarding advertising. | Attorney Client Privilege<br><br>Attorney Work Product |
| 154. | Email | February 12, 2003 | Clifford, Stephen, Esq. | Kapantzos, Diane Fisher, Yvonne<br><br>cc: Tonche, Lila | Legal advice regarding advertising. | Attorney Client Privilege<br><br>Attorney Work Product |
| 155. | Email | February 12, 2003 | Zee, Jean | Fisher, Yvonne | Communication with counsel regarding legal advice on advertising. | Attorney Client Privilege<br><br>Attorney Work Product |
| 156. | Email | February 12, 2003 | Zee, Jean | Fisher, Yvonne | Communication with counsel regarding legal advice on advertising. | Attorney Client Privilege<br><br>Attorney Work Product |
| 157. | Email with Handwritten Notes | February 12, 2003 | Nelson, Lisa | Haag, Debbie Rapp, Cynthia Hooks, Brian Fisher, Yvonne Zee, Jean<br><br>cc: Hertz, Aldo | Agent's communication with counsel regarding legal advice on advertising. | Attorney Client Privilege<br><br>Attorney Work Product |
| 158. | Email | February 13, 2003 | Kapantzos, Diane | Fisher, Yvonne<br><br>cc: Tonche, Lila Clifford, Stephen, Esq. | Legal advice regarding advertising. | Attorney Client Privilege<br><br>Attorney Work Product |

0720902431915.1

32 of 76

Exhibit 15 ,
P. 98 EE

**MATTEL V. CARTER BRYANT AND CONSOLIDATED CASES**

SUPPLEMENTAL PRIVILEGE LOG

March 20, 2008

| No. | Document Type | Date | From/Author | To/Recipient(s) | Description of Document and/or Redaction | Privilege[1] |
|-----|---------------|------|-------------|-----------------|------------------------------------------|--------------|
| 159. | Email with Attachments | February 13, 2003 | Fisher, Yvonne | Wachtfogel, Michele | Legal advice regarding advertising. | Attorney Client Privilege<br><br>Attorney Work Product |
| 160. | Email | February 13, 2003 | Fisher, Yvonne | Clifford, Stephen, Esq.<br>Kapantzos, Diane<br><br>cc: Tonche, Lila | Communication with counsel regarding legal advice on advertising. | Attorney Client Privilege<br><br>Attorney Work Product |
| 161. | Email | February 14, 2003 | Fisher, Yvonne | Nelson, Lisa<br>Zee, Jean<br>Haag, Debbie<br>Rapp, Cynthia<br><br>cc: Clifford, Stephen, Esq.<br>Kapantzos, Diane<br>Tonche, Lila | Legal advice. regarding advertising. | Attorney Client Privilege<br><br>Attorney Work Product |
| 162. | Email | February 14, 2003 | Fisher, Yvonne | Zee, Jean<br>Nelson, Lisa<br>Haag, Debbie<br>Rapp, Cynthia<br>Hooks, Brian<br><br>cc: Clifford, Stephen, Esq.<br>Kapantzos, Diane<br>Tonche, Lila | Legal advice regarding advertising. | Attorney Client Privilege<br><br>Attorney Work Product |
| 163. | Email | February 17, 2003 | Fisher, Yvonne | Nelson, Lisa<br>Zee, Jean<br>Haag, Debbie<br><br>cc: Hertz, Aldo | Legal advice regarding advertising. | Attorney Client Privilege<br><br>Attorney Work Product |

0720924231915.1

Exhibit 15,
P. 98FF

**MATTEL V. CARTER BRYANT
AND CONSOLIDATED CASES**

SUPPLEMENTAL PRIVILEGE LOG

March 20, 2008

| No. | Document Type | Date | From/Author | To/Recipient(s) | Description of Document and/or Redaction | Privilege[1] |
|---|---|---|---|---|---|---|
| 164. | [INTENTIONALLY LEFT BLANK] | | | | | |
| 165. | Email with Handwritten Notes | February 18, 2003 | Norton, Robert, Esq. | Hershenson, Karen<br>Wilcox, Jo (Paralegal in Law Department)<br><br>cc: Zee, Jean<br>Haag, Debbie<br>Turetzky, Matthew<br>Fisher, Yvonne | Legal advice regarding advertising. | Attorney Client Privilege<br><br>Attorney Work Product |
| 166. | Email | February 19, 2003 | Fisher, Yvonne | Zee, Jean<br>Hershenson, Karen<br><br>cc: Kapantzos, Diane<br>Tonche, Lila<br>Clifford, Stephen, Esq.<br>Haag, Debbie | Legal advice regarding advertising | Attorney Client Privilege<br><br>Attorney Work Product |
| 167. | Email | February 19, 2003 | Nelson, Lisa | Fisher, Yvonne<br>Zee, Jean | Agent's communication with counsel regarding legal advice on advertising. | Attorney Client Privilege<br><br>Attorney Work Product |

07209/2431915.1

Exhibit _15_,
P. _9866_

**MATTEL V. CARTER BRYANT AND CONSOLIDATED CASES**

SUPPLEMENTAL PRIVILEGE LOG

March 20, 2008

| No. | Document Type | Date | From/Author | To/Recipient(s) | Description of Document and/or Redaction | Privilege[1] |
|---|---|---|---|---|---|---|
| 168. | Email | March 4, 2003 | Valles, Gloria | Nelson, Lisa<br>Valles, Gloria<br>Rapp, Cynthia<br>Jones, Lisa<br>Fisher, Yvonne<br>Haag, Debbie<br>Cygielman, Jamie<br><br>cc: Hertz, Aldo<br>Johnston, Kate | Communication with counsel regarding legal advice on advertising. | Attorney Client Privilege<br><br>Attorney Work Product |
| 169. | Email | March 4, 2003 | Nelson, Lisa | Valles, Gloria<br>Rapp, Cynthia<br>Jones, Lisa<br>Fisher, Yvonne<br>Haag, Debbie<br>Cygielman, Jamie<br><br>cc: Hertz, Aldo<br>Johnston, Kate | Agent's communication with counsel regarding legal advice on advertising. | Attorney Client Privilege<br><br>Attorney Work Product |
| 170. | Email | March 10, 2003 | Nelson, Lisa | Fisher, Yvonne<br><br>cc: Johnston, Kate<br>Hertz, Aldo | Agent's communication with counsel regarding legal advice on advertising. | Attorney Client Privilege<br><br>Attorney Work Product |
| 171. | Email | March 12, 2003 | Fisher, Yvonne | Nelson, Lisa<br><br>cc: Johnston, Kate<br>Hertz, Aldo | Legal advice regarding advertising. | Attorney Client Privilege<br><br>Attorney Work Product |
| 172. | Advertising Script with Handwritten Notes (Redacted) | March 19, 2003 | Fisher, Yvonne | --- | Notes by legal counsel regarding advertising. | Attorney Work Product |

072092/2431915.1

Exhibit _15_,
P. _98 HH_

**MATTEL V. CARTER BRYANT
AND CONSOLIDATED CASES**

SUPPLEMENTAL PRIVILEGE LOG

March 20, 2008

| No. | Document Type | Date | From/Author | To/Recipient(s) | Description of Document and/or Redaction | Privilege[1] |
|---|---|---|---|---|---|---|
| | M 0737492-M 0737493 | | | | | |
| 173. | Email (Attachment produced) | March 20, 2003 | Nelson, Lisa | Fisher, Yvonne | Agent's communication with counsel regarding legal advice on advertising. | Attorney Client Privilege<br><br>Attorney Work Product |
| 174. | Email | March 21, 2003 | Nelson, Lisa | Rapp, Cynthia<br>Valles, Gloria<br>Haag, Debbie<br>Fisher, Yvonne<br>Zee, Jean<br>Shandrick, Patrick<br>Whalion, Marie<br>McKnight, Lisa<br>Jones, Lisa<br><br>cc: Hooks, Brian<br>Johnston, Kate<br>Hertz, Aldo | Agent's communication with counsel regarding legal advice on advertising. | Attorney Client Privilege<br><br>Attorney Work Product |
| 175. | Advertising Review Form | March 24, 2003 | Fisher, Yvonne | Nelson, Lisa<br>Johnston, Kate<br>Haag, Debbie<br>Zee, Jean<br>Hershenson, Karen | Legal advice regarding advertising. | Attorney Client Privilege<br><br>Attorney Work Product |

07209/2431915.1

Exhibit *15*,
P. *9811*

**MATTEL V. CARTER BRYANT AND CONSOLIDATED CASES**

SUPPLEMENTAL PRIVILEGE LOG

March 20, 2008

| No. | Document Type | Date | From/Author | To/Recipient(s) | Description of Document and/or Redaction | Privilege[1] |
|-----|---------------|------|-------------|-----------------|------------------------------------------|--------------|
| 176. | Email with Attachments | March 24, 2003 | Fisher, Yvonne | Nelson, Lisa<br>Hooks, Brian<br>Johnston, Kate<br>Hertz, Aldo<br>Cygielman, Jamie<br>Haag, Debbie<br>Hershenson, Karen<br>Zee, Jean<br>Hanahan, Jeanne<br>Khan, Nazia<br>McGuigan, Marianne<br>Cabasso, Marian<br><br>cc: Stephen Clifford, Esq.<br>Diane Kapantzos,<br>Lila Toche | Legal advice regarding advertising. | Attorney Client Privilege<br><br>Attorney Work Product |
| 177. | Email with Handwritten Notes | April 2, 2003 | Li, Fanny | Oesterheld, Richard<br>Tonche, Lila | Communication with counsel regarding legal advice on packaging. | Attorney Client Privilege<br><br>Attorney Work Product |
| 178. | Email with Attachment and Handwritten Notes | May 5, 2003 | Nelson, Lisa | McKnight, Lisa<br>Haag, Debbie<br>Fisher, Yvonne<br>Rapp, Cynthia<br><br>cc: Johnston, Kate | Agent's communication with counsel regarding legal advice on advertising. | Attorney Client Privilege<br><br>Attorney Work Product |
| 179. | Email | May 6, 2003 | Khan, Nazia | Fisher, Yvonne | Communication with counsel regarding legal advice on advertising. | Attorney Client Privilege<br><br>Attorney Work Product |

07209/2431915.1

Exhibit _15_,
P. _98_

**MATTEL V. CARTER BRYANT
AND CONSOLIDATED CASES**

SUPPLEMENTAL PRIVILEGE LOG

March 20, 2008

| No. | Document Type | Date | From/Author | To/Recipient(s) | Description of Document and/or Redaction | Privilege[1] |
|-----|---------------|------|-------------|-----------------|------------------------------------------|--------------|
| 180. | Email | May 21, 2003 | Tonche, Lila | McKnight, Lisa Fisher, Yvonne | Legal advice regarding advertising. | Attorney Client Privilege<br><br>Attorney Work Product |
| 181. | Email | May 21, 2003 | McKnight, Lisa | Fisher, Yvonne Tonche, Lila | Communication with counsel regarding legal advice on advertising. | Attorney Client Privilege<br><br>Attorney Work Product |
| 182. | Email | May 21, 2003 | Fisher, Yvonne | McKnight, Lisa Tonche, Lila | Legal advice regarding advertising. | Attorney Client Privilege<br><br>Attorney Work Product |
| 183. | Email with Handwritten Notes | May 21, 2003 | Fisher, Yvonne | Nelson, Lisa | Legal advice regarding advertising. | Attorney Client Privilege<br><br>Attorney Work Product |
| 184. | Email with Attachment | May 22, 2003 | Nelson, Lisa | Fisher, Yvonne | Agent's communication with counsel regarding legal advice on advertising. | Attorney Client Privilege<br><br>Attorney Work Product |

0720924319151

Exhibit 15 ,
P. 98 kk

**MATTEL V. CARTER BRYANT
AND CONSOLIDATED CASES**

SUPPLEMENTAL PRIVILEGE LOG

March 20, 2008

| No. | Document Type | Date | From/Author | To/Recipient(s) | Description of Document and/or Redaction | Privilege[1] |
|---|---|---|---|---|---|---|
| 185. | Email with Attachments | May 29, 2003 | Fisher, Yvonne | Nelson, Lisa<br>Johnston, Kate<br>Haag, Debbie<br>Zee, Jean<br>Rapp, Cynthia<br>McGuigan, Marianne<br>Cabasso, Marian<br>Hanahan, Jeanne<br>Khan, Nazia<br><br>cc: Clifford, Stephen, Esq.<br>Kapantzos, Diane<br>Tonche, Lila | Legal advice regarding advertising. | Attorney Client Privilege<br><br>Attorney Work Product |
| 185(a). | Advertising Review Form (Redacted)<br><br>M 0737500 | May 28, 2003 | Fisher, Yvonne | Haag, Debbie<br>Zee, Jean<br>Rapp, Cynthia<br>Nelson, Lisa<br>Johnston, Kate | Legal advice regarding advertising. | Attorney Client Privilege<br><br>Attorney Work Product |
| 185(b). | Typed Notes | Undated | Mattel Law Department | | Legal advice regarding compliance with advertising standards. | Attorney Client Privilege<br><br>Attorney Work Product |
| 186. | Email | May 30, 2003 | Fisher, Yvonne | Nelson, Lisa | Legal advice regarding advertising. | Attorney Client Privilege<br><br>Attorney Work Product |
| 187. | Email with Attachment | June 2, 2003 | Nelson, Lisa | Fisher, Yvonne | Agent's communication with counsel regarding legal advice on advertising. | Attorney Client Privilege<br><br>Attorney Work Product |

0720924319151

Exhibit 15,
P. 9866

**MATTEL V. CARTER BRYANT
AND CONSOLIDATED CASES**

SUPPLEMENTAL PRIVILEGE LOG

March 20, 2008

| No. | Document Type | Date | From/Author | To/Recipient(s) | Description of Document and/or Redaction | Privilege[1] |
|---|---|---|---|---|---|---|
| 188. | Email | June 2, 2003 | Fisher, Yvonne | McKnight, Lisa Haag, Debbie  cc: Nelson, Lisa | Legal advice regarding advertising. | Attorney Client Privilege  Attorney Work Product |
| 189. | Email | June 2, 2003 | McKnight, Lisa | Fisher, Yvonne Haag, Debbie  cc: Nelson, Lisa | Communication with counsel regarding legal advice on advertising. | Attorney Client Privilege  Attorney Work Product |
| 190. | Email with Attachment | June 3, 2003 | Fisher, Yvonne | Nelson, Lisa  cc: McKnight, Lisa | Legal advice regarding advertising. | Attorney Client Privilege  Attorney Work Product |
| 191. | Email | June 3, 2003 | Fisher, Yvonne | Nelson, Lisa | Legal advice regarding advertising. | Attorney Client Privilege  Attorney Work Product |
| 192. | Email with Attachment | June 4, 2003 | Nelson, Lisa | Fisher, Yvonne | Agent's communication with counsel regarding legal advice on advertising. | Attorney Client Privilege  Attorney Work Product |
| 193. | Email | June 6, 2003 | Moore, Michael, Esq. | Fisher, Yvonne | Legal advice regarding trademark. | Attorney Client Privilege  Attorney Work Product |
| 194. | Email with Attachments | June 10, 2003 | Fisher, Yvonne | Kersting, Anita  (Paralegal within the Law Department) | Communication with counsel regarding legal advice on trademark. | Attorney Client Privilege  Attorney Work Product |

07209/2431915.1

Exhibit _15_,
P. _98 MM_

**MATTEL V. CARTER BRYANT**
**AND CONSOLIDATED CASES**

SUPPLEMENTAL PRIVILEGE LOG

March 20, 2008

| No. | Document Type | Date | From/Author | To/Recipient(s) | Description of Document and/or Redaction | Privilege[1] |
|---|---|---|---|---|---|---|
| 195. | Email | June 18, 2003 | Fisher, Yvonne | Nelson, Lisa Johnston, Kate | Legal advice regarding advertising. | Attorney Client Privilege<br><br>Attorney Work Product |
| 196. | Email | June 18, 2003 | Kersting, Anita | Fisher, Yvonne | Legal advice regarding trademark. | Attorney Client Privilege<br><br>Attorney Work Product |
| 197. | Advertising Review Form (Redacted)<br><br>M 0737501 | June 20, 2003 | Fisher, Yvonne | McKnight, Lisa Haag, Debbie Zee, Jean Rapp, Cynthia Nelson, Lisa Johnston, Kate | Legal advice regarding advertising. | Attorney Client Privilege<br><br>Attorney Work Product |
| 198. | Email with Attachment | June 20, 2003 | Fisher, Yvonne | McKnight, Laurie Haag, Debbie Zee, Jean Rapp, Cynthia Nelson, Lisa Johnston, Kate | Legal advice regarding advertising. | Attorney Client Privilege<br><br>Attorney Work Product |
| 199. | Email with Attachment and Handwritten Notes | June 23, 2003 | Fisher, Yvonne | Haag, Debbie Zee, Jean Rapp, Cynthia Nelson, Lisa | Legal advice regarding advertising. | Attorney Client Privilege<br><br>Attorney Work Product |
| 200. | Email with Handwritten Notes | June 23, 2003 | Fisher, Yvonne | Haag, Debbie Zee, Jean Rapp, Cynthia Nelson, Lisa | Legal advice regarding advertising. | Attorney Client Privilege<br><br>Attorney Work Product |

0720/2431915.1

Exhibit _15_,
P. _98NN_

**MATTEL V. CARTER BRYANT
AND CONSOLIDATED CASES**

SUPPLEMENTAL PRIVILEGE LOG

March 20, 2008

| No. | Document Type | Date | From/Author | To/Recipient(s) | Description of Document and/or Redaction | Privilege[1] |
|-----|---------------|------|-------------|-----------------|------------------------------------------|--------------|
| 201. | Email | June 24, 2003 | Kersting, Anita | Fisher, Yvonne | Legal advice regarding trademark. | Attorney Client Privilege<br><br>Attorney Work Product |
| 202. | Email | June 25, 2003 | Nelson, Lisa | Fisher, Yvonne | Agent's communication with counsel regarding legal advice on advertising. | Attorney Client Privilege<br><br>Attorney Work Product |
| 203. | Email | June 25, 2003 | Fisher, Yvonne | Nelson, Lisa<br>Haag, Debbie<br>McKnight, Lisa<br>Rapp, Cynthia<br><br>cc: Hooks, Brian | Legal advice regarding advertising. | Attorney Client Privilege<br><br>Attorney Work Product |
| 204. | Advertising Review Form (Redacted)<br><br>M 0737502 | June 25, 2003 | Fisher, Yvonne | McKnight, Lisa<br>Haag, Debbie<br>Zee, Jean<br>Rapp, Cynthia<br>Nelson, Lisa<br>Johnston, Kate | Legal advice regarding advertising. | Attorney Client Privilege<br><br>Attorney Work Product |
| 205. | Email<br><br>(Attachment produced) | July 1, 2003 | Fisher, Yvonne | Nelson, Lisa<br>Haag, Debbie<br>Rapp, Cynthia<br>McGuigan, Marianne<br>Cabasso, Marian<br>Khan, Nazia | Legal advice regarding advertising. | Attorney Client Privilege<br><br>Attorney Work Product |
| 206. | Email with Handwritten Notes | July 2, 2003 | Nelson, Lisa | Fisher, Yvonne<br>McKnight, Lisa<br>Mitchell, Lisa<br><br>cc: Haag, Debbie<br>Patel, Tina | Agent's communication with counsel regarding legal advice on advertising. | Attorney Client Privilege<br><br>Attorney Work Product |

07209/2431915.1

Exhibit _15_,
P. 9800

**MATTEL V. CARTER BRYANT**
**AND CONSOLIDATED CASES**

SUPPLEMENTAL PRIVILEGE LOG

March 20, 2008

| No. | Document Type | Date | From/Author | To/Recipient(s) | Description of Document and/or Redaction | Privilege[1] |
|---|---|---|---|---|---|---|
| 207. | Email with Handwritten Notes | July 9, 2003 | Fisher, Yvonne | Nelson, Lisa | Legal advice regarding advertising. | Attorney Client Privilege<br><br>Attorney Work Product |
| 208. | Advertising Review Form (Redacted)<br><br>M 0737504-M 0737505 | July 10, 2003 | Fisher, Yvonne | Haag, Debbie<br>Zee, Jean<br>Rapp, Cynthia<br>Nelson, Lisa<br>Johnston, Kate | Legal advice regarding advertising. | Attorney Client Privilege<br><br>Attorney Work Product |
| 209. | Email | July 22, 2003 | Nelson, Lisa | Fisher, Yvonne<br>Haag, Debbie<br>McKnight, Lisa<br><br>cc: Rapp, Cynthia<br>Valles, Gloria | Agent's communication with counsel regarding legal advice on advertising. | Attorney Client Privilege<br><br>Attorney Work Product |
| 210. | Email | July 22, 2003 | Fisher, Yvonne | Nelson, Lisa<br>Haag, Debbie<br><br>cc: Villasenor, Erica | Legal advice regarding advertising. | Attorney Client Privilege<br><br>Attorney Work Product |
| 211. | Email | June 23, 2003 | Fisher, Yvonne | Haag, Debbie<br>Zee, Jean<br>Rapp, Cynthia<br>Nelson, Lisa | Legal advice regarding advertising. | Attorney Client Privilege<br><br>Attorney Work Product |
| 212. | Email with Handwritten Notes<br><br>(Email and attachment produced) | June 23, 2003 | Fisher, Yvonne | Haag, Debbie<br>Zee, Jean<br>Rapp, Cynthia<br>Nelson, Lisa | Legal advice regarding advertising. | Attorney Client Privilege<br><br>Attorney Work Product |

43 of 76

07209/2431915.1

Exhibit 15,
P. 98 PP

**MATTEL V. CARTER BRYANT
AND CONSOLIDATED CASES**

SUPPLEMENTAL PRIVILEGE LOG

March 20, 2008

| No. | Document Type | Date | From/Author | To/Recipient(s) | Description of Document and/or Redaction | Privilege[1] |
|---|---|---|---|---|---|---|
| 212(a). | Typed Notes | June 23, 2003 | Fisher, Yvonne | Haag, Debbie Zee, Jean Rapp, Cynthia Nelson, Lisa | Legal advice regarding advertising. | Attorney Client Privilege<br><br>Attorney Work Product |
| 213. | Email | July 29, 2003 | Fisher, Yvonne | Nelson, Lisa McKnight, Lisa Haag, Debbie Zee, Jean Rapp, Cynthia Johnston, Kate Villasenor, Erica (Intern in Law Department) | Legal advice regarding advertising. | Attorney Client Privilege<br><br>Attorney Work Product |
| 214. | [INTENTIONALLY LEFT BLANK] | | | | | |
| 215. | Email | August 5, 2003 | McLaughlin, Michelle | Fisher, Yvonne | Communication with counsel regarding legal advice on advertising. | Attorney Client Privilege<br><br>Attorney Work Product |
| 216. | Advertising Review Form (Redacted)<br><br>M 0737510 | August 5, 2003 | Fisher, Yvonne | Haag, Debbie Zee, Jean Rapp, Cynthia Nelson, Lisa Johnston, Kate | Legal advice regarding advertising. | Attorney Client Privilege<br><br>Attorney Work Product |
| 217. | Email | August 5, 2003 | Fisher, Yvonne | Nelson, Lisa Haag, Debbie Willensky, Allison<br><br>cc: Clifford, Stephen, Esq. | Legal advice regarding advertising. | Attorney Client Privilege<br><br>Attorney Work Product |

07209/2431915.1

Exhibit 15,
P. 9800

**MATTEL V. CARTER BRYANT AND CONSOLIDATED CASES**

SUPPLEMENTAL PRIVILEGE LOG

March 20, 2008

| No. | Document Type | Date | From/Author | To/Recipient(s) | Description of Document and/or Redaction | Privilege[1] |
|---|---|---|---|---|---|---|
| 218. | [INTENTIONALLY LEFT BLANK] | | | | | |
| 219. | [INTENTIONALLY LEFT BLANK] | | | | | |
| 220. | Email | August 7, 2003 | Haag, Debbie | Fisher, Yvonne Nelson, Lisa Hanahan, Jeanne Zee, Jean Villasenor, Erica | Communication with counsel regarding legal advice on advertising. | Attorney Client Privilege Attorney Work Product |
| 221. | Email with Attachment | August 12, 2003 | Hooks, Brian | Fisher, Yvonne Johnston, Kate Cruz, Jackye | Agent's communication with counsel regarding legal advice on advertising. | Attorney Client Privilege Attorney Work Product |
| 222. | Advertising Review Form (Redacted) M 0737512 (Email and attachment produced) | August 13, 2003 | Fisher, Yvonne | Haag, Debbie Zee, Jean Rapp, Cynthia Nelson, Lisa Johnston, Kate | Legal advice regarding advertising. | Attorney Client Privilege Attorney Work Product |
| 223. | Email | August 27, 2003 | O'Connor, Brian, Esq. | Clifford, Stephen, Esq. Fisher, Yvonne | Legal advice regarding advertising. | Attorney Client Privilege Attorney Work Product |

07209/2431915.1

Exhibit 15,
P. 98RR

**MATTEL V. CARTER BRYANT AND CONSOLIDATED CASES**

SUPPLEMENTAL PRIVILEGE LOG

March 20, 2008

| No. | Document Type | Date | From/Author | To/Recipient(s) | Description of Document and/or Redaction | Privilege[1] |
|---|---|---|---|---|---|---|
| 224. | Email | August 27, 2003 | Fisher, Yvonne | Clifford, Stephen, Esq.<br><br>cc: O'Connor, Brian, Esq. | Communication within Law Department regarding communication with CARU. | Attorney Work Product |
| 225. | Email | August 27, 2003 | O'Connor, Brian, Esq. | Luther, Sujata<br><br>cc: Clifford, Stephen, Esq. Fisher, Yvonne Haag, Debbie Bossick, Jerome | Legal advice regarding advertising. | Attorney Client Privilege<br><br>Attorney Work Product |
| 226. | Email with Attachment | August 28, 2003 | Fisher, Yvonne | O'Connor, Brian, Esq. Clifford, Stephen, Esq. | Communication within Law Department regarding communication with CARU. | Attorney Work Product |
| 227. | Email with Attachment | August 28, 2003 | O'Connor, Brian, Esq. | Luther, Sujata Bossick, Jerome Haag, Debbie<br><br>cc: Clifford, Stephen, Esq. Normile, Robert, Esq. Fisher, Yvonne | Legal advice regarding advertising. | Attorney Client Privilege<br><br>Attorney Work Product |
| 228. | Email | September 3, 2003 | Rapp, Dawn | Clifford, Stephen, Esq.<br><br>cc: Fisher, Yvonne | Communication with counsel regarding legal advice on advertising. | Attorney Client Privilege<br><br>Attorney Work Product |
| 229. | Email<br><br>(Attachment produced) | September 9, 2003 | Fisher, Yvonne | Hooks, Brian Johnston, Kate | Legal advice regarding advertising. | Attorney Client Privilege<br><br>Attorney Work Product |

07209/2431915.1

Exhibit 15,
P. 9855

**MATTEL V. CARTER BRYANT
AND CONSOLIDATED CASES**

SUPPLEMENTAL PRIVILEGE LOG

March 20, 2008

| No. | Document Type | Date | From/Author | To/Recipient(s) | Description of Document and/or Redaction | Privilege[1] |
|---|---|---|---|---|---|---|
| 229(a). | Typed Notes | September 9, 2003 | Fisher, Yvonne Luk, Isaac | Hooks, Brian Johnston, Kate | Legal advice regarding advertising. | Attorney Client Privilege<br><br>Attorney Work Product |
| 229(b). | Advertising Review Form (Redacted)<br><br>M 0737517 | September 9, 2003 | Fisher, Yvonne | Luk, Isaac Hooks, Brian Johnston, Kate | Legal advice regarding advertising. | Attorney Client Privilege<br><br>Attorney Work Product |
| 230. | Advertising Review Form (Redacted)<br><br>M 0737518 | September 30, 2003 | Fisher, Yvonne | Haag, Debbie Zee, Jean Patel, Tina Leavitt, Margaret-Ann Grove, Norma Frey, Marcy Weitekamp, Rosina | Legal advice regarding advertising. | Attorney Client Privilege<br><br>Attorney Work Product |
| 231. | Advertising Review Form (Redacted)<br><br>M 0737519 | September 30, 2003 | Fisher, Yvonne | Luk, Issac | Legal advice regarding advertising. | Attorney Client Privilege<br><br>Attorney Work Product |

07209/2431915.1

Exhibit 15 ,
P. 98TT

**MATTEL V. CARTER BRYANT AND CONSOLIDATED CASES**

SUPPLEMENTAL PRIVILEGE LOG

March 20, 2008

| No. | Document Type | Date | From/Author | To/Recipient(s) | Description of Document and/or Redaction | Privilege[1] |
|-----|---------------|------|-------------|-----------------|-------------------------------------------|--------------|
| 232. | Email | October 15, 2003 | Leavitt, Margaret-Ann | Fisher, Yvonne | Communication with counsel regarding legal advice on advertising. | Attorney Client Privilege<br><br>Attorney Work Product |
| 233. | Email | October 22, 2003 | Fisher, Yvonne | O'Connor, Brian, Esq. | Communication within Law Department regarding communication with CARU. | Attorney Client Privilege<br><br>Attorney Work Product |
| 234. | Email | October 23, 2003 | Hanahan, Jeanne | Kauffmann, Ken<br>Haag, Debbie<br>Dellacquila, Rick<br>O'Connor, Brian, Esq.<br><br>cc: Fisher, Yvonne<br>Kilpin, Tim<br>Luther, Sujata<br>Arons, Russell<br>Weitekamp, Rosina<br>Grove, Norma<br>Leavitt, Margaret-Ann | Communication with counsel regarding legal advice on advertising. | Attorney Client Privilege<br><br>Attorney Work Product |

48 of 76

07209/2431915.1

Exhibit __15__,
P. __1811__

**MATTEL V. CARTER BRYANT
AND CONSOLIDATED CASES**

SUPPLEMENTAL PRIVILEGE LOG

March 20, 2008

| No. | Document Type | Date | From/Author | To/Recipient(s) | Description of Document and/or Redaction | Privilege[1] |
|-----|---------------|------|-------------|-----------------|------------------------------------------|--------------|
| 235. | Email | October 23, 2003 | O'Connor, Brian, Esq. | Fisher, Yvonne<br><br>cc: Kauffmann, Ken | Legal advice regarding advertising. | Attorney Client Privilege<br><br>Attorney Work Product |
| 236. | Email | October 23, 2003 | Haag, Debbie | O'Connor, Brian, Esq.<br>Leavitt, Maragaret-Ann<br>Gomez, Jean<br>Patel, Tina<br>Dellacquila, Rick<br>Fisher, Yvonne<br><br>cc: Clifford, Stephen, Esq.<br>Grove, Norma<br>Weitekamp, Rosina | Communication with counsel regarding legal advice on advertising. | Attorney Client Privilege<br><br>Attorney Work Product |
| 237. | Email | October 23, 2003 | Dellacquila, Rick | Kauffmann, Ken<br><br>cc: O'Connor, Brian, Esq.<br>Fisher, Yvonne<br>Kilpin, Tim<br>Luther, Sujata<br>Arons, Russell<br>Haag, Debbie<br>Hanahan, Jeanne | Communication reflecting legal advice regarding advertising. | Attorney Client Privilege<br><br>Attorney Work Product |

07209/2431915.1

Exhibit 15,
P. 98VV

**MATTEL V. CARTER BRYANT
AND CONSOLIDATED CASES**

SUPPLEMENTAL PRIVILEGE LOG

March 20, 2008

| No. | Document Type | Date | From/Author | To/Recipient(s) | Description of Document and/or Redaction | Privilege[1] |
|---|---|---|---|---|---|---|
| 238. | Email | October 23, 2003 | O'Connor, Brian, Esq. | Leavitt, Margaret-Ann Haag, Debbie Gomez, Jean Patel, Tina Dellacquila, Rick Fisher, Yvonne  cc: Clifford, Stephen, Esq. Grove, Norma Weitekamp, Rosina | Legal advice regarding advertising. | Attorney Client Privilege  Attorney Work Product |
| 239. | Email | October 22, 2003 | Fisher, Yvonne | Leavitt, Margaret-Ann Haag, Debbie Gomez, Jean Patel, Tina Dellacquila, Rick  cc: O'Connor, Brian, Esq. Clifford, Stephen, Esq. | Legal advice regarding advertising. | Attorney Client Privilege  Attorney Work Product |
| 240. | Email | October 27, 2003 | Leavitt, Margaret-Ann | Cabasso, Marian  cc: Hanahan, Jeanne Kauffmann, Ken Fisher, Yvonne Pailet-Bruck, Lisa Weitekamp, Rosina | Communication reflecting legal advice regarding advertising. | Attorney Client Privilege  Attorney Work Product |

0720924319151.1

Exhibit _15_,
P. _58WW_

**MATTEL V. CARTER BRYANT
AND CONSOLIDATED CASES**

SUPPLEMENTAL PRIVILEGE LOG

March 20, 2008

| No. | Document Type | Date | From/Author | To/Recipient(s) | Description of Document and/or Redaction | Privilege[1] |
|---|---|---|---|---|---|---|
| 241. | Email | October 27, 2003 | Fisher, Yvonne | O'Connor, Brian, Esq. Clifford, Stephen, Esq. | Communication within Law Department regarding advertising and privileged communications with client. | Attorney Client Privilege<br><br>Attorney Work Product |
| 242. | Email | October 27, 2003 | Fisher, Yvonne | Kauffmann, Ken O'Connor, Brian, Esq.<br><br>cc: Haag, Debbie Dellacquila, Rick Hanahan, Jeanne Leavitt, Margaret-Ann Weitekamp, Rosina Grove, Norma Gomez, Jean Paillet-Bruck, Lisa | Legal advice regarding advertising. | Attorney Client Privilege<br><br>Attorney Work Product |
| 243. | Email with Handwritten Notes | January 28, 2004 | Dyer, Ian | Oesterheld, Richard Tonche, Lila Ritchie, Christian Luk, Isaac | Communication with counsel regarding legal advice on advertising. | Attorney Client Privilege<br><br>Attorney Work Product |

0720/2431915.1

Exhibit 15,
P. 98XX

**MATTEL V. CARTER BRYANT AND CONSOLIDATED CASES**

SUPPLEMENTAL PRIVILEGE LOG

March 20, 2008

| No. | Document Type | Date | From/Author | To/Recipient(s) | Description of Document and/or Redaction | Privilege[1] |
|---|---|---|---|---|---|---|
| 244. | Email | January 28, 2004 | Luk, Isaac | Oesterheld, Richard<br><br>cc: Tonche, Lila<br>Dyer, Ian<br>Ritchie, Christian | Communication with counsel regarding legal advice on advertising. | Attorney Client Privilege<br><br>Attorney Work Product |
| 245. | Email | February 12, 2004 | Ewing, Karen | Valenzuela, Mary<br>Khan, Nazia<br>Tonche, Lila<br>Leavitt, Margaret-Ann<br>Kuchem, Kara<br>Gomez, Jean<br><br>cc: Fisher, Yvonne<br>Clifford, Stephen, Esq. | Legal advice regarding advertising. | Attorney Client Privilege<br><br>Attorney Work Product |
| 246. | Memo with Handwritten Notes | March 8, 2004 | O'Brien, Kate (counsel at Morrison & Foerster) | Normile, Robert, Esq.<br>O'Connor, Brian, Esq.<br>Stephen, Clifford, Esq.<br><br>cc: Moore, Michael, Esq. | Legal advice regarding competition. | Attorney Client Privilege<br><br>Attorney Work Product |

0720/2431915.1

Exhibit _15_,
P. _9844_

**MATTEL V. CARTER BRYANT AND CONSOLIDATED CASES**

SUPPLEMENTAL PRIVILEGE LOG

March 20, 2008

| No. | Document Type | Date | From/Author | To/Recipient(s) | Description of Document and/or Redaction | Privilege[1] |
|---|---|---|---|---|---|---|
| 247. | Email with Attachments | April 25, 2004 | Moore, Michael, Esq. | Tonche, Lila<br>Aiken, Donald, Esq.<br>Zeller, Michael, Esq. | Legal advice regarding press release. | Attorney Client Privilege<br><br>Attorney Work Product |
| 248. | Email | April 26, 2004 | Tonche, Lila | Moore, Michael, Esq.<br>Aiken, Donald, Esq.<br>Zeller, Michael, Esq. | Communication with counsel regarding legal advice on press release. | Attorney Client Privilege<br><br>Attorney Work Product |
| 249. | Email | April 26, 2004 | Tonche, Lila | Moore, Michael, Esq.<br>cc: Aiken, Donald, Esq.<br>Zeller, Michael, Esq. | Communication with counsel regarding legal advice on press release. | Attorney Client Privilege<br><br>Attorney Work Product |
| 250. | Email | April 26, 2004 | Moore, Michael, Esq. | Tonche, Lila<br>cc: Aiken, Donald, Esq.<br>Zeller, Michael, Esq. | Legal advice regarding press release. | Attorney Client Privilege<br><br>Attorney Work Product |
| 251. | Email | April 26, 2004 | Tonche, Lila | Moore, Michael, Esq.<br>cc: Aiken, Donald, Esq.<br>Zeller, Michael, Esq. | Communication with counsel regarding legal advice on press release. | Attorney Client Privilege<br><br>Attorney Work Product |
| 252. | Agreement with Handwritten Notes | Undated | Picous, Todd, Esq. | — | Legal advice regarding stock option plan. | Attorney Client Privilege<br><br>Attorney Work Product |

53 of 76

07209/2431915.1

Exhibit _15_,
P. _9877_

**MATTEL V. CARTER BRYANT
AND CONSOLIDATED CASES**

SUPPLEMENTAL PRIVILEGE LOG

March 20, 2008

| No. | Document Type | Date | From/Author | To/Recipient(s) | Description of Document and/or Redaction | Privilege[1] |
|---|---|---|---|---|---|---|
| 253. | Email | March 18, 1999 | Meyer, Cynthia, Esq. | Geithner, Darlene Kelly, Karen | Legal advice regarding contract. | Attorney Client Privilege<br><br>Attorney Work Product |
| 254. | Product Sign-off Sheet | April 25, 2000 | Ewing, Karen | Vandenberg, Jane Alderete, Michele Mo, Ann Chan, S. Y. | Legal advice regarding packaging. | Attorney Client Privilege<br><br>Attorney Work Product |
| 255. | Letter with Attachment | September 21, 2000 | Penny, Theodore, Esq. (Clopton, Penny & Brenner) | Darcy, Debbie Melchionne, Bernie | Legal advice regarding worker's compensation case. | Attorney Client Privilege<br><br>Attorney Work Product |
| 256. | Excerpt of Letter with Handwritten Notes | September 21, 2000 | Penny, Theodore, Esq. | Darcy, Debbie Melchionne, Bernie | Legal advice regarding worker's compensation case. | Attorney Client Privilege<br><br>Attorney Work Product |
| 257. | Facsimile | February 20, 2002 | Franke, Joe | McShane, Michele, Esq. | Communication with counsel regarding legal advice on potential litigation. | Attorney Client Privilege |
| 258. | Memorandum | June 20, 2002 | Jolicoeur, Sonia (Paralegal within Law Department) | Zeller, Michael, Esq. | Communication with counsel regarding legal advice on potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |

0720924319151

Exhibit 15,
P. 98AAA

**MATTEL V. CARTER BRYANT AND CONSOLIDATED CASES**

SUPPLEMENTAL PRIVILEGE LOG

March 20, 2008

| No. | Document Type | Date | From/Author | To/Recipient(s) | Description of Document and/or Redaction | Privilege[1] |
|---|---|---|---|---|---|---|
| 259. | Memorandum | July 16, 2002 | Carollo, Sandra (Assistant to O'Connor, Brian, Esq.) | Zeller, Michael, Esq. | Communication with counsel regarding legal advice on potential litigation. | Attorney Client Privilege  Attorney Work Product |
| 260. | Email | September 13, 2002 | Pavlovics, Julie | Penny, Theodore, Esq. cc: Melchionne, Bernie | Communication with counsel regarding worker's compensation case. | Attorney Client Privilege |
| 261. | Facsimile | September 30, 2002 | Jolicoeur, Sonia | Zeller, Michael, Esq. | Communication with counsel regarding legal advice on potential litigation. | Attorney Client Privilege  Attorney Work Product |
| 262. | Memorandum | October 16, 2002 | Kersting, Anita | Zeller, Michael, Esq. | Communication with counsel regarding legal advice on potential litigation. | Attorney Client Privilege  Attorney Work Product |
| 263. | Website Printout with Handwritten Notations | November 13, 2002 | Zeller, Michael, Esq. | -- | Legal advice regarding potential litigation. | Attorney Client Privilege  Attorney Work Product |
| 264. | Facsimile | November 14, 2002 | Clavel, Lucille (Assistant to Zeller, Michael, Esq.) | CalExpress (Agent) | Counsel's communication with agent regarding assignment, related to legal advice on potential litigation. | Attorney Client Privilege  Attorney Work Product |

072092431915.1

Exhibit 15 ,
P. 98 BBB

MATTEL V. CARTER BRYANT
AND CONSOLIDATED CASES

SUPPLEMENTAL PRIVILEGE LOG

March 20, 2008

| No. | Document Type | Date | From/Author | To/Recipient(s) | Description of Document and/or Redaction | Privilege[1] |
|-----|---------------|------|-------------|-----------------|------------------------------------------|--------------|
| 265. | Email | November 19, 2002 | Zeller, Michael, Esq. | McShane, Michele, Esq. | Legal advice regarding potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |
| 266. | Email | November 20, 2002 | McShane, Michele, Esq. | Zeller, Michael, Esq. | Communication with counsel regarding legal advice on potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |
| 267. | Facsimile | April 9, 2003 | Zeller, Michael, Esq. | O'Connor, Brian, Esq. | Legal advice regarding potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |
| 268. | Email with Attachments | May 9, 2003 | Zeller, Michael, Esq. | Normile, Robert, Esq. | Legal advice regarding potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |
| 269. | Email with Attachments | June 9, 2003 | Zeller, Michael, Esq. | Moore, Michael, Esq. | Legal advice regarding potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |
| 270. | Email with Attachment | June 9, 2003 | Zeller, Michael, Esq. | Moore, Michael, Esq. | Legal advice regarding potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |

07209/2431915.1

Exhibit 15,
P. 98CCC

**MATTEL V. CARTER BRYANT**
**AND CONSOLIDATED CASES**

SUPPLEMENTAL PRIVILEGE LOG

March 20, 2008

| No. | Document Type | Date | From/Author | To/Recipient(s) | Description of Document and/or Redaction | Privilege[1] |
|-----|---------------|------|-------------|-----------------|------------------------------------------|--------------|
| 271. | Email with Attachment | June 12, 2003 | Moore, Michael, Esq. | Zeller, Michael, Esq. | Communication with counsel regarding legal advice on potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |
| 272. | Email | June 12, 2003 | Zeller, Michael, Esq. | Moore, Michael, Esq. | Legal advice regarding potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |
| 273. | Email | July 16, 2003 | Zeller, Michael, Esq. | Moore, Michael, Esq. | Legal advice regarding potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |
| 274. | Facsimile | July 17, 2003 | Zeller, Michael, Esq. | Moore, Michael, Esq. | Legal advice regarding potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |
| 275. | Email | July 24, 2003 | Zeller, Michael, Esq. | Normile, Robert, Esq. | Legal advice regarding potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |
| 276. | Email | July 24, 2003 | Zeller, Michael, Esq. | Fourmaux, Jeffrey, Esq. (Wachtell, Lipton, Rosen & Katz)<br>Quinn, John, Esq.<br>Moore, Michael, Esq.<br>Schwartz, Michael, Esq. (Wachtell, Lipton, Rosen & Katz) | Legal advice regarding potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |

0720092431915.1

**Exhibit _15_,**
**P. _98000_**

**MATTEL V. CARTER BRYANT
AND CONSOLIDATED CASES**

SUPPLEMENTAL PRIVILEGE LOG

March 20, 2008

| No. | Document Type | Date | From/Author | To/Recipient(s) | Description of Document and/or Redaction | Privilege[1] |
|---|---|---|---|---|---|---|
| | | | | Normile, Robert, Esq. | | |
| 277. | Email | July 24, 2003 | Zeller, Michael, Esq. | Fourmaux, Jeffrey, Esq. Quinn, John, Esq. Moore, Michael, Esq. Schwartz, Michael, Esq. Normile, Robert, Esq. | Legal advice regarding potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |
| 278. | Email | July 24, 2003 | Zeller, Michael, Esq. | Fourmaux, Jeffrey, Esq. Quinn, John, Esq. Moore, Michael, Esq. Schwartz, Michael, Esq. Normile, Robert, Esq. | Legal advice regarding potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |
| 279. | Email with Attachment | July 25, 2003 | Moore, Michael, Esq. | Zeller, Michael, Esq. | Communication with counsel regarding legal advice on potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |
| 280. | Email | July 30, 2003 | Zeller, Michael, Esq. | Moore, Michael, Esq. cc: Thomas, Jill, Esq. Normile, Robert, Esq. | Legal advice regarding potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |
| 281. | Email | July 30, 2003 | Zeller, Michael, Esq. | Thomas, Jill, Esq. | Legal advice regarding potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |

0720924319151.1

Exhibit 15 ,
P. 98FFF

**MATTEL V. CARTER BRYANT
AND CONSOLIDATED CASES**

SUPPLEMENTAL PRIVILEGE LOG

March 20, 2008

| No. | Document Type | Date | From/Author | To/Recipient(s) | Description of Document and/or Redaction | Privilege[1] |
|-----|---------------|------|-------------|-----------------|------------------------------------------|--------------|
| 282. | Email | July 30, 2003 | Zeller, Michael, Esq. | Fourmaux, Jeffrey, Esq. Thomas, Jill, Esq. Quinn, John, Esq. Moore, Michael, Esq. Schwartz, Michael, Esq. Normile, Robert, Esq. | Legal advice regarding potential litigation. | Attorney Client Privilege  Attorney Work Product |
| 283. | Facsimile | August 1, 2003 | Normile, Robert, Esq. | Zeller, Michael, Esq. Quinn, John, Esq. Brownstein, Andy, Esq. (Wachtell, Lipton, Rosen & Katz) Schwartz, Michael, Esq. Fourmaux, Jeffrey, Esq. Rooney, William, Esq. (Willkie Farr & Gallagher) | Communication with counsel regarding legal advice on potential litigation. | Attorney Client Privilege  Attorney Work Product |
| 284. | Email | August 5, 2003 | Zeller, Michael, Esq. | Thomas, Jill, Esq. Moore, Michael, Esq. | Legal advice regarding potential litigation. | Attorney Client Privilege  Attorney Work Product |
| 285. | Memorandum | August 6, 2003 | Savage, Richelle | Zeller, Michael, Esq. | Communication with counsel regarding legal advice on potential litigation. | Attorney Client Privilege  Attorney Work Product |
| 286. | Email | August 18, 2003 | Moore, Michael, Esq. | Zeller, Michael, Esq. | Communication with counsel regarding legal advice on potential litigation. | Attorney Client Privilege  Attorney Work Product |

07209/2431915.1

Exhibit 15,
P. 98FFF

**MATTEL V. CARTER BRYANT
AND CONSOLIDATED CASES**

SUPPLEMENTAL PRIVILEGE LOG

March 20, 2008

| No. | Document Type | Date | From/Author | To/Recipient(s) | Description of Document and/or Redaction | Privilege[1] |
|---|---|---|---|---|---|---|
| 287. | Email | August 19, 2003 | Zeller, Michael, Esq. | Ristuccia, Al | Counsel's communication with agent regarding assignment, related to legal advice on potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |
| 288. | Memorandum | August 19, 2003 | Savage, Richelle | Zeller, Michael, Esq. | Communication with counsel regarding legal advice on potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |
| 289. | Email with Attachment | August 20, 2003 | Ristuccia, Al | Zeller, Michael, Esq. | Agent's communication with counsel regarding assignment, related to legal advice on potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |
| 290. | Email with Attachment | August 20, 2003 | Ristuccia, Al | Zeller, Michael, Esq. | Agent's communication with counsel regarding assignment, related to legal advice on potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |
| 291. | Email | September 12, 2003 | Savage, Richelle | Zeller, Michael, Esq. | Communication with counsel regarding legal advice on potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |
| 292. | Email | September 19, 2003 | Moore, Michael, Esq. | Zeller, Michael, Esq. | Communication with counsel regarding legal advice on potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |

0720912431915.1

Exhibit _15_,
P. _9866_

MATTEL V. CARTER BRYANT
AND CONSOLIDATED CASES

SUPPLEMENTAL PRIVILEGE LOG

March 20, 2008

| No. | Document Type | Date | From/Author | To/Recipient(s) | Description of Document and/or Redaction | Privilege[1] |
|---|---|---|---|---|---|---|
| 293. | Email | September 22, 2003 | Moore, Michael, Esq. | Zeller, Michael, Esq. | Communication with counsel regarding legal advice on potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |
| 294. | Email | September 23, 2003 | Zeller, Michael, Esq. | Moore, Michael, Esq. | Legal advice regarding potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |
| 295. | Email | September 26, 2003 | Zeller, Michael, Esq. | Thomas, Jill, Esq.<br>Moore, Michael, Esq. | Legal advice regarding potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |
| 296. | Email | October 1, 2003 | Moore, Michael, Esq. | Zeller, Michael, Esq. | Communication with counsel regarding legal advice on potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |
| 297. | Email with Attachment | October 2, 2003 | Thomas, Jill, Esq. | Normile, Robert, Esq.<br>Moore, Michael, Esq.<br>Zeller, Michael, Esq. | Communication with counsel regarding legal advice on potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |
| 298. | Email with Attachment | October 2, 2003 | Ristuccia, Al | Zeller, Michael, Esq. | Agent's communication with counsel regarding assignment, related to legal advice on potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |

0720924319151.1

Exhibit _15_,
P. _98_HH

**MATTEL V. CARTER BRYANT**
**AND CONSOLIDATED CASES**

SUPPLEMENTAL PRIVILEGE LOG

March 20, 2008

| No. | Document Type | Date | From/Author | To/Recipient(s) | Description of Document and/or Redaction | Privilege[1] |
|---|---|---|---|---|---|---|
| 299. | Memorandum | October 3, 2003 | Savage, Richelle | Zeller, Michael, Esq. | Communication with counsel regarding legal advice on potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |
| 300. | Email | October 4, 2003 | Zeller, Michael, Esq. | Spencer, Mark | Counsel's communication with agent regarding assignment, related to legal advice on potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |
| 301. | Email | October 10, 2003 | Moore, Michael, Esq. | Zeller, Michael, Esq. | Communication with counsel regarding legal advice on potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |
| 302. | Email with Attachments | October 21, 2003 | Fisher, Yvonne | Zeller, Michael, Esq. | Communication with counsel regarding legal advice on potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |
| 303. | Email with Attachment | October 29, 2003 | Moore, Michael, Esq. | Zeller, Michael, Esq. | Communication with counsel regarding legal advice on potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |
| 304. | Memorandum with Attachments | November 19, 2003 | Caplan, Mariann (Paralegal within Law Department) | Zeller, Michael, Esq. | Communication with counsel regarding legal advice on potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |

62 of 76

07209/2431915.1

Exhibit _15_,
P. _9811E_

**MATTEL V. CARTER BRYANT AND CONSOLIDATED CASES**

SUPPLEMENTAL PRIVILEGE LOG

March 20, 2008

| No. | Document Type | Date | From/Author | To/Recipient(s) | Description of Document and/or Redaction | Privilege[1] |
|---|---|---|---|---|---|---|
| 305. | Memorandum | December 4, 2003 | Clevenger, Karen, Esq. (Greenburg Glusker Fields Claman Machtinger & Kinsella) | Thomas, Jill, Esq. | Legal advice regarding potential litigation. | Attorney Client Privilege  Attorney Work Product |
| 306. | Memorandum | December 4, 2003 | Jones, Adelle | Moore, Michael, Esq. | Communication with counsel regarding legal advice on intellectual property policies and procedures. | Attorney Client Privilege  Attorney Work Product |
| 307. | Memorandum with Attachment | December 8, 2003 | Moore, Michael, Esq. | Zeller, Michael, Esq. | Communication with counsel regarding legal advice on potential litigation. | Attorney Client Privilege  Attorney Work Product |
| 308. | Memorandum | December 12, 2003 | Krebs, Tania, Esq. | Moore, Michael, Esq. | Legal advice regarding potential litigation. | Attorney Client Privilege  Attorney Work Product |
| 309. | Memorandum | December 15, 2003 | Caplan, Mariann | Zeller, Michael, Esq. | Communication with counsel regarding legal advice on potential litigation. | Attorney Client Privilege  Attorney Work Product |
| 310. | Email | January 20, 2004 | Moore, Michael, Esq. | Zeller, Michael, Esq. | Communication with counsel regarding legal advice on potential litigation. | Attorney Client Privilege  Attorney Work Product |

63 of 76

07209/2431915.1

Exhibit 15, P. 9688

**MATTEL V. CARTER BRYANT AND CONSOLIDATED CASES**

SUPPLEMENTAL PRIVILEGE LOG

March 20, 2008

| No. | Document Type | Date | From/Author | To/Recipient(s) | Description of Document and/or Redaction | Privilege[1] |
|-----|---------------|------|-------------|-----------------|-------------------------------------------|--------------|
| 311. | Email with Attachment | January 23, 2004 | Moore, Michael, Esq. | Zeller, Michael, Esq. | Communication with counsel regarding legal advice on potential litigation. | Attorney Client Privilege <br><br> Attorney Work Product |
| 312. | Email | February 16, 2004 | O'Connor, Brian, Esq. | Zeller, Michael, Esq. Moore, Michael, Esq. Clifford, Stephen, Esq. | Communication with counsel regarding legal advice on potential litigation. | Attorney Client Privilege <br><br> Attorney Work Product |
| 313. | Email | February 16, 2004 | Clifford, Stephen, Esq. | Zeller, Michael, Esq. | Communication with counsel regarding legal advice on potential litigation. | Attorney Client Privilege <br><br> Attorney Work Product |
| 314. | Email with Attachment | February 16, 2004 | Chan, May (Bird & Bird) | Zeller, Michael, Esq. Moore, Michael, Esq. | Legal advice regarding potential litigation. | Attorney Client Privilege <br><br> Attorney Work Product |
| 315. | PowerPoint Materials | March 22, 2004 | Aiken, Donald, Esq. | -- | Legal advice regarding intellectual property policies and procedures. | Attorney Client Privilege <br><br> Attorney Work Product |
| 316. | Memorandum | March 29, 2004 | Krebs, Tania, Esq. | Moore, Michael, Esq. | Legal advice regarding potential litigation. | Attorney Client Privilege <br><br> Attorney Work Product |

07209/2431915.1

Exhibit _15_,
P. _98kkk_

**MATTEL V. CARTER BRYANT
AND CONSOLIDATED CASES**

SUPPLEMENTAL PRIVILEGE LOG

March 20, 2008

| No. | Document Type | Date | From/Author | To/Recipient(s) | Description of Document and/or Redaction | Privilege[1] |
|---|---|---|---|---|---|---|
| 317. | Email with Attachment | March 31, 2004 | Fisher, Yvonne | Zeller, Michael, Esq. | Communication with counsel regarding legal advice on potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |
| 318. | Memorandum | April 6, 2004 | Zeller, Michael, Esq. | File | Recording communication from Aiken, Donald, Esq., regarding legal advice on potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |
| 319. | Facsimile | April 26, 2004 | Reichman, Jon, Esq. (Kenyon & Kenyon) | Quinn, John, Esq. Zeller, Michael, Esq. cc: Aiken, Don, Esq. Moore, Michael, Esq. | Legal advice regarding potential litigation. | Attorney Client Privilege<br><br>Attorney Work Product |
| 320. | Email with Attachments (Redacted)<br><br>M 0103564-M 0103569 | July 2, 2002 | Garr, Izzy | Clayton, Larry Martinez, Lilly | Communication reflecting legal advice regarding trademark. | Attorney Client Privilege |
| 321. | Email | July 16, 2002 | Kersting, Anita | Garr, Izzy | Legal advice regarding trademark. | Attorney Client Privilege<br><br>Attorney Work Product |
| 322. | Memorandum | September 26, 2002 | Tonche, Lila | Oesterheld, Richard Lavelle, Monica | Legal advice regarding advertising and packaging. | Attorney Client Privilege<br><br>Attorney Work Product |

07209/2431915.1

Exhibit _15_,
P. _2446_

**MATTEL V. CARTER BRYANT
AND CONSOLIDATED CASES**

SUPPLEMENTAL PRIVILEGE LOG

March 20, 2008

| No. | Document Type | Date | From/Author | To/Recipient(s) | Description of Document and/or Redaction | Privilege[1] |
|---|---|---|---|---|---|---|
| 323. | Email (Redacted) M 0147283 | January 10, 2003 | Oesterheld, Richard | Kroskrity, Cassandra Luk, Isaac Tonche, Lila | Communication with counsel regarding legal advice on advertising. | Attorney Client Privilege |
| 324. | Email with Handwritten Notes | February 11, 2003 | Zee, Jean | Nakamura, Yami cc: Nakatsukasa, Gail Tonche, Lila Clayton, Larry | Communication with counsel regarding and reflecting legal advice on fabric art. | Attorney Client Privilege |
| 325. | Memorandum with Handwritten Notes (Redacted) M 0147278- M 0147280 | April 3, 2003 | Oesterheld, Richard | Lavelle, Monica Tonche, Lila | Communication with counsel regarding and reflecting legal advice on advertising. | Attorney Client Privilege |
| 326. | Email (Redacted) M 0147275 | April 11, 2003 | Oesterheld, Richard | Kroskrity, Cassandra Zee, Jean Luk, Isaac Tonche, Lila | Communication with counsel regarding legal advice on advertising. | Attorney Client Privilege |
| 327. | Email (Redacted) M 0147276- M 0147277 | April 22, 2003 | Oesterheld, Richard | Kroskrity, Cassandra Tonche, Lila Li, Fanny | Communication with counsel regarding legal advice on advertising. | Attorney Client Privilege |
| 328. | Product Sign-off Sheet with Attachment (Redacted) M 0104186- | May 9, 2003 | Tonche, Lila | Garr, Izzy | Legal advice regarding packaging. | Attorney Client Privilege Attorney Work Product |

07209/2431915.1

Exhibit 15
P. 78 Main

**MATTEL V. CARTER BRYANT**
**AND CONSOLIDATED CASES**

SUPPLEMENTAL PRIVILEGE LOG

March 20, 2008

| No. | Document Type | Date | From/Author | To/Recipient(s) | Description of Document and/or Redaction | Privilege[1] |
|---|---|---|---|---|---|---|
| | M 0104189 | | | | | |
| 329. | Product Sign-off Sheet with Attachment (Redacted)<br><br>M 0105166-M 0105167 | February 27, 2004 | Tonche, Lila | Yoshida, Eri | Legal advice regarding packaging. | Attorney Client Privilege<br><br>Attorney Work Product |
| 330. | Email (Redacted)<br><br>M 0105391-M 0105392 | August 4, 2004 | Tonche, Lila | Yoshida, Eri<br>Chapman, Lucy | Legal advice regarding fabric art. | Attorney Client Privilege<br><br>Attorney Work Product |
| 331. | Email (Redacted)<br><br>M 0105385-M 0105386 | September 2, 2004 | Tonche, Lila | Chen, Patty<br>Kamarga, Lisa<br>Kuchem, Kara<br>Hwang, Linda | Legal advice regarding packaging. | Attorney Client Privilege<br><br>Attorney Work Product |
| 332. | Email (Redacted)<br><br>M 0105387-M 0105388 | September 2, 2004 | Kuchem, Kara | Chen, Patty<br>Kamarga, Lisa<br>Hwang, Linda<br>Tonche, Lila | Communication reflecting legal advice regarding packaging. | Attorney Client Privilege<br><br>Attorney Work Product |
| 333. | Product Sign-off Sheet with Attachments (Redacted)<br><br>M 0102571-M 0102574 | December 8, 2004 | Tonche, Lila | Kamarga, Lisa<br>Kuchem, Kara<br>Sarinana, Ariana | Legal advice regarding packaging. | Attorney Client Privilege<br><br>Attorney Work Product |

07209/2431915.1

Exhibit _15_,
P. _98 NNN_

**MATTEL V. CARTER BRYANT
AND CONSOLIDATED CASES**

SUPPLEMENTAL PRIVILEGE LOG

March 20, 2008

| No. | Document Type | Date | From/Author | To/Recipient(s) | Description of Document and/or Redaction | Privilege[1] |
|---|---|---|---|---|---|---|
| 334. | Product Sign-off Sheet with Attachment (Redacted) M 0105727-M 0105728 | January 24, 2005 | Tonche, Lila | Kamarga, Lisa Hwang, Linda | Legal advice regarding packaging. | Attorney Client Privilege Attorney Work Product |
| 335. | Typed Notes | Undated | Jones, Adelle | Zeller, Michael, Esq. | Communication with counsel regarding legal advice on potential litigation. | Attorney Client Privilege Attorney Work Product |
| 336. | Email | October 4, 2002 | O'Connor, Brian, Esq. | Kapantzos, Diane Tonche, Lila Fisher, Yvonne | Legal advice regarding advertising and procedures for review. | Attorney Client Privilege Attorney Work Product |
| 337. | Typed Notes | Undated | Jones, Adelle | Zeller, Michael, Esq. | Communication with counsel regarding legal advice on potential litigation. | Attorney Client Privilege |
| 338. | Typed Notes | Undated | Moore, Michael, Esq. | Zeller, Michael, Esq. | Communication with counsel regarding legal advice on potential litigation. | Attorney Client Privilege |
| 339. | Email (Redacted) M 0905899-M 0905900 | August 19, 2002 | Kersting, Anita (assistant to McShane, Michelle, Esq.) | Oesterheld, Richard cc: Rubalcava, Judy | Legal advice regarding trademark searches. | Attorney Client Privilege Attorney Work Product |

68 of 76

07209/2431915.1

Exhibit _15_,
P. _78000_

**MATTEL V. CARTER BRYANT**
**AND CONSOLIDATED CASES**

SUPPLEMENTAL PRIVILEGE LOG

March 20, 2008

| No. | Document Type | Date | From/Author | To/Recipient(s) | Description of Document and/or Redaction | Privilege[1] |
|---|---|---|---|---|---|---|
| 340. | Email (Redacted) M 0905901-M 0905902 | August 19, 2002 | Kersting, Anita | Oesterheld, Richard cc: Rubalcava, Judy | Legal advice regarding trademark searches. | Attorney Client Privilege Attorney Work Product |
| 341. | Email | April 6, 2004 | Piccus, Todd, Esq. | Wesolowski, Dennis cc: Waters, Ingrid | Legal advice regarding employment matter. | Attorney Client Privilege Attorney Work Product |
| 342. | Email (Redacted) M 0902222 (Attachments produced) | April 7, 2004 | Waters, Ingrid | Piccus, Todd, Esq. | Communication related to legal advice regarding employment matter. | Attorney Client Privilege Attorney Work Product |
| 343. | Email with Attachment | May 4, 2004 | Piccus, Todd, Esq. | Wesolowski, Dennis cc: Craig, Sarah | Legal advice regarding employment matter. | Attorney Client Privilege Attorney Work Product |
| 344. | Email | May 10, 2004 | Piccus, Todd, Esq. | Moore, Michael, Esq. Aiken, Donald, Esq. | Communication related to legal advice regarding employment matter. | Attorney Client Privilege Attorney Work Product |
| 345. | Email | May 27, 2004 | Allen, Don | Piccus, Todd, Esq. | Communication related to legal advice regarding employment matter. | Attorney Client Privilege Attorney Work Product |

07209/2431915.1

Exhibit _15_,
P. _98PPP_

**MATTEL V. CARTER BRYANT
AND CONSOLIDATED CASES**

SUPPLEMENTAL PRIVILEGE LOG

March 20, 2008

| No. | Document Type | Date | From/Author | To/Recipient(s) | Description of Document and/or Redaction | Privilege[1] |
|---|---|---|---|---|---|---|
| 346. | Email | May 28, 2004 | Piccus, Todd, Esq. | Aiken, Donald, Esq. Normile, Robert, Esq. Thomas, Jill, Esq. | Communication related to legal advice regarding employment matter. | Attorney Client Privilege<br><br>Attorney Work Product |
| 347. | Email | June 3, 2004 | Bellahcene, Tara | Piccus, Todd, Esq. | Communication related to legal advice regarding employment matter. | Attorney Client Privilege<br><br>Attorney Work Product |
| 348. | Email | August 7, 2004 | Piccus, Todd, Esq. | Allen, Don cc: Froelich, Debbie Lopez, Ana | Communication related to legal advice regarding employment matter. | Attorney Client Privilege<br><br>Attorney Work Product |
| 349. | Email | August 7, 2004 | Piccus, Todd, Esq. | Allen, Don cc: Froelich, Debbie Lopez, Ana | Communication related to legal advice regarding employment matter. | Attorney Client Privilege<br><br>Attorney Work Product |
| 350. | Draft Agreement with Notes | April 2005 | Piccus, Todd, Esq. | -- | Legal advice regarding employment matter. | Attorney Client Privilege<br><br>Attorney Work Product |
| 351. | Memorandum | July 20, 2000 | Schneider, Connie | Green, JoAnn, Jannone, Lisa | Collector BARBIE packaging draft copy with Law Department notes and revisions reflecting legal counsel's mental impressions. | Attorney - Client Privilege Attorney Work Product |

07209/2431915.1

Exhibit _15_,
P. _9800~_

**MATTEL V. CARTER BRYANT
AND CONSOLIDATED CASES**

SUPPLEMENTAL PRIVILEGE LOG

March 20, 2008

| No. | Document Type | Date | From/Author | To/Recipient(s) | Description of Document and/or Redaction | Privilege[1] |
|-----|---------------|------|-------------|-----------------|------------------------------------------|--------------|
| 352. | Email | July 19, 2000 | Nagele, Jan | Ewing, Karen, Esq. | Fairy product input document for legal advice. | Attorney – Client Privilege Attorney Work Product |
| 353. | Email with Attachment | May 1, 2000 | Tomiyama, Christina | Ewing, Karen, Esq. | Goddess of Spring revisions for purposes of legal advice. | Attorney – Client Privilege Attorney Work Product |
| 354. | Notes | August 9, 2003 | Moore, Michael Esq. | | Legal counsel's notes reflecting legal counsel's mental impressions. | Attorney – Client Privilege Attorney Work Product |
| 355. | Typed Notes with Hand Written Notes | July 25, 2003 | Moore, Michael, Esq. | | Legal counsel's notes reflecting legal counsel's mental impressions and attorney-client communications. | Attorney – Client Privilege Attorney Work Product |
| 356. | Notes | August 11, 2003 | Moore, Michael, Esq. | | Legal counsel's notes reflecting legal counsel's mental impressions. | Attorney – Client Privilege Attorney Work Product |
| 357. | Email | July 24, 2003 | Fourmaux, Jeff, Esq., Zeller, Michael T., Esq. | Moore, Michael, Esq., Normile, Robert, Esq., Quinn, John, Esq., Zeller, Michael T., Esq., Schwartz, Mike, Esq. | Legal counsel's communications of potential legal issues reflecting legal counsel's mental impressions. | Attorney – Client Privilege Attorney Work Product |

71 of 76

0720902431915.1

Exhibit /5,
P. 98000

**MATTEL V. CARTER BRYANT**
**AND CONSOLIDATED CASES**

SUPPLEMENTAL PRIVILEGE LOG

March 20, 2008

| No. | Document Type | Date | From/Author | To/Recipient(s) | Description of Document and/or Redaction | Privilege[1] |
|-----|---------------|------|-------------|-----------------|------------------------------------------|-----------|
| 358. | Email and Attachment | July 24, 2003 | Zeller, Michael T., Esq. | Moore, Michael, Esq., Normile, Robert, Esq., Quinn, John, Esq., Schwartz, Mike, Esq., Fournaux, Jeff, Esq. | Legal counsel's communications of potential legal issues reflecting legal counsel's mental impressions. | Attorney - Client Privilege Attorney Work Product |
| 359. | Email with Attachments | July 24, 2003 | Zeller, Michael T., Esq. | Moore, Michael, Esq., Normile, Robert, Esq., Quinn, John, Esq., Schwartz, Mike, Esq., Fournaux, Jeff, Esq. | Legal counsel's communications and documents selected by legal counsel for phone call among legal counsel. | Attorney - Client Privilege Attorney Work Product |
| 360. | Notes | July 23, 2003 | Moore, Michael, Esq. | Zeller, Michael T., Esq., Quinn, John, Esq., Normile, Robert, Esq. (attendees) | Legal counsel's notes reflecting communications among legal counsel and reflecting legal counsel's mental impressions. | Attorney - Client Privilege Attorney Work Product |
| 361. | Notes | July 23, 2003 | Moore, Michael, Esq. | Zeller, Michael T., Esq., Normile, Robert, Esq. (attendees) | Legal counsel's notes regarding mental impressions and attorney-client communications. | Attorney - Client Privilege Attorney Work Product |
| 362. | Memorandum | September 26, 2003 | Burtis, Jill, Esq. | Normile, Robert, Esq., Moore, Michael, Esq., Zeller, Michael T., Esq. | Legal counsel's notes reflecting legal counsel's mental impressions and attorney-client communications. | Attorney - Client Privilege Attorney Work Product |

072092431915.1

72 of 76

Exhibit _15_, P. _78555_

**MATTEL V. CARTER BRYANT**
**AND CONSOLIDATED CASES**

SUPPLEMENTAL PRIVILEGE LOG

March 20, 2008

| No. | Document Type | Date | From/Author | To/Recipient(s) | Description of Document and/or Redaction | Privilege[1] |
|-----|---------------|------|-------------|-----------------|-------------------------------------------|---------------|
| 363. | Email with Attachments | October 7, 2003 | Krebs, Tania, Esq. | Moore, Michael, Esq., Zeller, Michael T., Esq. | Legal counsel's communications reflecting legal counsel's mental impressions. | Attorney - Client Privilege Attorney Work Product |
| 364. | Notes | August 7, 2003 | Moore, Michael, Esq. | | Legal counsel's notes reflecting legal counsel's mental impressions and attorney-client communications. | Attorney - Client Privilege Attorney Work Product |
| 365. | Email | July 30, 2003 | Zeller, Michael T., Esq. | Moore, Michael, Esq., Thomas, Jill, Esq., Normile, Robert, Esq. | Legal counsel's communications reflecting legal counsel's mental impression. | Attorney - Client Privilege Attorney Work Product |
| 366. | Handwritten Notes | July 25, 2003 | Moore, Michael, Esq. | | Legal counsel's notes reflecting legal counsel's mental impressions and attorney-client communications. | Attorney - Client Privilege Attorney Work Product |
| 367. | Notes | August 22, 2003 | Adelle, Jones | | Paralegal's communications reflecting legal counsel's mental impressions and prepared at direction of legal counsel. | Attorney - Client Privilege Attorney Work Product |
| 368. | Powerpoint | August 12, 2003 | Zeller, Michael T., Esq. | Moore, Michael, Esq. | Legal counsel's communications reflecting legal counsel's mental impressions. | Attorney - Client Privilege Attorney Work Product |

0720912431915.1

**Exhibit _15_,**
**P. _98TTT_**

**MATTEL V. CARTER BRYANT AND CONSOLIDATED CASES**

SUPPLEMENTAL PRIVILEGE LOG

March 20, 2008

| No. | Document Type | Date | From/Author | To/Recipient(s) | Description of Document and/or Redaction | Privilege[1] |
|---|---|---|---|---|---|---|
| 369. | Powerpoint | August 12, 2003 | Zeller, Michael T., Esq. | Moore, Michael, Esq. | Legal counsel's communications reflecting legal counsel's mental impressions. | Attorney - Client Privilege Attorney Work Product |
| 370. | Powerpoint | August 12, 2003 | Zeller, Michael T., Esq. | Moore, Michael, Esq. | Legal counsel's communications reflecting legal counsel's mental impressions. | Attorney - Client Privilege Attorney Work Product |
| 371. | Law Department Form | November 16, 2003 | Moore, Michael, Esq. | Normile, Robert, Esq. | Legal counsel's communications reflecting legal counsel's mental impressions. | Attorney - Client Privilege Attorney Work Product |
| 372. | Notes | November 21, 2003 | Thomas, Jill, Esq. | | Legal counsel's notes of attorney meeting reflecting mental impressions. | Attorney - Client Privilege Attorney Work Product |
| 373. | Email | July 24, 2003 | Zeller, Michael T., Esq. | Moore, Michael, Esq., Normile, Robert, Esq., Quinn, John, Esq., Fourmaux, Jeff, Esq., Schwartz, Mike, Esq. | Resend of entry no. 358. | Attorney - Client Privilege Attorney Work Product |
| 374. | Email | August 22, 2003 | Jones, Adelle | Zeller, Michael T., Esq., Moore, Michael, Esq. | Paralegal's communications regarding workbook created at direction of legal counsel. | Attorney - Client Privilege Attorney Work Product |

0720/9/2431915.1

Exhibit 15,
P. 98vvv

**MATTEL V. CARTER BRYANT AND CONSOLIDATED CASES**

SUPPLEMENTAL PRIVILEGE LOG

March 20, 2008

| No. | Document Type | Date | From/Author | To/Recipient(s) | Description of Document and/or Redaction | Privilege[1] |
|---|---|---|---|---|---|---|
| 375. | Handwritten Notes | August 12, 2003 | Moore, Michael, Esq. | | Legal counsel's notes reflecting legal counsel's mental impressions and attorney-client communication. | Attorney - Client Privilege Attorney Work Product |
| 376. | Email with Attachments | November 11, 2003 | Zeller, Michael T., Esq. | Thomas, Jill, Esq., Moore, Michael, Esq., Normile, Robert, Esq., Craig, Mary, Litvak, Sandy, Esq., Krebs, Tania, Esq. | Legal counsel's communications reflecting legal counsel's mental impressions. | Attorney - Client Privilege Attorney Work Product |
| 377. | Email | July 25, 2003 | Zeller, Michael T., Esq. | Moore, Michael, Esq. | Legal counsel's communications relating to legal counsel's comments. | Attorney - Client Privilege Attorney Work Product |
| 378. | Typed Notes with Handwriting | August 9, 2003 | Moore, Michael, Esq. | | Legal counsel's notes reflecting legal counsel's mental impressions and attorney-client communications. | Attorney - Client Privilege Attorney Work Product |
| 379. | Email | August 18, 2003 | Moore, Michael, Esq. | Normile, Robert, Esq. | Legal counsel's communications reflecting legal counsel's mental impressions. | Attorney - Client Privilege Attorney Work Product |
| 380. | Email | August 18, 2003 | Thomas, Jill, Esq. | Moore, Michael, Esq., Zeller, Michael T., Esq. | Legal counsel's communications reflecting legal counsel's mental impressions. | Attorney - Client Privilege Attorney Work Product |

07209/2431915.1

Exhibit 15,
P. 98 vvv

**MATTEL V. CARTER BRYANT
AND CONSOLIDATED CASES**

SUPPLEMENTAL PRIVILEGE LOG

March 20, 2008

| No. | Document Type | Date | From/Author | To/Recipient(s) | Description of Document and/or Redaction | Privilege[1] |
|-----|---------------|------|-------------|-----------------|------------------------------------------|--------------|
| 381. | Email | August 5, 2003 | Moore, Michael, Esq. | Zeller, Michael T., Esq. | Legal counsel's communications reflecting legal counsel's mental impressions. | Attorney - Client Privilege Attorney Work Product |
| 382. | Notes | August 18, 2003 | Moore, Michael, Esq. | | Legal counsel's notes reflecting legal counsel's mental impressions and attorney-client communications. | Attorney - Client Privilege Attorney Work Product |
| 383. | Typed Notes with Handwriting | Undated | Moore, Michael, Esq. | | Legal counsel's notes reflecting legal counsel's mental impressions. | Attorney - Client Privilege Attorney Work Product |
| 384. | Typed Notes with Handwriting | July 25, 2003 | Zeller, Michael, T. Esq. (typed notes) Moore, Michael, Esq. (handwritten notes) | Moore, Michael, Esq. | Legal counsel's notes reflecting legal counsel's mental impressions. | Attorney - Client Privilege Attorney Work Product |

76 of 76

07209/2431915.1

Exhibit 15
P. 98 wwww