THOMAS J. NOLAN (Bar No. 66992)
(tnolan@skadden.com)
JASON D. RUSSELL (Bar No. 169219)
(jrussell@skadden.com)
MARINA V. BOGORAD (Bar No. 217524)
(mbogorad@skadden.com)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue
Los Angeles, California 90071-3144
Telephone:  (213) 687-5000
Facsimile:  (213) 687-5600

RAOUL D. KENNEDY (Bar No. 40892)
(rkennedy@skadden.com)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
4 Embarcadero Center, Suite 3800
San Francisco, CA  94111-5974
Tel.: (415) 984-2698 / Fax: (415) 984-2626

Attorneys for MGA Entertainment, Inc., MGA Entertainment (HK) Limited, MGAE de Mexico, S.R.L. de C.V., and Isaac Larian

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS. | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with Case No. 04-9059 and Case No. 05-2727<br><br>Honorable Stephen G. Larson<br><br>DECLARATION OF DEXTER LAM IN FURTHER SUPPORT OF MGA PARTIES' MOTION FOR PARTIAL SUMMARY JUDGMENT<br><br>Hearing Date: May 19, 2008<br>Time: 1:30 p.m. |

1  I, Dexter Lam, hereby declare as follows:

2  1.  I am a solicitor employed at William W.L. Fan & Co. ("My Firm"). My firm was the solicitors on record for ABC International Traders, Inc. d/b/a MGA Entertainment in Civil Action No. 2152 before the High Court of the Hong Kong Special Administrative Region, Court of First Instance. I submit this Declaration in Further Support of MGA Parties' Motion for Partial Summary Judgment. Unless otherwise stated, I have personal knowledge of the facts set forth below and, if called as a witness, I could and would testify competently thereto.

2.  A Statement of Claim was filed by my firm on behalf of ABC International Traders, Inc. d/b/a as MGA Entertainment on July 3, 2002 against Toys & Trends (Hong Kong) Limited, Cityworld Limited, and Jurg Willi Kesserling. A true and correct copy of this document is attached to the Supplemental Declaration of Marina V. Bogorad filed May 19, 2008 as **Exhibit 143**.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed on May 20, 2008, at Hong Kong Special Administrative Region.

_____
Dexter Lam

---

Declaration of Dexter Lam IFSO Motion for Partial Summary Judgment
Case No. CV 04-9049 SGL (RNBx)
1