Jon D. Corey
QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
865 SOUTH FIGUEROA STREET
10th FLOOR
LOS ANGELES, CA 90017
(213) 443-3000

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| CARTER BRYANT, an individual, | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) v. | CV 04-9049 SGL (RNBx) |
| MATTEL, INC., a Delaware corporation, | NOTICE OF MANUAL FILING |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 06-07 and Local Rule 5-4 the following document(s) or item(s) will be manually filed.

**List Documents:**

Declaration of Juan Pablo Alban in Support of Mattel Inc.'s Opposition to the MGA Parties' Motion *In Limine* No. 5 to Exclude References to Prior Legal Representation; Application to File Under Seal Exhibits 1,2, & 3 to the Declaration of Juan Pablo Alban; [Proposed] Order Granting Mattel, Inc.'s Application to File Under Seal Exhibits 1,2,&3 to the Declaration of Juan Pablo Alban

**Document Description:**

- [ ] Administrative Record
- [x] Exhibits
- [ ] Ex Part Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act (pursuant to Local Rule 79-5.4(h)
- [x] Other  Application to File Under Seal and Proposed Order

**Reason:**

- [ ] Under Seal
- [ ] Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
- [ ] Electronic versions are not available to filer
- [x] Per Court order dated January 4, 2005
- [ ] Manual Filing required (*reason*):

May 21, 2008
Date

/s/
Attorney Name
Jon D. Corey
Mattel, Inc.
Party Represented

Note: File one Notice in each case, each time you manually file document(s).

G-92 (02/07)                    NOTICE OF MANUAL FILING                    CCD-G92