QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 90378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
  Timothy L. Alger (Bar No. 160303)
  timalger@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>Hon. Stephen G. Larson<br><br>[~~PROPOSED~~] ORDER RE MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL FINAL JOINT REPORT RE UNDER SEAL FILINGS<br><br>**Phase 1**<br>Pre-trial Conference: May 19, 2008<br>Trial Date: May 27, 2008 |

## [~~PROPOSED~~] ORDER

Based on the Mattel's Application filed concurrently herewith, and good cause appearing for the entry thereof, IT IS HEREBY ORDERED:

The Final Joint Report Re Under Seal Filings is ORDERED filed under seal pursuant to Local Rule 79-5.1.

DATED: MAY 19 2008, 2008

Hon. Stephen G. Larson
United States District Judge

## PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 865 South Figueroa Street, 10th Floor, Los Angeles, California 90017.

On May 19, 2008, I served true copies of the following documents described as: **[PROPOSED] ORDER RE MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL FINAL JOINT REPORT RE UNDER SEAL FILINGS** on the parties in this action as follows:

| | |
|---|---|
| Skadden, Arps, Slate, Meagher & Flom LLP<br>  Thomas J. Nolan, Esq.<br>300 South Grand Avenue, Suite 3400<br>Los Angeles, CA 90071 | **Attorneys for *MGA Entertainment, Inc., MGA Entertainment (HK) Ltd., Isaac Larian and MGAE de Mexico, S.R.L. de C.V.***<br>Telephone: 213.687.5000<br>Facsimile: 213.687.5600 |
| Overland Borenstein Scheper & Kim, LLP<br>  Mark E. Overland, Esq.<br>  David C. Scheper, Esq.<br>  Alexander H. Cote, Esq.<br>601 West Fifth Street, Suite 12th Floor<br>Los Angeles, CA 90017 | **Attorneys for *Carlos Gustavo Machado Gomez***     TWA<br>Telephone: 213.613.4655<br>Facsimile: 213.613.4656 |
| Keker & Van Nest, LLP<br>  John W. Keker, Esq.<br>  Michael H. Page, Esq.<br>  Christa M. Anderson, Esq.<br>710 Sansome Street<br>San Francisco, CA 94111 | **Attorneys for *Carter Bryant***<br><br><br>Telephone: 415.391.5400<br>Facsimile: 415.397.7188 |

[√]  **[PERSONAL]** by personally delivering the document listed above to the above-named addressees at 3470 Twelfth Street, Riverside, CA 92501-3000.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on May 19, 2008, at Los Angeles, California.

_____
Timothy L. Alger

07209/2463872.1

PROOF OF SERVICE RE FINAL JOINT REPORT RE: UNDER SEAL FILINGS