QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED CASES | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with Case No. CV 04-09059 and Case No. CV 05-02727<br><br>**SUPPLEMENTAL DECLARATION OF MICHAEL MOORE IN SUPPORT OF RESPONSE OF MATTEL, INC. TO SUPPLEMENTAL DECLARATION OF MARINA V. BOGORAD**<br><br>Date: May 19, 2008<br>Time: 1:30 p.m.<br>Place: Courtroom 1<br><br>**Phase 1**<br>Trial Date: May 27, 2008 |

07209/2513072.2

SUPPLEMENTAL DECLARATION OF MICHAEL MOORE

I, Michael Moore, declare as follows:

1. I make this declaration in support of Mattel's Response to the Supplemental Declaration of Marina V. Bogorad. I make this declaration of personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify competently thereto.

2. I have been a Mattel employee since December 2000. I am currently Expert Counsel in Mattel's Legal Department.

3. Attached as Exhibit A is a true and correct copy of a fax sent from the Bird & Bird law firm in Hong Kong to Mattel's counsel, dated September 23, 2003 (with appropriate privilege redactions). Among the documents included with this fax are the materials relating to the Hong Kong action between MGA and Cityworld Limited that Mattel received on that date. Mattel's Hong Kong counsel obtained these documents from the limited portions of the Hong Kong court files which are publicly available. As a general rule, court files in Hong Kong are not public, and the materials included in the fax were the only ones relating to MGA's litigation that Mattel's Hong Kong counsel were allowed to obtain from the Hong Kong court files.

4. As Exhibit A shows, the Cityworld case materials Mattel was able to obtain did not include drawings by Bryant or anyone else. Neither I or anyone else acting for Mattel to my knowledge received any Bryant drawings on September 23, 2003 -- or on any other day prior to Mattel's meeting with Cityworld on November 24, 2003.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on May 21, 2008, at Riverside, California.

_____
Michael Moore

07209/2513072.2

-2-

SUPPLEMENTAL DECLARATION OF MICHAEL MOORE