Case 2:04-cv-09049-DOC-RNB   Document 3734   Filed 05/20/08   Page 1 of 2   Page ID #:68676

THOMAS J. NOLAN (Bar No. 66992)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue
Los Angeles, California 90071-3144
Telephone: (213) 687-5000
Facsimile: (213) 687-5600
E-mail: tnolan@skadden.com

RAOUL D. KENNEDY (Bar No. 40892)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Embarcadero Center, 38th Floor
San Francisco, California 94111-5974
Telephone: (415) 984-6400
Facsimile: (415) 984-2698
E-mail: rkennedy@skadden.com

Attorneys for Counter-Defendants,
MGA ENTERTAINMENT, INC.,
ISAAC LARIAN, MGA ENTERTAINMENT (HK) LIMITED,
and MGAE de MEXICO S.R.L. de C.V.

# UNITED STATED DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>    Plaintiff,<br><br>    v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>    Defendant.<br><br>Consolidated with MATTEL, INC. v. BRYANT and MGA ENTERTAINMENT, INC. v. MATTEL, INC. | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with Case No. 04–9059 and Case No. 05–2727<br><br>[PROPOSED] ORDER GRANTING MGA'S APPLICATION TO FILE UNDER SEAL ITS OPPOSITION TO MATTEL, INC.'S EX PARTE APPLICATION FOR ORDER THAT THERE IS NO BASIS UNDER THE PROTECTIVE ORDER FOR MATTEL TO RETURN FIVE DOCUMENTS PRODUCED BY MGA<br><br>Hearing Date: TBD<br>Time: TBD<br>Place: Courtroom 1<br><br>**Phase 1:**<br>Pre-Trial Conference: May 19, 2008<br>Trial Date: May 27, 2008 |

ORIGINAL

---

[PROPOSED] ORDER GRANTING APPLICATION TO FILE UNDER SEAL CASE NO. CV 04-9049 SGL (RNBx)

## [PROPOSED] ORDER

Based on MGA's Application To File Under Seal Its Opposition To Mattel, Inc.'s Ex Parte Application For Order That There Is No Basis Under The Protective Order For Mattel To Return Five Documents Produced By MGA, and good cause appearing for the entry thereof, IT IS HEREBY ORDERED that the following documents be filed under seal pursuant to Local Rule 79-5.1: MGA Entertainment, Inc.'s Memorandum Of Points And Authorities In Opposition To Mattel, Inc.'s Ex Parte Application For Order That There Is No Basis Under The Protective Order For Mattel To Return Five Documents Produced By MGA, Declaration of Richard J. Zuromski, Jr. In Support of MGA Entertainment, Inc.'s Memorandum Of Points And Authorities In Opposition To Mattel, Inc.'s Ex Parte Application For Order That There Is No Basis Under The Protective Order For Mattel To Return Five Documents Produced By MGA and Declaration of Samir Khare In Support of MGA Entertainment, Inc.'s Memorandum Of Points And Authorities In Opposition To Mattel, Inc.'s Ex Parte Application For Order That There Is No Basis Under The Protective Order For Mattel To Return Five Documents Produced By MGA.

DATED: May 20, 2008

*/s/ S. G. Larson*

Hon. Stephen G. Larson
United States District Court Judge