1  QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
   John B. Quinn (Bar No. 090378)
2    johnquinn@quinnemanuel.com
   Michael T. Zeller (Bar No. 196417)
3    (michaelzeller@quinnemanuel.com)
   Jon D. Corey (Bar No. 185066)
4    (joncorey@quinnemanuel.com)
   Timothy L. Alger (Bar No. 160303)
5    (timalger@quinnemanuel.com)
   865 South Figueroa Street, 10th Floor
6  Los Angeles, California 90017-2543
   Telephone: (213) 443-3000
7  Facsimile: (213) 443-3100

8  Attorneys for Mattel, Inc.

9

10              UNITED STATES DISTRICT COURT

11             CENTRAL DISTRICT OF CALIFORNIA

12                   EASTERN DIVISION

| | |
|---|---|
| 13  CARTER BRYANT, an individual, | CASE NO. CV 04-9049 SGL (RNBx) |
| 14      Plaintiff, | Consolidated with Case Nos. CV 04-09059 & CV 05-2727 |
| 15      vs. | Hon. Stephen G. Larson |
| 16  MATTEL, INC., a Delaware corporation, | AMENDED EXHIBIT A TO JOINT PHASE ONE WITNESS LIST |
| 17      Defendant. | **Phase 1:** |
| 18 | Discovery Cut-Off:    January 28, 2008 |
| 19  AND CONSOLIDATED ACTIONS | Pre-Trial Conference: May 19, 2008<br>Trial Date:         May 27, 2008 |

20

21

22

23

24

25

26

27

28

-1-

# EXHIBIT A

Joint Trial Witness Estimate Form

Case:   CV 04-09049 SGL (RNBx)

Trial Date: May 27, 2008

| WITNESS NAME | PARTY CALLING WITNESS AND ESTIMATE | X-EXAMINER'S ESTIMATE | DESCRIPTION OF TESTIMONY | COMMENTS |
|---|---|---|---|---|
| Aginsky, Valery | Mattel  0.5 | MGA/Bryant: 0.5 | Chronology of Bryant's work on Bratz and efforts to conceal same. | |
| Alex, John | Mattel  0.5 | MGA/Bryant: 0.25 | Defendants' efforts to conceal Bratz ownership and development. | |
| Arant, Lucy | Mattel | | The development and ownership of intellectual property at issue; chronology of Bratz and efforts to conceal same. | Mattel May Call |
| Armstrong, Bryan | Mattel  0.75 | MGA/Bryant: 0.25 | Licensing and development and ownership of intellectual property at issue. | |
| Artavia, Arnold | Mattel  0.25 | MGA/Bryant: 0.25 | Mattel's time reporting system and Bryant's time reporting. | |
| Ashong, Nana | Mattel  0.75 | MGA/Bryant: 0.5 | Chronology of conception,  development and marketing of Bratz, and ownership of intellectual property at issue. | |
| Bacon, Schuyler | Mattel | | MGA's theft of Mattel trade secrets; MGA intent. | Mattel May Call |
| Bartels, Helene | Mattel | | Marketing and sales of MGA products in 2000 and 2001, and MGA business practices. | Mattel May Call |

Amended Joint Witness List 2510326_1

Joint Trial Witness Estimate Form

| WITNESS NAME | PARTY CALLING WITNESS AND ESTIMATE | X-EXAMINER'S ESTIMATE | DESCRIPTION OF TESTIMONY | COMMENTS |
|---|---|---|---|---|
| Bergstein, Mary | Bryant/MGA: 0.5 | Mattel: 0.25 | This expert witness will provide testimony regarding Carter Bryant's sketches, prior art relating to Carter Bryant's sketches and dolls, defendants' noninfringement of Mattel's purported copyrights, the reasons for the success of Bratz products, as well as other issues addressed in her expert report at deposition. | |
| Best, Robert | Mattel | | Mattel's practices. | Mattel May Call |
| Bilotto, Sandra | Mattel | | Development of Bratz and Bryant's work with or for MGA during his Mattel employment, and Bryant's breach of obligations to Mattel | Mattel May Call |
| Bousquette, Matt | Bryant/MGA: 1.0 | Mattel: 0.75 | This witness will provide testimony regarding Mattel's employee confidentiality and inventions agreements, Mattel's PR and advertising practices, Mattel's HR practices, Mattel's sales, expenses, and profits, Mattel's delay in filing this lawsuit, the reasons for the success of Bratz products, as well as other issues relating to Phase I of this case. | |

Amended Joint Witness List 2510326_1

Joint Trial Witness Estimate Form

| WITNESS NAME | PARTY CALLING WITNESS AND ESTIMATE | X-EXAMINER'S ESTIMATE | DESCRIPTION OF TESTIMONY | COMMENTS |
|---|---|---|---|---|
| Brawer, Ronald | Bryant/MGA: 0.25 | Mattel: 0.5 | This witness will provide testimony regarding Mattel's employee confidentiality and inventions agreements, Mattel's HR practices, Mattel's delay in filing this lawsuit, the reasons for the success of Bratz products, as well as other issues relating to Phase I of this case. | |
| Brawer, Ronald | Mattel | | Mattel: MGA's theft of Mattel's intellectual property, and MGA business practices. | Mattel May Call |
| Brisbois, Janine | Mattel | | MGA's theft of Mattel's intellectual property, and MGA business practices. | Mattel May Call |
| Brode, Kerri | Mattel 0.75 | MGA/Bryant: 0.25 | Chronology of development and marketing of Bratz and MGA business practices. | |
| Brooks, Charnayne | Mattel | | Chronology of development and marketing of Bratz and MGA's business practices. | Mattel May Call |
| Bryant, Carter | Bryant/MGA: 2.0 | | This witness will provide testimony regarding his artwork and sketches, his relationship with Mattel, his agreements with Mattel, his relationship with MGA, his work on fashions for MGA's Bratz products, the reasons for the success of Bratz products, as well as other issues relating to Phase I of this case. | |

Amended Joint Witness List 2510326_1

Joint Trial Witness Estimate Form

| WITNESS NAME | PARTY CALLING WITNESS AND ESTIMATE | X-EXAMINER'S ESTIMATE | DESCRIPTION OF TESTIMONY | COMMENTS |
|---|---|---|---|---|
| Bryant, Carter | Mattel  5.0 | MGA/Bryant: 1.5 | Mattel: Carter Bryant's work on Bratz and other projects while employed by Mattel, Bryant's breach of obligations to Mattel and efforts to conceal same. | |
| Bryant, Janet | Bryant/MGA: 0.5 | Mattel: 0.25 | This witness will provide testimony regarding Carter Bryant's artwork and sketches, Carter Bryant's relationship with Mattel, Carter Bryant's relationship with MGA, as well as other issues relating to Phase I of this case. | |
| Bryant, Janet | Mattel | | Mattel: Chronology of Bryant's work on Bratz; Bryant's breaches of his obligations to Mattel. | Mattel May Call |
| Bryant, Thomas | Bryant/MGA | | This witness may provide testimony regarding Carter Bryant's artwork and sketches, Carter Bryant's relationship with Mattel, Carter Bryant's relationship with MGA, as well as other issues relating to Phase I of this case. | Bryant/MGA May Call |
| Bryant, Thomas | Mattel | | Mattel: Chronology of Bryant's work on Bratz; Bryant's breaches of his obligations to Mattel. | Mattel May Call |

Amended Joint Witness List 2510326_1

Joint Trial Witness Estimate Form

| WITNESS NAME | PARTY CALLING WITNESS AND ESTIMATE | X-EXAMINER'S ESTIMATE | DESCRIPTION OF TESTIMONY | COMMENTS |
|---|---|---|---|---|
| Cabrera, Ana Isabel | Mattel  0.5 | MGA/Bryant: 0.25 | Design and development of Bratz and Bryant's work with or for MGA during his Mattel employment, and MGA's inducement thereof, MGA's intent,  Bryant's breach of obligations to Mattel, and  MGA's theft of Mattel's intellectual property. | |
| Choi, Sarah | Mattel | | Design and development of Bratz, Bryant's work with or for MGA during his Mattel employment,  Bryant's breach of obligations to Mattel, and MGA's theft of Mattel's intellectual property. | Mattel May Call |
| Chui, Mei Wah (Sarah) | Mattel | | Design and development of Bratz, Bryant's work with or for MGA during his Mattel employment,  Bryant's breach of obligations to Mattel, and MGA's theft of Mattel's intellectual property. | Mattel May Call |
| Cloonan, Elise | Bryant/MGA: 0.5 | | This witness will provide testimony regarding Mattel's confidentiality and employee inventions agreement, her relationship with Carter Bryant and knowledge of his work, Mattel's delay in filing this lawsuit, as well as other issues relating to Phase I of this case. | |

Amended Joint Witness List 2510326_1

Joint Trial Witness Estimate Form

| WITNESS NAME | PARTY CALLING WITNESS AND ESTIMATE | X-EXAMINER'S ESTIMATE | DESCRIPTION OF TESTIMONY | COMMENTS |
|---|---|---|---|---|
| Cloonan, Elise | Mattel: 0.75 | MGA/Bryant: 0.25 | Mattel: Chronology of Bryant's work Bratz while employed by Mattel and Bryant's breach of obligations to Mattel. | |
| Conkle, William | Mattel | | Chronology of origins and development of Bratz and MGA's efforts to conceal same. | Mattel May Call |
| Contreras, Nick Armando | Mattel | | MGA's access to Mattel's intellectual property and trade secrets and MGA business practices. | Mattel May Call |
| Cooney, Daniel | Mattel | | MGA's access to Mattel's intellectual property and trade secrets and MGA business practices. | Mattel May Call |
| Cunningham, Lloyd | Mattel  0.75 | MGA/Bryant: 0.5 | Chronology of Bryant's work on Bratz and efforts to conceal same. | |
| De Anda, Richard | Bryant/MGA: 0.5 | Mattel: 0.25 | This witness will testify regarding Mattel's employee confidentiality and inventions agreement, Mattel's delay in filing this lawsuit, Mattel's improper investigation of Mr. Larian and his family, Mattel's investigation of MGA and Carter Bryant, Mattel's improper interrogation and intimidation of witnesses, as well as other issues relating to Phase I of this case. | |
| De Anda, Richard | Mattel | | Mattel: Bryant's breach of obligations to Mattel. | Mattel May Call |
| Dees, David | Mattel | | Development of Bratz. | Mattel May Call |

Amended Joint Witness List 2510326_1

Joint Trial Witness Estimate Form

| WITNESS NAME | PARTY CALLING WITNESS AND ESTIMATE | X-EXAMINER'S ESTIMATE | DESCRIPTION OF TESTIMONY | COMMENTS |
|---|---|---|---|---|
| Driskill, Ann | Mattel | | Mattel: Bryant's breach of obligations to Mattel. | Mattel May Call |
| Driskill, Anne | Bryant/MGA: 0.25 | Mattel: 0.25 | This witness will testify regarding Mattel's employee confidentiality and inventions agreement, Mattel's HR practices, Carter Bryant's relationship with Mattel, Mattel's delay in filing this lawsuit, as well as other issues relating to Phase I of this case. | |
| Duffy, Jan | Bryant/MGA: 0.25 | Mattel: 0.25 | This expert witness will testify regarding Mattel's employee confidentiality and inventions agreement, Mattel's HR practices as compared to industry standard HR practices, as well the topics addressed in her expert report and deposition. | |
| Dutcher, Ernest | Mattel | | Chronology of origins and development of Bratz and MGA's efforts to conceal same. | Mattel May Call |
| Eckert, Robert | Bryant/MGA: 0.5 | | This witness will testify regarding Mattel's employee confidentiality and inventions agreement, Mattel's HR practices, Mattel's advertising and PR practices, Mattel's sales, expenses, and profits, Mattel's delay in filing this lawsuit, the reasons for the success of Bratz products, as well as other issues relating to Phase I of this case. | |

Amended Joint Witness List 2510326_1

Joint Trial Witness Estimate Form

| WITNESS NAME | PARTY CALLING WITNESS AND ESTIMATE | X-EXAMINER'S ESTIMATE | DESCRIPTION OF TESTIMONY | COMMENTS |
|---|---|---|---|---|
| Eckert, Robert | Mattel 0.5 | MGA/Bryant: 0.5 | Mattel: Mattel's business operations and the development and ownership of intellectual property at issue. | |
| Farr, Kevin | Bryant/MGA: 0.75 | Mattel: 0.25 | This witness will testify regarding Mattel's employee confidentiality and inventions agreement, Mattel's HR practices, Mattel's sales, expenses, and profits, the absence of damage to Mattel, Mattel's delay in filing this lawsuit, the reasons for the success of Bratz products, as well as other issues relating to Phase I of this case. | |
| Feinburg, Wendy | Mattel | | Chronology of Bryant's work on Bratz and other projects for a competitor while employed by Mattel. | Mattel May Call |
| Feldman, Traci | Mattel | | MGA's access to Mattel's intellectual property and trade secrets and MGA business practices. | Mattel May Call |
| Flynn, William | Mattel 0.5 | MGA/Bryant: 0.5 | Chronology of Bryant's work on Bratz and efforts to conceal same. | |
| Fonseca, Heather | Bryant/MGA | | This witness may testify regarding Mattel's employee confidentiality and inventions agreement, Mattel's HR practices, Carter Bryant's relationship with Mattel, Mattel's delay in filing this lawsuit, as well as other issues relating to Phase I of this case. | Bryant/MGA May Call |

Amended Joint Witness List 2510326_1

Joint Trial Witness Estimate Form

| WITNESS NAME | PARTY CALLING WITNESS AND ESTIMATE | X-EXAMINER'S ESTIMATE | DESCRIPTION OF TESTIMONY | COMMENTS |
|---|---|---|---|---|
| Fontanella, Adrienne | Bryant/MGA: 0.25 | Mattel: 0.5 | This witness will testify regarding Mattel's employee confidentiality and inventions agreement, Mattel's HR practices, Mattel's advertising and PR practices, Mattel's sales, expenses, and profits, Mattel's delay in filing this lawsuit, the reasons for the success of Bratz products, as well as other issues relating to Phase I of this case. | |
| Fontenella, Adrienne | Mattel | | Mattel: Bryant's breach of obligations to Mattel, Mattel's business operations and the development and ownership of intellectual property at issue. | Mattel May Call |
| Franke, Joe | Mattel | | Design and development of Bratz, Bryant's work with or for MGA during his Mattel employment,   Bryant's breach of obligations to Mattel and Mattel's business practices. | Mattel May Call |
| Freed, Lisa | Mattel  0.5 | MGA/Bryant: 0.25 | Mattel: Bryant's breach of obligations to Mattel. | |
| Freed, Lissa | Bryant/MGA | | This witness will testify regarding Mattel's employee confidentiality and inventions agreement, Mattel's HR practices, as well as other issues relating to Phase I of this case. | Bryant/MGA May Call |

Joint Trial Witness Estimate Form

| WITNESS NAME | PARTY CALLING WITNESS AND ESTIMATE | X-EXAMINER'S ESTIMATE | DESCRIPTION OF TESTIMONY | COMMENTS |
|---|---|---|---|---|
| Friedman, Neil | Mattel | | Mattel's business operations and the development and ownership of intellectual property at issue. | Mattel May Call |
| Funck, Gary | Mattel: 0.25 | | Bryant's use of Evidence Eliminator on his computer. | |
| Funck, Gary | Bryant/MGA: 0.5 | Mattel: 0.25 | This witness will testify regarding Carter Bryant's computers, as well as other issues relating to Phase I of this case. | |
| Galvano, Jeanne | Bryant/MGA: 0.5 | Mattel: 0.25 | This witness will provide testimony regarding Carter Bryant's artwork and sketches, as well as other issues relating to Phase I of this case. | |
| Galvano, Jeanne | Mattel | | Mattel: Chronology of Bryant's work on Bratz. | Mattel May Call |
| Garcia, Paula Dianthe Treantafelles | Mattel  2.0 | MGA/Bryant: 1.5 | This witness will testify regarding Mattel's employee confidentiality and inventions agreement, Mattel's HR practices, Carter Bryant's relationship with MGA, MGA's business, MGA's development of Bratz products, defendants' noninfringement of Mattel's purported copyrights, MGA's sales, expenses, and profits, the reasons for the success of Bratz products, as well as other issues relating to Phase I of this case. | |

Amended Joint Witness List 2510326_1

Joint Trial Witness Estimate Form

| WITNESS NAME | PARTY CALLING WITNESS AND ESTIMATE | X-EXAMINER'S ESTIMATE | DESCRIPTION OF TESTIMONY | COMMENTS |
|---|---|---|---|---|
| Garcia, Paula Dianthe Treantafelles | Bryant/MGA: 3.0 | | Mattel: Chronology of Bryant's work on Bratz and other projects for MGA while employed by Mattel. | |
| Gilbert, Brooke | Mattel | | Design and development of Bratz, Bryant's work with or for MGA during his Mattel employment, Bryant's destruction of evidence and Bryant's breach of obligations to Mattel. | Mattel May Call |
| Gillmore-Bryant, Kami | Mattel | | Design and development of Bratz, Bryant's work with MGA during his Mattel employment, Bryant's breach of obligations to Mattel, MGA's access to Mattel's intellectual property and trade secrets and MGA's business practices. | Mattel May Call |
| Glaser, Patricia | Mattel | | Design and development of Bratz, Bryant's work with or for MGA during his Mattel employment, Bryant's breach of obligations to Mattel and MGA's inducement therof, and MGA's theft of Mattel's intellectual property. | Mattel May Call |
| Goldgberg, Alan N. | Mattel | | Chronology of origins and development of Bratz and MGA's efforts to conceal same. | Mattel May Call |
| Gomez, Angel | Mattel  0.5 | MGA/Bryant: 0.5 | Bryant's breach of obligations to Mattel. | |
| Gomez, Jean | Mattel | | Development and ownership of intellectual property at issue. | Mattel May Call |

Joint Trial Witness Estimate Form

| WITNESS NAME | PARTY CALLING WITNESS AND ESTIMATE | X-EXAMINER'S ESTIMATE | DESCRIPTION OF TESTIMONY | COMMENTS |
|---|---|---|---|---|
| Gronich, Daphne | Mattel | | Design and development of Bratz, Bryant's work with or for MGA during his Mattel employment, Bryant's breach of obligations to Mattel and MGA's inducement thereof, MGA's theft of Mattel's intellectual property, and MGA business practices. | Mattel May Call |
| Gruca, Thomas | Bryant/MGA: 0.75 | Mattel: 0.5 | This expert witness will testify regarding the results of his survey, survey procedures, the reasons for the success of Bratz products, as well as other issues addressed in his expert report and deposition. | |
| Halpern, Sarah | Mattel | | Chronology of Bryant's work on Bratz and other projects for MGA while employed by Mattel. | Mattel May Call |
| Hammons, Kitty | Mattel | | Bryant's breach of obligations to Mattel and his efforts to conceal same. | Mattel May Call |
| Harris, Rachel | Mattel  0.75 | Bryant/MGA: 0.5 | Design and development of Bratz, Bryant's work with or for MGA during his Mattel employment, MGA's concealment thereof and MGA business practices. | |

Amended Joint Witness List 2510326_1

Joint Trial Witness Estimate Form

| WITNESS NAME | PARTY CALLING WITNESS AND ESTIMATE | X-EXAMINER'S ESTIMATE | DESCRIPTION OF TESTIMONY | COMMENTS |
|---|---|---|---|---|
| Harris, Rachel | Bryant/MGA: 0.25 | | This witness will testify regarding Carter Bryant's relationship with MGA, MGA's business, MGA's development of Bratz products, defendants' noninfringement of Mattel's purported copyrights, the reasons for the success of Bratz products, as well as other issues relating to Phase I of this case. | |
| Harris, Rebecca | Mattel | | Development and ownership of intellectual property at issue and   MGA's business practices. | Mattel May Call |
| Hatch-Leahy, Margaret | Mattel  1.0 | MGA/Bryant: 0.75 | Mattel: Chronology of Bryant's work on Bratz for MGA while employed by Mattel, MGA's concealment thereof, Bryant's breach of obligations to Mattel and MGA business practices. | |

Amended Joint Witness List 2510326_1

Joint Trial Witness Estimate Form

| WITNESS NAME | PARTY CALLING WITNESS AND ESTIMATE | X-EXAMINER'S ESTIMATE | DESCRIPTION OF TESTIMONY | COMMENTS |
|---|---|---|---|---|
| Hatch-Leahy, Margaret | Bryant/MGA: 1.0 | Mattel: 0.5 | This witness will testify regarding Mattel's employee confidentiality and inventions agreement, Mattel's HR practices, Carter Bryant's relationship with MGA, MGA's development of Bratz products, her creation of original sculpts for certain Bratz products, defendants' noninfringement of Mattel's purported copyrights, the reasons for the success of Bratz products, as well as other issues relating to Phase I of this case. | |
| Hitch, Martin | Bryant/MGA: 0.5 | Mattel: 0.25 | This witness will testify regarding MGA's business, MGA's development of Bratz products, Mattel's delay in filing this lawsuit, defendants' noninfringement of Mattel's purported copyrights, the reasons for the success of Bratz products, as well as other issues relating to Phase I of this case. | |
| Hitch, Martin | Mattel | | Mattel: Design and development of Bratz, Bryant's work for MGA during his Mattel employment, and MGA business practices. | Mattel May Call |

Amended Joint Witness List 2510326_1

Joint Trial Witness Estimate Form

| WITNESS NAME | PARTY CALLING WITNESS AND ESTIMATE | X-EXAMINER'S ESTIMATE | DESCRIPTION OF TESTIMONY | COMMENTS |
|---|---|---|---|---|
| Hoffman-Briggs, Hoi | Bryant/MGA | | This witness may testify regarding Mattel's employee confidentiality and inventions agreement, Mattel's HR practices, Carter Bryant's relationship with Mattel, Mattel's delay in filing this lawsuit, as well as other issues relating to Phase I of this case. | Bryant/MGA May Call |
| Hoffman-Briggs, Hoi | Mattel | | Mattel: Bryant's breach of obligations to Mattel. | Mattel May Call |
| Hollander, Kenneth | Mattel  0.5 | MGA/Bryant: 0.5 | Similarities between Bryant's Bratz drawings and Bratz dolls. | |
| Hooks, Brian | Bryant/MGA: 0.25 | Mattel:  0.25 | This witness will provide testimony regarding Mattel's PR and advertising practices, Mattel's delay in filing this lawsuit, the reasons for the success of Bratz products, as well as other issues relating to Phase I of this case. | |
| Howarth, Don | Mattel | | Chronology of origins and development of Bratz and MGA's efforts to conceal same. | Mattel May Call |
| Hudnut, Robert | Mattel | | Mattel's intellectual property and practices. | Mattel May Call |
| Irmen, Richard | Bryant/MGA: 0.5 | Mattel:  0.25 | This witness will provide testimony regarding Mattel's employee confidentiality and inventions agreements, Mattel's HR practices, Carter Bryant's relationship with Mattel, Carter Bryant's relationship with MGA, Carter Bryant's sketches, as well as other issues relating to Phase I of this case. | |

Amended Joint Witness List 2510326_1

Joint Trial Witness Estimate Form

| WITNESS NAME | PARTY CALLING WITNESS AND ESTIMATE | X-EXAMINER'S ESTIMATE | DESCRIPTION OF TESTIMONY | COMMENTS |
|---|---|---|---|---|
| Irmen, Richard | Mattel | | Mattel: Chronology of Bryant's work on Bratz. | Mattel May Call |
| Jacoby, Keith | Mattel | | Bryant's destruction of evidence and handling of Bryant's computer hard drives. | Mattel May Call |
| Jensen, Julia | Bryant/MGA: 0.25 | Mattel: 0.25 | This witness will provide testimony regarding Mattel's employee confidentiality and inventions agreements, Mattel's PR and advertising practices, Mattel's HR practices, Mattel's sales, expenses, and profits, Mattel's delay in filing this lawsuit, the reasons for the success of Bratz products, as well as other issues relating to Phase I of this case. | |
| Jensen, Julia | Mattel | | Mattel: Mattel's intellectual property and Mattel's dealings with the news media. | Mattel May Call |
| Jiminez, Katiana | Bryant/MGA | | This witness may testify regarding Mattel's employee confidentiality and inventions agreement, Mattel's HR practices, Carter Bryant's relationship with Mattel, Mattel's delay in filing this lawsuit, as well as other issues relating to Phase I of this case. | Bryant/MGA May Call |
| Joachimsthaler, Erich | Bryant/MGA: 1.5 | Mattel: 1.0 | This expert witness will provide testimony regarding branding and marketing, the reasons for the success of the Bratz product, as well as other issues addressed in his report and deposition. | |

Amended Joint Witness List 2510326_1

Joint Trial Witness Estimate Form

| WITNESS NAME | PARTY CALLING WITNESS AND ESTIMATE | X-EXAMINER'S ESTIMATE | DESCRIPTION OF TESTIMONY | COMMENTS |
|---|---|---|---|---|
| Kamarck, Mitchell | Mattel | | The development and ownership of intellectual property at issue, Bryant's breach of obligations to Mattel and MGA's inducement thereof. | Mattel May Call |
| Kawashima, Fred | Bryant/MGA: 0.25 | Mattel: 0.25 | This witness will testify regarding Mattel's employee confidentiality and inventions agreement, Mattel's destruction and spoliation of evidence, and other issues relating to Phase I of this case. | |
| Kawashima, Fred | Mattel | | Mattel: Mattel's document retention policies. | Mattel May Call |
| Kaye, Alan | Bryant/MGA: 0.5 | Mattel: 0.25 | This witness will testify regarding Mattel's employee confidentiality and inventions agreement, Mattel's HR practices, Mattel's investigation of MGA and Carter Bryant, Mattel's sales, expenses, and profits, Mattel's delay in filing this lawsuit, the reasons for the success of Bratz products, as well as other issues relating to Phase I of this case. | |
| Kaye, Alan | Mattel | | Mattel: Bryant's breach of obligations to Mattel. | Mattel May Call |
| Keiser, Frank | Mattel  0.5 | MGA/Bryant: 0.25 | Design of Bratz. | |
| Kellner, Richard | Mattel | | Chronology of origins and development of Bratz and MGA's efforts to conceal same. | Mattel May Call |

Amended Joint Witness List 2510326_1

Joint Trial Witness Estimate Form

| WITNESS NAME | PARTY CALLING WITNESS AND ESTIMATE | X-EXAMINER'S ESTIMATE | DESCRIPTION OF TESTIMONY | COMMENTS |
|---|---|---|---|---|
| Khare, Samir | Mattel 1.0 | MGA/Bryant: 1.0 | Chronology of Bryant's work on Bratz and other projects for MGA while employed by Mattel, Bryant's breach of obligations to Mattel, the development and ownership of intellectual property at issue, and MGA business practices. | |
| Kidder, Douglas | Bryant/MGA: 0.75 | Mattel: 0.25 | This expert witness will provide testimony regarding the absence of damage to Mattel, the reasons for the success of Bratz products, as well as other issues addressed in his expert report. | |
| Kilpin, Tim | Bryant/MGA: 0.75 | Mattel: 0.5 | This witness will testify regarding Mattel's employee confidentiality and inventions agreement, Mattel's HR practices, Mattel's advertising and PR practices, Mattel's investigation of MGA and Carter Bryant, Mattel's sales, expenses, and profits, Mattel's delay in filing this lawsuit, the reasons for the success of Bratz products, as well as other issues relating to Phase I of this case. | |
| Koch, Andreas | Mattel 0.75 | MGA/Bryant: 0.25 | Design and development of Bratz, Bryant's work with or for MGA during his Mattel employment, and MGA practices. | |
| Kremer, Mark | Mattel | | Chronology of origins and development of Bratz and MGA's efforts to conceal same. | Mattel May Call |

Amended Joint Witness List 2510326_1

Joint Trial Witness Estimate Form

| WITNESS NAME | PARTY CALLING WITNESS AND ESTIMATE | X-EXAMINER'S ESTIMATE | DESCRIPTION OF TESTIMONY | COMMENTS |
|---|---|---|---|---|
| Kuemmerle, Susana | Mattel | | MGA's theft of Mattel's intellectual property, and MGA business practices. | Mattel May Call |
| Kullman, Robert | Bryant/MGA: 0.5 | Mattel: 0.25 | This expert witness will provide testimony regarding his testing of Carter Bryant sketches and the Prince notary book, as well as other issues addressed in his expert report and deposition. | |
| Kwok, Cecelia | Mattel | | Design and development of Bratz and Bryant's work with or for MGA during his Mattel employment.  MGA business practices. | Mattel May Call |
| Kyaw, Sheila | Bryant/MGA: 0.25 | | This witness will testify regarding Mattel's employee confidentiality and inventions agreement, Mattel's HR practices, Carter Bryant's relationship with Mattel, Mattel's delay in filing this lawsuit, defendants' noninfringement of Mattel's purported copyrights, face-painting of 3-dimensional dolls, as well as other issues relating to Phase I of this case. | |
| Kyaw, Sheila | Mattel  0.5 | MGA/Bryant: 0.25 | Design and development of Bratz and Bryant's work with or for MGA during his Mattel employment. | |
| Larian, Farhad | Mattel  0.75 | MGA/Bryant: 0.25 | Chronology of origins and development of Bratz and MGA's efforts to conceal same. | |

Amended Joint Witness List 2510326_1

Joint Trial Witness Estimate Form

| WITNESS NAME | PARTY CALLING WITNESS AND ESTIMATE | X-EXAMINER'S ESTIMATE | DESCRIPTION OF TESTIMONY | COMMENTS |
|---|---|---|---|---|
| Larian, Isaac | Bryant/MGA: 1.5 | | This witness will testify regarding Carter Bryant's relationship with MGA, MGA's business, MGA's development of Bratz products, defendants' noninfringement of Mattel's purported copyrights, MGA's sales, expenses, and profits, the reasons for the success of Bratz products, as well as other issues relating to Phase I of this case. | |
| Larian, Isaac | Mattel 3.0 | MGA/Bryant: 1.5 | Mattel: Bryant's work on Bratz and other projects for MGA while employed by Mattel, Bryant's breach of obligations to Mattel and MGA's efforts to conceal same. | |
| Lee, Edmond | Mattel 1.0 | MGA/Bryant: 0.5 | Chronology of origins and development of Bratz and MGA's efforts to conceal same, design and development of Bratz, Bryant's work with or for MGA during his Mattel employment, Bryant's breach of obligations to Mattel and MGA's inducement thereof, MGA's theft of Mattel's intellectual property, and MGA Hong Kong's business practices. | |
| Lee, Steven | Mattel | | Design and development of Bratz and Bryant's work with or for MGA during his Mattel employment. MGA business practices. | Mattel May Call |

Amended Joint Witness List 2510326_1

Joint Trial Witness Estimate Form

| WITNESS NAME | PARTY CALLING WITNESS AND ESTIMATE | X-EXAMINER'S ESTIMATE | DESCRIPTION OF TESTIMONY | COMMENTS |
|---|---|---|---|---|
| Lee, Victor | Mattel | | Design and development of Bratz and Bryant's work with or for MGA during his Mattel employment.  MGA business practices. | Mattel May Call |
| Lind, Robert C. | Mattel  0.5 | MGA/Bryant: 0.5 | The development and ownership of intellectual property at issue. | |
| Linker, Steven | Mattel  0.75 | MGA/Bryant: 0.25 | Development of intellectual property at issue, design and development of Bratz and Bryant's work with MGA during his Mattel employment.. | |
| Lo, Yim Chong | Mattel | | Design and development of Bratz and Bryant's work with or for MGA during his Mattel employment. Bryant's breach of obligations to Mattel.  MGA's theft of Mattel's intellectual property. | Mattel May Call |
| Lockhart, Kenneth | Mattel | | MGA's practices. | Mattel May Call |
| Loetz, Lee | Mattel  1.0 | MGA/Bryant: 1.0 | Bratz design and development; comparisons of Bryant's drawings and Bratz dolls. | . |
| Longsdorf, Ron | Mattel | | Mattel's practices. | Mattel May Call |
| Lyter, Albert | Bryant/MGA: 1.25 | Mattel:  0.75 | This expert witness will provide testimony regarding his testing of Carter Bryant sketches and the Prince notary book, as well as other issues addressed in his expert report and deposition. | |

Amended Joint Witness List 2510326_1

Joint Trial Witness Estimate Form

| WITNESS NAME | PARTY CALLING WITNESS AND ESTIMATE | X-EXAMINER'S ESTIMATE | DESCRIPTION OF TESTIMONY | COMMENTS |
|---|---|---|---|---|
| Machado, Carlos Gustavo | Mattel | | MGA's theft of Mattel's intellectual property.  MGA business practices. | Mattel May Call |
| Makabi, Eli | Mattel | | Design and development of Bratz and Bryant's work with or for MGA during his Mattel employment.  Bryant's breach of obligations to Mattel, MGA's inducement thereof and MGA's practices. | Mattel May Call |
| Malacrida, David | Mattel | | Design and development of Bratz and Bryant's work with or for MGA during his Mattel employment, and  MGA's practices. | Mattel May Call |
| Marine, Julia | Bryant/MGA: 0.25 | Mattel:  0.25 | This witness will testify regarding Mattel's employee confidentiality and inventions agreement, Mattel's destruction and spoliation of evidence, and other issues relating to Phase I of this case. | |
| Marine, Julia | Mattel | | Mattel: Mattel's servers. | Mattel May Call |
| Marlow, Maria Veronica de Souza | Mattel  1.25 | MGA/Bryant: 0.75 | Mattel: Chronology of Bryant's work Bratz and other projects for MGA while employed by Mattel, Bryant's breach of obligations to Mattel and efforts to conceal same; MGA's intent; and MGA's practices. | |

Amended Joint Witness List 2510326_1

Joint Trial Witness Estimate Form

| WITNESS NAME | PARTY CALLING WITNESS AND ESTIMATE | X-EXAMINER'S ESTIMATE | DESCRIPTION OF TESTIMONY | COMMENTS |
|---|---|---|---|---|
| Marlow, Maria Veronica de Souza | Bryant/MGA: 1.0 | | This witness will testify regarding Mattel's employee confidentiality and inventions agreement, Mattel's HR practices, Carter Bryant's relationship with MGA, MGA's development of Bratz products, her creation of original fashions for certain Bratz products, defendants' noninfringement of Mattel's purported copyrights, the reasons for the success of Bratz products, as well as other issues relating to Phase I of this case. | |
| Marlow, Peter | Mattel | | Design and development of Bratz and Bryant's work with or for MGA during his Mattel employment.  MGA's access to Mattel's intellectual property.  MGA practices. | Mattel May Call |
| Martinez, Liliana | Mattel  1.0 | MGA/Bryant: 0.25 | Mattel: Development and ownership of intellectual property at issue, and Bryant's breach of obligations to Mattel. | |

Amended Joint Witness List 2510326_1

Joint Trial Witness Estimate Form

| WITNESS NAME | PARTY CALLING WITNESS AND ESTIMATE | X-EXAMINER'S ESTIMATE | DESCRIPTION OF TESTIMONY | COMMENTS |
|---|---|---|---|---|
| Martinez, Liliana | Bryant/MGA | | This witness will testify regarding Mattel's employee confidentiality and inventions agreement, Mattel's HR practices, Mattel's advertising and PR practices, Mattel's investigation of MGA and Carter Bryant, Mattel's delay in filing this lawsuit, the reasons for the success of Bratz products, as well as other issues relating to Phase I of this case. | Bryant/MGA May Call |
| Maurus, Jennifer | Mattel  0.5 | MGA/Bryant: 0.25 | Design and development of Bratz and Bryant's work with or for MGA during his Mattel employment.  Bryant's breach of obligations to Mattel, and MGA's inducement thereof. | |
| McBride, Susan G. | Mattel | | MGA's access to Mattel's intellectual property and trade secrets.  MGA business practices. | Mattel May Call |
| McComb, Heather | Bryant/MGA: 0.25 | | This witness will provide testimony regarding Carter Bryant's sketches, prior art relating to Carter Bryant's sketches and dolls, defendants' noninfringement of Mattel's purported copyrights, the reasons for the success of Bratz products, as well as other issues addressed in her expert report and at deposition. | |

Amended Joint Witness List 2510326_1

Joint Trial Witness Estimate Form

| WITNESS NAME | PARTY CALLING WITNESS AND ESTIMATE | X-EXAMINER'S ESTIMATE | DESCRIPTION OF TESTIMONY | COMMENTS |
|---|---|---|---|---|
| McComb, Heather | Mattel 0.75 | MGA/Bryant: 0.25 | Bryant's drawings and the development of Bratz. | |
| McFarland, Larry | Mattel | | Chronology of Bryant's work on Bratz and efforts to conceal same. | Mattel May Call |
| McRae, Ginger | Mattel 0.5 | MGA/Bryant: 0.25 | Mattel's employment practices. | |
| McShane, Michele | Bryant/MGA: 0.5 | Mattel: 0.25 | This witness will testify regarding Mattel's employee confidentiality and inventions agreement, Mattel's delay in filing this lawsuit, Mattel's improper investigation of Mr. Larian and his family, Mattel's investigation of MGA and Carter Bryant, as well as other issues relating to Phase I of this case. | |
| Medici, Dennis | Mattel | | Design and development of Bratz and Bryant's work with or for MGA during his Mattel employment. Bryant's breach of obligations to Mattel. MGA's theft of Mattel's intellectual property. MGA practices. | Mattel May Call |

Joint Trial Witness Estimate Form

| WITNESS NAME | PARTY CALLING WITNESS AND ESTIMATE | X-EXAMINER'S ESTIMATE | DESCRIPTION OF TESTIMONY | COMMENTS |
|---|---|---|---|---|
| Menell, Peter | Bryant/MGA: 1.0 | Mattel: 0.75 | This expert witness will provide testimony regarding the Mattel's employee confidentiality and inventions agreement, prior art relating to Carter Bryant's sketches and dolls, defendants' noninfringement of Mattel's purported copyrights, as well as other issues addressed in his expert report and deposition. | |
| Menz, Mark | Mattel  0.75 | MGA/Bryant: 0.5 | Bryant's hard drives and use of Evidence Eliminator. | |
| Meyer, Carl | Mattel | | Design and development of Bratz and Bryant's work with or for MGA during his Mattel employment. | Mattel May Call |
| Meyer, Paul | Bryant/MGA: 2.0 | Mattel: 1.0 | This expert witness will provide testimony regarding MGA's sales, expenses, and profits, MGA's business, the absence of damage to Mattel, the reasons for the success of Bratz products, as well as other issues addressed in his expert report and deposition. | |

Joint Trial Witness Estimate Form

| WITNESS NAME | PARTY CALLING WITNESS AND ESTIMATE | X-EXAMINER'S ESTIMATE | DESCRIPTION OF TESTIMONY | COMMENTS |
|---|---|---|---|---|
| Middleton, Debbie | Bryant/MGA: 0.5 | Mattel: 0.25 | This witness will provide testimony regarding Carter Bryant's sketches, prior art relating to Carter Bryant's sketches and dolls, defendants' noninfringement of Mattel's purported copyrights, the reasons for the success of Bratz products, as well as other issues addressed in her expert report and at deposition. | |
| Middleton, Debora | Mattel | | The development and ownership of intellectual property at issue. | Mattel May Call |
| Mirkazemi, Mina | Bryant/MGA | | This witness may testify regarding Mattel's employee confidentiality and inventions agreement, Mattel's HR practices, Carter Bryant's relationship with Mattel, Mattel's delay in filing this lawsuit, as well as other issues relating to Phase I of this case. | Bryant/MGA May Call |
| Mirzoeff, Nicholas | Bryant/MGA: 0.25 | | This witness will provide testimony regarding Carter Bryant's sketches, prior art relating to Carter Bryant's sketches and dolls, defendants' noninfringement of Mattel's purported copyrights, the reasons for the success of Bratz products, as well as other issues addressed in his expert report and at deposition. | |
| Mirzoeff, Nicholas | Mattel  0.5 | MGA/Bryant: 0.25 | Bryant's drawings. | |

Amended Joint Witness List 2510326_1

Joint Trial Witness Estimate Form

| WITNESS NAME | PARTY CALLING WITNESS AND ESTIMATE | X-EXAMINER'S ESTIMATE | DESCRIPTION OF TESTIMONY | COMMENTS |
|---|---|---|---|---|
| Monteagudo, Carmen | Mattel | | Design and development of Bratz and Bryant's work with or for MGA during his Mattel employment. Bryant's breach of obligations to Mattel. | Mattel May Call |
| Moore, Michael | Bryant/MGA | | This witness may testify regarding Mattel's employee confidentiality and inventions agreement, Mattel's delay in filing this lawsuit, Mattel's improper investigation of Mr. Larian and his family, Mattel's investigation of MGA and Carter Bryant, Mattel's improper interrogation and intimidation of witnesses, as well as other issues relating to Phase I of this case. | Bryant/MGA May Call |
| Moore, Michael | Mattel | | Mattel's learning of facts giving rise to claims against Bryant. | Mattel May Call |
| Morales, Beatriz | Mattel 0.5 | MGA/Bryant: 0.25 | Design and development of Bratz and Bryant's work with or for MGA during his Mattel employment.  Bryant's breach of obligations to Mattel, and MGA's inducement thereof.  MGA's theft of Mattel's intellectual property; MGA's intent and concealment. | |

Joint Trial Witness Estimate Form

| WITNESS NAME | PARTY CALLING WITNESS AND ESTIMATE | X-EXAMINER'S ESTIMATE | DESCRIPTION OF TESTIMONY | COMMENTS |
|---|---|---|---|---|
| Myers, Amy | Bryant/MGA | | This witness may testify regarding Mattel's employee confidentiality and inventions agreement, Mattel's HR practices, the reasons for the success of Bratz products, as well as other issues relating to Phase I of this case. | Bryant/MGA May Call |
| Myers, Amy | Mattel | | Design and development of Bratz and Bryant's work with or for MGA during his Mattel employment. | Mattel May Call |
| Newcomb, Teresa | Bryant/MGA: 0.25 | Mattel: 0.25 | This witness will testify regarding Mattel's employee confidentiality and inventions agreement, Mattel's HR practices, as well as other issues relating to Phase I of this case. | |
| Newcomb, Theresa | Mattel | | The development and ownership of intellectual property at issue. | Mattel May Call |
| Ng, Joyce | Bryant/MGA: 0.25 | Mattel: 0.25 | This witness will testify regarding the development of Bratz products, the reasons for the success of Bratz products, as well as other issues relating to Phase I of this case. | |
| Ng, Joyce | Mattel | | Design and development of Bratz and Bryant's work with or for MGA during his Mattel employment. | Mattel May Call |

Amended Joint Witness List 2510326_1

Joint Trial Witness Estimate Form

| WITNESS NAME | PARTY CALLING WITNESS AND ESTIMATE | X-EXAMINER'S ESTIMATE | DESCRIPTION OF TESTIMONY | COMMENTS |
|---|---|---|---|---|
| Nordquist, Jill | Mattel 0.5 | MGA/Bryant: 0.25 | Bryant's breach of obligations to Mattel. MGA's access to Mattel's intellectual property and trade secrets. | |
| Nordquist, Jill | Bryant/MGA: 0.25 | | This witness will testify regarding Mattel's employee confidentiality and inventions agreement, Mattel's HR practices, Mattel's investigation of MGA and Carter Bryant, Mattel's sales, expenses, and profits, Mattel's delay in filing this lawsuit, the reasons for the success of Bratz products, as well as other issues relating to Phase I of this case. | |
| Normille, Robert | Bryant/MGA | | This witness may testify regarding Mattel's employee confidentiality and inventions agreement, Mattel's delay in filing this lawsuit, Mattel's improper investigation of Mr. Larian and his family, Mattel's investigation of MGA and Carter Bryant, Mattel's improper interrogation and intimidation of witnesses, as well as other issues relating to Phase I of this case. | Bryant/MGA May Call |
| O'Connor, Charles | Mattel | | Design and development of Bratz. The development and ownership of intellectual property at issue. MGA practices. | Mattel May Call |

Amended Joint Witness List 2510326_1

Joint Trial Witness Estimate Form

| WITNESS NAME | PARTY CALLING WITNESS AND ESTIMATE | X-EXAMINER'S ESTIMATE | DESCRIPTION OF TESTIMONY | COMMENTS |
|---|---|---|---|---|
| O'Connor, Victoria | Mattel 0.75 | MGA/Bryant: 0.5 | Design and development of Bratz and Bryant's work with or for MGA during his Mattel employment, and MGA's efforts to conceal same.  MGA's access to Mattel's intellectual property and trade secrets.  MGA practices. | |
| O'Connor, Victoria | Bryant/MGA | | This witness may testify regarding Carter Bryant's relationship with MGA, MGA's business, MGA's development of Bratz products, defendants' noninfringement of Mattel's purported copyrights, MGA's sales, expenses, and profits, the reasons for the success of Bratz products, as well as other issues relating to Phase I of this case. | Bryant/MGA May Call |
| Odom, Sarah | Mattel 0.5 | MGA/Bryant: 0.25 | Kickapoo High School yearbooks and student enrollment. | |
| O'Higgins, Colleen | Mattel | | Design and development of Bratz and Bryant's work with or for MGA during his Mattel employment.  Bryant's breach of obligations to Mattel.  MGA's theft of Mattel's intellectual property. | Mattel May Call |

Amended Joint Witness List 2510326_1

Joint Trial Witness Estimate Form

| WITNESS NAME | PARTY CALLING WITNESS AND ESTIMATE | X-EXAMINER'S ESTIMATE | DESCRIPTION OF TESTIMONY | COMMENTS |
|---|---|---|---|---|
| Oman, Ralph | Bryant/MGA: 0.25 | | This expert witness will provide testimony regarding the Mattel's employee confidentiality and inventions agreement, defendants' noninfringement of Mattel's purported copyrights, as well as other issues addressed in his expert report and deposition. | |
| Oman, Ralph | Mattel 0.5 | MGA/Bryant: 0.25 | Copyright Office procedure, MGA's registrations and representations to Copyright Office. | |
| O'Neal, Denise | Mattel 0.25 | MGA/Bryant: 0.25 | Isaac Larian's statements to the Chicago Sun Times. | |
| Ongchango, Kislap | Mattel | | Development of Mattel intellectual property at issue; Mattel's practices. | Mattel May Call |
| Palmer, Rodney | Bryant/MGA: 15 min | Mattel: 0.25 | This witness will testify regarding Mattel's employee confidentiality and inventions agreement, Mattel's HR practices, Mattel's destruction and spoliation of evidence, and other issues relating to Phase I of this case. | |
| Palmer, Rodney | Mattel | | The development and ownership of intellectual property at issue. Mattel's practices. | Mattel May Call |
| Palmeri, Christopher | Mattel 0.25 | MGA/Bryant: 0.25 | Isaac Larian's statements to Business Week. | |

Amended Joint Witness List 2510326_1

Joint Trial Witness Estimate Form

| WITNESS NAME | PARTY CALLING WITNESS AND ESTIMATE | X-EXAMINER'S ESTIMATE | DESCRIPTION OF TESTIMONY | COMMENTS |
|---|---|---|---|---|
| Park, Cassidy | Bryant/MGA: 0.5 | Mattel: 0.25 | This witness will testify regarding Mattel's employee confidentiality and inventions agreement, Mattel's HR practices, Mattel's investigation of MGA and Carter Bryant, Mattel's sales, expenses, and profits, Mattel's delay in filing this lawsuit, the reasons for the success of Bratz products, as well as other issues relating to Phase I of this case. | |
| Park, Cassidy | Mattel | | The development and ownership of intellectual property at issue. Carter Bryant's breach of obligations to Mattel. | Mattel May Call |
| Pasko, Rene | Mattel | | The development and ownership of intellectual property at issue. | Mattel May Call |
| Patel, Tina | Bryant/MGA: 0.25 | Mattel: 0.25 | This witness will testify regarding Mattel's employee confidentiality and inventions agreement, Mattel's HR practices, Mattel's investigation of MGA and Carter Bryant, Mattel's sales, expenses, and profits, Mattel's delay in filing this lawsuit, the reasons for the success of Bratz products, as well as other issues relating to Phase I of this case. | |
| Patel, Tina | Mattel | | Mattel's and MGA's business practices. | Mattel May Call |

Amended Joint Witness List 2510326_1

Joint Trial Witness Estimate Form

| WITNESS NAME | PARTY CALLING WITNESS AND ESTIMATE | X-EXAMINER'S ESTIMATE | DESCRIPTION OF TESTIMONY | COMMENTS |
|---|---|---|---|---|
| Pembleton, Ninette | Mattel: 0.25 | | Design and development of Bratz and Bryant's work with or for MGA during his Mattel employment and concealment thereof. | |
| Pierce, Cynthia | Mattel | | Payment from MGA to Carter Bryant. | Mattel May Call |
| Pratte, Joni | Bryant/MGA | | This witness will provide testimony regarding Mattel's employee confidentiality and inventions agreements, Mattel's HR practices, the reasons for the success of Bratz products, as well as other issues relating to Phase I of this case. | Bryant/MGA May Call |
| Pratte, Joni | Mattel | | The development and ownership of intellectual property at issue. | Mattel May Call |
| Prince, Jacqueline Ramona | Mattel 0.75 | MGA/Bryant: 0.25 | This witness will testify regarding Mattel's employee confidentiality and inventions agreement, Mattel's HR practices, Carter Bryant's sketches, Mattel's delay in filing this lawsuit, the reasons for the success of Bratz products, as well as other issues relating to Phase I of this case. | |
| Prince, Jacqueline Ramona | Bryant/MGA: 0.5 | | Design and development of Bratz and Bryant's work with or for MGA during his Mattel employment and concealment thereof.  Bryant's breach of obligations to Mattel. | |

Amended Joint Witness List 2510326_1

Joint Trial Witness Estimate Form

| WITNESS NAME | PARTY CALLING WITNESS AND ESTIMATE | X-EXAMINER'S ESTIMATE | DESCRIPTION OF TESTIMONY | COMMENTS |
|---|---|---|---|---|
| Ragsdale, William | Mattel | | Design and development of Bratz and Bryant's work with or for MGA during his Mattel employment. | Mattel May Call |
| Ramirez, Jessie | Mattel | | Design and development of Bratz and Bryant's work with or for MGA during his Mattel employment. | Mattel May Call |
| Rantanen, Walter | Mattel  0.5 | MGA/Bryant: 0.5 | Analysis of Bryant drawings. | |
| Rhee, Anna | Bryant/MGA | | This witness may testify regarding Carter Bryant's relationship with MGA, MGA's business, MGA's development of Bratz products, defendants' noninfringement of Mattel's purported copyrights, MGA's sales, expenses, and profits, the reasons for the success of Bratz products, as well as other issues relating to Phase I of this case. | Bryant/MGA May Call |
| Rhee, Anna | Mattel  0.5 | MGA/Bryant: 0.5 | The development and ownership of intellectual property at issue.  Design and development of Bratz and Bryant's work with or for MGA during his Mattel employment and concealment thereof. Bryant's breach of obligations to Mattel. | ` |
| Rosenbaum, David | Bryant/MGA: 0.5 | | This witness will testify regarding Carter Bryant's relationship with MGA, as well as other issues relating to Phase I of this case. | |

Amended Joint Witness List 2510326_1

Joint Trial Witness Estimate Form

| WITNESS NAME | PARTY CALLING WITNESS AND ESTIMATE | X-EXAMINER'S ESTIMATE | DESCRIPTION OF TESTIMONY | COMMENTS |
|---|---|---|---|---|
| Rosenbaum, David | Mattel 0.5 | MGA/Bryant: 0.5 | Bryant's breach of his obligations to Mattel. Bryant's work with or for MGA during his Mattel employment; MGA's intent. | |
| Ross, Ivy | Mattel 0.75 | MGA/Bryant: 0.5 | This witness will testify regarding Mattel's employee confidentiality and inventions agreement, Mattel's HR practices, Mattel's investigation of MGA and Carter Bryant, Mattel's sales, expenses, and profits, Mattel's delay in filing this lawsuit, the reasons for the success of Bratz products, as well as other issues relating to Phase I of this case. | |
| Ross, Ivy | Bryant/MGA | | Bryant's breach of obligations to Mattel; MGA's practices. | Bryant/MGA May Call |
| Ross, Lon P. | Mattel | | MGA's access to Mattel's intellectual property and trade secrets.  MGA practices. | Mattel May Call |
| Salazar, Maria Elena | Mattel 0.5 | MGA/Bryant: 0.25 | Design and development of Bratz and Bryant's work with or for MGA during his Mattel employment.  Bryant's breach of obligations to Mattel, and MGA's inducement thereof.  MGA's theft of Mattel's intellectual property.  MGA's intent and concealment. | |

Amended Joint Witness List 2510326_1

Joint Trial Witness Estimate Form

| WITNESS NAME | PARTY CALLING WITNESS AND ESTIMATE | X-EXAMINER'S ESTIMATE | DESCRIPTION OF TESTIMONY | COMMENTS |
|---|---|---|---|---|
| Salazar, Pedro | Mattel | | Design and development of Bratz and Bryant's work with or for MGA during his Mattel employment.  Bryant's breach of obligations to Mattel, and MGA's inducement thereof.  MGA's theft of Mattel's intellectual property.  MGA's intent and concealment. | Mattel May Call |
| Salemnia, Shirin | Mattel | | Design and development of Bratz.  MGA's access to Mattel's intellectual property and trade secrets.  MGA practices. | Mattel May Call |
| Sandham, Richard | Mattel | | Design and development of Bratz and Bryant's work with or for MGA during his Mattel employment.  Bryant's breach of obligations to Mattel.  MGA's theft of Mattel's intellectual property. | Mattel May Call |
| Scothon, Chuck | Mattel | | Mattel's business operations and the development and ownership of intellectual property at issue. | Mattel May Call |
| Scott, Carol | Mattel  1.0 | MGA/Bryant: 1.0 | Bratz sales, marketing and licensing. | |
| Sesto, Chris | Mattel | | Mattel's practices.  MGA's theft of Mattel's intellectual property. | Mattel May Call |

Amended Joint Witness List 2510326_1

Joint Trial Witness Estimate Form

| WITNESS NAME | PARTY CALLING WITNESS AND ESTIMATE | X-EXAMINER'S ESTIMATE | DESCRIPTION OF TESTIMONY | COMMENTS |
|---|---|---|---|---|
| Simoneau, Robert | Bryant/MGA: 0.5 | Mattel: 0.25 | This witness will testify regarding Mattel's employee confidentiality and inventions agreement, Mattel's delay in filing this lawsuit, Mattel's improper investigation of Mr. Larian and his family, Mattel's investigation of MGA and Carter Bryant, Mattel's improper interrogation and intimidation of witnesses, as well as other issues relating to Phase I of this case. | |
| Simpson-Taylor, Kathleen | Bryant/MGA: 0.25 | Mattel: 0.25 | This witness will testify regarding Mattel's employee confidentiality and inventions agreement, Mattel's HR practices, Mattel's investigation of MGA and Carter Bryant, Mattel's sales, expenses, and profits, Mattel's delay in filing this lawsuit, the reasons for the success of Bratz products, as well as other issues relating to Phase I of this case. | |
| Smith, Steffen | Bryant/MGA: 0.5 | Mattel: 0.25 | This witness will testify regarding MGA's business, MGA's development of Bratz products, defendants' noninfringement of Mattel's purported copyrights, MGA's sales, expenses, and profits, the reasons for the success of Bratz products, as well as other issues relating to Phase I of this case. | |

Amended Joint Witness List 2510326_1

Joint Trial Witness Estimate Form

| WITNESS NAME | PARTY CALLING WITNESS AND ESTIMATE | X-EXAMINER'S ESTIMATE | DESCRIPTION OF TESTIMONY | COMMENTS |
|---|---|---|---|---|
| Stein, Bruce | Bryant/MGA: 0.75 | | This witness will testify regarding Mattel's employee confidentiality and inventions agreement, Mattel's HR practices, Mattel's business, Mattel's delay in filing this lawsuit, as well as other issues addressed in his report and at his deposition. | |
| Stein, Bruce | Mattel  0.75 | MGA/Bryant: 0.5 | Employment and contractual relations in the toy industry. | |
| Stern, Ellis | Mattel | | Design and development of Bratz and Bryant's work with or for MGA during his Mattel employment.  Bryant's breach of obligations to Mattel.  MGA's theft of Mattel's intellectual property. | Mattel May Call |
| Storer, Aileen | Bryant/MGA: 0.5 | Mattel: 0.25 | This witness will testify regarding MGA's business, MGA's development of Bratz products, defendants' noninfringement of Mattel's purported copyrights, the reasons for the success of Bratz products, as well as other issues relating to Phase I of this case. | |
| Storer, Aileen | Mattel | | Design and development of Bratz and Bryant's work with or for MGA during his Mattel employment.  Bryant's breach of obligations to Mattel, and MGA's inducement thereof. | Mattel May Call |

Joint Trial Witness Estimate Form

| WITNESS NAME | PARTY CALLING WITNESS AND ESTIMATE | X-EXAMINER'S ESTIMATE | DESCRIPTION OF TESTIMONY | COMMENTS |
|---|---|---|---|---|
| Tafoya, Maureen | Bryant/MGA: 0,5 | Mattel: 0.25 | This witness will testify regarding Mattel's employee confidentiality and inventions agreement, Mattel's HR practices, as well as other issues relating to Phase I of this case. | |
| Tafoya, Maureen | Mattel | | MGA's access to Mattel's intellectual property and trade secrets. | Mattel May Call |
| Tarmichael, Stephen | Mattel | | Design and development of Bratz and Bryant's work with or for MGA during his Mattel employment.  Bryant's breach of obligations to Mattel, and MGA's inducement thereof.  The development and ownership of intellectual property at issue. | Mattel May Call |
| Tiongco, Joe | Mattel | | Design and development of Bratz and Bryant's work with or for MGA during his Mattel employment.  Bryant's breach of obligations to Mattel.  Mattel's practices. | Mattel May Call |
| Tkacik, Maureen | Mattel  0.25 | MGA/Bryant: 0.25 | Isaac Larian's statements to the Wall Street Journal. | |
| Ton, Ben | Mattel | | Design and development of Bratz and Bryant's work with or for MGA during his Mattel employment.  MGA practices. | Mattel May Call |

Amended Joint Witness List 2510326_1

Joint Trial Witness Estimate Form

| WITNESS NAME | PARTY CALLING WITNESS AND ESTIMATE | X-EXAMINER'S ESTIMATE | DESCRIPTION OF TESTIMONY | COMMENTS |
|---|---|---|---|---|
| Tonner, Robert | Bryant/MGA: 1.0 | Mattel: 0.5 | This expert witness will provide testimony regarding Carter Bryant's sketches, prior art relating to Carter Bryant's sketches and dolls, defendants' noninfringement of Mattel's purported copyrights, the reasons for the success of Bratz products, as well as other issues addressed in his expert report and at deposition. | |
| Tonnu, Lisa | Bryant/MGA: 0.75 | | This witness will testify regarding MGA's business, MGA's development of Bratz products, defendants' noninfringement of Mattel's purported copyrights, MGA's sales, expenses, and profits, the reasons for the success of Bratz products, as well as other issues relating to Phase I of this case. | |
| Tonnu, Lisa | Mattel  1.0 | MGA/Bryant: 0.5 | MGA practices. | |
| Tsang, Frankie | Mattel | | MGA's theft of Mattel's intellectual property.  MGA practices. | Mattel May Call |
| Turner, Robert | Mattel | | Design and development of Bratz and Bryant's work with or for MGA during his Mattel employment.  Bryant's breach of obligations to Mattel. | Mattel May Call |

Joint Trial Witness Estimate Form

| WITNESS NAME | PARTY CALLING WITNESS AND ESTIMATE | X-EXAMINER'S ESTIMATE | DESCRIPTION OF TESTIMONY | COMMENTS |
|---|---|---|---|---|
| Van Patten, Denise | Bryant/MGA: 0.25 | | This witness will provide testimony regarding Carter Bryant's sketches, prior art relating to Carter Bryant's sketches and dolls, defendants' noninfringement of Mattel's purported copyrights, the reasons for the success of Bratz products, as well as other issues addressed in her expert report and at deposition. | |
| Van Patten, Denise | Mattel  0.5 | MGA/Bryant: 0.25 | Fashion doll market. | |
| Vilppu, Glenn | Bryant/MGA: 1.5 | Mattel: 0.75 | This expert witness will provide testimony regarding the common industry practice of artists creating works on their own time and owning what they create, notwithstanding any agreement with their employees, Carter Bryant's sketches, defendants' noninfringement of Mattel's purported copyrights, as well as other issues addressed in his expert report and at deposition. | |

Joint Trial Witness Estimate Form

| WITNESS NAME | PARTY CALLING WITNESS AND ESTIMATE | X-EXAMINER'S ESTIMATE. | DESCRIPTION OF TESTIMONY | COMMENTS |
|---|---|---|---|---|
| Viohl, Evelyn | Bryant/MGA: 0.5 | Mattel: 0.25 | This witness will testify regarding Mattel's employee confidentiality and inventions agreement, Mattel's HR practices, Mattel's investigation of MGA and Carter Bryant, Mattel's sales, expenses, and profits, Mattel's delay in filing this lawsuit, the reasons for the success of Bratz products, as well as other issues relating to Phase I of this case. | |
| Viohl, Evelyn | Mattel | | Mattel's intellectual property and Bryant's breach of obligations to Mattel. | Mattel May Call |
| Wachovia Designee/Custodian of Records | Mattel | | The development of intellectual property at issue; Bryant's work with or for MGA during his Mattel employment. | Mattel May Call |
| Wagner, Michael | Mattel  1.25 | MGA/Bryant: 1.0 | MGA revenues, costs and profits related to sales, distribution and licensing of Bratz. Larian and Bryant's benefits. | |
| Wang, Ann | Bryant/MGA: 0.5 | | This witness will testify regarding Carter Bryant's relationship with MGA, as well as other issues relating to Phase I of this case. | |
| Wang, Anne | Mattel  0.5 | MGA/Bryant: 0.25 | Bryant's breach of his obligations to Mattel. Bryant's work with or for MGA during his Mattel employment. | |

Amended Joint Witness List 2510326_1

Joint Trial Witness Estimate Form

| WITNESS NAME | PARTY CALLING WITNESS AND ESTIMATE | X-EXAMINER'S ESTIMATE | DESCRIPTION OF TESTIMONY | COMMENTS |
|---|---|---|---|---|
| Ward, Mercedeh | Mattel | | Design and development of Bratz and Bryant's work with or for MGA during his Mattel employment. Bryant's breach of obligations to Mattel. MGA's access to Mattel's intellectual property and trade secrets. MGA practices. | Mattel May Call |
| Warner, Paul | Mattel | | The development and ownership of intellectual property at issue. | Mattel May Call |
| Weiss, Jeff | Mattel  0.25 | MGA/Bryant: 0.25 | Isaac Larian's statements to the San Fernando Valley Business Journal. | |
| Wachovia Designee/Custodian of Records | Mattel | | The development of intellectual property at issue; Bryant's work with or for MGA during his Mattel employment. | Mattel May Call |
| Wickham, Douglas | Mattel | | Bryant's destruction of evidence and handling of Bryant's computer hard drives. | Mattel May Call |
| Wilson, Robert G. | Mattel | | Design and development of Bratz and Bryant's work with or for MGA during his Mattel employment. Bryant's breach of obligations to Mattel. | Mattel May Call |
| Woodman, Spencer | Mattel | | The development and ownership of intellectual property at issue. | Mattel May Call |

Amended Joint Witness List 2510326_1

Joint Trial Witness Estimate Form

| WITNESS NAME | PARTY CALLING WITNESS AND ESTIMATE | X-EXAMINER'S ESTIMATE | DESCRIPTION OF TESTIMONY | COMMENTS |
|---|---|---|---|---|
| Woods, Mel | Mattel 0.5 | MGA/Bryant: 0.25 | Design and development of Bratz and Bryant's work with or for MGA during his Mattel employment. Bryant's breach of obligations to Mattel, and MGA's inducement thereof. MGA's theft of Mattel's intellectual property. | |
| Yonemoto, Sandra | Bryant/MGA: 0.25 | | This witness will testify regarding Mattel's employee confidentiality and inventions agreement, Mattel's HR practices, as well as other issues relating to Phase I of this case. | |
| Yonemoto, Sandy | Mattel 0.25 | MGA/Bryant: 0.25 | Bryant's misrepresentations to Mattel. | |
| Zablow, Milton | Mattel | | The development and ownership of intellectual property at issue. | Mattel May Call |
| Zarabi, Morad | Mattel | | Design and development of Bratz and Bryant's work with or for MGA during his Mattel employment. Bryant's breach of obligations to Mattel, and MGA's inducement thereof. MGA practices. | Mattel May Call |
| | | | | |
| | | | | |
| | | | | |
| TOTAL ESTIMATES: | Bryant/MGA 38.5 | Bryant/MGA 26.75 | Total Bryant/MGA 65.25 | |
| | Mattel 45.25 | Mattel 15.75 | Total Mattel 61.0 | |
| | | | | |

Amended Joint Witness List 2510326_1