THOMAS J. NOLAN (Bar No. 66992)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue
Los Angeles, CA 90071-3144
Telephone: (213) 687-5000
Facsimile: (213) 687-5600
E-mail: tnolan@skadden.com

RAOUL D. KENNEDY (Bar No. 40892)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
4 Embarcadero Center, 38th Floor
San Francisco, California 94111-5974
Telephone: (415) 984-6400
Facsimile: (415) 984-2698
Email: rkennedy@skadden.com

Attorneys for Counter-Defendants
MGA ENTERTAINMENT, INC., ISAAC LARIAN,
MGA ENTERTAINMENT (HK) LIMITED, and
MGAE de MEXICO S.R.L. de C.V.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation<br><br>Defendant.<br><br>Consolidated with MATTEL, INC. v. BRYANT and MGA ENTERTAINMENT, INC. v. MATTEL, INC. | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with Case No. 04-9059 and Case No. 05-2727<br><br>Hon. Stephen G. Larson<br><br>**STIPULATION RE: SUBPOENA TO WACHOVIA CORPORATION**<br><br>[[Proposed] Order filed concurrently herewith]<br><br>**Phase 1**<br>Discovery Cut-Off:    Jan. 28, 2008<br>Pre-Trial Conference: May 5, 2008<br>Trial Date:           May 27, 2008<br><br>**Phase 2**<br>Discovery Cut-Off:    N/A<br>Pre-Trial Conference: N/A<br>Trial Date:           N/A |

## STIPULATION

This Stipulation is entered into by and between Mattel, on the one hand, and MGA Entertainment, Inc., Isaac Larian, MGA Entertainment (HK) Limited, and MGAE de Mexico S.R.L. de C.V. (collectively, the "MGA Parties"), on the other hand, with reference to the following:

WHEREAS, in or about October 2007, Mattel issued a document subpoena to Wachovia Corporation (the "October 2007 document subpoena");

WHEREAS, MGA filed a motion to quash the October 2007 document subpoena and Mattel filed a counter-motion to compel Wachovia to produce documents responsive to that subpoena;

WHEREAS, after the filing of those motions, Mattel issued a second document subpoena to Wachovia in or about January 2008 (the "January 2008 document subpoena");

WHEREAS, on January 31, 2008, the Court entered a stipulated order deferring the time to respond to the January 2008 document subpoena until after the Discovery Master ruled on MGA's motion to quash the October 2007 document subpoena;

WHEREAS, on May 7, 2008, the Discovery Master issued an Order Granting in Part and Denying in Part MGA Parties' Motion to Quash Subpoenas; Granting in Part and Denying in Part Mattel's Counter Motion to Compel (the "May 7, 2008 Order");

WHEREAS, on May 16, 2008, the MGA Parties filed a motion to quash the January 2008 document subpoena; and

WHEREAS, the parties have reached an agreement with respect to Mattel's withdrawal of the January 2008 document subpoena and MGA's withdrawal of its motion to quash that subpoena;

1  THEREFORE, the undersigned parties, through their undersigned counsel, stipulate and agree as follows, subject to the Court's approval:

1. Mattel's January 2008 document subpoena to Wachovia is hereby withdrawn without prejudice to Mattel's issuance of such subpoena during Phase 2 discovery in this case.

2. The MGA Parties reserve their right to assert all objections to such subpoena, other than an objection that Mattel withdrew that subpoena pursuant to this stipulation.

3. The MGA Parties' motion to quash the January 2008 document subpoena is hereby withdrawn without prejudice to the MGA Parties' right to re-file such motion during Phase 2 discovery in this case.

IT IS SO STIPULATED.

DATED: May 21, 2008

SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP

By: _____
Amy S. Park
Attorneys for Counter-Defendants
MGA ENTERTAINMENT, INC., ISAAC LARIAN, MGA ENTERTAINMENT (HK) LIMITED, and MGAE de MEXICO S.R.L. de C.V.

DATED: May 21, 2008

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

By: _____
Jon D. Corey
Attorneys for Mattel, Inc.

-2-
STIPULATION RE SUBPOENA TO WACHOVIA CORPORATION
Case No. CV 04-9049 SGL (RNBx)