1  THOMAS J. NOLAN (Bar No. 66992)
   SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
2  300 South Grand Avenue
   Los Angeles, CA  90071-3144
3  Telephone:  (213) 687-5000
   Facsimile:  (213) 687-5600
4  E-mail:   tnolan@skadden.com

5  RAOUL D. KENNEDY (Bar No.  40892)
   SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
6  4 Embarcadero Center, 38th Floor
   San Francisco, California  94111-5974
7  Telephone:  (415) 984-6400
   Facsimile:  (415) 984-2698
8  Email:      rkennedy@skadden.com

9  Attorneys for Counter-Defendants
   MGA ENTERTAINMENT, INC., ISAAC LARIAN,
10 MGA ENTERTAINMENT (HK) LIMITED, and
   MGAE de MEXICO S.R.L. de C.V.

11

12               UNITED STATES DISTRICT COURT

13             CENTRAL DISTRICT OF CALIFORNIA

14                    EASTERN DIVISION

15

| | |
|---|---|
| 16  CARTER BRYANT, an individual | CASE NO. CV 04-9049 SGL (RNBx) |
| 17              Plaintiff, | Consolidated with Case No. 04-9059 and Case No. 05-2727 |
| 18       v. | Hon. Stephen G. Larson |
| 19  MATTEL, INC., a Delaware corporation | [PROPOSED] ORDER ON STIPULATION RE: SUBPOENA TO WACHOVIA CORPORATION |
| 20              Defendant. | |
| 21 | |
| 22  Consolidated with MATTEL, INC. v. BRYANT and MGA ENTERTAINMENT, INC. v. MATTEL, INC. | **Phase 1**<br>Discovery Cut-Off:       Jan. 28, 2008<br>Pre-Trial Conference:  May 5, 2008<br>Trial Date:                 May 27, 2008 |
| 23 | |
| 24 | |
| 25 | **Phase 2**<br>Discovery Cut-Off:       N/A<br>Pre-Trial Conference:  N/A<br>Trial Date:                 N/A |
| 26 | |

27

28

1  Based on the Stipulation regarding the subpoena to Wachovia Corporation, IT

2  IS HEREBY ORDERED that: (1) Mattel's January 2008 document subpoena to

3  Wachovia is withdrawn without prejudice to Mattel's issuance of such subpoena

4  during Phase 2 discovery in this case; (2) the MGA Parties may assert all objections

5  to such subpoena, other than an objection that Mattel withdrew that subpoena

6  pursuant to the above referenced stipulation; and (3) the MGA Parties' motion to

7  quash the January 2008 document subpoena is hereby withdrawn without prejudice

8  to the MGA Parties' right to re-file such motion during Phase 2 discovery in this case.

9

10  DATED: May ___, 2008

11  _____

12  Hon. Stephen G. Larson
    United States District Court Judge

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-1-