QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
John B. Quinn (Bar No. 090378)
(johnquinn@quinnemanuel.com)
Michael T. Zeller (Bar No. 196417)
(michaelzeller@quinnemanuel.com)
Jon D. Corey (Bar No. 185066)
(joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>[PUBLIC REDACTED] SECOND SUPPLEMENTAL DECLARATION OF DIANE C. HUTNYAN IN SUPPORT OF MATTEL, INC.'S *EX PARTE* APPLICATION TO STRIKE PORTIONS OF DR. LYTER'S AND MR. KULLMAN'S EXPERT REPORTS<br><br>Hearing Date: TBA<br>Time: TBA<br>Place: TBA<br><br>Discovery Cut-Off: January 28, 2008<br>Pre-Trial Conference: May 5, 2008<br>Trial Date: May 27, 2008 |

07209/2513946.1

-1-

## **DECLARATION OF DIANE C. HUTNYAN**

I, Diane C. Hutnyan, declare as follows:

I am a member of the bar of the State of California, am admitted to practice before this court and am a partner at Quinn Emanuel Urquhart Oliver & Hedges, LLP, attorneys for plaintiff and cross-defendant Mattel, Inc. ("Mattel"). I make this declaration of personal, firsthand knowledge and, if called and sworn as a witness, I could and would testify competently thereto.

1.  On May 19, 2008, two weeks after his May 6, 2008 report and a week after the deadline the Court set for supplementation of Dr. Lyter's report based on his ink testing results, MGA served on Mattel three additional documents which, according to MGA's counsel, "Dr. Lyter reviewed, consulted or relied on in connection with his May 6 report." See letter from Matthew Sloan to Diane Hutnyan dated May 19, 2008. Attached as Exhibit 1 is a true and correct copy of this letter.

2.  These three documents appear to be correspondence between Dr. Lyter and individuals at three different ink manufacturing companies concerning whether these ink companies put menthol in certain inks. Attached as Exhibit 2 are true and correct copies of these three documents.

3.  These three pieces of correspondence are dated May 14, 15, and 16, 2008. Thus, Dr. Lyter did not have them in his possession before he issued his May 6, 2008 report and could not have consulted or relied upon them in forming his opinions therein.

4.  On May 20, 2008, MGA served on Mattel 7 additional pages of Lyter production documents, three of which were redacted. These documents appear to be: (1) an email exchange between Dr. Lyter and an ink manufacturer, bearing dates ranging from May 14, 2008 to May 19, 2008, regarding the composition of their inks; and (2) an additional chromatogram. Attached as Exhibit 3 are true and correct copies

of these documents with the accompanying cover letter from Matthew Sloan to Diane Hutnyan.

5. On May 21, 2008, MGA served on Mattel 16 additional pages of documents, half of which are redacted, which appear to be more correspondence between Dr. Lyter and ink manufacturers, bearing dates ranging from May 14, 2008 to May 20, 2008. Attached as Exhibit 4 are true and correct copies of these documents with the accompanying cover letter from Matthew Sloan to Diane Hutnyan.

6. Given that these pieces of correspondence occurred well after Dr. Lyter completed his second report and represent a new line of analysis that properly should have been conducted months ago, the addition of these documents to his production constitutes an improper attempt to supplement his May 6, 2008 report without leave of the Court and should be stricken along with the portions of his and Dr. Kullman's reports requested in Mattel's *Ex Parte* Application.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed this 21st day of May, 2008, in Los Angeles, California.

*/s/ Diane C. Hutnyan*
Diane C. Hutnyan