EXHIBIT 1

**RECEIVED**
MAY 1 9 2008

# SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

300 SOUTH GRAND AVENUE
LOS ANGELES, CALIFORNIA 90071-3144
—
TEL: (213) 687-5000
FAX: (213) 687-5600
www.skadden.com

FIRM/AFFILIATE OFFICES
—
BOSTON
CHICAGO
HOUSTON
NEWARK
NEW YORK
PALO ALTO
SAN FRANCISCO
WASHINGTON, D.C.
WILMINGTON
—
BEIJING
BRUSSELS
FRANKFURT
HONG KONG
LONDON
MOSCOW
PARIS
SINGAPORE
SYDNEY
TOKYO
TORONTO
VIENNA

DIRECT DIAL
213-687-5276
DIRECT FAX
213-687-5600
EMAIL ADDRESS
MATTHEW.SLOAN@SKADDEN.COM

May 19, 2008

**VIA HAND DELIVERY**

Diane C. Hutnyan, Esq.
Quinn Emanuel Urquhart Oliver & Hedges, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017-2543

    RE:    Bryant v. Mattel, Inc.

Dear Ms. Hutnyan:

    Pursuant to your May 16, 2008 letter requesting documents which Dr. Lyter "reviewed, consulted or relied upon in connection with" the opinions he expressed in his May 6, 2008 rebuttal expert report, enclosed please find one CD with documents bates labeled AL 00320 – AL 00322.

    Very truly yours,

    *Matthew E. Sloan /ca*
    Matthew E. Sloan

cc:    Michael H. Page (w/o enclosure)
        Mark E. Overland (w/o enclosure)

EXHIBIT 1
PAGE 4



EXHIBIT __1__
PAGE __5__

EXHIBIT 2

**THIS EXHIBIT IS FILED UNDER SEAL**

**PURSUANT TO PROTECTIVE ORDER**

EXHIBIT 3

**THIS EXHIBIT IS FILED UNDER SEAL**

**PURSUANT TO PROTECTIVE ORDER**

EXHIBIT 4

**THIS EXHIBIT IS FILED UNDER SEAL**

**PURSUANT TO PROTECTIVE ORDER**