## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Carter Bryant<br><br>PLAINTIFF(S)<br>v.<br><br>Mattel, Inc.<br><br>DEFENDANT(S). | CASE NUMBER:<br><br>CV 04-9049 SGL (RNBx)<br><br>**NOTICE OF MANUAL FILING** |

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 08-02 and Local Rule 5-4 the following document(s) or item(s) will be manually filed.

**List Documents:**

Second Supplemental Declaration of Diane C. Hutnyan in Support of Mattel, Inc.'s Ex Parte Application to Strike Portions of Dr. Lyter's and Mr. Kullman's Expert Reports; Application to File Under Seal; [Proposed] Order re: Application to File Under Seal

**Document Description:**

☐   Administrative Record

☑   Exhibits

☐   Ex Parte Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act (pursuant to Local Rule 79-5.4(h)

☑   Other  Application to File Under Seal; [Proposed] Order re: Application to File Under Seal

**Reason:**

☑   Under Seal

☐   Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)

☐   Electronic versions are not available to filer

☑   Per Court order dated January 4, 2005

☐   Manual Filing required (*reason*):

| | |
|---|---|
| May 21, 2008 | Diane C. Hutnyan |
| Date | Attorney Name |
| | Mattel, Inc. |
| | Party Represented |

Note:  File one Notice in each case, each time you manually file document(s).