QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
John B. Quinn (Bar No. 090378)
(johnquinn@quinnemanuel.com)
Michael T. Zeller (Bar No. 196417)
(michaelzeller@quinnemanuel.com)
Jon D. Corey (Bar No. 185066)
(joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual, | CASE NO. CV 04-9049 SGL (RNBx) |
| Plaintiff, | Consolidated with Case Nos. CV 04-09059 and CV 05-02727 |
| vs. | **[PUBLIC REDACTED]** DECLARATION OF JUAN PABLO ALBÁN IN SUPPORT OF MATTEL, INC.'S OPPOSITION TO THE MGA PARTIES' MOTION *IN LIMINE* NO. 5 TO EXCLUDE REFERENCES TO PRIOR LEGAL REPRESENTATION |
| MATTEL, INC., a Delaware corporation, | |
| Defendant. | |
| AND CONSOLIDATED ACTIONS | Date: May 21, 2008 Time: 1:00 p.m. Place: Courtroom 1 |
| | **Phase 1** Pre-trial Conference: May 19, 2008 Trial Date: May 27, 2008 |

1
2

### DECLARATION OF JUAN PABLO ALBÁN

I, Juan Pablo Albán, declare as follows:

3      1.     I am a member of the bar of the State of California and an
4  associate with Quinn Emanuel Urquhart Oliver & Hedges, LLP, attorneys for
5  Mattel, Inc. I make this declaration of personal, firsthand knowledge, and if called
6  and sworn as a witness, I could and would testify competently thereto.

7      2.     Attached as Exhibit 1 is a true and correct copy of an MGA
8  Consulting Agreement between Carter Bryant and MGA Entertainment, Inc., as
9  produced by MGA and bearing Bates Numbers MGA 000001 – MGA 000006.

10     3.     Attached as Exhibit 2 is a true and correct copy of an MGA
11  Consulting Agreement between Carter Bryant and MGA Entertainment, Inc., as
12  produced by Christensen Glaser Fink Jacobs Weil & Shapiro LLP and bearing Bates
13  numbers CG 0019 – CG 0024, including the facsimile cover sheet accompanying
14  the agreement, which was marked as Exhibit 5905 during the deposition of Patricia
15  Glaser in this action.

16     4.     Attached as Exhibit 3 are true and correct copies of relevant
17  excerpts from the deposition transcript of Patricia Glaser dated, May 15, 2008,
18  discussing the document attached as Exhibit 2 hereto.

19

20     I declare under penalty of perjury under the laws of the United States of
21  America that the foregoing is true and correct.

22     Executed on May 21, 2008, at Los Angeles, California.

23
24
25  Juan Pablo Albán
26
27
28

07209/2513206.1

# EXHIBIT 1

# REDACTED

# SUBJECT TO

# PROTECTIVE ORDER

# EXHIBIT 2

# REDACTED

# SUBJECT TO

# PROTECTIVE ORDER

# EXHIBIT 3

# REDACTED

# SUBJECT TO

# PROTECTIVE ORDER