QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 90378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>Hon. Stephen G. Larson<br><br>MATTEL, INC.'S CORRECTED APPLICATION TO FILE UNDER SEAL EXHIBITS 1, 2, AND 3 TO THE DECLARATION OF JUAN PABLO ALBAN IN SUPPORT OF MATTEL, INC.'S OPPOSITION TO THE MGA PARTIES' MOTION *IN LIMINE* NO. 5 TO EXCLUDE REFERENCES TO PRIOR LEGAL REPRESENTATION<br><br>[[Proposed] Order filed concurrently]<br><br>[Local Rule 79-5.1]<br><br>Date:  May 21, 2008<br>Time:  1:00 p.m.<br>Place: Courtroom 1<br><br>**Phase 1**<br>Pre-trial Conference: May 19, 2008<br>Trial Date: May 27, 2008 |

07209/2513419.1

APPLICATION TO FILE UNDER SEAL

1  Pursuant to Local Rule 79-5.1 and the Stipulated Protective Order
2  entered by the Court in this action, Mattel, Inc. ("Mattel") hereby respectfully
3  requests that the Court order filed under seal Exhibits 1, 2, and 3 to the Declaration
4  of Juan Pablo Albán in Support Of Mattel, Inc.'s Opposition To The MGA Parties'
5  Motion *In Limine* No. 5 To Exclude References To Prior Legal Representation
6  ("Albán Declaration").
7  Exhibits 1, 2 and 3 to the Albán Declaration have been designated by
8  MGA or Christensen Glaser Fink Jacobs & Weil LLP as "Confidential--Attorneys'
9  Eyes Only" pursuant to the Protective Order. Accordingly, Mattel respectfully
10 requests that the Court order that Albán Declaration Exhibits 1, 2 and 3 be filed
11 under seal. In the alternative, Mattel respectfully requests that the Court order such
12 information be deemed not confidential.

14 DATED: May 21, 2008          QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

                               By_____
                               Juan Pablo Albán
                               Attorneys for Plaintiff
                               Mattel, Inc.