QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 90378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>Hon. Stephen G. Larson<br><br>CORRECTED [PROPOSED] ORDER GRANTING MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL EXHIBITS 1, 2, AND 3 TO THE DECLARATION OF JUAN PABLO ALBAN IN SUPPORT OF MATTEL, INC.'S OPPOSITION TO THE MGA PARTIES' MOTION *IN LIMINE* NO. 5 TO EXCLUDE REFERENCES TO PRIOR LEGAL REPRESENTATION<br><br>[Local Rule 79-5.1]<br><br>Date: May 21, 2008<br>Time: 1:00 p.m.<br>Place: Courtroom 1<br><br>**Phase 1**<br>Pre-trial Conference: May 19, 2008<br>Trial Date: May 27, 2008 |

07209/2513439.1

[PROPOSED] ORDER

1
2                                     **[PROPOSED] ORDER**
3
4        Based on Mattel, Inc.'s Application To File Under Seal Exhibits 1, 2,
5 and 3 to the Declaration of Juan Pablo Albán in Support Of Mattel, Inc.'s Opposition
6 To The MGA Parties' Motion *In Limine* No. 5 To Exclude References To Prior
7 Legal Representation ("Albán Declaration") and good cause appearing for the entry
8 thereof, IT IS HEREBY ORDERED that: Exhibits 1, 2, 3 of the Albán Declaration
9 shall be filed under seal pursuant to Local Rule 79-5.1.
10
11 DATED:               , 2008 _____
12                                         Hon. Stephen G. Larson
                                        United States District Judge
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28