THOMAS J. NOLAN (Bar No. 66992)
(tnolan@skadden.com)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue, Suite 3400
Los Angeles, CA 90071-3144
Tel.: (213) 687-5000/Fax: (213) 687-5600

RAOUL D. KENNEDY (Bar No. 40892)
(rkennedy@skadden.com)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
4 Embarcadero Center, 38th Floor
San Francisco, CA 94111-5974
Tel.: (415) 984-6400 / Fax: (415) 984-2698

Attorneys for MGA Entertainment, Inc., MGA Entertainment (HK) Limited, MGAE de Mexico, S.R.L. DE C.V., and Isaac Larian

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with Case No. 04-9059 and Case No. 05-2727<br><br>Hon. Stephen G. Larson<br><br>SUPPLEMENTAL DECLARATION OF THOMAS J. NOLAN IN FURTHER SUPPORT OF MGA PARTIES' MOTION FOR PARTIAL SUMMARY JUDGMENT<br><br>Hearing Date: May 19, 2008<br>Time: 1:30 p.m. |

## DECLARATION OF THOMAS J. NOLAN

I, Thomas J. Nolan, declare as follows:

1. I am an attorney licensed to practice law in the State of California and am an associate at the law firm of Skadden, Arps, Slate, Meagher & Flom LLP, counsel of record for MGA Entertainment, Inc., Isaac Larian, MGA Entertainment (HK) Limited, and MGAE de Mexico S.R.L. de C.V. (collectively, the "MGA Parties") in the above-captioned matter. I submit this Supplemental Declaration in Further Support of MGA Parties' Motion for Partial Summary Judgment. Unless otherwise stated, I have personal knowledge of the facts set forth below and, if called as a witness, I could and would testify competently thereto.

2. A true and correct copy of Trial Exhibit 04436-001 attached hereto as **Exhibit 148**.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed on May 21, 2008, at Riverside, California.

_____
Thomas J. Nolan

# Exhibit 148



**My Scene**

Notes: vol. 6
Oct. 24, 2002

| Date/Time/Place: | Thursday, October 24, 2002 / 1:00-2:00 / Catalina Room | | | |
|---|---|---|---|---|
| Attendees: | Marketing<br>• Debbie<br>• Jean<br>• Galite | Design<br>• Cassidy<br>• Barb<br>• Lily<br>• Erika<br>• Izzy | Licensing<br>• Richard<br>• Lisa | Merchandising |
| | Packaging<br>• Monica | Research<br>• Allison | Strat Planning<br>• Matt<br>• Cassandra | PR<br>• Ria<br>• Julia |
| | Creative<br>• Cynthia<br>• Michael<br>• Christie | Promotions<br>• Michelle | Prod. Planning<br>• Gail | Acct. Planning |
| | Website<br>• Marie<br>• Patrick | International<br>• Jill | Retail Planning<br>• Kathy | Agency<br>• Claudine |
| Proposed Agenda: | 1. My Scene Brand Update<br>    - Media Update: Change in TV dates<br>    - Teen Panel: Discuss criteria and goals<br>2. Brainstorm My Scene product ideas for Wave 4 and ES 2004 | | | |
| Homework: | My Scene: How do we continue to Innovate within the product line? Outside the doll?<br>  a. For the Oct. 24 meeting, please bring in a product, image, idea, etc. as inspiration for possible extensions to the My Scene brand. Where can we go with the Brand/the product and how/how far can we extend? | | | |

1. **My Scene Brand Update:**

    Product:
    - "Nolee" approved worldwide
    - "Bryant" cleared worldwide as well, but Lily pointed out that the former Mattel designer who is a creator of Bratz was named Bryant.
    - 9/1 dolls could have New Year's eve theme

    Advertising:
    - Doll spots will begin airing Oct. 30, eleven days prior to planned dates.
    - For Toy Fair, the My Scene brand spot featuring illustrations will be completed along with the accompanying Barbie webisode.
    - Rolling rack with TV monitors need 3-15 sec. VHS loop

    Teen Panel:
    - Need to determine goals of panel, list of questions and desired criteria of panel participants

    PR:
    - Nick Jr. magazine (over 1 million readers) mention as one of the hottest toys in 2002

CONFIDENTIAL - ATTORNEYS' EYES ONLY

Simpson-Taylor
EXHIBIT NO. 4436
2/23/08
Wendy S. Schreiber

Oct. 24, 2002

M 0155946

TRIAL EXHIBIT 04436-001

2. **My Scene Product Brainstorm:**

Places where people did their inspiration shopping:
- Stores: 3rd St. Promenade (Urban Outfitters, Anthropologie, Fred Segal), West LA (Giant Robot), Manhattan Beach (The Bee Hive), West 3rd St. (Paul Frank, Plastica, Zipper)
- Online: girlshop.com, fifiandromeo.com, puma.com, nike.com

My Scene Product Development: Plan of action
- What?...determine what My Scene products should be developed
- Who?...which groups will lead which project
- By whom?...developed internally or licensed out?
- Where at retail?...Once product list is determined, need Sales Input (Milt) on where it would be placed at retail and which buyers would be approached

What will happen to actual toy product? Evolution plan
- 15 months from now, will the sculpt change? What kind of changes? Bigger feet?
- Increase ethnic flavor of dolls? Balance the reality of lesser selling ethnic dolls with the brand statement of having dolls that are more true to the diversity of population

Toy Product Ideas
- Tied to the theme, retail cute stuff for the dolls and for the Girl (mirror what is in the My Scene doll package to products available at retail for the Girl to actually use in her world)
  - i.e. for My Scene "Date Scene that features a dog", create real dog collars and accessory for the Girl's pet or "Costume Party," create wigs for both dolls and girls

Girl Product Ideas
- Little undies/t-shirts
- Sweatshirts
- T-shirt packs
- Cosmetic bags
- Room accessories
- Customization kits: create their own necklace/jewelry, flip flops, belts, accessory packs, bracelets
- Fabric stationary
- Scrap-booking
- Wacky stickers
- Customize your own shoe, lifestyle kits, rubber bands, cards, hair accessories
- Fitness, health diet, yoga mats,
- Little purse with photo holder
- Magnets with teen words
- Picture frames
- Candles, room décor, soap, aromatherapy

Design Ideas
- Luxury logo design motif on product
- Denim

PR/Promotion Ideas
- Editor to design "the look for My Scene girls"
- Work with magazine combining the My Scene illustrations with on-trend real "looks"/clothing
- Teen Panel with fashion expert, Jorge Ramon, Teen People fashion director

- 2 -

CONFIDENTIAL - ATTORNEYS' EYES ONLY

M 0155947

TRIAL EXHIBIT 04436-002