QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  johnquinn@quinnemanuel.com
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
  Timothy L. Alger (Bar No. 160303)
  (timalger@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>**AND CONSOLIDATED ACTIONS** | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>**DISCOVERY MATTER**<br><br>**[PUBLIC REDACTED] DECLARATION OF MELISSA GRANT IN SUPPORT OF MATTEL, INC.'S MOTION FOR AN ORDER ENFORCING COURT'S DECEMBER 27 2007, ORDER COMPELLING MGA DEFENDANTS OR ISAAC LARIAN TO PRODUCE CERTAIN DOCUMENTS**<br><br>Hearing Date: TBD<br>Time: TBD<br>Place: TBD<br><br>**Phase 1:**<br>Pre-trial Conference: May 19, 2008<br>Trial Date: May 27, 2008 |

GRANT DECLARATION ISO MOTION FOR ORDER ENFORCING CERTAIN DISCOVERY ORDERS RE FINANCIAL INFORMATION

I, Melissa Grant, declare as follows:

1. I am a member of the bar of the State of California and an associate at Quinn Emanuel Urquhart Oliver & Hedges, LLP, attorneys for Mattel, Inc. ("Mattel"). Except as set forth herein, I make this declaration of personal, firsthand knowledge and, if called and sworn as a witness, I could and would testify competently thereto.

2. Attached as Exhibit 1 is a true and correct copy of the Order Granting in Part and Denying in Part Mattel's Motion to Compel Production of Documents by Isaac Larian; Denying Request for Sanctions, dated December 27, 2007.

3. Attached as Exhibit 2 is a true and correct copy of Mattel, Inc.'s First Set of Requests for Documents and Things To Isaac Larian, dated June 13, 2007.

4. Attached as Exhibit 3 are true and correct copies of the Declaration of Amy Park in Support of MGA Defendants' Reply in Support of their Motion to Quash Mattel, Inc.'s Subpoena to Bank of America, dated February 15, 2008, and the documents to which she referred to therein (MGA 3787275 – MGA 3787283).

5. Attached as Exhibit 4 is a true and copy of excerpts of the Deposition Isaac Larian ("Larian Depo") (Vol. 2), dated March 26, 2008.

6. Attached as Exhibit 5 is a true and copy of excerpts of the Deposition of Lisa Tonnu ("Tonnu Depo") (Vol. 4) dated January 17, 2008.

7. Attached as Exhibit 6 is a true and correct copy of a transcript of an excerpted portion of trial, <u>Art Attacks Ink, LLC v. MGA Entertainment, Inc.</u>, dated May 1, 2007, United States District Court, Southern District of California, Case No. 04CV1035-B, dated May 1, 2007 (MGA 0868866 - MGA 08697098).

8. Attached as Exhibit 7 is a true and copy of excerpts of the Tonnu Depo (Vol. 4) dated January 17, 2008.

9. Attached as Exhibit 8 is a true and correct copy of ABC International Traders, Inc., March 2001 Business Plan (MGA 0050638 - MGA 0050660)

10. Attached as Exhibit 9 is a true and correct copy of an e-mail message from Isaac Larian to Saban-Heim Saban, dated January 30, 2003 (MGA 1008775-MGA 1008778).

11. Attached as Exhibit 10 is a true and correct copy of an e-mail chain between Isaac Larian, Mel Woods, Valerie Grant, and/or Jeffrey Hall ranging in dated from June 26, 2003 through August 17, 2004 (MGA 4008769- MGA 4008779).

12. Attached as Exhibit 11 is a true and copy of the Transaction Journal (Tonnu Depo. Exh. 1354 (MGA 3787372 – MGA 3787397)).

13. Attached as Exhibit 12 is a true and copy of Tonnu Deposition Exhibit 1364 (MGA 3787400- MGA 3787426).

14. Attached as Exhibit 13 is a true and copy of the G/L Detail Ledger (MGA 3865982 - MGA 3866029).

15. Attached as Exhibit 14 is a true and copy of MGA's Independent Auditors' Report for the Years Ending 2000 and 1999 (MGA 7341- MGA 7351).

16. Attached as Exhibit 15 is a true and copy of MGA's Independent Auditors' Report for the Years Ending 2001 and 2000 (MGA 7352- MGA 7362).

17. Attached as Exhibit 16 is a true and copy of MGA's Consolidated Financial Statements for the Years Ending 2001 and 2002 (MGA 1728906 - MGA 1728919);

18. Attached as Exhibit 17 is a true and copy of MGA's Consolidated Financial Statements for the Year Ending 2003 (MGA 0863874 – MGA 0863887).

1  19.  Attached as Exhibit 18 is a true and copy of MGA's Consolidated Financial Statements for the Years Ending 2004 and 2003 (MGA 0863888- MGA 0863901).

20.  Attached as Exhibit 19 is a true and copy of MGA's Consolidated Financial Statements for the Years Ending 2005 and 2004 (MGA 0868693 – MGA 0868706).

21.  Attached as Exhibit 20 is a true and copy of MGA's Consolidated Financial Statements for the years Ending and 2006 and 2005 (MGA 0868706- MGA 0868722).

22.  Attached as Exhibit 21 is a true and copy of e-mail message from Jeffrey Hall to Isaac. Larian, dated Sept. 9, 2003 (MGA 1506093).

23.  Attached as Exhibit 22 is a true and correct copy of the expert report of Michael J. Wagner, dated February 11, 2008.

24.  Attached as Exhibit 23 is a true and correct copy of the rebuttal report of Michael J. Wagner, dated March 17, 2008.

25.  Attached as Exhibit 24 is a true and correct copy of the Real Property Transaction Record of MGA North LLC's ownership and purchase of 20000 Prairie Street, Chatsworth, California from Los Angeles Times Communications, for a purchase price of $27,300,000, on October 25, 2006, *available at* Westlaw APN:2761-001-072.

26.  Attached as Exhibit 25 is a true and correct copy of an article entitled, "A deal has been struck to sell the coveted Los Angeles Times property in Chatsworth to MGA Entertainment, makers of Bratz dolls, for an estimate $28 million," that appeared in the San Fernando Valley Business Journal on September 25, 2006, *available* at http:\\goliath.ecnext.com\coms2\gi_0199-5918939\MGA-Entertainment-Buying-Times-Pro..., last visited on April 22, 2008.

27. The information that MGA-produced and Ms. Tonnu authenticated (Exhibits 11 through 20) and others, which were reviewed and discussed by Michael J. Wagner in his expert report and rebuttal report (Exhibits 23 and 24) show that Isaac Larian received in salary and distributions from MGA

28. The Larian Net Worth Documents (Exhibit 3) are identified as Exhibits 11885 (MGA 3787275- MGA 3787279) and Exhibit 11266 (MGA 3787280- MGA 378283) on the Joint Exhibit List. On May 6, 2008, MGA and Larian served their objections to these exhibits, including completeness (Fed. R. Evid. 106), prejudicial and confusing (Fed. R. Evid. 403), and relevance (Fed. R. Evid. 401-402).

29. Attached is a true and correct copy of an e-mail message that Jon D. Corey, counsel for Mattel, sent to Amy S. Park, counsel for MGA and Larian, dated May 21, 2008.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 21th day of May, 2008, at Los Angeles, California.

_____
Melissa Grant