**EXHIBIT 2**

ORIGINAL

1   QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
     John B. Quinn (Bar No. 90378)
2     (johnquinn@quinnemanuel.com)
     Michael T. Zeller (Bar No. 196417)
3     (michaelzeller@quinnemanuel.com)
     Jon D. Corey (Bar No. 185066)
4     (joncorey@quinnemanuel.com)
     Timothy L. Alger (Bar No. 160303)
5     (timalger@quinnemanuel.com)
    865 South Figueroa Street, 10th Floor
6   Los Angeles, California 90017-2543
    Telephone: (213) 443-3000
7   Facsimile: (213) 443-3100

8   Attorneys for Mattel, Inc.

9                   UNITED STATES DISTRICT COURT

10                 CENTRAL DISTRICT OF CALIFORNIA

11                        EASTERN DIVISION

12   CARTER BRYANT, an individual,        CASE NO. CV 04-9049 SGL (RNBx)

13                 Plaintiff,             Consolidated with
                                          Case No. CV 04-09059
14        v.                              Case No. CV 05-02727

15   MATTEL, INC., a Delaware            MATTEL, INC.'S FIRST SET OF
     corporation,                        REQUESTS FOR DOCUMENTS AND
16                                       THINGS TO ISAAC LARIAN
                  Defendant.
17

18   AND CONSOLIDATED CASES.

19

20

21

22

23

24

25

26                                      EXHIBIT ___2___

27                                      PAGE ___29___

28
                                              C6|13|c7
07209/2142932.1
                   MATTEL'S FIRST SET OF DOCUMENT REQUESTS TO ISAAC LARIAN

1   Pursuant to Rule 34 of the Federal Rules of Civil Procedure, Mattel,
2   Inc. hereby requests that defendant Isaac Larian ("Larian") respond to these
3   document requests ("Requests") and make available for inspection and copying
4   originals of the following documents within 30 days of service at the offices of
5   Quinn Emanuel Urquhart Oliver & Hedges, LLP, 865 South Figueroa Street, 10th
6   floor, Los Angeles, CA 90017. Larian shall be obligated to supplement the
7   responses to these Requests at such times and to the extent required by Rule 26(e) of
8   the Federal Rules of Civil Procedure.

9

10  **I.   DEFINITIONS**

11

12   For purposes of these Requests, the following definitions apply:
13   A.   "YOU," "YOUR" and "LARIAN" mean Isaac Larian and any
14  individual or entity acting directly or indirectly by, through, under or on behalf of
15  Isaac Larian, including but not limited to current or former directors, officers,
16  agents, attorneys, employees, partners, joint venturers, contractors, accountants, or
17  representatives of Isaac Larian or any entity under the control or direction of Isaac
18  Larian (including but not limited to MGA), and any corporation, partnership,
19  association, trust, predecessor-in-interest and successor-in-interest, and any other
20  PERSON acting on behalf of Isaac Larian or pursuant to his authority or subject to
21  his control.
22   B.   "MGA" means MGA Entertainment, Inc. and all current or
23  former directors, officers, employees, agents, contractors, attorneys, accountants,
24  representatives, subsidiaries, divisions, AFFILIATES, predecessors-in-interest and
25  successors-in-interest, and any other PERSON acting on its behalf, pursuant to its
26  authority or subject to its control.
27   C.   "MATTEL" means Mattel, Inc. and all current or former
28  directors, officers, employees, agents, contractors, attorneys, accountants,

1 | representatives, subsidiaries, divisions, AFFILIATES, predecessors-in-interest and
2 | successors-in-interest, and any other PERSON acting on its behalf, pursuant to its
3 | authority or subject to its control.

4 |     D.    "BRYANT" means Carter Bryant, any of his current or former
5 | agents, representatives, attorneys, employees, partners, joint venturers,
6 | predecessors-in-interest and successors-in-interest, and any other PERSON acting
7 | on his behalf, pursuant to his authority or subject to his control. For purposes of
8 | these Requests, "MGA" and "LARIAN" do not include "BRYANT."

9 |     E.    "DOCUMENT" or "DOCUMENTS" means all "writings" and
10 | "recordings" as those terms are defined in Rule 1001 of the Federal Rules of
11 | Evidence and Rule 34 of the Federal Rules of Civil Procedure and shall include all
12 | writings, including but not limited to handwriting, typewriting, printing, image,
13 | photograph, photocopy, digital file of any kind, transmittal by (or as an attachment
14 | to) electronic mail (including instant messages and text messages) or facsimile,
15 | video and audio recordings, and every other means of recording upon any tangible
16 | thing, any form of communication or representation, and any record thereby created,
17 | regardless of the manner in which the record has been stored, and all non-identical
18 | copies of such DOCUMENTS, in the possession, custody, or control of YOU,
19 | YOUR counsel, or any other PERSON acting on YOUR behalf.

20 |     F.    "COMMUNICATION," in the plural as well as the singular,
21 | means any transmittal and/or receipt of information, whether such was oral or
22 | written, and whether such was by chance, prearranged, formal or informal, and
23 | specifically includes, but is not limited to, conversations in person, telephone
24 | conversations, electronic mail (including instant messages and text messages),
25 | voicemail, letters, memoranda, statements, media releases, magazine and newspaper
26 | articles, and video and audio transmissions.

27 |     G.    "DESIGN" or "DESIGNS" means any and all representations,
28 | whether two-dimensional or three-dimensional, and whether in tangible, digital,

PAGE

2

3 1

1 electronic or other form, including but not limited to all works, designs, artwork,
2 sketches, drawings, illustrations, representations, depictions, blueprints, schematics,
3 diagrams, images, sculptures, prototypes, models, samples, rotocasts, reductions to
4 practice, developments, concepts, ideas, inventions and/or improvements, as well as
5 all other items, things and DOCUMENTS in which any of the foregoing are or have
6 been expressed, embodied, contained, fixed or reflected in any manner, whether in
7 whole or in part.

8     H.    "BRATZ" means any project, product, doll or DESIGN or any
9 portion thereof ever known by that name, that is now or has ever been known as, or
10 sold or marketed under, the name or term "Bratz" or that is now or has ever been
11 sold or marketed as part of the "Bratz" line, including without limitation all
12 prototypes, models, samples and versions thereof. As used herein, "products, dolls
13 or DESIGNS or any portion thereof" also includes without limitation any names,
14 fashions, accessories, artwork, packaging or any other works, materials, matters or
15 items included or associated therewith. Without limiting the generality of the
16 foregoing, "BRATZ" includes any such project, product, doll or DESIGN,
17 regardless of what any such project, product, doll or DESIGN has in fact been
18 called, and regardless of what any such project, product, doll or DESIGN is or has
19 been also, previously or subsequently called. Also without limiting the generality of
20 the foregoing, and contrary to MGA's recent assertions in connection with other
21 Mattel discovery requests, the term "BRATZ" does not require that there be a doll
22 existing at the time of the event, incident or occurrence that is the subject of, or
23 otherwise relevant or responsive to, the Requests herein.

24     I.    "ANGEL" refers to those projects, products, dolls or DESIGNS
25 or any portion thereof, sometimes called "Angel Faces" and/or "Prayer Angels," that
26 MGA has claimed are the subject of MGA000706-08, MGA000710-12,
27 MGA000714-16, MGA000718-20, MGA000724-28 and MGA000734, including
28 without limitation all prototypes, models, samples and versions thereof. As used

07209/2142932.1

**EXHIBIT** 2

**PAGE** 3.2

-4-

MATTEL'S FIRST SET OF DOCUMENT REQUESTS TO ISAAC LARIAN

1  herein, "products, dolls or DESIGNS or any portion thereof" also includes without
2  limitation any names, fashions, accessories, artwork, packaging or any other works,
3  materials, matters or items included or associated therewith. Without limiting the
4  generality of the foregoing, "ANGEL" includes any such project, product, doll or
5  DESIGN, regardless of what any such project, product, doll or DESIGN has in fact
6  been called, and regardless of what any such project, product, doll or DESIGN is or
7  has been also, previously or subsequently called. Also without limiting the
8  generality of the foregoing, and contrary to MGA's recent assertions in connection
9  with other Mattel discovery requests, the term "ANGEL" does not require that there
10  be a doll existing at the time of the event, incident or occurrence that is the subject
11  of, or otherwise relevant or responsive to, the Requests herein.

12         J.     "AFFILIATES" means any and all corporations, proprietorships,
13  d/b/a's, partnerships, joint ventures and business entities of any kind that, directly or
14  indirectly, in whole or in part, own or control, are under common ownership or
15  control with, or are owned or controlled by a PERSON, party or entity, including
16  without limitation each parent, subsidiary and joint venture of such PERSON, party
17  or entity.

18         K.     "IDENTIFY" or "IDENTITY" means the following:
19                (a)     With reference to an individual, means such individual's
20  name, current or last known business title, current or last known business affiliation,
21  current or last known relationship to YOU, current or last known residential and
22  business address, and current or last known telephone number.

23                (b)     With reference to an entity or governmental organization,
24  means such entity's or organization's name, present or last-known address, and
25  present or last-known telephone number and the IDENTITY of each individual who
26  has served or participated as a contact for or on behalf of such entity or organization.

27                (c)     With reference to an account with a bank or financial
28  institution, means the name and address of the bank or financial institution, the

07209/2142932.1

**EXHIBIT** _2_

**PAGE** _33_

-5-

MATTEL'S FIRST SET OF DOCUMENT REQUESTS TO ISAAC LARIAN

1 | account number(s) for or otherwise associated with such account and the name of

2 | each holder, including without limitation each beneficial holder, of each such

3 | account.

4 |         (d)    With reference to a STORAGE DEVICE, means the

5 | manufacturer name, brand, model name and number, serial number and all other

6 | manufacturer identifiers, and the technical specifications and capacities of such

7 | STORAGE DEVICE.

8 |         L.    "ACTION" means this action now consolidated under Case No.

9 | 04-9049 before the Hon. Stephen Larson and formerly Mattel, Inc. v. Bryant, first

10 | filed in Los Angeles County Superior Court; Bryant v. Mattel, Inc.; and MGA

11 | Entertainment, Inc. v. Mattel, Inc.; and all counterclaims, cross-claims and defenses

12 | therein.

13 |         M.    "DIGITAL INFORMATION" means any information created or

14 | stored digitally, including but not limited to electronically, magnetically or optically.

15 |         N.    "STORAGE DEVICE" means any computer hard drive,

16 | memory, USB device, tape, storage array or any other device or medium that allows

17 | a user, whether permanently, temporarily or otherwise, to create, generate, prepare,

18 | transmit, copy, retain, store or maintain DIGITAL INFORMATION.

19 |         O.    "FAMILY MEMBER" means any PERSON who at any time is,

20 | was or has been a parent, spouse, or child of another PERSON.

21 |         P.    "RELATING," "RELATING TO," "REFERRING OR

22 | RELATING TO," or "REFER OR RELATE TO" means any and all of the following

23 | terms and their synonyms: refer to, discuss, constitute, evidence, pertain to,

24 | mention, support, contradict, negate, bear on, touch on, contain, embody, reflect,

25 | identify, state, deal with, concern, comment on, summarize, respond to, relate to, or

26 | describe.

27 |         Q.    "PERSON," in the plural as well as the singular, means any

28 | natural person, association, partnership, corporation, joint venture, government

1   entity, organization, trust, institution, proprietorship, or any other entity recognized

2   as having an existence under the laws in the United States or any other nation.

3       R.    "BRATZ PRODUCT" means any product, whether two-

4   dimensional or three-dimensional, and whether in tangible, digital, electronic or

5   other form: (i) that is or has ever been distributed, marketed or sold under the name

6   "Bratz" or as part of the "Bratz" line; (ii) that depicts, incorporates, embodies,

7   consists of or REFERS OR RELATES TO BRATZ; and/or (iii) that is or has ever

8   been distributed, marketed or sold in any packaging that includes the name "Bratz"

9   or depicts, incorporates, embodies, consists of or REFERS OR RELATES TO

10  BRATZ.

11      S.    "BRATZ DOLL" means any doll that is or has ever been

12  distributed, marketed, sold or offered for sale under the name "Bratz" or as part of

13  the "Bratz" line.

14      T.    "BRATZ MOVIE" means any motion picture or film that

15  depicts, incorporates, embodies, consists of or REFERS OR RELATES TO BRATZ

16  or any BRATZ DESIGN.

17      U.    "BRATZ TELEVISION SHOW" means any production

18  exhibited on television that depicts, incorporates, embodies, consists of or REFERS

19  OR RELATES TO BRATZ or any BRATZ DESIGN.

20      V.    "DIVA STARZ" means any project, product, doll or DESIGN or

21  any portion thereof ever known by that name, that is now or has ever been known

22  as, or sold or marketed under, the name or term "DIVA STARZ" or that is now or

23  has ever been sold or marketed as part of the "DIVA STARZ" line, including

24  without limitation "Chat Girls," "Brats," and "Chat Brats," and including without

25  limitation all prototypes, models, samples and versions thereof. As used herein,

26  "products, dolls or DESIGNS or any portion thereof" also includes without

27  limitation any names, fashions, accessories, artwork, packaging or any other works,

28  materials, matters or items included or associated therewith. Without limiting the

**EXHIBIT** 2

07209/2142932.1

**PAGE** 35

-7-

1 generality of the foregoing, "DIVA STARZ" includes any such project, product, doll

2 or DESIGN, regardless of what any such project, product, doll or DESIGN has in

3 fact been called, and regardless of what any such project, product, doll or DESIGN

4 is or has been also, previously or subsequently called. Also without limiting the

5 generality of the foregoing, and contrary to MGA's recent assertions in connection

6 with other Mattel discovery requests, the term "DIVA STARZ" does not require that

7 there be a doll existing at the time of the event, incident or occurrence that is the

8 subject of, or otherwise relevant or responsive to, the Requests herein.

9        W.     The singular form of a noun or pronoun includes within its

10 meaning the plural form of the noun or pronoun so used, and *vice versa*; the use of

11 the masculine form of a pronoun also includes within its meaning the feminine form

12 of the pronoun so used, and *vice versa*; the use of any tense of any verb includes

13 also within its meaning all other tenses of the verb so used, whenever such

14 construction results in a broader request for information; and "and" includes "or"

15 and *vice versa*, whenever such construction results in a broader disclosure of

16 documents or information

17

18 **II.**    **INSTRUCTIONS**

19

20        A.     YOU are to produce all requested DOCUMENTS in YOUR

21 possession, custody or control.

22        B.    If YOU contend that YOU are not required to produce certain

23 DOCUMENTS called for by these Requests on the grounds of a privilege or

24 protection that YOU are not prepared to waive, identify each such DOCUMENT

25 and provide the following information:

26          1.       the date and type of the DOCUMENT, the author(s) and

27               all recipients;

28

EXHIBIT __2__

PAGE __36__

07209/2142932.1

2.      the privilege or protection that YOU claim permits YOU to withhold the DOCUMENT;

3.      the title and subject matter of the DOCUMENT;

4.      any additional facts on which YOU base YOUR claim of privilege or protection; and

5.      the identity of the current custodian of the original of the DOCUMENT.

C.   DOCUMENTS shall be produced in their original file folders, or in lieu thereof, any writing on the file folder from which each such DOCUMENT is taken shall be copied and appended to such DOCUMENT and the PERSON for whom or department, division or office for which the DOCUMENT or the file folder is maintained shall be identified.

D.   The DOCUMENTS should be produced in their complete and unaltered form. Attachments to DOCUMENTS should not be removed. The DOCUMENTS should not be cut-up, pasted over, redacted or altered in any way for any reason, including alleged nonrelevance. If emails are produced that had attachments, the attachments shall be attached when produced.

E.   DOCUMENTS in electronic form shall be produced in that form.

F.   In the event that any DOCUMENT called for by these requests has been destroyed or discarded, that DOCUMENT is to be identified by stating:

1.      the date and type of the DOCUMENT, the author(s) and all recipients;

2.      the DOCUMENT's date, subject matter, number of pages, and attachments or appendices;

3.      the date of destruction or discard, manner of destruction or discard, and reason for destruction or discard;

4.      the PERSONS who were authorized to carry out such destruction or discard;

**EXHIBIT ____ 2____**

**PAGE ____ 37____**

MATTEL'S FIRST SET OF DOCUMENT REQUESTS TO ISAAC LARIAN

5.        the PERSONS who have knowledge of the content,
          origins, distribution and destruction of the DOCUMENT;
          and

6.        whether any copies of the document exist and, if so, the
          name of the custodian of each copy.

## III.    REQUESTS FOR DOCUMENTS AND THINGS

REQUEST FOR PRODUCTION NO. 1:

All DOCUMENTS prepared, drafted, written, transmitted or received (whether in whole or in part) prior to December 31, 2001 RELATING TO BRATZ.

REQUEST FOR PRODUCTION NO. 2:

All DOCUMENTS RELATING TO BRATZ and RELATING TO any time prior to December 31, 2001 (regardless of when such DOCUMENT was prepared, written, transmitted or received, whether in whole or in part).

REQUEST FOR PRODUCTION NO. 3:

All DOCUMENTS RELATING TO the origin(s), conception and creation of BRATZ, including without limitation all DOCUMENTS RELATING TO the timing and the method and manner in which BRATZ first came to YOUR or MGA's attention.

REQUEST FOR PRODUCTION NO. 4:

All DOCUMENTS RELATING TO the modeling, prototyping, rotocasting, sculpting or DESIGN of BRATZ at any time prior to June 30, 2001, including without limitation all DOCUMENTS RELATING to the creation, preparation or modification of any three-dimensional representation of BRATZ.

07209/2142932.1

EXHIBIT ____2____

PAGE ____39____

-10-

MATTEL'S FIRST SET OF DOCUMENT REQUESTS TO ISAAC LARIAN

1    REQUEST FOR PRODUCTION NO. 5:

2        All DOCUMENTS RELATING TO any payment or transfer of

3 anything of value made to or on behalf of BRYANT for any DESIGN that

4 BRYANT assigned or transferred to YOU or MGA prior to October 21, 2000,

5 regardless of when such payment was actually made.

6

7    REQUEST FOR PRODUCTION NO. 6:

8        All DOCUMENTS that RELATING TO invoices submitted by

9 BRYANT to YOU or MGA prior to January 31, 2001.

10

11    REQUEST FOR PRODUCTION NO. 7:

12        All royalty statements to or for BRYANT.

13

14    REQUEST FOR PRODUCTION NO. 8:

15        All DOCUMENTS RELATING TO BRYANT's participation in the

16 conception, creation, DESIGN, development, sculpting, tooling, production or

17 manufacture of BRATZ.

18

19    REQUEST FOR PRODUCTION NO. 9:

20        All DOCUMENTS RELATING TO COMMUNICATIONS between

21 YOU or MGA and BRYANT and RELATING TO the period prior to December 31,

22 2001 (regardless of when such document was prepared, written, transmitted or

23 received, whether in whole or in part), including without limitation all diaries, notes,

24 calendars, logs, phone records and letters, that reflect, record or memorialize or

25 otherwise RELATING TO any such COMMUNICATIONS.

26

27                         EXHIBIT __2__

28                         PAGE __40__

-11-

1 | REQUEST FOR PRODUCTION NO. 10:

2        All DOCUMENTS RELATING TO COMMUNICATIONS between

3 YOU or MGA and BRYANT prior to December 31, 2001, including without

4 limitation all diaries, notes, calendars, logs, phone records and letters, that reflect,

5 record or memorialize or otherwise RELATING TO any such

6 COMMUNICATIONS.

7

8 | REQUEST FOR PRODUCTION NO. 11:

9        All COMMUNICATIONS between YOU or MGA and BRYANT prior

10 to December 31, 2001.

11

12 | REQUEST FOR PRODUCTION NO. 12:

13        All DOCUMENTS RELATING TO COMMUNICATIONS between

14 YOU or MGA and BRYANT prior to December 31, 2001 (regardless of when such

15 DOCUMENT was prepared, written, transmitted or received, whether in whole or in

16 part), including without limitation all diaries, notes, calendars, logs, phone records

17 and letters, that reflect, record or memorialize or otherwise RELATING TO any

18 such COMMUNICATIONS.

19

20 | REQUEST FOR PRODUCTION NO. 13:

21        All COMMUNICATIONS RELATING TO BRATZ between YOU or

22 MGA and any PERSON prior to December 31, 2001.

23

EXHIBIT _____ 2

24 | REQUEST FOR PRODUCTION NO. 14:     PAGE _____ 41

25        All DOCUMENTS RELATING TO COMMUNICATIONS between

26 YOU or MGA and any PERSON and RELATING TO the period prior to December

27 31, 2001 (regardless of when such DOCUMENT was prepared, written, transmitted

28 or received, whether in whole or in part), including without limitation all diaries,

1 | notes, calendars, logs, phone records and letters, that reflect, record or memorialize

2 | or otherwise RELATING TO any such COMMUNICATIONS.

3

4 | REQUEST FOR PRODUCTION NO. 15:

5 | All COMMUNICATIONS RELATING TO BRATZ between YOU or

6 | MGA and BRYANT.

7

8 | REQUEST FOR PRODUCTION NO. 16:

9 | All DOCUMENTS RELATING TO BRYANT's employment by

10 | MATTEL.

11

12 | REQUEST FOR PRODUCTION NO. 17:

13 | All DOCUMENTS RELATING TO YOUR or MGA's knowledge of

14 | BRYANT's employment by MATTEL.

15

16 | REQUEST FOR PRODUCTION NO. 18:

17 | All DOCUMENTS RELATING TO DESIGNS that BRYANT

18 | produced, prepared, created, authored, conceived of or reduced to practice, whether

19 | alone or jointly with others, prior to December 31, 2001.

20

21 | REQUEST FOR PRODUCTION NO. 19:

22 | All DOCUMENTS RELATING TO DESIGNS produced, prepared,

23 | created, authored, conceived of or reduced to practice prior to December 31, 2001

24 | by BRYANT, whether alone or jointly with others, in which YOU or MGA have

25 | purported at any time to purchase, acquire or own any right, title or interest (whether

26 | in whole or in part).

27

28

EXHIBIT __2__

PAGE __42__

-13-

MATTEL'S FIRST SET OF DOCUMENT REQUESTS TO ISAAC LARIAN

1  REQUEST FOR PRODUCTION NO. 20:

2      All DOCUMENTS, including without limitation all

3  COMMUNICATIONS between YOU or MGA and any PERSON, RELATING TO

4  any agreement or contract between BRYANT and MATTEL.

5

6  REQUEST FOR PRODUCTION NO. 21:

7      All DOCUMENTS, including without limitation all

8  COMMUNICATIONS between YOU or MGA and any PERSON, RELATING TO

9  YOUR or MGA's knowledge of any agreement or contract between BRYANT and

10 MATTEL.

11

12 REQUEST FOR PRODUCTION NO. 22:

13     All DOCUMENTS RELATING TO any payment or transfer of

14 anything of value made to or on behalf of BRYANT prior to October 21, 2000 or for

15 work or services performed by BRYANT prior to October 21, 2000 regardless of

16 when such payment was actually made.

17

18 REQUEST FOR PRODUCTION NO. 23:

19     All DOCUMENTS RELATING TO any agreement or contract

20 between YOU or MGA, on the one hand, and BRYANT, on the other hand,

21 including without limitation all drafts thereof, all actual or proposed amendments,

22 modifications and revisions thereto and all COMMUNICATIONS RELATING

23 thereto.

24

25 REQUEST FOR PRODUCTION NO. 24:

26     All doll heads, sculpts, prototypes, models, samples and tangible items

27 that were created, prepared or made, whether in whole or in part, prior to December

28 31, 2001 RELATING TO BRATZ.

**EXHIBIT** ___2___

**PAGE** ___43___

07209/2142932.1

-14-

MATTEL'S FIRST SET OF DOCUMENT REQUESTS TO ISAAC LARIAN

1  REQUEST FOR PRODUCTION NO. 25:

2      All doll heads, sculpts, prototypes, models, samples and tangible items

3  that were created, prepared or made, whether in whole or in part, prior to December

4  31, 2001 RELATING TO ANGEL.

5

6  REQUEST FOR PRODUCTION NO. 26:

7      All DOCUMENTS RELATING TO each and every sculpt of BRATZ

8  (including without limitation any model, prototype or sample thereof) prior to June

9  1, 2001.

10

11  REQUEST FOR PRODUCTION NO. 27:

12      All DOCUMENTS RELATING TO each and every sculpt of ANGEL

13  (including without limitation any model, prototype or sample thereof).

14

15  REQUEST FOR PRODUCTION NO. 28:

16      All DOCUMENTS RELATING TO the procurement, fabrication,

17  preparation and production of each and every mold for BRATZ (including without

18  limitation for any model, prototype or sample thereof) prior June 30, 2001,

19  including without limitation all orders, purchase orders and invoices relating thereto.

20

21  REQUEST FOR PRODUCTION NO. 29:

22      DOCUMENTS sufficient to show when any mold for ANGEL

23  (including without limitation for any model, prototype or sample thereof) was first

24  ordered, requested, procured, fabricated, prepared and produced.

25                                EXHIBIT __2__

26  REQUEST FOR PRODUCTION NO. 30:       PAGE __44__

27      All DOCUMENTS RELATING TO any showing, presentation or

28  exhibition, or any proposed, offered or requested showing, presentation or

1  exhibition, of BRATZ (including without limitation any model, prototype or sample
2  thereof) prior to June 30, 2001.
3
4  REQUEST FOR PRODUCTION NO. 31:
5          DOCUMENTS sufficient to show when ANGEL (including without
6  limitation any model, prototype or sample thereof) was first exhibited, shown or
7  presented to any third party.
8          ,
9  REQUEST FOR PRODUCTION NO. 32:
10         All COMMUNICATIONS between YOU or MGA and any wholesaler,
11  distributor, and/or retailer RELATING TO BRATZ prior to December 31, 2001.
12
13  REQUEST FOR PRODUCTION NO. 33:
14         All COMMUNICATIONS between YOU or MGA and any wholesaler,
15  distributor, and/or retailer RELATING TO ANGEL.
16
17  REQUEST FOR PRODUCTION NO. 34:
18         All DOCUMENTS RELATING TO when and where BRATZ
19  (including without limitation any model, prototype or sample thereof) was first
20  marketed to any wholesaler, distributor and/or retailer.
21
22  REQUEST FOR PRODUCTION NO. 35:
23         All DOCUMENTS RELATING TO when and where ANGEL
24  (including without limitation any model, prototype or sample thereof) was first
25  marketed to any wholesaler, distributor and/or retailer.
26
27  EXHIBIT __2__
28  PAGE __45__

-16-

REQUEST FOR PRODUCTION NO. 36:

DOCUMENTS sufficient to show when and where BRATZ was first shipped, distributed and sold.

REQUEST FOR PRODUCTION NO. 37:

DOCUMENTS sufficient to show when and where ANGEL was first shipped, distributed and sold.

REQUEST FOR PRODUCTION NO. 38:

All DOCUMENTS RELATING TO the licensing, including without limitation the proposed, offered or requested licensing, of BRATZ prior to December 31, 2001.

REQUEST FOR PRODUCTION NO. 39:

All COMMUNICATIONS between YOU or MGA and any manufacturer, or any contemplated, proposed or potential manufacturer, RELATING TO BRATZ prior to December 31, 2001.

REQUEST FOR PRODUCTION NO. 40:

DOCUMENTS sufficient to identify when YOU or MGA first contacted any manufacturer, or any contemplated, proposed or potential manufacturer, for the production or manufacture of ANGEL.

REQUEST FOR PRODUCTION NO. 41:

All COMMUNICATIONS between YOU or MGA and any PERSON that REFER OR RELATE TO the distribution or proposed or potential distribution of BRATZ prior to December 31, 2001.

EXHIBIT __2__

PAGE __46__

-17-

1  REQUEST FOR PRODUCTION NO. 42:

2           All DOCUMENTS RELATING TO the performance of any agreement

3  or contract between YOU or MGA, on the one hand, and BRYANT, on the other

4  hand.

5

6  REQUEST FOR PRODUCTION NO. 43:

7           All DOCUMENTS RELATING TO the agreement dated as of

8  September 18, 2000 between MGA and BRYANT, including without limitation all

9  drafts thereof, any actual or proposed modifications, amendments or revisions

10 thereto and all COMMUNICATIONS RELATING thereto.

11

12 REQUEST FOR PRODUCTION NO. 44:

13          All DOCUMENTS RELATING TO the Modification and Clarification

14 of the Agreement dated as of September 18, 2000 between MGA and BRYANT,

15 including without limitation all drafts thereof, any actual or proposed modifications,

16 amendments or revisions thereto and all COMMUNICATIONS RELATING

17 thereto.

18

19 REQUEST FOR PRODUCTION NO. 45:

20          All DOCUMENTS RELATING TO the agreement dated April 2001

21 between MGA and BRYANT, including without limitation all drafts thereof, any

22 actual or proposed modifications, amendments or revisions thereto and all

23 COMMUNICATIONS RELATING thereto.

EXHIBIT ___2___

24

PAGE ___47___

25 REQUEST FOR PRODUCTION NO. 46:

26          All DOCUMENTS that RELATING TO any agreement or contract that

27 REFERS AND RELATES TO BRATZ between Isaac Larian and any PERSON

28 (including without limitation MGA), including without limitation all drafts thereof,

07209/2142932.1

-18-

1  all actual or proposed amendments, modifications and revisions thereto and all

2  COMMUNICATIONS RELATING thereto.

3

4  REQUEST FOR PRODUCTION NO. 47:

5        All DOCUMENTS RELATING TO the performance of any agreement

6  or contract that REFERS AND RELATES TO BRATZ between Isaac Larian and

7  any PERSON (including without limitation MGA).

8

9  REQUEST FOR PRODUCTION NO. 48:

10        All DOCUMENTS that REFER OR RELATE TO any agreement or

11  contract that REFERS AND RELATES TO BRYANT between Isaac Larian and

12  any PERSON (including without limitation MGA), including without limitation all

13  drafts thereof, all actual or proposed amendments, modifications and revisions

14  thereto and all COMMUNICATIONS RELATING thereto.

15

16  REQUEST FOR PRODUCTION NO. 49:

17        All DOCUMENTS RELATING TO the performance of any agreement

18  or contract that REFERS AND RELATES TO BRYANT between Isaac Larian and

19  any PERSON (including without limitation MGA).

20

21  REQUEST FOR PRODUCTION NO. 50:

22        All DOCUMENTS that REFER OR RELATE TO any agreement or

23  contract that REFERS AND RELATES TO BRATZ between any FAMILY

24  MEMBER of Isaac Larian and any PERSON (including without limitation MGA

25  and/or Isaac Larian), including without limitation all drafts thereof, all actual or

26  proposed amendments, modifications and revisions thereto and all

27  COMMUNICATIONS RELATING thereto.

28

EXHIBIT ___2___

PAGE ___48___

07209/2142932.1

-19-

MATTEL'S FIRST SET OF DOCUMENT REQUESTS TO ISAAC LARIAN

1 | REQUEST FOR PRODUCTION NO. 51:

2          All DOCUMENTS RELATING TO the performance of any agreement

3 | or contract that REFERS AND RELATES TO BRATZ between any FAMILY

4 | MEMBER of Isaac Larian and any PERSON (including without limitation MGA

5 | and/or Isaac Larian).

6

7 | REQUEST FOR PRODUCTION NO. 52:

8          All DOCUMENTS RELATING TO any agreement or contract that

9 | REFERS AND RELATES TO BRYANT between any FAMILY MEMBER of

10 | Isaac Larian and any PERSON (including without limitation MGA and/or Isaac

11 | Larian), including without limitation all drafts thereof, all actual or proposed

12 | amendments, modifications and revisions thereto and all COMMUNICATIONS

13 | RELATING thereto.

14

15 | REQUEST FOR PRODUCTION NO. 53:

16          All DOCUMENTS RELATING TO the performance of any agreement

17 | or contract that REFERS AND RELATES TO BRYANT between any FAMILY

18 | MEMBER of Isaac Larian and any PERSON (including without limitation MGA

19 | and/or Isaac Larian).

20

21 | REQUEST FOR PRODUCTION NO. 54:

22          All DOCUMENTS RELATING TO royalties or payments RELATING

23 | TO BRATZ that have been made by any PERSON (including without limitation

24 | MGA) to, for or on behalf of Isaac Larian.

25

26

27 | EXHIBIT __2__

28 | PAGE __49__

07209/2142932.1

-20-

1   REQUEST FOR PRODUCTION NO. 55:

2          All DOCUMENTS RELATING TO royalties or payments RELATING

3   TO BRATZ that have been made by any PERSON (without limitation MGA) to, for

4   or on behalf of any FAMILY MEMBER of Isaac Larian.

5

6   REQUEST FOR PRODUCTION NO. 56:

7          All DOCUMENTS RELATING TO DIVA STARZ and RELATING

8   TO any time prior to December 31, 2001 (regardless of when such document was

9   prepared, written, transmitted or received, whether in whole or in part).

10

11  REQUEST FOR PRODUCTION NO. 57:

12         All DOCUMENTS RELATING TO YOUR or MGA's knowledge of

13  DIVA STARZ and RELATING TO any time prior to December 31, 2001

14  (regardless of when such document was prepared, written, transmitted or received,

15  whether in whole or in part).

16

17  REQUEST FOR PRODUCTION NO. 58:

18         All DOCUMENTS RELATING TO MATTEL's consideration or

19  proposed use of "Brats," "Chat Brats" or any variation thereon and RELATING TO

20  any time prior to December 31, 2001 (regardless of when such document was

21  prepared, written, transmitted or received, whether in whole or in part).

22

23  REQUEST FOR PRODUCTION NO. 59:

24         All DOCUMENTS RELATING TO "Toon Teens."

25

26  REQUEST FOR PRODUCTION NO. 60:

27         All DOCUMENTS RELATING TO YOUR or MGA's knowledge of

28  "Toon Teens."

EXHIBIT __2__

PAGE __50__

1
2
3 REQUEST FOR PRODUCTION NO. 61:

4        All DOCUMENTS, including without limitation
5 COMMUNICATIONS, prepared, drafted, created, received or transmitted (whether
6 in whole or in part) prior to December 31, 2001 RELATING TO BRYANT.

7
8 REQUEST FOR PRODUCTION NO. 62:

9        All DOCUMENTS RELATING TO any actual, potential, proposed,
10 considered or contemplated work, activities or services, including without limitation
11 any freelance work or consulting services, by BRYANT for, with or on behalf of
12 YOU or MGA prior to December 31, 2001 (regardless of when any such
13 DOCUMENT was prepared, created, received or transmitted, whether in whole or in
14 part).

15
16 REQUEST FOR PRODUCTION NO. 63:

17        All DOCUMENTS RELATING TO any actual, potential, proposed,
18 considered or contemplated work, activities or services, including without limitation
19 any freelance work or consulting services, by Anna Rhee for, with or on behalf of
20 YOU or MGA prior to December 31, 2001 (regardless of when any such
21 DOCUMENT was prepared, created, received or transmitted, whether in whole or in
22 part).

EXHIBIT _2_

23
24 REQUEST FOR PRODUCTION NO. 64:

PAGE __51__

25        All DOCUMENTS RELATING TO any actual, potential, proposed,
26 considered or contemplated work, activities or services, including without limitation
27 any freelance work or consulting services, by Veronica Marlow for, with or on
28 behalf of YOU or MGA prior to December 31, 2001 (regardless of when any such

07209/2142932.1

1   DOCUMENT was prepared, created, received or transmitted, whether in whole or in
2   part).

3

4   REQUEST FOR PRODUCTION NO. 65:

5         All DOCUMENTS RELATING TO any actual, potential, proposed,
6   considered or contemplated work, activities or services, including without limitation
7   any freelance work or consulting services, by Sarah Halpern for, with or on behalf
8   of YOU or MGA prior to December 31, 2001 (regardless of when any such
9   DOCUMENT was prepared, created, received or transmitted, whether in whole or in
10  part).

11

12  REQUEST FOR PRODUCTION NO. 66:

13        All DOCUMENTS RELATING TO any actual, potential, proposed,
14  considered or contemplated work, activities or services, including without limitation
15  any freelance work or consulting services, by Jesse Ramirez for, with or on behalf of
16  YOU or MGA prior to December 31, 2001 (regardless of when any such
17  DOCUMENT was prepared, created, received or transmitted, whether in whole or in
18  part).

19

20  REQUEST FOR PRODUCTION NO. 67:

21        All DOCUMENTS RELATING TO any actual, potential, proposed,
22  considered or contemplated work, activities or services, including without limitation
23  any freelance work or consulting services, by Margaret Hatch (also known as
24  Margaret Leahy and/or Margaret Hatch-Leahy) for, with or on behalf of YOU or
25  MGA prior to December 31, 2001 (regardless of when any such DOCUMENT was
26  prepared, created, received or transmitted, whether in whole or in part).

27

28

EXHIBIT _____ 2

PAGE _____ 52

-23-

MATTEL'S FIRST SET OF DOCUMENT REQUESTS TO ISAAC LARIAN

1  | REQUEST FOR PRODUCTION NO. 68:

2  |          All DOCUMENTS RELATING TO any actual, potential, proposed,

3  | considered or contemplated work, activities or services, including without limitation

4  | any freelance work or consulting services, by Elise Cloonan for, with or on behalf of

5  | YOU or MGA.

6  |

7  | REQUEST FOR PRODUCTION NO. 69:

8  |          All DOCUMENTS RELATING TO any actual, potential, proposed,

9  | considered or contemplated work, activities or services, including without limitation

10 | any freelance work or consulting services, by Maureen Mullen for, with or on behalf

11 | of YOU or MGA.

12 |

13 | REQUEST FOR PRODUCTION NO. 70:

14 |          All DOCUMENTS RELATING TO any actual, potential, proposed,

15 | considered or contemplated work, activities or services, including without limitation

16 | any freelance work or consulting services, by Billy Ragsdale for, with or on behalf

17 | of YOU or MGA.

18 |

19 | REQUEST FOR PRODUCTION NO. 71:

20 |          All DOCUMENTS RELATING TO any actual, potential, proposed,

21 | considered or contemplated work, activities or services, including without limitation

22 | any freelance work or consulting services, by Wendy Ragsdale for, with or on

23 | behalf of YOU or MGA.

24 |

25 | REQUEST FOR PRODUCTION NO. 72:

26 |          All DOCUMENTS RELATING TO any actual, potential, proposed,

27 | considered or contemplated work, activities or services, including without limitation

28 |

EXHIBIT __2__

PAGE __53__

07209/2142932.1

MATTEL'S FIRST SET OF DOCUMENT REQUESTS TO ISAAC LARIAN

1 | any freelance work or consulting services, by David Dees for, with or on behalf of
2 | YOU or MGA.

3

4 | REQUEST FOR PRODUCTION NO. 73:

5 | All DOCUMENTS RELATING TO any actual, potential, proposed,
6 | considered or contemplated work, activities or services, including without limitation
7 | any freelance work or consulting services, by Steve Linker for, with or on behalf of
8 | YOU or MGA.

9

10 | REQUEST FOR PRODUCTION NO. 74:

11 | All DOCUMENTS RELATING TO Steve Linker and RELATING TO
12 | any time prior to December 31, 2001 (regardless of when such document was
13 | prepared, written, transmitted or received, whether in whole or in part).

14

15 | REQUEST FOR PRODUCTION NO. 75:

16 | All DOCUMENTS RELATING TO any actual, potential, proposed,
17 | considered or contemplated work, activities or services, including without limitation
18 | any freelance work or consulting services, by Liz Hogan for, with or on behalf of
19 | YOU or MGA.

20

21 | REQUEST FOR PRODUCTION NO. 76:

22 | All DOCUMENTS RELATING TO any actual, potential, proposed,
23 | considered or contemplated work, activities or services, including without limitation
24 | any freelance work or consulting services, by Amy Meyers for, with or on behalf of
25 | YOU or MGA.

26

27

28

EXHIBIT __2__

PAGE __54__

07209/2142932.1

-25-

MATTEL'S FIRST SET OF DOCUMENT REQUESTS TO ISAAC LARIAN

1  REQUEST FOR PRODUCTION NO. 77:

2          To the extent not covered by other Requests, all DOCUMENTS

3  RELATING TO any actual, potential, proposed, considered or contemplated work,

4  activities or services, including without limitation any freelance work or consulting

5  services, by any PERSON RELATING TO BRATZ prior to December 31, 2001.

6

7  REQUEST FOR PRODUCTION NO. 78:

8          To the extent not covered by other Requests, all DOCUMENTS

9  RELATING TO any actual, potential, proposed, considered or contemplated work,

10  activities or services, including without limitation any freelance work or consulting

11  services, by any PERSON RELATING TO ANGEL prior to December 31, 2001.

12

13  REQUEST FOR PRODUCTION NO. 79:

14          All DOCUMENTS RELATING TO any focus groups RELATING TO

15  BRATZ and/or ANGEL, including without limitation all videotapes, summaries,

16  notes and reports associated therewith.

17

18  REQUEST FOR PRODUCTION NO. 80:

19          All DOCUMENTS RELATING TO any services or work performed by

20  L.A. Focus between January 1, 1999 and December 31, 2001, including without

21  limitation all videotapes, summaries, notes and reports associated therewith.

22

23  REQUEST FOR PRODUCTION NO. 81:

24          All DOCUMENTS RELATING TO Alaska Momma.

25                                          EXHIBIT __2__

26  REQUEST FOR PRODUCTION NO. 82:        PAGE __55__

27          All DOCUMENTS RELATING TO any actual, potential, proposed,

28  considered or contemplated agreement or contract between YOU or MGA and Anna

1 │ Rhee, including without limitation all drafts thereof and amendments, modifications

2 │ and revisions thereto, and all COMMUNICATIONS relating thereto.

3 │

4 │ REQUEST FOR PRODUCTION NO. 83:

5 │       All DOCUMENTS RELATING TO any payments of money or the

6 │ transfer of anything of value to Anna Rhee or her FAMILY MEMBERS.

7 │

8 │ REQUEST FOR PRODUCTION NO. 84:

9 │       All DOCUMENTS RELATING TO any actual, potential, proposed,

10 │ considered or contemplated agreement or contract between YOU or MGA and

11 │ Veronica Marlow or her FAMILY MEMBERS, including without limitation all

12 │ drafts thereof and amendments, modifications and revisions thereto, and all

13 │ COMMUNICATIONS relating thereto.

14 │

15 │ REQUEST FOR PRODUCTION NO. 85:

16 │       All DOCUMENTS RELATING TO any payments of money or the

17 │ transfer of anything of value to Veronica Marlow or her FAMILY MEMBERS.

18 │

19 │ REQUEST FOR PRODUCTION NO. 86:

20 │       All DOCUMENTS RELATING TO any actual, potential, proposed,

21 │ considered or contemplated agreement or contract between YOU or MGA and

22 │ Margaret Hatch (also known as Margaret Leahy and/or Margaret Hatch-Leahy) or

23 │ her FAMILY MEMBERS, including without limitation all drafts thereof and

24 │ amendments, modifications and revisions thereto, and all COMMUNICATIONS

25 │ relating thereto.

26 │

27 │ EXHIBIT ___2___

28 │ PAGE ___56___

07209/2142932.1

-27-

1  REQUEST FOR PRODUCTION NO. 87:

2        All DOCUMENTS RELATING TO any payments of money or the

3  transfer of anything of value to Margaret Hatch (also known as Margaret Leahy

4  and/or Margaret Hatch-Leahy) or her FAMILY MEMBERS.

5

6  REQUEST FOR PRODUCTION NO. 88:

7        All DOCUMENTS RELATING TO any actual, potential, proposed,

8  considered or contemplated agreement or contract between YOU or MGA and Sarah

9  Halpern or her FAMILY MEMBERS, including without limitation all drafts thereof

10  and amendments, modifications and revisions thereto, and all

11  COMMUNICATIONS relating thereto.

12

13  REQUEST FOR PRODUCTION NO. 89:

14        All DOCUMENTS RELATING TO any payments of money or the

15  transfer of anything of value to Sarah Halpern or her FAMILY MEMBERS.

16

17  REQUEST FOR PRODUCTION NO. 90:

18        All DOCUMENTS RELATING TO any actual, potential, proposed,

19  considered or contemplated agreement or contract between YOU or MGA and Jesse

20  Ramirez or his FAMILY MEMBERS, including without limitation all drafts thereof

21  and amendments, modifications and revisions thereto, and all

22  COMMUNICATIONS relating thereto.

23

24  REQUEST FOR PRODUCTION NO. 91:

25        All DOCUMENTS RELATING TO any actual, potential, proposed,

26  considered or contemplated agreement or contract between YOU or MGA and Elise

27  Cloonan or her FAMILY MEMBERS, including without limitation all drafts thereof

28

EXHIBIT 2

PAGE 57

-28-

MATTEL'S FIRST SET OF DOCUMENT REQUESTS TO ISAAC LARIAN

07209/2142932.1

1  and amendments, modifications and revisions thereto, and all

2  COMMUNICATIONS relating thereto.

3

4  REQUEST FOR PRODUCTION NO. 92:

5          All DOCUMENTS RELATING TO any payments of money or the

6  transfer of anything of value to Elise Cloonan or her FAMILY MEMBERS.

7

8  REQUEST FOR PRODUCTION NO. 93:

9          All DOCUMENTS RELATING TO any actual, potential, proposed,

10  considered or contemplated agreement or contract between YOU or MGA and

11  Stephen Lee or his FAMILY MEMBERS at any time after January 1, 2003,

12  including without limitation all drafts thereof and amendments, modifications and

13  revisions thereto, and all COMMUNICATIONS relating thereto.

14

15  REQUEST FOR PRODUCTION NO. 94:

16          All DOCUMENTS RELATING TO any actual, potential, proposed,

17  considered or contemplated agreement or contract between YOU or MGA and

18  David Dees or his FAMILY MEMBERS, including without limitation all drafts

19  thereof and amendments, modifications and revisions thereto, and all

20  COMMUNICATIONS relating thereto.

21

22  REQUEST FOR PRODUCTION NO. 95:

23          All DOCUMENTS RELATING TO any payments of money or the

24  transfer of anything of value to David Dees or her FAMILY MEMBERS.

25

EXHIBIT __2__

26  REQUEST FOR PRODUCTION NO. 96:

PAGE __58__

27          All DOCUMENTS RELATING TO any actual, potential, proposed,

28  considered or contemplated agreement or contract between YOU or MGA and Steve

-29-

MATTEL'S FIRST SET OF DOCUMENT REQUESTS TO ISAAC LARIAN

1  Linker, including without limitation all drafts thereof and amendments,

2  modifications and revisions thereto, and all COMMUNICATIONS relating thereto.

3

4  REQUEST FOR PRODUCTION NO. 97:

5        All DOCUMENTS RELATING TO any actual, potential, proposed,

6  considered or contemplated agreement or contract between YOU or MGA and Liz

7  Hogan, including without limitation all drafts thereof and amendments,

8  modifications and revisions thereto, and all COMMUNICATIONS relating thereto.

9

10  REQUEST FOR PRODUCTION NO. 98:

11        All DOCUMENTS RELATING TO DESIGNS produced, prepared,

12  created, authored, conceived of or reduced to practice prior to December 31, 2001

13  by Margaret Hatch (also known as Margaret Leahy and/or Margaret Hatch-Leahy),

14  whether alone or jointly with others, in which YOU or MGA have purported at any

15  time to purchase, acquire or own any right, title or interest (whether in whole or in

16  part).

17

18  REQUEST FOR PRODUCTION NO. 99:

19        All DOCUMENTS RELATING TO DESIGNS produced, prepared,

20  created, authored, conceived of or reduced to practice prior to December 31, 2001

21  by Anna Rhee, whether alone or jointly with others, in which YOU or MGA have

22  purported at any time to purchase, acquire or own any right, title or interest (whether

23  in whole or in part).

24

EXHIBIT _2_

PAGE _59_

25  REQUEST FOR PRODUCTION NO. 100:

26        All DOCUMENTS RELATING TO DESIGNS produced, prepared,

27  created, authored, conceived of or reduced to practice prior to January 1, 2001 by

28  Veronica Marlow, whether alone or jointly with others, in which YOU or MGA

07209/2142932.1

-30-

1   have purported at any time to purchase, acquire or own any right, title or interest
2   (whether in whole or in part).

3

4   REQUEST FOR PRODUCTION NO. 101:

5          All DOCUMENTS RELATING TO DESIGNS produced, prepared,
6   created, authored, conceived of or reduced to practice by Elise Cloonan, whether
7   alone or jointly with others, in which YOU or MGA have purported at any time to
8   purchase, acquire or own any right, title or interest (whether in whole or in part).

9

10   REQUEST FOR PRODUCTION NO. 102:

11          All DOCUMENTS prepared, written, transmitted or received (whether
12   in whole or in part) prior to January 1, 2001 RELATING TO ANGEL.

13

14   REQUEST FOR PRODUCTION NO. 103:

15          All DOCUMENTS RELATING TO ANGEL RELATING TO any time
16   prior to January 1, 2001 (regardless of when such document was prepared, written,
17   transmitted or received, whether in whole or in part).

18

19   REQUEST FOR PRODUCTION NO. 104:

20          All DOCUMENTS, including without limitation all
21   COMMUNICATIONS between YOU or MGA and any PERSON, RELATING TO
22   any agreement or contract between Margaret Hatch (also known as Margaret Leahy
23   and/or Margaret Hatch-Leahy) and MATTEL.

24

EXHIBIT ___2___

25   REQUEST FOR PRODUCTION NO. 105:

PAGE ___60___

26          All DOCUMENTS, including without limitation all
27   COMMUNICATIONS between YOU or MGA and any PERSON, RELATING TO
28   any agreement or contract between Kami Gillmour and MATTEL.

07209/2142932.1

-31-

1 | REQUEST FOR PRODUCTION NO. 106:
2 |       All DOCUMENTS, including without limitation all
3 | COMMUNICATIONS between YOU or MGA and any PERSON, RELATING TO
4 | any agreement or contract between Paula Garcia and MATTEL.
5 |
6 | REQUEST FOR PRODUCTION NO. 107:
7 |       All DOCUMENTS, including without limitation all
8 | COMMUNICATIONS between YOU or MGA and any PERSON, RELATING TO
9 | any agreement or contract between Mercedeh Ward and MATTEL.
10 |
11 | REQUEST FOR PRODUCTION NO. 108:
12 |       All DOCUMENTS, including without limitation all
13 | COMMUNICATIONS between YOU or MGA and any PERSON, RELATING TO
14 | any agreement or contract between Jessie Ramirez and MATTEL.
15 |
16 | REQUEST FOR PRODUCTION NO. 109:
17 |       All DOCUMENTS, including without limitation all
18 | COMMUNICATIONS between YOU or MGA and any PERSON, RELATING TO
19 | any agreement or contract between Billy Ragsdale and MATTEL.
20 |
21 |
22 | REQUEST FOR PRODUCTION NO. 110:
23 |       All DOCUMENTS, including without limitation all
24 | COMMUNICATIONS between YOU or MGA and any PERSON, RELATING TO
25 | any agreement or contract between Wendy Ragsdale and MATTEL.
26 |
27 |
28 |

EXHIBIT   2

PAGE   6 1

07209/2142932.1

1 | REQUEST FOR PRODUCTION NO. 111:

2       All DOCUMENTS, including without limitation all

3 | COMMUNICATIONS between YOU or MGA and any PERSON, RELATING TO

4 | any agreement or contract between Veronica Marlow and MATTEL.

5

6 | REQUEST FOR PRODUCTION NO. 112:

7       To the extent not covered by other Requests, all DOCUMENTS,

8 | including without limitation all COMMUNICATIONS between YOU or MGA and

9 | any PERSON, RELATING TO any agreement or contract between MATTEL, on

10 | the one hand, and any former employee of MATTEL who has been hired,

11 | considered, solicited or interviewed for any position or potential position or

12 | employment by YOU or MGA.

13

14 | REQUEST FOR PRODUCTION NO. 113:

15       All COMMUNICATIONS between YOU or MGA and Anne Wang.

16

17 | REQUEST FOR PRODUCTION NO. 114:

18       All DOCUMENTS, including without limitation all

19 | COMMUNICATIONS between YOU or MGA and any PERSON, RELATING TO

20 | Anne Wang.

21

22 | REQUEST FOR PRODUCTION NO. 115:

23       All DOCUMENTS, including without limitation all

24 | COMMUNICATIONS between YOU or MGA and any PERSON, RELATING TO

25 | Brooke Gilbert.

26

27           EXHIBIT _2_

28           PAGE _62_

1  REQUEST FOR PRODUCTION NO. 116:

2          All COMMUNICATIONS between YOU or MGA and BRYANT

3  RELATING TO MATTEL or any officer, director, employee or representative of

4  MATTEL.

5

6  REQUEST FOR PRODUCTION NO. 117:

7          All declarations, affidavits and other sworn written statements of any

8  other type or form by any PERSON RELATING TO BRATZ (other than those

9  previously filed and served in this ACTION), including all such declarations,

10  affidavits and other sworn written statements of any other type or form by or on

11  behalf of YOU.

12

13  REQUEST FOR PRODUCTION NO. 118:

14          All transcripts and video and/or audio recordings of statements made

15  by any PERSON under oath, including without limitation all deposition transcripts,

16  trial transcripts and arbitration transcripts, RELATING TO BRATZ (other than

17  those taken in this ACTION when MATTEL's counsel was in attendance),

18  including all such transcripts and video and/or audio recordings of statements by or

19  on behalf of YOU.

20

21  REQUEST FOR PRODUCTION NO. 119:

22          All declarations, affidavits and other sworn written statements of any

23  other type or form by any PERSON RELATING TO ANGEL (other than those

24  previously filed and served in this ACTION), including all such declarations,

25  affidavits and other sworn written statements of any other type or form by or on

26  behalf of YOU.

27

28

EXHIBIT _2_

PAGE _63_

07209/2142932.1

-34-

MATTEL'S FIRST SET OF DOCUMENT REQUESTS TO ISAAC LARIAN

REQUEST FOR PRODUCTION NO. 120:

All transcripts and video and/or audio recordings of statements made by any PERSON under oath, including without limitation all deposition transcripts, trial transcripts and arbitration transcripts, that RELATING TO ANGEL (other than those taken in this ACTION when Mattel's counsel was in attendance), including all such declarations, affidavits and other sworn written statements of any other type or form by or on behalf of YOU.

REQUEST FOR PRODUCTION NO. 121:

All DOCUMENTS RELATING TO the litigation encaptioned *The Ships Carpenter, Inc. v. MGA Entertainment*, filed in Los Angeles Superior Court on or about October 11, 2001, Case Nos. 01S03739 and 01S03740.

REQUEST FOR PRODUCTION NO. 122:

All DOCUMENTS seen, viewed or reviewed by YOU at any time in preparation for the deposition of YOU that was taken in this ACTION on July 18, 2006.

REQUEST FOR PRODUCTION NO. 123:

All DOCUMENTS RELATING TO any and all arbitrations and suits between YOU and Farhad Larian.

REQUEST FOR PRODUCTION NO. 124:

All DOCUMENTS filed, submitted or served in the suit and/or arbitration proceedings brought by Farhad Larian against YOU, including without limitation all declarations, affidavits, transcripts, video and/or audio recordings and sworn testimony given by any PERSON in such suit or arbitration proceedings.

EXHIBIT ___2___

PAGE ___64___

07209/2142932.1

-35-

REQUEST FOR PRODUCTION NO. 125:

All DOCUMENTS RELATING TO any and all settlements resolutions or compromises of any suit and/or arbitration proceedings between YOU and Farhad Larian.

REQUEST FOR PRODUCTION NO. 126:

All contracts or agreements between YOU or MGA and Farhad Larian.

REQUEST FOR PRODUCTION NO. 127:

All COMMUNICATIONS RELATING TO BRATZ between YOU or MGA and Farhad Larian.

REQUEST FOR PRODUCTION NO. 128:

All DOCUMENTS RELATING TO COMMUNICATIONS between YOU or MGA and Farhad Larian that REFER OR RELATE TO BRATZ, including without limitation all diaries, notes, calendars, logs, phone records and letters, that reflect, record or memorialize or otherwise RELATING TO any such COMMUNICATIONS.

REQUEST FOR PRODUCTION NO. 129:

All COMMUNICATIONS RELATING TO BRYANT between YOU or MGA and Farhad Larian.

REQUEST FOR PRODUCTION NO. 130:

All DOCUMENTS RELATING TO COMMUNICATIONS between YOU or MGA and Farhad Larian that REFER OR RELATE TO BRYANT, including without limitation all diaries, notes, calendars, logs, phone records and

EXHIBIT 2

PAGE 65

MATTEL'S FIRST SET OF DOCUMENT REQUESTS TO ISAAC LARIAN

1  letters, that reflect, record or memorialize or otherwise RELATING TO any such

2  COMMUNICATIONS.

3

4  REQUEST FOR PRODUCTION NO. 131:

5          All DOCUMENTS RELATING TO any and all payments or transfer of

6  anything of value that YOU or MGA have made, have offered or proposed to make

7  or have promised or agreed to make, to or for the benefit of Farhad Larian or his

8  FAMILY MEMBERS at any time since January 1, 2001.

9

10  REQUEST FOR PRODUCTION NO. 132:

11          All contracts or agreements between YOU or MGA and Morad Zarabi.

12

13  REQUEST FOR PRODUCTION NO. 133:

14          All COMMUNICATIONS RELATING TO BRATZ between YOU or

15  MGA and Morad Zarabi.

16

17  REQUEST FOR PRODUCTION NO. 134:

18          All DOCUMENTS RELATING TO COMMUNICATIONS between

19  YOU or MGA and Morad Zarabi that REFER OR RELATE TO BRATZ, including

20  without limitation all diaries, notes, calendars, logs, phone records and letters, that

21  reflect, record or memorialize or otherwise RELATING TO any such

22  COMMUNICATIONS.

23

24  REQUEST FOR PRODUCTION NO. 135:

25          All COMMUNICATIONS RELATING TO BRYANT between YOU

26  or MGA and Morad Zarabi.

27

28

EXHIBIT __2__

PAGE __66__

MATTEL'S FIRST SET OF DOCUMENT REQUESTS TO ISAAC LARIAN

1  REQUEST FOR PRODUCTION NO. 136:

2      All DOCUMENTS RELATING TO COMMUNICATIONS between

3  YOU or MGA and Morad Zarabi that REFER OR RELATE TO BRYANT,

4  including without limitation all diaries, notes, calendars, logs, phone records and

5  letters, that reflect, record or memorialize or otherwise RELATING TO any such

6  COMMUNICATIONS.

7

8  REQUEST FOR PRODUCTION NO. 137:

9      All DOCUMENTS RELATING TO any and all payments or transfer of

10  anything of value that YOU or MGA have made, have offered or proposed to make

11  or have promised or agreed to make, to or for the benefit of Morad Zarabi or his

12  FAMILY MEMBERS at any time since January 1, 2001.

13

14  REQUEST FOR PRODUCTION NO. 138:

15      All DOCUMENTS RELATING TO any and all payments or transfers

16  of anything of value that YOU or MGA have made, have offered or proposed to

17  make or have promised or agreed to make, to or for the benefit of BRYANT or his

18  FAMILY MEMBERS.

19

20  REQUEST FOR PRODUCTION NO. 139:

21      All DOCUMENTS RELATING TO any and all payments or transfers

22  of anything of value that YOU or MGA have made, have offered or proposed to

23  make or have promised or agreed to make, to or for the benefit of Elise Cloonan or

24  her FAMILY MEMBERS.

25

EXHIBIT __2__

PAGE __67__

26  REQUEST FOR PRODUCTION NO. 140:

27      All DOCUMENTS RELATING TO any and all payments or transfers

28  of anything of value that YOU or MGA have made, have offered or proposed to

07209/2142932.1

-38-

1 | make or have promised or agreed to make, to or for the benefit of Margaret Hatch
2 | (also known as Margaret Leahy and/or Margaret Hatch-Leahy) or her FAMILY
3 | MEMBERS.

4

5 | REQUEST FOR PRODUCTION NO. 141:

6 | All DOCUMENTS RELATING TO any and all payments or transfers
7 | of anything of value that YOU or MGA have made, have offered or proposed to
8 | make or have promised or agreed to make, to or for the benefit of Amy Meyers or
9 | her FAMILY MEMBERS.

10

11 | REQUEST FOR PRODUCTION NO. 142:

12 | All DOCUMENTS RELATING TO any and all payments or transfers
13 | of anything of value that YOU or MGA have made, have offered or proposed to
14 | make or have promised or agreed to make, to or for the benefit of Sarah Halpern or
15 | her FAMILY MEMBERS at any time since January 1, 1999.

16

17 | REQUEST FOR PRODUCTION NO. 143:

18 | All DOCUMENTS RELATING TO any and all payments or transfers
19 | of anything of value that YOU or MGA have made, have offered or proposed to
20 | make or have promised or agreed to make, to or for the benefit of Maureen Mullen
21 | or her FAMILY MEMBERS at any time since January 1, 1999.

22

23 | REQUEST FOR PRODUCTION NO. 144:

24 | All DOCUMENTS RELATING TO any and all payments or transfers
25 | of anything of value that YOU or MGA have made, have offered or proposed to
26 | make or have promised or agreed to make, to or for the benefit of Wendy Ragsdale
27 | or her FAMILY MEMBERS.

EXHIBIT __2__

28

PAGE __68__

1  REQUEST FOR PRODUCTION NO. 145:

2      All DOCUMENTS RELATING TO any and all payments or transfers

3  of anything of value that YOU or MGA have made, have offered or proposed to

4  make or have promised or agreed to make, to or for the benefit of Billy Ragsdale or

5  his FAMILY MEMBERS.

6

7  REQUEST FOR PRODUCTION NO. 146:

8      All DOCUMENTS RELATING TO any and all payments or transfers

9  of anything of value that YOU or MGA have made, have offered or proposed to

10  make or have promised or agreed to make, to or for the benefit of Anna Rhee or her

11  FAMILY MEMBERS at any time since January 1, 1999.

12

13  REQUEST FOR PRODUCTION NO. 147:

14      All DOCUMENTS RELATING TO any indemnification that

15  BRYANT has sought, proposed, requested or obtained in connection with this

16  ACTION.

17

18  REQUEST FOR PRODUCTION NO. 148:

19      All DOCUMENTS RELATING TO any indemnification that Elise

20  Cloonan has sought, proposed, requested or obtained in connection with this

21  ACTION.

22

23  REQUEST FOR PRODUCTION NO. 149:

24      All DOCUMENTS RELATING TO any indemnification that Margaret

25  Hatch-Leahy has sought, proposed, requested or obtained in connection with this

26  ACTION.

27  EXHIBIT __2__

28  PAGE __69__

07209/2142932.1

-40-

MATTEL'S FIRST SET OF DOCUMENT REQUESTS TO ISAAC LARIAN

1  REQUEST FOR PRODUCTION NO. 150:

2         All DOCUMENTS RELATING TO any indemnification that Veronica

3  Marlow has sought, proposed, requested or obtained in connection with this

4  ACTION.

5

6  REQUEST FOR PRODUCTION NO. 151:

7         All DOCUMENTS RELATING TO any indemnification that Sarah

8  Halpern has sought, proposed, requested or obtained in connection with this

9  ACTION.

10

11  REQUEST FOR PRODUCTION NO. 152:

12         All DOCUMENTS RELATING TO any indemnification that Paula

13  Garcia (also known as Paula Treantafellas) has sought, proposed, requested or

14  obtained in connection with this ACTION.

15

16  REQUEST FOR PRODUCTION NO. 153:

17         To the extent not covered by other Requests, all DOCUMENTS

18  RELATING TO any indemnification that any PERSON has sought, proposed,

19  requested or obtained in connection with this ACTION.

20

21  REQUEST FOR PRODUCTION NO. 154:

22         All DOCUMENTS RELATING TO any indemnification that YOU or

23  MGA have sought, proposed, requested or obtained in connection with this

24  ACTION.

25

26  REQUEST FOR PRODUCTION NO. 155:

27         All COMMUNICATIONS between YOU or MGA and Universal

28  Commerce Corp., Ltd. prior to June 1, 2001.

EXHIBIT _____2_____

PAGE _____70_____

07209/2142932.1

-41-

1 | REQUEST FOR PRODUCTION NO. 156:

2 |    All DOCUMENTS that REFER OR RELATE TO MATTEL, or that

3 | were prepared, authored or created by MATTEL, that BRYANT has ever provided

4 | to, shown, described to, communicated to or disclosed in any manner to YOU or

5 | MGA.

6

7 | REQUEST FOR PRODUCTION NO. 157:

8 |    All COMMUNICATIONS between YOU or MGA and BRYANT prior

9 | to January 1, 2001, including without limitation all diaries, notes, calendars, logs,

10 | phone records and letters, that reflect, record or memorialize or otherwise

11 | RELATING TO any such COMMUNICATIONS.

12

13 | REQUEST FOR PRODUCTION NO. 158:

14 |    All COMMUNICATIONS between YOU or MGA and Elise Cloonan

15 | that REFER OR RELATE TO BRYANT, MATTEL, BRATZ and/or Anna Rhee,

16 | including without limitation all diaries, notes, calendars, logs, phone records and

17 | letters, that reflect, record or memorialize or otherwise RELATING TO any such

18 | COMMUNICATIONS.

19

20 | REQUEST FOR PRODUCTION NO. 159:

21 |    All COMMUNICATIONS between YOU or MGA and Elise Cloonan

22 | prior to June 11, 2002, including without limitation all diaries, notes, calendars,

23 | logs, phone records and letters, that reflect, record or memorialize or otherwise

24 | RELATING TO any such COMMUNICATIONS.

EXHIBIT __2__

25

26 | REQUEST FOR PRODUCTION NO. 160:    PAGE __71__

27 |    All COMMUNICATIONS between YOU or MGA and Veronica

28 | Marlow prior to January 1, 2001, including without limitation all diaries, notes,

-42-

1 | calendars, logs, phone records and letters, that reflect, record or memorialize or

2 | otherwise RELATING TO any such COMMUNICATIONS.

3

4 | REQUEST FOR PRODUCTION NO. 161:

5 | All COMMUNICATIONS between YOU or MGA and Mercedeh

6 | Ward prior to November 6, 2000, including without limitation all diaries, notes,

7 | calendars, logs, phone records and letters, that reflect, record or memorialize or

8 | otherwise RELATING TO any such COMMUNICATIONS.

9

10 | REQUEST FOR PRODUCTION NO. 162:

11 | All COMMUNICATIONS between YOU or MGA and Margaret Hatch

12 | (also known as Margaret Leahy and/or Margaret Hatch-Leahy) prior to January 1,

13 | 2001, including without limitation all diaries, notes, calendars, logs, phone records

14 | and letters, that reflect, record or memorialize or otherwise RELATING TO any

15 | such COMMUNICATIONS.

16

17 | REQUEST FOR PRODUCTION NO. 163:

18 | All COMMUNICATIONS between YOU or MGA and Anna Rhee

19 | prior to January 1, 2001, including without limitation all diaries, notes, calendars,

20 | logs, phone records and letters, that reflect, record or memorialize or otherwise

21 | RELATING TO any such COMMUNICATIONS.

22

23 | REQUEST FOR PRODUCTION NO. 164:

24 | All COMMUNICATIONS between Veronica Marlow and Anna Rhee

25 | prior to January 1, 2001, including without limitation all diaries, notes, calendars,

26 | logs, phone records and letters, that reflect, record or memorialize or otherwise

27 | RELATING TO any such COMMUNICATIONS.

28

EXHIBIT __2__

PAGE __72__

MATTEL'S FIRST SET OF DOCUMENT REQUESTS TO ISAAC LARIAN

1  REQUEST FOR PRODUCTION NO. 165:

2          All COMMUNICATIONS between YOU or MGA and Sarah Halpern

3  prior to January 1, 2001, including without limitation all diaries, notes, calendars,

4  logs, phone records and letters, that reflect, record or memorialize or otherwise

5  RELATING TO any such COMMUNICATIONS.

6

7  REQUEST FOR PRODUCTION NO. 166:

8          All COMMUNICATIONS between YOU or MGA and Jesse Ramirez

9  prior to January 1, 2001, including without limitation all diaries, notes, calendars,

10  logs, phone records and letters, that reflect, record or memorialize or otherwise

11  RELATING TO any such COMMUNICATIONS.

12

13  REQUEST FOR PRODUCTION NO. 167:

14          Any personnel or vendor file that YOU created, control, or maintain

15  concerning BRYANT.

16

17  REQUEST FOR PRODUCTION NO. 168:

18          Any personnel file that YOU created, control, or maintain concerning

19  Paula Garcia (also known as Paula Treantafellas).

20

21  REQUEST FOR PRODUCTION NO. 169:

22          Any personnel file that YOU created, control, or maintain concerning

23  Mercedeh Ward.

24

25  REQUEST FOR PRODUCTION NO. 170:

26          Any personnel or vendor file that YOU created, control, or maintain

27  concerning Margaret Hatch (also known as Margaret Leahy and/or Margaret Hatch-

28  Leahy).

**EXHIBIT 2**

**PAGE 73**

MATTEL'S FIRST SET OF DOCUMENT REQUESTS TO ISAAC LARIAN

REQUEST FOR PRODUCTION NO. 171:

Any personnel or vendor file that YOU created, control, or maintain concerning Veronica Marlow.

REQUEST FOR PRODUCTION NO. 172:

Any personnel or vendor file that YOU created, control, or maintain concerning Anna Rhee.

REQUEST FOR PRODUCTION NO. 173:

Any personnel or vendor file that YOU created, control, or maintain concerning Jessie Ramirez.

REQUEST FOR PRODUCTION NO. 174:

Any personnel file that YOU created, control, or maintain concerning Shirin Salemnia.

REQUEST FOR PRODUCTION NO. 175:

DOCUMENTS sufficient to show the relationship, whether by blood or marriage, between Isaac Larian or any FAMILY MEMBER of Isaac Larian, on the one hand, and Shirin Salemnia.

REQUEST FOR PRODUCTION NO. 176:

Any personnel file that YOU created, control, or maintain concerning Victoria O'Connor.

REQUEST FOR PRODUCTION NO. 177:

Any personnel file that YOU created, control, or maintain concerning Farhad Larian.

EXHIBIT 2

PAGE 74

-45-

MATTEL'S FIRST SET OF DOCUMENT REQUESTS TO ISAAC LARIAN

07209/2142932.1

REQUEST FOR PRODUCTION NO. 178:

All DOCUMENTS RELATING TO, including without limitation phone records for, telephone calls by or to YOU or anyone on YOUR behalf for the time period from January 1, 1998 through January 1, 2001.

REQUEST FOR PRODUCTION NO. 179:

All DOCUMENTS RELATING TO, including without limitation phone records for, telephone calls by or to YOU or anyone on YOUR behalf for the time period from January 1, 1998 through January 1, 2001 RELATING TO BRATZ and/or ANGEL.

REQUEST FOR PRODUCTION NO. 180:

All DOCUMENTS RELATING TO, including without limitation phone records for, telephone calls by or to YOU or anyone on YOUR behalf for the time period from April 1, 2004 through June 1, 2004.

REQUEST FOR PRODUCTION NO. 181:

All DOCUMENTS RELATING TO, including without limitation phone records for, telephone calls RELATING TO BRYANT by or to YOU or anyone on YOUR behalf at any time.

REQUEST FOR PRODUCTION NO. 182:

All DOCUMENTS that RELATING TO any actual, proposed, contemplated, considered or potential copyright, patent or any other application or registration for BRATZ or any BRATZ DESIGN, including without limitation all COMMUNICATIONS pertaining thereto.

EXHIBIT __2__

PAGE __75__

07209/2142932.1

-46-

1  REQUEST FOR PRODUCTION NO. 183:

2         All DOCUMENTS RELATING TO any actual, proposed,

3  contemplated, considered or potential copyright, patent or any other application or

4  registration for ANGEL or any ANGEL DESIGN, including without limitation all

5  COMMUNICATIONS pertaining thereto.

6

7  REQUEST FOR PRODUCTION NO. 184:

8         All doll heads, sculpts, prototypes, models, samples and tangible items

9  that Anna Rhee painted, whether in whole or in part, for YOU, MGA or BRYANT,

10 or on behalf of YOU, MGA or BRYANT, prior to January 1, 2001.

11

12 REQUEST FOR PRODUCTION NO. 185:

13        All doll heads, sculpts, prototypes, models, samples and tangible items

14 that REFER OR RELATE TO DESIGNS for dolls, doll accessories or toys that

15 BRYANT produced, created, authored, conceived of or reduced to practice, whether

16 alone or jointly with others, prior to January 1, 2001.

17

18 REQUEST FOR PRODUCTION NO. 186:

19        All DOCUMENTS RELATING TO the exhibition or showing of

20 BRATZ at the Hong Kong Toy Fair in January 2001.

21

22 REQUEST FOR PRODUCTION NO. 187:

23        All DOCUMENTS RELATING TO the exhibition or showing of

24 BRATZ at the Tokyo Toy Fair in or about February 2001.

25

26 REQUEST FOR PRODUCTION NO. 188:

27        All DOCUMENTS RELATING TO the exhibition of BRATZ at the

28 New York Toy Fair in or about February 2001.

EXHIBIT __2__

PAGE __76__

MATTEL'S FIRST SET OF DOCUMENT REQUESTS TO ISAAC LARIAN

1

2 **REQUEST FOR PRODUCTION NO. 189:**

3       To the extent not covered by other Requests, all DOCUMENTS

4 RELATING TO the exhibition of BRATZ at any toy fair at any time prior to

5 December 31, 2001.

6

7 **REQUEST FOR PRODUCTION NO. 190:**

8       All COMMUNICATIONS between YOU and any stock analyst,

9 investment analyst, investment bank, institutional lender, or venture capital fund

10 RELATING TO BRYANT, this ACTION OR MATTEL since January 1, 1999.

11

12 **REQUEST FOR PRODUCTION NO. 191:**

13       All COMMUNICATIONS between YOU and any member of the press

14 RELATING TO BRATZ, including without limitation RELATING TO the origins,

15 conception, creation, DESIGN or development thereof.

16

17 **REQUEST FOR PRODUCTION NO. 192:**

18       All COMMUNICATIONS between YOU and any member of the press

19 RELATING TO BRYANT since January 1, 1999.

20

21 **REQUEST FOR PRODUCTION NO. 193:**

22       All COMMUNICATIONS between YOU and any member of the press

23 RELATING TO this ACTION.

24

25 **REQUEST FOR PRODUCTION NO. 194:**

26       All COMMUNICATIONS between YOU and any member of the press

27 RELATING TO MATTEL since January 1, 1999.

28

EXHIBIT __2__

PAGE __77__

07209/2142932.1

MATTEL'S FIRST SET OF DOCUMENT REQUESTS TO ISAAC LARIAN

**REQUEST FOR PRODUCTION NO. 195:**

All DOCUMENTS RELATING TO any statements made by YOU to any stock analyst, investment analyst, investment bank, institutional lender, or venture capital fund RELATING TO BRYANT since January 1, 1999.

**REQUEST FOR PRODUCTION NO. 196:**

All DOCUMENTS RELATING TO any statements made by YOU to any stock analyst, investment analyst, investment bank, institutional lender, or venture capital fund RELATING TO this ACTION.

**REQUEST FOR PRODUCTION NO. 197:**

All DOCUMENTS RELATING TO any statements made by YOU to any stock analyst, investment analyst, investment bank, institutional lender, or venture capital fund RELATING TO MATTEL since January 1, 1999.

**REQUEST FOR PRODUCTION NO. 198:**

All COMMUNICATIONS between YOU and any individual while the individual was employed by MATTEL.

**REQUEST FOR PRODUCTION NO. 199:**

All DOCUMENTS RELATING TO publicity by YOU or MGA RELATING TO BRATZ, ANGEL and/or BRYANT since January 1, 1999, including but not limited to advertising, media releases, and public relations material.

EXHIBIT _2_

PAGE _78_

07209/2142932.1

-49-

**REQUEST FOR PRODUCTION NO. 200:**

All DOCUMENTS RELATING TO any effort by YOU or MGA to recruit employees or contractors who have been or are employed by or who have worked for MATTEL since January 1, 1999, including but not limited to advertising, media releases, brochures, articles, catalogs, handbooks, and public relations material.

**REQUEST FOR PRODUCTION NO. 201:**

All DOCUMENTS RELATING TO the hiring, engagement, or retention by YOU or MGA of any current or former MATTEL employee or contractor since January 1, 1999, including but not limited to all employment agreements and agreements RELATING TO confidentiality or the invention, authorship, or ownership of any concept or product.

**REQUEST FOR PRODUCTION NO. 202:**

All DOCUMENTS, since January 1, 1999, RELATING TO YOUR receipt, reproduction, copying, storage, transmission, transfer, retention, destruction, deletion or use of any DOCUMENTS or DIGITAL INFORMATION, including but not limited to any compilation of information, that was prepared, made, created, generated, assembled or compiled by or for MATTEL and that was not publicly available at the time of YOUR receipt of such DOCUMENT or DIGITAL INFORMATION.

**REQUEST FOR PRODUCTION NO. 203:**

All DOCUMENTS, since January 1, 1999, RELATING TO YOUR knowledge of any MATTEL product prior to the time that such product had been announced or disclosed by MATTEL to retailers or the public.

EXHIBIT _2_

PAGE _79_

**REQUEST FOR PRODUCTION NO. 204:**

All DOCUMENTS, since January 1, 1999, RELATING TO YOUR knowledge of any DESIGN created by, on behalf of, or at the behest of MATTEL, or created by any PERSON employed by or under contract with MATTEL at the time of the DESIGN's creation, that was not manufactured for sale or placed into the retail market.

**REQUEST FOR PRODUCTION NO. 205:**

All DOCUMENTS, since January 1, 1999, RELATING TO YOUR receipt, reproduction, copying, storage, transmission, transfer, retention, destruction, deletion or use of any MATTEL line list or other DOCUMENT prepared by MATTEL identifying MATTEL products in the planning, design or development phase.

**REQUEST FOR PRODUCTION NO. 206:**

All DOCUMENTS, since January 1, 1999, RELATING TO MGA's receipt, reproduction, copying, storage, transmission, transfer, retention, destruction, deletion or use of any MATTEL line list or other DOCUMENT prepared by MATTEL identifying MATTEL products in the planning, design or development phase.

**REQUEST FOR PRODUCTION NO. 207:**

DOCUMENTS sufficient to IDENTIFY each account with any bank or financial institution that YOU have or have had, or that YOU have or have had any legal or beneficial interest in, since January 1, 1999.

EXHIBIT ___2___

PAGE ___80___

07209/2142932.1

-51-

MATTEL'S FIRST SET OF DOCUMENT REQUESTS TO ISAAC LARIAN

1  REQUEST FOR PRODUCTION NO. 208:

2      Documents sufficient to establish YOUR gross income, and the sources

3  of that gross income, for the years 1999 through the present, inclusive.

4

5  REQUEST FOR PRODUCTION NO. 209:

6      YOUR federal and state tax returns for each of the years 1999 through

7  the present, inclusive.

8

9  REQUEST FOR PRODUCTION NO. 210:

10     DOCUMENTS sufficient to IDENTIFY each telephone subscription

11  service account that YOU have or have had, or that YOU use or have used, since

12  January 1, 1999.

13

14  REQUEST FOR PRODUCTION NO. 211:

15     All MATTEL DOCUMENTS that BRYANT or any other PERSON

16  has shown, given, provided, summarized or otherwise communicated to YOU or

17  MGA (whether directly or indirectly) at any time since January 1, 1999.

18

19  REQUEST FOR PRODUCTION NO. 212:

20     All DOCUMENTS that YOU knew or were informed that, or ever had

21  any reason to believe, had been or were created by or originated from MATTEL,

22  other than MATTEL products that YOU or MGA purchased at retail.

23

24  REQUEST FOR PRODUCTION NO. 213:

25     All COMMUNICATIONS between YOU and any PERSON

26  RELATING TO the retention or destruction of DOCUMENTS or DIGITAL

27  INFORMATION between January 1, 1999 and the present.

EXHIBIT __2__

PAGE __81__

28

07209/2142932.1

1    REQUEST FOR PRODUCTION NO. 214:

2            All DOCUMENTS RELATING TO any facts underlying any of

3    YOUR defenses in this ACTION.

4

5    REQUEST FOR PRODUCTION NO. 215:

6            All doll heads, sculpts, prototypes, models, samples and tangible items

7    RELATING TO any facts underlying any of YOUR defenses in this ACTION.

8

9    REQUEST FOR PRODUCTION NO. 216:

10           All DOCUMENTS RELATING TO any facts underlying the claims for

11   relief in MATTEL's Complaint (including without limitation its Counterclaims)

12   against YOU or any other PERSON in this ACTION.

13

14   REQUEST FOR PRODUCTION NO. 217:

15           All doll heads, sculpts, prototypes, models, samples and tangible items

16   RELATING TO any facts underlying the claims for relief in MATTEL's Complaint

17   (including without limitation its Counterclaims) against YOU or any other PERSON

18   in this ACTION.

19

20   REQUEST FOR PRODUCTION NO. 218:

21           All DOCUMENTS RELATING TO any testing of or sampling from

22   any DOCUMENTS RELATING TO BRATZ or BRYANT, including without

23   limitation any such testing or sampling in connection with any ink, paper or

24   chemical analysis to date any such DOCUMENTS and including without limitation

25   all results and reports relating thereto.

26

27   EXHIBIT ___2___

28   PAGE ___82___

07209/2142932.1

-53-

MATTEL'S FIRST SET OF DOCUMENT REQUESTS TO ISAAC LARIAN

1   REQUEST FOR PRODUCTION NO. 219:

2           All DOCUMENTS RELATING TO YOUR knowledge of any testing

3   of or sampling from any DOCUMENTS RELATING TO BRATZ or BRYANT.

4

5   REQUEST FOR PRODUCTION NO. 220:

6           All DOCUMENTS RELATING TO Erich Speckin.

7

8   REQUEST FOR PRODUCTION NO. 221:

9           All DOCUMENTS RELATING TO YOUR payment of, or offer,

10  promise or agreement to pay, fees or costs in connection with the representation of

11  or provision of legal advice or legal services to any PERSON who is not, as of June

12  8, 2007, an MGA employee, including without limitation all contracts and

13  agreements RELATING thereto, the amounts YOU have so paid or agreed to pay to

14  such PERSON and the dates on which such payments were made.

15

16  REQUEST FOR PRODUCTION NO. 222:

17          Each STORAGE DEVICE that YOU have used to create, prepare,

18  generate, copy, transmit, receive, delete or modify any DIGITAL INFORMATION

19  RELATING TO BRATZ, ANGEL or BRYANT.

20

21  REQUEST FOR PRODUCTION NO. 223:

22          DOCUMENTS sufficient to IDENTIFY each STORAGE DEVICE that

23  YOU have used to create, prepare, generate, copy, transmit, receive, delete or

24  modify any DIGITAL INFORMATION RELATING TO BRATZ, ANGEL or

25  BRYANT.

26

27                                   EXHIBIT  2

28                                   PAGE  83

07209/2142932.1

-54-

1  REQUEST FOR PRODUCTION NO. 224:

2          All DOCUMENTS RELATING TO the purchase, acquisition,

3  installation, transfer, shipment, destruction or disposition of each STORAGE

4  DEVICE that YOU have used to create, prepare, generate, copy, transmit, receive,

5  delete or modify any DIGITAL INFORMATION RELATING TO BRATZ,

6  ANGEL or BRYANT.

7

8  REQUEST FOR PRODUCTION NO. 225:

9          Each STORAGE DEVICE that BRYANT has used to create, prepare,

10  generate, copy, transmit, receive, delete or modify any DIGITAL INFORMATION

11  RELATING TO BRATZ, ANGEL or MGA.

12

13  REQUEST FOR PRODUCTION NO. 226:

14          DOCUMENTS sufficient to IDENTIFY each STORAGE DEVICE that

15  BRYANT has used to create, prepare, generate, copy, transmit, receive, delete or

16  modify any DIGITAL INFORMATION RELATING TO BRATZ, ANGEL, YOU

17  or MGA.

18

19  REQUEST FOR PRODUCTION NO. 227:

20          All DOCUMENTS RELATING TO the purchase, acquisition,

21  installation, transfer, shipment, destruction or disposition of each STORAGE

22  DEVICE that BRYANT has used to create, prepare, generate, copy, transmit,

23  receive, delete or modify any DIGITAL INFORMATION RELATING TO BRATZ,

24  ANGEL, YOU or MGA.

25

26  REQUEST FOR PRODUCTION NO. 228:

27          All DOCUMENTS RELATING TO the purchase, acquisition,

28  installation, transfer, shipment, destruction or disposition of each STORAGE

EXHIBIT __2__

PAGE __84__

07209/2142932.1

-55-

MATTEL'S FIRST SET OF DOCUMENT REQUESTS TO ISAAC LARIAN

1  DEVICE that BRYANT has used to create, prepare, generate, copy, transmit,
2  receive, delete or modify any DIGITAL INFORMATION.

3

4  REQUEST FOR PRODUCTION NO. 229:
5          DOCUMENTS sufficient to identify by product name, product number
6  and SKU each BRATZ PRODUCT including without limitation each BRATZ
7  DOLL, sold by MGA or its licensees.

8

9  REQUEST FOR PRODUCTION NO. 230:
10         DOCUMENTS sufficient to show the number of units of each BRATZ
11 DOLL sold by MGA or its licensees.

12

13 REQUEST FOR PRODUCTION NO. 231:
14         DOCUMENTS sufficient to show the revenue received by YOU from
15 the sale of each BRATZ DOLL sold by MGA or its licensees.

16

17 REQUEST FOR PRODUCTION NO. 232:
18         DOCUMENTS sufficient to show YOUR cost of goods sold, unit cost
19 and other costs for each BRATZ DOLL sold by MGA or its licensees.

20

21 REQUEST FOR PRODUCTION NO. 233:
22         All DOCUMENTS that evidence, reflect or REFER OR RELATE TO
23 YOUR profits from the sale of each BRATZ DOLL sold by MGA or its licensees.

24                                              **EXHIBIT** $2$

25 REQUEST FOR PRODUCTION NO. 234:
                                                **PAGE** $85$
26         For each customer to whom YOU or YOUR licensees have ever sold
27 any BRATZ DOLL, DOCUMENTS sufficient to show the number of units of each
28 such BRATZ DOLL sold by MGA or its licensees to that customer.

REQUEST FOR PRODUCTION NO. 235:

For each customer to whom YOU or YOUR licensees have ever sold any BRATZ DOLL, documents sufficient to show the revenue received by YOU from each such BRATZ DOLL sold by MGA or its licensees to that customer.

REQUEST FOR PRODUCTION NO. 236:

For each customer to whom YOU or YOUR licensees have ever sold any BRATZ DOLL, documents sufficient to show YOUR profits from each such BRATZ DOLL sold by MGA or its licensees to that customer.

REQUEST FOR PRODUCTION NO. 237:

DOCUMENTS sufficient to show customer returns to YOU of BRATZ DOLLS sold or distributed by MGA or its licensees.

REQUEST FOR PRODUCTION NO. 238:

DOCUMENTS sufficient to show customer rebates or credits given by MGA or its licensees to customers in connection with BRATZ DOLLS.

REQUEST FOR PRODUCTION NO. 239:

DOCUMENTS sufficient to show, by product number or SKU, the number of units of each BRATZ DOLL sold by MGA or its licensees.

REQUEST FOR PRODUCTION NO. 240:

DOCUMENTS sufficient to show, by product number or SKU, the revenue received by YOU from the sale of each BRATZ DOLL sold by MGA or its licensees.

EXHIBIT _2_

PAGE _86_

07209/2142932.1

-57-

1  REQUEST FOR PRODUCTION NO. 241:

2          DOCUMENTS sufficient to show, by product number or SKU, YOUR

3  cost of goods sold, unit cost and other costs for each BRATZ DOLL sold by MGA

4  or its licensees.

5

6  REQUEST FOR PRODUCTION NO. 242:

7          All DOCUMENTS that evidence, reflect or REFER OR RELATE TO

8  YOUR profits, by product number or SKU, from the sale of each BRATZ DOLL

9  sold by MGA or its licensees.

10

11  REQUEST FOR PRODUCTION NO. 243:

12          For each customer to whom YOU or YOUR licensees have ever sold

13  any BRATZ DOLL, DOCUMENTS sufficient to show, by product number or SKU,

14  the number of units of each such BRATZ DOLL sold by MGA or its licensees to

15  that customer.

16

17  REQUEST FOR PRODUCTION NO. 244:

18          For each customer to whom YOU or YOUR licensees have ever sold

19  any BRATZ DOLL, DOCUMENTS sufficient to show, by product number or SKU,

20  the revenue received by YOU from each such BRATZ DOLL sold by MGA or its

21  licensees to that customer.

22

23  REQUEST FOR PRODUCTION NO. 245:

24          For each customer to whom YOU or YOUR licensees have ever sold

25  any BRATZ DOLL, DOCUMENTS sufficient to show, by product number or SKU,

26  YOUR profits from each such BRATZ DOLL sold by MGA or its licensees to that

27  customer.

EXHIBIT 2

28

PAGE 87

-58-

1 | REQUEST FOR PRODUCTION NO. 246:

2 DOCUMENTS sufficient to show the revenue and profits derived by

3 YOU from the sale by MGA or its licensees of BRATZ DOLLS including, without

4 limitation, DOCUMENTS sufficient to show sales revenue, costs of goods sold,

5 variable costs, gross margins, royalties paid and received, gross profits and nets

6 profits.

7

8 | REQUEST FOR PRODUCTION NO. 247:

9 DOCUMENTS sufficient to show the number of units of each BRATZ

10 PRODUCT sold by MGA or its licensees.

11

12 | REQUEST FOR PRODUCTION NO. 248:

13 DOCUMENTS sufficient to show the revenue received by YOU from

14 the sale of each BRATZ PRODUCT sold by MGA or its licensees.

15

16 | REQUEST FOR PRODUCTION NO. 249:

17 DOCUMENTS sufficient to show YOUR cost of goods sold, unit cost

18 and other costs for each BRATZ PRODUCT sold by MGA or its licensees.

19

20 | REQUEST FOR PRODUCTION NO. 250:

21 All DOCUMENTS that evidence, reflect or REFER OR RELATE TO

22 YOUR profits from the sale of each BRATZ PRODUCT sold by MGA or its

23 licensees.

24

25 | REQUEST FOR PRODUCTION NO. 251:

26 DOCUMENTS sufficient to IDENTIFY all customers to whom MGA

27 or its licensees have ever sold any BRATZ PRODUCT.

EXHIBIT 2

PAGE 88

28

1 | REQUEST FOR PRODUCTION NO. 252:
2 |     For each customer to whom MGA or its licensees have ever sold any
3 | BRATZ PRODUCT, DOCUMENTS sufficient to show the number of units of each
4 | such BRATZ PRODUCT sold by MGA or its licensees to that customer.
5 |
6 | REQUEST FOR PRODUCTION NO. 253:
7 |     For each customer to whom MGA or its licensees have ever sold any
8 | BRATZ PRODUCT, documents sufficient to show the revenue received by YOU
9 | from each such BRATZ PRODUCT sold by MGA or its licensees to that customer.
10 |
11 | REQUEST FOR PRODUCTION NO. 254:
12 |     For each customer to whom MGA or its licensees have ever sold any
13 | BRATZ PRODUCT, documents sufficient to show YOUR profits from each such
14 | BRATZ PRODUCT sold by MGA or its licensees to that customer.
15 |
16 | REQUEST FOR PRODUCTION NO. 255:
17 |     DOCUMENTS sufficient to show customer returns to MGA of
18 | BRATZ PRODUCTS sold or distributed by MGA or its licensees.
19 |
20 | REQUEST FOR PRODUCTION NO. 256:
21 |     DOCUMENTS sufficient to show customer rebates and credits given
22 | by MGA or its licensees to customers in connection with BRATZ PRODUCTS.
23 |
24 | REQUEST FOR PRODUCTION NO. 257:
25 |     DOCUMENTS sufficient to show, by product number or SKU, the
26 | number of units of each BRATZ PRODUCT sold by MGA or its licensees.
27 |
28 |

EXHIBIT _2_

PAGE _89_

MATTEL'S FIRST SET OF DOCUMENT REQUESTS TO ISAAC LARIAN

1  REQUEST FOR PRODUCTION NO. 258:

2          DOCUMENTS sufficient to show, by product number or SKU, the

3  revenue received by YOU from the sale of each BRATZ PRODUCT sold by MGA

4  or its licensees.

5

6  REQUEST FOR PRODUCTION NO. 259:

7          DOCUMENTS sufficient to show, by product number or SKU, YOUR

8  cost of goods sold, unit cost and other costs for each BRATZ PRODUCT sold by

9  MGA or its licensees.

10

11  REQUEST FOR PRODUCTION NO. 260:

12          All DOCUMENTS that evidence, reflect or REFER OR RELATE TO

13  YOUR or MGA's profits, by product number or SKU, from the sale of each BRATZ

14  PRODUCT sold by MGA or its licensees.

15

16  REQUEST FOR PRODUCTION NO. 261:

17          For each customer to whom MGA or its licensees have ever sold any

18  BRATZ PRODUCT, DOCUMENTS sufficient to show, by product number or

19  SKU, the number of units of each such BRATZ PRODUCT sold by MGA or its

20  licensees to that customer.

21

22  REQUEST FOR PRODUCTION NO. 262:

23          For each customer to whom MGA or its licensees have ever sold any

24  BRATZ PRODUCT, DOCUMENTS sufficient to show, by product number or

25  SKU, the revenue received by YOU from each such BRATZ PRODUCT sold by

26  MGA or its licensees to that customer.

27

28

EXHIBIT _2_

PAGE ___90___

MATTEL'S FIRST SET OF DOCUMENT REQUESTS TO ISAAC LARIAN

1  REQUEST FOR PRODUCTION NO. 263:

2          DOCUMENTS sufficient to show the revenue and profits derived by

3  YOU or MGA from the sale by YOU, MGA or its licensees of BRATZ

4  PRODUCTS including, without limitation, DOCUMENTS sufficient to show sales

5  revenue, costs of goods sold, variable costs, gross margins, royalties paid and

6  received, gross profits and nets profits.

7

8  REQUEST FOR PRODUCTION NO. 264:

9          DOCUMENTS sufficient to show the revenue and profits derived by

10  YOU or MGA from BRATZ MOVIES including, without limitation,

11  DOCUMENTS sufficient to show sales revenue, costs of goods sold, variable costs,

12  gross margins, royalties paid and received, gross profits and net profits.

13

14  REQUEST FOR PRODUCTION NO. 265:

15          DOCUMENTS sufficient to show the revenue and profits derived by

16  YOU or MGA from BRATZ TELEVISION SHOWS including, without limitation,

17  DOCUMENTS sufficient to show sales revenue, costs of goods sold, variable costs,

18  gross margins, royalties paid and received, gross profits and net profits.

19

20  REQUEST FOR PRODUCTION NO. 266:

21          All quarterly and annual profit and loss statements for BRATZ.

22

23  REQUEST FOR PRODUCTION NO. 267:

24          All sales, profit and cash flow projections or forecasts for BRATZ

25  DOLLS, BRATZ PRODUCTS, BRATZ MOVIES and BRATZ TELEVISION

26  SHOWS.

27

28

EXHIBIT __2__

PAGE __91__

07209/2142932.1

-62-

1 ‖ REQUEST FOR PRODUCTION NO. 268:

2    All DOCUMENTS that REFER OR RELATE TO the value of the

3 ‖ BRATZ brand.

4

5 ‖ REQUEST FOR PRODUCTION NO. 269:

6    DOCUMENTS sufficient to show or calculate YOUR net worth on a

7 ‖ yearly basis for each year from 1999 to the present.

8

9 ‖ REQUEST FOR PRODUCTION NO. 270:

10    All DOCUMENTS that evidence, reflect or REFER OR RELATE TO

11 ‖ the BRATZ DOLL's share of the fashion doll market including, without limitation,

12 ‖ the extent to which Bratz has been or is gaining or losing market share in the fashion

13 ‖ doll market.

14

15 ‖ REQUEST FOR PRODUCTION NO. 271:

16    DOCUMENTS sufficient to show each of YOUR position(s), titles and

17 ‖ functions with and relationship to MGA, including without limitation with or to

18 ‖ MGA Entertainment HK Limited and MGAE de Mexico, S.r.l. de C.V.

19

20 ‖ REQUEST FOR PRODUCTION NO. 272:

21    All DOCUMENTS RELATING TO the ownership of MGA

22 ‖ Entertainment HK Limited.

23

24

25

26

27         EXHIBIT _2_

28         PAGE _92_

1  REQUEST FOR PRODUCTION NO. 273:

2          All DOCUMENTS RELATING TO the ownership of MGAE de

3  Mexico, S.r.l. de C.V.

4

5  REQUEST FOR PRODUCTION NO. 274:

6          An electronic copy of each DOCUMENT that YOU have produced in

7  this action, or that is responsive to these Requests, that is or was created, prepared,

8  generated, maintained or transmitted in digital form.

9

10 REQUEST FOR PRODUCTION NO. 275:

11         The metadata for each DOCUMENT that YOU have produced in this

12 action, or that is responsive to these Requests, that is or was created, prepared,

13 generated, maintained or transmitted in digital form.

14

15 REQUEST FOR PRODUCTION NO. 276:

16         To the extent not produced in response to any other Request for

17 Production, all DOCUMENTS and tangible things upon which YOU intend to rely

18 in this ACTION.

19

20 DATED: June 13, 2007          QUINN EMANUEL URQUHART OLIVER &
                                  HEDGES, LLP
21

22

23                             By _Michael T. Zeller/_

24                                Michael T. Zeller
                                  Attorneys for Mattel, Inc.
25

26                                       EXHIBIT __2__

27                                       PAGE ___93___

28

07209/2142932.1

-64-

MATTEL'S FIRST SET OF DOCUMENT REQUESTS TO ISAAC LARIAN

## PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 865 South Figueroa Street, 10th Floor, Los Angeles, California 90017-2543.

On June 13, 2007, I served true copies of the following document(s) described as **MATTEL, INC.'S FIRST SET OF REQUESTS FOR DOCUMENTS AND THINGS TO ISAAC LARIAN** on the parties in this action as follows:

> John W. Keker, Esq.
> Michael H. Page, Esq.
> Christa M. Anderson, Esq.
> KEKER & VAN NEST, LLP
> 710 Sansome Street
> San Francisco, California 94111

**BY MAIL:** I am "readily familiar" with the practices of Quinn Emanuel Urquhart Oliver & Hedges for collecting and processing correspondence for mailing with the United States Postal Service. Under that practice, it would be deposited with the United States Postal Service that same day in the ordinary course of business. I enclosed the foregoing in sealed envelope(s) addressed as shown above, and such envelope(s) were placed for collection and mailing with postage thereon fully prepaid at Los Angeles, California, on that same day following ordinary business practices.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on June 13, 2007, at Los Angeles, California.

_Elaine Chavarria_
Elaine Chavarria

EXHIBIT 2

PAGE 94

09819/2143538.1

1

## PROOF OF SERVICE

2      I am employed in the County of Los Angeles, State of California. I am over the age of
eighteen years and not a party to the within action; my business address is 865 South Figueroa
3  Street, 10th Floor, Los Angeles, California 90017-2543.

4      On June 13, 2007, I served true copies of the following document(s) described as
**MATTEL, INC'.S FIRST SET OF REQUESTS FOR DOCUMENTS AND THINGS TO
5  ISAAC LARIAN** on the parties in this action as follows:

6

7      Diana M. Torres, Esq.
O'Melveny & Myers, LLP
8      400 South Hope Street
Los Angeles, California  90071

9

10

11  **BY PERSONAL SERVICE:**  I delivered such envelope(s) by hand to the office of the person(s)
being served.

12      I declare that I am employed in the office of a member of the bar of this Court at whose
direction the service was made.

13

14      Executed on June 13, 2007, at Los Angeles, California.

15

16                                           _____
                                             DAVE QUINTANA

17

18

19

20

21

22

23

24

25

26

27                                  EXHIBIT  2

28                                  PAGE  95

**EXHIBIT 3**

# THIS EXHIBIT IS FILED UNDER SEAL

# PURSUANT TO PROTECTIVE ORDER

**EXHIBIT 4**

# THIS EXHIBIT IS FILED UNDER SEAL

# PURSUANT TO PROTECTIVE ORDER

**EXHIBIT 5**

# THIS EXHIBIT IS FILED UNDER SEAL

# PURSUANT TO PROTECTIVE ORDER

**EXHIBIT 6**

# THIS EXHIBIT IS FILED UNDER SEAL

# PURSUANT TO PROTECTIVE ORDER

**EXHIBIT 7**

# THIS EXHIBIT IS FILED UNDER SEAL

# PURSUANT TO PROTECTIVE ORDER

**EXHIBIT 8**

# THIS EXHIBIT IS FILED UNDER SEAL

# PURSUANT TO PROTECTIVE ORDER

**EXHIBIT 9**

# THIS EXHIBIT IS FILED UNDER SEAL

# PURSUANT TO PROTECTIVE ORDER

**EXHIBIT 10**

# THIS EXHIBIT IS FILED UNDER SEAL

# PURSUANT TO PROTECTIVE ORDER

**EXHIBIT 11**

# THIS EXHIBIT IS FILED UNDER SEAL

# PURSUANT TO PROTECTIVE ORDER

**EXHIBIT 12**

# THIS EXHIBIT IS FILED UNDER SEAL

# PURSUANT TO PROTECTIVE ORDER

**EXHIBIT 13**

# THIS EXHIBIT IS FILED UNDER SEAL

# PURSUANT TO PROTECTIVE ORDER

**EXHIBIT 14**

# THIS EXHIBIT IS FILED UNDER SEAL

# PURSUANT TO PROTECTIVE ORDER

**EXHIBIT 15**

# THIS EXHIBIT IS FILED UNDER SEAL

# PURSUANT TO PROTECTIVE ORDER

**EXHIBIT 16**

# THIS EXHIBIT IS FILED UNDER SEAL

# PURSUANT TO PROTECTIVE ORDER

# EXHIBIT 17

# THIS EXHIBIT IS FILED UNDER SEAL

# PURSUANT TO PROTECTIVE ORDER

**EXHIBIT 18**

# THIS EXHIBIT IS FILED UNDER SEAL

# PURSUANT TO PROTECTIVE ORDER

**EXHIBIT 19**

# THIS EXHIBIT IS FILED UNDER SEAL

# PURSUANT TO PROTECTIVE ORDER

**EXHIBIT 20**

# THIS EXHIBIT IS FILED UNDER SEAL

# PURSUANT TO PROTECTIVE ORDER

# EXHIBIT 21

# THIS EXHIBIT IS FILED UNDER SEAL

# PURSUANT TO PROTECTIVE ORDER

# THIS EXHIBIT IS FILED UNDER SEAL

# PURSUANT TO PROTECTIVE ORDER

# EXHIBIT 22

**EXHIBIT 23**

# THIS EXHIBIT IS FILED UNDER SEAL

# PURSUANT TO PROTECTIVE ORDER

# EXHIBIT 24

Westlaw.

**REAL PROPERTY TRANSACTION RECORD**

> Filings Collected Through: 04-17-2008
> County Last Updated: 04-23-2008
> Frequency of Update: WEEKLY
> Current Date: 04/23/2008
> Source: COUNTY
> RECORDER
>          , LOS ANGELES, CALIFORNIA

> **OWNER INFORMATION**

> Owner(s): MGA NORTH LLC
> Ownership Rights: CORPORATION
> Corporate Owner: YES
> Additional Owner #1: MGA NORTH LLC
> Owner Rights: CORPORATION
> Property Address: 20000 PRAIRIE ST
> CHATSWORTH CA 91311-6507
> Mailing Address: N/AVAIL

> **PROPERTY INFORMATION**

> County: LOS ANGELES
> Assessor's Parcel Number: 2761-001-072
> Property Type: WAREHOUSE
> Land Use: WAREHOUSE
> Building Square Feet: 65689

> **TRANSACTION INFORMATION**

> Transaction Date: 10/25/2006
> Seller Name: LOS ANGELES TIMES COMMUNICATIO
> Sale Price: $27,300,000.00
> Consideration: SALE PRICE (FULL)
> Deed Type: GRANT DEED
> Type of Transaction: RESALE
> Recording Date: 10/31/2006
> Document Number: 2412751
> Title Company: CHICAGO TITLE CO.
> Construction Type: RESALE
> Purchase Payment: CASH

TAX ASSESSOR RECORD is available for this property. The record contains information from the office of the local real property tax assessor office. In addition to identifying the current owner, the record may include tax assessment information, the legal description, and property characteristics. Additional charges may apply.

EXHIBIT __ 24 __

PAGE _____ 512

© 2008 Thomson Reuters/West. No Claim to Orig. US Gov. Works.

APN: 2761-001-072                                                                Page 2

TRANSACTION HISTORY REPORT is available for this property. The report contains
details about all available transactions associated with this property. The report
may include information about sales, ownership transfers, refinances, construction
loans, 2nd mortgages, or equity loans based on recorded deeds. Additional charges
may apply.

        Call Westlaw CourtExpress at 1-877-DOC-RETR (1-877-362-7387)
        to order copies of documents related to this or other matters.
                        Additional charges apply.

END OF DOCUMENT

EXHIBIT ___24___

PAGE ___513___

© 2008 Thomson Reuters/West. No Claim to Orig. US Gov. Works.

**EXHIBIT 25**



About Us | My Account | View Cart

Home

Company Profiles

Industry Information

Business Development Resources

Business Management Resources

U.S. Job Search

Ads by Google

N.Nleszawer Valuations
Ecole de Paris - Jewish painters Kisling, Soutine, Pascin, Kikoine
www.ecoledeparis.org

Target Designer Gadget
Get The Latest Info On New Fashion, Beauty & Furniture Collections!
www.Target.com

Isaac Isaac Mizrahi
Step Out In Style. Save on Isaac Isaac Mizrahi!
Shopzilla.com/IsaacMizrahi

Affordable Credit Scores
Get Credit Scores & Report From All 3 Bureaus. Free 7 Day Access.
FreeTripleCreditReport.com

Isaac Mizrahi NY
The official home of Isaac Mizrahi. Shop at Isaac's exclusive store!
www.isaacmizrahiny.com

Need More Information?

More articles about 'isaac

Browse or Search over 5 million articles »   Enter a keyword   GO!

Find Articles by Publication

Home | Industry Information | Business News | Browse by Publication | S | San Fernando Valley Business Journal

# MGA Entertainment buying times property.(Real Estate)

Article, News, Research, Information, Industry & Business News
» View article excerpt

Ads by Google

N.Nleszawer Valuations Ecole de Paris - Jewish painters Kisling, Soutine, Pascin, Kikoine

Target Designer Gadget Get The Latest Info On New Fashion, Beauty & Furniture Collections!

Isaac Isaac Mizrahi Step Out In Style. Save on Isaac Isaac Mizrahi!

Read ALL the news from Goliath - Try Goliath Business News - FREE!
You can view this article PLUS...
  › Over 5 million business articles
  › Hundreds of the most trusted magazines, newswires, and journals (see list)
  * Premium business information that is timely and relevant
  › Unlimited Access

Now for a Limited Time, try Goliath Business News - Free for 7 Days!



Tell Me More  Terms and Conditions

EXHIBIT _____ 25

PAGE _____ 514

Publication: San Fernando Valley Business Journal
Publication Date: 25-SEP-06
Delivery: Immediate Online Access
Author: Garcia, Shelly
Full Article:
A deal has been struck to sell the coveted Los Angeles Times property in Chatsworth to MGA Entertainment, makers of Bratz dolls, for an estimated $28 million.

MGA, which is currently located in Van Nuys, beat out a handful of developers who saw in the 26-acre parcel a rare chance for a substantial industrial redevelopment in the center of the San Fernando Valley.

With an industrial vacancy rate of under 4 percent in the Valley, such a development would have met with almost certain success, according to the developers who were involved in the bidding process.

But they added that because a developer would have to factor in redevelopment costs, including rising materials prices, along with the cost of carrying the property through the process, the bids they submitted were not likely to top that of an owner-user like MGA.

larian property purchase'

Start a new search.

MGA is likely to have offered as much as a 15 percent premium over bids from other developers, which included LNR Property Corp., M.W. Ossola and Associates Inc.; Overton Moore Properties, Sheridan Ebbert Real Estate Development and Volt Development Co., according to sources.

MGA officials would not comment on the purchase price for the property, which is being divested by Times' owner The Tribune Co., as part of a consolidation of its printing facilities designed to cut costs.

MGA's move to acquire the property comes as the company has experienced explosive growth and more recently, completed several deals that will expand its business even further.

The company, which currently has about 350 workers at its Van Nuys facility, with some 600 worldwide employees, is hiring an additional 100 staffers locally.

"We are going to make a major headquarters here," said Isaac Larian, CEO of MGA. "Our facility here is very limited and our success is because of our people. We want to have a day care facility, a gym, a lot of things employees would like to have. This land will give us the opportunity to do that."

Privately-held, the family-owned company does not report revenue figures. But MGA's success with Bratz, a line of dolls that mimic the urban hip-hop fashions of today has been well-documented. In a few short years since its introduction in 2001, Bratz bumped the 50-year-old Barbie franchise from Mattel to second place, and the dolls have pushed the company into the entertainment arena with videos and other licensed products.

The company manufactures overseas, but virtually all the other functions, from design and development to accounting and licensing, are handled from its U.S. headquarters, which currently provide just 160,000 square feet of space, about 56 percent less than the building that now sits on the Times site.

Larian said that most of the growth has come from Bratz as well as several other lines, including Rescue Pets and Yummi-Land Creme Soda Pop Girls.

The company just inked a deal to acquire Little Tikes from Newell Rubbermaid Inc., a move that will take MGA into the children's toys and furniture categories.

MGA also recently signed a joint venture agreement under which it will sell Zapf Creation products in North and South America. Zapf makes baby dolls that are designed to mimic some of the same movements and activities as real infants.

Trammell Crow represented the Tribune Co.

Multi-family Sale

A 152-unit apartment building in Northridge has sold to an investment company for $28.6 million.

The property, built in 1973, is located at 10435 Lindley Ave.

The buyer, StarPoint Properties LLC, expects to spend about $1.5 million to renovate the property

Chris Thompson, a broker with Investment Real Estate Associates, represented the seller, a unit of Pacific Property Co., and the buyer, IREA said.

Industrial Sale

A 47,650-square-foot industrial building in North Hollywood was sold for $3 million.

EXHIBIT ___25___

PAGE ___515___

The building, at 12222-12228 Sherman Way, will serve as a distribution center for Independent Electrical Supply.

The property is located on a 2.3-acre parcel. Steve Scott, a broker with Lee & Associates-LA North/Ventura, represented the new owner, Ron Snow.

Bruce Simpson, a broker with Delphi Business Properties, represented the private seller.

Simi Sale

A 9,723-square-foot office building in Simi Valley was acquired by a user for $3.3 million.

The building, Alamo Executive Center at 3713 Alamo, will be used for corporate headquarters for Newman & Sons, a concrete and asphalt contractor.

The building's current tenant, Simi Starship, will be relocating to an office condominium, also in Simi Valley.

Mike LaRocque, a broker with GVA DAUM, represented the buyer and DAUM's Chris Sullivan and Mike Foxworthy represented Simi Starship.

Chatsworth Lease

DataDirect Networks has leased a 55,563-square-foot industrial facility in Chatsworth for its headquarters location.

The five year lease, at 9351 Deering Ave. in the Northpark Industrial Center, is valued at $2.3 million.

The company, a developer of storage network and other technologies, is expected to employ 100 people at the site.

Scott Caswell, a broker with Delphi Business Properties, represented the landlord, Northpark Industrial. Bennett Robinson, a broker with CB Richard Ellis, represented the tenant.

Westlake Sale

A 38,764-square-foot parcel in Agoura Hills was sold for $1.2 million.

The property was acquired by Conejo Development Co., which plans to build an 11,600-square foot warehouse on the site.

Chris Richards and Bill Napier of NAI Capital represented the seller, Bijan Zaghi.

The buyer was represented by Patrick Naylon, a broker with BP Realtor.

Senior reporter Shelly Garcia can be reached at (818) 316-3123 or by e-mail at sgarcia@sfvbj.com.

More articles from San Fernando Valley Business Journal
New Year's Eve is last link in factory closing, 24-DEC-07
Hollywood urged to give medium a green message; conference pushes changes in product, procedures on sets., 24-DEC-07
Nevada transplant returns to Simi, 24-DEC-07

Looking for additional articles?

EXHIBIT ___25___

PAGE ___516___

Click here to search our database of over 3 million articles.

Looking for more in-depth information on this industry?
Click here to search our complete database of Industry & Market reports by text, subject, publication name or publication date.

About Goliath
Whether you're looking for sales prospects, competitive information, company analysis or best practices in managing your organization, Goliath can help you meet your business needs.

Our extensive business information databases empower business professionals with both the breadth and depth of credible, authoritative information they need to support their business goals. Whether it be strategic planning, sales prospecting, company research or defining management best practices - Goliath is your leading source for accurate information.

Advertising, Privacy Policy, Refund Policy, Contact Us, Site Map, Terms & Conditions, Add to del.icio.us
Customer Service, How to Buy, Frequently Asked Questions
Copyright © 2008, ECNext, Inc., All Rights Reserved

EXHIBIT _____ 25

PAGE _____ 517

# THIS EXHIBIT IS FILED UNDER SEAL

# PURSUANT TO PROTECTIVE ORDER

# EXHIBIT 26