QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
   John B. Quinn (Bar No. 090378)
   johnquinn@quinnemanuel.com
   Michael T. Zeller (Bar No. 196417)
   (michaelzeller@quinnemanuel.com)
   Jon D. Corey (Bar No. 185066)
   (joncorey@quinnemanuel.com)
   Timothy L. Alger (Bar No. 160303)
   (timalger@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone:   (213) 443-3000
Facsimile:    (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>      Plaintiff,<br><br>      vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>      Defendant.<br><br>AND CONSOLIDATED CASES | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with<br>Case Nos. CV 04-09059 & CV 05-2727<br><br>NOTICE OF ERRATA RE SUPPLEMENTAL DECLARATION OF JON D. COREY IN SUPPORT OF MATTEL, INC.'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS AND THINGS BY MGA ENTERTAINMENT, INC. AND FOR AWARD OF MONETARY SANCTIONS<br><br>Date:    TBD<br>Time:   TBD<br>Place:  TBD<br><br>**Phase 1:**<br>Pre-Trial Conference:  May 19, 2008<br>Trial Date:          May 27, 2008 |

1   TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2         PLEASE TAKE NOTICE that the Declaration Of Melissa Grant in

3   Support of Mattel, Inc.'s Motion of Mattel, Inc. for an Order Enforcing the Court's

4   December 27 2007 Order Compelling Isaac Larian to Produce Certain Documents

5   ("Declaration"), served on May 21, 2008, contained errors in paragraph 26 of page

6   5. Mattel submits the corrected page 5 and 6 herewith, attached as Exhibit 1. In

7   addition, three pages from Exhibit 5 to the Declaration (excerpts from the

8   Deposition of Lisa Tonnu (Volume 4), dated January 17, 2008) were inadvertently

9   omitted from the copies filed with the Court and served on opposing parties. A true

10  and correct copy of Exhibit 5 is attached hereto as Exhibit 2.

12  DATED:  May 21, 2008       QUINN EMANUEL URQUHART OLIVER &
                             HEDGES, LLP

                       By _____

                         Melissa Grant
                         Attorneys for Mattel, Inc.

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com
Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
Timothy L. Alger (Bar No. 160303)
  (timalger@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone:  (213) 443-3000
Facsimile:  (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>**DISCOVERY MATTER**<br><br>**DECLARATION OF MELISSA GRANT IN SUPPORT OF MATTEL, INC.'S MOTION FOR AN ORDER ENFORCING THE COURT'S DECEMBER 27 2007 ORDER COMPELLING ISAAC LARIAN TO PRODUCE CERTAIN DOCUMENTS**<br><br>Hearing Date:  TBD<br>Time:  TBD<br>Place:  TBD<br><br>**Phase 1:**<br>Pre-trial Conference:  May 19, 2008<br>Trial Date:  May 27, 2008 |

**CONFIDENTIAL – ATTORNEYS' EYES**

**FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER**

1    I, Melissa Grant, declare as follows:

2    1.    I am a member of the bar of the State of California and an

3    associate at Quinn Emanuel Urquhart Oliver & Hedges, LLP, attorneys for

4    Mattel, Inc. ("Mattel").  Except as set forth herein, I make this declaration of

5    personal, firsthand knowledge and, if called and sworn as a witness, I could and

6    would testify competently thereto.

7    2.    Attached as Exhibit 1 is a true and correct copy of the Order

8    Granting in Part and Denying in Part Mattel's Motion to Compel Production of

9    Documents by Isaac Larian; Denying Request for Sanctions, dated December 27,

10   2007.

11   3.    Attached as Exhibit 2 is a true and correct copy of Mattel, Inc.'s

12   First Set of Requests for Documents and Things To Isaac Larian, dated  June 13,

13   2007.

14   4.    Attached as Exhibit 3 are true and correct copies of the

15   Declaration of Amy Park in Support of MGA Defendants' Reply in Support of their

16   Motion to Quash Mattel, Inc.'s Subpoena to Bank of America, dated February 15,

17   2008, and the documents to which she referred to therein (MGA 3787275 – MGA

18   3787283).

19   5.    Attached as Exhibit 4 is a true and copy of excerpts of the

20   Deposition Isaac Larian ("Larian Depo") (Vol. 2), dated March 26, 2008.

21   6.    Attached as Exhibit 5 is a true and copy of excerpts of the

22   Deposition of Lisa Tonnu ("Tonnu Depo") (Vol. 4) dated January 17, 2008.

23   7.    Attached as Exhibit 6 is a true and correct copy of a transcript of

24   an excerpted portion of trial, <u>Art Attacks Ink, LLC v. MGA Entertainment, Inc.</u>,

25   dated May 1, 2007, United States District Court, Southern District of California,

26   Case No. 04CV1035-B, dated May 1, 2007 (MGA 0868866 - MGA 08697098).

27

28

8.    Attached as Exhibit 7 is a true and copy of excerpts of the Tonnu Depo (Vol. 4) dated January 17, 2008.

9.    Attached as Exhibit 8 is a true and correct copy of ABC International Traders, Inc., March 2001 Business Plan (MGA 0050638 - MGA 0050660)

10.    Attached as Exhibit 9 is a true and correct copy of an e-mail message from Isaac Larian to Saban-Heim Saban, dated January 30, 2003 (MGA 1008775-MGA 1008778).

11.    Attached as Exhibit 10 is a true and correct copy of an e-mail chain between Isaac Larian, Mel Woods, Valerie Grant, and/or Jeffrey Hall ranging in dated from June 26, 2003 through August 17, 2004 (MGA 4008769- MGA 4008779).

12.    Attached as Exhibit 11 is a true and copy of the Transaction Journal (Tonnu Depo. Exh. 1354 (MGA 3787372 – MGA 3787397)).

13.    Attached as Exhibit 12 is a true and copy of Tonnu Deposition Exhibit 1364 (MGA 3787400- MGA 3787426).

14.    Attached as Exhibit 13 is a true and copy of the G/L Detail Ledger (MGA 3865982 - MGA 3866029).

15.    Attached as Exhibit 14 is a true and copy of MGA's Independent Auditors' Report for the Years Ending 2000 and 1999 (MGA 7341- MGA 7351).

16.    Attached as Exhibit 15 is a true and copy of MGA's Independent Auditors' Report for the Years Ending 2001 and 2000 (MGA 7352- MGA 7362).

17.    Attached as Exhibit 16 is a true and copy of MGA's Consolidated Financial Statements for the Years Ending 2001 and 2002 (MGA 1728906 - MGA 1728919);

18.    Attached as Exhibit 17 is a true and copy of MGA's Consolidated Financial Statements for the Year Ending 2003 (MGA 0863874 – MGA 0863887).

19.   Attached as Exhibit 18 is a true and copy of MGA's Consolidated Financial Statements for the Years Ending 2004 and 2003 (MGA 0863888- MGA 0863901).

20.   Attached as Exhibit 19 is a true and copy of MGA's Consolidated Financial Statements for the Years Ending 2005 and 2004 (MGA 0868693 – MGA 0868706).

21.   Attached as Exhibit 20 is a true and copy of MGA's Consolidated Financial Statements for the years Ending and 2006 and 2005 (MGA 0868706- MGA 0868722).

22.   Attached as Exhibit 21 is a true and copy of e-mail message from Jeffrey Hall to Isaac. Larian, dated Sept. 9, 2003 (MGA 1506093).

23.   Attached as Exhibit 22 is a true and correct copy of the expert report of Michael J. Wagner, dated February 11, 2008.

24.   Attached as Exhibit 23 is a true and correct copy of the rebuttal report of Michael J. Wagner, dated March 17, 2008.

25.   Attached as Exhibit 24 is a true and correct copy of the Real Property Transaction Record of MGA North LLC's ownership and purchase of 20000 Prairie Street, Chatsworth, California from  Los Angeles Times Communications, for a purchase price of $27,300,000, on October 25, 2006, *available at* Westlaw APN:2761-001-072.

26.   Attached as Exhibit 25 is a true and correct copy of an article entitled, "A deal has been struck to sell the coveted Los Angeles Times property in Chatsworth to MGA Entertainment, makers of Bratz dolls, for an estimate $28 million," that appeared in the San Fernando Valley Business Journal on September 25, 2006, *available* at http:\\goliath.ecnext.com\coms2\gi_0199-5918939\MGA-Entertainment-Buying-Times-Pro..., last visited on April 22, 2008.

07209/2514635.2

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

07209/2514635.2

GRANT DECLARATION ISO MOTION FOR ORDER ENFORCING DECEMBER 27 2007 ORDER

1

2

3

4

5

6

7

8

9

10

11

12

13        28.   The Larian Net Worth Documents (Exhibit 3) are

14   identified as Exhibits 11885 (MGA 3787275- MGA 3787279) and Exhibit

15   11266 (MGA 3787280- MGA 378283) on the Joint Exhibit List.  On May 6,

16   2008, MGA and Larian served their objections to these exhibits, including

17   completeness (Fed. R. Evid. 106), prejudicial and confusing (Fed. R. Evid.

18   403), and relevance (Fed. R. Evid. 401-402).

19        29.   Attached is a true and correct copy of an e-mail message that Jon

20   D. Corey, counsel for Mattel, sent to Amy S. Park, counsel for MGA and Larian,

21   dated May 21, 2008.

22        I declare under penalty of perjury under the laws of the United States

23   that the foregoing is true and correct.

24        Executed this 21th day of May, 2008, at Los Angeles, California.

25

26

27        Melissa Grant

28

CERTIFIED COPY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - EASTERN DIVISION

CARTER BRYANT, AN INDIVIDUAL,    )
                                 )
            PLAINTIFF,           )
                                 )
      V.                         )    NO.  CV 04-9040 SGL (RNBX)
                                 )
MATTEL, INC., A DELAWARE         )
CORPORATION,                     )
                                 )
            DEFENDANTS.          )
                                 )
_____)
                                 )
AND CONSOLIDATED ACTION (S),     )
                                 )

# C O N F I D E N T I A L

(PURSUANT TO PROTECTIVE ORDER, THIS TRANSCRIPT HAS BEEN
DESIGNATED CONFIDENTIAL, ATTORNEYS' EYES ONLY)

## DEPOSITION OF LISA TONNU

## VOLUME IV

## JANUARY 17, 2008



REPORTED BY:
PAULA PYBURN
CSR NO.  7304
JOB NO. 08AE029-PP

515 S. Flower Street
Suite 3600
Los Angeles, California 90071
Office: (213) 955-0070
Fax: (213) 955-0077

Exhibit 10
Page 166

EXHIBIT ___5___

PAGE ___134___

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, AN INDIVIDUAL, | ) |
| | ) |
| | ) CASE NO. |
| PLAINTIFF, | ) CV 04-9049 SGL(RNBX) |
| | ) |
| V. | ) CONSOLIDATED WITH |
| | ) CASE NO. 04-9059 |
| MATTEL, INC., A DELAWARE | )          AND |
| CORPORATION, | ) CASE NO. 05-2727 |
| | ) |
| DEFENDANT. | ) |
| _____ | ) |
| | ) |
| AND CONSOLIDATED ACTION(S) | ) |
| _____ | ) |

CONFIDENTIAL ATTORNEY'S EYES ONLY

VIDEOTAPED DEPOSITION OF M.G.A.

ENTERTAINMENT, INC., PURSUANT TO

RULE 30(B)(6) (LISA TONNU, VOLUME

IV), TAKEN ON BEHALF OF MATTEL,

INC., AT 865 SOUTH FIGUEROA STREET,

2ND FLOOR, LOS ANGELES, CALIFORNIA,

COMMENCING AT 9:25 A.M., THURSDAY,

JANUARY 17, 2008, BEFORE PAULA A.

PYBURN, C.S.R. 7304, R.P.R., C.L.R.

733

Exhibit 10
Page 167

EXHIBIT 5

PAGE 135

```
 1    APPEARANCES OF COUNSEL:
 2    FOR M.G.A. ENTERTAINMENT, INC.:
 3      SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
        BY:  CARL ALAN ROTH, ESQ.
 4      BY:  RYAN WEINSTEIN, ESQ.
        300 SOUTH GRAND AVENUE
 5      LOS ANGELES, CALIFORNIA 90071-3144
        (213) 687-5000
 6      CROTH@SKADDEN.COM
        RWEINSTE@SKADDEN.COM
 7
 8    FOR DEFENDANT MATTEL, INC.:
 9      QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
        BY:  JON D. COREY, ESQ.
10      BY:  DIANE HUTNYAN, ESQ.
             (WHERE INDICATED)
11      865 SOUTH FIGUEROA STREET
        2ND FLOOR
12      LOS ANGELES, CALIFORNIA 90017-2543
        (213) 443-3000
13      JONCOREY@QUINNEMANUEL.COM
        DIANEHUTNYAN@QUINNEMANUEL.COM
14
15    FOR CARTER BRYANT:
16      KEKER & VAN NEST LLP
        BY:  AUDREY WALTON-HADLOCK, ESQ.
17      710 SANSOME STREET
        SAN FRANCISCO, CALIFORNIA 94111-1704
18      (415) 391-5400
        AWALTONHADLOCK@KVN.COM
19
20    ALSO PRESENT:
21      CRAIG HOLDEN, M.G.A. ENTERTAINMENT, INC.
             (WHERE INDICATED)
22      STEVEN TOGAMI, J.T.V. LITIGATION SERVICES, INC.
23
24
25
```

734

Exhibit 10
Page 168

EXHIBIT _____5_____

PAGE _____136_____

```
 1              I N D E X
 2
 3  WITNESS:         EXAMINED BY:              PAGE:
 4  LISA TONNU
 5                   MR. COREY                  739
 6                   AFTERNOON SESSION          852
 7                   MS. HUTNYAN                918
 8
 9  EXHIBITS FOR IDENTIFICATION:  (BOUND SEPARATELY)
10  NUMBER:
11  1350 -   THIRD NOTICE OF DEPOSITION OF       741
            M.G.A. ENTERTAINMENT, INC.,
12           PURSUANT TO FEDERAL RULE OF CIVIL
            PROCEDURE 30(B)(6), 11 PAGES
13
    1351 -   FOURTH DEPOSITION NOTICE OF         743
14           M.G.A. ENTERTAINMENT, INC.,
            PURSUANT TO FEDERAL RULE OF CIVIL
15           PROCEDURE 30(B)(6), 30 PAGES
16  1352 -   PAYMENTS MADE TO MARLOW, MGA        759
            3787447 - MGA 3787464, 18 PAGES
17
    1353 -   BONUS AND MERIT SCHEDULE, MGA       770
18           0218357 - MGA 0218421, 65 PAGES
19  1354 -   PAYMENTS MADE TO OR ON BEHALF OF    786
            ISAAC LARIAN OR FAMILY MEMBERS,
20           MGA 3787372 - MGA 3787397, 26
            PAGES
21
    1355 -   PAYMENTS MADE TO OR ON BEHALF OF    827
22           MAKABI FAMILY MEMBERS, MGA
            3787427 - MGA 3787446, 20 PAGES
23
    1356 -   2006 W-2 AND EARNINGS SUMMARIES,    843
24           MGA 3787315 - MGA 3787321, 7
            PAGES
25
```

735

Exhibit 10
Page 169

EXHIBIT _____5_____

PAGE _____137_____

EXHIBITS FOR IDENTIFICATION:   (BOUND SEPARATELY)
(CONTINUED)

NUMBER:

1357 -   2005 W-2 AND EARNINGS SUMMARIES,          843
         MGA 3787322 - MGA 3787328, 7
         PAGES

1358 -   2004 W-2 AND EARNINGS SUMMARIES,          843
         MGA 3787329 - MGA 3787334, 6
         PAGES

1359 -   2003 W-2 AND EARNINGS SUMMARIES,          843
         MGA 3787335 - MGA 3787340, 6
         PAGES

1360 -   2002 W-2 AND EARNINGS SUMMARIES,          843
         MGA 3787341 - MGA 3787346, 6
         PAGES

1361 -   2001 W-2 AND EARNINGS SUMMARIES,          843
         MGA 3787347 - MGA 3787353, 7
         PAGES

1362 -   1999 W-2 AND EARNINGS SUMMARIES,          843
         MGA 3787361 - MGA 3787366, 6
         PAGES

1363 -   2000 W-2 AND EARNINGS SUMMARIES,          843
         MGA 3787354 - MGA 3787360, 7
         PAGES

1364 -   PAYMENT TO LARIAN FAMILY MEMBERS,         852
         MGA 3787400 - MGA 3787426, 27
         PAGES

1365 -   M.G.A. WORLDWIDE SALES BY S.K.U.,         871
         2001, MGA 3718299 - MGA 3718343,
         MGA 3718331 - MGA 3718598, MGA
         3718600 - MGA 3718684, 398 PAGES

1366 -   CONSOLIDATED STATEMENT OF                 888
         OPERATIONS, MGA 3709872 - MGA
         3709924, 53 PAGES

1367 -   CONSOLIDATED STATEMENT OF                 908
         OPERATIONS, MGA 3710419 - MGA
         3710429, 11 PAGES

A&E COURT REPORTERS (213) 955-0070 FAX: (213) 955-0077

Exhibit 10
Page 170



EXHIBIT   5

PAGE   138

1   EXHIBITS FOR IDENTIFICATION: (BOUND SEPARATELY)
    (CONTINUED)

2

    NUMBER:

3

    1368 -   HANDWRITTEN NOTES OF 1/16/08          931

4             MEETING WITH ERICH SPECKIN, MGA
              3787467 AND MGA 3787468, 2 PAGES

5

6

7   QUESTIONS UNANSWERED BY WITNESS:

8                        (NONE)

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

EXHIBIT ____5____

PAGE ____139____

```
 1     LOS ANGELES, CALIFORNIA; THURSDAY, JANUARY 17, 2008
 2                        9:25 A.M.
 3
 4          THE VIDEO TECHNICIAN:  GOOD MORNING.  WE
 5     ARE ON THE RECORD AT 9:24 A.M.  TODAY'S DATE IS          09:24:45
 6     JANUARY 17TH, 2008.  MY NAME IS STEVEN TOGAMI.  I'M
 7     THE VIDEO TECHNICIAN EMPLOYED BY J.T.V. LITIGATION
 8     SERVICES, INC., LOCATED IN LOS ANGELES, CALIFORNIA.
 9     WE ARE TAPING THESE PROCEEDINGS AT 865 SOUTH
10     FIGUEROA STREET, LOS ANGELES, CALIFORNIA, 90017.        09:25:06
11          THIS IS TAPE NO. 1 FOR VOLUME IV OF THE
12     DEPOSITION -- VIDEOTAPED DEPOSITION OF LISA TONNU IN
13     THE ACTION ENTITLED "CARTER BRYANT VS. MATTEL, INC."
14     THIS DEPOSITION IS BEING TAKEN ON BEHALF OF THE
15     DEFENDANT.  THE CASE NUMBER IS CV 04-9049 SGL.          09:25:28
16          MAY WE PLEASE HAVE INTRODUCTIONS FOR THE
17     RECORD, BEGINNING WITH THE WITNESS.
18          THE WITNESS:  LISA TONNU.
19          MR. ROTH:  CARL ROTH FROM SKADDEN; ARPS ON
20     BEHALF OF THE WITNESS AND THE M.G.A. DEFENDANTS.        09:25:46
21          MS. WALTON-HADLOCK:  AUDREY WALTON-HADLOCK
22     OF KEKER & VAN NEST ON BEHALF OF CARTER BRYANT.
23          MR. WEINSTEIN:  RON WEINSTEIN FROM SKADDEN,
24     ARPS ON BEHALF OF THE WITNESS AND THE M.G.A.
25     DEFENDANTS.                                             09:25:58
```

A&B COURT REPORTERS (213) 955-0070  FAX: (213) 955-0077

Exhibit 10
Page 172

EXHIBIT ___5___

PAGE ___140___

```
 1          MR. COREY:  JON COREY ON BEHALF OF MATTEL.

 2          THE VIDEO TECHNICIAN:  THANK YOU.

 3          THE REPORTER:  DO YOU SOLEMNLY AFFIRM THE

 4   TESTIMONY YOU ARE ABOUT TO GIVE IN THIS DEPOSITION

 5   SHALL BE THE TRUTH, THE WHOLE TRUTH, AND NOTHING BUT

 6   THE TRUTH?

 7          THE WITNESS:  I DO.

 8

 9                      EXAMINATION

10   BY MR. COREY:                                        09:26:10

11      Q.   GOOD MORNING, MS. TONNU.

12      A.   GOOD MORNING.

13      Q.   WE HAVE BEEN THROUGH THIS EXERCISE BEFORE.

14   SINCE THE LAST TIME YOU TESTIFIED HAS YOUR -- HAS

15   YOUR JOB POSITION CHANGED AT ALL?                    09:26:24

16      A.   NO.

17      Q.   HAS YOUR COMPENSATION CHANGED AT ALL?

18      A.   NO.

19      Q.   HAVE YOU BEEN REPRIMANDED OR DISCIPLINED IN

20   ANY WAY?                                             09:26:33

21      A.   NO.

22      Q.   LET ME PUT IN FRONT OF YOU EXHIBIT -- WHAT

23   HAS BEEN PREVIOUSLY MARKED AS EXHIBIT 452, WHICH YOU

24   HAVE SEEN BEFORE.

25          EXHIBIT 452 IS THE SECOND NOTICE OF          09:26:50
```

739

Exhibit 10
Page 173

EXHIBIT _____5_____

PAGE _____141_____

1      A.    WHO -- WHICH --

2      Q.    CHAR BROOKS.

3      A.    CHAR BROOKS, I DON'T RECALL THE EXACT

4  NUMBER.

5      Q.    WERE THESE REPORTS THAT WERE GENERATED BY          09:45:53

6  AN INDIVIDUAL OR BY COMPANY?

7      A.    I'M SORRY, I DON'T UNDERSTAND.

8      Q.    YOU SAID THAT -- THAT SHE GENERATED REPORTS

9  RELATING TO PAYMENTS.

10     A.    CORRECT.                                           09:46:04

11     Q.    AND THE PAYMENTS WERE TO CERTAIN

12  INDIVIDUALS?

13     A.    YES.

14     Q.    WERE THEY JUST LIMITED TO INDIVIDUALS OR

15  WERE THERE COMPANIES ON THERE AS WELL?                       09:46:09

16         MR. ROTH:   OBJECTION; VAGUE AND AMBIGUOUS.

17         THE WITNESS:   I BELIEVE WE HAVE SOME

18  DOCUMENTATION ON THAT, BUT IF MY -- IF I RECALL

19  CORRECTLY, IT WAS NAMES.   IT COULD HAVE INCLUDED

20  SOME COMPANIES AS WELL, THAT HAD THE PARTICULAR              09:46:24

21  INDIVIDUALS' NAMES.

22  BY MR. COREY:

23     Q.    DO YOU RECALL WHO THE INDIVIDUALS WERE?

24     A.    I BELIEVE IT'S IN -- WITHIN ONE OF THE

25  TOPICS COVERED HERE.                                        09:46:34

755

EXHIBIT  5

PAGE  141a

1      Q.    IS IT ISAAC LARIAN, FARHAD LARIAN, VERONICA

2    MARLOW, DAVID DEES, AND THE OTHER PEOPLE IN TOPIC 15

3    OF THE THIRD NOTICE, WHICH IS EXHIBIT 1350, AMY

4    MYERS, SARAH HALPERN AND MAUREEN MULLEN?

5      A.    CORRECT.                                        09:46:55

6      Q.    WAS ANYONE ELSE IN THAT REPORT OR REPORTS?

7      A.    NOT THAT I RECALL.

8      Q.    AND THEN YOU SAID THAT YOU HAD SOME

9    DOCUMENTATION RELATED TO THAT.  DO YOU HAVE

10   DOCUMENTATION RELATED TO THAT THAT YOU HAVE WITH YOU    09:47:15

11   TODAY?

12     A.    I BELIEVE SO.

13           MR. COREY:  DO YOU HAVE SOMETHING YOU HAVE

14   TO GIVE ME, MR. ROTH?

15           MR. ROTH:  DO YOU WANT IT?                      09:47:27

16           MR. COREY:  YEAH.  IF YOU HAVE IT, IT WILL

17   MAKE IT FASTER.

18           MR. ROTH:  SURE.  LET'S GO OFF THE RECORD

19   FOR A SECOND.

20           MR. COREY:  SURE.                               09:47:31

21           THE VIDEO TECHNICIAN:  GOING OFF THE RECORD

22   AT 9:47 A.M.

23           (A DISCUSSION WAS HELD OFF THE RECORD.)

24           THE VIDEO TECHNICIAN:  GOING BACK ON THE

25   RECORD AT 9:53 A.M.                                     09:53:02

756

EXHIBIT 5

PAGE 141b

```
 1            MR. COREY:  LET'S GET THIS MARKED -- THAT

 2   MARKED AS --

 3            MR. ROTH:  -54.

 4            MR. COREY:  -- 1354.

 5            THE WITNESS:  DO YOU WANT --                10:43:58

 6            MR. COREY:  IF YOU CAN GIVE THAT ONE TO

 7   HER.

 8            (EXHIBIT 1354 MARKED.)

 9            MR. ROTH:  YOU SHOULD HAVE ENOUGH COPIES SO

10   WE HAVE ADDITIONAL FOR MY COLLEAGUES HERE.          10:44:07

11            MR. COREY:  RIGHT.

12       Q.   DO YOU RECOGNIZE EXHIBIT 1354?

13       A.   YES.

14       Q.   WHAT DO YOU RECOGNIZE IT TO BE?

15       A.   THESE ARE PAYMENTS MADE TO OR ON BEHALF OF  10:44:39

16   MR. LARIAN AND -- AND FAMILY MEMBERS.

17       Q.   DO YOU KNOW HOW THIS REPORT WAS PREPARED?

18       A.   NO.

19       Q.   LET'S -- LET'S START -- LET'S START GOING

20   THROUGH THIS.                                       10:45:45

21            AND THEN COUNSEL, I ACTUALLY WOULD REQUEST

22   A COPY OF THIS DOCUMENT, EXHIBIT 1354, IN NATIVE

23   FORMAT IF YOU HAVE IT.  I THINK WE HAVE AN AGREEMENT

24   WITH RESPECT TO THOSE KIND OF REQUESTS.

25            MR. ROTH:  HAVE YOU GUYS BEEN PRODUCING     10:45:57
```

786

A&E COURT REPORTERS (213) 955-0070 FAX: (213) 955-0077

EXHIBIT ___5___

PAGE ___141c___

```
 1   STUFF TO US IN NATIVE FORMAT?
 2           MR. COREY:  ONES THAT ARE REQUESTED.
 3           MR. ROTH:  I'LL TAKE THAT UNDER
 4   CONSIDERATION.
 5   BY MR. COREY:                                      10:46:10
 6       Q.  OUR --
 7           THE VIDEO TECHNICIAN:  I'M SORRY,
 8   MS. TONNU, TRY NOT TO TOUCH THE -- THE WIRE.
 9           THE WITNESS:  OH, I'M SORRY.
10           THE VIDEO TECHNICIAN:  SORRY.  JUST CUTS   10:46:21
11   OUT.
12   BY MR. COREY:
13       Q.  HOW DO YOU REFER TO THIS DOCUMENT?
14       A.  I -- IT'S JUST A REPORT THAT WAS GENERATED
15   FOR PURPOSES OF THIS MATTER.  I HAVEN'T REFERRED TO  10:46:30
16   IT TO ANYTHING IN PARTICULAR.
17       Q.  WHAT -- SHOULD -- CAN WE REFER TO IT AS
18   THE -- THE LARIAN PAYMENT REPORT?
19       A.  IT'S ONE OF I THINK MULTIPLE DOCUMENTS THAT
20   WAS PROVIDED TO YOU, THOUGH, ON PAYMENTS MADE TO THE  10:46:44
21   LARIANS.
22       Q.  OKAY.  LET'S -- LET'S JUST START GOING
23   THROUGH THIS.  AND WE'LL START WITH THE COLUMN
24   HEADINGS.
25           "ORIGINATING DOCUMENT NUMBER," WHAT DOES   10:46:58
```

787

EXHIBIT ____5____

PAGE ____141____

1    A.   NO.

2    Q.   ARE THERE ANY OTHER -- TAKE A STEP BACK.

3         OTHER THAN THE WAREHOUSE, THE HEADQUARTER

4    OFFICES AND THE SHOWROOM, IS THERE ANY OTHER REAL

5    ESTATE THAT MR. LARIAN OWNS OR HAS AN INTEREST IN TO      11:12:22

6    WHICH M.G.A. ENTERTAINMENT PAYS RENT?

7    A.   NOT THAT I'M AWARE OF.

8    Q.   DO YOU KNOW IF ANY OF THE SUBSIDIARIES OF

9    M.G.A. ENTERTAINMENT PAY RENT FOR FACILITIES IN

10   WHICH MR. LARIAN OWNS OR HAS AN INTEREST?              11:12:43

11   A.   NOT THAT I'M AWARE OF.

12   Q.   DO YOU KNOW WHETHER M.G.A. HAS EVER MADE A

13   LOAN TO MR. LARIAN?

14   A.   YES.

15        NO, I'M SORRY, CAN YOU REPEAT THAT            11:13:12

16   QUESTION?

17   Q.   HAS M.G.A. EVER MADE A LOAN TO MR. LARIAN?

18   A.   NOT THAT I'M AWARE OF.  SORRY.

19   Q.   HAS -- DOES M.G.A. PAY FOR -- AND I DON'T

20   KNOW IF MR. LARIAN HAS THESE OR NOT -- HIS -- HIS      11:13:35

21   PERSONAL -- EITHER PERSONAL ASSISTANTS OR PRIVATE --

22   PRIVATE EMPLOYEES?

23        MR. ROTH:  OBJECTION.

24   BY MR. COREY:

25   Q.   LIKE DRIVERS OR THINGS LIKE THAT?              11:13:46

A&B COURT REPORTERS (213) 955-0070 FAX: (213) 955-0077

EXHIBIT 5

PAGE 142

1    MR. ROTH: OBJECTION; VAGUE AND AMBIGUOUS.

2    THE WITNESS: NOT THAT I'M AWARE OF.

3    BY MR. COREY:

4    Q.   DO YOU KNOW WHETHER M.G.A. PAYS FOR

5    SERVICES THAT ARE PROVIDED SPECIFICALLY FOR          11:14:00

6    MR. LARIAN?

7    MR. ROTH: OBJECTION; VAGUE AND AMBIGUOUS.

8    THE WITNESS: CAN YOU BE MORE SPECIFIC?

9    BY MR. COREY:

10   Q.   WELL -- YEAH, I CAN BE MORE SPECIFIC.   I      11:14:09

11   MEAN, YOU'RE AN M.G.A. EMPLOYEE, BUT I UNDERSTAND

12   YOU ASSIST MR. LARIAN WITH HIS PERSONAL TAX RETURNS.

13   IS THAT WHAT YOU TOLD -- IS THAT WHAT YOU TESTIFIED

14   BEFORE?

15   A.   I DO NOT PREPARE THEM, NO.  I JUST GATHER       11:14:21

16   THE INFORMATION.

17   Q.   YOU COLLECT THE INFORMATION AND YOU PROVIDE

18   IT TO -- I THINK MOSS ADAMS IS WHO YOU TOLD ME

19   TOOK --

20   A.   THAT'S CORRECT.                                 11:14:31

21   Q.   -- CARE OF THAT.

22   AND SO -- AND THERE GOING TO BE SOME -- AND

23   THERE'S GOING TO BE SOME OVERLAP THERE, AND SO I'M

24   TRYING TO FIND OUT IF M.G.A. PAYS MOSS ADAMS, FOR

25   EXAMPLE, OR DOES MR. LARIAN PAY THAT?                11:14:41

808  Exhibit 10
     Page 175

EXHIBIT    5
PAGE    143

1        A.   MR. LARIAN PAYS FOR THE PROFESSIONAL FEES.

2        Q.   OKAY.  DO YOU KNOW WHETHER HE PAYS FOR THE

3   PROFESSIONAL FEES FOR THE LAWYERS HANDLING THIS

4   LITIGATION OR ANY OTHER LITIGATION IN WHICH

5   MR. LARIAN IS INVOLVED PERSONALLY?                          11:14:55

6        MR. ROTH:  OBJECTION; FOUNDATION.

7        THE WITNESS:  ARE YOU ASKING IF M.G.A. PAYS

8   FOR THEM?

9   BY MR. COREY:

10       Q.   I'M ASKING YOU IF YOU KNOW WHETHER M.G.A.          11:15:03

11   PAYS -- PAYS THEM?

12       A.   NOT THAT I'M AWARE OF.

13       Q.   AND I THINK YOU TOLD ME BEFORE THAT -- THAT

14   MOSS ADAMS PROVIDES BOTH TAX AND ACCOUNTING

15   SERVICES.  AM I RECALLING THAT CORRECTLY?                   11:15:20

16       A.   "ACCOUNTING SERVICES," I DON'T UNDERSTAND

17   WHAT YOU MEAN.

18       Q.   DOES MR. -- DOES MR. LARIAN HAVE A SEPARATE

19   ACCOUNTANT OTHER THAN MOSS ADAMS?

20       MR. ROTH:  OBJECTION; FOUNDATION.                       11:15:31

21   BY MR. COREY:

22       Q.   IF YOU KNOW.

23       A.   NOT THAT I'M AWARE OF.

24       AND YOU'RE TALKING ABOUT CURRENTLY;

25   CORRECT?                                                    11:15:41

809  Exhibit 10
     Page 176

EXHIBIT ___5___

PAGE ___144___

```
1    STATE OF CALIFORNIA      )
                              )  SS.
2    COUNTY OF RIVERSIDE      )

3         I, PAULA A. PYBURN, CERTIFIED SHORTHAND

4    REPORTER, CERTIFICATE NUMBER 7304, R.P.R., C.L.R., FOR

5    THE STATE OF CALIFORNIA, HEREBY CERTIFY:

6         THE FOREGOING PROCEEDINGS WERE TAKEN BEFORE ME

7    AT THE TIME AND PLACE THEREIN SET FORTH, AT WHICH TIME

8    THE WITNESS WAS PLACED UNDER OATH BY ME;

9         THE TESTIMONY OF THE WITNESS AND ALL OBJECTIONS

10   MADE AT THE TIME OF THE EXAMINATION WERE RECORDED

11   STENOGRAPHICALLY BY ME AND WERE THEREAFTER TRANSCRIBED;

12        THE FOREGOING TRANSCRIPT IS A TRUE AND CORRECT

13   TRANSCRIPT OF MY SHORTHAND NOTES SO TAKEN;

14        I FURTHER CERTIFY THAT I AM NEITHER COUNSEL FOR

15   NOR RELATED TO ANY PARTY TO SAID ACTION NOR IN ANY WAY

16   INTERESTED IN THE OUTCOME THEREOF.

17        IN WITNESS WHEREOF, I HAVE HEREUNTO SUBSCRIBED

18   MY NAME THIS 23rd DAY OF JANUARY, 2008.

19

20               [signature]

21

22

23

24

25
```

81
Exhibit 10
Page 177

A & E COURT REPORTERS   (213) 955-0070   FAX: (213) 955-0077

EXHIBIT ___J___

PAGE ___145___