1  QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
     John B. Quinn (Bar No. 090378)
2    johnquinn@quinnemanuel.com
     Michael T. Zeller (Bar No. 196417)
3    (michaelzeller@quinnemanuel.com)
     Jon D. Corey (Bar No. 185066)
4    (joncorey@quinnemanuel.com)
     Timothy L. Alger (Bar No. 160303)
5    (timalger@quinnemanuel.com)
   865 South Figueroa Street, 10th Floor
6  Los Angeles, California  90017-2543
   Telephone:  (213) 443-3000
7  Facsimile:   (213) 443-3100

8  Attorneys for Mattel, Inc.

9  UNITED STATES DISTRICT COURT
10  CENTRAL DISTRICT OF CALIFORNIA
11  EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS<br><br><br>**CONFIDENTIAL – ATTORNEYS' EYES** | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>**DISCOVERY MATTER**<br><br>**DECLARATION OF MELISSA GRANT IN SUPPORT OF MATTEL, INC.'S *EX PARTE* APPLICATION TO EXPEDITE THE COURT'S HEARING OF MATTEL'S MOTION FOR AN ORDER ENFORCING THE COURT'S DECEMBER 27 2007 ORDER COMPELLING ISAAC LARIAN TO PRODUCE CERTAIN DOCUMENTS**<br><br>Hearing Date:   TBD<br>Time:           TBD<br>Place:          TBD<br><br>**Phase 1:**<br>Pre-trial Conference:  May 19, 2008<br>Trial Date:            May 27, 2008 |

**FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER**

07209/2514743.1

GRANT DECLARATION ISO *EX PARTE* APPLICATION

I, Melissa Grant, declare as follows:

1.  I am a member of the bar of the State of California and an associate at Quinn Emanuel Urquhart Oliver & Hedges, LLP, attorneys for Mattel, Inc. ("Mattel").  Except as set forth herein, I make this declaration of personal, firsthand knowledge and, if called and sworn as a witness, I could and would testify competently thereto.

2.  I sent an email message to Amy S. Park, MGA & Larian counsel, advising her that Mattel will file an ex parte application to seek to expedite the time for the Court to address Mattel's concurrently filed Motion for an order Enforcing the Court's December 27, 2007 Order Compelling Isaac Larian to Produce.  A true and correct copy is attached as Exhibit "1".

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 21st day of May, 2008, at Los Angeles, California.

/s/ Melissa Grant
Melissa Grant

# EXHIBIT 1

## Melissa Grant

| | |
|---|---|
| **From:** | Melissa Grant |
| **Sent:** | Wednesday, May 21, 2008 11:36 PM |
| **To:** | 'Park, Amy S' |
| **Cc:** | Michael T Zeller; Jon Corey |
| **Subject:** | RE: Bryant v. Mattel, Inc. |
| **Importance:** | High |

Ms. Park,

We have not received a response to Jon Corey's e-mail message below. Because the trial is set to begin next Tuesday, May 27, 2008, we will file an ex parte application for seeking to expedite the time for the Court to address Mattel's concurrently filed Motion for an Order Enforcing the Court's December 27 2007 Order Compelling Isaac Larian to Produce.

Please advise as soon as possible whether you will oppose Mattel's ex parte application.


Melissa Grant
Quinn Emanuel Urquhart Oliver & Hedges, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017
Direct: (213) 443-3191
Main Phone: (213) 443-3000
Main Fax: (213) 443-3100
E-mail: melissagrant@quinnemanuel.com
Web: www.quinnemanuel.com

The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

.

---

**From:** Jon Corey
**Sent:** Wednesday, May 21, 2008 1:12 AM
**To:** 'Park, Amy S'
**Cc:** Michael T Zeller
**Subject:** Bryant v. Mattel, Inc.

Ms. Park,

On December 27, 2008, Judge Infante ordered Mr. Larian to produce documents sufficient to show his net worth and gross income, among other things. We have examined Mr. Larian on the only documents that we have identified that show his net worth or gross income, and he disavowed their accuracy at

5/21/2008

his most recent deposition. In this circumstance, Mattel will revisit the "compelling need" determination by Judge Infante regarding Mr. Larian's tax returns.

Please let me know whether MGA and Mr. Larian will stipulate to the admission, for all purposes, of his net worth and gross income documents that MGA produced. You identified these documents as in your February 18, 2008 Declaration in Support of MGA Defendants' Reply in Support of their Motion to Quash Mattel, Inc.'s Subpoena to Bank of America, dated February 15, 2008 and the Larian Net Worth Documents (MGA 3787275 – MGA 3787283). Alternatively, please let me know when Mattel can expect to receive Mr. Larian's tax returns. If Mr. Larian does not agree and bring himself into compliance with the December 27, 2008 Order, then Mattel will seek relief from Judge Larson on an expedited basis.

Best regards,