1
2
3
4
5
6
7
8                       UNITED STATES DISTRICT COURT
9                       CENTRAL DISTRICT OF CALIFORNIA
10                          EASTERN DIVISION

| | |
|---|---|
| 11  CARTER BRYANT, an individual, | CASE NO. CV 04-9049 SGL (RNBx) |
| 12              Plaintiff, | Consolidated with Case Nos. CV 04-09059 & CV 05-2727 |
| 13         vs. | |
| 14  MATTEL, INC., a Delaware corporation, | [PROPOSED] ORDER GRANTING MOTION OF MATTEL, INC. FOR AN ORDER ENFORCING THE COURT'S DECEMBER 27 2007 ORDER COMPELLING ISAAC LARIAN TO PRODUCE CERTAIN DOCUMENTS |
| 15 | |
| 16              Defendant. | |
| 17  AND CONSOLIDATED ACTIONS | |
| 18 | **Phase 1**<br>Pre-Trial Conference: May 19, 2008<br>Trial Date:          May 27, 2008 |

19
20
21
22
23
24
25
26
27
28

1

## [PROPOSED] ORDER

2

3      Having considered the Motion of Mattel, Inc. for an Order Enforcing

4  the Court's December 27, 2007 Order Compelling Isaac Larian To Produce Certain

5  Documents and all supporting papers, all papers submitted in opposition to the

6  Motion and having considered the argument of counsel, the Court finds good cause

7  to grant the Motion.

8      IT IS HEREBY ORDERED THAT Isaac Larian shall produce, within

9  five (5) days, authenticated documents which are sufficient to calculate and evaluate

10  his net worth, his gross income, and the sources of his gross income (including his

11  financial gains and profits collected and/or assets purchased or financed by MGA

12  funds generated by Bratz) and his tax returns for 2000 through 2006.

13

14  DATED:                    , 2008  _____

15                                    Hon. Stephen G. Larson
                                      United States District Judge

16

17

18

19

20

21

22

23

24

25

26

27

28

07209/2514737.1

-2-

[PROPOSED] ORDER