QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  johnquinn@quinnemanuel.com
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
  Timothy L. Alger (Bar No. 160303)
  (timalger@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED CASES | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with<br>Case Nos. CV 04-09059 & CV 05-2727<br><br>NOTICE OF ERRATA RE NOTICE OF MOTION AND MOTION OF MATTEL, INC. FOR AN ORDER ENFORCING THE COURT'S DECEMBER 27 2007 ORDER COMPELLING ISAAC LARIAN TO PRODUCE CERTAIN DOCUMENTS<br><br>Date: TBD<br>Time: TBD<br>Place: TBD<br><br>**Phase 1:**<br>Pre-Trial Conference: May 19, 2008<br>Trial Date: May 27, 2008 |

07209/2514758.1

-1-
NOTICE OF ERRATA RE MATTEL'S MOTION FOR ORDER ENFORCING DECEMBER 27 2007 ORDER

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that the Notice of Motion and Motion of Mattel, Inc. for an Order Enforcing the Court's December 27 2007 Order Compelling Isaac Larian to Produce Certain Documents electronically filed on May 21, 2008 (Docket No. 3748), inadvertently included confidential information to be filed under seal pursuant to the protective order and omitted the confidential designation on the caption page.  Mattel has notified the ECF Help Desk and requested the immediate removal of the inadvertently filed confidential copy of the Motion from the public docket and received an electronic receipt from the ECF Help Desk of its request.  Mattel has electronically filed a Public Redacted copy of the Motion and will manually file a Confidential copy of the Motion on May 22, 2008 that will include an appropriate caption page designating it "CONFIDENTIAL-ATTORNEYS EYES ONLY— FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER."

DATED:  May 21, 2008         QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

By /s/
   Melissa Grant
   Attorneys for Mattel, Inc.