QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  johnquinn@quinnemanuel.com
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
  Timothy L. Alger (Bar No. 160303)
  (timalger@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED CASES | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with<br>Case Nos. CV 04-09059 & CV 05-2727<br><br>**[CORRECTED]** NOTICE OF ERRATA RE DECLARATION OF MELISSA GRANT IN SUPPORT OF MATTEL, INC.'S MOTION FOR AN ORDER ENFORCING THE COURT'S DECEMBER 27, 2007 ORDER COMPELLING ISAAC LARIAN TO PRODUCE CERTAIN DOCUMENTS<br><br>Date: TBD<br>Time: TBD<br>Place: TBD<br><br>**Phase 1:**<br>Pre-Trial Conference: May 19, 2008<br>Trial Date: May 27, 2008 |

1  TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2        PLEASE TAKE NOTICE that the Notice of Errata of the Declaration of Melissa Grant in Support of Mattel, Inc.'s Motion of Mattel, Inc. for an Order Enforcing the Court's December 27 2007 Order Compelling Isaac Larian to Produce Certain Documents  ("Declaration"), electronically filed and served on May 21, 2008 (Docket No. 3748(4)), inadvertently contained an incorrect caption.  Mattel submits the corrected caption of the Notice of Errata herewith.

DATED:  May 22, 2008        QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

By /s/ _____
   Melissa Grant
   Attorneys for Mattel, Inc.