Melissa Grant
QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
865 SOUTH FIGUEROA STREET
10th FLOOR
LOS ANGELES, CA 90017
(213) 443-3000

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARTER BRYANT, an individual, | CASE NUMBER: |
| | CV 04-9049 |
| | Consolidated with Case |
| PLAINTIFF(S) | Nos. CV 04-09059 & 05-02727 |
| v. | |
| MATTEL, INC., a Delaware corporation, | **NOTICE OF MANUAL FILING** |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 06-07 and Local Rule 5-4 the following document(s) or item(s) will be manually filed.

### List Documents:
Notice of Mot. and Mot. by Mattel for Order Enforcing Court's 12/27/2007 Order Compelling Isaac Larian to Produce Certain Documents; Supplemental Application to file under and [Proposed] Order

### Document Description:

- [ ] Administrative Record
- [X] Exhibits
- [ ] Ex Part Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act (pursuant to Local Rule 79-5.4(h)
- [x] Other   Declaration of Melissa Grant iso of Motion (and Exhs. 3-23 and 27)

### Reason:

- [x] Under Seal
- [ ] Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
- [ ] Electronic versions are not available to filer
- [x] Per Court order dated  Jan. 4, 2005
- [ ] Manual Filing required (*reason*):

May 22, 2008
Date

Attorney Name
Melissa Grant
MATTEL, INC., a Delaware corporation,
Party Represented

Note: File one Notice in each case, each time you manually file document(s).