QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
  Timothy L. Alger (Bar No. 160303)
  timalger@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with<br>Case Nos. CV 04-09059 & CV 05-2727<br><br>**Hon. Stephen G. Larson**<br><br>APPLICATION TO FILE UNDER SEAL EXHIBITS 3-23 AND 26 TO THE DECLARATION OF MELISSA GRANT IN SUPPORT OF MOTION OF MATTEL, INC. FOR AN ORDER ENFORCING THE COURT'S DECEMBER 27, 2007 ORDER COMPELLING ISAAC LARIAN TO PRODUCE CERTAIN DOCUMENTS<br><br>[[Proposed] Order filed concurrently]<br><br>Date: TBA<br>Time: TBA<br>Place: TBA<br><br>**Phase 1**<br>Pre-Trial Conference: May 19, 2008<br>Trial Date: May 27, 2008 |

07209/2509019.1

MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL

1  Pursuant to Local Rule 79-5.1 and the Stipulated Protective Order
2  entered by the Court in this action, Mattel, Inc. ("Mattel") hereby respectfully
3  requests that the Court order filed under seal the Exhibits 3-23 and 26 of the
4  Declaration of Melissa Grant in Support of Motion of Mattel, Inc. for an Order
5  Enforcing the Court's December 27, 2007 Order Compelling Isaac Larian to
6  Produce Certain Documents ("Grant Declaration").
7  Exhibits 3-23 and 26 to the Grant Declaration include materials that
8  Mattel, MGA or Bryant have designated as "Confidential" or "Confidential--
9  Attorneys' Eyes Only" pursuant to the Protective Order. Accordingly, Mattel
10 requests that the Court order that the Grant Declaration be filed under seal.

12 DATED: May 21, 2008

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

By _____
Melissa Grant
Attorneys for Mattel, Inc.