QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 90378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>Hon. Stephen G. Larson<br><br>[PROPOSED] ORDER RE MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL EXHIBITS 3-23 and 26 TO THE DECLARATION OF MELISSA GRANT IN SUPPORT OF MOTION OF MATTEL, INC. FOR AN ORDER ENFORCING THE COURT'S ORDER COMPELLING ISAAC LARIAN TO PRODUCE CERTAIN DOCUMENTS<br><br>[Local Rule 79-5.1]<br><br>Date: TBA<br>Time: TBA<br>Place: TBA<br><br>**Phase 1**<br>Pre-trial Conference: May 19, 2008<br>Trial Date: May 27, 2008 |

07209/2509025.1

[PROPOSED] ORDER

# [P~~ROPOSE~~D] ORDER

Based on the Mattel's Application filed concurrently herewith, and good cause appearing for the entry thereof, IT IS HEREBY ORDERED:

Exhibits 3-23 and 26 to the Declaration of Melissa Grant in Support of Motion of Mattel, Inc. for an Order Enforcing the Court's Order Compelling Isaac Larian to Produce Certain Documents is ORDERED filed under seal pursuant to Local Rule 79-5.1.

DATED: MAY 21 2008, 2008

*/s/ S.G. Larson*
Hon. Stephen G. Larson
United States District Judge

07209/2509025.1

[PROPOSED] ORDER