1  QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
     John B. Quinn (Bar No. 90378)
2    (johnquinn@quinnemanuel.com)
     Michael T. Zeller (Bar No. 196417)
3    (michaelzeller@quinnemanuel.com)
     Jon D. Corey (Bar No. 185066)
4    (joncorey@quinnemanuel.com)
   865 South Figueroa Street, 10th Floor
5  Los Angeles, California 90017-2543
   Telephone: (213) 443-3000
6  Facsimile: (213) 443-3100

7  Attorneys for Mattel, Inc.

8               UNITED STATES DISTRICT COURT

9              CENTRAL DISTRICT OF CALIFORNIA

10                    EASTERN DIVISION

| 11 | CARTER BRYANT, an individual, | CASE NO. CV 04-9049 SGL (RNBx) |
|---|---|---|
| 12 | Plaintiff, | Consolidated with<br>Case No. CV 04-09059 |
| 13 | vs. | Case No. CV 05-02727 |
| 14 | | Hon. Stephen G. Larson |
| 15 | MATTEL, INC., a Delaware corporation, | MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL (1) PORTIONS OF ITS MOTION TO COMPEL DEPOSITION AND PRODUCTION OF DOCUMENTS OF CHRISTENSEN, GLASER; (2) PORTIONS OF SEPARATE STATEMENTS IN SUPPORT THEREOF, AND (3) EXHIBITS 1, 2, 7 AND 11 TO THE DECLARATION OF JUAN PABLO ALBAN IN SUPPORT THEREOF |
| 16 | | |
| 17 | Defendant. | |
| 18 | AND CONSOLIDATED ACTIONS | |
| 19 | | |
| 20 | | |
| 21 | | [[Proposed] Order filed concurrently] |
| 22 | | |
| 23 | | [Local Rule 79-5.1] |
| 24 | | Hearing Date: TBA<br>Time: TBA<br>Place: TBA |
| 25 | | |
| 26 | | **Phase 1**<br>Discovery Cut-off: January 28, 2008 |
| 27 | | Pre-trial Conference: May 5, 2008<br>Trial Date: May 27, 2008 |
| 28 | | |

07209/2421190.1
                                                          APPLICATION TO FILE UNDER SEAL

1  Pursuant to Local Rule 79-5.1 and the Stipulated Protective Order
2  entered by the Court in this action, Mattel, Inc. ("Mattel") hereby respectfully
3  requests that the Court order filed under seal (1) Mattel's Motion To Compel
4  Deposition And Production Of Documents Of Christensen, Glaser, Fink, Jacobs,
5  Weil & Shapiro, LLP (the "Motion"); (2) the Separate Statement In Support Of
6  Motion To Compel The Deposition Of Christensen, Glaser; (3) the Separate
7  Statement In Support Of Motion To Compel Production Of Documents Of
8  Christensen, Glaser (together with item 2, the "Separate Statements"); and (4)
9  Exhibits 1, 2 and 7, and the attachment to Exhibit 11, to the Declaration of Juan
10 Pablo Albán in Support Of Motion To Compel The Deposition And Production of
11 Documents Of Christensen, Glaser ("Albán Declaration").

12 Exhibits 1, 2 and 7, and the attachment to Exhibit 11, to the Albán
13 Declaration have been designated by MGA or Farhad Larian as "Confidential--
14 Attorneys' Eyes Only" pursuant to the Protective Order. The Motion and Separate
15 Statements include substantive discussion of Exhibits 1, 2 and 7 to the Albán
16 Declaration. The publicly filed Motion and Separate Statements have redacted only
17 such substantive discussion of Exhibits 1, 2 and 7, and nothing else. Accordingly,
18 Mattel respectfully requests that the Court order that the Motion, the Separate
19 Statements, and Albán Declaration Exhibits 1, 2 and 7, and the attachment to
20 Exhibit 11, be filed under seal. In the alternative, Mattel respectfully requests that
21 the Court order such information be deemed not confidential.

23 DATED: March 3, 2008    QUINN EMANUEL URQUHART OLIVER &
                           HEDGES, LLP

                           By_____
                              Juan Pablo Albán
                              Attorneys for Plaintiff
                              Mattel, Inc.

07209/2421190.1

APPLICATION TO FILE UNDER SEAL