QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
John B. Quinn (Bar No. 090378)
johnquinn@quinnemanuel.com
Michael T. Zeller (Bar No. 196417)
(michaelzeller@quinnemanuel.com)
Jon D. Corey (Bar No. 185066)
(joncorey@quinnemanuel.com)
Timothy L. Alger (Bar No. 160303)
timalger@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Plaintiff and Counter-Defendant Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS. | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated With Case No. 04-9059 and Case No. 05-2727<br><br>Hon. Stephen G. Larson<br><br>PROOF OF SERVICE<br><br>Date: TBD<br>Time: TBD<br>Place: TBD<br><br>**Phase I**<br>Pre-trial Conference: May 5, 2008<br>Trial Date: May 27, 2008 |

ORIGINAL

07209/2423639.1

- 1 -
PROOF OF SERVICE

# PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 1301 West 2nd Street, Suite 206, Los Angeles, California 90026.

On May 21, 2008, I served true copies of the following document(s) described as :

1. DECLARATION OF MELISSA GRANT IN SUPPORT OF MOTION OF MATTEL, INC. FOR AN ORDER ENFORCING THE COURT'S DECEMBER 27, 2007 ORDER COMPELLING ISAAC LARIAN TO PRODUCE CERTAIN DOCUMENTS;

2. APPLICATION TO FILE UNDER SEAL EXHIBITS 3-23 AND 26 TO THE DECLARATION OF MELISSA GRANT IN SUPPORT OF MOTION OF MATTEL, INC. FOR AN ORDER ENFORCING THE COURT'S DECEMBER 27, 2007 ORDER COMPELLING ISAAC LARIAN TO PRODUCE CERTAIN DOCUMENTS

3. [PROPOSED] ORDER RE MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL EXHIBITS 3-23 AND 26 TO THE DECLARATION OF MELISSA GRANT IN SUPPORT OF MOTION OF MATTEL, INC. FOR AN ORDER ENFORCING THE COURT'S DECEMBER 27, 2007 ORDER COMPELLING ISAAC LARIAN TO PRODUCE CERTAIN DOCUMENTS

on the parties in this action as follows:

**SEE ATTACHED LIST**

**BY PERSONAL SERVICE:** I delivered such envelope(s) by hand to the office of the person(s) being served.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on May 21, 2008, at Los Angeles, California.

*/s/ Dave Quintana*
NOW LEGAL -- Dave Quintana

## SERVICE LIST

| | |
|---|---|
| Thomas J. Nolan, Esq.<br>**Skadden, Arps, Slate, Meagher & Flom LLP**<br>300 South Grand Avenue, Suite 3400<br>Los Angeles, CA 90071 | John W. Keker, Esq.<br>Michael H. Page, Esq.<br>Christa M. Anderson, Esq.<br>**Keker & Van Nest, LLP**<br>710 Sansome Street<br>San Francisco, CA 94111 |
| Overland Borenstein Scheper & Kim, LLP<br>   Mark E. Overland, Esq.<br>   David C. Scheper, Esq.<br>   Alexander H. Cote, Esq.<br>601 West Fifth Street, Suite 12th Floor<br>Los Angeles, CA 90017 | Larry W. McFarland, Esq.<br>Keats McFarland & Wilson LLP<br>9720 Wilshire Boulevard, Penthouse Suite<br>Beverly Hills, California 90212<br>Tel: (310) 248-3830<br>Fax: (310) 860-0363<br>lmcfarland@kmwlaw.com |