THOMAS J. NOLAN (Bar No. 66992)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue
Los Angeles, California 90071-3144
Telephone: (213) 687-5000
Facsimile: (213) 687-5600
E-mail: tnolan@skadden.com

RAOUL D. KENNEDY (Bar No. 40892)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Embarcadero Center, 38th Floor
San Francisco, California 94111-5974
Telephone: (415) 984-6400
Facsimile: (415) 984-2698
E-mail: rkennedy@skadden.com

Attorneys for Counter-Defendants
MGA Entertainment, Inc., MGA
Entertainment (HK) Limited,
MGAE De Mexico, S.R.L. De C.V.,
and ISAAC LARIAN

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation<br><br>Defendant.<br><br>Consolidated with MATTEL, INC. v. BRYANT and MGA ENTERTAINMENT, INC. v. MATTEL, INC. | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with Case No. 04-9059 and Case No. 05-2727<br><br>**DECLARATION OF PHILIP W. MARSH IN SUPPORT OF MGA'S OPPOSITION TO MATTEL, INC.'S *EX PARTE* APPLICATION TO EXPEDITE THE COURT'S HEARING OF MATTEL'S MOTION FOR AN ORDER ENFORCING THE COURT'S DECEMBER 27, 2007 [*SIC*] ORDER COMPELLING ISAAC LARIAN TO PRODUCE CERTAIN DOCUMENTS**<br><br>Hearing Date: TBD<br>Time: TBD<br>Place: TBD<br><br>Phase 1 Trial Date: May 27, 2008 |

MARSH DECLARATION IN SUPPORT OF MGA'S OPPOSITION TO MATTEL'S *EX PARTE*
APPLICATION TO EXPEDITE HEARING OF MOT. TO ENFORCE DECEMBER 27, 2008 [*SIC*] ORDER
Case No. CV 04-9049 SGL

I, Philip W. Marsh, declare as follows:

1.      I am an attorney with Skadden, Arps, Slate, Meagher & Flom LLP, counsel of record for MGA Entertainment, Inc., MGA Entertainment (HK) Limited, and MGAE de Mexico S.R.L. de C.V., and Isaac Larian (collectively "MGA"). Except where otherwise indicated, I have personal knowledge of the following and, if called upon to do so, could competently testify to the facts set forth herein.

2.      Attached as **Exhibit 1** is a true and correct copy of portions of the rough transcript May 21, 2008 hearing before the Court.

3.      Attached as **Exhibit 2** is a true and correct copy of a Notice of Electronic Filing from the Court, dated May 21, 2008 at 1:11 p.m., for Exhibits 3-23 and 26 to the Declaration of Melissa Grant in Support of Mattel's Motion for an Order Enforcing the Court's December 27, 2008 Order [*sic*] Compelling Isaac Larian to Produce Certain Documents.

4.      Attached as **Exhibit 3** is a true and correct copy of a Notice of Electronic Filing from the Court, dated May 22, 2008 at 12:16 a.m., for Mattel's *Ex Parte* Application seeking to expedite time for Court Hearing, and Mattel's Notice of Motion and Motion for an Order Enforcing the Court's December 27, 2007 Order [*sic*] Compelling Isaac Larian to Produce Certain Documents, among other documents.

Executed on May 22, 2008 at McLean, Virginia.

Philip W. Marsh

DECLARATION OF PHILIP W. MARSH IN SUPPORT OF MGA'S OPP. TO MOT. OBJ. TO MAY 6, 2008 ORDER DEN. MOT. FOR PROTECTIVE ORDER LIMITING THE TEMPORAL SCOPE OF ITS PRIV. LOG
Case No. CV 04-9049 SGL

838665-D.C. Server 1A - MSW

.

# Exhibit 1

Page 1

1              UNITED STATES DISTRICT COURT

2              CENTRAL DISTRICT OF CALIFORNIA

3                    EASTERN DIVISION

4                       - - -

5        HONORABLE STEPHEN G. LARSON, JUDGE PRESIDING

6                       - - -

7    MATTEL, INC.,                    )
                                      )
8                     PLAINTIFF,      )
                                      )
9          VS.                        )   NO. CV 04-09049
                                      )
10   MGA ENTERTAINMENT, INC., ET. AL.,)
                                      )
11                   DEFENDANTS.      )
     _____)   MORNING SESSION
12   AND CONSOLIDATED ACTIONS,        )
                                      )
13

14

15           REPORTER'S TRANSCRIPT OF PROCEEDINGS

16                 RIVERSIDE, CALIFORNIA

17               WEDNESDAY, MAY 21, 2008

18                    12:45 P.M.

19

20

21

22

23           THERESA A. LANZA, RPR, CSR
          FEDERAL OFFICIAL COURT REPORTER
24            3470 12TH STREET, RM. 134
          RIVERSIDE, CALIFORNIA  92501
25               951-274-0844
                 WWW.THERESALANZA.COM

Exhibit 1,
P. 2

Page 2

```
 1    APPEARANCES:
 2
      ON BEHALF OF MATTEL, INC.:
 3
                          QUINN EMANUEL
 4                        BY:  JOHN QUINN
                          BY:  JON COREY
 5                        BY:  MICHAEL T. ZELLER
                          BY:  HARRY OLIVAR
 6                        BY:  TIMOTHY ALGER
                          865 S. FIGUEROA STREET,
 7                        10TH FLOOR
                          LOS ANGELES, CALIFORNIA  90017
 8                        213-624-7707
 9
                          STROOCK & STROOCK & LAVAN LLP
10                        BY:  MICHAEL J. NIBORSKI
                          2029 CENTURY PARK EAST
11                        LOS ANGELES, CA  90067-3086
                          310-556-5800
12
13
      ON BEHALF OF MGA ENTERTAINMENT:
14
                          SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
15                        BY:  THOMAS J. NOLAN
                          BY:  JASON RUSSELL
16                        300 SOUTH GRAND AVENUE
                          LOS ANGELES, CALIFORNIA  90071-3144
17                        213-687-5000
18
      ON BEHALF OF 3RD PARTY CHRIS PALMERI:
19
                          DAVIS, WRIGHT, TREMAINE LLP
20                        BY:  ALONZO WICKERS IV
                          865 SOUTH FIGUEROA STREET,
21                        SUITE 2400
                          LOS ANGELES, CALIFORNIA  90017-2566
22                        213-633-6865
23
24
25                        Exhibit  1  ,
                            P.  3
```

1   HOW CONTEXT IS ULTIMATELY GOING TO NEED TO BE GIVEN.

2          THE COURT:  "ULTIMATELY" IS THE KEY WORD THERE.  IT

3   DOESN'T NEED TO BE GIVEN IN THE OPENING STATEMENTS.

4          MR. ZELLER:  THAT MAY BE FAIR ENOUGH.

5          WHAT I'M ULTIMATELY TRYING TO SAY IS THAT THE JURY

6   WILL NOT KNOW WHY IT WAS THAT FARHAD LARIAN HAD GONE AROUND FOR

7   A NUMBER OF YEARS COLLECTING ALL OF THIS INFORMATION ABOUT THE

8   ORIGINS OF BRATZ UNLESS THEY KNOW THERE WAS A DISPUTE AND THEN

9   THAT HE THEN DESTROYED IT.

10         WE CERTAINLY THINK WE HAVE ENOUGH INFORMATION, ENOUGH

11  EVIDENCE, TO TIE MGA INTO IT.  I MEAN, IT'S RELEVANT BECAUSE

12  FARHAD LARIAN HIMSELF WAS A WITNESS, AND THAT ALONE WOULD MAKE

13  IT RELEVANT.  BUT THE FACT IS THAT WE ALSO THINK IT'S PART OF

14  THIS OVERALL SPOLIATION OF EVIDENCE THAT, AS THE COURT IS

15  AWARE, IS ALSO TIED INTO SOME OTHER ISSUES THAT WE'LL BE

16  ADDRESSING OVER THE COURSE OF THE NEXT COUPLE OF DAYS.

17         THE COURT:  THANK YOU, COUNSEL.

18         MR. ZELLER:  THANK YOU.

19         THE COURT:  THE FIRST MOTION IN LIMINE IS DENIED.

20         HOWEVER, BOTH PARTIES SHOULD BE MINDFUL OF THE

21  COURT'S CONCERNS AND THE COURT'S ADMONITION THAT IT WILL NOT BE

22  RELUCTANT TO INTERVENE IF COUNSEL CROSSES THE LINE IN THEIR

23  OPENING STATEMENTS.

24         THE SECOND MOTION IN LIMINE OF MGA RELATES TO EXCLUDE

25  ALL EVIDENCE OF ISAAC LARIAN'S WEALTH AND ASSETS.

Exhibit 1 ,
P. 4

1          MY THOUGHT HERE IS THAT, CERTAINLY, MR. LARIAN'S

2    WEALTH AND ASSETS AS A GENERAL TOPIC, IS NOT PROPERLY

3    INTRODUCED.  HIS FINANCIAL GAIN SPECIFICALLY FROM BRATZ, FROM

4    THE BRATZ DOLL, WOULD BE RELEVANT, CERTAINLY, IN PHASE 1-B IN

5    TERMS OF DAMAGES; SO TO THE EXTENT THAT IS WHAT THE EVIDENCE IS

6    GEARED TOWARDS, I'D BE INCLINED TO LET IT IN.  IF IT'S JUST HIS

7    OVERALL WEALTH AND ASSETS THAT HE HAS THAT ARE UNRELATED TO

8    BRATZ AND MGA AND ARE OUT THERE, THAT CERTAINLY WOULD BE

9    BEYOND -- LET'S PUT IT THIS WAY:  READING THE BRIEFS, I DON'T

10   SEE ANY RELEVANCE FOR THAT.

11          MR. RUSSELL:  I AGREE.  IT DOES NOT HAVE BEARING IN

12   PHASE 1-A.  I'D LIKE TO TAKE A MOMENT TO AT LEAST TRY TO SHAPE

13   WHAT COULD BE HEARD BY THE JURY IN 1-B, AND THAT IS THAT IT'S

14   NOT CLEAR THAT MR. LARIAN'S FINANCIAL GAIN HAS TO BE LAID OUT

15   CHAPTER AND VERSE FOR COPYRIGHT CASE IN PARTICULAR THAT'S WHAT

16   WE'RE TALKING ABOUT.  THEY ARE ALLOWED TO SHOW REVENUES.  WE

17   DEDUCT COSTS.  YOU GET PROFITS.  THAT'S WHAT THEY GET AFTER AN

18   APPORTIONMENT.

19          BUT I THINK FOR PURPOSES OF MR. LARIAN, WHAT THEY GET

20   IS HIS DISTRIBUTIONS FROM MGA OF THOSE PROFITS TO THE EXTENT

21   THEY DON'T ALREADY RECOVER THEM FROM MGA.

22          THE COURT:  THERE IS A CREDIBILITY ISSUE AS WELL.  I

23   THINK PART OF EVALUATING MR. LARIAN'S TESTIMONY, WHICH NO DOUBT

24   WOULD BE A CRITICAL PIECE OF TESTIMONY IN THIS TRIAL, BOTH FOR

25   THE DEFENSE AND FOR THE PLAINTIFF, IS WHAT HE RECEIVES FROM

Exhibit _1_,

P. _5_

1   THE TOTAL BREAK DOWN.

2          DO YOU UNDERSTAND THE DISTINCTION I'M TRYING TO

3   MAKING HERE?

4          MR. OLIVAR:  YES, YOUR HONOR.  WE THINK THE SECOND IS

5   ALSO RELEVANT UNDER THE REAP THE BENEFIT PORTION.

6          THE COURT:  I APPRECIATE THAT.

7          MR. OLIVAR:  THE OTHER POINT ABOUT PHASE 1-A IS WE DO

8   BELIEVE THAT THE GAINS AT STAKE GO TO BIAS AND CREDIBILITY AS

9   WELL.  MR. LARIAN HAS A TREMENDOUS AMOUNT OF STAKE IN THIS CASE

10  AND WE THINK THE AMOUNT HE HAS IS RELEVANT TO HIS

11  CREDIBILITY -- AS YOU POINTED OUT, THE TESTIMONY ABOUT THOSE

12  GAINS HAS NOT BEEN TRUTHFUL FROM MR. LARIAN IN THE PAST.  WE

13  ALSO BELIEVE IT GOES TO BIAS FROM THE WITNESS, WHICH IS ALWAYS

14  RELEVANT.

15         MR. RUSSELL:  YOUR HONOR --

16         THE COURT:  THERE'S NO NEED, COUNSEL.  I WILL GRANT

17  IN PART AND DENY IN PART THIS MOTION IN LIMINE.  I WILL

18  CERTAINLY ALLOW MATTEL TO BRING IN ANY EVIDENCE OF MR. LARIAN'S

19  INTEREST IN THE COMPANY, ANY EVIDENCE THAT RELATES TO WHAT HE

20  STOOD TO GAIN FROM THE ALLEGED FRAUDULENT ACTIVITY, ALLEGED

21  ACTIVITY IN THE COMPLAINT.

22         BUT PART OF THE WHOLE POINT OF DIVIDING THIS INTO 1-A

23  AND 1-B IS TO KEEP THE ACTUAL FINANCIAL BREAKDOWN, THE REVENUES

24  THAT CAME IN FROM BRATZ, ET CETERA, IN THAT SECOND PHASE, AND

25  THEY ONLY GET TO IT IF, IN FACT, THEY FOUND THE LIABILITY ON

Exhibit  1  ,

P.  6

1    VARIOUS CLAIMS IN 1-A.

2            I'LL SPELL THAT OUT A LITTLE BIT CLEANER IN THE

3    ORDER.

4            THE THIRD MOTION IN LIMINE IS A MOTION TO EXCLUDE

5    REFERENCE TO AND USE OF EVIDENCE OF OTHER LEGAL PROCEEDINGS,

6    AND THIS KIND OF TIES INTO MY ANALYSIS I GAVE IN THE FIRST

7    MOTION IN LIMINE.

8            MR. NOLAN:  AND YOUR HONOR, I'LL KEEP THOSE COMMENTS

9    IN MIND, BUT IF I COULD JUST PINPOINT A COUPLE OF CONCERNS

10   BECAUSE I THINK THIS MOTION RAISES SOME UNIQUE ISSUES.

11           WE'VE HEARD SO MUCH ABOUT HONG KONG FROM MATTEL, AND

12   I SUSPECT THAT THEY ARE GOING TO ATTEMPT TO INTRODUCE -- IN

13   FACT, WHAT THIS MOTION IS REALLY DIRECTED TO IS TO EXCLUDING

14   FINDINGS OF OTHER COURTS, SUMMARIES OF OTHER COURT PROCEEDINGS,

15   MATTEL'S SUMMARIES OF THOSE PROCEEDINGS WHICH WE SUBMIT ARE

16   COMPLETELY INACCURATE, AS WELL AS THE PRIOR STATEMENTS OFFERED

17   BY MGA ARE RELEVANT AND UNDULY PREJUDICIAL TO US.

18           IT'S FOR THIS PRECISE REASON WITH RESPECT TO CHINA,

19   HONG KONG, YOUR HONOR, THE DECLARATIONS -- LET ME STEP BACK, IF

20   I MIGHT.

21           IN PREPARING FOR THIS ARGUMENT LAST NIGHT, WHAT

22   STRUCK ME IS HOW MANY VERSIONS OF JURY INSTRUCTIONS HAVE BEEN

23   SUBMITTED TO YOU WITH RESPECT TO THE PROPER STANDARD OF -- IT'S

24   BREATHTAKING.

25           THE COURT:  YES.   **Exhibit 1** ,
                                  **P. 7**

1              COUNSEL, WE'RE GOING TO TAKE A BREAK FOR THE COURT

2    REPORTER FOR ABOUT 15 MINUTES.   I'LL HEAR FROM MATTEL WHEN WE

3    COME BACK AT 3:00.

4              THE CLERK:   COURT STANDS IN RECESS.

5

6

7

8

9

10

11                        CERTIFICATE

12

13   I HEREBY CERTIFY THAT PURSUANT TO SECTION 753, TITLE 28, UNITED
        STATES CODE, THE FOREGOING IS A TRUE AND CORRECT TRANSCRIPT OF
14   THE STENOGRAPHICALLY RECORDED PROCEEDINGS HELD IN THE ABOVE-
        ENTITLED MATTER AND THAT THE TRANSCRIPT PAGE FORMAT IS IN
15   CONFORMANCE WITH THE REGULATIONS OF THE JUDICIAL CONFERENCE OF
        THE UNITED STATES.

16

17   _____          _____

     THERESA A. LANZA, CSR, RPR                        DATE
18   FEDERAL OFFICIAL COURT REPORTER

19

20

21

22

23

24

25                    Exhibit  ι  ,
                      P.  8

MAY 21, 2008          MORNING SESSION - MOTIONS IN LIMINE

**Exhibit 2**

| From: | cacd_ecfmail@cacd.uscourts.gov |
|---|---|
| Sent: | Wednesday, May 21, 2008 1:12 PM |
| To: | ecfnef@cacd.uscourts.gov |
| Subject: | Activity in Case 2:04-cv-09049-SGL-RNB Carter Bryant v. Mattel Inc Notice of Manual Filing (G-92) |

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended. Direct all inquiries to ecf-helpdesk@cacd.uscourts.gov.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.**

### UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

## Notice of Electronic Filing

The following transaction was entered by Grant, Melissa on 5/21/2008 at 1:11 PM PDT and filed on 5/21/2008

| | |
|---|---|
| **Case Name:** | Carter Bryant v. Mattel Inc |
| **Case Number:** | 2:04-cv-9049 |
| **Filer:** | Mattel Inc |
| **Document Number:** | 3742 |

**Docket Text:**
NOTICE of Manual Filing filed by Counter Claimant Mattel Inc, Defendant Mattel Inc of Exhibits 3-23 and 26 to the Declaration of Melissa Grant in Support of Motion of Mattel, Inc. for an Order Enforcing the Court's December 27, 2008 Order Compelling Isaac Larian to Produce Certain Documents; Application to Seal; and Proposed Order. (Grant, Melissa)

**2:04-cv-9049 Notice has been electronically mailed to:**

Juan Pablo Alban    juanpabloalban@quinnemanuel.com

Timothy L Alger    timalger@quinnemanuel.com

Christa M Anderson    canderson@kvn.com

Robyn Aronson    robynaronson@dwt.com

Matthew C Bousquette    caldwell@caldwell-leslie.com

Linda M Burrow    burrow@caldwell-leslie.com

Jon D Corey    joncorey@quinnemanuel.com

Alexander H Cote    acote@obsklaw.com, feseroma@obsklaw.com

Exhibit 2,
P. 9

Leah Chava Gershon    leah@spertuslaw.com

Scott E Gizer    sgizer@chrisglase.com

Melissa Grant    melissagrant@quinnemanuel.com

Emil W Herich    eherich@kmwlaw.com

Diane C Hutnyan    dianehutnyan@quinnemanuel.com, andreahoeven@quinnemanuel.com

Stan Karas    stankaras@quinnemanuel.com, gayleduran@quinnemanuel.com, westonreid@quinnemanuel.com

John W Keker    jkeker@kvn.com, DRoberts@kvn.com, efiling@kvn.com

Michael P Kelly    mikelly@skadden.com

Raoul D Kennedy    rkennedy@skadden.com

Alisa Morgenthaler Lever    amorgenthaler@chrisglase.com

James E Lyons    jlyons@skadden.com

Larry W McFarland    lmcfarland@kmwlaw.com

Cyrus S Naim    cyrusnaim@quinnemanuel.com

Thomas J Nolan    tnolan@skadden.com, carl.roth@skadden.com, marcus.mumford@skadden.com

Randa A F Osman    randaosman@quinnemanuel.com

Mark E Overland    moverland@obsklaw.com, jhibino@obsklaw.com

Michael H Page    mhp@kvn.com, efiling@kvn.com

Kenneth A Plevan    kenneth.plevan@skadden.com, drogosa@skadden.com, sumclaug@skadden.com

Brett Dylan Proctor    dylanproctor@quinnemanuel.com

Rebekah L Punak    rpunak@kvn.com, lhartzlewis@kvn.com

John B Quinn    johnquinn@quinnemanuel.com

Jason D Russell    jrussell@skadden.com, allison.velkes@skadden.com

David C Scheper    dscheper@obsklaw.com, feseroma@obsklaw.com

Oleg Stolyar    alexstolyar@quinnemanuel.com

Sandra L Tholen    tholen@caldwell-leslie.com

**Exhibit _2_,**
**P. _10_**

John Elliot Trinidad    jtrinidad@kvn.com, cparker@kvn.com, efiling@kvn.com, yjayasuriya@kvn.com

Audrey Walton-Hadlock    awaltonhadlock@kvn.com

Matthew M Werdegar    mmw@kvn.com

Michael T Zeller    michaelzeller@quinnemanuel.com

**2:04-cv-9049 Notice has been delivered by First Class U. S. Mail or by fax to: :**

Lauren E Aguiar
Skadden Arps Slate Meagher & Flom
1440 New York Ave
Washington, DC 20005-2111

Marina Vladimir Bogorad
Skadden Arps Slate Meagher & Flom
300 S Grand Ave, Ste 3400
Los Angeles, CA 90071-3144

David W Foster
Skadden Arps Slate Meagher & Flom LLP
1440 New York Avenue NW
Washington, DC 20005-2111

Nathan Meyer
Kaye Scholer
1999 Avenue of the Stars, Suite 1700
Los Angeles, CA 90067

Cheryl Plambeck
Davis & Gilbert LLP
1740 Broadway
New York, NY 10019

Amy R Sabrin
Skadden Arps Slate Meagher & Flom LLP
1440 New York Avenue NW
Washington, DC 20005-2111

Kien C Tiet
Stern and Goldberg
6345 Balboa Boulevard, Suite 200
Encino, CA 91316

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**\\quinnemanuel.local\DFSR_Network\Noreplicate\Users02\lucilleclavel\7209 - 5-21
filing\Notice of Manual Filing.pdf

Exhibit  2  ,
P.  11

**Electronic document Stamp:**
[STAMP cacdStamp_ID=1020290914 [Date=5/21/2008] [FileNumber=5891269-0]
[a957b5ec36c0effb8d91c2e8bf0da075c1b5e9c07c3ce25bfa82c180974723de576c
b170925eb144f543447bce738b18d3040ab1dea9109f3cc3d9eff49ce6cb]]

Exhibit _2_,
P. _12_

# Exhibit 3

**From:** cacd_ecfmail@cacd.uscourts.gov
**Sent:** Thursday, May 22, 2008 12:16 AM
**To:** ecfnef@cacd.uscourts.gov
**Subject:** Activity in Case 2:04-cv-09049-SGL-RNB Carter Bryant v. Mattel Inc Motion for Discovery

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT
RESPOND to this e-mail because the mail box is unattended. Direct all inquiries to ecf-
helpdesk@cacd.uscourts.gov.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* You may view the filed documents once without
charge. To avoid later charges, download a copy of each document during this first viewing.**

### UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

**Notice of Electronic Filing**

The following transaction was entered by Grant, Melissa on 5/22/2008 at 0:16 AM PDT and filed on
5/22/2008
**Case Name:**        Carter Bryant v. Mattel Inc
**Case Number:**        2:04-cv-9049
**Filer:**        Mattel Inc
**Document Number:** 3748

**Docket Text:**
NOTICE OF MOTION AND MOTION for Discovery *Order Enforcing the Court's December 27 2007
Order Compelling Isaac Larian to Produce Certain Documents* filed by Counterclaimant Mattel Inc.
(Attachments: # (1) Declaration Melissa Grant# (2) Exhibit 1# (3) Exhibit 2-26# (4) Notice of Errata#
(5) Ex parte application seeking to expedite time for Court Hearing re Mattel's Concurrently Filed
Motion# (6) Declaration Melissa Grant in support of Ex Parte Application# (7) Proposed Order)(Grant,
Melissa)


**2:04-cv-9049 Notice has been electronically mailed to:**

Juan Pablo Alban    juanpabloalban@quinnemanuel.com

Timothy L Alger    timalger@quinnemanuel.com

Christa M Anderson    canderson@kvn.com

Robyn Aronson    robynaronson@dwt.com

Matthew C Bousquette    caldwell@caldwell-leslie.com

Linda M Burrow    burrow@caldwell-leslie.com

Jon D Corey    joncorey@quinnemanuel.com

Exhibit  3 ,
P. 13

Alexander H Cote    acote@obsklaw.com, feseroma@obsklaw.com

Leah Chava Gershon    leah@spertuslaw.com

Scott E Gizer    sgizer@chrisglase.com

Melissa Grant    melissagrant@quinnemanuel.com

Emil W Herich    eherich@kmwlaw.com

Diane C Hutnyan    dianehutnyan@quinnemanuel.com, andreahoeven@quinnemanuel.com

Stan Karas    stankaras@quinnemanuel.com, gayleduran@quinnemanuel.com, westonreid@quinnemanuel.com

John W Keker    jkeker@kvn.com, DRoberts@kvn.com, efiling@kvn.com

Michael P Kelly    mikelly@skadden.com

Raoul D Kennedy    rkennedy@skadden.com

Alisa Morgenthaler Lever    amorgenthaler@chrisglase.com

James E Lyons    jlyons@skadden.com

Larry W McFarland    lmcfarland@kmwlaw.com

Cyrus S Naim    cyrusnaim@quinnemanuel.com

Thomas J Nolan    tnolan@skadden.com, carl.roth@skadden.com, marcus.mumford@skadden.com

Randa A F Osman    randaosman@quinnemanuel.com

Mark E Overland    moverland@obsklaw.com, jhibino@obsklaw.com

Michael H Page    mhp@kvn.com, efiling@kvn.com

Kenneth A Plevan    kenneth.plevan@skadden.com, drogosa@skadden.com, sumclaug@skadden.com

Brett Dylan Proctor    dylanproctor@quinnemanuel.com

Rebekah L Punak    rpunak@kvn.com, lhartzlewis@kvn.com

John B Quinn    johnquinn@quinnemanuel.com

Jason D Russell    jrussell@skadden.com, allison.velkes@skadden.com

David C Scheper    dscheper@obsklaw.com, feseroma@obsklaw.com

Oleg Stolyar    alexstolyar@quinnemanuel.com

Exhibit _3_ ,
P. _14_

Sandra L Tholen    tholen@caldwell-leslie.com

John Elliot Trinidad    jtrinidad@kvn.com, cparker@kvn.com, efiling@kvn.com, yjayasuriya@kvn.com


Audrey Walton-Hadlock    awaltonhadlock@kvn.com

Matthew M Werdegar    mmw@kvn.com

Michael T Zeller    michaelzeller@quinnemanuel.com

**2:04-cv-9049 Notice has been delivered by First Class U. S. Mail or by fax to: :**

Lauren E Aguiar
Skadden Arps Slate Meagher & Flom
1440 New York Ave
Washington, DC 20005-2111

Marina Vladimir Bogorad
Skadden Arps Slate Meagher & Flom
300 S Grand Ave, Ste 3400
Los Angeles, CA 90071-3144

David W Foster
Skadden Arps Slate Meagher & Flom LLP
1440 New York Avenue NW
Washington, DC 20005-2111

Nathan Meyer
Kaye Scholer
1999 Avenue of the Stars, Suite 1700
Los Angeles, CA 90067

Cheryl Plambeck
Davis & Gilbert LLP
1740 Broadway
New York, NY 10019

Amy R Sabrin
Skadden Arps Slate Meagher & Flom LLP
1440 New York Avenue NW
Washington, DC 20005-2111

Kien C Tiet
Stern and Goldberg
6345 Balboa Boulevard, Suite 200
Encino, CA 91316

The following document(s) are associated with this transaction:

**Document description:**Main Document

**Exhibit _3_ ,**
**P. _15_**

**Original filename:**C:\Documents and Settings\melissagrant\Desktop\Public redacted for efilingMotion
to Enforce 12-27-07 Order\Notice of Motion and Motion.pdf
**Electronic document Stamp:**
[STAMP cacdStamp_ID=1020290914 [Date=5/22/2008] [FileNumber=5895829-0]
[a03aa5eab904109ab4a053ff8137c48b96be8e42d9ffdfcd6ade1a7d722a98f2574e
cc8bf5030ccafea6ef5d67e6ac55bda19187bfbb21b4b95dea4cd6d77622]]
**Document description:**Declaration Melissa Grant
**Original filename:**C:\Documents and Settings\melissagrant\Desktop\Public redacted for efilingMotion
to Enforce 12-27-07 Order\Public Redacted Decl of Melissa Grant.pdf
**Electronic document Stamp:**
[STAMP cacdStamp_ID=1020290914 [Date=5/22/2008] [FileNumber=5895829-1]
[b378431592a5d29d8d052c4cd6e78e717fc0b8913dbd59835a7818443d266829ea24
caf52e13b9dcbaaddc9909fc5e677a939c820b589dd18e27ea2eda3bc0ec]]
**Document description:**Exhibit 1
**Original filename:**C:\Documents and Settings\melissagrant\Desktop\Public redacted for efilingMotion
to Enforce 12-27-07 Order\Exhibit 1 to Grant Declaration.pdf
**Electronic document Stamp:**
[STAMP cacdStamp_ID=1020290914 [Date=5/22/2008] [FileNumber=5895829-2]
[0cd7592007ac2c870ecac1d126053c0e4131d1329f190a5df39f66dd74a22e31a270
cfdf72d90489692781038ac0e0ddbbbef45070bf110ec9439c87742b8895]]
**Document description:**Exhibit 2-26
**Original filename:**C:\Documents and Settings\melissagrant\Desktop\Public redacted for efilingMotion
to Enforce 12-27-07 Order\[PUBLIC REDACTED] Decl of Melissa Grant -- Exhs 2-26.pdf
**Electronic document Stamp:**
[STAMP cacdStamp_ID=1020290914 [Date=5/22/2008] [FileNumber=5895829-3]
[04f8abf1af4cea47fd69c4eeb39eebf2217daa1f8257a2d3a1bb4a3d93a82662df5d
a4f2ea15f7a70cf26182a8b82ed3613fad99a7b57e58627fc52fb7a0d5a0]]
**Document description:** Notice of Errata
**Original filename:**C:\Documents and Settings\melissagrant\Desktop\Public redacted for efilingMotion
to Enforce 12-27-07 Order\Notice of Errata.pdf
**Electronic document Stamp:**
[STAMP cacdStamp_ID=1020290914 [Date=5/22/2008] [FileNumber=5895829-4]
[a4612b96890d3e8f04e0d164bbab341c1ca62b1282b6120354cddfb84754deeb9334
8ad17dfd13dd12b1b9d69212666372001eeb2555363b700e5bbd14c51cf2]]
**Document description:** Ex parte application seeking to expedite time for Court Hearing re Mattel's
Concurrently Filed Motion
**Original filename:**C:\Documents and Settings\melissagrant\Desktop\Public redacted for efilingMotion
to Enforce 12-27-07 Order\Ex Parte Application to Expedite Hearing.pdf
**Electronic document Stamp:**
[STAMP cacdStamp_ID=1020290914 [Date=5/22/2008] [FileNumber=5895829-5]
[11cd56fe90ff0eeb206e2e7f0664c857112365a07585802bf622bd169be673ca4948
fa87acc500d39da595975ffcb6488a71da475e3459714ceed3a388b297d4]]
**Document description:**Declaration Melissa Grant in support of Ex Parte Application
**Original filename:**C:\Documents and Settings\melissagrant\Desktop\Public redacted for efilingMotion
to Enforce 12-27-07 Order\Grant Dec ISO Ex Parte.pdf
**Electronic document Stamp:**
[STAMP cacdStamp_ID=1020290914 [Date=5/22/2008] [FileNumber=5895829-6]
[3856aacdbe4caa502ef744d597d9fd00e5f5c36176e7a66b23f36d7e15c786ad1c7c
424b3ec1d6eef0f4f99bb6e45d25a2bbfd34b21c4705c58acb7f48223680]]
**Document description:** Proposed Order
**Original filename:**C:\Documents and Settings\melissagrant\Desktop\Public redacted for efilingMotion

Exhibit  3  ,
P. 16

to Enforce 12-27-07 Order\qela-dms_QuinnEmanuel_2514744_1.pdf

**Electronic document Stamp:**

[STAMP cacdStamp_ID=1020290914 [Date=5/22/2008] [FileNumber=5895829-7]
[5487310c09ecc9490b97b10023a19042e657ced23c9ab0244f0ed58666f8e1b0886f
58c47c8b6ed37cbe4ffeabd3f996759fe9eb2edbdb9133f4daf43a451098]]

**Exhibit 3 ,**
**P. 17**