QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
John B. Quinn (Bar No. 090378)
Michael T. Zeller (Bar No. 196417)
Jon D. Corey (Bar No. 185066)
Timothy L. Alger (Bar No. 160303)
Attorneys for Mattel, Inc.

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Carter Bryant<br><br>PLAINTIFF(S)<br>v.<br>Mattel, Inc.<br><br>DEFENDANT(S). | CASE NUMBER:<br>CV 04-9049 SGL (RNBx)<br><br>**NOTICE OF MANUAL FILING** |

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 08-02 and Local Rule 5-4 the following document(s) or item(s) will be manually filed.

**List Documents:**
Mattel, Inc.'s Notice of Motion and Motion for Order Finding Certain Documents are Authentic Granting Adverse Inference Jury Instructions and Precluding Certain Testimony; Declaration of Duane Lyons in Support; Declaration of Cyrus Naim in Support; Application to File Under Seal; [Proposed] Order re: Appl.

**Document Description:**
- ☐ Administrative Record
- ☑ Exhibits
- ☐ Ex Parte Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act (pursuant to Local Rule 79-5.4(h)
- ☑ Other  Motion for Order; Application to File Under Seal; [Proposed] Order re: Application

**Reason:**
- ☑ Under Seal
- ☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
- ☐ Electronic versions are not available to filer
- ☑ Per Court order dated  January 4, 2005
- ☐ Manual Filing required (*reason*):

May 23, 2008
Date

Cyrus S. Naim
Attorney Name

Mattel, Inc.
Party Represented

Note:  File one Notice in each case, each time you manually file document(s).

G-92 (02/08)                    NOTICE OF MANUAL FILING