UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
3470 Twelfth Street, Riverside, CA  92501
<u>CIVIL MINUTES -- GENERAL</u>

Case No.    CV 04-09049 SGL(RNBx)                                      Date:  May 22, 2008
Title:         MATTEL, INC., v. MGA ENTERTAINMENT, INC.,

<u>And Related Actions</u>:
==========================================================================
PRESENT:    HONORABLE STEPHEN G. LARSON, UNITED STATES DISTRICT JUDGE

         Jim Holmes                                    Theresa Lanza & Mark Schweitzer
         Courtroom Deputy Clerk                        Court Reporters

                                                       <u>ATTORNEYS PRESENT FOR MATTEL</u>:

                                                       John B. Quinn, Michael T. Zeller, Timothy L. Alger, Jon Corey, Dylan Proctor, and Michael J. Niborski, Diane Cafferata Hutnyan, Harry A. Olivar, Jr.

<u>ATTORNEYS PRESENT FOR MGA PARTIES</u>:

Thomas J. Nolan, Jason D. Russell, Carl A. Roth, Lauren E. Aguiar, Matthew E. Sloan,

**PROCEEDINGS:    MOTIONS IN LIMINE HEARING**

    Court hears oral argument.  The Court states its ruling on the various motions on the record.   The Court will issue a formal ruling.

    The Pretrial Conference in this matter will convene at 1:30 p.m., May 23, 2008.

    **IT IS SO ORDERED.**

MINUTES FORM 90                                                    Initials of Deputy Clerk:  jh
CIVIL -- GEN                          Page 1                       Time:  5/15