Jon D. Corey (Bar No. 185066)
QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
865 SOUTH FIGUEROA STREET
10th FLOOR
LOS ANGELES, CA 90017
(213) 443-3000

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARTER BRYANT, an individual, <br><br> PLAINTIFF(S) <br> v. <br> MATTEL, INC., a Delaware corporation, <br><br> DEFENDANT(S). | CASE NUMBER: <br> CV 04-9049 SGL (RNBx) <br><br> NOTICE OF MANUAL FILING |

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 06-07 and Local Rule 5-4 the following document(s) or item(s) will be manually filed.

**List Documents:**
Declaration of Juan Pablo Alban in Support of Mattel, Inc.'s Motion to Enforce the Discovery Master's May 7, 2008 Order; Application to File Under Seal Exhibits 4, 8 and 15 to the Declaration of Juan Pablo Alban in Support of Mattel, Inc.'s Motion to Enforce the Discovery Master's May 7, 2008; Proposed Order

**Document Description:**
- [ ] Administrative Record
- [X] Exhibits
- [ ] Ex Part Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act (pursuant to Local Rule 79-5.4(h)
- [ ] Other

**Reason:**
- [X] Under Seal
- [ ] Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
- [ ] Electronic versions are not available to filer
- [X] Per Court order dated January 4, 2005
- [ ] Manual Filing required (*reason*):

May 23, 2008
Date

Attorney Name
Jon D. Corey
Mattel, Inc.
Party Represented

Note: File one Notice in each case, each time you manually file document(s).