QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  johnquinn@quinnemanuel.com
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
  Timothy L. Alger (Bar No. 160303)
  (timalger@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:  (213) 443-3000
Facsimile:   (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>           Plaintiff,<br><br>      vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>           Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>**[PUBLIC REDACTED]**<br>**DECLARATION OF CYRUS S. NAIM IN SUPPORT OF MATTEL, INC.'S MOTION TO ENFORCE TRIAL SUBPOENAS ISSUED TO ANA CABRERA AND BEATRIZ MORALES**<br><br>Hearing Date:   August 4, 2008<br>Time:              10:00 a.m.<br>Place:             Courtroom 1<br><br>**Phase 1:**<br>Pre-trial Conference:  May 19, 2008<br>Trial Date:                  May 27, 2008 |

07209/2515932.1

I, Cyrus S. Naim, declare as follows:

1. I am a member of the bar of the State of California and an associate with Quinn Emanuel Urquhart Oliver & Hedges, LLP, attorneys for plaintiff and counter-defendant, Mattel, Inc. ("Mattel"). Except where otherwise noted, I make this declaration of personal, firsthand knowledge and, if called and sworn as a witness, I could and would testify competently thereto.

2. Attached as Exhibit 1 is a true and correct copy of excerpts of the Transcript of the Deposition of Veronica Marlow, dated December 28, 2007.

3. Attached as Exhibit 2 is a true and correct copy of Ana Cabrera's Employee Confidential Information and Inventions Agreement, dated November 17, 1995, produced by Mattel at Bates range M 0262449-0262450.

4. Attached as Exhibit 3 is a true and correct copy of Beatriz Morales' Employee Confidential Information and Inventions Agreement, dated June 10, 2000, produced by Mattel at Bates range M 0262518.

5. Attached as Exhibit 4 is a true and correct copy of Maria Salazar's Employee Confidential Information and Inventions Agreement, dated August 26, 1996, produced by Mattel at Bates range M 0262575-0262576.

6. Attached as Exhibit 5 is a true and correct copy of excerpts of the transcript of the interview of Ana Cabrera, dated January 2, 2008, and produced by Mattel at Bates number M 0261971.

7. Attached as Exhibit 6 is a true and correct copy of excerpts of the transcript of the interview of Beatriz Morales, dated January 14, 2008, and produced by Mattel at Bates number M 0262230.

8. Attached as Exhibit 7 is a true and correct copy of a subpoena served on Ana Cabrera on January 16, 2008.

9. Attached as Exhibit 8 is a true and correct copy of a subpoena served on Beatriz Morales on January 16, 2008.

10. Attached as Exhibit 9 is a true and correct copy of a subpoena served on Maria Salazar on January 22, 2008.

11. Attached as Exhibit 10 is a true and correct copy of a facsimile from Maria Diaz to James Webster dated January 23, 2008.

12. Attached as Exhibit 11 is a true and correct copy of a letter from Paul M. Eckles to Jon D. Corey dated January 24, 2008.

13. Attached as Exhibit 12 is a true and correct copy of an email from James Webster to Paul M. Eckles dated January 25, 2008.

14. Attached as Exhibit 13 is a true and correct copy of the [Public Redacted] Declaration Of Michael T. Zeller In Support Of Reply In Support Of Mattel, Inc.'s Ex Parte Application To Compel The Appearance For Deposition Of Ana Cabrera, Beatriz Morales, Maria Salazar, And Mel Woods, dated February 1, 2008, without exhibits.

15. Attached as Exhibit 14 is a true and correct copy of the Discovery Master's Order Re MGA Defendants' Motion to Quash Deposition Subpoenas, dated March 11, 2008.

16. Attached as Exhibit 15 is a true and correct copy of a letter from James J. Webster to Maria Diaz dated March 13, 2008.

17. Attached as Exhibit 16 is a true and correct copy of a letter from James J. Webster to Marcus Mumford dated March 13, 2008.

18. Attached as Exhibit 17 is a true and correct copy of a facsimile from Maria Diaz to James J. Webster, dated March 19, 2008, at 12:25 p.m.

19. Attached as Exhibit 18 is a true and correct copy of a facsimile from James J. Webster to Maria Diaz, dated March 25, 2008, and sent at 5:15 p.m.

20. Attached as Exhibit 19 is a true and correct copy of a facsimile from Maria Diaz to James J. Webster, dated March 28, 2008.

1           21.     Attached as Exhibit 20 is a true and correct copy of an email I sent to Maria Diaz, Marcus Mumford, and Matthew Werdegar, dated March 31, 2008.

2           22.     Attached as Exhibit 21 is a true and correct copy of an email from Michael Zeller to Cyrus Naim, Maria Diaz, Marcus Mumford, and Matthew Werdegar, dated April 2, 2008.

3           23.     Attached as Exhibit 22 is a true and correct copy of an email from Maria Diaz to Cyrus Naim, Michael Zeller, Marcus Mumford, and Matthew Werdegar, dated April 2, 2008.

4           24.     Attached as Exhibit 23 is a true and correct copy of an email from Marcus Mumford to James J. Webster, dated March 25, 2008, at 5:32 p.m.

5           25.     Attached as Exhibit 24 is a true and correct copy of excerpts of the Transcript of Proceedings dated April 9, 2008.

6           26.     Attached as Exhibit 25 is a true and correct copy of excerpts of the deposition transcript of Beatriz Morales, dated April 28, 2008.

7           27.     Attached as Exhibit 26 is a true and correct copy of excerpts of the deposition transcript of Ana Cabrera, dated May 8, 2008.

8           28.     Attached as Exhibit 27 is a true and correct copy of a document produced in this action by Veronica Marlow at Bates number KMW-M 008154.

9           29.     Attached as Exhibit 28 is a true and correct copy of a document produced in this action by Veronica Marlow at Bates numbers KMW-M 008150-53.

10          30.     Attached as Exhibit 29 is a true and correct copy of a subpoena served on Beatriz Morales on April 6, 2008.

11          31.     Attached as Exhibit 30 is a true and correct copy of a subpoena served on Ana Cabrera on April 5, 2008.

12          32.     Attached as Exhibit 31 is a true and correct copy of a subpoena served on Beatriz Morales on April 28, 2008.

33. Attached as Exhibit 32 is a true and correct copy of a subpoena served on Ana Cabrera on May 8, 2008.

34. Attached as Exhibit 33 is a true and correct copy of Beatriz Morales' objections to Mattel's trial subpoena, dated May 20, 2008.

35. Attached as Exhibit 34 is a true and correct copy of Ana Cabrera's objections to Mattel's trial subpoena, dated May 20, 2008.

36. James Webster and I met and conferred with Maria Diaz, counsel for Ms. Cabrera and Ms. Morales, on May 21, 2008.  Ms. Diaz refused to withdraw any of the objections and stated the documents would continue to be withheld.  At this meeting, I also notified Ms. Diaz that Ms. Morales had received a payment of witness fees in connection with the trial subpoena Mattel served on April 6, 2008. She asserted that, because Mattel did not provide an additional check along with the amended subpoena served on Ms. Morales on April 28, 2008, it was invalid.

37. Attached as Exhibit 35 is a true and correct copy of the Discovery Master's Order Granting in Part and Denying in Part Mattel's Motion to Enforce the Court's Order of January 25, 2007, to Compel Production of Documents by Carter Bryant and for Sanctions.

38. Attached as Exhibit 36 is a true and correct copy of a document produced in this action by Veronica Marlow at Bates number KMW-M 007132

39. Attached as Exhibit 37 is a true and correct copy of a document produced in this action by Veronica Marlow at Bates number KMW-M 009767.

/
/
/
/
/
/
/

1  40. Attached as Exhibit 38 is a true and correct copy of excerpts of the Transcript of Deposition of Lisa Tonnu, dated September 24, 2007.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 6th day of May, 2008, at Los Angeles, California.

Cyrus S. Naim