QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with<br>Case Nos. CV 04-09059 & CV 05-2727<br><br>**[PUBLIC REDACTED] DECLARATION OF DUANE R. LYONS IN SUPPORT OF MATTEL, INC.'S MOTION FOR AN ORDER FINDING THAT CERTAIN DOCUMENTS ARE AUTHENTIC, GRANTING ADVERSE INFERENCE JURY INSTRUCTIONS, AND PRECLUDING CERTAIN TESTIMONY**<br><br>Hearing Date: August 4, 2008<br>Time: TBA<br>Place: Telephonic<br>Judge: Hon. Stephen G. Larson<br><br>**Phase 1**<br>Pre-Trial Conference: May 19, 2008<br>Trial Date: May 27, 2008 |

## DECLARATION OF DUANE R. LYONS

I, Duane R. Lyons, declare as follows:

1. I am a member of the bar of the State of California, admitted to practice in the Central District of California and elsewhere, and a partner at Quinn Emanuel Urquhart Oliver & Hedges, LLP, attorneys for Mattel, Inc. ("Mattel"). Except where otherwise indicated, I make this declaration of personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify competently thereto.

2. Attached as **Exhibit 1** hereto is a true and correct copy of excerpts from the Transcript of the Deposition of Veronica Marlow ("V. Marlow Tr.").

3. Attached as **Exhibit 2** hereto is a true and correct copy of excerpts from the Deposition of Lisa Tonnu dated September 25, 2007.

4. Attached **as Exhibit 3** hereto is a true and correct copy of excerpts from MGA's Supplemental Responses to Mattel's Revised Third Set of Interrogatories, pp. 64-70.

5. Attached as **Exhibit 4** hereto is a true and correct copy of excerpts from the Transcript of the Deposition of Carter Bryant dated November 5, 2004.

6. I have reviewed the transcript of the Deposition of Peter Marlow dated May 2, 2008, and I have prepared a listing of each question that Mr. Marlow refused to answer based on his assertion of the Fifth Amendment. This listing, which I believe to be accurate, together with a true and correct copy of relevant excerpts from Mr. Marlow's Deposition Transcript, are attached hereto as **Exhibit 5**.

7. I have reviewed the Transcript of the Deposition of Ana Cabrera dated May 8, 2008, and I have prepared a listing of each question that Cabrera refused to answer based on her assertion of the Fifth Amendment. This listing,

1 which I believe to be accurate, together with a true and correct copy of relevant excerpts from Cabrera's Deposition Transcript, are attached hereto as **Exhibit 6.**

8. I have reviewed the Transcript of the Deposition of Beatriz Morales dated April 29, 2008, and I have prepared a listing of each question that Morales refused to answer based on her assertion of the Fifth Amendment. This listing, which I believe to be accurate, together with a true and correct copy of relevant excerpts from Morales's Deposition Transcript, are attached hereto as **Exhibit 7.**

9. Attached as **Exhibit 8** hereto is a true and correct copy of excerpts from the Transcript of the Deposition of Beatriz Morales dated April 29, 2008.

10. Attached as **Exhibit 9** hereto is a true and correct copy of excerpts from the Transcript of the Deposition of Ana Cabrera dated May 8, 2008.

11. Attached as **Exhibit 10** hereto is a true and correct copy of excerpts from the Transcript of the Consensual Interview of Ana Cabrera dated January 2, 2008.

12. Attached as **Exhibit 11** hereto is a true and correct copy of excerpts from the Transcript of the Consensual Interview of Beatriz Morales dated January 14, 2008.

13. Attached hereto as **Exhibit 12** is a true and correct copy of Exhibit 5585 to the Deposition of Peter Marlow, which is comprised of purchase orders from Marlow to MGA, and which were produced in this litigation at MGA 0072036 - MGA 0072117 and MGA 0008091 - MGA 008141.

14. Attached hereto as **Exhibit 13** are true and correct copies of Employee Confidential Information and Inventions Agreements signed by Beatriz Morales, which were produced in this action at M 0262518 and M 0262503-07; Employee Confidential Information and Inventions Agreements signed by Ana Cabrera, which were produced in this action at M 0262449-50 and M 0262433-38;

34. Attached hereto as **Exhibit 33** is a true and correct copy of a letter from Keats, McFarland & Wilson LLP, dated April 25, 2008.

35. Prior to filing this motion, on May 22, 2008 and May 23, 2008, I met and conferred with MGA's counsel Bernard Shek pursuant to Local Rule 7-3.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this Declaration was executed on May 23, 2008 at Los Angeles, California.

_____
Duane R. Lyons

-5-

DECLARATION OF DUANE R. LYONS