QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with<br>Case Nos. CV 04-09059 & CV 05-2727<br><br>**[PUBLIC REDACTED] DECLARATION OF CYRUS S. NAIM IN SUPPORT OF MATTEL, INC.'S MOTION FOR AN ORDER FINDING THAT CERTAIN DOCUMENTS ARE AUTHENTIC, GRANTING ADVERSE INFERENCE JURY INSTRUCTIONS, AND PRECLUDING CERTAIN TESTIMONY**<br><br>Hearing Date: August 4, 2008<br>Time: 10:00 a.m.<br>Place: Telephonic<br>Judge: Hon. Stephen G. Larson<br><br>**Phase 1**<br>Pre-Trial Conference: May 19, 2008<br>Trial Date: May 27, 2008 |

07209/2515013.1

DECLARATION OF CYRUS S. NAIM

## DECLARATION OF CYRUS S. NAIM

I, Cyrus S. Naim, declare as follows:

1. I am a member of the bar of the State of California and an associate with Quinn Emanuel Urquhart Oliver & Hedges, LLP, attorneys for plaintiff and counter-defendant, Mattel, Inc. ("Mattel"). I make this declaration of personal, firsthand knowledge and, if called and sworn as a witness, I could and would testify competently thereto.

2. Attached as **Exhibit 1** hereto is a true and correct copy of Exhibit 5571 to the Deposition of Peter Marlow dated May 2, 2008 ("P. Marlow Depo."),

3. Attached as **Exhibit 2** hereto is a true and correct copy of Exhibit 5578 to the P. Marlow Depo.

4. Attached as **Exhibit 3** hereto is a true and correct copy of Exhibit 5580 to the P. Marlow Depo.

5. Attached as **Exhibit 4** hereto is a true and correct copy of Exhibit 5583 to the P. Marlow Depo.

6. Attached as **Exhibit 5** hereto is a true and correct copy of Exhibit 5585 to the P. Marlow Depo.

7. Attached as **Exhibit 6** hereto is a true and correct copy of Exhibit 5586 to the P. Marlow Depo.

8. Attached as **Exhibit 7** hereto is a true and correct copy of Exhibit 5588 to the P. Marlow Depo.

9. Attached as **Exhibit 8** hereto is a true and correct copy of Exhibit 5590 to the P. Marlow Depo.

10. Attached as **Exhibit 9** hereto is a true and correct copy of Exhibit 5591 to the P. Marlow Depo.

11. Attached as **Exhibit 10** hereto is a true and correct copy of Exhibit 5592 to the P. Marlow Depo.

| | |
|---|---|
| 1 | 12. Attached as **Exhibit 11** hereto is a true and correct copy of Exhibit 5593 to the P. Marlow Depo. |
| 3 | 13. Attached as **Exhibit 12** hereto is a true and correct copy of Exhibit 5594 to the P. Marlow Depo. |
| 5 | 14. Attached as **Exhibit 13** hereto is a true and correct copy of Exhibit 5595 to the P. Marlow Depo. |
| 7 | 15. Attached as **Exhibit 14** hereto is a true and correct copy of Exhibit 5599 to the P. Marlow Depo. |
| 9 | 16. Attached as **Exhibit 15** hereto is a true and correct copy of Exhibit 5600 to the P. Marlow Depo. |
| 11 | 17. Attached as **Exhibit 16** hereto is a true and correct copy of Exhibit 5602 to the P. Marlow Depo. |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this Declaration was executed on May 23, 2008 at Los Angeles, California.

_____
Cyrus S. Naim

-2-