QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  johnquinn@quinnemanuel.com
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  John S. Gordon (Bar No. 112750)
  (johngordon@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:   (213) 443-3000
Facsimile:   (213) 443-3100

Attorneys for Donald K. Moon

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>                Plaintiff,<br><br>        vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>                Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>**DECLARATION OF LESLEY E. WILLIAMS IN SUPPORT OF NON-PARTY WITNESS DONALD K. MOON'S MOTION TO QUASH MGA TRIAL SUBPOENA ISSUED TO DONALD K. MOON**<br><br>Hearing Date:   [TBA]<br>Time:                 10:00 a.m.<br>Place:                Courtroom 1<br><br>**Phase 1:**<br>Pre-trial Conference:   May 19, 2008<br>Trial Date:                   May 27, 2008 |

I, Lesley E. Williams, declare as follows:

1. I am a member of the bar of the States of California and New York and an attorney at Quinn Emanuel Urquhart Oliver & Hedges, LLP, attorneys for plaintiff and counter-defendant, Mattel, Inc. ("Mattel") and for non-party witness and movant Donald K. Moon. Except where otherwise noted, I make this declaration of personal, firsthand knowledge and, if called and sworn as a witness, I could and would testify competently thereto.

2. Attached as Exhibit 1 is a true and correct copy of a trial subpoena issued to Donald K. Moon on May 19, 2008.

3. On May 22, 2008, my colleague James Webster and I met and conferred telephonically with Robert Herrington, counsel for Isaac Larian and MGA about the trial subpoena that MGA had issued to Moon, and our intention to file a motion to quash that subpoena if it was not withdrawn. Mr. Herrington indicated that MGA was planning to call Mr. Moon in rebuttal to the testimony of witnesses Richard DeAnda, Robert Eckert, and/or Alan Kaye, depending on their testimony. Counsel were unable to agree on a resolution of the issues arising in this motion.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 23rd day of May, 2008, at Los Angeles, California.

                                       /s/ Lesley E. Williams
                                       Lesley E. Williams