1  QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
     John B. Quinn (Bar No. 090378)
2    johnquinn@quinnemanuel.com
     Michael T. Zeller (Bar No. 196417)
3    (michaelzeller@quinnemanuel.com)
     John S. Gordon (Bar No. 112750)
4    (johngordon@quinnemanuel.com)
   865 South Figueroa Street, 10th Floor
5  Los Angeles, California 90017-2543
   Telephone: (213) 443-3000
6  Facsimile: (213) 443-3100

7  Attorneys for Donald K. Moon

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>**DECLARATION OF DONALD K. MOON IN SUPPORT OF DONALD K. MOON'S MOTION TO QUASH TRIAL SUBPOENA ISSUED TO DONALD K. MOON BY MGA**<br><br>Hearing Date: [TBA]<br>Time: 10:00 a.m.<br>Place: Courtroom 1<br><br>**Phase 1:**<br>Pre-trial Conference: May 19, 2008<br>Trial Date: May 27, 2008 |
|---|---|

07975/2517004.17209/25
5932.1

DECLARATION OF DONALD K. MOON

1  I, Donald K. Moon, declare as follows::

2  1.  I make this declaration of personal, firsthand knowledge and, if
3  called and sworn as a witness, I could and would testify competently thereto.

4  2.  I am licensed in the State of California as a private investigator.
5  One duty that I perform in connection with my job as a private investigator is to
6  serve deposition subpoenas and other legal process on witnesses.

7  3.  On or about January 31, 2007, on behalf of Mattel, I served a
8  deposition subpoena, summons and set of counterclaims on Carlos Machado in a
9  lawsuit involving Mattel, MGA and other parties

10  4.  On or about February 7, 2007, on behalf of Mattel, I served a
11  deposition subpoena, summons and set of counterclaims on Isaac Larian in the same
12  lawsuit.

13  5.  On or about February 18, 2007, on behalf of Mattel, I served a
14  deposition subpoena, summons and set of counterclaims on Jahangir Makabi in the
15  same lawsuit.

16  6.  I have no personal knowledge of any facts involved in any
17  dispute between Mattel and MGA and any related parties.

18  7.  I have never spoken or otherwise communicated with Robert
19  Eckert, Richard De Anda, or Alan Kaye.  Nor have I ever witnessed any of them do
20  or say anything..

21  I declare under penalty of perjury under the laws of the United States of
22  America that the foregoing is true and correct.

23  Executed this 23rd day of May, 2008, at _Pasadena_, California.

_____
Donald K. Moon