QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  johnquinn@quinnemanuel.com
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
  Timothy L. Alger (Bar No. 160303)
  (timalger@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>  Plaintiff,<br><br>  vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>  Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>**DECLARATION OF LESLEY E. WILLIAMS IN SUPPORT OF MATTEL, INC.'S MOTION TO COMPEL LARIAN TO RESPOND TO TRIAL SUBPOENA ISSUED BY MATTEL**<br><br>Hearing Date: [TBA]<br>Time: 10:00 a.m.<br>Place: Courtroom 1<br><br>**Phase 1:**<br>Pre-trial Conference: May 19, 2008<br>Trial Date: May 27, 2008 |

07209/2516085.2

I, Lesley E. Williams, declare as follows:

1. I am a member of the bar of the States of California and New York and an attorney at Quinn Emanuel Urquhart Oliver & Hedges, LLP, attorneys for plaintiff and counter-defendant, Mattel, Inc. ("Mattel"). Except where otherwise noted, I make this declaration of personal, firsthand knowledge and, if called and sworn as a witness, I could and would testify competently thereto.

2. Attached as Exhibit 1 is a true and correct copy of a trial subpoena issued to Isaac Larian on March 27, 2008.

3. Attached as Exhibit 2 is a true and correct copy of Isaac Larian's Objections to Mattel's trial subpoena dated April 25, 2008.

4. On May 22, 2008 my colleague James Webster and I met and conferred telephonically with Robert Herrington, counsel for Larian and MGA about Larian's Objections and this motion. The parties were unable to agree on a resolution of the issues arising in this motion.

5. Attached as Exhibit 3 is a true and correct copy of the Public Redacted Notice of Motion and Motion of Mattel, Inc. for an Order Enforcing the Court's Order Compelling Isaac Larian to Produce Certain Documents, filed May 21, 2008.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 23rd day of May, 2008, at Los Angeles, California.

       /s/ Lesley E. Williams
   Lesley E. Williams