# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Carter Bryant, an individual | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | CV 04-9049 |
| v. | |
| Mattel, Inc., a Delaware corporation, | NOTICE OF MANUAL FILING |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 08-02 and Local Rule 5-4 the following document(s) or item(s) will be manually filed.

**List Documents:**

Application to File Under Seal Mattel's Motion for Order Compelling Production of Communications in Furtherance of Crimes and Frauds ("Motion"), the Decl. of Harry A. Olivar, Jr. in Support of Motion, Proposed Order Granting Application to File Under Seal; Exhibit 44 to the Decl. of Harry A. Olivar, Jr.

**Document Description:**

- ☐ Administrative Record
- ☒ Exhibits
- ☐ Ex Parte Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act (pursuant to Local Rule 79-5.4(h)
- ☒ Other  Application to File Under Seal Motion, Declaration and Exhibits in support thereof, and Ex Parte Application to Shorten Time to Respond thereto, and Proposed Order

**Reason:**

- ☐ Under Seal
- ☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
- ☐ Electronic versions are not available to filer
- ☐ Per Court order dated _____
- ☒ Manual Filing required (*reason*): Exhibit 44 is a video.

| 3/23/2008 | /s/ Harry A. Olivar, Jr. |
|---|---|
| Date | Attorney Name |
| | Mattel, Inc. |
| | Party Represented |

Note:  File one Notice in each case, each time you manually file document(s).

G-92 (02/08)                                                NOTICE OF MANUAL FILING