**Exhibit 22**

1   ROBERT F. MILLMAN, Bar No. 062152
    DOUGLAS A. WICKHAM, Bar No. 127268
2   KEITH A. JACOBY, Bar No. 150233
    LITTLER MENDELSON
3   A Professional Corporation
    2049 Century Park East, 5th Floor
4   Los Angeles, CA 90067.3107
    Telephone: 310.553.0308
5   Facsimile:  310.553.5583
    Attorneys for Plaintiff
6   CARTER BRYANT

7

8

                UNITED STATES DISTRICT COURT

9               CENTRAL DISTRICT OF CALIFORNIA

10

11

CARTER BRYANT, an individual        Case No.
12
              Plaintiff,            **COMPLAINT FOR:**
13
       v.                           **DECLARATORY RELIEF OF
14                                  COPYRIGHT NON-
MATTEL, INC., a Delaware            INFRINGEMENT**
15  corporation

16            Defendant.

17

18

19

20

21

22

23

24

25

26

27

28

EXHIBIT B          31

EXHIBIT 22
PAGE 356

1    Plaintiff Carter Bryant ("Bryant") for his complaint against Defendant

2    Mattel, Inc. ("Mattel") alleges as follows:

3                              **PARTIES**

4        1.    Bryant is an individual residing in Springfield-Greene County,

5    Missouri.

6        2.    Bryant is informed and believes, and based thereon alleges, that Mattel

7    is a Delaware corporation with a principal place of business at 333 Continental

8    Boulevard, El Segundo, California.

9                        **JURISDICTION AND VENUE**

10       3.    This is an action under 28 U.S.C. §§ 2201 and 2202 for declaratory

11   relief and further relief based upon a declaratory judgment or decree and the

12   Copyright Act of 1976, 17 U.S.C. §§ 101 *et seq.*  This Court has original subject

13   matter jurisdiction over Bryant's claim pursuant to 28 U.S.C. §§ 1331 and 1338(a)

14   & (b).

15       4.    This Court has personal jurisdiction over Mattel, as it conducts

16   continuous, systematic and routine business within the State of California and the

17   County of Los Angeles.

18       5.    Venue is proper in the United States District Court for the Central

19   District of California pursuant to 28 U.S.C. §§ 1391(b) & (c).

20                        **BACKGROUND FACTS**

21       6.    Bryant is the creative genius and inspiration behind an immensely

22   successful line of fashion dolls called "Bratz."

23       7.    Since its debut on the market in June, 2001, the "Bratz" line has

24   revitalized and invigorated the fashion-doll industry, long dominated by Mattel's

25   "Barbie" dolls.

26       8.    Mattel, however, does not like the competition.

27

28

                                    2

FXHIBIT B        32        EXHIBIT ___22___

                                   PAGE ___367___

9.     First, Mattel, the world's largest toy company, tried, and failed, to drive "Bratz" out of the market by, *inter alia,* introducing competing products that copy the fresh, new and trendy look of "Bratz."

10.    When this failed, Mattel resorted to other tactics – suing Bryant, three and one half years after the launch of "Bratz," in California state court accusing him, among other things, of the alleged "conversion" of Mattel's "ideas, concepts, rights, designs, proprietary information, and other intellectual property and intangible property."

11.    Recent events discussed herein reveal what Mattel intends by this vague and overly-broad pleading. Mattel intends to try to obtain control over the rights to "Bratz," apparently based, in whole or in part, on grounds that "Bratz" was allegedly copied from and infringes upon a scrapped Mattel project called "Toon Teens," or some other as yet undisclosed Mattel property, which Bryant was supposedly exposed to during a period of time when he was employed by Mattel.

12.    Bryant did not copy or infringe anything in coming up with "Bratz." Since these copyright issues cannot be resolved in state court, due to federal preemption, Bryant has a reasonable fear that Mattel will bring another lawsuit against him for copyright infringement.

13.    Bryant brings this action, accordingly, for a Declaratory Judgment that his past, present, and continuing contributions to and work on the conception and development of "Bratz" did not and do not violate or infringe any copyrights or intellectual or other property owned by Mattel.

### Carter Bryant's Background

14.    Bryant is a creative, innovative, artistic person who since an early age has had a special interest in dolls and fashion design.

15.    As a young boy, when his family could not afford to buy him toys, Bryant would draw them. Dolls and puppets were particular favorites. While still very young, Bryant began constructing marionettes from papier-mache.

16. By age nine, Bryant had begun to draw fashions. Fashion soon became a passion. He bought books on Hollywood costume design and studied them intensely. He made designs for his puppets and drew characters and outfits for them. He even won a contest drawing "Archie" comic book characters and considered becoming a comic book artist.

17. Bryant took art classes throughout junior high and high school. He also began reading, and studying, fashion magazines such as "Vogue" and "Harper's Bazaar," thinking he might one day have a career in fashion design. He began creating his own fashions based on what he saw in such magazines.

18. After high school, Bryant considered going to design school, but gave up the dream when he realized that his family could not afford to send him.

19. Instead, he tried songwriting for a while, and even formed a band in 1988. For several years, he took dead-end jobs to make ends meet, such as stocking shelves at Toys 'R' Us. But Bryant never let go of his dream, or gave up his interest in drawing and design.

20. In 1993 he applied and was accepted to Parsons School of Design in Paris. Based on the information contained in Parsons' website, since its founding in 1896, Parsons has been a forerunner in the field of art and design and was the first art and design school in America to found a campus abroad in 1920.

21. Unfortunately, despite loans and work programs, attendance was cost-prohibitive. Bryant went, instead, to Otis College of Art and Design in Los Angeles. According to its website, Otis began in 1918, when Los Angeles Times founder Harrison Gray Otis bequeathed his MacArthur Park property for a public art college. Otis is a four-year college offering bachelor's degrees in a variety of art and design-related areas including architecture, fine arts, fashion design and toy design.

22. On an accelerated track, Bryant finished his entire first year in just 5 months, from January to June of 1994. He then applied and was accepted to

EXHIBIT B                    24            EXHIBIT ____22____

PAGE____369____

1   transfer to Parsons, however, again he could not raise enough money to go. He

2   stayed one more semester at Otis, but with only a small scholarship and mounting

3   debt, Bryant left the school in December, 1994. He went home to Missouri for

4   Christmas and ended up staying.

5       23.   Realizing that going to Paris and working as a fashion designer was

6   simply not economically feasible, Bryant got the idea that he might be able to

7   combine his love of dolls and fashion by becoming a fashion designer for dolls in

8   the toy industry. Naturally thinking of "Barbie," the fashion doll that had

9   dominated the market for decades, he put together a portfolio of ten or so drawings

10  to send to Mattel, but lacked the confidence to actually send it to such a huge,

11  intimidating company.

12      24.   By 1995, however, he decided he had nothing to lose. Broke and with

13  no real career opportunities in sight, Bryant sent the package to Mattel.

14                  **Bryant's Employment by Mattel**

15      25.   Much to his surprise, Mattel called him for an interview. After

16  completing a "trial project" for the company at its request prior to his being

17  considered for formal employment, he was hired as a temporary employee in

18  September, 1995. He was promoted to a full-time position in November, 1995.

19      26.   During his time at Mattel, Bryant worked exclusively on "Barbie"-

20  related projects for the "Barbie" family of dolls, as directed by Mattel's marketers.

21  Mattel told him what they wanted him to design, and he did what he was directed to

22  do.

23      27.   On occasion, Bryant would offer new, original and creative ideas to

24  Mattel, but Mattel discouraged anything non-traditional. No matter what the idea

25  was, Mattel would try to figure out a way to use it for "Barbie," or not at all.

26      28.   Bryant felt that his creativity and originality were being stifled and

27  suppressed at Mattel.

28

35

EXHIBIT _22_

PAGE _360_

1     29.    Within two years at Mattel, Bryant was feeling frustrated. He simply

2  did not fit Mattel's mold. He also missed his family, and so decided to return home

3  to Missouri. With some significant design and work experience under his belt, he

4  thought he might be able to build a career as a freelance design artist.

5     30.    He left California in approximately January 1998, but continued to

6  work for Mattel from Missouri, on a part-time basis, until April, 1998.

7                   **Bryant's Inspiration: "Bratz"**

8     31.    Bryant continued to live with his parents in Missouri for the rest of the

9  1998, working exclusively on his own ideas and drawings, with the hopes of

10  building a career as a freelance artist.

11     32.    Among other things, Bryant created greeting cards, and considered

12  going into the greeting card business. He even applied for a job at Hallmark.

13  Bryant also did a bit of freelance design and artwork for Ashton Drake Galleries of

14  Chicago. On information and belief, Ashton Drake is the world's largest direct

15  marketer of limited edition, collectible porcelain dolls, and its dolls have sold at

16  auction for as much as $1200. It is widely renowned among doll collectors for its

17  top-quality, handcrafted collectible dolls. Ashton Drake employs artists and

18  freelancers to work on its doll programs and new doll concepts. Bryant worked on

19  "Angel" and "Wedding" theme projects for the company in 1998. He

20  supplemented his income by working at a clothing store, Old Navy. But Bryant

21  also worked on his own ideas for dolls – his lifelong obsession. One day, while

22  returning home from Old Navy, Bryant drove past a high school and had a "eureka"

23  moment. Inspired by the "bratty" attitude he had observed, as well as

24  advertisements that he had seen relating to hip-hop fashions and other trends of the

25  time, Bryant started sketching multi-ethnic, urban youth, dressed in trendy fashions.

26  Bryant tried to capture in his sketches the "bratty" attitude he had observed. Little

27  did he know then that his concept, "Bratz," would become a national, indeed,

28  international, sensation.

EXHIBIT 22

EXHIBIT B    36    PAGE 361

33.   Bryant was simply trying to figure out a way to make a living doing what he enjoyed.  Unable to support himself as a freelance artist, however, and turning thirty and not wanting to live at home forever, Bryant realized he needed a steady job.  Based on Mattel's comments to him before he left its employ in 1998 indicating an interest in having him remain with the company, he reapplied and secured a position with Mattel starting in January 1999.

34.   Mattel hired Bryant back to work exclusively on Mattel's "collectibles" line, a high-end, expensive line of "Barbie" dolls designed for adult doll collectors, not children.  He began working for the company again on January 4, 1999.  Again, Mattel's marketing department directed Bryant to create the designs it wanted to market.

35.   Bryant never showed Mattel the ideas, drawings, designs and concepts that he had worked on on his own while he had been gone from the company, including the concept for what later became the "Bratz" dolls.  He already knew that Mattel was not receptive to new, creative, innovative ideas.  Besides that, they were his, and he was afraid that Mattel would not give him credit or compensation.

36.   One day he happened to show his concept for "Bratz" dolls to a friend who did freelance work for MGA Entertainment, Inc. ("MGA").

37.   Bryant's friend thought that MGA might be interested in talking to Bryant, and arranged a meeting.

38.   MGA ultimately offered Bryant a consulting arrangement.  His agreement with MGA was signed on or about October 4, 2000.  Bryant resigned from Mattel immediately, giving two weeks notice, but stayed at the company until October 20 to finish up and transition the projects on which he had been working.

39.   On information and belief, MGA was founded in 1979 as a small consumer electronics business and made its first foray into the toy business in 1987 marketing handheld LCD games featuring licensed "Nintendo" characters, where its initial success allowed it the opportunity to obtain additional licenses for such

7

37

EXHIBIT ___22___

PAGE ___362___

1   popular properties as the "Power Rangers" and others.  By the time Bryant started

2   working for MGA in late 2000, the company was selling other kinds of toys and

3   dolls.

4       40.    After leaving Mattel, Bryant began working with a team of MGA

5   employees and freelancers to develop and physically embody Bryant's concept.

6   The development took substantial time, effort, creativity, money, and know-how,

7   but with this effort, Bryant's concept for "Bratz" dolls was reduced to practice and

8   became a reality.

9                **"Bratz" Dolls Revolutionize The Fashion Doll Market**

10      41.    MGA first unveiled the "Bratz" doll concept at the Hong Kong Toy

11   Fair in January 2001.  In June 2001, MGA introduced the line to the market.

12      42.    Unlike Barbie Dolls, the "Bratz" line of dolls and branded products

13   (collectively "Bratz Dolls") sport a hip, multi-ethnic urban look that appeals to

14   contemporary teenage and pre-teen girls.  At approximately 9.5 to 10 inches tall,

15   the Bratz Dolls are intentionally shorter than Barbie Dolls and look notably

16   different, with large heads, big dramatic eyes and lips, small, thin bodies, oversized

17   feet (to emphasize shoe fashion and to stand on their own, unlike "Barbie," which

18   requires a stand), and up-to-date fashions.

19      43.    Featuring and embodying the slogan "The Girls With a Passion for

20   Fashion!", Bratz Dolls, invigorated, transformed and expanded the fashion doll

21   market, in particular proving popular among "tween" age girls – *i.e.,* those between

22   childhood and adolescence – who Mattel had all but abandoned as a market.

23      44.    On information and belief, the "Bratz" line has been praised by

24   consumers, retailers and toy industry analysts alike.  In 2001, the "Bratz" line won

25   the Toy Industry Association ("TIA") People's Choice Toy of the Year Award, the

26   Family Fun Toy of the Year Award and Toy Wishes Hot Pick Award.  In 2002, the

27   "Bratz" line again won the TIA People's Choice Toy of the Year Award, the

28   Family Fun Toy of the Year Award.  LIMA, the licensing industries official arm,

EXHIBIT    22
PAGE    363

1  awarded MGA's "Bratz" the best character license of the year as well as the overall
2  best licensed property of the year for 2003. MGA's "Bratz" also earned the coveted
3  TIA "Property of the Year" and "Girl Toy of the Year," in 2003, as well as the
4  Family Fun Toy of the Year Award. MSNBC named "Bratz" the "Hottest Toy of
5  the Year," and both MGA and "Bratz" received several other accolades.

6      45.    According to media reports and business analysts, this success caught
7  Mattel by surprise, with many Mattel insiders reportedly assuming that Bratz would
8  be a short-lived fad.

9      46.    As it turned out, "Bratz" was not a fleeting fancy among young girls.

10      47.    Beginning in 2002, "Bratz" really gave "Barbie" a run for its money
11  as the top selling fashion doll.

12      48.    Bryant continues to contribute to, and provide ideas, concepts and
13  designs for "Bratz" on an ongoing basis as a designer and consultant for MGA. For
14  example, Bryant designed a wholly original male character for MGA, which was
15  turned into the "Bratz Boyz" line of dolls by MGA.

16                      **Mattel's Market Response to "Bratz"**

17      49.    In response to "Bratz", Mattel, in 2002, rushed to release "My Scene
18  Barbie," a line of fashion dolls under the "Barbie" name that looked much more
19  like "Bratz" than the traditional main line "Barbie" Doll. Like "Bratz," "My Scene
20  Barbie" dolls have oversized heads, artfully made-up almond-shaped eyes, large,
21  overly-lined and lipsticked lips, trendy clothes and hair styles, over-sized feet and a
22  more ethnic look. Like the "Bratz" Dolls, "My Scene" Dolls are packaged with two
23  outfits and an accessory. And, since fall 2003, like the "Bratz, which are
24  introduced with themes, "My Scene" Dolls are introduced with a theme as well.

25      50.    After the success of MGA's "Bratz Boyz" dolls, Mattel also
26  introduced male doll characters to the "My Scene" line, even though for 45 years
27  the "Barbie" line had only included a single male doll – Barbie's boyfriend "Ken"

28

1   (whom, after 45 years as her boyfriend, Barbie "dumped" in a 2004 Mattel publicity

2   stunt to revive "Barbie" in the face of the "Bratz" success).

3       51.    On information and belief, the "My Scene" Dolls, however, have not

4   come close to achieving the popularity and acclaim of "Bratz."

5       52.    A year after the debut of "My Scene," Mattel launched "Flavas," a line

6   of urban fashion dolls also intended to appeal to the "tween" market. "Flavas,"

7   were poorly received by children, parents and the toy industry, and Mattel

8   discontinued the line less than a year after its launch.

9           **Mattel's Accusations of Copyright Infringement Against Bryant**

10      53.    Unable to supplant "Bratz" – the more popular, better quality product

11  – with the inferior and less popular "Flavas" or even "My Scene," Mattel changed

12  tactics. It turned to disparaging Bryant, and accusing him of copying from Mattel.

13      54.    In or about July 2003, Mattel "sources" told a *Wall Street Journal*

14  reporter that "[I]nside Mattel, some are convinced the BRATZ borrow liberally

15  from a Mattel project that was scrapped at the testing stage in 1998." Attached

16  hereto as Exhibit A is a true and correct copy of this article.

17      55.    Mattel's thinly veiled accusation of copyright infringement against

18  Bryant took more substantive form when, in April, 2004, Mattel sued Bryant in

19  California state court for, among other things, allegedly "converting" Mattel's

20  intellectual property (the "Bryant Litigation"). Bryant sought discovery from

21  Mattel, accordingly, regarding any Mattel idea, concept, project or product

22  allegedly stolen or copied by Bryant, including "Toon Teens," "Diva Stars," and

23  "My Scene." Faced with objections from Mattel, Bryant offered to take no further

24  discovery on such issues if Mattel would enter into a fact stipulation that it would

25  not claim that Bryant copied "Bratz" from Mattel's "Toon Teens." Mattel refused

26  to enter into such a stipulation. For reasons unknown, Mattel has not yet sued

27  Bryant for copyright infringement. It has, however, enlisted a surrogate to take a

28

**EXHIBIT B**        40      EXHIBIT ___22___

                            PAGE ___305___

1 first-run at attempting to establish infringement, perhaps intending to see what the
2 outcome might be before launching a direct attack itself.

3     56.   Specifically, in 2002, MGA filed suit in Hong Kong against the
4 manufacturers of "Funky Tweenz" (known infringers of intellectual property in the
5 toy industry) (the "Hong Kong defendants"). "Funky Tweenz" is a line of "Bratz"
6 knock-off products. In connection with this lawsuit (the "Hong Kong Lawsuit"),
7 Bryant has been informed that MGA filed various documents substantiating its
8 ownership of "Bratz," including with regard to Bryant's involvement in MGA's
9 development of "Bratz" and in its reduction to practice of Bryant's original
10 inspirational sketches. Bryant has also been informed that in August 2004 the
11 Hong Kong defendants produced to MGA's counsel *unreleased photographs* of,
12 and documents relating to, Mattel's "Toon Teens" project -- the same project Mattel
13 had mentioned in the *Wall Street Journal* article as the supposed origin of "Bratz."
14 The Hong Kong defendants initially refused, however, to authenticate these
15 documents, or to divulge the source of these photographs. The defendants also
16 refused to explain the purported relevance of the documents to the Hong Kong
17 Lawsuit.

18     57.   Finally, however, Bryant has been informed that on October 7, 2004,
19 the Hong Kong defendants revealed that Mattel was the source of the "Toon Teens"
20 documents and information. Indeed, the Hong Kong defendants have revealed that
21 they -- accused copyright infringers -- have a document-sharing agreement with
22 Mattel. Apparently, Mattel prefers to assist known infringers in Hong Kong in
23 trying to prove that Bryant copied Mattel in coming up with "Bratz", instead of
24 trying to prove it themselves in a United States federal court of law -- or at least for
25 the time being, that seems to be Mattel's strategy.

26     58.   On information and belief, Mattel, and the same counsel representing
27 it in the Bryant Litigation, have told the Hong Kong defendants that "Bratz" is not
28 an original design and have provided documents and other information to those

**EXHIBIT B**    4\

EXHIBIT   **22**

PAGE   **366**

1    defendants in an effort to assist such infringers to evade liability for copyright

2    infringement of "Bratz" in the Hong Kong action. On information and belief,

3    Matter has told the Hong Kong defendants that the "Toon Teens" documents

4    provided to such defendants prove that Bryant copied and infringed Mattel's "Toon

5    Teens" or other Mattel property.

6        59.    Mattel even rushed to register the copyright for its long-shelved "Toon

7    Teens" during the very same month that it claims to have first learned of Bryant's

8    contract with MGA, November, 2003, and using the same counsel that Mattel is

9    using in the Bryant Litigation. A true and correct copy of this registration is

10   attached hereto as Exhibit B. Notably, Bryant is informed that the dates on Mattel's

11   "Toon Teens" drawings and pictures reflect that they were created in 1999, *after*

12   Bryant conceived of "Bratz" in 1998.

13       60.    On information and belief, Mattel's copyright registration of "Toon

14   Teens" is no coincidence; it is a preliminary step necessary for Mattel to sue Bryant

15   for copyright infringement.

16       61.    There is no doubt that Mattel intends to get back at Bryant via false

17   allegations and to try to obtain control of Bryant's brainchild any way it can,

18   including falsely alleging that "Bratz" is nothing more than derivative of Mattel's

19   own work(s). This is wholly untrue. "Bratz," is an original idea and concept,

20   independently conceived and created during a time when Bryant was not working

21   for Mattel. The fact that MGA reduced the original designs to practice and further

22   developed "Bratz" into a highly successful product that now competes directly with

23   and has taken market share from Mattel's "Barbie" line of fashion dolls, including

24   as a result of the "Bratz"-inspired and imitating dolls distributed by others, is not to

25   be under-estimated.

26

27

28

12

EXHIBIT B    42    EXHIBIT ___**22**___

PAGE ___**367**___

1

## FIRST CLAIM FOR RELIEF

2

### (Declaratory Judgment of Non-infringement)

3        62.    Bryant repeats and realleges the allegations contained in paragraphs 1

4    through 61 of this Complaint and incorporates them by reference, as though fully

5    and completely set forth herein.

6        63.    Bryant has a reasonable apprehension that Mattel will bring an action

7    against him under 17 U.S.C.A. §§ 101, *et seq.* alleging that "Bratz" is not an

8    independent or original work but, rather, is copied, derived from or infringes

9    Mattel's copyrights in "Toon Teens," or some other Mattel work; that Mattel is the

10   rightful owner of his "Bratz" idea, concept or original drawings or works and any

11   copyrights and other intellectual property rights therein; and that Mattel alone

12   possesses the exclusive rights to exploit such rights.

13       64.    Bryant contends that "Bratz" is his own independent and original idea,

14   concept and work, that "Bratz" dolls were derived from Bryant's original idea,

15   concept and work, and that Mattel has no right in "Bratz" whatsoever. Bryant

16   denies that he copied any of Mattel's property or work in conceiving and

17   developing "Bratz," and denies that "Bratz" infringes or was derived from any

18   Mattel property or work.

19       65.    Indeed, "Bratz" and "Toon Teens" are not substantially similar.

20   "Bratz" are sexy, hip, modern fashion dolls with up-to-date fashions, and are

21   designed to look like real teenagers, and the "Bratz" themes and playsets are based

22   on places and activities that real teenagers would go to and do. Bryant is informed

23   that "Toon Teens," in contrast, appear to be childlike, soft-bodied dolls with "baby-

24   fat" and bright, fantasy-colored hair and are, by Mattel's own statements to the *Wall

25   Street Journal*, "cartoonish."

26       66.    An actual and justiciable controversy exists between Bryant and Mattel

27   regarding whether Bryant's ideas, concepts, or designs for, or contributions to,

28

EXHIBIT B        43    EXHIBIT 22

PAGE 368

1   "Bratz" were and are original works, or copied from, derivative of or infringing on

2   Mattel's works, be it "Toon Teens," or any other unidentified Mattel work.

3       67.    This actual and justiciable controversy arises under federal copyright

4   law.

5       68.    Bryant seeks Declaratory Judgment of non-infringement; specifically

6   that his ideas, concepts, and designs for, and contributions to, "Bratz" were and are

7   original works, and were and are not copied from, derivative of or infringing on any

8   Mattel work.

9       69.    A judicial declaration of non-infringement is necessary and

10   appropriate at this time pursuant to 28 U.S.C. § 2201, so that Bryant may ascertain

11   his rights and duties with respect to "Bratz," including but not limited to dispelling

12   any potential cloud over his ability to have assigned or otherwise transferred rights

13   to his original works to MGA. It is also necessary to clear Bryant's name and

14   mitigate the continuing damage to his reputation resulting from Mattel's unfounded

15   representations about Bryant made in the press and to the defendants in the Hong

16   Kong Litigation.

17       WHEREFORE, Bryant hereby prays for relief against Mattel as

18   follows:

19         1.    For a Declaratory Judgment of non-infringement.

20         2.    For a Declaratory Judgment that Bryant's ideas, concepts,

21   drawings and designs for, and contributions to, "Bratz" were and are independent

22   and original works, and were and are not copied from, derivative of or infringing

23   any Mattel work, including, without limitation, Mattel's copyrighted "Toon Teens."

24         3.    For a Declaratory Judgment that Bryant was the sole and true

25   owner of all rights relating to "Bratz" that Bryant heretofore assigned to MGA and

26   that such rights were owned by Bryant free and clear of any ownership claim by

27   Mattel at the time he assigned rights to MGA. .

28         4.    For a Declaratory Judgment that none of Bryant's contributions

14

EXHIBIT B     44   EXHIBIT___22



PAGE___309

1  to and work on "Bratz" infringes Mattel's copyrighted "Toon Teens" or any other

2  property allegedly owned by Mattel and that all such contributions to and work on

3  "Bratz" by Bryant were independent and original to Bryant.

4       5.       For costs of suit herein, including reasonable attorneys' fees,

5  and such other and further relief as the court may deem just and proper.

6

7  Dated: November 2, 2004            ROBERT F. MILLMAN

8                                     DOUGLAS A. WICKHAM
                                      KEITH A. JACOBY

9                                     LITTLER MENDELSON

10

11

12                           By
                                      KEITH A. JACOBY

13                                    Attorneys for Plaintiff
                                      CARTER BRYANT

14

15

16  Los_Angeles:381846.1 028307.1010

17

18

19

20

21

22

23

24

25

26

27

28

15

EXHIBIT A          45

EXHIBIT    22

PAGE       370

Westlaw.                                                               factiva.

7/18/03 WSJ A1                                                          Page 1

7/18/03 Wall St. J. A1
2003 WL-WSJ 3974434

The Wall Street Journal
(Copyright (c) 2003, Dow Jones & Company, Inc.)

Friday, July 18, 2003

Dolled Up: To Lure Older Girls, Mattel Brings In Hip-Hop Crowd

---

It Sees Stalwart Barbie Lose Market Share, So 'Flavas' Will Take on the 'Bratz'

---

Battle of the Big Heads

By Maureen Tkacik

LOS ANGELES -- Tika, 10 inches tall with two-toned hair, is of ambiguous ethnic
origin -- maybe she's Asian, maybe Latina -- but her "platinum" medallion,
airbrushed jean jacket, shell-toe sneakers and graffiti-streaked packaging make
one thing clear.

"She's like . . . hip-hop," said Crystal Audigier, 10 years old, as she rifled
through the first crate of "Flavas" dolls to arrive at a Los Angeles FAO Schwarz
store last week.

Mattel Inc. hopes the dolls are hip enough to take on the "Bratz." The Flavas
(pronounced "Flay-vuhs," like "flavors"), a set of six dolls brought from design
to production in just three months, represent a striking gamble for the giant toy
company. In the 44 years since it introduced its bombshell Barbie, Mattel has
rarely brought out a doll line to compete with her.

But Mattel, which had become accustomed to its buxom blonde dominating the market,
has watched in alarm as Barbie has been challenged by a smaller toy maker's Bratz
-- a line of big-headed, pouty-lipped characters. While Barbie, which posted about
$1.7 billion in sales for Mattel last year, is still queen, her share of the
so-called fashion-doll market has fallen, almost entirely due to the Bratz.

After trying -- and failing -- to defeat the Bratz with a trendier Barbie last
year, Mattel has come up with a radical battle plan. Among other things, that
means curtailing its reliance on, and near-reverence toward, its cash cow. While
Barbie is still a plaything of choice for girls 3 to 7 years old, it's been years
since she managed to hold the attention of the tweens, or 8- to 12-year-olds. With
the Flavas, Mattel is trying to get back into that market -- even if it risks
cannibalizing its biggest product.

Copr. © West 2004 No Claim to Orig. U.S. Govt. Works

EXHIBIT___22___        EXHIBIT A    16  EXHIBIT A  46

PAGE___371___

Mattel has tweaked Barbie many times since she was introduced in 1959: bronzing her skin during the 1970s, introducing black and Hispanic counterparts and giving her a band (the fuchsia-clad "Rockers") during the 1980s. Mattel even shrunk her chest and widened her hips in 1998.

But Mattel now concedes Barbie has gradually lost touch with some young girls' lives. "Barbie began as a great girl who was simply a reflection of popular culture, but in the past few years we had sort of put her on a pedestal," says Matt Bousquette, president of the newly created Mattel Brands unit, which consolidated the boys' and girls' toys divisions. "We're taking her off that pedestal."

While Mr. Bousquette and his team overhaul Barbie, he is also enlisting the Flavas, who wear sweats and heavy chains and have names like "Tre" and "P. Bo," as a second force with which to fight the Bratz. Mattel says hip-hop -- which it defines as "a cultural phenomenon . . . dimensionalized through freestyle dance, street sports, music and fashion" -- has gained sufficient ground in the mainstream to have its own toy line.

"Mattel is recognizing that there are other trends besides Barbie that girls want to play with," says Manny Francione, divisional merchandise manager for Toys "R" Us Inc., Paramus, N.J. "Hip-hop is one of those trends."

The Bratz, developed by a toy maker called MGA Entertainment Inc., North Hills, Calif., were introduced in the summer of 2001. They became a hit with tweens, an age group of girls that the toy industry had almost written off.

For the past decade, toy makers have been grappling with a phenomenon analysts call "age compression," in which media-saturated youngsters are outgrowing dolls and other toys at an earlier age. NPD Group Inc., a market-research firm, says toy spending on children peaks at age 3 and steadily declines after that, with spending on 12-year-olds at about a quarter of the peak level. By attracting tweens, the Bratz bucked that trend.

Bratz "appealed to an older girl . . . who is not necessarily still a Barbie customer," says Sean McGowan, a longtime industry analyst with Gerard Klauer Mattison. "Nothing's ever challenged Barbie like the Bratz." At Barbie's 1997 peak, a year in which Mattel posted $1.9 billion in sales of the doll, her clothing and accessories; she boasted more than a 90% share of the fashion-doll market, Mr. McGowan says. Barbie held at least 85% of the market right before the Bratz were introduced, he says, but her share has now dropped to about 70%.

The history of the Bratz is intertwined with Mattel. MGA says the Bratz were designed by Carter Bryant, a former member of the Barbie team. Inside Mattel, some are convinced the Bratz borrow liberally from a Mattel project that was scrapped at the testing stage in 1998. Mattel declined to comment.

Mr. Bryant didn't work on the line that Mattel scrapped, according to former and current Mattel designers. But most Barbie designers had seen the prototypes, his former colleagues say. Mr. Bryant, through MGA, declined to be interviewed.

The Mattel doll line that was scrapped wasn't exactly like the Bratz, says a longtime Mattel designer who worked on the project. But the Bratz's oversized

Copr. © West 2004 No Claim to Orig. U.S. Govt. Works

EXHIBIT ___22___    EXHIBIT A    17 EXHIBIT A 47

PAGE ___372___

heads -- with their pursed lips and cartoonish eyes -- are "virtually identical" to the heads of the dolls her team created, says the designer, who left Mattel in 2001.

Lily Martinez, a designer who still works at Mattel, came up with the idea for the big doll heads for Mattel, colleagues say. Mattel declined to comment. She even posted her sketch on her cubicle, colleagues say. "Anyone who passed by her cubicle would see the picture up on the wall," says another designer who also left Mattel in 2001. "The big heads, the big eyes, the big feet -- they were all the same" as the Bratz. Ms. Martinez declined to comment.

The Mattel dolls were scrapped in testing, current and former designers say, because Mattel had strict quotas that allowed only one "flanker brand" -- that is, a brand that would compete with Barbie for shelf space -- on the market at a time. At the time, Mattel chose a product called "What's Her Face" -- a doll with a blank face on which kids could draw expressions. That doll remains on the market; Mattel declined to discuss its sales.

Designers say they often faced a higher bar for non-Barbie projects. And Barbie's image was carefully protected. Bruce Stein, who was president of Mattel until 1998, says that former Chief Executive Jill Barad nixed an idea for "Barbie as Xena" dolls in 1998.

Ms. Barad was replaced in 2000, after Mattel's disastrous $3.5 billion acquisition of a software maker called The Learning Company. Under her successor, Robert Eckert, a former Kraft Foods president, the company has returned to profitability by cutting its work force 10%, streamlining its supply chain and developing international sales, among other things. Mattel, which reported a net loss of $431 million in 2000, reported net income of $230 million last year. Its stock has risen about 76% since Mr. Eckert arrived.

Isaac Larian, chief executive of MGA, says he had never heard of a project similar to the Bratz at Mattel. He says he chose Mr. Bryant's idea for the Bratz over several others after holding a sort of fashion-doll design contest in late 1999.

Mr. Larian, who emigrated to the U.S. from Iran, founded his company in the late 1970s, making a name by picking up the license for hand-held Pac-Man games. Though his company had made baby dolls before, it had never made fashion dolls. He says he was motivated by a challenge from a Wal-Mart Stores Inc. buyer to "give me something that can compete with Barbie."

This year, closely held MGA expects revenue of about $800 million -- with 65% of that coming from the Bratz. The company says it's profitable, but won't discuss specifics. Mr. Bryant still does design work for MGA, Mr. Larian says, and collects royalties on the Bratz line.

Mattel began worrying about the Bratz's momentum during the 2001 holiday season. Barbie sales fell 12% in the U.S. that year, despite a marketing campaign featuring an animated video, "Barbie in the Nutcracker."

By spring of 2002, Adrienne Fontanella, then president of the girls' division, decided to launch what the company termed a more "reality based" Barbie line. Like the Bratz, the "My Scene" Barbies boasted bigger heads and feet and fuller lips,

Copr. © West 2004 No Claim to Orig. U.S. Govt. Works

EXHIBIT __22__

PAGE __373__                 ᴇₓₕIBIT A    18    EXHIBIT B    48

as well as trendier clothes.

Mr. Larian, the head of MGA, calls the My Scene dolls a "cheap imitation" of the Bratz. Mattel declined to comment. Introduced in October 2002, the My Scene Barbies helped Mattel's sales, but still ranked behind the Bratz during the 2002 holiday season, according to NPD. "My Scene has been just OK for us," says Fred Hurley, a longtime girls'-toys buyer for KB Toys Inc., Pittsfield, Mass.

In February, Ms. Fontanella's job, along with others, was eliminated in what Mr. Eckert called a "restructuring" of Mattel's executive ranks aimed at "increasing efficiency."

Mr. Bousquette, the then-head of Mattel's boys' toy division, became the first man to take control of Barbie in more than a decade. "It used to be that whoever ran Barbie ran the company, not the other way around," says Mr. Stein, the former president. "For Matt to be in charge is a major shift."

Mattel no longer has quotas on how many products can compete with Barbie. After sitting through a girls'-design-team presentation in March, Mr. Bousquette seized upon the Flavas as the ideal dolls to compete for the dollars of Bratz buyers. Ivy Ross, head of girls' design, suggested bringing them to market for the spring 2004 season. Mr. Bousquette said the company should aim for this July instead.

"We were stunned," says a designer who worked on the Flavas and left the company in May. Another surprise: Mr. Bousquette asked the team to make the dolls look more hip-hop than the prototypes. "No one had really believed in the concept before that meeting, and it was stuck in this back-and-forth where first they were too edgy, then they weren't edgy enough," says the designer. "Matt came through and cut all of that out." Mr. Bousquette says he told designers to make the dolls "as authentic as possible, as quickly as possible."

Flavas are more complicated to manufacture than most fashion dolls. They are all different heights -- meaning separate molds -- and they have 10 points at which they can move, allowing them to strike a variety of poses. The Flavas design team often slept in their cubicles to get the dolls ready in time for summer shipment. Two designers each clocked 53 hours during Memorial Day weekend to prepare the line for the company's annual toy fair held in the first week of June.

Some buyers have been impressed. Mattel's girls' division "has never been a particularly forward-thinking group, but the Flavas are right on trend," says KB's Mr. Hurley. The six dolls in the Flavas line are certainly edgier than anyone in Barbie's clique. The Flavas girls have highlighted hair, flashier jewelry and wear midriff-baring tops with low-slung pants. Unlike Barbie, they have flat feet and wear sneakers. The two boy Flavas dolls sport earrings and serious expressions. Boxer underwear appears to show from the top of their cargo pants.

The Flavas come in boxes splashed with black-and-white photos of urban scenes shot around Venice Beach. When arranged together, the boxes create a "graffiti" mural that reads: "FA SIZZLE." It is a play on the hip-hop expression "Fa' shizzle," which means "For sure." Marketing director Lisa Tauber explains that it is also an acronym that stands for "Fashion, Attitude and Sizzlin' Style." The dolls, aimed at 9- to 11-year-olds, are "all about fearless self-expression," she says.

Copr. © West 2004 No Claim to Orig. U.S. Govt. Works

EXHIBIT____22____
PAGE_____374____

ᴷYHIBIT A   19   EXHIBIT B      49

7/18/03 WSJ A1                                                                    Page 5

MGA's Mr. Larian says he isn't scared by the Flavas. "The only thing that's missing is a cocaine vial," he says. "You think of Mattel, you think of Barbie and you think of sweetness. . . . This is like 'gangster' Barbie, and I think it's going to backfire."

Telejah Dean, a nine-year-old from West Los Angeles noticed the Flavas last week, as she was admiring Mattel's Mary-Kate and Ashley dolls. The Flavas are "not as pretty as Barbie," she said. But her older sister, Tiffany, 22, seemed impressed by the blond Happy D. doll. "Look, she's got black [hair] extensions like Christina," she exclaimed, referring to pop singer Christina Aguilera.

In fact, Mattel has hired people to give out Flavas hats, wristbands and decals during Ms. Aguilera's concert tour this summer. Ms. Aguilera, who got her start on the Disney Channel, is now probably as well known for her 11 body piercings and her mud wrestling-themed MTV video called "Dirrty."It's a sign of the changing times, says Mattel spokeswoman Julia Jensen. "The old Mattel probably wouldn't try to tie up with someone like Christina Aguilera."


                           ---- INDEX REFERENCES ----


COMPANY:        KB Holdings LLC (KBTY); Mattel Inc (MATL)


NEWS SUBJECT: .     (Marketing (C31); Market Share (C313); Corporate/Industrial News (CCAT); Content Types (NCAT); Page-One Story (NPAG); Editor's Choice - Consumer Products (REQRCF); Editor's Choice - Industry Trends/Analysis (REQR))


INDUSTRY:        (Dolls/Toys/Games (I4941); Retail (I64); Specialty Stores (I654); Hobby/Toy/Game Stores (I6540030); Consumer Products (ICNP); Media (IMED))

REGION:        (North American Countries (NAMZ); United States (USA); United States - California (USCA); Northeast U.S. (USE); United States - Massachusetts (USMA); Western U.S. (USW))

Language:   EN

OTHER INDEXING:     Marketing; Market Share; Page-One Story; Content Types; Corporate/Industrial News; United States - California; United States - Massachusetts; United States; Northeast U.S.; Western U.S.; North American Countries; Dolls/Toys/Games; Retail; Specialty Stores; Hobby/Toy/Game Stores; Consumer Products; Media; Consumer Cyclical; Newswire More Code; Newswire End Code; All Entertainment & Leisure; Limited Product Specialty Retailers; Recreational Products & Services; All Specialty Retailers; Toys; Islamic Index; S&P 500 Index component; Newspapers' Section Fronts; Marketing; Market

Word Count: 2217

7/18/03 WSJ A1
END OF DOCUMENT


               Copr. © West 2004 No Claim to Orig. U.S. Govt. Works


EXHIBIT ___22___

PAGE ___375___              EXHIBIT A   20   EXHIBIT B   50

Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**FORM VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

**VAu 612—625**

EFFECTIVE DATE OF REGISTRATION

11-28-03

---

**DO NOT WRITE ABOVE THIS LINE  IF YOU NEED MORE SPACE  USE A SEPARATE CONTINUATION SHEET**

**1**

Title of This Work ▼    NATURE OF THIS WORK ▼ See Instructions

TOON TEENS    Doll designs

Previous or Alternative Titles ▼

Publication as a Contribution If this work was published as a contribution to a periodical serial or collection give information about the collective work in which the contribution appeared  Title of Collective Work ▼

If published in a periodical or serial give  Volume ▼    Number ▼    Issue Date ▼    On Pages ▼

**2**

NAME OF AUTHOR ▼    DATES OF BIRTH AND DEATH
                     Year Born ▼    Year Died ▼

**a** Mattel Inc

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

Author's Nationality or Domicile Name of Country
OR { Citizen of _____
Domiciled in **United States**

Was This Author's Contribution to the Work
Anonymous?    ☐ Yes  ☑ No
Pseudonymous?  ☐ Yes  ☑ No
If the answer to either of these questions is "Yes" see detailed instructions

**NOTE**

Under the law the author of a work made for hire is generally the employer not the employee (see instructions) For any part of this work that was made for hire check Yes in the space provided give the employer (or other person for whom the work was prepared) as Author of that part and leave the space for dates of birth and death blank

Nature of Authorship  Check appropriate box(es) See Instructions
☐ 3 Dimensional sculpture    ☐ Map    ☐ Technical drawing
☑ 2 Dimensional artwork    ☐ Photograph    ☐ Text
☐ Reproduction of work of art    ☐ Jewelry design    ☐ Architectural work

**b** Name of Author ▼    Dates of Birth and Death
                          Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

Author's Nationality or Domicile Name of Country
OR { Citizen of _____
Domiciled in _____

Was This Author's Contribution to the Work
Anonymous?    ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes" see detailed instructions

Nature of Authorship  Check appropriate box(es) See Instructions
☐ 3 Dimensional sculpture    ☐ Map    ☐ Technical drawing
☐ 2 Dimensional artwork    ☐ Photograph    ☐ Text
☐ Reproduction of work of art    ☐ Jewelry design    ☐ Architectural work

**3**

**a** Year in Which Creation of This Work Was Completed  1999
This information must be given Year in all cases

**b** Date and Nation of First Publication of This Particular Work
Complete this information ONLY if this work has been published    Month _____  Day _____  Year _____  Nation

**4**

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2 ▼

Mattel Inc
333 Continental Blvd
El Segundo CA 90245

Transfer If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2 give a brief statement of how the claimant(s) obtained ownership of the copyright ▼

APPLICATION RECEIVED
NOV 2 8 2003
ONE DEPOSIT RECEIVED
NOV 2 8 2003
TWO DEPOSITS RECEIVED
FUNDS RECEIVED

**EXHIBIT B   51**

MORE ON BACK ▶  Complete all applicable spaces (numbers 5-11) on the reverse side of this page  See detailed instructions  Sign the form at line 8

EXHIBIT   22
PAGE   376

EXHIBIT B   21

FORM VA

FOR
COPYRIGHT
OFFICE
USE
ONLY

EXAMINED BY

CHECKED BY

☐ CORRESPONDENCE
☐ Yes

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**5**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes  ☐ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼          Year of Registration ▼

**6**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

a
See instructions
before completing
this space.

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

b

**7**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼          Account Number ▼

Mattel Inc          DA037842

a          b

**8**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼
Tania Krebs  Quinn Emanuel Urquhart Oliver & Hedges
865 South Figueroa Street, 10th Floor
Los Angeles  CA 90017 2543

Area code and daytime telephone number  (213) 443 3675          Fax number  (213 ) 624 0643

Email  taniakrebs@quinnemanuel.com

**9**

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of  Mattel Inc
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
Tania Krebs          Date  11 20 2003

Handwritten signature (X) ▼
X _____  11-20-03

Certificate
will be
mailed in
window
envelope
to this
address:

Name ▼
Tania Krebs  Quinn Emanuel

Number/Street/Apt ▼
865 South Figueroa Street 10th Floor

City/State/ZIP ▼
Los Angeles CA 90017 2543

EXHIBIT A
PAGE  337

EXHIBIT B  52

**Exhibit 23**

# KAYE SCHOLER LLP

1999 Avenue of the Stars, Suite 1700
Los Angeles, California 90067-6048
310 788-1000
Fax 310 788-1200
www.kayescholer.com

Bryant S. Delgadillo
310 788-1341
Fax 310 788-1200
bdelgadillo@kayescholer.com

March 17, 2008

**VIA OVERNIGHT MAIL**
Juan Pablo Alban
Quinn Emanuel
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017

    Re: **Mattel v. Bryant, et al. Case No.: CV 04-9049-SGL(RNBx)**

Dear Mr. Alban:

    We have recently discovered that a document bearing bates number KS07831 was inadvertently included in our initial production in this case. This document contains confidential attorney-client privileged communications and should have been included on the privilege log we provided to you. Pursuant to paragraph 13 of the Stipulated Protective Order, please immediately destroy or return to us all copies of this document, and delete all electronic copies of this document in your or Mattel's possession, custody or control.

    Please confirm in writing when you have complied with this request.

                                Sincerely yours,

                                Bryant S. Delgadillo

BSD:vjh

cc: Jose R. Allen (w/out enclosures)

23241350.DOC

NEW YORK   CHICAGO   LOS ANGELES   WASHINGTON, D.C.   WEST PALM BEACH   FRANKFURT   LONDON   SHANGHAI

EXHIBIT _____23_____

PAGE _____378_____

# KAYE SCHOLER LLP

## FAX COVER SHEET

1999 Avenue of the Stars, Suite 1700
Los Angeles, California 90067-6048
310 788-1000
Fax 310 788-1200

| | | | |
|---|---|---|---|
| Date: | March 17, 2008 | Client No.: | 36037-0007 |
| To: | Juan Pablo Alban | Phone No.: | (213) 443-3000 |
| | | Fax No.: | (213) 443-3100 |
| From: | Bryant Delgadillo bdelgadillo@kayescholer.com | Direct Dial No.: | (310) 788-1341 |
| | | Direct Fax No.: | (310) 788-1205 |
| Re: | Bryant v. Mattel, Case No. CV 04-9049 | | |

Number of Pages: 2 (Including Cover Sheet)

**Message:**

IF ALL PAGES ARE NOT RECEIVED, CALL (310) 788-1230
(or Call Direct Dial Number Listed Above)

NOTE: This facsimile transmission contains confidential and/or legally privileged information from the law firm Kaye Scholer LLP intended only for the use of the individual(s) named on the transmission sheet. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this facsimile transmission is strictly prohibited. If you have received this transmission in error, please notify us by telephone immediately so that we can arrange for the return of the documents to us at no cost to you.

NEW YORK    CHICAGO    LOS ANGELES    WASHINGTON, D.C.    WEST PALM BEACH    FRANKFURT    LONDON    SHANGHAI
23230076.WPD

EXHIBIT ___23___

PAGE ___379___

**Exhibit 24**

# EMPLOYEE CONFIDENTIAL INFORMATION AND INVENTIONS AGREEMENT

I acknowledge that Mattel, Inc. (the "Company") operates in a competitive environment and that it enhances its opportunities to succeed by establishing certain policies, including those reduced to writing in this Agreement. This Agreement is designed to make clear that (i) I will maintain the confidentiality of the Company's trade secrets; (ii) I will use those trade secrets only for the benefit of the Company, to promote the success of the Company; (iii) my prior and continuing activities and associations separate from the Company will not conflict with the Company's development of its proprietary rights; and (iv) I will assign to the Company any proprietary rights I may have as a result of my employment with the Company and other good and valuable consideration. I agree that, in consideration of my employment with the Company and other good and valuable consideration:

## 1. Provisions Related to Trade Secrets

[a] I acknowledge that the Company possesses and will continue to develop and acquire valuable Proprietary Information (as defined below), including information that I may be exposed to as a result of my employment. The value of this Proprietary Information depends on it remaining confidential. The Company depends on me to maintain that confidentiality, and I accept that position of trust.

[b] As used in this Agreement, "Proprietary Information" means any information (including formulas, patterns, compilation, device, method, technique or process) that derives independent economic value, actual or potential, from not being generally known to the public or to other persons who can obtain economic value from its disclosure or use, and includes information on the Company's customers, suppliers, joint ventures, licensors, licensees, distributors and other persons and entities with whom the Company does business.

[c] I will not disclose or use at any time either during or after my employment with the Company any Proprietary Information except for the exclusive benefit of the Company as required by my duties for the Company, or at the Company's express written consent. I will cooperate with the Company and use my best efforts to prevent the unauthorized disclosure, use or reproduction of all Proprietary Information.

[d] Upon leaving employment with the Company for any reason, I immediately will deliver to the Company all tangible, written, graphical, machine readable and other material (including all copies) in my possession or under my control containing or disclosing Proprietary Information.

## 2. Ownership of Inventions

[a] I agree to promptly disclose to the Company and I do so dedicate all Inventions (as defined below) conceived or reduced to practice by me (alone or jointly by others) at any time during my employment with the Company that (i) are Company products or relate to the business of the Company, or (ii) were conceived or reduced to practice using the Company's equipment, supplies, facilities or trade secret information, except as provided by law. I will assign the Company's ownership of and right at no expense to me at any later time in every proper way to obtain for its own benefit, patents and copyrights for all such Inventions anywhere in the world.

[b] As used in this Agreement, "Inventions" means, but is not limited to, all discoveries, improvements, processes, developments, designs, know-how, data computer programs and formulae, whether patentable or unpatentable.

[c] Any provision in this Agreement requiring me to assign my rights in any Invention does not apply to an Invention which qualifies under the provisions of Section 2870 of the California Labor Code. That section provides that the requirement to assign "shall not apply to an Invention that the employee developed entirely on his or her own time without using the employer's equipment, supplies, facilities or trade secret information except for those Inventions that either (1) relate at the time of conception or reduction to practice of the invention to the employer's business, or actual or demonstrably anticipated research of development of the employer; or (2) result from any work performed by the employee for the employer." I understand that I bear the burden of proving that an Invention qualifies under Section 2870.

[d] I hereby irrevocably designate and appoint the Company and each of its duly authorized officers and agents as my agent and attorney-in-fact to act for and in my behalf and stead to execute and file any document and to do all other lawfully permitted acts to further the prosecution, issuance and enforcement of patents, copyrights and other proprietary rights with the same force and effect as if executed and delivered by me.

## 3. Conflicts with Other Activities

[a] My employment by the Company is not subject to any undisclosed agreement with any other employer. Therefore, during my employment with the Company, I will fully comply with the Company's Conflict of Interest Policy, as it may be amended from time to time. I shall not, during my employment, engage in any employment or business other than for the Company, or invest in or assist (in any manner) any business competitive with the business or future business plans of the Company.

## 4. Miscellaneous

[a] My obligations under this Agreement may not be modified or terminated, in whole or in part, except in writing signed by a Vice President of the Company. Any waiver by the Company of a breach of any provision of this Agreement will not operate or be construed as a waiver of any subsequent breach.

[b] Each provision of this Agreement will be interpreted in such a manner as to be effective and valid under applicable law, but if any provision is held to be invalid, illegal or unenforceable in any respect, such provision will be ineffective only to the extent of such invalidity, illegality or unenforceability, without invalidating the remainder of the Agreement. If any provision is held to be unreasonable as to any two way legal or the enforceability of any such provision is held to the appropriate, judicial body by limiting or reducing it to the minimum extent necessary to make it legally enforceable.

[c] I acknowledge that this Agreement creates any rights to continued employment by the Company for any particular term.

[d] My obligation under this Agreement will survive the termination of my employment, regardless of the manner of such termination. This Agreement will inure to the benefit of and be binding upon the successors and assigns of the Company.

[e] I understand that the provisions of this Agreement are a material condition to my employment with the Company. I also understand that this Agreement is not an employment contract, and nothing in this Agreement creates any right to continued employment for any particular term.

[f] Any breach of this Agreement may cause irreparable injury to the Company for which money damages could not reasonably or adequately compensate the Company. Accordingly, I agree that the Company will be entitled to injunctive relief in the event of any breach, in addition to damages and other available remedies.

[g] This Agreement will be governed by and interpreted in accordance with the laws of the State of California.

[h] This Agreement constitutes the complete agreement between the Company and me concerning the subject matter hereof and supersedes all prior agreements and understandings. This Agreement may be executed in counterparts. This Agreement will be deemed effective as of the start of employment with the Company.

**CAUTION: THIS AGREEMENT CREATES IMPORTANT OBLIGATIONS OF TRUST AND AFFECTS THE EMPLOYEE'S RIGHTS TO INVENTIONS THE EMPLOYEE MAY MAKE DURING HIS OR HER EMPLOYMENT.**

Employee Name (print): _GEORGE H. BRAWER_

Employee Signature: _____

Date: _01/04/99_

Name of Witness (print): _FREDA NECOMB_

Signature: _____

Date: _____

EXHIBIT 24

PAGE 380

M 0001596

DEPOSITION EXHIBIT

# Intentionally Left Blank

EXHIBIT __24__

PAGE __38)__

**Exhibit 25**

# FILED UNDER SEAL
# PURSUANT TO PROTECTIVE ORDER

**Exhibit 26**

**FILED UNDER SEAL**
**PURSUANT TO PROTECTIVE ORDER**

**Exhibit 27**





**3,000 Mile Myth**

Check your car's manual for guidelines on when to change your oil.

3000milemyth.org

THE CALIFORNIA INTEGRATED WASTE MANAGEMENT BOARD

**A: 2825 S Glenstone Ave, Springfield, MO 65804-3732**

| | | |
|---|---|---|
| START | **1:** Start out going SOUTH on US-65 BR S/S GLENSTONE AVE. | 0.4 mi |
| | **2:** Turn SLIGHT RIGHT onto E BATTLEFIELD RD/E BATTLEFIELD ST. | 0.8 mi |
| | **3:** Turn LEFT onto S NATIONAL AVE. | 0.9 mi |
| | **4:** Turn RIGHT onto E PRIMROSE ST. | 0.8 mi |
| | **5:** Turn RIGHT onto S JEFFERSON AVE. | 0.1 mi |
| END | **6:** End at 3710 S Jefferson Ave Springfield, MO 65807-5227 | |

Estimated Time: 6 minutes     Estimated Distance: 2.89 miles

**B: 3710 S Jefferson Ave, Springfield, MO 65807-5227**

| | | |
|---|---|---|
| START | **1:** Start out going SOUTH on S JEFFERSON AVE toward E PRIMROSE ST. | 0.1 mi |
| | **2:** Turn RIGHT onto E PRIMROSE ST. | 0.3 mi |
| | **3:** Turn LEFT onto S CAMPBELL AVE. | 2.7 mi |
| 13 | **4:** Stay STRAIGHT to go onto US-160 E/MO-13 S/S CAMPBELL AVE. Continue to follow MO-13 S. | 35.8 mi |
| | **5:** Turn RIGHT onto LAKESHORE DR. | 0.0 mi |
| | **6:** Turn LEFT to stay on LAKESHORE DR. | 0.9 mi |
| | **7:** Turn RIGHT onto EDGEMONT DR. | 0.4 mi |

EXHIBIT _____ 27

PAGE _____ 422

Driving Directions from 282₅ ₅ Glenstone Ave, Springfield, MO to 1 Sycamore Dr, Kim...    Page 2 of 2



**8:**
Turn RIGH⁻
0.1 mi

---

**END**    **9: End at 1 Sycamore Dr Kimberling Cy, MO 65686-9668**

---

Estimated Time: 1 hour    Estimated Distance: 40.21 miles

**C: 1 Sycamore Dr, Kimberling Cy, MO 65686-9668**

---

Total Time: 1 hour 7 minutes    Total Distance: 43.10 miles



Directions and maps are informational only. We make no warranties on the accuracy of their content, road conditions or
route usability or expeditiousness. You assume all risk of use. MapQuest and its suppliers shall not be liable to you for
any loss or delay resulting from your use of MapQuest. Your use of MapQuest means you agree to our Terms of Use

EXHIBIT _____ 27
PAGE _____ 423





**A: 2825 S Glenstone Ave, Springfield, MO 65804-3732**

| | | |
|---|---|---|
| START | **1:** Start out going SOUTH on US-65 BR S/S GLENSTONE AVE toward E BATTLEFIELD RD/E BATTLEFIELD ST. Continue to follow US-65 BR S. | 2.0 mi |
| EAST 60 | **2:** Merge onto US-60 E/US-65 BR S via the ramp on the LEFT. | 1.1 mi |
| SOUTH 65 | **3:** Merge onto US-65 S toward BRANSON. | 12.9 mi |
| EXIT | **4:** Take the MO-EE exit toward HIGHLANDVILLE. | 0.2 mi |
| | **5:** Turn RIGHT onto MO-EE. | 3.5 mi |
| | **6:** Turn LEFT onto US-160/MO-13. Continue to follow MO-13. | 23.1 mi |
| | **7:** Turn RIGHT onto LAKESHORE DR. | 0.0 mi |
| | **8:** Turn LEFT to stay on LAKESHORE DR. | 0.9 mi |
| | **9:** Turn RIGHT onto EDGEMONT DR. | 0.4 mi |
| | **10:** Turn RIGHT onto LAKESHORE DR. | 0.1 mi |
| END | **11:** End at 1 Sycamore Dr Kimberling Cy, MO 65686-9668 | |

Estimated Time: 1 hour     Estimated Distance: 44.28 miles

**B: 1 Sycamore Dr, Kimberling Cy, MO 65686-9668**

Total Time: 1 hour     Total Distance: 44.28 miles

EXHIBIT ___27___

PAGE ___424___

Driving Directions from 2825 S Glenstone Ave, Springfield, MO to 1 Sycamore Dr, Kim...   Page 2 of 2



Directions and maps are informational only. We make no warranties on the accuracy of their content, road conditions or route usability or expeditiousness. You assume all risk of use. MapQuest and its suppliers shall not be liable to you for any loss or delay resulting from your use of MapQuest. Your use of MapQuest means you agree to our Terms of Use

EXHIBIT _____ 27

PAGE _____ 425

Exhibit 28

THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

CARTER BRYANT, an
individual,

        Plaintiff,

    vs.

MATTEL, INC., a Delaware
corporation,

        Defendant.

Case No.
CV 04-9049 SGL
(RNBx)
Consolidated with:

Case No.
CV 04-09059

Case No.
CV 05-02727

**CERTIFIED COPY**

---

VIDEOTAPED DEPOSITION OF MRS. SARAH D. ODOM,
produced, sworn, and examined on Monday,
January 28, 2008, at 9:00 a.m. of that day,
at the University Plaza Hotel & Convention
Center, 333 John Q. Hammons Parkway, in the
City of Springfield, County of Greene, and
State of Missouri, before me, LAURA R.
PRATT, RMR, CRR, CCR, in the above-captioned
cause; taken on behalf of the Defendant
Mattel.

JOB No. 81039

EXHIBIT ___28___

PAGE ___426___

SARAH D. ODOM                          01/28/08

```
 1              A P P E A R A N C E S

 2    For MGA and        MR. ALLEN L. LANSTRA, JR.
      Lanier:            SKADDEN, ARPS, SLATE,
 3                       MEAGHER & FLOM, LLP
                         300 South Grand Avenue
 4                       Los Angeles, CA 90071-3144

 5    For Mattel:        MR. A. BROOKS GRESHAM
                         QUINN EMANUEL URQUHART
 6                       OLIVER & HEDGES, LLP
                         865 S. Figueroa Street
 7                       10th Floor
                         Los Angeles, CA 90017-2543
 8

 9    Videotaped by:     Mr. Ken Crouch
                         Black Dog Productions
10                       1004 W. 4th Street
                         Joplin, MO 64801
11

12

13                       I N D E X

14    TESTIMONY OF
      MRS. SARAH D. ODOM:
15                                    EXAMINATION

16    BY MR. GRESHAM                        5

17

18

19

20

21

22

23

24

25
```

2

EXHIBIT ____ 28

PAGE ____ 427

SARAH D. ODOM                                    01/28/08

| | | |
|---|---|---|
| 09:15:54 | 1 | persons who prepare it to your |
| 09:15:55 | 2 | understanding? |
| 09:15:55 | 3 | A. To my understanding, yes. |
| 09:15:58 | 4 | Q. Is this report prepared every year? |
| 09:16:00 | 5 | A. Yes, it is. |
| 09:16:01 | 6 | Q. And since 1996, to your understanding, has |
| 09:16:04 | 7 | it been prepared every year? |
| 09:16:06 | 8 | A. I haven't -- you know, I have no knowledge |
| 09:16:08 | 9 | of days before. I assume so just because it |
| 09:16:12 | 10 | has been a practice of the district, but I |
| 09:16:14 | 11 | don't remember seeing them in my first days |
| 09:16:16 | 12 | of teaching. |
| 09:16:18 | 13 | Q. If you would, please, take a look at page 6 |
| 09:16:21 | 14 | of the report. |
| 09:16:23 | 15 | A. Okay. |
| 09:16:30 | 16 | Q. And, let's see, page 6? Yeah, there it is. |
| 09:16:33 | 17 | Looking down at the second grid -- first of |
| 09:16:36 | 18 | all, let me read the title in. It says |
| 09:16:39 | 19 | "Enrollment by Race and Ethnicity, September |
| 09:16:43 | 20 | 2006 -- September 2007." Do you see that? |
| 09:16:45 | 21 | A. Yes, I do. |
| 09:16:46 | 22 | Q. Then a grid appears, and there's a reference |
| 09:16:48 | 23 | to Kickapoo High School about four lines |
| 09:16:50 | 24 | down. Do you see that? |
| 09:16:51 | 25 | A. Yes. |

20

EXHIBIT _____ 28

PAGE _____ 424

**SARAH D. ODOM**                                    01/28/08

| | | | |
|---|---|---|---|
| 09:16:51 | 1 | Q. | And there's a total account for enrollment |
| 09:16:54 | 2 | | of 1,766 students.  Do you see that? |
| 09:16:57 | 3 | A. | Yes. |
| 09:16:57 | 4 | Q. | Is that consistent with your recollection of |
| 09:17:00 | 5 | | the enrollment at Kickapoo High School in |
| 09:17:02 | 6 | | September of 2006? |
| 09:17:03 | 7 | A. | Yes. |
| 09:17:03 | 8 | Q. | To the best of your knowledge, that's an |
| 09:17:06 | 9 | | accurate number.  Correct? |
| 09:17:07 | 10 | A. | Yes, it is. |
| 09:17:07 | 11 | Q. | And there's numbers that follow that reflect |
| 09:17:09 | 12 | | the racial demographics and enrollment.  Do |
| 09:17:12 | 13 | | you see those numbers that follow? |
| 09:17:14 | 14 | A. | Yes. |
| 09:17:14 | 15 | Q. | To the best of your recollection and |
| 09:17:16 | 16 | | understanding, are those numbers correct? |
| 09:17:18 | 17 | A. | Yes. |
| 09:17:20 | 18 | Q. | There's nothing that appears incorrect about |
| 09:17:22 | 19 | | that to you.  Correct? |
| 09:17:23 | 20 | A. | No. |
| 09:17:24 | 21 | Q. | Looking at page 39, this chart says |
| 09:17:35 | 22 | | "September Enrollments," and the reporting |
| 09:17:38 | 23 | | period appears to be 1998 to 2007.  Do you |
| 09:17:41 | 24 | | see that at the top? |
| 09:17:42 | 25 | A. | Yes. |

21

EXHIBIT____28

PAGE____429

SARAH D. ODOM                      01/28/08

| | | |
|---|---|---|
| 09:17:42 | 1 | Q. All right.  Looking down at the second grid, |
| 09:17:44 | 2 | there's a reference to Kickapoo High |
| 09:17:46 | 3 | School.  Do you see that? |
| 09:17:47 | 4 | A. Um-hmm. |
| 09:17:47 | 5 | Q. And there are some years from '98 to 2007, |
| 09:17:50 | 6 | and it shows enrollment figures, |
| 09:17:52 | 7 | purportedly.  Do you see that? |
| 09:17:53 | 8 | A. Yes. |
| 09:17:53 | 9 | Q. Based on your knowledge as a teacher at |
| 09:17:56 | 10 | Kickapoo High School and as a vice principal |
| 09:17:59 | 11 | currently, does that chart accurately |
| 09:18:01 | 12 | reflect the September enrollment of Kickapoo |
| 09:18:04 | 13 | High School from 1998 to 2007? |
| 09:18:06 | 14 | A. To the best of my knowledge, yes. |
| 09:18:07 | 15 | Q. Is it fair to say that the enrollment |
| 09:18:10 | 16 | figures for Kickapoo High School have stayed |
| 09:18:13 | 17 | fairly static from 1998 to 2007? |
| 09:18:16 | 18 |       MR. LANSTRA:  Objection. |
| 09:18:18 | 19 | Q. (By Mr. Gresham)  Is that correct? |
| 09:18:18 | 20 | A. Yes. |
| 09:18:20 | 21 | Q. And has the racial demographic at Kickapoo |
| 09:18:23 | 22 | High School stayed approximately the same, |
| 09:18:24 | 23 | to the best of your recollection, also from |
| 09:18:26 | 24 | 1998 to 2007? |
| 09:18:30 | 25 |       MR. LANSTRA:  Same objection. |

22

EXHIBIT _____ 28

PAGE _____ 430

SARAH D. ODOM                    01/28/08

| | | |
|---|---|---|
| 09:18:32 | 1 | A. I would say that there probably has |
| 09:18:38 | 2 | fluctuated a little bit since 1998. If you |
| 09:18:42 | 3 | would look at the beginning year '98, and |
| 09:18:45 | 4 | you go to 2007, you would probably see some |
| 09:18:47 | 5 | changes. |
| 09:18:47 | 6 | Q. (By Mr. Gresham) In what way? |
| 09:18:48 | 7 | A. I would say more non-White -- non-Caucasian |
| 09:18:55 | 8 | students, probably an increase in Hispanic, |
| 09:19:00 | 9 | Asian, and Black American students. |
| 09:19:03 | 10 | Q. An increase over time. Correct? |
| 09:19:05 | 11 | A. Over time. |
| 09:19:05 | 12 | Q. So if we were to look back at the years 1997 |
| 09:19:09 | 13 | through 1999, we would find fewer |
| 09:19:12 | 14 | multiethnic students than we would today, |
| 09:19:14 | 15 | currently. Correct? |
| 09:19:16 | 16 | A. That's what I would say. |
| 09:19:20 | 17 | Q. Okay. And that is based on your |
| 09:19:22 | 18 | recollection from the official duties that |
| 09:19:24 | 19 | you had as a teacher? |
| 09:19:27 | 20 | A. As a teacher and just walking the halls, you |
| 09:19:30 | 21 | know, seeing the population -- |
| 09:19:31 | 22 | Q. Okay. |
| 09:19:33 | 23 | A. -- not any recollection of the report from |
| 09:19:38 | 24 | 1998. |
| 09:19:39 | 25 | Q. Okay. |

23

EXHIBIT____28

PAGE____431

SARAH D. ODOM                          01/28/08

| | | |
|---|---|---|
| 09:19:43 | 1 | A. Do you need this back, or do I give that to |
| 09:19:45 | 2 | her? |
| 09:19:46 | 3 | Q. You get to keep that one.  Let's move to |
| 09:19:49 | 4 | Topic 2.  There were three attachments to |
| 09:19:53 | 5 | the subpoena that you received, Exhibits 1 |
| 09:19:55 | 6 | through 3? |
| 09:19:56 | 7 | A. Um-hmm. |
| 09:19:56 | 8 | Q. Did you have a chance to look through those |
| 09:19:58 | 9 | documents? |
| 09:19:58 | 10 | A. Yes. |
| 09:19:59 | 11 | Q. And what are those documents? |
| 09:20:00 | 12 | A. They are yearbooks at -- Kickapoo High |
| 09:20:03 | 13 | School yearbooks from the years 1997 through |
| 09:20:06 | 14 | 1999. |
| 09:20:07 | 15 | Q. And how do you know that? |
| 09:20:10 | 16 | A. I had copies of the books.  I've seen them. |
| 09:20:14 | 17 | The students in the books are students that |
| 09:20:17 | 18 | I remember, either through having in class |
| 09:20:19 | 19 | or them being involved in activities and |
| 09:20:22 | 20 | their names just being out front.  I'm in |
| 09:20:24 | 21 | them. |
| 09:20:25 | 22 | Q. And are Exhibits 1, 2, and 3 true and |
| 09:20:28 | 23 | correct copies of the yearbooks that you |
| 09:20:30 | 24 | have seen in your possession from those same |
| 09:20:32 | 25 | years at Kickapoo High School? |

24

1

2

3

4

5

6

7

8

9          I, SARAH D. ODOM, do hereby declare

10   under penalty of perjury that I have read the foregoing

11   transcript; that I have made any corrections as appear

12   noted, in ink, initialed by me, or attached hereto;

13   that my testimony as contained herein, as corrected, is

14   true and correct.

15          EXECUTED this _7th_ day of _February_,

16   20_08_, at _Springfield_ , _MO_ .
                        (City)              (State)

17

18

19

20          _Sarah W. Odom_
                    SARAH D. ODOM

21

22

23

24

25

45

EXHIBIT _____ 28

PAGE _____ 433

1                    REPORTER'S CERTIFICATE

2          STATE OF MISSOURI )
                            )ss
3          COUNTY OF GREENE )

4                      I, LAURA REYNOLDS PRATT, RMR, CRR,
           CCR, do hereby certify the witness was duly
5          sworn by me; that the facts stated by me in
           the caption hereof are true; that the said
6          witness did make the above and foregoing
           answers in response to questions propounded
7          as shown; that I did, in stenotype, report
           said proceedings; and that the above and
8          foregoing typewritten pages contain a full,
           true, and correct transcription of my
9          shorthand notes taken on such occasion.

10                     I further certify that I am neither
           attorney for, nor counsel for, nor related
11         to, nor employed by any of the parties to
           the action in which this deposition was
12         taken; and, further, that I am not a
           relative or employee of any attorney or
13         counsel employed by the parties hereto, or
           financially interested in the action.

14

15

16              LAURA REYNOLDS PRATT, RMR, CRR, CCR
                CCR No. 627

17

18

19

20

21

22

23

24

25

EXHIBIT ____ 28

PAGE ____ 434

# Errata Sheet

**Pg/Ln**                                                    **Correction**

___/___      Change from:_____
             Change to:_____

___/___      Change from:_____
             Change to:_____

___/___      Change from:_____
             Change to:_____

___/___      Change from:_____
             Change to:_____

___/___      Change from:_____
             Change to:_____

___/___      Change from:_____
             Change to:_____

___/___      Change from:_____
             Change to:_____

___/___      Change from:_____
             Change to:_____

___/___      Change from:_____
             Change to:_____

___/___      Change from:_____
             Change to:_____

___/___      Change from:_____
             Change to:_____

___/___      Change from:_____
             Change to:_____

___/___      Change from:_____
             Change to:_____

Signature:_____Date:_____

EXHIBIT _____ 28

PAGE_____ 435



**PUBLIC SCHOOLS**

# ANNUAL REPORT 2006 – 2007

## "HELPING TODAY'S KIDS FILL TOMORROW'S PROMISE"

*"Because our students are our future, they must graduate able to deal with the complexities of a rapidly changing world.*

*The Springfield Public Schools community has shared with us a vision for Education that prepares students for better understanding and skill in technology. This year we will introduce a data warehouse and a Web-based assessment system that puts valuable information at the fingertips of all students and staff. These tools, combined with continued public input and support, will guide the district along the path of continuous improvement.*

*Contained in the following pages of this Annual Report is essential information to keep you informed and to guide us as we strive to improve student achievement and enhance our reputation as a regional, state and national leader in providing quality education for all children."*

— NORMAN F. RIDDER, ED.D., SUPERINTENDENT OF SCHOOLS

---

### Springfield Public Schools
Kraft Administrative Center
940 N. Jefferson Ave.
Springfield, MO 65802
Phone: 417-523-0000
http://www.springfieldpublicschoolsmo.org

This information is compiled as a report to the community on the status and performance of Springfield Public Schools and its students.



EXHIBIT
Laura R. Pratt, RMR
Alpha Reporting Service
1/28/08

---

EXHIBIT ___28___

PAGE ___436___

# Springfield Public Schools
# Annual Report
# 2006-2007

## Our Mission

Springfield Public School District exists for the academic excellence of all students.

## Our Vision

Springfield Public School District shall be a national leader in academic and student development. In addition to the mastery of basic skills, students shall be engaged in challenging academic programs designed to allow students to reach their highest potential.

## About This Report

The Springfield Public School District is fully committed to open, two-way communication with staff, parents of our students, and all citizens who are concerned about education. Our continuing commitment to meet that goal is the reason for this, and previous annual reports.

In this report, you will find information about many aspects of school life, from the bricks and mortar of individual school buildings to the academic achievements and programs that help every student become productive.

This annual profile of our district has been produced every year since 1986 and was expanded in 1996 to meet state public reporting requirements for all school districts in Missouri. The report includes student enrollment numbers, attendance figures, and high school dropout rates. Also included are data about the amount of state and federal aid received by our district, the number of students who qualified for free and reduced lunches, and the length of the school day and year. In addition, tax information and statistics about teaching and administrative staff, average salaries earned, and percent with advanced degrees are also provided for individual school buildings within the district.

Additional state requirements in 2002 initiated the production of individual report cards for each school building in the district. In 2004, state law transferred the responsibility of publishing report cards to the state. With the change in law, the locally produced report cards became optional for districts. Springfield Public Schools chose to continue producing report cards, which contain much of the data published in the annual report, plus additional information. School report cards are available at each school building, at institutions such as public libraries, and are available on the Web at: http://www.springfieldpublicschoolsmo.org

2.

EXHIBIT ___28___

PAGE ___437___

# Springfield Public Schools
## Annual Report Index
### 2006-2007

Introduction and Index................................................... 2-4

**Student Information**
Enrollment by Race and Ethnic Origin ........................................ 5-6
Mobility/Stability/Attendance .................................................... 7-8
Dropout Data ............................................................................. 9
Graduation Rate .................................................................... 10

**Staffing**
Staffing Ratios...................................................................... 11-12
Years of Experience............................................................. 13-14
Degree Level ........................................................................ 13-14
Salaries................................................................................ 13-14
District-State Comparisons........................................................ 15

**Student Achievement**
American College Test (ACT) Results ................................. 16-19
Missouri Assessment Program (MAP) Results ................... 20-21
Information about Spring 2007 MAP Test.................................... 20
Links to MAP and Terra Nova Test Results ............................... 21

**Student Demographics**
Free/Reduced Lunches........................................................ 22-23
Family Setting ...................................................................... 22-23

Parent-Teacher Conferences and Special Programs .................... 24-25

**Graduate Follow-up**
Graduate Follow-up Survey 2002-2006...................................... 26
Job Placement for Students Completing Vocational Ed. Programs ....... 27

**Missouri School Improvement Plan (MSIP)**
Standards "Met" and "Not Met"................................................... 28

**Adequate Yearly Progress (AYP)**
Elementary Schools .......................................................... 29-30
Middle and High Schools........................................................ 31
District.................................................................................... 32

**Accountability Plan**
2006-2007 Accountability .................................................. 33-35

EXHIBIT ____28____

PAGE ____438____

**Financial Data**

    Average Per Pupil Expenditure.................................................. 36
    Tax Rate.............................................................................. 36
    Assessed Valuation ...............................................................36
    Operating Budget ................................................................. 36
    Building Reports ................................................................... 37

**Additional Information**

    Actual September Enrollment ............................................. 38-39
    Enrollment Graph ................................................................. 40
    Grade Distribution ............................................................... 41
    Report of Disciplinary Actions ........................................... 42-43

EXHIBIT _____ 28 _____

PAGE _____ 439 _____

## ENROLLMENT BY RACE AND ETHNICITY
### SEPTEMBER 2006-2007

| School | Total Count | Black | % Black | White | % White | Hispanic/ Latino | % Hispanic/ Latino | Asian/ Pacific | % Asian/ Pacific | Native Am. Indian | % Native Am. Indian |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Bingham | 392 | 27 | 6.9% | 340 | 86.7% | 19 | 4.8% | 2 | 0.5% | 4 | 1.0% |
| Bissett | 254 | 30 | 11.8% | 210 | 82.7% | 11 | 4.3% | 3 | 1.2% | 0 | 0.0% |
| Bowerman | 245 | 20 | 8.2% | 223 | 91.0% | 2 | 0.8% | 0 | 0.0% | 0 | 0.0% |
| Boyd | 165 | 24 | 14.5% | 130 | 78.8% | 10 | 6.1% | 0 | 0.0% | 1 | 0.6% |
| Campbell | 209 | 31 | 14.8% | 166 | 79.4% | 8 | 3.8% | 1 | 0.5% | 3 | 1.4% |
| Cowden | 247 | 19 | 7.7% | 207 | 83.8% | 11 | 4.5% | 6 | 2.4% | 4 | 1.6% |
| Delaware | 206 | 16 | 7.8% | 181 | 87.9% | 4 | 1.9% | 5 | 2.4% | 0 | 0.0% |
| Disney | 566 | 14 | 2.5% | 529 | 93.5% | 10 | 1.8% | 13 | 2.3% | 0 | 0.0% |
| Field | 344 | 5 | 1.5% | 329 | 95.6% | 3 | 0.9% | 6 | 1.7% | 1 | 0.3% |
| Fremont | 159 | 12 | 7.5% | 136 | 85.5% | 9 | 5.7% | 1 | 0.6% | 1 | 0.6% |
| Gray | 550 | 10 | 1.8% | 499 | 90.7% | 8 | 1.5% | 32 | 5.8% | 1 | 0.2% |
| Hickory Hills | 259 | 2 | 0.8% | 247 | 95.4% | 2 | 0.8% | 6 | 2.3% | 2 | 0.8% |
| Holland | 245 | 32 | 13.1% | 189 | 77.1% | 8 | 3.3% | 14 | 5.7% | 2 | 0.8% |
| Jeffries | 510 | 39 | 7.6% | 451 | 88.4% | 8 | 1.6% | 10 | 2.0% | 2 | 0.4% |
| Mann | 421 | 18 | 4.3% | 367 | 87.2% | 13 | 3.1% | 22 | 5.2% | 1 | 0.2% |
| McBride | 614 | 12 | 2.0% | 569 | 92.7% | 11 | 1.8% | 19 | 3.1% | 3 | 0.5% |
| McGregor | 304 | 31 | 10.2% | 177 | 58.2% | 60 | 19.7% | 35 | 11.5% | 1 | 0.3% |
| Pershing | 163 | 10 | 6.1% | 145 | 89.0% | 0 | 0.0% | 8 | 4.9% | 0 | 0.0% |
| Pittman | 297 | 16 | 5.4% | 268 | 90.2% | 11 | 3.7% | 1 | 0.3% | 1 | 0.3% |
| Pl. View | 244 | 12 | 4.9% | 224 | 91.8% | 4 | 1.6% | 4 | 1.6% | 0 | 0.0% |
| Portland | 223 | 14 | 6.3% | 195 | 87.4% | 11 | 4.9% | 2 | 0.9% | 1 | 0.4% |
| Robberson | 266 | 48 | 18.0% | 203 | 76.3% | 15 | 5.6% | 0 | 0.0% | 0 | 0.0% |
| Rountree | 252 | 16 | 6.3% | 221 | 87.7% | 9 | 3.6% | 4 | 1.6% | 2 | 0.8% |
| Sequiota | 376 | 14 | 3.7% | 342 | 91.0% | 3 | 0.8% | 14 | 3.7% | 3 | 0.8% |
| Sherwood | 298 | 8 | 2.7% | 273 | 91.6% | 10 | 3.4% | 5 | 1.7% | 2 | 0.7% |
| Sunshine | 193 | 20 | 10.4% | 160 | 82.9% | 11 | 5.7% | 1 | 0.5% | 1 | 0.5% |
| Truman | 327 | 11 | 3.4% | 304 | 93.0% | 7 | 2.1% | 3 | 0.9% | 2 | 0.6% |
| Twain | 481 | 31 | 6.4% | 415 | 86.3% | 14 | 2.9% | 17 | 3.5% | 4 | 0.8% |
| Watkins | 268 | 29 | 10.8% | 234 | 87.3% | 4 | 1.5% | 0 | 0.0% | 1 | 0.4% |
| Weaver | 291 | 44 | 15.1% | 235 | 80.8% | 8 | 2.7% | 4 | 1.4% | 0 | 0.0% |
| Weller | 318 | 57 | 17.9% | 229 | 72.0% | 25 | 7.9% | 4 | 1.3% | 3 | 0.9% |
| Westport | 461 | 45 | 9.8% | 385 | 83.5% | 18 | 3.9% | 7 | 1.5% | 6 | 1.3% |
| Wilder | 362 | 11 | 3.0% | 340 | 93.9% | 2 | 0.6% | 7 | 1.9% | 2 | 0.6% |
| Williams | 292 | 45 | 15.4% | 240 | 82.2% | 2 | 0.7% | 2 | 0.7% | 3 | 1.0% |
| Wilson's Creek (5th) | 235 | 7 | 3.0% | 218 | 92.8% | 4 | 1.7% | 6 | 2.6% | 0 | 0.0% |
| York | 194 | 9 | 4.6% | 177 | 91.2% | 7 | 3.6% | 0 | 0.0% | 1 | 0.5% |
| Elem. Totals | 11,231 | 789 | 7.0% | 9,758 | 86.9% | 362 | 3.2% | 264 | 2.4% | 58 | 0.5% |

5

EXHIBIT ___28___

PAGE ___440___

## ENROLLMENT BY RACE AND ETHNICITY
## SEPTEMBER 2006-2007

| Middle School | Total Count | Black | % Black | White | % White | Hispanic/ Latino | % Hispanic/ Latino | Asian/ Pacific | % Asian/ Pacific | Native Am. Indian | % Native Am. Indian |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Carver | 711 | 43 | 6.0% | 630 | 88.6% | 22 | 3.1% | 15 | 2.1% | 1 | 0.1% |
| Central MYSP | 119 | 3 | 2.5% | 107 | 89.9% | 0 | 0.0% | 9 | 7.6% | 0 | 0.0% |
| Cherokee | 721 | 17 | 2.4% | 666 | 92.4% | 13 | 1.8% | 23 | 3.2% | 2 | 0.3% |
| Hickory Hills | 470 | 24 | 5.1% | 399 | 84.9% | 27 | 5.7% | 17 | 3.6% | 3 | 0.6% |
| Jarrett | 572 | 59 | 10.3% | 477 | 83.4% | 18 | 3.1% | 14 | 2.4% | 4 | 0.7% |
| Pershing | 783 | 22 | 2.8% | 721 | 92.1% | 16 | 2.0% | 22 | 2.8% | 2 | 0.3% |
| Pipkin | 531 | 91 | 17.1% | 409 | 77.0% | 26 | 4.9% | 3 | 0.6% | 2 | 0.4% |
| Pleasant View | 367 | 21 | 5.7% | 327 | 89.1% | 14 | 3.8% | 2 | 0.5% | 3 | 0.8% |
| Reed | 547 | 67 | 12.2% | 451 | 82.4% | 15 | 2.7% | 5 | 0.9% | 9 | 1.6% |
| Study | 404 | 33 | 8.2% | 342 | 84.7% | 21 | 5.2% | 5 | 1.2% | 3 | 0.7% |
| Wilson's Creek (6th) | 231 | 4 | 1.7% | 206 | 89.2% | 5 | 2.2% | 15 | 6.5% | 1 | 0.4% |
| MS totals | 5,456 | 384 | 7.0% | 4,735 | 86.8% | 177 | 3.2% | 130 | 2.4% | 30 | 0.5% |

| High School | Total Count | Black | % Black | White | % White | Hispanic/ Latino | % Hispanic/ Latino | Asian/ Pacific | % Asian/ Pacific | Native Am. Indian | % Native Am. Indian |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Central | 1,429 | 166 | 11.6% | 1,116 | 78.1% | 75 | 5.2% | 54 | 3.8% | 18 | 1.3% |
| Glendale | 1,537 | 48 | 3.1% | 1,423 | 92.6% | 29 | 1.9% | 34 | 2.2% | 3 | 0.2% |
| Hillcrest | 1,264 | 74 | 5.9% | 1,125 | 89.0% | 37 | 2.9% | 13 | 1.0% | 15 | 1.2% |
| Kickapoo | 1,766 | 35 | 2.0% | 1,642 | 93.0% | 21 | 1.2% | 63 | 3.6% | 5 | 0.3% |
| Parkview | 1,574 | 122 | 7.8% | 1,371 | 87.1% | 53 | 3.4% | 22 | 1.4% | 6 | 0.4% |
| HS Totals | 7,570 | 445 | 5.9% | 6,677 | 88.2% | 215 | 2.5% | 186 | 2.5% | 47 | 0.6% |
| DISTRICT | 24,257 | 1,618 | 6.7% | 21,170 | 87.3% | 754 | 2.4% | 580 | 2.4% | 135 | 0.6% |

6

EXHIBIT ___28___

PAGE ___441___

## MOBILITY / STABILITY / ATTENDANCE REPORT
### August 28, 2006 – June 7, 2007

| Elementary School | September Enrollment | Transfers In | Transfers Out | Stable Enrollment | Mobility* Factor | Stability** Factor | Actual % of Attendance |
|---|---|---|---|---|---|---|---|
| Bingham | 392 | 156 | 186 | 316 | 87.2% | 80.6% | 93.99% |
| Bissett | 254 | 129 | 99 | 212 | 89.8% | 83.5% | 94.61% |
| Bowerman | 245 | 148 | 144 | 194 | 119.2% | 79.2% | 93.54% |
| Boyd | 165 | 109 | 106 | 125 | 130.3% | 75.8% | 94.03% |
| Campbell | 209 | 133 | 153 | 160 | 136.8% | 76.6% | 94.45% |
| Cowden | 247 | 93 | 74 | 226 | 67.6% | 91.5% | 94.74% |
| Delaware | 206 | 68 | 72 | 192 | 68.0% | 93.2% | 93.39% |
| Disney | 566 | 118 | 120 | 521 | 42.0% | 92.0% | 96.05% |
| Field | 344 | 108 | 78 | 304 | 54.1% | 88.4% | 95.31% |
| Fremont | 159 | 41 | 73 | 129 | 71.7% | 81.1% | 95.32% |
| Gray | 550 | 108 | 111 | 502 | 39.8% | 91.3% | 96.44% |
| Hickory Hills | 259 | 74 | 76 | 247 | 57.9% | 95.4% | 96.10% |
| Holland | 245 | 64 | 74 | 219 | 56.3% | 89.4% | 94.71% |
| Jeffries | 510 | 171 | 213 | 423 | 75.3% | 82.9% | 95.02% |
| Mann | 421 | 95 | 136 | 357 | 54.9% | 84.8% | 95.23% |
| McBride | 614 | 112 | 86 | 576 | 32.2% | 93.8% | 96.21% |
| McGregor | 304 | 196 | 230 | 227 | 140.1% | 74.7% | 94.48% |
| Pershing | 163 | 63 | 59 | 142 | 74.8% | 87.1% | 95.77% |
| Pittman | 297 | 101 | 94 | 264 | 65.7% | 88.9% | 94.43% |
| Pleasant View | 244 | 46 | 57 | 225 | 42.2% | 92.2% | 96.49% |
| Portland | 223 | 109 | 113 | 182 | 99.6% | 81.6% | 94.20% |
| Robberson | 266 | 135 | 134 | 214 | 101.1% | 80.5% | 94.16% |
| Rountree | 252 | 140 | 123 | 204 | 104.4% | 81.0% | 94.45% |
| Sequiota | 376 | 74 | 54 | 361 | 34.0% | 96.0% | 96.30% |
| Sherwood | 298 | 128 | 103 | 255 | 77.5% | 85.6% | 96.00% |
| Sunshine | 193 | 67 | 73 | 161 | 72.5% | 83.4% | 94.25% |
| Truman | 327 | 61 | 93 | 287 | 47.1% | 87.8% | 95.59% |
| Twain | 481 | 144 | 163 | 413 | 63.8% | 85.9% | 95.67% |
| Watkins | 268 | 135 | 160 | 206 | 110.1% | 76.9% | 94.71% |
| Weaver | 291 | 141 | 150 | 214 | 100.0% | 73.5% | 94.70% |
| Weller | 318 | 184 | 194 | 234 | 118.9% | 73.6% | 94.77% |
| Westport | 461 | 201 | 242 | 370 | 96.1% | 80.3% | 93.82% |
| Wilder | 362 | 70 | 92 | 330 | 44.8% | 91.2% | 95.48% |
| Williams | 292 | 193 | 227 | 215 | 143.8% | 73.6% | 93.33% |
| York | 194 | 108 | 123 | 153 | 119.1% | 78.9% | 93.95% |
| Elementary Totals | 10,996 | 4,023 | 4,285 | 9,360 | 75.6% | 85.1% | 95.05% |

*Mobility = sum of transfers in plus transfers out divided by September enrollment.
**Stability = number of students enrolled all year, divided by September enrollment.

7.

EXHIBIT ____28____
PAGE ____442____

## MOBILITY / STABILITY / ATTENDANCE REPORT
### August 28, 2006 – June 7, 2007

| Middle School | September Enrollment | Transfers In | Transfers Out | Stable Enrollment | Mobility* Factor | Stability** Factor | Actual % of Attendance |
|---|---|---|---|---|---|---|---|
| Carver | 711 | 145 | 139 | 643 | 39.9% | 90.4% | 95.26% |
| Cherokee | 721 | 97 | 68 | 692 | 22.9% | 96.0% | 95.37% |
| Hickory Hills | 470 | 112 | 129 | 413 | 51.3% | 87.9% | 93.66% |
| Jarrett | 572 | 146 | 179 | 496 | 56.8% | 86.7% | 94.51% |
| Pershing | 783 | 136 | 116 | 728 | 32.2% | 93.0% | 95.49% |
| Pipkin | 531 | 249 | 256 | 415 | 95.1% | 78.2% | 91.85% |
| Pleasant View | 367 | 47 | 51 | 336 | 26.7% | 91.6% | 95.34% |
| Reed | 547 | 199 | 221 | 454 | 76.8% | 83.0% | 92.18% |
| Study | 404 | 21 | 226 | 317 | 108.2% | 78.5% | 93.34% |
| Wilson's Creek | 466 | 88 | 76 | 437 | 35.2% | 93.8% | 96.03% |
| **Middle School Totals** | **5,572** | **1,430** | **1,461** | **4,931** | **51.9%** | **88.5%** | **94.41%** |

| Senior High | September Enrollment | Transfers In | Transfers Out | Stable Enrollment | Mobility* Factor | Stability** Factor | Actual % of Attendance |
|---|---|---|---|---|---|---|---|
| Central | 1,548 | 577 | 569 | 1,223 | 74.0% | 79.0% | 91.01% |
| Glendale | 1,537 | 362 | 319 | 1,368 | 44.3% | 89.0% | 92.85% |
| Hillcrest | 1,264 | 487 | 439 | 1,035 | 73.3% | 81.9% | 90.12% |
| Kickapoo | 1,766 | 442 | 421 | 1,577 | 48.9% | 89.3% | 92.62% |
| Parkview | 1,574 | 656 | 621 | 1,228 | 81.1% | 78.0% | 90.62% |
| **High School Totals** | **7,689** | **2,524** | **2,369** | **6,431** | **63.6%** | **83.6%** | **91.55%** |
| **District Totals** | **24,257** | **7,977** | **8,115** | **20,722** | **66.3%** | **85.4%** | **93.85%** |

*Mobility = sum of transfers in plus transfers out divided by September enrollment.
**Stability = number of students enrolled all year, divided by September enrollment.

EXHIBIT _28_

PAGE _443_

## REPORT OF STUDENT DROPOUTS
## FOR 2006-2007 SCHOOL YEAR

| School | Gender | | Ethnic Origin | | | | | Grade | | | | Total # of Dropouts |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Male | Female | White | Black | Hispanic | Asian/Pacific | Am. Ind./Alaskan | 9 | 10 | 11 | 12 | |
| Central | 60 | 57 | 94 | 12 | 7 | 3 | 1 | 34 | 35 | 29 | 19 | 117 |
| Glendale | 25 | 22 | 41 | 3 | 2 | 0 | 1 | 9 | 14 | 11 | 13 | 47 |
| Hillcrest | 51 | 36 | 76 | 4 | 7 | 0 | 0 | 32 | 20 | 17 | 18 | 87 |
| Kickapoo | 23 | 25 | 42 | 2 | 1 | 1 | 2 | 7 | 14 | 13 | 14 | 48 |
| Parkview | 72 | 56 | 106 | 12 | 4 | 6 | 0 | 14 | 42 | 37 | 35 | 128 |
| TOTALS | 231 | 196 | 359 | 33 | 21 | 10 | 4 | 96 | 125 | 107 | 99 | 427 |

## BY PERCENTAGE OF STUDENT POPULATION

| chool | Gender | | Ethnic Origin | | | | | Grade | | | | Total % of Dropouts |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Male | Female | White | Black | Hispanic | Asian/Pacific | Am Ind/Alaskan | 9 | 10 | 11 | 12 | |
| Central | 4.37 | 4.15 | 6.84 | 0.87 | 0.51 | 0.22 | 0.07 | 2.47 | 2.55 | 2.11 | 1.38 | 8.52 |
| Glendale | 1.63 | 1.43 | 2.67 | 0.20 | 0.13 | 0.00 | 0.07 | 0.59 | 0.91 | 0.72 | 0.85 | 3.06 |
| Hillcrest | 4.10 | 2.89 | 6.11 | 0.32 | 0.56 | 0.00 | 0.00 | 2.57 | 1.61 | 1.37 | 1.45 | 6.99 |
| Kickapoo | 1.31 | 1.43 | 2.40 | 0.11 | 0.06 | 0.06 | 0.11 | 0.40 | 0.80 | 0.74 | 0.80 | 2.74 |
| Parkview | 4.71 | 3.67 | 6.94 | 0.79 | 0.26 | 0.39 | 0.00 | 0.92 | 2.75 | 2.42 | 2.29 | 8.38 |
| TOTALS | 3.11 | 2.64 | 4.83 | 0.44 | 0.28 | 0.13 | 0.05 | 1.29 | 1.68 | 1.44 | 1.33 | 5.74 |

High school dropout rate = Number of dropouts/((September FTE enrollment +
Transfers in - Transfers out - Dropouts + Total September enrollment)/2)

EXHIBIT ___28___

PAGE ___444___

### SPRINGFIELD PUBLIC SCHOOLS
### GRADUATING CLASS OF 2006
### STUDENT GRADUATION PERCENTAGE*

| HIGH SCHOOL | Dropouts | | | | Total Dropouts | 2006 Graduates | Graduation Rate |
|---|---|---|---|---|---|---|---|
| | 9th 02-03 | 10th 03-04 | 11th 04-05 | 12th 05-06 | | | |
| Bailey | 2 | n/a | n/a | n/a | 2 | n/a | n/a |
| Central | 8 | 28 | 35 | 46 | 117 | 233 | 66.6% |
| Glendale | 5 | 9 | 21 | 36 | 71 | 344 | 82.9% |
| Hillcrest | 16 | 16 | 37 | 17 | 86 | 243 | 73.9% |
| Kickapoo | 0 | 8 | 17 | 17 | 42 | 451 | 91.5% |
| Parkview | 6 | 15 | 19 | 59 | 99 | 284 | 74.2% |
| TOTAL | 37 | 76 | 129 | 175 | 417 | 1,555 | 78.9% |

### GRADUATING CLASS OF 2007
### STUDENT GRADUATION PERCENTAGE*

| HIGH SCHOOL | Dropouts | | | | Total Dropouts | 2007 Graduates | Graduation Rate |
|---|---|---|---|---|---|---|---|
| | 9th 03-04 | 10th 04-05 | 11th 05-06 | 12th 06-07 | | | |
| Central | 7 | 32 | 35 | 19 | 93 | 246 | 72.6% |
| Glendale | 4 | 19 | 20 | 13 | 56 | 344 | 86.0% |
| Hillcrest | 17 | 28 | 21 | 18 | 84 | 255 | 75.2% |
| Kickapoo | 2 | 13 | 14 | 14 | 43 | 423 | 90.8% |
| Parkview | 1 | 16 | 58 | 35 | 110 | 295 | 72.8% |
| TOTAL | 31 | 108 | 148 | 99 | 386 | 1,563 | 80.2% |

*Graduation Rate: (Graduates / (9-12 Cohort Dropouts + Graduates)) x 100

10

EXHIBIT __28__

PAGE __445__

## STAFFING RATIOS
### 2006-2007

| Elementary School | September Core Data Enrollment | Students to Administrators | Students to All Teachers | Students to Classroom Teachers* |
|---|---|---|---|---|
| Bingham | 392 | 392 | 18 | 22 |
| Bissett | 254 | 254 | 13 | 20 |
| Bowerman | 245 | 245 | 13 | 22 |
| Boyd | 165 | 165 | 12 | 18 |
| Campbell | 209 | 209 | 13 | 19 |
| Cowden | 247 | 247 | 12 | 23 |
| Delaware | 206 | 206 | 9 | 21 |
| Disney | 566 | 377 | 19 | 21 |
| Field | 344 | 344 | 17 | 20 |
| Fremont | 159 | 159 | 11 | 18 |
| Gray | 550 | 367 | 19 | 21 |
| Hickory Hills | 259 | 345 | 18 | 19 |
| Holland | 245 | 245 | 12 | 20 |
| Jeffries | 510 | 340 | 17 | 23 |
| Mann | 421 | 421 | 15 | 20 |
| McBride | 614 | 409 | 21 | 22 |
| McGregor | 304 | 304 | 10 | 15 |
| Pershing | 163 | 326 | 15 | 24 |
| Pittman | 297 | 297 | 13 | 22 |
| Pleasant View | 244 | 325 | 17 | 19 |
| Portland | 223 | 223 | 14 | 21 |
| Robberson | 266 | 266 | 13 | 20 |
| Rountree | 252 | 252 | 17 | 19 |
| Sequiota | 376 | 376 | 18 | 22 |
| Sherwood | 298 | 298 | 17 | 19 |
| Sunshine | 193 | 193 | 15 | 18 |
| Truman | 327 | 327 | 17 | 23 |
| Twain | 481 | 481 | 18 | 20 |
| Watkins | 268 | 268 | 14 | 21 |
| Weaver | 291 | 291 | 15 | 22 |
| Weller | 318 | 318 | 14 | 20 |
| Westport | 461 | 461 | 13 | 24 |
| Wilder | 362 | 362 | 17 | 21 |
| Williams | 292 | 292 | 13 | 19 |
| York | 194 | 194 | 11 | 21 |
| Elementary Totals | 10,996 | n/a | n/a | n/a |

*All teachers, excluding special education, remedial reading, Title I, and career-technical education teachers

11

EXHIBIT ____28____

PAGE ____446____

## STAFFING RATIOS
## 2006-2007

| Middle School | September Core Data Enrollment | Students to Administrators | Students to All Teachers | Students to Classroom Teachers* |
|---|---|---|---|---|
| Carver | 711 | 356 | 16 | 20 |
| Cherokee | 721 | 361 | 18 | 21 |
| Hickory Hills | 470 | 376 | 18 | 21 |
| Jarrett | 572 | 286 | 17 | 19 |
| Pershing | 783 | 522 | 19 | 22 |
| Pipkin | 531 | 266 | 11 | 16 |
| Pleasant View | 367 | 294 | 17 | 20 |
| Reed | 547 | 274 | 13 | 20 |
| Study | 404 | 202 | 13 | 21 |
| Wilson's Creek | 466 | 233 | 19 | 22 |
| Middle School Totals | 5,572 | n/a | n/a | n/a |

| High School | September Core Data Enrollment | Students to Administrators | Students to All Teachers | Students to Classroom Teachers* |
|---|---|---|---|---|
| Central | 1,548 | 387 | 17 | 26 |
| Glendale | 1,537 | 384 | 20 | 26 |
| Hillcrest | 1,264 | 316 | 19 | 26 |
| Kickapoo | 1,766 | 442 | 19 | 25 |
| Parkview | 1,574 | 394 | 19 | 24 |
| High School Totals | 7,689 | n/a | n/a | n/a |
| Springfield District Totals | 24,257 | 255 | 15 | 21 |

*All teachers, excluding special education, remedial reading, Title I, and career-technical education teachers.

12

EXHIBIT ___28___

PAGE ___447___

## STAFF INFORMATION 2006-2007

| Elementary School | % of Faculty With Master's Degree or Above | Average Teacher Salary for Regular Term | Average Total* Teacher Salary | Average Administrator Salary | Average Years of Experience |
|---|---|---|---|---|---|
| Bingham | 59.6% | $40,759 | $40,780 | ** | 14.6 |
| Bissett | 46.6% | $38,342 | $38,679 | ** | 9.9 |
| Bowerman | 65.1% | $38,865 | $39,025 | ** | 10.6 |
| Boyd | 77.2% | $39,985 | $40,310 | ** | 11.3 |
| Campbell | 68.9% | $41,014 | $41,405 | ** | 14.1 |
| Cowden | 62.4% | $41,275 | $41,371 | ** | 17.2 |
| Delaware | 56.4% | $38,134 | $38,134 | ** | 10.4 |
| Disney | 79.7% | $44,555 | $44,555 | ** | 18.6 |
| Field | 65.6% | $40,929 | $40,937 | ** | 13.7 |
| Fremont | 52.7% | $38,123 | $38,340 | ** | 9.9 |
| Gray | 62.9% | $42,270 | $42,387 | ** | 15.2 |
| Hickory Hills | 56.8% | $40,912 | $40,912 | ** | 16.5 |
| Holland | 76.4% | $39,102 | $39,596 | ** | 8.9 |
| Jeffries | 68.5% | $41,989 | $41,998 | ** | 17.6 |
| Mann | 63.9% | $39,332 | $39,486 | ** | 11.7 |
| McBride | 42.2% | $38,212 | $38,324 | ** | 11.4 |
| McGregor | 46.6% | $36,867 | $37,132 | ** | 9.4 |
| Pershing | 63.1% | $41,701 | $41,737 | ** | 17.0 |
| Pittman | 77.7% | $42,186 | $42,269 | ** | 14.5 |
| Pleasant View | 68.1% | $43,028 | $43,591 | ** | 20.1 |
| Portland | 65.8% | $39,746 | $40,022 | ** | 11.0 |
| Robberson | 55.1% | $39,275 | $39,425 | ** | 12.8 |
| Rountree | 49.8% | $40,295 | $40,306 | ** | 14.1 |
| Sequiota | 56.1% | $39,352 | $39,361 | ** | 12.0 |
| Sherwood | 65.1% | $41,304 | $41,304 | ** | 13.9 |
| Sunshine | 67.9% | $41,169 | $41,169 | ** | 13.8 |
| Truman | 67.8% | $43,111 | $43,563 | ** | 15.7 |
| Twain | 59.5% | $40,162 | $40,162 | ** | 14.0 |
| Watkins | 65.6% | $41,661 | $42,137 | ** | 15.0 |
| Weaver | 41.6% | $37,127 | $37,316 | ** | 9.7 |
| Weller | 50.1% | $38,417 | $38,760 | ** | 11.9 |
| Westport | 47.5% | $39,835 | $39,916 | ** | 14.5 |
| Wilder | 60.2% | $42,401 | $42,421 | ** | 17.2 |
| Williams | 55.3% | $39,031 | $39,163 | ** | 11.8 |
| York | 44.8% | $37,741 | $37,916 | ** | 10.9 |

*Includes extended-contract salary and extra-duty pay.
**Data not reported if identifiable to an individual.

EXHIBIT __28__

PAGE __448__

## STAFF INFORMATION 2006-2007

| Middle School | % of Faculty With Master's Degree or Above | Average Teacher Salary for Regular Term | Average Total* Teacher Salary | Average Administrator Salary | Average Years of Experience |
|---|---|---|---|---|---|
| Carver | 55.9% | $41,643 | $43,275 | ** | 13.6 |
| Cherokee | 63.0% | $41,049 | $42,091 | ** | 13.5 |
| Hickory Hills | 57.8% | $39,591 | $40,823 | ** | 11.7 |
| Jarrett | 51.7% | $40,263 | $41,437 | ** | 13.3 |
| Pershing | 72.0% | $44,116 | $45,209 | ** | 15.3 |
| Pipkin | 66.2% | $37,797 | $38,368 | ** | 8.9 |
| Pleasant View | 67.6% | $45,251 | $47,447 | ** | 16.3 |
| Reed | 50.5% | $38,614 | $39,715 | ** | 10.4 |
| Study | 75.2% | $40,768 | $42,217 | ** | 11.2 |
| Wilson's Creek | 51.1% | $38,666 | $39,267 | ** | 10.7 |

| High School | % of Faculty With Master's Degree or Above | Average Teacher Salary for Regular Term | Average Total* Teacher Salary | Average Administrator Salary | Average Years of Experience |
|---|---|---|---|---|---|
| Bailey | 73.0% | $44,392 | $47,170 | ** | 19.7 |
| Central | 65.8% | $43,196 | $45,851 | $76,550 | 13.7 |
| Glendale | 76.0% | $42,865 | $45,458 | $78,069 | 12.3 |
| Hillcrest | 57.0% | $41,870 | $44,187 | $66,320 | 12.9 |
| Juvenile Justice Center | 26.3% | $35,935 | $35,935 | n/a | 13.4 |
| Kickapoo | 77.0% | $43,189 | $45,256 | $70,209 | 13.6 |
| Parkview | 55.8% | $40,924 | $43,291 | $71,321 | 12.6 |
| **Springfield District** | **62.3%** | **$40,985** | **$41,980** | **$73,902** | **13.2** |

*Includes extended-contract salary and extra-duty pay.
**Data not reported if identifiable to an individual.

14

EXHIBIT __28__

PAGE __449__

# STAFF INFORMATION
## 2006-2007
### DISTRICT – STATE COMPARISONS

|  | District | State |
|---|---|---|
| Average Teacher Salary for a Regular Term | $40,985 | $41,750 |
| Average Total Teacher Salary[1] | $41,980 | $43,524 |
| Average Salary of all Administrators | $73,902 | $77,644 |
| Average Years of Experience of Professional Staff | 13.2 | 12.6 |
| Percent of Faculty with Master's Degree or Higher | 62.3% | 50.6% |
| Percent of all District Teachers with Regular Certification[2] | 98.7% | 97.0% |
| Percent of All District Teachers with Temporary or Special Assignment Certification | 1.1% | 1.9% |
| Percent of all District Teachers with Substitute or No Certificate | 0.2% | 1.0% |
| Percent of Classes Taught by Highly Qualified Teachers[3] | 99.1% | 96.8% |

---

[1] Includes extended-contract and extra-duty pay.

[2] Missouri Life Certificate, PC I, PC II, Continuous Professional Certificate (CPC), or Provisional Certificate, as defined by the State of Missouri.

[3] A highly qualified teacher is an individual who: 1) has at least a Bachelor's Degree; 2) has demonstrated content expertise by passing a state-approved test or has completed an academic major or coursework equivalent to a major; and 3) who holds full certification for his or her current teaching assignment.

15

EXHIBIT ___28___

PAGE ___450___

## AVERAGE ACT SCORES FOR ALL GRADUATES
## GRADUATING CLASSES OF 1997-1998 to 2006-2007

| Springfield District | | | | | | |
|---|---|---|---|---|---|---|
| | Number | English | Mathematics | Reading | Sci. Reasoning | Composite |
| 1997-1998 | 896 | 21.9 | 21.4 | 22.8 | 22.1 | 22.2 |
| 1998-1999 | 962 | 22.3 | 21.3 | 22.8 | 22.2 | 22.3 |
| 1999-2000 | 977 | 23.1 | 21.5 | 23.4 | 22.7 | 22.8 |
| 2000-2001 | 950 | 21.9 | 21.3 | 23.0 | 22.6 | 22.3 |
| 2001-2002 | 901 | 22.4 | 21.4 | 23.2 | 22.4 | 22.5 |
| 2002-2003 | 953 | 22.1 | 21.3 | 22.9 | 22.2 | 22.3 |
| 2003-2004 | 955 | 22.6 | 21.5 | 23.3 | 22.4 | 22.6 |
| 2004-2005 | 909 | 22.5 | 21.7 | 23.0 | 22.4 | 22.6 |
| 2005-2006 | 924 | 22.6 | 21.7 | 23.2 | 22.4 | 22.6 |
| 2006-2007 | 954 | 22.7 | 21.7 | 23.1 | 22.2 | 22.6 |
| State of Missouri | | | | | | |
| | Number | English | Mathematics | Reading | Sci. Reasoning | Composite |
| 1997-1998 | 38,633 | 21.1 | 21.0 | 21.9 | 21.6 | 21.5 |
| 1998-1999 | 39,663 | 21.3 | 20.9 | 22.0 | 21.5 | 21.5 |
| 1999-2000 | 40,997 | 21.3 | 21.0 | 22.1 | 21.6 | 21.6 |
| 2000-2001 | 42,678 | 21.1 | 20.8 | 21.8 | 21.5 | 21.4 |
| 2001-2002 | 41,316 | 21.1 | 20.9 | 21.9 | 21.5 | 21.5 |
| 2002-2003 | 42,840 | 21.2 | 20.7 | 21.9 | 21.4 | 21.4 |
| 2003-2004 | 42,862 | 21.4 | 20.9 | 22.0 | 21.4 | 21.5 |
| 2004-2005 | 42,705 | 21.4 | 20.9 | 21.9 | 21.5 | 21.6 |
| 2005-2006 | 42,885 | 21.5 | 21.0 | 22.0 | 21.5 | 21.6 |
| 2006-2007 | 45,354 | 21.5 | 21.0 | 22.1 | 21.5 | 21.6 |
| National | | | | | | |
| | Number | English | Mathematics | Reading | Sci. Reasoning | Composite |
| 1997-1998 | 995,039 | 20.4 | 20.8 | 21.4 | 21.1 | 21.0 |
| 1998-1999 | 1,019,053 | 20.5 | 20.7 | 21.4 | 21.0 | 21.0 |
| 1999-2000 | 1,065,138 | 20.5 | 20.7 | 21.4 | 21.0 | 21.0 |
| 2000-2001 | 1,069,772 | 20.5 | 20.7 | 21.3 | 21.0 | 21.0 |
| 2001-2002 | 1,116,082 | 20.2 | 20.6 | 21.1 | 20.8 | 20.8 |
| 2002-2003 | 1,175,059 | 20.3 | 20.6 | 21.2 | 20.8 | 20.8 |
| 2003-2004 | 1,171,460 | 20.4 | 20.7 | 21.3 | 20.9 | 20.9 |
| 2004-2005 | 1,186,251 | 20.4 | 20.7 | 21.3 | 20.9 | 20.9 |
| 2005-2006 | 1,206,455 | 20.6 | 20.8 | 21.4 | 20.9 | 21.1 |
| 2006-2007 | 1,300,599 | 20.7 | 21.0 | 21.5 | 21.0 | 21.2 |

EXHIBIT ___28___

PAGE ___451___



2007 ACT Score Comparisons

■ Springfield   ▥ Missouri   ☐ U.S.

EXHIBIT ___28___

PAGE ___452___

## SPRINGFIELD PUBLIC SCHOOLS ACT SCORES
## 2002-2007 SIX-YEAR COMPARATIVE ANALYSIS

| Year | Springfield | | | | | | | Missouri | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 | | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 |
| Number of Graduates | 1,464 | 1,633 | 1,621 | 1,493 | 1,555 | 1,563 | | 54,513 | 56,906 | 57,988 | 57,824 | 58,418 | 60,802 |
| Number of Graduates scoring at or above the National Average | 604 | 621 | 632 | 606 | 615 | 629 | | 18,742 | 18,907 | 19,192 | 19,506 | 19,660 | 20,887 |
| Percent of Graduates scoring at or above the National Average (%) | 41.3% | 38.0% | 39.0% | 40.6% | 39.5% | 40.2% | | 34.4% | 33.2% | 33.1% | 33.7% | 33.7% | 34.4% |

| Year | Central | | | | | | | Glendale | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 | | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 |
| Percent of Graduates scoring at or above the National Average (%) | 18.9% | 20.4% | 25.2% | 28.9% | 33.0% | 32.9% | | 52.3% | 50.5% | 53.3% | 53.2% | 55.2% | 52.9% |

| Year | Hillcrest | | | | | | | Kickapoo | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 | | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 |
| Percent of Graduates scoring at or above the National Average (%) | 29.1% | 28.1% | 29.1% | 25.9% | 29.2% | 32.9% | | 54.4% | 50.7% | 46.9% | 55.2% | 43.5% | 47.3% |

| Year | Parkview | | | | | |
|---|---|---|---|---|---|---|
| | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 |
| Percent of Graduates scoring at or above the National Average (%) | 34.9% | 29.9% | 31.0% | 27.7% | 28.5% | 27.5% |

EXHIBIT 28
PAGE 453

## ACT TEST INFORMATION

| 2003-2004 | Central | Glendale | Hillcrest | Kickapoo | Parkview | District | State | National |
|---|---|---|---|---|---|---|---|---|
| % of Graduates Taking ACT | 38.9% | 73.2% | 52.1% | 70.2% | 47.7% | 58.9% | 70.0% | 39.6% |
| ACT Composite Score | 23.5 | 23.2 | 21.3 | 22.5 | 22.4 | 22.6 | 21.5 | 20.9 |

| 2004-2005 | Central | Glendale | Hillcrest | Kickapoo | Parkview | District | State | National |
|---|---|---|---|---|---|---|---|---|
| % of Graduates Taking ACT | 43.1% | 72.9% | 46.9% | 74.6% | 53.0% | 60.9% | 70.0% | 39.8% |
| ACT Composite Score | 24.0 | 23.2 | 21.4 | 22.8 | 20.9 | 22.5 | 21.6 | 20.9 |

| 2005-2006 | Central | Glendale | Hillcrest | Kickapoo | Parkview | District | State | National |
|---|---|---|---|---|---|---|---|---|
| % of Graduates Taking ACT | 44.2% | 76.5% | 48.6% | 67.4% | 47.9% | 59.4% | 70.0% | 40.0% |
| ACT Composite Score | 23.8 | 23.0 | 21.6 | 22.7 | 21.6 | 22.6 | 21.6 | 21.1 |

| 2006-2007 | Central | Glendale | Hillcrest | Kickapoo | Parkview | District | State | National |
|---|---|---|---|---|---|---|---|---|
| % of Graduates Taking ACT | 51.2% | 73.0% | 49.8% | 71.2% | 49.5% | 61.0% | 70.0% | 42.0% |
| ACT Composite Score | 23.3 | 23.0 | 22.0 | 22.7 | 21.3 | 22.6 | 21.6 | 21.2 |

EXHIBIT 28
PAGE 464

## INFORMATION ABOUT THE
## MISSOURI ASSESSMENT PROGRAM (MAP) TEST

Two major changes in the 2005-2006 school year make it a benchmark year for MAP testing. First, more grades levels were required to take the test in 2006 than in previous years. The table below shows the testing requirement changes:

| Required Testing Prior to Spring 2006 | Required Testing Spring 2006 and 2007 |
|---|---|
| 3rd grade Communication Arts | 3rd grade Communication Arts |
| 4th grade Mathematics | 3rd grade Mathematics |
| 7th grade Communication Arts | 4th grade Communication Arts |
| 8th grade Mathematics | 4th grade Mathematics |
| 10th grade Mathematics | 5th grade Communication Arts |
| 11th grade Communication Arts | 5th grade Mathematics |
| | 6th grade Communication Arts |
| | 6th grade Mathematics |
| | 7th grade Communication Arts |
| | 7th grade Mathematics |
| | 8th grade Communication Arts |
| | 8th grade Mathematics |
| | 10th grade Mathematics |
| | 11th grade Communication Arts |

The second change in 2005-2006 came with the implementation of four, rather than five, MAP proficiency levels for both communication arts and math.* The four levels recently adopted reflect those used by the National Assessment of Educational Progress (NAEP). The table below shows the proficiency-level changes:

| MAP Achievement Levels Prior to Spring 2006 | MAP Achievement Levels Spring 2006 and 2007 |
|---|---|
| Advanced | Advanced |
| Proficient | Proficient |
| Nearing Proficient | Basic |
| Progressing | Below Basic |
| Step 1 | |

*Note: The State of Missouri still uses five achievement levels for content areas other than communication arts and mathematics. For example, Springfield Public Schools voluntarily tested 10th grade students in the spring of 2006 and 2007 in the content area of science. These scores are still reported at five achievement levels, the same as in the past.

EXHIBIT 28
PAGE 455

## 2007 AND HISTORICAL MISSOURI ASSESSMENT PROGRAM (MAP) AND TERRA NOVA TEST RESULTS

Detailed Missouri Assessment Program (MAP) Test results for the Springfield Public School District, and all buildings within the district, are posted on the Web at:

**http://dese.mo.gov/planning/profile/building/bl039141.html.**

Statewide MAP results are posted on the Web at:

**http://dese.mo.gov/planning/profile/000000.html**

Second-grade Terra Nova reports are posted on the Web at:

**http://springfieldpublicschoolsmo.org**
(Click the "Assessment" link listed under Quick Links on left)

EXHIBIT 28
PAGE 456

21

## STUDENT DEMOGRAPHIC DATA - ELEMENTARY
### January 31, 2007

| Elementary School | Enroll-ment 1-31-07 | FREE LUNCH | | REDUCED LUNCH | | FREE/RED. LUNCH | | % Family Setting Students Living with 2 Parents |
|---|---|---|---|---|---|---|---|---|
| | | Number | % | Number | % | Number | % | |
| Bingham | 386.00 | 225.00 | 58.3% | 53.00 | 13.7% | 278.00 | 72.0% | 40.7% |
| Bissett | 251.00 | 164.00 | 65.3% | 29.00 | 11.6% | 193.00 | 76.9% | 48.6% |
| Bowerman | 246.39 | 187.30 | 76.0% | 20.00 | 8.1% | 207.30 | 84.1% | 52.4% |
| Boyd | 169.00 | 115.00 | 68.0% | 23.00 | 13.6% | 138.00 | 81.7% | 42.6% |
| Campbell | 202.50 | 163.50 | 80.7% | 15.00 | 7.4% | 178.50 | 88.1% | 40.0% |
| Cowden | 254.00 | 96.00 | 37.8% | 30.00 | 11.8% | 126.00 | 49.6% | 63.0% |
| Delaware | 215.60 | 96.00 | 44.5% | 26.00 | 12.1% | 122.00 | 56.6% | 54.5% |
| Disney | 545.93 | 61.40 | 11.2% | 32.20 | 5.9% | 93.60 | 17.1% | 74.4% |
| Field | 337.40 | 55.00 | 16.3% | 21.00 | 6.2% | 76.00 | 22.5% | 80.1% |
| Fremont | 146.44 | 81.44 | 55.6% | 20.00 | 13.7% | 101.44 | 69.3% | 46.4% |
| Gray | 545.40 | 55.00 | 10.1% | 26.00 | 4.8% | 81.00 | 14.9% | 85.7% |
| Hickory Hills | 268.83 | 46.00 | 17.1% | 9.00 | 3.3% | 55.00 | 20.5% | 74.7% |
| Holland | 248.00 | 129.00 | 52.0% | 38.00 | 15.3% | 167.00 | 67.3% | 48.4% |
| Jeffries | 501.00 | 171.00 | 34.1% | 37.00 | 7.4% | 208.00 | 41.5% | 61.9% |
| Mann | 410.50 | 87.50 | 21.3% | 39.00 | 9.5% | 126.50 | 30.8% | 63.6% |
| McBride | 611.20 | 57.00 | 9.3% | 41.50 | 6.8% | 98.50 | 16.1% | 79.5% |
| McGregor | 314.00 | 253.00 | 80.6% | 29.00 | 9.2% | 282.00 | 89.8% | 53.8% |
| Pershing | 154.00 | 36.00 | 23.4% | 14.00 | 9.1% | 50.00 | 32.5% | 61.7% |
| Pittman | 297.06 | 117.00 | 39.4% | 45.00 | 15.1% | 162.00 | 54.5% | 58.6% |
| Pl. View | 246.20 | 36.00 | 14.6% | 15.00 | 6.1% | 51.00 | 20.7% | 76.4% |
| Portland | 228.19 | 118.59 | 52.0% | 46.20 | 20.2% | 164.79 | 72.2% | 51.8% |
| Robberson | 264.00 | 189.00 | 71.6% | 40.00 | 15.2% | 229.00 | 86.7% | 47.3% |
| Rountree | 256.00 | 93.00 | 36.3% | 22.50 | 8.8% | 115.50 | 45.1% | 64.5% |
| Sequiota | 373.18 | 54.00 | 14.5% | 18.00 | 4.8% | 72.00 | 19.3% | 75.6% |
| Sherwood | 299.00 | 91.00 | 30.4% | 22.00 | 7.4% | 113.00 | 37.8% | 65.6% |
| Sunshine | 191.20 | 90.00 | 47.1% | 17.00 | 8.9% | 107.00 | 56.0% | 55.5% |
| Truman | 327.26 | 92.20 | 28.2% | 26.00 | 7.9% | 118.20 | 36.1% | 66.9% |
| Twain | 491.27 | 183.00 | 37.3% | 65.00 | 13.2% | 248.00 | 50.5% | 59.1% |
| Watkins | 267.00 | 148.00 | 55.4% | 35.00 | 13.1% | 183.00 | 68.5% | 54.7% |
| Weaver | 281.96 | 218.84 | 77.6% | 36.00 | 12.8% | 254.84 | 90.4% | 50.0% |
| Weller | 314.00 | 225.00 | 71.7% | 44.00 | 14.0% | 269.00 | 85.7% | 48.7% |
| Westport | 436.00 | 296.00 | 67.9% | 62.00 | 14.2% | 358.00 | 82.1% | 51.1% |
| Wilder | 363.58 | 75.00 | 20.6% | 18.00 | 5.0% | 93.00 | 25.6% | 72.8% |
| Williams | 296.46 | 226.46 | 76.4% | 28.00 | 9.4% | 254.46 | 85.8% | 40.8% |
| York | 188.00 | 135.00 | 71.8% | 21.00 | 11.2% | 156.00 | 83.0% | 55.9% |
| Elem. Totals | 10,927.55 | 4,467.23 | 40.9% | 1,063.40 | 9.7% | 5,530.63 | 50.6% | 61.4% |

22

EXHIBIT ___28___

PAGE ___457___

## STUDENT DEMOGRAPHIC DATA – MIDDLE AND HIGH SCHOOLS
### January 31, 2007

| Middle School | Enroll-ment 1-31-07 | FREE LUNCH | | REDUCED LUNCH | | FREE/RED. LUNCH | | % Family Setting Students Living with 2 Parents |
|---|---|---|---|---|---|---|---|---|
| | | Number | % | Number | % | Number | % | |
| Wilson's Creek | 470.06 | 42.00 | 8.9% | 22.00 | 4.7% | 64.00 | 13.6% | 80.2% |
| Intermediate Total | 470.06 | 42.00 | 8.9% | 22.00 | 4.7% | 64.00 | 13.6% | 80.2% |

| Middle School | Enroll-ment 1-31-07 | FREE LUNCH | | REDUCED LUNCH | | FREE/RED. LUNCH | | % Family Setting Students Living with 2 Parents |
|---|---|---|---|---|---|---|---|---|
| | | Number | % | Number | % | Number | % | |
| Carver | 700.56 | 167.00 | 23.8% | 76.00 | 10.8% | 243.00 | 34.7% | 58.6% |
| Cherokee | 724.95 | 73.00 | 10.1% | 27.00 | 3.7% | 100.00 | 13.8% | 79.3% |
| Hickory Hills | 465.90 | 157.58 | 33.8% | 49.00 | 10.5% | 206.58 | 44.3% | 58.0% |
| Jarrett | 566.39 | 209.00 | 36.9% | 87.00 | 15.4% | 296.00 | 52.3% | 53.6% |
| Pershing | 785.62 | 126.22 | 16.1% | 45.00 | 5.7% | 171.22 | 21.8% | 68.4% |
| Pipkin | 530.00 | 361.00 | 68.1% | 65.00 | 12.3% | 426.00 | 80.4% | 47.7% |
| Pleasant View | 363.24 | 79.00 | 21.7% | 40.00 | 11.0% | 119.00 | 32.8% | 67.0% |
| Reed | 551.00 | 356.00 | 64.6% | 81.00 | 14.7% | 437.00 | 79.3% | 40.8% |
| Study | 398.00 | 277.00 | 69.6% | 48.00 | 12.1% | 325.00 | 81.7% | 45.2% |
| Middle School Totals | 5,085.66 | 1,805.80 | 35.5% | 518.00 | 10.2% | 2,323.80 | 45.7% | 58.9% |

| High School | Enroll-ment 1-31-07 | FREE LUNCH | | REDUCED LUNCH | | FREE/RED. LUNCH | | % Family Setting Students Living with 2 Parents |
|---|---|---|---|---|---|---|---|---|
| | | Number | % | Number | % | Number | % | |
| Central | 1,476.25 | 602.50 | 40.8% | 155.00 | 10.5% | 757.50 | 51.3% | 51.8% |
| Glendale | 1,484.50 | 190.75 | 12.8% | 80.25 | 5.4% | 271.00 | 18.3% | 64.4% |
| Hillcrest | 1,183.41 | 403.67 | 34.1% | 113.25 | 9.6% | 516.92 | 43.7% | 54.4% |
| Kickapoo | 1,718.25 | 151.25 | 8.8% | 85.75 | 5.0% | 237.00 | 13.8% | 69.3% |
| Parkview | 1,471.63 | 511.79 | 34.8% | 147.90 | 10.1% | 659.69 | 44.8% | 45.7% |
| High School Totals | 7,334.04 | 1,859.96 | 25.4% | 582.15 | 7.9% | 2,442.11 | 33.3% | 57.7% |
| District Totals | 23,817.31 | 8,174.99 | 34.3% | 2,185.55 | 9.2% | 10,360.54 | 43.5% | 60.1% |

23

EXHIBIT __28__

PAGE __458__

## PARTICIPANTS IN PARENT-TEACHER CONFERENCES AND SPECIAL PROGRAMS 2006-2007

| Elementary School | Percent Participants in Parent-Teacher Conferences | Percent Served in Special Education | Percent Served in Gifted Programs | Early Childhood Special Education | Parents as Teachers Pre-natal to 35 Months | Parents as Teachers 36 Months to Kindergarten |
|---|---|---|---|---|---|---|
| Bingham | 100.0% | 11.4% | 2.9% | | | |
| Bissett | 100.0% | 12.4% | 3.2% | | | |
| Bowerman | 95.1% | 20.1% | 1.2% | | | |
| Boyd | 100.0% | 10.1% | 3.6% | | | |
| Campbell | 98.1% | 15.8% | 2.5% | | | |
| Cowden | 100.0% | 12.2% | 1.2% | | | |
| Delaware | 99.0% | 35.3% | 4.5% | | | |
| Disney | 100.0% | 10.9% | 7.6% | | | |
| Field | 100.0% | 11.0% | 9.6% | | | |
| Fremont | 98.7% | 10.9% | 1.4% | | | |
| Gray | 100.0% | 7.7% | 6.9% | | | |
| Hickory Hills | 100.0% | 6.7% | 4.0% | | | |
| Holland | 100.0% | 16.9% | 4.4% | | | |
| Jeffries | 97.5% | 9.8% | 2.8% | | | |
| Mann | 98.1% | 12.8% | 3.7% | | | |
| McBride | 96.6% | 6.3% | 3.3% | | | |
| McGregor | 100.0% | 11.2% | 1.0% | | | |
| Pershing | 98.2% | 22.1% | 3.9% | | | |
| Pittman | 100.0% | 8.8% | 3.7% | | | |
| Pleasant View | 98.8% | 8.5% | 3.3% | | | |
| Portland | 100.0% | 18.2% | 2.7% | | | |
| Robberson | 100.0% | 16.3% | 0.0% | | | |
| Rountree | 100.0% | 7.0% | 8.2% | | | |
| Sequiota | 100.0% | 10.2% | 7.6% | | | |
| Sherwood | 100.0% | 9.4% | 2.3% | | | |
| Sunshine | 100.0% | 12.0% | 7.4% | | | |
| Truman | 97.9% | 15.6% | 1.2% | | | |
| Twain | 99.0% | 10.7% | 4.2% | | | |
| Watkins | 97.4% | 10.9% | 4.1% | | | |
| Weaver | 100.0% | 11.8% | 1.4% | | | |
| Weller | 100.0% | 13.7% | 1.0% | | | |
| Westport | 100.0% | 14.5% | 3.0% | | | |
| Wilder | 99.7% | 11.0% | 8.7% | | | |
| Williams | 100.0% | 19.7% | 2.7% | | | |
| York | 100.0% | 14.4% | 0.5% | | | |
| Elementary Totals | 99.2% | 12.3% | 3.9% | 454 | 2,229 | 2,133 |

*Total number of families receiving at least one personal visit from Parents as Teachers: 3,221

24

EXHIBIT ___28___

PAGE ___459___

## PARTICIPANTS IN PARENT-TEACHER CONFERENCES  AND SPECIAL PROGRAMS 2006-2007

| Middle School | % Participants in Parent-Teacher Conferences | % Served in Special Education | % Served in Gifted Programs |
|---|---|---|---|
| Carver | 71.7% | 10.9% | 1.3% |
| Central Middle Years | Reported with high school | Reported with high school | 100.0% |
| Cherokee | 90.7% | 9.4% | 3.3% |
| Hickory Hills | 61.7% | 6.8% | 2.6% |
| Jarrett | 88.3% | 8.7% | 3.9% |
| Pershing | 96.3% | 8.2% | 1.8% |
| Pipkin | 96.2% | 13.8% | 1.9% |
| Pleasant View | 83.9% | 9.7% | 2.5% |
| Reed | 93.2% | 15.6% | 0.5% |
| Study | 94.6% | 21.1% | 2.5% |
| Wilson's Creek | 100.0% | 7.7% | 6.2% |
| Middle School  Totals | 87.8% | 10.9% | 2.5% |

| High School | % Participants in Parent-Teacher Conferences | % Served in Special Education | % Enrolled in Advanced Placement and International Baccalaureate Classes | % Participants in Vocational Education Programs | Scholarship Money |
|---|---|---|---|---|---|
| Bailey | n/a | n/a | n/a | n/a | $2,500 |
| Central | 62.3% | 13.2% | 18.8% | 44.8% | $2,920,375 |
| Glendale | 42.9% | 6.5% | 10.6% | 49.1% | $2,790,974 |
| Hillcrest | 54.7% | 15.0% | 11.8% | 46.8% | $1,683,400 |
| Kickapoo | 76.3% | 6.9% | 12.3% | 53.1% | $3,839,389 |
| Parkview | 79.4% | 11.9% | 7.7% | 51.4% | $1,788,814 |
| High School Totals | 63.9% | 10.4% | 12.3% | 49.3% | $13,025,452 |

| | % Participants in Parent-Teacher Conferences | % Served in Special Education | % Served in Gifted Programs |
|---|---|---|---|
| District Totals | 85.4% | 11.4% | 6.2% |

26

EXHIBIT ___28___

PAGE ___460___

## GRADUATE FOLLOW-UP ANALYSIS

|  | Class of 2002 | Class of 2003 | Class of 2004 | Class of 2005 | Class of 2006 |
|---|---|---|---|---|---|
| Number of Graduates | 1,464 | 1,633 | 1,621 | 1,492 | 1,555 |
| Percent Entering 4-Year College or University | 45.6% | 39.6% | 40.1% | 39.9% | 41.5% |
| Percent Entering 2-Year College or University | 21.7% | 23.1% | 24.4% | 27.5% | 26.8% |
| Percent Entering Post-Secondary Non-College Institution | 2.5% | 2.8% | 1.9% | 2.1% | 0.8% |
| Percent Entering the Work Force | 20.6% | 19.7% | 22.1% | 15.6% | 13.8% |
| Percent Entering the Military | 2.1% | 3.3% | 2.3% | 2.1% | 3.0% |
| Percent Entering Some Other Field | 5.1% | 5.2% | 5.7% | 8.5% | 9.3% |
| Status Unknown | 2.4% | 6.4% | 3.5% | 4.3% | 4.8% |

27

EXHIBIT ___28___

PAGE___461___

### INFORMATION REGARDING JOB PLACEMENT FOR STUDENTS
### WHO COMPLETE INDUSTRIAL EDUCATIONAL PROGRAMS 2006-2007

|  | Central | Glendale | Hillcrest | Kickapoo | Parkview |
|---|---|---|---|---|---|
| # exiting high school program | 36 | 23 | 24 | 33 | 20 |
|  |  |  |  |  |  |
| # employed in related field | 4 | 3 | 6 | 5 | 6 |
| # employed in unrelated field | 9 | 1 | 6 | 5 | 6 |
| # continuing education in related field | 10 | 10 | 3 | 8 | 3 |
| # continuing education in unrelated field | 3 | 4 | 4 | 9 | 5 |
| # in military in related field | 0 | 0 | 0 | 1 | 0 |
| # in military in unrelated field | 1 | 0 | 0 | 0 | 0 |
| # status unknown | 3 | 3 | 5 | 2 | 0 |
| # not employed | 3 | 1 | 0 | 1 | 0 |
| # not available for employment | 3 | 1 | 0 | 2 | 0 |
|  |  |  |  |  |  |
| # disadvantaged | 0 | 0 | 1 | 0 | 1 |
| # disabled | 5 | 4 | 4 | 9 | 2 |

28

EXHIBIT ___28___

PAGE ___462___

## MISSOURI SCHOOL IMPROVEMENT PLAN (MSIP)
## WAIVER REVIEW INFORMATION – SPRINGFIELD PUBLIC SCHOOL DISTRICT

During the 2003-2004 school year, the Springfield Public School district received notification from
the Missouri Department of Elementary and Secondary Education (DESE) that a waiver of the
scheduled 2005 Missouri School Improvement Plan accreditation visit had been granted. The
waiver was granted based on the district's accreditation at the highest level as demonstrated by
the district's two latest DESE-generated Annual Performance Reports (APRs). The waiver rule
establishes the criteria and procedure for annually identifying school districts and/or school
buildings eligible for waivers in compliance with applicable state law and regulations.
Qualifications include:

    A. The district achieved accreditation in the most recent MSIP review and is accredited at
       the highest level as defined by MSIP and has no Missouri Assessment Program
       (MAP) scores at or below the established floor based upon the two (2) latest DESE
       generated Annual Performance Reports (APRs).
    B. The district is in compliance with all Resource and Process Standards and Indicators
       listed in the Waiver Checklist.

If a district fails to meet the waiver criteria or the district no longer complies with the specific laws
and rules referred to in the Waiver Checklist, the district will be scheduled for an on-site review.
For districts' receiving a waiver of its regularly scheduled five year MSIP review, DESE conducts
a mini-team review to focus on the areas identified in the MSIP Waiver Plan.

The Springfield Public School District's 2005-2006 MSIP Waiver Review visit was conducted on
April 3, 2006 by Dr. Dennis Cooper, DESE area state supervisor. This visit involved a review of
evidence of district compliance with state standards, a visit to Kraft Administrative Center, the
General Services Center and three randomly selected school sites. Schools visited were;
Parkview High School, Study Middle School and Eugene Field Elementary. According to the
Missouri School Improvement Program Mini-Review Waiver Plan Checklist (2005-2006), the
Springfield R-XII School district met all requirements as outlined in the MSIP Waiver Plan
including the following items:

- All MSIP Resource Standards and Indicators (MSIP1.3 and 5.1)
- All MSIP Process Standards and Indicators (MSIP 6.1.1, 8.3.5, 6.2.6, 7.1, 7.3, 7.7, 6.6.1,
  6.7, 8.3.4, 8.4.3, 8.5, 8.2, 8.10, 8.6, 8.11, 8.13)

This waiver is renewable for five consecutive years if the District continues to meet the following
requirements:

- Identified as *Meets Standards* on Accredited level of APR performance indicators
- Complies with all items on the MSIP Waiver Plan
- Annually reviews the District's Comprehensive School Improvement Plan (CSIP) and
  submits revisions to DESE.

29

EXHIBIT_____28_____

PAGE_____463_____

## ADEQUATE YEARLY PROGRESS (AYP) 2005, 2006, and 2007

| Elementary School | 2005 Comm. Arts | 2006 Comm. Arts | 2007 Comm. Arts | 2005 Math | 2006 Math | 2007 Math | 2006 Additional Indicator | 2007 Additional Indicator | Overall Area(s) Not Met in 2007 | Groups or Additional Indicator Area Not Met in 2007 |
|---|---|---|---|---|---|---|---|---|---|---|
| Bingham* | Met | Met | Not Met | Met | Met | Met | Met | Met | Comm. Arts | F/R Lunch |
| Bissett* | Met | Not Met | Not Met | Met | Met | Met | Met | Met | Comm. Arts | F/R Lunch |
| Bowerman* | Met | Met | Not Met | Met | Met | Met | Met | Met | Comm. Arts | Total, White, and F/R Lunch |
| Boyd* | Met | Met | Not Met | Met | Met | Met | Met | Met | Comm. Arts | F/R Lunch |
| Campbell* | Met | Met | Met | Met | Met | Met | Met | Met | | |
| Cowden* | Met | Met | Met | Met | Met | Met | Met | Met | | |
| Delaware | Met | Met | Met | Met | Met | Met | Met | Met | | |
| Disney | Met | Met | Met | Met | Met | Met | Met | Met | | |
| Field | Met | Met | Met | Met | Met | Met | Met | Met | | |
| Fremont* | Met | Met | Met | Met | Met | Met | Met | Met | | |
| Gray | Met | Met | Met | Met | Met | Met | Met | Met | | |
| Hickory Hills | Met | Met | Met | Met | Met | Met | Met | Met | | |
| Holland* | Met | Met | Met | Met | Met | Met | Met | Met | | |
| Jeffries | Met | Met | Met | Met | Met | Met | Met | Met | | |
| Mann | Met | Met | Met | Met | Met | Met | Met | Met | | |
| McBride | Met | Met | Met | Met | Met | Met | Met | Met | | |
| McGregor* | Met | Not Met | Not Met | Met | Met | Not Met | Met | Met | Comm. Arts and Math | F/R Lunch in Comm. Arts; Total and F/R Lunch in Math |
| Pershing | Met | Met | Met | Met | Met | Met | Met | Met | | |
| Pittman* | Met | Met | Met | Met | Met | Met | Met | Met | | |
| Pleasant View | Met | Met | Met | Met | Met | Met | Met | Met | | |
| Portland* | Met | Met | Met | Met | Met | Met | Met | Met | | |
| Robberson* | Met | Not Met | Met | Met | Met | Met | Met | Met | | |
| Rountree | Met | Met | Met | Met | Met | Met | Met | Met | | |
| Sequiota | Met | Met | Met | Met | Met | Met | Met | Met | | |
| Sherwood | Met | Met | Met | Met | Met | Met | Met | Met | | |
| Sunshine* | Met | Met | Met | Met | Met | Met | Met | Met | | |

*Additional indicator was added in 2006; it is attendance rate for elementary and middle schools and graduation rate for high schools.*
*Indicates a Title I school during 2006-2007.

EXHIBIT 28
PAGE 464

29

## ADEQUATE YEARLY PROGRESS (AYP) 2005, 2006, and 2007

| Elementary School | 2005 Comm. Arts | 2006 Comm. Arts | 2007 Comm. Arts | 2005 Math | 2006 Math | 2007 Math | 2006 Additional Indicator | 2007 Additional Indicator | Overall Area(s) Not Met in 2007 | Groups or Additional Indicator Area Not Met in 2007 |
|---|---|---|---|---|---|---|---|---|---|---|
| Truman | Met | Met | Met | Met | Met | Met | Met | Met | | |
| Twain* | Met | Met | Met | Met | Met | Met | Met | Met | | |
| Watkins* | Met | Met | Not Met | Met | Met | Met | Met | Met | Comm. Arts | F/R Lunch |
| Weaver* | Not Met | Met | Met | Met | Met | Met | Met | Met | | |
| Weller* | Met | Met | Met | Met | Met | Met | Met | Met | | |
| Westport* | Not Met | Met | Not Met | Met | Met | Met | Met | Met | Comm. Arts | F/R Lunch |
| Wilder | Met | Met | Met | Met | Met | Met | Met | Met | | |
| Williams* | Met | Met | Not Met | Met | Met | Met | Met | Met | Comm. Arts | F/R Lunch |
| York* | Met | Met | Not Met | Met | Met | Met | Met | Met | Comm. Arts | White |

*Additional indicator was added in 2006; it is attendance rate for elementary and middle schools and graduation rate for high schools.*

*Indicates a Title I school during 2006-2007.

EXHIBIT 405
PAGE 28

30

ADEQUATE YEARLY PROGRESS (AYP) 2005, 2006, and 2007

| Middle or High School | 2005 Comm. Arts | 2006 Comm. Arts | 2007 Comm. Arts | 2005 Math | 2006 Math | 2007 Math | 2006 Additional Indicator | 2007 Additional Indicator | Overall Area(s) Not Met in 2007 | Groups or Additional Indicator Area Not Met in 2007 |
|---|---|---|---|---|---|---|---|---|---|---|
| Carver | Met | Met | Met | Met | Met | Met | Met | Met | | |
| Cherokee | Met | Met | Not Met | Met | Met | Met | Met | Met | Comm. Arts | IEP |
| Hickory Hills | Met | Met | Not Met | Met | Met | Met | Met | Met | Comm. Arts | F/R Lunch |
| Jarrett | Met | Met | Met | Not Met | Met | Met | Met | | | |
| Pershing | Met | Not Met | Not Met | Met | Met | Not Met | Met | Met | Comm. Arts and Math | IEP in Comm. Arts and Math |
| Pipkin* | Not Met | Met | Not Met | Met | Met | Met | Met | Met | Comm. Arts | Black and IEP |
| Pleasant View | Met | Met | Met | Met | Met | Met | Met | Met | | |
| Reed* | Not Met | Not Met | Not Met | Not Met | Not Met | Not Met | Met | Not Met | Comm. Arts, Math, and Additional Indicator | Total, Black, F/R Lunch, and IEP in Comm. Arts; Black and IEP in Math; and Attendance |
| Study* | Met | Met | Not Met | Met | Met | Met | Not Met | Met | Comm. Arts | IEP |
| Wilson's Creek | Met | Met | Met | Met | Met | Met | Met | Met | | |
| Central | Not Met | Met | Met | Not Met | Met | Met | Not Met | Met | | |
| Glendale | Met | Met | Met | Not Met | Met | Met | Not Met | Met | | |
| Hillcrest | Not Met | Met | Not Met | Not Met | Met | Not Met | Not Met | Met | Comm. Arts and Math | F/R Lunch in Comm. Arts and Math |
| Kickapoo | Met | Met | Met | Met | Met | Met | Met | Met | | |
| Parkview | Met | Met | Met | Not Met | Met | Met | Not Met | Not Met | Additional Indicator | Graduation Rate |

*Additional indicator was added in 2006; it is attendance rate for elementary and middle schools and graduation rate for high schools.*

*Indicates a Title I school during 2006-2007.

EXHIBIT 28
PAGE 466

31

## ADEQUATE YEARLY PROGRESS (AYP) 2005, 2006, and 2007

| | 2005 Comm. Arts | 2006 Comm. Arts | 2007 Comm. Arts | 2005 Math | 2006 Math | 2007 Math | 2006 Additional Indicator | 2007 Additional Indicator | Overall Area(s) Not Met in 2007 | Groups or Additional Indicator Area Not Met in 2007 |
|---|---|---|---|---|---|---|---|---|---|---|
| District | Not Met | Not Met | Not Met | Met | Met | Not Met | Met Attendance/ Not Met Graduation Rate | Met Attendance/ Met Graduation Rate | Comm. Arts and Math | Black, Hispanic, F/R Lunch, IEP, and LEP in Comm. Arts; Black, IEP, and LEP in Math |

| | 2005 Comm. Arts | 2006 Comm. Arts | 2007 Comm. Arts | 2005 Math | 2006 Math | 2007 Math | 2006 Additional Indicator | 2007 Additional Indicator |
|---|---|---|---|---|---|---|---|---|
| | Met | Met | Met | Met | Met | Met | Met | Met |
| High Schools | 3/5 | 5/5 | 4/5 | 1/5 | 5/5 | 4/5 | 1/5 | 4/5 |
| Middle Schools | 7/9 | 8/10 | 4/10 | 7/9 | 9/10 | 8/10 | 9/10 | 9/10 |
| Elementary Schools | 35/37 | 33/36 | 26/35 | 37/37 | 36/36 | 34/35 | 36/36 | 35/35 |

EXHIBIT 28
PAGE 467

# SPRINGFIELD PUBLIC SCHOOLS
## ACCOUNTABILITY PROCESS

Educational reform efforts, most notably the No Child Left Behind Act (NCLB), highlight the need for public education to produce and showcase quantifiable results on tests and other achievement indicators. A review of research literature indicates that educational performance is heightened when individuals understand what is to be measured and why. Such a process is commonly referred to as "accountability." An accountability process that measures progress is a good thing, but it cannot be an end unto itself.  It must result in improvements. Research indicates customers of educational systems have a direct agenda in terms of educational accountability. They want to know:

- How are our kids doing?
- Are our schools improving and succeeding?
- What works to help our students learn?

The accountability goal of the Springfield Public School District is to systematically set goals, define strategies to reach those goals and monitor progress in achieving goals. The commitment of Springfield Public Schools to continuous improvement will be reflected in the Accountability process. A comprehensive accountability process provides continuous feedback to help school leaders systematically investigate which elements help school professionals and students perform more effectively.

The school district has identified three district system-wide goals:

1. Improve student achievement: All students will demonstrate proficiency or higher in math, reading, and writing.
2. Improve graduation rate: Students will persist in their effort to complete an educational program.
3. Ensure effective and efficient use of resources: High quality, fiscally responsible services will be provided.

In addition, the district identified performance indicators critical to meeting district goals. These indicators help the district know what it must do to be viewed as being successful by the public it serves. In addition, performance measurements have been established to ensure expectations are met. Measurements will be used to ensure the district commitment to continuous improvement is in place and ongoing.

### Revision to the 2001-2005 District Accountability Plan

Initiated in the fall of 2005, a priority of the process to revise the current district Accountability Plan was to ensure alignment with a systems approach to continuous quality improvement. In January 2006, district leaders provided the following as guidance to what district accountability should include:

- Multiple indicators demonstrating improvement and or successes
- Meaningful measures of students performance
- Opportunity to communicate outcomes to community stakeholders
- Align new accountability process with current practice and processes

33

EXHIBIT 28

PAGE 468

**Revision Process**

Revised components of district accountability were developed by the Accountability Planning and Development committee (APDC). This committee served as the "architect" of the revision process and utilized district mission, vision, goals and needs assessment information to design and develop revisions. Meetings of the APDC began in April 2006 and continue to date. This committee is also responsible for coordinating, and facilitating the work of the Accountability Process Advisory Committee (APAC).

The APAC was established to act as a collaborative body created for the purpose of reviewing, reflecting and responding to proposed revisions to the former district accountability process. The first meeting of the APAC was held September 7, 2006, and continued bi-monthly throughout the 2006-2007 school year. Representatives from school constituents, including students, teachers, administrative staff, parents, community members and representatives from local institutions of higher education made up the APAC.

**Accountability Process Guiding Principles**

As recommended by Reeves (2004) in *Accountability in Action: A Blueprint for Learning Organizations*, the Springfield Public Schools' APDC and APAC established the following as guiding principles of the district accountability revision process.

The

| Accountability Process Guiding Principles | |
|---|---|
| Congruence | The Accountability process provides a framework to align and develop consistency among all district programs, plans, documents and systems. It is especially important to ensure that systems for rewards and incentives and employee evaluation are consistent with the Accountability process. |
| Respect for Diversity | The Accountability process establishes high expectations for performance, continuous improvement and equity at all schools. However, there are many differences among schools, programs, learning styles, school culture and many different strategies for achieving and measuring success. |
| Accuracy | The Accountability process must be accurate. This means that the measurements are correct, used appropriately and measure the right thing. |
| Specificity | The Accountability process must be specific and focused on the practice of teachers and leaders, not just test scores. Expectations must be clearly stated and feedback must be specific enough to be helpful. |
| Feedback for Continuous Improvement | The Accountability process must support the frequent delivery of data that is specific, ongoing and timely. Accountability data is used to inform improvement decisions and build capacity within the system. |
| Universality | Consistent with the district mission: "Springfield Public Schools exists for the academic excellence of all students," the principle of accountability must be applied to all stakeholders. |
| Fairness | To be fair, the Accountability process must be clearly communicated, consistently applied, and expectations must be realistic yet challenging. |

revised district accountability process will provide board members, the superintendent, the school

EXHIBIT ___28___

PAGE ___469___

community and public with a combination of specific system wide and school level performance data,
along with school level qualitative and narrative information. Some indicators may be used to report
student achievement, while others will be used to track levels of improvement within the system and
individual schools.

**Accountability Planning and Development and Accountability Process Advisory Committee –
Committee Outcomes**

The work of the APAC enabled the ADPC to identify what accountability information is important to
district students, staff, parents and stakeholders. The work of the accountability committees supported
the need for and played a vital role in district endeavors to ensure accountability results are readily
available for students, staff, parents and community stakeholders. Committee feedback was utilized by
district staff to pursue the purchase of a district data warehouse and on-line student assessment
program. These two critical software packages will allow each school the ability to easily produce and
display an "accountability dashboard" on their school website. The district data warehouse, a data
collection repository, will be purchased and implemented during the 2007-2008 school year. The on-
line student assessment package will be purchased during the 2007-2008 school with initial
implementation beginning as early as spring of 2008.

35

EXHIBIT ___28___

PAGE ___470___

## SPRINGFIELD PUBLIC SCHOOL DISTRICT
## FINANCIAL OVERVIEW 2006-2007

### _Average per pupil expenditure_

Average per pupil expenditure for the district as a whole is calculated by taking the current expenditure (as defined by Section 163.011 RSMo), divided by the average daily attendance (including summer school) of resident students:

$171,465,071.71 ÷ 22,315.24 = $ 7,683.76 average pupil expenditure (per Financial Services)

**_Voted Tax Rates_** (per Financial Services)

|  | General Fund | Special (Teachers) Fund | Debt | Total |
|---|---|---|---|---|
| Unadjusted tax levy | $1.7299 | $1.3157 | $0.5100 | $3.5556 |
| Adjusted tax levy | $1.7299 | $1.3157 | $0.5100 | $3.5556 |

**District Assessed Valuation** (per Missouri Department of Elementary and Secondary Education)

December 31, 2005   $2,700,473,892
December 31, 2006   $2,802,422,970



**Sources of District Operating Revenue 2006-2007**

Federal 10.6%
Other 0.2%
State 25.1%
County 1.3%
Local 62.8%

**_District's Operating Revenue for 2006-2007_** (per Financial Services)
[without bond, debt, and activity funds]

| Local | $115,891,463 | 62.8% |
|---|---|---|
| County | $2,453,899 | 1.3% |
| State | $46,377,056 | 25.1% |
| Federal | $19,645,545 | 10.6% |
| Other | $279,876 | 0.2% |
| **Total Revenue** | **$184,647,839** | **100.0%** |

36

EXHIBIT _28_
PAGE _471_

## AMOUNT OF EXPENDITURE BY AVERAGE DAILY ATTENDANCE
## 2006-2007 SCHOOL YEAR

| Elementary Building | Amount of Expenditure Per Average Daily Attendance | Middle School Building | Amount of Expenditure Per Average Daily Attendance |
|---|---|---|---|
| Bingham Elementary | $7,821.80 | Carver Middle School | $7,496.46 |
| Bissett Elementary | $7,677.42 | Cherokee Middle School | $6,973.07 |
| Bowerman Elementary | $8,959.15 | Hickory Hills Middle School | $7,123.32 |
| Boyd Elementary | $9,455.47 | Jarrett Middle School | $7,784.43 |
| Campbell Elementary | $8,379.77 | Pershing Middle School | $6,887.85 |
| Cowden Elementary | $8,774.78 | Pipkin Middle School | $9,316.96 |
| Delaware Elementary | $13,620.34 | Pleasant View Middle School | $7,240.72 |
| Disney Elementary | $7,210.88 | Reed Middle School | $8,445.39 |
| Field Elementary | $7,687.14 | Study Middle School | $8,809.70 |
| Fremont Elementary | $8,393.66 | Wilson's Creek | $6,965.50 |
| Gray Elementary | $6,754.48 | | |
| Hickory Hills Elementary | $6,901.25 | **High School Building** | |
| Holland Elementary | $9,229.02 | Central High School | $7,896.12 |
| Jeffries Elementary | $7,471.52 | Glendale High School | $7,022.51 |
| Mann Elementary | $7,889.14 | Hillcrest High School | $8,087.21 |
| McBride Elementary | $6,423.43 | Kickapoo High School | $6,986.05 |
| McGregor Elementary | $8,636.83 | Parkview High School | $7,610.12 |
| Pershing Elementary | $8,208.14 | | |
| Pittman Elementary | $8,586.32 | | |
| Pleasant View Elementary | $7,376.46 | | |
| Portland Elementary | $8,288.31 | | |
| Robberson Elementary | $7,774.46 | | |
| Rountree Elementary | $7,453.32 | | |
| Sequiota Elementary | $7,259.07 | | |
| Sherwood Elementary | $7,044.42 | | |
| Sunshine Elementary | $7,678.07 | | |
| Truman Elementary | $7,700.13 | | |
| Twain Elementary | $7,524.07 | | |
| Watkins Elementary | $7,740.87 | | |
| Weaver Elementary | $7,638.29 | | |
| Weller Elementary | $7,903.05 | | |
| Westport Elementary | $8,116.72 | | |
| Wilder Elementary | $7,274.29 | | |
| Williams Elementary | $8,936.63 | | |
| York Elementary | $7,927.79 | | |

37

EXHIBIT ___28___

PAGE ___472___

## SEPTEMBER ENROLLMENTS
### 1998-2007

| ELEMENTARY | 1998 | 1999 | 2000 | 2001 | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 |
|---|---|---|---|---|---|---|---|---|---|---|
| Bingham | 468 | 403 | 392 | 415 | 356 | 373 | 373 | 370 | 392 | 374 |
| Bissett | 265 | 251 | 248 | 255 | 271 | 234 | 247 | 260 | 254 | 237 |
| Bowerman | 263 | 253 | 259 | 223 | 252 | 235 | 210 | 231 | 245 | 264 |
| Boyd | 207 | 162 | 177 | 165 | 162 | 162 | 141 | 155 | 165 | 174 |
| Campbell | 245 | 229 | 238 | 229 | 253 | 227 | 233 | 218 | 209 | 200 |
| Cowden | 263 | 249 | 284 | 246 | 238 | 244 | 253 | 250 | 247 | 256 |
| Delaware | 254 | 230 | 209 | 221 | 222 | 170 | 197 | 211 | 206 | 218 |
| Disney | 636 | 646 | 636 | 652 | 637 | 580 | 581 | 573 | 566 | 532 |
| Doling | 175 | 164 | 147 | — | — | — | — | — | — | — |
| Fairbanks | 243 | 257 | 247 | 212 | 176 | 168 | 178 | — | — | — |
| Field | 415 | 392 | 399 | 369 | 341 | 317 | 279 | 326 | 344 | 374 |
| Fremont | 182 | 161 | 165 | 155 | 177 | 170 | 161 | 169 | 159 | 150 |
| Gray | 556 | 559 | 572 | 594 | 591 | 593 | 627 | 576 | 550 | 526 |
| Hickory Hills | 322 | 367 | 322 | 350 | 330 | 267 | 276 | 279 | 259 | 275 |
| Holland | 230 | 247 | 251 | 225 | 234 | 248 | 225 | 242 | 245 | 235 |
| Jeffries | 496 | 481 | 519 | 450 | 461 | 505 | 476 | 487 | 510 | 500 |
| Mann | 519 | 501 | 449 | 432 | 406 | 401 | 439 | 436 | 421 | 432 |
| McBride | 283 | 310 | 369 | 495 | 563 | 613 | 660 | 598 | 614 | 598 |
| McGregor | 261 | 241 | 228 | 176 | 202 | 295 | 302 | 332 | 304 | 347 |
| Pepperdine | 167 | 166 | 160 | 137 | — | — | — | — | — | — |
| Pershing | 160 | 165 | 166 | 163 | 138 | 156 | 137 | 164 | 163 | 151 |
| Pittman | 324 | 306 | 299 | 321 | 306 | 293 | 286 | 306 | 297 | 296 |
| Pleasant View | 271 | 279 | 278 | 260 | 244 | 245 | 255 | 253 | 244 | 238 |
| Portland | 242 | 249 | 237 | 257 | 227 | 225 | 210 | 213 | 223 | 235 |
| Robberson | 193 | 210 | 218 | 200 | 269 | 282 | 282 | 259 | 266 | 277 |
| Rountree | 294 | 283 | 268 | 251 | 266 | 276 | 261 | 256 | 252 | 243 |
| Sequiota | 260 | 265 | 264 | 288 | 287 | 341 | 344 | 375 | 376 | 380 |
| Shady Dell | 184 | 165 | 163 | 156 | 170 | 136 | 153 | 127 | — | — |
| Sherwood | 328 | 331 | 307 | 312 | 249 | 246 | 265 | 289 | 298 | 306 |
| Sunshine | 220 | 209 | 200 | 210 | 196 | 194 | 183 | 183 | 193 | 173 |
| Truman | 329 | 333 | 309 | 316 | 269 | 267 | 273 | 312 | 327 | 315 |
| Twain | 521 | 496 | 524 | 505 | 511 | 488 | 510 | 463 | 481 | 464 |
| Watkins | 247 | 248 | 265 | 278 | 284 | 278 | 273 | 260 | 268 | 241 |
| Weaver | 182 | 168 | 165 | 149 | 149 | 143 | 130 | 287 | 291 | 289 |
| Weller | 273 | 252 | 226 | 254 | 237 | 232 | 224 | 211 | 318 | 306 |
| Westport | 583 | 558 | 529 | 556 | 494 | 468 | 450 | 453 | 461 | 442 |
| Wilder | 437 | 459 | 455 | 453 | 476 | 390 | 361 | 338 | 362 | 339 |
| Williams | 252 | 218 | 192 | 294 | 284 | 337 | 291 | 313 | 292 | 290 |
| Wilson's Creek (5th) | — | — | — | — | — | — | — | 225 | 235 | 249 |
| York | 248 | 242 | 244 | 254 | 254 | 244 | 222 | 204 | 194 | 216 |
| Elementary Total | 11,998 | 11,705 | 11,580 | 11,478 | 11,182 | 11,041 | 10,968 | 11,204 | 11,231 | 11,142 |

38

EXHIBIT _28_

PAGE _473_

### SEPTEMBER ENROLLMENTS
### 1998-2007

| MIDDLE SCHOOL | 1998 | 1999 | 2000 | 2001 | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 |
|---|---|---|---|---|---|---|---|---|---|---|
| Carver | 728 | 699 | 684 | 701 | 699 | 761 | 805 | 788 | 711 | 664 |
| Central MYSP | -- | -- | -- | -- | 97 | 120 | 119 | 115 | 119 | 117 |
| Cherokee | 821 | 880 | 888 | 919 | 945 | 962 | 954 | 714 | 721 | 644 |
| Hickory Hills | 619 | 601 | 578 | 613 | 603 | 557 | 539 | 476 | 470 | 466 |
| Jarrett | 651 | 648 | 605 | 554 | 588 | 606 | 595 | 584 | 572 | 545 |
| Pershing | 709 | 713 | 691 | 694 | 704 | 776 | 780 | 757 | 783 | 734 |
| Pipkin | 530 | 484 | 490 | 520 | 567 | 555 | 554 | 548 | 531 | 535 |
| Pleasant View | 506 | 514 | 522 | 501 | 468 | 445 | 399 | 377 | 367 | 362 |
| Reed | 555 | 536 | 521 | 544 | 568 | 589 | 619 | 543 | 547 | 498 |
| Study | 589 | 559 | 579 | 582 | 573 | 525 | 473 | 416 | 404 | 379 |
| Wilson's Creek (6th) | -- | -- | -- | -- | -- | -- | -- | 221 | 231 | 337 |
| Middle School Total | 5,708 | 5,634 | 5,558 | 5,628 | 5,812 | 5,896 | 5,837 | 5,539 | 5,456 | 5,301 |

| HIGH SCHOOL | 1998 | 1999 | 2000 | 2001 | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 |
|---|---|---|---|---|---|---|---|---|---|---|
| Bailey | -- | -- | -- | -- | 78 | 81 | -- | -- | -- | -- |
| Central | 1,018 | 1,093 | 1,145 | 1,224 | 1,238 | 1,253 | 1,319 | 1,408 | 1,429 | 1,407 |
| Glendale | 1,498 | 1,508 | 1,516 | 1,525 | 1,532 | 1,483 | 1,517 | 1,549 | 1,537 | 1,445 |
| Hillcrest | 1,306 | 1,370 | 1,330 | 1,272 | 1,249 | 1,233 | 1,250 | 1,204 | 1,264 | 1,219 |
| Kickapoo | 1,783 | 1,731 | 1,793 | 1,750 | 1,752 | 1,773 | 1,714 | 1,760 | 1,766 | 1,719 |
| Parkview | 1,427 | 1,422 | 1,518 | 1,521 | 1,513 | 1,525 | 1,514 | 1,594 | 1,574 | 1,569 |
| High School Total | 7,032 | 7,124 | 7,302 | 7,292 | 7,362 | 7,348 | 7,314 | 7,515 | 7,570 | 7,359 |
| DISTRICT TOTAL | 24,738 | 24,463 | 24,440 | 24,398 | 24,356 | 24,285 | 24,119 | 24,258 | 24,257 | 23,802 |

EXHIBIT 28

PAGE 474



EXHIBIT 22
PAGE 415

## GRADE DISTRIBUTION SUMMARY
## 2006-2007

### MIDDLE SCHOOL DIVISION

| School | Grades | | | | | |
|---|---|---|---|---|---|---|
| | A | B | C | D | F | *Passed |
| Carver | 44% | 27% | 14% | 5% | 3% | 7% |
| Cherokee | 48% | 25% | 15% | 7% | 4% | 1% |
| Hickory Hills | 49% | 26% | 14% | 6% | 4% | 0% |
| Jarrett | 42% | 24% | 17% | 9% | 7% | 0% |
| Pershing | 47% | 30% | 15% | 5% | 3% | 0% |
| Pipkin | 25% | 27% | 20% | 13% | 13% | 1% |
| Pleasant View | 50% | 26% | 14% | 6% | 2% | 1% |
| Reed | 33% | 29% | 18% | 8% | 8% | 4% |
| Study | 37% | 27% | 17% | 8% | 7% | 4% |
| Wilson's Creek (6th grade only) | 56% | 28% | 10% | 4% | 2% | 0% |
| **Middle School Totals** | **42%** | **27%** | **16%** | **7%** | **6%** | **2%** |

*Passed: Middle School Exploratory Classes are graded Pass/Fail

### SENIOR HIGH DIVISION

| School | Grades | | | | | |
|---|---|---|---|---|---|---|
| | A | B | C | D | F | Passed |
| Central (includes Central MYSP) | 37% | 24% | 18% | 10% | 11% | n/a |
| Glendale | 50% | 23% | 13% | 7% | 6% | n/a |
| Hillcrest | 41% | 22% | 16% | 11% | 10% | n/a |
| Kickapoo | 49% | 24% | 14% | 7% | 5% | n/a |
| Parkview | 34% | 24% | 20% | 12% | 10% | n/a |
| **High School Totals** | **43%** | **23%** | **16%** | **9%** | **8%** | **n/a** |
| **District Totals** | **43%** | **25%** | **16%** | **8%** | **7%** | **1%** |

41

EXHIBIT ____28____

PAGE ____476____

## REPORT OF DISCIPLINARY ACTIONS FOR THE 2006-2007 SCHOOL YEAR

| Elementary School | Number of Incidents Resulting in a Suspension | | Number of Students Suspended | | Percentage of Students Not Suspended* | |
|---|---|---|---|---|---|---|
| | In-School | Out-of-School | In-School | Out-of-School | In-School | Out-of-School |
| Bingham | 52 | 41 | 31 | 19 | 94.4% | 96.6% |
| Bissett | 44 | 40 | 20 | 14 | 94.4% | 96.1% |
| Bowerman | 33 | 19 | 18 | 9 | 95.1% | 97.6% |
| Boyd | 23 | 31 | 16 | 15 | 94.2% | 94.5% |
| Campbell | 2 | 1 | 2 | 1 | 99.4% | 99.7% |
| Cowden | 20 | 26 | 11 | 10 | 97.4% | 97.7% |
| Delaware | 0 | 3 | 0 | 2 | 100.0% | 99.4% |
| Disney | 22 | 1 | 14 | 1 | 98.0% | 99.9% |
| Field | 5 | 2 | 5 | 2 | 98.8% | 99.5% |
| Fremont | 41 | 20 | 24 | 13 | 90.0% | 94.6% |
| Gray | 19 | 6 | 11 | 4 | 98.5% | 99.4% |
| Hickory Hills | 12 | 3 | 10 | 2 | 97.3% | 99.5% |
| Holland | 11 | 11 | 8 | 8 | 97.6% | 97.6% |
| Jeffries | 87 | 19 | 40 | 13 | 94.9% | 98.3% |
| Mann | 61 | 9 | 40 | 9 | 93.6% | 98.6% |
| McBride | 14 | 4 | 9 | 4 | 98.8% | 99.5% |
| McGregor | 101 | 26 | 48 | 9 | 91.1% | 98.3% |
| Pershing | 39 | 10 | 24 | 5 | 89.3% | 97.8% |
| Pittman | 38 | 7 | 27 | 4 | 94.4% | 99.2% |
| Pleasant View | 30 | 5 | 16 | 5 | 95.0% | 98.5% |
| Portland | 16 | 13 | 7 | 7 | 98.0% | 98.0% |
| Robberson | 5 | 17 | 5 | 10 | 98.8% | 97.6% |
| Rountree | 39 | 7 | 21 | 6 | 94.6% | 98.5% |
| Sequiota | 5 | 4 | 5 | 4 | 98.9% | 99.2% |
| Sherwood | 4 | 1 | 4 | 1 | 99.0% | 99.8% |
| Sunshine | 13 | 11 | 12 | 7 | 95.7% | 97.5% |
| Truman | 19 | 2 | 16 | 2 | 96.3% | 99.5% |
| Twain | 89 | 32 | 40 | 19 | 94.1% | 97.2% |
| Watkins | 18 | 18 | 15 | 11 | 96.4% | 97.3% |
| Weaver | 23 | 14 | 19 | 8 | 95.4% | 98.1% |
| Weller | 36 | 10 | 22 | 5 | 95.4% | 98.9% |
| Westport | 52 | 61 | 30 | 23 | 95.7% | 96.7% |
| Wilder | 10 | 15 | 9 | 7 | 98.1% | 98.5% |
| Williams | 24 | 18 | 15 | 11 | 96.9% | 97.8% |
| York | 23 | 13 | 17 | 8 | 95.5% | 97.9% |
| Elem. Totals | 1,030 | 520 | 611 | 278 | 96.2% | 98.3% |

*Using 2006-2007 cumulative enrollment figures.

42

EXHIBIT ___28___

PAGE ___477___

## REPORT OF DISCIPLINARY ACTIONS FOR THE 2006-2007 SCHOOL YEAR

| Middle School | Number of Incidents Resulting in a Suspension | | Number of Students Suspended | | Percentage of Students Not Suspended* | |
|---|---|---|---|---|---|---|
| | In-School | Out-of-School | In-School | Out-of-School | In-School | Out-of-School |
| Carver | 214 | 99 | 106 | 59 | 87.6% | 93.1% |
| Cherokee | 184 | 49 | 88 | 30 | 89.5% | 96.3% |
| Hickory Hills | 462 | 149 | 142 | 77 | 75.6% | 86.8% |
| Jarrett | 382 | 102 | 158 | 64 | 78.6% | 91.4% |
| Pershing | 323 | 209 | 132 | 80 | 85.5% | 91.2% |
| Pipkin | 361 | 464 | 155 | 158 | 79.2% | 78.8% |
| Pleasant View | 248 | 56 | 98 | 31 | 76.4% | 92.5% |
| Reed | 637 | 342 | 172 | 107 | 76.6% | 85.4% |
| Study | 381 | 203 | 158 | 101 | 74.0% | 83.4% |
| Wilson's Creek | 64 | 19 | 32 | 12 | 94.0% | 97.7% |
| Middle School Totals | 3,246 | 1,692 | 1,239 | 719 | 82.2% | 89.6% |

| High School | Number of Incidents Resulting in a Suspension | | Number of Students Suspended | | Percentage of Students Not Suspended* | |
|---|---|---|---|---|---|---|
| | In-School | Out-of-School | In-School | Out-of-School | In-School | Out-of-School |
| Central | 726 | 529 | 339 | 267 | 82.1% | 85.9% |
| Glendale | 1,501 | 234 | 402 | 135 | 76.4% | 92.1% |
| Hillcrest | 1,908 | 513 | 573 | 275 | 62.5% | 82.0% |
| Kickapoo | 1,528 | 529 | 447 | 247 | 78.1% | 87.9% |
| Parkview | 1,600 | 291 | 629 | 205 | 67.6% | 89.5% |
| High School Totals | 7,263 | 2,096 | 2,390 | 1,129 | 73.8% | 87.6% |

| | Number of Incidents Resulting in a Suspension | | Number of Students Suspended | | Percentage of Students Not Suspended* | |
|---|---|---|---|---|---|---|
| | In-School | Out-of-School | In-School | Out-of-School | In-School | Out-of-School |
| DISTRICT TOTALS | 11,539 | 4,308 | 4,240 | 2,126 | 86.8% | 93.4% |

* Using 2006-2007 cumulative enrollment figures.

43

EXHIBIT _____28_____

PAGE _____478_____

**Exhibit 29**

# FILED UNDER SEAL
# PURSUANT TO PROTECTIVE ORDER

**Exhibit 30**

# FILED UNDER SEAL
# PURSUANT TO PROTECTIVE ORDER

**Exhibit 31**

**FILED UNDER SEAL
PURSUANT TO PROTECTIVE ORDER**

**Exhibit 32**

www.rileywelch.com

# RILEYWELCH AGINSKY
## &
### FORENSIC DOCUMENT EXAMINATIONS, Inc.
P.O. Box 80225, Lansing, Michigan 48908-0225
Telephone (517) 394-1512  Fax (517) 882-2767

Thomas P. Riley, BS
Forensic Document Examiner *, **

Valery N. Aginsky, Ph.D., Ink Chemist
Gregoire P. Michaud, BA, Latent Print Examiner
Felix Adatsi, Ph.D., Toxicologist

Todd W. Welch, BA
Forensic Document Examiner*

February 8, 2008

Diane Cafferata Hutnyan, Esq.
Quinn Emanuel Urquhart Oliver & Hedges LLP
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017
Telephone: (213) 443-3666

      Re:    Bryant v. Mattel

Dear Ms. Hutnyan:

I have examined the following document:

**A-1:**    Official Journal of Notarial Acts comprising handwritten entries dated from 1/15/96 (pages 1 and 2) to 9/14/99 (pages 11 and 12).[1]

## EXAMINATION TASK

I was asked to determine whether the 8/26/99 notation "From 1998 Missouri" was written contemporaneously with the rest of the entry dated 8/26/99 on pages 11 and 12 of document A-1 or whether it was written at a later date.

## QUALIFICATIONS

I am a forensic chemist of 27 years' experience. I am currently employed, as a Forensic Chemist specializing in the field of ink analysis and document dating, with Riley, Welch & Aginsky Forensic Document Examinations, Inc. (formerly known as Riley, Welch & Associates Forensic Document Examinations, Inc.) I received my Ph.D. in Analytical Chemistry in 1980. Prior to joining Riley, Welch & Associates I worked as a senior research chemist with the Forensic

---

[1] Also, I have reviewed the following documents:  the August 30, 2007 Order of Judge Infante;  8 boxes of original Carter Bryant production documents described in Judge Infante's August 30, 2007 Order;  bates numbered photocopies, video and photographs of these documents;  the transcripts of Carter Bryant's depositions taken on 11/4/2004 (Vol. 1), 11/5/2004 (Vol. 2), 11/8/2004 (Vol. 3);  the transcripts of Jacqueline Prince's deposition taken on 12/21/2004.

*Diplomate of the American Board of Forensic Document Examiners, Inc.
**American Society of Questioned Document Examiners

EXHIBIT _____32_____

PAGE _____710_____



Science Center, Ministry of the Interior, Russia. I am experienced in a wide range of examination techniques, but my particular specialty is the analysis and dating of ink on documents by Thin-Layer Chromatography and Gas Chromatography-Mass Spectrometry. I am the author of more than 20 peer-reviewed articles on ink analysis and dating, including chapters in three books and two encyclopedias.

A copy of my curriculum vitae showing further details of my professional history and a list of my professional publications is attached hereto as Exhibit "VNA-1."

In the past five years I have been deposed in my capacity as an expert fifteen times and have testified at trial and hearings as an expert on thirteen occasions, a list of which is attached hereto as Exhibit "VNA-2." I am being compensated for my work in this case according to my hourly rate, which is outlined in the fee schedule attached hereto as Exhibit "VNA-3."

## REPORT OF LABORATORY EXAMINATION

The addition of extra writing can greatly change the meaning of the wording or the value of a document. Therefore, forensic document examinations are often conducted in order to determine whether two pieces of written text originated from the same pen.

As it is usually preferable not to damage the document, the process of forensic ink comparison always begins with the physical examination of the inks using techniques designed to obtain as much information as possible from the ink (and the document as a whole) by visual examination and other nondestructive means, such as microscopic and infrared absorption examinations.[2] If any of the nondestructive techniques shows that the inks being compared are different, then no additional tests, including more sophisticated chemical tests, are required to prove that the two pieces of the written text did not originate from the same pen.

If the nondestructive techniques cannot discriminate between the inks being compared, then chemical methods are to be used. A few samples of each ink are taken from the paper for their chemical analysis. Chemical methods are more effective for discriminating between inks of the same color than the physical (nondestructive) methods. It is widely accepted in the field of forensic writing ink analysis that a combination of two chemical methods, thin-layer chromatography (TLC) and gas chromatography-mass spectrometry (GC-MS), allows the examiner to retrieve maximum information about the composition of writing ink.

Writing inks are made of colorants (dyes, pigments) and a carrier (vehicle). Oil- and water-based ballpoint ink vehicles consist of two main ingredients – solvents that are used to dissolve or disperse the colorants, and the resins that are used to thicken the inks. TLC analyzes ink colorants (ink colored components) and GC-MS analyzes ink vehicle components (volatile solvents, resins and other noncolored ink components, such as modifiers, lubricants, thickeners, antiseptics, surfactants, by-products, etc.) That is, each of these two chemical methods, TLC and

---

[2] ASTM Standard Guide E1422-05, "Standard Guide for Test Methods for Forensic Writing Ink Comparison." Published January 2006. Originally approved in 1991. Last previous edition approved in 2001 as E 1422 – 01.

EXHIBIT ___32___

PAGE ___511___



GC-MS, can provide only some partial information about the composition of writing ink. In simple terms, TLC can analyze one half of the ink composition (1/2 of the "chemical fingerprint" of an ink), and GC-MS can analyze the other half of the ink composition (the other 1/2 of the "chemical fingerprint" of the ink). Thus, these two methods perfectly complement each other.[3]

The physical and chemical examinations including visual, microscopic, and infrared absorption examinations, TLC, and GC-MS were conducted in the following succession.

## PHYSICAL (NONDESTRUCTIVE OPTICAL) EXAMINATIONS

### VISUAL EXAMINATION

As mentioned above, the insertion of a modifying clause or sentence may change the meaning of a document. Visual examination is an accepted method in the field of forensic document examination that is used to detect insertions (interlineations or additions). To determine that an insertion or addition has been made usually involves a study of the document as a whole.

Two most common indications of the insertion of a handwritten sentence are as follows[4]:

1. The inserted sentence and the balance of the document are written with different inks.

2. Some sentence is either (*A*) inserted between the lines of the initial text (if no sufficient space was available within the initial text) or (*B*) inserted/added immediately after the last line of the initial text (if no sufficient space is available immediately after the last line of the initial text, then the spacing/distance between the inserted sentence and the last line of the text is usually smaller than the spacing between the lines of this text).

All the pages of document A-1 that contained handwritten entries were examined visually (pages 1 through 12; entries dated 1/15/96 through 9/14/99; see Attachment 3). Among these pages, the only place that showed the insertion of material to the initial text was where the notation "From 1998 Missouri" was added to the entry dated 8/26/99 on page 11.[5] The 4 lines of the text "Original sketches of doll idea – characters 6-total = Names are: Zoe, Lupe, Hallidae, Jade, 2 males." appear evenly spaced and, without the presence of the 5th line (the notation "From 1998 Missouri"), they appear to fill up the entire cell of the table on page 11. Thus, a person wishing to add further information to this 4-line entry would have to squeeze the new wording in between the last line of the entry and the printed horizontal line of the cell of the table in a way that would prevent the same even spacing as was in the original entry. Because no sufficient space was available immediately after the last line of the initial 4-line entry, there is almost no spacing

---

[3] Aginsky, V.N. "Using TLC and GC-MS to Determine whether inks Came from the Same Manufacturing Batch," *Journal of the American Society of Questioned Document Examiners*, Vol. 9, No. 1, 2006, pp. 19-27.

[4] Scientific Examination of Questioned Documents / Edited by J.S. Kelly and B.S. Lindblom. – 2nd edition, CRC Press, Taylor & Francis, 2006, pp. 319-335.

[5] There might be other notations on pages 1 through 12 that could have been inserted, but the overall appearance of the other entries on pages 1 through 12 did not suggest later insertion.

EXHIBIT____32

PAGE____512



**R**ILEY**W**ELCH**A**GINSKY
Forensic Document Examinations, Inc.

Ms. Diane Hutnyan                     February 8, 2008                     Page 4 of 8

between the inserted 5th line (the notation "From 1998 Missouri") and the last line of the initial 4-line entry.

## MICROSCOPY

The eye is in itself a powerful scientific instrument capable of discovering much information from an examination of ink on paper. With the aid of glass lenses for magnifying and focusing or a microscope (that uses visual light for illumination), the appearance of a line written on paper gives the document examiner valuable information that may allow discrimination between inks or may individualize the writing instrument through its performance characteristics.

In this examination, 4X and 10X magnifying glasses and a microscope with magnification up to 140X were used. I noted that the width of the ink lines in the notation "From 1998 Missouri" was slightly larger than the width of the ink lines in the rest of the 8/26/99 entry.

The microscopic study did not detect any significant differences between the inks or writing instruments used to produce the notation "From 1998 Missouri" and the surrounding entries written by the Notary Public on pages 11 and 12 of document A-1. This indicates that these inks are either of the same composition (formulation) or of different compositions that cannot be distinguished by the microscopic examination.

## INFRARED ABSORPTION

Inks of the same color (indistinguishable to the naked eye) may differently absorb/reflect invisible radiation beyond the red portion of the visible spectrum. This may allow discrimination between similar (in color) but not identical (in composition) inks. The infrared absorption examination did not detect any differences between the inks used to produce the notation "From 1998 Missouri" and the surrounding entries written by the Notary Public on pages 11 and 12 of document A-1. This indicates that these inks are either of the same composition (formulation) or of different compositions that cannot be distinguished by the infrared absorption examination method.

## CHEMICAL EXAMINATIONS

## SAMPLING

The sampling procedure involved removing portions of the written lines from the entries to be examined. This was accomplished with a hypodermic needle sized hole punch, which removes hole punches of less than 1 mm in diameter. (The bored out ink samples are removed with a plunger). The ink-on-paper samples were taken from 17 areas on pages 11 and 12 of document A-1. The paper blank samples were taken from two areas of paper (on page 11) that did not contain ink. These 17 sets of ink samples and 2 sets of paper blank samples were then analyzed by TLC and GC-MS (as described below). Prior to their analysis by TLC and GC-MS, the samples were kept in my laboratory at normal environmental conditions.[6]

---

[6] Normal room/office humidity and temperature: 72 degrees Fahrenheit plus/minus up to approximately 15 degrees Fahrenheit (i.e. 22°C +/- ca. 8°C).

EXHIBIT ___32___

PAGE ___513___



R<small>ILEY</small>W<small>ELCH</small>A<small>GINSKY</small>
F<small>ORENSIC</small> D<small>OCUMENT</small> E<small>XAMINATIONS, I<small>NC.</small></small>

**Ms. Diane Hutnyan**                          **February 8, 2008**                          **Page 5 of 8**

Black and white copies of pages 11 and 12 from which I took ink samples are attached to this report as Attachments 1 and 2, respectively. On these two attachments, each of the above 17 areas is circled and numbered. The questioned notation "From 1998 Missouri" is numbered as entry "8" (see Attachment 1).

## CHROMATOGRAPHY

Chromatography is used to separate mixtures of substances into their components. Chromatography was discovered in 1901 when Michael S. Tswett separated pigments from chlorophyll using self-made chromatographic columns packed with various adsorbents. This fundamental discovery marked a milestone in the development of chromatographic separation techniques that led to Nobel prizes in chemistry. Today, chromatography has become the main analytical method in the pharmaceutical industry, food analysis, petrochemical analysis (crude oil, gasoline, kerosene, etc.), biochemical research, environmental analysis (e.g., pesticides in drinking water), clinical analysis (e.g., therapeutic drug monitoring, metabolism disorders), toxicology, forensic and doping analysis, and in many other areas. Thin-layer chromatography (TLC) and gas chromatography-mass spectrometry (GC-MS) are 2 chromatographic methods that are most widely used in analytical and forensic science laboratories all over the world.

Both methods, TLC and GC-MS, were used in this examination.

## THIN-LAYER CHROMATOGRAPHY (TLC)

A TLC plate is a sheet of glass or plastic that is coated with a thin layer of a solid adsorbent (usually silica). A sample of the substance to be analyzed is dissolved in an appropriate solvent, and a small amount of the obtained solution is spotted near the bottom of the TLC plate. The TLC plate is then placed in a shallow pool of a solvent in a developing chamber so that only the very bottom of the plate is in the liquid. This liquid, or the eluent, is the mobile phase, and it slowly rises up the TLC plate by capillary action. The components of the sample become separated from one another because of their different degrees of attachment to the coating material (stationary phase) on the plate. The solvent is then allowed to evaporate, and the separated components of the mixture are visualized. If the separated components are colored, visualization is straightforward. If the colorant of ink is a mixture of different dyes, then these dyes are separated on the TLC plate into spots of different colors. Thus, TLC is a very effective method for discriminating between similarly colored inks (if the colorants of the inks consist of different ink dye components that can be separated on the TLC plate).

In this examination, the TLC analysis of the ink samples was conducted as follows. A subset consisting of 3 samples of ink (microplugs) was isolated from each of the above 17 sets of ink samples. Each subset of microplugs was placed into a small glass vial. To each of the vials 2-3 microliters of dimethylformamide were added. The ink was extracted for 30 minutes. The ink extract (visually colorless) was transferred by a capillary pipette to the TLC plate. This transfer process continued until the entire extract had been transferred to the TLC plate (for each sample to be tested). The TLC plate was allowed to air dry and was then placed in a vertical orientation into a developing tank. The tank was a glass enclosure with a removable lid and contained a few milliliters of solution (ethyl acetate – isopropanol – water – acetic acid = 30:15:10:1). After 10 minutes of development the TLC plate was removed from the tank and viewed in both UV (254

EXHIBIT  32

PAGE  104



**RILEY WELCH AGINSKY**
Forensic Document Examinations Inc.

and 365 nm) and white light with the unaided eye. Often similarities and differences in colored (dyes) and non-colored components present and relative proportions of the components are noted resulting in conclusions about the number of different ink formulations within the ink samples examined. In this examination, the TLC analysis of the ink samples showed that none of them contained any extractable ink components that could be seen in the form of separated colored spots on the TLC plate. It indicates that the colorant of the ink(s) within the ink samples examined is either carbon black or another insoluble black pigment. Thus, the TLC analysis did not detect any differences between the inks used to produce the notation "From 1998 Missouri" and the surrounding entries written by the Notary Public on pages 11 and 12 of document A-1. This indicates that these inks are either of the same composition (formulation) or of different compositions that cannot be distinguished by TLC.

GAS CHROMATOGRAPHY-MASS SPECTROMETRY (GC-MS)

GC-MS is a widely accepted analytical method of determining the qualitative composition of multi-component systems. It is routinely used in analytical and forensic science laboratories all over the world.[7]  In the field of forensic document examination, GC-MS is used for discriminating between similarly colored inks that have been made using different ink vehicle components (solvents, resins, modifiers, lubricants, thickeners, antiseptics, surfactants, by-products, etc.)

The procedure of the GC-MS analysis involves vaporizing a sample and sweeping it through a column with a moving stream of gas termed the mobile phase or the carrier gas. Compressed gas cylinders commonly supply the gases. The sample is introduced into the injection port. The most common type of analysis involves the injection of approximately 1 microliter of a liquid sample into a heated injection port, which is interfaced to the capillary column where the actual separation takes place. The capillary column's inner walls are coated with a viscous liquid material (it is called the stationary phase). This inner coating will interact with different molecules to different extents. Those components of the mixture, which weakly interact with the stationary phase, pass more quickly through the column than those compounds, which have strong interactions with the stationary phase. For this reason, different components of the mixture exit the column at different times. As each component of the mixture comes off the column, it is detected by the MS detector. The detector sends a signal to the attached computer, which displays each signal as a peak on a chart. The array of peaks (one peak for each component) is called a chromatogram. A chromatogram obtained for a certain material can be considered as a "chemical fingerprint" of the vehicle components of this material. When GC-MS is used for comparing, say, 10 entries written with similarly colored inks, the chromatograms are recorded for each of the 10 inks, and then these "chemical fingerprints" are compared to determine the number of different ink formulations used to produce the entries.

In this examination, the GC-MS analysis of the ink samples was conducted as follows. A subset consisting of 3 to 5 microplugs was isolated from each of the above 17 sets of ink samples. Each subset of microplugs was placed into a small glass vial. (3 microplugs of the paper blanks were placed into another vial). To each of the vials 2 microliters of chloroform were added. The ink

---

[7] For example, GC-MS is used for separating accelerants in fire residue from suspected arson fires and for the analysis of drugs.

EXHIBIT  32

PAGE  55



RILEYWELCHAGINSKY
Forensic Document Examinations Inc.

**Ms. Diane Hutnyan**                    **February 8, 2008**                    **Page 7 of 8**

was extracted for 30 minutes. The extracts were analyzed using an Agilent 6850 gas chromatograph interfaced with an Agilent 5973N mass selective detector and equipped with a split/splitless injection system.

The GC-MS conditions and parameters were as follows:

Column: HP-5MS, 30 m x 0.25 mm ID x 0.25-micrometer film thickness (cross-linked 5%-phenyl-95%-dimethylpolysiloxane)

Carrier: helium (column flow 1 mL/min)

Oven program: isothermal for 1 min at 35°C, program 15°C/min to 230°C and hold for 7 minutes

Injection: 1 microliter, splitless, T=250°C

Purge on time: 1 minute

GC-MS transfer line: 280°C

The GC-MS analysis revealed the presence of 2 different inks of black color within the ink samples examined: the ink (*ink 1*) used to produce the notation "From 1998 Missouri" on page 11 of document A-1 and the ink (*ink 2*) used to produce the other examined entries on pages 11 and 12 of document **A-1**.

The difference between *ink 1* and *ink 2* revealed by the GC-MS test is that *ink 1* contains a vehicle component (alkyl derivative of cyclohexanol) that is absent in *ink 2*. This result of the GC-MS analysis shows that *ink 1* and *ink 2* are of different compositions.

## SUMMARY OF EXAMINATION RESULTS

I.      The black inks of two different compositions were found among the examined entries appearing on pages 11 and 12 of document A-1:

- *Ink 1:* the ink used to produce the notation "From 1998 Missouri" on page 11 of document A-1 (entry 8; see Attachment 1).

- *Ink 2:* the ink used to produce the remainder of the writing made by the Notary Public on pages 11 and 12 of document A-1 (entries 1 through 7 and 9 through 17; see Attachments 1 and 2).

II.     As considered above, in section Visual Examination, the location of the notation "From 1998 Missouri" on page 11 of document A-1 clearly shows that this notation is squeezed in between the last line of the 8/26/99 entry "Original sketches of doll idea – characters 6-total = Names are: Zoe, Lupe, Hallidae, Jade, 2 males." and the printed horizontal line below it.

EXHIBIT ___32___

PAGE ___516___



**RILEY WELCH AGINSKY**

Forensic Document Examinations, Inc.

Ms. Diane Hutnyan                February 8, 2008                Page 8 of 8

## CONCLUSION

Based on the results of this examination and my professional experience, it is my opinion that the notation "From 1998 Missouri" was written on page 11 of document A-1 at a later time compared to the rest of the 8/26/99 entry written on pages 11 and 12 of document A-1.

It is also my opinion that the most probable sequence of the writing of the entries on pages 11 and 12 of document A-1 was as follows:

1. The entry dated 8/26/99
2. The entry dated 9/14/99
3. The second entry dated 9/14/99
4. The notation "From 1998 Missouri"

## DISPOSITION OF EVIDENCE

The evidence was returned to Mr. Daniel J. Warren, Esq. (Sutherland Asbill & Brennan, LLP, 999 Peachtree Street, Suite 2300, Atlanta, GA 30309) on January 31, 2008 via Federal Express, tracking number 8635 6224 9130.

Very truly yours,

RILEY, WELCH & AGINSKY
FORENSIC DOCUMENT EXAMINATIONS, INC.

Valery N. Aginsky, Ph.D.
Forensic Chemist

Attachments:

Attachment 1 – Reduced copy of page 11 of document A-1
Attachment 2 – Reduced copy of page 12 of document A-1
Attachment 3 – Reduced copies of the cover page and pages 1 through 12 of document A-1
Exhibit "VNA-1" – Curriculum Vitae (incl. List of publications)
Exhibit "VNA-2" – Court Cases and Depositions
Exhibit "VNA-3" – RWAFDE Schedule of Fees

EXHIBIT _____ 32

PAGE _____ 517

**Exhibit 33**

**FILED UNDER SEAL
PURSUANT TO PROTECTIVE ORDER**

**Exhibit 34**

# FILED UNDER SEAL
# PURSUANT TO PROTECTIVE ORDER

**Exhibit 35**

**FILED UNDER SEAL**
**PURSUANT TO PROTECTIVE ORDER**

**Exhibit 36**

**FILED UNDER SEAL**
**PURSUANT TO PROTECTIVE ORDER**

Exhibit 37

**FILED UNDER SEAL**
**PURSUANT TO PROTECTIVE ORDER**

**Exhibit 38**

**FILED UNDER SEAL
PURSUANT TO PROTECTIVE ORDER**