**Exhibit 39**



**first-date guide:** serious or █ see ya? you decide!

# Seventeen

**DECEMBER 1999**

**holiday**
**dreams come true**

**150+**

**GIVE & GET ideas**

**BOY BAND BONUS**
**save-it section of**
**the hottest grou**

**secrets**
**of the** SATs

raise your
cool quotient
best CDs ever

Drew Barrymore
on the mysteries
of Christmas, her
one true friend,
and Lisa Simpson

**glit** **shine,**
**sparkle!**

**TEENS**
**who hit**
**bottom**
www.seventeen.com

**do-it-yourself holiday looks**

"**I was on tour**
with the **Backstreet Boys.**"

0  73917 18620  4   1 2>

U.S. $2.99 Can. $3.50

EXHIBIT ____39____   M 0131043

PAGE ____42____



EXHIBIT 79   M 0131050

PAGE 022

EXHIBIT 79

M 0131051

PAGE 623



EXHIBIT _____ 79

PAGE _____ 624

M 0131123



EXHIBIT ___79___          M 0131173

PAGE ___625___



access

© Valeria F. Martinez Designs Illustrated by Tristan Fiden

EXHIBIT ___39___

PAGE ___626___

M 0131209



EXHIBIT ___39___

PAGE ___427___

M 0131211



# QUIZ: DO CLIQUES RULE YOUR LIFE?

# seventeen

www.seventeen.com

MARCH 2000

# 120 COOL PROM LOOKS

dresses, shoes, bags, jewelry & hair clips



# guy *watch*

Josh Hartnett,
Seth Green,
Ashton Kutcher
and more



U.S. $3.99  Can. $4.50

## ROSWELL'S
### Shiri Appleby Shares Her Fave Photos

## EASIEST-EVER UPDO HOW-TOS

## The Wrong Reasons to Pick a College

## "I WAS A BOY FOR A DAY"

## *his* most embarrassing moments

EXHIBIT 39

PAGE 628

M 0131251



Streetwear. Promwear. Everywhere..

EXHIBIT 39    M 0131270

PAGE 629



# Create Your Own Special FX.
Lips, eyes, cheeks, nails, body.

EXHIBIT _____ 39

M 0131271

PAGE _____ 630

EXHIBIT __39__          M 0131435

PAGE __631__



KIRSTEN DUNST'S PROM DRESS DIARY

# seventeen

www.seventeen.com

APRIL **2000**

IS HE
BOYFRIEND
MATERIAL?

WHAT YOU
THINK ABOUT
SEX
who does what,
where and why?
our national poll

Jessica Simpson
& Nick Lachey

**She says:**
"HE TAKES MY
BREATH AWAY"

**He says:**
"SHE'S MY
SOUL MATE"

MAKEOVER
HEAVEN
your room, your hair,
your clothes

30+
DATE-TIME
FASHION FINDS

U.S. $2.99

0  73917 18620  4   04>

EXHIBIT  39

M 0131508

PAGE  632



New FX Lip Stix and FX Eyes from Streetwear.

# Create Your Own Special FX.

EXHIBIT 39   M 0131536

PAGE 633

Advertisement



**BELLE PEREZ** *Hello World.*

STAY TRUE TO YOUR
GROOVE SWEEPSTAKES

TO KICK OFF THE LAUNCH OF THE BURRITO SNEAKERS,
CONVERSE WANTS TO GIVE ONE LUCKY WINNER A TRIP FOR FOUR
TO SEE PLAYLAND RECORDS' NEW ARTIST BELLE PEREZ IN CONCERT!

Armed with her hot single and debut album, *Hello World*, Belle Perez is on the fast
track to stardom. Her treads of choice as she climbs to the top of the charts? The
Burrito by Converse. This brand-new style boasts a Velcro closure that wraps like a
burrito and two-inch platform heels that give girls a little extra height. Hey, that
could come in handy if *you* win the chance to see Belle perform live!

TO GET IN THE RUNNING, SEND YOUR NAME, ADDRESS, PHONE NUMBER AND BIRTH DATE TO:
Converse Stay True to Your Groove Sweepstakes, c/o seventeen, 850 Third Avenue,
9th Floor, New York, NY 10022. The deadline for entries is April 30, 2000.

## 1 GRAND-PRIZE WINNER
* Score four tickets—and backstage passes—to see Belle Perez in concert, including round-trip
  airfare for everyone to get to the gig and deluxe hotel accommodations for one night!
* Snag an autographed picture and a *Hello World* CD before it's released to the public.*
* Land the Burrito kicks from Converse and a seventeen T-shirt.

## 10 RUNNERS-UP
* Win an autographed picture of Belle Perez and a *Hello World* CD!
* Score Burrito sneaks from Converse.
* Nab a seventeen T-shirt.

*The *Hello World* CD will be
in stores on May 2, 2000.





www.converse.com

The "Converse" All Star" Chuck
Taylor" Ankle Patch is a registered
trademark of Converse Inc.

### EXTRA, EXTRA!

The first 100 readers who
buy the Burrito sneakers
from Journeys and send
in their receipt will score
an autographed photo
and "Hello World" CD
single from Belle Perez!

Just send your receipt to: Belle Perez
Giveaway, c/o seventeen, 850 Third
Avenue, 9th Floor, New York, NY 10022.



Check out
www.journeysshoes.com
for the store nearest you!

**CONVERSE STAY TRUE TO YOUR GROOVE SWEEPSTAKES RULES**

[sweepstakes rules fine print — illegible]

EXHIBIT _____

M 0131583

PAGE _____



EXHIBIT 39

PAGE 635

M 0131596



Robinson's May
Lord & Taylor
Kaufmann's
Filene's
Hecht's

The "Sabena"

www.stevemadden.com 1-888-smadden

FooTWEaR JEansWEaR SPorTSWEaR OUTerWEaR INTIMaTES
HaIRWEaR EyEWEaR HaNDBaGS JEweLRY EYEWEaR BELtS

EXHIBIT 39          M 0131650

PAGE 1430



EXHIBIT 39

PAGE 637

M 0131691



QUIZZES: WHAT'S HE AFTER? • ARE YOU A FELICITY OR A PHOEBE?

# seventeen

SEPTEMBER 2000

www.seventeen.com

## FALL FASHION
*frenzy*

75 shoes to kick off the season
the coat you'll live in
50 fly looks under $50

COLLEGE BOUND
roommate rules
dorm must-haves
meeting guys

6 TEENS WHO MAY CHANGE THE WORLD

OUR SPY DOES
*THE REAL WORLD*

"The first time I pulled the trigger I got a rush"

32 GREAT STYLES TO MATCH EVERY HAIR STYLE

*julia stiles*

10 things you never knew

‖BXBDGDT****CAR-RT SORT**C014
‖SOE1356VO82 4‖280052         JJ
                        JAN 01
SARA SHOEMAKER            VO48
1356 N VALERO ST         ‖3540
CHANDLER       AZ  85225-1600

EXHIBIT ___39___          M 0132480

PAGE ___638___



39

639

M 0132493



EXHIBIT 39

PAGE 640

M 0132498



EXHIBIT 39

PAGE 641

M 0132499



New FX Lip Stix and FX Eyes from Streetwear.
# Create Your Own Special FX.

EXHIBIT _79_        M 0132534

PAGE _642_

## scoop

# *rim shot!*

**Who says guys don't throw passes to girls who wear glasses? Pick one of our pairs for a slam dunk.**

### SPEC-TAILULAR

Wire rims may be the sophisticated big sister in the frame family, but in cool metallics like gold and bronze, they still know how to have fun. Round faces look best in narrow, angular frames (1). Oval frames (2) can soften the lines of a square face.







Everyone knows the tortoise wins the race. Distinctive corners (1 and 2) are a good match for an oblong face.

### FANTASTIC PLASTIC LOVER

For serious attention grabbing—or for a pair you wear only when reading or driving—go with trendsetting glasses in plastic frames. Cat eyes, cool hues and fifties-style funkiness are just a few options that look purr-fect on a triangle-shaped face.




EXHIBIT ___39___          M 0132569

PAGE ___643___