

EXHIBIT 39

644

M 0132638



EXHIBIT 39

PAGE 145

M 0132672



EXHIBIT 39

PAGE 646

M 0132676



EXHIBIT ___39___

PAGE ___647___

M 0132710



EXHIBIT     39

PAGE     648

M 0132724

**Exhibit 40**

# FILED UNDER SEAL
## PURSUANT TO PROTECTIVE ORDER

**Exhibit 41**

**FILED UNDER SEAL**
**PURSUANT TO PROTECTIVE ORDER**

Exhibit 42

# FILED UNDER SEAL
# PURSUANT TO PROTECTIVE ORDER

# FILED UNDER SEAL
## PURSUANT TO PROTECTIVE ORDER

# EXHIBIT 44

# THIS EXHIBIT HAS BEEN MANUALLY FILED

07209/2517267.1