QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:  (213) 443-3000
Facsimile:   (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with<br>Case Nos. CV 04-09059 & CV 05-2727<br><br>Hon. Stephen G. Larson<br><br>[PROPOSED] ORDER RE MATTEL, INC.'S MOTION FOR ORDER COMPELLING PRODUCTION OF COMMUNICATIONS MADE IN FURTHERANCE OF CRIMES AND FRAUDS<br><br>Hearing Date:  August 4, 2008<br>Time:                10:00 a.m.<br><br>**Phase 1**<br>Pre-Trial Conference: May 19, 2008<br>Trial Date:                   May 27, 2008 |

[PROPOSED] ORDER

# [PROPOSED] ORDER

Based on Mattel's Motion for an Order Compelling Production of Communications Made in Furtherance of Crimes and Frauds; the Memorandum of Points and Authorities in support thereof; and the Declaration of Harry A. Olivar, Jr. in support thereof, and good cause appearing for the entry thereof, IT IS HEREBY ORDERED that:

(1) MGA produce Entry Nos. 347, 375, 548, 549, 1325, 1326, 1641, 1818, 1819, and 1820 from MGA's January 23, 2008 Privilege Log, and

(2) Isaac Larian to produce Entry Nos. 69, 70, 73, 79, 89, 90, 91, 95, 97, 100, 101, 113, 114, and 115 from his January 15, 2008 Privilege Log and Entry No. 63 from his January 30, 2008 Privilege Log.

DATED: _____, 2008   _____
Hon. Stephen G. Larson
United States District Judge