QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
  Timothy L. Alger (Bar No. 160303)
  (timalger@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:   (213) 443-3000
Facsimile:    (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>            Plaintiff,<br><br>      vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>            Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with<br>Case Nos. CV 04-09059 & CV 05-2727<br><br>Hon. Stephen G. Larson<br><br>REVISED EXHIBIT B TO JOINT PHASE ONE WITNESS LIST<br><br>**Phase 1:**<br>Trial Date:            May 27, 2008 |

07209/2517426.1

-1-

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Mattel hereby submits its Revised Phase One Witness-Exhibit List, identifying exhibits pursuant to the Court's Order of April 7, 2008.  Mattel's Revised Phase One Witness-Exhibit List is attached as Exhibit B.  Mattel reserves the right to amend and/or supplement this list at any time.


DATED:  May 23, 2008          QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP


                              By /s/ B. Dylan Proctor
                                B. Dylan Proctor
                                Attorneys for Mattel, Inc.