THOMAS J. NOLAN (Bar No. 66992)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue, Suite 3400
Los Angeles, CA 90071-3144
Tel.: (213) 687-5000 / Fax: (213) 687-5600:
(tnolan@skadden.com
Attorneys for MGA Entertainment, Inc., et al.

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARTER BRYANT, an individual<br><br>PLAINTIFF(S)<br>v.<br><br>MATTEL, INC., a Delaware corporation<br><br>DEFENDANT(S). | CASE NUMBER:<br>CV 04-9049 SGL (RNBx)<br><br>**NOTICE OF MANUAL FILING** |

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 06-07 and Local Rule 5-4 the following document(s) or item(s) will be manually filed.

**List Documents:**
(I) MGA Parties' Omnibus Opposition to Mattel's Ex Parte Applications: (1) For An Order Shortening Time to Hear Mattel's Motion Compelling Production of Communications Allegedly Made in Furtherance of Crimes and Frauds; and (2) To Expedite the Court's Hearing of Mattel's Motion to Enforce the Discovery Master's May 7, 2008 Order; (II) Declaration of Philip W. Marsh in Support of MGA Parties' Omnibus Opposition to Mattel's Ex Parte Applications: (1) For An Order Shortening Time to Hear Mattel's Motion Compelling Production of Communications Allegedly Made in Furtherance of Crimes and Frauds; and (2) To Expedite the Court's Hearing of Mattel's Motion to Enforce the Discovery Master's May 7, 2008 Order; (III) Proof of Service; (IV) MGA Parties' Application to File Under Seal MGA Parties' Omnibus Opposition to Mattel's Ex Parte Applications and Declaration of Philip W. Marsh; (V) [Proposed] Order to File Under Seal MGA Parties' Omnibus Opposition to Mattel's Ex Parte Applications

**Document Description:**

☐ Administrative Record
☒ Exhibits
☐ Ex Parte Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act (pursuant to Local Rule 79-5 .4(h)
☒ Other

**Reason:**

☒ Under Seal
☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
☐ Electronic versions are not available to filer
☐ Per Court order dated _____
☐ Manual Filing required *(reason):*

G-92 (02/07)     NOTICE OF MANUAL FILING     American LegalNet, Inc. www.FormsWorkflow.com

| | |
|---|---|
| May 26, 2008 | Thomas J. Nolan |
| Date | Attorney Name |
| | MGA ENTERTAINMENT, INC., et al. |
| | Party Represented |

Note: File one Notice in each case, each time you manually file document(s).