1  QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
    John B. Quinn (Bar No. 90378)
2    (johnquinn@quinnemanuel.com)
    Michael T. Zeller (Bar No. 196417)
3    (michaelzeller@quinnemanuel.com)
    Jon D. Corey (Bar No. 185066)
4    (joncorey@quinnemanuel.com)
   865 South Figueroa Street, 10th Floor
5  Los Angeles, California 90017-2543
   Telephone: (213) 443-3000
6  Facsimile: (213) 443-3100

7  Attorneys for Plaintiff
   Mattel, Inc.

8

9                UNITED STATES DISTRICT COURT

10              CENTRAL DISTRICT OF CALIFORNIA

11                     EASTERN DIVISION

12 | CARTER BRYANT, an individual,   | CASE NO. CV 04-9049 SGL (RNBx)
   |                                  |
13 |            Plaintiff,            | Consolidated with
   |                                  | Case No. CV 04-09059
14 |                                  | Case No. CV 05-02727
   |     vs.                          |
15 |                                  | DECLARATION OF MICHAEL T.
   |                                  | ZELLER REGARDING MATTEL,
16 | MATTEL, INC., a Delaware         | INC.'S REGISTRATION OF THE
   | corporation,                     | BRATZ SCULPT DRAWING
17 |                                  |
   |            Defendant.            | [Pursuant to Court's directive at hearing
18 |                                  | of May 23, 2008]
19 |                                  |
20 | AND CONSOLIDATED ACTIONS         | **Phase 1:**
   |                                  | Pre-Trial Conference:  May 19, 2008
21 |                                  | Trial Date:            May 27, 2008

22

23

24

25

26

27

28

07209/2517924.1

# DECLARATION OF MICHAEL T. ZELLER

I, Michael T. Zeller, declare as follows:

1.     I am a member of the bar of the States of California, New York and Illinois and a partner of Quinn Emanuel Urquhart Oliver & Hedges, LLP, attorneys for Mattel, Inc. ("Mattel"). I make this declaration of personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify competently thereto.

2.     I submit this declaration pursuant to the Court's directive at the hearing of May 23, 2008 and in response to arguments by MGA seeking to exclude Copyright Registration VAu 960-439 for a sculpt drawing that testimony in the case has established was created by Bryant while he was a Mattel employee.

3.     The sculpt drawing Mattel has now registered was produced by defendants with an "Attorney's Eyes Only" designation. Attached as Exhibit A is a true and correct copy of MGA 000436, produced to Mattel by MGA and designated "Attorney's Eyes Only." Attached as Exhibit B is a true and correct copy of BRYANT 01701, produced to Mattel by and designated "Confidential Attorney's Eyes Only". Attached as Exhibit C is a true and correct copy of SL00044, produced by third-party Steve Linker, at his deposition, which MGA designated "Attorney's Eyes Only" by Dale Cendali. Exhibits A, B and C are all copies of the sculpt drawing now at issue. True and correct excerpts from the deposition transcript of Stephen Linker, dated September 13, 2006, are attached as Exhibit D hereto.

4.     After Mattel obtained evidence calling into question defendants' initial assertions that Bryant had prepared this sculpt drawing in November 2000 and indicating that it was likely made while Bryant was still a Mattel employee, I sent a meet and confer letter to counsel for MGA and Bryant seeking to de-designate the drawing for purposes of filing a copyright application for it. Attached as Exhibit E is a true and correct copy of my February 7, 2007 letter to counsel for MGA so

1   requesting.  I explained in the letter that defendants' AEO designation was

2   interfering with Mattel's right and ability to register the drawing with the U.S.

3   Copyright Office.

4         5.      On February 12, 2007, immediately after a hearing before this

5   Court, I held my first meet and confer with Diana Torres and Keith Jacoby, former

6   counsel for MGA and Bryant respectively, regarding Mattel's request that MGA and

7   Bryant withdraw the confidentiality designation for the Bratz sculpt drawings.

8   Counsel stated that they would check with their clients about Mattel's request and

9   would get back to me.  They also raised as an alternative to de-designation whether

10  it was feasible to register the drawing without providing it to the Copyright Office.

11        6.      After repeated calls by me to Ms. Torres to obtain an answer to

12  Mattel's request, Ms. Torres eventually informed me that MGA would not de-

13  designate the sculpt drawing and that MGA's position was that Mattel should

14  attempt to register the drawing without disclosing it to the Copyright Office.  As a

15  follow-up, my partner, Bruce Van Dalsem, wrote to defendants advising them that

16  upon further investigation, MGA's alternatives suggested at the meet and confer

17  would not be realistic under the circumstances, and again requested MGA and

18  Bryant to agree to remove the confidentiality designation.  A true and correct copy

19  of this letter is attached hereto as Exhibit F hereto.  Defendants did not respond to

20  this letter.

21        7.      Mattel also did attempt to register the drawing with the

22  Copyright Office using a "textual" description only so as to avoid any argument by

23  MGA that Mattel was violating the protective order.  Since Mattel could not deposit

24  a copy of the work due to the protective order still in place and defendants' refusal to

25  de-designate, special relief was requested from the Copyright Office from the

26  deposit requirement for registration.  On January 17, 2008, the Copyright Office

27  responded to the application by denying Mattel's request for special relief from the

28  deposit requirement.  A true and correct copy of this letter from the Copyright

DECLARATION OF MICHAEL T. ZELLER

1   Office is attached as Exhibit G hereto.  The letter from the Copyright Office stated

2   that in order to pursue special relief, Mattel would have to submit a complete copy

3   of the drawing with no more than 49% of the drawing blocked out.

4           8.      In the interim, the Court instructed the parties of the Court's

5   intention to unseal substantial parts of the record.  For example, the Court raised the

6   point at the hearing of August 27, 2007.  True and correct excepts from the

7   transcript of that hearing are attached as Exhibit H hereto.

8           9.      Nor was Mattel's request with respect to the sculpt drawing the

9   only instance in which MGA refused Mattel's de-designation requests.  For example,

10  as recently as December 20, 2007, Mattel sent a letter to MGA's counsel seeking the

11  de-designation of approximately 414 documents produced by MGA.  A true and

12  correct copy of this letter is attached as Exhibit I hereto.  MGA refused as to 393 of

13  these documents, notwithstanding the Court's prior statements about unsealing

14  significant portions of the record.  A true and correct copy of MGA's response letter

15  is attached as Exhibit J hereto.

16          10.     On May 14, 2008, the Court ordered the unsealing and de-

17  designation of certain documents, including the Bratz sculpt drawing, which were

18  used on summary judgment.  Attached hereto as Exhibit K is a true and correct copy

19  of the relevant section of the reporter's transcript of proceedings of the May 14,

20  2008 teleconference.

21          11.     The next day, on May 15, 2008, Mattel filed a completed

22  application with the Copyright Office for the Bratz sculpt drawing.  Attached as

23  Exhibit L is a true and correct copy of the form VA filed with the Copyright Office

24  on May 15, 2008.  Attached as Exhibit M hereto is a true and correct copy of the

25

26

27

28

DECLARATION OF MICHAEL T. ZELLER

1  Certificate of Registration for the Bratz sculpt drawing dated May 15, 2008.

2

3          I declare under penalty of perjury under the laws of the United States of

4  America that the foregoing is true and correct.

5          Executed on May 26, 2008, at Riverside, California.

6

7                                    Michael T. Zeller

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# EXHIBIT A



TOP OF HEAD

PARTING LINE / SEPARATION LINE

ACTUAL PROPORTION

ACTUAL SIZE
10"

ATTORNEY'S EYES ONLY

MGA000435

07209/2236090.1

5

EXHIBIT A PAGE 6

# EXHIBIT B



TOP OF HEAD

ROOTING LINE/SEPERATION LINE

ACTUAL PROPORTION
ACTUAL SIZE
10"

CONFIDENTIAL
ATTORNEYS EYES
ONLY

BRYANT 01071

07209/2236090.1

4

EXHIBIT B PAGE 7

# EXHIBIT C



TOP OF HEAD

ROOTING LINE/SEPERATION LINE

ACTUAL PROPORTION
ACTUAL SIZE
10"

BL00044

EXHIBIT C PAGE 8

# EXHIBIT D

1

IN THE UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

CARTER BRYANT, an individual, )          

                    Plaintiff, )

     vs.                       )     Case No.

MATTEL, INC., a Delaware       )  CV 04-09049 SGL

corporation,                   )      (RNBx)

                    Defendant. )


     CONFIDENTIAL - ATTORNEYS' EYES ONLY


          The videotaped deposition of

STEVEN LINKER, called as a witness for examination,

taken pursuant to the Federal Rules of Civil

Procedure of the United States District Courts

pertaining to the taking of depositions, taken

before PAULINE M. VARGO, a Notary Public within and

for the County of DuPage, State of Illinois, and a

Certified Shorthand Reporter of said state, C.S.R.

No. 84-1573, at Suite 4000, One IBM Plaza, Chicago,

Illinois, on the 13th day of September, A.D. 2006,

at 9:50 a.m.

**EXHIBIT** D , **PAGE** 9

1          PRESENT:

2               LITTLER MENDELSON,

3               (2049 Century Park East, 5th Floor,

4               Los Angeles, California   90067.3107,

5               310.712.7314), by:

6               MR. DOUGLAS A. WICKHAM,

7                    appeared on behalf of the Plaintiff

8                    Carter Bryant;

9

10               MATTEL, INC.,

11               (333 Continental Boulevard,

12               El Segundo, California   90245.5012,

13               310.252.6733), by:

14               MR. MICHAEL MOORE,

15               Senior Counsel,

16                    -and-

17               QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP,

18               (865 South Figueroa Street, 10th Floor,

19               Los Angeles, California   90017.2543,

20               213.443.3000), by:

21               MR. MICHAEL T. ZELLER,

22               MS. TANIA KREBS,

23                    appeared on behalf of Defendant

24                    Mattel, Inc.;

EXHIBIT 1, PAGE 10

3

```
 1          PRESENT (Continued):

 2               O'MELVENY & MYERS, LLP,

 3               (Times Square Tower,

 4               7 Times Square,

 5               New York, New York  10036,

 6               212.326.2000), by:

 7               MS. DALE M. CENDALI,

 8                    appeared on behalf of Intervenor

 9                    MGA Entertainment;

10

11               BERMAN, MAUSNER & RESSER,

12               (11601 Wilshire Boulevard, Suite 600,

13               Los Angeles, California  90025,

14               310.473.3333), by:

15               MR. LAURENCE M. BERMAN,

16                    appeared on behalf of the Deponent.

17

18

19

20

21

22

23

24
```

EXHIBIT  D , PAGE  11

4

1          ALSO PRESENT:

2                  MR. MICHAEL A. HALL,

3                       Paralegal, Littler Mendelson;

4                  MR. CARTER BRYANT.

5

6          VIDEOGRAPHER:

7                  MR. JOSEPH BURKE,

8                  Esquire Deposition Services.

9

10         REPORTED BY:

11                 PAULINE M. VARGO,

12  09:46:12       C.S.R. No. 84-1573.

13

14

15

16

17

18

19

20

21

22

23

24

EXHIBIT D , PAGE 12

66

1    11:30:07   end quote.   Do you see that portion?

2    11:30:09        A.    Yes, I do.

3    11:30:10        Q.    What are "the renderings of the outfits

4    11:30:13   that we saw" referring to?

5    11:30:14        A.    They referred to the artboards at the

6    11:30:18   presentation or at the Starbucks meeting.

7    11:30:57        MR. ZELLER:   Would you please mark as Exhibit

8    11:30:59   321 a three-page document consisting of an e-mail

9    11:31:08   printout from Liz Hogan to Paula Treantafelles with

10   11:31:12   a CC to Steve Linker dated October 14th, 2000, and

11   11:31:18   bearing Bates numbers SL 0005 through 7.

12                          (WHEREUPON, a certain document was

13                          marked Deposition Exhibit No. 321,

14                          for identification, as of 9/13/06.)

15           BY MR. ZELLER:

16   11:31:53        Q.    Do you recognize what's been marked as

17   11:31:55   Exhibit 321?

18   11:31:55        A.    Yes.

19   11:31:56        Q.    What's this?

20   11:31:57        A.    This is a packaging estimate that Liz

21   11:32:02   and I provided to Paula Treantafelles regarding the

22   11:32:08   Bratz packaging project.

23   11:32:12        Q.    And what was your participation in the

24   11:32:15   creation of this e-mail, 321?

**EXHIBIT** _D_ **, PAGE** _13_

67

| | | |
|---|---|---|
| 1 | 11:32:17 | A.    Liz and I worked together on estimating |
| 2 | 11:32:25 | based on their notes and what they -- their |
| 3 | 11:32:31 | requests.  We came up with this as an initial quote |
| 4 | 11:32:35 | and phases to meet their deadlines.  So I worked on |
| 5 | 11:32:41 | it with her as far as how much things cost, what's |
| 6 | 11:32:45 | our lead time, who is going to do what on the |
| 7 | 11:32:53 | projects.  We were figuring that out, how many |
| 8 | 11:32:56 | resources we could use, stuff like that, logo |
| 9 | 11:33:05 | design. |
| 10 | 11:33:06 | MR. ZELLER:  Please mark as Exhibit 322 a |
| 11 | 11:33:11 | one-page document which appears to be additional |
| 12 | 11:33:16 | calendar entries, these for October 18th and |
| 13 | 11:33:20 | October 19th, 2000, and bearing Bates number |
| 14 | 11:33:24 | SL 00003. |
| 15 | 11:33:34 | MS. CENDALI:  Just to be clear, all these |
| 16 | 11:33:36 | documents concerning the creation of Bratz are |
| 17 | 11:33:43 | attorneys' eyes only.  We were just provided them |
| 18 | 11:33:45 | this morning and haven't had a chance to do a full |
| 19 | 11:33:49 | analysis, but anything relating to the creation of |
| 20 | 11:33:53 | Bratz are attorneys' eyes only. |
| 21 | | (WHEREUPON, a certain document was |
| 22 | | marked Deposition Exhibit No. 322, |
| 23 | | for identification, as of 9/13/06.) |
| 24 | 11:34:22 | BY MR. ZELLER: |

EXHIBIT D , PAGE 14

```
 1   11:34:22      Q.    Do you recognize Exhibit 322?

 2   11:34:24      A.    Yes.

 3   11:34:25      Q.    What is Exhibit 322?

 4   11:34:29      A.    Notes from one of my daily planners

 5   11:34:35  dated October 18th, Wednesday, of 2000 and

 6   11:34:39  Thursday, October 19th of 2000.

 7   11:34:45      Q.    The entry I see -- well, let me start

 8   11:34:47  this way:  The beginning on the far left it starts

 9   11:34:53  "Pack 4 pants, 7 shirts, jacket" and so on?

10   11:35:00      A.    Yes.

11   11:35:00      Q.    What does that refer to, what project?

12   11:35:02      A.    No.  That's me.  Those are my notes for

13   11:35:05  me going somewhere for the weekend.

14   11:35:08      Q.    I see.  So it has nothing to do with MGA

15   11:35:11  or anyone else?

16   11:35:12      A.    No.  This is personal.

17   11:35:14      Q.    Okay.  Fair enough.

18   11:35:15      A.    Yeah.  There is chocolate chip cookies

19   11:35:18  in there.

20   11:35:20      MS. CENDALI:  Unless you come with a new

21   11:35:22  product line.

22              THE WITNESS:  Exactly.

23              MR. ZELLER:  Well, you never know.

24   11:35:22      THE WITNESS:  That's embarrassing, actually.
```

EXHIBIT _D_, PAGE 15

88

| | | |
|---|---|---|
| 1 | 12:00:20 | A.    This is a visual call-out or sketches |
| 2 | 12:00:24 | what the fashion packs would consist of.   So |
| 3 | 12:00:28 | referring to SL 00036 and 37, this would be their |
| 4 | 12:00:36 | accessory packs or fashion pack, as it is titled on |
| 5 | 12:00:43 | 36 and 37, so these were just call-outs, I guess, |
| 6 | 12:00:48 | of what it would be. |
| 7 | 12:00:54 | Q.    Directing your attention to SL 42 of |
| 8 | 12:00:58 | Exhibit 323, is this page something that you |
| 9 | 12:01:02 | received from MGA on October 19, 2000? |
| 10 | 12:01:05 | A.    Yes, it is. |
| 11 | 12:01:06 | Q.    Had you seen this page prior to the |
| 12 | 12:01:08 | October 19 meeting? |
| 13 | 12:01:09 | A.    No. |
| 14 | 12:01:11 | Q.    Please tell us generally what's your |
| 15 | 12:01:13 | understanding of what this page depicts? |
| 16 | 12:01:15 | A.    This was for the actual Bratz doll. |
| 17 | 12:01:19 | This was a call-out of all the pieces and items |
| 18 | 12:01:21 | that were going to be provided in the packaging |
| 19 | 12:01:24 | along with the doll.   It calls out the outfits. |
| 20 | 12:01:31 | There was going to be an outfit dressed on the |
| 21 | 12:01:36 | girl.   It comes with her own hairstyle.   It comes |
| 22 | 12:01:39 | with her shoes, the necklace, the backpack.   It |
| 23 | 12:01:42 | calls out all the items as far as what else is in |
| 24 | 12:01:45 | the packaging, and it gives you the price point |

EXHIBIT D , PAGE 16

```
 1   12:01:48   that they are looking to meet.

 2   12:01:51        Q.     When you say consumer price point,

 3   12:01:53   that's the --

 4   12:01:54        A.     That's 12.99.  It gives us a rough idea

 5   12:01:58   of what packaging should be.

 6   12:02:06        Q.     Directing your attention to SL 44, was

 7   12:02:11   this something that MGA provided to you on

 8   12:02:14   October 19, 2000?

 9   12:02:16        A.     Yes.

10   12:02:17        Q.     And what does this generally depict?

11   12:02:21        A.     This is just I guess like an engineering

12   12:02:24   drawing or a call-out of what the doll size is, the

13   12:02:28   size of the doll, basically, and sort of like specs

14   12:02:33   on what the body was going to be made of -- or not

15   12:02:37   made of but how it was going to look.  So it was

16   12:02:42   the actual size reference, so it gave us an idea

17   12:02:46   how to build around this size with all the fashions

18   12:02:48   and everything and the packaging size.

19   12:02:51              Again, we were doing packaging, so we

20   12:02:54   needed to know the actual size of the doll, and

21   12:02:57   this was a good call-out on that size reference.

22   12:03:03        Q.     Had you seen this particular drawing

23   12:03:07   prior to October 19, 2000?

 4   12:03:09        A.     No, I hadn't.
```

EXHIBIT D , PAGE 17

1   12:03:16      Q.    Directing your attention to Page SL 46

2   12:03:20   of Exhibit 323, is this something that you received

3   12:03:27   from MGA on October 19, 2000?

4   12:03:30      A.    Yes.

5   12:03:30      Q.    Had you seen this one prior to that

6   12:03:32   meeting?

7   12:03:33      A.    No.

8   12:03:34      Q.    Please tell me generally speaking what

9   12:03:36   your understanding is of what's represented by this

10  12:03:41   page?

11  12:03:41      MS. CENDALI:  And to the extent that you can

12  12:03:43   do so, I suggest without mentioning any figures,

13  12:03:46   then we don't have to ask Mr. Moore to leave.

14  12:03:51      MR. ZELLER:  I think this is the last number

15  12:03:53   anyway.

16  12:03:54      MS. CENDALI:  I don't think it matters that

17  12:03:56   much.

18          BY THE WITNESS:

19  12:03:57      A.    They wanted to do, similar to the

20  12:04:01   fashion packs, hairstyle packs, so they were

21  12:04:06   considering selling those four hairstyles in a

22  12:04:10   pack, which these probably correspond with those

23  12:04:13   four hairstyles that were referenced earlier, and

24  12:04:16   that would have been a packaging -- how would we

EXHIBIT _D_, PAGE _18_

253

| | | | |
|---|---|---|---|
| 1 | 17:13:27 | Q. | When was it released? |
| 2 | 17:13:30 | A. | It was released a little bit after I |

1   17:13:27        Q.     When was it released?

2   17:13:30        A.     It was released a little bit after I

3   17:13:33   believe the Bratz and -- but it was -- it was

4   17:13:42   pulled before like the first line of production was

5   17:13:47   done because WowWee found another property that

6   17:13:49   they wanted to pursue and were having problems

7   17:13:53   internally with their partners.

8   17:13:56        Q.     Do you have the spelling of the -- you

9   17:13:59   said there was an outside vendor who submitted Diva

10   17:14:03   Starz?

11   17:14:04        A.     Do I have the spelling of it?

12   17:14:06        Q.     Yes.

13   17:14:06        A.     Oh, I don't know how to spell it.

14   17:14:08   Kiscom.  I would say K-i-s-c-o-m.

15   17:14:12        Q.     Do you know where they are located?

16   17:14:15        A.     I don't know where they are located.

17   17:14:16   I don't know if they are still around.

18   17:14:21        MS. CENDALI:  Thank you.

19   17:14:27        THE VIDEOGRAPHER:  Going off the record at

20   17:15:09   5:14.

21                         FURTHER DEPONENT SAITH NAUGHT.

22

23

.4

EXHIBIT _D_, PAGE _19_

254

1     IN THE UNITED STATES DISTRICT COURT

2      CENTRAL DISTRICT OF CALIFORNIA

3       EASTERN DIVISION

4  CARTER BRYANT, an individual, )

5      Plaintiff, )

6   vs.      )  Case No.

7  MATTEL, INC., a Delaware  ) CV 04-09049 SGL

8  corporation,     )  (RNBx)

9      Defendant. )

10    I hereby certify that I have read the

11  foregoing transcript of my deposition given at the

12  time and place aforesaid, consisting of Pages 1 to

13  253, inclusive, and I do again subscribe and make

14  oath that the same is a true, correct and complete

15  transcript of my deposition so given as aforesaid,

16  and includes changes, if any, so made by me.

17

18        STEVEN LINKER

19  SUBSCRIBED AND SWORN TO

20  before me this   day

21  of     , A.D. 2006.

22

23    Notary Public

24

EXHIBIT D, PAGE 20

255

1    STATE OF ILLINOIS )

2                  ) SS:

3    COUNTY OF DuPAGE )

4              I, PAULINE M. VARGO, a Notary Public

5    within and for the County of DuPage, State of

6    Illinois, and a Certified Shorthand Reporter of

7    said state, C.S.R. No. 84-1573, do hereby certify:

8             That previous to the commencement of the

9    examination of the witness, the witness was duly

10    sworn to testify the whole truth concerning the

11    matters herein;

12            That the foregoing deposition transcript

13    was reported stenographically by me, was thereafter

14    reduced to typewriting under my personal direction

15    and constitutes a true record of the testimony

16    given and the proceedings had;

17            That the said deposition was taken

18    before me at the time and place specified;

19            That I am not a relative or employee or

20    attorney or counsel, nor a relative or employee of

21    such attorney or counsel for any of the parties

22    hereto, nor interested directly or indirectly in

23    the outcome of this action.

24

**EXHIBIT D , PAGE 21**

# EXHIBIT E

**quinn emanuel** trial lawyers | los angeles

865 South Figueroa Street, 10th Floor, Los Angeles, California 90017 | TEL 213-624-7707 FAX 213-624-0643

February 7, 2007

BY FACSIMILE AND U.S. MAIL

Diana Torres, Esq.                          Douglas Wickham, Esq.
O'Melveny & Myers LLP                       Littler Mendelson
400 South Hope Street                       2049 Century Park East, 5th Floor
Los Angeles, California 90071-2899          Los Angeles, California 90067

Re: Mattel v. Bryant

Dear Counsel:

I am writing pursuant to Section 5 of the Discovery Master Stipulation to arrange for a meet and confer on a potential Mattel motion to de-designate the drawing produced as SL00044-45, MGA000435, MGA006426, BRYANT 00278 and BRYANT 01071.

We are not aware of any legitimate basis for MGA's and Bryant's designation of this drawing as "Attorney's Eyes Only" material that can meet the standard Judge Infante's Order of this week has articulated. Moreover, the designation is improperly interfering with Mattel's right to register the drawing with the U.S. Copyright Office for the purposes of this litigation. Recent evidence shows the drawing was created by Bryant while he was a Mattel employee and is therefore owned by Mattel.

I look forward to hearing when you are available within the time required to meet and confer on this issue. If the parties are unable to resolve the matter amicably, Mattel expects to proceed with a motion to de-designate these materials.

Very truly yours,

*Michael T. Zeller*

Michael T. Zeller

quinn emanuel urquhart oliver & hedges, llp

NEW YORK | 335 Madison Avenue, 17th Floor, New York, New York 10017 | TEL 212-702-8100 FAX 212-702-8200
SAN FRANCISCO | 50 California Street, 22nd Floor, San Francisco, California 94104 | TEL 415-875-6600 FAX 415-875-6700
SILICON VALLEY | 555 Twin Dolphin Drive, Suite 560, Redwood Shores, California 94065 | TEL 650-620-4500 FAX 650-620-4555
PALM SPRINGS | 45-025 Manitou Drive, Suite 8, Indian Wells, California 92210 | TEL 760-345-4757 FAX 760-345-2414
SAN DIEGO | 4445 Eastgate Mall, Suite 200, San Diego, California 92121 | TEL 858-812-3107 FAX 858-812-3336

EXHIBIT E PAGE 22

# EXHIBIT F

**quinn emanuel** trial lawyers | los angeles

865 South Figueroa Street, 10th Floor, Los Angeles, California 90017 : TEL: (213) 443-3000 FAX: (213) 443-3100

WRITER'S DIRECT DIAL NO.
**(213) 443-3218**

WRITER'S INTERNET ADDRESS
brucevandalsem@quinnemanuel.com

October 2, 2007

**By E-Mail**

Diana Torres
O'Melveny & Myers, LLP
400 South Hope Street
Los Angeles, California 90071

Michael H. Page
Keker & Van Nest, LLP
710 Sansome Street
San Francisco, California 94111

Re:    Mattel v. Bryant et al.

Counsel:

I write regarding the parties' meet and confer with respect to Mattel's request that MGA and Bryant withdraw the confidentiality designation for the drawing produced as SL00044, a copy of which is attached. This document was also produced as MGA000435 and BRYANT 01071.

As you know, my partner Mike Zeller had previously met and conferred with counsel for MGA and Bryant about the de-designation of this document, and defendants had raised possible alternatives to de-designating that would still allow it to be submitted to the Copyright Office. Upon further investigation, we have concluded that those suggested alternatives are not realistic under these circumstances, so we repeat our request that MGA and Bryant agree to remove the confidentiality designation. We ask that you confirm your de-designation of this document in writing no later than October 8, 2007.

**quinn emanuel urquhart oliver & hedges, llp**

07209/2236090.1

NEW YORK | 51 Madison Avenue, 22nd Floor, New York, New York 10010 : TEL (212) 849-7000 FAX (212) 849-7100
SAN FRANCISCO : 50 California Street, 22nd Floor, San Francisco, California 94111 : TEL (415) 875-6600 FAX (415) 875-6700
SILICON VALLEY : 555 Twin Dolphin Drive, Suite 560, Redwood Shores, California 94065 : TEL (650) 801-5000 FAX (650) 801-5100

EXHIBIT F PAGE 23

If we have not received such confirmation, we will consider our meet and confer obligation to be satisfied, and we will file an appropriate motion under the terms of the Protective Order.

While we are hopeful you will agree to this request, if we are required to move to de-designate this document, we will demonstrate, among other things, that it was not properly designated in the first instance.  Testimony has established that Mr. Bryant created this document while an employee of Mattel.  (*See e.g.* Deposition of Paula Garcia, May 25, 2007 at 589:25-592:1.) Thus, the document belongs to Mattel, and neither MGA nor Mr. Bryant had a legitimate basis to designate the document as confidential.

If you have any questions, feel free to call me.

Very truly yours,

Bruce E. Van Dalsem

BEVD:avw
07209/2236090.1

EXHIBIT _F_ PAGE 24

# EXHIBIT G



# *Special Handling* Fax
## Examining Division
## U. S. Copyright Office

**To:**    **John N. Jennison**                   Date: January 17, 2008
          Jennison & Schultz, P.C.
          Fax number: 703-415-0788

**From:**    **William Briganti**
          Assistant Chief, Visual Arts and Recordation Division
          Fax number: 202-707-3698
          Phone number: 202-707-1497
          E-mail: wbri@loc.gov

**Re:**      **Black line drawing of doll produced as BRYANT 01071**
          **Correspondence ID: 1-JP8IM (Please include with your response.)**

RE...

JAN 17 2008

JENNISON & SCHULTZ P.C.

---

***When you reply***, please return the Reply Sheet referring to our Correspondence ID Number!
***If responding by mail***, use the following address ***(U.S. Postal Service only)***:
Special Handling • Copyright Receiving & Processing • P.O. Box 71380 • Washington, DC 20024-1380

---

EXHIBIT G PAGE 25

01/17/2008 10:35 FAX                                                                 002/003

 **United States Copyright Office**

Library of Congress · 101 Independence Avenue SE · Washington DC 20559-6000 · www.copyright.gov

January 17, 2008

Jennison & Shultz, P.C.
Attn: John N. Jennison
Crystal Plaza #1, Suite 1102 2001 Jefferson Davis Highway
Arlington, VA 22202-3604

Correspondence ID:   1-JP81M

RE:   BLACK LINE DRAWING OF DOLL... AS BRYANT 01071

Dear John N. Jennison:

This letter is in response to your request for special relief from our deposit requirement for registration of the above work, which you submitted for copyright registration on behalf of Mattel, Inc. You state that a protective order issued by a U.S. District Court prevents Mattel from depositing a complete copy of the work.   We cannot, however, approve your request for special relief from the deposit requirement.

The Copyright Office makes its determination to grant or deny special relief for unpublished works based on its examining and archival requirements.  First, the examiner must be able to distinguish from the deposit the presence of copyrightable authorship.  Second, the deposit must provide a sufficient archival record to identify the registered work to interested members of the public who may inspect the deposit after registration is completed.

The Copyright Office generally believes that to make an acceptable archival record, the deposit should display at least slightly more than 50% of the copyrightable authorship.  The deposit you submitted is far below our usual standard.  If you still wish to pursue special relief, it will be necessary for you to submit a complete copy of the drawing with no more than 49% blocked out.  You may do this, for example, by placing a diagonal strip across the drawing.  If you are unable to comply with this minimum requirement, which is vitally important for both examination and archival reasons, please let us know and we will close this case without registration of the claim.  The fees you have submitted, however, are not refundable.

We would appreciate a prompt response regarding this matter.  Please reply within 120 days **and** return the enclosed Reply Sheet.

Enclosure:
  Reply Sheet

EXHIBIT G PAGE 26

**United States Copyright Office**

Library of Congress · 101 Independence Avenue SE · Washington DC 20559-6000 · www.copyright.gov

# *1-JP81M*

# REPLY SHEET:

**If a reply by letter mail is appropriate,
please return this sheet with your reply.**

**Reply Time**
The C.O. generally allows 120 days from the date of the postmark to receive a reply to our letter. If the
Office establishes a different reply time, it will be stated in our letter.

**If you send a deposit copy in your reply**
Because of the Library's security screening procedures, we recommend that you use a box rather than a
soft container for audio and videotapes, CD's, CD-ROM's, DVD's, and photographs.

**Consequences of not Replying**
If we do not receive a reply within the reply time allowed, the case file will be closed. In this case:
- Any unpublished work will be returned.
- Published works may be forwarded for use in the collections of the Library of Congress
  or for disposition under the provisions of the current copyright law.
- Your filing fee cannot be re-used.

To re-apply for registration after the case file is closed, you will have to submit new registration material
(copy and fee). The effective date of registration will be based on the new submission.

**EXHIBIT** G **PAGE** 27

# EXHIBIT H

1

1    UNITED STATES DISTRICT COURT

2    CENTRAL DISTRICT OF CALIFORNIA

3    EASTERN DIVISION

4    - - -

5    HONORABLE STEPHEN G. LARSON, JUDGE PRESIDING

6    - - -                    **CERTIFIED COPY**

7    CARTER BRYANT,                    )
                                       )
8                      PLAINTIFF,      )
                                       )
9         VS.                          )    NO. ED CV 04-09049
                                       )    (LEAD LOW NUMBER)
10   MATTEL, INC.,                     )
                                       )
11                     DEFENDANT.      )
     _____  )    BRYANT'S MOTION FOR
12   AND RELATED ACTIONS,             )    TERMINATING SANCTIONS
                                       )
13

14

15   REPORTER'S TRANSCRIPT OF PROCEEDINGS

16   RIVERSIDE, CALIFORNIA

17   MONDAY, AUGUST 27, 2007

18   11:06 A.M.

19

20

21

22

23            THERESA A. LANZA, RPR, CSR
         FEDERAL OFFICIAL COURT REPORTER
24          3470 12TH STREET, RM. 134
          RIVERSIDE, CALIFORNIA  92501
25              (951) 274-0844
            CSR11457@SBCGLOBAL.NET

EXHIBIT H PAGE 28

```
 1   APPEARANCES:

 2

 3   ON BEHALF OF PLAINTIFF/COUNTER DEFENDANT MATTEL, INC.:

 4
                         QUINN EMANUEL
 5                       BY:   JOHN B. QUINN
                         BY:   MICHAEL T. ZELLER
 6                       BY:   JON C. COREY
                         865 S. FIGUEROA STREET,
 7                       10TH FLOOR
                         LOS ANGELES, CALIFORNIA  90017
 8                       (213) 624-7707

 9

10   ON BEHALF OF PLAINTIFF/COUNTER COMPLAINANT/DEFENDANT,
     CARTER BRYANT:
11
                         KEKER & VAN NEST
12                       BY:   MICHAEL H. PAGE
                         710 SANSOME STREET
13                       SAN FRANCISCO, CALIFORNIA  94111-1704
                         (415) 391-5400
14

15

16   ON BEHALF OF MGA ENTERTAINMENT:

17                       O'MELVENY & MYERS LLP
                         BY:   DIANA M. TORRES
18                       400 SOUTH HOPE STREET
                         LOS ANGELES, CALIFORNIA  90071-2899
19                       (213) 430-6000

20                       CHRISTENSEN, GLASER, FINK,
                          JACOBS, WEIL & SHAPIRO, LLP
21                       BY:   PATRICIA GLASER
                         10250 CONSTELLATION BOULEVARD
22                       LOS ANGELES, CALIFORNIA  90067
                         (310) 553-3000
23

24

25
```

JULY 24, 2006                    ED CV 04-09049

EXHIBIT 4 PAGE 29

1          **MS. GLASER:**  I WANT TO BE CLEAR WITH YOUR HONOR.

2     WE'RE NOT INTERESTED IN DELAY AT ALL, BUT WE DO THINK THIS IS A

3     BIGGER ISSUE THAN, RESPECTFULLY, THE COURT DOES; AND I

4     APPRECIATE THAT.

5          **THE COURT:**  AND IT'S NOT THAT I DON'T TAKE THIS ISSUE          03:17

6     SERIOUSLY, COUNSEL.  IT'S JUST THAT AT THE END OF THE DAY, I

7     JUST DON'T THINK THERE'S THE EVIDENCE BEFORE ME TO MAKE THE

8     FINDING THAT YOU WANT.

9          YOU'RE ASKING ME TO TERMINATE A CASE, A SUBSTANTIAL

10    CASE, BASED ON FAILURE TO PRESERVE.  THAT'S WHAT YOU TOLD ME,          03:17

11    DURING THE COURSE OF THIS HEARING, WAS THE ISSUE.

12         **MS. GLASER:**  YES, YOUR HONOR.

13         JUST SO I'M CLEAR, COULD YOUR HONOR AT LEAST WAIT TO

14    RULE UNTIL YOU GET THESE SUPPLEMENTAL DECLARATIONS?

15         **THE COURT:**  FAIR ENOUGH.          03:17

16         **MR. QUINN:**  IN VIEW OF THE PROSPECT THAT COUNSEL

17    INDICATES THEY MAY WANT TO TAKE THIS TO ANOTHER LEVEL, I'D ASK

18    THAT THE COURT RULE ON THE EVIDENTIARY OBJECTIONS THAT WE MADE

19    JUST FOR THE RECORD.

20         **MS. GLASER:**  IN THAT REGARD, THERE WERE -- I GUESS          03:17

21    YOU'D CALL THEM DECLARATIONS, BUT, THE SURREBUTTAL.  I'M

22    ASSUMING EITHER YOU'LL GIVE US AN OPPORTUNITY TO RESPOND TO

23    THOSE OR YOU WILL DISCOUNT THEM AND NOT CONSIDER THEM FOR

24    PURPOSES OF YOUR DECISION.

25         **THE COURT:**  LET ME TALK ABOUT SOMETHING ELSE FOR A          03:18

JULY 24, 2006                    ED CV 04-09049

EXHIBIT H PAGE 30

124

1   MOMENT.

2           THERE HAS BEEN A VOLUMINOUS AMOUNT OF DOCUMENTS FILED

3   UNDER SEAL, A HUGE AMOUNT OF DOCUMENTS FILED UNDER SEAL.  AND

4   THE COURT HAS READILY ACCEPTED THE REPRESENTATIONS OF COUNSEL

5   THAT THE DOCUMENTS INCLUDE INFORMATION THAT'S GOVERNED BY THE     03:18

6   PROTECTIVE ORDER.

7           THERE WILL COME A DAY, PRIOR TO TRIAL, IN WHICH THE

8   COURT PLANS TO REVISIT THOSE ORDERS AND WILL IMPOSE UPON

9   COUNSEL AN OBLIGATION TO GO THROUGH THOSE DOCUMENTS AND

10  DETERMINE WHAT TRULY NEEDS TO REMAIN UNDER SEAL DURING THE        03:18

11  COURSE OF THE TRIAL AND WHAT DOESN'T.

12          I ONLY MENTION THAT NOW, MANY MONTHS BEFORE THE

13  TRIAL, SO YOU CAN START THINKING ABOUT HOW YOU WANT TO APPROACH

14  THAT ISSUE.

15          BUT RIGHT NOW, WE HAVE HAD LITERALLY FEET AND FEET        03:19

16  AND FEET OF PAPER PLACED UNDER SEAL; AND AT THE END OF THE DAY,

17  WE'RE NOT GOING TO HAVE A DOCKET DOWNSTAIRS THAT IS ALL SEALED

18  UP IN THAT MATTER.  THERE'S A VERY HEAVY PRESUMPTION TOWARDS AN

19  OPEN AND PUBLIC TRIAL, AND ONLY THOSE PARTICULAR PORTIONS OF

20  DOCUMENTS THAT ARE CONFIDENTIAL OR THAT ARE TRADE SECRETS ARE    03:19

21  GOING TO REMAIN UNDER SEAL AS WE PROCEED THROUGH THIS.  SO BE

22  THINKING ABOUT THAT NOW.

23          I WILL CONTINUE TO GIVE COUNSEL A GREAT DEGREE OF

24  LATITUDE AS WE GO THROUGH THIS DISCOVERY PROCESS, BUT AT THE

25  END OF THE DAY, I SUSPECT THERE'S GOING TO BE VERY LITTLE WHICH  03:19

JULY 24, 2006            ED CV 04-09049

**EXHIBIT 4 PAGE 31**

125

1    IS ACTUALLY GOING TO BE UNDER SEAL.

2          I'LL ISSUE A MINUTE ORDER DIRECTING FURTHER

3    PROCEEDINGS IN THIS MATTER, BUT BE WORKING ON THIS DECLARATION.

4          **MS. GLASER:**  THANK YOU, YOUR HONOR.

5          **MR. QUINN:**  THANK YOU, YOUR HONOR.                     03:19

6          **THE COURT:**  GOOD DAY, COUNSEL.

7

8

9

10

11                      CERTIFICATE

12

13   I HEREBY CERTIFY THAT PURSUANT TO SECTION 753, TITLE 28, UNITED
     STATES CODE, THE FOREGOING IS A TRUE AND CORRECT TRANSCRIPT OF
14   THE STENOGRAPHICALLY RECORDED PROCEEDINGS HELD IN THE ABOVE-
     ENTITLED MATTER AND THAT THE TRANSCRIPT PAGE FORMAT IS IN
15   CONFORMANCE WITH THE REGULATIONS OF THE JUDICIAL CONFERENCE OF
     THE UNITED STATES.

16

17   _____          9-5-07
     THERESA A. LANZA, CSR, RPR                _____
18   FEDERAL OFFICIAL COURT REPORTER              DATE

19

20

21

22

23

24

25

          JULY 24, 2006              ED CV 04-09049

                              EXHIBIT 4 PAGE 32

# EXHIBIT I

**quinn emanuel** trial lawyers | los angeles

865 South Figueroa Street, 10th Floor, Los Angeles, California 90017 | TEL 213-443-3000 FAX 213-443-3100

WRITER'S DIRECT DIAL NO.
**(213) 443-3112**

WRITER'S INTERNET ADDRESS
dylanproctor@quinnemanuel.com

December 20, 2007

**VIA FACSIMILE**

Timothy A. Miller, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
Four Embarcadero Center, Suite 3800
San Francisco, CA 94111

Michael H. Page, Esq.
Keker & Van Nest, LLP
710 Sansome Street
San Francisco, CA 94111

Larry McFarland, Esq.
Keats, McFarland & Wilson, LLP
9720 Wilshire Blvd., Penthouse Suite
Beverly Hills, CA 90212

Daniel J. Warren, Esq.
Sutherland Asbill & Brennan, LLP
999 Peachtree St., N.E.
Atlanta, GA 30309-3996

Re:   Mattel, Inc. v. Bryant

Dear Counsel:

I write pursuant to section 5 of the Discovery Master Stipulation to request a meeting of counsel regarding MGA, MGA Entertainment (HK) Limited ("MGA Hong Kong"), Carter Bryant, Margaret Hatch Leahy, Veronica Marlow, Sarah Halpern and Jacqueline Ramona Prince's over-designation of documents as "Confidential--Attorney's Eyes Only."

Judge Larson has made clear that he anticipates that the parties will de-designate a significant number of documents and deposition transcripts prior to trial. Mattel anticipates supplementing the attached list at a later time, but the list is Mattel's initial effort to identify documents to be de-designated.

The documents in the list do not constitute trade secrets because either the information within each is sufficiently old to require less protection or the content should not have been designated as trade secret in the first instance. In addition, they are key documents which we need to be

**quinn emanuel urquhart oliver & hedges, llp**

07209/2305284.1        NEW YORK | 51 Madison Avenue, 22nd Floor, New York, New York 10010 | TEL 212-849-7000 FAX 212-849-7100
SAN FRANCISCO | 50 California Street, 22nd Floor, San Francisco, California 94111 | TEL 415-875-6600 FAX 415-875-6700
SILICON VALLEY | 555 Twin Dolphin Drive, Suite 560, Redwood Shores, California 94065 | TEL 650-801-5000 FAX 650-801-5100

EXHIBIT I PAGE 33

able to share with our client, Mattel, in order to prepare our case.  Thus, we request that the above parties and third party witnesses de-designate the documents.  In the alternative, we request that the parties and third party witnesses at a minimum re-designate the documents from "Confidential—Attorneys' Eyes Only" to simply "Confidential" so they can be shown to Mattel.

Please inform me whether your clients will agree to de-designate these documents, and please let me know when you are available to meet and confer regarding Mattel's anticipated motion to de-designate these documents.

Very truly yours,

B. Dylan Proctor

Encl: 7 pp.

EXHIBIT I PAGE 34

**Pages to be De-designated from**
**"Confidential—Attorneys' Eyes Only" and/or "Confidential"**

<u>Deposition Transcripts:</u>

Carter Bryant, dated November 4, 5 and 8, 2004;
Steven Linker, dated September 13, 2006;
Paula Garcia, dated May 24, 2007, May 25, 2007, October 9, 2007 and October 10, 2007;
Isaac Larian, dated July 18, 2006;
Bryan Armstrong, dated July 18, 2007 and August 1, 2007;
Victoria O'Connor, dated December 6, 2004;
Sam Khare, dated August 20, 2007;
Jacqueline Prince, dated December 21, 2004;
Rebecca Harris, dated July 20, 2007;
Kerri Brode, dated August 15, 2007 and January 19, 2007;
Charnayne Brooks, dated March 2, 2007;
Janet Bryant, Vol. 2, dated September 25, 2007;
Tom Bryant, dated September 26, 2007;
Kenneth Lockhart, dated June 14, 2007 and June 15, 2007;
Dave Malacrida, dated August 30, 2007;
Mei Wah (Sarah) Chui, dated September 28, 2007;
Edmond Lee, dated October 4, 2007 and October 5, 2007;
Lisa Tonnu, dated July 19, 2007, September 24, 2007 and September 25, 2007;
Schuyler Bacon, dated September 27, 2007;
Spencer Woodman, dated October 9, 2007;
Schuyler Bacon, dated September 27, 2007;
Margaret Hatch Leahy, dated December 12, 2007; and
Anaelise Cloonan, dated December 14, 2007.

<u>Documents Produced by Bryant:</u>

| | | |
|---|---|---|
| BRYANT 00010-15 | BRYANT 01198-204 | BRYANT 02941 |
| BRYANT 00017-26 | BRYANT 01211-2 | BRYANT 03001 |
| BRYANT 00138-303 | BRYANT 01232-5 | BRYANT 04427-8 |
| BRYANT 00310-51 | BRYANT 01247 | BRYANT 04434 |
| BRYANT 00358-61 | BRYANT 01276-8 | BRYANT 04436 |
| BRYANT 00751 | BRYANT 01286-93 | BRYANT 04439-40 |
| BRYANT 00787-89 | BRYANT 01589-665 | BRYANT 04458 |
| BRYANT 00794-9 | BRYANT 01668-70 | BRYANT 04883 |
| BRYANT 00869 | BRYANT 02089-92 | BRYANT 04888-976 |
| BRYANT 00960-70 | BRYANT 02440-1 | BRYANT 07015-9 |
| BRYANT 01003 | BRYANT 2456-9 | BRYANT 10431-3 |
| BRYANT 01014 | BRYANT 02462-7 | BRYANT 10451-67 |
| BRYANT 01094 | BRYANT 02761 | BRYANT 19372-4 |
| BRYANT 01110-8 | BRYANT 02774-7 | |

EXHIBIT 工 PAGE 35

Documents Produced by MGA:

| | | |
|---|---|---|
| MGA9354B-7B | MGA002636-7 | MGA0004721B-2B |
| MGA9407B-12B | MGA003485-6 | MGA0004814-40 |
| | MGA003572-3 | MGA0005018 |
| MGA000001-11 | MGA003704-13 | MGA0005316B |
| MGA000014 | MGA003914-50 | MGA0005320B-4B |
| MGA000018 | MGA004587 | MGA0005369-75 |
| MGA000077-81 | MGA004717 | MGA0005438B |
| MGA000083 | MGA005090 | (MGA0005484B) |
| MGA000089-104 | MGA006396-7 | MGA0005491B-3B |
| MGA000113-25 | MGA006427-9 | MGA0005496-7 |
| MGA000127-8 | MGA006453-67 | MGA0005529B-30B |
| MGA000150-60 | MGA006599B-611B | MGA0005543B-4B |
| MGA000166-7 | MGA008878RB-81RB | MGA0005555B-9B |
| MGA000422 | | MGA0005592A |
| MGA000425-34 | MGA0000161B-5B | MGA0005633B |
| MGA000455-81 | MGA0000532 | MGA0005645-57 |
| MGA000533-6 | MGA0000734 | MGA0006272 |
| MGA000678-89 | MGA0001065 B | MGA0006278 |
| MGA000691-3 | MGA0001298 | MGA0006447-67 |
| MGA000699-703 | MGA0001422-23 | MGA0006480-504 |
| MGA000705-8 | MGA0001461-6 | MGA0006579-86 |
| MGA000710-28 | MGA0001628-32 | MGA0006631-3 |
| MGA000730 | MGA0002338A-9A | MGA0006849-917 |
| MGA000734 | MGA0002621 | MGA0006945-75 |
| MGA001144 | MGA0002624-5 | MGA0006978 |
| MGA001291 | MGA0002630-5 | MGA0007109 |
| MGA001294-307 | MGA0002639-64 | MGA 007339-40 |
| MGA001318-37 | MGA0003569B-71B | MGA0007363-72 |
| MGA001340-2 | MGA0003598-602 | MGA0007376 |
| MGA001356-9 | MGA0003866B-8B | MGA0007380-4 |
| MGA001415-6 | MGA0004282 | MGA0007430 |
| MGA001418-9 | MGA0004295-301 | MGA0007479-83 |
| MGA001430 | MGA0004558 | MGA0007487-92 |
| MGA001467-73 | MGA0004562B-3B | MGA0007495-503 |
| MGA001477 | MGA0004578B | MGA0007511-9 |
| MGA002325-7 | MGA0004611-6B | MGA0007538-45 |
| MGA002616-7 | MGA0004628 | MGA0007547-9 |
| MGA002619-21 | MGA0004635B | MGA0007553-6 |
| MGA002623-4 | MGA0004637B-8B | MGA0007562-3 |
| MGA002627 | MGA0004639-40 | MGA0007567-8 |
| MGA002630-1 | MGA0004717 | MGA0007574-5 |
| MGA002633-4 | MGA0004718B | MGA0007578 |

EXHIBIT I PAGE 36

| | | |
|---|---|---|
| MGA0007581-2 | MGA0009136 | MGA0049230-6 |
| MGA0007608-9 | MGA0009145-9B | MGA0049268-71 |
| MGA0007612-3 | MGA0009185-9 | MGA0049327-31 |
| MGA0007621-2 | MGA0009190-3 | MGA0049529-32 |
| MGA0007633-5 | MGA0009198 | MGA0049552-3 |
| MGA0007843-52 | MGA0009237-9 | MGA0049616 |
| MGA0007891 | MGA0009240-1 | MGA0049639-41 |
| MGA0007943 | MGA0009403-4 | MGA0049705-8 |
| MGA0008030-4 | MGA0010130 | MGA0049758 |
| MGA0008035A-8A | MGA0010149-51 | MGA0049793-8 |
| MGA0008039-50 | MGA0010208 | MGA0049814 |
| MGA0008043A-6A | MGA0015264 | MGA0050154 |
| MGA0008070 | MGA0015842-3 | MGA0050461-3 |
| MGA0008078, | MGA0015928-9 | MGA0050554-5 |
| MGA0008625 | MGA0018537-9 | MGA0050570-1 |
| MGA0008549 | MGA0022099 | MGA0050598 |
| MGA0008551 | MGA0024962-3 | MGA0050696-9 |
| MGA0008557 | MGA0027281-3 | MGA0050702-12 |
| MGA0008560, | MGA0045943-66 | MGA0050717 |
| MGA0008564 | MGA0046418-27 | MGA0050725-9 |
| MGA0008570B | MGA0046457 | MGA0050733-6 |
| MGA0008578B-9B | MGA0046486-90 | MGA0050752-4 |
| MGA0008587 | MGA0046493-4 | MGA0051453-5 |
| MGA0008595A | MGA0046498-501 | MGA0051546 |
| MGA0008615A-8A | MGA0046567-9 | MGA0051562-3 |
| MGA0008619-40 | MGA0046668 | MGA0051566-8 |
| MGA0008648B-54B | MGA0046672 | MGA0051574-6 |
| MGA0008745-7 | MGA0046680-2 | MGA0051649-52 |
| MGA0008770-3 | MGA0046691-3 | MGA0051808-10 |
| MGA0008851-5 | MGA0046704-5 | MGA0051890 |
| MGA0008856A | MGA0046743 | MGA0052031-6 |
| MGA0008858-65 | MGA0046750-72 | MGA0052277-91 |
| MGA0008886A-97A | MGA0046774 | MGA0052379 |
| MGA0008888RB | MGA0046776-8 | MGA0052435 |
| MGA0008900RB | MGA0046868-70 | MGA0052662-8 |
| MGA0008968 | MGA0046879-82 | MGA0053050-2 |
| MGA0009008-17 | MGA0046936-42 | MGA0053079-83 |
| MGA0009041-2 | MGA0046944-70 | MGA0053154-6 |
| MGA0009062-5 | MGA0047048-9 | MGA0053317-21 |
| MGA0009083B | MGA0047198-200 | MGA0053331-4 |
| MGA0009093-9 | MGA0047267-334 | MGA0053442-6 |
| MGA0009117 | MGA0047738-61 | MGA0053555-9 |
| MGA0009122A-4A | MGA0048434-5 | MGA0053569-73 |
| MGA0009125-6 | MGA 0048484-5 | MGA0053574-7 |
| MGA0009128A-32A | MGA0048518-23 | MGA0061969-72 |
| MGA0009134 | MGA0048673-5 | MGA0064572 |

EXHIBIT I PAGE 37

| | | |
|---|---|---|
| MGA0064575 | MGA0140783-6 | MGA0822933-42 |
| MGA0064577 | MGA0146604 | MGA0825262-6 |
| MGA0065327-31 | MGA0146905-6 | MGA0825342-9 |
| MGA0065444 | MGA0147303 | MGA0825431-2 |
| MGA0065464-6 | MGA0147327 | MGA0825438-45 |
| MGA0066084-8 | MGA0147524-6 | MGA0825447-61 |
| MGA0066270-6 | MGA0147888-9 | MGA0825466-71 |
| MGA0066294-6 | MGA0149307-26 | MGA0825485-95 |
| MGA0066304 | MGA0153714 | MGA0825627-45 |
| MGA0066403-7 | MGA0154586 | MGA0828136-7 |
| MGA0066423-5 | MGA0154602-3 | MGA0829273-89 |
| MGA0066432-9 | MGA0154605-6 | MGA0834205-6 |
| MGA0066487 | MGA0156244 | MGA0835259-60 |
| MGA0066608 | MGA0183934-9 | MGA0835737 |
| MGA0067500-4 | MGA0184197-8 | MGA0836315 |
| MGA0067816-23 | MGA0186063-7 | MGA0836578-89 |
| MGA0067834-5 | MGA0190944-7 | MGA0836593 |
| MGA0067842-7 | MGA0199003 | MGA0836601 |
| MGA0068078-95 | MGA0203816-7 | MGA0836640 |
| MGA0068289-96 | MGA0427516 | MGA0836650 |
| MGA0068434-42 | MGA0800006-8 | MGA0836721-2 |
| MGA0068493-561 | MGA0800022-6 | MGA0836789 |
| MGA0068725-7 | MGA0800037 | MGA0836832-3 |
| MGA0068915 | MGA0800051-80 | MGA0836862-5 |
| MGA0068962-75 | MGA0800084-5 | MGA0837088-9 |
| MGA0069001 | MGA0800097-102 | MGA0837363-72 |
| MGA0069426-7 | MGA0800114 | MGA0837468-70 |
| MGA0070833-48 | MGA0800117-24 | MGA0837512-3 |
| MGA0070857-8 | MGA0800863-5 | MGA0842078-81 |
| MGA0072000 | MGA0800982-5 | MGA0842107-9 |
| MGA0072003-9 | MGA0801921-3 | MGA0842182 |
| MGA0072019-35 | MGA0801966-9 | MGA0842184-7 |
| MGA0072039-46 | MGA0802727-9 | MGA0842189 |
| MGA0072098-100 | MGA0802758-67 | MGA0842199-219 |
| MGA0072105-7 | MGA0803353-4 | MGA0842238-45 |
| MGA0072112-44 | MGA0803381-3 | MGA0860577-9 |
| MGA0072149-67 | MGA0803651-3 | MGA0861632 |
| MGA0072176-9 | MGA0803668-9 | MGA0863860-901 |
| MGA0072188-9 | MGA0803753-5 | MGA0868039-93 |
| MGA0072199-219 | MGA0803777-8 | MGA0868100A-3A |
| MGA0072326-8 | MGA0803951-3 | MGA0868129-30 |
| MGA0072358-74 | MGA0804028-47 | MGA0868139-44 |
| MGA0072499 | MGA0804559-61 | MGA0868159-362 |
| MGA0088670-5 | MGA0804579-80 | MGA0868630-91 |
| MGA0101018-21 | MGA0808032 | MGA0868693-865 |
| MGA0140757-60 | MGA0815789 | MGA0873720-4 |

4

EXHIBIT I PAGE 38

| | | |
|---|---|---|
| MGA0873736 | MGA0883995-4010 | MGA1476883-4 |
| MGA0876578-85 | MGA0886356-96 | MGA1476891 |
| MGA0877238-50 | MGA0886402-6658 | MGA1753095 |
| MGA0877284-8 | MGA0886665-700 | MGA1753126 |
| MGA00878994-9007 | MGA0886705-9 | MGA1753193 |
| MGA0883230-66 | MGA0886716-851 | MGA1753235 |
| MGA0883290-5 | MGA0886862-968 | MGA1753241-2 |
| MGA0883298-303 | MGA0886969-74 | MGA1753312-21 |
| MGA0883339-47 | MGA0886975-97 | MGA1753324-31 |
| MGA0883920-37 | MGA0887005-425 | MGA1753364-75 |
| MGA0883968-93 | MGA1165499-500 | MGA1753380-3 |

## Documents Produced by MGA Hong Kong:

| | | |
|---|---|---|
| MGA HK 0000078-155 | MGA HK 0002332-4 | MGA HK 0004079-80 |
| MGA HK 0000158-261 | MGA HK 0002336 | MGA HK 0004087-9 |
| MGA HK 0000267-8 | MGA HK 0002341-48 | MGA HK 0004092-103 |
| MGA HK 0000647-756 | MGA HK 0002353-4 | MGA HK 0004104-5 |
| MGA HK 0001176 | MGA HK 0002359-62 | MGA HK 0004115-7 |
| MGA HK 0001187 | MGA HK 0002367-88 | MGA HK 0004123-32 |
| MGA HK 0001200 | MGA HK 0002391-2 | MGA HK 0004244-46 |
| MGA HK 0001209 | MGA HK 0002396-7 | MGA HK 0004250-1 |
| MGA HK 0001242-4 | MGA HK 0002398-404 | MGA HK 0004293-94 |
| MGA HK 0001515-43 | MGA HK 0002406-11 | MGA HK 0004381-2 |
| MGA HK 0001553-4 | MGA HK 0002487-637 | MGK HK 0004413-27 |
| MGA HK 0001588 | MGA HK 0002435-54 | MGA HK 0004434-7 |
| MGA HK 0001593-621 | MGA HK 0002462-78 | MGA HK 0007118-487 |
| MGA HK 0001848-56 | MGA HK 0002689-765 | MGA HK 0007747-49 |
| MGA HK 0001870-78 | MGA HK 0002645-61 | MGA HK 0008036-7 |
| MGA HK 0001837-42 | MGA HK 0002665-6 | MGA HK 0008068-90 |
| MGA HK 0001858-60 | MGA HK 0002783-880 | MGA HK 0008205-70 |
| MGA HK 0001928 | MGA HK 0002884-7 | MGA HK 0008468-86 |
| MGA HK 0001933-7 | MGA HK 0002904-17 | MGA HK 0008508-9 |
| MGA HK 0002066 | MGA HK 0002921-25 | MGA HK 0008518-9 |
| MGA HK 0002093-4 | MGA HK 0002938-58 | MGA HK 0008553-4 |
| MGA HK 0002099-100 | MGA HK 0002982-4 | MGA HK 0008592-95 |
| MGA HK 0002131-37 | MGA HK 0002997 | MGA HK 0008679-706 |
| MGA HK 0002146-59 | MGA HK 0003000-5 | MGA HK 0008708-25 |
| MGA HK 0002260 | MGA HK 0003020-119 | MGA HK 0008814-6 |
| MGA HK 0002266 | MGA HK 0003138-40 | MGA HK 0008846-57 |
| MGA HK 0002270-1 | MGA HK 0003150-4 | MGA HK 0008864 |
| MGA HK 0002292-5 | MGA HK 0003168-72 | MGA HK 0008919-72 |
| MGA HK 0002310-2 | MGA HK 0004040-4 | MGA HK 0008974-90 |
| MGA HK 0002328 | MGA HK 0004048-61 | |
| MGA HK 0002331 | MGA HK 0004069-72 | |

EXHIBIT I PAGE 39

MGA HK 0008993-9017
MGA HK 0009036-49
MGA HK 0009066-125
MGA HK 0009169-89
MGA HK 0009340-1
MGA HK 0009669-79
MGA HK 0009712-58
MGA HK 0009767
MGA HK 0009771
MGA HK 0009776-7

MGA HK 0009805-25
MGA HK 0009850-2
MGA HK 0009901-46
MGA HK 0009974-97
MGA HK 0010109-18
MGA HK 0010121-42
MGA HK 0010152-85
MGA HK 0010186-98
MGA HK 0011152-56

<u>Documents Produced by Third Parties:</u>

AR 0001-58
KMW-M 01646-52
KMW-M 01932
KMW-M 01950
LAF 002
LAF 043
LAF 0083
LAF 0085
SABW-L 00001-12.
SABW-M 00037-8
SABW-M 00065-78
SABW-M 00145-8

SABW-M 00179-88
SABW-M 00247-58
SABW-M 00271-82
SABW-M 00283-96
SABW-M 00319-46
SABW-M 00427
SABW-M 00429
SABW-M 00431
SABW-M 00436-7
SABW-M 00587-8
SABW-M 00595-8
SABW-M 00601-2

SBM 0005-11
SH 0001-131
SL 00001-66
TARM 0031-47
UB 0001
UB 0003-8
UB 0013-16
UB 0127B-31B
UB 0107-11
UB 0199-200

<u>Deposition Exhibits:</u>

Ex. 200 No Bates (3 pages)
Ex. 203 No Bates (1 page)
Ex. 204 No Bates (1 page)
Ex. 300 No Bates (3 pages)
Ex. 334 No Bates (36 pages)
Ex. 366 No Bates (7 pages)
Ex. 390-92 No Bates (15 pages)
Ex. 395 No Bates (18 pages)
Ex. 405 No Bates (4 pages)
Ex. 452 No Bates (15 pages)

Ex. 481 No Bates (164 pages)
Ex. 504 No Bates (1 page)
Ex. 515-518 No Bates (1 page)
Ex. 521-22 No Bates (1 page)
Ex. 549 No Bates (1 page)
Ex. 592 No Bates (1 page)
Ex. 646 No Bates (39 pages)
Ex. 669 No Bates (12 pages)
Ex. 711 No Bates (1 page)
Ex. 717 No Bates (1 page)

Ex. 719 No Bates (1 page)
Ex. 725 No Bates (1 page)
Ex. 727 No Bates (1 page)
Ex. 728 No Bates (1 page)
Ex. 730-731 No Bates (1 page)
Ex. 734 No Bates (1 page)
Ex. 736 No Bates (1 page)
Ex. 738 No Bates (1 page)
Ex. 740 No Bates (1 page)
Ex. 742 No Bates (1 page)
Ex. 744 No Bates (1 page)
Ex. 746 No Bates (1 page)
Ex. 748 No Bates (1 page)
Ex. 750 (1 page)

EXHIBIT <u>I</u> PAGE <u>40</u>

Ex. 752 No Bates (1 page)
Ex. 754 No Bates (1 page)
Ex. 759-760 No Bates (1 page)
Ex. 763-765 No Bates (1 page)
Ex. 768 No Bates (1 page)
Ex. 770 No Bates (1 page)
Ex. 775 No Bates (1 page)
Ex. 777 No Bates (1 page)
Ex. 780 No Bates (1 page)
Ex. 782-786 No Bates (1 page)

Ex. 790 No Bates (1 page)
Ex. 824 No Bates (1 page)
Ex. 831 No Bates (5 pages)
Ex. 929 No Bates (4 pages);
Ex. 930 No Bates (17 pages);
Ex. 931 No Bates (13 pages);
Ex. 932 No Bates (16 pages);
Ex. 943-944 No Bates (22 pages)

Ex. 1006 No Bates (1 page)
Ex. 1111 No Bates (2 pages)
Ex. 1118 No Bates (3 pages)
Ex. 1146
Ex. 1152
Ex. 1153
Ex. 1154
Ex. 1155

EXHIBIT I PAGE 41

# EXHIBIT J

RECEIVED

JAN 2 8 2008

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

300 SOUTH GRAND AVENUE

LOS ANGELES, CALIFORNIA 90071-3144

TEL: (213) 687-5000

FAX: (213) 687-5600

www.skadden.com

DIRECT DIAL
213-687-5513
EMAIL ADDRESS
ALANSTRA@SKADDEN.COM

FIRM/AFFILIATE OFFICES
BOSTON
CHICAGO
HOUSTON
NEWARK
NEW YORK
PALO ALTO
SAN FRANCISCO
WASHINGTON, D.C.
WILMINGTON
—
BEIJING
BRUSSELS
FRANKFURT
HONG KONG
LONDON
MOSCOW
PARIS
SINGAPORE
SYDNEY
TOKYO
TORONTO
VIENNA

January 25, 2008

## VIA FACSIMILE & U.S. FIRST CLASS MAIL

B. Dylan Proctor
Quinn Emanuel Urquhart Oliver & Hedges, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017

RE:   Mattel, Inc. v. Bryant

Dear Mr. Proctor:

I write as a follow up to the parties' meet-and-confer on January 16, 2008 concerning the de-designation or re-designation of documents originally designated as "Confidential-Attorneys' Eyes Only."

As I agreed to do by today's date, we have reviewed the documents listed in your letter of December 20, 2007. Attached is a list of documents that the MGA Defendants are willing to de-designate or re-designate, absent objection from the other interested parties. I note that I have conferred with counsel to Carter Bryant, John Trinidad of Keker & Van Nest LLP, and he agrees with changing the designation from "Confidential-Attorneys' Eyes Only" to "Confidential" on the BRYANT-produced documents identified by the MGA Defendants on the attached list.

EXHIBIT J PAGE 42

B. Dylan Proctor
January 25, 2008
Page 2

        The MGA Defendants do not agree that any other documents on your list need to be or should be de-designated or re-designated.  As I explained during the January 16th meet-and-confer, we disagree with the premise outlined in your December 20th letter that "[t]he documents in the list do not constitute trade secrets because either the information within each is sufficiently old to require less protection or the content should not have been designated as trade secret in the first instance."  The documents that the MGA Defendants labeled "Confidential-Attorneys' Eyes Only" clearly include trade secrets or other confidential commercial information that, if disclosed to Mattel, would result in competitive disadvantage and/or harm to MGA.

        Further, many of the documents identified in your list are not relevant to Phase I issues, while still others are not relevant to any issue in this litigation.  Accordingly, the parties need not even consider de-designating such documents for the purposes of trial preparation.

        I note that many documents listed do not on their face appear to be designated "Confidential-Attorneys' Eyes Only," while still others were not even designated "Confidential."  We are unclear as to why such documents were included in your proposed de-designation list.

        As I also explained during the January 16th meet-and-confer, under the Stipulated Protective Order, the parties are permitted to designate an entire deposition transcript "Confidential" or "Confidential – Attorneys' Eyes Only," provided they undertake a good faith obligation to identify any non-confidential portions of the testimony within fourteen (14) calendar days after receipt of the transcript of that testimony.  As discussed during the meet-and-confer, we are committed to meeting that obligation, commencing with the list of deposition transcripts and exhibits listed in your December 20th letter.  As I agreed, we are working to provide you the portions of testimony that may be de-designated or re-designated by Friday, February 8, 2008.

        Finally, I write to remind you that on January 14, 2008 I sent you a letter identifying documents and deposition testimony that we proposed to be de-designated by Mattel.  During the January 16th meet-and-confer, you reported that you had not yet had an opportunity to consider that list.  Accordingly, I requested that upon your initial review that you contact me to advise when Mattel would be able to respond to the requests.  As of today's date, I have not heard from you.  I kindly ask that you contact me at your earliest convenience regarding Mattel's

EXHIBIT J  PAGE 43

B. Dylan Proctor
January 25, 2008
Page 3

timetable for responding to MGA's de-designation requests.  As to the deposition transcripts, it seems reasonable that the parties simultaneously fulfill their mutual obligations under the Stipulated Protective Order.

Respectfully,

Allen L. Lanstra, Jr.

Attachment

cc:   John E. Trinidad
      Larry McFarland
      Daniel J. Warren

EXHIBIT J PAGE 44

## MGA'S LIST OF DOCUMENTS FROM MATTEL'S 12/20/07 LETTER THAT MAY BE DE-DESIGNATED OR RE-DESIGNATED

BRYANT 00751 (TO CONFIDENTIAL)
BRYANT 00787-89 (TO CONFIDENTIAL)
BRYANT 01276-8 (TO CONFIDENTIAL)
BRYANT 01286-93 (TO CONFIDENTIAL)
BRYANT 01668-70 (TO CONFIDENTIAL)
BRYANT 02089-92 (TO CONFIDENTIAL)
BRYANT 02941 (TO CONFIDENTIAL)
BRYANT 04883 (TO CONFIDENTIAL)
BRYANT 04888-976 (TO CONFIDENTIAL)
BRYANT 19372-4 (TO CONFIDENTIAL)
MGA 001291
MGA 001356-9 (TO CONFIDENTIAL)
MGA 0066270-6 (TO CONFIDENTIAL)
MGA 0140783-6 (TO CONFIDENTIAL)
MGA 082758-67
MGA 0803668-9
MGA 0825342-9
MGA 0825431
MGA 0825627-45
MGA 1753126 (TO CONFIDENTIAL)
MGA 1753364-75 (TO CONFIDENTIAL)

EXHIBIT J PAGE 45

# EXHIBIT K

1

1              UNITED STATES DISTRICT COURT

2           CENTRAL DISTRICT OF CALIFORNIA

3                EASTERN DIVISION

4                   - - -

5    HONORABLE STEPHEN G. LARSON, JUDGE PRESIDING

6                 - - -

7  CARTER BRYANT, ET. AL.,    )

8             PLAINTIFFS,  )

9       VS.           )  NO. ED CV 04-09049

10  MATTEL, INC., ET. AL.,    )

11          DEFENDANTS.  )  TELECONFERENCE

12  AND CONSOLIDATED ACTIONS,  )

**CERTIFIED COPY**

NO. ED CV 04-09049
(LEAD LOW NUMBER)

TELECONFERENCE
RE:  AEO DOCUMENTS

13

14

15     REPORTER'S TRANSCRIPT OF PROCEEDINGS

16        RIVERSIDE, CALIFORNIA

17       WEDNESDAY, MAY 14, 2008

18          12:07 P.M.

19

20

21

22

23      THERESA A. LANZA, RPR, CSR
        FEDERAL OFFICIAL COURT REPORTER

24       3470 12TH STREET, RM. 134
       RIVERSIDE, CALIFORNIA  92501

25         951-274-0844
       WWW.THERESALANZA.COM

EXHIBIT K PAGE 46

2

```
 1    APPEARANCES (TELEPHONICALLY):

 2

 3    ON BEHALF OF CARTER BRYANT:

 4                        KEKER & VAN NEST
                          BY:  MATTHEW M. WERDEGAR
 5                        710 SANSOME STREET
                          SAN FRANCISCO, CALIFORNIA  94111-1704
 6                        415-391-5400

 7

 8    ON BEHALF OF MATTEL:

 9                        QUINN EMANUEL
                          BY:  TIMOTHY ALGER
10                        865 S. FIGUEROA STREET,
                          10TH FLOOR
11                        LOS ANGELES, CALIFORNIA  90017
                          213-624-7707
12

13
      ON BEHALF OF MGA ENTERTAINMENT:
14
                          SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
15                        BY:  THOMAS J. NOLAN
                          BY:  JASON RUSSELL
16                        300 SOUTH GRAND AVENUE
                          LOS ANGELES, CALIFORNIA  90071-3144
17                        213-687-5000

18

19

20

21

22

23

24

25
```

WEDNESDAY, MAY 14, 2008

TELECONFERENCE HEARING

EXHIBIT 12 PAGE 47

1    IN OPEN COURT, OUR INSTRUCTIONS BY THE COURT BEFORE THE SUMMARY

2    JUDGMENT ARGUMENT WERE THAT YOU WANTED ALL OF THE DOCUMENTS

3    RELATING TO THE SUMMARY JUDGMENT MOTION TO BE CLEARED BY THE

4    PARTIES.  AND WE ARE IN A POSITION, AND WE'VE ALWAYS BEEN IN A

5    POSITION, TO ARGUE TO THE COURT THAT WAY, THAT EVERYTHING WAS        12:37

6    IN THE PUBLIC DOMAIN; SO I DIDN'T WANT TO HAVE ANY CONFUSION

7    WITH RESPECT TO THAT, YOUR HONOR.

8              **THE COURT:**  ALL RIGHT.  VERY GOOD.

9              LETS PROCEED AS WE DISCUSSED EARLIER.  I WILL ISSUE A

10   MINUTE ORDER ON THIS PARTICULAR HEARING.  I'LL LOOK AT THAT        12:37

11   JOINT REPORT.  THE PARTIES SHOULD CONTINUE TO MEET AND CONFER

12   IN TERMS OF WHAT DOCUMENTS THAT HAVE BEEN FILED AND THAT THEY

13   WANT TO CONTINUE TO BE PROTECTED.  WE'LL TAKE THAT UP AND I'LL

14   ISSUE A FINAL ORDER ON MONDAY.

15             MR. ALGER, I THINK THIS LAST CLARIFICATION BY           12:37

16   MR. NOLAN ADDRESSES THE CONCERN THAT YOU RAISED AS TO WHETHER

17   WE'RE TALKING ABOUT ALL AEO DOCUMENTS OR JUST THE ONES THAT

18   HAVE BEEN FILED WITH THE COURT.

19             IS THAT CORRECT?

20             **MR. ALGER:**  I UNDERSTAND THAT MR. NOLAN WANTS       12:37

21   DOCUMENTS UNSEALED SUCH THAT HE CAN SHOW THEM TO HIS CLIENTS IN

22   ANTICIPATION OF THE BOUSQUETTE DEPOSITION.

23             IS THAT CORRECT?

24             **MR. NOLAN:**  THAT'S CORRECT.

25             **THE COURT:**  VERY GOOD.                              12:38

1        MR. ALGER:  AND THAT MR. NOLAN IS NOT SEEKING AN

2  ORDER, AND THE COURT IS NOT ISSUING AN ORDER RIGHT NOW, THAT IS

3  TAKING DOCUMENTS OUT FROM UNDER THE PROTECTIVE ORDER OTHERWISE.

4        THE COURT:  THAT IS CORRECT.  ALL THAT WE'RE

5  ADDRESSING HERE ARE DOCUMENTS THAT HAVE BEEN FILED WITH THE          12:38

6  COURT.  AND THIS, I THINK, WAS YOUR ANALYSIS EARLIER,

7  MR. ALGER.  IT DOESN'T RISE TO THE FIRST AMENDMENT ISSUE UNTIL

8  AND UNLESS IT'S ACTUALLY FILED WITH THE COURT, USED AS AN

9  EXHIBIT IN TRIAL, ET CETERA, ET CETERA.

10        MR. ALGER:  THAT'S RIGHT, YOUR HONOR.                         12:38

11        AND, AGAIN, THE FACT OF THE MATTER IS, WE, MATTEL,

12  HAVE NO PROBLEM WITH THE UNSEALING OF THE MSJ DOCUMENTS SUBJECT

13  TO THE JOINT REPORT AND SUBJECT TO THE USE OF THE CORRECTED

14  EXHIBIT 86 THAT WAS ATTACHED TO A DECLARATION THAT I FILED ON

15  APRIL 17, 2008; SO THE ORIGINAL EXHIBIT 86 TO THE ZELLER           12:38

16  DECLARATION NEEDS TO REMAIN UNDER SEAL; THAT WOULD BE AN

17  ADDITIONAL DOCUMENT.

18        THE COURT:  VERY GOOD.

19        MR. ALGER:  BUT OTHER THAN THAT, WE'RE FINE WITH THE

20  COURT SO ORDERING THE UNSEALING OF THE BALANCE OF THE MSJ          12:39

21  DOCUMENTS AS OF TODAY.

22        THE COURT:  COUNSEL, YOU CAN CONSIDER IT ORDERED AS

23  OF THIS MOMENT.  I WILL ISSUE A MINUTE ORDER TODAY TO THAT

24  EFFECT.  I'LL CONSULT THE JOINT REPORT TO ADOPT THE APPROPRIATE

25  LANGUAGE.  BUT JUST FOR YOUR PREPARATION PURPOSES, YOU MAY         12:39

27

1   PROCEED KNOWING THAT THE COURT HAS ORDERED THAT UNSEALING.

2          THEN WE'LL TAKE UP THE REST OF THE DOCUMENTS THAT

3   HAVE BEEN FILED UNDER SEAL, THE DISCOVERY AND THE LIKE, AT THE

4   PRETRIAL CONFERENCE ON MONDAY, AND WE CAN HOPEFULLY GO FROM

5   THERE.                                                          12:39

6          ARE THERE ANY OTHER ISSUES AT THIS TIME, COUNSEL?

7          MR. NOLAN:  NO, YOUR HONOR, JUST A CONFIRMATION.

8          ON MONDAY, WE START AT 10:00 A.M. ON, I THINK, THE

9   MOTION FOR RECONSIDERATION WITH RESPECT TO THE CITY OF HOPE

10  CASE?                                                           12:40

11         THE COURT:  HOLD ON ONE SECOND.  I WANT TO CONSULT

12  WITH MY CLERK AND TAKE A LOOK AT THE CALENDAR.  WE DO HAVE A

13  FEW OTHER MOTIONS WHICH I'M GOING TO TAKE UP FIRST AND THEN I

14  WILL DEVOTE BASICALLY THE REST OF THE TIME TO YOU.

15         I'M GOING TO PUT YOU ON HOLD FOR ONE SECOND.            12:40

16         (BRIEF PAUSE. )

17         THE COURT:  COUNSEL, IN LOOKING AT THE CALENDAR, I

18  THINK THE BEST THING TO DO IS TO MOVE EVERYTHING TO THE

19  AFTERNOON AT 1:30.  I'VE GOT SEVERAL OTHER MATTERS, AND I'M

20  CONCERNED THAT I'M GOING TO GET BOGGED DOWN WITH THOSE IN THE   12:42

21  MORNING.  WHAT I'D RATHER DO IS MOVE NOT ONLY THE PRETRIAL

22  CONFERENCE, BUT ALSO, WE HAVE THE MOTION FOR RECONSIDERATION

23  THAT HAS BEEN FILED BY CARTER BRYANT; I'VE GOT THE OPPOSITION

24  BY MATTEL.  IF THERE'S GOING TO BE A REPLY ON THAT, THAT NEEDS

25  TO BE FILED BY 4:00 P.M. ON MAY 16, BY FRIDAY.  WHY DON'T WE DO  12:42

1  THAT AND THIS PRETRIAL CONFERENCE AT 1:30; THAT WAY YOU WON'T

2  BE JOCKEYING FOR POSITION WITH OTHER PARTIES.  AND THEN WE CAN

3  ALSO CONTINUE OUR HEARING ON THE MOTION FOR PARTIAL SUMMARY

4  JUDGMENT AT THE SAME TIME.

5      DOES THAT POSE A PROBLEM FOR ANYBODY?                    12:43

6      MR. NOLAN:  NO, YOUR HONOR, NOT FOR US.

7      THE COURT:  VERY WELL.

8      MR. ALGER?

9      MR. ALGER:  NOT A PROBLEM FOR MATTEL.

10     THE COURT:  MR. WERDEGAR?  CARTER BRYANT?            12:43

11     MR. WERDEGAR:  NO, YOUR HONOR.

12     CONFIRM THAT'S ALSO FINE WITH US, AND THANK YOU.

13     MR. NOLAN:  YOUR HONOR, JUST FOR CLARIFICATION, IF WE

14  START AT 1:30 THE HEARING FOR PARTIAL SUMMARY JUDGMENT -- THERE

15  WAS A QUESTION ASKED BY MR. ALGER AT THE END OF MONDAY'S        12:43

16  HEARING ABOUT HAVING LIVE TESTIMONY AT MONDAY'S HEARING.  AND

17  MR. QUINN AND I HAVE TALKED, AND WE'RE TRYING TO WORK OUT AN

18  AGREEMENT WHERE WE WOULD NOT PRESENT LIVE TESTIMONY.  WHICH, OF

19  COURSE, AS YOU SAID, IT WAS, I GUESS, MATTEL'S MOTION ON

20  SUMMARY JUDGMENT.                                              12:44

21     I GUESS I JUST WANT TO MAKE CERTAIN.  WHAT WE

22  ANTICIPATE IS THAT THERE'S GOING TO BE FURTHER HEARING ON

23  PARTIAL SUMMARY JUDGMENT.  IF THE COURT WERE TO DETERMINE THAT

24  SOME FURTHER ANALYSIS FOR PURPOSES OF MOVING FORWARD WITH THE

25  COPYRIGHT CLAIM, WHETHER OR NOT YOU CALL IT FILTRATION OR       12:44

1

CERTIFICATE

2

3    I HEREBY CERTIFY THAT PURSUANT TO SECTION 753, TITLE 28, UNITED
     STATES CODE, THE FOREGOING IS A TRUE AND CORRECT TRANSCRIPT OF
4    THE STENOGRAPHICALLY RECORDED PROCEEDINGS HELD IN THE ABOVE-
     ENTITLED MATTER AND THAT THE TRANSCRIPT PAGE FORMAT IS IN
5    CONFORMANCE WITH THE REGULATIONS OF THE JUDICIAL CONFERENCE OF
     THE UNITED STATES.

6

7                                                    5-14-08
     _____        _____
8    THERESA A. LANZA, CSR, RPR                       DATE
     FEDERAL OFFICIAL COURT REPORTER

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

# EXHIBIT L



## Receipt

Copyright Office
Library of Congress
101 Independence Avenue SE
Washington, DC 20559-6000

**No.   1-10VM50**

**Date:** 5/15/2008 12:47:08 PM

---

**Received**

| | | |
|---|---|---|
| Form(s): | VA (1) | |
| Deposit Count: | 1 | |
| Piece Count: | 1 | |
| Type of Deposit: | 1 drawing | |
| Other Enclosures: | Request for Special Handling (1) | |
| Title: | Doll Sculpt Drawing | |
| # of Additional Titles: | | |
| Priority: | **Special Handling** | |
| Received By: | RBRA   *Ry Braun* | |
| # of Documents | | |

☐ Search Report
☐ Search
☐ Retrieval
☐ Correspondence
☐ Inspection
☐ Photocopies
☐ Additional Certificate
☐ Certification
☐ Secure Test Exam
Other:

---

**Received From:** Mattel Inc.          **Phone:**

333 Continental Blvd., MI-1220

El Segundo, CA 90245-5012
United States

**Representing:**          **Phone:**

**Correspondence Id**

---

| Fees | | Method of Payment | Amount |
|---|---|---|---|
| No Fee: | ☐ | Check: | |
| Fee to be Determined: | ☐ | Money Order: | |
| Base Fee: | $45.00 | Deposit Account: 37842 | |
| Special Handling Fee: | $685.00 | Deposit Account Name: | MATTEL, INC. |
| Secure Test Exam Fee: | $ | | |
| Total Due: | $730.00 | | |

**Total Payment:**   $730.00

---

**Notes**

---

Receipt of material is merely a preliminary step in the registration and/or recordation process. It does not imply that any final determination has been made in the case, or that the material is acceptable for registration.

Official action on an application for copyright registration or a document for recordation can be taken only after there has been a full examination of the claim following regular Copyright Office procedures. We are glad to discuss questions involving copyright registration on the telephone or in person-to-person conversations. However, all statements made during these exploratory discussions must be considered provisional, and are not binding either upon the applicant or upon the Office.

This receipt is intended to show that the material described was received in the Copyright Office on the date given. When multiple claims are submitted by or on behalf of the same remitter, however, only one receipt listing only one title on the receipt will be provided.

EXHIBIT ∟ PAGE 53

**Form VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

VA          VAU

EFFECTIVE DATE OF REGISTRATION

Month          Day          Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**Title of This Work ▼**
Doll Sculpt Drawing

**NATURE OF THIS WORK ▼** See instructions
Drawing

**Previous or Alternative Titles ▼**

**Publication as a Contribution** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give: Volume ▼          Number ▼          Issue Date ▼          On Pages ▼

---

**NAME OF AUTHOR ▼**
Carter Bryant

**DATES OF BIRTH AND DEATH**
Year Born ▼          Year Died ▼
1968

Was this contribution to the work a "work made for hire"?
☐ Yes
☑ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of          USA
{ Domiciled in

**Was This Author's Contribution to the Work**
Anonymous?          ☐ Yes   ☑ No
Pseudonymous?       ☐ Yes   ☑ No
If the answer to either of these questions is "Yes," see detailed instructions

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire"

**Nature of Authorship** Check appropriate box(es). **See Instructions**
☐ 3-Dimensional sculpture          ☐ Map               ☐ Technical drawing
☑ 2-Dimensional artwork            ☐ Photograph        ☐ Text
☐ Reproduction of work of art      ☐ Jewelry design    ☐ Architectural work

**Name of Author ▼**          **Dates of Birth and Death**



TOP OF HEAD

ROOTING LINE / SEPERATION LINE

RECEIVED
MAY 1 5 2008
COPYRIGHT OFFICE
PUBLIC OFFICE

EXHIBIT L PAGE 54

**Form VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

_____

VA _____   VAU _____
EFFECTIVE DATE OF REGISTRATION

_____  _____  _____
Month              Day                  Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**Title of This Work ▼**

Doll Sculpt Drawing

**NATURE OF THIS WORK ▼** See instructions

Drawing

**Previous or Alternative Titles ▼**

**Publication as a Contribution** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give: Volume ▼ _____ Number ▼ _____ Issue Date ▼ _____ On Pages ▼ _____

---

**NAME OF AUTHOR ▼**

Carter Bryant

**DATES OF BIRTH AND DEATH**
Year Born ▼ _____   Year Died ▼ _____
1968

**Was this contribution to the work a "work made for hire"?**
☐ Yes
☑ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of _____ USA
     Domiciled in _____

**Was This Author's Contribution to the Work**
Anonymous?   ☐ Yes ☑ No
Pseudonymous? ☐ Yes ☑ No
If the answer to either of these questions is "Yes," see detailed instructions

**Nature of Authorship** Check appropriate box(es). **See Instructions**
☐ 3-Dimensional sculpture      ☐ Map               ☐ Technical drawing
☑ 2-Dimensional artwork        ☐ Photograph        ☐ Text
☐ Reproduction of work of art  ☐ Jewelry design    ☐ Architectural work

---

**Name of Author ▼**

**Dates of Birth and Death**
Year Born ▼ _____   Year Died ▼ _____

**Was this contribution to the work a "work made for hire"?**
☐ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of _____
     Domiciled in _____

**Was This Author's Contribution to the Work**
Anonymous?   ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**Nature of Authorship** Check appropriate box(es). **See Instructions**
☐ 3-Dimensional sculpture      ☐ Map               ☐ Technical drawing
☐ 2-Dimensional artwork        ☐ Photograph        ☐ Text
☐ Reproduction of work of art  ☐ Jewelry design    ☐ Architectural work

*NOTE
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.*

---

**Year in Which Creation of This Work Was Completed**  2000

This information must be given in all cases.

**Date and Nation of First Publication of This Particular Work**
Complete this information ONLY if this work has been published.
Month _____ Day _____ Year _____ Nation _____

---

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

Mattel, Inc.
333 Continental Blvd. M1-1220
El Segundo, CA 90245-5012

**APPLICATION RECEIVED**

**ONE DEPOSIT RECEIVED**

**TWO DEPOSITS RECEIVED**

**FUNDS RECEIVED**

*DO NOT WRITE HERE
OFFICE USE ONLY*

**Transfer** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

Assignment.

*See instructions before completing this space*

**MORE ON BACK ▶**  • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
                     • See detailed instructions.   • Sign the form at line 8

DO NOT WRITE HERE
Page 1 of _____ pages

EXHIBIT __L__ PAGE __55__

EXAMINED BY

CHECKED BY

☐ CORRESPONDENCE
   Yes

FORM VA

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes   ☐ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼          Year of Registration ▼

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

See instructions
before completing
this space

b. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                                          Account Number ▼

Mattel, Inc.                                     DA 37842

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.  Name/Address/Apt/City/State/Zip ▼

Mattel, Inc.          Attention: Robert D. Walsh
333 Continental Blvd.  M1-1220
El Segundo, CA 90245-5012

Area code and daytime telephone number  ( 310 ) 252-6650          Fax number  ( 310 ) 252-4991

Email

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

check only one ▶ {
  ☐ author
  ☐ other copyright claimant
  ☐ owner of exclusive right(s)
  ☑ authorized agent of...  Mattel, Inc.
  Name of author or other copyright claimant, or owner of exclusive right(s) ▲
}

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Robert D. Walsh                                          Date  May 14, 2008

Handwritten signature (X) ▼

X _Robert D. Walsh_____

Certificate
will be
mailed in
window
envelope
to this
address:

Name ▼
Mattel, Inc.          Attention: Robert D. Walsh

Number/Street/Apt ▼
333 Continental Blvd,  M1-1220

City/State/ZIP ▼
El Segundo, CA 90245-5012

YOU MUST:
• Complete all necessary spaces
• Sign your application in space 8
SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money
   order payable to Register of Copyrights
3. Deposit material
MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

*17 USC §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Form VA  Rev 07/2006  Print 07/2006—30,000  Printed on recycled paper          U.S. Government Printing Office 2004-320-954/60 121



EXHIBIT L PAGE 56



TOP OF HEAD

ROOTING LINE / SEPERATION LINE

ACTUAL PROPORTION

ACTUAL SIZE 10"

EXHIBIT L PAGE 57



**request for special handling**

FOR SPECIAL HANDLING REQUESTS ONLY

MAIL TO: Library of Congress
Box 100
Washington, D.C. 20540

---

**1**

SPECIAL HANDLING IS NOT FOR CONVENIENCE ONLY !

*Note: The special handling of a registration application or other fee service severely disrupts the entire registration process and workflow of the Copyright Office. It is granted only in the most urgent of cases. A request for special handling is subject to the approval of the Chief of the Receiving and Processing Division, who takes into account the workload situation of the office at the time the request is made. A minimum period of five working days is required to process a registration application under special handling procedures.*

---

Why is there an urgent need for special handling?

RECEIVED

MAY 1 5 2008

XⓍ Litigation          ☐ Contractual/Publishing Deadlines

☐ Customs Matter      ☐ Other, Specify

**2**

If you must have the requested action to go forward with the litigation, please answer the following questions.

a.  Is the litigation actual or prospective?

Actual.

Unless **all** blanks are completed your request **cannot** be processed.

b.  Are you (or your client) the plaintiff or defendant in the action?  Please specify.

Plaintiff

b.  What are the names of the parties and what is the name of the court where the action is pending or expected?

Mattel, Inc. v. Carter Bryant et al CV-04-9059

USDC CD

---

I certify that the statements made above are correct to the best of my knowledge.

(Name)        John N. Jennison, Esq.

(Signature)

(Address)    Jennison & Shultz, P.C.
             2001 Jefferson Davis Hwy., Suite 1102
             Arlington, VA 22202

(Phone)        (703) 415-1640            (Date)   May 15, 2008

FOR COPYRIGHT OFFICE USE ONLY      Information Specialist handling matter

**remarks**

EXHIBIT L PAGE 58

# EXHIBIT M

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number:**

## VAu 960-439

**Effective date of registration:**

May 15, 2008

## Title

| | |
|---|---|
| **Title of Work:** | Doll Sculpt Drawing |
| **Nature of Work:** | Drawing |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2000 |

## Author

| | |
|---|---|
| **Author:** | Carter Bryant |
| **Author Created:** | 2-Dimensional artwork |
| **Work made for hire:** | No |
| **Citizen of:** | United States |
| **Year Born:** | 1968 |
| **Anonymous:** | No |
| **Pseudonymous:** | No |

## Copyright claimant

| | |
|---|---|
| **Copyright Claimant:** | Mattel, Inc. |
| | 333 Continental Blvd. M1-1220, El Segundo, CA, 90245-5012 |
| **Transfer Statement:** | Assignment. |

## Certification

| | |
|---|---|
| **Name:** | Robert D. Walsh, authorized agent of Mattel, Inc. |
| **Date:** | May 14, 2008 |

EXHIBIT M PAGE 57