| | |
|---|---|
| 1 | THOMAS J. NOLAN (Bar No. 66992) |
| 2 | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP<br>300 South Grand Avenue |
| 3 | Los Angeles, California 90071-3144<br>Telephone: (213) 687-5000 |
|   | Facsimile: (213) 687-5600 |
| 4 | E-mail: tnolan@skadden.com |
| 5 | RAOUL D. KENNEDY (Bar No. 40892) |
| 6 | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP<br>Four Embarcadero Center, 38th Floor |
| 7 | San Francisco, California 94111-5974<br>Telephone: (415) 984-6400 |
|   | Facsimile: (415) 984-2698 |
| 8 | E-mail: rkennedy@skadden.com |
| 9 | Attorneys for Counter-Defendants |
| 10 | MGA Entertainment, Inc., MGA<br>Entertainment (HK) Limited, |
| 11 | MGAE De Mexico, S.R.L. De C.V.,<br>and ISAAC LARIAN |

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**EASTERN DIVISION**

| | |
|---|---|
| CARTER BRYANT, an individual | CASE NO. CV 04-9049 SGL (RNBx) |
| Plaintiff, | Consolidated with Case No. 04-9059 and Case No. 05-2727 |
| v. | **DECLARATION OF LANCE A. ETCHEVERRY IN SUPPORT OF MGA PARTIES' OMNIBUS OPPOSITION TO MATTEL'S *EX PARTE* APPLICATIONS:** |
| MATTEL, INC., a Delaware corporation | |
| Defendant. | |
| Consolidated with MATTEL, INC. v. BRYANT and MGA ENTERTAINMENT, INC. v. MATTEL, INC. | (1) For an Order Shortening Time to Hear Mattel's Motion Compelling Production of Communications Allegedly Made in Furtherance of Crimes and Frauds; and |
| | (2) To Expedite the Court's Hearing of Mattel's Motion to Enforce the Discovery Master's May 7, 2008 Order. |
| | Hearing Date: TBD<br>Time: TBD<br>Place: TBD |

ETCHEVERRY DECLARATION ISO MGA'S OMNIBUS OPP. TO MATTEL'S *EX PARTE* APPS.
Case No. CV 04-9049 SGL

I, Lance A. Etcheverry, declare as follows:

1. I am an attorney licensed to practice law in the State of California and a partner at the law firm of Skadden, Arps, Slate, Meagher & Flom LLP, counsel of record for MGA Entertainment, Inc., MGA Entertainment (HK) Limited, and MGAE de Mexico S.R.L. de C.V., and Isaac Larian (collectively "MGA"). Except where otherwise indicated, I have personal knowledge of the following and, if called upon to do so, could competently testify to the facts set forth herein.

2. On Friday, May 23, 2008, I was contacted by Harry Olivar, counsel for Mattel, who informed me that Mattel intended to file a motion to compel production of attorney-client communications between Isaac Larian and his counsel based on Mattel's theory that the crime-fraud exception applies to those communications. In particular, during that call, Mr. Olivar informed me that Mattel intended to seek production of items 374, 375, 548, 549, 550, 1327, 1328, 1643, 1820, 1821, and 1822 from MGA's January 23, 2008 privilege log, items 69, 70, 72, 73, 79, 89, 90, 92, 95, 97, 100, 101, and 113-115 from Isaac Larian's January 15, 2008 privilege log, and item 63 from Isaac Larian's January 30, 2008 privilege log.

3. Mr. Olivar also informed me that Mattel intended to move *ex parte* for an expedited hearing of its contemplated motion to compel.

4. During my discussions on May 23, 2008 with Mr. Olivar, he indicated that Mattel intended to file its motion and *ex parte* application on that same day.

5. The first time Mattel raised its contemplated motion or the crime-fraud exception issue with me was when Mr. Olivar contacted me on May 23, 2008, and I have not been informed by anyone else at my firm that Mr. Olivar or anyone else from Mattel had raised this issue or Mattel's contemplated motion before May 23, 2008.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on May 26, 2008 at Los Angeles, California.

*[signature]*

Lance A. Etcheverry

-2-