QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
  Timothy L. Alger (Bar No. 160303)
  (timalger@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:   (213) 443-3000
Facsimile:   (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with<br>Case Nos. CV 04-09059 & CV 05-2727<br><br>**Hon. Stephen G. Larson**<br><br>MATTEL, INC.'S NOTICE OF LODGING OF DEPOSITIONS TRANSCRIPTS<br><br>**Phase 1**<br>Pre-Trial Conference: May 19, 2008<br>Trial Date:                May 27, 2008 |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE THAT, pursuant to Federal Rule of Civil Procedure 26(a)(3) and Local Rules 16-2.7 and 32-1, Mattel, Inc. ("Mattel") hereby lodges certified copies of the following marked deposition transcripts to be used at trial:

1. Transcript of Deposition of William Ackerman taken on December 20, 2005 in Art Attacks v. MGA action.

2. Transcripts of Deposition of Bryan Armstrong, Vols. I and II, taken on July 18, 2007 and August 1, 2007.

3. Transcript of Deposition of Nana Ashong, Vol. I, taken on January 28, 2008.

4. Transcript of Deposition of Schuyler Bacon, Vol. I, taken on September 27, 2007.

5. Transcript of Deposition of Ronald Brawer, Vol. I, taken on February 5, 2008.

6. Transcript of Deposition of Kerri Brode pursuant to FRCP 30(b)(6), Vol. I, taken on January 19, 2007.

7. Transcript of Deposition of Kerri Brode, Vol. I, taken on August 15, 2007.

8. Transcript of Deposition of Charnayne Brooks, Vol. I, taken on March 2, 2007.

9. Transcripts of Deposition of Carter Bryant, Vols. I, II, III, IV and V, taken on November 4-5, 2004; November 8, 2004 and January 23-24, 2008.

10. Transcript of Carter Bryant's testimony at May 2, 2007 hearing in Art Attacks v. MGA action.

11. Transcript of Deposition of Carter Bryant, Vol. I, taken on September 9, 2003 in Gunther-Wahl Productions, Inc. v. Mattel, Inc. action.

12. Transcripts of Deposition of Janet Bryant, Vols. I and II, taken on September 25-26, 2007.

13.  Transcript of Deposition of Thomas Bryant, Vol. I, taken on September 26, 2007.

14.  Transcript of Deposition of Ana Cabrera, Vol. I, taken on May 8, 2008.

15.  Transcript of Deposition of Mei Wah (Sarah) Chui, Vol. I, taken on September 28, 2007.

16.  Transcript of Deposition of Elise Cloonan, Vol. I, taken on December 14, 2007.

17.  Transcript of Deposition of Nick Contreras, Vol. I, taken on January 28, 2008.

18.  Transcript of Deposition of Dan Cooney, Vol. I, taken on January 28, 2008.

19.  Transcript of Deposition of Wendy Feinberg, Vol. I, taken on January 28, 2008.

20.  Transcript of Deposition of Jeanne Galvano, Vol. I, taken on December 18, 2007.

21.  Transcripts of Deposition of Paula Garcia, Vol. I, II, III and IV, taken on May 24-25, 2007 and October 9-10, 2007.

22.  Transcript of Deposition of Paula Garcia, Vol. I, taken on January 27, 2006 in Art Attacks v. MGA action.

23.  Transcript of Deposition of Brooke Gilbert, Vol. I, taken on July 24, 2007.

24.  Transcript of Deposition of Daphnie Gronich, Vol. I, taken on May 2, 2008.

25.  Transcript of Deposition of Sarah Halpern, Vol. I, taken on April 14, 2008.

26.  Transcript of Deposition of Rachel Harris, Vol. I, taken on February 26, 2008.

| | |
|---|---|
| 1 | 27.  Transcripts of Deposition of Rebecca Harris, Vols. I and II, taken on July |
| 2 | 20, 2007 and January 22, 2008. |
| 3 | 28.  Transcript of Deposition of Rebecca Harris, Vol. I, taken on February 1, |
| 4 | 2006 in <u>Art Attacks v. MGA</u> action. |
| 5 | 29.  Transcript of Deposition of Richard Irmen, Vol. I, taken on September |
| 6 | 28, 2007. |
| 7 | 30.  Transcript of Deposition of Mitchell Kamarck, Vol. I, taken on January |
| 8 | 28, 2008. |
| 9 | 31.  Transcripts of Deposition of Samir Khare, Vols. I, II and III, taken on |
| 10 | August 20, 2007; January 23, 2008 and January 25, 2008. |
| 11 | 32.  Transcripts of Deposition of Andreas Koch, Vols. I and II, taken on |
| 12 | February 15, 2008 and March 28, 2008. |
| 13 | 33.  Transcript of Deposition of Susana Kuemmerle, Vol. I, taken on January |
| 14 | 28, 2008. |
| 15 | 34.  Transcript of Deposition of Robert Kullman, Vol. I, taken on April 8, |
| 16 | 2008. |
| 17 | 35.  Transcript of Deposition of Farhad Larian, Vol. I, taken on February 4, |
| 18 | 2008. |
| 19 | 36.  Transcripts of Deposition of Isaac Larian, Vols. I and II, taken on July |
| 20 | 18, 2006. |
| 21 | 37.  Transcript of Deposition of Isaac Larian, Vol. I, taken on May 18, 2006 |
| 22 | in <u>MGA v. UBI Soft</u> action. |
| 23 | 38.  Transcript of Deposition of Isaac Larian, Vol. I, taken on December 15, |
| 24 | 2005. |
| 25 | 39.  Transcript of testimony of Isaac Larian at May 1, 2007 hearing in <u>Art</u> |
| 26 | <u>Attacks v. MGA</u> action. |
| 27 | 40.  Transcript of testimony of Isaac Larian on November 16, 2005 in <u>Larian</u> |
| 28 | <u>v. Larian</u> Arbitration. |

41. Transcript of Deposition of Margaret Leahy, Vol. I, taken on Decembr 12, 2007.

41. Transcripts of Deposition of Edmond Lee, Vols. I and II, taken on October 4-5, 2007.

42. Transcript of Deposition of Steven Linker, Vol. I, taken on September 13, 2006.

43. Transcripts of Deposition of Kenneth Lockhart, Vols. I and II, taken on June 14-15, 2007.

44. Transcripts of Deposition of David Malacrida, Vols. I and II, taken on August 30, 2007 and January 25, 2008.

45. Transcript of Deposition of Peter Marlow, Vol. I, taken on May 2, 2008.

46. Transcript of Deposition of Veronica Marlow, Vol. I, taken on December 28, 2007.

47. Transcript of testimony of Jennifer Lynn Maurus on November 17, 2005 in <u>Larian v. Larian</u> Arbitration.

48. Transcript of Deposition of Carl Meyer, Vol. I, taken on February 28, 2008.

49. Transcript of Deposition of Beatriz Morales, Vol. I, taken on April 29, 2008.

50. Transcript of Deposition of Amy Myers, Vol. I, taken on February 22, 2008.

51. Transcript of Deposition of Joyce Ng, Vol. I, taken on February 15, 2008.

52. Transcript of Deposition of Victoria O'Connor, Vol. I, taken on December 6, 2004.

53. Transcript of Deposition of Sarah Odom, Vol. I, taken on January 28, 2004.

54. Transcript of Deposition of Denise O'Neal, Vol. I, taken on October 3, 2007.

1  55. Transcript of Deposition of Jacqueline Prince, Vol. I, taken on December 21, 2004.

2  56. Transcript of Deposition of Jesse Ramirez, Vol. I, taken on January 25, 2008.

3  57. Transcript of Deposition of Anna Rhee, Vol. I, taken on February 3, 2005.

4  58. Transcript of Deposition of David Rosenbaum, Vol. I, taken on January 25, 2008.

5  59. Transcript of Deposition of Lon Ross, Vol. I, taken on May 29, 2002 in <u>Fun 4 All v. ABC Intl.</u> action.

6  60. Transcript of Deposition of Maria Elena Salazar, Vol. I, taken on May 9, 2008.

7  61. Transcript of Deposition of Shirin Salemnia, Vol. I, taken on February 1, 2006 in <u>Art Attacks v. MGA</u> action.

8  62. Transcript of Deposition of Maureen Tkacik, Vol. I, taken on September 28, 2007.

9  63. Transcripts of Deposition of Lisa Tonnu, Vols. I, II, III, IV and V, taken on July 19, 2007; September 24-25, 2007; January 17, 2008 and January 24, 2008.

10  64. Transcript of Deposition of Anne Wang, Vol. I, taken on January 28, 2008.

11  65. Transcript of Deposition of Jeffrey Weiss, Vol. I, taken on February 26, 2008.

12  66. Transcript of Deposition of Spencer Woodman, Vol. I, taken on October 9, 2007.

| | | |
|---|---|---|
| 1 | DATED: May 27, 2008 | QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP |

By /s/ Jon D. Corey
   Jon D. Corey
   Attorneys for Mattel, Inc.