THOMAS J. NOLAN (Bar No. 66992)
(tnolan@skadden.com)
JASON D. RUSSELL (Bar No. 169219)
(jrussell@skadden.com)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue, Ste. 3400, Los Angeles, CA 90071-3144
Tel.: (213) 687-5000 / Fax: (213) 687-5600

RAOUL D. KENNEDY (Bar No. 40892)
(rkennedy@skadden.com)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
4 Embarcadero Center, Suite 3800
San Francisco, CA 94111-5974
Tel.: (415) 984-2698 / Fax: (415) 984-2626

Attorneys for MGA Entertainment, Inc., MGA Entertainment (HK) Limited, MGAE de Mexico, S.R.L. de C.V., and Isaac Larian

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS. | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with Case No. 04-9059 and Case No. 05-2727<br><br>Honorable Stephen G. Larson<br><br>MGA PARTIES' NOTICE OF LODGING DEPOSITION TRANSCRIPTS<br><br>Trial Date: May 27, 2008;<br>Time: 9:00 a.m. |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that MGA Entertainment, Inc., Isaac Larian, and MGA Entertainment (HK) Limited (collectively, the "MGA Parties") hereby lodge with the court the following deposition transcripts:

- Certified copy of deposition transcript of Valerie Aginsky dated March 24, 2008;
- Certified copy of deposition transcript of John Alex dated April 9, 2008;
- Certified copy of deposition transcript of Lucy Arant dated May 15, 2008;
- Certified copy of deposition transcript of Bryan Armstrong dated July 18, 2007;
- Certified copy of deposition transcript of Bryan Armstrong dated August 01, 2007;
- Certified copy of deposition transcript of Arnoldo Artavia dated September 21, 2006;
- Certified copy of deposition transcript of Nana Ashong dated January 28, 2008;
- Original copy of deposition transcript of Schuyler Bacon dated September 27, 2007;
- Certified copy of deposition transcript of Mary Bergstein dated April 7, 2008;
- Certified copy of deposition transcript of Matthew Bousquette dated May 18, 2008;
- Certified copy of the deposition transcript of Ronald Brawer dated February 5, 2008;
- Certified copy of deposition transcript of Kerri Brode dated January 19, 2007;
- Original copy of deposition transcript of Kerri Brode dated August 15, 2007;
- Copy of deposition transcript of Charnayne Brooks dated March 2, 2007;
- Original deposition transcript of Carter Bryant dated November 4, 2004;
- Original deposition transcript of Carter Bryant dated November 5, 2004;
- Original deposition transcript of Carter Bryant dated November 8, 2004;
- Certified copy of deposition transcript of Carter Bryant dated January 23, 2008;

- Certified copy of deposition transcript of Carter Bryant dated January 24, 2008;
- Original deposition transcript of Janet Bryant dated September 25, 2007;
- Original deposition transcript of Janet Bryant dated September 26, 2007;
- Original deposition transcript of Thomas Bryant dated September 26, 2007;
- Certified copy of deposition transcript of Ana Cabrera dated May 8, 2008;
- Original copy of deposition transcript of Sarah (Mei Wah) Chui dated September 28, 2007;
- Original copy of deposition transcript of Elise Cloonan dated December 14, 2007;
- Certified copy of deposition transcript of Nick Contreras (AEO) dated January 28, 2008;
- Certified copy of deposition transcript of Nick Contreras (Non-AEO) dated January 28, 2008;
- Certified copy of deposition transcript of Daniel Cooney dated January 28, 2008;
- Certified copy of deposition transcript of Kumi Croom dated December 20, 2007;
- Certified copy of deposition transcript of Lloyd Cunningham dated March 31, 2008;
- Certified copy of deposition transcript of Richard De Anda dated December 19, 2007;
- Certified copy of deposition transcript of Ann Driskill dated December 15, 2004;
- Certified copy of deposition transcript of Ann Driskill dated July 12, 2007;
- Original copy of deposition transcript of D. Jan Duffy dated April 23, 2008;
- Certified copy of deposition transcript of Robert Eckert dated January 28, 2008;
- Certified copy of the deposition transcript of Kevin Farr dated January 28, 2008;
- Certified copy of deposition transcript of Wendy Feinberg dated January 28, 2008;

- Certified copy of deposition transcript of William Flynn dated March 27, 2008;
- Certified copy of deposition transcript of Adrienne Fontanella dated January 16, 2008;
- Certified copy of deposition transcript of Lissa Freed dated May 3, 2007;
- Certified copy of deposition transcript of Gary Funck dated April 8, 2008;
- Certified copy of deposition transcript of Jeanne Galvano dated December 18, 2007;
- Certified copy of deposition transcript of Paula Garcia dated May 24, 2007;
- Certified copy of deposition transcript of Paula Garcia dated May 25, 2007;
- Certified copy of deposition transcript of Paula Garcia dated October 09, 2007;
- Certified copy of deposition transcript of Paula Garcia dated October 10, 2007;
- Original deposition transcript of Brooke Gilbert dated July 24, 2007;
- Certified copy of deposition transcript of Kami Gillmour-Bryant dated May 8, 2008;
- Certified copy of deposition transcript of Patricia Glaser dated May 15, 2008;
- Certified copy of deposition transcript of Angel Gomez dated April 9, 2008;
- Certified copy of deposition transcript of Jean Gomez dated January 24, 2008;
- Certified copy of deposition transcript of Daphne Gronich dated May 2, 2008;
- Certified copy of deposition transcript of Thomas Gruca dated April 30, 2008;
- Certified copy of deposition transcript of Sarah Halpern dated April 14, 2008;
- Certified copy of deposition transcript of Esther Han dated April 4, 2008;
- Certified copy of deposition transcript of Esther Han dated April 10, 2008;
- Certified copy of deposition transcript of Rachel Harris dated February 26, 2008;
- Certified copy of deposition transcript of Rebecca Harris dated July 20, 2007;
- Certified copy of deposition transcript of Rebecca Harris dated January 22, 2008;
- Certified copy of deposition transcript of Hoi Hoffman-Briggs dated January 21, 2008;

- Certified copy of deposition transcript of Kenneth Hollander dated April 16, 2008;
- Certified copy of deposition transcript of Brian Hooks dated January 11, 2008;
- Certified copy of deposition transcript of Robert Hudnut dated July 13, 2007;
- Certified copy of deposition transcript of Robert Hudnut dated August 20, 2007;
- Certified copy of deposition transcript of Amy Hyland dated April 4, 2008;
- Certified copy of deposition transcript of Richard Irmen dated September 28, 2007;
- Certified copy of deposition transcript of Julia Jensen dated June 8, 2007;
- Certified copy of deposition transcript of Erich Joachimsthaler dated March 26, 2008;
- Certified copy of deposition transcript of Mitchell Kamarck dated January 28, 2008;
- Certified copy of deposition transcript of Fred Kawashima dated January 17, 2007;
- Certified copy of deposition transcript of Fred Kawashima dated June 19, 2007;
- Certified copy of deposition transcript of Fred Kawashima dated September 13, 2007;
- Certified copy of deposition transcript of Alan Kaye dated December 10, 2004;
- Certified copy of deposition transcript of Alan Kaye dated June 21, 2007;
- Certified copy of deposition transcript of Frank Keiser dated April 11, 2008;
- Certified copy of deposition transcript of Samir Khare dated September 20, 2007;
- Certified copy of deposition transcript of Samir Khare dated January 23, 2008;
- Certified copy of deposition transcript of Samir Khare dated January 25, 2008;
- Certified copy of deposition transcript of Samir Khare dated May 14, 2008;
- Certified copy of deposition transcript of Douglas George Kidder dated May 16,

2008;
- Certified copy of the deposition transcript of Timothy Kilpin dated January 25, 2008;
- Certified copy of deposition transcript of Andreas Koch dated February 15, 2008;
- Certified copy of deposition transcript of Andreas Koch dated March 28, 2008;
- Certified copy of deposition transcript of Susan Kuemmerle (AEO) dated January 28, 2008;
- Certified copy of deposition transcript of Susan Kuemmerle (Non-AEO) dated January 28, 2008;
- Certified copy of deposition transcript of Robert Kullman dated April 8, 2008;
- Certified copy of deposition transcript of Sheila Kyaw dated January 24, 2008;
- Certified copy of deposition transcript of Fahrad Larian dated February 4, 2008;
- Certified copy of deposition transcript of Fahrad Larian dated May 6, 2008;
- Certified copy of deposition transcript of Isaac Larian dated July 18, 2006;
- Certified copy of deposition transcript of Isaac Larian dated March 26, 2008;
- Certified copy of deposition transcript of Margaret Leahy dated December 12, 2007;
- Certified copy of deposition transcript of Edmund Lee dated October 4, 2007;
- Certified copy of deposition transcript of Edmund Lee dated October 5, 2007;
- Certified copy of deposition transcript of Robert Lind dated April 25, 2008;
- Certified copy of deposition transcript of Steven Linker dated September 13, 2006;
- Original copy of deposition transcript of Kenneth Lockhart dated June 14, 2007;
- Original copy of deposition transcript of Kenneth Lockhart dated June 15, 2007;
- Certified copy of deposition transcript of Lee Loetz dated March 26, 2008;
- Certified copy of deposition transcript of Albert Lyter dated April 17, 2008;

- Certified copy of deposition transcript of David Malacrida dated August 30, 2007;
- Certified copy of deposition transcript of David Malacrida dated January 25, 2008;
- Certified copy of deposition transcript of Julia Marine dated September 21, 2006;
- Certified copy of deposition transcript of Julia Marine dated November 8, 2006;
- Certified copy of deposition transcript of Julia Marine dated June 26, 2007;
- Certified copy of deposition transcript of Peter Marlow dated May 2, 2008;
- Certified copy of deposition transcript of Veronica Marlow dated December 28, 2007;
- Copy of deposition transcript of Liliana Martinez dated May 20, 2005;
- Certified copy of deposition transcript of Heather McComb dated April 11, 2008;
- Certified copy of deposition transcript of Ginger McCrae dated April 17, 2008;
- Certified copy of deposition transcript of Peter Menell dated April 1, 2008;
- Certified copy of deposition transcript of Mark Menz dated March 13, 2008;
- Certified copy of deposition transcript of Karl Meyer dated February 28, 2008;
- Certified copy of deposition transcript of Paul Meyer dated March 31, 2008;
- Certified copy of deposition transcript of Debora Middleton dated March 19, 2008;
- Certified copy of deposition transcript of Nicholas Mirzoeff dated April 9, 2008;
- Certified copy of deposition transcript of Beatriz Morales dated April 29, 2008;
- Certified copy of deposition transcript of Amy Myers dated February 22, 2008;
- Certified copy of deposition transcript of Teresa Newcomb dated January 23, 2008;
- Certified copy of deposition transcript of Joyce Ng dated February 15, 2008;

- Certified copy of deposition transcript of Jill Nordquist dated July 31, 2007;
- Certified copy of deposition transcript of Victoria O'Connor (AEO) dated December 06, 2004;
- Certified copy of deposition transcript of Victoria O'Connor (Non AEO) dated December 06, 2004;
- Certified copy of deposition transcript of Sarah Odom dated January 28, 2008;
- Certified copy of deposition transcript of Ralph Oman dated March 31, 2008;
- Certified copy of deposition transcript of Denise O'Neal dated October 3, 2007;
- Certified copy of deposition transcript of Kislap Ongchangco dated April 24, 2007;
- Certified copy of deposition transcript of Rodney Palmer dated June 26, 2007;
- Certified copy of deposition transcript of Cassidy Park dated March 02, 2005;
- Certified copy of deposition transcript of Rene Pasko dated June 13, 2007;
- Certified copy of deposition transcript of Joni Pratte dated June 1, 2007;
- Certified copy of deposition transcript of Jacqueline Ramona Prince dated December 21, 2004;
- Certified copy of deposition transcript of Jesse Ramirez dated January 25, 2008;
- Certified copy of deposition transcript of Walter Rantanen dated March 28, 2008;
- Certified copy of deposition transcript of Anna Rhee (AEO) dated February 3, 2005;
- Certified copy of deposition transcript of Anna Rhee (Non-AEO) dated February 03, 2005;
- Certified copy of deposition transcript of David Rosenbaum dated January 23, 2008;
- Certified copy of deposition transcript of Ivy Ross dated January 17, 2008;
- Certified copy of deposition transcript of Maria Elena Salazar dated May 9,

2008;
- Certified copy of deposition transcript of Carol Scott dated April 3, 2008;
- Certified copy of deposition transcript of Robert Simoneau dated January 28, 2008;
- Certified copy of deposition transcript of Kathleen Simpson-Taylor dated February 23,.2008;
- Certified copy of deposition transcript of Bruce Stein dated April 9, 2008;
- Certified copy of deposition transcript of Maureen Tafoya dated January 28, 2008;
- Certified copy of deposition transcript of Joe Tionco dated May 9, 2008;
- Certified copy of deposition transcript of Maureen Tkacik dated September 28, 2007;
- Certified copy of deposition transcript of Joe Tionco dated May 9, 2008;
- Certified copy of deposition transcript of Robert Tonner dated March 21, 2008;
- Certified copy of deposition transcript of Lisa Tonnu dated July 19, 2007;
- Copy of deposition transcript of Lisa Tonnu dated September 24, 2007;
- Copy of deposition transcript of Lisa Tonnu dated September 25, 2007;
- Certified copy of deposition transcript of Lisa Tonnu dated January 17, 2008;
- Certified copy of deposition transcript of Lisa Tonnu dated January 24, 2008;
- Certified copy of deposition transcript of Denise Van Patten dated May 13, 2008;
- Certified copy of deposition transcript of Tina Varu dated April 17, 2008;
- Certified copy of deposition transcript of Glenn Vilppu (AEO)dated January 28, 2008;
- Certified copy of deposition transcript of Evelyn Viohl dated April 23, 2008;
- Certified copy of deposition transcript of Michael Wagner dated March 21, 2008;
- Certified copy of deposiiton transcript of Anne Wang dated January 28, 2008;

- Certified copy of deposition transcript of Jeffrey Weiss dated February 26, 2008;
- Certified copy of deposition transcript of Spencer Woodman dated October 09, 2007;
- Certified copy of deposition transcript of Mel Woods dated May 7, 2008;
- Certified copy of deposition transcript of Sandy Yonemoto dated May 30, 2007;
- Certified copy of the deposition transcript of Milton Zablow dated January 25, 2008.

DATED: May 27, 2008        SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

By: _____/s/Thomas J. Nolan_____
Thomas J. Nolan
Attorneys for the MGA Parties