QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
John B. Quinn (Bar No. 090378)
johnquinn@quinnemanuel.com
Michael T. Zeller (Bar No. 196417)
(michaelzeller@quinnemanuel.com)
Jon D. Corey (Bar No. 185066)
(joncorey@quinnemanuel.com)
Timothy L. Alger (Bar No. 160303)
(timalger@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with<br>Case Nos. CV 04-09059 & CV 05-2727<br><br>Hon. Stephen G. Larson<br><br>REVISED JOINT PHASE ONE EXHIBIT STIPULATION<br><br>**Phase 1:**<br>Discovery Cut-Off: January 28, 2008<br>Pre-Trial Conference: May 19, 2008<br>Trial Date: May 27, 2008 |

07209/2505847.2

-1-

REVISED JOINT PHASE ONE EXHIBIT STIPULATION

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Pursuant to the Scheduling Order, Federal Rule of Civil Procedure 26(a), Local Rule 16-2, and the direction of the Court, Mattel, Inc. ("Mattel"), MGA Entertainment, Inc. and Isaac Larian (collectively, "MGA") hereby submit their Revised Joint Phase One Exhibit Stipulation, identifying the exhibits the parties expect to offer at trial and those they may offer if the need arises, with objections and responses. Mattel's revised list of exhibits, MGA's objections thereto, and Mattel's responses are attached as Exhibit A. MGA's revised list of exhibits, Mattel's objections thereto, and MGA's responses, are attached as Exhibit B. Additionally, attached as Exhibit C is Mattel's Key to Objections it has made to MGA's exhibits.

The parties have objected to certain exhibits on the ground that they lack authentication. As to those exhibits to which no authentication exhibit has been made in the attached lists, the parties stipulate as to their authenticity.

The parties expressly reserve the right to amend and/or supplement their respective exhibit lists, objections, and responses at any time.

DATED: May 26, 2008

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

By /s/ B. Dylan Proctor
B. Dylan Proctor
Attorneys for Mattel, Inc.

DATED: May 26, 2008

SKADDEN ARPS SLATE MEAGHER & FLOM, LLP

By /s/ Robert J. Herrington
Robert J. Herrington
Attorneys for MGA Entertainment, Inc., Isaac Larian, and MGA Entertainment (HK) Ltd.

-2-
REVISED JOINT PHASE ONE EXHIBIT STIPULATION