THOMAS J. NOLAN (Bar No. 66992)
(tnolan@skadden.com)
JASON D. RUSSELL (Bar No. 169219)
(jrussell@skadden.com)
MARINA V. BOGORAD (Bar No. 217524)
(mbogorad@skadden.com)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue
Los Angeles, California 90071-3144
Telephone: (213) 687-5000
Facsimile: (213) 687-5600

RAOUL D. KENNEDY (Bar No. 40892)
(rkennedy@skadden.com)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
4 Embarcadero Center, Suite 3800
San Francisco, CA 94111-5974
Tel.: (415) 984-2698 / Fax: (415) 984-2626

Attorneys for MGA Entertainment, Inc., MGA Entertainment (HK) Limited, MGAE de Mexico, S.R.L. de C.V., and Isaac Larian

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>　　　　　　Defendant.<br><br>AND CONSOLIDATED ACTIONS. | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with Case No. 04-9059 and Case No. 05-2727<br><br>Honorable Stephen G. Larson<br><br>DECLARATION OF JASON D. RUSSELL IN SUPPORT OF MEMORANDUM IN FURTHER SUPPORT OF MGA PARTIES' MOTION TO STRIKE PORTIONS OF PRE-TRIAL CONFERENCE ORDER<br><br>Trial Date: May 27, 2008 |

Declaration of Jason D. Russell Dated May 27, 2008
Case No. CV 04-9049 SGL (RNBx)

I, Jason D. Russell, hereby declare as follows:

1. I am an attorney licensed to practice law in the State of California and am a partner at the law firm of Skadden, Arps, Slate, Meagher & Flom LLP, counsel of record for MGA Entertainment, Inc., Isaac Larian, MGA Entertainment (HK) Limited, and MGAE de Mexico S.R.L. de C.V. (collectively, the "MGA Parties") in the above-captioned matter. I submit this Declaration in Support of MGA Parties' Memorandum in Further Support of the MGA Parties' Motion to Strike Portions of the Pre-Trial Conference Order. Unless otherwise stated, I have personal knowledge of the facts set forth below and, if called as a witness, I could and would testify competently thereto.

2. A true and correct copy of an attorneys' eyes only version of the control drawing bearing Bates number BRYANT 0000278 is attached hereto as **Exhibit A**. This drawing, which was attached to Mattel, Inc's Motion for Partial Summary Judgment, Declaration of B. Dylan Proctor dated March 7, 2008, Exhibit 15, was de-designated on May 14, 2008.

3. A true and correct copy of excerpts of the transcript of Carter Bryant taken November 5, 2004 is attached hereto as **Exhibit B**. The attached excerpts of Carter Bryant's deposition transcript are non-confidential and were taken in the presence of Mattel Inc.'s counsel, Michael Moore.

4. A true and correct copy of excerpts of the deposition transcript of Steven Linker taken September 13, 2006 is attached hereto as **Exhibit C**. The attached excerpts of Steven Linker's deposition transcript are non-confidential and were taken in the presence of Mattel Inc.'s counsel, Michael Moore.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed on May 27, 2008, at Los Angeles, California.

_____
Jason D. Russell

i

Declaration of Jason D. Russell Dated May 27, 2008
Case No. CV 04-9049 SGL (RNBx)

508685.01-Los Angeles Server 1A - MSW

# EXHIBIT A



Exhibit A, P. 2   ATTORNEY'S EYES ONLY   BRYANT 00278

# EXHIBIT B

CONFIDENTIAL                                                264

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTEL, INC., a Delaware corporation, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> CARTER BRYANT, an individual, and ) <br> DOES 1 through 10, inclusive, ) <br> ) <br> Defendants. ) | CASE NO. <br> CV 04-9059 DDP (AJWx) |
| CARTER BRYANT, on behalf of himself, ) <br> all present and former employees of ) <br> Mattel, Inc., and the general public, ) <br> ) <br> Cross-Complainant, ) <br> ) <br> vs. ) <br> ) <br> MATTEL, INC., a Delaware corporation, ) <br> ) <br> Cross-Defendant. ) | |

VOLUME II

THE VIDEOTAPED DEPOSITION OF CARTER BRYANT, produced, sworn, and examined on Friday, November 5, 2004, at 9:10 a.m. of that day, pursuant to Notice to Take Deposition at the University Plaza, Executive Boardroom, 333 South John Q. Hammons Parkway, in the City of Springfield, County of Greene, State of Missouri, before Sherrie L. Hunt, Certified Court Reporter, and Notary Public, in a certain cause now pending in the United States District Court for the Central District of California, wherein the parties are as above set forth; taken on behalf of the Plaintiff and Cross-Defendant.

COURT REPORTERS OF THE MIDWEST, INC.
P.O. Box 4282
Springfield, MO 65808 (417) 889-2079

ORIGINAL

Exhibit B, P. 3

CONFIDENTIAL                                                                265

A P P E A R A N C E S

For Plaintiff and                MR. JOHN B. QUINN
Cross-Defendant:                 MR. MICHAEL T. ZELLER
                                 MS. TANIA KREBS
                                 Quinn, Emanuel, Urquhart,
                                    Oliver & Hedges
                                 865 South Figueroa Street
                                 10th Floor
                                 Los Angeles, California 90017

For Defendants and               MR. DOUGLAS A. WICKHAM
Cross-Complainant:               MS. DIBA RASTEGAR
                                 Littler Mendelson
                                 2049 Century Park East
                                 5th Floor
                                 Los Angeles, California 90067

Also Present:                    Ms. Dale M. Cendali
                                 Mr. Michael Moore

Videotaped by:                   Mr. Donald Gifford
                                 Mr. Donald Gifford, II
                                 1528 East Glenwood
                                 Springfield, Missouri 65804


I N D E X

WITNESS: CARTER BRYANT                                          Page

Direct Examination (Cont.) By Mr. Quinn ..........              267

Notarial Certificate and Costs ...................              495

                              * * *


Phonetic spelling:   (Ph.)
Exactly as stated:   (Sic)

Exhibit B,
P. 4

CONFIDENTIAL                                                          305

|    |                                                                        |       |
|----|------------------------------------------------------------------------|-------|
| 1  |             MS. CENDALI:  It would be easier for                       | 10:07 |
| 2  | everyone's records if maybe you can get the business                   |       |
| 3  | center to make some copies of those.                                   |       |
| 4  |             MR. QUINN:  It's going to be hard to do.  We               |       |
| 5  | have them.  It's just not in the same sequence and order               | 10:07 |
| 6  | as this but --                                                         |       |
| 7  |             MR. WICKHAM:  Can we just try?                             |       |
| 8  |             MR. QUINN:  -- we'll just carry on.  I mean,               |       |
| 9  | it won't be a problem.                                                 |       |
| 10 |             MS. CENDALI:  Why can't we just get them to                | 10:07 |
| 11 | make a few copies of them?                                             |       |
| 12 |             MR. QUINN:  Let's go off the record since                  |       |
| 13 | we're going to take a break anyway.                                    |       |
| 14 |             VIDEOGRAPHER:  We're off the record.  Time's               |       |
| 15 | 10:07.                                                                 | 10:07 |
| 16 |             (Break in proceedings.)                                    |       |
| 17 |             VIDEOGRAPHER:  Back on the record.  Time is                |       |
| 18 | 10:19.                                                                 |       |
| 19 | Q   (By Mr. Quinn)  So we've handed you Exhibit 5, Mr. Bryant.         |       |
| 20 | A   Yes.                                                               | 10:19 |
| 21 | Q   And this is a whole bunch of pages.  It's 138 through 351.         |       |
| 22 | A   Okay.                                                              |       |
| 23 | Q   Without looking at every page, can you just sort of thumb          |       |
| 24 |     through it and see if it's -- just from thumbing through           |       |
| 25 |     it whether it's obvious to you what this is or does it             | 10:20 |

Exhibit  B  ,
P.  5

Case 2:04-cv-09049-DOC-RNB   Document 3787-2   Filed 05/27/08   Page 9 of 14   Page ID #:72396

CONFIDENTIAL                                                         306

```
 1        appear just to be a random group of documents?  We're                10:20
 2        going to go through them page by page anyway.
 3                    (Pause in proceedings.)
 4                    MR. QUINN:  I'm told that this is not
 5        continuous in terms of the Bates numbers, so we probably              10:20
 6        ought to -- maybe I can enlist Mr. Zeller's help to get
 7        the Bates numbers correctly into the record.  I knew you
 8        were here for something.
 9                    MR. ZELLER:  Yeah, handling documents.
10   A    Yeah.  This is, from what I can tell, just a random                   10:20
11        collection of drawings, notes.
12   Q    (By Mr. Quinn)  That's what I was afraid you were going to
13        say.
14                    MR. ZELLER:  I'll state for the record after
15        we walk through it exactly what the Bates numbers are.  We            10:21
16        don't need to take up the witness's time to do it, but
17        generally speaking they run through the range John Quinn
18        identified with some -- some gaps of things that were not
19        drawings.  It's a compilation exhibit.
20   Q    (By Mr. Quinn)  Well, let's go page by page.  The first               10:21
21        one, Bryant 138, can you tell us what that is?
22   A    That was just a sketch that I had done for an idea for one
23        of the final fashions for one of the dolls.
24   Q    When was this created?
25   A    This was created probably in November or December of 2000.            10:21
```

Exhibit  B ,
P.  6

CONFIDENTIAL                                                  349

```
1              (Pause in proceedings.)
2    Q    (By Mr. Quinn)  Well, did you retain all the original
3         pages from that notebook on which you had done Bratz
4         drawings or just some of them?
5              MR. WICKHAM:  Objection, calls for                    11:35
6         speculation.
7    A    To the best of my recollection I only retained the pages
8         that had the Bratz drawings.
9    Q    (By Mr. Quinn)  But you retained all of those?
10   A    Yes.                                                       11:35
11   Q    Looking back at the exhibit that we were looking at, page
12        277 of exhibit --
13             MR. QUINN:  What did we mark this?  5?
14             MR. ZELLER:  Uh-huh.
15   Q    (By Mr. Quinn)  5.  Is -- did this -- was this the form of 11:35
16        the final sculpt?
17             MS. CENDALI:  Objection.
18   A    No.
19   Q    (By Mr. Quinn)  And how was the final -- the form of the
20        final sculpt different than what's illustrated here?       11:36
21   A    I think if you'll turn to the next page we can see.
22   Q    It was closer to what we see on the next page?
23   A    Yes.
24   Q    These -- some of these pages, as we've commented on
25        before, were notarized by Ramona.  I've forgotten her last 11:36
```

Exhibit  B  ,
P.  7

CONFIDENTIAL                                                                350

| | | | |
|---|---|---|---|
| 1 | | name. Prince. | 11:36 |
| 2 | A | Yes. | |
| 3 | Q | Now, how is it that you happened to go to her to have her | |
| 4 | | notarize those pages? | |
| 5 | | MR. WICKHAM: Objection, asked and answered. | 11:36 |
| 6 | A | We were friends at Mattel and through the course of normal | |
| 7 | | conversation she just happened to tell me that she had a | |
| 8 | | notary public license. | |
| 9 | Q | (By Mr. Quinn) And did she notarize those -- she worked | |
| 10 | | in the design center? | 11:37 |
| 11 | A | Yes. | |
| 12 | Q | Did she notarize those drawings at -- at the design | |
| 13 | | center? | |
| 14 | | MR. WICKHAM: Objection, asked and answered. | |
| 15 | A | As I said yesterday, she notarized them at her home. | 11:37 |
| 16 | Q | (By Mr. Quinn) Okay. Let's turn to 278. What are we | |
| 17 | | looking at here? | |
| 18 | A | This is a drawing of the actual finished doll that I gave | |
| 19 | | to -- this drawing I gave to Margaret to have her restart | |
| 20 | | the sculpt. | 11:37 |
| 21 | Q | So this is not the first drawing that you gave her for the | |
| 22 | | sculpt? | |
| 23 | A | No. | |
| 24 | Q | And when did you do this drawing? | |
| 25 | A | I believe I did this drawing in November of 2000. | 11:37 |

Exhibit B ,
P. 8

|   |   |   |   |
|---|---|---|---|
| 1 | Q | How is it that you believe that or why do you think you | 11:38 |
| 2 |   | did it in November? |   |
| 3 | A | That's just the best -- that's just the best of my |   |
| 4 |   | recollection. |   |
| 5 | Q | There's a phone number here. Do you know what number that | 11:38 |
| 6 |   | is or whose number? |   |
| 7 | A | Yes. That's my phone number at the bottom. |   |
| 8 | Q | That was your home phone number? |   |
| 9 | A | Yes. |   |
| 10 | Q | And then there's some numbers on the left-hand side and | 11:38 |
| 11 |   | they look like calculations. Do you know what that is? |   |
| 12 | A | I don't. |   |
| 13 | Q | Is that in your handwriting? |   |
| 14 | A | No. |   |
| 15 | Q | Why had you -- had you made a decision to change the form | 11:38 |
| 16 |   | of the doll? |   |
| 17 |   | MS. CENDALI: Objection, mischaracterizes |   |
| 18 |   | his testimony. |   |
| 19 | A | After Margaret had done a little bit of work on the |   |
| 20 |   | preliminary sculpt and when Mercedeh came on board we | 11:38 |
| 21 |   | realized that the work that Margaret had done was not |   |
| 22 |   | going to work, so Paula and Margaret -- or, I'm sorry, |   |
| 23 |   | Paula and Mercedeh basically said that we needed to start |   |
| 24 |   | the sculpt again. |   |
| 25 | Q | (By Mr. Quinn) And so the answer to my question is, yes, | 11:39 |

Exhibit B,
P. 9

CONFIDENTIAL 494

## DEPONENT'S SIGNATURE PAGE

RE: Mattel, Inc., vs. Carter Bryant, et al.
    Carter Bryant vs. Mattel, Inc.
    Case No. CV 04-9059 DDP (AJWx)
    Deposition taken on November 5, 2004

I do hereby certify that the foregoing is a true and correct transcript of the deposition in the foregoing-styled and numbered cause, and I now sign the same as true and correct, with the exception of the corrections which I have noted on the correction sheet provided.

_____
CARTER BRYANT

Subscribed and sworn to before me this 2nd day of March, 2005.

_____
Notary Public

My Commission Expires:

Dec. 31, 2008



CESCILY THOMAS-MCKOY
Commission # 1539977
Notary Public - California
Los Angeles County
My Comm. Expires Dec 31, 2008

Exhibit B,
P. 10

CONFIDENTIAL                                                                495

NOTARIAL CERTIFICATE

STATE OF MISSOURI      )
                       ) ss.
COUNTY OF GREENE       )

    I, Sherrie L. Hunt, Certified Court Reporter, and Notary Public within and for the State of Missouri, do hereby certify that on November 5, 2004, pursuant to Notice, the above witness, CARTER BRYANT, was by me first duly sworn to testify the truth, the whole truth, and nothing but the truth in the case aforesaid; and that the deposition by him was reduced to writing by me in stenotype, and thereafter transcribed by me, and is fully and accurately set forth in the preceding pages; that presentment by me to the witness for signature was waived; and that the deposition will be thereafter by the witness read, signed, and sworn to on or before the date of trial.

    I do further certify that I am not related to, nor attorney for, nor employed by any of the said parties, nor otherwise interested in the event of said action.

>   Sherrie L Hunt
>   Notary Public
>   Greene County
>   State of Missouri
>   My Commission Expires May 17, 2005

_____
Sherrie L. Hunt
Certified Court Reporter
C.C.R. Number 1027
Notary Public

My commission expires: May 17, 2005

Costs:   To Plaintiff and Cross-Defendant $1,344.45
         To Defendants and Cross-Complainant $430.85

COURT REPORTERS OF THE MIDWEST, INC.
P.O. Box 4282
Springfield, MO 65808 (417) 889-2079

Exhibit B,
P. 11