# EXHIBIT C

IN THE UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

CARTER BRYANT, an individual, )

                 Plaintiff, )

    vs.              )    Case No.

MATTEL, INC., a Delaware   ) CV 04-09049 SGL

corporation,            )    (RNBx)

            Defendant. )

CONFIDENTIAL - ATTORNEYS' EYES ONLY

       The videotaped deposition of
STEVEN LINKER, called as a witness for examination,
taken pursuant to the Federal Rules of Civil
Procedure of the United States District Courts
pertaining to the taking of depositions, taken
before PAULINE M. VARGO, a Notary Public within and
for the County of DuPage, State of Illinois, and a
Certified Shorthand Reporter of said state, C.S.R.
No. 84-1573, at Suite 4000, One IBM Plaza, Chicago,
Illinois, on the 13th day of September, A.D. 2006,
at 9:50 a.m.

1    PRESENT:

2         LITTLER MENDELSON,

3         (2049 Century Park East, 5th Floor,

4         Los Angeles, California   90067.3107,

5         310.712.7314), by:

6         MR. DOUGLAS A. WICKHAM,

7              appeared on behalf of the Plaintiff

8              Carter Bryant;

9

10        MATTEL, INC.,

11        (333 Continental Boulevard,

12        El Segundo, California   90245.5012,

13        310.252.6733), by:

14        MR. MICHAEL MOORE,

15        Senior Counsel,

16             -and-

17        QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP,

18        (865 South Figueroa Street, 10th Floor,

19        Los Angeles, California   90017.2543,

20        213.443.3000), by:

21        MR. MICHAEL T. ZELLER,

22        MS. TANIA KREBS,

23             appeared on behalf of Defendant

24             Mattel, Inc.;

Exhibit _C_,
P. _13_

```
 1              PRESENT (Continued):

 2                   O'MELVENY & MYERS, LLP,

 3                   (Times Square Tower,

 4                   7 Times Square,

 5                   New York, New York  10036,

 6                   212.326.2000), by:

 7                   MS. DALE M. CENDALI,

 8                        appeared on behalf of Intervenor

 9                        MGA Entertainment;

10

11                   BERMAN, MAUSNER & RESSER,

12                   (11601 Wilshire Boulevard, Suite 600,

13                   Los Angeles, California  90025,

14                   310.473.3333), by:

15                   MR. LAURENCE M. BERMAN,

16                        appeared on behalf of the Deponent.

17

18

19

20

21

22

23

24
```

Exhibit _C_ ,
P. _14_

```
1          ALSO PRESENT:
2               MR. MICHAEL A. HALL,
3                    Paralegal, Littler Mendelson;
4               MR. CARTER BRYANT.
5
6          VIDEOGRAPHER:
7               MR. JOSEPH BURKE,
8               Esquire Deposition Services.
9
10         REPORTED BY:
11              PAULINE M. VARGO,
12  09:46:12    C.S.R. No. 84-1573.
13
14
15
16
17
18
19
20
21
22
23
24
```

**Exhibit** C ,
**P.** 15

| | | |
|---|---|---|
| 1 | 11:10:22 | call made? |
| 2 | 11:10:24 | A.    It was after this invoice and it was |
| 3 | 11:10:30 | before October 3rd, so somewhere in the middle of |
| 4 | 11:10:39 | September. |
| 5 | 11:10:40 | Q.    Of 2000? |
| 6 | 11:10:41 | A.    Of 2000, or late September. |
| 7 | 11:10:46 | MR. ZELLER:  Let's please mark as Exhibit 319 |
| 8 | 11:10:50 | a one-page document which appears to be from a |
| 9 | 11:10:56 | planner or diary with the dates of October 2nd, |
| 10 | 11:11:00 | 2000, and October 3rd, 2000, and bearing Bates |
| 11 | 11:11:06 | number SL 0002. |
| 12 | | (WHEREUPON, a certain document was |
| 13 | | marked Deposition Exhibit No. 319, |
| 14 | 11:11:34 | for identification, as of 9/13/06.) |
| 15 | 11:11:36 | MS. CENDALI:  This is 319? |
| 16 | 11:11:38 | MR. ZELLER:  Yes, 319. |
| 17 | | BY MR. ZELLER: |
| 18 | 11:11:41 | Q.    Do you recognize what's been marked as |
| 19 | 11:11:44 | Exhibit 319? |
| 20 | 11:11:45 | A.    Yes. |
| 21 | 11:11:45 | Q.    What is this? |
| 22 | 11:11:46 | A.    These are some notes in one of my daily |
| 23 | 11:11:51 | planners. |
| 24 | 11:11:51 | Q.    Is all this your handwriting? |

Exhibit _C_,
P. _16_

```
 1    11:11:52      A.     Yes.

 2    11:11:56      Q.     I see that there is writing for

 3    11:11:58  October 3rd, 2000?

 4    11:12:00      A.     Yes.

 5    11:12:01      Q.     These are all entries that you made on

 6    11:12:04  or about October 3rd, 2000?

 7    11:12:06      A.     Yes.

 8    11:12:07      Q.     And if you could please tell us, what do

 9    11:12:10  these entries relate to?

10    11:12:11      A.     These relate to taking on a packaging

11    11:12:17  project and getting the breakdown of what they

12    11:12:22  wanted for Scooter Samantha from MGA.

13    11:12:27      MS. CENDALI:  This is clearly attorneys' eyes

14    11:12:31  only and was not a document that should be shared

15    11:12:34  with Mattel, and I object to questioning and/or

16    11:12:42  production of documents that violate MGA's

17    11:12:46  proprietary information.

18            BY MR. ZELLER:

19    11:12:52      Q.     Does this relate to particular work that

20    11:12:55  you did on Scooter Samantha?

21    11:12:58      A.     I didn't do work on it.  I just took

22    11:13:01  down what they needed and what the project

23    11:13:05  consisted of.

24    11:13:06      Q.     And when you say "they," who are you
```

Exhibit _C_,
P. 17

| | | |
|---|---|---|
| 1 | 11:13:09 | referring to? |
| 2 | 11:13:09 | A.    MGA. |
| 3 | 11:13:10 | Q.    Was there a particular person at MGA who |
| 4 | 11:13:12 | you dealt with on Scooter Samantha? |
| 5 | 11:13:15 | A.    Yes. |
| 6 | 11:13:16 | Q.    And who was that? |
| 7 | 11:13:16 | A.    Paula. |
| 8 | 11:13:18 | Q.    Paula Treantafelles? |
| 9 | 11:13:21 | A.    Paula Treantafelles. |
| 10 | 11:13:23 | Q.    Was there anyone else that you remember |
| 11 | 11:13:25 | dealing with at MGA? |
| 12 | 11:13:27 | A.    No. |
| 13 | 11:13:30 | MS. CENDALI:  I am assuming, counsel, these |
| 14 | 11:13:32 | documents have not been provided to anyone in-house |
| 15 | 11:13:36 | or any Mattel executives? |
| 16 | 11:13:37 | MR. ZELLER:  Counsel, they were produced by |
| 17 | 11:13:38 | the witness this morning.  I don't see how they |
| 18 | 11:13:40 | could have been, but the designations with "SL" are |
| 19 | 11:13:44 | the things that -- |
| 20 | | MS. CENDALI:  I'd rather ask than not. |
| 21 | 11:13:46 | MR. ZELLER:  Well, I appreciate that. |
| 22 | 11:13:49 | MS. CENDALI:  Especially as Mr. Moore is here. |
| 23 | 11:13:51 | MR. ZELLER:  Just so the record is clear, the |
| 24 | 11:13:52 | SL documents are the things that were produced by |

Exhibit _C_ ,
P. _18_

1   11:13:56   the witness's counsel this morning pursuant to the

2   11:14:00   subpoena.

3   11:14:01        MS. CENDALI:  And you have never seen them

4   11:14:02   before this morning, Mr. Zeller?

5   11:14:06        MR. ZELLER:  That's true.

6   11:14:07        MR. BERMAN:  Let's go on with the deposition.

7             BY MR. ZELLER:

8   11:14:12        Q.    Directing your attention to Exhibit 319,

9   11:14:15   does this reflect a meeting that you had with MGA?

10  11:14:19        A.    Yes.

11  11:14:20        Q.    And was that with Paula in particular?

12  11:14:23        A.    Yes.

13  11:14:26        Q.    Where was that meeting?

14  11:14:28        A.    Held at MGA offices.

15  11:14:35        Q.    That was a October 3rd, 2000 meeting?

16  11:14:38        A.    Yes.

17  11:14:42        Q.    So I take it that you received the call

18  11:14:43   that you had mentioned where Paula had mentioned

19  11:14:46   that there were a couple of additional projects

20  11:14:47   that she wanted you to work on that eventually

21  11:14:52   included Bratz was prior to this October 3rd

22  11:14:56   meeting?

23  11:14:56        MS. CENDALI:  Objection to form,

.4  11:14:58   mischaracterizes his testimony.

Exhibit _C_,
P. _19_

|       |          |                                                          |
|-------|----------|----------------------------------------------------------|
| 1     |          | BY THE WITNESS:                                           |
| 2     | 11:15:00 | A.    Can you please repeat that question?               |
| 3     |          | BY MR. ZELLER:                                            |
| 4     | 11:15:02 | Q.    Sure.  I am just trying to make sure I             |
| 5     | 11:15:05 | understand the chronology here, because you earlier      |
| 6     | 11:15:08 | mentioned that after you completed the Hoppity work      |
| 7     | 11:15:11 | that you got the call from Paula Treantafelles           |
| 8     | 11:15:13 | where she mentioned that there were a couple of          |
| 9     | 11:15:15 | projects that she wanted you to potentially work         |
| 10    | 11:15:18 | on?                                                       |
| 11    | 11:15:18 | A.    Yes.                                                |
| 12    | 11:15:19 | Q.    And then at some point you had this                 |
| 13    | 11:15:22 | October 3rd, 2000 meeting?                               |
| 14    | 11:15:24 | A.    Correct.                                            |
| 15    | 11:15:25 | Q.    And did you receive the phone call                 |
| 16    | 11:15:27 | from Paula where she mentioned there were those          |
| 17    | 11:15:31 | additional projects she wanted you to work on            |
| 18    | 11:15:33 | before this October 3rd meeting?                         |
| 19    | 11:15:35 | A.    She had mentioned that there was another           |
| 20    | 11:15:37 | project that she was considering us to do packaging     |
| 21    | 11:15:41 | on but would get back to me.                             |
| 22    | 11:15:43 | Q.    Was that before the October 3rd, 2000              |
| 23    | 11:15:46 | meeting?                                                  |
| 24    | 11:15:46 | A.    I knew of that project before                      |

Exhibit  C  ,
P. 20

```
1    11:15:48  October 3rd, yes.

2    11:15:50       Q.    Did you know of it because of the phone

3    11:15:52  call from Paula?

4    11:15:53       A.    I knew that there was another project,

5    11:15:54  yes.

6    11:16:08       Q.    What happened then with respect to

7    11:16:11  the -- not the Scooter Samantha project but the

8    11:16:14  other one that Paula had mentioned that she wanted

9    11:16:16  you to potentially work on?  What happened after

10   11:16:19  she mentioned it in the phone call?

11   11:16:22       A.    She set up a meeting to meet with her

12   11:16:25  to see if we would want to work on this other

13   11:16:30  packaging project that was to be expedited as far

14   11:16:35  as like she was really excited about it, and she

15   11:16:41  set up a meeting for us to come and meet her to see

16   11:16:44  if we wanted to take on the project.

17   11:16:49       Q.    And did you set up a meeting --

18   11:16:51       A.    Yes.

19   11:16:52       Q.    -- as a result of that phone call?

20   11:16:54       A.    Yes.

21   11:17:21       MR. ZELLER:  Let's please mark as Exhibit 320

22   11:17:26  a one-page document bearing Bates number SL 0001,

23   11:17:32  and it appears to be a e-mail from Liz Hogan to

_4   11:17:37  Paula Treantafelles and CC'ing Steve Linker dated
```

Exhibit __C__,
P. __21__

```
 1   11:17:42   October 12, 2000, with the subject of "Questions:

 2   11:17:47   Brats," B-r-a-t-s.

 3                            (WHEREUPON, a certain document was

 4                            marked Deposition Exhibit No. 320,

 5                            for identification, as of 9/13/06.)

 6   11:18:22   BY MR. ZELLER:

 7   11:18:23        Q.    Do you recognize what we have marked as

 8   11:18:25   Exhibit 320?

 9   11:18:25        A.    Yes.

10   11:18:27        Q.    Maybe we should break it out a little

11   11:18:36   bit.  Just focusing on the typewritten e-mail

12   11:18:39   portion, do you recognize this e-mail?

13   11:18:41        A.    Yes.

14   11:18:42        Q.    Please tell us what this e-mail is.

15   11:18:47        A.    This e-mail is an e-mail addressed to

16   11:18:52   Paula Treantafelles and Carter Bryant regarding

17   11:19:00   packaging direction and questions that we had for

18   11:19:05   this new project called the Brats.

19   11:19:13        Q.    Was this e-mail sent on or about

20   11:19:15   October 12, 2000?

21   11:19:18        A.    Yes, it was.

22   11:19:19        Q.    What was your role in creating the

23   11:19:22   e-mail portion of Exhibit 320?

24   11:19:24        A.    My partner and I, Liz Hogan, went over a
```

Exhibit __C__ ,
P. __22__

```
 1   11:19:28  bunch of questions that we needed to ask to get

 2   11:19:33  prepared to send a quote and to get started on this

 3   11:19:38  rush project, so we needed all this information.

 4   11:19:43  So we conversed, and these were the questions we

 5   11:19:46  had.

 6   11:19:48       Q.    When you say "rush project," what are

 7   11:19:51  you referring to?

 8   11:19:53       A.    Very tight deadlines as far as like we

 9   11:20:00  knew that this was a urgent packaging as far as

10   11:20:02  getting the project done quick, so your lead time

11   11:20:06  is less, and we needed to get all the information

12   11:20:11  possible in order to quote accurately for the job.

13   11:20:13       Q.    I am sorry.  I was asking something

14   11:20:15  actually slightly different.

15   11:20:16       A.    I am sorry.

16   11:20:17       Q.    You just mentioned the rush project.

17   11:20:19  What project is this you are referring to in your

18   11:20:22  answer?

19   11:20:23       A.    Oh, what's the project?

20   11:20:24       Q.    Yes.

21   11:20:25       A.    The Bratz packaging.

22   11:20:28       MS. CENDALI:  Counsel, I'd appreciate it if

23   11:20:30  you wouldn't interrupt the witness.

 4             BY MR. ZELLER:
```

Exhibit C ,
P. 23

| | | |
|---|---|---|
| 1 | 11:20:35 | Q.    I don't think I did, but I apologize to |
| 2 | 11:20:37 | you, Mr. Linker, if I interrupted you.  Was there |
| 3 | 11:20:43 | anything else that you had to add to the prior |
| 4 | 11:20:45 | answers? |
| 5 | 11:20:46 | A.    I forgot the questions.  If you want to |
| 6 | 11:20:49 | repeat the question. |
| 7 | 11:20:54 | Q.    You had referred to this exhibit, 320, |
| 8 | 11:20:59 | as being an e-mail to Carter Bryant? |
| 9 | 11:21:03 | A.    It was addressed to him. |
| 10 | 11:21:08 | Q.    And why was this e-mail addressed to |
| 11 | 11:21:11 | Paula Treantafelles and Carter Bryant? |
| 12 | 11:21:14 | A.    They were the two people that we were |
| 13 | 11:21:15 | told to contact regarding this project and they |
| 14 | 11:21:18 | were the two we met at the meeting when we first |
| 15 | 11:21:23 | saw the concept, so we were -- they were our |
| 16 | 11:21:29 | contact person.  Paula was our contact person at |
| 17 | 11:21:32 | MGA and Carter was, from our knowledge, was the |
| 18 | 11:21:36 | creator of the concept. |
| 19 | 11:21:40 | MS. CENDALI:  I object to the |
| 20 | 11:21:43 | characterization.  The document speaks for itself. |
| 21 | | BY MR. ZELLER: |
| 22 | 11:21:46 | Q.    And what project are you referring to? |
| 23 | 11:21:48 | A.    Bratz packaging project. |
| .4 | 11:21:57 | Q.    Add you met with Paula and Carter Bryant |

Exhibit C ,
P. 24

```
 1   11:22:00   prior to October 12th, 2000, prior to this e-mail?

 2   11:22:04        A.    Yes.

 3   11:22:06        Q.    And where did you meet them?

 4   11:22:10        A.    We met them at a Starbucks coffee shop

 5   11:22:15   on Rosecrans Avenue in Manhattan Beach or El

 6   11:22:21   Segundo, on the border.

 7   11:22:25        Q.    When did this meeting took place?

 8   11:22:27        A.    It took place that week, either that

 9   11:22:31   Tuesday or Wednesday before the October 12th

10   11:22:36   e-mail.

11   11:22:36        Q.    So what days would that be?

12   11:22:39        A.    Tuesday the 10th, Wednesday the 11th in

13   11:22:43   the a.m.

14   11:22:47        Q.    The meeting was in the morning?

15   11:22:49        A.    Yes.

16   11:22:50        Q.    And who was present for that meeting at

17   11:22:53   Starbucks on October 10th or 11th, 2000?

18   11:22:57        A.    It was myself; my partner, business

19   11:22:59   partner, Liz Hogan; Paula Treantafelles; Carter

20   11:23:05   Bryant; and a fifth party, a woman whose name I

21   11:23:11   don't recall that was associated with Mr. Bryant.

22   11:23:14        Q.    I am sorry.  Associated with Mr. Bryant?

23   11:23:17        A.    Well, came with Mr. Bryant, yeah.

 4   11:23:19        Q.    You saw them walk in together?
```

Exhibit __C__ ,
P. __25__

| | | | |
|---|---|---|---|
| 1 | 11:23:21 | A. | Yeah, they were together. |
| 2 | 11:23:28 | Q. | Was she someone who was working for MGA? |
| 3 | 11:23:30 | A. | Sorry? |
| 4 | 11:23:31 | Q. | Was she someone who was working for MGA |
| 5 | 11:23:34 | as far as you knew? |
| 6 | 11:23:35 | A. | No, I don't know. |
| 7 | 11:23:42 | Q. | I would like to ask you a few questions |
| 8 | 11:23:44 | about this meeting that you had at Starbucks on or |
| 9 | 11:23:48 | about October 10th or 11, 2000.  Was this meeting |
| 10 | 11:23:54 | about Bratz? |
| 11 | 11:23:55 | A. | Yes. |
| 12 | 11:23:57 | Q. | Please tell me what it is that you can |
| 13 | 11:24:00 | recall being discussed at this meeting about Bratz? |
| 14 | 11:24:05 | A. | We discussed packaging direction and -- |
| 15 | 11:24:11 | well, we mostly talked with Paula.  She expressed |
| 16 | 11:24:16 | what she was looking for as far as direction and |
| 17 | 11:24:18 | piece count as far as what she would like to see us |
| 18 | 11:24:24 | do for packaging and gave us kind of like rough |
| 19 | 11:24:30 | time lines on when she needed stuff done, but |
| 20 | 11:24:36 | before all that, she presented the concept to us or |
| 21 | 11:24:39 | they presented it to us. |
| 22 | 11:24:41 | Q. | I am sorry.  You say before that she |
| 23 | 11:24:43 | presented the concept? |
| .4 | 11:24:44 | A. | Before telling us what she wanted, she |

Exhibit C ,
P. 26

```
1   11:24:47   presented the concept.  We needed to see the
2   11:24:50   concept first before we could talk about packaging.
3   11:24:53        Q.    Please tell me what you mean when you
4   11:24:56   say that she presented it to you.
5   11:24:57        A.    At this meeting we were shown the
6   11:25:02   concept of Bratz, the dolls.
7   11:25:07        Q.    What were you shown?
8   11:25:09        A.    We were shown artboards, illustrations
9   11:25:12   of dolls and their features as far as what the
10  11:25:19   dolls do and what they represent.
11  11:25:27        Q.    At this meeting on or about October 10th
12  11:25:31   or 11th, 2000, did anyone refer to this project as
13  11:25:37   being Bratz by name?
14  11:25:39        A.    Yes.
15  11:25:44        Q.    Was that the first time that you heard
16  11:25:48   anyone at MGA use the word "Bratz," B-r-a-t-z, to
17  11:25:54   describe the project, that is, the MGA project?
18  11:25:58        A.    The term "Bratz" was used by MGA or
19  11:26:02   Paula at the meeting, yes.
20  11:26:04        Q.    Well, I am driving at something a little
21  11:26:06   bit different.
22  11:26:07        A.    Okay.
23  11:26:07        Q.    Was that the first time that you heard
.4  11:26:09   the term "Bratz" in connection with the MGA
```

Exhibit C ,
P. 27

```
1    11:26:12  project?

2    11:26:12       A.    Yes, yes.

3    11:26:14       Q.    So prior to that time, you didn't hear

4    11:26:17  the name from MGA?

5    11:26:19       A.    No.

6    11:26:24       Q.    Did Mr. Bryant say or do anything at

7    11:26:27  this meeting?

8    11:26:29       A.    Not much.

9    11:26:32       Q.    Well --

10   11:26:33       A.    He presented -- it was his -- he brought

11   11:26:36  the portfolio with the images.

12   11:26:39       Q.    When you say "the images," you are

13   11:26:42  referring to the artboards and the illustrations

14   11:26:44  and the things you mentioned earlier?

15   11:26:46       A.    Yes.

16   11:26:51       Q.    Did you know Mr. Bryant before this

17   11:26:53  meeting?

18   11:26:53       A.    Yes.

19   11:26:53       Q.    How did you know him?

20   11:26:55       A.    We worked at Mattel at the same time in

21   11:27:00  1996 before I left, so I knew him from there.

22   11:27:06       Q.    Did you and Mr. Bryant talk about Mattel

23   11:27:08  at all during the meeting?

.4   11:27:12       A.    Briefly.  I think I asked him when he
```

Exhibit C,
P. 28

```
 1   11:27:15   left or, you know, because I was no longer there,

 2   11:27:18   so I assumed he was no longer there, and he said he

 3   11:27:21   had just quit, so that was about it.

 4   11:27:25       Q.    Mr. Bryant said he had quit?

 5   11:27:27       A.    Yes.

 6   11:27:29       Q.    Quit Mattel?

 7   11:27:29       A.    Or he left.  He was no longer there.

 8   11:27:32   That's all I know from that meeting, that he was no

 9   11:27:34   longer with Mattel.

10   11:27:59       Q.    Was there anything that happened in

11   11:28:03   between the meeting that you had that you described

12   11:28:07   at Starbucks on or about October 10th or 11th,

13   11:28:13   2000, and then the time that the October 12th, 2000

14   11:28:17   e-mail was sent, which we marked as Exhibit 320, as

15   11:28:20   it pertains to Bratz, or was the next thing that

16   11:28:23   happened that you sent the e-mail or Liz sent the

17   11:28:26   e-mail with your participation?

18   11:28:29       A.    When we left, I know that we prepared

19   11:28:31   this e-mail, because we had a lot of questions, and

20   11:28:34   also, we were starting to work on quotes for the

21   11:28:38   job because that's typically what we do and we knew

22   11:28:41   this was a big job, so we started bouncing back

23   11:28:46   ideas, but primarily we left there with these

24   11:28:50   questions and wanted to set up a secondary meeting
```

Exhibit __C__ ,
P. __29__

```
 1   11:28:53  to go over these and to get more information.
 2   11:29:00       Q.    Returning for a moment to Exhibit 320,
 3   11:29:07  you will see it starts off about the third
 4   11:29:09  paragraph down, "Here are some questions and
 5   11:29:13  comments on the Brats project"?
 6   11:29:16       A.    Yes.
 7   11:29:17       Q.    And then it says in Point 2 in the
 8   11:29:21  typewritten portion, it says, "We need the existing
 9   11:29:24  artboards that we saw in the meeting or good color
10   11:29:27  copies."
11   11:29:28       A.    Yes.
12   11:29:28       Q.    Do you see that portion?
13   11:29:29       A.    Yes.
14   11:29:31       Q.    What's that meeting that's being
15   11:29:32  referred to here?
16   11:29:34       A.    The meeting at Starbucks.
17   11:29:36       Q.    This is referring to the artboards that
18   11:29:40  you had seen at the Starbucks meeting a day or two
19   11:29:44  before?
20   11:29:44       A.    Yes.
21   11:29:52       Q.    Then in Point 5 in the typewritten
22   11:29:55  portion of Exhibit 320 it says, quote, "Are the
23   11:29:59  renderings of the outfits (that we saw) the
24   11:30:05  confirmed outfits that you will be manufacturing?"
```

Exhibit  C  ,
P. 30

```
 1    11:30:07  end quote.   Do you see that portion?

 2    11:30:09      A.    Yes, I do.

 3    11:30:10      Q.    What are "the renderings of the outfits

 4    11:30:13  that we saw" referring to?

 5    11:30:14      A.    They referred to the artboards at the

 6    11:30:18  presentation or at the Starbucks meeting.

 7    11:30:57      MR. ZELLER:  Would you please mark as Exhibit

 8    11:30:59  321 a three-page document consisting of an e-mail

 9    11:31:08  printout from Liz Hogan to Paula Treantafelles with

10    11:31:12  a CC to Steve Linker dated October 14th, 2000, and

11    11:31:18  bearing Bates numbers SL 0005 through 7.

12                          (WHEREUPON, a certain document was

13                           marked Deposition Exhibit No. 321,

14                           for identification, as of 9/13/06.)

15              BY MR. ZELLER:

16    11:31:53      Q.    Do you recognize what's been marked as

17    11:31:55  Exhibit 321?

18    11:31:55      A.    Yes.

19    11:31:56      Q.    What's this?

20    11:31:57      A.    This is a packaging estimate that Liz

21    11:32:02  and I provided to Paula Treantafelles regarding the

22    11:32:08  Bratz packaging project.

23    11:32:12      Q.    And what was your participation in the

.4    11:32:15  creation of this e-mail, 321?
```

Exhibit  C  ,
P. 31

```
 1   11:32:17      A.     Liz and I worked together on estimating
 2   11:32:25  based on their notes and what they -- their
 3   11:32:31  requests.  We came up with this as an initial quote
 4   11:32:35  and phases to meet their deadlines.  So I worked on
 5   11:32:41  it with her as far as how much things cost, what's
 6   11:32:45  our lead time, who is going to do what on the
 7   11:32:53  projects.  We were figuring that out, how many
 8   11:32:56  resources we could use, stuff like that, logo
 9   11:33:05  design.
10   11:33:06      MR. ZELLER:  Please mark as Exhibit 322 a
11   11:33:11  one-page document which appears to be additional
12   11:33:16  calendar entries, these for October 18th and
13   11:33:20  October 19th, 2000, and bearing Bates number
14   11:33:24  SL 00003.
15   11:33:34      MS. CENDALI:  Just to be clear, all these
16   11:33:36  documents concerning the creation of Bratz are
17   11:33:43  attorneys' eyes only.  We were just provided them
18   11:33:45  this morning and haven't had a chance to do a full
19   11:33:49  analysis, but anything relating to the creation of
20   11:33:53  Bratz are attorneys' eyes only.
21                           (WHEREUPON, a certain document was
22                            marked Deposition Exhibit No. 322,
23                            for identification, as of 9/13/06.)
24   11:34:22  BY MR. ZELLER:
```

Exhibit C ,
P. 32

```
 1   11:34:22        Q.     Do you recognize Exhibit 322?

 2   11:34:24        A.     Yes.

 3   11:34:25        Q.     What is Exhibit 322?

 4   11:34:29        A.     Notes from one of my daily planners

 5   11:34:35   dated October 18th, Wednesday, of 2000 and

 6   11:34:39   Thursday, October 19th of 2000.

 7   11:34:45        Q.     The entry I see -- well, let me start

 8   11:34:47   this way:  The beginning on the far left it starts

 9   11:34:53   "Pack 4 pants, 7 shirts, jacket" and so on?

10   11:35:00        A.     Yes.

11   11:35:00        Q.     What does that refer to, what project?

12   11:35:02        A.     No.   That's me.   Those are my notes for

13   11:35:05   me going somewhere for the weekend.

14   11:35:08        Q.     I see.   So it has nothing to do with MGA

15   11:35:11   or anyone else?

16   11:35:12        A.     No.   This is personal.

17   11:35:14        Q.     Okay.   Fair enough.

18   11:35:15        A.     Yeah.   There is chocolate chip cookies

19   11:35:18   in there.

20   11:35:20        MS. CENDALI:  Unless you come with a new

21   11:35:22   product line.

22               THE WITNESS:  Exactly.

23               MR. ZELLER:  Well, you never know.

 4   11:35:22        THE WITNESS:  That's embarrassing, actually.
```

Exhibit _C_ ,
P. _33_

```
 1    11:35:25   Do you see that?

 2    11:35:26   BY MR. ZELLER:

 3    11:35:26        Q.    And then still continuing on the far

 4               left --

 5    11:35:28        A.    Yes.

 6    11:35:28        Q.    -- what's that word there, w-k-n-d?

 7    11:35:31        A.    Weekend.

 8    11:35:33        Q.    Weekend?

 9    11:35:34        A.    Yes.

10    11:35:34        Q.    And then the first entry is "Lucas art"?

11                    A.    Yep.

12    11:35:37        Q.    What's that refer to?

13    11:35:38        A.    Yes.  George Lucas, Skywalker Ranch, I

14    11:35:43   had a job I was working on with them.  So these

15    11:35:45   were my notes on the projects that I needed to work

16    11:35:48   on and things I needed to do over the weekend.

17    11:35:56        Q.    Okay.  Then turning to the right side of

18    11:35:57   Exhibit 322, which is for October 19, 2000 --

19    11:36:01        A.    Yes.

20    11:36:02        Q.    -- the second entry says "MGA - Bratz 10

21    11:36:07   to 11"?

22    11:36:08        A.    Correct.

23    11:36:08        Q.    And then slash, is that "Scooter"?

24    11:36:10        A.    Scooter.
```

Exhibit C,
P. 34

```
1    11:36:13      Q.      "Scooter 11-12"?

2    11:36:15      A.      Yep.

3    11:36:15      Q.      What does that refer to?

4    11:36:16      A.      Those are the times of our meetings, so

5    11:36:19  I was going to MGA.  I was going to meet and talk

6    11:36:22  about the Bratz packaging project between 10:00

7    11:36:27  and 11:00 and then Scooter Samantha between 11:00

8    11:36:31  and 12:00 and then -- sorry.

9    11:36:33      Q.      Was this a meeting that actually took

10   11:36:35  place?

11   11:36:35      A.      Yes.

12   11:36:39      Q.      Did this meeting take place on

13   11:36:41  October 19, 2000?

14   11:36:43      A.      Yes.

15   11:36:45      Q.      Who was -- well, let me ask this first:

16   11:36:48  Where was this meeting?

17   11:36:49      A.      At MGA offices in the Valley.

18   11:36:53      Q.      And who was there for the meeting?

19   11:36:56      A.      It was myself, Paula Treantafelles, a

20   11:37:01  woman who represented the packaging.  I believe her

21   11:37:05  name was Rachel Harris, and Kerri Legg.  Those are

22   11:37:10  the principals that I recall at the meeting.

23   11:37:22      Q.      And if you could please just tell me

24   11:37:25  generally speaking what happened at that meeting as
```

Exhibit _C_,
P. _35_

```
 1    11:37:27   it pertained to Bratz?

 2    11:37:30        A.    We discussed packaging with a little

 3    11:37:36   more detail as to what they wanted.  They provided

 4    11:37:42   me with the pitch that we saw, the artboards.  They

 5    11:37:48   provided me with some sample references of color

 6    11:37:52   swatches, some graphic references, and we went

 7    11:37:58   over -- they gave me some spec sheets and we went

 8    11:38:02   over what they would like to see as far as the idea

 9    11:38:05   of the shape of the box.  We kind of like

10    11:38:09   brainstormed it.  It was sort of a brainstorm

11    11:38:13   pretty much for packaging.

12    11:38:17        Q.    You mentioned spec sheets?

13    11:38:19        A.    Yes.

14    11:38:21        Q.    What are those?

15    11:38:23        A.    Spec sheets are like -- it could be a

16    11:38:26   couple of things, but the specs are like calling

17    11:38:30   out sizes and dimensions, what are the accessories

18    11:38:34   that come with each pack, you know, how many pieces

19    11:38:37   are in there so we know where to place it in the

20    11:38:40   packaging and stuff like that.

21    11:39:42        MR. ZELLER:  Let's please mark as Exhibit 323

22    11:39:49   a multi-page document bearing Bates numbers SL 13

23    11:40:00   through 62 consisting of various materials,

 4    11:40:11   including Bratz drawings and some other materials
```

Exhibit _C_,
P. _36_

| 1 | 11:40:14 | that we can identify. |
|---|---|---|

1   11:40:14   that we can identify.

2   11:40:33        MR. WICKHAM:  Counsel, are you representing

3   11:40:35   that these are all consecutively numbered and each

4   11:40:37   of those pages are there?  And I ask that because

5   11:40:40   just in briefly skimming through this, I didn't see

6   11:40:44   0061, for example, nor did I see 0059 or 55, et

7   11:40:52   cetera, so it does not appear to be, in fact, there

8   11:40:56   is a complete production here.  Maybe we should

9   11:40:59   examine the witness on the absence of documents.

10   11:41:05        MR. BERMAN:  No.

11   11:41:05        MR. ZELLER:  Counsel, this is really quite

12   11:41:07   uncalled for.  We will clarify it.  I am not

13   11:41:09   responsible for these documents.  The witness

14   11:41:11   produced them, so I think the commentary --

15   11:41:12        MR. WICKHAM:  I understand that.  No, I

16   11:41:14   understand that, counsel.  That's why since you are

17   11:41:14   indicating that you received these for the first

18   11:41:16   time today that perhaps you can examine the witness

19   11:41:18   on that issue.  The set of documents that were

20   11:41:20   produced to me does not contain a continuous

21   11:41:23   numbering.

22   11:41:24        MR. BERMAN:  Which ones do you think are

23   11:41:26   missing?

.4   11:41:26        MS. CENDALI:  I think there is 57 missing or

Exhibit __C__ ,
P. __37__

| | |
|---|---|
| 1 | 11:41:28  something like that.  You are now looking at my |
| 2 | 11:41:34  set. |
| 3 | 11:41:34      MS. KREBS:  He is saying 59 and 61. |
| 4 | 11:41:38      MR. ZELLER:  Wait a minute.  Actually, no, |
| 5 | 11:41:38  that's not correct.  Look at the other side. |
| 6 | 11:41:41      MS. KREBS:  Oh, no.  They are two-sided, |
| 7 | counsel. |
| 8 | 11:41:42      MR. ZELLER:  Yeah, they are two-sided copies. |
| 9 | 11:41:42      MR. BERMAN:  Come on.  This is just |
| 10 | outrageous. |
| 11 | MR. ZELLER:  It really is. |
| 12 | 11:41:43      MR. BERMAN:  And for the record, if you had |
| 13 | 11:41:45  just showed up on time, you could have gone through |
| 14 | 11:41:47  this yourself. |
| 15 | MS. CENDALI:  Okay.  Counsel, would you please |
| 16 | keep -- |
| 17 | 11:41:49      MR. BERMAN:  It was called for at 8:30 and you |
| 18 | 11:41:51  didn't show up at 8:30. |
| 19 | 11:41:53          I am not going to interrupt you.  Please |
| 20 | 11:41:55  don't interrupt me. |
| 21 | 11:41:55          The production was called for at 8:30. |
| 22 | 11:41:58  I showed up with the documents at 8:30.  You were |
| 23 | 11:42:01  not here at that time.  I would have gone through |
| _4 | 11:42:03  this happily with you so we could have avoided all |

Exhibit C,
P. 38

```
 1    11:42:06   this, and so let's just move on without taking
 2    11:42:11   deposition time.
 3    11:42:12        MS. CENDALI:  Wait a minute.  First, I object
 4    11:42:15   to your tone.  You have been sarcastic and
 5    11:42:19   supercilious to us during the entire deposition and
 6    11:42:21   been extremely uncivil, which is not appropriate,
 7    11:42:24   Mr. Berman.  I've never met you before, and you are
 8    11:42:27   being extremely uncivil and rude to us, including
 9    11:42:30   in a five-minute break breaking into our room.
10    11:42:33             Second, I don't know what you are
11    11:42:34   talking about in terms of the production available
12    11:42:36   at 8:30.  As I understand it, Mr. Wickham had
13    11:42:40   called you repeatedly both Monday and yesterday,
14    11:42:43   and you never returned his call.  The deposition
15    11:42:45   was noticed for 9:30.  We showed up for 9:30.  We
16    11:42:49   were unaware that you were making documents
17    11:42:52   available at 8:30.  Had you done the courtesy of
18    11:42:56   returning one of Mr. Wickham's phone calls or
19    11:42:59   sending him an e-mail --
20    11:43:00        MR. WICKHAM:  It wasn't even Mr. Berman.
21                     MR. BERMAN:  He didn't make a phone call.
22    11:43:02        MR. WICKHAM:  We knew of Mr. Berman's
23    11:43:04   existence when we walked in today.  We did not
 4              know --
```

Exhibit C ,
P. 39