```
 1                    MR. BERMAN:  Let's go on.

 2   11:43:07         MR. WICKHAM:  -- that Mr. Berman was even

 3   11:43:09   representing him.

 4                    MR. BERMAN:  We can deal with this.

 5   11:43:09         MR. WICKHAM:  We had no information about any

 6   11:43:11   production at 8:30, Mr. Berman.

 7   11:43:16         MR. ZELLER:  It's on the subpoena.

 8   11:43:17         MR. BERMAN:  It's on the subpoena.

 9   11:43:18         MR. WICKHAM:  What is on the subpoena is

10   11:43:19   referencing a Mr. Karmel as Mr. Linker's counsel.

11   11:43:22   There is no reference to Mr. Berman, and I did call

12   11:43:24   Mr. Karmel on multiple occasions in order to try

13   11:43:27   and facilitate trying to get a hold of documents in

14   11:43:30   advance of the deposition, and Mr. Karmel, whose

15   11:43:32   name appears on the subpoena, did not return any of

16   11:43:35   those phone calls.

17   11:43:37         MR. ZELLER:  This is a complete waste of time.

18   11:43:39   The subpoena says Jenner & Block, 8:30 a.m.   It's

19   11:43:42   that simple.

20   11:43:43         MR. BERMAN:  Right.  And if my tone is -- if

21   11:43:45   you find my tone objectionable, I am sorry.  I

22   11:43:48   don't mean to be objectionable.  I just want to get

23   11:43:52   -- the witness has professed a desire to get it

.4   11:43:54   done.  I am just trying to get it done.
```

Exhibit _C_ ,
P. _40_

```
 1   11:43:54              I tried as hard as I could to get the
 2   11:43:56   documents produced at the time.  I had to walk in
 3   11:44:00   the rain.  So, you know, I got here at 8:30, and no
 4   11:44:02   one was here.  So to the extent that that reflects
 5   11:44:05   how I -- my tone, I apologize.  So let's go on.
 6   11:44:09        MS. CENDALI:  It is -- it is very clear --
 7   11:44:11        MR. BERMAN:  Let's go on.
 8   11:44:13        MS. CENDALI:  Please don't interrupt me,
 9   11:44:14   counsel.  It is very clear that our calls were not
10   11:44:17   returned.  It's very clear that I suspect your
11   11:44:20   calls to Mr. Zeller were returned.
12   11:44:23        MR. ZELLER:  Are you quite finished?  Can we
13   11:44:25   now --
14   11:44:25        MS. CENDALI:  Let's continue.
15   11:44:32        MR. ZELLER:  Thank you.
16   11:44:33        MR. WICKHAM:  I will note for the record that
17   11:44:34   the deposition notice says 9:30.
18   11:44:37        MR. ZELLER:  And the documents say 8:30.  It's
19   11:44:39   on the same subpoena, if I may.
20   11:44:48        THE REPORTER:  I have to mark the document.
21   11:44:48        MR. ZELLER:  Let me re-identify it.  I will
22   11:44:50   start again so we can pick up fresh.  Let's please
23   11:44:55   mark as Exhibit 323 a multi-page document bearing
24   11:45:02   Bates numbers SL 13 through SL 63 consisting of
```

Exhibit _C_ ,
P. _41_

```
 1   11:45:12   drawings and other materials.

 2                         (WHEREUPON, a certain document was

 3                         marked Deposition Exhibit No. 323,

 4   11:46:49              for identification, as of 9/13/06.)

 5              BY MR. ZELLER:

 6   11:46:50      Q.    Do you recognize what's been marked as

 7   11:46:53   Exhibit 323 or any portion of it?

 8   11:46:55      A.    Yes.

 9   11:46:56      Q.    What are these pages?

10   11:47:02      A.    Well, there is a combination of stuff,

11   11:47:05   but for the most part, this was the package that

12   11:47:09   was provided to me at the October 19th meeting at

13   11:47:18   MGA, excluding SL 00015.  That is a poster from the

14   11:47:25   final product that I had put into the envelope just

15   11:47:31   for cross-reference when I bought the toy.  So that

16   11:47:38   is a poster that wasn't anywhere near or part of

17   11:47:44   the package that was at MGA when I went there on

18   11:47:49   October 19th.

19   11:47:50      Q.    I am sorry.  The other things were in

20   11:47:53   Exhibit 323?

21   11:47:54      A.    Everything -- all these other things,

22   11:47:56   yes, they were all part of the package, but like I

23   11:48:00   said, this was at a later date.  This is something

.4   11:48:05   I threw into the envelope, just in my files.
```

Exhibit C ,
P. 42

```
1    11:48:10      Q.    Then let's maybe break this down a
2    11:48:13  little bit.
3                  A.    Okay.
4    11:48:14      Q.    You have been referring to a package?
5    11:48:17      A.    Yes.
6    11:48:19      Q.    Did you receive a package at the
7    11:48:21  October 19, 2000 meeting?
8    11:48:24      A.    I did.
9    11:48:24      Q.    And who did you get that from?
10   11:48:26      A.    I got it from MGA, Paula or the group
11   11:48:30  that was working on this, but pretty much Paula and
12   11:48:33  her design team as far as --
13   11:48:37      Q.    And you received those materials while
14   11:48:39  you were actually at MGA's offices?
15   11:48:41      A.    While I was in the meeting, they gave me
16   11:48:44  this yellow envelope.
17   11:48:49      Q.    So then just so the record is clear on
18   11:48:51  this, what you received from MGA was pages starting
19   11:48:59  SL 16 through SL 63 on October 19th, 2000?
20   11:49:09      MS. CENDALI:  Mischaracterizes his testimony.
21             BY THE WITNESS:
22   11:49:13      A.    Yes.  This is all stuff that was put in
23             there.
.4   11:49:25  BY MR. ZELLER:
```

Exhibit C ,
P. 43

```
1    11:49:25       Q.    And then the first two pages of

2    11:49:30  Exhibit 323, that's an envelope?

3    11:49:33       A.    Yes.

4    11:49:36       Q.    And does this envelope relate to the

5    11:49:40  materials that you received from MGA on October 19,

6    11:49:43  2000?

7    11:49:45       A.    Yes, it is.

8    11:49:47       Q.    And how is it related?

9    11:49:52       A.    How is it related?  This envelope held

10   11:49:55  all the images.  All these images were in the

11   11:50:02  envelope.  Can you rephrase the question?

12   11:50:04       Q.    Well, I guess one thing I am trying to

13   11:50:05  ask is, were you given this, these materials that

14   11:50:10  we were discussing in an envelope from MGA?

15   11:50:12       A.    Yes.

16   11:50:13       Q.    In other words, MGA provided the

17   11:50:14  envelope?

18   11:50:15       A.    Yes, and it was addressed on the second

19   11:50:16  page, SL 00014, to Steve and Liz from Bratz or with

20   11:50:21  the "Bratz" in quotes.

21   11:50:25       Q.    So this was the -- SL 14 was the front

22   11:50:31  of the envelope that contained the other materials?

23   11:50:34       A.    Yes.

24   11:50:37       Q.    Is this your handwriting on SL 14?
```

Exhibit  C  ,
P. 44

```
 1    11:50:39     A.     No.

 2    11:50:43     Q.     And then is the first page, SL 13, is

 3    11:50:47  that part of the same envelope?

 4    11:50:48     A.     It's part of the same envelope.

 5    11:50:50     Q.     This is the back?

 6    11:50:52     A.     Yes, it is.

 7    11:50:53     Q.     And then is this your handwriting on

 8    11:50:57  this first page of 323?

 9    11:50:58     A.     Yes, it is.  That's mine.

10    11:51:04     Q.     When did you make those notes?

11    11:51:05     A.     I made that after the product was

12    11:51:07  already on the shelf.  When I go through my files,

13    11:51:14  I just pretty much sketched it out on that to call

14    11:51:17  out what was in the folder in my files, but this is

15    11:51:22  after, way after the meeting.

16    11:51:29     Q.     Well, maybe if we could walk through a

17    11:51:31  few of these pages here that are part of 323,

18    11:51:41  starting with SL 16.

19    11:51:44     A.     Yeah.

20    11:51:45     Q.     This was one of the pages you received

21    11:51:47  on October 19, 2000, from MGA?

22    11:51:50     A.     Yes.

23    11:51:51     Q.     Had you seen this particular drawing

.4    11:51:54  prior to that time?
```

Exhibit __C__ ,
P. __45__

```
1    11:51:54        A.      Yes.

2    11:51:56        Q.      When did you see this drawing?

3    11:51:57        A.      At the meeting at Starbucks with Paula

4    11:52:03   and Carter.

5    11:52:04        Q.      The one that was on October 10th or

6    11:52:07   11th?

7    11:52:08        A.      Yes.

8    11:52:11        Q.      Turning your attention to the next page,

9    11:52:13   SL 17.

10   11:52:15        A.      Yes.

11   11:52:15        Q.      This is one of the pages you received

12   11:52:17   from MGA on October 19th, 2000?

13   11:52:21        A.      Yes.

14   11:52:22        Q.      Had you seen this one before that time?

15   11:52:25        A.      Yeah.

16   11:52:25        Q.      When did you see this drawing previous

17   11:52:29   to that?

18   11:52:29        A.      At the meeting at Starbucks on either

19   11:52:32   October 11th or 10th, 10th or 11th, 2000.

20   11:52:43        Q.      And directing your attention to SL 18,

21   11:52:50   this was one of the pages you received in that

22   11:52:53   package you are referring to at the October 19th

23   11:52:55   meeting?

24   11:52:55        A.      Yes.
```

Exhibit  C  ,
P. 46

```
 1    11:52:56      Q.     And had you seen this one before the

 2    11:52:58   October 19th meeting?

 3    11:52:59      A.     Yes.

 4    11:53:00      Q.     When did you see this one before?

 5    11:53:02      A.     I saw this at the Starbucks meetings on

 6    11:53:06   October 10th or October 11th of 2000.

 7    11:53:09      Q.     SL 19, this was part of the

 8    11:53:13   October 19th, 2000 package?

 9    11:53:16      A.     Yes.

10    11:53:17      Q.     And had you seen this particular drawing

11    11:53:21   before that time?

12    11:53:22      A.     Yes.

13    11:53:22      Q.     When did you see that one?

14    11:53:23      A.     I saw this at that same meeting, the

15    11:53:26   Starbucks meeting, October 10th or October 11th.

16    11:53:32      Q.     Directing your attention to SL 20, this

17    11:53:37   was part of the October 19th meeting package?

18    11:53:40      A.     Correct.

19    11:53:41      Q.     And had you seen this drawing prior to

20    11:53:43   that October 19th, 2000 meeting?

21    11:53:45      A.     Yes.

22    11:53:46      Q.     When did you first see this drawing?

23    11:53:48      A.     I saw this at the Starbucks meeting

24    11:53:51   October 10th or October 11th of 2000.
```

Exhibit __C__,
P. __47__

```
 1   11:53:54      Q.    Well, maybe I can cut through some of

 2   11:53:58   these then.  Is it true that SL 21, 22, 23, 24, 25,

 3   11:54:09   26, 27, 28 and 29 are materials that you saw at the

 4   11:54:24   Starbucks meeting on or about October 10th or 11th

 5   11:54:27   2000?

 6   11:54:32      A.    Yes.

 7   11:54:32      Q.    And these were -- all these pages were

 8   11:54:34   part of the October 19th, 2000 meeting packet?

 9   11:54:38      A.    Correct.

10   11:54:38      Q.    And are these what you are referring to

11   11:54:40   as the artboards that you talked earlier?

12   11:54:44      A.    Yes, these were the artboards that we

13   11:54:46   saw.

14   11:54:54      Q.    Were these the materials that Carter

15   11:54:56   Bryant had as part of that portfolio you are

16   11:54:59   referring to?

17   11:54:59      A.    Yes.

18   11:55:01      Q.    And so the record is clear, we are

19   11:55:03   talking about SL 16 through SL 29?

20   11:55:11      A.    Yeah.  Let me just make sure.  What did

21   11:55:15   you say was the first one?  16.  Yep.

22   11:55:21      Q.    Directing your attention then to SL 30,

23   11:55:25   which is part of Exhibit 323, this was among the

24   11:55:32   October 19, 2000 meeting packet?
```

Exhibit  C  ,
P. 48

```
 1    11:55:34      A.      Yes.

 2    11:55:34      Q.      Had you seen that prior to the

 3    11:55:36  October 19 meeting?

 4    11:55:38      A.      I don't recall seeing these before that

 5    11:55:40  date.

 6    11:55:41      Q.      What's your understanding of what this

 7    11:55:44  depicts?

 8    11:55:45      A.      Just different hairstyles that were

 9    11:55:50  going to be part of the toy.  Part of the concept

10    11:55:55  was that she came with different hairpieces that

11    11:55:58  fit on the back of her head, and these were some of

12    11:56:01  the styles that they were looking at or that they

13    11:56:03  were sketching up.

14    11:56:04      Q.      This was for Bratz?

15    11:56:05      A.      For Bratz.

16    11:56:16      Q.      Directing your attention to SL 31 and

17    11:56:24  then 32, 33 and 34, these all look identical?

18    11:56:32      A.      Yeah.

19    11:56:32      Q.      So did you receive multiple copies of

20    11:56:35  these in your packet?

21    11:56:39      A.      If it was in my packet when these were

22    11:56:42  made copies of, then yes, I was given more than one

23    11:56:46  copy.

.4    11:56:46      Q.      Well, let me ask you then about SL 31
```

Exhibit  C ,
P. 49

```
1    11:56:49   through SL 34.

2    11:56:51      A.    Yes.

3    11:56:54      Q.    Is this drawing something you received

4    11:56:55   as part of the October 19, 2000 packet from MGA?

5    11:56:59      A.    Yes, it is.

6    11:57:00      Q.    Had you seen this illustration prior to

7    11:57:03   October 19th?

8    11:57:04      A.    No, I hadn't.

9    11:57:07      Q.    And generally speaking, what's your

10   11:57:09   understanding of what this illustration depicts?

11   11:57:12      A.    This depicts all the accessories and all

12   11:57:19   the items that were going to be packed out for each

13   11:57:23   toy or each SKU.  So we knew there was going to be

14   11:57:26   a doll, a CD-ROM, a second set of shoes, a purse,

15   11:57:33   and a second outfit, a backpack.  They were calling

16   11:57:38   out the piece count of the toy, what was included

17   11:57:41   with the toy.

18   11:57:43      Q.    And when you say "the toy," you are

19   11:57:45   referring to Bratz?

20   11:57:46      A.    Bratz, the doll.

21   11:57:54      Q.    Directing your attention to SL 36 and

22   11:58:04   SL 37 --

23   11:58:08      A.    Yes.

.4   11:58:09      Q.    -- these look like they are the same
```

Exhibit _C_,
P. _50_

```
 1    11:58:11  pages, the same content?

 2    11:58:13      A.    Same content.

 3    11:58:15      Q.    Okay.  Let me ask about them together

 4    11:58:19  then.  Was this page or pages, SL 36 and 37, among

 5    11:58:24  the materials that you received from MGA on

 6    11:58:27  October 19, 2000?

 7    11:58:29      A.    Yes.

 8    11:58:30      Q.    And had you seen this before?

 9    11:58:32      A.    No.

10    11:58:33      Q.    Not in writing, anyway?

11    11:58:34      A.    Not in writing.

12    11:58:36      Q.    What's your understanding of what this

13    11:58:39  is referring to?

14    11:58:41      A.    This is the -- along with the doll, the

15    11:58:43  Bratz doll, they wanted to make fashion packs,

16    11:58:46  which were accessory kits that you bought

17    11:58:51  separately.  So these were the call-outs as far as

18    11:58:55  on our -- it was part of our packaging direction or

19    11:59:01  brief, you know, we are going to make a fashion

20    11:59:03  pack.  So for 4.99, these are the items that are

21    11:59:06  going to be included in that fashion pack:  A one

22    11:59:10  or two-piece outfit, a purse or a headpiece, a

23    11:59:12  necklace or a bracelet and shoes, so. . .

.4    11:59:16      Q.    What's your understanding of what 4.99
```

Exhibit __C__ ,
P. __51__

| | | |
|---|---|---|
| 1 | 11:59:18 | refers to on this? |
| 2 | 11:59:20 | A.   That was the retail price of the fashion |
| 3 | 11:59:23 | pack or the "A" price.  I don't know what was |
| 4 | 11:59:26 | called out there.  I believe it was the retail |
| 5 | 11:59:31 | price, so just an accessory kit, I guess, to the |
| 6 | 11:59:35 | dolls.  So it was part of the packaging brief or |
| 7 | 11:59:37 | the specs that they wanted to give us. |
| 8 | 11:59:40 | MS. CENDALI:  Again, I designate testimony |
| 9 | 11:59:41 | regarding the creation of Bratz attorneys' eyes |
| 10 | 11:59:47 | only, and if you get into any more depth than this, |
| 11 | 11:59:52 | I will have to ask counsel for Mattel to leave.  I |
| 12 | 11:59:54 | am trying to give reasonable leeway here. |
| 13 | 11:59:58 | BY MR. ZELLER: |
| 14 | 11:59:58 | Q.   Directing your attention to Page SL 38 |
| 15 | 12:00:02 | of Exhibit 323 -- |
| 16 | 12:00:04 | A.   Yes. |
| 17 | 12:00:06 | Q.   -- is this something that you received |
| 18 | 12:00:07 | from MGA on October 19th, 2000? |
| 19 | 12:00:11 | A.   Yes. |
| 20 | 12:00:11 | Q.   Had you seen this prior to the |
| 21 | 12:00:13 | October 19, 2000 meeting? |
| 22 | 12:00:15 | A.   No. |
| 23 | 12:00:16 | Q.   What's your understanding of what this |
| .4 | 12:00:18 | depicts, SL 38? |

Exhibit C ,
P. 52

| | | |
|---|---|---|
| 1 | 12:00:20 | A.    This is a visual call-out or sketches |
| 2 | 12:00:24 | what the fashion packs would consist of.  So |
| 3 | 12:00:28 | referring to SL 00036 and 37, this would be their |
| 4 | 12:00:36 | accessory packs or fashion pack, as it is titled on |
| 5 | 12:00:43 | 36 and 37, so these were just call-outs, I guess, |
| 6 | 12:00:48 | of what it would be. |
| 7 | 12:00:54 | Q.    Directing your attention to SL 42 of |
| 8 | 12:00:58 | Exhibit 323, is this page something that you |
| 9 | 12:01:02 | received from MGA on October 19, 2000? |
| 10 | 12:01:05 | A.    Yes, it is. |
| 11 | 12:01:06 | Q.    Had you seen this page prior to the |
| 12 | 12:01:08 | October 19 meeting? |
| 13 | 12:01:09 | A.    No. |
| 14 | 12:01:11 | Q.    Please tell us generally what's your |
| 15 | 12:01:13 | understanding of what this page depicts? |
| 16 | 12:01:15 | A.    This was for the actual Bratz doll. |
| 17 | 12:01:19 | This was a call-out of all the pieces and items |
| 18 | 12:01:21 | that were going to be provided in the packaging |
| 19 | 12:01:24 | along with the doll.  It calls out the outfits. |
| 20 | 12:01:31 | There was going to be an outfit dressed on the |
| 21 | 12:01:36 | girl.  It comes with her own hairstyle.  It comes |
| 22 | 12:01:39 | with her shoes, the necklace, the backpack.  It |
| 23 | 12:01:42 | calls out all the items as far as what else is in |
| 24 | 12:01:45 | the packaging, and it gives you the price point |

Exhibit _C_ ,
P. _53_

```
1    12:01:48   that they are looking to meet.

2    12:01:51       Q.    When you say consumer price point,

3    12:01:53   that's the --

4    12:01:54       A.    That's 12.99.  It gives us a rough idea

5    12:01:58   of what packaging should be.

6    12:02:06       Q.    Directing your attention to SL 44, was

7    12:02:11   this something that MGA provided to you on

8    12:02:14   October 19, 2000?

9    12:02:16       A.    Yes.

10   12:02:17       Q.    And what does this generally depict?

11   12:02:21       A.    This is just I guess like an engineering

12   12:02:24   drawing or a call-out of what the doll size is, the

13   12:02:28   size of the doll, basically, and sort of like specs

14   12:02:33   on what the body was going to be made of -- or not

15   12:02:37   made of but how it was going to look.  So it was

16   12:02:42   the actual size reference, so it gave us an idea

17   12:02:46   how to build around this size with all the fashions

18   12:02:48   and everything and the packaging size.

19   12:02:51           Again, we were doing packaging, so we

20   12:02:54   needed to know the actual size of the doll, and

21   12:02:57   this was a good call-out on that size reference.

22   12:03:03       Q.    Had you seen this particular drawing

23   12:03:07   prior to October 19, 2000?

24   12:03:09       A.    No, I hadn't.
```

Exhibit  C  ,
P.  54

```
 1   12:03:16      Q.     Directing your attention to Page SL 46
 2   12:03:20   of Exhibit 323, is this something that you received
 3   12:03:27   from MGA on October 19, 2000?
 4   12:03:30      A.     Yes.
 5   12:03:30      Q.     Had you seen this one prior to that
 6   12:03:32   meeting?
 7   12:03:33      A.     No.
 8   12:03:34      Q.     Please tell me generally speaking what
 9   12:03:36   your understanding is of what's represented by this
10   12:03:41   page?
11   12:03:41      MS. CENDALI:  And to the extent that you can
12   12:03:43   do so, I suggest without mentioning any figures,
13   12:03:46   then we don't have to ask Mr. Moore to leave.
14   12:03:51      MR. ZELLER:  I think this is the last number
15   12:03:53   anyway.
16   12:03:54      MS. CENDALI:  I don't think it matters that
17   12:03:56   much.
18            BY THE WITNESS:
19   12:03:57      A.     They wanted to do, similar to the
20   12:04:01   fashion packs, hairstyle packs, so they were
21   12:04:06   considering selling those four hairstyles in a
22   12:04:10   pack, which these probably correspond with those
23   12:04:13   four hairstyles that were referenced earlier, and
 4   12:04:16   that would have been a packaging -- how would we
```

Exhibit _C_,
P. _55_

```
 1    12:04:18   pack out four styles separately, so this was our

 2    12:04:21   notes for that.

 3    12:04:25        Q.    And that number here on SL 46 --

 4    12:04:27        A.    9.99 was their suggested retail price

 5    12:04:32   for that item.

 6    12:04:35        Q.    I did try to avoid it, but I think

 7    12:04:37   that's probably it for the numbers, at least for

 8    12:04:39   now, because it looks like --

 9    12:04:41        MR. WICKHAM:   Can we take a quick break?

10    12:04:47        MR. ZELLER:   Sure.

11    12:04:48        THE VIDEOGRAPHER:   Going off the record at

12    12:04:51   12:05.

13    12:18:27                (WHEREUPON, a recess was had.)

14    12:18:28        THE VIDEOGRAPHER:   We are back on the record

15    12:18:30   at 12:18.

16               BY MR. ZELLER:

17    12:18:42        Q.    We were discussing Exhibit 323, and

18    12:18:47   I had some questions about SL 48 through SL 62.

19    12:18:56   First, are these -- well, I should first ask, are

20    12:19:02   they cards of some kind?

21    12:19:04        A.    Yeah.   They are postcards.

22                   Q.    Postcards?

23    12:19:06        A.    Or some kind of, sort of cards, yeah.

24    12:19:10        Q.    And what are these?   What's your
```

Exhibit  C ,
P.  56

| | | |
|---|---|---|
| 1 | 12:19:12 | understanding as to why you were given these? |
| 2 | 12:19:15 | A.   I was given these as reference materials |
| 3 | 12:19:17 | that they were interested in using in the |
| 4 | 12:19:21 | packaging.  So it was just part of when you get |
| 5 | 12:19:27 | projects, they give you reference to work off of |
| 6 | 12:19:29 | materials that they like, that they'd like to see |
| 7 | 12:19:31 | on the packaging.  So these were all different |
| 8 | 12:19:35 | types of color patterns and colored metallics and |
| 9 | 12:19:39 | different types of transparencies and leticulars. |
| 10 | 12:19:48 | Some of them had some shine to it, glow to it or |
| 11 | 12:19:53 | whatnot, but they were just reference samples. |
| 12 | 12:20:03 | Q.   If you could go back to Exhibit 320 for |
| 13 | 12:20:06 | a moment, which is the October 12, 2000 e-mail.  We |
| 14 | 12:20:19 | talked about the text on it.  But do you have that |
| 15 | 12:20:21 | one again? |
| 16 | 12:20:22 | A.   This one (indicating)? |
| 17 | 12:20:23 | Q.   Yes, Exhibit 320. |
| 18 | 12:20:25 | A.   Yes, 320. |
| 19 | 12:20:25 | Q.   With respect to Exhibit 320, I had asked |
| 20 | 12:20:28 | you some questions earlier about the typewritten |
| 21 | 12:20:30 | portion of the e-mail. |
| 22 | 12:20:31 | A.   Yes. |
| 23 | 12:20:31 | Q.   But there is, of course, also |
| 24 | 12:20:33 | handwriting on Exhibit 320? |

Exhibit _C_,
P. _57_

```
1    12:20:34      A.      Yes.

2    12:20:35      Q.      Is that your handwriting?

3    12:20:37      A.      Yes.

4    12:20:38      Q.      All of this is your handwriting?

5    12:20:42      A.      Yes.

6    12:20:47      MR. ZELLER:  Let's go off the record for a

7    12:20:49  moment.

8    12:20:51      THE VIDEOGRAPHER:  Going off the record at

9            12:21.

10               (WHEREUPON, there was a short

11   12:25:23              interruption.)

12   12:25:23      THE VIDEOGRAPHER:  We are back on the record

13   12:25:25  at 12:25.

14   12:25:36  BY MR. ZELLER:

15   12:25:37      Q.      Directing your attention to Exhibit 320,

16   12:25:39  that's the October 12, 2000 e-mail printout that we

17   12:25:43  had discussed earlier, and we talked earlier about

18   12:25:45  the printed text, or at least some of the printed

19   12:25:48  text here, and I wanted to ask you about the

20   12:25:50  handwriting.  This is all your handwriting, is that

21   12:25:52  correct?

22   12:25:53      A.      Yes.

23   12:25:58      Q.      I would like to ask you a few questions

.4   12:26:00  about the handwriting on this document, Exhibit
```

Exhibit C,
P. 58

```
 1   12:26:02   320.   Did you make this handwriting on Exhibit 320

 2   12:26:11   on October 12, 2000, or at some other time?

 3   12:26:14        A.    At some other time.

 4   12:26:16        Q.    When did you make your handwritten

 5   12:26:19   notations here?

 6   12:26:19        A.    These were made on the 19th of October

 7   12:26:23   during the meeting with MGA.

 8   12:26:27        Q.    The October 19th meeting you were

 9   12:26:30   referring to earlier?

10   12:26:31        A.    Yes.

11   12:26:34        Q.    Under entry No. 1 the typewritten

12   12:26:40   portion says, "We need some spec sheets calling out

13   12:26:44   sizes and dimensions on the dolls and the

14   12:26:47   accessories," end quote, then in handwriting it

15   12:26:49   says "copies - today."  What's the "copies - today"

16   12:26:54   referring to?

17   12:26:54        A.    It means I received copies that day, and

18   12:26:56   I even put a check next to the one saying that was

19   12:27:01   completed.

20   12:27:01        Q.    And what were the spec sheets that you

21   12:27:04   received on October 19th?

22   12:27:06        A.    The spec sheets were those black and

23   12:27:11   white sketches as far as the call-outs of the piece

 4   12:27:16   count, what items were going in each toy -- or each
```

Exhibit __C__ ,
P. __59__

```
 1    12:27:20   package.  Excuse me.

 2    12:27:23        Q.    Are you referring -- you are pointing to

 3    12:27:26   exhibit --

 4    12:27:26        A.    Would you like me to refer to the --

 5    12:27:29        Q.    Yes, please, if you could.

 6    12:27:30        A.    So the spec sheets were the black-and-

 7    12:27:33   white sketches and the pages with the written

 8    12:27:38   words.  So I guess SL 30, is it, was a spec sheet,

 9    12:27:48   and all the way through, like 33, 32, yeah, 31; all

10    12:27:57   the black-and-whites.  Basically everything from 30

11    12:28:00   down was a spec sheet, but not the color referenced

12    12:28:10   postcards.  So if you want, I could give you all

13    12:28:19   the numbers.  I mean, we could go through that way.

14    12:28:22        Q.    So the record is clear on this, when you

15    12:28:24   are referring to spec sheets, you are referring to

16    12:28:28   those pages that are SL 30 --

17    12:28:31        A.    Yes.

18    12:28:31        Q.    -- through SL 47?

19    12:28:38        A.    Through 47?  Yes.

20    12:28:42        Q.    For the record, this is part of

21    12:28:44   Exhibit 323.  And then Item 2, where it talks about

22    12:28:59   the artboards and the typewritten portion and then

23    12:29:02   it says "copies" in handwriting next to it --

 4    12:29:05        A.    Yes.
```

Exhibit ___C___,
P. ___60___

```
1   12:29:05      Q.    -- what's that referring to?
2   12:29:07      A.    It's the same notes saying that I
3   12:29:10  received copies at that meeting and I checked it
4   12:29:13  off, and it was referring to the artboards SL 00016
5   12:29:24  through 29, I believe, yes.
6   12:29:30      Q.    And then under Item No. 3, "Is the name
7   12:29:34  Bratz confirmed or can we work on it/change it?"
8   12:29:38  And then you have a handwritten note here that
9   12:29:41  says, "Need new name by end of month" and, it looks
10  12:29:45  like, "For girls 2"?
11  12:29:47      A.    Yes.
12  12:29:48      Q.    Do you know what that's referring to?
13  12:29:50      A.    Yes.  They want us to explore new names
14  12:29:55  of the property and also the girls' names like Zoe
15  12:29:59  and Chloe or Jade, at the time they want us to look
16  12:30:02  at new names as well for them, or explore new
17  12:30:06  names.
18  12:30:07      Q.    At this meeting on October 19, 2000, did
19  12:30:11  the MGA folks actually refer to the individual
20  12:30:15  dolls by name, like Zoe or other individual names?
21  12:30:18      A.    I don't recall if they specifically
22  12:30:20  referred to each doll by their name.  I can't
23  12:30:24  recall that.
24  12:30:26      Q.    I believe on Exhibit 323 one of the spec
```

Exhibit C,
P. 61

1    12:30:30   sheets refers to Jade, J-a-d-e?

2    12:30:35        A.    Exhibit 323?

3    12:30:37        Q.    Yes.

4    12:30:40        MR. BERMAN:   This is 323.

5    12:30:41   BY THE WITNESS:

6    12:30:42        A.    Oh, I am sorry.   Yeah, the names were on

7    12:30:45   here.   Like, I mean, they are on this files, Lupe,

8    12:30:48   Chloe, Zoe.   There was a Jade, Hallidae, but in the

9    12:30:57   meeting we didn't get to specifics or I don't

10   12:30:59   recall the specifics of -- you know, each character

11   12:31:03   had their own theme and design that they were

12   12:31:05   working on as far as the outfits and everything,

13   12:31:08   but we didn't go over the specifics of what their

14   12:31:11   names should be or anything like that.

15   12:31:13   BY MR. ZELLER:

16   12:31:13        Q.    Did you have an understanding that the

17   12:31:15   dolls had individual names prior to the time that

18   12:31:17   you had that October 19th, 2000 meeting?

19   12:31:21        A.    Yes, yes.   And they had working names.

20   12:31:23   You know, at that point they were working names, of

21   12:31:29   which I don't know which were confirmed in-house or

22   12:31:33   not.

23   12:31:34        Q.    Then item No. 4, the typewritten portion

.4   12:31:37   on Exhibit 320 says, "Do you have photo/JPEGs of

Exhibit C,
P. 62

```
 1   12:31:42   the sculpts," question mark, and then looks like a
 2   12:31:46   handwritten notation that says "casts," c-a-s-t-s?
 3              A.      C-a-s-t-s.
 4   12:31:51   Q.      "By next week for ref," r-e-f, period?
 5   12:31:58   A.      Yes.
 6   12:31:59   Q.      What's that referring to?
 7   12:32:00   A.      The question is, do they have photos or
 8   12:32:03   JPEGs of sculpts of the dolls that they were
 9   12:32:07   making, and the answer was we can see casts by next
10   12:32:11   week for reference.  So casts are like casts of the
11   12:32:15   sculpts.  They are just like copies of the final
12   12:32:17   sculpts or work-in-progress at that point.  So they
13   12:32:25   said they would provide it by the following week
14   12:32:27   for reference.
15   12:32:29   Q.      And "they" being MGA at this
16   12:32:33   October 19th meeting?
17   12:32:35   A.      Yes, yes.
18   12:32:38   Q.      And I apologize if I asked this before,
19   12:32:40   but just to double-check, on Item No. 5 in this
20   12:32:44   typewritten portion of Exhibit 320 it talks about
21   12:32:47   the renderings of the outfits that we saw?
22   12:32:50   A.      Yes.
23   12:32:52   Q.      Are those the outfits that are in
.4   12:32:55   Exhibit 323?
```

Exhibit  C,
P. 63

```
 1   12:32:57      A.      Yes, from 16 through 29, those specific

 2   12:33:08   ones.

 3   12:33:09      Q.      And those are the outfits that you had

 4   12:33:11   originally seen at the Starbucks meeting on

 5   12:33:13   October 10th or October 11th, 2000?

 6   12:33:16      A.      Yes.

 7   12:33:20      Q.      Directing your attention to the bottom

 8   12:33:23   portion of Exhibit 320, the handwriting there --

 9   12:33:26      A.      Yes.

10   12:33:27      Q.      -- first it says "deadlines" and it has

11   12:33:31   two references there, "12/15 for Wal-Mart," it

12   12:33:35   looks like "meeting," MTG?

13   12:33:37      A.      Um-hmm.

14   12:33:37      Q.      That's a yes?

15   12:33:38      A.      Yes.

16   12:33:38      Q.      And then the next one is "11/20" with a

17   12:33:42   question mark and then references Target?

18   12:33:44      A.      Yes.

19   12:33:45      Q.      Was that something that was discussed at

20   12:33:47   the October 19, 2000 meeting?

21   12:33:49      A.      Yes, it was.

22   12:33:51      Q.      And what was discussed on that subject?

23   12:33:53      A.      They had sales meetings set up, so they

.4   12:33:58   wanted -- I wrote these notes down as to when are
```

Exhibit  C ,
P.  64

```
1   12:34:00  these sales meetings and who are they with and what
2   12:34:03  they needed for each one, so I was roughly given
3   12:34:09  around 11:20 they were setting up a meeting with
4   12:34:14  Target, which they needed white boxes, which was
5   12:34:16  just an outline of the shape of the box and the
6   12:34:20  floor plan of the box for planograms, and I wrote
7   12:34:25  it twice.  So I wrote "box whites for planograms,"
8   12:34:28  which is the same thing as "white box for
9   12:34:31  planograms."  So I just doubled my notes because I
10  12:34:33  do that sometimes.  And the 12:15 was for the
11  12:34:39  Wal-Mart meeting, and by that meeting I wrote
12  12:34:41  "trade dress meeting," to have the colors and the
13  12:34:44  look and the style and the illustrations, whatever
14  12:34:46  it's going to be, have that kind of narrowed down
15  12:34:50  by that meeting.
16  12:34:50       Q.     For the packaging?
17  12:34:52       A.     For 12/15, yes.
18  12:34:59       Q.     And just so it's clear, that November
19  12:35:02  20th or so meeting for Target, you were told about
20  12:35:06  that at the October 19, 2000 meeting by MGA?
21  12:35:10       A.     Yes.
22  12:35:13       Q.     Then also on Exhibit 3/20 there is some
23  12:35:18  other handwriting.  It appears to be different
.4  12:35:20  kinds of shapes?
```

Exhibit _C_ ,
P. _65_

```
1    12:35:21      A.      Yes.

2    12:35:23      Q.      You drew those?

3    12:35:24      A.      Yes.

4    12:35:25      Q.      And what are those for?  What do they

5    12:35:29  depict?

6    12:35:29      A.      Those were probably just thumbnails that

7    12:35:32  I was sketching during the meeting trying to figure

8    12:35:34  out some shapes based on conversations that we were

9    12:35:37  having, how did they fit in with each other.  I

10   12:35:40  recall that as part of the discussions, having it

11   12:35:47  kind of angle from different directions we were

12   12:35:50  thinking about and the trapezoidal, the kind of

13   12:35:57  like narrowing as far as going up from both

14   12:36:01  directions.  So these were just some ideas that I

15   12:36:04  was thinking visually on my page as we were having

16   12:36:07  our discussions.

17   12:36:09      Q.      Was the trapezoidal shape for the

18   12:36:13  packaging for Bratz something that was discussed at

19   12:36:15  the October 19th meeting?

20   12:36:17      MS. CENDALI:  I am going to -- I am going to

21   12:36:22  reiterate about attorneys' eyes only, and I think

22   12:36:25  as we are getting into this area we should ask

23   12:36:26  Mr. Moore to leave.

.4   12:36:32              Sorry, Michael, but MGA cares a lot
```

Exhibit C,
P. 66

1              IN THE UNITED STATES DISTRICT COURT

2                 CENTRAL DISTRICT OF CALIFORNIA

3                        EASTERN DIVISION

4       CARTER BRYANT, an individual, )

5                             Plaintiff, )

6           vs.                        )      Case No.

7       MATTEL, INC., a Delaware       ) CV 04-09049 SGL

8       corporation,                   )      (RNBx)

9                             Defendant. )

10            I hereby certify that I have read the

11      foregoing transcript of my deposition given at the

12      time and place aforesaid, consisting of Pages 1 to

13      253, inclusive, and I do again subscribe and make

14      oath that the same is a true, correct and complete

15      transcript of my deposition so given as aforesaid,

16      and includes changes, if any, so made by me.

17

18                             STEVEN LINKER

19      SUBSCRIBED AND SWORN TO

20      before me this        day

21      of                 , A.D. 2006.

22

23              Notary Public

24

Exhibit C ,
P. 67

```
 1              STATE OF ILLINOIS )

 2                               )  SS:

 3              COUNTY OF DuPAGE  )

 4                   I, PAULINE M. VARGO, a Notary Public

 5              within and for the County of DuPage, State of

 6              Illinois, and a Certified Shorthand Reporter of

 7              said state, C.S.R. No. 84-1573, do hereby certify:

 8                   That previous to the commencement of the

 9              examination of the witness, the witness was duly

10              sworn to testify the whole truth concerning the

11              matters herein;

12                   That the foregoing deposition transcript

13              was reported stenographically by me, was thereafter

14              reduced to typewriting under my personal direction

15              and constitutes a true record of the testimony

16              given and the proceedings had;

17                   That the said deposition was taken

18              before me at the time and place specified;

19                   That I am not a relative or employee or

20              attorney or counsel, nor a relative or employee of

21              such attorney or counsel for any of the parties

22              hereto, nor interested directly or indirectly in

23              the outcome of this action.

-4
```

Exhibit C ,
P. 68

1           IN WITNESS WHEREOF, I do hereunto set my

2     hand and affix my seal of office at Chicago,

3     Illinois, this 22nd day of September, 2006.

4

5

6           Notary Public, DuPage County, Illinois.

7           My commission expires July 27, 2007.

8

9     C.S.R. Certificate No. 84-1573

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

Exhibit C ,
P. 69