ORIGINAL

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

CARTER BRYANT, an individual,

    Plaintiff,

vs.

MATTEL, INC., a Delaware corporation,

    Defendant.

AND CONSOLIDATED ACTIONS

CASE NO. CV 04-9049 SGL (RNBx)
Consolidated with
Case Nos. CV 04-09059 & CV 05-2727

MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL EXHIBITS 2, 3, & 4 TO THE SECOND SUPPLEMENTAL DECLARATION OF DIANE HUTNYAN IN SUPPORT OF MATTEL'S *EX PARTE* APPLICATION TO STRIKE PORTIONS OF THE EXPERT REPORTS OF DR. ALBERT LYTER AND MR. ROBERT KULLMAN

[[Proposed] Order filed concurrently]

Date: TBA
Time: TBA
Place: Telephonic

**Phase 1**
Discovery Cut-Off: January 28, 2008
Pre-Trial Conference: May 5, 2008
Trial Date: May 27, 2008

07209/2514972.1

MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL

1  Pursuant to Local Rule 79-5.1 and the Stipulated Protective Order
2  entered by the Court in this action, Mattel, Inc. ("Mattel") hereby respectfully
3  requests that the Court order filed under seal Exhibits 2, 3, & 4 to the Second
4  Supplemental Declaration of Diane Hutnyan in support of Mattel, Inc.'s *Ex Parte*
5  Application to Strike Portions of the Expert Reports of Dr. Albert Lyter and Mr.
6  Robert Kullman.

7  The Declaration attaches materials that the parties have designated as
8  "Confidential--Attorneys' Eyes Only" pursuant to the Protective Order. Specifically,
9  the parties designated Exhibits 2, 3, & 4 as "Confidential--Attorneys' Eyes Only. As
10 such, Mattel requests that these exhibits be filed under seal.

13 DATED: May 22, 2008        QUINN EMANUEL URQUHART OLIVER &
                              HEDGES, LLP

17                            By /s/ Diane C. Hutnyan
                                 Diane C. Hutnyan
18                               Attorneys for Mattel, Inc.

07209/2514972.1

-2-
MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL