John B. Quinn
QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
865 SOUTH FIGUEROA STREET
10th FLOOR
LOS ANGELES, CA 90017
(213) 443-3000

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARTER BRYANT, an individual, <br><br> PLAINTIFF(S) <br> v. <br> MATTEL, INC., a Delaware corporation, <br><br><br> DEFENDANT(S). | CASE NUMBER: <br> CV 04-9049 SGL (RNBx) <br> Consolidated with Case No. <br> CV 04-09059 & 05-02727 <br><br> NOTICE OF MANUAL FILING |

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 06-07 and Local Rule 5-4 the following document(s) or item(s) will be manually filed.

**List Documents:**

Exhibit A to the Notice of Errata Re: Sealed Declaration of Harry A. Olivar, Jr. in Support of Mattel, Inc.'s Notice of Motion and Motion for an Order Compelling Production of E-mails in Furtherance of Crimes and Frauds ("Notice of Errata"); Application to File Notice of Errata Under Seal; Proposed Order re: Application to File Notice of Errata Under Seal

**Document Description:**

- [ ] Administrative Record
- [x] Exhibits
- [ ] Ex Part Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act (pursuant to Local Rule 79-5.4(h)
- [x] Other Application to File Under Seal and Proposed Order

**Reason:**

- [x] Under Seal
- [ ] Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
- [ ] Electronic versions are not available to filer
- [x] Per Court order dated January 4, 2005
- [ ] Manual Filing required (*reason*):

May 27, 2008
Date

Attorney Name
Eric Emanuel
Plaintiff Mattel, Inc.
Party Represented

Note: File one Notice in each case, each time you manually file document(s).