QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
  Timothy L. Alger (Bar No. 160303)
  timalger@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>  Plaintiff,<br><br>  vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>  Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with<br>Case Nos. CV 04-09059 & CV 05-2727<br><br>**Hon. Stephen G. Larson**<br><br>**APPLICATION TO FILE UNDER SEAL NOTICE OF MOTION AND MOTION OF MATTEL, INC. FOR AN ORDER ENFORCING THE COURT'S DECEMBER 27 2007 ORDER COMPELLING ISAAC LARIAN TO PRODUCE CERTAIN DOCUMENTS; NOTICE OF ERRATA RE DECLARATION OF MELISSA GRANT IN SUPPORT THEREOF**<br><br>[[Proposed] Order filed concurrently]<br><br>Date: TBA<br>Time: TBA<br>Place: TBA<br><br>**Phase 1**<br>Pre-Trial Conference: May 19, 2008<br>Trial Date: May 27, 2008 |

07209/2515249.1

MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL

1 | Pursuant to Local Rule 79-5.1 and the Stipulated Protective Order
2 | entered by the Court in this action, Mattel, Inc. ("Mattel") hereby respectfully
3 | requests that the Court order filed under seal the Notice of Motion and Motion of
4 | Mattel, Inc. for an Order Enforcing the Court's December 27 2007 Order
5 | Compelling Isaac Larian to Produce Certain Documents ("Motion"); Notice of
6 | Errata re Declaration of Melissa Grant In Support Thereof ("Notice of Errata").

7 | The Motion and Notice of Errata includes materials that MGA has
8 | designated as "Confidential" or "Confidential--Attorneys' Eyes Only" pursuant to
9 | the Protective Order. Accordingly, Mattel requests that the Court order that the
10 | Grant Declaration be filed under seal. In the alternative, Mattel respectfully requests
11 | that the Court order such information be deemed not confidential.

DATED: May 22, 2008

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

By_*Melissa Grant /lc*_
Melissa Grant
Attorneys for Mattel, Inc.