QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 90378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>Hon. Stephen G. Larson<br><br>MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL EXHIBITS 4, 8 AND 15 TO THE DECLARATION OF JUAN PABLO ALBÁN IN SUPPORT OF MATTEL, INC.'S MOTION TO ENFORCE THE DISCOVERY MASTER'S MAY 7, 2008 ORDER<br><br>[[Proposed] Order filed concurrently]<br><br>[Local Rule 79-5.1]<br><br>Hearing Date: August 4, 2008<br>Time: 10:00 a.m.<br>Place: Courtroom 1<br><br>**Phase 1**<br>Pre-trial Conference: May 19, 2008<br>Trial Date: May 27, 2008 |

07209/2513929.2

APPLICATION TO FILE UNDER SEAL

1  Pursuant to Local Rule 79-5.1 and the Stipulated Protective Order
2  entered by the Court in this action, Mattel, Inc. ("Mattel") hereby respectfully
3  requests that the Court order filed under seal Exhibits 4, 8 and 15 to the Declaration
4  of Juan Pablo Albán In Support Of Mattel, Inc.'s Motion To Enforce The Discovery
5  Master's May 7, 2008 Order ("Albán Declaration").
6  Exhibits 4, 8 and 15 to the Albán Declaration have been designated by
7  Wachovia Corporation as "Confidential" pursuant to the Protective Order.
8  Accordingly, Mattel respectfully requests that the Court order that Albán
9  Declaration Exhibits 6 and 9 be filed under seal. In the alternative, Mattel
10 respectfully requests that the Court order such information be deemed not
11 confidential.

13  DATED: May 23, 2008          QUINN EMANUEL URQUHART OLIVER &
                                 HEDGES, LLP

                                 By /s/ [signature]
                                 Juan Pablo Albán
                                 Attorneys for Plaintiff
                                 Mattel, Inc.

07209/2513929.2

APPLICATION TO FILE UNDER SEAL