QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
John B. Quinn (Bar No. 090378)
(johnquinn@quinnemanuel.com)
Michael T. Zeller (Bar No. 196417)
(michaelzeller@quinnemanuel.com)
Jon D. Corey (Bar No. 185066)
(joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with<br>Case Nos. CV 04-09059 & CV 05-2727<br><br>MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL THE DECLARATION OF CYRUS S. NAIM IN SUPPORT OF MATTEL, INC.'S MOTION TO ENFORCE TRIAL SUBPOENAS ISSUED TO ANA CABRERA AND BEATRIZ MORALES<br><br>[[Proposed] Order filed concurrently]<br><br>Hearing Date: August 4, 2008<br>Time: 10:00 a.m.<br>Place: Courtroom 1<br><br>**Phase 1:**<br>Pre-trial Conference: May 19, 2008<br>Trial Date: May 27, 2008 |

07209/2516670.1

MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL

Pursuant to <u>Local Rule</u> 79-5.1 and the Stipulated Protective Order entered by the Court in this action, Mattel, Inc. ("Mattel") hereby respectfully requests that the Court order filed under seal Exhibits 1, 2, 3, 4, 5, 6, 27, 28, 36, 37 and 38 to the Declaration Of Cyrus S. Naim In Support Of Mattel, Inc.'s Motion To Enforce Trial Subpoenas Issued to Ana Cabrera and Beatriz Morales (the "Declaration").

The Declaration attaches materials that Mattel, MGA, and third party Veronica Marlow have designated as "Confidential" or "Confidential--Attorneys' Eyes Only" pursuant to the Protective Order. Veronica Marlow has designated Exhibits 1, 27, 28, 36, and 37 to the Declaration as "Confidential--Attorneys' Eyes Only." MGA has designated Exhibit 38 as "Confidential--Attorneys' Eyes Only." Mattel has designated Exhibits 5-6 as "Confidential--Attorneys' Eyes Only," and Exhibits 2-4 as "Confidential." Accordingly, Mattel requests that the Court order that the Declaration be filed under seal.

DATED: May 23, 2008                QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP


By /s/ Cyrus S. Naim
  Cyrus S. Naim
  Attorneys for Mattel, Inc.

# PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is Now Legal Service, 1301 W. 2nd Street, Suite 206, Los Angeles, CA 90026.

On May 23, 2008, I served true copies of the following document(s) described as **MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL THE DECLARATION OF CYRUS S. NAIM IN SUPPORT OF MATTEL, INC.'S MOTION TO ENFORCE TRIAL SUBPOENAS ISSUED TO ANA CABRERA AND BEATRIZ MORALES** on the parties in this action as follows:

Thomas J. Nolan
**Skadden, Arps, Slate, Meagher & Flom, LLP**
300 South Grand Ave., Ste. 3400
Los Angeles, California 90071

Maria Diaz
**Allred, Maroko & Goldberg**
6300 Wilshire Blvd. Suite 1500
Los Angeles, CA 90048

**BY PERSONAL SERVICE:** I delivered such envelope(s) by hand to the office of the person(s) being served.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on May 23, 2008, at Los Angeles, California.

NOW LEGAL -- Dave Quintana

07209/2372990.1

## PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 865 South Figueroa Street, 10th Floor, Los Angeles, California 90017-2543.

On May 23, 2008, I served true copies of the following document(s) described as **MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL THE DECLARATION OF CYRUS S. NAIM IN SUPPORT OF MATTEL, INC.'S MOTION TO ENFORCE TRIAL SUBPOENAS ISSUED TO ANA CABRERA AND BEATRIZ MORALES** on the parties in this action as follows:

Mark E. Overland, Esq.
David E. Scheper, Esq.
Alexander H. Cote, Esq.
**Overland Borenstein Scheper & Kim, LLP**
One Bunker Hill
601 West Fifth Street, 12th Floor
Los Angeles, CA 90017

**BY MAIL:** I enclosed the foregoing into sealed envelope(s) addressed as shown above, and I deposited such envelope(s) in the mail at Los Angeles, California. The envelope was mailed with postage thereon fully prepaid.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on May 23, 2008, at Los Angeles, California.

_____
Yalonda J. Dekle

07209/2359511.1