QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
  Timothy L. Alger (Bar No. 160303)
  (timalger@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with<br>Case Nos. CV 04-09059 & CV 05-2727<br><br>**MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL MATTEL, INC.'S MOTION FOR ORDER FINDING THAT CERTAIN DOCUMENTS ARE AUTHENTIC, GRANTING ADVERSE INFERENCE JURY INSTRUCTIONS AND PRECLUDING CERTAIN TESTIMONY BASED ON INVOCATION OF FIFTH AMENDMENT AND MGA'S VIOLATION OF COURT ORDERS AND RELATED DOCUMENTS**<br><br>[C.D. Rule 79-5.1]<br><br>[[Proposed] Order filed concurrently]<br><br>Hearing Date: August 4, 2008<br>Time: 10:00 a.m.<br>Place: Courtroom 1<br><br>**Phase 1**<br>Pre-Trial Conference: May 19, 2008<br>Trial Date: May 27, 2008 |

This Court entered a Stipulated Protective Order on January 4, 2005, that permits the parties to mark and treat as confidential testimony and documents marked as "CONFIDENTIAL" or "CONFIDENTIAL – ATTORNEYS EYES' ONLY" (collectively referred to herein as "Confidential Information"). By that Order, the parties must file any Confidential Information under seal and, except as otherwise authorized by statute or federal rule, must seek the Court's approval of such filing under seal.

Pursuant to Local Rule 79-5.1 and the Stipulated Protective Order entered by the Court in this action, Mattel, Inc. ("Mattel") hereby respectfully submits the following documents and requests that they be filed under seal pursuant to the Stipulated Protective Order of January 4, 2005:

1. Mattel, Inc.'s Motion for Order Finding That Certain Documents Are Authentic, Granting Adverse Inference Jury instructions and Precluding Certain Testimony Based on Invocation of Fifth Amendment and MGA's Violation of Court Orders and Memorandum of Points and Authorities (a public redacted copy of the motion and memorandum is being concurrently filed);

2. Declaration of Duane R. Lyons in Support of Mattel, Inc.'s Motion for Order Finding That Certain Documents Are Authentic, Granting Adverse Inference Jury instructions and Precluding Certain Testimony Based on Invocation of Fifth Amendment and MGA's Violation of Court Orders. The Declaration attaches materials -- specifically, Exhibits 1, 2, 4, 5, 6, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 21, 22, 23, 24, 25, 26, 27, 28, and 28 -- that the parties have designated as " Confidential" and "Confidential--Attorneys' Eyes Only" pursuant to the Protective Order. As such, Mattel requests that these exhibits be filed under seal. (A public redacted copy of this declaration is being concurrently filed);

4. Declaration of Cyrus S. Naim in Support of Mattel, Inc.'s Motion for Order Finding That Certain Documents Are Authentic, Granting Adverse Inference Jury instructions and Precluding Certain Testimony Based on

Invocation of Fifth Amendment and MGA's Violation of Court Orders. The Declaration attaches materials -- specifically, Exhibits 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, and 16 -- that the parties have designated as " Confidential" and "Confidential--Attorneys' Eyes Only" pursuant to the Protective Order.  As such, Mattel requests that these exhibits be filed under seal.  (A public redacted copy of this declaration is being concurrently filed).

DATED:  May 23, 2008

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

By_____
Duane R. Lyons
Attorneys for Mattel, Inc.