ORIGINAL

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

FILED
2008 MAY 23 PM 3:39
CLERK, U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
RIVERSIDE

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with<br>Case Nos. CV 04-09059 & CV 05-2727<br><br>**PROOF OF SERVICE**<br><br>Hearing Date: August 4, 2008<br>Time: 10:00 a.m.<br>Place: Courtroom 1<br>Judge: Hon. Stephen G. Larson<br><br>**Phase 1**<br>Pre-Trial Conference: May 19, 2008<br>Trial Date: May 27, 2008 |

07209/2515013.1

PROOF OF SERVICE

## PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is Now Legal Service, 1301 W. 2nd Street, Suite 206, Los Angeles, CA 90026.

On May 23, 2008, I served true copies of the following document(s) described as **TITLE** on the parties in this action as follows:

Thomas J. Nolan
**Skadden, Arps, Slate, Meageher & Flom LLP**
300 South Grand Ave., Ste. 3400
Los Angeles, CA 90071

Mark E. Overland
David C. Scheper
Alexander H. Cote
**Overland Borenstein Scheper & Kim LLP**
601 West Fifth Street, 12th Floor
Los Angeles, CA 90017

Larry McFarland, Esq.
Keats, McFarland & Wilson, LLP
9720 Wilshire Blvd., Penthouse Suite
Beverly Hills, CA 90212

**BY PERSONAL SERVICE:** I delivered such envelope(s) by hand to the office of the person(s) being served.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on May 23, 2008, at Los Angeles, California.

_Dave Quintana_
NOW LEGAL -- Dave Quintana

07209/2217862.1

**PROOF OF SERVICE**

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 865 South Figueroa Street, 10th Floor, Los Angeles, California 90017-2543.

On May 23, 2008, I served true copies of the following document(s) described as **TITLE OF PLEADING** on the parties in this action as follows:

John W. Keker, Esq.
Michael H. Page, Esq.
Christina M. Anderson, Esq.
**Keker & Van Nest, LLP**
710 Sansome Street
San Francisco, CA 94111

**BY MAIL:** I enclosed the foregoing into sealed envelope(s) addressed as shown above, and I deposited such envelope(s) in the mail at Los Angeles, California. The envelope was mailed with postage thereon fully prepaid.

**BY FEDEX:** I deposited such document(s) in a box or other facility regularly maintained by FedEx, or delivered such document(s) to a courier or driver authorized by FedEx to receive documents, in sealed envelope(s) or package(s) designated by FedEx with delivery fees paid or provided for, addressed to the person(s) being served.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on May 23, 2008, at Los Angeles, California.

_____
Kelly Tiller

07209/2217871.1

## DOCUMENT LIST

(1) MATTEL, INC.'S NOTICE OF MOTION AND MOTION FOR ORDER FINDING THAT CERTAIN DOCUMENTS ARE AUTHENTIC, GRANTING ADVERSE INFERENCE JURY INSTRUCTIONS AND PRECLUDING CERTAIN TESTIMONY BASED ON INVOCATION OF FIFTH AMENDMENT AND MGA'S VIOLATION OF COURT ORDERS; AND MEMORANDUM OF POINTS AND AUTHORITIES
CONFIDENTIAL -- ATTORNEY'S EYES ONLY FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER

(2) DECLARATION OF DUANE R. LYONS IN SUPPORT OF MATTEL, INC.'S MOTION FOR AN ORDER FINDING THAT CERTAIN DOCUMENTS ARE AUTHENTIC, GRANTING ADVERSE INFERENCE JURY INSTRUCTIONS, AND PRECLUDING CERTAIN TESTIMONY
CONFIDENTIAL -- ATTORNEY'S EYES ONLY FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER

(3) DECLARATION OF CYRUS S. NAIM IN SUPPORT OF MATTEL, INC.'S MOTION FOR AN ORDER FINDING THAT CERTAIN DOCUMENTS ARE AUTHENTIC, GRANTING ADVERSE INFERENCE JURY INSTRUCTIONS, AND PRECLUDING CERTAIN TESTIMONY
CONFIDENTIAL -- ATTORNEY'S EYES ONLY FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER

(4) [PROPOSED] ORDER GRANTING MATTEL, INC.'S MOTION FOR AN ORDER FINDING THAT CERTAIN DOCUMENTS ARE AUTHENTIC, GRANTING   ADVERSE INFERENCE JURY INSTRUCTIONS, PRECLUDING CERTAIN TESTIMONY

(5) APPLICATION TO FILE UNDER SEAL

(6) [PROPOSED ORDER] REGARDING APPLICATION TO FILE UNDER SEAL