FILED CONFORMED

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
- John B. Quinn (Bar No. 90378)
  (johnquinn@quinnemanuel.com)
- Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
- Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Plaintiff and Cross-Defendant Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>**DISCOVERY MATTER**<br><br>[To Be Heard By Discovery Master Hon. Edward Infante (Ret.) Pursuant To The Court's Order Of December 6, 2006]<br><br>[PUBLIC REDACTED] DECLARATION OF B. DYLAN PROCTOR IN SUPPORT OF MATTEL, INC.'S STATEMENT OF THE CASE<br><br>Hearing Date: TBA<br>Time: TBA<br>Place: TBA<br><br>Discovery Cut-off: None Set<br>Pre-Trial Conference: None Set<br>Trial Date: None Set |

07209/2027153.1

PROCTOR DECLARATION

# DECLARATION OF B. DYLAN PROCTOR

I, B. Dylan Proctor, declare as follows:

1. I am a member of the bar of the State of California and a partner at Quinn Emanuel Urquhart Oliver & Hedges, LLP, attorneys for plaintiff and counter-defendant, Mattel, Inc. ("Mattel"). I make this declaration of personal, firsthand knowledge and, if called and sworn as a witness, I could and would testify competently thereto.

2. Attached as Exhibit 1 is a true and correct copy of the Mattel Employee Confidential Information and Inventions Agreement signed by Carter Bryant on January 4, 1999.

3. Attached as Exhibit 2 is a true and correct copy of excerpts from the Transcript of Hearing dated June 26, 2006.

4. Attached as Exhibit 3 is a true and correct copy of an agreement between Carter Bryant and MGA dated as of September 18, 2000, as produced by Bryant and received by Mattel.

5. Attached as Exhibit 4 is a true and correct copy of the Proprietary Information Checkout signed by Bryant on October 19, 2000, near the end of his employment at Mattel.

6. Attached as Exhibit 5 is a true and correct copy of Mattel's Complaint in this action, which was filed on April 27, 2004 in Los Angeles County Superior Court.

7. Attached as Exhibit 6 is a true and correct copy of excerpts from the Unredacted Joint Stipulation Re: Mattel's Motion To Compel Production of Documents, filed on January 6, 2005.

8. Bryant filed a Cross-Complaint against Mattel on September 8, 2004. Attached as Exhibit 7 is a true and correct copy of Carter Bryant's Cross-Complaint in this matter.

9. Attached as Exhibit 8 is a true and correct copy of the Court's Order Granting Mattel's Motion to Dismiss Bryant's Action for Declaratory Relief and Counterclaims, dated July 18, 2006. Bryant has not sought to amend either of his complaints.

10. Attached as Exhibit 9 is a true and correct copy of Carter Bryant's Complaint against Mattel, filed on November 2, 2004.

11. Attached as Exhibit 10 is a true and correct copy of excerpts from the transcript of the deposition of Carter Bryant, which took place in Springfield, Missouri on November 4, 5, and 8, 2004.

12. Attached as Exhibit 11 is a true and correct copy of excerpts from the transcript of the deposition of Steven Linker ("Linker Deposition"), which took place on September 13, 2006.

13. Attached as Exhibit 12 is a true and correct copy of an excerpt from Exhibit 5 to Carter Bryant's deposition, Bates No. BRYANT 00278, as received by Mattel. Carter Bryant testified at his deposition that he created this design drawing for the three-dimensional Bratz dolls in November 2000, after he had left Mattel, and that this particular design drawing was the basis for sculptures of the Bratz dolls. See Bryant Deposition at 350:16-350:25, 351:15-353:13, 527:17-528:20, Proctor Dec., Exh. 10. Attached as Exhibit 13 is a true and correct copy of an excerpt from Exhibit 323 to Steve Linker's deposition, Bates No. SL00044, as received by Mattel. Steve Linker testified that MGA gave this design drawing for the three-dimensional Bratz dolls (as well as other Bratz development documents) to Linker at a meeting in October 2000, *before* Bryant left Mattel. See Linker Deposition at 77:6-78:23, Proctor Dec., Exh. 11.

14. Attached as Exhibit 14 is a true and correct copy of excerpts from the transcript of the deposition of Anna Rhee ("Rhee Deposition"), which commenced on February 3, 2005.

15. Attached as Exhibit 15 is a true and correct copy of an email dated October 10, 2000, as produced by MGA and received by Mattel, Bates stamped MGA004717.

16. Attached as Exhibit 16 are true and correct copies of invoices submitted by Veronica Marlow to Paula Treantafelles at MGA for 169 hours of time doing "Bratz" dolls research, development and support services, including support for body sculpting and packaging, fashion development, dated November 14, 2000, as produced by MGA and received by Mattel, Bates Stamped MGA0008739 and MGA0008742.

17. Attached as Exhibit 17 is a true and correct copy of a faxed document dated April 10, 2000 as produced by Bryant on August 12, 2004 and received by Mattel, Bates No. BRYANT 00167. The document appears to contain Bratz designs. Although the header on the fax indicates that it is the third page of a fax transmission, neither the first nor the second page of the transmission were produced, nor were any subsequent pages produced. Neither the name of the sender nor the sender's telephone number appears in the header, and no cover sheet for the fax was produced. The Court has noted with respect to this fax that, "the evidence related to the missing fax header on the April, 2000, BRATZ accessories fax may indicate that more than one document has been tampered with by MGA personnel." See Proctor Dec. Exh. 26 at 8:10-9:9, 18:8-10.

18. Attached as Exhibit 18 is a true and correct copy of the Stipulation and Order Permitting MGA to Intervene as a Party to This Action entered by the Court on December 7, 2004.

19. Attached hereto as Exhibit 19 is a true and correct copy of MGA's complaint against Mattel in Case No. CV 05-2727 SGL (RNBx), dated April 13, 2005.

1       20.    Attached as Exhibit 20 is a true and correct copy of the Court's Order Staying Discovery in the three cases -- <u>Mattel, Inc. v. Bryant</u>; <u>Bryant v. Mattel, Inc.</u>; and <u>MGA Entertainment, Inc. v. Mattel, Inc.</u> -- dated May 20, 2005.

21.    Attached as Exhibit 21 is a true and correct copy of excerpts of the Court's Order Denying Mattel's Motion to Remand, dated March 4, 2005.

22.    Attached as Exhibit 22 is a true and correct copy of the Court's Order Consolidating Case Nos. CV 04-9049, CV-9059 and CV 05-2727, dated June 19, 2006.

23.    Attached as Exhibit 23 is a true and correct copy of Mattel's Proposed Amended Complaint, dated November 20, 2006.

24.    Attached as Exhibit 24 is a true and correct copy of a fax from Carter Bryant to David Rosenbaum, dated September 14, 2000, produced by MGA and bearing production numbers MGA001356-MGA001359.

25.    Attached as Exhibit 25 are true and correct copies of newspaper articles containing claims by MGA and Larian regarding the creation of Bratz.

26.    Attached as Exhibit 26 are true and correct copies of excerpts from the Court's Order Denying Mattel's Motion for Appointment of Expert Witnesses, dated August 10, 2006.

27.  Attached as Exhibit 27 are true and correct copies of excerpts from the Deposition of Victoria O'Connor ("O'Connor Deposition"), which took place on December 6, 2004.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 3rd day of January, 2007, at Los Angeles, California.

_____
B. Dylan Proctor