

EXHIBIT B

**Exhibit 10**

CONFIDENTIAL 1

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

MATTEL, INC., a Delaware corporation, )    CASE NO.
                                       )    CV 04-9059 DDP (AJWx)
                    Plaintiff,         )
                                       )
          vs.                          )
                                       )
CARTER BRYANT, an individual, and      )
DOES 1 through 10, inclusive,          )
                                       )
                    Defendants.        )
_____)
CARTER BRYANT, on behalf of himself,   )
all present and former employees of    )
Mattel, Inc., and the general public,  )
                                       )
                    Cross-Complainant, )
                                       )
          vs.                          )
                                       )
MATTEL, INC., a Delaware corporation,  )
                                       )
                    Cross-Defendant.   )

VOLUME I
THE VIDEOTAPED DEPOSITION OF CARTER BRYANT,
produced, sworn, and examined on Thursday, November 4, 2004,
at 9:10 a.m. of that day, pursuant to Notice to Take
Deposition at the University Plaza, Executive Boardroom,
333 South John Q. Hammons Parkway, in the City of Springfield,
County of Greene, State of Missouri, before Sherrie L. Hunt,
Certified Court Reporter, and Notary Public, in a certain
cause now pending in the United States District Court for the
Central District of California, wherein the parties are as
above set forth; taken on behalf of the Plaintiff and
Cross-Defendant.

COURT REPORTERS OF THE MIDWEST, INC.
P.O. Box 4282
Springfield, MO 65808 (417) 889-2079

EXHIBIT 10 PAGE 97

CONFIDENTIAL                                                    2

## A P P E A R A N C E S

For Plaintiff and              MR. JOHN B. QUINN
Cross-Defendant:               MR. MICHAEL T. ZELLER
                               MS. TANIA KREBS
                               Quinn, Emanuel, Urquhart,
                                  Oliver & Hedges
                               865 South Figueroa Street
                               10th Floor
                               Los Angeles, California 90017

For Defendants and            MR. DOUGLAS A. WICKHAM
Cross-Complainant:            Littler Mendelson
                               2049 Century Park East
                               5th Floor
                               Los Angeles, California 90067

Also Present:                  Ms. Dale M. Cendali
                               Mr. Michael Moore

Videotaped by:                 Mr. Donald Gifford
                               Mr. Donald Gifford, II
                               1528 East Glenwood
                               Springfield, Missouri 65804

## I N D E X

WITNESS:  CARTER BRYANT                              Page
Direct Examination by Mr. Quinn ..................    4
Notarial Certificate and Costs ...................   262

* * *

## E X H I B I T S

DEPOSITION EXHIBIT          DESCRIPTION                 IDENTIFIED

(NONE)

Phonetic spelling:   (Ph.)
Exactly as stated:   (Sic)

EXHIBIT  10  PAGE  98

CONFIDENTIAL                                    7

1   cumbersome and makes things unnecessarily difficult and,    09:16

2   you know, my preference would be to proceed.  If you have

3   an issue about a particular passage or area of inquiry,

4   that you designate that as confidential rather than

5   designating the entire transcript as confidential.  Of    09:16

6   course, if the protective order provides that you have the

7   unilateral ability to do that, then you've done that.

8              MR. WICKHAM:  And that's what I'm doing

9   right now.  Thank you.

10             MR. QUINN:  Okay.

11  Q   (By Mr. Quinn)  Do you have any idea what kinds of dolls

12      that Veronica Marlow was working on?

13  A   I only know of one project that -- one or two projects

14      that she was working on.  One was a baby doll kind of a

15      project and another was an angel project.    09:17

16  Q   An angel-doll-type of project?

17  A   Yes.  Uh-huh.

18  Q   And were those two projects something that she was working

19      on for MGA?

20  A   I -- yes, I would assume so.    09:17

21  Q   That's what she told you?

22  A   Yes.

23  Q   Did she tell you how long she had been working on those

24      two projects for MGA?

25  A   I don't recall.    09:17

EXHIBIT __10__ PAGE __99__

CONFIDENTIAL                                                                        8

| | | | |
|---|---|---|---|
| 1 | Q | You don't recall one way or the other? | 09:17 |
| 2 | A | No. | |
| 3 | Q | Do you have any understanding as to how long she had been | |
| 4 | | working on those two projects for MGA? | |
| 5 | A | No, I don't. | 09:17 |
| 6 | Q | Do you know whether or not the projects she was ever -- | |
| 7 | | that those projects she was working on for MGA ever | |
| 8 | | actually became MGA products? | |
| 9 | A | I believe they did, yes. | |
| 10 | Q | Both the baby doll and the angel doll? | 09:18 |
| 11 | A | Yes. | |
| 12 | Q | Do you know when MGA began to offer those two dolls to the | |
| 13 | | public? | |
| 14 | A | I don't. | |
| 15 | Q | Can you tell us the context in which Ms. Marlow first | 09:18 |
| 16 | | spoke to you about MGA in July of 2000? | |
| 17 | A | I spoke with her.  I told her that I had a project that I | |
| 18 | | was interested in possibly doing something with, and I | |
| 19 | | spoke to her and asked her if she could possibly -- or if | |
| 20 | | she had any leads or if she could possibly help me pitch | 09:18 |
| 21 | | this idea. | |
| 22 | Q | So you contacted her? | |
| 23 | A | Yes. | |
| 24 | Q | And in response to that query what did she say? | |
| 25 | A | She told me that she had been working for a company called | 09:19 |

EXHIBIT __10__ PAGE __100__

CONFIDENTIAL                                                                    9

1    MGA and that they, in fact, were looking for new doll          09:19

2    projects.

3  Q  And is it true that you had never heard of MGA before?

4  A  I had not.

5  Q  What was the project that you were referring to?           09:19

6  A  The Bratz.

7  Q  And how did you describe it to her when you described this

8    project that you were working on that you were interested

9    in doing something with?

10 A  I don't remember exactly how the conversation went but it   09:19

11    was something to the effect that they were a group of teen

12    dolls with funky clothes and disproportionate features.

13 Q  Do you recall anything else that you told her when you

14    were describing this project to her?

15 A  I don't recall right at this time.                          09:20

16 Q  And what response did she make when you told her about

17    this project that you were interested in pursuing?

18 A  I don't recall exactly what she said.

19 Q  Well, in general can you recall what her response was?

20 A  In general I think she expressed interest, and she told me  09:20

21    that she had been working with MGA and that they might

22    possibly be interested.

23 Q  Do you recall anything else that she said?

24 A  No, not at this time I don't.

25 Q  Did she -- what was the next step in your presenting this   09:20

EXHIBIT  10   PAGE  101

CONFIDENTIAL                                                      10

| | | |
|---|---|---|
| 1 | | to MGA?  And by "this," I'm referring to the Bratz | 09:21 |
| 2 | | project. |
| 3 | A | The next step was that Veronica put me in touch with one |
| 4 | | of the product managers at MGA, Paula Treantafelles, and |
| 5 | | helped set up a meeting time for me to meet with Paula and | 09:21 |
| 6 | | to show her the project. |
| 7 | Q | Did you know Paula? |
| 8 | A | No, I did not. |
| 9 | Q | And do you recall -- did you actually meet with Paula? |
| 10 | A | Yes. | 09:21 |
| 11 | Q | And can you recall approximately when that was? |
| 12 | A | Excuse me.  It was toward the end of August of 2000. |
| 13 | Q | And do you recall where that meeting took place? |
| 14 | A | Yes.  It took place at the MGA offices. |
| 15 | Q | Besides yourself and Paula, did anybody else participate | 09:21 |
| 16 | | in that meeting? |
| 17 | A | Veronica was present and also a woman named Victoria |
| 18 | | O'Connor. |
| 19 | Q | Was Victoria O'Connor an MGA employee at the time? |
| 20 | A | Yes. | 09:22 |
| 21 | Q | And what was your understanding about what her position |
| 22 | | was at MGA? |
| 23 | A | I understood that she was the director of licensing, that |
| 24 | | she -- she was the one responsible for bringing in outside |
| 25 | | projects. | 09:22 |

EXHIBIT 10 PAGE 102

CONFIDENTIAL                                          11

1   Q   So was that -- in that meeting was it just you, Victoria,          09:22

2       Paula?  Just the three of you?

3   A   And Veronica.

4   Q   And Veronica?

5   A   Yes.                                                                09:22

6   Q   How long did that meeting last?

7   A   Oh, approximately 45 minutes.

8   Q   And did you bring with you any sketches or illustrations

9       or prototypes to show them what this idea was that you

10      had?                                                               09:23

11  A   I brought drawings, yes.

12  Q   Anything else?

13  A   No.

14  Q   Were those drawings in a three-ring binder or folder or --

15  A   They were in a portfolio.                                          09:23

16  Q   Just sort of loose?

17  A   No.  They were in plastic sleeves.

18  Q   Between the time that Veronica first told you about MGA

19      and the time that you had this meeting --

20  A   Yes.                                                               09:23

21  Q   -- did you learn anything else about MGA?

22  A   What do you mean specifically?

23  Q   Well, for example, did you look them up on the web or did

24      you try to get any information about what this MGA company

25      was?                                                               09:23

EXHIBIT 10 PAGE 103

CONFIDENTIAL                                                    12

1    A    No, I didn't.                                              09:23

2    Q    So is it true that you didn't learn anything else about

3         MGA between the time that Veronica first spoke to you

4         about it and the time of this first meeting?

5    A    I don't recall learning anything else about them.         09:23

6    Q    Did you know at the time that they were in the toy

7         business?

8    A    I did not.  The introduction by Veronica was the first

9         time I had ever heard of MGA.

10   Q    All right.  But she told you that she was working on doll  09:24

11        projects for MGA?

12   A    Yes.

13   Q    And she told you that she thought that MGA might be

14        interested in your doll project?

15   A    Yes.                                                       09:24

16   Q    Did she tell you anything else about MGA or its business

17        or what its products were?

18   A    I don't recall.

19   Q    One way or the other?

20   A    No, I don't recall.                                        09:24

21   Q    Was it your understanding that at the time you had had

22        this meeting with MGA that they were in the toy business?

23   A    Yes.

24   Q    So you understood that they were a competitor of Mattel's?

25             MR. WICKHAM:   Objection, lacks foundation,           09:24

EXHIBIT 10 PAGE 104

CONFIDENTIAL                                    87

| | | |
|---|---|---|
| 1 | Q | -- referring to?  You told them you were still employed by | 11:19 |
| 2 | | Mattel prior to the time you signed the October 4 |
| 3 | | agreement, correct? |
| 4 | A | Yes. |
| 5 | Q | And did you ask them whether that raised any problems as | 11:19 |
| 6 | | far as they were concerned at MGA? |
| 7 | | MS. CENDALI:  Objection to the form. |
| 8 | A | Not that I recall. |
| 9 | Q | (By Mr. Quinn)  Did -- what -- who did you tell that you |
| 10 | | were still employed by Mattel? | 11:19 |
| 11 | A | I told Isaac Larian and Paula Treantafelles. |
| 12 | Q | Did either one of them tell you that you should keep this |
| 13 | | work that you were doing with MGA confidential? |
| 14 | | MR. WICKHAM:  Objection, lacks foundation, |
| 15 | | mischaracterizes the witness's testimony. | 11:20 |
| 16 | A | I don't recall the conversation. |
| 17 | Q | (By Mr. Quinn)  They might have said that, they might not |
| 18 | | have said that, you just don't recall at all; is that |
| 19 | | true? |
| 20 | | MS. CENDALI:  Objection, mischaracterizes | 11:20 |
| 21 | | his testimony. |
| 22 | Q | (By Mr. Quinn)  Is that true? |
| 23 | A | I don't recall. |
| 24 | Q | One way or the other? |
| 25 | A | One way or the other. | 11:20 |

EXHIBIT 10 PAGE 105

CONFIDENTIAL                                      88

```
 1   Q   They might have said that, they might not, you just don't      11:20
 2       recall?
 3   A   Right.
 4   Q   Do you recall -- what did you tell them when you said you
 5       were still employed by Mattel?  Do you recall?             11:20
 6   A   I don't remember how the conversation went.
 7   Q   Let's -- let's take them one at a time.  When was it that
 8       you first told Paula that you were still employed by
 9       Mattel?
10              MS. CENDALI:  Objection, mischaracterizes          11:20
11       his testimony, use of the word "still."
12   A   I believe that I told Paula that I was employed by Mattel
13       at my first meeting with her.
14   Q   (By Mr. Quinn)  And did that subject ever come up again
15       between you and Paula, the fact that you were still        11:20
16       employed by Mattel?
17   A   I don't remember.
18   Q   It might have, it might not have, you just don't recall
19       one way or the other?
20   A   That's right.                                              11:21
21   Q   When was it that you told Isaac Larian that you were still
22       employed by Mattel?
23              MS. CENDALI:  Objection.
24   A   The first time I met Isaac.
25   Q   (By Mr. Quinn)  And when was that?                         11:21
```

EXHIBIT 10 PAGE 106

CONFIDENTIAL                                    89

| 1 | A | I believe it was on September 1st. | 11:21 |

1  A  I believe it was on September 1st.

2  Q  And where did that meeting take place?

3  A  That was at MGA.

4  Q  In Mr. Larian's office?

5     MR. WICKHAM:  Objection, foundation.

6  A  I believe it was Mr. Larian's office.

7  Q  (By Mr. Quinn)  Was anybody else present during that

8     meeting?

9  A  Yes.  Paula was present, Victoria O'Connor, Veronica

10    Marlow.

11 Q  So there was a total of five people present?

12 A  Yeah.

13 Q  Including yourself?

14 A  And Isaac's daughter, Jasmine.

15 Q  So a total of six people including yourself?

16 A  Yes.

17 Q  And how did the subject -- this meeting took place on

18    September 1, 2000?

19 A  Yes.

20 Q  How was it that you remember this date?

21 A  Just through the discussions that we've had with the legal

22    team.

23 Q  Do you have any documents --

24    THE WITNESS:  Sorry.

25 Q  (By Mr. Quinn)  Do you have any documents or records that

EXHIBIT 10  PAGE 107

CONFIDENTIAL                                                90

| | | | |
|---|---|---|---|
| 1 | | reflect that date? | 11:22 |
| 2 | A | Not that I can -- not that I can remember. | |
| 3 | Q | How did the subject of your Mattel employment come up in | |
| 4 | | this meeting on September 1? | |
| 5 | A | I believe that I just told Mr. Larian that I was employed | 11:22 |
| 6 | | by Mattel. | |
| 7 | Q | Why did you bring that up? | |
| 8 | A | Well, I felt it was important for him to know. | |
| 9 | Q | Why is that? | |
| 10 | A | I just felt it was important for him to know that. | 11:23 |
| 11 | Q | At that point did you have any concern at all about | |
| 12 | | whether you should be engaging in this activity with MGA | |
| 13 | | given that you were still a Mattel employee? | |
| 14 | A | No.  I really didn't.  I considered this nothing more than | |
| 15 | | a -- basically a job interview. | 11:23 |
| 16 | Q | Did it occur to you -- and did you have copies of those | |
| 17 | | agreements that you had signed with Mattel at that time? | |
| 18 | | MR. WICKHAM:  Objection, vague as to time, | |
| 19 | | foundation. | |
| 20 | A | I don't remember, but I don't think I did. | 11:23 |
| 21 | Q | (By Mr. Quinn)  And I'm not -- I didn't mean with you, you | |
| 22 | | know, physically -- | |
| 23 | A | Right. | |
| 24 | Q | -- in this meeting in Mr. Larian's office.  Did you -- did | |
| 25 | | you have copies of those agreements somewhere in your | 11:23 |

EXHIBIT 10 PAGE 108

CONFIDENTIAL                                                        131

```
 1   to show the Bratz doll at the New York Toy Fair?           12:32

 2              MR. WICKHAM:  Could the reporter please read

 3   back the question.

 4              COURT REPORTER:  "Before you signed your

 5   agreement with MGA did you ever tell any of the potential  12:32

 6   Bratz vendors that MGA intended to show the Bratz doll at

 7   the New York Toy Fair?"

 8              MS. CENDALI:  Objection.  What's the Bratz

 9   vendor?

10   A   Yeah.  What do you mean by "Bratz vendors"?            12:33

11   Q   (By Mr. Quinn)  Any supplier, any company that may be

12   providing product for the Bratz doll.

13   A   What do you mean by "providing product"?  I'm not -- I

14   don't understand your question.

15   Q   Like anything that you might use, any of the physical  12:33

16   components that you might use to create a doll, whether

17   it's, you know, rubber, paint, hair, anything like that.

18              MS. CENDALI:  Objection, form.

19   A   No, I did not.

20   Q   (By Mr. Quinn)  All right.  So just to address counsel's 12:33

21   objection, just to make sure we have a question and

22   answer, you never told any potential vendor for the Bratz

23   doll that it was MGA's intention to show the Bratz doll at

24   the New York Toy Fair prior to the time that you reached

25   your agreement with MGA; is that true?                     12:34
```

EXHIBIT 10 PAGE 109

CONFIDENTIAL                                    132

| | | |
|---|---|---|
| 1 | | MR. WICKHAM:  Objection, ambiguous, lacks | 12:34 |
| 2 | | foundation, calls for speculation. |
| 3 | A | I don't remember telling anybody that, no. |
| 4 | Q | (By Mr. Quinn)  Before -- before your conversations with |
| 5 | | Margaret Leahy about working on the Bratz sculpt had you | 12:34 |
| 6 | | ever heard of Jesse Ramirez? |
| 7 | A | No. |
| 8 | Q | Do you have any understanding as -- |
| 9 | | (Pause in proceedings.) |
| 10 | Q | (By Mr. Quinn)  Do you have any understanding as to how | 12:34 |
| 11 | | MGA came to ask Veronica Marlow to work on the Bratz doll? |
| 12 | A | No, I don't. |
| 13 | Q | Okay.  Before -- before you reached your agreement with |
| 14 | | MGA is it true that you never told anyone that Bratz would |
| 15 | | be shown at the New York Toy Fair? | 12:35 |
| 16 | | MR. WICKHAM:  Objection, foundation, calls |
| 17 | | for speculation. |
| 18 | A | To the best of my recollection that's true. |
| 19 | Q | (By Mr. Quinn)  Are you familiar with a company called |
| 20 | | Universal, which I think is the Far East somewhere? | 12:35 |
| 21 | A | Yes. |
| 22 | Q | And what do they do to your knowledge? |
| 23 | A | They -- well, I don't know the full range of what they do, |
| 24 | | but I know that they do make doll hair. |
| 25 | Q | How did you first become acquainted with that company? | 12:36 |

EXHIBIT 10 PAGE 110

CONFIDENTIAL                                    133

```
 1   A    They supplied the hair to Mattel or some of the hair that    12:36
 2        we used on Mattel dolls.
 3   Q    So is it true that you became aware of the existence of
 4        that company and what they did in connection with your
 5        Mattel employment?                                           12:36
 6               MR. WICKHAM:  Objection, overbroad,
 7        misstates the witness's testimony.
 8   A    I'm sorry.  Can you restate that question?
 9   Q    (By Mr. Quinn)  Is it true that you learned about the
10        existence of this company Universal in connection with      12:36
11        your Mattel employment?
12               MS. CENDALI:  Objection, mischaracterizes
13        his testimony.
14   A    That's how I came to understand that that's what they did,
15        yes.                                                         12:36
16   Q    (By Mr. Quinn)  And that's how you learned they were a
17        supplier of doll hair?
18   A    Yes.
19   Q    Did they work -- do any work on the Bratz doll or provide
20        any hair or anything else?                                  12:37
21   A    Yes, they did.
22   Q    And what exactly was their involvement with the Bratz
23        project?
24   A    They supplied hair.
25   Q    And who engaged them to do that?                            12:37
```

EXHIBIT 10 PAGE 111

CONFIDENTIAL                                                    134

| | | | |
|---|---|---|---|
| 1 | A | I first initially contacted them about working on the | 12:37 |
| 2 | | project. | |
| 3 | Q | Did you tell them that you had a project that was going to | |
| 4 | | require a large quantity of hair? | |
| 5 | A | I don't remember what I told them exactly. | 12:37 |
| 6 | Q | You might have said that, you might not have said that, | |
| 7 | | you just don't recall one way or the other; is that true? | |
| 8 | A | That's true. | |
| 9 | Q | And did you have your first contact with Universal about | |
| 10 | | providing hair for the Bratz project while you were still | 12:37 |
| 11 | | employed by Mattel? | |
| 12 | A | I believe I did, yes. | |
| 13 | Q | And to the best of your recollection when did you have | |
| 14 | | your first contact with Universal with respect to the | |
| 15 | | Bratz project? | 12:38 |
| 16 | A | I believe it was sometime in late September. | |
| 17 | Q | How is it that you remember that? | |
| 18 | | MS. CENDALI:  Objection. | |
| 19 | A | I just remember. | |
| 20 | Q | (By Mr. Quinn)  Okay.  What was your first contact with | 12:38 |
| 21 | | Universal on the subject of the Bratz project? | |
| 22 | A | What exactly do you mean? | |
| 23 | Q | I just want to know what the first contact was.  You | |
| 24 | | called them, you wrote them, you, you know, faxed them, | |
| 25 | | sent them an E-mail. | 12:38 |

EXHIBIT __10__ PAGE __112__

CONFIDENTIAL                                    135

```
 1              MR. WICKHAM:  Objection, foundation.        12:38
 2   A   I believe I called them.
 3   Q   (By Mr. Quinn)  And what was your purpose in calling them
 4       when you had your first contact with them?
 5   A   I wanted to know if they would be able to send samples of   12:38
 6       the doll hair.
 7   Q   Do you recall who you spoke to?
 8   A   I don't recall the person's name.
 9   Q   Is it somebody you had spoken to before?
10   A   No.                                              12:39
11   Q   How did you get the phone number to call?
12   A   I don't recall exactly.  I don't recall exactly how I got
13       it.
14   Q   Do you have any idea?
15              MS. CENDALI:  Objection, calls for         12:39
16       speculation.
17   A   Yeah.  I just don't remember exactly how I got that phone
18       number.
19   Q   (By Mr. Quinn)  Did you ask anyone at Mattel for the
20       number?                                          12:39
21   A   I believe I may have, yes.
22   Q   Who do you think you might have asked?
23              MR. WICKHAM:  Objection, speculation,
24       foundation.
25   A   I may have asked -- I may have asked the manager of the    12:40
```

EXHIBIT 10 PAGE 113

CONFIDENTIAL                                    136

```
 1        hair department, Jennifer Shaw.                        12:40
 2    Q   (By Mr. Quinn)  Did you tell her the reason that you
 3        wanted the phone number?
 4    A   I don't recall what I said to her.
 5    Q   Do you think you told her that you wanted to get a quote  12:40
 6        for -- or get samples of hair for this Bratz project?
 7    A   No.
 8    Q   Why don't you think you told her that?
 9              MS. CENDALI:  Objection to form.
10    A   I just don't recall telling her that.                 12:40
11    Q   (By Mr. Quinn)  That wasn't something you were talking to
12        people at Mattel about; is that true?
13              MS. CENDALI:  Objection.
14    A   I wasn't trying to advertise, no.
15    Q   (By Mr. Quinn)  Not only you weren't trying to advertise  12:40
16        what you were doing on the Bratz project, you didn't want
17        people at Mattel to know that you were working on that;
18        isn't that true?
19              MS. CENDALI:  Objection, mischaracterizes
20        his testimony.                                         12:41
21    A   No, I don't think that is true.  I think that I just --
22        was just not saying a lot.
23    Q   (By Mr. Quinn)  Okay.  So you were actually indifferent as
24        to whether or not people at Mattel knew that you were
25        working on this Bratz project with MGA; is that true?   12:41
```

EXHIBIT 10 PAGE 114

CONFIDENTIAL                                          137

```
 1                    MR. WICKHAM:   Objection --                    12:41

 2                    MS. CENDALI:   Objection.

 3                    MR. WICKHAM:   -- mischaracterizes the

 4         witness's testimony.

 5    A    I don't know that I was indifferent.  I just was not     12:41

 6         saying anything.

 7    Q    (By Mr. Quinn)  And was there a reason that you weren't

 8         saying anything to people at Mattel about your work with

 9         MGA on the Bratz project?

10    A    I don't recall.                                          12:41

11    Q    You don't recall whether there was a reason or not?

12    A    I don't recall why I didn't talk about it.

13    Q    Isn't it true that you didn't talk about it because you

14         thought that it might be inconsistent with your employment

15         obligations to Mattel?                                   12:41

16                    MR. WICKHAM:   Objection.

17                    MS. CENDALI:   Objection, mischaracterizes

18         his testimony.

19    A    I didn't think I was doing anything wrong.

20    Q    (By Mr. Quinn)  Did you place the call to Universal from  12:42

21         Mattel's workplace?

22    A    No.  I believe I called them from my home.

23    Q    Did you ever have any telephone calls with Universal on

24         the subject of Bratz from Mattel's workplace?

25    A    Not to my recollection, no.                              12:42
```

EXHIBIT 10 PAGE 115

CONFIDENTIAL                                    162

1    drawings and I believe that I took the originals back with        02:21
2    me.
3    Q   So you came to this meeting with the originals of the
4        color copies?
5    A   Yes.                                                          02:21
6    Q   And you had also made copies of the color copies?
7    A   I had made color copies of the originals.
8    Q   All right.  And you left a set of copies with them in a
9        binder?
10   A   Yes.                                                          02:21
11   Q   Did you ever get that binder back?
12   A   I don't recall.
13   Q   But that was just a duplicate of the originals that you
14       had?
15   A   Yes.                                                          02:22
16   Q   And so was the idea that they were going to get back to
17       you, set up a meeting for you to meet with Mr. Larian?
18   A   Yes.  They said that he was out of town and that they
19       wanted me to come back when he got back into town so that
20       I could show the drawings directly to him.                   02:22
21   Q   And then that meeting was set up?
22   A   Yes.
23   Q   Did Paula call you and propose a date and time for the
24       meeting?
25   A   I believe it was actually Victoria who called me.            02:22

EXHIBIT 10 PAGE 116

163

| | | |
|---|---|---|
| 1 | Q | By the way, the first meeting with Paula and Victoria, did | 02:22 |
| 2 | | that take place during the business day? |
| 3 | A | I believe it did. |
| 4 | Q | And then the second meeting, did that take place -- with |
| 5 | | Mr. Larian, the six people, did that take place during the | 02:23 |
| 6 | | business day, also? |
| 7 | A | Yes. |
| 8 | Q | All right. We've talked some about that meeting where six |
| 9 | | people are present this morning. How long did that |
| 10 | | meeting last? | 02:23 |
| 11 | | MR. WICKHAM: You're talking about the |
| 12 | | second meeting? |
| 13 | | MR. QUINN: Yes, sir. |
| 14 | | MR. WICKHAM: Do you know what he's talking |
| 15 | | about? | 02:23 |
| 16 | | THE WITNESS: Yes. |
| 17 | | MR. WICKHAM: Okay. |
| 18 | A | I would say approximately an hour. |
| 19 | Q | (By Mr. Quinn) You've told me about some things that were |
| 20 | | discussed in that meeting. We've talked in particular | 02:23 |
| 21 | | about whether or not there was any discussion about |
| 22 | | confidentiality, whether or not there was any discussion |
| 23 | | about Mattel employment. I don't want to go over that |
| 24 | | again, so let's put those subject matters completely |
| 25 | | aside. Okay? | 02:23 |

EXHIBIT 10 PAGE 117

CONFIDENTIAL                                              · 164

| | | |
|---|---|---|
| 1 | A    Okay. | 02:23 |
| 2 | Q    Do you recall anything else that was discussed in this | |
| 3 | meeting? | |
| 4 | A    I really don't.  I really don't recall anything else at | |
| 5 | this time. | 02:24 |
| 6 | Q    Did you bring -- did you bring with you the color copies | |
| 7 | you had retained? | |
| 8 | A    I brought the originals back and they still had the color | |
| 9 | copies. | |
| 10 | Q    Was there anything else relating to Bratz that was there | 02:24 |
| 11 | present at the meeting? | |
| 12 | MR. WICKHAM:  Objection, ambiguous. | |
| 13 | A    I'm not sure exactly what you mean. | |
| 14 | Q    (By Mr. Quinn)  Well, was there anything else relating to | |
| 15 | Bratz that was there at the meeting, any physical objects, | 02:24 |
| 16 | designs, prototypes, models, anything else relating to | |
| 17 | Bratz other than the originals you brought with you, the | |
| 18 | copies they still have? | |
| 19 | A    Yes.  There was a dummy that I had brought with me. | |
| 20 | Q    Can you describe the dummy? | 02:24 |
| 21 | A    It was basically sort of a, oh, badly pulled together, | |
| 22 | pieced together -- it was really just a dummy, a body with | |
| 23 | a head and feet, and I had brought this in order to show | |
| 24 | that this doll did not have the traditional proportions | |
| 25 | that a normal fashion doll would. | 02:25 |

EXHIBIT 10 PAGE 118

CONFIDENTIAL                                        165

1   Q   Who created this dummy?

2   A   Well, I put it together with spare parts that I had from

3       home, just some various parts from here and there.

4   Q   Did -- were -- did any of the parts come from Mattel, from

5       your workplace?

6   A   I think the head may have come from Mattel.  I think there

7       was a bin of heads or something that I had seen in the

8       office and I just used one of those heads.  I didn't know

9       if it was Mattel property or, you know, who had created it

10      or anything like that, but there was that.  There was a

11      Barbie body that I had from home.  I believe there were

12      some Ken boots.  I think I also had those from home.

13  Q   Any other components that came from Mattel?

14  A   No.  I think that was it.

15  Q   When you say Ken boots and Barbie body --

16  A   Uh-huh.

17  Q   -- that you brought from home --

18  A   Uh-huh.

19  Q   Is that yes?

20  A   Yes.

21  Q   Had you gotten those from the Mattel workplace -- .

22  A   I don't --

23  Q   -- or did you go to Toys R Us and buy those?

24  A   I don't recall where I had gotten those.  They were just

25      parts that I had.  I don't remember whether or not I had

EXHIBIT 10 PAGE 119

CONFIDENTIAL                                                    166

```
 1        bought those from somewhere or whether or not they came       02:27
 2        from Mattel.
 3     Q  Was there -- were there any other components to this dummy
 4        that came from Mattel?
 5                MR. WICKHAM:  Objection, ambiguous.                    02:27
 6     A  Can you be more specific?
 7     Q  (By Mr. Quinn)  No.
 8     A  Any other components that came from Mattel.  Not that I
 9        can recall.
10     Q  All right.  So did anybody help you make this dummy or you    02:27
11        did it all by yourself?
12     A  No.  I did actually have some help in making the dummy.
13     Q  Who helped you make the dummy?
14     A  I had asked a lady named Carmen to put some hair on the
15        head.                                                         02:27
16     Q  Anybody besides Carmen help you make the dummy?
17     A  I asked a lady named Sheila to paint a face on for me.
18     Q  Anyone else help you make the dummy?
19     A  No.  That was it.
20     Q  Is Carmen a Mattel employee?                                  02:28
21     A  Yes.
22     Q  And did you ask her -- when you asked her to do this, did
23        you make the request of her at work?
24     A  I believe so, yes.
25     Q  And did you hand her the head or the dummy and ask her to     02:28
```

EXHIBIT 10 PAGE 120

CONFIDENTIAL                                    167

```
1          add hair to it?                                      02:28
2     A    Yes.
3     Q    And did she do that there at work?
4               MR. WICKHAM:  Objection, foundation.
5     A    I would imagine that's where she would have done it, yes.  02:28
6     Q    (By Mr. Quinn)  And was Sheila a Mattel employee, also?
7     A    Yes.
8     Q    And did you ask her to paint the face on it there --
9          that's a request that you made at work?
10    A    I don't recall exactly where I made the request.  I think  02:28
11         it was at work.
12    Q    And so far as you know she did that?
13    A    She painted the face.  I'm not sure where she did it or
14         when she did it.
15    Q    And what was your purpose in creating the dummy?     02:29
16              MS. CENDALI:  Asked and answered.
17    A    Well, I really just -- as I said before, I really just
18         wanted to show the folks at MGA that -- that my idea for
19         this doll was that it would be very different.  It would
20         be very disproportionate.  It would have a small body,    02:29
21         have large feet and a large head.
22    Q    (By Mr. Quinn)  And you tried to illustrate this with this
23         dummy that you created?
24    A    I tried to make a rough approximation of it, yes.
25    Q    Where is that dummy today?  Do you know?            02:29
```

EXHIBIT 10  PAGE 121

CONFIDENTIAL                                                168

```
1    A    I don't know.  I got rid of it.  I didn't need it.  We      02:29
2         never did anything with the dummy, so --
3    Q    When was it approximately that you disposed of the dummy?
4              MS. CENDALI:  Objection, mischaracterizes
5         his testimony.                                              02:30
6              MR. WICKHAM:  Objection, lacks foundation.
7    A    I believe -- it was a long time ago.
8    Q    (By Mr. Quinn)  Year 2000?
9              MR. WICKHAM:  Objection, calls for
10        speculation.                                                02:30
11   A    Yeah.  I don't remember exactly.  All I know it was
12        just -- it was quite a while ago.
13   Q    (By Mr. Quinn)  Would your best approximation be that you
14        got rid of it in the year 2000?
15             MR. WICKHAM:  Objection, lacks foundation,             02:30
16        calls for speculation.
17   A    Like I said, I don't remember exactly when I got rid of
18        it.
19   Q    (By Mr. Quinn)  Would that be the best of your
20        recollection, that it was back in the year 2000?           02:30
21             MR. WICKHAM:  Objection, lacks foundation,
22        calls for speculation.
23   Q    (By Mr. Quinn)  I understand you don't remember exactly.
24   A    Yeah.
25   Q    But to the best of your recollection was it back in the    02:30
```

EXHIBIT 10 PAGE 132

CONFIDENTIAL                                    177

1    A    I think she was around nine.                                    02:41

2    Q    Do you recall anything else that you said at this meeting

3         that you haven't already told me about?

4    A    Not at this time I don't.

5    Q    Was there any discussion about the terms on which MGA          02:42

6         might pursue this project?

7    A    I believe there was.  Again, I would be kind of

8         paraphrasing, but I believe that Isaac said if we -- if we

9         were to do this project, I would like you to be involved,

10        help develop it with our team.  That's about all I          02:42

11        remember.

12   Q    Was there any discussion about financial terms?

13   A    No, not at that time.

14   Q    All right.  And did you make any response to him when he

15        indicated that he would like you to be involved in the        02:43

16        development of the project?

17   A    I told him that I would be glad to help, that I thought it

18        would be -- since it was my original idea, it would be

19        good to be involved, but I was of the understanding that I

20        would be working with the team, that I would be taking my     02:43

21        direction from MGA.

22   Q    Was there any discussion of any projects that you might

23        work on for MGA other than Bratz?

24                MR. WICKHAM:  This is at the September 1

25        meeting?                                                       02:43

EXHIBIT 10 PAGE 123

CONFIDENTIAL                                    178

```
 1                    MR. QUINN:  Yes, sir.                    02:4?
 2      A    No.
 3      Q    (By Mr. Quinn)  At any time prior to the last day of your
 4           employment at Mattel did you have any discussion with MGA
 5           about any projects you might work on with them other than    02:43
 6           Bratz?
 7      A    I did sort of a tryout kind of a project for them.  It was
 8           an angel project.  It was actually not my project.  It was
 9           Veronica's project, and I did some face designs for them,
10           just some drawings, and I don't know if they used any of    02:44
11           them or not, but it was my -- excuse me, my understanding
12           that this was kind of a test to see how well I would do,
13           you know, with working with the team, working with
14           direction.
15      Q    And this work that you did on face designs for the angel    02:44
16           project, that's work that you did before your last day of
17           employment at Mattel?
18      A    Yes.
19      Q    All right.  When you entered into your agreement with MGA,
20           was it your understanding at that point that you were       02:45
21           being engaged to work with them on the Bratz project?
22      A    Yes.
23      Q    There was -- at that point was there any other project
24           which you understood you were being engaged to work on?
25      A    No.                                                          02:45
```

EXHIBIT 10  PAGE 124

CONFIDENTIAL                                    179

```
 1   Q   The work that you were going to do with MGA as        02:45
 2       contemplated by you at that time was just Bratz?
 3   A   That's right.
 4               MR. QUINN:  Okay.  We need to change tape.
 5               VIDEOGRAPHER:  Off the record.  The time's     02:45
 6       2:45.
 7               (Break in proceedings.)
 8               VIDEOGRAPHER:  Back on the record.  Time is
 9       2:53.
10   Q   (By Mr. Quinn)  Mr. Bryant, at any time during your   02:53
11       discussions with MGA leading up to the agreement that you
12       entered into with MGA, did you contemplate that you would
13       be working with MGA on anything other than the Bratz
14       project?
15   A   No, not at that time.                                 02:53
16   Q   And basically this was -- as far as you were concerned,
17       these discussions all related to the potential
18       exploitation of the Bratz idea?
19   A   Yes.
20   Q   Did you contemplate that if MGA -- if you were able to 02:54
21       reach an agreement with MGA that, you know, this would
22       require all your time?
23               MR. WICKHAM:  Objection --
24               MS. CENDALI:  Objection.
25               MR. WICKHAM:  -- vague -- vague as to time,    02:54
```

EXHIBIT 10 PAGE 195

CONFIDENTIAL                                                    194

```
 1        that you received from MGA on or about September 18th and    03:17
 2        the form of agreement which you signed?
 3                    MR. WICKHAM:  Lacks foundation, calls for
 4        speculation.
 5   A    All I remember is that there were some minor changes made.   03:17
 6   Q    (By Mr. Quinn)  Do you remember what they were?
 7   A    I don't.
 8   Q    Do you have a copy of that draft that MGA sent to you on
 9        or about September 18th?
10   A    Somewhere, yes.                                              03:17
11                    MR. QUINN:  Has that been provided to us,
12        folks?
13                    MR. ZELLER:  (Shakes head.)
14                    MR. QUINN:  My troops are telling me no.  Do
15        you know, Counsel?
16                    MR. WICKHAM:  I don't know.  I don't believe
17        so.
18                    MR. QUINN:  May we have it, please.
19                    MR. WICKHAM:  I believe that we have
20        addressed that issue in correspondence and with regard to   03:17
21        objections.  We can take up those issues in the
22        appropriate meet-and-confer session.
23                    MR. QUINN:  Well, just help me out here.
24        What would be the basis for not giving us a copy of a
25        draft prepared by MGA and submitted to Mr. Bryant?          03:18
```

EXHIBIT 10 PAGE 126

CONFIDENTIAL                                             195

1           MR. WICKHAM:  Counsel, I'm more than willing      03:18

2      to meet and confer with you at an appropriate time, at an

3      appropriate place, and this is neither.

4           MR. QUINN:  You're not willing to discuss

5      that now?                                              03:18

6           MR. WICKHAM:  Correct.  I am here for Mr.

7      Bryant's deposition.

8           MR. QUINN:  Is it your view that that's

9      privileged, something that MGA drafted and sent to this

10     individual?  Is that your view, sir?                   03:18

11          MR. WICKHAM:  Counsel, can we proceed with

12     the deposition?

13          MR. QUINN:  Yeah, if you'll just tell me.

14     Will you answer my question or no?

15          MR. WICKHAM:  I will take that up with you        03:18

16     at an appropriate time pursuant to a meet-and-confer

17     session.  Happy to do so.

18          MR. QUINN:  I'm going to assume that you're

19     just refusing to answer the question now and we'll

20     proceed.                                               03:18

21   Q    (By Mr. Quinn)  Did you prior to the time of your -- prior

22        to your last day of employment with Mattel, did you

23        receive any money at all from MGA?

24   A    I think I received a payment for the angel face designs.

25   Q    And how much was that?                              03:19

EXHIBIT __10__ PAGE __197__

CONFIDENTIAL                              196

```
 1    A    I don't recall.                                         03:19
 2    Q    Can you give me an approximation, a wild ballpark
 3         speculation?
 4                    MS. CENDALI:  Objection.
 5                    MR. WICKHAM:  Compound.                       03:19
 6    Q    (By Mr. Quinn)  Bigger than a breadbox, more --
 7                    MR. WICKHAM:  Do you want an
 8         approximation --
 9                    MR. QUINN:  Yeah.
10                    MR. WICKHAM:  -- or wild ballpark             03:19
11         speculation?
12                    MR. QUINN:  Whichever you'll let him answer.
13         If it works for you, it works for me.
14                    MR. WICKHAM:  If you have -- if you have a
15         memory that is --                                       03:19
16    A    To the --
17                    THE WITNESS:  Okay.  Go ahead.
18                    MR. WICKHAM:  If you have a memory, by all
19         means tell him.
20    A    I think to the best of my recollection it was maybe around  03:19
21         $500 or so.
22    Q    (By Mr. Quinn)  Did you have a bank account somewhere back
23         in September 2000?
24    A    Yes.
25    Q    Where was your bank account?                            03:20
```

EXHIBIT 10  PAGE 128

CONFIDENTIAL                                    197

| | | |
|---|---|---|
| 1 | A | It was at the Mattel Federal Credit Union. | 03:20 |
| 2 | Q | Is that the only account that you have? |
| 3 | A | To the best of my recollection, yes. |
| 4 | Q | You didn't have a checking account with any commercial |
| 5 | | bank anywhere? | 03:20 |
| 6 | A | Not to my recollection. |
| 7 | Q | Would it be true that whatever payment you received from |
| 8 | | MGA you would have deposited in that account with the |
| 9 | | Mattel Credit Union? |
| 10 | A | Probably. | 03:20 |
| 11 | Q | Do you still have an account with the Mattel Credit Union? |
| 12 | A | No. |
| 13 | Q | When did you close out that account? |
| 14 | A | I believe I closed that account in 2002. |
| 15 | Q | At any time during the year 2000 did you open any other | 03:20 |
| 16 | | bank account? |
| 17 | A | During the year 2000.  I don't remember opening any other |
| 18 | | account. |
| 19 | Q | All right.  So after your -- the last day of your |
| 20 | | employment at Mattel did you begin to receive these | 03:21 |
| 21 | | monthly checks from MGA? |
| 22 | | MR. WICKHAM:  Would the reporter please read |
| 23 | | back that question. |
| 24 | Q | (By Mr. Quinn)  After your employment with Mattel ended, |
| 25 | | did you begin to receive monthly checks from MGA? | 03:21 |

EXHIBIT 10 PAGE 129

CONFIDENTIAL                                                    261

DEPONENT'S SIGNATURE PAGE

RE:  Mattel, Inc., vs. Carter Bryant, et al.
     Carter Bryant vs. Mattel, Inc.
     Case No. CV 04-9059 DDP (AJWx)
     Deposition taken on November 4, 2004


     I do hereby certify that the foregoing is a true and

correct transcript of the deposition in the foregoing-styled

and numbered cause, and I now sign the same as true and

correct, with the exception of the corrections which I have

noted on the correction sheet provided.

                        _____
                                CARTER BRYANT


     Subscribed and sworn to before me this __2nd__ day of

__March_____, 2005.

                        _____
                                Notary Public


My Commission Expires:

__Dec. 31, 2008__



EXHIBIT __10__ PAGE __130__

CONFIDENTIAL                                    262

## NOTARIAL CERTIFICATE

STATE OF MISSOURI      )
                       )  ss.
COUNTY OF GREENE       )


    I, Sherrie L. Hunt, Certified Court Reporter, and
Notary Public within and for the State of Missouri, do
hereby certify that on November 4, 2004, pursuant to Notice,
the above witness, CARTER BRYANT, was by me first duly sworn
to testify the truth, the whole truth, and nothing but the
truth in the case aforesaid; and that the deposition by him
was reduced to writing by me in stenotype, and thereafter
transcribed by me, and is fully and accurately set forth in
the preceding pages; that presentment by me to the witness for
signature was waived; and that the deposition will be
thereafter by the witness read, signed, and sworn to on or
before the date of trial.

    I do further certify that I am not related to, nor
attorney for, nor employed by any of the said parties, nor
otherwise interested in the event of said action.

Sherrie L. Hunt
Notary Public
Greene County
State of Missouri
My Commission Expires May 17, 2005

Sherrie L. Hunt
Certified Court Reporter
C.C.R. Number 1027
Notary Public

My commission expires:  May 17, 2005


Costs:  To Plaintiff and Cross-Defendant $1,399.25
        To Defendants and Cross-Complainant $422.65


COURT REPORTERS OF THE MIDWEST, INC.
P.O. Box 4282
Springfield, MO 65808 (417) 889-2079

EXHIBIT 10 PAGE 131

<u>Confidential; Subject to Protective Order</u>

CORRECTIONS TO THE DEPOSITION OF

CARTER BRYANT

VOLUME I

---

RE:   Mattel, Inc., vs. Carter Bryant, et al.
      Carter Bryant vs. Mattel, Inc.
      Case No. CV 04-9059 NM (RNBx)
      Deposition taken on November 4, 2004

| <u>Page/Line</u> | <u>Change Requested</u> |
|---|---|
| 86:5 | Delete: "I may have." Insert: "I don't recall." |
| 124:1 and 3 | Delete: "No." Insert: "Other than my communications with Universal, I don't recall that I did." |
| 131:19 | Delete: "No, I did not." Insert: "Other than my communications with Universal, I don't recall that I did." |
| 132:3 | Delete: "I don't remember telling anybody that, no." Insert: "Other than my communications with Universal, I don't recall telling anybody that." |
| 132:18 | Delete: "To the best of my recollection that's true." Insert: "To the best of my recollection, other than my communications with Universal, that's true." |
| 195:24 | Insert: "I also received expense reimbursements from MGA and an advance against royalties." |
| 252:24 | Delete: "No." Insert: "No. I interpreted your question as asking whether I was employed by MGA at that time and the answer is no." |
| 253:20 | Delete: "I don't remember that, no." Insert: "Other than my communications with Universal, I don't remember that." |
| 253:22 | Delete: "That – as far as I can remember that never happened." Insert: "Other than my communications with Universal, as far as I can remember, that never happened." |

EXHIBIT 10   PAGE 132

253:25                    Delete: "No." Insert: "Other than my communications with Universal, no that I remember."

EXHIBIT 10 PAGE 133

2

CONFIDENTIAL                                                264

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

MATTEL, INC., a Delaware corporation, )    CASE NO.
                                       )    CV 04-9059 DDP (AJWx)
                    Plaintiff,         )
                                       )
          vs.                          )
                                       )
CARTER BRYANT, an individual, and      )
DOES 1 through 10, inclusive,          )
                                       )
                    Defendants.        )
_____
CARTER BRYANT, on behalf of himself,   )
all present and former employees of    )
Mattel, Inc., and the general public,  )
                                       )
                    Cross-Complainant, )
                                       )
          vs.                          )
                                       )
MATTEL, INC., a Delaware corporation,  )
                                       )
                    Cross-Defendant.   )


VOLUME II
THE VIDEOTAPED DEPOSITION OF CARTER BRYANT,
produced, sworn, and examined on Friday, November 5, 2004,
at 9:10 a.m. of that day, pursuant to Notice to Take
Deposition at the University Plaza, Executive Boardroom,
333 South John Q. Hammons Parkway, in the City of Springfield,
County of Greene, State of Missouri, before Sherrie L. Hunt,
Certified Court Reporter, and Notary Public, in a certain
cause now pending in the United States District Court for the
Central District of California, wherein the parties are as
above set forth; taken on behalf of the Plaintiff and
Cross-Defendant.


COURT REPORTERS OF THE MIDWEST, INC.
P.O. Box 4282
Springfield, MO 65808 (417) 889-2079

EXHIBIT 10   PAGE 184

CONFIDENTIAL                                                    265

A P P E A R A N C E S

For Plaintiff and                    MR. JOHN B. QUINN
Cross-Defendant:                     MR. MICHAEL T. ZELLER
                                     MS. TANIA KREBS
                                     Quinn, Emanuel, Urquhart,
                                        Oliver & Hedges
                                     865 South Figueroa Street
                                     10th Floor
                                     Los Angeles, California 90017

For Defendants and                   MR. DOUGLAS A. WICKHAM
Cross-Complainant:                   MS. DIBA RASTEGAR
                                     Littler Mendelson
                                     2049 Century Park East
                                     5th Floor
                                     Los Angeles, California 90067

Also Present:                        Ms. Dale M. Cendali
                                     Mr. Michael Moore

Videotaped by:                       Mr. Donald Gifford
                                     Mr. Donald Gifford, II
                                     1528 East Glenwood
                                     Springfield, Missouri 65804


I N D E X

WITNESS:  CARTER BRYANT                                Page

Direct Examination (Cont.) By Mr. Quinn ..........    267

Notarial Certificate and Costs ...................    495

* * *


Phonetic spelling:  (Ph.)
Exactly as stated:  (Sic)

EXHIBIT 10 PAGE 135

349

1                  (Pause in proceedings.)

2     Q    (By Mr. Quinn)  Well, did you retain all the original

3          pages from that notebook on which you had done Bratz

4          drawings or just some of them?

5                       MR. WICKHAM:  Objection, calls for                    11:35

6          speculation.

7     A    To the best of my recollection I only retained the pages

8          that had the Bratz drawings.

9     Q    (By Mr. Quinn)  But you retained all of those?

10    A    Yes.                                                               11:35

11    Q    Looking back at the exhibit that we were looking at, page

12         277 of exhibit --

13                       MR. QUINN:  What did we mark this?  5?

14                       MR. ZELLER:  Uh-huh.

15    Q    (By Mr. Quinn)  5.  Is -- did this -- was this the form of  11:35

16         the final sculpt?

17                       MS. CENDALI:  Objection.

18    A    No.

19    Q    (By Mr. Quinn)  And how was the final -- the form of the

20         final sculpt different than what's illustrated here?        11:36

21    A    I think if you'll turn to the next page we can see.

22    Q    It was closer to what we see on the next page?

23    A    Yes.

24    Q    These -- some of these pages, as we've commented on

25         before, were notarized by Ramona.  I've forgotten her last  11:36

EXHIBIT 10 PAGE 136

CONFIDENTIAL                                                    350

```
 1        name.  Prince.                                          11:36
 2    A   Yes.
 3    Q   Now, how is it that you happened to go to her to have her
 4        notarize those pages?
 5                    MR. WICKHAM:  Objection, asked and answered.  11:36
 6    A   We were friends at Mattel and through the course of normal
 7        conversation she just happened to tell me that she had a
 8        notary public license.
 9    Q   (By Mr. Quinn)  And did she notarize those -- she worked
10        in the design center?                                    11:37
11    A   Yes.
12    Q   Did she notarize those drawings at -- at the design
13        center?
14                    MR. WICKHAM:  Objection, asked and answered.
15    A   As I said yesterday, she notarized them at her home.     11:37
16    Q   (By Mr. Quinn)  Okay.  Let's turn to 278.  What are we
17        looking at here?
18    A   This is a drawing of the actual finished doll that I gave
19        to -- this drawing I gave to Margaret to have her restart
20        the sculpt.                                              11:37
21    Q   So this is not the first drawing that you gave her for the
22        sculpt?
23    A   No.
24    Q   And when did you do this drawing?
25    A   I believe I did this drawing in November of 2000.        11:37
```

EXHIBIT __10__ PAGE __137__

CONFIDENTIAL                                              351

```
 1   Q   How is it that you believe that or why do you think you    11:38
 2       did it in November?
 3   A   That's just the best -- that's just the best of my
 4       recollection.
 5   Q   There's a phone number here.  Do you know what number that  11:38
 6       is or whose number?
 7   A   Yes.  That's my phone number at the bottom.
 8   Q   That was your home phone number?
 9   A   Yes.
10   Q   And then there's some numbers on the left-hand side and     11:38
11       they look like calculations.  Do you know what that is?
12   A   I don't.
13   Q   Is that in your handwriting?
14   A   No.
15   Q   Why had you -- had you made a decision to change the form   11:38
16       of the doll?
17              MS. CENDALI:  Objection, mischaracterizes
18       his testimony.
19   A   After Margaret had done a little bit of work on the
20       preliminary sculpt and when Mercedeh came on board we       11:38
21       realized that the work that Margaret had done was not
22       going to work, so Paula and Margaret -- or, I'm sorry,
23       Paula and Mercedeh basically said that we needed to start
24       the sculpt again.
25   Q   (By Mr. Quinn)  And so the answer to my question is, yes,   11:39
```

EXHIBIT 10 PAGE 138

CONFIDENTIAL                                              352

1       you did a new form of sculpt?                                    11:39

2                    MR. WICKHAM:   Objection --

3                    MS. CENDALI:   Objection.

4                    MR. WICKHAM:   -- mischaracterizes the

5       witness's testimony, asked and answered.                         11:39

6    Q   (By Mr. Quinn)  Your turn.

7    A   Would you restate your question?

8    Q   So you did a new form for the doll?

9                    MR. WICKHAM:   Objection, mischaracterizes

10      the witness's testimony.                                         11:39

11   A   We basically started the sculpt over.

12   Q   (By Mr. Quinn)  And that started with a new drawing?

13   A   Yes.

14   Q   That depicted a different form for the doll?

15   A   Depicted a different pose, a more neutral pose, yes.           11:39

16   Q   And not just pose but a different form of body?

17   A   Just a slimmed-down body.

18   Q   Did you regard those as significant changes in the body?

19                   MS. CENDALI:   Objection, asked and answered.

20   A   Yes.                                                            11:40

21   Q   (By Mr. Quinn)  And are you the one that came up with the

22      new form of the body?

23                   MS. CENDALI:   Objection.

24                   MR. WICKHAM:   Objection, mischar -- asked

25      and answered.                                                    11:40

EXHIBIT _10_ PAGE _139_

CONFIDENTIAL 353

1    A    I did the drawing for the new body.                          11:40

2    Q    (By Mr. Quinn)  Was that the first depiction of the new

3         body, what you drew?

4    A    Yes.

5    Q    And is that what we're looking at here in 278?              11:40

6    A    Yes.

7    Q    Is that the first one that you did of the new form of the

8         body?

9    A    Yes.

10   Q    And also the final form that you did?                       11:40

11               MR. WICKHAM:  Objection, assumes facts not

12        in evidence.

13   A    Yes.  This was the last drawing that I did of this body.

14   Q    (By Mr. Quinn)  Okay.  279, what is this?

15   A    This is a drawing of one of the shoe designs that was done   11:41

16        in November of 2000.

17   Q    Is that your handwriting?

18   A    Yes.

19   Q    280?

20   A    I believe that this is a drawing from Mercedeh showing how   11:41

21        the joints would work.

22   Q    So you didn't do any of the drawing here?

23   A    No.  I didn't create this.

24   Q    Is that Mercedeh's handwriting there at the bottom?

25               MR. WICKHAM:  Objection, foundation.                  11:41

EXHIBIT 10 PAGE 140

A I don't know. 11:41

Q (By Mr. Quinn) It's not yours?

A No, it's not.

MR. QUINN: Do we have the rest or can anybody clue us in on what's been cut off here? 11:41

(Pause in proceedings.)

Q (By Mr. Quinn) Do we know what the rest of this said?

A I have no idea.

MR. QUINN: Do we -- do we have the original of this present yet or can we get that, Counsel? 11:42

MR. WICKHAM: I'll see.

MR. QUINN: Thank you.

Q (By Mr. Quinn) I take it you don't recall what was -- the full note that was written here?

A No. 11:42

Q Do you know why you received a copy of this?

MS. CENDALI: Objection.

A No.

Q (By Mr. Quinn) Do you know when you received this?

MR. WICKHAM: Objection, foundation. 11:42

A I don't remember ever having received this before this -- before this case came up.

Q (By Mr. Quinn) So you don't even know if this came out of your files?

A No. 11:42

CONFIDENTIAL                                         494

DEPONENT'S SIGNATURE PAGE


RE:  Mattel, Inc., vs. Carter Bryant, et al.
     Carter Bryant vs. Mattel, Inc.
     Case No. CV 04-9059 DDP (AJWx)
     Deposition taken on November 5, 2004


     I do hereby certify that the foregoing is a true and

correct transcript of the deposition in the foregoing-styled

and numbered cause, and I now sign the same as true and

correct, with the exception of the corrections which I have

noted on the correction sheet provided.


                              _____
                                     CARTER BRYANT



     Subscribed and sworn to before me this  2nd  day of

_____, 200 5 .


                              _____
                                       Notary Public



My Commission Expires:

_____            
 Dec. 31, 2008



                    EXHIBIT  10   PAGE  142

NOTARIAL CERTIFICATE


STATE OF MISSOURI      )
                       )  ss.
COUNTY OF GREENE       )


     I, Sherrie L. Hunt, Certified Court Reporter, and
Notary Public within and for the State of Missouri, do
hereby certify that on November 5, 2004, pursuant to Notice,
the above witness, CARTER BRYANT, was by me first duly sworn
to testify the truth, the whole truth, and nothing but the
truth in the case aforesaid; and that the deposition by him
was reduced to writing by me in stenotype, and thereafter
transcribed by me, and is fully and accurately set forth in
the preceding pages; that presentment by me to the witness for
signature was waived; and that the deposition will be
thereafter by the witness read, signed, and sworn to on or
before the date of trial.

     I do further certify that I am not related to, nor
attorney for, nor employed by any of the said parties, nor
otherwise interested in the event of said action.


                        Sherrie L. Hunt
         [Notary stamp: Sherrie L Hunt, Notary Public, Greene County, State of Missouri, My Commission Expires May 17, 2005]
                        Certified Court Reporter
                        C.C.R. Number 1027
                        Notary Public

My commission expires:  May 17, 2005


Costs:  To Plaintiff and Cross-Defendant $1,344.45
        To Defendants and Cross-Complainant $430.85


COURT REPORTERS OF THE MIDWEST, INC.
P.O. Box 4282
Springfield, MO 65808 (417) 889-2079

EXHIBIT 10 PAGE 145

**Confidential; Subject to Protective Order**

CORRECTIONS TO THE DEPOSITION OF

CARTER BRYANT

VOLUME II

_____

RE:   Mattel, Inc., vs. Carter Bryant, et al.
      Carter Bryant vs. Mattel, Inc.
      Case No. CV 04-9059 NM (RNBx)
      Deposition taken on November 5, 2004

**Page/Line**                    **Change Requested**

346:6                            Delete:  Yes, I believe I did."  Insert:  "I am not sure."

422:14                           Add: "or August." after "June."

EXHIBIT 10 PAGE 144

CONFIDENTIAL                                          497

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

MATTEL, INC., a Delaware corporation, )   CASE NO.
                                      )   CV 04-9059 DDP (AJWx)
                     Plaintiff,       )
                                      )
          vs.                         )
                                      )
CARTER BRYANT, an individual, and     )
DOES 1 through 10, inclusive,         )
                                      )
                     Defendants.      )
_____ )
CARTER BRYANT, on behalf of himself,  )
all present and former employees of   )
Mattel, Inc., and the general public, )
                                      )
                Cross-Complainant,    )
                                      )
          vs.                         )
                                      )
MATTEL, INC., a Delaware corporation, )
                                      )
                Cross-Defendant.      )


VOLUME III
THE VIDEOTAPED DEPOSITION OF CARTER BRYANT,
produced, sworn, and examined on Monday, November 8, 2004,
at 10:27 a.m. of that day, pursuant to Notice to Take
Deposition at the University Plaza, Executive Boardroom,
333 South John Q. Hammons Parkway, in the City of Springfield,
County of Greene, State of Missouri, before Sherrie L. Hunt,
Certified Court Reporter, and Notary Public, in a certain
cause now pending in the United States District Court for the
Central District of California, wherein the parties are as
above set forth; taken on behalf of the Plaintiff and
Cross-Defendant.


COURT REPORTERS OF THE MIDWEST, INC.
P.O. Box 4282
Springfield, MO 65808 (417) 889-2079

EXHIBIT __10__ PAGE __145__

CONFIDENTIAL                                    498

# A P P E A R A N C E S

For Plaintiff and                 MR. JOHN B. QUINN
Cross-Defendant:                  MR. MICHAEL T. ZELLER
                                  MS. TANIA KREBS
                                  Quinn, Emanuel, Urquhart,
                                   Oliver & Hedges
                                  865 South Figueroa Street
                                  10th Floor
                                  Los Angeles, California 90017

For Defendants and                MR. DOUGLAS A. WICKHAM
Cross-Complainant:                Littler Mendelson
                                  2049 Century Park East
                                  5th Floor
                                  Los Angeles, California 90067

Also Present:                 ** Ms. Dale M. Cendali
                              ** Mr. Michael Moore

Videotaped by:                    Mr. Donald Gifford
                                  Mr. Donald Gifford, II
                                  1528 East Glenwood
                                  Springfield, Missouri 65804

** Not continuously present.

# I N D E X

WITNESS:  CARTER BRYANT                          Page
Direct Examination (Cont.) By Mr. Quinn .......... 500
Notarial Certificate and Costs ................... 727

                          * * *

ANSWERS REQUESTED TO BE MARKED:      PAGE      LINE
                                     646        4
                                     646       15

Phonetic spelling:   (Ph.)
Exactly as stated:   (Sic)

EXHIBIT 10   PAGE 146

CONFIDENTIAL                                          526

| | | |
|---|---|---|
| 1 | handbook? | 11:05 |
| 2 | A   I think we were. | |
| 3 | Q   In this orientation session? | |
| 4 | A   Yes. | |
| 5 | Q   Do you recall anything else that you were given besides an | 11:05 |
| 6 | employee handbook and these forms? | |
| 7 | A   I don't recall. | |
| 8 | Q   Between the time that you had started as a temporary | |
| 9 | employee and the time of this orientation, had you | |
| 10 | received any other kinds of forms that they wanted you to | 11:05 |
| 11 | sign relating to employment at Mattel? | |
| 12 | A   Not that I can recall. | |
| 13 | Q   Or any other literature relating to employment at Mattel | |
| 14 | during that time period? | |
| 15 | MR. WICKHAM:  Objection, vague, ambiguous. | 11:05 |
| 16 | A   Not that I can recall.  I hate to ask for a break so early | |
| 17 | in the session, but could we take a break for just a | |
| 18 | moment? | |
| 19 | Q   (By Mr. Quinn)   Sure. | |
| 20 | A   Okay.  Thank you. | 11:06 |
| 21 | VIDEOGRAPHER:  Off the record.  Time's | |
| 22 | 11:06. | |
| 23 | (Break in proceedings.) | |
| 24 | VIDEOGRAPHER:  We're back on the record. | |
| 25 | Time is 11:19. | 11:19 |

EXHIBIT 10 PAGE 147

CONFIDENTIAL                                                                527

1          MR. QUINN:  As I said when we were off the

2     record, I object to the length of the breaks.  The witness

3     said he needed to use the restroom and, of course, I have

4     no problem with that, but then counsel uses that to go

5     talk to him and woodshed him -- and woodshed him and --

6     for ten minutes and that's not helpful in trying to get

7     this deposition done expeditiously.

8  Q     (By Mr. Quinn)  Let me show you --

9          MR. WICKHAM:  One quick thing for the

10    record.  If I haven't already done so or if it's not clear

11    on the record, this deposition transcript also will be

12    entirely designated as confidential under the existing

13    protective order in this case.

14 Q     (By Mr. Quinn)  Let me show you a page from Exhibit 5, Mr.

15    Bryant.

16 A     Uh-huh.

17 Q     It's Bates number Bryant 278.  We looked at that --

18 A     Yes.

19 Q     -- last Friday, and you told me that -- that image there

20    was used in creating the second sculpt for the Bratz.  Do

21    you recall that?

22 A     Yes.

23 Q     And I think you told me that's something that you wrote

24    and that you then gave to Margaret Leahy?

25 A     I illustrated this, yes.

11:19
11:19
11:19
11:20
11:20
11:20

EXHIBIT 10 PAGE 148

CONFIDENTIAL

528

```
 1   Q    Illustrated it as opposed to wrote?                    11:20

 2   A    Some of the writing that's on this page is not mine.

 3   Q    Okay.  But the drawing of the figure there is -- that's

 4        something you drew?

 5   A    Yes.                                                    11:20

 6   Q    And to guide her in her sculpting?

 7   A    Yes.

 8   Q    And that became the -- that was used for the second sculpt

 9        of Bratz?

10   A    Yes.                                                    11:20

11   Q    Which became the final sculpt?

12              MR. WICKHAM:  Objection, lacks foundation,

13        mischaracterizes the witness's testimony.

14   A    This was the closest drawing that I had done to what

15        became the final sculpt, yes.                          11:21

16   Q    (By Mr. Quinn)  I mean, the sculpt that was created from

17        this drawing, did that become the final sculpt?

18   A    To the best of my knowledge.

19   Q    It did?

20   A    Yes.                                                    11:21

21   Q    All right.  Let me show you a photograph and we will mark

22        this as --

23              MR. QUINN:  What are we up to?  Does anybody

24        remember?

25   Q    (By Mr. Quinn)  I guess this would be Exhibit 19.  I'm  11:21
```

EXHIBIT 10 PAGE 199

CONFIDENTIAL                                                        529

```
 1        going to hand you a document -- three-page document          11:21
 2        bearing Bates numbers MGA 7 through 9 --
 3   A    Okay.
 4   Q    -- which we're marking as Exhibit 19, and if you would
 5        take a look at the last page, MGA 9 --                       11:22
 6   A    Yes.
 7   Q    -- and the question I'd ask you is whether that is --
 8        appears to you to be images of the -- what we've referred
 9        to as the second sculpt of Bratz?
10                   MR. WICKHAM:  Objection, lacks foundation,        11:22
11        calls for speculation.
12   A    I believe this was the second sculpt in progress.
13   Q    (By Mr. Quinn)  Were there any -- when you say it's in
14        progress, you're indicating to us that that's not the
15        final version of the second sculpt?                         11:22
16   A    No, it was not.
17   Q    And how can you tell that?
18   A    I can tell because it looks to me as though the hands were
19        not finished.  We ended up not using this ball joint
20        configuration in the leg, so the torso was slightly         11:23
21        resculpted, and I believe the legs were resculpted.
22   Q    So are those the only differences between what we're
23        looking at here on this page MGA 9 and what became the
24        final sculpt?
25                   MR. WICKHAM:  Objection, lacks foundation.        11:23
```

EXHIBIT 10 PAGE 150

CONFIDENTIAL                                                726

DEPONENT'S SIGNATURE PAGE

RE:  Mattel, Inc., vs. Carter Bryant, et al.
     Carter Bryant vs. Mattel, Inc.
     Case No. CV 04-9059 DDP (AJWx)
     Deposition taken on November 8, 2004

        I do hereby certify that the foregoing is a true and
correct transcript of the deposition in the foregoing-styled
and numbered cause, and I now sign the same as true and
correct, with the exception of the corrections which I have
noted on the correction sheet provided.

                                   _____
                                      CARTER BRYANT

        Subscribed and sworn to before me this _2nd_ day of
_March_____, 20_05_.

                                   _____
                                      Notary Public

My Commission Expires:

_Dec. 31, 2008_



EXHIBIT 10  PAGE 151

NOTARIAL CERTIFICATE

STATE OF MISSOURI        )
                         )  ss.
COUNTY OF GREENE         )


        I, Sherrie L. Hunt, Certified Court Reporter, and
Notary Public within and for the State of Missouri, do
hereby certify that on November 8, 2004, pursuant to Notice,
the above witness, CARTER BRYANT, was by me first duly sworn
to testify the truth, the whole truth, and nothing but the
truth in the case aforesaid; and that the deposition by him
was reduced to writing by me in stenotype, and thereafter
transcribed by me, and is fully and accurately set forth in
the preceding pages; that presentment by me to the witness for
signature was waived; and that the deposition will be
thereafter by the witness read, signed, and sworn to on or
before the date of trial.

        I do further certify that I am not related to, nor
attorney for, nor employed by any of the said parties, nor
otherwise interested in the event of said action.


    +-----------------------------------+
    |        Sherrie L. Hunt            |
    |        Notary Public              |        _____
    |        Greene County             |        Sherrie L. Hunt
    |        State of Missouri          |        Certified Court Reporter
    | My Commission Expires May 17, 2005|        C.C.R. Number 1027
    +-----------------------------------+        Notary Public


My commission expires:  May 17, 2005


Costs:   To Plaintiff and Cross-Defendant $1,243.65
         To Defendants and Cross-Complainant $420.00



                COURT REPORTERS OF THE MIDWEST, INC.
                          P.O. Box 4282
                Springfield, MO 65808 (417) 889-2079


EXHIBIT 10 PAGE 152

**Exhibit 11**

1

1   IN THE UNITED STATES DISTRICT COURT

2   CENTRAL DISTRICT OF CALIFORNIA

3   EASTERN DIVISION

4   CARTER BRYANT, an individual, )

5                      Plaintiff, )

6   vs.                          )        Case No.

7   MATTEL, INC., a Delaware      )   CV 04-09049 SGL

8   corporation,                 )        (RNBx)

9                     Defendant. )

10

11   CONFIDENTIAL - ATTORNEYS' EYES ONLY

12

13   The videotaped deposition of

14   STEVEN LINKER, called as a witness for examination,

15   taken pursuant to the Federal Rules of Civil

16   Procedure of the United States District Courts

17   pertaining to the taking of depositions, taken

18   before PAULINE M. VARGO, a Notary Public within and

19   for the County of DuPage, State of Illinois, and a

20   Certified Shorthand Reporter of said state, C.S.R.

21   No. 84-1573, at Suite 4000, One IBM Plaza, Chicago,

22   Illinois, on the 13th day of September, A.D. 2006,

23   at 9:50 a.m.

EXHIBIT 11 PAGE 153

| | | |
|---|---|---|
| 1 | 11:43:54 | I tried as hard as I could to get the |
| 2 | 11:43:56 | documents produced at the time.  I had to walk in |
| 3 | 11:44:00 | the rain.  So, you know, I got here at 8:30, and no |
| 4 | 11:44:02 | one was here.  So to the extent that that reflects |
| 5 | 11:44:05 | how I -- my tone, I apologize.  So let's go on. |
| 6 | 11:44:09 | MS. CENDALI:  It is -- it is very clear -- |
| 7 | 11:44:11 | MR. BERMAN:  Let's go on. |
| 8 | 11:44:13 | MS. CENDALI:  Please don't interrupt me, |
| 9 | 11:44:14 | counsel.  It is very clear that our calls were not |
| 10 | 11:44:17 | returned.  It's very clear that I suspect your |
| 11 | 11:44:20 | calls to Mr. Zeller were returned. |
| 12 | 11:44:23 | MR. ZELLER:  Are you quite finished?  Can we |
| 13 | 11:44:25 | now -- |
| 14 | 11:44:25 | MS. CENDALI:  Let's continue. |
| 15 | 11:44:32 | MR. ZELLER:  Thank you. |
| 16 | 11:44:33 | MR. WICKHAM:  I will note for the record that |
| 17 | 11:44:34 | the deposition notice says 9:30. |
| 18 | 11:44:37 | MR. ZELLER:  And the documents say 8:30.  It's |
| 19 | 11:44:39 | on the same subpoena, if I may. |
| 20 | 11:44:48 | THE REPORTER:  I have to mark the document. |
| 21 | 11:44:48 | MR. ZELLER:  Let me re-identify it.  I will |
| 22 | 11:44:50 | start again so we can pick up fresh.  Let's please |
| 23 | 11:44:55 | mark as Exhibit 323 a multi-page document bearing |
| 24 | 11:45:02 | Bates numbers SL 13 through SL 63 consisting of |

EXHIBIT 11  PAGE 154

77

| | | |
|---|---|---|
| 1 | 11:45:12 | drawings and other materials. |
| 2 | | (WHEREUPON, a certain document was |
| 3 | | marked Deposition Exhibit No. 323, |
| 4 | 11:46:49 | for identification, as of 9/13/06.) |
| 5 | | BY MR. ZELLER: |
| 6 | 11:46:50 | Q.   Do you recognize what's been marked as |
| 7 | 11:46:53 | Exhibit 323 or any portion of it? |
| 8 | 11:46:55 | A.   Yes. |
| 9 | 11:46:56 | Q.   What are these pages? |
| 10 | 11:47:02 | A.   Well, there is a combination of stuff, |
| 11 | 11:47:05 | but for the most part, this was the package that |
| 12 | 11:47:09 | was provided to me at the October 19th meeting at |
| 13 | 11:47:18 | MGA, excluding SL 00015.  That is a poster from the |
| 14 | 11:47:25 | final product that I had put into the envelope just |
| 15 | 11:47:31 | for cross-reference when I bought the toy.  So that |
| 16 | 11:47:38 | is a poster that wasn't anywhere near or part of |
| 17 | 11:47:44 | the package that was at MGA when I went there on |
| 18 | 11:47:49 | October 19th. |
| 19 | 11:47:50 | Q.   I am sorry.  The other things were in |
| 20 | 11:47:53 | Exhibit 323? |
| 21 | 11:47:54 | A.   Everything -- all these other things, |
| 22 | 11:47:56 | yes, they were all part of the package, but like I |
| 23 | 11:48:00 | said, this was at a later date.  This is something |
| 24 | 11:48:05 | I threw into the envelope, just in my files. |

EXHIBIT  11   PAGE 155

78

```
 1   11:48:10      Q.   Then let's maybe break this down a
 2   11:48:13  little bit.
 3                A.   Okay.
 4   11:48:14      Q.   You have been referring to a package?
 5   11:48:17      A.   Yes.
 6   11:48:19      Q.   Did you receive a package at the
 7   11:48:21  October 19, 2000 meeting?
 8   11:48:24      A.   I did.
 9   11:48:24      Q.   And who did you get that from?
10   11:48:26      A.   I got it from MGA, Paula or the group
11   11:48:30  that was working on this, but pretty much Paula and
12   11:48:33  her design team as far as --
13   11:48:37      Q.   And you received those materials while
14   11:48:39  you were actually at MGA's offices?
15   11:48:41      A.   While I was in the meeting, they gave me
16   11:48:44  this yellow envelope.
17   11:48:49      Q.   So then just so the record is clear on
18   11:48:51  this, what you received from MGA was pages starting
19   11:48:59  SL 16 through SL 63 on October 19th, 2000?
20   11:49:09      MS. CENDALI:   Mischaracterizes his testimony.
21           BY THE WITNESS:
22   11:49:13      A.   Yes.   This is all stuff that was put in
23           there.
24   11:49:25  BY MR. ZELLER:
```

EXHIBIT 11 PAGE 156

```
 1    11:49:25      Q.    And then the first two pages of

 2    11:49:30  Exhibit 323, that's an envelope?

 3    11:49:33      A.    Yes.

 4    11:49:36      Q.    And does this envelope relate to the

 5    11:49:40  materials that you received from MGA on October 19,

 6    11:49:43  2000?

 7    11:49:45      A.    Yes, it is.

 8    11:49:47      Q.    And how is it related?

 9    11:49:52      A.    How is it related?  This envelope held

10    11:49:55  all the images.  All these images were in the

11    11:50:02  envelope.  Can you rephrase the question?

12    11:50:04      Q.    Well, I guess one thing I am trying to

13    11:50:05  ask is, were you given this, these materials that

14    11:50:10  we were discussing in an envelope from MGA?

15    11:50:12      A.    Yes.

16    11:50:13      Q.    In other words, MGA provided the

17    11:50:14  envelope?

18    11:50:15      A.    Yes, and it was addressed on the second

19    11:50:16  page, SL 00014, to Steve and Liz from Bratz or with

20    11:50:21  the "Bratz" in quotes.

21    11:50:25      Q.    So this was the -- SL 14 was the front

22    11:50:31  of the envelope that contained the other materials?

23    11:50:34      A.    Yes.

24    11:50:37      Q.    Is this your handwriting on SL 14?
```

EXHIBIT 11  PAGE 157

131

|   |   |
|---|---|
| 1 | MR. ZELLER:  No.  They will be separately |
| 2 | 14:05:40  marked.  Under the rules in the Central District |
| 3 | 14:05:43  they -- |
| 4 | 14:05:44       MR. BERMAN:  Retain the same number. |
| 5 |              MR. ZELLER:  Right. |
| 6 |              MR. BERMAN:  You had handed it to him, so. . . |
| 7 |              MR. ZELLER:  No. |
| 8 | 14:05:53  BY MR. ZELLER: |
| 9 | 14:05:53       Q.   So if you would let me know when you |
| 10 | 14:05:55  have had a chance to take a look at those drawings |
| 11 | 14:05:57  and the other pages marked as Exhibit 10. |
| 12 | 14:06:33       A.   Okay. |
| 13 | 14:06:39       Q.   So with respect to Exhibit 10, you can |
| 14 | 14:06:41  ignore the first page for purposes of my questions. |
| 15 | 14:06:47  First, just focusing on the figures, setting aside |
| 16 | 14:06:51  the handwriting and that sort of thing on these |
| 17 | 14:06:54  drawings, are these -- do you recognize these as |
| 18 | 14:06:59  copies of any of the artboards that you saw at the |
| 19 | 14:07:03  Starbucks meeting on or about October 10th or 11th, |
| 20 | 14:07:07  2000? |
| 21 | 14:07:07       A.   Yes. |
| 22 | 14:07:09       Q.   Those were the artboards that Mr. Bryant |
| 23 | 14:07:12  showed you of Bratz dolls? |
| 24 | 14:07:13       A.   Yes. |

EXHIBIT ll  PAGE 158

132

```
 1   14:07:19      Q.     Directing your attention to the second

 2   14:07:22   page of Exhibit 10, which is the one that's M1489?

 3   14:07:27      A.     1489?

 4   14:07:30      Q.     Right.

 5   14:07:30      A.     Yes.

 6   14:07:30      Q.     At the bottom it says, "All rights

 7   14:07:33   assigned to ABC International Traders," and then it

 8   14:07:37   continues on.  It has a signature, a date and then

 9   14:07:40   a contract date.  Do you see that material there in

10   14:07:43   the lower right-hand corner?

11   14:07:45      A.     Correct, yes.

12   14:07:46      Q.     Was any of that on the artboards that

13   14:07:49   you saw at the Starbucks meeting in October of

14   14:07:54   2000?

15   14:07:54      A.     No.

16   14:07:56      Q.     Was this information on any of the

17   14:08:01   artboard artwork that you saw, whether it was the

18   14:08:03   original or the copies, back in October of 2000?

19   14:08:06      A.     No, I did not see that stuff on those

20   14:08:08   boards.

21   14:08:09      Q.     Was it on there?

22   14:08:10      A.     It wasn't on there.

23   14:08:14      Q.     Directing your attention to the next

 4   14:08:16   page, M1490, you will see that there is a
```

EXHIBIT 11 PAGE 159

| | | |
|---|---|---|
| 1 | 14:08:21 | handwritten notation that looks like a circle "C" |
| 2 | 14:08:24 | and then 8/1998.  Do you see that? |
| 3 | 14:08:28 | A.    Yes. |
| 4 | 14:08:29 | Q.    Was that handwritten notation on any of |
| 5 | 14:08:33 | the artboards that you saw from Mr. Bryant or MGA |
| 6 | 14:08:37 | in October of 2000? |
| 7 | 14:08:39 | A.    No. |
| 8 | 14:08:41 | Q.    Is the same true for the rest of the |
| 9 | 14:08:44 | information there in the lower right-hand corner, |
| 10 | 14:08:46 | "all rights assigned" and so on and then ends with |
| 11 | 14:08:49 | the handwritten note "contract date 9/5/00"? |
| 12 | 14:08:54 | A.    The same is true.  I did not see this |
| 13 | 14:08:56 | stuff on those boards. |
| 14 | 14:08:58 | Q.    None of that information was on the |
| 15 | 14:09:00 | artboards that you saw? |
| 16 | 14:09:01 | A.    No. |
| 17 | 14:09:04 | MR. WICKHAM:  I will actually -- counsel, I |
| 18 | 14:09:05 | think that you may have misread what that number |
| 19 | 14:09:07 | is, and actually, the number that you just read, |
| 20 | 14:09:10 | you said it was 9/5.  It very well could be 9/18, |
| 21 | 14:09:14 | but the number itself is a little bit |
| 22 | | unintelligible. |
| 23 | 14:09:18 | MR. ZELLER:  Or 15.  So let me -- I will |
| 24 | 14:09:21 | rephrase the question then. |

EXHIBIT 11   PAGE 160

134

```
1    14:09:22  BY MR. ZELLER:

2    14:09:23      Q.     You will see the typewritten portion,

3    14:09:26  "all rights assigned to ABC International Traders"?

4    14:09:31      A.     Yes.

5    14:09:31      Q.     And then it ends with "contract date"

6    14:09:33  and then some additional handwriting there; it

7    14:09:35  looks like a date of some kind, perhaps?

8    14:09:37      A.     Correct.

9    14:09:38      Q.     Was any of that information on any of

10   14:09:40  the artboards that you saw from Mr. Bryant or MGA

11   14:09:45  in October of 2000?

12   14:09:46      A.     No.

13   14:09:50      Q.     Directing your attention to the next

14   14:09:52  page, M1491, was any of the information there in

15   14:09:58  the lower right-hand corner starting with "all

16   14:10:00  rights assigned" and then again ending with a

17   14:10:03  handwritten notation, a contract date and then a

18   14:10:07  handwritten date, was any of that on the artboards

19   14:10:09  or the other artwork that you saw pertaining to

20   14:10:13  Bratz shown?

21   14:10:14      MS. CENDALI:  Mr. Zeller, this is a waste of

22   14:10:16  time.  Why don't you just ask him for each of these

23   14:10:18  whether that information was there or not and move

.4   14:10:21  on?
```

EXHIBIT ＿11＿ PAGE ＿161＿