QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  johnquinn@quinnemanuel.com
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
  Timothy L. Alger (Bar No. 160303)
  (timalger@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Plaintiff
Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED CASES | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with Case No. CV 04-09059 and CV 05-02727<br><br>Honorable Stephen G. Larson<br><br>[PUBLIC REDACTED]<br>DECLARATION OF DYLAN PROCTOR IN SUPPORT OF MATTEL, INC.'S MOTION TO TRY ALL CLAIMS RELATED TO BRATZ OWNERSHIP IN PHASE ONE<br><br>Date: June 11, 2007<br>Time: 10:00 a.m.<br>Place: Courtroom 1<br><br>Phase 1 Discovery Cut-Off: 10/22/07<br>Pre-Trial Conference: 1/14/08<br>Trial Date: 02/12/08<br><br>Discovery Cut-Off: 03/03/08<br>Phase 2 Pre-Trial Conference: 06/02/08<br>Phase 2 Trial Date: 07/01/08 |

07209/2104956.1

DECLARATION OF DYLAN PROCTOR

## DECLARATION OF B. DYLAN PROCTOR

I, B. Dylan Proctor, declare as follows:

1. I am a member of the bar of the State of California and a member of Quinn Emanuel Urquhart Oliver & Hedges, LLP, attorneys for Mattel, Inc. ("Mattel"). I make this declaration of personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify competently thereto.

2. The parties met and conferred regarding this motion on February 23, 2007 and February 26, 2007. Bryant and MGA did not dispute that Counterclaims 5, 7, 9 and 11 as pleaded against Bryant are closely related to the Phase One claims. Defendants also agreed that Counterclaim 13 could be tried in Phase One at least in part.

3. Attached as Exhibit 1 is a true and correct copy of the Minute Order Re Consolidation, dated June 19, 2006.

4. Attached as Exhibit 2 is a true and correct copy of the Complaint in Mattel v. Bryant, Case No. 04-9059, dated April 7, 2004.

5. Attached as Exhibit 3 is a true and correct copy of Defendant/Cross-Complainant Carter Bryant's Cross-Complaint, dated August 24, 2004.

6. Attached as Exhibit 4 is a true and correct copy of Carter Bryant's Complaint for Declaratory Relief of Copyright Non-Infringement, dated November 2, 2004.

7. Attached as Exhibit 5 is a true and correct copy of Order Granting Motions to Dismiss, dated July 18, 2006.

8. Attached as Exhibit 6 is a true and correct copy of the Complaint in MGA Entertainment, Inc. v. Mattel, Inc., Case No. 05-2727, dated April 13, 2005.

9. Attached as Exhibit 7 is a true and correct copy of Mattel, Inc.'s Amended Answer In Case No. 05-2727 and Counterclaims, dated January 12, 2007.

1     10.    Attached as Exhibit 8 is a true and correct copy of the Order Regarding Mattel's Motion For Leave To Amend, dated January 12, 2006.

    11.    Attached as Exhibit 9 are true and correct copies of the Scheduling Orders in Cases 04-9059 and 05-2727, dated February 21, 2007.

    12.    Attached as Exhibit 10 is a true and correct copy of excerpts from the Transcript of the Status/Scheduling Conference Hearing held on February 12, 2007.

    13.    Attached as Exhibit 11 is a true and correct copy of a letter from Diana Torres to myself dated March 1, 2007.

    14.    Attached as Exhibit 12 is a true and correct copy of the Memorandum of Points and Authorities In Support of Carter Bryant's Motions To Dismiss Counterclaims II, III, V, VII, IX, and XI, dated February 12, 2007.

    15.    Attached as Exhibit 13 is a true and correct copy of my letter to Diana Torres, copying Douglas Wickham, dated March 21, 2007. I received no response to this letter.

    16.    Attached as Exhibit 14 is a true and correct copy of excerpts from the deposition transcript of Steven Linker, dated September 13, 2006.

    17.    Attached as Exhibit 15 is a true and correct copy of a document produced by MGA bates-numbered MGA000001-000006.

    18.    Attached as Exhibit 16 is a true and correct copy of excerpts from the deposition transcript of Anna Rhee, dated February 3, 2005.

    19.    Attached as Exhibit 17 is a true and correct copy of a document produced by Ms. Rhee bates-numbered AR0054.

    20.    Attached as Exhibit 18 is a true and correct copy of documents produced by MGA bates-numbered MGA0008742 and MGA0008739.

    21.    Attached as Exhibit 19 is a true and correct copy of the Complaint in Larian v. Zarabi et al., Case No. BC329501, dated February 28, 2005.

1  22.  Attached as Exhibit 20 is a true and correct copy of excerpts from the deposition transcript of Isaac Larian, dated July 18, 2006.

3  23.  Attached as Exhibit 21 is a true and correct copy of excerpts from the deposition transcript of Carter Bryant, dated November 4, 2004.

5  24.  Attached as Exhibit 22 is a true and correct copy of documents produced by MGA that are bates-numbered MGA000012-13, MGA000019-21 and MGA000140-141.

8  25.  Attached as Exhibit 23 is a true and correct copy of excerpts from the deposition transcript of Kerri Brode, dated January 19, 2007.

10  26.  Attached as Exhibit 24 is a true and correct copy of a documnet produced by MGA that are bates-numbered MGA0008032-34.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on May 8, 2007, at Los Angeles, California.

B. Dylan Proctor