

EXHIBIT 6 PAGE 89



1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

16

EXHIBIT 6 PAGE 90

1    41.    Mattel has not stopped at the eyes, however.  Mattel has also
2   incrementally but steadily modified its "My Scene" packaging, and the manner in
3   which the dolls are displayed, to more closely mimic the packaging, trade-dress and
4   overall look and total image of MGA's "BRATZ".
5    42.    To illustrate, Mattel's "My Scene" dolls were initially marketed like
6   this:

### Mattel's Early "My Scene" Packaging

 

15    43.    Little by little, however, the packaging has changed, creeping ever
16  closer and closer to the open and transparent style of the "BRATZ" packaging.
17  First, the panels seen running down each side of the front of the "My Scene" box
18  shown above, framing the doll and giving the packaging a closed-in look, were
19  changed as shown here:

### Intermediate Mattel "My Scene" Packaging



17

EXHIBIT __6__ PAGE __91__

44.   Mattel replaced this intermediate packaging style with another that looked even more similar to the "BRATZ" packaging, as shown here in a side-by-side comparison:

MGA's "BRATZ"                          Mattel's "My Scene"
"Wintertime Wonderland" Packaging      "Chillin' Out" Packaging

          

45.   Then later, Mattel changed its packaging and product display yet again to look even more closely and confusingly similar to MGA's packaging and *"tout ensemble,"* as shown here

MGA's "BRATZ"                          Mattel's Recent "My Scene"
"SPORTZ" Packaging                     "MIAMI GETAWAY" Packaging

          

18

EXHIBIT 6  PAGE 92

46.     In this incarnation, Mattel notably abandoned the signature figure-eight style design that had appeared on its prior "My Scene" packaging, making this recent version clearer and more transparent on the front and sides than ever before, and much more like "BRATZ", accordingly.  Mattel also discarded its traditional, rectangular shaped box and, like "BRATZ", adopted an unusual, non-rectangular shaped box.  Mattel even adopted the "flying banner" ribbon-style slogan running across the middle of the box, similar to that used on the "BRATZ" packaging.

47.     As if these pointed and deliberate efforts to confuse and mislead consumers were not enough, Mattel exacerbated the confusion, and furthered the impression that the "My Scene" line and the "BRATZ" line are related, by taking up MGA's practice of regularly releasing new dolls in connection with a theme – but not just *any* theme, often *MGA's theme.*

48.     For example, when MGA released its "Wintertime Wonderland" theme in Fall 2003, Mattel released its "Chillin Out!" theme.  Each doll in MGA's line came with winter-sports accessories, such as a snowboard or skis and ski boots.  Each doll in Mattel's line featured winter sports accessories, also including snowboards or ski and ski boots.  Even MGA's color schemes and some of the clothing styles seemed to have made their way into the Mattel products.

49.     When MGA released its "Formal Funk" theme, Mattel released its "Night on the Town" theme.  "BRATZ Formal Funk" was an elaborately themed line with its dolls in hip formalwear; so was Mattel's "Night on the Town."

50.     When MGA released its distinctive "Sun-Kissed Summer" theme, Mattel released its confusingly similar "Jammin' in Jamaica" theme.  Each line featured a bright blue-and-orange color scheme, beach accessories, such as surfboards, and beachwear clothing.  Mattel's "Jammin' in Jamaica" "Guava Gulch Tiki Lounge" playset also contained elements remarkably similar to MGA's "Sun-Kissed Summer" playset.

19

EXHIBIT __6__ PAGE 93

1        51.    Mattel also began running television commercials for its "My Scene"

2    dolls bearing a remarkable similarity to "BRATZ" commercials, combining live

3    action with animated sequences set to similar sounding pop music and lyrics.

4        52.    Mattel even stooped so low as to mimic "BRATZ" accessories and

5    related products in order to further create consumer confusion in the marketplace.

6        53.    For instance, when MGA came up with its distinctive "BRATZ"

7    "Runway Disco", Mattel came out with a "My Scene" Sound Lounge with

8    packaging that imitated MGA's trapezoidal box.

9        54.    Mattel's conduct cannot be explained by sheer coincidence, nor is it

10   merely fair competition.  It is a calculated and intentional effort unquestionably

11   designed to trade off of MGA's hard work and goodwill, create confusion in the

12   marketplace, steal MGA's thunder and momentum, and dilute and blur away the

13   novelty and distinctiveness of MGA's products.  Out of the seemingly endless

14   possibilities that Mattel could have chosen for a new line of dolls, packaging,

15   themes, color schemes, commercials, accessories and playsets, Mattel deliberately

16   chose *not* to come out with something unique, new or different and has, instead,

17   focused its efforts and resources on flooding the market with something so close to

18   "BRATZ" that the public will, can, and does, simply mistake it for "BRATZ".

19       55.    As yet another example of this, when MGA came out with a "BRATZ"

20   "Funky Fashion Makeover Head," Mattel came out with a confusingly similar –

21   indeed, practically identical – "My Scene" styling head.

22

23

24

25

26

27

28

EXHIBIT  6  PAGE  94

1

2

**MGA's "BRATZ"**
**"Funky Fashion Makeover Head"**

**Mattel's "My Scene"**
**"Stylin' Head"**

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

56.    Indeed, Mattel's "My Scene" styling head is so close to the "BRATZ" styling head that even the press have mistakenly pictured and identified it as MGA's "BRATZ".  The picture of Mattel's "My Scene" styling head shown below, for instance, appeared in the press with a caption indicating that the child was trying out different hairstyles "on a *Bratz* hair and makeup doll head."



Hairstyle practice



22

23

24

25

26

27

28

21

EXHIBIT 6 PAGE 95

57.     Creating further confusion, Mattel's television commercial for its "My Scene" styling head was like watching a re-run of MGA's commercial for its "Funky Fashion Makeover Head".

58.     At one point in time, Mattel also used a portion of the "BRATZ" dolls' now-famous trademarked tag line "The Girls With a Passion for Fashion" on Mattel's' website for its "Diva Starz" dolls, asking its website users:  "Do you have a passion for fashion?"

59.     Mattel has even recently come out with a confusingly similar line of "My Scene" plush pets, which adopt the distinctive look of MGA's "BRATZ" line. The "My Scene" pets feature large, humanlike eyes and wear clothing making them remarkably and confusingly similar to "BRATZ" products, including "BRATZ PETZ", as seen in this example where the pets each wear a jacket, a cap and carry a purse:

**MGA's "BRATZ Dogz"**                    **Mattel's "My Scene" dog**

                    

60.     And here too, Mattel chose to package its pets the same way that MGA packaged its "BRATZ PETZ", sitting in an open box, with no top and with partial side panels that slope from a narrow front panel to a higher back panel.

61.     Indeed, the similarity of the "My Scene" pets to "BRATZ PETZ" has confused even sophisticated retailers who have mistakenly merchandised "My Scene" dogs in the middle of the "BRATZ" section of a retail display, next to and as if they were part of MGA's "BRATZ Petz" line.  It comes as no surprise that

22

EXHIBIT 6 PAGE 96

1    customers too have been confused.

2        62.   Indeed, Mattel's television commercials and "My Scene" products

3    have become so confusingly similar to MGA's that even advertising executives

4    have expressed concern.  One went so far as to say that although imitation is the

5    best form of flattery, what the individual had seen at Mattel's showroom, and how

6    its "My Scene" dolls now look so confusingly similar to "BRATZ", was

7    "shocking."  This person further opined that it was clear that Mattel is intending to

8    confuse customers and capture "BRATZ" market share, and even asked MGA if it

9    was considering legal action.

10       63.   The press also has taken notice of Mattel's attempts to confuse

11   consumers.  On or about February 18, 2005, a visitor to MGA's showroom from a

12   prominent news publication stated, "Oh my, I just came from Mattel's showroom

13   and their new 'My Scene' packaging is just like 'BRATZ' minus the handle."

14   Another member of the press visiting MGA's showroom offered the unsolicited

15   comment, "have you seen the new 'My Scene' dolls eyes are exactly like

16   'BRATZ'?"  Yet another opined that Mattel's "My Scene" line was exactly like

17   "BRATZ", indeed, so much so that the reporter confusingly thought that Mattel had

18   bought "BRATZ", and still another has commented on Mattel's imitation of MGA.

19   On or about February 16, 2005, during an interview of a Mattel representative on

20   local network news in New York, "My Scene Barbie" was displayed by a Mattel

21   representative.  During conversation about the dolls, the interviewer exclaimed that

22   they looked like "BRATZ".  The Mattel representative just laughed – but this is no

23   laughing matter.  This colloquy was available for replay and viewing, and was even

24   transcribed, on the internet.

25       64.   Customers too have been similarly confused.  Some actually contacted

26   MGA seeking to purchase "My Scene" dolls.

27       65.   Mattel's conduct is planned, deliberate and intentional.  Mattel has

28   systematically, copied, imitated and liberally borrowed many of the distinctive,

23

EXHIBIT   6   PAGE  97

1    essential elements that identify and make "BRATZ" dolls "BRATZ" dolls, diluting
2    the brand, creating customer confusion, and unfairly stifling competition.

3       66.   Ironically, Mattel sued one of its other competitors in Europe for doing
4    much the same thing: "systematically copying and borrowing elements" from "My
5    Scene", on grounds that "this conduct constitutes unfair competition and passing
6    off." Indeed it does.

7       67.   What is more, Mattel's conduct has reached beyond "BRATZ" and
8    "BRATZ"-related products to include other new MGA toy lines.

9       68.   For example, MGA's "4-Ever Best Friends" line was the obvious, and
10   well-recognized model for Mattel's "Wee 3 Friends" line. Mattel even adopted
11   changes to the color scheme of its similarly-shaped packaging to create confusion
12   with MGA's distinctive packaging.

13
14   **MGA's "4-Ever Best Friends"**        **Mattel's "Wee 3 Friends"**
15
16      
17
18
19
20
21
22   
23
24
25
26
27
28

24

EXHIBIT __6__ PAGE __98__

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

69.   In the second half of 2002, MGA's "Mommy's Little Patient," originally designed as the first in a series of "Mommy's Little . . ." dolls, was followed by Mattel's "Little Mommy" doll.

**MGA's**
**"Mommy's Little Patient"**                    **Mattel's**
                               **"Little Mommy Potty Training Baby Doll"**

   

70.   Sparing nothing, Mattel has also extended its monkey-see monkey-do behavior into its boys' line.  When MGA came out with its "Alien Racers" line of toy racing vehicles, for instance, Mattel rushed to revamp and rename one of its "Hot Wheels" lines.  Although well-known and clearly branded for decades as "Hot Wheels", Mattel's answer to MGA's "Alien Racers" was to re-brand and market its Hot Wheels Highway 35 line under an "AcceleRacerS" logo.  MGA's line consists of "extreme" radio controlled racing vehicles marketed in connection with a strong, almost battle-like, science fiction theme.  MGA's logo accentuates the "A", "R", and "S" in compressed block lettering.  Mattel's line also consists of extreme racing vehicles marketed in connection with a strong, almost battle-like, theme.  Mattel's logo too accentuates the "A", "R", and "S" in compressed block lettering.

25

EXHIBIT __6__ PAGE __99__

71.   Here, too, Mattel's mimicry has spilled over into Mattel's advertising and thematic presentation and marketing of this toy line. In particular, Mattel has adopted MGA's "other-worldly" theme in its commercials. For instance, in Mattel's commercials, the product, whose logo appears as "AcceleRacerS", now compete against alien-like Cyborgs engaged in a "race to save the world," mimicking MGA's alien theme and commercials in which MGA's "AlienRacers" are engaged in a "race to save the universe."

72.   None of this is coincidence. Mattel has deliberately adopted a pattern and practice of coming out with variations of MGA's products to create confusion in the marketplace, interfere with MGA's business and divert profits away from MGA. Mattel says, on its website, that it is in the business of creating "[t]he world's premier toy brands [of] today and tomorrow." It seemingly does so, however, by borrowing liberally from its competitors, even when it refreshes its own existing brands and products.

73.   MGA has suffered extensive injury from Mattel's conduct. Mattel's habitual, serial simulation of MGA's products, product lines and trade dress has allowed Mattel to take a free ride on the extensive amount of time, expense and creative development MGA expends on developing new products, product packaging and presentation, giving Mattel an unfair advantage, and making it virtually impossible for MGA to compete with Mattel on a level playing field.

**Mattel's additional unfair, manipulative, anti-competitive conduct**

74.   This already substantial injury has been exacerbated by the strong-arm tactics, and other illegitimate, unfair and anti-competitive means that Mattel has used to manipulate the market and ensure that its control and domination of the industry can continue unabated.

26

EXHIBIT  6  PAGE  100

75.    For example, wielding the litigation privilege as a potential shield for intimidating conduct, Mattel has sent threatening letters to several of its former employees who now work for MGA warning them not to disclose *even publicly available information* about Mattel, including the names and positions of Mattel employees.  Mattel even went so far as to sue one of its former senior executives, after he had the temerity to resign and join MGA in October 2004.  Not only was Mattel's lawsuit dismissed for failure to state a viable claim, but Mattel thereafter seemingly could not muster up a shred of evidence sufficient to support an amended complaint.  As a result, Mattel's case against its former executive was dismissed with prejudice.

76.    Mattel has also warned a number of companies, including the biggest publishing entity in the United Kingdom, not to license MGA products, or risk retribution.  The threats are not idle.  In May 2004, Mattel terminated one of its licensees, apparently in retribution for licensing "BRATZ".  While some companies have been courageous enough to take the risk, others have not, and MGA has lost valuable licensing opportunities as a result.

77.    Mattel has used similar intimidation to pressure distributors and retailers, particularly in foreign countries, not to distribute "BRATZ", to reduce shelf and display space for "BRATZ" and to place "BRATZ" in unfavorable locations at retail outlets.

78.    When MGA faced a shortage of doll hair in October 2002, MGA is informed and believes that the reason for that shortage was that Mattel had locked MGA out by buying up the supply from the two main hair supply companies.

79.    Mattel has also manipulated the retail market.  For instance, Mattel merchandisers have been caught tampering with MGA's retail displays, replacing favorably located MGA merchandise with Mattel merchandise instead.  MGA is also informed and believes that Mattel has falsely told a major United States retailer that MGA was giving another major United States retailer below-market pricing

27

EXHIBIT 4 PAGE 101

1   and falsely told a United Kingdom retailer that MGA was discontinuing one of its

2   lines, in order to make such line less attractive to buyers and thereby attempt to

3   increase sales of the competitive Mattel product and improve its own sales, at

4   MGA's expense.

5       80.    Even supposedly unbiased and impartial industry organizations have

6   fallen prey to Mattel's abusive wield of power, to MGA's detriment.

7       81.    NPD Funworld ("NPD"), for one, is the leading supplier of sales

8   statistics in the toy industry.  Accurate NPD statistics are essential for efficient

9   product-line management.  Without these statistics, it is difficult, if not impossible,

10  for toy companies to assess and measure the relative success of their products in

11  key categories.  It is, however, a subscription service, and NPD restricts the manner

12  in which its subscribers may use the data it provides.

13      82.    Mattel has regularly ignored the restrictions – using NPD data about

14  Mattel's comparative standing relative to other companies in press releases and in

15  communications with retailers and financial investors who are not NPD subscribers.

16      83.    Mattel generates substantially more annual subscription revenue for

17  NPD than does MGA, and carries more clout.

18      84.    After MGA had subscribed to the service for more than 12 years, NPD

19  terminated MGA's subscription in 2003 theoretically on the grounds that MGA

20  misused NPD data in a press release.

21      85.    MGA is informed and believes that the termination was the result of

22  pressure from Mattel, notwithstanding Mattel's own frequent violations of NPD's

23  restrictions.

24      86.    In addition to this, the market share numbers that NPD generates are

25  heavily dependent on the category in which NPD places a particular product.  MGA

26  is informed and believes that Mattel also pressured NPD into changing certain

27  product classifications for its "BRATZ" products in order to manipulate the data

28

28

EXHIBIT __6__ PAGE __102__

1   and preserve Mattel's market share rankings in the critical fashion doll category –

2   and thereby lower MGA's.

3        87.   The Children's Advertising Review Unit ("CARU") is another

4   organization that, upon information and belief, appears to have been subject to

5   improper influence by Mattel. CARU is the toy industry's supposedly independent

6   self-regulatory body in charge of maintaining standards in advertising. CARU's

7   approval is considered critical within the toy industry to avoiding regulatory action

8   by the Federal Trade Commission.

9        88.   CARU is heavily subsidized by Mattel.

10       89.   Upon information and belief, Mattel has used its influence as a major

11   contributor to CARU's budget to induce CARU to place onerous restrictions on

12   MGA advertisements, and require MGA to amend aspects of commercials that have

13   gone unchallenged in other parties' commercials.

14       90.   As a result of CARU's restrictions, MGA has been forced to incur

15   unnecessary costs for reshooting and producing or re-editing its commercials.

16       91.   On several occasions, CARU has also either strongly suggested, if not

17   also required, that MGA respond to inquiries about its website policies and make

18   substantial changes to the "BRATZ" website notably and significantly in excess of

19   restrictions imposed on Mattel and others.

20       92.   Even TIA, the toy industry's trade association, is apparently not

21   untainted by Mattel's influence and power. Each year, TIA presents the Toy-of-

22   the-Year Awards, the most prestigious of which had been the award for Toy of the

23   Year. Winning the Toy of the Year Award is a significant achievement that not

24   only very likely increases the sales of the winning toy, but also denotes the winning

25   company as a leader in toy innovation and generates substantial goodwill with

26   retailers, distributors, licensees, and customers.

27       93.   For the years 2000 (the first year of the award), 2001 and 2002, the

28   Toy of the Year award was chosen by consumer vote. The awards ceremony was

29

EXHIBIT __6__ PAGE _103_

1    then held the following year, at a dinner in New York. (For example, the awards

2    dinner for the year 2000 award was held in February 2001). Leap Frog won the

3    2000 People's Choice Toy of the Year Award and MGA won the 2001 and 2002

4    People's Choice Toy of the Year Awards. With the 2003 Toy of the Year Award,

5    however, the rules suddenly changed. Now, the award is selected by members of

6    the industry.

7         94.    Upon information and belief, this change was orchestrated by a Fisher

8    Price (a Mattel subsidiary) executive who, until recently, served as the Chairman of

9    TIA.

10        95.    Perhaps not surprisingly given this change in the winner selection

11   procedures, "Hokey Pokey Elmo" ("Elmo"), a Fisher Price toy, won for the year

12   2003 (awarded in 2004), beating out the other leading nominee, "BRATZ Formal

13   Funk Super Stylin' Runway Disco."

14        96.    TIA has refused to provide MGA with the vote count procedure and

15   totals for this award, despite repeated requests.

16        97.    MGA is also informed and believes that Mattel was instrumental in

17   attempting to keep MGA from participating as a sponsor in this year's "Kids'

18   Choice Awards."

19        98.    Mattel has clearly engaged in tortious, illegal and unethical behavior in

20   its unfettered efforts to disrupt, if not destroy, MGA. Indeed, this is apparently

21   Mattel's current *modus operandi* when it comes to "competing" in the industry.

22   The once immensely successful "LeapFrog" interactive learning product, for

23   example, has apparently been one of Mattel's other recent victims.

24        99.    Mattel may not shield its illegal, unfair and unethical business practices

25   from the public eye. It is time for the truth to be told, and the world to know of

26   Mattel's unfair, unethical and illegal business practices and unfair competition.

27   "Barbie" does not "play nice" with others (particularly her competitors), and needs

28   to be taught how "to share" (at least in the fashion doll marketplace). She cannot be

30

EXHIBIT ___6___ PAGE _104_

1   allowed to continue to be the playground bully and trample on the rights of others,

2   including MGA.

3       100.  As a result of Mattel's manipulative, illegal, unfair, unethical and anti-

4   competitive conduct, MGA has suffered and, unless abated, will continue to suffer

5   lost sales, lost licensing fees, lost contracts, lost relationships, lost business

6   opportunities and other damages and harm for which there is no adequate remedy at

7   law.  Its ability to enter new markets and product lines has been hampered and

8   delayed.  Its production costs have increased, its reputation and relationships with

9   important players in the industry have been negatively impacted, the value of its

10  business has been diminished, and its ability to attract, hire and retain employees

11  has been affected.

12

13              **FIRST CLAIM FOR RELIEF**

14  **(False Designation of Origin or Affiliation in Violation of 15 U.S.C. § 1125 (a))**

15      101.  MGA repeats and realleges the allegations contained in paragraphs 1

16  through 100 of this Complaint and incorporates them by reference as though fully

17  and completely set forth herein.

18      102.  MGA's "BRATZ" line has a unique and distinctive style and

19  distinctive characteristics, such as the disproportionately large head, large dramatic

20  eyes with a distinctive presentation (including the eye shape, make-up and lashes),

21  pouty, plump lips with a distinctive presentation (including the lip shape and make-

22  up), small, thin bodies, oversized feet, and up-to-date fashions.  MGA's "BRATZ"

23  line is known for and recognized by the total image that is presented by its product

24  and the style and arrangement of the packaging and display.  This *"tout ensemble"*

25  is representatively described and depicted herein.  The characteristics of MGA's

26  "BRATZ" line, alone or in combination, have come to identify the "BRATZ" line

27  and its source, MGA, and thus serve as protectable trade dress.  MGA's trade dress

28  in its "BRATZ" line is purely aesthetic and non-functional or, if any utility exists, it

31

EXHIBIT __6__ PAGE __105__

1    is not essential to the purpose, quality or source identifying attributes of the

2    aesthetics. MGA's trade dress in its "BRATZ" line is inherently distinctive or has

3    acquired distinction within the meaning of the Lanham Act.

4         103.  Similarly, MGA's "BRATZ PETZ," part of the "BRATZ" line, also

5    has its own unique and distinctive characteristics, such as the humanlike eye and

6    unusual appearance of the animals dressed in clothing. MGA's "BRATZ PETZ"

7    line has become known for and recognized by the total image that is presented by

8    the product and the style and arrangement of its packaging. This *tout ensemble*" is

9    representatively described and depicted herein. The characteristics of MGA's

10   "BRATZ PETZ", alone or in combination, have come to identify the "BRATZ

11   PETZ" line and its source, MGA, and thus serve as protectable trade dress. MGA's

12   trade dress in its "BRATZ PETZ" line is purely aesthetic and non-functional or, if

13   any utility exists, it is not essential to the purpose, quality or source identifying

14   attributes of the aesthetics. MGA's trade dress in its "BRATZ PETZ" line is

15   inherently distinctive or has acquired distinction within the meaning of the Lanham

16   Act.

17        104.  Mattel's production, sale and marketing of "My Scene" dolls,

18   including styling heads and doll heads, and "My Scene" pets that are confusingly

19   similar to MGA's "BRATZ" line (including its "BRATZ PETZ"), without MGA's

20   permission or consent, constitutes designation and use of a term, symbol, device or

21   combination thereof that is false or misleading within the meaning of 15 U.S.C.

22   Section 1125 and is likely to cause confusion, or to cause mistake, or to deceive as

23   to the affiliation, connection, or association, or as to the origin, sponsorship, or

24   approval of Mattel's goods or commercial activities, within the meaning of 15

25   U.S.C. Section 1125. MGA has been damaged by Mattel's acts.

26        105.  Mattel's conduct has been intentional and willful, and is calculated

27   specifically to trade off the goodwill that MGA has developed in its successful

28   "BRATZ" line. By its aforesaid acts, particularly its imitation of the distinctive

32

EXHIBIT  6   PAGE 106

1  features of MGA's "BRATZ" line in connection with goods sold and distributed in

2  interstate commerce, Mattel has infringed and is likely to continue to infringe on

3  MGA's substantial rights in and to the "BRATZ" line trade dress.  In so doing,

4  Mattel has falsely represented and designated to the public generally and consumers

5  of fashion doll products specifically the source and origin of Mattel's "My Scene"

6  fashion doll products in violation of 15 U.S.C. § 1125(a).

7       106.  MGA has been damaged by, and Mattel has profited from, Mattel's

8  wrongful conduct in an amount to be proven at trial.

9       107.  For each act of infringement, MGA is entitled to recover its actual

10  damages as well as Mattel's profits from such infringement.

11       108.  Monetary relief alone, however, is not adequate to address fully the

12  irreparable injury that Mattel's illegal actions have caused and will continue to

13  cause MGA, if not enjoined.  MGA is therefore entitled to preliminary and

14  permanent injunctive relief to stop Mattel's ongoing infringement of MGA's trade

15  dress.

16                       **SECOND CLAIM FOR RELIEF**

17       **(Unfair Competition in Violation of 15 U.S.C. § 1125 (a) and Unfair**

18    **Competition and Unfair Business Practices in Violation of Cal. Bus. & Prof.**

19            **Code § 17200 *et seq.* and California Common Law)**

20       109.  MGA repeats and realleges the allegations contained in paragraphs 1

21  through 108 of this Complaint and incorporates them by reference as though fully

22  and completely set forth herein.

23       110.  Mattel has deliberately and, indeed, repeatedly adopted, imitated and

24  mimicked the make-up, appearance, features, trade dress, and image of MGA's

25  products, packaging and advertising, including its repackaging and refreshing of

26  older Mattel toys.  Mattel's actions were and are done with the intent to deceive

27  consumers, cause confusion and mistake, and interfere with the ability of

28  consumers to identify the source of goods by appearance and packaging.  By this

33

EXHIBIT __6__ PAGE 107

1    conduct, Mattel pirates and exploits, by subliminal or conscious association with

2    MGA, the goodwill and reputation of MGA and derives benefit therefrom.

3        111.    Mattel has particularly and deliberately poached upon the commercial

4    magnetism of MGA's "BRATZ" and the success of "BRATZ". Mattel's conduct

5    has been intentional and willful, and is calculated specifically to trade off the

6    goodwill that MGA has developed in its successful "BRATZ" line.

7        112.    By its acts, including its intentional imitation of the distinctive features

8    of MGA's "BRATZ" dolls, which has progressively become closer and closer, as

9    well as its imitation of "BRATZ" themes, packaging and the overall look, feel and

10   total image of the "BRATZ" line, imitation of other MGA products, packaging and

11   advertising, and other conduct alleged herein, Mattel has engaged in unfair

12   competition under both federal and California state law.

13       113.    Mattel has also willfully and maliciously used its power, influence and

14   intimidation to threaten certain retailers, suppliers, licensees, distributors and

15   manufacturers so as to limit, if not prevent, MGA from doing business with these

16   retailers, suppliers, licensees, distributors and manufacturers, using its power and

17   influence to intimidate and manipulate industry bodies. Mattel has further used its

18   power and influence to attempt to, if not actually, intimidate and threaten MGA's

19   current and potential employees so as to cause MGA competitive injury.

20       114.    Alone, in combination, or in totality, Mattel's actions discussed and

21   alleged herein constitute unfair competition and unfair business practices within the

22   meaning of federal law, California statutory law and/or California common law.

23       115.    As a result of its conduct, Mattel has derived substantial monetary and

24   non-monetary benefit and business advantage. Mattel has also wrongfully diverted

25   profits away from MGA and to Mattel and, on information and belief, deprived

26   MGA of the patronage of a large number of actual and potential customers.

27       116.    MGA has been damaged by, and Mattel has profited from, Mattel's

28   wrongful conduct in an amount to be proven at trial.

34

EXHIBIT ___6___ PAGE _108_

1    117.   Monetary relief alone, however, is not adequate to address fully the

2    irreparable injury that Mattel's actions have caused and will continue to cause

3    MGA, if not enjoined.  MGA is therefore entitled to preliminary and permanent

4    injunctive relief to stop Mattel, and all persons acting in concert with Mattel, from

5    engaging in acts of unfair competition and unfair business practices.

6    118.   MGA is further entitled to relief whereby Mattel is ordered to pay

7    restitution for damages resulting from Mattel's unfair competition and unfair

8    business practices.

9    **THIRD CLAIM FOR RELIEF**

10    **(Dilution in Violation of 15 U.S.C. § 1125 (c); Cal. Bus. & Prof. Code § 14330**

11    **and California Common Law)**

12    119.   MGA repeats and realleges the allegations contained in paragraphs 1

13    through 118 of this Complaint and incorporates them by reference as though fully

14    and completely set forth herein.

15    120.   The look and trade dress of the MGA products referenced herein are

16    distinctive and famous, and have been since before Mattel launched its similar

17    versions.  By its aforesaid acts, Mattel caused and continues to cause blurring and

18    dilution of the distinctive look of MGA's products and trade dress, which

19    previously served as a unique source identifier for MGA, within the meaning of the

20    Lanham Act, California Business and Professions Code § 14330 and/or California

21    common law.

22    121.   Mattel's conduct has been intentional and willful, calculated

23    specifically to trade on MGA's goodwill and reputation and to cause dilution of

24    MGA's famous marks, particularly those connected with MGA's famous and

25    successful "BRATZ" doll head, "BRATZ" doll product line, "BRATZ Funky

26    Fashion Makeover Head" and "BRATZ PETZ" line.

27    122.   MGA has been damaged by, and Mattel has profited from, Mattel's

28    wrongful conduct in an amount to be proven at trial.

35

EXHIBIT __6__ PAGE __109__

1        123.  Monetary relief alone, however, is not adequate to address fully the

2    irreparable injury that Mattel's actions have caused and will continue to cause

3    MGA, if not enjoined.  MGA is therefore entitled to preliminary and permanent

4    injunctive relief to stop Mattel's ongoing dilution.

5    **FOURTH CLAIM FOR RELIEF**

6    **(Unjust Enrichment)**

7        124.  MGA repeats and realleges the allegations contained in paragraphs 1

8    through 123 of this Complaint and incorporates them by reference as though fully

9    and completely set forth herein.

10       125.  As a result of the conduct alleged herein, Mattel has been unjustly

11   enriched to MGA's detriment.  MGA seeks a worldwide accounting and

12   disgorgement of all ill-gotten gains and profits resulting from Mattel's inequitable

13   activities.

14

15   **PRAYER FOR RELIEF**

16   WHEREFORE, MGA prays for relief, as follows:

17   1.    That Mattel, its agents, servants and employees and all persons acting

18   in concert be restrained preliminarily and permanently from directly or indirectly:

19       a.    using confusingly similar trade dress;

20       b.    improperly influencing, or attempting to improperly influence,

21           standard-setting and industry organizations;

22       c.    engaging in unfair competition and unfair business practices;

23           and

24       d.    diluting MGA's trade dress;

25   2.    For general and actual damages, according to proof at trial but

26   believed to reach or exceed tens of millions of dollars;

27   3.    For the disgorgement of all profits derived by Mattel for its acts of:

28       a.    false designation of origin or affiliation;

36

EXHIBIT __6__ PAGE __110__

1    b.    unfair competition and unfair business practices; and

2    c.    dilution;

3    4.    For costs of suit and reasonable attorneys' fees;

4    5.    For punitive and/or exemplary damages as a result of Mattel's willful

5    and malicious conduct to the extent allowable by law; and

6    6.    For such other and further relief as the Court deems just and proper.

7

8    Dated:    April 13, 2005         PATRICIA GLASER
9                                     CHRISTENSEN, MILLER, FINK,
                                      JACOBS, GLASER, WEIL &
10                                    SHAPIRO LLP

11                                    DALE M. CENDALI
                                      DIANA M. TORRES
12                                    PAULA E. AMBROSINI
                                      O'MELVENY & MYERS LLP

13

14

15   By: _____
                                      Diana M. Torres
16                                    Attorneys for Plaintiff
                                      MGA ENTERTAINMENT, INC.

17

18

19

20

21

22

23

24

25

26

27

28

                              37

EXHIBIT ___6___ PAGE __111__

1                           **DEMAND FOR JURY TRIAL**

2

3        MGA hereby demands a jury trial on all triable issues.

4

5 Dated:      April 13, 2005          PATRICIA GLASER
                                       CHRISTENSEN, MILLER, FINK,

6                                         JACOBS, GLASER, WEIL &
                                        SHAPIRO LLP

7                                         DALE M. CENDALI

8                                         DIANA M. TORRES
                                        PAULA E. AMBROSINI

9                                         O'MELVENY & MYERS LLP

10

11                                   By:
                                        Diana M. Torres

12                                     Attorneys for Plaintiff
                                    MGA ENTERTAINMENT, INC.

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

EXHIBIT  6  PAGE 112

BLUEBIRD OFFICE SUPPLIES   (888) 477-07.   www.bluebirdsupplies.c

**EXHIBIT  7**

COPY

FILED

2007 JAN 12  PH 3: 21

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 90378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
  Duane R. Lyons (Bar No. 125091)
  (duanelyons@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone:  (213) 443-3000
Facsimile:  (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>                    Plaintiff,<br><br>         v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>                    Defendant.<br><br>———————————————<br><br>MGA ENTERTAINMENT, INC. a California corporation,<br><br>                    Plaintiff,<br><br>         v.<br><br>MATTEL, INC., a Delaware corporation, and DOES 1-10,<br><br>                    Defendants.<br><br>———————————————<br><br>MATTEL, INC., a Delaware corporation,<br><br>                    Counter-claimant, | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated With Case No. 04-9059 and Case No. 05-2727<br><br>MATTEL, INC.'S AMENDED ANSWER IN CASE NO. 05-2727 AND COUNTERCLAIMS FOR:<br><br>1.  COPYRIGHT INFRINGEMENT;<br>2.  VIOLATION OF THE RACKETEER INFLUENCED AND CORRUPT ORGANIZATIONS ACT;<br>3.  CONSPIRACY TO VIOLATE THE RACKETEER INFLUENCED AND CORRUPT ORGANIZATIONS ACT;<br>4.  MISAPPROPRIATION OF TRADE SECRETS;<br>5.  BREACH OF CONTRACT;<br>6.  INTENTIONAL INTERFERENCE WITH CONTRACT;<br>7.  BREACH OF FIDUCIARY DUTY;<br>8.  AIDING AND ABETTING BREACH OF FIDUCIARY DUTY;<br>9.  BREACH OF DUTY OF LOYALTY;<br>10. AIDING AND ABETTING BREACH OF DUTY OF LOYALTY;<br>11. CONVERSION;<br>12. UNFAIR COMPETITION; AND |

*209/2035982.1*

**1-12**

EXHIBIT __7__  PAGE __113__

AMENDED ANSWER AND COUNTERCLAIMS

1   v.                                        13. DECLARATORY RELIEF.

2   MGA ENTERTAINMENT, INC., a               DEMAND FOR JURY TRIAL
    California corporation; ISAAC
3   LARIAN, an individual; CARTER
    BRYANT, an individual; MGA
4   ENTERTAINMENT (HK) LIMITED,
    a Hong Kong Special Administrative
5   Region business entity; MGAE DE
    MEXICO, S.R.L. DE C.V., a
6   Mexico business entity; CARLOS
    GUSTAVO MACHADO GOMEZ, an
7   individual; and DOES 4 through 10,

8            Counter-defendants.

9

10  AND CONSOLIDATED CASES

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

07209/2035982.1

-2-

AMENDED ANSWER AND COUNTERCLAIMS

EXHIBIT 7 PAGE 114

## AMENDED ANSWER

Pursuant to the Court's Order of January 12, 2007, Defendant Mattel, Inc. ("Mattel") answers the Complaint of MGA Entertainment, Inc. ("Complaint") as follows:

### Preliminary Statement

The Complaint in this case contravenes Rule 8(a) of the Federal Rules of Civil Procedure in multiple respects.  For example, in many places, the Complaint improperly mixes factual averments with argumentative rhetoric.  The Complaint also includes a selective recitation of alleged historical facts and "rumor," much of which is both irrelevant and inflammatory in tone and content.  In addition, many of the allegations of the Complaint are overly broad, vague or conclusory and include terms which are undefined and which are susceptible to different meanings. Accordingly, by way of a general response, all allegations are denied unless specifically admitted, and any factual averment admitted is admitted only as to the specific facts and not as to any conclusions, characterizations, implications or speculations which are contained in the averment or in the Complaint as a whole. These comments and objections are incorporated, to the extent appropriate, into each numbered paragraph of this Answer.

Mattel further submits that the use of the headings throughout the Complaint is improper, and therefore no response to them is required.  In the event that a response is required, Mattel denies those allegations.

The Complaint also contains many purported photographs of various items, and it uses one or more headings purporting to describe, either individually or in groups, these various photographs.  The images of these photographs contained in the Complaint are all relatively small and some are of less than optimal quality, making it difficult to evaluate the adequacy of the photographs or their fairness and accuracy in depicting what they purport to represent.  The Complaint also does not describe the circumstances or time frame in which these photographs were taken,

1   and in many cases does not identify, or does not sufficiently or properly identify, the

2   item depicted in the photographs.  All of these factors, as well as the use of these

3   photographs and headings out of context, or with an insufficient context, impair the

4   ability of Mattel to fully respond to these photographs and headings, or to any

5   purported allegations involving, or relying upon, the use of such photographs and

6   accompanying headings.  By way of a general response, Mattel therefore does not

7   admit the authenticity of any photograph, or the accuracy or adequacy of any

8   heading, nor does it admit any allegation or inference that is based on, or purports to

9   be based on, any photograph or accompanying heading in the Complaint.  Mattel

10   reserves the right to challenge the authenticity of any photograph and the accuracy

11   or adequacy of any heading (either as included in the Complaint or in the context of

12   additional material not included).  Further, with reference to all photographs and

13   accompanying headings, or any averments based on the Complaint's use of such

14   photographs and headings, which might be offered into evidence, Mattel specifically

15   reserves its right to object to any use of such photographs, headings, and averments,

16   or the Complaint as a whole or in part, in evidence for any purpose whatsoever.

17           To the extent that Mattel has endeavored to answer any particular

18   allegation containing any such photographs and headings, any admission concerning

19   the item purported to be depicted in such photograph, or described in such headings,

20   shall not constitute an admission that the photograph is authentic, adequate, or

21   admissible, nor that any heading is accurate, adequate, or admissible.  All such items

22   purportedly depicted in such photographs, and described in such headings, "speak

23   for themselves".  Accordingly, to the extent that any such referenced materials are

24   deemed allegations against Mattel, they are denied.

25                                   Responses

26           1.       Answering paragraph 1 of the Complaint, Mattel admits that

27   plaintiff MGA Entertainment, Inc. ("plaintiff" or "MGA") is a California

28   corporation with a principal place of business in Van Nuys, California.

07209/2035941.2

-4-

1      2.     Answering paragraph 2 of the Complaint, Mattel admits that

2   Mattel is a Delaware corporation with a principal place of business in El Segundo,

3   California.

4      3.     Answering paragraph 3 of the Complaint, Mattel denies that

5   there has been wrongful conduct on its part and states that it is without knowledge

6   or information sufficient to form a belief as to the truth or falsity of the remaining

7   allegations set forth therein and, on that basis, denies them.

8      4.     Answering paragraph 4 of the Complaint, Mattel admits that

9   plaintiff purports to assert claims under the Lanham Act, 15 U.S.C. §§ 1125(a) and

10   (c), California Business and Professions Code §§ 17200 *et seq.*, California Business

11   and Professions Code § 14330 and California common law, denies that plaintiff is

12   entitled to any relief thereunder and denies the truth of the remaining allegations set

13   forth in paragraph 4.

14      5.     Answering paragraph 5 of the Complaint, Mattel admits that it is

15   subject to personal jurisdiction in this District and denies the truth of the remaining

16   allegations set forth in paragraph 5.

17      6.     Answering paragraph 6 of the Complaint, Mattel admits that

18   venue is proper in this District and denies the truth of the remaining allegations set

19   forth in paragraph 6.

20      7.     Answering paragraph 7 of the Complaint, Mattel admits that

21   MGA has filed the instant lawsuit and denies the truth of the remaining allegations

22   set forth in paragraph 7.

23      8.     Answering paragraph 8 of the Complaint, Mattel states that it is

24   without knowledge or information sufficient to form a belief as to the truth or falsity

25   of the allegations regarding MGA's history set forth therein and, on that basis,

26   denies them, states that MGA has made conflicting representations, including in

27   sworn statements, that are at odds with the allegations of the Complaint and denies

28   the truth of the remaining allegations set forth in paragraph 8.

07209/2035941.2

-5-

AMENDED ANSWER AND COUNTERCLAIMS

EXHIBIT ___7___ PAGE 117

1         9.     Answering paragraph 9 of the Complaint, Mattel admits that

2 MGA filed this action, states that Mattel's web site and corporate governance

3 policies speak for themselves and denies the truth of the remaining allegations set

4 forth in paragraph 9.

5         10.    Answering paragraphs 10 through 20 of the Complaint,

6 inclusive, Mattel admits that it is the world's most successful toy company, states

7 that the first doll in its BARBIE line was publicly introduced in 1959 and that

8 BARBIE-branded dolls have been the world's best-selling toys, states that Mattel's

9 sales speak for themselves and states that the remaining allegations set forth therein

10 are the subject of a pending motion to strike pursuant to Federal Rule of Civil

11 Procedure 12(f) and that no further answer is therefore required at this time.

12         11.    Answering paragraph 21 of the Complaint, Mattel admits that

13 products in plaintiff's "Bratz" line compete with products in Mattel's BARBIE and

14 other product lines and states that the remainder of the allegation contained

15 therein—consisting of a sentence fragment—is unintelligible and on that basis

16 denies the truth of any such remaining allegation set forth therein.

17         12.    Answering paragraph 22 of the Complaint, Mattel admits that

18 products in plaintiff's "Bratz" line compete with Mattel products, states that the

19 remainder of the allegations contained therein are characterizations, not factual

20 assertions, and that therefore no response is necessary under Fed. R. Civ. P. 8(b)

21 and, to the extent any further response is required, denies the truth of any remaining

22 allegations set forth therein.

23         13.    Answering paragraph 23 of the Complaint, Mattel states that

24 MGA has made conflicting statements, including in sworn statements, that are

25 inconsistent with the allegations set forth in paragraph 23 of the Complaint and

26 states that it is therefore without knowledge or information sufficient to form a

27 belief as to the truth or falsity of the allegations set forth therein and, on that basis,

28 denies them.

07209/2035941.2

-6-

EXHIBIT ___7___ PAGE 118

1        14.    Answering paragraph 24 of the Complaint, Mattel states that the

2 "look" of the referenced dolls speak for themselves and denies the truth of the

3 remaining allegations set forth therein.  By way of further answer, Mattel states that

4 the photographs and their accompanying caption on page 7 of the Complaint are

5 false and misleading to the extent they are intended to suggest that MGA has

6 produced or used a consistent packaging shape or look or that it has protectible

7 rights in the matters depicted in the photographs.

8        15.    Answering paragraph 25 of the Complaint, Mattel admits that

9 Bratz dolls are between approximately 9.5 to 10 inches in height, states that the

10 appearances of the dolls speak for themselves, denies that "Bratz" dolls are or "were

11 intentionally shorter" than dolls in Mattel's BARBIE line, denies that the "Bratz"

12 dolls "looked like no other" and denies the truth of the remaining allegations set

13 forth in paragraph 25.

14        16.    Answering paragraph 26 of the Complaint, Mattel states that the

15 use of the term "classic" is unintelligible, since Mattel has designed and sold

16 different dolls using different heads and with different fashions and themes over the

17 years, and denies the truth of any remaining allegations.  By way of further answer,

18 Mattel states that the image encaptioned "Mattel's 'Barbie'" on page 8 of the

19 Complaint is misleading in that it depicts one of the doll heads that have been used

20 as part of the BARBIE line for many years, and therefore ignores that Mattel has

21 long designed and sold an array of different BARBIE line dolls that use different

22 doll heads, including doll heads which depict different ethnicities, and that are

23 dressed in different clothing and fashion styles.

24        17.    Answering paragraph 27 of the Complaint, Mattel admits that

25 MGA has used the line "The Girls With a Passion for Fashion" in some contexts,

26 denies that MGA originated or otherwise has rights to that phrase, admits that one

27 audience for products in the "Bratz" line has been "tweens" and denies the truth of

28 the remaining allegations set forth in paragraph 27.

AMENDED ANSWER AND COUNTERCLAIMS

EXHIBIT ___7___ PAGE _11 9_

18.    Answering paragraph 28 of the Complaint, Mattel admits that certain "Bratz" dolls have won certain awards, the terms of which speak for themselves, states that it is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations regarding the "awards" MGA claims and, on that basis, denies them, denies that plaintiff has protectible rights and denies the truth of any remaining allegations set forth in paragraph 28.

19.    Answering paragraph 29 of the Complaint, Mattel admits that dolls in the "Bratz" line compete with dolls in Mattel product lines, denies that Mattel has or has ever had a "stranglehold" on any market, states that the market allegations contained in paragraph 29 are vague and ambiguous, including without limitation in that the allegations fail to specify what products among the parties' respective lines are being referred to and what time period is being referred to, and denies the truth of any remaining allegations set forth in paragraph 29.

20.    Answering paragraph 30 of the Complaint, Mattel admits MGA has been a licensee of Mattel and states that the remaining allegations set forth therein are the subject of a motion to strike and that no further response is therefore required at this time.

21.    Answering paragraph 31 of the Complaint, Mattel states that the allegations set forth therein are the subject of a motion to strike and that no further response is therefore required at this time.

22.    Answering paragraph 32 of the Complaint, Mattel denies the truth of the allegations set forth therein.

23.    Answering paragraph 33 of the Complaint, Mattel denies the truth of the allegations set forth therein.

24.    Answering paragraph 34 of the Complaint, Mattel states that it has released various MY SCENE dolls, including MY SCENE dolls named "Madison", "Chelsea" and "Barbie," states that the appearance of the Bratz and MY SCENE dolls speak for themselves, denies that Mattel designed its MY SCENE

AMENDED ANSWER AND COUNTERCLAIMS

EXHIBIT ___7___ PAGE 120

1  dolls to "evoke" or resemble the alleged "look" of "Bratz" dolls, denies that plaintiff

2  has protectible rights, states that MGA has made conflicting representations that are

3  at odds with the allegations of the Complaint and that it is therefore without

4  knowledge or information sufficient to form a belief as to the truth or falsity of the

5  allegations regarding the "launch" of Bratz dolls set forth therein and, on that basis,

6  denies them, and denies the truth of the remaining allegations set forth therein. By

7  way of further answer, Mattel states that the photographs and their accompanying

8  captions on page 10 of the Complaint are misleading and false to the extent they are

9  intended to suggest that a particular Mattel doll has been changed over time as

10  purportedly depicted. Among other things, Mattel has long designed and sold an

11  array of different BARBIE line dolls using different doll heads, and the photographs

12  encaptioned "Mattel's Traditional 'Barbie'" is one of the doll heads that has been

13  used, and continues to be used, as part of the BARBIE line. In addition, the

14  photographs encaptioned MY SCENE doll "circa 2002" is, in fact, a Mattel doll

15  character called BARBIE that continues to be sold and/or marketed with that head,

16  and the photographs encaptioned MY SCENE doll "circa 2004" depict a MY

17  SCENE doll character separate and apart from the one depicted in the "circa 2002"

18  image (and is not a revised character as plaintiff apparently attempts to imply).

19      25.    Answering paragraph 35 of the Complaint, Mattel admits that

20  Mattel released a product line called FLAVAS, states that the appearance of the

21  FLAVAS dolls speaks for themselves, states that it is without knowledge or

22  information sufficient to form a belief as to the truth or falsity of the allegations

23  regarding the "rumor" relied upon by plaintiff and the undefined "media"

24  purportedly quoting Isaac Larian and, on that basis, denies them, denies that Mattel

25  has abandoned the FLAVAS line, and denies the truth of the remaining allegations

26  set forth in paragraph 35.

27      26.    Answering paragraph 36 of the Complaint, Mattel denies the

28  truth of the allegations set forth therein.

AMENDED ANSWER AND COUNTERCLAIMS

EXHIBIT ___7___ PAGE __12__

27.    Answering paragraph 37 of the Complaint, Mattel denies the truth of the allegations set forth therein.  By way of further answer, Mattel states that the unnumbered photographs and their accompanying captions on pages 11 through 16 of the Complaint -- which apparently were included to purportedly support the allegation that MY SCENE dolls "became 'Bratz,'" which allegation Mattel specifically denies -- are false and misleading.  Among other things, the heads depicted are among an array of different doll heads that Mattel has used, and continues to use, over the course of many years.  Moreover, the images purport to compare different Mattel doll lines to show alleged changes in appearance even though, in fact, each of the heads are currently sold and/or marketed to the public. The "Blonde" series of photographs encaptioned "original" and "recent" MY SCENE is further and specifically misleading in that it purports to compare two differently named and outfitted dolls in the MY SCENE doll line, both of which continue to be sold and/or marketed.

28.    Answering paragraph 38 of the Complaint, Mattel states that the phrase "the 'BRATZ' eye" is unintelligible, denies that MGA has rights therein, denies that MGA was the originator of or the first to use the eye shape or makeup depicted as purportedly constituting "the 'BRATZ' eye," denies that Mattel has copied the "the 'BRATZ' eye" and denies the truth of the remaining allegations contained in paragraph 38.  By way of further answer, Mattel states that the unnumbered photographs and accompanying caption on page 13 of the Complaint are false and misleading.  Among other things, the purported "Original Mattel 'My Scene' Eye" is one of the eye and makeup designs that Mattel has used over the course of many years, and Mattel continues to sell and/or market dolls using the eye and makeup design depicted therein.

29.    Answering paragraph 39 of the Complaint, Mattel states that the phrase "the 'BRATZ' eye" is unintelligible, denies that MGA has rights therein, denies that MGA was the originator of or the first to use the eye shape or makeup

-10-

AMENDED ANSWER AND COUNTERCLAIMS

EXHIBIT ___7___ PAGE 122

1  purportedly described as constituting "the 'BRATZ' eye," denies that Mattel has

2  copied the "the 'BRATZ' eye," states that the relevant dolls speak for themselves

3  and denies the truth of the remaining allegations contained in paragraph 38. By way

4  of further answer, Mattel states that the unnumbered photographs and accompanying

5  captions on page 14 of the Complaint are false and misleading. Among other things,

6  the purported "New Mattel 'My Scene' Eye" is one of the eye and makeup designs

7  that Mattel has used over the course of many years, and Mattel continues to sell

8  and/or market dolls using the eye and makeup design depicted on page 14 of the

9  Complaint.

10      30.   Answering paragraph 40 of the Complaint, Mattel denies the

11  truth of the allegations therein. By way of further answer, Mattel states that the

12  unnumbered photographs and their accompanying captions on pages 15 to 16 are

13  false and misleading. Among other things, the heads depicted are among an array of

14  different doll heads that Mattel has used, and continues to use, over the course of

15  many years. Moreover, the photographs purport to compare different Mattel doll

16  lines to show alleged changes in appearance even though, in fact, each of the heads

17  are currently sold and/or marketed to the public. The "Blonde" series of

18  photographs encaptioned "original" and "recent" MY SCENE is further and

19  specifically misleading in that it purports to compare two differently named and

20  outfitted dolls in the MY SCENE doll line, both of which continue to be sold and/or

21  marketed.

22      31.   Answering paragraph 41 of the Complaint, Mattel denies the

23  truth of the allegations set forth therein.

24      32.   Answering paragraph 42 of the Complaint, Mattel admits that the

25  photographs purport to depict two packages that were, among others, part of the MY

26  SCENE line, state that the packages speak for themselves and denies the truth of any

27  remaining allegations set forth therein.

28

-11-

AMENDED ANSWER AND COUNTERCLAIMS

EXHIBIT ___7___ PAGE ___123___

1    33.    Answering paragraph 43 of the Complaint, Mattel admits that the

2 photograph purports to depict one of the packages that were, among others, part of

3 the MY SCENE line, states that the parties' packages speak for themselves, states

4 that MGA has failed to establish that it originated, or has protectible rights in, an

5 "open and transparent style" for packaging and denies the truth of the remaining

6 allegations set forth therein.

7    34.    Answering paragraph 44 of the Complaint, Mattel admits that

8 one photograph purports to depict one of the packages that were, among others, part

9 of the MY SCENE line, admits that the other photograph purports to depict one of

10 the packages that were, among others, used as part of the Bratz line, states that the

11 parties' packages speak for themselves, denies that MGA originated, or has

12 protectible rights in, "the 'BRATZ' packaging" or in the packaging depicted in the

13 Complaint and denies the truth of any remaining allegations set forth therein.

14    35.    Answering paragraph 45 of the Complaint, Mattel admits that

15 one photograph purports to depict one of the packages that were, among others, part

16 of the MY SCENE line, admits that the other photograph purports to depict one of

17 the packages that were, among others, used as part of the Bratz line, states that the

18 parties' packages speak for themselves, denies that MGA originated, or has

19 protectible rights in, the packaging depicted in the Complaint and denies the truth of

20 any remaining allegations set forth therein.

21    36.    Answering paragraph 46 of the Complaint, Mattel states that it

22 has utilized a wide variety of packaging styles and shapes over the years, states that

23 the relevant packaging speaks for itself, states that MGA lacks protectible rights in

24 "non-rectangular shaped box" packaging or in the other elements MGA claims in

25 paragraph 46, and denies the truth of the remaining allegations set forth therein.

26    37.    Answering paragraph 47 of the Complaint, Mattel denies that

27 any alleged "theme" is "MGA's theme," denies that MGA originated or has rights to

28 any theme and denies the truth of the remaining allegations set forth therein.

07209/2035941.2

-12-

AMENDED ANSWER AND COUNTERCLAIMS

EXHIBIT ___7___ PAGE 124

1            38.    Answering paragraph 48 of the Complaint, Mattel admits that it

2    released a doll called "Chillin Out!", states that it has released such themed dolls

3    over the course of many years, admits MGA released a "Wintertime Wonderland"

4    themed doll, denies that MGA originated or has rights to such theme, states that the

5    relevant products speak for themselves and denies the truth of the remaining

6    allegations set forth therein.

7            39.    Answering paragraph 49 of the Complaint, Mattel admits that it

8    released a doll called "Night on the Town", states that it has released such themed

9    dolls over the course of many years, admits MGA released a "Formal Funk" themed

10   doll, denies that MGA originated or has rights to such theme, states that the relevant

11   products speak for themselves and denies the truth of the remaining allegations set

12   forth therein.

13           40.    Answering paragraph 50 of the Complaint, Mattel admits that it

14   released a doll called "Jammin' in Jamaica" and a playset called "Guava Gulch Tiki

15   Lounge", states that it has released such themed dolls and products over the course

16   of many years, admits that MGA released a "Sun-Kissed Summer" themed doll and

17   playset, denies that MGA originated or has rights to such theme, states that the

18   relevant products speak for themselves and denies the truth of the remaining

19   allegations set forth therein.

20           41.    Answering paragraph 51 of the Complaint, Mattel admits that it

21   has aired television commercials for its MY SCENE line, states that such

22   commercials speak for themselves, denies the truth of the remaining allegations set

23   forth therein and specifically denies that MGA was the originator of or has rights to

24   commercials "combining live action with animated sequences" set to "pop music

25   and lyrics".

26           42.    Answering paragraph 52 of the Complaint, Mattel denies the

27   truth of the allegations set forth therein.

28

-13-

1    43.    Answering paragraph 53 of the Complaint, Mattel admits that it
2  released a MY SCENE "Sound Lounge", admits that MGA released a product called
3  "Runway Disco", states that the relevant products speak for themselves, denies that
4  it "imitated MGA's trapezoidal box," denies that MGA has rights thereto, and
5  denies the truth of the remaining allegations set forth therein.
6    44.    Answering paragraph 54 of the Complaint, Mattel denies the
7  truth of the allegations set forth therein.
8    45.    Answering paragraph 55 of the Complaint, Mattel admits that,
9  among the styling heads it has produced and sold over the course of many years, it
10  released a MY SCENE styling head, admits that MGA released a styling head called
11  "Funky Fashion Makeover Head", states that the relevant products speak for
12  themselves, denies that MGA has protectible rights and denies the truth of the
13  remaining allegations set forth in paragraph 55.
14    46.    Answering paragraph 56 of the Complaint, Mattel is without
15  knowledge or information sufficient to form a belief as to the truth or falsity of the
16  allegations set forth therein because plaintiff fails to identify the alleged instances of
17  confusion, including the source of the unidentified picture titled "Hairstyle practice",
18  and on that basis, denies them, and denies the truth of any remaining allegations set
19  forth in paragraph 56.
20    47.    Answering paragraph 57 of the Complaint, Mattel admits that it
21  has aired television commercials for its MY SCENE line, states that such
22  commercials speak for themselves and denies the truth of the remaining allegations
23  set forth therein.
24    48.    Answering paragraph 58 of the Complaint, Mattel admits that
25  MGA has used the line "The Girls With a Passion for Fashion" in some contexts,
26  denies that MGA originated that phrase or otherwise has rights to it, states that
27  Mattel's web site speaks for itself and denies the truth of the remaining allegations
28  set forth therein.

07209/2035941.2

-14-
AMENDED ANSWER AND COUNTERCLAIMS
EXHIBIT ___7___ PAGE 126

49.     Answering paragraph 59 of the Complaint, Mattel admits that, among the plush products that it has produced and sold over the course of many years, it has released plush dogs as part of its MY SCENE "Miami Getaway" themed product line, states that Mattel has for many years sold plush pets of the type used with its MY SCENE dog, admits that MGA has released various Bratz pets, states that MGA was not the originator of and has no rights to the features and other elements described therein, states that the relevant products speak for themselves and denies the truth of the remaining allegations set forth therein.

50.     Answering paragraph 60 of the Complaint, Mattel admits that, among the plush toys that it has release over the course of many years, its MY SCENE dog has been sold in packaging depicted (in part) on page 22 of the Complaint, states that Mattel has for many years sold plush pets and other plush products in packaging of the type used with its MY SCENE dog, admits that MGA has released a "Bratz" dog, states that MGA was not the originator of and has no rights to the packaging described therein, states that the relevant packages speak for themselves and denies the truth of the remaining allegations set forth therein.

51.     Answering paragraph 61 of the Complaint, Mattel denies that it has intended to cause any consumer confusion and states that it is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations set forth therein concerning unnamed retailers, customers and others because plaintiff fails to identify any source for the matters alleged and, on that basis, denies them and denies the truth of any remaining allegations set forth therein.

52.     Answering paragraph 62 of the Complaint, Mattel denies that it has intended to cause any confusion and states that it is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations set forth therein concerning alleged comments and conversations because plaintiff fails to identify any source for the alleged comments and conversations and, on that

-15-

1   basis, denies them, and denies the truth of any remaining allegations set forth
2   therein.

3        53.    Answering paragraph 63 of the Complaint, Mattel denies that it
4   has intended to cause any confusion and states that it is without knowledge or
5   information sufficient to form a belief as to the truth or falsity of the allegations set
6   forth therein because plaintiff fails to identify any source for the alleged comments
7   and conversations and, on that basis, denies them, and denies the truth of any
8   remaining allegations set forth therein.

9        54.    Answering paragraph 64 of the Complaint, Mattel denies that it
10  has intended to cause any confusion and states that it is without knowledge or
11  information sufficient to form a belief as to the truth or falsity of the allegations set
12  forth therein because plaintiff fails to identify any source for the alleged comments
13  and conversations and, on that basis, denies them, and denies the truth of any
14  remaining allegations set forth therein.

15       55.    Answering paragraph 65 of the Complaint, Mattel denies the
16  truth of the allegations set forth therein.

17       56.    Answering paragraph 66 of the Complaint, Mattel admits that it
18  sued a competitor in the German courts for unfair competition for copying various
19  Mattel BARBIE line products, states that such claims exclusively arose under and
20  were the subject of German law, and denies the truth of the remaining allegations set
21  forth therein.

22       57.    Answering paragraph 67 of the Complaint, Mattel denies the
23  truth of the allegations set forth therein.

24       58.    Answering paragraph 68 of the Complaint, Mattel admits that it
25  has released dolls called "Wee 3 Friends," admits that MGA has released dolls
26  called "4-Ever Best Friends," states that the relevant products speak for themselves,
27  denies that MGA's packaging is distinctive, denies that MGA has protectible rights
28  thereto and denies the truth of the remaining allegations set forth in paragraph 68.

07209/2035941.2

-16-

AMENDED ANSWER AND COUNTERCLAIMS
EXHIBIT ___7___ PAGE __128__

1         59.    Answering paragraph 69 of the Complaint, Mattel admits that its

2  Fisher Price division has released, among other dolls called "Little Mommy," the

3  "Little Mommy Potty Training Baby Doll," admits that MGA has released a

4  "Mommy's Little Patient" doll and denies the truth of the remaining allegations set

5  forth therein.

6         60.    Answering paragraph 70 of the Complaint, Mattel admits that it

7  has released die-cast cars and other products called "Acceleracers" as part of its

8  HOT WHEELS line,  admits that MGA has released products called "AlienRacers,"

9  denies that MGA was the originator of or has rights to the elements and matters

10  described in paragraph 70, states that the relevant products speak for themselves and

11  denies the truth of the remaining allegations set forth therein.

12        61.    Answering paragraph 71 of the Complaint, Mattel admits that it

13  has aired commercials relating to "Acceleracers," states that such commercials

14  speak for themselves, denies the truth of the remaining allegations set forth therein

15  and specifically denies that MGA originated or has rights to commercials and other

16  matters described therein.

17        62.    Answering paragraph 72 of the Complaint, Mattel states that its

18  web site speaks for itself, denies the truth of the remaining allegations contained in

19  paragraph 72 and specifically denies that Mattel intended to create confusion in the

20  marketplace.

21        63.    Answering paragraph 73 of the Complaint, Mattel denies the

22  truth of the allegations set forth therein.

23        64.    Answering paragraph 74 of the Complaint, Mattel denies the

24  truth of the allegations set forth therein.

25        65.    Answering paragraph 75 of the Complaint, Mattel states that it

26  has brought a motion under Federal Rule of Civil Procedure 12 against the

27  allegations set forth therein and that no further response is therefore required at this

28  time.

-17-

AMENDED ANSWER AND COUNTERCLAIMS

EXHIBIT _____ 7 PAGE 129

66.    Answering paragraph 76 of the Complaint, Mattel states that MGA cannot establish subject matter jurisdiction regarding extra-territorial acts, including such acts that are lawful in foreign nations, and denies the truth of allegations set forth therein.

67.    Answering paragraph 77 of the Complaint, Mattel states that MGA cannot establish subject matter jurisdiction regarding extra-territorial acts, including such acts that are lawful in foreign nations, and denies the truth of the allegations set forth therein.

68.    Answering paragraph 78 of the Complaint, Mattel states that it is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations regarding MGA's claimed "shortage of doll hair" and, on that basis, denies them and denies the truth of the remaining allegations set forth therein.

69.    Answering paragraph 79 of the Complaint, Mattel states that MGA cannot establish subject matter jurisdiction regarding extra-territorial acts, including such acts that are lawful in foreign nations, and denies the truth of allegations set forth therein.

70.    Answering paragraph 80 of the Complaint, Mattel denies the truth of the allegations set forth therein.

71.    Answering paragraph 81 of the Complaint, Mattel admits that NPD Funworld ("NPD") supplies sales statistics in *inter alia* the toy, PC games and video games industries, admits that to Mattel's knowledge NPD restricts the use of its subscriber information, states that MGA was sued by NPD and states that it is without it is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations regarding the need of unspecified "toy companies" for NPD statistics and, on that basis, denies them and denies the truth of any remaining allegations set forth therein.

72.    Answering paragraph 82 of the Complaint, Mattel denies the truth of the allegations set forth therein.

-18-

AMENDED ANSWER AND COUNTERCLAIMS

EXHIBIT ___7___ PAGE _130_

1    73.    Answering paragraph 83 of the Complaint, Mattel states that it is

2  without knowledge or information sufficient to form a belief as to the truth or falsity

3  of the allegations set forth therein because MGA fails to quantify its annual

4  subscription fees and, on that basis, denies them.

5    74.    Answering paragraph 84 of the Complaint, Mattel states that it is

6  without it is without knowledge or information sufficient to form a belief as to the

7  truth or falsity of the allegations set forth therein and, on that basis, denies them.

8    75.    Answering paragraph 85 of the Complaint, Mattel states that

9  MGA was sued by NPD, states that it is without knowledge or information sufficient

10  to form a belief as to such nature and grounds for such litigation (to which Mattel

11  was not a party) and, on that basis denies the allegations relating thereto, and denies

12  the truth of the remaining allegations set forth therein.

13    76.    Answering paragraph 86 of the Complaint, Mattel denies the

14  truth of the allegations set forth therein.

15    77.    Answering paragraph 87 of the Complaint, Mattel admits that the

16  Children's Advertising Review Unit ("CARU") is the children's arm of the

17  advertising industry's self-regulation program, states that compliance with CARU's

18  Privacy Program can provide FTC-approved Safe Harbor under the Children's

19  Online Privacy Protection Act ("COPPA"), and denies the truth of the remaining

20  allegations set forth therein.

21    78.    Answering paragraph 88 of the Complaint, Mattel admits that it

22  is one of dozens of CARU Supporters and denies the truth of the remaining

23  allegations set forth therein.

24    79.    Answering paragraph 89 of the Complaint, Mattel denies the

25  truth of the allegations set forth therein.

26    80.    Answering paragraph 90 of the Complaint, Mattel states that it is

27  without knowledge or information sufficient to form a belief as to the truth or falsity

28

07209/2035941.2

-19-

AMENDED ANSWER AND COUNTERCLAIMS

EXHIBIT 7 PAGE 131

1    of the allegations as to the consequences to MGA of MGA's violations of CARU

2    standards and, on that basis, denies them.

3         81.    Answering paragraph 91 of the Complaint, Mattel states that it is

4    without knowledge or information sufficient to form a belief as to the truth or falsity

5    of the allegations as to the consequences to MGA of MGA violation of CARU

6    standards and, on that basis, denies them.

7         82.    Answering paragraph 92 of the Complaint, Mattel admits that the

8    Toy Industry Association, Inc. ("TIA") is a toy industry trade association, admits

9    that at certain times TIA has given awards called the People's Choice Toy of The

10    Year or the Toy of The Year Award, denies that Mattel wrongfully influenced TIA

11    and states that it is without knowledge or information sufficient to form a belief as

12    to the truth or falsity of the remaining allegations set forth therein and, on that basis,

13    denies them.

14         83.    Answering paragraph 93 of the Complaint, Mattel states that the

15    allegations set forth therein are vague and ambiguous, including in that they fail to

16    properly identify the years in which the referenced awards were given and/or the

17    particular product which won such awards, and accordingly lacks knowledge or

18    information sufficient to form a belief as to the truth or falsity of the allegations set

19    forth therein and, on that basis, denies them.

20         84.    Answering paragraph 94 of the Complaint, Mattel admits that

21    Neil Freidman was the chairman of TIA from approximately May 2002 to May

22    2004, states that Fischer Price is a division of Mattel and denies the truth of the

23    remaining allegations set forth therein.

24         85.    Answering paragraph 95 of the Complaint, Mattel admits that

25    Hokey Pokey Elmo won the Toy of the Year Award and denies the truth of the

26    remaining allegations set forth therein.

27

28

07209/2035941.2

-20-