QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  johnquinn@quinnemanuel.com
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
  Timothy L. Alger (Bar No. 160303)
  (timalger@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>**DISCOVERY MATTER**<br><br>[To Be Heard By Discovery Master Hon. Edward Infante (Ret.) Pursuant To The Court's Order Of December 6, 2006]<br><br>[PUBLIC REDACTED]<br>DECLARATION OF SCOTT B. KIDMAN IN SUPPORT OF MATTEL, INC.'S MOTION TO COMPEL CARTER BRYANT TO ANSWER REQUESTS FOR ADMISSION OR ORDER REQUESTS ADMITTED AND FOR MONETARY SANCTIONS<br><br>Hearing Date: TBA<br>Time: TBA<br>Place: TBA<br><br>Discovery Cut-off: October 22, 2007<br>Pre-trial Conference: January 14, 2008<br>Trial Date: February 12, 2008 |

07209/2152717.1

KIDMAN DECLARATION ISO MATTEL INC.'S MOTION TO COMPEL

I, Scott B. Kidman, declare as follows:

1. I am a member of the bar of the State of California and a partner at Quinn Emanuel Urquhart Oliver & Hedges, LLP, attorneys for Mattel, Inc. ("Mattel"). I make this declaration of personal, firsthand knowledge and, if called and sworn as a witness, I could and would testify competently thereto.

2. Attached as Exhibit 1 is a true and correct copy of Mattel, Inc.'s Third Set of Requests for Admission to Carter Bryant, dated February 28, 2007.

3. Attached as Exhibit 2 is a true and correct copy of Carter Bryant's Responses to Mattel, Inc.'s Third Set of Requests for Admission, dated March 30, 2007.

4. Attached as Exhibit 3 is a true and correct copy of a letter from Michael T. Zeller to Douglas A. Wickham, dated April 25, 2007.

5. Attached as Exhibit 4 is true and correct copy of a letter from Christa Anderson to Michael T. Zeller, dated May 15, 2007.

6. During the parties' meet and confer conference on May 23, 2007, Christa Anderson, counsel for Carter Bryant, represented that Bryant had not interpreted to term "BRATZ" to require the existence of a physical doll during the time period identified in the request or the term "BRATZ WORK" to require a then-existing physical doll in responding to Mattel's prior discovery requests that used those exact same terms.

7. Attached as Exhibit 5 is a true and correct copy of a letter from Scott B. Kidman to John E. Trinidad, dated June 18, 2007.

8. Attached as Exhibit 6 is a true and correct copy of Carter Bryant's Supplemental and Amended Responses to Mattel, Inc.'s Third Set of Requests for Admission, dated May 29, 2007.

9. During the parties' meet and confer conference on June 5, 2007, John Trinidad, counsel for Carter Bryant, indicated that Bryant would stand on his objections to Request Nos. 100, 106, 112, 118, 126, 127, 129, 131, 133, 135, 137,

139, 141 and 143 as set forth in Bryant's Supplemental and Amended Responses to Mattel's Third Set of Requests for Admission.

10.  Mattel has incurred attorneys' fees and costs in excess of $3,500.00 in bringing this motion. I spent more than 8 hours of time preparing the motion, for a total of more than $5,400.00 at my billing rate of $675.00 per hour.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 26th day of June, 2007, at Los Angeles, California.

*Scott B. Kidman*