**Exhibit 1**

1  QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
     John B. Quinn (Bar No. 90378)
2    (johnquinn@quinnemanuel.com)
     Michael T. Zeller (Bar No. 196417)
3    (michaelzeller@quinnemanuel.com)
     Jon D. Corey (Bar No. 185066)
4    (joncorey@quinnemanuel.com)
   865 South Figueroa Street, 10th Floor
5  Los Angeles, California  90017-2543
   Telephone:  (213) 443-3000
6  Facsimile:  (213) 443-3100

7  Attorneys for Mattel, Inc.

8

9                    UNITED STATES DISTRICT COURT

10                  CENTRAL DISTRICT OF CALIFORNIA

11                         EASTERN DIVISION

12

| 13 | CARTER BRYANT, an individual, | CASE NO. CV 04-09049 SGL (RNBx) |
|---|---|---|
| 14 | Plaintiff, | Consolidated with Case Nos. CV 04-9059 and CV 05-2727 |
| 15 | v. | Hon. Stephen G. Larson |
| 16-17 | MATTEL, INC., a Delaware Corporation, | MATTEL, INC.'S THIRD SET OF REQUESTS FOR ADMISSION TO CARTER BRYANT |
| 18 | Defendant, | |
| 19-20 | AND CONSOLIDATED ACTIONS. | |

21

22

23              **CONFIDENTIAL - ATTORNEY'S EYES ONLY**

24              **SUBJECT TO PROTECTIVE ORDER**

25

26

27                                   EXHIBIT __1__ PAGE __3__

28

07209/2063107.2

5.    "BRATZ WORK" means any representation of BRATZ, whether in whole or in part, whether two-dimensional or three-dimensional, and whether in tangible, digital, electronic or other form, including but not limited to all works, designs, artwork, sketches, drawings, illustrations, representations, depictions, blueprints, schematics, diagrams, images, photographs, sculptures, prototypes, models, samples, reductions to practice, developments, inventions and/or improvements, as well as all other items, things and DOCUMENTS in which any of the foregoing are or have been expressed, embodied, contained, fixed or reflected in any manner, whether in whole or in part.

6.    "MATTEL" means plaintiff and counter-defendant Mattel, Inc., its current employees, officers, directors, agents, representatives, attorneys, parents, subsidiaries, divisions, AFFILIATES, predecessors-in-interest and successors-in-interest, and any other PERSON acting on its behalf, pursuant to its authority or subject to its control.

7.    "PERSON" or "PERSONS" means all natural persons, partnerships, corporations, joint ventures and any kind of business, legal or public entity or organization, as well as its, his or her agents, representatives, employees, officers and directors and any one else acting on its, his or her behalf, pursuant to its, his or her authority or subject to its, his or her control.

8.    "DOCUMENT" or "DOCUMENTS" means all "writings" and "recordings" as those terms are defined in Rule 34 of the Federal Rules of Civil Procedure and Rule 1001 of the Federal Rules of Evidence, including, but not limited to, all writings and records of every type and description including, but not limited to, contracts, agreements, correspondence, memoranda, letters, facsimiles, electronic mail ("e-mail"), records of telephone conversations, handwritten and typewritten notes of any kind, statements, reports, minutes, recordings, transcripts and summaries of meetings, voice recordings, pictures, photographs, drawings, computer cards, tapes, discs, printouts and records of all types, studies, instruction

1   manuals, policy manuals and statements, books, pamphlets, invoices, canceled

2   checks and every other device or medium by which or through which information of

3   any type is transmitted, recorded or preserved.  Without any limitation on the

4   foregoing, the term "DOCUMENT" shall include all copies that differ in any respect

5   from the original or other versions of the DOCUMENT, including, but not limited

6   to, all drafts and all copies of such drafts or originals containing initials, comments,

7   notations, insertions, corrections, marginal notes, amendments or any other variation

8   of any kind.

9        9.    "THIS ACTION" refers to *Mattel, Inc. v. Bryant*, Case No. CV

10   04-9059 SGL (RNBx), filed by Mattel on April 27, 2004.

11        10.    The singular form of a noun or pronoun includes within its

12   meaning the plural form of the noun or pronoun so used, and vice versa; the use of

13   the masculine form of a pronoun also includes within its meaning the feminine form

14   of the pronoun so used, and vice versa; the use of any tense of any verb includes

15   also within its meaning all other tenses of the verb so used, whenever such

16   construction results in a broader request for information; and "and" includes "or"

17   and vice versa, whenever such construction results in a broader disclosure of

18   documents or information.

19

20

21                    **Requests for Admission**

22

23   REQUEST FOR ADMISSION NO. 1:

24        Admit that the document attached hereto as Exhibit 1 is a true and

25   correct copy of a registration MGA obtained from the U.S. Copyright Office as of

26   June 18, 2001.

27

28

EXHIBIT  1  PAGE  6

1  REQUEST FOR ADMISSION NO. 2:

2          Admit that the document attached hereto as Exhibit 2 is a true and

3  correct copy of a supplementary registration MGA obtained from the U.S.

4  Copyright Office as of March 28, 2005.

5

6  REQUEST FOR ADMISSION NO. 3:

7          Admit that the document attached hereto as Exhibit 3 is a true and

8  correct copy of a registration MGA obtained from the U.S. Copyright Office as of

9  December 22, 2003.

10

11  REQUEST FOR ADMISSION NO. 4:

12          Admit that the document attached hereto as Exhibit 4 is a true and

13  correct copy of a supplementary registration MGA obtained from the U.S.

14  Copyright Office as of March 28, 2005.

15

16  REQUEST FOR ADMISSION NO. 5:

17          Admit that the document attached hereto as Exhibit 5 is a true and

18  correct copy of a registration MGA obtained from the U.S. Copyright Office as June

19  18, 2001.

20

21  REQUEST FOR ADMISSION NO. 6:

22          Admit that the document attached hereto as Exhibit 6 is a true and

23  correct copy of a supplementary registration MGA obtained from the U.S.

24  Copyright Office as of March 28, 2005.

25

26

27

28                                   EXHIBIT __1__ PAGE __7__

-4-

REQUEST FOR ADMISSION NO. 7:

      Admit that the document attached hereto as Exhibit 7 is a true and correct copy of a registration MGA obtained from the U.S. Copyright Office as of December 22, 2003.

REQUEST FOR ADMISSION NO. 8:

      Admit that the document attached hereto as Exhibit 8 is a true and correct copy of a supplementary registration MGA obtained from the U.S. Copyright Office as of March 28, 2005.

REQUEST FOR ADMISSION NO. 9:

      Admit that the document attached hereto as Exhibit 9 is a true and correct copy of a registration MGA obtained from the U.S. Copyright Office as of June 18, 2001.

REQUEST FOR ADMISSION NO. 10:

      Admit that the document attached hereto as Exhibit 10 is a true and correct copy of a supplementary registration MGA obtained from the U.S. Copyright Office as of March 28, 2005.

REQUEST FOR ADMISSION NO. 11:

      Admit that the document attached hereto as Exhibit 11 is a true and correct copy of a registration MGA obtained from the U.S. Copyright Office as of December 22, 2003.

EXHIBIT \_\_\_1\_\_\_ PAGE \_\_8\_\_

1    REQUEST FOR ADMISSION NO. 12:

2            Admit that the document attached hereto as Exhibit 12 is a true and

3    correct copy of a supplementary registration MGA obtained from the U.S.

4    Copyright Office as of March 28, 2005.

5

6    REQUEST FOR ADMISSION NO. 13:

7            Admit that the document attached hereto as Exhibit 13 is a true and

8    correct copy of a registration MGA obtained from the U.S. Copyright Office as of

9    June 18, 2001.

10

11   REQUEST FOR ADMISSION NO. 14:

12           Admit that the document attached hereto as Exhibit 14 is a true and

13   correct copy of a supplementary registration MGA obtained from the U.S.

14   Copyright Office as of March 28, 2005.

15

16   REQUEST FOR ADMISSION NO. 15:

17           Admit that the document attached hereto as Exhibit 15 is a true and

18   correct copy of a registration MGA obtained from the U.S. Copyright Office as of

19   December 22, 2003.

20

21   REQUEST FOR ADMISSION NO. 16:

22           Admit that the document attached hereto as Exhibit 16 is a true and

23   correct copy of a supplementary registration MGA obtained from the U.S.

24   Copyright Office as of March 28, 2005.

25

26

27

28

EXHIBIT ___1___ PAGE _9_

07209/2063107.2

-6-

REQUEST FOR ADMISSION NO. 17:

Admit that the document attached hereto as Exhibit 17 is a true and correct copy of a registration MGA obtained from the U.S. Copyright Office as of December 22, 2003.

REQUEST FOR ADMISSION NO. 18:

Admit that the document attached hereto as Exhibit 18 is a true and correct copy of a registration MGA obtained from the U.S. Copyright Office as of March 28, 2005.

REQUEST FOR ADMISSION NO. 19:

Admit that the document attached hereto as Exhibit 19 is a true and correct copy of a registration MGA obtained from the U.S. Copyright Office on or about March 25, 2002.

REQUEST FOR ADMISSION NO. 20:

Admit that the document attached hereto as Exhibit 20 is a true and correct copy of a supplementary registration MGA obtained from the U.S. Copyright Office as of March 28, 2005.

REQUEST FOR ADMISSION NO. 21:

Admit that the document attached hereto as Exhibit 21 is a true and correct copy of a certificate of registration MGA obtained from the U.S. Copyright Office as of January 25, 2006.

EXHIBIT ___1___ PAGE ___10___

-7-

MATTEL'S THIRD SET OF REQUESTS FOR ADMISSION PROPOUNDED TO CARTER BRYANT

**REQUEST FOR ADMISSION NO. 22:**

Admit that the document attached hereto as Exhibit 22 is a true and correct copy of a certificate of registration MGA obtained from the U.S. Copyright Office as of January 25, 2006.

**REQUEST FOR ADMISSION NO. 23:**

Admit that the document attached hereto as Exhibit 23 is a true and correct copy of a certificate of registration MGA obtained from the U.S. Copyright Office as of January 25, 2006.

**REQUEST FOR ADMISSION NO. 24:**

Admit that the document attached hereto as Exhibit 24 is a true and correct copy of a certificate of registration MGA obtained from the U.S. Copyright Office as of January 25, 2006.

**REQUEST FOR ADMISSION NO. 25:**

Admit that the document attached hereto as Exhibit 25 is a true and correct copy of a certificate of registration MGA obtained from the U.S. Copyright Office as of January 25, 2006.

**REQUEST FOR ADMISSION NO. 26:**

Admit that the document attached hereto as Exhibit 26 is a true and correct copy of a certificate of registration MGA obtained from the U.S. Copyright Office as of February 1, 2006.

EXHIBIT ___l___ PAGE ___ll___

REQUEST FOR ADMISSION NO. 27:

Admit that the document attached hereto as Exhibit 27 is a true and correct copy of a certificate of registration MGA obtained from the U.S. Copyright Office as of February 1, 2006.

REQUEST FOR ADMISSION NO. 28:

Admit that the document attached hereto as Exhibit 28 is a true and correct copy of a certificate of registration MGA obtained from the U.S. Copyright Office as of March 1, 2004.

REQUEST FOR ADMISSION NO. 29:

Admit that the document attached hereto as Exhibit 29 is a true and correct copy of a certificate of registration MGA obtained from the U.S. Copyright Office on or about February 2, 2004.

REQUEST FOR ADMISSION NO. 30:

Admit that the document attached as Exhibit 30 includes a true and correct copy of a contract between MGA and YOU.

REQUEST FOR ADMISSION NO. 31:

Admit that the document attached as Exhibit 31 is a true and correct copy of a contract between Mattel, Inc. and YOU that YOU executed on or about January 4, 1999.

REQUEST FOR ADMISSION NO. 32:

Admit that the document attached as Exhibit 32 is a true and correct copy of the MATTEL Proprietary Information Checkout executed by YOU on or about October 19, 2000.

EXHIBIT ___1___ PAGE ___12___

1  REQUEST FOR ADMISSION NO. 33:

2      Admit that YOU do not contest that the contract between MGA and YOU

3  attached as Exhibit 30 is valid.

4

5  REQUEST FOR ADMISSION NO. 34:

6      Admit that YOU do not contest that the contract between MGA and YOU

7  attached as Exhibit 30 is enforceable.

8

9  REQUEST FOR ADMISSION NO. 35:

10      Admit that YOU informed MGA prior to October 20, 2000 that YOU

11  were then a MATTEL employee.

12

13  REQUEST FOR ADMISSION NO. 36:

14      Admit that, prior to October 20, 2000, Isaac Larian attended at least one

15  meeting with YOU regarding BRATZ.

16

17  REQUEST FOR ADMISSION NO. 37:

18      Admit that, prior to October 20, 2000, Isaac Larian attended more than

19  one meeting with YOU regarding BRATZ.

20

21  REQUEST FOR ADMISSION NO. 38:

22      Admit that Isaac Larian attended at least one meeting with YOU

23  regarding BRATZ during the time that YOU were employed by MATTEL.

24

25  REQUEST FOR ADMISSION NO. 39:

26      Admit that Isaac Larian attended more than one meeting with YOU

27  regarding BRATZ during the time that YOU were employed by MATTEL.

28

EXHIBIT ___1___ PAGE ___13___

-10-

MATTEL'S THIRD SET OF REQUESTS FOR ADMISSION PROPOUNDED TO CARTER BRYANT

1   REQUEST FOR ADMISSION NO. 40:

2          Admit that Isaac Larian attended at least one meeting with YOU

3   regarding BRATZ at a time when MGA was aware that YOU were employed by

4   MATTEL.

5

6   REQUEST FOR ADMISSION NO. 41:

7          Admit that Isaac Larian attended more than one meeting with YOU

8   regarding BRATZ at a time when MGA was aware that YOU were employed by

9   MATTEL.

10

11  REQUEST FOR ADMISSION NO. 42:

12         Admit that YOU performed work on BRATZ between January 1, 2000

13  and October 20, 2000.

14

15  REQUEST FOR ADMISSION NO. 43:

16         Admit that YOU performed work on BRATZ between August 1, 1999

17  and January 1, 2000.

18

19  REQUEST FOR ADMISSION NO. 44:

20         Admit that YOU performed work on BRATZ during the time that YOU

21  were employed by MATTEL.

22

23  REQUEST FOR ADMISSION NO. 45:

24         Admit that, prior to October 20, 2000, MGA was aware that YOU

25  performed work on BRATZ during the time that YOU were employed by

26  MATTEL.

27

28                                        EXHIBIT ____ 1 ____ PAGE __14__

1   REQUEST FOR ADMISSION NO. 46:

2          Admit that YOU created at least one design for BRATZ between

3   August 1, 1999 and January 1, 2000.

4

5   REQUEST FOR ADMISSION NO. 47:

6          Admit that YOU created more than one design for BRATZ between

7   August 1, 1999 and January 1, 2000.

8

9   REQUEST FOR ADMISSION NO. 48:

10          Admit that YOU created at least one design for BRATZ between

11   January 1, 2000 and October 20, 2000.

12

13   REQUEST FOR ADMISSION NO. 49:

14          Admit that YOU created more than one design for BRATZ between

15   January 1, 2000 and October 20, 2000.

16

17   REQUEST FOR ADMISSION NO. 50:

18          Admit that YOU created at least one BRATZ WORK between August

19   1, 1999 and January 1, 2000.

20

21   REQUEST FOR ADMISSION NO. 51:

22          Admit that YOU created more than one BRATZ WORK between

23   January 1, 2000 and October 20, 2000.

24

25   REQUEST FOR ADMISSION NO. 52:

26          Admit that YOU created at least one BRATZ WORK between August

27   1, 1999 and January 1, 2000.

28

EXHIBIT __1__ PAGE __15__

1  REQUEST FOR ADMISSION NO. 53:

2       Admit that YOU created more than one BRATZ WORK between

3  January 1, 2000 and October 20, 2000.

4

5  REQUEST FOR ADMISSION NO. 54:

6       Admit that YOU created at least one BRATZ WORK during the time

7  that YOU were employed by MATTEL.

8

9  REQUEST FOR ADMISSION NO. 55:

10      Admit that YOU created more than one BRATZ WORK during the

11  time that YOU were employed by MATTEL.

12

13  REQUEST FOR ADMISSION NO. 56:

14      Admit that, prior to October 20, 2000, MGA was aware that YOU had

15  created at least one BRATZ WORK during the time that YOU were employed by

16  MATTEL.

17

18  REQUEST FOR ADMISSION NO. 57:

19      Admit that, prior to October 20, 2000, MGA was aware that YOU had

20  created more than one BRATZ WORK during the time that YOU were employed by

21  MATTEL.

22

23  REQUEST FOR ADMISSION NO. 58:

24      Admit that, as of the time of these Requests, MGA was aware that

25  YOU had created at least one BRATZ WORK during the time that YOU were

26  employed by MATTEL.

27

28                                      EXHIBIT ___1___ PAGE __16__

1  REQUEST FOR ADMISSION NO. 59:

2          Admit that, as of the time of these Requests, MGA was aware that

3  YOU had created more than one BRATZ WORK during the time that YOU were

4  employed by MATTEL.

5

6  REQUEST FOR ADMISSION NO. 60:

7          Admit that YOU created at least one design for BRATZ during the time

8  that YOU were employed by MATTEL.

9

10  REQUEST FOR ADMISSION NO. 61:

11          Admit that YOU created more than one design for BRATZ during the

12  time that YOU were employed by MATTEL.

13

14  REQUEST FOR ADMISSION NO. 62:

15          Admit that, prior to October 20, 2000, MGA was aware that YOU

16  created at least one design for BRATZ during the time that YOU were employed by

17  MATTEL.

18

19  REQUEST FOR ADMISSION NO. 63:

20          Admit that, prior to October 20, 2000, MGA was aware that YOU

21  created more than one design for BRATZ during the time that YOU were employed

22  by MATTEL.

23

24  REQUEST FOR ADMISSION NO. 64:

25          Admit that, as of the time of these Requests, MGA was aware that

26  YOU had created at least one design for BRATZ during the time that YOU were

27  employed by MATTEL.

28

EXHIBIT ___1___ PAGE 17

1   REQUEST FOR ADMISSION NO. 65:

2          Admit that, as of the time of these Requests, MGA was aware that

3   YOU had created more than one design for BRATZ during the time that YOU were

4   employed by MATTEL.

5

6   REQUEST FOR ADMISSION NO. 66:

7          Admit that, prior to October 20, 2000, YOU received at least one

8   payment from MGA for work YOU performed on BRATZ.

9

10   REQUEST FOR ADMISSION NO. 67:

11         Admit that, prior to October 20, 2000, YOU received more than one

12   payment from MGA for work YOU performed on BRATZ.

13

14   REQUEST FOR ADMISSION NO. 68:

15         Admit that MGA made at least one payment to YOU during the time

16   that YOU were employed by MATTEL.

17

18   REQUEST FOR ADMISSION NO. 69:

19         Admit that MGA made more than one payment to YOU during the time

20   that YOU were employed by MATTEL.

21

22   REQUEST FOR ADMISSION NO. 70:

23         Admit that YOU received at least one payment from MGA during the

24   time that YOU were employed by MATTEL for work YOU performed on BRATZ.

25

26

27

28

EXHIBIT ___1___ PAGE ___18___

1  REQUEST FOR ADMISSION NO. 71:

2          Admit that YOU received more than one payment from MGA during

3  the time that YOU were employed by MATTEL for work YOU performed on

4  BRATZ.

5

6  REQUEST FOR ADMISSION NO. 72:

7          Admit that YOU received, during the time that YOU were employed by

8  MATTEL, at least one payment from MGA for work YOU performed on BRATZ.

9

10  REQUEST FOR ADMISSION NO. 73:

11          Admit that YOU received, during the time that YOU were employed by

12  MATTEL, more than one payment from MGA for work YOU performed on

13  BRATZ.

14

15  REQUEST FOR ADMISSION NO. 74:

16          Admit that MGA made at least one payment to YOU at a time when

17  MGA was aware that YOU were employed by MATTEL.

18

19  REQUEST FOR ADMISSION NO. 75:

20          Admit that MGA made more than one payment to YOU at a time when

21  MGA was aware that YOU were employed by MATTEL.

22

23  REQUEST FOR ADMISSION NO. 76:

24          Admit that MGA made at least one payment to YOU at a time when

25  MGA was aware that YOU were employed by MATTEL for work YOU performed

26  on BRATZ.

27

28                                    EXHIBIT ___|___ PAGE __19__

07209/2063107.2

-16-

1  REQUEST FOR ADMISSION NO. 77:

2        Admit that MGA made more than one payment to YOU at a time when

3  MGA was aware that YOU were employed by MATTEL for work YOU performed

4  on BRATZ.

5

6  REQUEST FOR ADMISSION NO. 78:

7        Admit that, during the time YOU were employed by MATTEL, YOU

8  entered into a contract with MGA Entertainment, Inc. which obligated YOU to

9  provide product design services to MGA Entertainment, Inc. on a "top priority

10  basis."

11

12  REQUEST FOR ADMISSION NO. 79:

13        Admit that, during the time YOU were employed by MATTEL, YOU

14  entered into a contract with MGA Entertainment, Inc. whereby YOU assigned to

15  MGA Entertainment, Inc. all then-existing intellectual property rights to BRATZ

16  that YOU had created.

17

18  REQUEST FOR ADMISSION NO. 80:

19        Admit that, prior to July 1, 2003, MGA had not issued any press release

20  that identified YOU as the creator of BRATZ.

21

22  REQUEST FOR ADMISSION NO. 81:

23        Admit that YOU are not aware of any press report or publication that

24  identified YOU as the creator of BRATZ prior to July 15, 2003.

25

26

27

28

EXHIBIT ____1____ PAGE __20__

-17-

MATTEL'S THIRD SET OF REQUESTS FOR ADMISSION PROPOUNDED TO CARTER BRYANT

1    REQUEST FOR ADMISSION NO. 82:

2            Admit that the first press report or publication that identified YOU as

3    the creator of BRATZ was the *Wall Street Journal* article entitled "Dolled Up: To

4    Lure Older Girls, Mattel Brings in Hip-Hop Crowd" and published on July 18, 2003.

5

6    REQUEST FOR ADMISSION NO. 83:

7            Admit that, as of the date of these Requests, MGA has not recorded the

8    agreement produced by YOU as BRYANT 00794-BRYANT 0000799, or any

9    version thereof, with the U.S. Copyright Office.

10

11   REQUEST FOR ADMISSION NO. 84:

12           Admit that, as of the date of these Requests, MGA has not recorded the

13   agreement produced by YOU as BRYANT 00794-BRYANT 0000799, or any

14   version thereof, with any state or federal agency, department or entity.

15

16   REQUEST FOR ADMISSION NO. 85:

17           Admit that, as of the date of these Requests, MGA has not recorded the

18   agreement produced by MGA as MGA000001-MGA000006, or any version thereof,

19   with the U.S. Copyright Office.

20

21   REQUEST FOR ADMISSION NO. 86:

22           Admit that, as of the date of these Requests, MGA have not recorded

23   the agreement produced by MGA as MGA000001-MGA000006, or any version

24   thereof, with any state or federal agency, department or entity.

25

26

27

28

EXHIBIT ____ PAGE ____

MATTEL'S THIRD SET OF REQUESTS FOR ADMISSION PROPOUNDED TO CARTER BRYANT

07209/2063107.2

1  REQUEST FOR ADMISSION NO. 87:

2       Admit that, as of the date of these Requests, YOU have not recorded

3  the agreement produced by MGA as MGA000001-MGA000006, or any version

4  thereof, with the U.S. Copyright Office.

5

6  REQUEST FOR ADMISSION NO. 88:

7       Admit that, as of the date of these Requests, YOU have not recorded

8  the agreement produced by MGA as MGA000001-MGA000006, or any version

9  thereof, with any state or federal agency, department or entity.

10

11  REQUEST FOR ADMISSION NO. 89:

12       Admit that, as of the date of these Requests, YOU have not recorded

13  the agreement produced by YOU as BRYANT 00794-BRYANT 0000799, or any

14  version thereof, with the U.S. Copyright Office.

15

16  REQUEST FOR ADMISSION NO. 90:

17       Admit that, as of the date of these Requests, YOU have not recorded

18  the agreement produced by YOU as BRYANT 00794-BRYANT 0000799, or any

19  version thereof, with any state or federal agency, department or entity.

20

21  REQUEST FOR ADMISSION NO. 91:

22       Admit that, as of November 7, 2006, MGA had not recorded the

23  agreement produced by YOU as BRYANT 00794-BRYANT 0000799, or any

24  version thereof, with the U.S. Copyright Office.

25

26

27

28

EXHIBIT ___1___ PAGE __22__

**REQUEST FOR ADMISSION NO. 92:**

Admit that, as of November 7, 2006, MGA had not recorded the agreement produced by YOU as BRYANT 00794-BRYANT 0000799, or any version thereof, with any state or federal agency, department or entity.

**REQUEST FOR ADMISSION NO. 93:**

Admit that, as of November 7, 2006, MGA had not recorded the agreement produced by MGA as MGA000001-MGA000006, or any version thereof, with the U.S. Copyright Office.

**REQUEST FOR ADMISSION NO. 94:**

Admit that, as of November 7, 2006, MGA had not recorded the agreement produced by MGA as MGA000001-MGA000006, or any version thereof, with any state or federal agency, department or entity.

**REQUEST FOR ADMISSION NO. 95:**

Admit that, as of November 7, 2006, YOU had not recorded the agreement produced by MGA as MGA000001-MGA000006, or any version thereof, with the U.S. Copyright Office.

**REQUEST FOR ADMISSION NO. 96:**

Admit that, as of November 7, 2006, YOU had not recorded the agreement produced by MGA as MGA000001-MGA000006, or any version thereof, with any state or federal agency, department or entity.

EXHIBIT __1__ PAGE __23__

1  REQUEST FOR ADMISSION NO. 97:

2        Admit that, as of November 7, 2006, YOU had not recorded the

3  agreement produced by YOU as BRYANT 00794-BRYANT 0000799, or any

4  version thereof, with the U.S. Copyright Office.

5

6  REQUEST FOR ADMISSION NO. 98:

7        Admit that, as of November 7, 2006, YOU had not recorded the

8  agreement produced by YOU as BRYANT 00794-BRYANT 0000799, or any

9  version thereof, with any state or federal agency, department or entity.

10

11 REQUEST FOR ADMISSION NO. 99:

12       Admit that MGA represented to the U.S. Copyright Office that the

13 work registered as VA 1-090-287 is a derivative of the work registered as VA 1-

14 218-487.

15

16 REQUEST FOR ADMISSION NO. 100:

17       Admit that the work registered as VA 1-090-287 is a derivative of the

18 work registered as VA 1-218-487.

19

20 REQUEST FOR ADMISSION NO. 101:

21       Admit that the work registered as VA 1-090-287 is substantially similar

22 to the work registered as VA 1-218-487.

23

24 REQUEST FOR ADMISSION NO. 102:

25       Admit that, before THIS ACTION was filed, MGA represented to the

26 U.S. Copyright Office that the work registered as VA 1-090-287 was created in

27 2000.

28

EXHIBIT ___1___ PAGE __24__

1  REQUEST FOR ADMISSION NO. 103:

2      Admit that, after THIS ACTION was filed, MGA filed with the U.S.

3  Copyright Office a Form CA stating that the work registered as VA 1-090-287 was

4  created in 2001.

5

6  REQUEST FOR ADMISSION NO. 104:

7      Admit that the work registered as VA 1-090-287 was created in 2000.

8

9  REQUEST FOR ADMISSION NO. 105:

10     Admit that the doll that is depicted in the deposit for registration VA 1-

11  090-287 was created in 2000.

12

13  REQUEST FOR ADMISSION NO. 106:

14     Admit that MGA represented to the U.S. Copyright Office that the

15  work registered as VA 1-090-288 is a derivative of the work registered as VA 1-

16  218-488.

17

18  REQUEST FOR ADMISSION NO. 107:

19     Admit that the work registered as VA 1-090-288 is a derivative of the

20  work registered as VA 1-218-488.

21

22  REQUEST FOR ADMISSION NO. 108:

23     Admit that the work registered as VA 1-090-288 is substantially similar

24  to the work registered as VA 1-218-488.

25

26

27

28

EXHIBIT ___ PAGE _25_

07209/2063107.2

-22-

REQUEST FOR ADMISSION NO. 109:

Admit that, before THIS ACTION was filed, MGA represented to the U.S. Copyright Office that the work registered as VA 1-090-288 was created in 2000.

REQUEST FOR ADMISSION NO. 110:

Admit that, after THIS ACTION was filed, MGA filed with the U.S. Copyright Office a Form CA stating that the work registered as VA 1-090-288 was created in 2001.

REQUEST FOR ADMISSION NO. 111:

Admit that the work registered as VA 1-090-288 was created in 2000.

REQUEST FOR ADMISSION NO. 112:

Admit that the doll that is depicted in the deposit for registration VA 1-090-288 was created in 2000.

REQUEST FOR ADMISSION NO. 113:

Admit that MGA represented to the U.S. Copyright Office that the work registered as VA 1-090-289 is a derivative of the work registered as VA 1-218-490.

REQUEST FOR ADMISSION NO. 114:

Admit that the work registered as VA 1-090-289 is a derivative of the work registered as VA 1-218-490.

EXHIBIT ___1___ PAGE __26__

07209/2063107.2

MATTEL'S THIRD SET OF REQUESTS FOR ADMISSION PROPOUNDED TO CARTER BRYANT

1  REQUEST FOR ADMISSION NO. 115:

2          Admit that the work registered as VA 1-090-289 is substantially similar

3  to the work registered as VA 1-218-490.

4

5  REQUEST FOR ADMISSION NO. 116:

6          Admit that, before THIS ACTION was filed, MGA represented to the

7  U.S. Copyright Office that the work registered as VA 1-090-289 was created in

8  2000.

9

10  REQUEST FOR ADMISSION NO. 117:

11          Admit that, after THIS ACTION was filed, MGA filed with the U.S.

12  Copyright Office a Form CA stating that the work registered as VA 1-090-289 was

13  created in 2001.

14

15  REQUEST FOR ADMISSION NO. 118:

16          Admit that the work registered as VA 1-090-289 was created in 2000.

17

18  REQUEST FOR ADMISSION NO. 119:

19          Admit that the doll that is depicted in the deposit for registration VA 1-

20  090-289 was created in 2000.

21

22  REQUEST FOR ADMISSION NO. 120:

23          Admit that MGA represented to the U.S. Copyright Office that the

24  work registered as VA 1-090-290 is a derivative of the work registered as VA 1-

25  218-491.

26

27

28

EXHIBIT ___1___ PAGE 27

REQUEST FOR ADMISSION NO. 121:

Admit that the work registered as VA 1-090-290 is a derivative of the work registered as VA 1-218-491.

REQUEST FOR ADMISSION NO. 122:

Admit that the work registered as VA 1-090-290 is substantially similar to the work registered as VA 1-218-491.

REQUEST FOR ADMISSION NO. 123:

Admit that, before THIS ACTION was filed, MGA represented to the U.S. Copyright Office that the work registered as VA 1-090-290 was created in 2000.

REQUEST FOR ADMISSION NO. 124:

Admit that, after THIS ACTION was filed, MGA filed with the U.S. Copyright Office a Form CA stating that the work registered as VA 1-090-290 was created in 2001.

REQUEST FOR ADMISSION NO. 125:

Admit that the work registered as VA 1-090-290 was created in 2000.

REQUEST FOR ADMISSION NO. 126:

Admit that the doll that is depicted in the deposit for registration VA 1-090-290 was created in 2000.

EXHIBIT ___1___ PAGE ___28___

-25-

MATTEL'S THIRD SET OF REQUESTS FOR ADMISSION PROPOUNDED TO CARTER BRYANT

1  REQUEST FOR ADMISSION NO. 127:

2        Admit that, before THIS ACTION was filed, MGA represented to the

3  U.S. Copyright Office that the work registered as VA 1-148-305 was created in

4  2000.

5

6  REQUEST FOR ADMISSION NO. 128:

7        Admit that, after THIS ACTION was filed, MGA filed with the U.S.

8  Copyright Office a Form CA stating that the work registered as VA 1-148-305 was

9  created in 2001.

10

11  REQUEST FOR ADMISSION NO. 129:

12        Admit that the work registered as VA 1-148-305 was created in 2000.

13

14  REQUEST FOR ADMISSION NO. 130:

15        Admit that the work registered as VA 1-148-305 is a derivative work.

16

17  REQUEST FOR ADMISSION NO. 131:

18        Admit that the work registered as VA 1-148-305 is derivative of

19  BRYANT 00278 and BRYANT 01071.

20

21  REQUEST FOR ADMISSION NO. 132:

22        Admit that the work registered as VA 1-148-305 is substantially similar

23  to BRYANT 00278 and BRYANT 01071.

24

25  REQUEST FOR ADMISSION NO. 133:

26        Admit that MGA represented to the U.S. Copyright Office that the

27  work registered as VA 1-340-165 is a derivative of the works registered as VA 1-

28

EXHIBIT ___1___ PAGE __25__

1  218-487, VA 1-218-488, VA 1-218-489, VA 1-218-490, VA 1-218-491, VA 1-301-

2  529, VA 1-301-530, VA 1-301-528, VA 1-301-531 and VA 1-301-532.

3

4  REQUEST FOR ADMISSION NO. 134:

5       Admit that the work registered as VA 1-340-165 is a derivative of the

6  works registered as VA 1-218-487, VA 1-218-488, VA 1-218-489, VA 1-218-490,

7  VA 1-218-491, VA 1-301-529, VA 1-301-530, VA 1-301-528, VA 1-301-531 and

8  VA 1-301-532.

9

10 REQUEST FOR ADMISSION NO. 135:

11      Admit that MGA represented to the U.S. Copyright Office that the

12 work registered as VA 1-340-167 is a derivative of the works registered as VA 1-

13 218-487, VA 1-218-488, VA 1-218-489, VA 1-218-490, VA 1-218-491, VA 1-301-

14 529, VA 1-301-530, VA 1-301-528, VA 1-301-531 and VA 1-301-532.

15

16 REQUEST FOR ADMISSION NO. 136:

17      Admit that the work registered as VA 1-340-167 is a derivative of the

18 works registered as VA 1-218-487, VA 1-218-488, VA 1-218-489, VA 1-218-490,

19 VA 1-218-491, VA 1-301-529, VA 1-301-530, VA 1-301-528, VA 1-301-531 and

20 VA 1-301-532.

21

22 REQUEST FOR ADMISSION NO. 137:

23      Admit that MGA represented to the U.S. Copyright Office that the

24 work registered as VA 1-340-168 is a derivative of the works registered as VA 1-

25 218-487, VA 1-218-488, VA 1-218-489, VA 1-218-490, VA 1-218-491, VA 1-301-

26 529, VA 1-301-530, VA 1-301-528, VA 1-301-531 and VA 1-301-532.

27

28                                        EXHIBIT __I__ PAGE __30__

1  REQUEST FOR ADMISSION NO. 138:

2      Admit that the work registered as VA 1-340-168 is a derivative of the

3  works registered as VA 1-218-487, VA 1-218-488, VA 1-218-489, VA 1-218-490,

4  VA 1-218-491, VA 1-301-529, VA 1-301-530, VA 1-301-528, VA 1-301-531 and

5  VA 1-301-532.

6

7  REQUEST FOR ADMISSION NO. 139:

8      Admit that MGA represented to the U.S. Copyright Office that the

9  work registered as VA 1-340-169 is a derivative of the works registered as VA 1-

10  218-487, VA 1-218-488, VA 1-218-489, VA 1-218-490, VA 1-218-491, VA 1-301-

11  529, VA 1-301-530, VA 1-301-528, VA 1-301-531 and VA 1-301-532.

12

13  REQUEST FOR ADMISSION NO. 140:

14      Admit that the work registered as VA 1-340-169 is a derivative of the

15  works registered as VA 1-218-487, VA 1-218-488, VA 1-218-489, VA 1-218-490,

16  VA 1-218-491, VA 1-301-529, VA 1-301-530, VA 1-301-528, VA 1-301-531 and

17  VA 1-301-532.

18

19  REQUEST FOR ADMISSION NO. 141:

20      Admit that MGA represented to the U.S. Copyright Office that the

21  work registered as VA 1-340-170 is a derivative of the works registered as VA 1-

22  218-487, VA 1-218-488, VA 1-218-489, VA 1-218-490, VA 1-218-491, VA 1-301-

23  529, VA 1-301-530, VA 1-301-528, VA 1-301-531 and VA 1-301-532.

24

25  REQUEST FOR ADMISSION NO. 142:

26      Admit that the work registered as VA 1-340-170 is a derivative of the

27  works registered as VA 1-218-487, VA 1-218-488, VA 1-218-489, VA 1-218-490,

28

EXHIBIT __1__ PAGE _31_

1  VA 1-218-491, VA 1-301-529, VA 1-301-530, VA 1-301-528, VA 1-301-531 and
2  VA 1-301-532.

3

4  REQUEST FOR ADMISSION NO. 143:

5      Admit that MGA represented to the U.S. Copyright Office that the
6  work registered as VA 1-334-487 is a derivative of the works registered as VA 1-
7  218-487, VA 1-218-488, VA 1-218-489, VA 1-218-490, VA 1-218-491, VA 1-301-
8  529, VA 1-301-530, VA 1-301-528, VA 1-301-531 and VA 1-301-532.

9

10  REQUEST FOR ADMISSION NO. 144:

11      Admit that the work registered as VA 1-334-487 is a derivative of the
12  works registered as VA 1-218-487, VA 1-218-488, VA 1-218-489, VA 1-218-490,
13  VA 1-218-491, VA 1-301-529, VA 1-301-530, VA 1-301-528, VA 1-301-531 and
14  VA 1-301-532.

15

16  REQUEST FOR ADMISSION NO. 145:

17      Admit that MGA represented to the U.S. Copyright Office that the
18  work registered as VA 1-334-488 is a derivative of the works registered as VA 1-
19  218-487, VA 1-218-488, VA 1-218-489, VA 1-218-490, VA 1-218-491, VA 1-301-
20  529, VA 1-301-530, VA 1-301-528, VA 1-301-531 and VA 1-301-532.

21

22  REQUEST FOR ADMISSION NO. 146:

23      Admit that the work registered as VA 1-334-488 is a derivative of the
24  works registered as VA 1-218-487, VA 1-218-488, VA 1-218-489, VA 1-218-490,
25  VA 1-218-491, VA 1-301-529, VA 1-301-530, VA 1-301-528, VA 1-301-531 and
26  VA 1-301-532.

27

28  EXHIBIT ___1___ PAGE 32

MATTEL'S THIRD SET OF REQUESTS FOR ADMISSION PROPOUNDED TO CARTER BRYANT

07209/2063107.2

1   REQUEST FOR ADMISSION NO. 147:

2       Admit that MGA represented to the U.S. Copyright Office that the

3   work registered as VA 1-233-104 is a derivative of the works registered as VA 1-

4   218-487, VA 1-218-488, VA 1-218-489, VA 1-218-490, VA 1-218-491, VA 1-090-

5   287, VA 1-090-288, VA 1-090-289 and VA 1-090-290.

6

7   REQUEST FOR ADMISSION NO. 148:

8       Admit that the work registered as VA 1-233-104 is a derivative of the

9   works registered as VA 1-218-487, VA 1-218-488, VA 1-218-489, VA 1-218-490,

10  VA 1-218-491, VA 1-090-287, VA 1-090-288, VA 1-090-289 and VA 1-090-290.

11

12

13  DATED: March 1, 2007          QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

14

15                                By _____

16                                Michael T. Zeller
                                  Attorneys for Mattel, Inc.

28                                EXHIBIT ___ PAGE 33

07209/2063107.2                   -30-

**Exhibit 1**

EXHIBIT ___1___ PAGE __34__



**FORM VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

**VA 1–090–287**

EFFECTIVE DATE OF REGISTRATION

**JUN 1 8 2001**

Month    Day    Year

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**TITLE OF THIS WORK ▼**  NATURE OF THIS WORK ▼ See Instructions

Jade Doll Configuration, Accessories and Packaging

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**Publication as a Contribution** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.    Title of Collective Work ▼

If published in a periodical or serial give:  Volume ▼    Number ▼    Issue Date ▼    On Pages ▼

---

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**2 a** NAME OF AUTHOR ▼
ABC International Traders, Inc. d/b/a
MGA Entertainment

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ U.S.A. _____

Was This Author's Contribution to the Work
Anonymous?  ☐ Yes  ☒ No
Pseudonymous?  ☐ Yes  ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Check appropriate box(es). See instructions
☒ 3-Dimensional sculpture  ☐ Map  ☐ Technical drawing
☐ 2-Dimensional artwork  ☐ Photograph  ☐ Text
☐ Reproduction of work of art  ☐ Jewelry design  ☐ Architectural work

**b** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ _____

Was This Author's Contribution to the Work
Anonymous?  ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Check appropriate box(es). See instructions
☐ 3-Dimensional sculpture  ☐ Map  ☐ Technical drawing
☐ 2-Dimensional artwork  ☐ Photograph  ☐ Text
☐ Reproduction of work of art  ☐ Jewelry design  ☐ Architectural work

**3 a** Year in Which Creation of This Work Was Completed
2000
◀ Year    This information must be given in all cases.

**b** Date and Nation of First Publication of This Particular Work
Day  February  12  Year  2001
United States of America  ◀ Nation

**4** COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼
ABC International Traders, Inc. d/b/a
MGA Entertainment
16730 Schoenborn Street, North Hills, CA  91343

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED
JUL 16 2001
ONE DEPOSIT RECEIVED
JUL 16 2001
TWO DEPOSITS RECEIVED

FUNDS RECEIVED

MORE ON BACK ▶
• Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.    • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of ___ pages

EXAMINED BY JLH

CHECKED BY

☐ CORRESPONDENCE
Yes

FORM VA

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☒ No If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: **Previous Registration Number** ▼          **Year of Registration** ▼

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

See instructions
before completing
this space.

b. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                    Account Number ▼

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼
Lucy B. Arant c/o Russ, August, Kabat & Kent
12424 Wilshire Boulevard, Suite 1200
Los Angeles, California  90025

Area code and daytime telephone number ▶ (310) 826-7474, ext. 270          Fax number ▶ 310 826-4415
Email ▶ larant@raklaw.com

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of  **ABC International Traders, Inc.**
                         Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**Typed or printed name and date** ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
Lucy B. Arant                                           Date ▶ 7/16/01

Handwritten signature (X) ▼
X _Lucy B. Arant_

Certificate
will be
mailed in
window
envelope
to this
address:

Name ▼
Lucy B. Arant c/o Russ, August, Kabat & Kent
Number/Street/Apt ▼
12424 Wilshire Boulevard, Suite 1200
City/State/ZIP ▼
Los Angeles, California  90025

**9**

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.
June 1999—100,000                    ⊛ PRINTED ON RECYCLED PAPER                    ⋆U.S. GOVERNMENT PRINTING OFFICE: 1999-454-879/71

EXHIBIT __1__ PAGE __36__







EXHIBIT __1__ PAGE __37__



EXHIBIT ___1___ PAGE __38__

**Exhibit 2**

EXHIBIT ___1___ PAGE __39__

Copyright Office fees are subject to change
For current fees, check the Copyright Office
website at *www copyright gov*, write the Copy-
right Office, or call (202) 707-3000

*143 940   854*



**Form CA**
For Supplementary Registration
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

**VA 1-301-533**

TX | TXU | PA | PAU (VA) VAU | SR | SRU | RE

EFFECTIVE DATE OF SUPPLEMENTARY REGISTRATION

*March 28 2005*

Month   Day   Year

**DO NOT WRITE ABOVE THIS LINE IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET**

**A**

Title of Work ▼
Jade Doll Configuration, Accessories and Packaging

Registration Number of the Basic Registration ▼
VA 1-090-287

Year of Basic Registration ▼
2001

Name(s) of Author(s) ▼
ABC International Traders, Inc d/b/a MGA Entertainment, Inc

Name(s) of Copyright Claimant(s) ▼
↳ ABC International Traders, Inc. d/b/a MGA Entertainment

**B**

Location and Nature of Incorrect Information in Basic Registration ▼
Line Number ___2a___     Line Heading or Description Nature of Authorship

Incorrect Information as It Appears in Basic Registration ▼
Only "3-dimensional sculpture" box checked

Corrected Information ▼
Additional box "2-dimensional artwork" should be checked

Explanation of Correction ▼

**C**

Location and Nature of Information in Basic Registration to be Amplified ▼
Line Number ___5___     Line Heading or Description Previous Registration

Amplified Information and Explanation of Information ▼

"No" box - checked, 5c box - unchecked
"Yes" box should be checked, 5c box should be checked

This basic registration VA 1-090-287 for the Jade Doll Configuration, Accessories and Packaging, should cite to registration VA 1-218-487 (December 22, 2003) for the Jade Drawing, which was registered after this basic registration but prior to the filing of this Form CA, and should include the following additional information

Line 6a - Derivative Work
    Jade Drawing (VA 1-218-487)

Line 6b - Material Added
    3-dimensional doll, sculpt, artwork and packaging

**MORE ON BACK ▶**  • Complete all applicable spaces (D-G) on the reverse side of this page
                    • See detailed instructions   Sign the form at Space F

DO NOT WRITE HERE
Page 1 of ___ pages

EXHIBIT  1  PAGE  40

⊸ Added from C.O. records.

| FORM CA RECEIVED | 4/25/05 | FORM CA |
|---|---|---|
| FUNDS RECEIVED DATE | 3/28/05 | |
| EXAMINED BY | wm | FOR COPYRIGHT OFFICE USE ONLY |
| CORRESPONDENCE ☒ | | |
| REFERENCE TO THIS REGISTRATION ADDED TO BASIC REGISTRATION ☒ YES ☐ NO | | |

DO NOT WRITE ABOVE THIS LINE  IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET

Continuation of ☒ Part B or ☐ Part C

**D**

Line 3a - Year of Completion
        Incorrect information   2000
        Corrected information   2001

Line 3b - Year of Publication
        Incorrect information   February 12, 2001
        Corrected information   At least as early as May 21, 2001

**E**

Correspondence Give name and address to which correspondence about this application should be sent
Carol A. Witschel
White & Case LLP
1155 Avenue of the Americas
New York, New York  10036
Phone ( 212  819-8200         Fax ( 212  354-8113         Email  cwitschel@whitecase.com

Deposit Account If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account

Name

Account Number

**F**

Certification* I, the undersigned, hereby certify that I am the (Check only one)
☐ author          ☐ owner of exclusive right(s)       MGA Entertainment Inc.
☐ other copyright claimant  ☒ duly authorized agent of
                                        Name of author or other copyright claimant, or owner of exclusive right(s) ▲
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge

Typed or printed name  Carol A. Witschel                    Date ▼  4/22/05

Handwritten signature (X) ▼  Carol A Witschel

**G**

Certificate will be mailed in window envelope to this address

Name ▼  Carol A. Witschel ~ White & Case LLP
Number/Street/Apt ▼  1155 Avenue of the Americas
City/State/ZIP ▼  New York, New York  10036

17 U S C § 506(e)  Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2 500

Rev July 2002—20 000   Web Rev July 2002   Printed on recycled paper                    US Government Printing Office 2000-461-452/60 000

EXHIBIT   I   PAGE  41

**Exhibit 3**

EXHIBIT ___1___ PAGE 42



**Certificate of Registration**

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**FORM VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

**VA 1-218-487**

EFFECTIVE DATE OF REGISTRATION

**DEC 22 2003**
Month    Day    Year

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET

**1**
Title of This Work ▼
JADE Drawing

NATURE OF THIS WORK ▼ See instructions
color drawing

Previous or Alternative Titles ▼

Publication as a Contribution If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give  Volume ▼     Number ▼     Issue Date ▼     On Pages ▼

**2**

**NOTE**
Under the law, the author of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**a** NAME OF AUTHOR ▼
Carter Bryant

DATES OF BIRTH AND DEATH
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☒ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of ___ USA
     Domiciled in ___

Was This Author's Contribution to the Work
Anonymous?     ☐ Yes  ☒ No
Pseudonymous?   ☐ Yes  ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

Nature of Authorship Check appropriate box(es) See instructions
☐ 3-Dimensional sculpture     ☐ Map              ☐ Technical drawing
☒ 2-Dimensional artwork       ☐ Photograph       ☐ Text
☐ Reproduction of work of art ☐ Jewelry design   ☐ Architectural work

**b** Name of Author ▼

Dates of Birth and Death
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of ___
     Domiciled in ___

Was This Author's Contribution to the Work
Anonymous?     ☐ Yes  ☐ No
Pseudonymous?   ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

Nature of Authorship Check appropriate box(es) See instructions
☐ 3-Dimensional sculpture     ☐ Map              ☐ Technical drawing
☐ 2-Dimensional artwork       ☐ Photograph       ☐ Text
☐ Reproduction of work of art ☐ Jewelry design   ☐ Architectural work

**3**
**a** Year in Which Creation of This Work Was Completed   1998   This information must be given in all cases.

**b** Date and Nation of First Publication of This Particular Work
Complete this information ONLY if this work has been published.
Month February   Day 12   Year 2001
Nation U.S.A.

**4**
COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼
MGA Entertainment Inc 16730 Schoenborn Street
North Hills CA 91343 6122

Transfer If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼
Assignment

APPLICATION RECEIVED
ONE DEPOSIT RECEIVED
TWO DEPOSITS RECEIVED   DEC 22 2003
FUNDS RECEIVED

MORE ON BACK ▶ • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.     • Sign the form at line 8.

Page 1 of ___ pages

EXHIBIT ___1___ PAGE 43

EXAMINED BY _____    FORM VA

CHECKED BY

☐ CORRESPONDENCE
   Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes ☐ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

**5**

a ☐ This is the first published edition of a work previously registered in unpublished form.

b ☐ This is the first application submitted by this author as copyright claimant.

c ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼      Year of Registration ▼

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.

a **6**

a Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

b Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

b

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

**7**

Name ▼      Account Number ▼

a

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼

b

Larry W McFarland   Keats McFarland & Wilson LLP
9720 Wilshire Boulevard Penthouse Suite
Beverly Hills California 90212

Area code and daytime telephone number   (310) 248 3830      Fax number   (310) 860 0363

Email   lmcfarland@kmwlaw.com

**CERTIFICATION** I, the undersigned, hereby certify that I am the

check only one ▶ ☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of   MGA Entertainment  Inc
                         Name of author or other copyright claimant, or owner of exclusive right(s) ▲

**8**

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Larry W McFarland      Date   December 16 2003

Handwritten signature (X) ▼

X _____

Certificate
will be
mailed in
window
envelope
to this
address

**9**

Name ▼
Larry W McFarland   Keats McFarland & Wilson LLP

Number/Street/Apt ▼
9720 Wilshire Boulevard Penthouse Suite

City/State/ZIP ▼
Beverly Hills California 90212

EXHIBIT   1   PAGE   44

VA 1-218-487

LIBRARY OF CONGRESS
DEC 2 2 2003    TT
COPY_____
COPYRIGHT OFFICE

EXHIBIT ___1___ PAGE __45__



EXHIBIT ___1___ PAGE ___46___

**Exhibit 4**

EXHIBIT ___1___ PAGE __47__



1-139-0876

ject to change
opyright Office
write the Copy-
700

**Form CA**
For Supplementary Registration
UNITED STATES COPYRIGHT OFFICE

VA 1–301–529

| TX | TXU | PA | PAU | VA | VAU | SR | SRU | RE |

EFFECTIVE DATE OF SUPPLEMENTARY REGISTRATION

March 28 2005

Month    Day    Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**A**
Title of Work ▼
**Jade Drawing**

Registration Number of the Basic Registration ▼
**VA 1-218-487**

Year of Basic Registration ▼
**2003**

Name(s) of Author(s) ▼
**Carter Bryant**

Name(s) of Copyright Claimant(s) ▼
**MGA Entertainment, Inc**

**B**
Location and Nature of Incorrect Information in Basic Registration ▼

Line Number _____ 3b _____   Line Heading or Description **Date of Publication**

Incorrect Information as It Appears in Basic Registration ▼

**February 12, 2001**

Corrected Information ▼

**at least as early as May 21, 2001**

Explanation of Correction ▼

**C**
Location and Nature of Information in Basic Registration to be Amplified ▼

Line Number _____   Line Heading or Description _____

Amplified Information and Explanation of Information ▼

---

EXHIBIT ___1___ PAGE __48__

FORM CA RECEIVED

MAR 28 2005
FUNDS RECEIVED DATE

FORM CA

EXAMINED BY

CORRESPONDENCE

REFERENCE TO THIS REGISTRATION ADDED TO
BASIC REGISTRATION  ☐ YES ☐ NO

FOR
COPYRIGHT
OFFICE
USE
ONLY

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET
Continuation of ☐ Part B or ☐ Part C

**D**

Correspondence  Give name and address to which correspondence about this application should be sent
Carol A. Witschel
White & Case LLP
1155 Avenue of the Americas
New York, New York  10036
Phone ( 212 ) 819-8200          Fax ( 212 ) 354-8113          Email cwitschel@whitecase.com

Deposit Account  If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account
Name

Account Number   A ⸱ ⸱ 13

**E**

Certification*  I, the undersigned, hereby certify that I am the (Check only one)
☐ author                  ☐ owner of exclusive right(s)  MGA Entertainment Inc.
☐ other copyright claimant ☒ duly authorized agent of   _____
                                    Name of author or other copyright claimant, or owner of exclusive right(s) ▲
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge

Typed or printed name ▼ Carol A. Witschel                    Date ▼ March 24, 2005

Handwritten signature (X) ▼   _Carol A. Witschel_

**F**

Certificate
will be
mailed in
window
envelope
to this
address

Name ▼   Carol A. Witschel - White & Case LLP

Number/Street/Apt ▼   1155 Avenue of the Americas

City/State/ZIP ▼   New York, New York  10036

**G**

17 U.S.C. § 506(e) Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev: July 2002—20,000  Web Rev: July 2002  Printed on recycled paper                    U.S. Government Printing Office: 2002-491-862/60009

EXHIBIT  1  PAGE  49

**Exhibit 5**

EXHIBIT ___1___ PAGE __50__



# FORM VA

For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

VA 1-880-286

EFFECTIVE DATE OF REGISTRATION

JUN 18 2001

Month    Day    Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**TITLE OF THIS WORK ▼**                                                          **NATURE OF THIS WORK ▼** See Instructions

Sasha Doll Configuration, Accessories and Packaging

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**Publication as a Contribution** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.    **Title of Collective Work ▼**

If published in a periodical or serial give:  **Volume ▼**    **Number ▼**    **Issue Date ▼**    **On Pages ▼**

---

**NAME OF AUTHOR ▼**
ABC International Traders, Inc. d/b/a
MGA Entertainment

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

**Author's Nationality or Domicile** Name of Country
OR { Citizen of ▶
      Domiciled in ▶ U.S.A.

**Was This Author's Contribution to the Work**
Anonymous?    ☐ Yes  ☒ No    If the answer to either of these questions is "Yes," see detailed instructions.
Pseudonymous?    ☐ Yes  ☒ No

**NATURE OF AUTHORSHIP** Check appropriate box(es). **See Instructions**
☒ 3-Dimensional sculpture    ☐ Map    ☐ Technical drawing
☐ 2-Dimensional artwork    ☐ Photograph    ☐ Text
☐ Reproduction of work of art    ☐ Jewelry design    ☐ Architectural work

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**Author's Nationality or Domicile**
OR { Citizen of ▶
      Domiciled in ▶

**Was This Author's Contribution to the Work**
Anonymous?    ☐ Yes  ☐ No    If the answer to either of these questions is "Yes," see detailed instructions.
Pseudonymous?    ☐ Yes  ☐ No

**NATURE OF AUTHORSHIP** Check appropriate box(es). **See Instructions**
☐ 3-Dimensional sculpture    ☐ Map    ☐ Technical drawing
☐ 2-Dimensional artwork    ☐ Photograph    ☐ Text
☐ Reproduction of work of art    ☐ Jewelry design    ☐ Architectural work

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

---

**Year in Which Creation of This Work Was Completed**  2000
◀ Year
This information must be given in all cases.

**Date and Nation of First Publication of This Particular Work**
Complete this information ONLY if this work has been published.
Month ▶ February    Day ▶ 12    Year ▶ 2001
Nation ▶ United States of America
◀ Nation

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼
ABC International Traders, Inc. d/b/a
MGA Entertainment
16730 Schoenborn Street, North Hills, CA 91343

**Transfer** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

See instructions before completing this space.

**APPLICATION RECEIVED**
JUN 18 2001
**ONE DEPOSIT RECEIVED**
JUN 18 2001
**TWO DEPOSITS RECEIVED**

**FUNDS RECEIVED**

---

**MORE ON BACK ▶**
• Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.    • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of ____ pages

EXHIBIT _____    PAGE 51

EXAMINED BY

CHECKED BY

☐ CORRESPONDENCE
   Yes

FORM VA

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes  ☒ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼         Year of Registration ▼

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

See instructions
before completing
this space.

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                                          Account Number ▼

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/ZIP ▼
Lucy B. Arant c/o Russ, August, Kabat & Kent
12424 Wilshire Boulevard, Suite 1200
Los Angeles, California  90025

Area code and daytime telephone number ▶ ( 310  826-7474, ext. 270       Fax number ▶ 310 , 826-4415
Email ▶ larant@raklaw.com

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of  ABC International Traders, Inc.
   Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
Lucy B. Arant                                              Date ▶ 7/16/01

Handwritten signature (X) ▼
X  Lucy B. Arant

Certificate
will be
mailed in
window
envelope
to this
address:

Name ▼
Lucy B. Arant c/o Russ, August, Kabat & Kent
Number/Street/Apt ▼
12424 Wilshire Boulevard, Suite 1200
City/State/ZIP ▼
Los Angeles, California  90025

9

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.
June 1999—100,000                     ⊕ PRINTED ON RECYCLED PAPER                    ☆U.S. GOVERNMENT PRINTING OFFICE: 1999-454-879/71

EXHIBIT ___1___ PAGE __52__





EXHIBIT ___<u>1</u>___ PAGE <u>53</u>



EXHIBIT __1__   PAGE __54__

**Exhibit 6**

EXHIBIT ___1___ PAGE __55__