**Copyright Office fees are subject to change**
For current fees, check the Copyright Office website at *www.copyright.gov*, write the Copyright Office, or call (202) 707-3000.



**Form CA**
For Supplementary Registration
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

**VA 1-391-534**

TX | TXU | PA | PAU | VA | VAU | SR | SRU | RE

EFFECTIVE DATE OF SUPPLEMENTARY REGISTRATION

*March   28   2005*
Month    Day    Year

*143  940  887*

---

DO NOT WRITE ABOVE THIS LINE  IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET

**A**

Title of Work ▼
**Sasha Doll Configuration, Accessories and Packaging**

| Registration Number of the Basic Registration ▼ | Year of Basic Registration ▼ |
|---|---|
| VA 1-090-288 | 2001 |

| Name(s) of Author(s) ▼ | Name(s) of Copyright Claimant(s) ▼ |
|---|---|
| ABC International Traders, Inc  d/b/a MGA Entertainment, Inc | * ABC International Traders, Inc. d/b/a MGA Entertainment |

---

**B**

Location and Nature of Incorrect Information in Basic Registration ▼

Line Number _____ 2a _____ Line Heading or Description  Nature of Authorship

Incorrect Information as It Appears in Basic Registration ▼

Only "3-dimensional sculpture" box checked

Corrected Information ▼

Additional box "2-dimensional artwork" should be checked

Explanation of Correction ▼

---

**C**

Location and Nature of Information in Basic Registration to be Amplified ▼

Line Number _____ 5 _____ Line Heading or Description  Previous Registration

Amplified Information and Explanation of Information ▼

"No" box - checked, 5c box - unchecked
"Yes" box should be checked, 5c box should be checked

This basic registration VA 1-090-288 for the Sasha Doll Configuration, Accessories and Packaging, should cite to registration VA 1-218-488 (December 22, 2003) for the Sasha Drawing, which was registered after this basic registration but prior to the filing of this Form CA, and should include the following additional information

Line 6a - Derivative Work
          Sasha Drawing (VA 1-218-488)

Line 6b - Material Added
          3-dimensional doll, sculpt, artwork and packaging

---

MORE ON BACK ▶  • Complete all applicable spaces (D-G) on the reverse side of this page
                • See detailed instructions  • Sign the form at Space F

DO NOT WRITE HERE
Page 1 of _2_ pages

EXHIBIT __1__   PAGE __56__

\* Added from C.O. records.

| FORM CA RECEIVED | FORM CA |
| 4/25/05 | |
| FUNDS RECEIVED DATE | |
| 3/28/05 | |
| EXAMINED BY   wm | FOR COPYRIGHT OFFICE USE ONLY |
| CORRESPONDENCE ☒ | |
| REFERENCE TO THIS REGISTRATION ADDED TO BASIC REGISTRATION ☒YES ☐ NO | |

DO NOT WRITE ABOVE THIS LINE  IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET

Continuation of ☒ Part B or ☐ Part C

**D**

Line 3a - Year of Completion
     Incorrect information   2000
     Corrected information   2001

Line 3b - Year of Publication
     Incorrect information   February 12, 2001
     Corrected information   At least as early as May 21, 2001

Correspondence Give name and address to which correspondence about this application should be sent

**E**

Carol A. Witschel
White & Case LLP
1155 Avenue of the Americas
New York, New York  10036
Phone ( 212 819-8200          Fax ( 212 354-8113          Email  cwitschel@whitecase.com

Deposit Account If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account

Name

Account Number

Certification* I, the undersigned, hereby certify that I am the (Check only one)
☐ author          ☐ owner of exclusive right(s)
☐ other copyright claimant   ☒ duly authorized agent of   MGA Entertainment Inc.
                                           Name of author or other copyright claimant, or owner of exclusive right(s) ▲
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge

**F**

Typed or printed name ▼   Carol A. Witschel          Date ▼  4/22/05

Handwritten signature (X) ▼  _Carol A Witschel_

| Certificate will be mailed in window envelope to this address | Name ▼   Carol A. Witschel - White & Case LLP |
| | Number/Street/Apt ▼   1155 Avenue of the Americas |
| | City/State/ZIP ▼   New York, New York  10036 |

**G**

17 U.S.C. § 506(e)  Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev July 2003—20,000   Web Rev July 2002   Printed on recycled paper          U.S. Government Printing Office: 2003-491-423/60 009

EXHIBIT  1  PAGE 57

**Exhibit 7**

EXHIBIT ____l____ PAGE __58__

**Additional Certificate (17 U.S.C. )**
# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**FORM VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

VA 1-218-488

**EFFECTIVE DATE OF REGISTRATION**

DEC 2 2 2003

| Month | Day | Year |

---

**DO NOT WRITE ABOVE THIS LINE  IF YOU NEED MORE SPACE  USE A SEPARATE CONTINUATION SHEET**

**1**
Title of This Work ▼
SASHA Drawing

NATURE OF THIS WORK ▼ See instructions
color drawing

Previous or Alternative Titles ▼

Publication as a Contribution  If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared  Title of Collective Work ▼

If published in a periodical or serial give  Volume ▼    Number ▼    Issue Date ▼    On Pages ▼

**2**
**a**
NAME OF AUTHOR ▼
Carter Bryant

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of   U S A
     Domiciled in _____

Was This Author's Contribution to the Work
Anonymous?    ☐ Yes  ☒ No    If the answer to either of these questions is "Yes," see detailed instructions
Pseudonymous?  ☐ Yes  ☒ No

Nature of Authorship  Check appropriate box(es) See instructions
☐ 3 Dimensional sculpture
☒ 2 Dimensional artwork
☐ Reproduction of work of art
☐ Map
☐ Photograph
☐ Jewelry design
☐ Technical drawing
☐ Text
☐ Architectural work

**NOTE**
Under the law, the author of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was made for hire check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part and leave the space for dates of birth and death blank.

**b**
Name of Author ▼

Dates of Birth and Death
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of _____
     Domiciled in _____

Was This Author's Contribution to the Work
Anonymous?    ☐ Yes  ☐ No    If the answer to either of these questions is "Yes," see detailed instructions
Pseudonymous?  ☐ Yes  ☐ No

Nature of Authorship  Check appropriate box(es) See instructions
☐ 3 Dimensional sculpture
☐ 2 Dimensional artwork
☐ Reproduction of work of art
☐ Map
☐ Photograph
☐ Jewelry design
☐ Technical drawing
☐ Text
☐ Architectural work

**3**
**a** Year in Which Creation of This Work Was Completed
1998
This information must be given in all cases.

**b** Date and Nation of First Publication of This Particular Work
Month February   Day 12   Year 2001
Nation U S A

**4**
COPYRIGHT CLAIMANT(S)  Name and address must be given even if the claimant is the same as the author given in space 2 ▼
MGA Entertainment Inc  16730 Schoenborn Street
North Hills  CA  91343 6122

Transfer  If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright ▼
Assignment

APPLICATION RECEIVED
DEC 2 2 2003
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
DEC 2 2 2003
FUNDS RECEIVED

MORE ON BACK ▶  Complete all applicable spaces (numbers 5-9) on the reverse side of this page  See detailed instructions  Sign the form at line 8

Page 1 of _____ pages

EXHIBIT   1   PAGE   55

| EXAMINED BY | | FORM VA |
|---|---|---|
| CHECKED BY | | |
| ☐ CORRESPONDENCE Yes | | FOR COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes ☑ No If your answer is Yes, why is another registration being sought? (Check appropriate box.) ▼

**a** ☐ This is the first published edition of a work previously registered in unpublished form.

**b** ☐ This is the first application submitted by this author as copyright claimant.

**c** ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is Yes, give: Previous Registration Number ▼          Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.

**a** Preexisting Material Identify any preexisting work or works that this work is based on or incorporates ▼

**b** Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**6**

a  See instructions before completing this space

b

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼          Account Number ▼

**7**

a

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼

Larry W McFarland  Keats McFarland & Wilson LLP
9720 Wilshire Boulevard Penthouse Suite
Beverly Hills California 90212

Area code and daytime telephone number  ( 310 ) 248 3830          Fax number  ( 310 ) 860 0363

Email  lmcfarland@kmwslaw com

b

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of  MGA Entertainment Inc
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Larry W McFarland          Date  December 16 2003

Handwritten signature (X) ▼

**8**

| Certificate will be mailed in window envelope to this address | Name ▼  Larry W McFarland  Keats McFarland & Wilson LLP | |
| | Number/Street/Apt ▼  9720 Wilshire Boulevard Penthouse Suite | |
| | City/State/ZIP ▼  Beverly Hills California 90212 | |

**9**

*17 U S C § 506(e) Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev June 2002—20 000  Web Rev June 2002  ⊕ Printed on recycled paper          U S Government Printing Office 2000-461 113/20 021

EXHIBIT  1  PAGE  60

VA 1-218-488



LIBRARY OF CONGRESS
DEC 2 2 2003   TT
COPY
COPYRIGHT OFFICE

EXHIBIT ___1___ PAGE __61__



EXHIBIT __l__ PAGE __62__

**Exhibit 8**

EXHIBIT ___1___ PAGE __63__

Copyright Office fees are subject to change
yright Office
te the Copy-

**Form CA**
For Supplementary Registration
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

**VA 1-301-530**

| TX | TXU | PA | PAU | VA | VAU | SR | SRU | RE |

EFFECTIVE DATE OF SUPPLEMENTARY REGISTRATION

March 28 2005

Month   Day   Year

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**A**

Title of Work ▼
Sasha Drawing

Registration Number of the Basic Registration ▼
VA 1-218-488

Year of Basic Registration ▼
2003

Name(s) of Author(s) ▼
Carter Bryant

Name(s) of Copyright Claimant(s) ▼
MGA Entertainment, Inc

**B**

Location and Nature of Incorrect Information in Basic Registration ▼

Line Number ___3b___   Line Heading or Description  Date of Publication

Incorrect Information as It Appears in Basic Registration ▼
February 12, 2001

Corrected Information ▼
at least as early as May 21, 2001

Explanation of Correction ▼


**C**

Location and Nature of Information in Basic Registration to be Amplified ▼

Line Number _____   Line Heading or Description _____

Amplified Information and Explanation of Information ▼


MORE ON BACK ▶   • Complete all applicable spaces (D-G) on the reverse side of this page   • See detailed instructions   • Sign the form at Space F

DO NOT WRITE HERE

Page 1 of ___ pages

EXHIBIT ___1___ PAGE __64__

| FORM CA RECEIVED | FORM CA |
|---|---|
| MAR 28 2005 | |
| FUNDS RECEIVED DATE | |

| EXAMINED BY | wm | FOR |
| CORRESPONDENCE X | | COPYRIGHT OFFICE |
| | | USE |
| REFERENCE TO THIS REGISTRATION ADDED TO | | ONLY |
| BASIC REGISTRATION ☑YES ☐ NO | | |

**DO NOT WRITE ABOVE THIS LINE  IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET**

Continuation of ☐ Part B or ☐ Part C

**D**

Correspondence Give name and address to which correspondence about this application should be sent

Carol A. Witschel
White & Case LLP
1155 Avenue of the Americas
New York, New York  10036
Phone (212)  819-8200      Fax (212)  354-8113      Email cwitschel@whitecase.com

Deposit Account. If the registration fee is to be charged to a Deposit Account established in the Copyright Office  give name and number of Account

Name _____

Account Number _____

Certification* I, the undersigned, hereby certify that I am the (Check only one)

☐ author      ☐ owner of exclusive right(s)
☐ other copyright claimant      ☑ duly authorized agent of   MGA Entertainment Inc.

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge

Typed or printed name ▼ Carol A. Witschel                    Date ▼ March 24, 2005

Handwritten signature (X) ▼ _Carol A Witschel_

**G**

Certificate will be mailed in window envelope to this address

Name ▼ Carol A. Witschel - White & Case LLP
Number/Street/Apt ▼ 1155 Avenue of the Americas
City/State/ZIP ▼ New York, New York  10036

17 U S C § 506(e)  Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409  or in any written statement filed in connection with the application, shall be fined not more than $2 500

Rev July 2002—20 000   Web Rev July 2002   Printed on recycled paper

U.S. Government Printing Office  2002 461-425/60 009

EXHIBIT  I  PAGE 65

**Exhibit 9**

EXHIBIT ____1____ PAGE __66__



**FORM VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

VA 1-090-299

EFFECTIVE DATE OF REGISTRATION

JUN 1 8 2001
Month        Day        Year

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**TITLE OF THIS WORK ▼**                                   NATURE OF THIS WORK ▼ See Instructions

Cloe Doll Configuration, Accessories and Packaging

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**Publication as a Contribution** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.    Title of Collective Work ▼

If published in a periodical or serial give: Volume ▼        Number ▼        Issue Date ▼        On Pages ▼

---

**2**

**NAME OF AUTHOR ▼**
ABC International Traders, Inc. d/b/a
MGA Entertainment

DATES OF BIRTH AND DEATH
Year Born ▼        Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of ▶
Domiciled in ▶ U.S.A.

Was This Author's Contribution to the Work
Anonymous?        ☐ Yes  ☒ No
Pseudonymous?   ☐ Yes  ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Check appropriate box(es). See Instructions
☒ 3-Dimensional sculpture    ☐ Map              ☐ Technical drawing
☐ 2-Dimensional artwork      ☐ Photograph       ☐ Text
☐ Reproduction of work of art ☐ Jewelry design  ☐ Architectural work

**NAME OF AUTHOR ▼**

DATES OF BIRTH AND DEATH
Year Born ▼        Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of ▶
Domiciled in ▶

Was This Author's Contribution to the Work
Anonymous?        ☐ Yes  ☐ No
Pseudonymous?   ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Check appropriate box(es). See Instructions
☐ 3-Dimensional sculpture    ☐ Map              ☐ Technical drawing
☐ 2-Dimensional artwork      ☐ Photograph       ☐ Text
☐ Reproduction of work of art ☐ Jewelry design  ☐ Architectural work

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

---

**3**

Year in Which Creation of This Work Was Completed
a 2000
◀ Year   This information must be given in all cases.

Date and Nation of First Publication of This Particular Work
b Complete this information ONLY if this work has been published.
Day ▶ February    Day ▶ 12    Year ▶ 2001
United States of America
◀ Nation

---

**4**

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼
ABC International Traders, Inc. d/b/a
MGA Entertainment
16730 Schoenborn Street, North Hills, CA  91343

**Transfer** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

See instructions before completing this space.

APPLICATION RECEIVED
JUL 18 2001
ONE DEPOSIT RECEIVED
JUL 18 2001
TWO DEPOSITS RECEIVED

FUNDS RECEIVED

---

MORE ON BACK ▶    • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.    DO NOT WRITE HERE
                   • See detailed instructions.    • Sign the form at line 8.    Page 1 of 2 pages

EXHIBIT 1  PAGE 67

| EXAMINED BY | | FORM VA |
|---|---|---|
| CHECKED BY | | |
| ☐ CORRESPONDENCE Yes | | FOR COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☒ No If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼      Year of Registration ▼

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

See instructions before completing this space.

b. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                                    Account Number ▼

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/ZIP ▼
Lucy B. Arant c/o Russ, August, Kabat & Kent
12424 Wilshire Boulevard, Suite 1200
Los Angeles, California  90025

Area code and daytime telephone number ▶ (310) 826-7474, ext. 270      Fax number ▶ 310 , 826-4415
Email ▶ larant@raklaw.com

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of ___ABC International Traders, Inc.___
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
Lucy B. Arant                                          Date▶ 7-16-01

Handwritten signature (X) ▼
☞ X  _Lucy B Arant_

| Certificate will be mailed in window envelope to this address: | Name ▼ Lucy B. Arant c/o Russ, August, Kabat & Kent |
|---|---|
| | Number/Street/Apt ▼ 12424 Wilshire Boulevard, Suite 1200 |
| | City/State/ZIP ▼ Los Angeles, California  90025 |

**9**

*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

☼ PRINTED ON RECYCLED PAPER        ☆U.S. GOVERNMENT PRINTING OFFICE 1999-454-879/71

EXHIBIT __1__ PAGE __68__






EXHIBIT ___ PAGE ___



EXHIBIT ___ 1 ___ PAGE ___ 70

**Exhibit 10**

EXHIBIT ___1___ PAGE ___71___

Copyright Office fees are subject to change
For current fees, check the Copyright Office
website at *www.copyright.gov*, write the Copy-
right Office, or call (202) 707-3000



**Form CA**
For Supplementary Registration
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

**VA 1–301–535**

TX | TXU | PA | PAU | VA | VAU | SR | SRU | RE |
EFFECTIVE DATE OF SUPPLEMENTARY REGISTRATION

*March 28 2005*
Month    Day    Year

*143 940 843*

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET

**A**

Title of Work ▼
Cloe Doll Configuration, Accessories and Packaging

Registration Number of the Basic Registration ▼
VA 1-090-289

Year of Basic Registration ▼
2001

Name(s) of Author(s) ▼
ABC International Traders, Inc d/b/a MGA Entertainment, Inc

Name(s) of Copyright Claimant(s) ▼
★ ABC International Traders, Inc. d/b/a MGA Entertainment

**B**

Location and Nature of Incorrect Information in Basic Registration ▼
Line Number ___2a___    Line Heading or Description _Nature of Authorship_

Incorrect Information as It Appears in Basic Registration ▼
Only "3-dimensional sculpture" box checked

Corrected Information ▼
Additional box "2-dimensional artwork" should be checked

Explanation of Correction ▼

**C**

Location and Nature of Information in Basic Registration to be Amplified ▼
Line Number ___5___    Line Heading or Description _Previous Registration_

Amplified Information and Explanation of Information ▼

"No" box - checked, 5c box - unchecked
"Yes" box should be checked, 5c box should be checked

This basic registration VA 1-090-289 for the Cloe Doll Configuration, Accessories and Packaging, should cite to registration VA 1-218-490 (December 22, 2003) for the Cloe Drawing, which was registered after this basic registration but prior to the filing of this Form CA, and should include the following additional information

Line 6a - Derivative Work
    Cloe Drawing (VA 1-218-490)

Line 6b - Material Added
    3-dimensional doll, sculpt, artwork and packaging

MORE ON BACK ▶   Complete all applicable spaces (D-G) on the reverse side of this page
• See detailed instructions   • Sign the form at Space F

DO NOT WRITE HERE
Page 1 of ___2___ pages

EXHIBIT ___1___ PAGE _78_

\* Added from C.O. records.

| FORM CA RECEIVED | 4/25/05 | FORM CA |
|---|---|---|
| FUNDS RECEIVED DATE | 3/28/05 | |
| EXAMINED BY | *Wsu* | FOR COPYRIGHT OFFICE USE ONLY |
| CORRESPONDENCE ☒ | | |
| REFERENCE TO THIS REGISTRATION ADDED TO BASIC REGISTRATION   ☒ YES ☐ NO | | |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET**

Continuation of ☒ Part B or ☐ Part C

**D**

Line 3a - Year of Completion
    Incorrect information   2000
    Corrected information   2001

Line 3b - Year of Publication
    Incorrect information   February 12, 2001
    Corrected information   At least as early as May 21, 2001

Correspondence Give name and address to which correspondence about this application should be sent

Carol A. Witschel
White & Case LLP
1155 Avenue of the Americas
New York, New York  10036
Phone (212) 819-8200     Fax 212 354-8113     Email cwitschel@whitecase.com

**E**

Deposit Account If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account

Name _____

Account Number _____

Certification* I, the undersigned, hereby certify that I am the (Check only one)

☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ duly authorized agent of   MGA Entertainment Inc.

**F**

    Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name ▼          Date ▼ 4/22/05
    Carol A. Witschel

Handwritten signature (X) ▼
    *Carol A. Witschel*

| Certificate will be mailed in window envelope to this address | Name ▼   Carol A. Witschel - White & Case LLP |
|---|---|
| | Number/Street/Apt ▼   1155 Avenue of the Americas |
| | City/State/ZIP ▼   New York, New York  10036 |

**G**

17 U.S.C. § 506(e) Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev. July 2002—20,000   Web Rev. July 2002   Printed on recycled paper          U.S. Government Printing Office: 2002-491 429/60 000

EXHIBIT ___I___ PAGE ___73

**Exhibit 11**

EXHIBIT ___l___ PAGE __74__

Additional Certificate (17 U.S.C. ...)
# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**FORM VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE



VA 1-218-490

EFFECTIVE DATE OF REGISTRATION

**DEC 22 2003**
Month        Day        Year

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE USE A SEPARATE CONTINUATION SHEET

**1**
Title of This Work ▼
CLOE Drawing

NATURE OF THIS WORK ▼ See instructions
color drawing

Previous or Alternative Titles ▼

Publication as a Contribution If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give    Volume ▼    Number ▼    Issue Date ▼    On Pages ▼

**2**
**NOTE**
Under the law, the author of a work made for hire is generally the employer, not the employee (see instructions). For any part of this work that was made for hire check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**a** NAME OF AUTHOR ▼
Carter Bryant

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of USA
Domiciled in

Was This Author's Contribution to the Work
Anonymous?    ☐ Yes    ☐ No
Pseudonymous?   ☐ Yes    ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

Nature of Authorship Check appropriate box(es) See Instructions
☐ 3 Dimensional sculpture    ☐ Map    ☐ Technical drawing
☑ 2 Dimensional artwork    ☐ Photograph    ☐ Text
☐ Reproduction of work of art    ☐ Jewelry design    ☐ Architectural work

**b** Name of Author ▼

Dates of Birth and Death
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of
Domiciled in

Was This Author's Contribution to the Work
Anonymous?    ☐ Yes    ☐ No
Pseudonymous?   ☐ Yes    ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

Nature of Authorship Check appropriate box(es) See Instructions
☐ 3 Dimensional sculpture    ☐ Map    ☐ Technical drawing
☐ 2 Dimensional artwork    ☐ Photograph    ☐ Text
☐ Reproduction of work of art    ☐ Jewelry design    ☐ Architectural work

**3**
**a** Year in Which Creation of This Work Was Completed
1998
Year  In all cases

**b** Date and Nation of First Publication of This Particular Work
Complete this information    Month February    Day 12    Year 2001
ONLY if this work has been published.    Nation U.S.A.

**4**
COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2 ▼
MGA Entertainment Inc  16730 Schoenborn Street
North Hills CA 91343 6122

Transfer If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright ▼
Assignment

APPLICATION RECEIVED
DEC 22 2003
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
DEC 22 2003
FUNDS RECEIVED

MORE ON BACK ▶    Complete all applicable spaces (numbers 5-9) on the reverse side of this page.    See detailed instructions    Sign the form at line 8

Page 1 of ___ pages

EXHIBIT  1   PAGE  75

| EXAMINED BY | *Hb* | FORM VA |
|---|---|---|
| CHECKED BY | | |
| ☐ CORRESPONDENCE Yes | | FOR COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes ☑ No If your answer is Yes, why is another registration being sought? (Check appropriate box) ▼

a ☐ This is the first published edition of a work previously registered in unpublished form

b ☐ This is the first application submitted by this author as copyright claimant

c ☐ This is a changed version of the work, as shown by space 6 on this application

If your answer is Yes, give Previous Registration Number ▼          Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.

a Preexisting Material Identify any preexisting work or works that this work is based on or incorporates ▼

**6**

a See instructions before completing this space

b Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**b**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼          Account Number ▼

**7**

**a**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼

Larry W McFarland   Keats McFarland & Wilson LLP
9720 Wilshire Boulevard  Penthouse Suite
Beverly Hills  California  90212

**b**

Area code and daytime telephone number   (310 ) 248 3830          Fax number   ( 310 ) 860 0363

Email   lmcfarland@kmwlaw.com

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☐ authorized agent of  MGA Entertainment Inc
Name of author or other copyright claimant or owner of exclusive right(s) ▲

**8**

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Larry W McFarland          Date  December 16 2003

Handwritten signature (X) ▼

X _____

| Certificate will be mailed in window envelope to this address: | Name ▼ Larry W McFarland   Keats McFarland & Wilson LLP | **9** |
|---|---|---|
| | Number/Street/Apt ▼ 9720 Wilshire Boulevard  Penthouse Suite | |
| | City/State/ZIP ▼ Beverly Hills  California  90212 | |

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500

Rev. June 2002—20,000   Web Rev. June 2002   ⊕ Printed on recycled paper          U.S. Government Printing Office: 2000-461 113/20 021

EXHIBIT ___1___ PAGE __76__

VA 1-218-490


LIBRARY OF CONGRESS
DEC 2 2 2003   TT
COPY
COPYRIGHT OFFICE

EXHIBIT __1__ PAGE _77_



8/1998

EXHIBIT ___1___ PAGE _78_

**Exhibit 12**

EXHIBIT ___1___ PAGE _79_

**C**——  
**F**  
**V**  
**n**

to change  
ight Office  
the Copy-

**Ⓒ Form CA**  
For Supplementary Registration  
UNITED STATES COPYRIGHT OFFICE

**VA 1–301–531**

| TX | TXU | PA | PAU | VA | VAU | SR | SRU | RE |

EFFECTIVE DATE OF SUPPLEMENTARY REGISTRATION

March 28 2005
*Month   Day   Year*

---

DO NOT WRITE ABOVE THIS LINE  IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET

**A**  
Title of Work ▼  
Cloe Drawing

| Registration Number of the Basic Registration ▼ | Year of Basic Registration ▼ |
|---|---|
| VA 1-218-490 | 2003 |

| Name(s) of Author(s) ▼ | Name(s) of Copyright Claimant(s) ▼ |
|---|---|
| Carter Bryant | MGA Entertainment, Inc |

**B**  
Location and Nature of Incorrect Information in Basic Registration ▼  
Line Number ___3b___   Line Heading or Description  Date of Publication

Incorrect Information as It Appears in Basic Registration ▼  
February 12, 2001

Corrected Information ▼  
at least as early as May 21, 2001

Explanation of Correction ▼

**C**  
Location and Nature of Information in Basic Registration to be Amplified ▼  
Line Number _____   Line Heading or Description _____  
Amplified Information and Explanation of Information ▼

---

MORE ON BACK ▶  • Complete all applicable spaces (D-G) on the reverse side of this page.  
• See detailed instructions.   • Sign the form at Space F  

DO NOT WRITE HERE  
Page 1 of ___2___ pages

EXHIBIT __1__ PAGE **80**

FORM CA RECEIVED                                    FORM CA

MAR 28 2005

FUNDS RECEIVED DATE

EXAMINED BY                                         FOR
                                                    COPYRIGHT
CORRESPONDENCE                                       OFFICE
                                                    USE
REFERENCE TO THIS REGISTRATION ADDED TO             ONLY
BASIC REGISTRATION   ☒ YES  ☐ NO

**DO NOT WRITE ABOVE THIS LINE  IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET**

Continuation of ☐ Part B or ☐ Part C

D

Correspondence  Give name and address to which correspondence about this application should be sent
Carol A. Witschel
White & Case LLP
1155 Avenue of the Americas
New York, New York  10036
Phone ( 212)  819-8200      Fax ( 212)  354-8113      Email  cwitschel@whitecase.com

Deposit Account If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account

Name

Account Number

Certification* I, the undersigned, hereby certify that I am the (Check only one)
  ☐ author
  ☐ other copyright claimant   ☐ owner of exclusive right(s)   MGA Entertainment Inc.
                               ☒ duly authorized agent of
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge

Typed or printed name ▼ Carol A. Witschel                    Date ▼ March 24, 2005

Handwritten signature (X) ▼

Certificate
will be
mailed in
window
envelope
to this
address

Name ▼  Carol A. Witschel - White & Case LLP

Number/Street ▼  1155 Avenue of the Americas

City/State/ZIP ▼  New York, New York  10036

G

EXHIBIT ___  PAGE 81

**Exhibit 13**

EXHIBIT _____ 1 _____ PAGE _____ 82



**FORM VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

VA 1-090-280

**EFFECTIVE DATE OF REGISTRATION**

JUN 1 8 2001

Month    Day    Year

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**TITLE OF THIS WORK ▼**                    **NATURE OF THIS WORK ▼** See Instructions

Yasmin Doll Configuration, Accessories and Packaging

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**Publication as a Contribution** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.   **Title of Collective Work ▼**

If published in a periodical or serial give:   **Volume ▼**       **Number ▼**       **Issue Date ▼**       **On Pages ▼**

---

**NAME OF AUTHOR ▼**                                            **DATES OF BIRTH AND DEATH**
ABC International Traders, Inc. d/b/a                           Year Born ▼   Year Died ▼
MGA Entertainment

| Was this contribution to the work a "work made for hire"? | Author's Nationality or Domicile Name of Country | Was This Author's Contribution to the Work | |
|---|---|---|---|
| ☒ Yes | OR { Citizen of ▶ | Anonymous?   ☐ Yes ☒ No | If the answer to either of these questions is "Yes," see detailed instructions. |
| ☐ No | Domiciled in ▶ U.S.A. | Pseudonymous?  ☐ Yes ☒ No | |

**NATURE OF AUTHORSHIP** Check appropriate box(es). See Instructions
☒ 3-Dimensional sculpture   ☐ Map          ☐ Technical drawing
☐ 2-Dimensional artwork     ☐ Photograph   ☐ Text
☐ Reproduction of work of art  ☐ Jewelry design  ☐ Architectural work

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**NAME OF AUTHOR ▼**                                            **DATES OF BIRTH AND DEATH**
                                                               Year Born ▼   Year Died ▼

| Was this contribution to the work a "work made for hire"? | Author's Nationality or Domicile Name of Country | Was This Author's Contribution to the Work | |
|---|---|---|---|
| ☐ Yes | OR { Citizen of ▶ | Anonymous?   ☐ Yes ☐ No | If the answer to either of these questions is "Yes," see detailed instructions. |
| ☐ No | Domiciled in ▶ | Pseudonymous?  ☐ Yes ☐ No | |

**NATURE OF AUTHORSHIP** Check appropriate box(es). See Instructions
☐ 3-Dimensional sculpture   ☐ Map          ☐ Technical drawing
☐ 2-Dimensional artwork     ☐ Photograph   ☐ Text
☐ Reproduction of work of art  ☐ Jewelry design  ☐ Architectural work

---

**a** Year in Which Creation of This Work Was Completed   2000   ◀ Year In all cases.   **b** Date and Nation of First Publication of This Particular Work   February   Day 12   Year 2001   United States of America   ◀ Nation

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2 ▼
ABC International Traders, Inc. d/b/a
MGA Entertainment
16730 Schoenborn Street, North Hills, CA 91343

**Transfer** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

**APPLICATION RECEIVED**
JUN 1 8 2001
**ONE DEPOSIT RECEIVED**
JUL 1 6 2001
**TWO DEPOSITS RECEIVED**

**FUNDS RECEIVED**

---

MORE ON BACK ▶   • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.   • See detailed instructions.   • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of ___2___ pages

EXHIBIT ___1___ PAGE 83

| EXAMINED BY _____ | FORM VA |
| CHECKED BY | |
| ☐ CORRESPONDENCE   Yes | FOR COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes  ☒ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼          Year of Registration ▼

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.

a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

See instructions before completing this space.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼          Account Number ▼

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.  Name/Address/Apt/City/State/ZIP ▼

Lucy B. Arant c/o Russ, August, Kabat & Kent
12424 Wilshire Boulevard, Suite 1200
Los Angeles, California  90025

Area code and daytime telephone number ▶ ( 310 ) 826-7474, ext. 270          Fax number ▶ 310 ) 826-4415

Email ▶  larant@raklaw.com

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of  **ABC International Traders**, Inc.
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Lucy B. Arant                    Date ▶  7/16/01

Handwritten signature (X) ▼

X _Lucy B Arant_

| Certificate will be mailed in window envelope to this address: | Name ▼ Lucy B. Arant c/o Russ, August, Kabat & Kent | |
| | Number/Street/Apt ▼ 12424 Wilshire Boulevard, Suite 1200 | |
| | City/State/ZIP ▼ Los Angeles, California  90025 | **9** |

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

June 1999—100,000          ⟲ PRINTED ON RECYCLED PAPER          ☆U.S. GOVERNMENT PRINTING OFFICE: 1999-454-879/71





COPYRIGHT OFFICE
COPY
JUL 1 8 2001
LIBRARY OF CONGRESS

EXHIBIT __L__ PAGE __85__







**Exhibit 14**

EXHIBIT ____l____ PAGE **87**

Copyright Office fees are subject to change
For current fees, check the Copyright Office
website at *www.copyright.gov*, write the Copy-
right Office, or call (202) 707-3000.



Form CA
For Supplementary Registration
UNITED STATES COPYRIGHT OFFICE

VA 1-301-536

| TX | TXU | PA | PAU | VA | VAU | SR | SRU | RE |

EFFECTIVE DATE OF SUPPLEMENTARY REGISTRATION

March 28 2005

Month   Day   Year

143 940 865

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET**

## A

Title of Work ▼

**Yasmin Doll Configuration, Accessories and Packaging**

| Registration Number of the Basic Registration ▼ | Year of Basic Registration ▼ |
|---|---|
| VA 1-090-290 | 2001 |

| Name(s) of Author(s) ▼ | Name(s) of Copyright Claimant(s) ▼ |
|---|---|
| ABC International Traders, Inc d/b/a MGA Entertainment, Inc | * ABC International Traders, Inc. d/b/a MGA Entertainment |

## B

Location and Nature of Incorrect Information in Basic Registration ▼

Line Number _____ **2a** _____   Line Heading or Description **Nature of Authorship**

Incorrect Information as It Appears in Basic Registration ▼

Only "3-dimensional sculpture" box checked

Corrected Information ▼

Additional box "2-dimensional artwork" should be checked

Explanation of Correction ▼

## C

Location and Nature of Information in Basic Registration to be Amplified ▼

Line Number _____ **5** _____   Line Heading or Description **Previous Registration**

Amplified Information and Explanation of Information ▼

"No" box - checked, 5c box - unchecked
"Yes" box should be checked, 5c box should be checked

This basic registration VA 1-090-290 for the Yasmin Doll Configuration, Accessories and Packaging, should cite to registration VA 1-218-491 (December 22, 2003) for the Yasmin Drawing, which was registered after this basic registration but prior to the filing of this Form CA, and should include the following additional information

Line 6a - Derivative Work
      Yasmin Drawing (VA 1-218-491)

Line 6b - Material Added
      3-dimensional doll, sculpt, artwork and packaging

MORE ON BACK ▶   • Complete all applicable spaces (D-G) on the reverse side of the page
• See detailed instructions   • Sign the form at Space F

DO NOT WRITE HERE
Page 1 of 2 pages

EXHIBIT 1   PAGE 88

\* Added from C.O. records.

| FORM CA RECEIVED | FORM CA |
|---|---|
| 4/25/05 | |
| FUNDS RECEIVED DATE | |
| 3/28/05 | |
| EXAMINED BY        wu | FOR COPYRIGHT OFFICE USE ONLY |
| CORRESPONDENCE ☒O | |
| REFERENCE TO THIS REGISTRATION ADDED TO BASIC REGISTRATION  ☒YES ☐ NO | |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET**

Continuation of ☒ Part B or ☐ Part C

# D

Line 3a - Year of Completion
      Incorrect information   2000
      Corrected information   2001

Line 3b - Year of Publication
      Incorrect information   February 12, 2001
      Corrected information   At least as early as May 21, 2001

# E

Correspondence  Give name and address to which correspondence about this application should be sent
Carol A. Witschel
White & Case LLP
1155 Avenue of the Americas
New York, New York   10036
Phone (212) 819-8200          Fax (212) 354-8113          Email cwitschel@whitecase.com

Deposit Account  If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account

Name _____

Account Number _____

# F

Certification*  I, the undersigned, hereby certify that I am the (Check only one)
☐ author
☐ other copyright claimant
☒ owner of exclusive right(s)
☒ duly authorized agent of   MGA Entertainment Inc.
    Name of author or other copyright claimant, or owner of exclusive right(s) ▲
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge

Typed or printed name ▼ Carol A. Witschel          Date ▼ 4/22/05

Handwritten signature (X) ▼
    Carol A. Witschel

# G

Certificate will be mailed in window envelope to this address

Name ▼
Carol A. Witschel - White & Case LLP

Number/Street/Apt ▼
1155 Avenue of the Americas

City/State/ZIP ▼
New York, New York   10036

17 U S C § 506(e)  Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev July 2002—20,000   Web Rev July 2002   Printed on recycled paper          U S Government Printing Office 2002-461-423/60 000

EXHIBIT ___I___ PAGE 89

**Exhibit 15**

EXHIBIT ____1____ PAGE ___90___

**Additional Certificate (17 U.S.C. 706)**

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**FORM VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

**VA 1-218-491**

EFFECTIVE DATE OF REGISTRATION

**DEC 2 2 2003**
Month     Day     Year

---

DO NOT WRITE ABOVE THIS LINE  IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET

**1**
Title of This Work ▼
YASMIN Drawing

NATURE OF THIS WORK ▼ See Instructions
color drawing

Previous or Alternative Titles ▼

Publication as a Contribution If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give  Volume ▼     Number ▼     Issue Date ▼     On Pages ▼

---

**2**
**a**
NAME OF AUTHOR ▼
Carter Bryant

DATES OF BIRTH AND DEATH
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☒ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of USA
Domiciled in

Was This Author's Contribution to the Work
Anonymous?       ☐ Yes  ☒ No
Pseudonymous?  ☐ Yes  ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NOTE**
Under the law, the author of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

Nature of Authorship  Check appropriate box(es). See Instructions
☐ 3 Dimensional sculpture     ☐ Map           ☐ Technical drawing
☒ 2 Dimensional artwork        ☐ Photograph   ☐ Text
☐ Reproduction of work of art  ☐ Jewelry design  ☐ Architectural work

**b**
Name of Author ▼

Dates of Birth and Death
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of
Domiciled in

Was This Author's Contribution to the Work
Anonymous?       ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

Nature of Authorship  Check appropriate box(es). See Instructions
☐ 3 Dimensional sculpture     ☐ Map           ☐ Technical drawing
☐ 2 Dimensional artwork        ☐ Photograph   ☐ Text
☐ Reproduction of work of art  ☐ Jewelry design  ☐ Architectural work

---

**3**
**a** Year in Which Creation of This Work Was Completed
1998
Year  This information must be given in all cases.

**b** Date and Nation of First Publication of This Particular Work
Complete this information   Month February   Day 12   Year 2001
ONLY if this work has been published.   Nation U.S.A.

---

**4**
COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2 ▼
MGA Entertainment Inc  16730 Schoenborn Street
North Hills  CA  91343 6122

Transfer If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright ▼
Assignment

APPLICATION RECEIVED
DEC 2 2 2003
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
DEC 2 2 2003
FUNDS RECEIVED

---

MORE ON BACK ▶  Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
See detailed instructions.    Sign the form at line 8.

DO NOT WRITE HERE

Page 1 of ___ pages

EXHIBIT ___I___  PAGE 91

EXAMINED BY ~~Jb~~                          FORM VA

CHECKED BY

☐ CORRESPONDENCE
   Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes ☐ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number** ▼        **Year of Registration** ▼

**5**

---

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.

a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

b. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**6**

a

b

See instructions
before completing
this space

---

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼                                  Account Number ▼

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼

Larry W McFarland  Keats McFarland & Wilson LLP
9720 Wilshire Boulevard  Penthouse Suite
Beverly Hills  California  90212

Area code and daytime telephone number    ( 310 ) 248 3830           Fax number    ( 310 ) 860 0363

Email    lmcfarland@kmwlaw.com

**7**

a

b

---

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

check only one ▶  ☐ author
                  ☐ other copyright claimant
                  ☐ owner of exclusive right(s)
                  ☐ authorized agent of  MGA Entertainment  Inc
                                         Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Larry W McFarland                                                Date    December 16 2003

Handwritten signature (X) ▼

X  ~~Larry W McFarland~~

**8**

---

Certificate
will be
mailed in
window
envelope
to this
address:

Name ▼
Larry W  McFarland  Keats McFarland & Wilson LLP
Number/Street/Apt ▼
9720 Wilshire Boulevard  Penthouse Suite
Organization ▼
Beverly Hills  California  90212

**9**

---

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev: June 2002—20,000    Web Rev: June 2002    ☺ Printed on recycled paper                    U.S. Government Printing Office: 2000-461-113/20 021

EXHIBIT    1    PAGE  92

en

VA 1-218-491

Yasmin



LIBRARY OF CONGRESS
DEC 2 2 2003   TT
COPY
COPYRIGHT OFFICE

EXHIBIT __1__ PAGE **93**



8/1998

EXHIBIT ___I___ PAGE __94__

**Exhibit 16**

EXHIBIT  l  PAGE 95

Copyright Office fees are subject to change.

right Office
e the Copy-

**Form CA**
For Supplementary Registration
UNITED STATES COPYRIGHT OFFICE

**VA 1-301-532**

| TX | TXU | PA | PAU | VA | VAU | SR | SRU | RE |

EFFECTIVE DATE OF SUPPLEMENTARY REGISTRATION

March 28 2005
Month  Day  Year

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**A**

Title of Work ▼
Yasmin Drawing

Registration Number of the Basic Registration ▼
VA 1-218-491

Year of Basic Registration ▼
2003

Name(s) of Author(s) ▼
Carter Bryant

Name(s) of Copyright Claimant(s) ▼
MGA Entertainment, Inc

**B**

Location and Nature of Incorrect Information in Basic Registration ▼

Line Number  3b          Line Heading or Description  Date of Publication

Incorrect Information as It Appears in Basic Registration ▼
February 12, 2001

Corrected Information ▼
at least as early as May 21, 2001

Explanation of Correction ▼

**C**

Location and Nature of Information in Basic Registration to be Amplified ▼

Line Number _____  Line Heading or Description _____

Amplified Information and Explanation of Information ▼

MORE ON BACK ▶   • Complete all applicable spaces (D–G) on the reverse side of this page   • See detailed instructions   • Sign the form at Space F

DO NOT WRITE HERE
Page 1 of ___ pages

EXHIBIT ___1___ PAGE **96**

| FORM CA RECEIVED | | FORM CA |
| --- | --- | --- |
| MAR 28 2005 | | |
| FUNDS RECEIVED DATE | | |
| EXAMINED BY | ~~~ | FOR COPYRIGHT OFFICE USE ONLY |
| CORRESPONDENCE ☒ | | |
| REFERENCE TO THIS REGISTRATION ADDED TO BASIC REGISTRATION   ☒ YES ☐ NO | | |

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET

Continuation of ☐ Part B or ☐ Part C

**D**

Correspondence  Give name and address to which correspondence about this application should be sent

Carol A. Witschel
White & Case LLP
1155 Avenue of the Americas
New York, New York  10036
Phone ( 212)  819-8200       Fax ( 212)  354-8113      Email cwitschel@whitecase.com

Deposit Account If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account

Name _____

Account Number _____

Certification* I, the undersigned, hereby certify that I am the  (Check only one)
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☐ duly authorized agent of    MGA Entertainment Inc.

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge

Typed or printed name ▼  Carol A. Witschel      Date ▼  March 24, 2005

Handwritten signature (X) ▼   *Carol A. Witschel*

Certificate will be mailed in window envelope to this address

| Name ▼ |
| --- |
| Carol A. Witschel - White & Case LLP |
| Number/Street ▼ |
| 1155 Avenue of the Americas |
| City/State/ZIP ▼ |
| New York, New York  10036 |

**C**

*17 U.S.C. § 606(e) Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.*

Rev. July 2003—20,000   Web Rev. July 2003   Printed on recycled paper

U.S. Government Printing Office 2002-491-029/60 000

EXHIBIT  1  PAGE 97

**Exhibit 17**

EXHIBIT \_\_1\_\_ PAGE \_\_98\_\_

**Additional Certificate (17 U.S.C. 706)**
## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**FORM VA**
For a Work of the Visual Arts

VA 1-218-490

EFFECTIVE DATE OF REGISTRATION

**DEC 2 2 2003**

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1**

Title of This Work ▼
BRATZ Group Drawing

NATURE OF THIS WORK ▼ See instructions
color drawing

Previous or Alternative Titles ▼

Publication as a Contribution If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give   Volume ▼   Number ▼   Issue Date ▼   On Pages ▼

**2**

NAME OF AUTHOR ▼
**a** Carter Bryant

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

NOTE

Was this contribution to the work a "work made for hire"?
☐ Yes
☑ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of   USA
     Domiciled in

Was This Author's Contribution to the Work
Anonymous?   ☐ Yes ☑ No
Pseudonymous?  ☐ Yes ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

Nature of Authorship Check appropriate box(es). See instructions
☐ 3 Dimensional sculpture   ☐ Map   ☐ Technical drawing
☑ 2 Dimensional artwork   ☐ Photograph   ☐ Text
☐ Reproduction of work of art   ☐ Jewelry design   ☐ Architectural work

Name of Author ▼
**b**

Dates of Birth and Death
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of
     Domiciled in

Was This Author's Contribution to the Work
Anonymous?   ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No

Nature of Authorship Check appropriate box(es). See instructions
☐ 3 Dimensional sculpture   ☐ Map   ☐ Technical drawing
☐ 2 Dimensional artwork   ☐ Photograph   ☐ Text
☐ Reproduction of work of art   ☐ Jewelry design   ☐ Architectural work

**3**
**a** Year in Which Creation of This Work Was Completed   1998   This information must be given in all cases.

**b** Date and Nation of First Publication of This Particular Work
Month February   Day 12   Year 2001
U.S.A.   Nation

**4**

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2 ▼
MGA Entertainment Inc 16730 Schoenborn Street
North Hills CA 91343 6122

APPLICATION RECEIVED
DEC 22 2003
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
DEC 2 2 2003
FUNDS RECEIVED

Transfer If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼
Assignment

MORE ON BACK ▶   Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
See detailed instructions.   Sign the form at line 8

Page 1 of ___

EXHIBIT 1 PAGE 99

| EXAMINED BY | *illegible* | FORM VA |
|---|---|---|
| CHECKED BY | | |
| ☐ CORRESPONDENCE  Yes | | FOR COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes ☐ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

a ☐ This is the first published edition of a work previously registered in unpublished form.

b ☐ This is the first application submitted by this author as copyright claimant.

c ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number** ▼          **Year of Registration** ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.

a **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

b **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**6**

a

b

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

**Name** ▼                    **Account Number** ▼

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.  Name/Address/Apt/City/State/ZIP ▼

Larry W McFarland  Keats McFarland & Wilson LLP
9720 Wilshire Boulevard  Penthouse Suite
Beverly Hills  California  90212

Area code and daytime telephone number   ( 310 ) 248 3830          Fax number   ( 310 ) 860 0363

Email   lmcfarland@kmwlaw com

**7**

a

b

**CERTIFICATION** I, the undersigned, hereby certify that I am the

check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of  **MGA Entertainment  Inc**
                        Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**Typed or printed name and date** ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Larry W McFarland                                          **Date** December 16 2003

Handwritten signature (X) ▼

X *signature*

**8**

**9**

Certificate will be mailed in window envelope to this address

**Name** ▼
Larry W McFarland  Keats McFarland & Wilson LLP
**Number/Street/Apt** ▼
9720 Wilshire Boulevard  Penthouse Suite
**City/State/ZIP** ▼
Beverly Hills  California  90212

Rev June 2002—20 000  Web Rev June 2002  ⊛ Printed on recycled paper          U S Government Printing Office 2000 461 113/20 021

EXHIBIT ___I___ PAGE __100__

VA 1-218-489

LIBRARY OF CONGRESS
DEC 2 2 2003
COPYRIGHT OFFICE



BRATZ
Crany drawing

EXHIBIT ____1____ PAGE ___101___



8/1996

EXHIBIT 1 PAGE 102

**Exhibit 18**

EXHIBIT ___I___ PAGE _103_

Copyright Office fees are subject to change.
~ ... yright Office
... nte the Copy-
... ).

**Form CA**
For Supplementary Registration
UNITED STATES COPYRIGHT OFFICE

**VA 1-301-528**

| TX | TXU | PA | PAU | VP | VAU | SR | SRU | RE |

EFFECTIVE DATE OF SUPPLEMENTARY REGISTRATION

*March 28 2005*
Month   Day   Year

DO NOT WRITE ABOVE THIS LINE  IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET

**A**

Title of Work ▼
BRATZ Group Drawing

Registration Number of the Basic Registration ▼
VA 1-218-489

Year of Basic Registration ▼
2003

Name(s) of Author(s) ▼
Carter Bryant

Name(s) of Copyright Claimant(s) ▼
MGA Entertainment, Inc.

**B**

Location and Nature of Incorrect Information in Basic Registration ▼
Line Number ___3b___   Line Heading or Description  Date of Publication

Incorrect Information as It Appears in Basic Registration ▼
February 12, 2001

Corrected Information ▼
at least as early as May 21, 2001

Explanation of Correction ▼

**C**

Location and Nature of Information in Basic Registration to be Amplified ▼
Line Number _____   Line Heading or Description _____
Amplified Information and Explanation of Information ▼

MORE ON BACK ▶  • Complete all applicable spaces (D–G) on the reverse side of this page   • DO NOT WRITE HERE
• See detailed instructions.   • Sign the form at Space F   Page 1 of ___2___ Pages

EXHIBIT __1__ PAGE 104

FORM CA RECEIVED

**MAR 28 2005**

FUNDS RECEIVED DATE

FORM CA

EXAMINED BY

CORRESPONDENCE ☒

REFERENCE TO THIS REGISTRATION ADDED TO
BASIC REGISTRATION ☒ YES ☐ NO

FOR
COPYRIGHT
OFFICE
USE
ONLY

DO NOT WRITE ABOVE THIS LINE  IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET

Continuation of ☐ Part B or ☐ Part C

**D**

Correspondence Give name and address to which correspondence about this application should be sent

Carol A. Witschel
White & Case LLP
1155 Avenue of the Americas
New York, New York  10036
Phone ( 212 )  819-8200        Fax ( 212 ) 354-8113        Email cwitschel@whitecase.com

Deposit Account  If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼

Account Number ▼

Certification* I, the undersigned, hereby certify that I am the (Check only one)

☐ author
☐ other copyright claimant
☒ duly authorized agent of    MGA Entertainment Inc.
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge

Typed or printed name ▼   Carol A. Witschel        Date ▼  March 24, 2005

Handwritten signature (X) ▼

**F**

Certificate
will be
mailed in
window
envelope
to this
address

Name ▼  Carol A. Witschel - White & Case LLP

Number/Street/Apt ▼
1155 Avenue of the Americas

City/State/ZIP ▼
New York, New York  10036

**G**

17 U.S.C. § 506(e)  Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev July 2002—40 000   Web Rev July 2002   Printed on recycled paper        U.S. Government Printing Office: 2002-491-483/40 009

EXHIBIT __1__ PAGE __105__

**Exhibit 19**

EXHIBIT ___1___ PAGE _106_

**FORM VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

VA 1-140-385

EFFECTIVE DATE OF REGISTRATION

MAR 25 2002



---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**TITLE OF THIS WORK ▼**

**Bratz Doll Sculpture (Female)**

NATURE OF THIS WORK ▼ See Instructions

**PREVIOUS OR ALTERNATIVE TITLES ▼**

Publication as a Contribution If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.   Title of Collective Work ▼

If published in a periodical or serial give:   Volume ▼   Number ▼   Issue Date ▼   On Pages ▼

---

**NAME OF AUTHOR ▼**

**ABC International Traders, Inc. d/b/a MGA Entertainment**

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ **California, USA**

Was This Author's Contribution to the Work
Anonymous?   ☐ Yes ☒ No
Pseudonymous?   ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Check appropriate boxes. See Instructions
☒ 3-Dimensional sculpture   ☐ Map   ☐ Technical drawing
☐ 2-Dimensional artwork   ☐ Photograph   ☐ Text
☐ Reproduction of work of art   ☐ Jewelry design   ☐ Architectural work

---

**NAME OF AUTHOR ▼**

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ _____

Was This Author's Contribution to the Work
Anonymous?   ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Check appropriate boxes. See Instructions
☐ 3-Dimensional sculpture   ☐ Map   ☐ Technical drawing
☐ 2-Dimensional artwork   ☐ Photograph   ☐ Text
☐ Reproduction of work of art   ☐ Jewelry design   ☐ Architectural work

---

Year in Which Creation of This Work Was Completed
**2000** ◀ Year
This information must be given in all cases.

Date and Nation of First Publication of This Particular Work
Complete this information ONLY if this work has been published.
Month ▶ **February**   Day ▶ **12**   Year ▶ **2001**
Nation ▶ **United States of America** ◀ Nation

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2 ▼

**ABC International Traders, Inc. d/b/a MGA Entert...**
**16730 Schoenborn Street**
**North Hills, CA   91343**

Transfer If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED
MARCH 25 2002
ONE DEPOSIT RECEIVED
MARCH 25 2002
TWO DEPOSITS RECEIVED

FUNDS RECEIVED

---

**MORE ON BACK ▶**
• Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.   • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of ___ pages

EXAMINED BY

CHECKED BY

☐ CORRESPONDENCE
Yes

FORM VA

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes  ☐ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼         Year of Registration ▼

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

**N/A**

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

See instructions
before completing
this space.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                         Account Number ▼

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/ZIP ▼
Carol A. Witschel, Esq.
White & Case LLP
1155 Avenue of the Americas
New York, New York  10036
Area code and daytime telephone number ▶ ( 212 ) 819-8578          Fax number ▶ (212) 354-8113
Email ▶ CWitschel@whitecase.com

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
check only one ▶   ☐ author
                   ☐ other copyright claimant
                   ☐ owner of exclusive right(s)
                   ☐ authorized agent of ABC International Traders, Inc.
                      Name of author or other copyright claimant, or owner of exclusive right(s) ▲
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
Carol A. Witschel                              Date ▶ 3/20/02

Handwritten signature (X) ▼
X  Carol A. Witschel

Certificate
will be
mailed in
window
envelope
to this
address:

Name ▼  Carol A. Witschel, Esq.
         White & Case LLP
Number/Street/Apt ▼
         1155 Avenue of the Americas
City/State/ZIP ▼
         New York, New York  10036

• Complete all necessary spaces
• Sign your application in space 8

SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money
   order payable to Register of Copyrights
3. Deposit material

As of July 1, 1999,
the filing fee for
Form VA is $30

Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.
June 1999—100,000
WEB REV: June 1999                    ⊕ PRINTED ON RECYCLED PAPER                    ☆U.S. GOVERNMENT PRINTING OFFICE: 1999-454-879/1

EXHIBIT ___1___ PAGE ___108___



LIBRARY OF CONGRESS
JUL 2 4 2002
COPYRIGHT OFFICE

Bratz Doll Sculpture (Female)

EXHIBIT ___1___ PAGE __109__





EXHIBIT ___1___ PAGE ___110___

**Exhibit 20**

EXHIBIT ____I____ PAGE ___III___

Copyright Office fees are subject to change
For current fees, check the Copyright Office
website at *www.copyright.gov*, write the Copy-
right Office, or call (202) 707-3000.



**Ⓒ Form CA**
For Supplementary Registration
UNITED STATES COPYRIGHT OFFICE

143 940 424

VA 1–381–537

| TX | TXU | PA | PAU | VA | VAU | SR | SRU | RE |

EFFECTIVE DATE OF SUPPLEMENTARY REGISTRATION

March 28 2005
Month   Day   Year

DO NOT WRITE ABOVE THIS LINE   IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET

**A**
Title of Work ▼
Bratz Doll Sculpture (Female)

Registration Number of the Basic Registration ▼
VA 1-148-305

Year of Basic Registration ▼
2002

Name(s) of Author(s) ▼
ABC International Traders, Inc d/b/a MGA Entertainment, Inc

Name(s) of Copyright Claimant(s) ▼
⚹ ABC International Traders, Inc. d/b/a MGA Entertainment

**B**
Location and Nature of Incorrect Information in Basic Registration ▼
Line Number ___3___   Line Heading or Description  Year Creation of Work Completed

Incorrect Information as It Appears in Basic Registration ▼
2000

Corrected Information ▼
2001

Explanation of Correction ▼

**C**
Location and Nature of Information in Basic Registration to be Amplified ▼
Line Number _____   Line Heading or Description _____
Amplified Information and Explanation of Information ▼

EXHIBIT __1__   PAGE __112__

\* Added from C.O. records.

| FORM CA RECEIVED | | FORM CA |
|---|---|---|
| | 4/25/05 | |
| FUNDS RECEIVED DATE | | |
| | 3/28/05 | |
| EXAMINED BY | _wuc_ | |
| CORRESPONDENCE ☒ | | FOR COPYRIGHT OFFICE USE ONLY |
| REFERENCE TO THIS REGISTRATION ADDED TO BASIC REGISTRATION ☒ YES ☐ NO | | |

**DO NOT WRITE ABOVE THIS LINE  IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET**

Continuation of ☐ Part B or ☐ Part C

**D**

Line 3 - Date of First Publication of this Particular Work
   Incorrect information   February 12, 2001, Corrected information   At least as early as May 21, 2001
Line 5 - Previous Registration
   Incorrect information   "No" box - checked, no previous registrations cited, Corrected information
   "Yes" box - checked, cite to the following registrations   VA 1-090-287 (June 18, 2001), VA 1-090-288
   (June 18, 2001), VA 1-090-289 (June 18, 2001), VA 1-090-290 (June 18, 2001)  This registration
   amends the registration records for the previous registrations cited herein which erroneously did not
   include complete deposit materials that show the entire copyrightable authorship

   Explanation   This copyright registration calls out a component of a collective work with respect to which
   the copyrightable elements were not fully visible in the deposit copies filed with the previous
   registrations cited above

**E**

Correspondence  Give name and address to which correspondence about this application should be sent
Carol A. Witschel
White & Case LLP
1155 Avenue of the Americas
New York, New York  10036
Phone (212) 819-8200 ____ Fax (212) 354-8113 ____ Email cwitschel@whitecase.com

Deposit Account  If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account
Name _____

Account Number _____

**F**

Certification* I, the undersigned, hereby certify that I am the (Check only one)
☐ author                ☐ owner of exclusive right(s)
☐ other copyright claimant  ☒ duly authorized agent of   MGA Entertainment Inc.
                                   Name of author or other copyright claimant, or owner of exclusive right(s) ▲
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge

Typed or printed name ▼  Carol A. Witschel          Date ▼ 4/22/05

Handwritten signature (X) ▼
_Carol A. Witschel_

**G**

Certificate will be mailed in window envelope to this address

Name ▼
Carol A. Witschel - White & Case LLP
Number/Street/Apt ▼
1155 Avenue of the Americas
City/State/ZIP ▼
New York, New York  10036

17 U.S.C. § 506(e)  Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev July 2002—60 000  Web Rev July 2002  Printed on recycled paper          U.S. Government Printing Office 2002-491-653/60 009

EXHIBIT ___1___  PAGE __113__

**Exhibit 21**

EXHIBIT ___1___ PAGE 114

C F W r

to change.
ight Office
e the Copy-

**Form VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

VA 1-340-165

EFFECTIVE DATE OF REGISTRATION

JAN 2 5 2006

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1**
Title of This Work ▼
BRATZ PASSION 4 FASHION PACKAGING STYLE GUIDE FALL 2006

NATURE OF THIS WORK ▼ See Instructions
Text and artwork

Previous or Alternative Titles ▼

Publication as a Contribution If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give Volume ▼    Number ▼    Issue Date ▼    On Pages ▼

**2**
NAME OF AUTHOR ▼
a  MGA ENTERTAINMENT, INC.

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of _____
Domiciled in  USA

Was This Author's Contribution to the Work
Anonymous?  ☐ Yes  ☑ No
Pseudonymous?  ☐ Yes  ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

NOTE
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

Nature of Authorship Check appropriate box(es).See Instructions
☐ 3-Dimensional sculpture    ☐ Map    ☐ Technical drawing
☑ 2-Dimensional artwork    ☐ Photograph    ☑ Text
☐ Reproduction of work of art    ☐ Jewelry design    ☐ Architectural work

b  Name of Author ▼

Dates of Birth and Death
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of _____
Domiciled in _____

Was This Author's Contribution to the Work
Anonymous?  ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

Nature of Authorship Check appropriate box(es).See Instructions
☐ 3-Dimensional sculpture    ☐ Map    ☐ Technical drawing
☐ 2-Dimensional artwork    ☐ Photograph    ☐ Text
☐ Reproduction of work of art    ☐ Jewelry design    ☐ Architectural work

**3**
a  Year in Which Creation of This Work Was Completed
2005  ◄Year  in all cases.

b  Date and Nation of First Publication of This Particular Work
Complete this information  Month October  Day 31  Year 2005
ONLY if this work has been published.  Nation United States of America

**4**
COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2.▼
MGA ENTERTAINMENT, INC.
16380 Roscoe Boulevard, Van Nuys, CA 91406

Transfer If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED
JAN 2 5 2006
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
JAN 2 5 2006
FUNDS RECEIVED

See instructions before completing this space.

MORE ON BACK ▶  • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.    • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of ___ pages

EXHIBIT ___1___  PAGE __115__

| EXAMINED BY | | FORM VA |
|---|---|---|
| CHECKED BY | | |
| ☐ CORRESPONDENCE Yes | | FOR COPYRIGHT OFFICE USE ONLY |

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes  ☑ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼          Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.

a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

Preexisting artwork including reg. nos. VA 1-218-487, VA 1-218-488, VA 1-218-489, VA 1-218-490, VA 1-218-491, VA 1-301-529, VA 1-301-530, VA 1-301-528, VA 1-301-531 and VA 1-301-532 and other prior character artwork.

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

New artwork and text

**6**

a

b

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼                                  Account Number ▼

MGA ENTERTAINMENT, INC.               DA 92613

**7**

a

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼

Sam Khare, MGA ENTERTAINMENT, INC.
16380 Roscoe Boulevard, Van Nuys, CA 91406

b

Area code and daytime telephone number  ( 818 ) 894-2525          Fax number  ( 818 ) 895-9771

Email

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

check only one ▶ { ☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of   MGA Entertainment, Inc. }
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

SAM KHARE                                    Date  1/23/06

Handwritten signature (X) ▼

X   _Sam Khare_

| Certificate will be mailed in window envelope to this address: | Name ▼ IP Department, MGA ENTERTAINMENT, INC. | |
|---|---|---|
| | Number/Street/Apt ▼ 16380 Roscoe Boulevard | |
| | City/State/ZIP ▼ Van Nuys, CA 91406 | |

**9**

*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev: August 2003—20,000   Web Rev: June 2002   ⊛ Printed on recycled paper          U.S. Government Printing Office: 2003-496-605/60,026

EXHIBIT  1   PAGE  116

**Exhibit 22**

EXHIBIT ___1___ PAGE ___117___

**Form VA**

VA 1-340-167

**EFFECTIVE DATE OF REGISTRATION**

JAN 2 5 2006

Month   Day   Year

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

## 1

Title of This Work ▼

BRATZ ROCK ANGELZ PACKAGING STYLE GUIDE FALL 2005

NATURE OF THIS WORK ▼ See Instructions

Text and artwork

Previous or Alternative Titles ▼

Publication as a Contribution If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give: Volume ▼   Number ▼   Issue Date ▼   On Pages ▼

## 2

**a** NAME OF AUTHOR ▼

MGA ENTERTAINMENT, INC.

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of _____
Domiciled in USA

Was This Author's Contribution to the Work
Anonymous?   ☐ Yes   ☑ No
Pseudonymous?  ☐ Yes   ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

Nature of Authorship Check appropriate box(es). See Instructions
☐ 3-Dimensional sculpture
☑ 2-Dimensional artwork
☐ Reproduction of work of art
☐ Map
☐ Photograph
☐ Jewelry design
☐ Technical drawing
☑ Text
☐ Architectural work

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b** Name of Author ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of _____
Domiciled in _____

Dates of Birth and Death
Year Born ▼   Year Died ▼

Was This Author's Contribution to the Work
Anonymous?   ☐ Yes   ☐ No
Pseudonymous?  ☐ Yes   ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

Nature of Authorship Check appropriate box(es). See Instructions
☐ 3-Dimensional sculpture
☐ 2-Dimensional artwork
☐ Reproduction of work of art
☐ Map
☐ Photograph
☐ Jewelry design
☐ Technical drawing
☐ Text
☐ Architectural work

## 3

**a** Year in Which Creation of This Work Was Completed
2005
Year   This information must be given in all cases.

**b** Date and Nation of First Publication of This Particular Work
Complete this information ONLY if this work has been published.
Month January   Day 19   Year 2005
Nation United States of America

## 4

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼

MGA ENTERTAINMENT, INC.
16380 Roscoe Boulevard, Van Nuys, CA 91406

Transfer If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED
JAN 2 5 2006

ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
JAN 2 5 2006

FUNDS RECEIVED

MORE ON BACK ▶   • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.   • See detailed instructions.   • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of ___ pages

EXHIBIT 1   PAGE 118

| | |
|---|---|
| EXAMINED BY _DB_ | **FORM VA** |
| CHECKED BY | |
| ☐ CORRESPONDENCE Yes | **FOR COPYRIGHT OFFICE USE ONLY** |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?  **5**
☐ Yes  ☒ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼        Year of Registration ▼

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.  **6**
a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼
Preexisting artwork including reg. nos. VA 1-218-487, VA 1-218-488, VA 1-218-489, VA 1-218-490, VA 1-218-491, VA 1-301-529, VA 1-301-530, VA 1-301-528, VA 1-301-531 and VA 1-301-532 and other prior character artwork.   **a**

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼
New artwork and text   **b**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.   **7**
Name ▼                                    Account Number ▼
MGA ENTERTAINMENT, INC.                   DA 92613   **a**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼   **b**
Sam Khare, MGA ENTERTAINMENT, INC.
16380 Roscoe Boulevard, Van Nuys, CA 91406

Area code and daytime telephone number   **(818) 894-2525**        Fax number   **(818) 895-0771**
Email

**CERTIFICATION*** I, the undersigned, hereby certify that I am the   **8**
check only one ▶ ☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of **MGA Entertainment, Inc.**
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
SAM KHARE                                        Date  1/23/06

Handwritten signature (X) ▼
X _Sam Khare_

| | |
|---|---|
| Certificate will be mailed in window envelope to this address: | Name ▼  IP Department, MGA ENTERTAINMENT, INC.  **9** |
| | Number/Street/Apt ▼  16380 Roscoe Boulevard |
| | City/State/ZIP ▼  Van Nuys, CA 91406 |

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev: August 2003—80,000   Web Rev: June 2002   ⊕ Printed on recycled paper        U.S. Government Printing Office: 2003-496-605/60,030

EXHIBIT _1_ PAGE _119_

**Exhibit 23**

EXHIBIT ___|___ PAGE ___120___