QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with Case No. CV 04-09059 and Case No. CV 05-02727<br><br>Hon. Stephen G. Larson<br><br>**[PUBLIC REDACTED] NOTICE OF ERRATA RE SEALED DECLARATION OF HARRY A. OLIVAR, JR. IN SUPPORT OF MATTEL, INC.'S NOTICE OF MOTION AND MOTION FOR AN ORDER COMPELLING PRODUCTION OF E-MAILS IN FURTHERANCE OF CRIMES AND FRAUDS**<br><br>Date: August 4, 2008<br>Time: 10:00 a.m.<br>Place: Courtroom 1<br><br>**Phase 1**<br>Pre-Trial Conference: May 19, 2008<br>Trial Date: May 27, 2008 |

-1-
NOTICE OF ERRATA RE OLIVAR DECL. ISO OF MOTION COMPELLING PRODUCTION OF EMAILS IN FURTHERANCE OF CRIMES AND FRAUDS

1  TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2        PLEASE TAKE NOTICE that the [Under Seal] Declaration Of Harry A. Olivar, Jr. in Support of Mattel, Inc.'s Notice of Motion and Motion for an Order Compelling Production of Communications in Furtherance of Crimes and Frauds ("Olivar Declaration"), manually filed with the Court on May 27, 2008, together with an Application to File Under Seal, inadvertently includes Mattel, Inc.'s Separate Statement of Uncontroverted Facts and Conclusions of Law, dated October 9, 2007 as Exhibit 34 and Mattel, Inc.'s Notice of Motion and Motion for Partial Summary Judgment, dated October 9, 2007 as Exhibit 35.  Exhibit 34 should instead be Mattel, Inc.'s Corrected Separate Statement of Uncontroverted Facts and Conclusions of Law, dated March 10, 2008 and Exhibit 35 should instead be Mattel, Inc.'s Corrected Notice of Motion and Motion for Partial Summary Judgment, dated March 10, 2008 (collectively, the "Corrected Exhibits").  Attached as Exhibit A are the Corrected Exhibits, which should replace Exhibits 34 and 35 to the Olivar Declaration previously filed under seal on May 27, 2008.

DATED:  May 27, 2008       QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

By /s/ Eric Emanuel
Eric Emanuel
Attorneys for Mattel, Inc.

# EXHIBIT A

# FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER