1  QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
     John B. Quinn (Bar No. 090378)
2    (johnquinn@quinnemanuel.com)
     Michael T. Zeller (Bar No. 196417)
3    (michaelzeller@quinnemanuel.com)
     Jon D. Corey (Bar No. 185066)
4    (joncorey@quinnemanuel.com)
   865 South Figueroa Street, 10th Floor
5  Los Angeles, California 90017-2543
   Telephone: (213) 443-3000
6  Facsimile: (213) 443-3100

7  Attorneys for Mattel, Inc.

8                    UNITED STATES DISTRICT COURT

9                  CENTRAL DISTRICT OF CALIFORNIA

10                        EASTERN DIVISION

11

| | |
|---|---|
| CARTER BRYANT, an individual, | CASE NO. CV 04-9049 SGL (RNBx) |
| Plaintiff, | Consolidated with Case No. CV 04-09059 and Case No. CV 05-2727 |
| vs. | AMENDED PROOF OF SERVICE |
| MATTEL, INC., a Delaware corporation, | Hearing Date: August 4, 2008<br>Time: 10:00 a.m.<br>Place: Courtroom 1<br>Judge: Hon. Stephen G. Larson |
| Defendant. | |
| AND CONSOLIDATED ACTIONS | **Phase 1**<br>Pre-Trial Conference: May 19, 2008<br>Trial Date: May 27, 2008 |

**quinn emanuel**

1  <u>**PROOF OF SERVICE**</u>

2      I am employed in the County of Los Angeles, State of California.  I am over the age of eighteen years and not a party to the within action; my business address is 865 South Figueroa
3  Street, 10th Floor, Los Angeles, California 90017-2543.

4      On May 27, 2008, I served true copies of the following document(s) described as

5  **NOTICE OF ERRATA RE SEALED DECLARATION OF HARRY A. OLIVAR, JR. IN SUPPORT OF MATTEL, INC.'S NOTICE OF MOTION AND MOTION FOR AN**
6  **ORDER COMPELLING PRODUCTION OF E-MAILS IN FURTHERANCE OF CRIMES AND FRAUDS**

7
    **MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL EXHIBIT A TO THE**
8  **NOTICE OF ERRATA RE SEALED DECLARATION OF HARRY A. OLIVAR, JR. IN SUPPORT OF MATTEL, INC.'S NOTICE OF MOTION AND MOTION FOR AN ORDER**
9  **COMPELLING PRODUCTION OF COMMUNICATIONS MADE IN FURTHERANCE OF CRIMES AND FRAUDS**

10
    **[PROPOSED] ORDER RE MATTEL, INC.'S APPLICATION TO FILE UNDER**
11  **SEAL EXHIBIT A TO THE NOTICE OF ERRATA RE SEALED DECLARATION OF HARRY A. OLIVAR, JR. IN SUPPORT OF MATTEL, INC.'S NOTICE OF MOTION**
12  **AND MOTION FOR AN ORDER COMPELLING PRODUCTION OF COMMUNICATIONS MADE IN FURTHERANCE OF CRIMES AND FRAUDS**

13
    on the parties in this action as follows:
14
    John W. Keker, Esq.
15      Michael H. Page, Esq.
    Christina M. Anderson, Esq.
16      **Keker & Van Nest, LLP**
    710 Sansome Street
17      San Francisco, CA 94111

18  **BY MAIL:**  I enclosed the foregoing into sealed envelope(s) addressed as shown above, and I deposited such envelope(s) in the mail at Los Angeles, California.  The envelope was mailed with
19  postage thereon fully prepaid.

20  **BY FEDEX:**  I deposited such document(s) in a box or other facility regularly maintained by FedEx, or delivered such document(s) to a courier or driver authorized by FedEx to receive
21  documents, in sealed envelope(s) or package(s) designated by FedEx with delivery fees paid or provided for, addressed to the person(s) being served.

22
    I declare that I am employed in the office of a member of the bar of this Court at whose
23  direction the service was made.

24      Executed on May 27, 2008, at Los Angeles, California.

25

26  _____

27      KELLY E. TILLER

28

07209/2217871.1

quinn emanuel

1

## PROOF OF SERVICE

2     I am employed in the County of Los Angeles, State of California.  I am over the age of eighteen years and not a party to the within action; my business address is Now Legal Service,

3 1301 W. 2nd Street, Suite 206, Los Angeles, CA 90026.

4     On May 27, 2008, I served true copies of the following document(s) described as:

5 **NOTICE OF ERRATA RE SEALED DECLARATION OF HARRY A. OLIVAR, JR. IN SUPPORT OF MATTEL, INC.'S NOTICE OF MOTION AND MOTION FOR AN**

6 **ORDER COMPELLING PRODUCTION OF E-MAILS IN FURTHERANCE OF CRIMES AND FRAUDS**

7
    **MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL EXHIBIT A TO THE**

8 **NOTICE OF ERRATA RE SEALED DECLARATION OF HARRY A. OLIVAR, JR. IN SUPPORT OF MATTEL, INC.'S NOTICE OF MOTION AND MOTION FOR AN ORDER**

9 **COMPELLING PRODUCTION OF COMMUNICATIONS MADE IN FURTHERANCE OF CRIMES AND FRAUDS**

10
    **[PROPOSED] ORDER RE MATTEL, INC.'S APPLICATION TO FILE UNDER**

11 **SEAL EXHIBIT A TO THE NOTICE OF ERRATA RE SEALED DECLARATION OF HARRY A. OLIVAR, JR. IN SUPPORT OF MATTEL, INC.'S NOTICE OF MOTION**

12 **AND MOTION FOR AN ORDER COMPELLING PRODUCTION OF COMMUNICATIONS MADE IN FURTHERANCE OF CRIMES AND FRAUDS**

13
    on the parties in this action as follows:

14

15 Thomas J. Nolan                  Mark E. Overland
**Skadden, Arps, Slate, Meageher & Flom**    David C. Scheper
**LLP**                               Alexander H. Cote

16 300 South Grand Ave., Ste. 3400      **Overland Borenstein Scheper & Kim**
Los Angeles, CA 90071               **LLP**

17                                      601 West Fifth Street, 12th Floor
Los Angeles, CA 90017

18

19 **BY PERSONAL SERVICE:**  I delivered such envelope(s) by hand to the office of the person(s) being served.

20
    I declare that I am employed in the office of a member of the bar of this Court at whose

21 direction the service was made.

22     Executed on May 27, 2008, at Los Angeles, California.

23

24                                                

25                      NOW LEGAL - Dave Quintana

26

27

28

07209/2442344.1