QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  johnquinn@quinnemanuel.com
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
  Timothy L. Alger (Bar No. 160303)
  (timalger@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Plaintiff Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED CASES | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with Case No. CV 04-09059 and Case No. CV 05-02727<br><br>[PUBLIC REDACTED] DECLARATION OF B. DYLAN PROCTOR IN SUPPORT OF MATTEL, INC.'S OPPOSITION TO MGA ENTERTAINMENT, INC.'S MOTION FOR TERMINATING SANCTIONS<br><br>Date: August 27, 2007<br>Time: 10:00 a.m.<br>Place: Courtroom 1<br><br>Discovery Cut-off: January 14, 2008<br>Pre-trial Conference: April 7, 2008<br>Trial Date: April 29, 2008 |

07209/2190865.5

DECLARATION OF B. DYLAN PROCTOR

## DECLARATION OF B. DYLAN PROCTOR

I, B. Dylan Proctor, declare as follows:

1. I am a member of the bars of the State of California and a partner of Quinn Emanuel Urquhart Oliver & Hedges, LLP, attorneys for Mattel, Inc("Mattel"). Except where noted, I make this declaration of personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify competently thereto.

2. Attached as Exhibit 1 are true and correct copies of excerpts from the deposition transcript of Jill Nordquist, dated July 31, 2007.

3. Attached as Exhibit 2 is a true and correct copy of a July 8, 2003 Business Week article titled "To Be A Real Player, Mattel Needs Hotter Toys."

4. Attached as Exhibit 3 is a true and correct copy of a March 5, 2004 Chicago Sun-Times article titled "Bratz Packers Are What's Cool in Doll World."

5. Attached as Exhibit 4 is a true and correct copy of a March 29, 2004 San Fernando Valley Business Journal article titled "Immigrant's Creative Company Shakes Up Toy Industry."

6. Attached as Exhibit 5 are true and correct copies of excerpts from MGA's Responses to Request for Admission, dated March 30, 2007.

7. Attached as Exhibit 6 is a true and correct copy of Mattel's Complaint in the Mattel v. Bryant case, filed on April 27, 2004.

8. Attached as Exhibit 7 is a true and correct copy of the Court's Order Regarding Mattel's Motion For Leave To Amend, entered on January 12, 2007.

9. Attached as Exhibit 8 is a true and correct copy of Defendants' Opposition to Mattel's Motion For Leave to File An Amended Complaint, dated December 21, 2006.

10. Attached as Exhibit 9 is a true and correct copy of Mattel's Supplemental Privilege Log, dated February 23, 2007.

11. Attached as Exhibit 10 is a true and correct copy of the Discovery Master's July 10, 2007 Order Re In Camera Review of Global Security Files.

12. Attached as Exhibit 11 is a true and correct copy of a July 18, 2003 Wall Street Journal article titled "Dolled Up: To Lure Older Girls, Mattel Brings In Hip-Hop Crowd."

13. Attached as Exhibit 12 are true and correct copies of excerpts from the Transcript of Proceedings in this action, dated January 8, 2007.

14. Attached as Exhibit 13 is a true and correct copy of Mattel's Second Amended Answer In Case No. 05-2727 and Counterclaims, dated July 12, 2007, without exhibits.

15. Attached as Exhibit 14 are true and correct copies of excerpts from the transcript of the Deposition of Fred T. Kawashima dated January 17, 2007 (Volume 1).

16. Attached as Exhibit 15 are true and correct copies of excerpts from the transcript of the Deposition of Fred T. Kawashima dated June 19, 2007 (Volume 2).

17. Attached as Exhibit 16 is a true and correct copy of MGA's Complaint against Mattel, filed on April 13, 2005.

18. Attached as Exhibit 17 is a true and correct copy of a letter that I am informed and believe Diana Torres, of MGA, sent to Robert Normile, Mattel's General Counsel, dated April 16, 2005.

19. Attached as Exhibit 18 is a true and correct copy of a letter that I am informed and believe Jon Corey, counsel for Mattel, sent to Diana Torres, counsel for MGA, dated May 3, 2005. To my knowledge, Mattel received no response to this letter from MGA.

20. Attached as Exhibit 19 is a true and correct copy of a letter that I am informed and believe Jon Corey sent to Michael Keats, counsel for MGA, dated June 11, 2007.

21. Attached as Exhibit 20 are true and correct copies of excerpts from the deposition transcript of Julia Marine dated September 21, 2006 (Volume 1).

22. Attached as Exhibit 21 are true and correct copies of excerpts from the deposition transcript of Julia Marine dated November 8, 2006 (Volume 2).

23. Attached as Exhibit 22 are true and correct copies of excerpts from the deposition transcript of Julia Marine dated June 26, 2007 (Volume 3).

24. Attached as Exhibit 23 are true and correct copies of excerpts from the deposition transcript of Rodney H. Palmer, Jr., dated June 26, 2007.

25. Attached as Exhibit 24 is a true and correct copy of a Mattel MicroCall call report for Carter Bryant's extension at Mattel for various months in the year 2000, as produced by Mattel in this action, Bates numbered M 0001808-1824, and as introduced by MGA as Exhibit 472 to the deposition of Mr. Palmer.

26. Attached as Exhibit 25 is a true and correct copy of 2000 telephone bill as produced by Carter Bryant in this action, Bates numbered BRYANT 01286 - 1288.

27. Attached as Exhibit 26 are true and correct copies of 2000 telephone bills as produced by Veronica Marlow in this action, Bates numbered SABW-M 00065 - 78; 00145 - 148.

28. Attached as Exhibit 27 is a true and correct copy of the "anonymous letter" dated August 6, 2002, Bates numbered M 0074401- 74402.

29. Attached as Exhibit 28 is a true and correct hard copy printout of an Internet Website page for Blue Star Computer Solutions, Inc., available at http://www.bluestarcs.com/backup_tape.html.

30. Attached as Exhibit 29 are true and correct copies of excerpts from the deposition transcript of Arnold Artavia, dated September 21, 2006.

31. Attached as Exhibit 30 is a true and correct copy of a Personnel Hours Spreadsheet for Mattel Badge Number 90202 Carter Bryant - 7/5/1997 through 9/9/2000, as introduced as Exhibit 350 to the Artavia deposition.

32. Attached as Exhibit 31 is a true and correct copy of a letter I am informed and believe Michael Zeller, counsel for Mattel, sent to Chris Nguyen, MGA's counsel, dated August 10, 2007.

33. Attached as Exhibit 32 are true and correct copies of excerpts from the deposition transcript of Julia Jensen, dated June 8, 2007.

34. Attached as Exhibit 33 is a true a true and correct copy of an e-mail chain among Mattel employees dated July 8, 2003, as produced by Mattel, Bates numbered M 0074507 - 508, and as introduced as Exhibit 4 to the Jensen deposition.

35. Attached as Exhibit 34 is a true a true and correct copy of an e-mail chain among Mattel employees dated July 8, 2003, as produced by Mattel, Bates numbered M 0074509 - 510, and as introduced as Exhibit 5 to the Jensen deposition.

36. Attached as Exhibit 35 is a true and correct copy of a United States Patent Application as produced by MGA in this litigation, Bates numbered MGA 0825485 - 493. The application purports to be for a "Doll With Aesthetic Changeable Footgear," is dated February 13, 2003, and states, "Inventor: Isaac Larian."

37. Attached as Exhibit 36 is a true and correct copy of a United States Patent and Trademark Office decision dated February 4, 2003, as produced by MGA in this litigation, Bates numbered MGA 0825262 - 266. The decision grants "Isaac Larian" a patent as the "inventor" of "Transparent Display Packaging."

38. Attached as Exhibit 37 are true and correct copies of excerpts from the deposition transcript of Rene Pasko, dated June 13, 2007.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on August 13, 2007, at Los Angeles County, California.

B. Dylan Proctor