| Week Ending Friday | Badge Number | Project (P2MST = Admin Time) | Hours Reported | TRACGS Internal Project Task Identifier |
|---|---|---|---|---|
| Sep  6 1996 12:00:00:000AM | 90202 | P2MST | 8.5 | 80050 |
| Sep  6 1996 12:00:00:000AM | 90202 | P2MST | 8.5 | 80170 |
| Sep 13 1996 12:00:00:000AM | 90202 | PW242 | 29 | PW24250003 |
| Sep.13 1996 12:00:00:000AM | 90202 | RA176 | 10 | RA17650130 |
| Sep 20 1996 12:00:00:000AM | 90202 | PW242 | 16 | PW24250003 |
| Sep 20 1996 12:00:00:000AM | 90202 | P2MST | 8 | 80050 |
| Sep 20 1996 12:00:00:000AM | 90202 | RA176 | 18 | RA17650130 |
| Sep 27 1996 12:00:00:000AM | 90202 | PW242 | 16 | PW24250003 |
| Sep 27 1996 12:00:00:000AM | 90202 | RA049 | 6 | RA04950130 |
| Sep 27 1996 12:00:00:000AM | 90202 | RA051 | 6 | RA05150110 |
| Sep 27 1996 12:00:00:000AM | 90202 | RA052 | 6 | RA05250110 |
| Sep 27 1996 12:00:00:000AM | 90202 | RA176 | 8 | RA17650130 |
| Oct  4 1996 12:00:00:000AM | 90202 | PW242 | 25 | PW24250003 |
| Oct  4 1996 12:00:00:000AM | 90202 | RA049 | 4 | RA04950130 |
| Oct  4 1996 12:00:00:000AM | 90202 | RA176 | 10 | RA17650131 |
| Oct 11 1996 12:00:00:000AM | 90202 | PW242 | 30 | PW24250003 |
| Oct 11 1996 12:00:00:000AM | 90202 | RA176 | 9 | RA17650130 |
| Oct 18 1996 12:00:00:000AM | 90202 | PW242 | 45 | PW24250003 |
| Oct 25 1996 12:00:00:000AM | 90202 | PW242 | 39 | PW24250003 |
| Nov  1 1996 12:00:00:000AM | 90202 | PW242 | 39 | PW24250003 |
| Nov  8 1996 12:00:00:000AM | 90202 | PW242 | 27 | PW24250003 |
| Nov  8 1996 12:00:00:000AM | 90202 | P2MST | 2 | 80020 |
| Nov  8 1996 12:00:00:000AM | 90202 | RA176 | 10 | RA17650130 |
| Nov 15 1996 12:00:00:000AM | 90202 | PW242 | 2 | PW24260003 |
| Nov 15 1996 12:00:00:000AM | 90202 | RA176 | 37 | RA17650130 |
| Nov 22 1996 12:00:00:000AM | 90202 | PW242 | 4 | PW24250003 |
| Nov 22 1996 12:00:00:000AM | 90202 | P2MST | 5 | 80020 |
| Nov 22 1996 12:00:00:000AM | 90202 | RA176 | 30 | RA17650130 |
| Nov 29 1996 12:00:00:000AM | 90202 | PW242 | 12 | PW24250003 |
| Nov 29 1996 12:00:00:000AM | 90202 | P2MST | 21 | 80170 |
| Nov 29 1996 12:00:00:000AM | 90202 | RA176 | 2 | |
| Dec  6 1996 12:00:00:000AM | 90202 | PW242 | 21 | PW24250003 |
| Dec  6 1996 12:00:00:000AM | 90202 | P2MST | 2 | 80020 |
| Dec  6 1996 12:00:00:000AM | 90202 | RA176 | 18 | RA17650130 |
| Dec 13 1996 12:00:00:000AM | 90202 | PW242 | 45 | PW24250003 |
| Dec 27 1996 12:00:00:000AM | 90202 | P2MST | 40 | 80170 |

**EXHIBIT 30-394**

| Week Ending Friday | Badge Number | Project (P2MST = Admin Time) | | Hours Required | Task Number | Task Number |
|---|---|---|---|---|---|---|
| Jan 3 1997 12:00:00:000AM | 90202 | P2MST | | 40 | | 80170 |
| Jan 10 1997 12:00:00:000AM | 90202 | P2MST | | 40 | | 80170 |
| Jan 17 1997 12:00:00:000AM | 90202 | RA176 | 0 | 9 | RA17650130 | |
| Jan 17 1997 12:00:00:000AM | 90202 | RA195 | 0 | 30 | RA19550131 | |
| Jan 24 1997 12:00:00:000AM | 90202 | NS054 | 0 | 15 | NS05450003 | |
| Jan 24 1997 12:00:00:000AM | 90202 | RA176 | 0 | 15 | RA17650130 | |
| Jan 31 1997 12:00:00:000AM | 90202 | SA035 | 0 | 16 | SA03550133 | |
| Jan 31 1997 12:00:00:000AM | 90202 | SA120 | 0 | 39 | SA12050133 | |
| Feb 7 1997 12:00:00:000AM | 90202 | RA176 | 0 | 2 | RA17650131 | |
| Feb 7 1997 12:00:00:000AM | 90202 | SA030 | 0 | 37 | SA03050133 | |
| Feb 14 1997 12:00:00:000AM | 90202 | SA030 | 0 | 39 | SA03050133 | |
| Feb 14 1997 12:00:00:000AM | 90202 | P2MST | | 16 | | 80010 |
| Feb 21 1997 12:00:00:000AM | 90202 | P2MST | | 2 | | 80020 |
| Feb 21 1997 12:00:00:000AM | 90202 | SA030 | 0 | 2 | SA03050133 | |
| Feb 28 1997 12:00:00:000AM | 90202 | SA090 | 0 | 20 | SA09050133 | |
| Feb 28 1997 12:00:00:000AM | 90202 | SA100 | 0 | 19 | SA10050133 | |
| Mar 7 1997 12:00:00:000AM | 90202 | SA090 | 0 | 19 | SA09050133 | |
| Mar 7 1997 12:00:00:000AM | 90202 | SA100 | 0 | 20 | SA10050133 | |
| Mar 14 1997 12:00:00:000AM | 90202 | SA090 | 0 | 19 | SA09050133 | |
| Mar 14 1997 12:00:00:000AM | 90202 | SA100 | 0 | 20 | SA10050133 | |
| Mar 21 1997 12:00:00:000AM | 90202 | SA090 | 0 | 19 | SA09050133 | |
| Mar 21 1997 12:00:00:000AM | 90202 | SA100 | 0 | 20 | SA10050133 | |
| Mar 28 1997 12:00:00:000AM | 90202 | P2MST | | 15 | | 80170 |
| Mar 28 1997 12:00:00:000AM | 90202 | SA090 | 0 | 12 | SA09050133 | |
| Mar 28 1997 12:00:00:000AM | 90202 | SA100 | 0 | 12 | SA10050133 | |
| Apr 4 1997 12:00:00:000AM | 90202 | SA090 | 0 | 14 | SA09050133 | |
| Apr 4 1997 12:00:00:000AM | 90202 | SA100 | 0 | 25 | SA10050133 | |
| Apr 11 1997 12:00:00:000AM | 90202 | SA090 | 0 | 15 | SA09050133 | |
| Apr 11 1997 12:00:00:000AM | 90202 | SA100 | 0 | 15 | SA10050133 | |
| Apr 11 1997 12:00:00:000AM | 90202 | SA503 | 0 | 15 | SA50360084 | |
| Apr 18 1997 12:00:00:000AM | 90202 | SA090 | 0 | 15 | SA09050133 | |
| Apr 18 1997 12:00:00:000AM | 90202 | SA100 | 0 | 15 | SA10050133 | |
| Apr 18 1997 12:00:00:000AM | 90202 | SA503 | 0 | 20 | SA50350084 | |
| Apr 25 1997 12:00:00:000AM | 90202 | SA090 | 0 | 15 | SA09050133 | |
| Apr 25 1997 12:00:00:000AM | 90202 | SA100 | 0 | 10 | SA09050133 | |
| Apr 25 1997 12:00:00:000AM | 90202 | SA503 | 0 | 30 | SA50350084 | |

**EXHIBIT 30-395**

| Week Ending Friday | Badge Number | Project (P2MST = Admin time) | Hours Recorded | TeAACS Internal Project Task Identifier |
|---|---|---|---|---|
| May 2 1997 12:00:00:000AM | 90202 | SA090 | 15 | SA09060133 |
| May 2 1997 12:00:00:000AM | 90202 | SA503 | 30 | SA50350084 |
| May 9 1997 12:00:00:000AM | 90202 | P2MST | 5 | 80020 |
| May 9 1997 12:00:00:000AM | 90202 | SA090 | 15 | SA09060133 |
| May 9 1997 12:00:00:000AM | 90202 | SA100 | 5 | SA10060133 |
| May 9 1997 12:00:00:000AM | 90202 | SA503 | 20 | SA50350084 |
| May 16 1997 12:00:00:000AM | 90202 | SA090 | 10 | SA09060133 |
| May 16 1997 12:00:00:000AM | 90202 | SA503 | 30 | SA50350084 |
| May 23 1997 12:00:00:000AM | 90202 | P2MST | 5 | 80170 |
| May 23 1997 12:00:00:000AM | 90202 | SA100 | 10 | SA10050133 |
| May 23 1997 12:00:00:000AM | 90202 | SA503 | 30 | SA50350084 |
| May 30 1997 12:00:00:000AM | 90202 | P2MST | 8.5 | 80170 |
| May 30 1997 12:00:00:000AM | 90202 | SA100 | 11 | SA10050133 |
| May 30 1997 12:00:00:000AM | 90202 | SA503 | 25 | SA50350084 |
| Jun 6 1997 12:00:00:000AM | 90202 | SA100 | 20 | SA10050133 |
| Jun 6 1997 12:00:00:000AM | 90202 | SA503 | 19 | SA50350084 |
| Jun 13 1997 12:00:00:000AM | 90202 | P2MST | 16 | 80050 |
| Jun 13 1997 12:00:00:000AM | 90202 | SA100 | 15 | SA10050133 |
| Jun 13 1997 12:00:00:000AM | 90202 | SA503 | 8 | SA50350084 |
| Jun 20 1997 12:00:00:000AM | 90202 | PW242 | 10 | PW24250003 |
| Jun 20 1997 12:00:00:000AM | 90202 | P2MST | 8 | 80050 |
| Jun 20 1997 12:00:00:000AM | 90202 | SA100 | 21 | SA10050133 |
| Jun 27 1997 12:00:00:000AM | 90202 | PW242 | 19 | PW24250003 |
| Jun 27 1997 12:00:00:000AM | 90202 | SA100 | 20 | SA10050133 |
| Jul 4 1997 12:00:00:000AM | 90202 | PW242 | 12 | PW24250003 |
| Jul 4 1997 12:00:00:000AM | 90202 | P2MST | 15 | 80170 |
| Jul 4 1997 12:00:00:000AM | 90202 | SA100 | 12 | SA10050133 |
| Jul 11 1997 12:00:00:000AM | 90202 | PW242 | 10 | PW24250003 |
| Jul 11 1997 12:00:00:000AM | 90202 | P2MST | 8.5 | 80050 |
| Jul 11 1997 12:00:00:000AM | 90202 | SA100 | 12 | SA10050133 |
| Jul 11 1997 12:00:00:000AM | 90202 | SA503 | 8.5 | SA50350084 |
| Jul 18 1997 12:00:00:000AM | 90202 | PW242 | 20 | PW24250003 |
| Jul 18 1997 12:00:00:000AM | 90202 | SA100 | 19 | SA10050133 |
| Jul 25 1997 12:00:00:000AM | 90202 | SA082 | 39 | SA08250131 |
| Aug 1 1997 12:00:00:000AM | 90202 | SA082 | 45 | SA08250131 |
| Aug 8 1997 12:00:00:000AM | 90202 | P2MST | 3 | 80020 |

**EXHIBIT 30-396**

| Week Ending Friday | Badge Number | Project (P2MST = Admin Time) | | Hours Reported | TASKS Internal Project Task Identifier |
|---|---|---|---|---|---|
| Aug 8 1997 12:00:00:000AM | 90202 | SA082 | 0 | 9 | SA08250131 |
| Aug 8 1997 12:00:00:000AM | 90202 | SA083 | 0 | 15 | SA08350111 |
| Aug 8 1997 12:00:00:000AM | 90202 | SA084 | 0 | 15 | SA08450111 |
| Aug 15 1997 12:00:00:000AM | 90202 | SA082 | 0 | 45 | SA08250131 |
| Aug 22 1997 12:00:00:000AM | 90202 | SA082 | 0 | 39 | SA08250131 |
| Aug 29 1997 12:00:00:000AM | 90202 | SN020 | 0 | 39 | SN02050001 |
| Sep 5 1997 12:00:00:000AM | 90202 | SN020 | 0 | 39 | SN02050001 |
| Sep 12 1997 12:00:00:000AM | 90202 | SN020 | 0 | 39 | SN02050001 |
| Sep 19 1997 12:00:00:000AM | 90202 | SN020 | 0 | 44 | SN02050001 |
| Sep 26 1997 12:00:00:000AM | 90202 | SN100 | 0 | 39 | SN10050001 |
| Oct 3 1997 12:00:00:000AM | 90202 | PW242 | 0 | 20 | PW24250003 |
| Oct 3 1997 12:00:00:000AM | 90202 | SN020 | 0 | 20 | SN02050004 |
| Oct 10 1997 12:00:00:000AM | 90202 | SN015 | 0 | 39 | SN01550003 |
| Oct 17 1997 12:00:00:000AM | 90202 | PW501 | 0 | 5 | PW50150003 |
| Oct 17 1997 12:00:00:000AM | 90202 | SN015 | 0 | 4 | SN01550003 |
| Oct 17 1997 12:00:00:000AM | 90202 | SN100 | 0 | 30 | SN10050003 |
| Oct 24 1997 12:00:00:000AM | 90202 | SN015 | 0 | 10 | SN01550003 |
| Oct 24 1997 12:00:00:000AM | 90202 | SN100 | 0 | 29 | SN10050003 |
| Oct 31 1997 12:00:00:000AM | 90202 | SN100 | 0 | 39 | SN10050003 |
| Nov 7 1997 12:00:00:000AM | 90202 | SN100 | 0 | 39 | SN10050003 |
| Nov 14 1997 12:00:00:000AM | 90202 | SN100 | 0 | 30 | SN10050003 |
| Nov 14 1997 12:00:00:000AM | 90202 | SN155 | 0 | 9 | SN15550003 |
| Nov 21 1997 12:00:00:000AM | 90202 | SN100 | 0 | 39 | SN10050003 |
| Nov 28 1997 12:00:00:000AM | 90202 | P2MST | | 39 | 80170 |
| Dec 5 1997 12:00:00:000AM | 90202 | SA082 | 0 | 19 | SA08250007 |
| Dec 5 1997 12:00:00:000AM | 90202 | SN100 | 0 | 20 | SN10050003 |
| Dec 12 1997 12:00:00:000AM | 90202 | SA082 | 0 | 19 | SA08250007 |
| Dec 12 1997 12:00:00:000AM | 90202 | SN100 | 0 | 20 | SN10050003 |
| Dec 26 1997 12:00:00:000AM | 90202 | P2MST | | 39 | 80180 |
| Jan 2 1998 12:00:00:000AM | 90202 | P2MST | | 39 | 80180 |
| Jan 9 1998 12:00:00:000AM | 90202 | P2MST | | 40 | 80180 |
| Jan 16 1998 12:00:00:000AM | 90202 | P2MST | | 40 | 80180 |
| Jan 23 1998 12:00:00:000AM | 90202 | P2MST | | 40 | 80180 |
| Jan 30 1998 12:00:00:000AM | 90202 | P2MST | | 40 | 80180 |
| Feb 6 1998 12:00:00:000AM | 90202 | P2MST | | 40 | 80180 |
| Feb 13 1998 12:00:00:000AM | 90202 | P2MST | | 40 | 80180 |

**EXHIBIT 30-397**

| Week Ending-Friday | Badge Number | Project (P2MST = Admin Time) | | Hours Reported | TRACGS Internal Project Task Number |
|---|---|---|---|---|---|
| Feb 20 1998 12:00:00:000AM | 90202 | P2MST | | 40 | 80180 |
| Feb 27 1998 12:00:00:000AM | 90202 | P2MST | | 40 | 80180 |
| Mar 6 1998 12:00:00:000AM | 90202 | P2MST | | 40 | 80180 |
| Mar 13 1998 12:00:00:000AM | 90202 | P2MST | | 40 | 80180 |
| Mar 20 1998 12:00:00:000AM | 90202 | P2MST | | 40 | 80180 |
| Mar 27 1998 12:00:00:000AM | 90202 | P2MST | | 40 | 80180 |
| Apr 3 1998 12:00:00:000AM | 90202 | P2MST | | 40 | 80180 |
| Apr 10 1998 12:00:00:000AM | 90202 | P2MST | | 40 | 80180 |
| Apr 17 1998 12:00:00:000AM | 90202 | P2MST | | 40 | 80180 |
| Apr 24 1998 12:00:00:000AM | 90202 | P2MST | | 40 | 80180 |
| May 1 1998 12:00:00:000AM | 90202 | P2MST | | 40 | 80180 |
| May 8 1998 12:00:00:000AM | 90202 | P2MST | | 40 | 80180 |
| May 15 1998 12:00:00:000AM | 90202 | P2MST | | 40 | 80180 |
| Jan 8 1999 12:00:00:000AM | 90202 | BAT24 | | 19 | BA72450110 |
| Jan 8 1999 12:00:00:000AM | 90202 | BAT60 | | 20 | BAT6050110 |
| Jan 15 1999 12:00:00:000AM | 90202 | BAT75 | | 39 | BAT2450110 |
| Jan 22 1999 12:00:00:000AM | 90202 | BAT24 | | 22.5 | BA72450110 |
| Jan 22 1999 12:00:00:000AM | 90202 | BAT75 | | 8 | BAT7650110 |
| Jan 29 1999 12:00:00:000AM | 90202 | P2MST | | 8.5 | 80170 |
| Jan 29 1999 12:00:00:000AM | 90202 | BAT24 | O | 9 | BA72450110 |
| Jan 29 1999 12:00:00:000AM | 90202 | BAT44 | O | 20 | BAT4450110 |
| Feb 5 1999 12:00:00:000AM | 90202 | BAT75 | O | 10 | BAT7550110 |
| Feb 5 1999 12:00:00:000AM | 90202 | BAT24 | | 10 | BA72450110 |
| Feb 5 1999 12:00:00:000AM | 90202 | BAT44 | | 9 | BAT4450110 |
| Feb 12 1999 12:00:00:000AM | 90202 | BAT75 | | 20 | BAT7550110 |
| Feb 12 1999 12:00:00:000AM | 90202 | BAT24 | | 0 | BA72450110 |
| Feb 12 1999 12:00:00:000AM | 90202 | BAT44 | | 30 | BAT4450110 |
| Feb 19 1999 12:00:00:000AM | 90202 | BAT75 | | 9 | BAT7550110 |
| Feb 19 1999 12:00:00:000AM | 90202 | BAT24 | | 5 | BA72450110 |
| Mar 5 1999 12:00:00:000AM | 90202 | BAT44 | | 34 | BAT4450110 |
| Feb 26 1999 12:00:00:000AM | 90202 | BAT44 | | 35 | BAT4450110 |
| Feb 26 1999 12:00:00:000AM | 90202 | BAT24 | | 9 | BA72450110 |
| Mar 12 1999 12:00:00:000AM | 90202 | BAT44 | | 30 | BAT4450110 |
| Mar 12 1999 12:00:00:000AM | 90202 | BAT24 | | 5 | BA72450110 |
| Mar 19 1999 12:00:00:000AM | 90202 | BAT44. | | 34 | BAT4450110 |
| | 90202 | P2MST | | 5 | 80010 |

**EXHIBIT 30-398**

| Week Ending Friday | Badge Number | Project (P2MST = Admin Time) | Hours Reported | Charge Number | Project Cost Modifier |
|---|---|---|---|---|---|
| Mar 19 1999 12:00:00:000AM | 90202 | BA724 | 2 | BA7245O110 | |
| Mar 19 1999 12:00:00:000AM | 90202 | BA744 | 2 | BA7445O110 | |
| Mar 26 1999 12:00:00:000AM | 90202 | BA744 | 15 | BA7445O110 | |
| Apr 2 1999 12:00:00:000AM | 90202 | BA744 | 10 | BA7445O110 | |
| Apr 2 1999 12:00:00:000AM | 90202 | P2MST | 13 | | 80170 |
| Apr 9 1999 12:00:00:000AM | 90202 | BA744 | 5 | BA7445O110 | |
| Apr 9 1999 12:00:00:000AM | 90202 | P2MST | 8.5 | | 80050 |
| Apr 9 1999 12:00:00:000AM | 90202 | P2MST | 17 | | 80170 |
| Apr 16 1999 12:00:00:000AM | 90202 | BA744 | 20 | BA7445O110 | |
| Apr 23 1999 12:00:00:000AM | 90202 | BA744 | 20 | BA7445O110 | |
| Apr 30 1999 12:00:00:000AM | 90202 | BA744 | 20 | BA7445O110 | |
| May 14 1999 12:00:00:000AM | 90202 | BA744 | 2 | BA7445O110 | |
| May 7 1999 12:00:00:000AM | 90202 | BA744 | 2 | BA7445O110 | |
| May 7 1999 12:00:00:000AM | 90202 | PW645 | 10 | PW6455O003 | |
| May 14 1999 12:00:00:000AM | 90202 | PW645 | 10 | PW6455O003 | |
| May 21 1999 12:00:00:000AM | 90202 | PW645 | 15 | PW6455O003 | |
| May 28 1999 12:00:00:000AM | 90202 | PW645 | 12 | PW6455O003 | |
| May 28 1999 12:00:00:000AM | 90202 | P2MST | 5 | | 80170 |
| Jun 4 1999 12:00:00:000AM | 90202 | P2MST | 39 | | 80170 |
| Jun 11 1999 12:00:00:000AM | 90202 | P2MST | 8.5 | | 80050 |
| Jun 11 1999 12:00:00:000AM | 90202 | BA744 | 3 | BA7445O110 | |
| Jun 11 1999 12:00:00:000AM | 90202 | BA747 | 0.5 | BA7475O109 | |
| Jun 11 1999 12:00:00:000AM | 90202 | PW645 | 8.5 | PW6455O003 | |
| Jun 25 1999 12:00:00:000AM | 90202 | P2MST | 0 | | 80020 |
| Jun 18 1999 12:00:00:000AM | 90202 | BA744 | 5 | BA7445O110 | |
| Jun 18 1999 12:00:00:000AM | 90202 | BA747 | 5 | BA7475O109 | |
| Jun 18 1999 12:00:00:000AM | 90202 | PW645 | 5 | PW6455O003 | |
| Jun 18 1999 12:00:00:000AM | 90202 | P2MST | 14 | | 80020 |
| Jul 2 1999 12:00:00:000AM | 90202 | P2MST | 5 | | 80170 |
| Jul 9 1999 12:00:00:000AM | 90202 | P2MST | 8.5 | | 80170 |
| Aug 27 1999 12:00:00:000AM | 90202 | P2MST | 8.5 | | 80050 |
| Sep 3 1999 12:00:00:000AM | 90202 | PW645 | 15 | PW6455O003 | |
| Sep 10 1999 12:00:00:000AM | 90202 | P2MST | 8.5 | | 80170 |
| Sep 17 1999 12:00:00:000AM | 90202 | PW645 | 20 | PW6455O003 | |
| Sep 24 1999 12:00:00:000AM | 90202 | PW645 | 20 | PW6455O003 | |
| Sep 24 1999 12:00:00:000AM | 90202 | BA775 | 5 | BA7755O110 | |

EXHIBIT 30-399

| Week Ending Friday | Badge Number | Project (P2MST = Admin Time) | Hours Reported | TRACS (Internal Project) | Task Identifier |
|---|---|---|---|---|---|
| Oct  1 1999 12:00:00:000AM | 90202 | BA775 | 10 | BA77550110 | |
| Oct  8 1999 12:00:00:000AM | 90202 | PW645 | 29 | PW6455003 | |
| Nov 19 1999 12:00:00:000AM | 90202 | P2MST | 5 | | 80170 |
| Nov 26 1999 12:00:00:000AM | 90202 | P2MST | 39 | | 80170 |
| Dec  3 1999 12:00:00:000AM | 90202 | BA747 | 3 | BA74750110 | |
| Dec  3 1999 12:00:00:000AM | 90202 | BA775 | 3 | BA77550128 | |
| Dec 10 1999 12:00:00:000AM | 90202 | BA747 | 3 | BA74750110 | |
| Dec 10 1999 12:00:00:000AM | 90202 | BA775 | 2 | BA77550128 | |
| Dec 17 1999 12:00:00:000AM | 90202 | BA775 | 2 | BA77550128 | |
| Dec 17 1999 12:00:00:000AM | 90202 | BA747 | 4 | BA74750038 | |
| Dec 31 1999 12:00:00:000AM | 90202 | P2MST | 40 | | 80170 |
| Dec 24 1999 12:00:00:000AM | 90202 | P2MST | 22 | | 80170 |
| Jan  7 2000 12:00:00:000AM | 90202 | P2MST | 8.5 | | 80050 |
| Mar 31 2000 12:00:00:000AM | 90202 | P2MST | 15 | | 80020 |
| Mar 31 2000 12:00:00:000AM | 90202 | P2MST | 5 | | 80010 |
| Apr 21 2000 12:00:00:000AM | 90202 | P2MST | 13.5 | | 80170 |
| May 19 2000 12:00:00:000AM | 90202 | P2MST | 8.5 | | 80050 |
| May 26 2000 12:00:00:000AM | 90202 | P2MST | 13.5 | | 80170 |
| Jun  2 2000 12:00:00:000AM | 90202 | P2MST | 25.5 | | 80170 |
| Jun 16 2000 12:00:00:000AM | 90202 | P2MST | 21 | | 80030 |
| Jun 23 2000 12:00:00:000AM | 90202 | P2MST | 39 | | 80170 |
| Jul  7 2000 12:00:00:000AM | 90202 | P2MST | 17 | | 80170 |
| Aug  4 2000 12:00:00:000AM | 90202 | P2MST | 5 | | 80170 |
| Aug 11 2000 12:00:00:000AM | 90202 | P2MST | 8.5 | | 80050 |
| Sep  1 2000 12:00:00:000AM | 90202 | P2MST | 5 | | 80170 |
| Sep  8 2000 12:00:00:000AM | 90202 | P2MST | 8.5 | | 80050 |
| Sep  8 2000 12:00:00:000AM | 90202 | P2MST | 8.5 | | 80170 |

**EXHIBIT 30-400**

**EXHIBIT 31**

**quinn emanuel** trial lawyers | los angeles

865 South Figueroa Street, 10th Floor, Los Angeles, California 90017 | TEL 213-443-3000 FAX 213-443-3100

WRITER'S DIRECT DIAL NO.
**(213) 443-3180**

WRITER'S INTERNET ADDRESS
**michaelzeller@quinnemanuel.com**

August 10, 2007

**VIA FACSIMILE AND U.S. MAIL**

Chris D. Nguyen, Esq.
O'Melveny & Myers, LLP
400 South Hope Street
Los Angeles, CA 90071

Re:     **Mattel v. Bryant**

Dear Counsel:

I write pursuant to section 5 of the Discovery Master Stipulation to request that MGA meet and confer on MGA's assertion of attorney-client privilege, made for the first time ever in your letter of August 7, 2007, regarding MGA 0800973-0800974 and MGA 0829296-829305.

The document bates-numbered MGA 0800973-0800974 is an internal docket sheet from Russ, August, Kabat and Kent regarding MGA's trademark application (SN 76/179,479) for "Bratz." The docket sheet states with respect to the application for the "Bratz" mark for "dolls": "Dates of Use: 6-15-00". The document bates-numbered MGA 0829296-08829305 consists of a fax from Lucy B. Arant at Russ, August, Kabat and Kent to Paula Treantafelles at MGA attaching trademark applications for "Jade," "Yasmin," "Sasha" and "Bratz." The fax cover states: "You indicated that all four of the applications have a date of first use of June 15, 2000."

The attorney-client privilege "protects confidential *communications from clients* to their attorneys made for the purpose of securing legal advice or services." Tax Analysts v. Internal Revenue Service, 117 F.3d 607, 618 (D.C. Cir. 1997) (*emphasis added*); see also In re Grand Jury Investigations, 974 F.2d 1068, 1071 (9th Cir. 1992) (citing 8 Wigmore Evidence § 2292). The docket sheet in question is not a communication, much less a communication from the client

**EXHIBIT 31-401**

**quinn emanuel urquhart oliver & hedges, llp**

07209/2191171.2

NEW YORK | 51 Madison Avenue, 22nd Floor, New York, New York 10010 | TEL 212-849-7000 FAX 212-849-7100
SAN FRANCISCO | 50 California Street, 22nd Floor, San Francisco, California 94111 | TEL 415-875-6600 FAX 415-875-6700
SILICON VALLEY | 555 Twin Dolphin Drive, Suite 560, Redwood Shores, California 94065 | TEL 650-801-5000 FAX 650-801-5100

to counsel for the purpose of obtaining legal advice.  As for MGA 0829296-08829305, the fax itself is a communication from counsel to MGA, not vice versa.

Furthermore, the date of first use stated in these documents and their other content consist of factual information for use in an application for trademark registration and is, therefore, not privileged.  See Trademark Registration Practice Guide ("Information of a factual nature intended by the client to the [U.S. Patent and Trademark Office] is not privileged.") (citing United States v. United Shoe Mach. Corp., 89 F.Supp. 357 (D. Mass. 1950)); see also Weil Ceramics & Glass v. Work, 110 F.R.D. 500 (E.D.N.Y. 1986) (facts for inclusion in patent or trademark application not privileged); Nikkal Industries, Ltd. v. Salton, Inc., 689 F. Supp. 187 (S.D.N.Y. 1988) ("Communication based upon technical information as opposed to legal advice is not considered privileged"); Brimley v. Hardee's Food Systems, Inc., 1995 WL 51177 (S.D.N.Y. 1995) ("[I]f a client employs an attorney both to advise the client and to communicate the client's position to another party, the privilege does not extend to the portion of the client's communication with the lawyer that constitutes the substance of what the client intends the lawyer to communicate to the third party" (citing Brinton v. Department of State, 636 F.2d 600, 604 (D.C. Cir. 1980)).

Finally, for the reasons set forth in Mattel's motion to compel filed yesterday, even assuming (contrary to fact and law) these documents were ever privileged, MGA waived privilege by failing to comply with the Discovery Master's May 15, 2007 Order as a result of its failures and refusals to supplement its deficient privilege log.

If MGA insists upon this improper assertion of attorney-client privilege as apparently intended by your letter of August 7, 2007, Mattel anticipates bringing a motion to compel and may seek sanctions.  Please let me know when MGA is available to meet and confer on this matter within the time required.  I look forward to hearing from you.


Very truly yours,

Michael T. Zeller

07209/2191171.2

cc:    Michael H. Page, Esq.

**EXHIBIT 31-402**

# QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

<table>
<tr>
<td><u>NEW YORK</u><br>51 Madison Avenue, 22nd Floor<br>New York, NY 10010<br>(212) 849-7000<br>Facsimile: (212) 849-7100</td>
<td><u>LOS ANGELES</u><br>865 South Figueroa Street, 10th Floor<br>Los Angeles, CA 90017<br>(213) 443-3000<br>Facsimile: (213) 443-3100</td>
<td><u>SAN FRANCISCO</u><br>50 California Street, 22nd Floor<br>San Francisco, CA 94111<br>(415) 875-6600<br>Facsimile: (415) 875-6700</td>
</tr>
</table>

<u>SILICON VALLEY</u>
555 Twin Dolphin Drive, Suite 560
Redwood Shores, CA 94065
(650) 801-5000
Facsimile: (650) 801-5100

## LOS ANGELES OFFICE
## FACSIMILE TRANSMISSION

**DATE:**    August 10, 2007                **NUMBER OF PAGES, INCLUDING COVER: 3**

| NAME/COMPANY | PHONE NO. | FAX NO. |
|---|---|---|
| Chris D. Nguyen, Esq.<br>O'Melveny & Myers LLP | (213) 430-6389 | (213) 430-6407 |
| Michael H. Page, Esq.<br>Keker & Van Nest LLP | (415) 397-5400 | (415) 397-7188 |

**FROM:**    Michael T. Zeller

**RE:**    Mattel v. Bryant

**MESSAGE:**

FAXED
AUG 1 0 2007

---

07209/2191677.1

CLIENT #    7209    ROUTE/<br>RETURN TO:    **Tiffany Garcia**    ☒ CONFIRM FAX<br>☐ INCLUDE CONF. REPORT

OPERATOR:                CONFIRMED?    ☐ NO    ☐ YES: _____

The information contained in this facsimile is confidential and may also contain privileged attorney-client information or work product. The information is intended only for the use of the individual or entity to whom it is addressed. If you are not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any use, dissemination, distribution or copying of this communication is strictly prohibited. If you have received the facsimile in error, please immediately notify us by telephone, and return the original message to us at the address above via the U.S. Postal Service. Thank you.

**IF YOU DO NOT RECEIVE ALL OF THE PAGES, PLEASE PHONE (213) 443-3000 AS SOON AS POSSIBLE.**
## EXHIBIT 31-403

```
                    ******************************
                    ***   MULTI TX/RX REPORT   ***
                    ******************************

TX/RX NO           1911
PGS.                 3
TX/RX INCOMPLETE

                   -----

TRANSACTION OK
                   (1)   9414#007209#12134306407
                   (2)   9414#007209#14153977188

ERROR INFORMATION

                   -----
```

# QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

**NEW YORK**
51 Madison Avenue, 22nd Floor
New York, NY 10010
(212) 849-7000
Facsimile: (212) 849-7100

**LOS ANGELES**
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017
(213) 443-3000
Facsimile: (213) 443-3100

**SAN FRANCISCO**
50 California Street, 22nd Floor
San Francisco, CA 94111
(415) 875-6600
Facsimile: (415) 875-6700

**SILICON VALLEY**
555 Twin Dolphin Drive, Suite 560
Redwood Shores, CA 94065
(650) 801-5000
Facsimile: (650) 801-5100

### LOS ANGELES OFFICE
## FACSIMILE TRANSMISSION

DATE:        August 10, 2007          NUMBER OF PAGES, INCLUDING COVER: 3

| NAME/COMPANY | PHONE NO. | FAX NO. |
|---|---|---|
| Chris D. Nguyen, Esq. O'Melveny & Myers LLP | (213) 430-6389 | (213) 430-6407 |
| Michael H. Page, Esq. Keker & Van Nest LLP | (415) 397-5400 | (415) 397-7188 |

FROM:      Michael T. Zeller

RE:        Mattel v. Bryant

MESSAGE:

**EXHIBIT 31-404**

BLUEBIRD

**EXHIBIT 32**

```
 1            UNITED STATES DISTRICT COURT

 2            CENTRAL DISTRICT OF CALIFORNIA

 3               EASTERN DIVISION                    Certified Copy

 4      ---------------------------------------

 5   MATTEL, INC., a Delaware Corporation,   )

 6               Plaintiff,                   )

 7       vs.                                  ) No. CV 04-9059

 8   CARTER BRYANT, an individual; and       ) NM (RNBx)

 9   DOES 1 through 10, Inclusive,           )

10               Defendants.                  )

11      ---------------------------------------)

12   CARTER BRYANT, on behalf of himself,    )

13   All present and former employees of     )

14   Mattel, Inc., and the general public,   )

15               Counter-Claimants,          )

16       vs.                                  )

17   MATTEL, INC., a Delaware corporation,   )

18               Counter-Defendant.          )

19      ---------------------------------------

20          Deposition of JULIA JENSEN, taken at

21          7 Times Square, New York, New York,

22          commencing at 10:15 a.m., Friday,

23          June 8, 2007, before Morene

24          Korenman-Bangel, Notary Public.

25   PAGES 1 - 191
                                                              1
```

**EXHIBIT 32-405**

```
 1                         Jensen
 2             MR. KEATS:  Can I mark that?
 3             MR. ALGER:  Um-hum.
 4             MR. KEATS:  Okay.  Let's mark this as
 5    Exhibit 4.
 6         (Exhibit 4 marked for identification.)
 7             MR. KEATS:  We tried to find the other Wall
 8    Street Journal article and we may just be doing a bad
 9    search, but if you guys could possibly try to find
10    that, that would be helpful.
11             MR. ALGER:  You can make a document request.
12    It's not relevant to the litigation, but you can make a
13    document request.
14             MR. KEATS:  We'll talk about it off line.
15             MR. ALGER:  Well, that's my view on it.
16             MR. KEATS:  Yeah.  I understand.  We'll talk
17    about it.
18    BY MR. KEATS:
19        Q.    Take a look down where it says -- first of
20    all, have you seen this e-mail prior to today?
21             MR. ALGER:  There's several e-mails on
22    the --
23             MR. KEATS:  Yeah.
24        Q.    Have you seen this e-mail chain prior to
25    today?
```

166

EXHIBIT 32-406

```
 1                        Jensen
 2        A.     I have seen the portion of this e-mail chain
 3   that is specifically Ria Freydl, to the point that it's
 4   a chain.
 5        Q.     Okay.
 6               So, the second -- there's one that says Park
 7   Cassidy and then below that it says Martinez Lily and
 8   that's July 8th, 2:49 p.m., right?
 9        A.     Right.  And to clarify, I haven't literally
10   seen it.
11               Ria alerted me to that she had received an
12   e-mail that the Wall Street Journal had contacted Lily
13   and she said it came to me on an e-mail and she said it
14   said hey, FYI.
15               So, my assumption is it is this e-mail.
16        Q.     Okay.
17               Did you know that the Wall Street Journal
18   was writing e-mails to Mattel employees before the
19   article came out?
20        A.     I did not.
21        Q.     This is now July 8th, the article came out I
22   think -- I keep forgetting the date, it was
23   afterwards -- July 18th.
24               Prior to the article coming out, did you
25   tell Maureen that you were unhappy with the fact that
```
167

**EXHIBIT 32-407**

Jensen

1

2      Maureen was writing e-mails to Mattel employees without

3      you knowing?

4          A.      I'm sorry, I was reading the article.

5          Q.      Sure, no.  The court reporter can read it

6      back.

7          A.      Can I have a second to read it?

8          Q.      Absolutely.

9          A.      Just for the context.

10         Q.      Please take your time.

11         A.      Thank you.

12                 (Witness referring to document.)

13                 MR. KEATS:  While you're doing that, we're

14     going to mark this as 5.

15                 (Exhibit 5 marked for identification.)

16         Q.      I just marked Exhibit 5.

17         A.      Yes, thank you.  That's what I was trying to

18     get my head around.

19         Q.      The question is, does that refresh your

20     memory that part of that e-mail thread was forwarded to

21     you?

22         A.      Yes.

23         Q.      Okay.

24         A.      That's why I wanted to digest this.

25         Q.      No, and I realized I hadn't marked the right

168

EXHIBIT 32-408

```
 1                         Jensen
 2   one.  I'm sorry.
 3              (Pause.)
 4      Q.     So, does Exhibit 5 refresh your memory --
 5      A.     Yes.
 6      Q.     -- that --
 7      A.     Thank you.
 8      Q.     Okay.
 9              After you got this --
10      A.     Right.
11      Q.     -- did you discuss it with Maureen?
12      A.     To the best of my memory, I don't recall a
13   specific conversation that I proactively had with her.
14              It was in the context of we don't comment on
15   the rumors that were -- she cited, which is what you
16   and I discussed, I think, right before we broke for
17   lunch.
18      Q.     I see.
19              And was that the discussion after the
20   article came out or before it came out?
21      A.     That was when she called for me to confirm
22   or comment on the rumor.
23      Q.     Before the article came out?
24      A.     And I said Mattel does not comment on the
25   rumors.
                                                        169
```

**EXHIBIT 32-409**

```
 1                        Jensen
 2       Q.     Right.
 3       A.     Yes.
 4       Q.     And at that point did you have a discussion
 5  of the fact that she had e-mailed a Mattel employee
 6  about --
 7       A.     I did not.
 8              To the best of my recollection, I did not
 9  actually confront her on this e-mail.
10       Q.     Okay.
11              Do you know whether any other Mattel
12  employees received similar kinds of e-mails?
13       A.     I was unaware of any other ones.
14       Q.     Okay.
15       A.     At --
16              (Pause.)
17       Q.     This is the only one that came to your
18  attention?
19       A.     Exactly.
20       Q.     Okay.
21              Did Maureen ever e-mail you in preparation
22  for the article?
23       A.     Maureen did probably e-mail me.
24       Q.     Just jump down to the middle of the page.
25       A.     Yes.
```

                                                              170

**EXHIBIT 32-410**

```
 1    STATE OF NEW YORK      )

 2                   SS:

 3    COUNTY OF NEW YORK     }

 4

 5         I, MORENE KORENMAN-BANGEL, a Shorthand Reporter

 6    and a Notary Public within and for the State of New

 7    York, do hereby certify that the foregoing deposition of

 8    JULIA JENSEN was taken before me on the 8th day of June

 9    2007.

10         That the said witness was duly sworn before the

11    commencement of his testimony; that the said testimony

12    was taken stenographically by me and then transcribed.

13         I am not related by blood or marriage to any of

14    the said parties, nor interested directly or indirectly

15    in the matter in controversy, nor am I in the employ of

16    any of the counsel.

17         IN WITNESS WHEREOF, I have hereunto set my hand

18    this 21st day of June 2007.

19

20

21         _____

22              MORENE KORENMAN-BANGEL

23

24

25                                              189
```

**EXHIBIT 32-411**

**EXHIBIT 33**

Park, Cassidy L
_____

F----m:        Park, Cassidy L
  t:           Tuesday, July 08, 2003 3:14 PM
To:            Martinez, Lily
Subject:       RE:

I just showed this to Ivy as well...it is a real person from the WSJ behind it. I guess this woman has been trying to get lots of Mattel dirt to put in this big article she is writing...good thing not to answer!

-----Original Message-----
From:    Martinez, Lily
Sent:    Tuesday, July 08, 2003 2:49 PM
To:      Freyd, Ris
Cc:      Moore, Michael; Park, Cassidy L; Clayton, Larry
Subject:        FW:

HI Ris,
FYI - - Just want to forward this email I got from Wall Street Journal...sounds pretty shady to me.
I'm not responding to it, but I thought you might want to check it out.
Let me know if you have any questions.
Lily
X6049

From:    sneakerchick78
Sent:    Tuesday, July 8, 2003 12:41 PM
To:      lily.martinez@mattel.com

lily,

I'm a reporter at the Wall Street Journal, though this is my personal
e-mail
account. I'm trying to write an accurate story about the Bratz vs. My
Scene
and now the Flavas and it's been difficult, because Mattel has
obviously
been through a lot of changes over the past few months and everyone
wants to
be as positive as possible about the way things are. I have heard from
many
ex-designers that you were the person who sketched the original
drawing
for
the doll which would later become the Bratz, and I know from the
Barbie
Bazaar story all about your involvement in the My Scene line, etc... I
found
this story really interesting, as you can imagine, and I'd like to
talk
to
you, strictly off the record. I've met with a lot of people officially
at
Mattel (Ivy, Matt Bousquette, etc.) but I want to make sure this story
is as
accurate as possible. I know you're in a very safe and good place with

1

CONFIDENTIAL - ATTORNEYS EYES ONLY                    M 0074507

EXHIBIT 33-412

the
company right now, but most of this story seems to be common knowledge -- I
just want to make sure I have it right -- and I can assure you your privacy
would be protected. Give me a call on the celly (213 718 1031) if you can
sometime. I'm writing this story now.

cheers

Moe


peace from the personal email address of:
Maureen Tkacik
The Wall Street Journal, Los Angeles bureau
maureen.tkacik@wsj.com
323 658 3812 work
213 718 1031 cell
310 202 8129 home

---

Do you Yahoo!?
SBC Yahoo! DSL - Now only $29.95 per month!

2

CONFIDENTIAL - ATTORNEYS EYES ONLY

M 0074508

**EXHIBIT 33-413**

BLUEBIRD

**EXHIBIT 34**

EXHIBIT 5
ID EVD
BENJAMIN REPORTING SERVICE
6-8-0 M. KORENMAN-BANGE

Park, Cassidy L

| | |
|---|---|
| From: | Park, Cassidy L |
| t: | Tuesday, July 08, 2003 3:17 PM |
| To: | Jensen, Julie |
| Subject: | FW: |

FYI, per Ivy's voicemail

-----Original Message-----
From: Martinez, Lily
Sent: Tuesday, July 08, 2003 2:46 PM
To: Clayton, Larry; Park, Cassidy L
Subject: FW:

Hi Cassidy and Larry,
I received this email today and it sounds pretty shady. I'm not going to respond, since I'm not sure what the proper procedure is when it comes to this sort of thing, but I wanted you guys to know whats going on and maybe inform the proper people who need to know about this. This is the first time anyone has contacted me without PR being involved about this issue, So I will forward this email to Ria Freydl, Michael Moore and CC you guys on it.
Let me know if you have any questions.
Thanks!
Lily

| | |
|---|---|
| From: | sneakerchick78 |
| Sent: | Tuesday, July 8, 2003 12:41 PM |
| To: | lily.martinez@mattel.com <mailto:lily.martinez@mattel.com> |

lily,

I'm a reporter at the Wall Street Journal, though this is my personal
e-mail
account. I'm trying to write an accurate story about the Bratz vs. My
Scene
and now the Flavas and it's been difficult, because Mattel has
obviously
been through a lot of changes over the past few months and everyone
wants to
be as positive as possible about the way things are. I have heard from
many
ex-designers that you were the person who sketched the original drawing
for
the doll which would later become the Bratz, and I know from the Barbie
Bazaar story all about your involvement in the My Scene line, etc... I
found
this story really interesting, as you can imagine, and I'd like to talk
to
you, strictly off the record. I've met with a lot of people officially
at
Mattel (Ivy, Matt Bousquette, etc.) but I want to make sure this story
is as
accurate as possible. I know you're in a very safe and good place with
the
company right now, but most of this story seems to be common knowledge

CONFIDENTIAL - ATTORNEYS EYES ONLY

M 0074509

**EXHIBIT 34-414**

-- I
just want to make sure I have it right -- and I can assure you your
privacy
'  uld be protected. Give me a call on the celly (213 718 1031) if you
    .n
sometime. I'm writing this story now.

cheers

Moe


peace from the personal email address of:
Maureen Tkacik
The Wall Street Journal, Los Angeles bureau
maureen.tkacik@wsj.com <mailto:maureen.tkacik@wsj.com>
323 658 3812 work
213 718 1031 cell
310 202 8129 home

---

Do you Yahoo!?
SBC Yahoo! DSL - Now only $29.95 per month!

CONFIDENTIAL - ATTORNEYS EYES ONLY

M 0074510

**EXHIBIT 34-415**

BLUEBIRD

**EXHIBIT 35**

Matter No. 15904-142

UNITED STATES PATENT APPLICATION

For

## DOLL WITH AESTHETIC CHANGEABLE FOOTGEAR

Inventor:   Isaac Larian

OPPENHEIMER

OPPENHEIMER WOLFF & DONNELLY LLP
2029 Century Park East, Suite 3800
Los Angeles, California 90067
(310) 788-5000
Fax (310) 788-5100

Attorney Matter No. 15904-142

LA: 333498 v01 02/13/2003

EXHIBIT 35-416

MGA 0825485

# DOLL WITH AESTHETIC CHANGEABLE FOOTGEAR

## FIELD OF THE INVENTION

[0001]  This invention relates to dolls or toy figures with changeable footgear.

## BACKGROUND OF THE INVENTION

[0002]  It has previously been proposed to make dolls with shoes, boots or footgear which may be changed, and patents which relate to such arrangements include the following:

[0003]
| L. Schmetzer | U.S. Pat. No. 187,322 | Granted February 13, 1877 |
| G. Doebrich | U.S. Pat. No. 831,330 | Granted September 18, 1906 |
| F. Steiff | U.S. Pat. No. 898,018 | Granted September 8, 1908 |
| P.H. Young | U.S. Pat. No. 2,175,789 | Granted October 10, 1939 |
| G.H. Calverley | U.S. Pat. No. 2,662,335 | Granted December 15, 1953 |
| S.F. Speers et al. | U.S. Pat. No. 3,475,042 | Granted October 28, 1969 |
| H.J. Solson et al. | U.S. Pat. No. 3,624,960 | Granted December 7, 1971 |
| Goldfarb et al. | U.S. Pat. No. 3,782,027 | Granted January 1, 1974 |
| Port | U.S. Pat. No. 4,030,240 | Granted June 21, 1977 |
| Lambert | U.S. Pat. No. 4,137,115 | Granted January 30, 1979 |
| Rahmstorf | U.S. Pat. No. 4,185,412 | Granted January 29, 1980 |
| Keiji | U.S. Pat. No. 4,643,691 | Granted February 17, 1987 |
| Schiavo et al. | U.S. Pat. No. 4,729,751 | Granted March 8, 1988 |
| Fogarty et al. | U.S. Pat. No. 1,186,673 | Granted February 16, 1993 |
| Larson | U.S. Pat. No. 5,588,895 | Granted December 31, 1996 |
| Kulchyski | U.S. Pat. No. 5,803,787 | Granted September 8, 1998 |
| Toft | U.S. Pat. No. 6,179,685 | Granted January 30, 2001 |
| Asmussen et al. | U.S. Pat. No. 6,203,396 | Granted March 20, 2001 |

[0004]  In reviewing these patents, the appearance of the resultant dolls or figures is relatively "clunky" and not aesthetically pleasing.

## SUMMARY OF THE INVENTION

[0005]  In accordance with the present invention a more aesthetically pleasing and elegant doll with changeable footgear, includes open work shoes with exposed portions of the feet matching the color and texture of the exposed legs; and straps of the shoes extend around the lower legs at the separation point where the removable foot/shoe assemblies mate with the lower leg. With this configuration, the straps of the shoes conceal the joint between the leg and the foot/shoe assembly, resulting in a more realistic and elegant doll construction.

-1-

EXHIBIT 35-417

MGA 0825486

Matter No. 15904-142

[0006]   Additional features which may be included would involve the use of colored shoes and shoe straps which contrast sharply with the exposed skin areas of the foot; and snap-in mechanical arrangements for assembling the shoe/foot assemblies to the legs of the doll.

[0007]   Other objects, features and advantages will become apparent from a consideration of the following detailed description, and from the accompanying drawings.

## BRIEF DESCRIPTION OF THE DRAWINGS

[0008]   Fig. 1 shows a doll provided with changeable shoes or footgear, illustrating the principles of the invention;

[0009]   Fig. 2 is an enlarged cross-sectional view taken along the plane indicated at 2-2 of Fig. 1; and

[0010]   Figs. 3 – 5 illustrate alternative shoes or foot/shoe assemblies shown mounted on one leg of the doll of Fig. 1.

## DETAILED DESCRIPTION OF THE PREFERRED EMBODIMENTS

[0011]   While the specification describes particular embodiments of the present invention, those of ordinary skill can devise variations of the present invention without departing from the inventive concepts.

[0012]   Referring more particularly to the drawings, Fig. 1 shows a doll 12 formed of known materials employed for dolls, such as resilient plastic material.  The doll 12 has lower legs 14, 16 and foot and shoe assemblies 18, 20 for mounting on the lower legs 14, 16, respectively.

[0013]   Fig. 2 is an enlarged cross-sectional view taken in the plane indicated at 2 – 2 in Fig. 1.

[0014]   In order to removably secure the shoe and foot assemblies 18, 20 to the legs 14, 16, the leg 14 has an enlarged protuberance 22 which snaps into a recess 24 in the assembly 18; and similarly, as shown in Fig. 2, the leg 16 has an enlarged protuberance 26 which locks into a recess 28 in the shoe and foot assembly 20.

2

EXHIBIT 35-418

MGA 0825487

Matter No. 15904-142

[0015]  It is desirable that the separation points 30 and 32 be concealed or made less noticeable, to provide a more realistic appearance.  This is accomplished by providing the shoes with the appearance of a strap 34 on assembly 18, and strap 36 on assembly 20.  With the upper edge of the simulated strap enlargements 34, 36 coincident with the separation points 30, 32, the separation points are not conspicuous.

[0016]  This effect is enhanced by the exposed skin areas 42 on assembly 18 and 44 on assembly 20.  Further, the color and texture of the lower legs 14, 16 are substantially the same as the color and texture of the exposed feet areas 42 and 44.

[0017]  Figs. 3, 4 and 5 illustrate typical alternative shoe styles which may be employed with the doll 12 of Fig. 1.  Thus, a shoe/foot assembly may be selected of a color to match the color of a dress to be worn by the doll, or may be selected for special activities such as beach wear or formal occasions.

[0018]  In Fig. 3 the leg 52, separation point 54, and upper strap 56 on the foot/shoe assembly 58, are shown.  In addition, the skin area 60 of the foot/shoe assembly 58 is substantially the same as that of the leg 52.

[0019]  Fig. 4 shows another alternative shoe/foot configuration 64 mounted on the leg 66 at separation point 68.  As in the arrangements of Figs. 1 – 3, the simulated strap 70 conceals the separation point 68, and the skin area 72 of the foot matches that of the lower leg 66.

[0020]  Fig. 5 is a similar showing of a shoe/foot assembly 76 mounted on the lower leg 78 of the doll at separation point 80.  The simulated strap 82 serves to camouflage the separation point.  In Fig. 5 the shoe is shown darkened to emphasize that different colored shoes may be employed, and that it is desirable that the shoe color contrast sharply with the skin color for more effective concealment or camouflaging of the separation point.  For specific examples, the shoe colors may be blue, green, red, black or some combination thereof.

[0021]  Return to Fig. 2 of the drawings, it may be noted that the protuberance 26 has a larger cross-sectional configuration than the mouth 27 of the opening 28.  Accordingly, with both the doll legs 16, 18 and the foot/shoe assemblies 18 and 20 being of resilient

3

**EXHIBIT 35-419**

MGA 0825488

Matter No. 15904-142

material, the protuberance 26 may be snapped through the mouth 27 of the opening 28, and thereafter the shoe/foot assemblies are firmly held onto the legs 14, 16 of the doll.

[0022]  In the foregoing detailed description, specific embodiments of the invention have been described.  However, it is to be understood that various changes and modifications may be made without departing from the spirit and scope of the invention. Thus, by way of example and not of limitation instead of having the protuberance 26 on the leg 16 and the recess 28 on the shoe/foot assemblies, this configuration may be reversed, with the protuberance on the shoe/foot assembly, and the recess on the doll legs.  Further, instead of a single protuberance and mating recess, other snap-together arrangements may be employed, using more than one protuberance/recess, or a snap-in ring and mating ring shaped recess could be used.  It is also noted that, instead of using resilient plastic for the doll, stiffer plastic could be employed, and the foot/shoe assemblies may be attached using a simple concealed mechanical latch.  Accordingly, the invention is not limited to the exact embodiments described hereinabove and shown in the drawings.

4

**EXHIBIT 35-420**

MGA 0825489

Matter No. 15904-142

**WE CLAIM:**

1.  A doll with changeable footgear comprising:

a torso having a body and legs, said legs having a predetermined skin color and texture;

a pair of foot/shoe assemblies, each including an open shoe with straps, with the shoe being open to expose at least part of the foot, the foot having substantially the same predetermined skin color and texture;

each said assembly being removable secured to one of said legs at the lower leg or ankle of said doll at a separation point;

each said assembly and lower legs having a snap-together joint with a protuberance on one part and a mating recess on the other part; and

a simulated strap forming part of said shoe extending around said assembly at said separation point.

2.  A doll as defined in claim 1 wherein the shoe portion of the foot/shoe assembly is colored to contrast sharply with the exposed skin areas of the foot.

3.  A doll with changeable footgear as defined in claim 1 further including a plurality of different sets of shoes of different styles for selectively mounting on said legs.

4.  A doll as defined in claim 1 wherein said doll and said foot/shoe assemblies are formed of resilient plastic material.

5.  A doll with changeable footgear comprising:

a torso having a body and legs, said legs having a predetermined color;

a pair of foot/shoe assemblies, each including an open shoe with straps, with the shoe being open to expose at least part of the foot, the foot having substantially the same predetermined color;

each said assembly being removable secured to one of said legs at the lower leg or ankle of said doll at a separation point;

5

**EXHIBIT 35-421**

MGA 0825490

Matter No. 15904-142

each said assembly and lower legs having a joint for releasably securing the foot/shoe assemblies to the legs; and

a simulated strap forming part of said shoe extending around said assembly at said separation point.

6.   A doll as defined in claim 5 wherein the shoe portion of the foot/shoe assembly is colored to contrast sharply with the exposed skin areas of the foot.

7.   A doll with changeable footgear as defined in claim 5 further including a plurality of different sets of shoes of different styles for selectively mounting on said legs.

8.   A doll as defined in claim 5 wherein said doll and said foot/shoe assemblies are formed of resilient plastic material.

9.   A doll with changeable footgear comprising:

a torso having a body and legs, said legs having a predetermined color;

a pair of foot/shoe assemblies, each including an open shoe with straps, with the shoe being open to expose at least part of the foot, the foot having substantially the same predetermined color;

each said assembly being removable secured to one of said legs at the lower leg or ankle of said doll at a separation point;

each said assembly and lower legs having a snap-together joint; and

a simulated strap forming part of said shoe extending around said assembly at said separation point.

10. A doll as defined in claim 9 wherein the shoe portion of the foot/shoe assembly is colored to contrast sharply with the exposed skin areas of the foot.

11. A doll with changeable footgear as defined in claim 9 further including a plurality of different sets of shoes of different styles for selectively mounting on said legs.

12. A doll as defined in claim 9 wherein said doll and said foot/shoe assemblies are formed of resilient plastic material.

6

**EXHIBIT 35-422**

MGA 0825491

Matter No. 15904-142

13. A doll with changeable footgear comprising:

a torso having a body and legs;

a pair of foot/shoe assemblies, each including an open shoe with straps, with the shoe being open to expose at least part of the foot;

each said assembly being removable secured to one of said legs at the lower leg or ankle of said doll at a separation point;

each said assembly and lower legs having a joint for releasably securing the foot/shoe assemblies to the legs; and

a simulated strap forming part of said shoe extending around said assembly at said separation point.

14. A doll as defined in claim 13 wherein the shoe portion of the foot/shoe assembly is colored to contrast sharply with the exposed skin areas of the foot.

15. A doll with changeable footgear as defined in claim 13 further including a plurality of different sets of shoes of different styles for selectively mounting on said legs.

16. A doll as defined in claim 13 wherein said doll and said foot/shoe assemblies are formed of resilient plastic material.

17. A doll as defined in claim 13 wherein said exposed parts of the feet have substantially the same color as said legs.

Z

**EXHIBIT 35-423**

MGA 0825492

Matter No. 15904-142

## Doll With Aesthetic Changeable Footgear

### ABSTRACT OF THE DISCLOSURE

A doll with changeable footgear includes a torso with legs, and a pair of foot/shoe assemblies mounted on the legs at separation points; and each foot shoe assembly has exposed skin of a color and texture substantially matching the skin of the legs, and the simulated shoes include simulated straps extending around the foot/shoe assembly immediately adjacent the separation point on each leg. Each foot/shoe assembly may be mounted on one of the doll legs, employing a protuberance on one part and a recess on the other part, with a snap-in locking fit between the two parts. The simulated shoes may be of a sharply contrasting color relative to the skin color.

8

**EXHIBIT 35-424**

MGA 0825493

BLUEBIRD

**EXHIBIT 36**

## The Director of the United States Patent and Trademark Office

*Has received an application for a new, original, and ornamental design for an article of manufacture. The title and description of the design are enclosed. The requirements of law have been complied with, and it has been determined that a patent on the design shall be granted under the law.*

*Therefore, this*

## United States Patent

*Grants to the person(s) having title to this patent the right to exclude others from making, using, offering for sale, or selling the design throughout the United States of America, or importing the design into the United States of America for the term of fourteen years from the date of grant of this patent.*

*Director of the United States Patent and Trademark Office*

**EXHIBIT 36-425**

MGA 0825262

US00D469687S

## (12) United States Design Patent
Larian

(10) Patent No.: **US D469,687 S**
(45) Date of Patent: **\*\*  Feb. 4, 2003**

(54) TRANSPARENT DISPLAY PACKAGING

(76) Inventor: Isaac Larian, 237 Carolwood, Los Angeles, CA (US) 90077

(\*\*) Term: 14 Years

(21) Appl. No.: 29/158,530

(22) Filed: Apr. 3, 2002

(51) LOC (7) Cl. ...................................... **09-03**
(52) U.S. Cl. ........................................ D9/415; D9/418
(58) Field of Search ........................... D9/415, 418, 414, D9/430, 431, 432, 337, 416; 229/111, 112, 116.1, 117.09, 117.19, 117.21, 117.23, 117.24, 162; 206/769, 770, 771, 349, 776, 806

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 1,268,318 | A | * | 6/1918 | Brown ................ 229/117.09 |
| 2,483,030 | A | * | 9/1949 | Arneson ............. 229/117.21 |
| 2,591,593 | A | * | 4/1952 | Nolan ................ 229/117.09 |
| 3,001,688 | A | * | 9/1961 | Hokenson ........... 229/117.21 |
| D265,723 | S | * | 8/1982 | Rosenthal ............... D9/418 |

| | | | | |
|---|---|---|---|---|
| D303,088 | S | * | 8/1989 | Fireman ................ D9/418 |
| 5,040,683 | A | * | 8/1991 | Marsilio .............. 206/320 |
| D320,346 | S | * | 10/1991 | Wagner ................ D9/415 |

\* cited by examiner

*Primary Examiner*—Prabhakar Deshmukh
(74) *Attorney, Agent, or Firm*—Oppenheimer Wolff & Donnelly LLP

(57) **CLAIM**

The ornamental design for a transparent display packaging, as shown and described.

**DESCRIPTION**

FIG. 1 is a perspective view of my transparent display packaging;
FIG. 2 is a front view thereof;
FIG. 3 is a right side view thereof with the left side view being a mirror image of the right side view;
FIG. 4 is a rear view thereof;
FIG. 5 is a top plan view thereof;
FIG. 6 is a bottom plan view thereof; and,
FIG. 7 is a perspective view of an alternative embodiment.

**1 Claim, 3 Drawing Sheets**



**EXHIBIT 36-426**

MGA 0825263

**U.S. Patent**     Feb. 4, 2003     Sheet 1 of 3     US D469,687 S



FIG. 2

FIG. 1

EXHIBIT 36-427

MGA 0825264



*FIG. 4*

*FIG. 3*

**EXHIBIT 36-428**

MGA 0825265



FIG. 7

FIG. 5

FIG. 6

EXHIBIT 36-429

MGA 0825266

*BLUEBIRD*

**EXHIBIT 37**

CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1          UNITED STATES DISTRICT COURT
 2        CENTRAL DISTRICT OF CALIFORNIA
 3               EASTERN DIVISION
 4    ------------------------------
 5    MATTEL, INC., a Delaware         )
 6    Corporation,                     )
 7               Plaintiff,            )
 8          vs.                        )   No. CV 04-9059
 9    CARTER BRYANT, an individual;    )   NM (RNBx)
10    and DOES 1 through 10,           )   VOLUME I
11    Inclusive,                       )
12               Defendants.           )
13    ------------------------------   )
14    (COMPLETE CAPTION ON NEXT PAGE.)
15
16      CONFIDENTIAL - ATTORNEYS' EYES ONLY
17
18      Videotaped 30(b)(6) Deposition of
19    RENE PASKO, taken at 400 South Hope
20    Street, Los Angeles, California,
21    commencing at 10:05 A.M., Wednesday,
22    June 13, 2007, before Wendy S.
23    Schreiber, CSR No. 3558, RPR, CLR.
24
25    PAGES 1 - 222
```

Certified Copy

Confidential - Attorneys' Eyes Only

1

Veritext National Deposition & Litigation Services
213 623-5005

EXHIBIT 37-430

CONFIDENTIAL - ATTORNEYS' EYES ONLY

1      Q.   In any respect.

2      A.   You mean like the entire team of people?

3      Q.   Yes.  Do you know the entire team of people?

4      A.   I can't remember the entire team of people

5  but I can remember some of them.                    11:05AM

6      Q.   Was it a large team of people?

7      A.   Because it was electronic it was somewhat

8  larger than it would normally be for a

9  non-electronic doll.

10     Q.   Can you tell me approximately how many      11:05AM

11  people worked on that team?

12     A.   Anywhere between ten and 20.

13     Q.   Who do you recall -- who worked on that

14  project, the project that was known as Chat Girls,

15  in mid to late 1998?                                11:06AM

16     A.   Besides Maureen and myself I remember Kris

17  Lynch and, mind you, I'm not going to be able to

18  remember everyone because it was a long time ago.  I

19  remember Paula Treantafelles was the planner.   I

20  believe Sandy Orum was the Costing engineer.        11:06AM

21     Q.   Sandy whom?

22     A.   Orum!  There were people in the sculpting

23  group but I don't remember exactly who.  I think --

24  I believe that the CPI person was Angela Leigh.  To

25  name anybody else I'd be guessing.                  11:07AM

                                                        42

**EXHIBIT 37-431**

CONFIDENTIAL - ATTORNEYS' EYES ONLY

1      A.   I actually did see her and spoke to her

2   after she left Mattel.

3      Q.   When was that?

4      A.   At an Activision wrap party.

5      Q.   Was she working for Activision?                02:14PM

6      A.   You know, I don't know entirely.  She was

7   either working for Activision or she was working for

8   the entertainment group that had the Spiderman

9   license.

10     Q.   Was that party here in Los Angeles?            02:15PM

11     A.   It was.

12     Q.   How long ago was that?

13     A.   I don't know the precise year but it was

14  when the first Spiderman movie came out.

15     Q.   Who was the Planning person on the project     02:15PM

16  that was known as Cool Talk'n Teens in late 1998,

17  early 1999?

18     A.   I believe it was Paula.

19     Q.   And who was the Costing person?

20     A.   I remember it as Sandy Orum.                    02:15PM

21     Q.   Were these the same people that you recall

22  being on the project known as Chat Girls in mid to

23  late 1998?

24     A.   Yes.

25     Q.   Were there any differences whatsoever that     02:16PM

95

**EXHIBIT 37-432**

CONFIDENTIAL - ATTORNEYS' EYES ONLY

1  you can recall with respect to the people who were

2  on the two teams?

3       MR. ZELLER:  The question has been asked and

4  answered.

5       THE WITNESS:  Do you mean the team that was   02:16PM

6  on what was Chat Girls and the team that was Cool

7  Talk'n Teens?

8  BY MS. TORRES:

9     Q.    Yes.

10    A.    I don't really remember if there were any   02:16PM

11  changes.

12    Q.    After Cool Talk'n Teens became referred to

13  as Chat Girls -- let me strike that.

14          Do you recall even approximately when Cool

15  Talk'n Teens became referred to as Chat Girls?   02:17PM

16    A.    I am not entirely sure but I want to say

17  early '99.

18    Q.    Do you know who made that decision?

19    A.    No, I don't.

20    Q.    Were you involved in that decision in any   02:17PM

21  way?

22          MR. ZELLER:  Assumes facts not in evidence.

23          THE WITNESS:  I don't really know who made

24  the decision to change the name.

25  /  /  /                                            02:18PM

                                                        96

EXHIBIT 37-433

CONFIDENTIAL - ATTORNEYS' EYES ONLY

1  STATE OF CALIFORNIA     ) ss:

2  COUNTY OF LOS ANGELES )

3

4         I, WENDY S. SCHREIBER, CSR No. 3558, do

5  hereby certify:

6

7         That the foregoing deposition of RENE

8  PASKO was taken before me at the time and place

9  therein set forth, at which time the witness was

10 placed under oath and was sworn by me to tell the

11 truth, the whole truth, and nothing but the truth;

12        That the testimony of the witness and all

13 objections made by counsel at the time of the

14 examination were recorded stenographically by me,

15 and were thereafter transcribed under my direction

16 and supervision, and that the foregoing pages

17 contain a full, true and accurate record of all

18 proceedings and testimony to the best of my skill

19 and ability.

20        I further certify that I am neither

21 counsel for any party in said action, nor am I

22 related to any party to said action, nor am I in any

23 way interested in the outcome thereof.

24

25                                                    218

**EXHIBIT 37-434**

CONFIDENTIAL - ATTORNEYS' EYES ONLY

1    IN WITNESS WHEREOF, I have subscribed my

2    name this 22nd day of June, 2007.

3

4

5

6    _____

7    WENDY S. SCHREIBER, CSR No. 3558, RPR

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25                                                    219

**EXHIBIT 37-435**