**Exhibit 1**

MAY 13 2004 16:5... R KERISFELD-FRELANDWILSON  318 8648363 TO 1...1R14336R33341 P.09/14
May 13 04 06:10p   Carter
MAY 13 2004 15:60 R KATSNERFRLANDWILSON 318 8648363 TO 1...1R14336R33341 P.09/14

# ENGAGEMENT AGREEMENT

## Scope of Representation

We are pleased you have decided to retain Littler Mendelson to provide legal services in the area of employment law. The scope of representation that you have asked us to undertake is representation of you in the matter of *Mattel, Inc. v. Carter Bryant and Does 1 through 10*, Los Angeles Superior Court Case No. BC314281. All of the attorneys in our Firm are well-versed in employment law, although some attorneys have greater experience in particular areas. As appropriate, various attorneys within the Firm may participate in representing your interests. In addition, the Firm may utilize the services provided by our paralegal staff. The scope of our representation may expand from the work described above (a) as specifically agreed in writing or (b) to the extent of work actually rendered and billed.

## The Retainer

The Firm will not require a retainer at this time. Depending on the nature and extent of the services which will be required from us, we may require a retainer based on probable fees and expenses to be incurred. Please understand that this initial retainer deposit is not meant to be an estimate of the total fees and expenses to be incurred but rather is your good faith deposit against such fees and expenses that may be incurred.

Any retainer will not be applied to any billings; rather it will be retained until such time as is agreed that our services for this matter are complete. In the event that any of the matters referred to us are set for trial, we reserve the right to request that you pay an additional retainer in an amount equal to the probable fees, costs, and expenses to be incurred in preparation for and during trial. You hereby authorize us to withdraw amounts from the trust account and apply them to any delinquent invoice. You will be invoiced for replenishment of the amount withdrawn. Non-replenishment within thirty (30) days of the replenishment request plus amounts then due shall be a breach of this agreement. Any unused portion of the retainer will be returned to you promptly upon completion of our services, or any amounts due to us in excess of the retainer will be billed to you.

## Our Fees and Billing Policy

Our legal fees are based on how much time is spent on your matter and by whom it is spent. A minimum time of 1/4 hour is charged for work performed, even though the actual time expended may be less. Work in excess of 1/4 hour is billed similarly in increments of 1/4 of an hour. Under the Firm's fee structure, the hourly fees for attorney time, paralegal time, and legal research assistance vary by individual. The hourly rates of the attorneys assigned to this matter, and the hourly rates of other attorneys in the Firm who may assist me in representing you are from $155 to $325 and from $50

1.

Attorneys' Eyes Only    BRYANT2 000010

MAY 13 2004 16:11    4177267935    PAGE.07

**EXHIBIT __1__ PAGE __11__**

MAY 13 2004 15:53    KEHTSPFHKLHNDWILSON  310 8563353 TO 1   8103536000001 P.10/14

May 13 04 06:10p   Case    ATSMCFARLANDWILSON  310 8564163 TO 1   8103536000033 P.10/14

MAY 13 2004 15:58 FR  ATSMCFARLANDWILSON  310 8564163 TO 1   8103536000033 P.10/14

to $175 for non-attorneys. From time to time the Firm reviews and may increase hourly rates. If the hourly rate of any individual is increased, the new rate will be indicated on your next bill. The current hourly rates are in effect:

Robert Millman: $525/hour

Keith Jacoby: $425/hour

Douglas Wickham: $425/hour

Our hourly rates are subject to revision. We will provide you with information regarding our current hourly rates at your request at any time. You will be able to determine the hourly rates of each attorney and paralegal working on your matter from our monthly statements. Accordingly, it is understood that our fees charged in this matter may include increases and that these increases will be reflected in our monthly statements.

We will bill you for reasonable and necessary individual expenses of less than $1000 which we incur in connection with your representation. We will provide you with additional details on these and any expenses upon request. Invoices for out-of-pocket expenses, such as long-distance telephone charges, deposition transcripts, expert witness fees, courier and messenger services, any postage over one dollar, purchased copies, car rental, and travel expenses will be billed at the actual cost incurred by us. In-office photocopying is billed at 15¢ per page, outgoing facsimiles at $1.50 per page, and personal automobile mileage at 37.5¢ per mile.

We will forward to you invoices from vendors in amounts in excess of $1000 and will expect that you will promptly pay the vendors. Failure to make prompt payments could adversely affect our relationships with the vendors and hinder our ability to successfully represent you.

MGA Entertainment has agreed to assume responsibility for payment of the legal fees incurred as a result of Littler Mendelson's representation of you in the Action. While, at this time, MGA is aware of no facts that would call your truthfulness into question and sees no reason to do so, MGA must reserve its right to terminate this agreement at any time, for any reason and, if appropriate, seek reimbursement of any fees expended in your defense. Any termination of this agreement will be in writing and shall be immediately effective, and upon receipt of that termination notice, you agree to personally assume responsibility for fees under this Agreement on a going forward basis. We will bill you for our services and expenses monthly, and you agree to pay our statements upon presentation. We believe that our billing procedures are simple and clear. Our billings, together with communications with you through telephone conversations, meetings, letters, facsimiles and copies of significant documents, serve to inform you of the work being performed on your behalf. However, should you have any questions or comments about hourly rates, hours charged, billing practices, or expenses, we strongly encourage you to contact us promptly.

2.

MAY 13 2004 16:12

4177257935                    PAGE.08

Attorneys' Eyes Only        BRYANT2 000011

EXHIBIT __1__ PAGE __12__

MAY 13 2004 16:56 FR KENTSMCFARLANDWILSON   310 6600363 TO 1#1118103600363001 P.11/14

May 13 04 08:11p   Carter

MAY 13 2004 15:51 FR KENTSMCFARLANDWILSON   310 6600363 TO 1#1118103600363 P.09/12

If you request or require any changes to the format of our billings, including the amount of detail or itemization of our work, or if you have concerns with the accuracy or amount of any billing to you, you agree to notify us in writing within 60 days of receipt of the billing of any such concern, request, requirement or objection. Upon the expiration of the 60-day period, all billings not previously objected to in writing shall be deemed accepted and a part of this written agreement.

In certain circumstances, a court or arbitrator might order payment of costs or attorney fees by one party to the other. If any such fees or costs are paid to us, they will be credited against the amount you owe us, but you will remain liable for any unpaid portion of our bills. If a court awards fees or costs against you, in favor of the opposing party, you will be responsible for payment of that amount separately from, and in addition to, any amounts due us. In the event a recovery is obtained, our Firm will have a lien for all unpaid attorney fees and costs advanced on all claims and causes of action that are the subject of the representation under this agreement and on all proceeds of any recovery obtained whether by settlement, arbitration award, or court judgment.

### Your Duty to Provide Information and Cooperate With Us

We, as your attorneys, strive to provide the highest quality of service, and we expect from our clients the highest degree of cooperation and assistance. You agree to fully respond to any inquiries we make, provide various materials or documents in a timely manner, and otherwise provide us with any and all information necessary for your defense. Failure to provide such information could prejudice your case and ultimately reduce the effectiveness of our representation.

Further, we make every effort to ensure there are no conflicts of interest among our clients. For this purpose we ask that you submit to us a list of all subsidiary or affiliated entities and your parent company, as well as a list of the shareholders of closely held corporations, if applicable, principal officers and board members, and any other entity involved in your matter that you have reason to believe has, or has had, a relationship with the Firm. Please update this information as changes occur.

### Responsibility for Fees

If more than one entity or person has signed this Engagement Agreement, then each is jointly and severally responsible for all fees and costs accruing hereunder, notwithstanding the fact that the clients may agree to apportionment among themselves or that the Firm may bill or accept payment in accordance with such an apportionment agreement.

### Insurance Coverage Issues

Any or all of the claims made in this matter may be covered by insurance. Because such matters are outside the scope of our representation, specific questions of insurance coverage should be directed to your insurance professional or other counsel.

3.

MAY 13 2004 16:12         4197257936      PAGE.09

Attorneys' Eyes Only      BRYANT2 000012

EXHIBIT 1 PAGE 13

May 13 '04 05:15p   FR KEATSMCFARLANDWILSON   310 8568363 TO 11N1834AXXXXX P.12/14
MAY-13 2004 15:51   KEATSMCFARLANDWILSON   310 8568363 TO 11N1834AXXXXX P.12

We recommend that you do so promptly. Insurance coverage and payment issues are expressly the responsibility of the client, unless otherwise specifically agreed to by the Firm in writing. At your instruction, we will cooperate with your insurance carrier and insurance professionals by providing information regarding your claim and copies of your billings, but insurance companies, rightfully or wrongfully, sometimes dispute the issue of coverage and the amount, if any, they are willing to pay their insureds' independently retained counsel. In addition, insurance carriers sometimes impose delays before payment or apply different billing standards and methods than used by Littler. Accordingly, we will bill our fees and costs directly to you, and payment will be due from you on a current basis, whether or not your carrier eventually reimburses you. An insurance company's determination of what it will pay for Littler's services, whether greater or lesser than actually billed, is a matter of consent between the insurance company and its insured and does not affect the amount due to Littler.

### No Guarantee

No law firm or attorneys, including our Firm and our attorneys, can guarantee the outcome of any legal dispute. Thus, although an attorney or attorneys of our Firm may offer an opinion about possible results regarding any matter in which we represent or advise, we do not and cannot guarantee any particular result. Moreover, we cannot predict in advance what the total amount of fees will be for our services. You acknowledge that the Firm has made no promises about the outcome, including the costs and expenses of litigation, and that any opinion offered or budget provided by the Firm or any of its attorneys will not constitute a guarantee.

### Termination of Representation

We do not foresee any circumstance that would lead to termination of our attorney-client relationship, other than completion of all anticipated tasks on your behalf. However, the law allows a client the right to terminate the representation of an attorney or law firm at any time. Subject to our giving you reasonable notice for you to arrange alternative counsel, our Firm reserves the right to discontinue work on pending matters or terminate our attorney-client relationship at any time that a statement remains due and unpaid 60 days after it has been sent, or any time when we feel our relationship with you puts us in violation of the ethical principles and standards, or at any time termination of the relationship is required or permitted by law.

All files and/or documents retained at the Firm relating to your representation are and remain your property, as the client, except for the Firm's internal and/or administrative documents, such as attorney time sheets. You may have access to these materials at any time, and upon termination of our representation, you may withdraw these materials with prior written notice. The Firm reserves the right to photocopy the client's files at the client's expense. We reserve the right to destroy all files ten years after the occasion of representation in a matter unless you request their return. In the event you choose to change representation to any attorney outside this

4.

MAY 13 2004 16:13                    4177257936        PAGE.10

Attorneys' Eyes Only        BRYANT2 000013

EXHIBIT ___ PAGE 14

MAY 13 2004 16:53 FR KEATSPAHN&HAMILSON    310 6608363  TO 11111118300400001  P.13/14
MAY 13 2004 15:52 KEATSPAHN&HAMILSON    310 6608363    ...

First, a written notice authorizing the transfer of your files must be submitted. We reserve the right to retain photocopies of any of these documents.

## If a Dispute Arises Between Us

We appreciate the opportunity to serve as your attorneys and look forward to a professional and mutually beneficial relationship. However, in the event you become dissatisfied with any aspect of our relationship including, for example, the quality or adequacy of our representation or the fees charged, we encourage you to bring such concerns to our attention immediately. It is our belief that most problems can be resolved by good faith discussion between us. Nevertheless, it is always possible that a dispute may arise which cannot be resolved by discussion between us. In such an event, we will first comply with any mandatory dispute resolution procedures which may apply to any such dispute.

If mandatory dispute resolution procedures regarding our fees or costs have been waived or exhausted or a dispute exists between us regarding a claim that any legal services rendered by an attorney, under this agreement or otherwise, were improperly, negligently, or incompetently rendered, or otherwise rendered in breach of a contractual, legal, or ethical duty, you and the Firm agree that the dispute will be submitted exclusively to final and binding arbitration.

In arbitration, there is no right to a trial by jury, and the arbitrator's legal and factual determinations are generally not subject to appellate review.

It is further agreed and understood that initial resort to the courts by either party shall not be considered a waiver of that party's right to compel binding arbitration under this provision. In cases in which the amount in controversy is $200,000 or greater, each party shall select a party arbitrator. These party arbitrators shall then select a retired judge or justice as a neutral arbitrator. The three arbitrators shall decide all disputed matters and render an award. If the amount in controversy is less than $200,000, the matter shall be decided by a single neutral arbitrator who shall be a retired judge or justice. Any legal or arbitral proceedings hereunder may be commenced where the Firm performed the majority of the legal services which are the subject of the dispute or where payment of fees and costs for those services is due. Arbitration shall be in accordance with the law of the state in which the proceedings are commenced.

You are free to discuss the advisability of arbitration with us or your independent counsel or any of your other advisors and to ask any questions which you may have prior to signing this agreement.

5.

MAY 13 2004 16:14                                          4177287936        PAGE.11

Attorneys' Eyes Only        BRYANT2 000014

EXHIBIT __ PAGE 15

MAY 13 2004 16:54 FR KENTSPLPHK-JNDMILSON  310 6666363 TO ***

MAY 13 2004 15:52 F...NDMILSON  310 6666...

### Acknowledgment of This Agreement

Please acknowledge this agreement by signing and returning it to us, keeping a signed copy for your records, with your check in the amount of $ ... representing the retainer discussed above. We appreciate the confidence you have in Linler Manukian. We look forward to serving you.

APPROVED, ACCEPTED AND AGREED TO THIS
_13th_ DAY OF May, 2004

ON BEHALF OF CARTER BRYANT.

**CARTER BRYANT**

Los Angeles/...

6.

** TOTAL PAGE.12 **

4177257936        PAGE.12
** TOTAL PAGE.14 **

MAY 13 2004,16:14.

Attorneys' Eyes Only        **BRYANT2 000015**

# EXHIBIT 1 PAGE 16

**Exhibit  2**

SEP 14 '00 11:38 FR BHV   CULLECIIBLES  310 252 6059 TO 9554 517        P.01/04

To: David Rosenbaum

From: Carter H. Bryant

Total Pages: 4

CONFIDENTIAL
ATTORNEY'S EYES ONLY

MGA007337

EXHIBIT 2 PAGE 17

September 14, 2000

Dear David,

Enclosed is a copy of my original offer of employment with Mattel. To the best of my knowledge, other than an agreement of confidentiality, there are no other expressed contracts that have been signed. I am unable to look into this too much further with our Human Resources director without risking suspicion, but I am quite certain that this should suffice.

Thank you very much.

Sincerely,


Carter H. Bryant


310-252-6099or
310-538-3615 home

CONFIDENTIAL
ATTORNEY'S EYES ONLY

MGA007338

EXHIBIT 2 PAGE 18

SEP 14 '00 11:58 FR 04    COLLECTIBLES 310 252 8059 TO 555   511         P.03/04



**Mattel, Inc.**

131 Continental Boulevard
El Segundo, California 90245-5012
Phone: (310) 252-2000
Telex: 188155 or 188170

December 11, 1998

Mr. Carter Bryant
1-A Sycamore Dr.
Kimberling, MO 65686

Dear Carter,
Congratulations and welcome to Mattel!

We are pleased to confirm your acceptance of our offer for the position of Project Designer, and to outline the various benefits that are available to you as a member of the Mattel team.

**Compensation**

Your annual base salary will be ▮▮▮▮ payable on a bi-weekly basis.

**Relocation**

You will receive a relocation payment of ▮▮▮▮ less appropriate federal and state taxes, payable to you no later than 30 days following commencement of your employment.

If you choose to voluntarily terminate your employment with Mattel within one year of your date of hire, you will be required to repay this amount in full.

**Benefits**

The following is a brief outline of benefits in which you will be eligible to participate as of your date of hire. Specific details and plan limitations are provided in Summary Plan Descriptions or Plan Documents, and are subject to periodic modification and revision.

You and your qualified dependents, if applicable, will be eligible for the following coverage:

- Medical       • Life Insurance – 1-1/2 x base salary
- Dental        • Accidental Death & Dismemberment – 1-1/2 x base salary
- Vision        • Business Travel Coverage – $1,000,000
- Prescription  • Short & Long-Term Disability

You will be enrolled in the Mattel Personal Investment Plan (PIP), which is a 401(k) savings/retirement plan. The plan offers both Company Automatic and Matching contribution provisions as outlined below.

CONFIDENTIAL
ATTORNEY'S EYES ONLY

MGA007339

EXHIBIT 2 PAGE 19

SEP 14  '00 11:38 FR BH      COLLECTIBLES  310 252 6059 TO 955    #11          P.04/04

- **Company Automatic Contributions**
  The Company will make automatic contributions to your account ranging from 3% to 8% of your salary, based on age.

- **Company Matching Provision**
  The Company will match up to the first 6% of pay you contribute to your PIP account on a dollar-for-dollar basis up to 2% of your annual salary and on a fifty-cents-on-the-dollar basis for up to the next 4% of your salary

Of course, this offer is contingent upon satisfactory verification of all information as to previous employers and academic institutions attended, eligibility to work in the United States, and the signing of a Confidential Information and Inventions Agreement. Further, you understand that this letter does not imply employment for a specific term and thus your employment is at will; either you or the Company can terminate it at any time, with or without cause. This letter acknowledges there are no oral or written side agreements or representations concerning the term or conditions of employment. Additional details of your employment relationship are contained in our employment application.

Enclosed is a packet containing various information and forms required to activate your employment. Please complete these forms and bring them with you on your first day of employment. Also, you will need to bring with you certain documents as set forth in the enclosed directions. Upon your arrival in the second floor lobby, please advise the security officer that you are a new employee. You will be escorted to an orientation session beginning at 8:00 a.m., which will last most of the morning.

Carter, we are all looking forward to you joining the Mattel team on 1/4/99. As a new member of the Mattel family, please feel free to call me at (310) 252-2535 if you have any questions.

Sincerely,

Lynne Robinson
VP, Human Resources

2

** TOTAL PAGE.04 **

CONFIDENTIAL
ATTORNEY'S EYES ONLY

MGA007340

EXHIBIT 2 PAGE 20

**Exhibit 3**

| | |
|---|---|
| From: | Isaac Larian |
| Sent: | Tuesday, October 10, 2000 6:38 PM |
| To: | Victoria O'Connor |
| Cc: | Dennis Medici |
| Subject: | RE: CARTER COMPENSATION |

from the date he signed the contract.

-----Original Message-----
| From: | Victoria O'Connor |
| Sent: | Tuesday, October 10, 2000 10:56 AM |
| To: | Isaac Larian |
| Cc: | Dennis Medici |
| Subject: | FW: CARTER COMPENSATION |

Do you want to start his salary for the month of Octoebr since he began in September? Please advise.

-----Original Message-----
| From: | Paula Treantafelles |
| Sent: | Tuesday, October 10, 2000 9:02 AM |
| To: | Victoria O'Connor |
| Subject: | RE: CARTER COMPENSATION |

I would say that Carter has worked on average about 4 hours a day and we began working on this line the first part of September.

-----Original Message-----
| From: | Victoria O'Connor |
| Sent: | Tuesday, October 10, 2000 8:11 AM |
| To: | Paula Treantafelles |
| Subject: | FW: CARTER COMPENSATION |

Please let me know how many hours Carter has worked and the day he started meetings with you.  Thanks.

-----Original Message-----
| From: | Dennis Medici |
| Sent: | Tuesday, October 10, 2000 6:46 AM |
| To: | Victoria O'Connor |
| Subject: | CARTER COMPENSATION |

Victoria,
Please reply what amount we should pay Carter and have Isaac approve.  Thanks.

Dennis Medici
MGA Entertainment
(818) 894-2525
(818) 830-7176 fax

CONFIDENTIAL
ATTORNEY'S EYES ONLY

MGA006364

EXHIBIT _3_ PAGE _21_

**Exhibit 4**

# Veronica Marlow

12250 Woodley Ave.
Granada Hills CA, 91344

# INVOICE

INVOICE NO.:   G000625

DATE:          11/14/00

**Sold To:**

Paula Treantafales
MGA Entertainment
16730 Schoenborn St.
North Hills, CA 91343

**Ship To:**

Same

| SALESPERSON | P.O. NUMBER | DATE SHIPPED | SHIPPED VIA | F.O.B. POINT | TERMS |
|---|---|---|---|---|---|
| | PO03521 | 10/26/00 | | | net |

| QUANTITY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| | "Bratz" dolls research, development and support services from 9/29/00 to 10/20/00. | | |
| 18 hrs. | Brainstorm and development meetings. | 50.00 | 900.00 |
| 12 hrs. | Support for body sculpting and packaging. | 50.00 | 600.00 |
| 18 hrs. | Fashion research. | 50.00 | 900.00 |
| 19 hrs. | Fashion development and support. | 50.00 | 950.00 |
| 21 hrs. | Pattern and sample development. | 50.00 | 1,050.00 |

|  | |
|---|---|
| SUBTOTAL | 4,400.00 |
| SALES TAX @ 8.25% | 363.00 |
| SHIPPING & HANDLING | |
| TOTAL DUE | 4,763.00 |

*only pay (per P.O.)*   *$4,400.00*

---

Customer Signature

### THANK YOU FOR YOUR BUSINESS!

CONFIDENTIAL - ATTORNEYS' EYES ONLY

REDACTED

MGA0008739

# EXHIBIT 4 PAGE 22

# PURCHASE ORDER

ABC International Traders, Inc
dba MGA Entertainment
16730 Schoenborn St.
North Hills
CA          91343-6122

PO Number:   PO03521
Date.          11/1/00
Page:          1

---

Order From:   VERONICA MARLOW
12250 WOODLEY AVENUE

GRANADA HILLS
91344                    CA

Deliver to:   L.A. MAIN WAREHOUSE
16730 SCHOENBORN ST

NORTH HILLS
CA                    91343

| Your Item Number Item Description | Our Reference | Qty Ordered Date Requested | Units | Unit Cost Date Promised | Extension |
|---|---|---|---|---|---|
| | BRATZ | 18.00 | Each | 50.00 | $900.00 |
| 1  BRAINSTORM AND DEVELOPMENT MEETIN | BRATZ | 10/26/00  12.00 | Each | 50.00 | $600.00 |
| 2  SUPPORT FOR BODY SCULPTING AND PA | BRATZ | 10/26/00  18.00 | Each | 50.00 | $900.00 |
| 3  FASHION RESEARCH | BRATZ | 10/26/00  19.00 | Each | 50.00 | $950.00 |
| 4  FASHION DEVELOPMENT AND SUPPORT | BRATZ | 10/26/00  21.00 | Each | 50.00 | $1,050.00 |
| PATTERN AND SAMPLE DEVELOPMENT | | 10/26/00 | | | |

---

Please Quote Purchase Order Number on all correspondence.

CONFIDENTIAL -
ATTORNEYS' EYES ONLY

Subtotal:          $4,400.00
Freight:              $0.00
Tax amount:          $0.00
Total Value:        $4,400.00

MGA0008740

EXHIBIT 4 PAGE 23

Requisition # REQ02753                           * * REQUISITION * *
Requester    KLEGG                                                                    Page: 1
Date

| Item Number | Quantity | Units | Cost | Due Date | Total |
|---|---|---|---|---|---|
| BRATZ | 18.00 | Each | $50.00 | 10/26/00 | $900.00 |
| BRAINSTORM AND DEVELOPMENT MEETING | | Site: 01 | | Creditor: MARLOW | |
| 8322-400 - | | | | | |
| BRATZ | 12.00 | Each | $50.00 | 10/26/00 | $600.00 |
| SUPPORT FOR BODY SCULPTING AND PACKAGING | | Site: 01 | | Creditor: MARLOW | |
| 8322-400 - | | | | | |
| BRATZ | 18.00 | Each | $50.00 | 10/26/00 | $900.00 |
| FASHION RESEARCH | | Site: 01 | | Creditor: MARLOW | |
| 8322-400 - | | | | | |
| BRATZ | 19.00 | Each | $50.00 | 10/26/00 | $950.00 |
| FASHION DEVELOPMENT AND SUPPORT | | Site: 01 | | Creditor: MARLOW | |
| 8322-400 - | | | | | |
| BRATZ | 21.00 | Each | $50.00 | 10/26/00 | $1,050.00 |
| PATTERN AND SAMPLE DEVELOPMENT | | Site: 01 | | Creditor: MARLOW | |
| 8322-400 - | | | | | |

*PO 3521*

*P - 7 349*

Requisition Total          $4,400.00

CONFIDENTIAL -
ATTORNEYS' EYES ONLY                                    MGA0008741

EXHIBIT 4 PAGE 24

# Veronica Marlow

12250 Woodley Ave.
Granada Hills CA, 91344

## INVOICE

INVOICE NO.: G000626

DATE:        11/14/00

**Sold To:**

Paula Treantafales
MGA Entertainment
16730 Schoenborn St.
North Hills, CA 91343

**Ship To:**

Same

| SALESPERSON | P.O. NUMBER | DATE SHIPPED | SHIPPED VIA | F.O.B. POINT | TERMS |
|---|---|---|---|---|---|
| | PO03522 | 10/26/00 | | | net |

| QUANTITY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| | "Bratz" dolls third party services from 10/13/00 to 10/20/00. | | |
| 49 hrs. | Third party sewing and pattern making support. | 30.00 | 1,470.00 |
| 32 hrs. | Third party sewing and pattern making support. | 30.00 | 960.00 |
| | SUBTOTAL | | 2,430.00 |
| | SALES TAX @ 8.25% | | |
| | SHIPPING & HANDLING | | |
| | TOTAL DUE | | 2,630.48 |

*Only pay $2,430.00*
*(per P.O.)*

_____
Customer Signature

**THANK YOU FOR YOUR BUSINESS!**

CONFIDENTIAL -
ATTORNEYS' EYES ONLY

REDACTED

MGA0008742

## EXHIBIT 4 PAGE 25

# PURCHASE ORDER

ABC International Traders, Inc
dba MGA Entertainment
16730 Schoenborn St.
North Hills
CA          91343-6122

| | |
|---|---|
| PO Number: | PO03522 |
| Date: | 11/1/00 |
| Page: | 1 |

Order From:  VERONICA MARLOW
12250 WOODLEY AVENUE

GRANADA HILLS
91344                    CA

Deliver to:   L.A. MAIN WAREHOUSE
16730 SCHOENBORN ST

NORTH HILLS
CA                    91343

| Your Item Number<br>Item Description | Our Reference | Qty Ordered<br>Date Requested | Units | Unit Cost<br>Date Promised | Extension |
|---|---|---|---|---|---|
| | BRATZ | 49.00 | Each | 30.00 | $1,470.00 |
| | THIRD PARTY SEWING AND PATTERN MAK | 10/26/00 | | | |
| 1 | BRATZ | 32.00 | Each | 30.00 | $960.00 |
| | THIRD PARTY SEWING AND PATTERN MAK | 10/26/00 | | | |

Please Quote Purchase Order Number on all correspondence.

CONFIDENTIAL -
ATTORNEYS' EYES ONLY

| | |
|---|---|
| Subtotal: | $2,430.00 |
| Freight: | $0.00 |
| Tax amount: | $0.00 |
| Total Value: | $2,430.00 |

MGA0008743

# EXHIBIT 4 PAGE 26

Requisition # REQ02754                    * * REQUISITION * *                              Page: 1
Requestor    KLEGG
Date

| Item Number | Quantity | Units | Cost | Due Date | Total |
|---|---|---|---|---|---|
| BRATZ | 49.00 | Each | $30.00 | 10/26/00 | $1,470.00 |
| THIRD PARTY SEWING AND PATTERN MAKING SUPI | | Site: 01 | | Creditor: MARLOW | |
| 8322-400 - | | | | | |
| BRATZ | 32.00 | Each | $30.00 | 10/26/00 | $960.00 |
| THIRD PARTY SEWING AND PATTERN MAKING SUPI | | Site: 01 | | Creditor: MARLOW | |
| 8322-400 - | | | | | |

*PO 3522*

*P - 7350*

Requisition Total          $2,430.00

CONFIDENTIAL -
ATTORNEYS' EYES ONLY

MGA0008744

EXHIBIT 4 PAGE 27

**Exhibit  5**

Aug 11 03 05:08p    Carter                    4177257936              p.1

PATENT

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | | | |
|---|---|---|---|
| Applicant: | Isaac Larian | Examiner: | Ali Abdelwahed |
| Serial No. | 10/373,602 | Group Art Unit: | 3712 |
| Filed: | February 24, 2003 | Docket No. | 15904-142 |
| Title: | DOLL WITH AESTHETIC CHANGEABLE FOOTGEAR | | |

CERTIFICATE UNDER 37 CFR 1.8
I hereby certify that this correspondence and identified enclosures are being deposited with the United States Postal Service, as first class mail, postage prepaid, under 37 C.F.R. 1.8 on the date indicated, and is addressed to the Mail Stop Non-Fee Amendment, Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450 on August 12, 2003.

Justina S. Townsend

Mail Stop NON-FEE AMENDMENT
Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313-1450

### DECLARATION OF CARTER BRYANT

I, CARTER BRYANT, hereby declare as follows:

1.     I am the president of Carter Bryant Enterprises, 634 West Mt. Vernon, Suite 264, Nixa, MO, 65714; and I have been in the freelance design field for about eight (8) years.

2.     I am familiar with the Bratz doll projects of MGA Entertainment and I have worked with Isaac Larian president of MGA Entertainment on the Bratz doll project.

3.     I am familiar with the doll designs as shown in the attached drawings from the above-identified patent application. These dolls have strap type shoes, and the dolls have a snap on feature at about the ankle of the dolls so that different footgear may be mounted on the doll. Regarding the strap type shoes, as disclosed in the patent application, the coloring of the skin tone on the exposed areas of the feet are matched to the coloring of the lower legs of the dolls.

EXHIBIT 5 PAGE 28

MGA 0825457

**Exhibit  6**



**ABC INTERNATIONAL TRADERS, INC.**
16730 SCHOENBORN STREET
NORTH HILLS, CALIFORNIA 91343-6122
PHONE (818) 894-2525

UNION BANK OF CALIFORNIA
San Fernando Valley Commercial Banking Office
5955 Topanga Canyon Blvd.   Woodland Hills, CA 91367
16-45/1220

10466

DATE                 AMOUNT
9/29/00              $162.38

PAY
TO THE
ORDER
OF

One Hundred Sixty Two Dollars And 38 Cents

CARTER H. ORTAET
1379 WEST 160TH STREET

GARDENA CA 90247

TWO SIGNATURES REQUIRED
OVER $25,000.00

REDACTED

⑆010466⑆ ⑈122000496⑇ /00000162 38/

PostngDate: 20001010
AccountNum:            REDACTED
Serial: 10466
Amount: 162.38
DIN: 19300386



PostngDate: 20001010
AccountNum:            REDACTED
Serial: 10466
Amount: 162.38
DIN: 19300386

CONFIDENTIAL
ATTORNEYS' EYES ONLY

UB 0011

EXHIBIT 6 PAGE 30



ABC INTERNATIONAL TRADERS, INC.
16730 SCHOENBORN STREET
NORTH HILLS, CALIFORNIA 91343-6122
PHONE (818) 894-2525

10563

UNION BANK OF CALIFORNIA
San Fernando Valley Commercial Banking Office
5405 Topanga Canyon Blvd.   Woodland Hills, CA 91367
16-43/1220

DATE    10/11/00

AMOUNT    $5,500.00

PAY TO THE ORDER OF

Five Thousand Five Hundred Dollars And 00 Cents

CARTER H. BRYANT
1319 WEST 160TH STREET
GARDENA CA 90247

TWO SIGNATURES REQUIRED OVER $25,000.00

VOID AFTER 90 DAYS

REDACTED

"010563"  1220004963:  "0000550000"

PostngDate: 20001018
AccountNum:
Serial: 10563
Amount: 5,500.00
DIN: 10140893

REDACTED



KPSC 10/12/00
1010140893

REDACTED

004 57 S 1001327150

PostngDate: 20001018
AccountNum:
Serial: 10563
Amount: 5,500.00
DIN: 10140893

REDACTED

CONFIDENTIAL
ATTORNEYS' EYES ONLY

UB 0014

EXHIBIT 6 PAGE 31

P8769009-15

**ABC INTERNATIONAL TRADERS, INC.**
16738 SCHOENBORN STREET
NORTH HILLS, CALIFORNIA 91343-6122
PHONE (818) 894-2525

**UNION BANK OF CALIFORNIA**
San Fernando Valley Commercial Banking Office
5858 Topanga Canyon Blvd., Woodland Hills, CA 91367
16-49/1220

10575

TELLER 4
MFCU

DATE  10/13/00

AMOUNT  $1,031.23

PAY TO THE ORDER OF   One Thousand Thirty One Dollars And 23 Cents

CARTER B. BRYANT
1319 WEST 148TH STREET
GARDENA CA 90247

TWO SIGNATURES REQUIRED
OVER $25,000.00

VOID AFTER 90 DAYS

⑈010575⑈ ⑆122000496⑆   REDACTED   /0000103123/

PostngDate: 20001018
AccountNum:   REDACTED
Serial: 10575
Amount: 1,031.23
DIN: 10140892

---

KPSC 10/18/00
1010140892

FOR DEPOSIT ONLY
REDACTED

WESCORP)3ZZZ800647(10/17/2000
004 57 S 100132740
32ZZZ6075 - 00

PostngDate: 20001018
AccountNum:   REDACTED
Serial: 10575
Amount: 1,031.23
DIN: 10140892

CONFIDENTIAL
ATTORNEYS' EYES ONLY

UB 0016

EXHIBIT 6 PAGE 32

**Exhibit 7**



SCULPTURAL BODY DRAWING; 9/19/99
To BE USED FOR ALL DOLLS

JOINTED HERE, @ SHOULDERS

JOINTED HIPS

SCULPTED FINGERNAILS

TOTAL DOLL HEIGHT W/ HEAD: 11½" - 12"

9"

ACTUAL SIZE

BASIC SHOE SCULPT

2" APPX.

2¼" APPX.

CONFIDENTIAL   Attorney's Eyes Only
EXHIBIT _7_ PAGE _33_

BRYANT 01975
EXHIBIT 1 PAGE 14



2½" APPX

Sculptural
Drawings ;
Heads

9/19/99

LUPE

ACTUAL SIZE

—LUPE—



2½" APPX

ACTUAL SIZE

ZÖE

—ZÖE—

**Exhibit 8**

SL00013











**EXHIBIT 8 PAGE 35**

SL00014





**EXHIBIT _8_ PAGE _36_**

SL00016



**EXHIBIT 8 PAGE 37**



**Meet Lupe!**

She's the princess of pretty in her casual wear of tank top and wide leg khakis. Cute sweatshirt, silvery tannies , a fun red updo and fresh backpack give her a great look for school!

EXHIBIT _8_ PAGE _38_

SL00017



To give Zoe a whole new look for
night, change her short dark
brown hairstyle to her long
blonde hairdo (included), change
her pants to a skirt (also
included) and change her
sneakers to platform sandals (you
get those too!)

EXHIBIT _8_ PAGE _39_

SL00018



**EXHIBIT _8_ PAGE _40_**

SL00019



**EXHIBIT 8 PAGE 41**

SL00020



**Meet Hallidaei**

She's got the beat! Ultra trendy street wear 'n' braids for hittin' the books. Jean skirt, boots and knit cap, not to mention a funky backpack (check out the logos!) give Hallidae a look that is all that!

**EXHIBIT 8 PAGE 42**

SL00021



**EXHIBIT 8 PAGE 43**

SL00022



For partytime, change her into a short skirt, braids and silver stompers!

EXHIBIT 8 PAGE 44

SL00023



**EXHIBIT 8 PAGE 45**

SL00024



For weekend nights hangin' with the Bratz, it's a sweet dragon logo tee, with ruffly skirt and those boots, she's as cool as can be!

EXHIBIT _8_ PAGE _46_

SL00025



**Meet Jade!**

Jade loves far-out fashion! Mary Janes and a baby doll are just perfect for study hall! Twisty hairdo, fringe-y jacket and a sweeter than sweet backpack and Jade is ready for serious school house rock!

EXHIBIT __8__ PAGE __47__

SL00026



On date night, it's a sassy short dress, platforms, and a totally new 'do!

EXHIBIT _8_ PAGE _48_

SL00027



Now she has a whole new look for nighttime fun with the rest of the Bratz gang!

EXHIBIT _8_ PAGE _49_

SL00028



**Meet Zoe!**

She's the queen of cool at school with her short dark brown hair and funky stompin' sneaks. Hiphugger jeans, short tee shirt and glittery vinyl backpack complete her daytime look.

EXHIBIT _8_ PAGE _50_

SL00029



**EXHIBIT** _8_ **PAGE** _51_

SL00030



**EXHIBIT 8 PAGE 52**

SL00031



EXHIBIT 8 PAGE 53

SL00032



EXHIBIT 8 PAGE 54

SL00033



EXHIBIT 8 PAGE 55

SL00034



**EXHIBIT** __8__ **PAGE** 56

SL00036

SL00036

Fashion Pack
4.99
Jade

*One or Two piece outfit

*purse or headpiece

*necklace and/or bracelet

*shoes

EXHIBIT 8 PAGE 57

SL00037

Fashion Pack
4.99
Jade

\*One or Two piece outfit

\*purse or headpiece

\*necklace and/or bracelet

\*shoes

EXHIBIT 8  PAGE 58



EXHIBIT 8 PAGE 59

SL00038



**EXHIBIT 8 PAGE 60**

SL00039



EXHIBIT __8__ PAGE __61__

SL00040



EXHIBIT _8_ PAGE _62_

SL00041

# BRATZ!

12.99
* doll in original 2 piece outfit
* original hairstyle
* original shoes
* necklace
* backpack
* additional top or dress
* additional bottom or dress
* additional shoes
* additional hairstyle
* additional purse
* hairbrush
* doll stand (optional)



EXHIBIT 8 PAGE 63

SL00042

# BRATZ!

12.99
*doll in original 2 piece outfit
*original hairstyle
*original shoes
*necklace
*backpack
*additional top or dress
*additional bottom or dress
*additional shoes
*additional hairstyle
*additional purse
*hairbrush
*doll stand (optional)



EXHIBIT __8__ PAGE __64__

SL00043



TOP OF HEAD

ROOTING LINE / SEPERATION LINE

ACTUAL PROPORTION

ACTUAL SIZE 10"

SL00044

EXHIBIT __8__ PAGE __65__



TOP OF HEAD

ROOTING LINE / SEPERATION LINE

ACTUAL PROPORTION

ACTUAL SIZE
10"

SL00045

**EXHIBIT 8 PAGE 66**

Hairstyle Pack
9.99
*4 different hairstyles in 4
different colors

SL00046

EXHIBIT 8 PAGE 67

Hairstyle Pack

9.99

\*4 different hairstyles in 4 different colors

SL00047

EXHIBIT  8  PAGE 68

**Exhibit 9**

1

IN THE UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

CARTER BRYANT, an individual, )

                    Plaintiff, )

   vs.                   )    Case No.

MATTEL, INC., a Delaware   ) CV 04-09049 SGL

corporation,            )   (RNBx)

               Defendant. )


CONFIDENTIAL - ATTORNEYS' EYES ONLY


    The videotaped deposition of

STEVEN LINKER, called as a witness for examination,

taken pursuant to the Federal Rules of Civil

Procedure of the United States District Courts

pertaining to the taking of depositions, taken

before PAULINE M. VARGO, a Notary Public within and

for the County of DuPage, State of Illinois, and a

Certified Shorthand Reporter of said state, C.S.R.

No. 84-1573, at Suite 4000, One IBM Plaza, Chicago,

Illinois, on the 13th day of September, A.D. 2006,

at 9:50 a.m.


EXHIBIT 9 PAGE 69

| | | |
|---|---|---|
| 1 | 11:45:12 | drawings and other materials. |
| 2 | | (WHEREUPON, a certain document was |
| 3 | | marked Deposition Exhibit No. 323, |
| 4 | 11:46:49 | for identification, as of 9/13/06.) |
| 5 | | BY MR. ZELLER: |

6   11:46:50   Q.   Do you recognize what's been marked as

7   11:46:53   Exhibit 323 or any portion of it?

8   11:46:55   A.   Yes.

9   11:46:56   Q.   What are these pages?

10   11:47:02   A.   Well, there is a combination of stuff,

11   11:47:05   but for the most part, this was the package that

12   11:47:09   was provided to me at the October 19th meeting at

13   11:47:18   MGA, excluding SL 00015.  That is a poster from the

14   11:47:25   final product that I had put into the envelope just

15   11:47:31   for cross-reference when I bought the toy.  So that

16   11:47:38   is a poster that wasn't anywhere near or part of

17   11:47:44   the package that was at MGA when I went there on

18   11:47:49   October 19th.

19   11:47:50   Q.   I am sorry.  The other things were in

20   11:47:53   Exhibit 323?

21   11:47:54   A.   Everything -- all these other things,

22   11:47:56   yes, they were all part of the package, but like I

23   11:48:00   said, this was at a later date.  This is something

.4   11:48:05   I threw into the envelope, just in my files.

EXHIBIT _9_ PAGE _70_

```
1   11:48:10      Q.    Then let's maybe break this down a

2   11:48:13   little bit.

3                 A.    Okay.

4   11:48:14      Q.    You have been referring to a package?

5   11:48:17      A.    Yes.

6   11:48:19      Q.    Did you receive a package at the

7   11:48:21   October 19, 2000 meeting?

8   11:48:24      A.    I did.

9   11:48:24      Q.    And who did you get that from?

10  11:48:26      A.    I got it from MGA, Paula or the group

11  11:48:30   that was working on this, but pretty much Paula and

12  11:48:33   her design team as far as --

13  11:48:37      Q.    And you received those materials while

14  11:48:39   you were actually at MGA's offices?

15  11:48:41      A.    While I was in the meeting, they gave me

16  11:48:44   this yellow envelope.

17  11:48:49      Q.    So then just so the record is clear on

18  11:48:51   this, what you received from MGA was pages starting

19  11:48:59   SL 16 through SL 63 on October 19th, 2000?

20  11:49:09      MS. CENDALI:  Mischaracterizes his testimony.

21             BY THE WITNESS:

22  11:49:13      A.    Yes.  This is all stuff that was put in

23             there.

24  11:49:25   BY MR. ZELLER:
```

EXHIBIT 9 PAGE 71