254

IN THE UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

CARTER BRYANT, an individual,  )

                 Plaintiff,  )

    vs.  )      Case No.

MATTEL, INC., a Delaware  )  CV 04-09049 SGL

corporation,  )    (RNBx)

             Defendant.  )

    I hereby certify that I have read the foregoing transcript of my deposition given at the time and place aforesaid, consisting of Pages 1 to 253, inclusive, and I do again subscribe and make oath that the same is a true, correct and complete transcript of my deposition so given as aforesaid, and includes changes, if any, so made by me.


                  STEVEN LINKER

SUBSCRIBED AND SWORN TO

before me this     day

of        , A.D. 2006.


       Notary Public

EXHIBIT 9 PAGE 72

255

```
 1        STATE OF ILLINOIS )
 2                         )  SS:
 3        COUNTY OF DuPAGE )
 4                   I, PAULINE M. VARGO, a Notary Public
 5        within and for the County of DuPage, State of
 6        Illinois, and a Certified Shorthand Reporter of
 7        said state, C.S.R. No. 84-1573, do hereby certify:
 8                   That previous to the commencement of the
 9        examination of the witness, the witness was duly
10        sworn to testify the whole truth concerning the
11        matters herein;
12                   That the foregoing deposition transcript
13        was reported stenographically by me, was thereafter
14        reduced to typewriting under my personal direction
15        and constitutes a true record of the testimony
16        given and the proceedings had;
17                   That the said deposition was taken
18        before me at the time and place specified;
19                   That I am not a relative or employee or
20        attorney or counsel, nor a relative or employee of
21        such attorney or counsel for any of the parties
22        hereto, nor interested directly or indirectly in
23        the outcome of this action.
 4
```

EXHIBIT 9 PAGE 73

256

1        IN WITNESS WHEREOF, I do hereunto set my

2   hand and affix my seal of office at Chicago,

3   Illinois, this 22nd day of September, 2006.

4

5

6        Notary Public, DuPage County, Illinois.

7        My commission expires July 27, 2007.

8

9   C.S.R. Certificate No. 84-1573

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

**EXHIBIT 9 PAGE 74**

**Exhibit 10**

CERTIFIED COPY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

MATTEL, INC., A DELAWARE )
CORPORATION, )
                )
      PLAINTIFF, )
                )
      VS. )  NO. CV 04-9059 NM(RNBX)
                )
CARTER BRYANT, AN )
INDIVIDUAL; AND DOES 1 )
THROUGH 10, INCLUSIVE, )
                )
      DEFENDANTS. )
_____ )
                )
AND RELATED COUNTER-CLAIM. )
_____ )

CONFIDENTIAL TRANSCRIPT

VOLUME I

DEPOSITION OF ANNA RHEE

LOS ANGELES, CALIFORNIA

THURSDAY, FEBRUARY 3, 2005

REPORTED BY:

KAREN E. KAY
C.S.R. NO. 3862, R.M.R., C.R.R.

JOB NO.
C40593LMF

**LUDWIG KLEIN**
REPORTERS & VIDEO INC.
10868 KLING STREET
TOLUCA LAKE, CALIFORNIA 91602
800.540.0681    Fax 818.508.6326
e-mail: lois@ludwigklein.com

EXHIBIT 10 PAGE 15

LUDWIG KLEIN REPORTERS & VIDEO, INC.   800.540.0681

1  BY MR. WICKHAM:

2      Q    COULD YOU PLEASE TAKE OUT EXHIBIT 201, THE          01:39:38

3  THICK ONE.  OKAY.  WOULD YOU PLEASE LOOK AT THE VERY        01:39:42

4  FIRST PAGE OF EXHIBIT 201.  DO YOU HAVE THAT IN             01:39:54

5  FRONT OF YOU?                                               01:39:56

6      A    YES, I DO.                                         01:39:57

7      Q    DOES THIS EXHIBIT REFER TO YOUR VERY FIRST         01:39:59

8  PROJECT OR ASSIGNMENT FOR M.G.A.?                           01:40:03

9      A    YES, IT IS.                                        01:40:07

10     Q    THE WRITING THAT APPEARS ON THIS DOCUMENT,         01:40:10

11 DO YOU RECOGNIZE THAT WRITING?                              01:40:12

12     A    YES.                                               01:40:15

13     Q    AND WHOSE WRITING IS IT, SO FAR AS YOU             01:40:15

14 KNOW?                                                       01:40:18

15     A    ME.                                                01:40:19

16     Q    OKAY.  SO THE PRINTING UP NEAR THE TOP             01:40:21

17 WHERE IT SAYS "ANNA RHEE" WITH THE ADDRESS ON FORD          01:40:24

18 AVENUE, IS THAT YOUR PRINTING?                              01:40:28

19     A    DEFINITELY.                                        01:40:30

20     Q    AND THE INFORMATION CONCERNING THE                 01:40:31

21 QUANTITY, DESCRIPTION, PRICE, AMOUNT, ET CETERA,            01:40:34

22 THAT'S IN YOUR PRINTING?                                    01:40:37

23     A    YES.                                               01:40:39

24     Q    NOW, THE SECTION IN THE MIDDLE OF THE              01:40:40

25 DOCUMENT THAT SAYS, "REQUEST BY KERRI LEGG," DO YOU         01:40:43

105

CONFIDENTIAL TRANSCRIPT - VOLUME I

EXHIBIT 10 PAGE 76

LUDWIG KLEIN REPORTERS & VIDEO, INC.   800.540.0681

1  SEE THAT THERE?                                          01:40:46

2     A    YEP.                                             01:40:48

3     Q    IS THAT IN YOUR HANDWRITING?                     01:40:49

4     A    YES.                                             01:40:54

5     Q    OKAY.  GREAT.  ALL RIGHT.  SO YOU CREATED        01:40:55

6  ALL THE INFORMATION THAT'S ON THIS DOCUMENT?             01:40:56

7          MR. BERMAN:  OBJECTION.  SHE CREATED THE         01:40:58

8  HANDWRITING.  SHE DID NOT CREATE -- THE INFORMATION      01:41:00

9  IS DIFFERENT.  SHE WROTE IT.                             01:41:03

10         MR. WICKHAM:  THANK YOU FOR THE                  01:41:05

11 CLARIFICATION, COUNSEL.                                  01:41:06

12         THE WITNESS:  YES.                               01:41:09

13 BY MR. WICKHAM:

14    Q    COULD YOU TELL ME HOW YOU WERE FIRST             01:41:11

15 REFERRED TO M.G.A. TO DO FREELANCE WORK?                 01:41:15

16    A    CARTER BRYANT ASKED ME.                          01:41:22

17    Q    THIS ANGEL FACE THING?                           01:41:30

18    A    YES.                                             01:41:33

19    Q    DO YOU KNOW A WOMAN BY THE NAME OF VERONICA      01:41:36

20 MARLOW?                                                  01:41:39

21    A    I KNOW HER A LITTLE BIT.                         01:41:45

22    Q    OKAY.  DID A WOMAN BY THE NAME OF VERONICA       01:41:47

23 MARLOW CONTACT YOU ABOUT DOING SOME WORK ON THIS         01:41:51

24 ANGEL FACE PROJECT?                                      01:41:58

25         MR. BERMAN:  OBJECT.  ASSUMES FACTS NOT IN       01:41:59

                                                           106

CONFIDENTIAL TRANSCRIPT - VOLUME I

EXHIBIT _10_ PAGE _77_

LUDWIG KLEIN REPORTERS & VIDEO, INC.   800.540.0681

1   EVIDENCE.                                                    01:42:01

2          THE WITNESS:  NO.                                     01:42:03

3   BY MR. WICKHAM:

4      Q    OKAY.  SO YOUR BEST RECOLLECTION IS THAT            01:42:04

5   CARTER BRYANT HAD REFERRED YOU TO M.G.A.?                   01:42:06

6      A    DEFINITELY.                                          01:42:09

7      Q    OKAY.  AND SPECIFICALLY THAT HE HAD                 01:42:11

8   REFERRED YOU TO M.G.A., WHICH ULTIMATELY LED TO YOU         01:42:13

9   DOING THIS WORK ON THE ANGEL FACE PROJECT?                  01:42:16

10         MR. BERMAN:  I'M GOING TO OBJECT.  IT                01:42:21

11  ASSUMES FACTS NOT IN EVIDENCE ON THE ANGEL FACE            01:42:22

12  PROJECT.  IT SAYS "[READING:]  ANGEL BABY DOLL             01:42:24

13  HEADS."  YOU'RE SAYING IT'S ANGEL FACE.                    01:42:28

14         THE WITNESS:  YEP.                                   01:42:33

15  BY MR. WICKHAM:

16     Q    OKAY.  WELL, TELL ME ABOUT THE FIRST               01:42:33

17  CONVERSATION THAT YOU HAD WITH CARTER BRYANT               01:42:36

18  ABOUT -- THAT ULTIMATELY LED TO THE INVOICE THAT'S         01:42:39

19  THE FIRST PAGE OF EXHIBIT 201.                             01:42:43

20     A    THE FIRST CONVERSATION THAT WE HAD?                01:42:49

21     Q    YES.  THAT LED TO THIS FORM.                       01:42:50

22     A    I THINK IT WAS -- LET ME THINK WHAT IT WAS.        01:43:03

23  GIVE ME A SECOND.  I THINK I WAS AT HIS HOUSE, AND         01:43:09

24  HE MENTIONED THAT HE HAD LIKE A SECRET PROJECT, WAS        01:43:19

25  A BIG, BIG, BIG SECRET, AND -- AND HE TOLD ME IT           01:43:28

                                                                107

CONFIDENTIAL TRANSCRIPT - VOLUME I

EXHIBIT 10 PAGE 78

LUDWIG KLEIN REPORTERS & VIDEO, INC.   800.540.0681

1    WOULD BE COMING UP AND WOULD I WANT TO DO IT.   AND I        01:43:32

2    SAID, "SURE.   NO PROBLEM."   THEN LATER ON HE BROUGHT       01:43:35

3    IT TO MY HOUSE.                                               01:43:38

4         Q     AND THAT'S THIS ANGEL DOLL HEADS?                  01:43:41

5               MR. ZELLER:   OBJECTION.                           01:43:47

6               THE WITNESS:   YEAH.                               01:43:49

7    BY MR. WICKHAM:

8         Q     OKAY.   AND WHAT WERE THESE ANGEL DOLL            01:43:52

9    HEADS?                                                        01:43:56

10        A     BRATZ.                                             01:43:57

11        Q     "BRATZ"?                                           01:43:58

12        A     YEAH.                                              01:43:59

13              MR. BERMAN:   I'M GOING TO OBJECT THAT THAT        01:43:59

14   WAS ARGUMENTATIVE.                                           01:44:00

15   BY MR. WICKHAM:

16        Q     CAN YOU TELL ME WHERE ON THE FIRST PAGE OF        01:44:04

17   EXHIBIT 201 THAT YOU SEE SOMETHING IN HERE THAT             01:44:07

18   MAKES YOU BELIEVE THAT THIS PARTICULAR INVOICE              01:44:11

19   RELATES TO BRATZ?                                            01:44:13

20        A     IT DOESN'T.   IT DOESN'T.                        01:44:19

21        Q     OKAY.   DO YOU KNOW WHAT AN ANGEL BABY DOLL      01:44:23

22   HEAD IS?                                                    01:44:25

23              MR. ZELLER:   OBJECT.   THE QUESTION IS          01:44:31

24   VAGUE.                                                      01:44:32

25              THE REPORTER:   EXCUSE ME?                       01:44:32

108

CONFIDENTIAL TRANSCRIPT - VOLUME I

EXHIBIT 10 PAGE 79

LUDWIG KLEIN REPORTERS & VIDEO, INC.   800.540.0681

```
 1          MR. ZELLER:  I SAID, "THE QUESTION IS        01:44:32
 2   VAGUE."                                             01:44:32
 3          THE WITNESS:  I DON'T REMEMBER THIS.         01:44:42
 4   BY MR. WICKHAM:                                     01:44:43
 5      Q    DO YOU EVER REMEMBER WORKING ON AN ANGEL    01:44:45
 6   BABY DOLL HEAD FOR M.G.A.?                          01:44:48
 7      A    POSSIBLY.                                   01:44:58
 8      Q    OKAY.  DO YOU REMEMBER HAVING A REQUEST BY  01:44:59
 9   SOMEONE BY THE NAME OF KERRI LEGG WHO REQUESTED YOU 01:45:02
10   TO CREATE TWO ANGEL BABY DOLL HEADS?                01:45:07
11          MR. ZELLER:  ASSUMES FACTS NOT IN EVIDENCE.  01:45:12
12          THE WITNESS:  I DON'T KNOW WHO THAT IS       01:45:14
13   ACTUALLY.                                           01:45:15
14   BY MR. WICKHAM:
15      Q    OKAY.  WELL, HAVING LOOKED AT THIS AND      01:45:16
16   SEEING THAT IT'S IN YOUR WRITING, WHY DID YOU PUT   01:45:19
17   THAT THERE?                                         01:45:23
18          MR. BERMAN:  WHY DID YOU PUT THE             01:45:23
19   "[READING:]  REQUEST BY KERRI LEGG"?                01:45:24
20          THE WITNESS:  WELL, I THINK I ASKED          01:45:30
21   CARTER -- I DIDN'T KNOW IT WAS CALLED BRATZ OR      01:45:32
22   ANYTHING.  I GO, "WELL, WHAT DO YOU WANT ME TO PUT  01:45:36
23   ON THE INVOICE?"                                    01:45:39
24          AND HE TOLD ME TO PUT "ANGEL BABY DOLL       01:45:40
25   HEADS."                                             01:45:43
```

CONFIDENTIAL TRANSCRIPT - VOLUME I

EXHIBIT 10 PAGE 80

LUDWIG KLEIN REPORTERS & VIDEO, INC.   800.540.0681

| | | |
|---|---|---|
| 1 | AND I GO, "WELL, WHO DO I SAY 'REQUEST | 01:45:44 |
| 2 | BY'?" BECAUSE I ALWAYS PUT "REQUEST BY." IT'S LIKE | 01:45:46 |
| 3 | A STANDARD THING THAT I ALWAYS DO. IT'S LIKE A | 01:45:48 |
| 4 | CHECKUP ON LIKE WHO PAID ME AND WHO DIDN'T. | 01:45:50 |
| 5 | AND HE SAID, "PUT KERRI LEGG." I DON'T | 01:45:53 |
| 6 | HAVE TO KNOW THE PERSON. | 01:45:57 |
| 7 | Q  THE DATE YOU PUT ON THIS, 6/12/2000, DO YOU | 01:45:58 |
| 8 | KNOW WHETHER THAT'S AN ACCURATE DATE? | 01:46:01 |
| 9 | A  HAS TO BE. | 01:46:06 |
| 10 | Q  WHY DOES IT HAVE TO BE? | 01:46:07 |
| 11 | A  BECAUSE THAT'S THE DATE THAT I TURNED IT | 01:46:09 |
| 12 | IN. WHY WOULD I PUT SOME OTHER DATE? | 01:46:11 |
| 13 | Q  WELL, YOU PUT IN THIS "[READING:] REQUEST | 01:46:17 |
| 14 | BY KERRI LEGG," BUT YOU SAY THAT THAT DOESN'T -- | 01:46:18 |
| 15 | THAT WASN'T SOMETHING THAT WAS REQUESTED BY KERRI | 01:46:21 |
| 16 | LEGG. SO HOW DO YOU KNOW THAT THE "6/12/2000" DATE | 01:46:24 |
| 17 | IS ACCURATE? | 01:46:31 |
| 18 | MR. ZELLER:  OBJECTION. | 01:46:32 |
| 19 | MR. BERMAN:  IT'S ARGUMENTATIVE. | 01:46:34 |
| 20 | MR. ZELLER:  SAME OBJECTION. | 01:46:35 |
| 21 | THE WITNESS:  IT JUST HAS TO BE. | 01:46:35 |
| 22 | BY MR. WICKHAM: | |
| 23 | Q  LET ME ASK YOU A DIFFERENT QUESTION. | 01:46:37 |
| 24 | A  OKAY. | 01:46:43 |
| 25 | Q  WHY DON'T WE TURN TO PAGE AR0016. | 01:46:43 |

CONFIDENTIAL TRANSCRIPT - VOLUME I

110

EXHIBIT 10 PAGE 81

LUDWIG KLEIN REPORTERS & VIDEO, INC.   800.540.0681

1   HIM.  DO YOU HAVE A MEMORY OF WHETHER -- BESIDES          02:26:19

2   YOURSELF AND MR. BRYANT, WHETHER A THIRD PARTY, A         02:26:23

3   THIRD PERSON, JOINED YOU FOR THIS CONVERSATION?           02:26:27

4          MR. BERMAN:  WHO IS THIS PERSON?                   02:26:33

5          MR. JACOBY:  KEITH JACOBY.                         02:26:37

6          MR. BERMAN:  HE'S AN ATTORNEY IN YOUR FIRM?        02:26:40

7          MR. WICKHAM:  YES.                                 02:26:42

8          MR. BERMAN:  HI, KEITH.  HOW ARE YOU?              02:26:42

9          MR. JACOBY:  HELLO, MS. RHEE.                      02:26:45

10         THE WITNESS:  HELLO.  EARLY ON, NO.  THIS          02:26:46

11  EARLY ON?                                                 02:26:47

12  BY MR. WICKHAM:

13     Q    OKAY.  SO AS TO THIS ONE, THIS WAS JUST A         02:26:50

14  DISCUSSION BETWEEN YOU AND MR. BRYANT?                    02:26:51

15     A    YES.                                              02:26:55

16         MR. BERMAN:  OKAY.  I NEED TO TAKE A BREAK.        02:26:56

17  IT'S BEEN 55 MINUTES, SO --                               02:26:57

18         THE WITNESS:  ME, TOO.                             02:27:00

19         THE VIDEOGRAPHER:  OFF THE RECORD.  THE            02:27:02

20  TIME IS 2:27.                                             02:27:02

21         (RECESS.)                                          02:27:07

22         THE VIDEOGRAPHER:  WE ARE BACK ON THE              02:42:52

23  RECORD.  THE TIME IS 2:43.                                02:42:53

24  BY MR. WICKHAM:

25     Q    OKAY.  DO YOU HAVE EXHIBIT 201 IN FRONT OF        02:42:57

                                                              146

CONFIDENTIAL TRANSCRIPT   VOLUME I

EXHIBIT 10 PAGE 82

LUDWIG KLEIN REPORTERS & VIDEO, INC.    800.540.0681

1   YOU?                                                        02:42:59

2       A    YES, I DO.                                         02:43:00

3       Q    OKAY.  YOU'RE LOOKING AT THE FIRST PAGE OF         02:43:01

4   EXHIBIT 201?                                                02:43:02

5       A    UH-HUH.                                            02:43:04

6       Q    IS THAT YES?                                       02:43:05

7       A    YES, YES.                                          02:43:06

8       Q    NOW, I'D LIKE TO GET INFORMATION ABOUT THE         02:43:07

9   FIRST CONVERSATION THAT YOU HAD WITH MR. BRYANT             02:43:11

10  WHERE HE TOLD YOU TO PUT THE REFERENCE TO "ANGEL            02:43:14

11  BABY DOLL HEADS" ONTO THIS INVOICE.  OKAY.  DO YOU          02:43:19

12  REMEMBER WHEN THAT CONVERSATION TOOK PLACE?                 02:43:24

13          MR. ZELLER:  IT WAS ASKED AND ANSWERED.             02:43:28

14          MR. BERMAN:  IT HAS BEEN ASKED AND                  02:43:30

15  ANSWERED.                                                   02:43:30

16          THE WITNESS:  WHEN -- IT WOULD BE WHEN I'M          02:43:33

17  WRITING THE INVOICE.                                        02:43:37

18  BY MR. WICKHAM:

19      Q    OKAY.  SO YOU BELIEVE THAT YOU HAD THAT            02:43:38

20  CONVERSATION WITH MR. BRYANT ON OR ABOUT JUNE 12TH,         02:43:40

21  2000?                                                       02:43:43

22      A    YES.                                               02:43:44

23      Q    OKAY.  AND AS YOU SIT HERE TODAY, YOU DO           02:43:44

24  NOT RECALL WHETHER THAT WAS A FACE-TO-FACE                  02:43:47

25  DISCUSSION OR OVER THE TELEPHONE; IS THAT CORRECT?          02:43:51

                                                               147

CONFIDENTIAL TRANSCRIPT - VOLUME I
EXHIBIT 10 PAGE 83

LUDWIG KLEIN REPORTERS & VIDEO, INC.   800.540.0681

1          MR. BERMAN:  OBJECTION.  ASKED AND          02:43:53

2    ANSWERED.                                          02:43:53

3          THE WITNESS:  CORRECT.                       02:43:56

4    BY MR. WICKHAM:

5      Q    OKAY.  PLEASE TELL ME EVERYTHING THAT       02:43:56

6    MR. BRYANT TOLD YOU DURING THIS DISCUSSION.        02:43:58

7      A    OKAY.  I GO, "CARTER, I'M DONE.  WHAT DO I   02:44:11

8    CALL THESE HEADS, AND WHO DO I PUT AS 'REQUEST BY'?" 02:44:19

9    IT WOULD HAVE HAD TO HAVE BEEN LIKE THAT.          02:44:25

10     Q    I'M ASKING YOU WHAT DID HE TELL YOU?        02:44:29

11     A    "ANGEL BABY DOLL HEADS."                    02:44:32

12     Q    OKAY.  WHEN HE TOLD YOU TO PUT THAT IN      02:44:38

13   THERE -- STRIKE THAT.                              02:44:42

14     A    OKAY.                                       02:44:46

15     Q    AS OF THE TIME THAT YOU HAD THIS            02:44:46

16   CONVERSATION WITH MR. BRYANT, HAD HE IDENTIFIED A  02:44:48

17   DOLL PROJECT WHICH HE REFERRED TO AS BRATZ?        02:44:54

18         MR. ZELLER:  I THINK THE QUESTION IS VAGUE   02:45:02

19   AND AMBIGUOUS.                                     02:45:04

20         MR. BERMAN:  YEAH.  DO YOU UNDERSTAND HIS     02:45:05

21   QUESTION?                                          02:45:10

22         THE WITNESS:  NO.                            02:45:10

23   BY MR. WICKHAM:                                    02:45:11

24     Q    AT THE TIME THAT HE TOLD YOU TO PUT THE     02:45:11

25   INFORMATION IN THIS INVOICE, HAD HE EVER USED THE  02:45:13

CONFIDENTIAL TRANSCRIPT - VOLUME I
EXHIBIT 10 PAGE 84

LUDWIG KLEIN REPORTERS & VIDEO, INC.   800.540.0681

1   WORD "BRATZ"?                                                          02:45:16

2       A    NO.                                                           02:45:19

3       Q    OKAY.   SO AT THIS POINT IN TIME WITH HIM                     02:45:21

4   TELLING YOU TO PUT DOWN "ANGEL BABY DOLL HEADS," YOU                   02:45:28

5   THOUGHT, OKAY, WELL, HE'S TELLING ME WHAT TO PUT                       02:45:33

6   DOWN.   I PUT IT DOWN.   YOU WEREN'T THINKING IN YOUR                  02:45:36

7   MIND, WELL, HE'S TELLING ME TO PUT DOWN INACCURATE                     02:45:39

8   INFORMATION?                                                           02:45:41

9           MR. BERMAN:   OBJECTION.   IT'S COMPOUND.   GO                 02:45:42

10  AHEAD AND ANSWER.                                                      02:45:44

11          THE WITNESS:   NO.                                             02:45:45

12  BY MR. WICKHAM:

13      Q    THERE WAS NOTHING -- NOTHING SEEMED                           02:45:47

14  UNTOWARD IN HIM TELLING YOU TO PUT THIS INFORMATION                    02:45:49

15  HERE; CORRECT?                                                         02:45:52

16          MR. BERMAN:   OBJECTION.                                       02:45:52

17          THE WITNESS:   CORRECT.                                        02:45:53

18          MR. BERMAN:   VAGUE AND AMBIGUOUS.                             02:45:55

19  BY MR. WICKHAM:

20      Q    OKAY.   UP HERE ON THE TOP WHERE IT SAYS,                     02:45:56

21  "[READING:]   TO:  M.G.A. ENTERTAINMENT," INC., OR TO                  02:46:00

22  "M.G.A. ENTERTAINMENT," DO YOU SEE THAT THERE?                         02:46:02

23      A    YES.                                                          02:46:05

24      Q    OKAY.   DID HE TELL YOU TO PUT THAT                           02:46:05

25  INFORMATION THERE, TOO?                                                02:46:08

EXHIBIT _10_ PAGE _85_

LUDWIG KLEIN REPORTERS & VIDEO, INC.   800.540.0681

1     A    I DON'T REMEMBER.                                    02:46:13

2     Q    WELL, DID YOU -- WHEN YOU FINISHED THIS             02:46:15

3  PROJECT AND YOU SUBMITTED THE INVOICE, WHO DID YOU          02:46:19

4  SUBMIT THE INVOICE TO?                                      02:46:21

5     A    CARTER.                                             02:46:26

6     Q    SO YOU DIDN'T GIVE THIS PROJECT TO M.G.A.?          02:46:27

7          MR. ZELLER:  I'M SORRY.  DID YOU SAY                02:46:30

8  "PROJECT"?                                                  02:46:31

9          MR. WICKHAM:  THE PROJECT ACCOMPANYING THE          02:46:34

10  INVOICE, WHICH IS WHAT SHE DESCRIBED HER PRACTICE          02:46:36

11  WAS.                                                       02:46:39

12         MR. BERMAN:  NO.                                    02:46:39

13         THE WITNESS:  NO.                                   02:46:40

14  BY MR. WICKHAM:                                            01:59:57

15    Q    DID YOU GIVE THIS INVOICE, ALONG WITH THE           02:46:40

16  COMPLETED PROJECT, TO M.G.A. OR MR. BRYANT?                02:46:42

17    A    MR. BRYANT.                                         02:46:46

18    Q    OKAY.  WHERE WAS MR. BRYANT WHEN YOU GAVE           02:46:48

19  HIM THIS INVOICE AND THE COMPLETED PROJECT?               02:46:51

20    A    MY HOUSE.                                           02:46:55

21    Q    OKAY.  AND WHAT PROJECT DID YOU COMPLETE            02:46:56

22  THAT'S REFERENCED IN THIS INVOICE?                         02:47:00

23         MR. BERMAN:  YOU MEAN 0001?                         02:47:02

24         MR. WICKHAM:  CORRECT.                              02:47:06

25         THE WITNESS:  TWO BRATZ HEADS.                      02:47:07

                                                               150

CONFIDENTIAL TRANSCRIPT - VOLUME I
EXHIBIT _10_ PAGE _86_

LUDWIG KLEIN REPORTERS & VIDEO, INC.   800.540.0681

1    BY MR. WICKHAM:                                                02:47:10

2        Q    COULD YOU PLEASE DESCRIBE THE TWO BRATZ               02:47:10

3    HEADS?                                                         02:47:13

4        A    OKAY.                                                 02:47:13

5        Q    WELL, YOU WERE CALLING THEM BRATZ HEADS               02:47:13

6    THEN; CORRECT?                                                 02:47:17

7            MR. BERMAN:  NO.                                       02:47:17

8            THE WITNESS:  NO.                                      02:47:17

9    BY MR. WICKHAM:                                                02:47:17

10       Q    YOU WERE CALLING THEM --                              02:47:17

11       A    I WAS CALLING THEM NOTHING, JUST TWO DOLL             02:47:17

12   FACES.                                                         02:47:20

13       Q    OKAY.  BECAUSE -- ANYWAY.                             02:47:21

14       A    I KNOW WHAT THEIR --                                  02:47:23

15       Q    PLEASE DESCRIBE WHAT THEY LOOKED LIKE.                02:47:25

16       A    OKAY.  ONE WAS SUPPOSED TO BE WHITE, A                02:47:28

17   WHITE DOLL, MEANING, YOU KNOW, CAUCASIAN.  THE                 02:47:34

18   SECOND ONE, I HAVE NO IDEA.  I FORGOT.  SOME OTHER             02:47:42

19   RACE.                                                          02:47:47

20       Q    WHAT WAS THE SIZE OF THE DOLL HEAD THAT YOU           02:47:48

21   HAD PAINTED THE FACE ON?                                       02:47:50

22           MR. BERMAN:  DIDN'T WE --                              02:47:53

23           THE WITNESS:  A SMALL LIME.                            02:47:53

24   BY MR. WICKHAM:                                                02:47:55

25       Q    I'M SORRY.        EXHIBIT 10 PAGE 87                  02:47:55

                                                                   151

CONFIDENTIAL TRANSCRIPT - VOLUME I

LUDWIG KLEIN REPORTERS & VIDEO, INC.   800.540.0681

1      A    A SMALL LIME.                                    02:47:55

2           MR. BERMAN:  OBJECTION.  ASKED AND               02:47:57

3  ANSWERED.                                                 02:47:57

4           THE WITNESS:  A SMALL LIME.                      02:47:57

5  BY MR. WICKHAM:

6      Q    NO.  I'M TALKING ABOUT THE INVOICE DATED         02:47:58

7  JUNE 12TH, 2000.                                          02:48:01

8      A    THERE WAS ONLY ONE SIZE.                         02:48:03

9      Q    JUST ONE SIZE?                                   02:48:04

10     A    UH-HUH.                                          02:48:05

11     Q    IS THAT RIGHT?                                   02:48:07

12     A    UH-HUH.  YEP, YEP.  YES, YES.  SORRY.            02:48:08

13  SORRY.                                                   02:48:11

14     Q    AND WHAT KIND OF MATERIAL WERE THESE HEADS       02:48:11

15  MADE OUT OF?                                             02:48:14

16          MR. BERMAN:  THE FIRST ONE.                      02:48:16

17          THE WITNESS:  OKAY.  RESIN.                      02:48:17

18  BY MR. WICKHAM:                                          01:59:57

19     Q    DID THEY HAVE HAIR?                              02:48:23

20     A    NO.                                              02:48:26

21     Q    DID THEY HAVE NAMES?                             02:48:26

22     A    NO.                                              02:48:28

23     Q    WHAT WAS THE LOOK?  WHAT LOOK DID THEY HAVE      02:48:29

24  TO THEM?                                                 02:48:32

25     A    BIG EYES, BIG LIPS.  EXHIBIT 10 PAGE 88          02:48:37

152

CONFIDENTIAL TRANSCRIPT - VOLUME I

LUDWIG KLEIN REPORTERS & VIDEO, INC.   800.540.0681

1      Q     DID THEY GIVE THE APPEARANCE OF HAVING A          02:48:40

2  PARTICULAR NATIONAL ORIGIN?                                 02:48:42

3            MR. ZELLER:  THIS IS ASKED AND ANSWERED.          02:48:47

4            THE WITNESS:  ONE WHITE.  ONE I DON'T KNOW.       02:48:48

5  SOMETHING ELSE.                                             02:48:50

6  BY MR. WICKHAM:                                             02:48:51

7      Q     WHEN YOU SAY "WHITE," YOU MEAN CAUCASIAN?         02:48:51

8      A     CORRECT.                                          02:48:53

9            MR. BERMAN:  I THINK THAT'S WHAT SHE SAID.        02:48:54

10 ONE SECOND WHILE I GET SOME WATER.  WHY DON'T YOU GO        02:48:56

11 AHEAD AND ASK THE QUESTIONS.  I'LL OBJECT FROM AFAR         02:48:59

12 IF I NEED TO.                                               02:49:07

13 BY MR. WICKHAM:                                             02:49:07

14     Q     DO YOU KNOW A PERSON BY THE NAME OF KERRI         02:49:07

15 LEGG?                                                       02:49:07

16           MR. BERMAN:  OBJECTION.  ASKED AND               02:49:08

17 ANSWERED.                                                   02:49:10

18           THE WITNESS:  NO.                                 02:49:10

19 BY MR. WICKHAM:                                             02:49:10

20     Q     OKAY.  YOU NEVER MET A PERSON CALLED KERRI        02:49:11

21 LEGG?                                                       02:49:13

22     A     CORRECT.                                          02:49:15

23           MR. BERMAN:  OBJECTION.  ASKED AND               02:49:16

24 ANSWERED.                                                   02:49:17

25 BY MR. WICKHAM:

EXHIBIT _10_ PAGE _89_

153

CONFIDENTIAL TRANSCRIPT - VOLUME I

LUDWIG KLEIN REPORTERS & VIDEO, INC.   800.540.0681

1      Q      BEFORE TODAY OR I GUESS BEFORE YOU WROTE          02:49:17

2    THIS DOWN ON THE INVOICE, YOU HAD NEVER HEARD OF          02:49:18

3    ANYONE BY THE NAME OF KERRI LEGG?                         02:49:22

4      A      NEVER.                                           02:49:24

5      Q      OKAY.  DO YOU KNOW IF THERE'S A PERSON BY        02:49:24

6    THE NAME OF KERRI LEGG THAT WORKS AT M.G.A.?              02:49:28

7      A      NO.                                              02:49:34

8      Q      DO YOU KNOW IF THERE'S A PERSON NAMED KERRI      02:49:35

9    BRODY AT M.G.A.?                                          02:49:39

10     A      NO.                                              02:49:42

11     Q      DO YOU KNOW WHETHER A PERSON WHO USED TO BE      02:49:43

12   CALLED KERRI LEGG IS NOW CALLED KERRI BRODY?              02:49:46

13     A      NO.                                              02:49:50

14     Q      DID YOU GET PAID FOR THIS INVOICE?               02:49:56

15     A      YES.                                             02:49:59

16     Q      FROM WHOM?                                       02:50:00

17     A      M.G.A.                                           02:50:08

18     Q      OKAY.  SO YOU RECEIVED A CHECK FROM M.G.A.       02:50:09

19   IN THE APPROXIMATE AMOUNT OF $433; IS THAT CORRECT?      02:50:12

20     A      CORRECT.                                         02:50:18

21     Q      OKAY.  AND YOU BELIEVE THAT THIS RELATED TO      02:50:19

22   WORK ON BRATZ?                                            02:50:22

23           MR. ZELLER:  THIS WAS ASKED AND ANSWERED.        02:50:24

24           THE WITNESS:  YES.                                02:50:25

25   BY MR. WICKHAM:                                           02:50:25

EXHIBIT 10 PAGE 90

154

CONFIDENTIAL TRANSCRIPT - VOLUME I

CONFIDENTIAL

TO: MGA Entertainment

| NAME | SHIP TO | |
|---|---|---|
| ANNA RHEE | | |
| ADDRESS | ADDRESS | |
| 1613 FORD AVE. | | |
| CITY, STATE, ZIP | CITY, STATE, ZIP | |
| REDONDO BCH, CA. 90278 | | |

| ORDER NUMBER | DEPT. | | | | DATE 6/12/00 |
|---|---|---|---|---|---|

| QUANTITY | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| 2 | Angel Baby Doll Heads | price → $ | 400.00 |
| | | tax → $ | 33.00 |
| | TOTAL PRICE → $ | | 433.00 |
| | INCLUDING TAX | | |
| | PAID | | |
| | Request by | | |
| | Kerri Legg | | |

EXHIBIT
Rhee
201
2/3/05

BUYER:

KEEP THIS SLIP FOR REFERENCE

201-1

AR 0001

EXHIBIT 10 PAGE 91

CONFIDENTIAL

TO: MGA Entertainment

| NAME | | | | SHIP TO | | | |
|---|---|---|---|---|---|---|---|
| ANNA RHEE | | | | | | | |
| ADDRESS | | | | ADDRESS | | | |
| 1613 FORD AVE. | | | | 16730 Schoenborn St. | | | |
| CITY, STATE, ZIP | | | | CITY, STATE, ZIP | | | |
| REDONDO BCH CA. 90278 | | | | North Hills, CA. 91343 | | | |

| ORDER NUMBER | DEPARTMENT | SALESPERSON | WHEN SHIP | TERMS | HOW SHIP | DATE |
|---|---|---|---|---|---|---|
| | | | | 30 DAYS | | 8/29/00 |

| QUANTITY | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| 4 | Angel Faces (4 Version) | price → tax → | $800.00 $66.00 |
| | | TOTAL PRICE INCLUDING TAX | $866.00 |
| | | | |
| | Request by Paula Treantafalos | | |

BUYER:

Adams 00

KEEP THIS SLIP FOR REFERENCE

2c1-2

AR 0002

EXHIBIT 10 PAGE 92

CONFIDENTIAL



| | FORD AVE. | | 16730 Schoenborn St. | | | |
| REDONDO BCH | CA - 90278 | | North Hills, CA - 91343 | | | |
| ORDER NUMBER | DEPARTMENT | SALESPERSON | WHEN SHIP | TERMS | HOW SHIP | DATE |
| | | | | 30 DAYS | | 9/8/00 |

| QUANTITY | DESCRIPTION | PRICE | AMOUNT |
| 5 | Angel Faces (#200 each | | $ 1000.00 |
| | | | $ 82.50 |
| | | | $ 1,082.50 |

PAID

Request by Paula Treantafales

BUYER:

J Adams
100

KEEP THIS SLIP FOR REFERENCE

201-3

AR 000

**EXHIBIT ⊥D PAGE 93**

CONFIDENTIAL

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| ADDRESS *ANNA RICE* | | | | ADDRESS | | | |
| 1613  FORD  AVE | | | | 16730 Schoenbirst St | | | |
| CITY, STATE, ZIP   REDONDO  BCH, CA  90278 | | | | CITY, STATE, ZIP   North Hill, CA. 91343 | | | |

| ORDER NUMBER | DEPARTMENT | SALESPERSON | WHEN SHIP | TERMS | HOW SHIP | DATE |
|---|---|---|---|---|---|---|
| | | | | 30 DAYS | | 9/12/00 |

| QUANTITY | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| 2 | Angel Faces (A.S.A.P   RUSH)   overnight | price→ $ | 600 00 |
| | | $ | 49 50 |
| | TOTAL PRICE→ $ ( 649.50 ) | | |
| | INCLUDING TAX | | |
| | | | |
| | Request by Paula Trantafalos | | |

BUYER:

ZAckens
100

KEEP THIS SLIP FOR REFERENCE

201-4

EXHIBIT 10 PAGE 94

AR 0004

CONFIDENTIAL

TO: MGA ENTERTAINMENT

| NAME | ANNA RHEE | | SHIP TO | | | |
|------|-----------|---|---------|---|---|---|
| ADDRESS | 1613 FORD AVE. | | ADDRESS 16730 Schoenborg St. | | | |
| CITY, STATE, ZIP | REDONDO BCH CA 90278 | | CITY, STATE, ZIP North Hills, CA 91343 | | | |
| ORDER NUMBER | DEPARTMENT | SALESPERSON | WHEN SHIP | TERMS 30 DAYS | HOW SHIP | DATE 9/18/00 |

| QUANTITY | DESCRIPTION | PRICE | AMOUNT |
|----------|-------------|-------|--------|
| 2 | Angel Black Faces (A S A P RUSH) | $ 600. | 00 |
| 1 | Lips on another blk doll overnight | $ 20. | 00 |
| | | | |
| | | | |
| | price → | $ 620. | 00 |
| | tax → | $ 51. | 15 |
| | TOTAL PRICE → | $ 671. | 15 |
| | INCLUDING TAX | | |
| | | | |
| | Request by Paula Trantafales | | |

BUYER

C.Adams
48100

KEEP THIS SLIP FOR REFERENCE

201-5

AR 000:

EXHIBIT 10 PAGE 95

CONFIDENTIAL

Book #2

EXHIBIT 10 PAGE 96

201-6
AR 0006

CONFIDENTIAL

052651

TO: MGA ENTERTAINMENT

| NAME | | | | | | | | |
|------|--|--|--|--|--|--|--|--|
| ANNA RHEE | | | | SHIP TO | | | | |
| ADDRESS 1613 FORD AVE. | | | | ADDRESS 16730 Schoenborg St. | | | | |
| CITY, STATE, ZIP R. B. CA. 90278 | | | | CITY, STATE, ZIP North Hills, CA 91343 | | | | |

| ORDER NUMBER | DEPARTMENT | SALESPERSON | WHEN SHIP | TERMS 30 DAYS | HOW SHIP | DATE 9/19/00 |
|--------------|-----------|-------------|-----------|----------------|----------|--------------|

| QUANTITY | DESCRIPTION | | PRICE | AMOUNT |
|----------|-------------|--|-------|--------|
| 3 | Doll face Lips redone        price → | | √ 50.00 | |
| | tax → | | $ 4. 13 | |
| | TOTAL PRICE → | | $ 59. 13 | |
| | INCLUDING TAX | | | |
| | | | | |
| | Request by Paula Trantafales | | | |

BUYER

KEEP THIS SLIP FOR REFERENCE

EXHIBIT 10 PAGE 97

201-7

AR 0007

CONFIDENTIAL

052657

TO: MGA ENTERTAINMENT

| NAME | | | | | | |
|------|---|---|---|---|---|---|
| ANNA S RHEE | | | SHIP TO | | | |
| ADDRESS | | | ADDRESS | | | |
| 16.13 FORD AVE. | | | 16.730 Schoenborg St | | | |
| CITY, STATE, ZIP | | | CITY, STATE, ZIP | | | |
| REDONDO BCH, CA. 90278 | | | North Hills, CA 91343 | | | |

| ORDER NUMBER | DEPARTMENT | SALESPERSON | WHEN SHIP | TERMS | HOW SHIP | DATE |
|---|---|---|---|---|---|---|
| | | | | 30 DAYS | | 10/17/00 |

| QUANTITY | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| 1 | detailed scetch of Angel's face | $ | 75.00 |
| 1 | touch-up | $ | 25.00 |
| 2 | set of color swatches & specification | $ | 100.00 |
| | | | |
| | price → | $ | 200.00 |
| | tax → | $ | 16.50 |
| | TOTAL PRICE → | | 216.50 |
| | INCLUDING TAX | | |

Request by Paula Trantatales

BUYER:

C.Adams
9100

KEEP THIS SLIP FOR REFERENCE

EXHIBIT 10 PAGE 98

201-8

AR 000

CONFIDENTIAL

052661

(818) 894-2525

M.G.A. Entertainment

| NAME | ANNA RHEE | | | SHIP TO | 16730 Schoenborn st. | | |
|------|-----------|--|--|---------|----------------------|--|--|
| ADDRESS | 1673 FORD AVE. | | | ADDRESS | North Hills, ca. 91343-6122 | | |
| CITY, STATE, ZIP | REDONDO BCH, CA. 90278 | | | CITY, STATE, ZIP | | | |

| ORDER NUMBER | DEPARTMENT | SALESPERSON | WHEN SHIP | TERMS | HOW SHIP | DATE |
|--------------|-----------|-------------|-----------|-------|----------|------|
| | | | | 30 DAYS | | 11/6/00 |

| QUANTITY | DESCRIPTION | PRICE | AMOUNT |
|----------|-------------|-------|--------|
| 3 | pairs of shoes | | $250.00 |
| 2 | animated doll faces | | $400.00 |
| 1 | jumping rope face | | $200.00 |
| 1 | touch-up (removal of old face paint) | | $10.00 |
| | | price → | $860.00 |
| | | tax → | $70.95 |
| | TOTAL PRICE → | | $930.95 |
| | INCLUDING TAX | | |

PAID

Request by Paula Treantafelles

BUYER:

EAdams
1100

KEEP THIS SLIP FOR REFERENCE

xc1-9

AR 000

EXHIBIT 10 PAGE 99

CONFIDENTIAL

052664

TO: MGA ENTERTAINMENT

| NAME | ANNA RHEE | SHIP TO | |
|---|---|---|---|
| ADDRESS | 16 13 FORD AVE. | ADDRESS | 16 730 Schoenburg St. |
| CITY, STATE, ZIP | REDONDO BCH, CA. 90278 | CITY, STATE, ZIP | North Hills, CA. 91343 |

| ORDER NUMBER | DEPARTMENT | SALESPERSON | WHEN SHIP | TERMS | HOW SHIP | DATE |
|---|---|---|---|---|---|---|
| | | | | 30 DAYS | | 11/20/00 |

| QUANTITY | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| 2 | touch-up (color change & strap alterations) Faces | price → $ | 150.00 |
| | | tax → $ | 12.38 |
| | TOTAL PRICE → $ | | 162.38 |
| | INCLUDING TAX | | |
| | PAID | | |
| | Request by Paula Trantafiles | | |

BUYER:

-KEEP THIS SLIP FOR REFERENCE-

**EXHIBIT 10 PAGE 100**

2C1-10

AR 0010

CONFIDENTIAL

TO: MGA ENTERTAINMENT

| NAME ANNA RHEE | SHIP TO | | | | | |
|---|---|---|---|---|---|---|
| ADDRESS 1613 FORD AVE | ADDRESS 16730 Schoenburg St. | | | | | |
| CITY, STATE, ZIP REDONDO BCH, CA. 90008 | CITY, STATE, ZIP North Hills, CA. 91343 | | | | | |

| ORDER NUMBER | DEPARTMENT | SALESPERSON | WHEN SHIP | TERMS | HOW SHIP | DATE |
|---|---|---|---|---|---|---|
| | | | | 30 DAYs | | 11/28/00 |

| QUANTITY | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| 2 | jump rope dolls          price → | $ | 400.00 |
| | tax → | $ | 33.00 |
| | TOTAL PRICE → | $ | 433.00 |
| | INCLUDING TAX | | |

PAID

Request by Paula Trantafakr

BUYER:

.KEEP THIS SLIP FOR REFERENCE

AR 001

**EXHIBIT 10 PAGE 101**

CONFIDENTIAL

052666

TO: MGA ENTERTAINMENT

| NAME ANNA RHEE | SHIP TO |
|---|---|
| ADDRESS 1613 FORD AVE. | ADDRESS 16730 Schienburg St. |
| CITY, STATE, ZIP REDONDO BCH, CA. 90278 | CITY, STATE, ZIP North Hills, CA. 91343 |

| ORDER NUMBER | DEPARTMENT | SALESPERSON | WHEN SHIP | TERMS | HOW SHIP | DATE |
|---|---|---|---|---|---|---|
| | | | | 30 DAYS | | 11/25/00 |

| QUANTITY | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| 1 | set of color swatches & specifications | price → | $100.00 |
| 1 | Lip color redue | | |
| | | tax → | $ 8.25 |
| | TOTAL PRICE → INCLUDING TAX | | $108.25 |
| | | | |
| | Request by Paula Trantatalos | | |

BUYER:

C.Adams
8100

KEEP THIS SLIP FOR REFERENCE

201-12

EXHIBIT 10 PAGE 102

AR 0012

CONFIDENTIAL

052671

TO: MGA ENTERTAINMENT

| NAME | | | | SHIP TO | | |
|------|--|--|--|---------|--|--|
| ANNA RHEE | | | | | | |
| **ADDRESS** | | | | **ADDRESS** | | |
| 7643 FORD AVE. | | | | 16730 Schoenborg St. | | |
| **CITY, STATE, ZIP** | | | | **CITY, STATE, ZIP** | | |
| REDONDO BCH CA. 90278 | | | | North Hills, CA. 91343 | | |

| ORDER NUMBER | DEPARTMENT | SALESPERSON | WHEN SHIP | TERMS | HOW SHIP | DATE |
|--------------|-----------|-------------|-----------|-------|----------|------|
| | | | | 30 DAYS | | 12/7/00 |

| QUANTITY | DESCRIPTION | PRICE | AMOUNT |
|----------|-------------|-------|--------|
| 4 | asian, hispanic, white, black doll faces  price → | $ | 800.00 |
| | tax → | $ | 66.00 |
| | TOTAL PRICE → | $ | 866.00 |
| | INCLUDING TAX | | |
| | | | |
| | Request by Paula Tranfatas | | |
| | & | | |
| | Carter Bryant | | |

BUYER:

201-1
AR 00

EXHIBIT 10 PAGE 103

CONFIDENTIAL

052672

TO: MGA ENTERTAINMENT

| NAME ANNA RHEE | SHIP TO |
|---|---|
| ADDRESS 16/3 FORD AVE. | ADDRESS 16730 Schoenborg St. |
| CITY, STATE, ZIP REDONDO BCH, CA. 90278 | CITY, STATE, ZIP NOrth Hills, CA. 91343 |

| ORDER NUMBER | DEPARTMENT | SALESPERSON | WHEN SHIP | TERMS 30 DAYS | HOW SHIP | DATE 12 / 7 / 00 |
|---|---|---|---|---|---|---|

| QUANTITY | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| 2 | Jumping Rope dolls | $ | 400.00 |
| 1 | pair shoes | $ | 75.00 |
|  |  |  |  |
|  | price → | $ | 475.00 |
|  | tax → | $ | 39.19 |
|  | TOTAL PRICE → INCLUDING TAX | $ | 514.19 |
|  |  |  |  |
|  | Request by Paula Trantafiles | | |
|  | & | | |
|  | Maureen | | |

BUYER:

Adams 8100

KEEP THIS SLIP FOR REFERENCE

201-14

AR 001

EXHIBIT 10 PAGE 104

CONFIDENTIAL

TO: MGA ENTERTAINMENT

| NAME ANNA RHEE | SHIP TO | | | | |
|---|---|---|---|---|---|
| ADDRESS 1613 FORD AVE. | ADDRESS 16730 Schoenborg St. | | | | |
| CITY, STATE, ZIP REDONDO BCH, CA 90278 | CITY, STATE, ZIP North Hills, CA. 91343 | | | | |

| ORDER NUMBER | DEPARTMENT | SALESPERSON | WHEN SHIP | TERMS 30 DAYS | HOW SHIP | DATE 12/8/00 |
|---|---|---|---|---|---|---|

| QUANTITY | DESCRIPTION | | PRICE | | AMOUNT | |
|---|---|---|---|---|---|---|
| 1 | Large bill face | price → | $ | 2 00 | 00 | |
| | | tax → | $ | 16 | 50 | |
| | TOTAL PRICE → | | $ | 216 | 50 | |
| | INCLUDING TAX | | | | | |

Request by Paula Trantafokis

&

Mercedah Ward

BUYER:

KEEP THIS SLIP FOR REFERENCE

EXHIBIT 10 PAGE 105

AR 001

CONFIDENTIAL

M G. A.  ENTERTAINMENT

| NAME | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| ANNA RHEE. | | | | SHIP TO | | | | | |
| ADDRESS | | | | ADDRESS | | | | | |
| 1613 FORD AVE. | | | | | | | | | |
| CITY, STATE, ZIP | | | | CITY, STATE, ZIP | | | | | |
| REDONDO BCH, C1. 90278 | | | | | | | | | |

| ORDER NUMBER | DEPARTMENT | SALESPERSON | WHEN SHIP | TERMS | HOW SHIP | DATE |
|---|---|---|---|---|---|---|
| | | | | 30 DAYS | | 12/12/00 |

| QUANTITY | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| 2 | touch-up designs | $ 150. | 00 |
| 1 | touch up scratches on skin (no charge) | | |
| 1 | shoes | $ 75. | 00 |
| | | $ 225. | 00 |
| | | $ 8. | 56 |
| | | $ 243.56 | |
| | | | |
| | Request by Carter Bryant | | |

BUYER:

KEEP THIS SLIP FOR REFERENCE

C.Adams 00

701-76

AR 0016

EXHIBIT _10_ PAGE _106_

CONFIDENTIAL

052678

(818) 894-2525 X105.

M.G.A. ENTERTAINMENT

| NAME | SHIP TO | |
|---|---|---|
| ANN MCGHEE | | |
| ADDRESS 1613 F. FORD AVE. | ADDRESS 77 K.R.E.J | |
| CITY, STATE, ZIP REDONDO BCH, CA. 90278 | CITY, STATE, ZIP | |

| ORDER NUMBER | DEPARTMENT | SALESPERSON | WHEN SHIP | TERMS 30 DAYS | HOW SHIP | DATE 12/13/00 |
|---|---|---|---|---|---|---|

| QUANTITY | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| 1 | Peek-a-Bo. doll         price→ | $ 200 | 00 |
| | tax→ | $ 16 | 50 |
| | TOTAL PRICE $ | 216 | 50 |
| | INCLUDING TAX | | |

PAID

Request by Mercedes Ward

BUYER:

KEEP THIS SLIP FOR REFERENCE

Adams 100

20177
AR 001

EXHIBIT 10 PAGE 107

CONFIDENTIAL

M.G.A. ENTERTAINMENT

| NAME | ANNA RHEE | SHIP TO | |
|---|---|---|---|
| ADDRESS | 1613 FORD AVE. | ADDRESS | |
| CITY, STATE, ZIP | REDONDO BCH, CA- 90278 | CITY, STATE, ZIP | |

| ORDER NUMBER | DEPARTMENT | SALESPERSON | WHEN SHIP | TERMS | HOW SHIP | DATE |
|---|---|---|---|---|---|---|
| | | | | 30 DAYS | | 12/22/00 |

| QUANTITY | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| 4 | Peek-a-Boo doll | $ | 800. 00 |
| 1 | Walking, growing type doll | $ | 200. 00 |
| | | | |
| | price → | $ | 1000. 00 |
| | tax → | $ | 82. 50 |
| | TOTAL PRICE → | $ | 1,082.50 |
| | INCLUDING TAX | | |

Request by Mersedah Ward

BUYER:

201-18

AR 0018

EXHIBIT 10 PAGE 108

CONFIDENTIAL

M. G. A. ENTERTAINMENT

| NAME | ANNA RHEE | | SHIP TO | | | |
|---|---|---|---|---|---|---|
| ADDRESS | 1613 FORD AVE. | | ADDRESS | 16730 Schuenborg St | | |
| CITY, STATE, ZIP | REDONDO BCH, CA. 90278 | | CITY, STATE, ZIP | North Hills, CA. 91343 | | |

| ORDER NUMBER | DEPARTMENT | SALESPERSON | WHEN SHIP | TERMS | HOW SHIP | DATE |
|---|---|---|---|---|---|---|
| | | | | 30 DAYS | | 12/27/00 |

| QUANTITY | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| 9 | bodies painted | | 60 00 |
| 11 | pairs of shoes | | 825 00 |
| 4 | Faces | | 800 00 |
| | price → | | $ 1,685 00 |
| | tax → | | $ 137 01 |
| | TOTAL PRICE → INCLUDING TAX | | $ 1,822 01 |
| | | | |
| | Request by Carter Bryant | | |
| | PAID | | |

BUYER:

C Adams
8100

KEEP THIS SLIP FOR REFERENCE

201-19

AR 001

EXHIBIT 10 PAGE 109

CONFIDENTIAL

M.G.A. ENTERTAINMENT

| NAME ANNA RHEE | SHIP TO |
| ADDRESS 1618 FORD AVE | ADDRESS 16730 Schoenborg St |
| CITY, STATE, ZIP REDONDO BCH, CA 90278 | CITY, STATE, ZIP North Hills, CA 91343 |

| ORDER NUMBER | DEPARTMENT | SALESPERSON | WHEN SHIP | TERMS | HOW SHIP | DATE |
|---|---|---|---|---|---|---|
| | | | | 30 DAYS | | 12/27/00 |

| QUANTITY | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| 5 | Large jump rope dolls | | 1,000.00 |
| 2 | Large braided hair dolls | | 800.00 |
| | | | |
| | price → | $ | 1,400.00 |
| | tax → | $ | 115.50 |
| | TOTAL PRICE → | $ | 1,515.50 |
| | INCLUDING TAX | | |

Request by Paula Trantafales

Mercedeh Ward

PAID

BUYER:

G. ADAMS 8100

201-2

EXHIBIT 10 PAGE 110

AR-002

CONFIDENTIAL

122001

M. G. A. ENTERTAINMENT

| NAME ANNA RHEE | SHIP TO | | | | | |
|---|---|---|---|---|---|---|
| ADDRESS 1613 FORD AVE. | ADDRESS | | | | | |
| CITY, STATE, ZIP REDONDO BCH CA 90278 | CITY, STATE, ZIP | | | | | |
| ORDER NUMBER | DEPARTMENT | SALESPERSON | WHEN SHIP | TERMS 30 DAYS | HOW SHIP | DATE 1/4/00 |

| QUANTITY | DESCRIPTION | | PRICE | AMOUNT |
|---|---|---|---|---|
| 2 | Jump Rope (Blk.) doll: (3nint Misters) price → | B | | 400.00 |
| | tax → | B | | 32.00 |
| | TOTAL PRICE | A | | 432.00 |
| | INCLUDING TAX | | | |
| | | | | |
| | Request by Paula Treantifelles | | | |
| | | | | |

| BUYER: | |
|---|---|

G.Adams
8100

KEEP THIS SLIP FOR REFERENCE

2c1-2

MCA 002

**EXHIBIT _10_ PAGE _111_**

CONFIDENTIAL

122002

M. G·A. ENTERTAINMENT

| NAME ANNA RHEE | SHIP TO 1720 Schoenborn st. |
| ADDRESS | ADDRESS North Hills. |
| CITY, STATE, ZIP | CITY, STATE, ZIP CA. 91343 - 6122 |

| ORDER NUMBER | DEPARTMENT | SALESPERSON | WHEN SHIP | TERMS 30 DAYS | HOW SHIP | DATE 1/18/00 |
| --- | --- | --- | --- | --- | --- | --- |

| QUANTITY | DESCRIPTION | PRICE | AMOUNT |
| --- | --- | --- | --- |
| 1 | set of paint master swatches         price→ | | 125.00 |
| | and color specks :               tax→ | | 10.00 |
| | TOTAL PRICE → | | 135.00 |
| | INCLUDING TAX | | |
| | | | |
| | | | |
| | Request by Paula Treantafeles | | |
| | | | |

| BUYER: | | | |

G. Adams
#100

•KEEP THIS SLIP FOR REFERENCE

201-22.

EXHIBIT _10_ PAGE _112_

AR 0022

CONFIDENTIAL

122003

M. G. A. ENTERTAINMENT

| NAME | | | SHIP TO | | | |
|---|---|---|---|---|---|---|
| ANNA RHEE | | | | | | |
| ADDRESS | | | ADDRESS | | | |
| 16 13 FORD AVE. | | | | | | |
| CITY, STATE, ZIP | | | CITY, STATE, ZIP | | | |
| R. B. CA. 90278 | | | | | | |

| ORDER NUMBER | DEPARTMENT | SALESPERSON | WHEN SHIP | TERMS | HOW SHIP | DATE |
|---|---|---|---|---|---|---|
| | | | | 30 DAYS | | 1/11/01 |

| QUANTITY | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| 4 | Brats Paint Masters | | 800.00 |
| 4 | sets of color chips | | 400.00 |
| | | | |
| | | price → | $ 1200.00 |
| | | tax → | $ 96.00 |
| | TOTAL PRICE → | | $ 1.296.00 |
| | INCLUDING TAX | | |
| | | | |
| | | | |
| | | | |
| | Request by Paula Treantafiller | | |

| BUYER: | | | |

E. Adams
8100

● KEEP THIS SLIP FOR REFERENCE ●

201-23

EXHIBIT 10 PAGE 113

AR 002

CONFIDENTIAL

122004

M.G.A. ENTERTAINMENT

| NAME | ANNA RHEE | SHIP TO | |
|---|---|---|---|
| ADDRESS | 1613 FORD AVE. | ADDRESS | |
| CITY, STATE, ZIP | REDONDO BCH, CA. 90278 | CITY, STATE, ZIP | |

| ORDER NUMBER | DEPARTMENT | SALESPERSON | WHEN SHIP | TERMS | HOW SHIP | DATE |
|---|---|---|---|---|---|---|
| | | | | 30 DAYS | | 1/12/00 |

| QUANTITY | DESCRIPTION | | PRICE | AMOUNT |
|---|---|---|---|---|
| 4 | Bruts Sample Faces | price → | $ | 800.00 |
| | | tax → | $ | 64.00 |
| | | TOTAL PRICE → | $ | 864.00 |
| | INCLUDING TAX | | | |

Request by Paula Treantafelles

BUYER:

S Adams
8100

KEEP THIS SLIP FOR REFERENCE

201-2

EXHIBIT __10__ PAGE __114__

AR 002

CONFIDENTIAL

122005

M·G·A· ENTERTAINMENT

| NAME ANNA RHEE | SHIP TO |
|---|---|
| ADDRESS 1613 FORD AVE. | ADDRESS 16730 Schoenborn St. |
| CITY, STATE, ZIP REDONDO BCH. CA. 90278 | CITY, STATE, ZIP North Hills, ca. 91343-6122 |

| ORDER NUMBER | DEPARTMENT | SALESPERSON | WHEN SHIP | TERMS | HOW SHIP | DATE |
|---|---|---|---|---|---|---|
| | | | | 30 DAYS | | 1/17/00 |

| QUANTITY | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| 5 | Dream Baby II          price→ | | $1,000.00 |
| | tax→ | | $ 80.00 |
| | TOTAL PRICE → | | $1,080.00 |
| | INCLUDING TAX | | |

Request by Paula Treantafelos

BUYER:

G.Adams
#100

KEEP THIS SLIP FOR REFERENCE

201-25

AR 002

EXHIBIT 10 PAGE 115

CONFIDENTIAL

1ZZ006

M.G.A. ENTERTAINMENT

| NAME ANNA RHEE | SHIP TO | | | | |
|---|---|---|---|---|---|
| ADDRESS 1613 FORD AVE. | ADDRESS | | | | |
| CITY, STATE, ZIP REDONDO BCH, CA. 90278 | CITY, STATE, ZIP | | | | |

| ORDER NUMBER | DEPARTMENT | SALESPERSON | WHEN SHIP | TERMS | HOW SHIP | DATE |
|---|---|---|---|---|---|---|
| | | | | 30 DAYS | | 1/25/01 |

| QUANTITY | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| 5 | Scooter dolls (touch-up) | | 250.00 |
| 2 | color swatches | | 20.00 |
| | price → | | $ 270.00 |
| | tax → | | $ 21.60 |
| | TOTAL PRICE → | | $ 291.60 |
| | INCLUDING TAX | | |
| | | | |
| | Request by Paula Trantafilles | | |

BUYER:

Adams
8100

KEEP THIS SLIP FOR REFERENCE

201-26
AR 002

EXHIBIT 10 PAGE 116

CONFIDENTIAL

122007

M·G·A· ENTERTAINMENT

| NAME ANNA RHEE | SHIP TO | | | | |
|---|---|---|---|---|---|
| ADDRESS 16/3 FORD AVE. | ADDRESS | | | | |
| CITY, STATE, ZIP REDONDO BCH CA. 90278 | CITY, STATE, ZIP | | | | |
| ORDER NUMBER | DEPARTMENT | SALESPERSON | WHEN SHIP | TERMS 30 DAYs | HOW SHIP | DATE 1/30/01 |

| QUANTITY | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| 2 | 2 HRs. MISCALANEOUS WORK | | 100. 00 |
| 20 | Bratz Faces | | 4000. 00 |
| | | price→ | $ 4100.00 |
| | | tax→ | $ 328.00 |
| | TOTAL PRICE → | | $ 4428.00 |
| | INCLUDING TAX | | |

Request by Carter Bryant
&
Paula Treantafelles

BUYER:

CONFIDENTIAL

M.G.A. ENTERTAINMENT

| NAME | ANNA RHEE | SHIP TO | |
|---|---|---|---|
| ADDRESS | 1613 FORD AVE. | ADDRESS | |
| CITY, STATE, ZIP | REDONDO BCH CA- 90278 | CITY, STATE, ZIP | |

| ORDER NUMBER | DEPARTMENT | SALESPERSON | WHEN SHIP | TERMS | HOW SHIP | DATE |
|---|---|---|---|---|---|---|
| | | | | 30 DAYS | | 1/26/01 |

| QUANTITY | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| 1 | Todler Tabitha Face | | 200.00 |
| | | | |
| | | | |
| | | | |
| | | | |
| | Request by Paula Treantefelles | | |
| | | | |

BUYER:

Adams
8100

KEEP THIS SLIP FOR REFERENCE

EXHIBIT 10 PAGE 118

AR 002

CONFIDENTIAL

122009

M.G.A. ENTERTAINMENT

| NAME ANNA RHEE | SHIP TO | | | | |
|---|---|---|---|---|---|
| ADDRESS 1613 FORD AVE. | ADDRESS | | | | |
| CITY, STATE, ZIP REDONDO BCH, CA. 90278 | CITY, STATE, ZIP | | | | |
| ORDER NUMBER | DEPARTMENT | SALESPERSON | WHEN SHIP | TERMS 30 DAYS | HOW SHIP | DATE 1/30/01 |

| QUANTITY | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| 2 | Todler Tabitha Face | | 400.00 |
| 3 | Lips on Large Head | | 100.00 |
| | | | |
| | price → | $ | 500.00 |
| | tax → | $ | 41.25 |
| | TOTAL PRICE → | $ | 541.25 |
| | INCLUDING TAX | | |
| | | | |
| | Request by Paula Treantafelles | | |

BUYER:

S.Adams
810C

KEEP THIS SLIP FOR REFERENCE

201-2
AR 002

EXHIBIT __10__ PAGE __119__

**CONFIDENTIAL**

MGA ENTERTAINMENT

| NAME ANNA RHEE | SHIP TO | | | | |
|---|---|---|---|---|---|
| ADDRESS 16 13 FORD AVE. | ADDRESS | | | | |
| CITY, STATE, ZIP REDONDO BCH CA · 90278 | CITY, STATE, ZIP | | | | |

| ORDER NUMBER | DEPARTMENT | SALESPERSON | WHEN SHIP | TERMS | HOW SHIP | DATE |
|---|---|---|---|---|---|---|
| | | | | 30 DAYS. | | 2/7/01 |

| QUANTITY | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| 1 | World Wrestling Federation doll | | |
| | body painted, face painted, fully assembled | price → | $300.00 |
| | | tax → | 24.00 |
| | | TOTAL PRICE → | $324.00 |
| | | INCLUDING TAX | |
| | | | |
| | | | |
| | | | |
| | | | |
| | Request by Leanne | | |
| | & Marlene | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| BUYER: |
|---|

C. Adams
8100

KEEP THIS SLIP FOR REFERENCE

201-30
AR 003

**EXHIBIT 10 PAGE 120**

CONFIDENTIAL

M.G.A. ENTERTAINMENT

| NAME | ANNA RHEE | | | SHIP TO | | | |
|------|-----------|--|--|---------|--|--|--|
| ADDRESS | 1613   FORD AVE. | | | ADDRESS | | | |
| CITY, STATE, ZIP | REDONDO  BCH, CA· 90278 | | | CITY, STATE, ZIP | | | |

| ORDER NUMBER | DEPARTMENT | SALESPERSON | WHEN SHIP | TERMS | HOW SHIP | DATE |
|--------------|-----------|-------------|-----------|-------|----------|------|
| | | | | 30 DAYS | | 3/29/01 |

| QUANTITY | DESCRIPTION | | PRICE | AMOUNT |
|----------|-------------|--|-------|--------|
| 2 | Brats Faces          price → | | $ | 400 00 |
| | tax → | | $ | 33 00 |
| | TOTAL  PRICE  → | | ($ | 433 00 |
| | INCLUDING TAX | | | |
| | | | | |
| | Request by Carter Bryant | | | |

BUYER:

KEEP THIS SLIP FOR REFERENCE

201-31
AR 003

**EXHIBIT 10 PAGE 121**

CONFIDENTIAL

M.G.A. ENTERTAINMENT

| NAME | ANNA RHEE | SHIP TO | |
| ADDRESS | 1613 FORD AVE. | ADDRESS | |
| CITY, STATE, ZIP | R.B. CA. 90278 | CITY, STATE, ZIP | |

| ORDER NUMBER | DEPARTMENT | SALESPERSON | WHEN SHIP | TERMS | HOW SHIP | DATE |
| | | | | 30 DAYS | | 3/2/01 |

| QUANTITY | DESCRIPTION | | PRICE | AMOUNT |
|---|---|---|---|---|
| 2 | Sets of shoes | price → | $ | 200.00 |
| | | tax → | $ | 16.00 |
| | | TOTAL PRICE → | $ | 216.00 |
| | | INCLUDING TAX | | |
| | | | | |
| | | | | |
| | Request by Cater Bryant | | | |

BUYER:

E.Z.Adams
8100

KEEP THIS SLIP FOR REFERENCE

EXHIBIT 10 PAGE 124

2-01-32

AR 002

CONFIDENTIAL

## M.G.A. ENTERTAINMENT

| NAME | | | | SHIP TO | | | |
|---|---|---|---|---|---|---|---|
| ANNA RHEE | | | | | | | |
| ADDRESS | | | | ADDRESS | | | |
| 1613 FORD AVE. | | | | | | | |
| CITY, STATE, ZIP | | | | CITY, STATE, ZIP | | | |
| REDONDO BCH, CA. 90278 | | | | | | | |

| ORDER NUMBER | DEPARTMENT | SALESPERSON | WHEN SHIP | TERMS | HOW SHIP | DATE |
|---|---|---|---|---|---|---|
| | | | | 30 DAYS | | 5/9/01 |

| QUANTITY | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| 1 | Blk. doll Face | | 200.00 |
| 1 | Monkey - See Face | | 200.00 |
| 1 | Hands & Feet painted & mix skin color | | 50.00 |
| 1 | Set of swatches for blk. doll | | 100.00 |
| 1 | Set of sktches for Monkey/see — Monkey do | | 60.00 |
| 2 | touch-ups for Blk.doll & wte.doll | | 100.00 |
| | | price → | 720.00 |
| | | tax → | 57.60 |
| | TOTAL PRICE → INCLUDING TAX | | 777.60 |
| | | | |
| | | | |
| | Request by Paula Trantafalos & Lara Alancastra | | |

| BUYER: | | | |
|---|---|---|---|

CONFIDENTIAL

M.G.A. ENTERTAINMENT

| NAME ANNA RHEE | SHIP TO | | | | | |
|---|---|---|---|---|---|---|
| ADDRESS 1613 FjoRD AVE | ADDRESS | | | | | |
| CITY, STATE, ZIP REDonDO BCH, CA. 90278 | CITY, STATE, ZIP | | | | | |

| ORDER NUMBER | DEPARTMENT | SALESPERSON | WHEN SHIP | TERMS | HOW SHIP | DATE |
|---|---|---|---|---|---|---|
| | | | | 30 DAys | | 5/13/01 |

| QUANTITY | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| 2 | Magic Muffin Heads | | 400.00 |
| 2 | Bodies painted | | 120.00 |
| 2 | Hats with decor | | 140.00 |
| | | | |
| | | price → | 680.00 |
| | | tax → | 51.20 |
| | TOTAL PRICE → $691.20 | | |
| | INCLUDING TAX | | |
| | | | |
| | Request by Lara Alacontra | | |

BUYER:

KEEP THIS SLIP FOR REFERENCE

EXHIBIT 10 PAGE 124

AR 0034

CONFIDENTIAL

M. G. A. ENTERTAINMENT

| NAME ANNA RHEE | | | | SHIP TO | | |
|---|---|---|---|---|---|---|
| ADDRESS 1613 FORD AVE. | | | | ADDRESS | | |
| CITY, STATE, ZIP R. B. CA. 90278 | | | | CITY, STATE, ZIP | | |

| ORDER NUMBER | DEPARTMENT | SALESPERSON | WHEN SHIP | TERMS 30 DAYS | HOW SHIP | DATE 5/14/01 |
|---|---|---|---|---|---|---|

| QUANTITY | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| | Monkey-Ice Monkey Do Eye-ball sample | price → $ | 225. 00 |
| | renderings | tax → | 18. 00 |
| | TOTAL PRICE → | | 243. 00 |
| | INCLUDING TAX | | |
| | | | |
| | | | |
| | Request by Lara Abrontra | | |

BUYER:

G.Adams .100

EXHIBIT 10 PAGE 125

201-35

AR.0035