# EXHIBIT A

**Exhibit A**

1.      Cassidy Beal-Park
2.      Robert Best
3.      Larry Clayton
4.      Ann Driskill
5.      Helene Frost
6.      Lily Martinez
7.      Mina Mirkazemi
8.      Rene Pasko
9.      Abbo Hussein
10.     Izzy Garr
11.     Michael Hebden
12.     Ryan Katayama
13.     Sujata Luther
14.     Irene Torres
15.     Joe Franke
16.     Vanessa Karpio
17.     Julia Jensen
18.     Ivy Ross
19.     Sandra Yonemoto
20.     Vicki Cerrito
21.     Cassandra Kroskrity
22.     Carol D'Eath
23.     Denise Clark
24.     Tiffany Singleton
25.     Fred Kawashima
26.     John Berger
27.     Sergio Hernandez
28.     Mike Sclimenti
29.     Roy Schwarz
30.     Julia Marine
31.     Steve Zickerman
32.     Jimmy Corona
33.     Janice Day
34.     Mary Domazet
35.     Jan Hodges
36.     Rodney Palmer
37.     Donna Kanehl

# EXHIBIT B

**Exhibit B**

1. Anzoategui, C.pst
2. Arriola, E.pst
3. Best R.pst
4. Bivens, M.pst
5. Carson, M.pst
6. Chan, P.pst
7. Coleman, B.pst
8. Donham, S.pst
9. Driskill, A.pst
10. Fong, Ei.pst
11. Gonzales, Steven.pst
12. Gonzalez, V.pst
13. Hammons, K.pst
14. Hoffman, Hoi.pst
15. Jackson, F.pst
16. Jimenez, K.pst
17. Kane, E.pst
18. Karpio, V.pst
19. Katayama, R.pst
20. Liu, R.pst
21. Martinez, B.pst
22. Martinez, L.pst
23. Matheny, K.pst
24. Monteagudo, C.pst
25. Ng, Jayson.pst
26. Nordquist, J.pst
27. Park, C.pst
28. Pasko, Rene.pst
29. Rodriguez, J.pst
30. Ruggeri, V.pst
31. Sarinana, Ariana.pst
32. Sepanik, M.pst
33. Shui, S.pst
34. Tomiyama, C.pst
35. Vandenberg, J.pst
36. Walker, A.pst
37. Yuen, E.pst
38. Zuckerman, S.pst

# EXHIBIT C

**Exhibit C**

1.   Intergraph design workstation hard drive
2.   Hard drive from a Dell PC, S/N WMADK3524729
3.   Hard drive from a Dell PC, S/N 163108942052 SAPXX
4.   Hard drive from a Dell PC S/N, UFG3P1B013U
5.   Hard drive from a Dell PC S/N, UFG3P1B013NW
6.   Hard drive from a Compaq PC, S/N 30KQB301178091
7.   Hard drive from a Compaq PC, S/N 7CN056CR
8.   Hard drive from a Compaq PC, S/N 3HT3V6PA
9.   Hard drive from a Compaq PC, S/N WMAAR2424859
10.  Hard drive from a Compaq PC, S/N 31028676
11.  Hard drive from a Compaq PC, S/N 24670-002
12.  Hard drive from a Compaq PC, S/N VHL63774
13.  Hard drive from Intergraph PC, S/N NJ118890
14.  Hard drive from a Compaq PC, S/N TVMK1459
15.  Hard drive from a External Enclosure, S/N AY259442
16.  Hard drive from a Compaq PC, S/N T2KBYTECDT22A
17.  Hard drive from a Compaq PC, S/N WMA001721407D
18.  Hard drive from a Dell PC, S/N WMAAR2662760
19.  Hard drive from a Intergraph PC, S/N 184015639975 PFZXX
20.  Hard  drive from a Compaq PC, S/N T4HYRGNCDT24A
21.  Hard drive from a Toshiba Laptop, S/N 46H7083E169280S5B
22.  Hard drive from a Apple/Mac LT, S/N 90B40914T
23.  Hard drive from a Apple/Mac LT, S/N T8118181
24.  Hard drive from a Apple/Mac LT, S/N 1.3131E+11
25.  Hard drive from a Apple/Mac LT, S/N N7527178
26.  Hard drive from a Apple/Mac LT, S/N 1.31404E+11
27.  Hard drive from a Apple/Mac LT, S/N N7540335
28.  Hard drive from a Apple/Mac LT, S/N N7542840
29.  Hard drive from a HP Omni Book, S/N 38J73718G
30.  Hard drive from a Apple/Mac LT, S/N V8040971
31.  Hard drive from a Apple/Mac LT, S/N 1.3131E+11
32.  Hard drive from a Apple/Mac LT, S/N IB24914KD54F
33.  Hard drive from a Apple/Mac LT, S/N YDLX4015
34.  Hard drive from a Compaq PC, S/N FNJ38MQ
35.  Hard drive from a Compaq PC, S/N 31277703
36.  Hard drive from a Compaq PC, S/N WM3460330779
37.  Hard drive from a Compaq PC, S/N 31031021
38.  Hard drive from a Compaq PC, S/N X5Z16355
39.  Hard drive from a Compaq PC, S/N WMA451046915

| | | |
|---|---|---|
| 1 | 40. | Hard drive from a Compaq PC, S/N XJS27739 |
| 2 | 41. | Hard drive from a Compaq PC, S/N 3037436 |
| 3 | 42. | Hard drive from a Compaq PC, S/N 1005203 |
| 4 | 43. | Hard drive from a Compaq PC, S/N 09531-011876 |
| | 44. | Hard drive from a Compaq PC, S/N CT20446A2RE20H9V |
| 5 | 45. | Hard drive from a Macintosh G3, S/N NH040595 |
| 6 | 46. | Maxtor loose hard drive, S/N T2J7XSFC |
| 7 | 47. | Western Digital loose hard drive, S/N WMAAR3163741 |
| 8 | 48. | Western Digital loose hard drive, S/N WMAAR1550444 |
| | 49. | Quantum loose hard drive, S/N 382619660905Y |
| 9 | 50. | Hard drive from a Intergraph PC, S/N WFF08343 |
| 10 | 51. | Western Digital loose hard drive, S/N WT2900069875 |
| 11 | 52. | Western Digital loose hard drive, S/N WT2880032046 |
| 12 | 53. | Hard drive from a Intergraph PC, S/N 632812858891 |
| | 54. | Hard drive from a Intergraph PC, S/N LG452912 |
| 13 | 55. | Hard drive from a Intergraph PC, S/N WT4110097368 |
| 14 | 56. | Hard drive from a Dell PC, S/N H3H57ACCDH13A |
| 15 | 57. | Hard drive from a Intergraph PC, S/N WDFJ5200 |
| 16 | 58. | IBM loose hard drive, S/N YHF88594 |
| | 59. | Seagate loose hard drive, S/N XAA92395 |
| 17 | 60. | Hard drive from a Intergraph PC, S/N WFF60861 |
| 18 | 61. | Western Digital loose hard drive, S/N WM4201407019 |
| 19 | 62. | Hard drive from a Intergraph PC, S/N LJB68824 |
| 20 | 63. | IBM hard drive from a PC, S/N TH0903DP1256716C2G80 |
| | 64. | Hard drive from a MAC, IZ742123AKUB |
| 21 | 65. | Hard drive from a MAC, IJ91502CZDHCA |
| 22 | 66. | Hard drive from a Compaq PC, S/N 3CM0SS25 |
| 23 | 67. | Hard drive from a Intergraph PC, S/N JD682166 |
| 24 | 68. | Hard drive from a Compaq PC, S/N 30047811 |
| | 69. | Hard drive from a Compaq PC, S/N 7EG279C8 |
| 25 | 70. | Maxtor hard drive from a PC, S/N SG061TTY24951126A2Q2 |
| 26 | 71. | Hard drive from a MAC, S/N IJ73615RAKUB |
| 27 | 72. | Seagate hard drive from a PC, S/N FNGJMW7 |
| 28 | 73. | Loose hard drive, S/N 7469838 |
| | 74. | Hard drive from a Intergraph PC, S/N KCT08990 |
| | 75. | IBM loose hard drive, S/N YKVGT549 |
| | 76. | Quantum loose hard drive, S/N HN45S01102D |
| | 77. | Western Digital loose hard drive, S/N WMAFL1028371 |
| | 78. | IBM loose hard drive, YKVGS821 |
| | 79. | Hard drive from a Intergraph PC, S/N 632813126832 |
| | 80. | Hard drive from a Intergraph PC, S/N LM863336 |

81.  Hard drive from Intergraph PC, S/N AJHS3724
82.  Hard Drive from Compaq PC, S/N 09526-010386
83.  Hard Drive from Compaq PC, S/N 632809523146
84.  Hard Drive from Compaq PC, S/N H307H7SCDH03A
85.  Hard Drive from Compaq PC, S/N 7CN06S38
86.  Hard Drive from Compaq PC, S/N WMA6Y5909204
87.  Hard Drive from Compaq PC, S/N 31046526
88.  Hard Drive from Compaq PC, S/N 3CL0NETH
89.  Hard Drive from Compaq PC, S/N 3CM0KLNR
90.  Hard Drive from Compaq PC, S/N 3CM0KGXB
91.  Hard Drive from Compaq PC, S/N 3BT007PY
92.  Hard Drive from Compaq PC, S/N WMA001785122
93.  Western Digital loose hard drive, S/N WT2651436160
94.  Hard drive from a Intergraph PC, S/N WM4110122051
95.  Hard drive from a Intergraph PC, S/N JKD99584
96.  Maxtor loose hard drive, S/N R601790S
97.  Hard drive from a Compaq PC, S/N WMA001291388
98.  Hard drive from a Compaq PC, S/N FJBNXY4
99.  Hard drive from a Compaq PC, S/N FJBTV3X
100. IBM loose hard drive, S/N 1MTH2013104
101. Western Digital loose hard drive, S/N WM2920407538
102. Hard drive from a Compaq PC, S/N FNHTN6J
103. Hard drive from a Compaq PC, S/N 30WAH201031592
104. Western Digital loose hard drive, S/N WT2900162872
105. Samsung loose hard drive, S/N J1UF512998
106. Hard drive from a Intergraph PC, S/N WT4110093796
107. Hard drive from a Compaq PC, S/N 00MJBC01067507
108. Western Digital loose hard drive, S/N WT3070393711
109. Hard drive from a Intergraph PC, S/N JK236906
110. IBM loose hard drive, S/N P0015833
111. Seagate loose hard drive S/N FNG655K
112. Western Digital loose hard drive, S/N WM3461125481
113. Western Digital loose hard drive, S/N WT3070353784
114. Seagate loose hard drive, S/N FK9TH06
115. IBM loose hard drive, SN YKVGN922
116. Hard drive from a Apple/Mac 8100/100, S/N 327510270532M
117. Western Digital loose hard drive, S/N WT2890295980
118. Seagate loose hard drive, S/N FJBTW9A
119. Western Digital loose hard drive, S/N WM4110072382
120. Quantum loose hard drive, S/N 154724913971M
121. IBM loose hard drive, S/N 1MH5D108311

| | | |
|---|---|---|
| 1 | 122. | Western Digital loose hard drive, S/N WT3420886199 |
| 2 | 123. | Fujitsu loose hard drive, S/N 30049208 |
| 3 | 124. | Western Digital loose hard drive, S/N WT4230015743 |
| | 125. | Western Digital loose hard drive, S/N WT2470182985 |
| 4 | 126. | Western Digital loose hard drive, S/N WM3460236545 |
| 5 | 127. | Western Digital loose hard drive, S/N WM3460240890 |
| | 128. | Samsung loose hard drive, S/N J1MD647510 |
| 6 | 129. | Western Digital loose hard drive, S/N WT2890071563 |
| 7 | 130. | IBM loose hard drive, S/N JMJ89284 |
| | 131. | Seagate loose hard drive, S/N FJBP9LD |
| 8 | 132. | Western Digital loose hard drive, S/N WT3800405533 |
| 9 | 133. | Quantum loose hard drive, S/N 1RG2RCTAY1Z |
| | 134. | Seagate loose hard drive, S/N XJP84884 |
| 10 | 135. | Quantum loose hard drive, S/N 20446A2REJ0EXT |
| 11 | 136. | Quantum loose hard drive, S/N 20445A2RDP07MI |
| | 137. | Quantum loose hard drive, S/N 20446A2RE20H9V |

# EXHIBIT D

1

## Exhibit D

2
3
4
5
6
7
8
9
10
11
12

1.   SiliconGraphics O2, S/N 0800690CBA6F
2.   Silicon Graphics O2, S/N 0800690CC048
3.   Stream Logic, S/N SL8200UWDPCI
4.   Stream Logic, S/N 2SPE010151A9
5.   Stream Logic, S/N 2SPE010148A9
6.   Stream Logic, S/N 2SPE010150A9
7.   Megadrive Enterprise 8, S/N 3C9N114174
8.   SiliconGraphics 10000 Impact Indigo 2, S/N 0800690A3AE9
9.   MicroNet RAID Subsystem, S/N 9700149
10.  SiliconGraphics Indy, S/N 08006907977A
11.  SiliconGraphics Indy, S/N 080069088C56
12.  SiliconGraphics Indigo 2, S/N 0800690785F3
13.  SiliconGraphics Indigo 2, S/N 08006909008E
14.  MicroTech XL2000, S/N 2112840

13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT E

**Exhibit E**

1. Sharon Zuckerman
2. April Walker
3. Ronnie Ruggeri
4. Juan Rodriguez
5. Cassidy Beal-Park
6. Jill Nordquist
7. Bill Martinez
8. Rita Liu
9. Erica Kane
10. Katiana Jiminez
11. Hoi Hoffman
12. Kitti Hammons
13. Ei Fong
14. Ann Driskill
15. Patricia Chan
16. Robert Best
17. Kelly Matheny
18. Vived Gonzalez
19. Carmen Monteagudo
20. Megan Sepanik
21. Elizabeth Arriola
22. Ariana Sarinana
23. Tina Tomiyama
24. Michael Hebden
25. Desiree Rouquillo
26. Ivy Palijo
27. James Mills-Winkler
28. Mina Mirkazemi
29. V. Karpio
30. Daniel Leahy
31. J. Holmes

# EXHIBIT F

**Exhibit F**

1. DC-6250 Data cartridge labeled "Jul.00.ARK."
2. DC-6250 Data cartridge labeled "Aug.00.ARK."
3. DC-6250 Data cartridge labeled "Sep.00.ARK."
4. DC-6250 Data cartridge labeled "Nov.00.ARK."
5. DC-6250 Data cartridge labeled "Jan.01.ARK."
6. DC-6250 Data cartridge labeled "Feb.01.ARK."
7. DC-6250 Data cartridge labeled "Mar.01.ARK."
8. DC-6250 Data cartridge labeled "Apr.01.ARK."
9. DC-6250 Data cartridge labeled "May.01.ARK."
10. DC-6250 Data cartridge labeled "Jun.01.ARK."
11. DC-6250 Data cartridge labeled "Jul.01.ARK."
12. DC-6250 Data cartridge labeled "Aug.01.ARK."
13. DC-6250 Data cartridge labeled "Sep.01.ARK."
14. DC-6250 Data cartridge labeled "Oct.01.ARK."
15. DC-6250 Data cartridge labeled "Nov.01.ARK."
16. DC-6250 Data cartridge labeled "Dec.01.ARK."
17. DC-6250 Data cartridge labeled "Jan.02.ARK."
18. DC-6250 Data cartridge labeled "Feb.02.ARK."
19. DC-6250 Data cartridge labeled "Mar.02.ARK."
20. DC-6250 Data cartridge labeled "Apr.02.ARK."
21. DC-6250 Data cartridge labeled "May.02.ARK."
22. DC-6250 Data cartridge labeled "Jun.02.ARK."
23. DC-6250 Data cartridge labeled "Jul.02.ARK."
24. DC-6250 Data cartridge labeled "Sep.02.ARK."
25. DC-6250 Data cartridge labeled "Oct.02.ARK."
26. DC-6250 Data cartridge labeled "Jan.03.ARK."
27. DC-6250 Data cartridge labeled "Feb.03.ARK."
28. DC-6250 Data cartridge labeled "Mar.03.ARK."
29. DC-6250 Data cartridge labeled "Apr.03.ARK."
30. DC-6250 Data cartridge labeled "May.03.ARK."
31. DC-6250 Data cartridge labeled "Jun.03.ARK."
32. DC-6250 Data cartridge labeled "Jul.03.ARK."
33. DC-6250 Data cartridge labeled "Sep.03.ARK."
34. DC-6250 Data cartridge labeled "Oct.03.ARK."
35. DC-6250 Data cartridge labeled "Nov.03.ARK."
36. DC-6250 Data cartridge labeled "Jan.04.ARK."
37. DC-6250 Data cartridge labeled "Feb.04.ARK."

# EXHIBIT G

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**Exhibit G**

**quinn emanuel** trial lawyers · los angeles

May 3, 2005

**BY FACSIMILE**
**AND U.S. MAIL**

Diana M. Torres, Esq.
O'Melveny & Myers LLP
400 South Hope Street
Los Angeles, California 90071-2899

MGA Entertainment, Inc. v. Mattel, Inc.

Dear Ms. Torres:

As Michael Zeller informed you previously by e-mail message, this firm is representing Mattel in the above-referenced case. Please direct all future communications regarding the case to us.

I write to respond to the April 16, 2005 letter that you sent to Robert Normile, Mattel's General Counsel. Mattel is aware of its obligations to preserve evidence and will comply with them. As discussed further below, Mattel likewise expects MGA to comply with its obligations to preserve evidence in this case and in the Bryant case.

Consistent with the allegations in MGA's complaint, Mattel has taken steps to ensure the preservation of all documents relating to the accused Mattel products and the third-party organizations referenced in the complaint. These consist of the following categories of documents, information or tangible items in its possession, custody or control:

1.    The MY SCENE product line, including packaging and advertising relating thereto.
2.    The WEE 3 FRIENDS product line, including packaging and advertising relating thereto.
3.    "Acceleracers" products.

4.    The "Little Mommy Potty Training Baby Doll."
5.    Communications regarding MGA to or from any of the following organizations: TIA, CARU or NPD.
6.    Communications with MGA.
7.    TIA voting procedures.

By agreeing to preserve the foregoing general categories of documents, Mattel does not concede that they are relevant or discoverable, and reserves any and all objections that may be asserted during the course of discovery and/or trial.

In your letter, MGA appears to ask that Mattel suspend all its long-standing, lawful policies regarding the preservation or destruction of documents. Mattel, as explained above, has taken steps to preserve those documents and information in the categories set forth above, consistent with its obligations under the applicable law. .The expense and burden of suspending all Mattel's retention policies and preserving all documents, information or tangible items simply to ensure the preservation of irrelevant documents and information, as MGA is apparently demanding, would be prohibitively expensive and unjustified.

To take just one example, Mattel has investigated the cost of preserving in perpetuity each and every e-mail message in and out of its El Segundo Campus, the vast majority of which could have no conceivable bearing on MGA's claims. The cost of preserving these e-mail messages is hundreds of thousands of dollars a year; that cost goes up by multiples if the e-mail messages are to be retained in a format that reduces the difficulty in retrieving them. This cost would greatly increase if applied to all of Mattel's e-mail servers worldwide. Because each allegation in the complaint relates to past conduct and the vast majority of the e-mail messages traveling through Mattel's networks are neither relevant nor discoverable, Mattel will not agree to incur this significant cost on a going-forward or on-going basis.

Mattel has approximately 25,000 employees in 36 countries. These employees generate innumerable pages of documents on a daily basis, the vast majority of which have nothing to do with the allegations in the complaint. For example, approximately 80,000 e-mail messages alone are transmitted over Mattel's exchange servers each day. Mattel's policy, like that of other major U.S. companies, is to retain e-mail messages for 90 days on its servers. Although Mattel has taken steps to preserve e-mail messages within the categories described above, irrelevant and non-discoverable e-mail messages will be treated consistent with Mattel's existing policy, and there is no reasonable basis for insisting that Mattel's normal policies be changed.

We invite MGA's agreement, by May 4, 2005, that Mattel's retention of the above categories of documents is sufficient. If MGA does not so agree, then Mattel will seek guidance from the Court. In that connection, Mattel will also ask the Court to require MGA to bear the cost of its overbroad document retention requests.

Mattel likewise expects MGA to comply with its obligation to preserve relevant and discoverable documents, information or tangible things in its possession, custody or control. Mattel expects

MGA not to deface, destroy or engage in destructive testing of evidence, including original drawings, as we believe MGA or Carter Bryant has done in the Bryant case. As MGA is well aware, its obligation to preserve evidence was triggered not by this letter, but by its reasonable anticipation that evidence in its possession, custody or control may be relevant or discoverable in anticipated litigation. Accordingly, we expect that MGA has not destroyed and will preserve on an ongoing basis any relevant or discoverable evidence relating to the allegations in the complaint. Please confirm, in writing, that MGA has preserved all relevant and discoverable evidence and that it will continue to comply with those obligations as these actions move forward.

If you have any questions regarding the foregoing, please do not hesitate to call.

Best regards,

Jon Corey

07975/065112.1

# QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

**SAN DIEGO**
4445 Eastgate Mall, Suite 200
San Diego, CA 92121
(858) 812-3107
Facsimile: (858) 812-3336

**PALM SPRINGS**
45-025 Manitou Drive,  Suite 8
Indian Wells, CA 92210
(760) 345-4757
Facsimile: (760) 345-2414

**LOS ANGELES**
865 So. Figueroa Street, 10th Floor
Los Angeles, CA 90017
(213) 443-3000
Facsimile: (213) 443-3100

**NEW YORK**
335 Madison Avenue, 17th Floor
New York, NY 10017-4611
(212) 702-8100
Facsimile: (212) 702-8200

**SAN FRANCISCO**
50 California Street, 22nd Floor
San Francisco, CA 94111
(415) 875-6600
Facsimile: (415) 875-6700

**SILICON VALLEY**
555 Twin Dolphin Drive, Suite 560
Redwood Shores, CA 94065
(650) 801-5000
Facsimile: (650) 801-5100

## LOS ANGELES OFFICE

## FACSIMILE TRANSMISSION

DATE:   May 3, 2005

NUMBER OF PAGES, INCLUDING COVER: 4

TO/COMPANY:

| NAME | PHONE NO. | FAX NO. |
|---|---|---|
| Diane M. Torres, Esq.<br>O'Melveny & Myers LLP<br>400 South Hope Street<br>Los Angeles, California 90017-2899 | 213-430-6000 | 213-430-6407 |

FROM:   Jon Corey

RE:

MESSAGE:



FAXED
MAY 0 3 2005

| CLIENT #:   7975 | ROUTE/<br>RETURN TO:  Samantha-6 | ☒ CONFIRM FAX<br>☒ INCLUDE CONF. REPORT |
|---|---|---|
| OPERATOR: | CONFIRMED? ☐ NO ☐ YES: | |

The information contained in this facsimile is confidential and may also contain privileged attorney-client information or work product. The information is intended only for the use of the individual or entity to whom it is addressed.  If you are not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any use, dissemination, distribution or copying of this communication is strictly prohibited. If you have received the facsimile in error, please immediately notify us by telephone, and return the original message to us at the address above via the U.S. Postal Service.  Thank you.

IF YOU DO NOT RECEIVE ALL OF THE PAGES, PLEASE PHONE (213) 443-3863 AS SOON AS POSSIBLE.

Confirmation Report — Memory Send

```
Page      : 001
Date & Time: May-03-05  02:43pm
Line 1    : 2136240643
Line 2    :
Machine ID : QUINN EMANUEL
```

| | | |
|---|---|---|
| Job number | : | 945 |
| Date | : | May-03 02:41pm |
| To | : | ☎76039☎07975☎12134306407 |
| Number of pages | : | 004 |
| Start time | : | May-03 02:41pm |
| End time | : | May-03 02:43pm |
| Pages sent | : | 004 |
| Status | : | OK |

Job number    : 945           *** SEND SUCCESSFUL ***

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

LOS ANGELES
865 So. Figueroa Street, 10th Floor
Los Angeles, CA 90017
(213) 443-3000
Facsimile: (213) 443-3100

SAN DIEGO
4445 Eastgate Mall, Suite 200
San Diego, CA 92121
(858) 812-107
Facsimile: (858) 812-3336

SAN FRANCISCO
50 California Street, 22nd Floor
San Francisco, CA 94111
(415) 875-6600
Facsimile: (415) 875-6700

PALM SPRINGS
45-025 Manitou Drive, Suite 5
Indian Wells, CA 92210
(760) 345-4100
Facsimile: (760) 345-3114

NEW YORK
335 Madison Avenue, 17th Floor
New York, NY 10017-4611
(212) 702-8100
Facsimile: (212) 702-8200

SILICON VALLEY
555 Twin Dolphin Drive, Suite 560
Redwood Shores, CA 94065
(650) 801-5000
Facsimile: (650) 801-5100

LOS ANGELES OFFICE

FACSIMILE TRANSMISSION

DATE:   May 3, 2005

NUMBER OF PAGES, INCLUDING COVER: 4

| TO/COMPANY: | | | |
|---|---|---|---|
| NAME | | PHONE NO. | FAX NO. |
| Diane M. Torres, Esq. O'Melveny & Myers LLP 400 South Hope Street Los Angeles, California 90017-2899 | | 213-430-6000 | 213-430-6407 |

FROM:   Jon Corey

RE:

MESSAGE:

| CLIENT #:  7975 | ROUTE/ RETURN TO:  Samantha-6 | ☐ CONFIRM FAX ☐ INCLUDE CONF. REPORT |
|---|---|---|
| OPERATOR: | CONFIRMED?  ☐ NO  ☐ YES | |

The information contained in this facsimile is confidential and may also contain privileged attorney-client information or work product. This information is intended only for the use of the individual or entity to whom it is addressed. If you are not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any use, dissemination, distribution or copying of this communication is strictly prohibited. If you have received this facsimile in error, please immediately notify us by telephone, and return the original message to us at the address above via the U.S. Postal Service. Thank you.

IF YOU DO NOT RECEIVE ALL OF THE PAGES, PLEASE PHONE (213) 443-3863 AS SOON AS POSSIBLE.

## PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California.  I am over the age of eighteen years and not a party to the within action; my business address is Now Legal Service, 1301 W. 2nd Street, Suite 206, Los Angeles, CA 90026.

On September 10, 2007, I served true copies of the following document(s) described as: **AFFIDAVIT OF MICHAEL MOORE IN SUPPORT OF MATTEL, INC.'S OPPOSITION TO MGA ENTERTAINMENT, INC.'S MOTION FOR TERMINATING SANCTIONS DUE TO SPOLIATION OF EVIDENCE** on the parties in this action as follows:

Diana M. Torres, Esq.
**O'Melveny & Myers**
400 So. Hope Street
Los Angeles, CA  90071

James W. Spertus, Esq.
**Law Offices Of James W. Spertus**
12100 Wilshire Blvd., Suite 620
Los Angeles, CA 90025

[√] **BY PERSONAL SERVICE:**  I delivered such envelope(s) by hand to the office of the person(s) being served.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on September 10, 2007, at Los Angeles, California.

NOW LEGAL -- Dave Quintana

07209/2211071.1

1
2
3
4

## PROOF OF SERVICE

5      I am employed in the County of Los Angeles, State of California.  I am over the age of
eighteen years and not a party to the within action; my business address is 865 South Figueroa
6   Street, 10th Floor, Los Angeles, California.

7      On September 10, 2007, I served true copies of the following document(s) described as:
**AFFIDAVIT OF MICHAEL MOORE IN SUPPORT OF MATTEL, INC.'S OPPOSITION
8   TO MGA ENTERTAINMENT, INC.'S MOTION FOR TERMINATING SANCTIONS
DUE TO SPOLIATION OF EVIDENCE)** on the parties in this action as follows:
9

10   John W. Keker, Esq.                       Patricia Glaser, Esq.
Michael H. Page, Esq.                     **Christensen, Glaser, Fink, Jacobs, Weil**
11   Christina M. Anderson, Esq.               **& Shapiro, LLP**
**Keker & Van Nest, LLP**                     10250 Constellation Blvd., 19th Floor
12   710 Sansome Street                        Los Angeles, CA  90067
San Francisco, CA 94111
13

14

15   [√] **BY MAIL:**  I enclosed the foregoing into sealed envelope(s) addressed as shown above, and I
deposited such envelope(s) in the mail at Los Angeles, California.  The envelope was mailed with
16   postage thereon fully prepaid.
17

18      Executed on September 10, 2007, at Los Angeles, California.

19
20
21
                                              _____
22                                            Johanna Lopez
23
24
25
26
27
28