IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

McDONALD'S CORPORATION,      )
                            )
    Plaintiff,              )
                            )
    v.                      )        Case No.
                            )
MGA ENTERTAINMENT, INC. f/k/a  )
ABC INTERNATIONAL TRADERS,   )
                            )
    Defendant.              )
                            )

## DECLARATION OF KARLIN LINHARDT

*Redacted*

EXHIBIT 14 PAGE 417

Confidential - Attorney's Eyes Only

MGA 0866709

*Redacted*

EXHIBIT 16 PAGE 48

Confidential - Attorney's Eyes Only

MGA 0866710

15.    McDonald's and MGA began negotiations in February 2002 to distribute the "Bratz" doll line throughout North America.  The License was executed on June 20, 2002.  (A true and accurate copy of the License is attached as Ex. A).

16.    In accordance with the terms of the License, McDonald's scheduled a split promotion featuring "Bratz" dolls in conjunction with "Masters of the Universe" figures licensed from Mattel, Inc. from May 2, 2003 through May 29, 2003.

17.    McDonald's and MGA have announced the upcoming "Bratz" Happy Meal promotion to the restaurant industry, McDonald's numerous franchisees, its customers, and the public at large.

18.    Recent media announcements of the promotion were included in the Wall Street Journal and the industry publication, Brandweek.

19.    McDonald's has made substantial commitments to its business partners, including advertisers, manufacturers, printers, and Mattel, Inc. related to the preparation and implementation of the promotion.

20.    In order to meet its commitment to start the "Bratz" Happy Meal promotion by the announced date, McDonald's must continue with its production, promotion, and advertising preparations.

I declare under penalty of perjury, as provided in 28 U.S.C. Section 1746, that the foregoing is true and correct.  Executed on February 10, 2003.

Karlin Linhardt
Senior Director, Youth Marketing
McDonald's Corporation

EXHIBIT 16  PAGE 419

Confidential - Attorney's Eyes Only

MGA 0866711

A

Confidential - Attorney's Eyes Only

EXHIBIT 14 PAGE 420

MGA 0866712

**EXHIBIT 17**

Transcript of Proceedings (Vol.005 969-1224)
page 969

```
                          AMERICAN TRIBUNALS OF THE
                       AMERICAN ARBITRATION ASSOCIATION
            MGA ENTERTAINMENT,             )
                                           )
                         Claimant,         )
                                           )
                         vs.               )  AAA Claim Number
                                           )  50 T 133 00467
            UBI SOFT ENTERTAINMENT, S.A.,  )
                                           )
                         Respondent.       )
                                           )
            AND RELATED CROSS ACTION       )
                                           )
                ──────────────────────────
                   C O N F I D E N T I A L
            SUBJECT TO PROTECTIVE ORDER.  MAY BE USED ONLY IN MGA v.
            UBI SOFT ACTION.
                        TRANSCRIPT OF PROCEEDINGS
                          Los Angeles, California
                          Friday, May 19, 2006
                                Volume 5
            Reported by:
            JUDITH SCHLUSSEL (Morning session)
            CSR NO. 4307
            SHERRYL DOBSON, RPR  (Afternoon session)
            CSR No. 5713
            Job No. 917995
```

```
 1                      AMERICAN TRIBUNALS OF THE
 2                   AMERICAN ARBITRATION ASSOCIATION
 3
 4      MGA ENTERTAINMENT,             )
                                       )
 5                   Claimant,         )
                                       )
 6                   vs.               )  AAA Claim Number
                                       )  50 T 133 00467
 7      UBI SOFT ENTERTAINMENT, S.A.,  )
                                       )
 8                   Respondent.       )
                                       )
 9      AND RELATED CROSS ACTION       )
                                       )
10
11
12
13                Transcript of Proceedings, Volume 5,
14           taken at 350 South Grand Avenue, 36th Floor,
15           Los Angeles, California, beginning at 9:04
16           a.m. and ending at 5:30 p.m. on Friday, May
17           19 2006, before JUDITH SCHLUSSEL, Certified
18           Shorthand Reporter No. 4307, and SHERRYL
19           DOBSON, Certified Shorthand Reporter No.
20           5713.
21
22
23
24
25
```

```
                                                              95
                                                               5
 1                        APPEARANCES:
 2
 3      For Claimant/Counter-Respondent:
 4          HOWARD, RICE, NEMEROVSKI, CANADY, FALK & RASKIN
            BY:  DOUGLAS A. WINTHROP
 5               DERRICK ROBINSON
                 JEFFREY M. ROSENFELD
```

Confidential - Attorney's Eyes Only

EXHIBIT 🔲 PAGE 421

MGA 0864776

```
 6                      Attorneys at Law
                        Three Embarcadero Center, 7th Floor
 7                      San Francisco, California 94111
                        (415) 434-1600
 8                           -and-
                        MGA Entertainment
 9                      BY:  RICHARD DANIELS
                             DAPHNE GRONICH
10                      16380 Roscoe Boulevard
                        Van Nuys, California 91406
11                      (818) 894-2525
12
13            For Respondent/Counter-Claimant:
14                      GREENBERG GLUSKER
                        BY:  DALE F. KINSELLA
15                           STEPHEN S. SMITH
                             SUANN MacISAAC
16                      Attorneys at Law
                        1900 Avenue of the Stars, 21st Floor
17                      Los Angeles, California 90067
                        (310) 201-7469
18                           -and-
                        ROPERS, MAJESKI, KOHN & BENTLEY
19                      BY:  TIMOTHY L. SKELTON
                        Attorney at Law
20                      515 South Flower Street, Suite 1100
                        Los Angeles, California 90071
21                      (213) 312-2000
22
              BEFORE:
23
                        JOHN FELLAS, ESQ.
24
25
```

```
                                                              95
                                                               6
 1            APPEARANCES (Contined):
 2            Also Present:
 3                      VIRGINIE GRINGARTEN, UbiSoft
                        MICHAEL MILLS, Trial Graphix
 4                      JEFFREY WOLF, TrialLink
 5
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

```
                                                              95
                                                               7
 1                           INDEX
 2            WITNESS                    EXAMINATION
 3
              CALLED BY CLAIMANT:
 4
```

Confidential - Attorney's Eyes Only

EXHIBIT 17 PAGE 422

MGA 0864777

AMIT SHAH (Via videoteleconferece)

5
6      DIRECT (By MR. ROBINSON)        962
        CROSS (By MR. SMITH)          963
7      REDIRECT (By MR. ROBINSON)     981
8      RECROSS (By MR. SMITH)        987
9   LUC VANHAL
10     REDIRECT (Resumed) (By MR. WINTHROP) 990
        RECROSS (By MR. SMITH)       1004
11     FURTHER REDIRECT (By MR. WINTHROP)  1041
12
13  AFTERNOON SESSION
14   ISAAC LARIAN
15     REDIRECT (Resumed) (By MR. WINTHROP) 1054
        RECROSS (By MR. KINSELLA)    1105
16     EXAMINATION BY THE ARBITRATOR    1219
17
18
19
20
21
22
23
24
25

958

1    Los Angeles, California, Friday, May 19, 2006
2         9:04 a.m. - 5:30 p.m.
3
4         PROCEEDINGS
5                                       09:04:04
6         THE ARBITRATOR:  We're going to go on the
7 record now and first say welcome to the fifth day of
8 this arbitration.  Good morning, Mr. Shah.
9         THE WITNESS:  Good evening.
10       THE ARBITRATOR:  I said good morning, for    09:04:19
11 us.  I should say good afternoon to you.  Good
12 evening now.
13       THE WITNESS:  Yes, good evening.
14       THE ARBITRATOR:  What is it?  Five o'clock?
15       THE WITNESS:  My day started at 4:30 this    09:04:30
16 morning.  So --.
17       THE ARBITRATOR:  You must be exhausted.
18       THE WITNESS:  Very much so.
19       THE ARBITRATOR:  My name is John Fellas and
20 I am the arbitrator in this arbitration between MGA  09:04:40
21 Entertainment and UbiSoft.  I want to thank you for
22 making yourself available to help us with this
23 arbitration.  We are here in Los Angeles.  And we
24 have reviewed your statement and the procedure is
25 that the lawyers for MGA will have a few questions  09:04:59

959

1 for you and then the lawyers for UbiSoft will have a
2 couple of questions for you and we'll try to take up
3 as little of your time as possible.
4       Before we begin, let me just -- I'm sitting
5 in a conference room with a whole bunch of people   09:05:13
6 and I think it would probably help you to know who
7 all those people are and I'll just ask them to say
8 their names.  You won't be able to see them all.
9 But just so you -- and I assume the gentleman to
10 your left is the attorney representing you in this   09:05:29
11 matter?
12       MR. COX:  No.  I'm MGA's lawyer, Paul Cox.
13 I work for SJ Berwin.
14       THE ARBITRATOR:  So with that, we will have
15 everyone introduce, in this room, introduce       09:05:49
16 themselves and then perhaps you can do the same for

Confidential - Attorney's Eyes Only

EXHIBIT 17 PAGE 423

MGA 0864778

```
17    your group.  Why don't you begin, Mr. Smith.
18          MR. SMITH:  My name is Steven Smith and I'm
19    counsel for UbiSoft Entertainment.  Next to me is my
20    colleague, Natalie Nassar; next to her is in-house      09:06:04
21    counsel for UbiSoft, Virginie Gringarten and next to
22    her is my co-counsel, Tim Skelton.
23          MR. ROBINSON:  Good afternoon, Mr. Shah.
24    My name is Derrick Robinson.  I'm counsel for MGA.
25    Next to me is Daphne Gronich who is also in-house      09:06:23
                                                    960
 1    counsel for MGA, followed by Doug Winthrop who is
 2    one of my colleagues and counsel for MGA and also
 3    Rich Daniels is here, another in-house counsel for
 4    MGA.
 5          THE ARBITRATOR:  And Mr. Cox, could you          09:06:40
 6    just introduce who is in the room on your end.
 7          MR. COX:  Sure.  Obviously myself, and next
 8    to me is Neil Davis and next to him is the partner
 9    in charge, Ray Black.
10          THE ARBITRATOR:  Terrific.  Okay.  We will       09:06:56
11    begin just so you know by swearing the witness and
12    then I'll get up from my chair and the person who
13    will take my place will be the lawyer for MGA,
14    Mr. Robinson, who will have a couple of questions
15    for you.  Okay.  Could you swear the witness,          09:07:15
16    please.
17
18                    AMIT SHAH,
19    the witness, having been administered an oath in
20    accordance with CCP Section 2094, testified as
21    follows:
22          THE WITNESS:  I do.
23    ///
24    ///
25    ///                                                    09:07:41
                                                    961
 1                DIRECT EXAMINATION
 2    BY MR. ROBINSON:
 3
 4
 5                                                           09:07:57
 6    .
 7
 8
 9
10                                                           09:08:10
11
12
13
14                    REDACTED
15                                                           09:08:21
16                                      .
17
18
19
20                                                           09:08:35
21
22
23
24
25                                                           09:08:49
                                                    962
 1
 2
 3
 4
 5                    REDACTED               09:09:03
 6
 7
 8
 9
```

Confidential - Attorney's Eyes Only       EXHIBIT 17 PAGE 424       MGA 0864779

```
10                                                        09:09:20
11
12
13
14                        REDACTED
15                                                        09:09:35
16
17
18
19
20                CROSS-EXAMINATION
21    BY MR. SMITH:
22
23                        REDACTED
24
25                                              963       09:09:59

 1
 2
 3
 4
 5                                                        09:10:30
 6
 7
 8
 9
10                                                        09:10:46
11
12
13                        REDACTED
14
15                                                        09:10:55
16
17
18
19
20                                                        09:11:06
21
22
23
24
25                                              964       09:11:28

 1
 2
 3
 4
 5                                                        09:11:36
 6
 7
 8
 9
10                                                        09:11:49
11
12
13                        REDACTED
14
15                                                        09:12:03
16
17
18
19
20                                                        09:12:20
21
22
23
24
25                                              965       09:12:37

 1
 2                        REDACTED
```

Confidential - Attorney's Eyes Only

EXHIBIT 17 PAGE 425

MGA 0864780

```
 3
 4
 5                                                    09:13:02
 6
 7
 8
 9
10                                                    09:13:09
11
12
13                    REDACTED
14
15                                                    09:13:22
16
17
18
19
20                                                    09:13:38
21
22
23
24
25                                          966        09:14:00

 1
 2
 3
 4
 5                                                    09:14:13
 6
 7
 8
 9
10                                                    09:14:33
11
12
13                    REDACTED
14
15                                                    09:14:48
16
17
18
19
20                                                    09:15:04
21
22
23
24
25                                          967        09:15:18
 1
 2
 3
 4
 5                                                    09:15:25
 6
 7
 8
 9
10                                                    09:15:44
11                    REDACTED
12
13
14
15                                                    09:16:01
16
17
18
19
20                                                    09:16:32
21
```

Confidential - Attorney's Eyes Only

EXHIBIT 17  PAGE 424

MGA 0864781

```
22
23                    REDACTED
24
25                                              09:16:46
                                        968
 1
 2
 3
 4
 5                                              09:17:12
 6
 7
 8
 9
10                                              09:17:33
11
12
13                    REDACTED
14
15                                              09:17:48
16
17
18
19
20                                              09:18:25
21
22
23
24
25                                              09:18:46
```

Confidential - Attorney's Eyes Only

EXHIBIT 17 PAGE 427

MGA 0864782

Transcript of Proceedings (Vol.005 969-1224)
page 970

```
 1
 2
 3
 4
 5                                                      09:19:11
 6
 7
 8
 9
10                                                      09:19:34
11
12
13                        REDACTED
14
15                                                      09:20:21
16
17
18
19
20                                                      09:20:39
21
22
23
24
25                                                      09:20:50
```

Confidential - Attorney's Eyes Only

EXHIBIT 17 PAGE 428

MGA 0864783

Transcript of Proceedings (Vol.005 969-1224)
page 971

```
 1
 2
 3
 4
 5                                              09:21:01
 6
 7
 8
 9
10                                              09:21:20
11
12
13                   REDACTED
14
15                                              09:21:44
16
17
18
19
20                                              09:21:55
21
22
23
24
25                                              09:22:44
```

Confidential - Attorney's Eyes Only

EXHIBIT 17   PAGE 429          MGA 0864784

Transcript of Proceedings (Vol.005 969-1224)
page 972

```
 1
 2
 3
 4
 5                                                          09:22:55
 6
 7
 8
 9
10                                                          09:23:07
11
12
13                        REDACTED
14
15                                                          09:23:24
16
17
18
19
20                                                          09:23:35
21
22
23
24
25                                                          09:23:54
```

EXHIBIT  17  PAGE  430

Confidential - Attorney's Eyes Only

MGA 0864785

Transcript of Proceedings (Vol.005 969-1224)
page 973

```
 1
 2
 3
 4
 5                                              09:24:15
 6
 7
 8
 9
10                                              09:24:40
11
12
13            REDACTED
14
15                                              09:24:58
16
17
18
19
20                                              09:25:11
21
22
23
24
25                                              09:25:34
```

Confidential - Attorney's Eyes Only

EXHIBIT 17 PAGE 434

MGA 0864786

Transcript of Proceedings (Vol.005 969-1224)
page 974

```
 1
 2
 3
 4
 5                                                      09:25:45
 6
 7
 8
 9
10                                                      09:26:04
11
12
13              REDACTED
14
15                                                      09:26:16
16
17
18
19
20                                                      09:26:39
21
22
23
24
25                                                      09:27:11
```

**Confidential - Attorney's Eyes Only**

EXHIBIT 17 PAGE 432

MGA 0864787

Transcript of Proceedings (Vol.005 969-1224)
page 975

```
 1
 2
 3
 4
 5                                                          09:27:52
 6
 7
 8
 9
10                                                          09:28:17
11
12
13                    REDACTED
14
15                                                          09:28:34
16
17
18
19
20                                                          09:28:47
21
22
23
24
25                                                          09:28:55
```

Confidential - Attorney's Eyes Only

EXHIBIT 17 PAGE 433

MGA 0864788

Transcript of Proceedings (Vol.005 969-1224)
page 976

```
1
2
3
4
5                                                      09:29:09
6
7
8
9
10                                                     09:29:24
11
12
13                    REDACTED
14
15                                                     09:29:37
16
17
18
19
20                                                     09:29:55
21
22
23
24
25                                                     09:30:02
```

**Confidential - Attorney's Eyes Only**

EXHIBIT 17 PAGE 434

MGA 0864789

Transcript of Proceedings (Vol.005 969-1224)
page 977

```
 1
 2
 3
 4
 5                                                    09:30:28
 6
 7
 8
 9
10                                                    09:30:45
11
12
13                      REDACTED
14
15                                                    09:31:08
16
17
18
19
20                                                    09:31:19
21
22
23
24
25                                                    09:31:26
```

Confidential - Attorney's Eyes Only

EXHIBIT 17 PAGE 435

MGA 0864790

Transcript of Proceedings (Vol.005 969-1224)
page 978

```
 1
 2
 3
 4
 5                                                      09:31:34
 6
 7
 8
 9
10                                                      09:31:44
11
12
13                      REDACTED
14
15                                                      09:32:00
16
17
18
19
20                                                      09:32:32
21
22
23
24
25                                                      09:33:19
```

Confidential - Attorney's Eyes Only

EXHIBIT 17  PAGE 436

MGA 0864791

Transcript of Proceedings (Vol.005 969-1224)
page 979

```
 1
 2
 3
 4
 5                                                          09:33:39
 6
 7
 8
 9
10                                                          09:33:48
11
12
13                        REDACTED
14
15                                                          09:34:00
16
17
18
19
20                                                          09:34:27
21
22
23
24
25                                                          09:35:36
```

Confidential - Attorney's Eyes Only

EXHIBIT 17 PAGE 437

MGA 0864792

Transcript of Proceedings (Vol.005 969-1224)
page 980

```
 1
 2
 3
 4
 5                                                      09:36:08
 6
 7
 8
 9
10                                                      09:38:17
11
12
13                        REDACTED
14
15                                                      09:38:33
16
17
18
19
20                                                      09:38:52
21
22
23
24
25                                                      09:39:03
```

Confidential - Attorney's Eyes Only

EXHIBIT 17 PAGE 436

MGA 0864793

Transcript of Proceedings (Vol.005 969-1224)
page 981



```
 1
 2
 3
 4
 5                                                                09:39:27
 6
 7
 8
 9                        REDACTED
10                                                                09:40:07
11
12
13
14
15                                                                09:41:05
16
17
18
19
20              REDIRECT EXAMINATION
21     BY MR. ROBINSON:
22
23
24                   REDACTED
25                                                                09:41:29
```

EXHIBIT 17 PAGE 439

Confidential - Attorney's Eyes Only

MGA 0864794

Transcript of Proceedings (Vol.005 969-1224)
page 982

```
 1
 2
 3
 4
 5                                                    09:41:45
 6
 7
 8
 9
10                                                    09:42:05
11
12
13                          REDACTED
14
15                                                    09:42:22
16
17
18
19
20                                                    09:42:34
21
22
23
24
25                                                    09:42:48
```

EXHIBIT 17 PAGE 440

Confidential - Attorney's Eyes Only                                    MGA 0864795

Transcript of Proceedings (Vol.005 969-1224)
page 983

```
 1
 2
 3
 4
 5                                                        09:42:59
 6
 7
 8
 9
10                                                        09:43:17
11
12
13                        REDACTED
14
15                                                        09:43:50
16
17
18
19
20                                                        09:44:05
21
22
23
24
25                                                        09:44:19
```

EXHIBIT 17 PAGE 444

Confidential - Attorney's Eyes Only

MGA 0864796

Transcript of Proceedings (Vol.005 969-1224)
page 984



```
 1
 2
 3
 4
 5                                                    09:44:36
 6
 7
 8
 9
10                                                    09:44:57
11
12
13                    REDACTED
14
15                                                    09:45:11
16
17
18
19
20                                                    09:45:25
21
22
23
24
25                                                    09:45:41
```

EXHIBIT 12 PAGE 442

Confidential - Attorney's Eyes Only

MGA 0864797

Transcript of Proceedings (Vol.005 969-1224)
page 985

```
 1
 2
 3
 4
 5                                                              09:45:56
 6
 7
 8
 9
10                                                              09:46:11
11
12
13                    REDACTED
14
15                                                              09:46:25
16
17
18
19
20                                                              09:46:39
21
22
23
24
25                                                              09:46:58
```

EXHIBIT 17 PAGE 443

Confidential - Attorney's Eyes Only

MGA 0864798

Transcript of Proceedings (Vol.005 969-1224)
page 986



EXHIBIT ʔ PAGE 444

Confidential - Attorney's Eyes Only

MGA 0864799

Transcript of Proceedings (Vol.005 969-1224)
page 987

```
 1
 2
 3
 4
 5                          REDACTED                      09:48:30
 6
 7
 8
 9
10                              .                         09:48:37
11
12                    RECROSS-EXAMINATION
13
14
15                                                        09:48:50
16
17
18
19                          REDACTED
20                                                        09:49:09
21
22        .
23
24
25                                                        09:49:29
```

Confidential - Attorney's Eyes Only

EXHIBIT 17 PAGE 445

MGA 0864800

Transcript of Proceedings (Vol.005 969-1224)
page 988



1
2
3
4
5                                                          09:49:47
6
7
8
9
10                                                         09:50:03
11
12
13                           REDACTED
14
15                                                         09:50:18
16
17
18
19
20                                                         09:50:32
21
22
23
24
25                                                         09:50:49

c

Confidential - Attorney's Eyes Only

EXHIBIT 17 PAGE 446

MGA 0864801

Transcript of Proceedings (Vol.005 969-1224)
page 989

```
 1
 2
 3
 4
 5                                                    09:51:02
 6
 7
 8
 9
10                                                    09:51:21
11
12
13                    REDACTED
14
15                                                    09:51:32
16
17
18
19
20                                                    09:51:45
21
22
23
24
25                                                    09:52:08
```

EXHIBIT 17 PAGE 447

Confidential - Attorney's Eyes Only

MGA 0864802

Transcript of Proceedings (Vol.005 969-1224)
page 990

```
 1
 2
 3
 4
 5                                                              09:52:18
 6
 7
 8                        REDACTED
 9
10                                                              10:11:46
11
12
13
14
15                                                              10:11:53
16
17            REDIRECT EXAMINATION (CONTINUING)
18    BY MR. WINTHROP:
19
20                                                              10:12:00
21
22                        REDACTED
23
24
25                                                              10:12:22
```

EXHIBIT 17 PAGE 448

Confidential - Attorney's Eyes Only

MGA 0864803

Transcript of Proceedings (Vol.005 969-1224)
page 991

```
 1
 2
 3
 4
 5                                                    10:12:31
 6
 7
 8
 9
10                                                    10:12:48
11
12
13                      REDACTED
14
15                                                    10:13:07
16
17
18
19
20                                                    10:13:20
21
22
23
24
25                                                    10:13:32
```

Confidential - Attorney's Eyes Only

EXHIBIT 17 PAGE 449

MGA 0864804

Transcript of Proceedings (Vol.005 969-1224)
page 992

```
 1
 2
 3
 4
 5                                                    10:13:46
 6
 7
 8
 9
10                                                    10:14:03
11
12
13                    REDACTED
14
15                                                    10:14:22
16
17
18
19
20                                                    10:14:43
21
22
23
24
25                                                    10:14:59
```

Confidential - Attorney's Eyes Only

EXHIBIT 17 PAGE 450

MGA 0864805

Transcript of Proceedings (Vol.005 969-1224)
page 993

```
 1
 2
 3
 4
 5                                                      10:15:17
 6
 7
 8
 9
10                                                      10:15:36
11
12
13                      REDACTED
14
15                                                      10:15:57
16
17
18
19
20                                                      10:16:14
21
22
23
24
25                                                      10:16:28
```

EXHIBIT 17 PAGE 451

Confidential - Attorney's Eyes Only                                    MGA 0864806

Transcript of Proceedings (Vol.005 969-1224)
page 994

```
 1
 2
 3
 4
 5                                                          10:16:39
 6
 7
 8
 9
10                                                          10:16:52
11
12
13                    REDACTED
14
15                                                          10:17:04
16
17
18
19
20                                                          10:17:31
21
22
23
24
25                                                          10:17:43
```

EXHIBIT 17 PAGE 452

Confidential - Attorney's Eyes Only

MGA 0864807

Transcript of Proceedings (Vol.005 969-1224)
page 995

```
 1
 2
 3
 4
 5                                                        10:17:56
 6
 7
 8
 9
10                                                        10:18:14
11
12
13                          REDACTED
14
15                                                        10:18:28
16
17
18
19
20                                                        10:18:48
21
22
23
24
25                                                        10:18:58
```

EXHIBIT 17 PAGE 453

Confidential - Attorney's Eyes Only

MGA 0864808

Transcript of Proceedings (Vol.005 969-1224)
page 996

```
 1
 2
 3
 4
 5                                                    10:19:23
 6
 7
 8
 9
10                                                    10:19:40
11
12
13                    REDACTED
14
15                                                    10:19:53
16
17
18
19
20                                                    10:20:07
21
22
23
24
25                                                    10:20:16
```

EXHIBIT 12 PAGE 454

Confidential - Attorney's Eyes Only

MGA 0864809

Transcript of Proceedings (Vol.005 969-1224)
page 997

```
 1
 2
 3
 4
 5                                                              10:20:34
 6
 7
 8
 9                                                              10:20:48
10
11
12
13
14                         REDACTED
15                                                              10:21:10
16
17
18
19
20                                                              10:21:30
21
22
23
24
25                                                              10:22:16
```

EXHIBIT 17 PAGE 455

Confidential - Attorney's Eyes Only

MGA 0864810

Transcript of Proceedings (Vol.005 969-1224)
page 998

1
2
3
4
5                                                                    10:22:45
6
7
8
9
10                                                                   10:23:08
11
12
13                                    REDACTED
14
15                                                                   10:23:49
16
17
18
19
20                                                                   10:24:08
21
22
23
24
25                                                                   10:24:23

EXHIBIT 17 PAGE 456

Confidential - Attorney's Eyes Only                                    MGA 0864811

```
Transcript of Proceedings (Vol.005 969-1224)
page 999
        1
        2
        3
        4
        5                                                    10:24:45
        6
        7
        8
        9
       10                                                    10:25:18
       11
       12
       13                      REDACTED
       14
       15                                                    10:25:40
       16
       17
       18
       19
       20                                                    10:26:02
       21
       22
       23
       24
       25                                                    10:26:37
```

EXHIBIT 12 PAGE 457

Confidential - Attorney's Eyes Only

MGA 0864812

Transcript of Proceedings (Vol.005 969-1224)
page 1000

```
1
2
3
4
5                                              10:26:49
6
7
8
9
10                                             10:27:04
11
12
13                    REDACTED
14
15                                             10:27:24
16
17
18
19
20                                             10:27:33
21
22
23
24
25                                             10:27:47
```

Confidential - Attorney's Eyes Only

EXHIBIT 17 PAGE 458

MGA 0864813

Transcript of Proceedings (Vol.005 969-1224)
page 1001

```
 1
 2
 3
 4
 5                                                        10:27:55
 6
 7
 8
 9
10                                                        10:28:09
11
12
13                        REDACTED
14
15                                                        10:28:21
16
17
18
19
20                                                        10:28:38
21
22
23
24
25                                                        10:28:57
```

Confidential - Attorney's Eyes Only

EXHIBIT 17 PAGE 459

MGA 0864814

Transcript of Proceedings (Vol.005 969-1224)
page 1002

```
 1
 2
 3
 4
 5                                              10:29:11
 6
 7
 8
 9
10                                              10:29:23
11
12
13                    REDACTED
14
15                                              10:29:38
16
17
18
19
20                                              10:29:55
21
22
23
24
25                                              10:30:13
```

Transcript of Proceedings (Vol.005 969-1224)
page 1003

```
 1
 2
 3
 4
 5                                                    10:30:30
 6
 7
 8
 9
10                                                    10:30:56
11
12
13                        REDACTED
14
15                                                    10:31:16
16
17
18
19
20                                                    10:31:36
21
22
23
24
25                                                    10:31:53
```

EXHIBIT 17 PAGE 459

Confidential - Attorney's Eyes Only

MGA 0864816

Transcript of Proceedings (Vol.005 969-1224)
page 1004

```
 1
 2
 3
 4
 5                                                              10:32:08
 6
 7
 8
 9                                                              10:32:23
10                              REDACTED
11
12
13
14
15                                                              10:32:32
16
17
18
19
20                                                              10:32:42
21
22                       RECROSS-EXAMINATION
23      BY MR. SMITH:
24
25                              REDACTED                        10:32:45
```

EXHIBIT 17 PAGE 450

Confidential - Attorney's Eyes Only

MGA 0864817

Transcript of Proceedings (Vol.005 969-1224)
page 1005

```
 1
 2
 3
 4                                                      10:32:58
 5
 6
 7
 8
 9                                                      10:33:18
10
11
12
13                      REDACTED
14                                                      10:33:34
15
16
17
18
19                                                      10:33:45
20
21
22
23
24                                                      10:34:06
25
```

Confidential - Attorney's Eyes Only

EXHIBIT 17 PAGE 441

MGA 0864818

Transcript of Proceedings (Vol.005 969-1224)
page 1006

```
 1
 2
 3
 4       .
 5                                                          10:34:25
 6
 7
 8
 9
10                                                          10:34:38
11
12
13                      REDACTED
14
15                                                          10:34:55
16
17
18
19
20                                                          10:35:05
21
22
23
24
25                                                          10:35:16
```

EXHIBIT _Π_ PAGE _462_

Confidential - Attorney's Eyes Only

MGA 0864819

Transcript of Proceedings (Vol.005 969-1224)
page 1007

```
 1
 2
 3
 4
 5                                                    10:35:28
 6
 7
 8
 9
10                                                    10:35:41
11
12
13                      REDACTED
14
15                                                    10:36:31
16
17
18
19
20                                                    10:36:40
21
22
23
24
25                                                    10:36:55
```

Confidential - Attorney's Eyes Only

EXHIBIT 12 PAGE 463

MGA 0864820

Transcript of Proceedings (Vol.005 969-1224)
page 1008

```
 1
 2
 3
 4
 5                                                    10:37:02
 6
 7
 8
 9
10                                                    10:37:14
11
12
13                    REDACTED
14
15                                                    10:37:26
16
17
18
19
20                                                    10:37:46
21
22
23
24
25                                                    10:37:57
```

Confidential - Attorney's Eyes Only

EXHIBIT 17 PAGE 464

MGA 0864821

Transcript of Proceedings (Vol.005 969-1224)
page 1009

```
 1
 2
 3
 4
 5                                                        10:38:12
 6
 7
 8
 9
10                                                        10:38:26
11
12
13                      REDACTED
14
15                                                        10:38:32
16
17
18
19
20                                                        10:38:41
21
22
23
24
25                                                        10:38:48
```

EXHIBIT 17 PAGE 465

Confidential - Attorney's Eyes Only

MGA 0864822

Transcript of Proceedings (Vol.005 969-1224)
page 1010

```
 1
 2
 3
 4
 5                                              10:39:04
 6
 7
 8
 9
10                                              10:39:18
11
12
13                    REDACTED
14
15                                              10:39:26
16
17
18
19
20                                              10:39:43
21
22
23
24
25                                              10:40:01
```

Confidential - Attorney's Eyes Only

EXHIBIT 17  PAGE 464

MGA 0864823

Transcript of Proceedings (Vol.005 969-1224)
page 1011

```
 1
 2
 3
 4
 5                                                      10:40:12
 6
 7
 8
 9
10                                                      10:40:23
11
12
13                        REDACTED
14
15                                                      10:40:38
16
17
18
19
20                                                      10:40:48
21
22
23
24
25                                                      10:41:02
```

Confidential - Attorney's Eyes Only

EXHIBIT 11 PAGE 467

MGA 0864824

Transcript of Proceedings (Vol.005 969-1224)
page 1012

```
 1
 2
 3
 4
 5                                                    10:41:09
 6
 7
 8
 9
10                                                    10:41:19
11
12
13                        REDACTED
14
15                                                    10:41:55
16
17
18
19
20                                                    10:42:43
21
22
23
24
25                                                    10:42:58
```

Confidential - Attorney's Eyes Only

EXHIBIT 17 PAGE 468

MGA 0864825

Transcript of Proceedings (Vol.005 969-1224)
page 1013

```
 1
 2
 3
 4
 5                                                          10:43:15
 6
 7
 8
 9
10                                                          10:43:37
11
12
13                          REDACTED
14
15                                                          10:43:51
16
17
18
19
20                                                          10:44:09
21
22
23
24
25                                                          10:44:30
```

Confidential - Attorney's Eyes Only

EXHIBIT 17 PAGE 469

MGA 0864826

Transcript of Proceedings (Vol.005 969-1224)
page 1014



EXHIBIT 17   PAGE 470

MGA 0864827

Transcript of Proceedings (Vol.005 969-1224)
page 1015

```
 1
 2
 3
 4
 5                                                      10:45:49
 6
 7
 8
 9
10                                                      10:46:14
11
12
13                      REDACTED
14
15                                                      10:46:51
16
17
18
19
20                                                      10:47:05
21
22
23
24
25                                                      10:47:22
```

EXHIBIT 17  PAGE 471

Confidential - Attorney's Eyes Only

MGA 0864828

Transcript of Proceedings (Vol.005 969-1224)
page 1016

```
 1
 2
 3
 4
 5                                              10:47:49
 6
 7
 8
 9
10                                              10:47:59
11
12
13                    REDACTED
14
15                                              10:48:10
16
17
18
19
20                                              10:48:39
21
22
23
24
25                                              10:48:56
```

EXHIBIT 17 PAGE 472

Confidential - Attorney's Eyes Only

MGA 0864829

Transcript of Proceedings (Vol.005 969-1224)
page 1017

```
1
2
3
4
5                                                        10:49:15
6
7
8
9
10                                                       10:49:27
11
12
13                        REDACTED
14
15                                                       10:49:33
16
17
18
19
20                                                       10:49:45
21
22
23
24
25                                                       10:50:13
```

EXHIBIT 17 PAGE 473

Confidential - Attorney's Eyes Only

MGA 0864830

Transcript of Proceedings (Vol.005 969-1224)
page 1018

```
 1
 2
 3
 4
 5                                                    10:50:21
 6
 7
 8
 9
10                                                    10:50:30
11
12
13                      REDACTED
14
15                                                    10:50:44
16
17
18
19
20                                                    10:50:57
21
22
23
24
25                                                    10:51:09
```

EXHIBIT 17 PAGE 474

Confidential - Attorney's Eyes Only

MGA 0864831

Transcript of Proceedings (Vol.005 969-1224)
page 1019

```
1
2
3
4
5                                                              10:51:16
6
7
8
9
10                                                             10:51:29
11
12
13                          REDACTED
14
15                                                             10:51:45
16
17
18
19
20                                                             10:52:02
21
22
23
24
25                                                             10:52:14
```

EXHIBIT 17 PAGE 475

Confidential - Attorney's Eyes Only

MGA 0864832

Transcript of Proceedings (Vol.005 969-1224)
page 1020



```
 1
 2
 3
 4
 5                                                  10:52:28
 6
 7
 8
 9
10                                                  10:52:39
11
12
13                    REDACTED
14
15                                                  10:52:52
16
17
18
19
20                                                  10:53:03
21
22
23
24
25                                                  10:53:28
```

EXHIBIT 17 PAGE 476

Confidential - Attorney's Eyes Only

MGA 0864833

Transcript of Proceedings (Vol.005 969-1224)
page 1021



```
 1
 2
 3
 4
 5                                                        10:53:40
 6
 7
 8
 9
10                                                        10:53:51
11
12
13                        REDACTED
14
15                                                        10:54:02
16
17
18
19
20                                                        10:54:23
21
22
23
24
25                                                        10:54:30
```

Confidential - Attorney's Eyes Only

EXHIBIT 17 PAGE 477

MGA 0864834

Transcript of Proceedings (Vol.005 969-1224)
page 1022

```
 1
 2
 3
 4
 5                                                                    10:54:40
 6
 7
 8
 9                                                                    10:54:52
10
11
12
13                        REDACTED
14
15                                                                   10:55:04
16
17
18
19
20                                                                   10:55:14
21
22
23
24
25                                                                   10:55:37
```

EXHIBIT 1 PAGE 478

Confidential - Attorney's Eyes Only

MGA 0864835

Transcript of Proceedings (Vol.005 969-1224)
page 1023

```
 1
 2
 3
 4
 5                                                    10:56:03
 6
 7
 8
 9
10                                                    10:56:20
11
12
13                        REDACTED
14
15                                                    10:56:30
16
17
18
19
20                                                    10:56:42
21
22
23
24
25                                                    10:56:52
```

Confidential - Attorney's Eyes Only

EXHIBIT 17 PAGE 479

MGA 0864836

Transcript of Proceedings (Vol.005 969-1224)
page 1024

```
 1
 2
 3
 4
 5                                                          10:57:08
 6
 7
 8
 9
10                                                          10:57:22
11
12
13                        REDACTED
14
15                                                          10:57:34
16
17
18
19
20                                                          10:57:47
21
22
23
24
25                                                          10:58:14
```

Confidential - Attorney's Eyes Only

EXHIBIT 17 PAGE 460

MGA 0864837

Transcript of Proceedings (Vol.005 969-1224)
page 1025

```
 1
 2
 3
 4
 5                                                            10:58:25
 6
 7
 8
 9
10                                                            10:58:35
11
12
13                        REDACTED
14
15                                                            10:58:43
16
17
18
19
20                                                            10:58:55
21
22
23
24
25                                                            10:59:07
```

Confidential - Attorney's Eyes Only

EXHIBIT 11 PAGE 481

MGA 0864838

Transcript of Proceedings (Vol.005 969-1224)
page 1026

```
 1
 2
 3
 4
 5                                              10:59:19
 6
 7
 8
 9
10                                              10:59:30
11
12                  REDACTED
13
14
15                                              11:00:09
16
17
18
19
20                                              11:00:29
21
22
23
24
25                                              11:00:44
```

Confidential - Attorney's Eyes Only

EXHIBIT 17  PAGE 482

MGA 0864839

Transcript of Proceedings (Vol.005 969-1224)
page 1027

```
 1
 2
 3
 4
 5                                                      11:00:51
 6
 7
 8
 9
10                                                      11:01:04
11
12
13                    REDACTED
14
15                                                      11:01:20
16
17
18
19
20                                                      11:01:30
21
22
23
24
25                                                      11:01:40
```

Confidential - Attorney's Eyes Only

EXHIBIT 17 PAGE 483

MGA 0864840

Transcript of Proceedings (Vol.005 969-1224)
page 1028

```
         1
         2
         3
         4
         5                                              11:01:53
         6
         7
         8
         9
        10                                              11:02:03
        11
        12
        13              REDACTED
        14
        15                                              11:02:19
        16
        17
        18
        19
        20                                              11:02:31
        21
        22
        23
        24
        25                                              11:02:37
```

EXHIBIT 17 PAGE 484

Transcript of Proceedings (Vol.005 969-1224)
page 1029

```
 1
 2
 3
 4
 5                                                    11:03:23
 6
 7
 8
 9
10                                                    11:03:37
11
12
13                    REDACTED
14
15                                                    11:03:52
16
17
18
19
20                                                    11:04:22
21
22
23
24
25                                                    11:04:35
```

EXHIBIT 11 PAGE 485

Confidential - Attorney's Eyes Only

MGA 0864842

Transcript of Proceedings (Vol.005 969-1224)
page 1030

```
 1
 2
 3
 4
 5                                                    11:04:47
 6
 7
 8
 9
10                                                    11:05:03
11
12
13                      REDACTED
14
15                                                    11:05:10
16
17
18
19
20                                                    11:05:29
21
22
23
24
25                                                    11:05:49
```

Confidential - Attorney's Eyes Only

EXHIBIT 12 PAGE 430

MGA 0864843

Transcript of Proceedings (Vol.005 969-1224)
page 1031

1
2
3
4
5                                                              11:06:25
6
7
8
9                                                              11:06:35
10
11
12
13                          *REDACTED*
14
15                                                             11:06:51
16
17
18
19
20                                                             11:07:11
21
22
23
24
25                                                             11:07:20

Confidential - Attorney's Eyes Only

EXHIBIT 17 PAGE 487                      MGA 0864844

Transcript of Proceedings (Vol.005 969-1224)
page 1032

```
 1
 2
 3
 4
 5                                                          11:07:32
 6
 7
 8
 9
10                                                          11:07:39
11
12
13                        REDACTED
14
15                                                          11:07:53
16
17
18
19
20                                                          11:08:06
21
22
23
24
25                                                          11:08:20
```

Confidential - Attorney's Eyes Only

EXHIBIT D PAGE 489

MGA 0864845

Transcript of Proceedings (Vol.005 969-1224)
page 1033

```
 1
 2
 3
 4
 5                                                    11:08:39
 6
 7
 8
 9
10                                                    11:09:02
11
12
13                      REDACTED
14
15                                                    11:09:24
16
17
18
19
20                                                    11:09:38
21
22
23
24
25                                                    11:09:50
```

Confidential - Attorney's Eyes Only

EXHIBIT 17  PAGE 490

MGA 0864846

Transcript of Proceedings (Vol.005 969-1224)
page 1034

```
 1
 2
 3
 4
 5                                                    11:10:03
 6
 7
 8
 9
10                                                    11:10:16
11
12
13                       REDACTED
14
15                                                    11:11:45
16
17
18
19
20                                                    11:11:56
21
22
23
24
25                                                    11:12:07
```

Confidential - Attorney's Eyes Only

EXHIBIT 17 PAGE 491

MGA 0864847

Transcript of Proceedings (Vol.005 969-1224)
page 1035

```
 1
 2
 3
 4
 5                                                        11:12:15
 6
 7
 8
 9
10                                                        11:12:24
11
12
13                      REDACTED
14
15                                                        11:12:43
16
17
18
19
20                                                        11:13:05
21
22
23
24
25                                                        11:13:14
```

Confidential - Attorney's Eyes Only

EXHIBIT 17 PAGE 492

MGA 0864848

Transcript of Proceedings (Vol.005 969-1224)
page 1036

```
 1
 2
 3
 4
 5                                              11:13:22
 6
 7
 8
 9                                              11:13:40
10
11
12
13                    REDACTED
14
15                                              11:13:53
16
17
18
19
20                                              11:14:05
21
22
23
24
25                                              11:14:21
```

EXHIBIT 17 PAGE 443

Confidential - Attorney's Eyes Only

MGA 0864849

Transcript of Proceedings (Vol.005 969-1224)
page 1037

```
 1
 2
 3
 4
 5                                                      11:15:07
 6
 7
 8
 9
10                                                      11:15:22
11
12
13                      REDACTED
14
15                                                      11:15:35
16
17
18
19
20                                                      11:15:53
21
22
23
24
25                                                      11:16:04
```

Confidential - Attorney's Eyes Only

EXHIBIT 17  PAGE 494

MGA 0864850

Transcript of Proceedings (Vol.005 969-1224)
page 1038

1
2
3
4
5                                                          11:16:14
6
7
8
9                                                          11:16:26
10
11
12
13                        *REDACTED*
14
15                                                         11:16:37
16
17
18
19
20                                                         11:16:54
21
22
23
24
25                                                         11:17:09

EXHIBIT 17 PAGE 495

Confidential - Attorney's Eyes Only

MGA 0864851

Transcript of Proceedings (Vol.005 969-1224)
page 1039

```
 1
 2
 3
 4
 5                                                    11:17:18
 6
 7
 8
 9
10                                                    11:17:34
11
12
13                    REDACTED
14
15                                                    11:17:47
16
17
18
19
20                                                    11:18:02
21
22
23
24
25                                                    11:18:17
```

EXHIBIT 12   PAGE 496

Confidential - Attorney's Eyes Only

MGA 0864852

Transcript of Proceedings (Vol.005 969-1224)
page 1040

```
 1
 2
 3
 4                                                          11:18:35
 5
 6
 7
 8
 9                                                          11:18:45
10
11
12
13                      REDACTED
14                                                          11:18:55
15
16
17
18
19                                                          11:19:06
20
21
22
23
24                                                          11:19:12
25
```

Confidential - Attorney's Eyes Only

EXHIBIT 17 PAGE 497

MGA 0864853

Transcript of Proceedings (Vol.005 969-1224)
page 1041

```
 1
 2
 3
 4                                                        11:19:20
 5
 6
 7
 8
 9                                                        11:19:31
10                        REDACTED
11
12
13
14                                                        11:19:43
15
16
17
18
19                                                        11:39:10
20
21
22
23              FURTHER REDIRECT EXAMINATION
24    BY MR. WINTHROP:
25                        REDACTED                        11:39:21
```

Confidential - Attorney's Eyes Only

EXHIBIT 17 PAGE 498    MGA 0864854

Transcript of Proceedings (Vol.005 969-1224)
page 1042

```
 1
 2
 3
 4
 5                                                         11:39:35
 6
 7
 8
 9
10                                                         11:39:44
11
12
13                          REDACTED
14
15                                                         11:39:56
16
17
18
19
20                                                         11:40:19
21
22
23
24
25                                                         11:40:38
```

Confidential - Attorney's Eyes Only

EXHIBIT 17  PAGE 499      MGA 0864855

```
Transcript of Proceedings (Vol.005 969-1224)
page 1043
        1
        2
        3
        4                                                    11:40:49
        5
        6
        7
        8
        9                                                    11:41:00
       10
       11
       12
       13                    REDACTED
       14                                                    11:41:20
       15
       16
       17
       18
       19                                                    11:41:41
       20
       21
       22
       23
       24                                                    11:42:04
       25
```

Confidential - Attorney's Eyes Only

EXHIBIT 17 PAGE 500                    MGA 0864856

Transcript of Proceedings (Vol.005 969-1224)
page 1044

```
 1
 2
 3
 4
 5                                                          11:42:20
 6
 7
 8
 9
10                                                          11:42:36
11
12
13                      REDACTED
14
15                                                          11:42:50
16
17
18
19
20                                                          11:43:04
21
22
23
24
25                                                          11:43:13
```

Confidential - Attorney's Eyes Only

EXHIBIT 17 PAGE 501

MGA 0864857

```
Transcript of Proceedings (Vol.005 969-1224)
page 1045
        1
        2
        3
        4
        5                                                          11:43:20
        6
        7
        8
        9                                                          11:43:30
       10
       11
       12
       13                        REDACTED
       14
       15                                                          11:43:43
       16
       17
       18
       19
       20                                                          11:43:54
       21
       22
       23
       24
       25                                                          11:44:13
```

EXHIBIT 1 PAGE 502

Confidential - Attorney's Eyes Only

MGA 0864858

Transcript of Proceedings (Vol.005 969-1224)
page 1046

1
2
3
4
5                                                          11:44:25
6
7
8
9                                                          11:44:31
10
11
12
13                        *REDACTED*
14
15                                                         11:44:43
16
17
18
19                                                         11:44:55
20
21
22
23
24
25                                                         11:45:05

**Confidential - Attorney's Eyes Only**

EXHIBIT 17 PAGE 503

MGA 0864859

Transcript of Proceedings (Vol.005 969-1224)
page 1047



| | | |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | 11:45:16 |
| 6 | | |
| 7 | | |
| 8 | | |
| 9 | | |
| 10 | | 11:45:26 |
| 11 | | |
| 12 | | |
| 13 | REDACTED | |
| 14 | | |
| 15 | | 11:45:41 |
| 16 | | |
| 17 | | |
| 18 | | |
| 19 | | |
| 20 | | 11:45:49 |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | 11:45:57 |

Confidential - Attorney's Eyes Only

EXHIBIT 17 PAGE 504

MGA 0864860

```
Transcript of Proceedings (Vol.005 969-1224)
page 1048
```

```
 1
 2
 3
 4                                                11:46:30
 5
 6
 7
 8
 9
10                                                11:46:47
11
12
13              REDACTED
14                                                11:47:03
15
16
17
18
19
20                                                11:47:12
21
22
23
24                                                11:47:19
25
```

Confidential - Attorney's Eyes Only

SOS

MGA 0864861

Transcript of Proceedings (Vol.005 969-1224)
page 1049

```
 1
 2
 3
 4
 5                                                              11:47:41
 6
 7
 8
 9
10                                                              11:47:54
11
12
13                      REDACTED
14
15                                                              11:48:06
16
17
18
19
20                                                              11:48:29
21
22
23
24
25                                                              11:48:45
```

Confidential - Attorney's Eyes Only

MGA 0864862

Transcript of Proceedings (Vol.005 969-1224)
page 1050

```
 1
 2
 3
 4                                                   11:48:59
 5
 6
 7
 8
 9                                                   11:49:14
10
11
12
13                    REDACTED
14                                                   11:49:27
15
16
17
18
19                                                   11:49:41
20
21
22
23
24                                                   11:49:53
25
```

Confidential - Attorney's Eyes Only

EXHIBIT 11 PAGE 507

MGA 0864863

```
Transcript of Proceedings (Vol.005 969-1224)
page 1051
```

```
 1
 2
 3
 4
 5                                                    11:50:06
 6
 7
 8
 9
10                                                    11:50:16
11
12
13                      REDACTED
14
15                                                    11:50:37
16
17
18
19
20                                                    11:50:49
21
22
23
24
25                                                    11:51:01
```

Confidential - Attorney's Eyes Only

EXHIBIT 11 PAGE 508

MGA 0864864

Transcript of Proceedings (Vol.005 969-1224)
page 1052

```
 1
 2
 3
 4
 5                                                              11:51:20
 6
 7
 8
 9
10                                                              11:51:35
11
12
13                          REDACTED
14
15                                                              11:52:15
16
17
18
19
20                                                              11:52:29
21
22
23
24
25                                                              11:53:47
```

Confidential - Attorney's Eyes Only

EXHIBIT 17 PAGE 509

MGA 0864865

Transcript of Proceedings (Vol.005 969-1224)
page 1054

```
 1
 2
 3
 4                        REDACTED                          11:54:16
 5
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25                                            1053
```

(Proceedings continue at 1:34 p.m.)

```
 1
13:34:38
 2
 3        ARBITRATOR FELLAS:  Welcome back, Mr. Larian.
 4        THE WITNESS:  Thank you.
 5        ARBITRATOR FELLAS:  May I remind you you're still
 6   under oath.
 7        THE WITNESS:  Yes.
 8        ARBITRATOR FELLAS:  And I'll hand you back over to
 9   Mr. Winthrop.
10              REDIRECT EXAMINATION
11   BY MR. WINTHROP:
12        Q    Mr. Larian, do you recall Mr. Kinsella in
13   yesterday's testimony asking you about an e-mail you sent
14   to Mark Nehooray on May 7th, 2003, setting up a --
15   regarding setting up a meeting with Brian Farrell of THQ?
13:35:15
16        A    I do.
17        Q    At the time -- was this about the same time
18   that you were arranging a meeting with UbiSoft personnel
19   at E3?
20        A    I don't remember if -- I think about the same
21   time.
22        MR. KINSELLA:  Can I -- this is just a request.  I
23   promise not to do it again.  You're asking questions that
24   are just yes and noes.  You're not eliciting testimony.
25   You're asking affirmation statements.  It's just a little
```

EXHIBIT 17 PAGE 510

Confidential - Attorney's Eyes Only                                    MGA 0864866

Transcript of Proceedings (Vol.005 969-1224)
page 1070

```
 1              MR. WINTHROP:  Mr. Fellas, I can show you this in a
13:54:34
 2      second.  That's the reply brief, saying exactly what
 3      documents --
 4              ARBITRATOR FELLAS:  All right.  Why don't you --
 5      why don't we let Mr. Larian go out of the room.
 6              (The witness leaves the arbitration room.)
 7
 8
 9
10
11
12
13
14
15
13:55:02
16                              Redacted
17
18
19
20
21
22
23
24
25
```

Confidential - Attorney's Eyes Only

EXHIBIT 17 PAGE 511

MGA 0864882

Transcript of Proceedings (Vol.005 969-1224)
page 1071

```
 1
13:55:45
 2
 3
 4
 5
 6
 7
 8
 9
10
11
12
13                              Redacted
14
15
13:56:25
16
17
18
19
20
21
22
23
24
25
```

Confidential - Attorney's Eyes Only

EXHIBIT 17 PAGE 512

MGA 0864883

Transcript of Proceedings (Vol.005 969-1224)
page 1072

```
 1
13:57:01
 2
 3
 4
 5
 6
 7
 8
 9
10
11
12
13                                              Redacted
14
15
13:57:33
16
17
18
19
20
21
22
23
24
25
```

Confidential - Attorney's Eyes Only

EXHIBIT 17 PAGE 513          MGA 0864884

Transcript of Proceedings (Vol.005 969-1224)
page 1073

```
 1
13:58:07
 2
 3
 4
 5
 6
 7
 8
 9
10
11
12
13                              Redacted
14
15
13:58:37
16
17
18
19
20
21
22
23
24
25
```

Confidential - Attorney's Eyes Only

EXHIBIT 11 PAGE 514

MGA 0864885

Transcript of Proceedings (Vol.005 969-1224)
page 1074

```
 1
13:59:01
 2
 3
 4
 5
 6
 7
 8
 9
10
11
12
13                              Redacted
14
15
13:59:30
16
17
18
19
20
21
22
23
24
25
```

Confidential - Attorney's Eyes Only

EXHIBIT 17 PAGE 515          MGA 0864886

Transcript of Proceedings (Vol.005 969-1224)
page 1075

```
 1
13:59:59
 2
 3
 4
 5
 6
 7
 8
 9
10
11
12                                    Redacted
13
14
15
14:00:28
16
17
18
19
20
21
22
23
24
25
```

Confidential - Attorney's Eyes Only

EXHIBIT 17 PAGE 516          MGA 0864887

Transcript of Proceedings (Vol.005 969-1224)
page 1076

```
 1
14:01:04
 2
 3
 4
 5
 6
 7
 8
 9
10
11
12
13                                        Redacted
14
15
14:01:44
16
17
18
19
20
21
22
23
24
25
```

Confidential - Attorney's Eyes Only

EXHIBIT 17 PAGE 517    MGA 0864888

Transcript of Proceedings (Vol.005 969-1224)
page 1077

```
  1
14:02:19
  2
  3
  4
  5
  6
  7
  8
  9
 10
 11
 12
 13                          Redacted
 14
 15
14:03:05
 16
 17
 18
 19
 20
 21
 22
 23
 24
 25
```

Confidential - Attorney's Eyes Only

EXHIBIT 17 PAGE 518

MGA 0864889

Transcript of Proceedings (Vol.005 969-1224)
page 1078

```
 1
14:03:33
 2
 3
 4
 5
 6
 7
 8
 9
10
11
12
13                                    Redacted
14
15
14:04:00
16
17
18
19
20
21
22
23
24
25
```

Confidential - Attorney's Eyes Only

EXHIBIT 12 PAGE 509

MGA 0864890

Transcript of Proceedings (Vol.005 969-1224)
page 1079

```
 1
14:04:28
 2
 3
 4
 5
 6
 7
 8
 9
10
11
12
13                              Redacted
14
15
14:04:59
16
17
18
19
20
21
22
23
24
25
```

Confidential - Attorney's Eyes Only

EXHIBIT 17 PAGE 520          MGA 0864891

Transcript of Proceedings (Vol.005 969-1224)
page 1080

```
 1
14:05:31
 2
 3
 4
 5
 6
 7
 8
 9
10
11
12
13                                    Redacted
14
15
14:05:59
16
17
18
19
20
21
22
23
24
25
```

Confidential - Attorney's Eyes Only

EXHIBIT 12 PAGE 521

MGA 0864892

Transcript of Proceedings (Vol.005 969-1224)
page 1081

```
 1
14:06:18
 2
 3
 4
 5
 6
 7
 8
 9
10
11
12
13                              Redacted
14
15
14:06:54
16
17
18
19
20
21
22
23
24
25
```

Confidential - Attorney's Eyes Only

EXHIBIT 11 PAGE 522

MGA 0864893

Transcript of Proceedings (Vol.005 969-1224)
page 1082

```
 1
14:07:13
 2
 3
 4
 5
 6
 7
 8
 9
10
11
12
13                              Redacted
14
15
14:07:49
16
17
18
19
20
21
22
23
24
25
```

EXHIBIT 17 PAGE 523

Confidential - Attorney's Eyes Only

MGA 0864894

Transcript of Proceedings (Vol.005 969-1224)
page 1083

```
 1
14:08:23
 2
 3
 4
 5
 6
 7
 8
 9
10
11
12
13                              Redacted
14
15
14:09:00
16
17
18
19
20
21
22
23
24
25
```

EXHIBIT 17 PAGE 523

Confidential - Attorney's Eyes Only

MGA 0864895

Transcript of Proceedings (Vol.005 969-1224)
page 1084

```
 1
14:09:37
 2
 3
 4
 5
 6
 7
 8
 9
10
11
12
13                              Redacted
14
15
14:10:14
16
17
18
19
20
21
22
23
24
25
```

Confidential - Attorney's Eyes Only

EXHIBIT 17 PAGE 524

MGA 0864896

Transcript of Proceedings (Vol.005 969-1224)
page 1085

```
 1
14:10:41
 2                    (
 3
 4
 5                    )
 6                    (
 7                    (
 8                    .
 9
10                    (
11
12
13                              Redacted
14
15
14:11:08
16                    .
17                    .
18                    )
19                    )
20                    :
21
22
23                    .
24
25                    :
```

Confidential - Attorney's Eyes Only

EXHIBIT 17 PAGE 525

MGA 0864897

```
Transcript of Proceedings (Vol.005 969-1224)
page 1086

 1
14:11:30
 2
 3
 4
 5
 6
 7
 8
 9
10
11
12
13                                    Redacted
14
15
14:12:12
16
17
18
19
20
21
22
23
24
25
```

Confidential - Attorney's Eyes Only

EXHIBIT 17 PAGE 520

MGA 0864898

Transcript of Proceedings (Vol.005 969-1224)
page 1087

```
 1
14:12:36
 2
 3
 4
 5
 6
 7
 8
 9
10
11
12
13                              Redacted
14
15
14:13:06
16
17
18
19
20
21
22
23
24
25
```

Confidential - Attorney's Eyes Only                    EXHIBIT 17 PAGE 527                    MGA 0864899

Transcript of Proceedings (Vol.005 969-1224)
page 1088

```
 1
14:13:37
 2
 3
 4
 5
 6
 7
 8
 9
10
11
12
13                              Redacted
14
15
14:14:10
16
17
18
19
20
21
22
23
24
25
```

EXHIBIT 12  PAGE 528

Confidential - Attorney's Eyes Only                    MGA 0864900

Transcript of Proceedings (Vol.005 969-1224)
page 1089

```
 1
14:14:40
 2
 3
 4
 5
 6
 7                                        Redacted
 8
 9
10
11
12
13
14
15
14:15:19
16              BY MR. WINTHROP:
17                   Q    Mr. Larian, did you meet with Mr. Farrell on
18              June 3rd?
19                   A    I did not.
20                   Q    Why not?
21                   A    Because my secretary had -- who was keeping my
22              calendar, Noel Miri, had made a mistake and had me,
23              basically, in two places at one time, where she didn't
24              even have -- to the best of my recollection, she did not
25              have the meeting with Brian Farrell in my calendar.
```

Confidential - Attorney's Eyes Only

EXHIBIT 12 PAGE 529

MGA 0864901

Transcript of Proceedings (Vol.005 969-1224)
page 1147

```
 1            BY MR. KINSELLA:
15:46:52
 2                Q    Yes.  First if I can identify it.
 3                     Exhibit 1030 is dated at the top 9-12-02, "MGA
 4            Licensing Meeting Notes," and you'll see that the MGA
 5            attendees -- you are the first one.
 6                A    That's what the document says.
 7                Q    You're certainly free to read the whole
 8            document, but I'm only going to ask you about the last
 9            paragraph.  But you do whatever you wish to do.
10                A    I'd like to read it.
11
12
13
14
15
15:47:52
16
17
18                                    Redacted
19
20
21
22
23
24
25
```

Confidential - Attorney's Eyes Only

EXHIBIT 17 PAGE 530

MGA 0864959

Transcript of Proceedings (Vol.005 969-1224)
page 1148

```
  1
15:48:16
  2
  3
  4
  5
  6
  7
  8
  9
 10
 11
 12
 13                          Redacted
 14
 15
15:48:50
 16
 17
 18
 19
 20
 21
 22
 23
 24
 25
```

Confidential - Attorney's Eyes Only

EXHIBIT 17 PAGE 531

MGA 0864960

Transcript of Proceedings (Vol.005 969-1224)
page 1209

```
 1
16:58:07
 2
 3
 4
 5
 6
 7
 8
 9
10
11
12
13                                    Redacted
14
15
16:58:44
16
17
18
19
20
21
22
23
24
25
```

Confidential - Attorney's Eyes Only

EXHIBIT 17 PAGE 532

MGA 0865021

Transcript of Proceedings (Vol.005 969-1224)
page 1210

```
 1
16:59:11
 2
 3
 4
 5
 6
 7
 8
 9
10
11
12
13                                    Redacted
14
15
16:59:40
16
17
18
19
20
21
22
23
24
25
```

Confidential - Attorney's Eyes Only

EXHIBIT 17 PAGE 533

MGA 0865022

Transcript of Proceedings (Vol.005 969-1224)
page 1211

```
  1
17:00:14
  2
  3
  4
  5
  6
  7
  8
  9
 10
 11
 12
 13                            Redacted
 14
 15
17:00:59
 16
 17
 18
 19
 20
 21
 22
 23
 24
 25
```

Confidential - Attorney's Eyes Only

EXHIBIT 17 PAGE 534

MGA 0865023

Transcript of Proceedings (Vol.005 969-1224)
page 1212

```
 1
17:01:34
 2
 3
 4
 5
 6
 7
 8
 9
10
11
12
13                              Redacted
14
15
17:02:18
16
17
18
19
20
21
22
23
24
25
```

Confidential - Attorney's Eyes Only

EXHIBIT 17 PAGE 535

MGA 0865024

Transcript of Proceedings (Vol.005 969-1224)
page 1213

```
 1
17:02:50
 2
 3
 4
 5
 6
 7
 8
 9
10
11
12
13                                    Redacted
14
15
17:03:39
16
17
18
19
20
21
22
23
24
25
```

Confidential - Attorney's Eyes Only

EXHIBIT 11 PAGE 536

MGA 0865025

Transcript of Proceedings (Vol.005 969-1224)
page 1214

```
 1
17:04:21
 2
 3
 4
 5                                                              to
 6
 7                                                              us
 8                                                              t.
 9
10
11                                                              at
12                                                              as
13                          Redacted                            f
14
15
17:04:55
16
17
18                                                              .
19
20
21
22
23
24
25
```

Confidential - Attorney's Eyes Only

EXHIBIT 47 PAGE 537

MGA 0865026

Transcript of Proceedings (Vol.005 969-1224)
page 1215

```
 1
17:05:26
 2
 3
 4
 5
 6
 7
 8
 9
10
11
12
13                              Redacted
14
15
17:06:07
16
17
18
19
20
21
22
23
24
25
```

EXHIBIT 17 PAGE 538

Confidential - Attorney's Eyes Only

MGA 0865027

```
Transcript of Proceedings (Vol.005 969-1224)
page 1216

 1
17:06:44
 2
 3
 4
 5
 6
 7
 8
 9
10
11
12
13                              Redacted
14
15
17:07:07
16
17
18
19
20
21
22
23
24
25
```

Confidential - Attorney's Eyes Only

EXHIBIT 11 PAGE 537

MGA 0865028

```
Transcript of Proceedings (Vol.005 969-1224)
page 1217

 1
17:07:33
 2
 3
 4
 5
 6
 7
 8
 9
10
11
12
13                                    Redacted
14
15
17:08:09
16
17
18
19
20
21
22
23
24
25
```

Confidential - Attorney's Eyes Only

EXHIBIT 14 PAGE 540

MGA 0865029

Transcript of Proceedings (Vol.005 969-1224)
page 1218

```
 1
17:08:34
 2
 3
 4
 5
 6
 7
 8
 9
10
11
12
13                                    Redacted
14
15
17:09:13
16
17
18
19
20
21
22
23
24
25
```

EXHIBIT __17__ PAGE __541__

Confidential - Attorney's Eyes Only

MGA 0865030

Transcript of Proceedings (Vol.005 969-1224)
page 1219

```
 1
17:09:37
 2
 3                                          Redacted
 4
 5
 6
 7                                       EXAMINATION
 8       BY ARBITRATOR FELLAS:
 9            Q    I just want to go back over your testimony
10       about when you were driving in your car.
11            This was the day of the meeting.
12            A    Yes.
13            Q    And you didn't show up for a meeting with
14       Mr. Farrell?
15
17:12:52
16            A    No, I did not.
17            Q    Did you call them afterwards and apologize?
18            A    Call with Brian Farrell?  Yes, I did.  I
19       believe I did call and apologize.
20            Q    So you spoke to him?
21            A    I did not talk to him.  His secretary, I
22       believe, to the best of my recollection, answers his
23       phone.
24            Q    Okay.
25            A    And either me or Noel called and said, I'm
```

Confidential - Attorney's Eyes Only

EXHIBIT __17__ PAGE __542__

MGA 0865031

Transcript of Proceedings (Vol.005 969-1224)
page 1222

```
 1                    So he sends regular recaps, observations, et
17:15:42
 2        cetera.  So he had sent it to me.
 3                    And I went to him and said, "Who do you think
 4        is good?"  And maybe on this survey they had mentioned --
 5        again, I don't remember.  EA, Activision, and Vivendi,
 6        and that's what I asked.
 7                    ARBITRATOR FELLAS:  All right.  And that's all the
 8        questions I had.
 9
10
11
12
13
14
15
17:16:45
16
17                              Redacted
18
19
20
21
22
23
24
25
```

EXHIBIT 17  PAGE 543

Confidential - Attorney's Eyes Only                                    MGA 0865034

Transcript of Proceedings (Vol.005 969-1224)
page 1223

```
 1
17:17:30
 2
 3
 4
 5
 6
 7
 8
 9
10
11
12                                          Redacted
13
14
15
17:18:07
16
17
18
19
20
21
22
23
24
25                                          -***-
```

EXHIBIT 17  PAGE 544

Confidential - Attorney's Eyes Only

MGA 0865035

Transcript of Proceedings (Vol.005 969-1224)
page 1224

1
2
3
4
5                                    I, the undersigned, a Certified Shorthand
6          Reporter of the State of California, do hereby certify:
7                  That the foregoing proceedings were taken
8          before me at the time and place herein set forth; that
9          any witnesses in the foregoing proceedings, prior to
10         testifying, were placed under oath; that a verbatim
11         record of the proceedings was made by me using machine
12         shorthand, which was thereafter transcribed under my
13         direction; further, that the foregoing is an accurate
14         transcription thereof.
15                 I further certify that I am neither
16         financially interested in the action nor a relative or
17         employee of any attorney of any of the parties.
18                 IN WITNESS WHEREOF, I have this date
19         subscribed my name.
20
21
22             Dated: _____
23
24                                    _____
                                      SHERRYL DOBSON
25                                    CSR No. 5713

EXHIBIT 17 PAGE 545

Confidential - Attorney's Eyes Only                                    MGA 0865036

**EXHIBIT 18**

10:02:14  1

2

3  In the Arbitration of              )

4  FUN 4 ALL CORPORATION, a Delaware   )

5  corporation, and SCOTT BACHRACH,    )

6  an individual,                      )

7     Claimants and Cross-Respondents, )

8     vs.                              )

9  ABC INTERNATIONAL TRADERS, INC.,    )

10  D/B/A MGA ENTERTAINMENT,           )

11  a California corporation,          )

12     Respondent and Cross-Claimant.  )

13                                     )

14

15

16

17  DEPOSITION OF:

18     ISAAC LARIAN

19     THURSDAY, MAY 30, 2002

20     10:04 A.M.

21

22

23  Reported by:

24     Kathleen E. McCarthy

25     CSR No. 4483

1

EXHIBIT __18__ PAGE __544__

Confidential - Attorney's Eyes Only

MGA 0862565

1 Deposition of ISAAC LARIAN, the witness, taken

2 on behalf of the Claimants and Cross-Respondents, on

3 Thursday, May 30, 2002, 10:04 a.m., at 1900 Avenue

4 of the Stars, Suite 2100, Los Angeles, California,

5 before Kathleen E. McCarthy, CSR No. 4483, pursuant

6 to Notice.

7

8 APPEARANCES OF COUNSEL:

9  FOR CLAIMANTS AND CROSS-RESPONDENTS:

10  GREENBERG GLUSKER FIELDS CLAMAN MACHTINGER

11  & KINSELLA LLP

12  BY:  DALE KINSELLA, ESQ.

13   STEPHEN S. SMITH, ESQ.

14  1900 Avenue of the Stars

15  Suite 2100

16  Los Angeles, California  90067

17

18  FOR RESPONDENT AND CROSS-CLAIMANT:

19  CHRISTENSEN, MILLER, FINK, JACOBS, GLASER,

20  WEIL & SHAPIRO, LLP

21  BY:  CAROLINE H. MANKEY, ATTORNEY AT LAW

22  2121 Avenue of the Stars

23  Eighteenth Floor

24  Los Angeles, California  90067

25

EXHIBIT __18__ PAGE **547**

Confidential - Attorney's Eyes Only

MGA 0862566

1  APPEARANCES (Continued):

2      ALSO PRESENT:  JULIE MOTE, ATTORNEY AT LAW

3          SCOTT BACHRACH

4          SCOTT MARSHALL

5          DANIEL ROCCO, VIDEOGRAPHER

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

EXHIBIT  18  PAGE 548

Confidential - Attorney's Eyes Only

MGA 0862567