CONFIDENTIAL

| | |
|---|---|
| 14:30:28 1   A. It's kind of broad, but to a certain extent<br>14:30:32 2  that would include that.<br>14:30:36 3   Q. If MGA is not enjoined from doing so by the<br>14:30:42 4  court, will MGA seek to block importation of these<br>14:30:50 5  dolls?<br>14:30:53 6   MR. O'BRIEN: I'll admonition the witness<br>14:30:54 7  not to answer that question if you would need to<br>14:30:58 8  disclose an attorney/client communication in order<br>14:31:00 9  to do so.<br>14:31:02 10   THE WITNESS: I would need to disclose an<br>14:31:04 11  attorney/client communication.<br>14:31:06 12  BY MR. FREEBORN:<br>14:31:06 13   Q. So as you sit here today, you are declining<br>14:31:11 14  to give McDonald's any assurances that if not<br>14:31:16 15  enjoined by the court MGA would seek to block<br>14:31:20 16  importation of the dolls?<br>14:31:21 17   MR. O'BRIEN: No. What he's declining to<br>14:31:23 18  do is disclose privileged communication.<br>14:31:26 19  BY MR. FREEBORN:<br>14:31:26 20   Q. Can you give me any assurances today that<br>14:31:30 21  MGA would not seek to block importation of the<br>14:31:33 22  dolls?<br>14:31:34 23   A. I believe I'm here to give testimony and<br>14:31:35 24  not assurances.<br>14:31:38 25   Q. So the answer's no?<br><br>26 | 14:34:07 1<br>14:34:09 2<br>14:34:10 3<br>14:34:13 4<br>14:34:15 5<br>14:34:17 6<br>14:34:18 7<br>14:34:20 8<br>14:34:22 9<br>14:34:23 10<br>14:34:25 11<br>14:34:26 12<br>14:34:27 13<br>14:34:29 14<br>14:34:30 15<br>14:34:37 16<br>14:34:37 17<br>14:34:39 18<br>14:34:43 19<br>14:34:46 20<br>14:34:48 21<br>14:34:59 22<br>14:35:01 23<br>14:35:02 24<br>14:35:06 25<br><br>*Redacted*<br><br>28 |
| 14:31:40 1   A. The answer's I don't think it's appropriate<br>14:31:42 2  in a deposition for you to be asking for assurances.<br>14:31:56 3   Q. Has MGA taken any steps to date to block<br>14:32:01 4  importation of the dolls?<br>14:32:02 5   A. No.<br>14:32:13 6   Q. Do you expect to do so?<br>14:32:16 7   MR. O'BRIEN: Same admonishment.<br>14:32:18 8   THE WITNESS: Same response.<br>14:32:18 9  BY MR. FREEBORN:<br>14:32:28 10<br>14:32:32 11<br>14:32:35 12<br>14:32:39 13<br>14:32:54 14<br>14:32:59 15<br>14:33:01 16<br>14:33:06 17<br>14:33:08 18<br>14:33:11 19<br>14:33:12 20<br>14:33:13 21<br>14:33:16 22<br>14:33:18 23<br>14:33:22 24<br>14:34:04 25<br><br>27 | 14:35:08 1<br>14:35:12 2<br>14:35:13 3<br>14:35:14 4<br>14:35:15 5<br>14:35:17 6<br>14:39:01 7<br>14:39:02 8<br>14:39:05 9<br>14:39:28 10<br>14:39:48 11<br>14:39:58 12<br>14:39:59 13<br>14:40:02 14<br>14:40:03 15<br>14:40:13 16<br>14:40:14 17<br>14:40:19 18<br>14:40:21 19<br>14:40:25 20<br>14:40:27 21<br>14:40:32 22<br>14:40:34 23<br>14:40:36 24<br>14:40:42 25<br><br>*Redacted*<br><br>29 |

8

EXHIBIT 19   PAGE 659

Confidential - Attorney's Eyes Only

MGA 0866905

CONFIDENTIAL

**Page 30**

14:40:48 1
14:40:50 2
14:40:54 3
14:41:08 4
14:41:14 5
14:41:15 6   *Redacted*
14:41:17 7
14:41:17 8
14:41:19 9
14:41:21 10  Let me tell you, I believe that we have not received
14:41:25 11  from MGA documents in the following categories:
14:41:32 12  Documents which would indicate revenue by month by
14:41:40 13  product, documents which would indicate when the
14:41:48 14  Lil' Bratz dolls went into production.
14:41:53 15        MR. O'BRIEN: Under that name or you care
14:41:54 16  if they went into production under the name Micro
14:41:57 17  Bratz?
14:41:59 18        MR. FREEBORN: Either way. Either way.
14:42:01 19        MR. O'BRIEN: When Micro Bratz went into
14:42:03 20  production?
14:42:03 21        MR. FREEBORN: Correct.
14:42:07 22        MR. O'BRIEN: Okay.
14:42:10 23        MR. FREEBORN: I don't believe we have
14:42:11 24  received any documents regarding whether waist
14:42:24 25  articulation was considered and eliminated in the

**Page 31**

14:42:27 1   Micro Bratz or Lil' Bratz. Maybe that's an issue
14:42:31 2   that has been eliminated by his second declaration.
14:42:36 3         MR. O'BRIEN: I think it has.
14:42:37 4         MR. FREEBORN: If there are such documents,
14:42:38 5   we haven't seen them. We have not seen any
14:42:41 6   documents regarding the features to be designed in
14:42:49 7   the Bratz and Lil' Bratz dolls.
14:42:55 8         MR. O'BRIEN: What do you mean?
14:42:56 9         MR. FREEBORN: In other words, differences
14:42:57 10  in the features between the two, analyzing the
14:43:00 11  differences in the features. We have not seen any
14:43:06 12  documents indicating the significance of or
14:43:13 13  containing any data regarding the significance of
14:43:17 14  articulation on play value or desirability of dolls.
14:43:29 15
14:43:31 16
14:43:33 17
14:43:39 18
14:43:43 19
14:43:51 20
14:43:53 21
14:43:54 22
14:44:01 23
14:44:02 24
14:44:04 25

**Page 32**

14:44:09 1
14:44:12 2
14:44:15 3
14:44:18 4
14:44:23 5
14:44:23 6
14:44:25 7
14:44:27 8
14:44:29 9
14:44:33 10
14:44:33 11
14:44:37 12
14:44:40 13
14:44:44 14
14:44:45 15
14:44:49 16
14:44:50 17
14:44:51 18
14:44:53 19
14:44:54 20
14:44:56 21
14:44:58 22
14:45:01 23
14:45:02 24
14:45:03 25

**Page 33**

14:45:06 1
14:45:07 2
14:45:08 3
14:45:26 4
14:45:32 5
14:45:35 6
14:45:36 7
14:45:40 8
14:45:43 9
14:45:47 10
14:45:48 11
14:45:54 12
14:46:03 13
14:46:07 14
14:46:08 15
14:46:12 16
14:46:14 17
14:46:25 18
14:46:33 19
14:46:34 20
14:46:36 21
14:46:39 22
14:46:41 23
14:46:43 24
14:46:52 25

LegaLink - Los Angeles
800-826-0277   818-986-5270   Fax 818-783-7310   www.legalink.com

Confidential - Attorney's Eyes Only

EXHIBIT *19*   PAGE 680

MGA 0866906

CONFIDENTIAL

| | |
|---|---|
| 14:47:00  1<br>14:47:05  2<br>14:47:12  3<br>14:47:13  4<br>14:47:16  5<br>14:47:19  6<br>14:47:19  7<br>14:47:20  8<br>14:47:23  9<br>14:47:25 10<br>14:47:26 11<br>14:47:28 12<br>14:47:34 13<br>14:47:36 14<br>14:47:37 15<br>14:47:38 16<br>14:47:39 17<br>14:47:41 18<br>14:47:45 19<br>14:47:46 20<br>14:47:48 21<br>14:47:49 22<br>14:47:51 23<br>14:47:52 24<br>14:47:54 25<br><br>*Redacted*<br><br>34 | 14:49:16  1<br>14:49:19  2<br>14:49:20  3<br>14:49:22  4<br>14:49:25  5<br>14:49:31  6<br>14:49:32  7<br>14:49:39  8<br>14:49:42  9<br>14:49:45 10<br>14:49:45 11<br>14:49:54 12<br>14:49:57 13<br>14:49:58 14<br>14:50:00 15<br>14:50:04 16<br>14:50:05 17<br>14:50:08 18<br>14:50:15 19<br>14:50:19 20<br>14:50:22 21<br>14:50:33 22<br>14:50:37 23<br>14:50:39 24<br>14:50:44 25<br><br>*Redacted*<br><br>36 |
| 14:47:57  1<br>14:47:59  2<br>14:48:00  3<br>14:48:01  4<br>14:48:05  5<br>14:48:09  6<br>14:48:16  7<br>14:48:22  8<br>14:48:24  9<br>14:48:28 10<br>14:48:29 11<br>14:48:31 12<br>14:48:33 13<br>14:48:44 14<br>14:48:47 15<br>14:48:48 16<br>14:48:50 17<br>14:48:53 18<br>14:48:54 19<br>14:48:54 20<br>14:48:58 21<br>14:49:03 22<br>14:49:11 23<br>14:49:14 24<br>14:49:15 25<br><br>35 | 14:50:46  1<br>14:50:48  2<br>14:50:49  3<br>14:50:52  4<br>14:50:52  5<br>14:50:55  6<br>14:50:56  7<br>14:51:15  8<br>14:51:19  9<br>14:51:25 10<br>14:51:28 11<br>14:51:32 12<br>14:51:39 13<br>14:51:40 14<br>14:51:46 15<br>14:51:48 16<br>14:51:50 17<br>14:51:52 18<br>14:51:53 19<br>14:51:53 20<br>14:51:58 21<br>14:52:01 22<br>14:52:04 23<br>14:52:08 24<br>14:52:11 25<br><br>*Redacted*<br><br>37 |

10

EXHIBIT *19* PAGE *660*

Confidential - Attorney's Eyes Only

MGA 0866907

CONFIDENTIAL

| | |
|---|---|
| 14:52:12 1 | 14:56:14 1 |
| 14:52:14 2 | 14:56:20 2 |
| 14:52:15 3 | 14:56:21 3 |
| 14:52:16 4 | 14:56:27 4 |
| 14:52:26 5 | 14:56:29 5 |
| 14:52:29 6 | 14:56:32 6 |
| 14:52:41 7 | 14:56:34 7 |
| 14:52:48 8 | 14:56:36 8 |
| 14:52:52 9 | 14:56:39 9 |
| 14:52:53 10 | 14:56:43 10 |
| 14:52:55 11 | 14:56:44 11 |
| 14:53:02 12 *Redacted* | 14:56:45 12 |
| 14:53:06 13 | 14:56:48 13 *Redacted* |
| 14:53:12 14 | 14:56:56 14 |
| 14:53:15 15 | 14:57:00 15 |
| 14:53:28 16 | 14:57:13 16 |
| 14:53:38 17 | 14:57:15 17 |
| 14:53:46 18 | 14:57:17 18 |
| 14:53:56 19 | 14:57:20 19 |
| 14:54:14 20 | 14:57:22 20 |
| 14:54:18 21 | 14:57:26 21 |
| 14:54:26 22 | 14:57:28 22 |
| 14:54:28 23 | 14:57:30 23 |
| 14:54:30 24 Q. When you mentioned anti-piracy matters, can | 14:57:32 24 |
| 14:54:33 25 you describe for me what those matters entail? | 14:57:34 25 |
| 38 | 40 |

| | |
|---|---|
| 14:54:39 1 A. Majority of them deal with knock-offs of | 14:57:37 1 |
| 14:54:42 2 the Bratz doll. | 14:57:38 2 |
| 14:54:46 3 Q. And are these matters in which MGA has | 14:57:43 3 |
| 14:54:50 4 initiated some kind of proceeding to prevent others | 14:57:44 4 |
| 14:54:53 5 from producing knock-offs? | 14:57:47 5 |
| 14:54:56 6 A. Correct. | 14:57:48 6 |
| 14:55:10 7 | 14:57:52 7 |
| 14:55:12 8 | 14:57:55 8 |
| 14:55:18 9 | 14:57:55 9 |
| 14:55:25 10 | 14:57:56 10 |
| 14:55:27 11 | 14:58:01 11 |
| 14:55:32 12 | 14:58:02 12 |
| 14:55:37 13 | 14:58:04 13 *Redacted* |
| 14:55:40 14 | 14:58:08 14 |
| 14:55:42 15 | 14:58:25 15 |
| 14:55:44 16 | 14:58:28 16 |
| 14:55:48 17 *Redacted* | 14:58:29 17 |
| 14:55:49 18 | 14:58:33 18 |
| 14:55:53 19 | 14:58:35 19 |
| 14:56:00 20 | 14:58:37 20 |
| 14:56:09 21 | 14:58:41 21 |
| 14:56:09 22 | 14:58:44 22 |
| 14:56:10 23 | 14:58:56 23 |
| 14:56:11 24 | 14:58:57 24 |
| 14:56:12 25 | 14:58:58 25 |
| 39 | 41 |

11

Confidential - Attorney's Eyes Only

EXHIBIT _19_ PAGE _669_

MGA 0866908

CONFIDENTIAL

---

**Page 42**

| Time | Line | |
|---|---|---|
| 14:58:59 | 1 | |
| 14:59:00 | 2 | |
| 14:59:01 | 3 | |
| 14:59:02 | 4 | |
| 14:59:03 | 5 | |
| 14:59:03 | 6 | |
| 14:59:04 | 7 | |
| 14:59:06 | 8 | |
| 14:59:08 | 9 | |
| 14:59:36 | 10 | |
| 14:59:43 | 11 | |
| 14:59:52 | 12 | |
| 14:59:53 | 13 | *Redacted* |
| 14:59:55 | 14 | |
| 15:00:21 | 15 | |
| 15:00:23 | 16 | |
| 15:00:26 | 17 | |
| 15:00:26 | 18 | |
| 15:00:28 | 19 | |
| 15:00:35 | 20 | |
| 15:00:42 | 21 | |
| 15:00:45 | 22 | |
| 15:00:48 | 23 | |
| 15:00:52 | 24 | |
| 15:00:53 | 25 | |

---

**Page 44**

| Time | Line | |
|---|---|---|
| 15:01:51 | 1 | |
| 15:01:51 | 2 | |
| 15:01:53 | 3 | |
| 15:01:58 | 4 | |
| 15:02:01 | 5 | |
| 15:02:05 | 6 | |
| 15:02:07 | 7 | |
| 15:02:10 | 8 | |
| 15:02:13 | 9 | |
| 15:02:15 | 10 | |
| 15:02:19 | 11 | |
| 15:02:19 | 12 | |
| 15:02:20 | 13 | |
| 15:02:22 | 14 | |
| 15:02:23 | 15 | Q. Did you have a series of telephone |
| 15:02:25 | 16 | discussions with Ms. Alcantara during late January, |
| 15:02:28 | 17 | early February? |
| 15:02:29 | 18 | A. Yes, I did. |
| 15:02:30 | 19 | Q. Did you ever have any discussion with her |
| 15:02:33 | 20 | during those telephone calls about the effectiveness |
| 15:02:37 | 21 | of the stopper in eliminating waist or head |
| 15:02:41 | 22 | articulation? |
| 15:02:42 | 23 | A. Yes. In the very first time I spoke with |
| 15:02:45 | 24 | Ms. Alcantara she informed me that she felt that I |
| 15:02:50 | 25 | must have a doll where the stopper was either broken |

---

**Page 43**

| Time | Line | |
|---|---|---|
| 15:00:55 | 1 | |
| | 2 | |
| | 3 | EXAMINATION |
| | 4 | |
| 15:00:58 | 5 | BY MR. O'BRIEN: |
| 15:00:58 | 6 | |
| 15:01:00 | 7 | |
| 15:01:04 | 8 | |
| 15:01:05 | 9 | |
| 15:01:07 | 10 | |
| 15:01:09 | 11 | |
| 15:01:14 | 12 | |
| 15:01:16 | 13 | |
| 15:01:17 | 14 | |
| 15:01:18 | 15 | |
| 15:01:21 | 16 | |
| 15:01:23 | 17 | |
| 15:01:25 | 18 | |
| 15:01:28 | 19 | |
| 15:01:30 | 20 | |
| 15:01:33 | 21 | |
| 15:01:37 | 22 | |
| 15:01:38 | 23 | |
| 15:01:40 | 24 | |
| 15:01:44 | 25 | |

---

**Page 45**

| Time | Line | |
|---|---|---|
| 15:02:53 | 1 | or it was a pre-stopper doll because she had one of |
| 15:02:58 | 2 | the McDonald's Bratz premiums with her and the |
| 15:03:02 | 3 | stopper worked on her premium. |
| 15:03:04 | 4 | Q. What did you understand her to be |
| 15:03:06 | 5 | communicating to you when she said it worked? |
| 15:03:08 | 6 | A. Well, I understood that she -- that her |
| 15:03:12 | 7 | McDonald's Brat premium did not articulate at all in |
| 15:03:16 | 8 | the waist and had only 180-degree articulation in |
| 15:03:19 | 9 | the neck. |
| 15:03:19 | 10 | Q. What, if anything, had you said to her |
| 15:03:21 | 11 | beforehand that prompted her to comment that the |
| 15:03:27 | 12 | doll you had must have the stopper broken or not |
| 15:03:32 | 13 | have a stopper at all? |
| 15:03:33 | 14 | A. She was saying this in response to the |
| 15:03:36 | 15 | letter which I had sent to other people at |
| 15:03:39 | 16 | McDonald's informing them that they -- they had sent |
| 15:03:46 | 17 | us McDonald's Bratz premiums that did not conform |
| 15:03:50 | 18 | with our directions regarding the articulation. |
| 15:03:53 | 19 | MR. O'BRIEN: Nothing further. Signature |
| 15:03:54 | 20 | reserved. |
| | 21 | |
| | 22 | FURTHER EXAMINATION |
| | 23 | |
| 15:03:58 | 24 | BY MR. FREEBORN: |
| 15:03:58 | 25 | *Redacted* |

---

Confidential - Attorney's Eyes Only

EXHIBIT 19 PAGE 662

MGA 0866909

CONFIDENTIAL

| | |
|---|---|
| 15:04:03 1 | 1 |
| 15:04:06 2 | 2 |
| 15:04:10 3 | 3 |
| 15:04:10 4 | 4 |
| 15:04:13 5 | 5 |
| 15:04:15 6 | 6 |
| 15:04:18 7 | 7 |
| 15:04:21 8 | 8 |

**Page 46 (Redacted):**

| Time | Line |
|---|---|
| 15:04:03 | 1 |
| 15:04:06 | 2 |
| 15:04:10 | 3 |
| 15:04:10 | 4 |
| 15:04:13 | 5 |
| 15:04:15 | 6 |
| 15:04:18 | 7 |
| 15:04:21 | 8 |
| 15:04:27 | 9 |
| 15:04:30 | 10 |
| 15:04:35 | 11 |
| 15:04:35 | 12 |
| 15:04:39 | 13 |
| 15:04:41 | 14 |
| 15:04:44 | 15 |
| 15:04:47 | 16 |
| 15:04:52 | 17 |
| 15:04:54 | 18 |
| 15:04:56 | 19 |
| 15:05:00 | 20 |
| 15:05:06 | 21 |
| 15:05:07 | 22 |
| 15:05:09 | 23 |
| 15:05:10 | 24 |
| 15:05:11 | 25 |

*Redacted*

46

**Page 48:**

1  Declaration
2
3
4
5       I hereby declare I am the deponent in the
6  within matter; that I have read the foregoing
7  deposition and know the contents thereof, and I
8  declare that the same is true of my knowledge,
9  except as to the matters which are therein stated
10  upon my information or belief, and as to those
11  matters, I believe it to be true.
12       I declare under the penalties of perjury of
13  the State of California that the foregoing is true
14  and correct.
15       Executed on the       day of
16  2003
17  at                , California.
18
19
20
       W i t n e s s
21
22
23
24
25

48

**Page 47:**

15:05:13 1       MR. FREEBORN:  Okay.
15:05:17 2       THE VIDEOGRAPHER:  This concludes Volume I
15:05:18 3  of the deposition of Mitchell Kamarck.  The number
15:05:21 4  of tapes used was one.  The original videotapes will
15:05:24 5  be retained by Legalink, Los Angeles, at 16830
15:05:27 6  Ventura Boulevard, Encino, California.  Going off
15:05:30 7  the record.  The time is 3:05 p.m.
8  ///
9  ///
10  ///
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

47

**Page 49:**

1  STATE OF CALIFORNIA     )
2  COUNTY OF LOS ANGELES  )  ss.
3
4       I, Philip D. Norris, a Certified Shorthand
5  Reporter for the State of California, do hereby
6  certify;
7       I am the deposition officer that
8  stenographically recorded the testimony in the
9  foregoing deposition;
10       Prior to being examined the deponent was
11  first duly sworn by me;
12       The foregoing transcript is a true record
13  of the testimony given;
14       Before completion of the deposition, review
15  of the transcript [ x ] was [   ] was not requested.
16  If requested, any changes made by the deponent (and
17  provided to the reporter) during the period allowed
18  are appended.
19
20  Dated
21
22
          Philip D. Norris
23          CSR NO. 4980
24
25

49

13

LegaLink - Los Angeles
800-826-0277   818-986-5270   Fax 818-783-7310   www.legalink.com

Confidential - Attorney's Eyes Only

EXHIBIT _19_ PAGE **663**

MGA 0866910

CONFIDENTIAL

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1

Confidential - Attorney's Eyes Only

EXHIBIT 19    PAGE 6064

MGA 0866911

CONFIDENTIAL

|  |  |
|--|--|
| 1 | 13:47:17 1 |
| 2 | 2 |
| 3 | 3 |
| 4 | 4 |
| 5 | 16:18:12 5 |
| 6 | 16:18:12 6 |
| 7 | 16:18:12 7 |
| 8 | 16:18:22 8 |
| 9 | 9 |
| 10 | 10 |
| 11 | 13:53:45 11 |
| 12 | 13:54:17 12 |
| 13 | 13:54:20 13 |
| 14 | 13:54:23 14 |
| 15 | 13:54:27 15 |
| 16 | 13:54:30 16 |
| 17 | 13:54:35 17 |
| 18 | 13:54:38 18 |
| 19 | 13:54:41 19 |
| 20 | 13:54:44 20 |
| 21 | 13:54:47 21 |
| 22 | 13:54:50 22 |
| 23 | 13:54:52 23 |
| 24 | 13:54:57 24 |
| 25 | 25 |

*Duplicate Copy of*

4

|  |  |
|--|--|
| 1 | 13:55:01 1 |
| 2 | 13:55:05 2 |
| 3 | 13:55:05 3 |
| 4 | 13:55:07 4 |
| 5 | 5 |
| 6 | 13:55:10 6 |
| 7 | 13:55:12 7 |
| 8 | 13:55:12 8 |
| 9 | 13:55:13 9 |
| 10 | 13:55:16 10 |
| 11 | 13:55:17 11 |
| 12 | 12 |
| 13 | 13 |
| 14 | 14 |
| 15 | 15 |
| 16 | 16 |
| 17 | 17 |
| 18 | 13:55:30 18 |
| 19 | 13:55:30 19 |
| 20 | 13:55:32 20 |
| 21 | 13:55:34 21 |
| 22 | 13:55:38 22 |
| 23 | 13:55:40 23 |
| 24 | 13:55:43 24 |
| 25 | 13:55:46 25 |

*Duplicate Copy of*

*Duplicate Copy of*

3

5

2

EXHIBIT 19— PAGE 665

Confidential - Attorney's Eyes Only

MGA 0866912

CONFIDENTIAL

| | |
|---|---|
| 13:55:52 1<br>13:55:54 2<br>13:55:55 3<br>13:55:56 4<br>13:56:03 5<br>13:56:05 6<br>13:56:07 7<br>13:56:09 8<br>13:56:11 9<br>13:56:13 10<br>13:56:17 11<br>13:56:18 12<br>13:56:23 13<br>13:56:26 14<br>13:56:29 15<br>13:56:30 16<br>13:56:33 17<br>13:56:35 18<br>13:56:37 19<br>13:56:40 20<br>13:56:45 21<br>13:56:50 22<br>13:56:53 23<br>13:56:55 24<br>13:56:56 25<br><br>*Duplicate Copy of*<br><br>6 | 13:58:29 1<br>13:58:32 2<br>13:58:38 3<br>13:58:41 4<br>13:58:45 5<br>13:58:46 6<br>13:58:48 7<br>13:58:49 8<br>13:58:52 9<br>13:58:56 10<br>13:58:59 11<br>13:59:01 12<br>13:59:02 13<br>13:59:04 14<br>13:59:09 15<br>13:59:14 16<br>13:59:18 17<br>13:59:18 18<br>13:59:21 19<br>13:59:23 20<br>13:59:25 21<br>13:59:27 22<br>13:59:32 23<br>13:59:33 24<br>13:59:37 25<br><br>*Duplicate Copy of*<br><br>8 |
| 13:57:01 1<br>13:57:08 2<br>13:57:09 3<br>13:57:16 4<br>13:57:21 5<br>13:57:23 6<br>13:57:24 7<br>13:57:26 8<br>13:57:32 9<br>13:57:34 10<br>13:57:37 11<br>13:57:40 12<br>13:57:44 13<br>13:57:58 14<br>13:58:02 15<br>13:58:06 16<br>13:58:10 17<br>13:58:10 18<br>13:58:13 19<br>13:58:16 20<br>13:58:19 21<br>13:58:19 22<br>13:58:20 23<br>13:58:25 24<br>13:58:26 25<br><br>*Duplicate Copy of*<br><br>7 | 13:59:37 1<br>13:59:41 2<br>13:59:43 3<br>13:59:44 4<br>13:59:50 5<br>13:59:50 6<br>13:59:51 7<br>13:59:53 8<br>13:59:58 9<br>14:00:01 10<br>14:00:03 11<br>14:00:06 12<br>14:00:09 13<br>14:00:09 14<br>14:00:15 15<br>14:00:19 16<br>14:00:20 17<br>14:00:22 18<br>14:00:23 19<br>14:00:26 20<br>14:00:30 21<br>14:00:33 22<br>14:00:37 23<br>14:00:41 24<br>14:00:43 25<br><br>*Duplicate Copy of*<br><br>9 |

3

LegaLink - Los Angeles
800-826-0277   818-986-5270   Fax 818-783-7310   www.legalink.com

EXHIBIT _19_ PAGE _6060_

Confidential - Attorney's Eyes Only

MGA 0866913

CONFIDENTIAL

| | | | | |
|---|---|---|---|---|
| 14:00:46 | 1 | | | |
| 14:00:48 | 2 | | | |
| 14:00:49 | 3 | | | |
| 14:00:54 | 4 | | | |
| 14:00:57 | 5 | | | |
| 14:01:01 | 6 | | | |
| 14:01:04 | 7 | | | |
| 14:01:09 | 8 | | | |
| 14:01:13 | 9 | | | |
| 14:01:20 | 10 | | | |
| 14:01:22 | 11 | | | |
| 14:01:27 | 12 | | | |
| 14:01:28 | 13 | *Duplicate Copy of* | | |
| 14:01:32 | 14 | | | |
| 14:01:35 | 15 | | | |
| 14:01:36 | 16 | | | |
| 14:01:37 | 17 | | | |
| 14:01:38 | 18 | | | |
| 14:01:41 | 19 | | | |
| 14:01:43 | 20 | | | |
| 14:01:46 | 21 | | | |
| 14:01:49 | 22 | | | |
| 14:01:55 | 23 | | | |
| 14:01:59 | 24 | | | |
| 14:02:09 | 25 | | | 10 |

| | | | | |
|---|---|---|---|---|
| 14:03:45 | 1 | | | |
| 14:03:50 | 2 | | | |
| 14:03:53 | 3 | | | |
| 14:03:56 | 4 | | | |
| 14:04:00 | 5 | | | |
| 14:04:05 | 6 | | | |
| 14:04:13 | 7 | | | |
| 14:04:19 | 8 | | | |
| 14:04:26 | 9 | | | |
| 14:04:31 | 10 | | | |
| 14:04:35 | 11 | | | |
| 14:04:37 | 12 | | | |
| 14:04:39 | 13 | *Duplicate Copy of* | | |
| 14:04:41 | 14 | | | |
| 14:04:44 | 15 | | | |
| 14:04:52 | 16 | | | |
| 14:04:55 | 17 | | | |
| 14:04:58 | 18 | | | |
| 14:05:01 | 19 | | | |
| 14:05:03 | 20 | | | |
| 14:05:04 | 21 | | | |
| 14:05:06 | 22 | | | |
| 14:05:09 | 23 | | | |
| 14:05:11 | 24 | | | |
| 14:05:14 | 25 | | | 12 |

| | | | | |
|---|---|---|---|---|
| 14:02:13 | 1 | | | |
| 14:02:16 | 2 | | | |
| 14:02:19 | 3 | | | |
| 14:02:22 | 4 | | | |
| 14:02:28 | 5 | | | |
| 14:02:41 | 6 | | | |
| 14:02:42 | 7 | | | |
| 14:02:46 | 8 | | | |
| 14:02:49 | 9 | | | |
| 14:02:55 | 10 | | | |
| 14:03:00 | 11 | | | |
| 14:03:06 | 12 | | | |
| 14:03:11 | 13 | *Duplicate Copy of* | | |
| 14:03:13 | 14 | | | |
| 14:03:17 | 15 | | | |
| 14:03:19 | 16 | | | |
| 14:03:22 | 17 | | | |
| 14:03:25 | 18 | | | |
| 14:03:26 | 19 | | | |
| 14:03:28 | 20 | | | |
| 14:03:28 | 21 | | | |
| 14:03:31 | 22 | | | |
| 14:03:36 | 23 | | | |
| 14:03:41 | 24 | | | |
| 14:03:42 | 25 | | | 11 |

| | | | | |
|---|---|---|---|---|
| 14:05:16 | 1 | | | |
| 14:05:19 | 2 | | | |
| 14:05:21 | 3 | | | |
| 14:05:30 | 4 | | | |
| 14:05:37 | 5 | | | |
| 14:05:39 | 6 | | | |
| 14:05:43 | 7 | | | |
| 14:05:48 | 8 | | | |
| 14:05:51 | 9 | | | |
| 14:05:52 | 10 | | | |
| 14:05:53 | 11 | | | |
| 14:05:54 | 12 | | | |
| 14:05:57 | 13 | *Duplicate Copy of* | | |
| 14:05:59 | 14 | | | |
| 14:06:01 | 15 | | | |
| 14:06:07 | 16 | | | |
| 14:06:09 | 17 | | | |
| 14:06:14 | 18 | | | |
| 14:06:16 | 19 | | | |
| 14:06:17 | 20 | | | |
| 14:06:20 | 21 | | | |
| 14:06:27 | 22 | | | |
| 14:06:39 | 23 | | | |
| 14:06:45 | 24 | | | |
| 14:06:45 | 25 | | | 13 |

4

EXHIBIT 19 PAGE 667

Confidential - Attorney's Eyes Only

MGA 0866914

CONFIDENTIAL

| | |
|---|---|
| 14:06:53  1<br>14:06:57  2<br>14:07:00  3<br>14:07:00  4<br>14:07:02  5<br>14:07:03  6<br>14:07:05  7<br>14:07:07  8<br>14:07:14  9<br>14:07:22  10<br>14:07:24  11<br>14:07:27  12<br>14:07:30  13<br>14:07:33  14<br>14:07:50  15<br>14:08:01  16<br>14:08:05  17<br>14:08:11  18<br>14:08:13  19<br>14:08:19  20<br>14:08:23  21<br>14:08:26  22<br>14:08:28  23<br>14:08:30  24<br>14:08:33  25<br><br>*Duplicate Copy of*<br><br>14 | 14:11:46  1<br>14:11:48  2<br>.14:11:51  3<br>14:11:52  4<br>14:11:54  5<br>14:11:55  6<br>14:12:03  7<br>14:12:10  8<br>14:12:12  9<br>14:12:19  10<br>14:12:25  11<br>14:12:30  12<br>14:12:37  13<br>14:12:39  14<br>14:12:42  15<br>14:12:42  16<br>14:12:44  17<br>14:12:45  18<br>14:12:48  19<br>14:12:53  20<br>14:12:55  21<br>14:12:57  22<br>14:13:00  23<br>14:13:03  24<br>14:13:08  25<br><br>*Duplicate Copy of*<br><br>16 |
| 14:08:35  1<br>14:09:06  2<br>14:09:12  3<br>14:10:32  4<br>14:10:35  5<br>14:10:40  6<br>14:10:45  7<br>14:10:50  8<br>14:10:55  9<br>14:10:58  10<br>14:11:01  11<br>14:11:06  12<br>14:11:06  13<br>14:11:07  14<br>14:11:09  15<br>14:11:12  16<br>14:11:18  17<br>14:11:21  18<br>14:11:26  19<br>14:11:32  20<br>14:11:33  21<br>14:11:35  22<br>14:11:38  23<br>14:11:40  24<br>14:11:43  25<br><br>*Duplicate Copy of*<br><br>15 | 14:13:10  1<br>14:13:12  2<br>14:13:15  3<br>14:13:18  4<br>14:13:22  5<br>14:13:25  6<br>14:13:26  7<br>14:13:43  8<br>14:13:46  9<br>14:13:51  10<br>14:13:56  11<br>14:14:03  12<br>.14:14:11  13<br>14:14:15  14<br>14:14:19  15<br>14:14:27  16<br>14:14:29  17<br>14:14:29  18<br>14:14:31  19<br>14:14:31  20<br>14:14:34  21<br>14:14:39  22<br>14:14:43  23<br>14:14:46  24<br>14:14:48  25<br><br>*Duplicate Copy of*<br><br>17 |

5

**Confidential - Attorney's Eyes Only**          EXHIBIT 19   PAGE 668          MGA 0866915

CONFIDENTIAL

| | |
|---|---|
| 14:14:50  1<br>14:14:54  2<br>14:14:57  3<br>14:14:59  4<br>14:15:01  5<br>14:15:03  6<br>14:15:10  7<br>14:15:10  8<br>14:15:21  9<br>14:15:30  10<br>14:15:42  11<br>14:15:48  12<br>14:15:52  13<br>14:15:56  14<br>14:16:03  15<br>14:16:05  16<br>14:16:06  17<br>14:16:09  18<br>14:16:14  19<br>14:16:17  20<br>14:16:22  21<br>14:16:26  22<br>14:16:30  23<br>14:16:33  24<br>14:16:40  25<br><br>*Duplicate Copy of*<br><br>18 | 14:18:58  1<br>14:19:01  2<br>14:19:09  3<br>14:19:09  4<br>14:19:11  5<br>14:19:14  6<br>14:19:18  7<br>14:19:22  8<br>14:19:25  9<br>14:19:25  10<br>14:19:30  11<br>14:19:34  12<br>14:19:37  13<br>14:19:40  14<br>14:19:42  15<br>14:19:47  16<br>14:19:50  17<br>14:19:55  18<br>14:19:55  19<br>14:20:27  20<br>14:20:50  21<br>14:20:56  22<br>14:20:59  23<br>14:21:00  24<br>14:21:07  25<br><br>*Duplicate Copy of*<br><br>20 |
| 14:16:42  1<br>14:16:45  2<br>14:16:51  3<br>14:16:51  4<br>14:16:54  5<br>14:18:16  6<br>14:18:17  7<br>14:18:21  8<br>9<br>14:16:30  10<br>14:16:31  11<br>14:16:34  12<br>14:18:32  13<br>14:18:33  14<br>14:18:33  15<br>14:18:34  16<br>14:18:35  17<br>14:18:37  18<br>14:18:38  19<br>14:18:41  20<br>14:18:44  21<br>14:18:47  22<br>14:18:49  23<br>14:18:53  24<br>14:18:55  25<br><br>*Duplicate Copy of*<br><br>19 | 14:21:12  1<br>14:21:16  2<br>14:21:18  3<br>14:21:25  4<br>14:21:30  5<br>14:21:34  6<br>14:21:35  7<br>14:21:38  8<br>14:21:40  9<br>14:21:42  10<br>14:21:43  11<br>14:21:44  12<br>14:21:46  13<br>14:21:47  14<br>14:21:48  15<br>14:21:51  16<br>14:21:55  17<br>14:22:02  18<br>14:22:04  19<br>14:22:06  20<br>14:22:11  21<br>14:22:13  22<br>14:22:16  23<br>14:22:21  24<br>14:22:30  25<br><br>*Duplicate Copy of*<br><br>21 |

6

EXHIBIT 19  PAGE 6069

Confidential - Attorney's Eyes Only

MGA 0866916

CONFIDENTIAL

| | |
|---|---|
| 14:22:37  1<br>14:22:40  2<br>14:22:43  3<br>14:22:46  4<br>14:22:50  5<br>14:22:52  6<br>14:22:55  7<br>14:22:58  8<br>14:23:00  9<br>14:23:08 10<br>14:23:11 11<br>14:23:14 12<br>14:23:18 13<br>14:23:20 14<br>14:23:25 15<br>14:23:31 16<br>14:23:35 17<br>14:23:37 18<br>14:23:41 19<br>14:23:43 20<br>14:23:48 21<br>14:23:49 22<br>14:23:51 23<br>14:23:53 24<br>14:23:55 25<br><br>*Duplicate Copy of*<br><br>22 | 14:26:15  1<br>14:26:17  2<br>14:26:19  3<br>14:26:21  4<br>14:26:22  5<br>14:26:26  6<br>14:26:28  7<br>14:26:32  8<br>14:26:33  9<br>14:26:35 10<br>14:26:38 11<br>14:26:39 12<br>14:26:43 13<br>14:26:45 14<br>14:26:46 15<br>14:27:08 16<br>14:27:11 17<br>14:27:15 18<br>14:27:16 19<br>14:27:17 20<br>14:27:19 21<br>14:27:20 22<br>14:27:49 23<br>14:27:52 24<br>14:28:01 25<br><br>*Duplicate Copy of*<br><br>24 |
| 14:23:58  1<br>14:24:00  2<br>14:24:05  3<br>14:24:07  4<br>14:24:11  5<br>14:24:13  6<br>14:24:17  7<br>14:24:24  8<br>14:24:24  9<br>14:24:25 10<br>14:24:41 11<br>14:24:43 12<br>14:24:50 13<br>14:24:55 14<br>14:25:02 15<br>14:25:34 16<br>14:25:38 17<br>14:25:42 18<br>14:25:44 19<br>14:25:49 20<br>14:25:51 21<br>14:25:54 22<br>14:25:58 23<br>14:26:03 24<br>14:26:11 25<br><br>*Duplicate Copy of*<br><br>23 | 14:28:02  1<br>14:28:06  2<br>14:28:07  3<br>14:28:11  4<br>14:28:13  5<br>14:28:14  6<br>14:28:16  7<br>14:28:22  8<br>14:28:25  9<br>14:28:27 10<br>14:28:31 11<br>14:28:32 12<br>14:28:33 13<br>14:28:35 14<br>14:28:41 15<br>14:28:43 16<br>14:28:47 17<br>14:28:58 18<br>14:29:09 19<br>14:29:10 20<br>14:29:12 21<br>14:30:04 22<br>14:30:10 23<br>14:30:17 24<br>14:30:22 25<br><br>*Duplicate Copy of*<br><br>25 |

7

LegaLink - Los Angeles
800-826-0277   818-986-5270   Fax 818-783-7310   www.legalink.com

EXHIBIT 19 PAGE 670

Confidential - Attorney's Eyes Only

MGA 0866917

CONFIDENTIAL

| | |
|---|---|
| 14:30:28  1<br>14:30:32  2<br>14:30:36  3<br>14:30:42  4<br>14:30:50  5<br>14:30:53  6<br>14:30:54  7<br>14:30:58  8<br>14:31:00  9<br>14:31:02  10<br>14:31:04  11<br>14:31:06  12<br>14:31:06  13<br>14:31:11  14<br>14:31:20  15<br>14:31:21  16<br>14:31:21  17<br>14:31:23  18<br>14:31:26  19<br>14:31:26  20<br>14:31:30  21<br>14:31:33  22<br>14:31:34  23<br>14:31:35  24<br>14:31:38  25<br><br>*Duplicate Copy of*<br><br>26 | 14:34:07  1<br>14:34:09  2<br>14:34:10  3<br>14:34:13  4<br>14:34:15  5<br>14:34:17  6<br>14:34:18  7<br>14:34:20  8<br>14:34:22  9<br>14:34:23  10<br>14:34:25  11<br>14:34:26  12<br>14:34:27  13<br>14:34:29  14<br>14:34:30  15<br>14:34:37  16<br>14:34:37  17<br>14:34:39  18<br>14:34:43  19<br>14:34:48  20<br>14:34:48  21<br>14:34:59  22<br>14:35:01  23<br>14:35:02  24<br>14:35:06  25<br><br>*Duplicate Copy of*<br><br>28 |
| 14:31:40  1<br>14:31:42  2<br>14:31:56  3<br>14:32:01  4<br>14:32:02  5<br>14:32:13  6<br>14:32:16  7<br>14:32:18  8<br>14:32:18  9<br>14:32:28  10<br>14:32:32  11<br>14:32:35  12<br>14:32:39  13<br>14:32:54  14<br>14:32:59  15<br>14:33:01  16<br>14:33:06  17<br>14:33:08  18<br>14:33:11  19<br>14:33:12  20<br>14:33:13  21<br>14:33:16  22<br>14:33:18  23<br>14:33:22  24<br>14:34:04  25<br><br>*Duplicate Copy of*<br><br>27 | 14:35:08  1<br>14:35:12  2<br>14:35:13  3<br>14:35:14  4<br>14:35:15  5<br>14:35:17  6<br>14:39:01  7<br>14:39:02  8<br>14:39:05  9<br>14:39:28  10<br>14:39:48  11<br>14:39:58  12<br>14:39:59  13<br>14:40:02  14<br>14:40:03  15<br>14:40:13  16<br>14:40:14  17<br>14:40:19  18<br>14:40:21  19<br>14:40:25  20<br>14:40:27  21<br>14:40:32  22<br>14:40:34  23<br>14:40:36  24<br>14:40:42  25<br><br>*Duplicate Copy of*<br><br>29 |

8

LegaLink - Los Angeles
800-826-0277   818-986-5270   Fax 818-783-7310   www.legalink.com

Confidential - Attorney's Eyes Only

EXHIBIT 19 PAGE 671

MGA 0866918

CONFIDENTIAL

| | |
|---|---|
| 14:40:48  1 | 14:44:09  1 |
| 14:40:50  2 | 14:44:12  2 |
| 14:40:54  3 | 14:44:15  3 |
| 14:41:08  4 | 14:44:18  4 |
| 14:41:14  5 | 14:44:23  5 |
| 14:41:15  6 | 14:44:23  6 |
| 14:41:17  7 | 14:44:25  7 |
| 14:41:17  8 | 14:44:27  8 |
| 14:41:19  9 | 14:44:29  9 |
| 14:41:21  10 | 14:44:33  10 |
| 14:41:25  11 | 14:44:33  11 |
| 14:41:32  12 | 14:44:37  12 |
| 14:41:40  13 Duplicate Copy of | 14:44:40  13 Duplicate Copy of |
| 14:41:48  14 | 14:44:44  14 |
| 14:41:53  15 | 14:44:45  15 |
| 14:41:54  16 | 14:44:49  16 |
| 14:41:57  17 | 14:44:50  17 |
| 14:41:59  18 | 14:44:51  18 |
| 14:42:01  19 | 14:44:53  19 |
| 14:42:03  20 | 14:44:54  20 |
| 14:42:03  21 | 14:44:56  21 |
| 14:42:07  22 | 14:44:58  22 |
| 14:42:10  23 | 14:45:01  23 |
| 14:42:11  24 | 14:45:02  24 |
| 14:42:24  25 | 14:45:03  25 |
| 30 | 32 |

| | |
|---|---|
| 14:42:27  1 | 14:45:06  1 |
| 14:42:31  2 | 14:45:07  2 |
| 14:42:36  3 | 14:45:08  3 |
| 14:42:37  4 | 14:45:26  4 |
| 14:42:38  5 | 14:45:32  5 |
| 14:42:41  6 | 14:45:35  6 |
| 14:42:49  7 | 14:45:36  7 |
| 14:42:55  8 | 14:45:40  8 |
| 14:42:56  9 | 14:45:43  9 |
| 14:42:57  10 | 14:45:47  10 |
| 14:43:00  11 | 14:45:48  11 |
| 14:43:06  12 | 14:45:54  12 |
| 14:43:13  13 Duplicate Copy of | 14:46:03  13 Duplicate Copy of |
| 14:43:17  14 | 14:46:07  14 |
| 14:43:29  15 | 14:46:08  15 |
| 14:43:31  16 | 14:46:12  16 |
| 14:43:33  17 | 14:46:14  17 |
| 14:43:39  18 | 14:46:25  18 |
| 14:43:43  19 | 14:46:33  19 |
| 14:43:51  20 | 14:46:34  20 |
| 14:43:53  21 | 14:46:36  21 |
| 14:43:54  22 | 14:46:39  22 |
| 14:44:01  23 | 14:46:41  23 |
| 14:44:02  24 | 14:46:43  24 |
| 14:44:04  25 | 14:46:52  25 |
| 31 | 33 |

9

EXHIBIT 19  PAGE 672

Confidential - Attorney's Eyes Only

MGA 0866919

CONFIDENTIAL

| | |
|---|---|
| 14:47:00  1<br>14:47:05  2<br>14:47:12  3<br>14:47:13  4<br>14:47:16  5<br>14:47:19  6<br>14:47:19  7<br>14:47:20  8<br>14:47:23  9<br>14:47:25  10<br>14:47:26  11<br>14:47:28  12<br>14:47:34  13<br>14:47:36  14<br>14:47:37  15<br>14:47:38  16<br>14:47:39  17<br>14:47:41  18<br>14:47:45  19<br>14:47:46  20<br>14:47:48  21<br>14:47:49  22<br>14:47:51  23<br>14:47:52  24<br>14:47:54  25<br><br>*Duplicate Copy of*<br><br>34 | 14:49:16  1<br>14:49:19  2<br>14:49:20  3<br>14:49:22  4<br>14:49:25  5<br>14:49:31  6<br>14:49:32  7<br>14:49:39  8<br>14:49:42  9<br>14:49:45  10<br>14:49:45  11<br>14:49:54  12<br>14:49:57  13<br>14:49:58  14<br>14:50:00  15<br>14:50:04  16<br>14:50:05  17<br>14:50:08  18<br>14:50:15  19<br>14:50:19  20<br>14:50:22  21<br>14:50:33  22<br>14:50:37  23<br>14:50:39  24<br>14:50:44  25<br><br>*Duplicate Copy of*<br><br>36 |
| 14:47:57  1<br>14:47:59  2<br>14:48:00  3<br>14:48:01  4<br>14:48:05  5<br>14:48:09  6<br>14:48:16  7<br>14:48:22  8<br>14:48:24  9<br>14:48:28  10<br>14:48:29  11<br>14:48:31  12<br>14:48:33  13<br>14:48:44  14<br>14:48:47  15<br>14:48:48  16<br>14:48:50  17<br>14:48:53  18<br>14:48:54  19<br>14:48:54  20<br>14:48:58  21<br>14:49:03  22<br>14:49:11  23<br>14:49:14  24<br>14:49:15  25<br><br>*Duplicate Copy of*<br><br>35 | 14:50:46  1<br>14:50:48  2<br>14:50:49  3<br>14:50:52  4<br>14:50:52  5<br>14:50:55  6<br>14:50:56  7<br>14:51:15  8<br>14:51:19  9<br>14:51:25  10<br>14:51:28  11<br>14:51:32  12<br>14:51:39  13<br>14:51:40  14<br>14:51:46  15<br>14:51:48  16<br>14:51:50  17<br>14:51:52  18<br>14:51:53  19<br>14:51:53  20<br>14:51:58  21<br>14:52:01  22<br>14:52:04  23<br>14:52:08  24<br>14:52:11  25<br><br>*Duplicate Copy of*<br><br>37 |

10

EXHIBIT 19  PAGE 673

Confidential - Attorney's Eyes Only

MGA 0866920

CONFIDENTIAL

| | |
|---|---|
| 14:52:12  1<br>14:52:14  2<br>14:52:15  3<br>14:52:16  4<br>14:52:26  5<br>14:52:29  6<br>14:52:41  7<br>14:52:48  8<br>14:52:52  9<br>14:52:53 10<br>14:52:55 11<br>14:53:02 12<br>14:53:06 13<br>14:53:12 14<br>14:53:15 15<br>14:53:28 16<br>14:53:38 17<br>14:53:46 18<br>14:53:56 19<br>14:54:14 20<br>14:54:18 21<br>14:54:26 22<br>14:54:28 23<br>14:54:30 24<br>14:54:33 25<br><br>*Duplicate Copy of*<br><br>38 | 14:56:14  1<br>14:56:20  2<br>14:56:21  3<br>14:56:27  4<br>14:56:29  5<br>14:56:32  6<br>14:56:34  7<br>14:56:36  8<br>14:56:39  9<br>14:56:43 10<br>14:56:44 11<br>14:56:45 12<br>14:56:48 13<br>14:56:56 14<br>14:57:00 15<br>14:57:13 16<br>14:57:15 17<br>14:57:17 18<br>14:57:20 19<br>14:57:22 20<br>14:57:26 21<br>14:57:28 22<br>14:57:30 23<br>14:57:32 24<br>14:57:34 25<br><br>*Duplicate Copy of*<br><br>40 |
| 14:54:39  1<br>14:54:42  2<br>14:54:46  3<br>14:54:50  4<br>14:54:53  5<br>14:54:56  6<br>14:55:10  7<br>14:55:12  8<br>14:55:18  9<br>14:55:25 10<br>14:55:27 11<br>14:55:32 12<br>14:55:37 13<br>14:55:40 14<br>14:55:42 15<br>14:55:44 16<br>14:55:48 17<br>14:55:49 18<br>14:55:53 19<br>14:56:00 20<br>14:56:09 21<br>14:56:09 22<br>14:56:10 23<br>14:56:11 24<br>14:56:12 25<br><br>*Duplicate Copy of*<br><br>39 | 14:57:37  1<br>14:57:38  2<br>14:57:43  3<br>14:57:44  4<br>14:57:47  5<br>14:57:48  6<br>14:57:52  7<br>14:57:55  8<br>14:57:55  9<br>14:57:56 10<br>14:58:01 11<br>14:58:02 12<br>14:58:04 13<br>14:58:08 14<br>14:58:25 15<br>14:58:28 16<br>14:58:29 17<br>14:58:33 18<br>14:58:35 19<br>14:58:37 20<br>14:58:41 21<br>14:58:44 22<br>14:58:56 23<br>14:58:57 24<br>14:58:58 25<br><br>*Duplicate Copy of*<br><br>41 |

11

Confidential - Attorney's Eyes Only       EXHIBIT 19 PAGE 674       MGA 0866921

CONFIDENTIAL

| | |
|---|---|
| 14:58:59  1<br>14:59:00  2<br>14:59:01  3<br>14:59:02  4<br>14:59:03  5<br>14:59:03  6<br>14:59:04  7<br>14:59:06  8<br>14:59:08  9<br>14:59:36  10<br>14:59:43  11<br>14:59:52  12<br>14:59:53  13<br>14:59:55  14<br>15:00:21  15<br>15:00:23  16<br>15:00:26  17<br>15:00:26  18<br>15:00:28  19<br>15:00:35  20<br>15:00:42  21<br>15:00:45  22<br>15:00:48  23<br>15:00:52  24<br>15:00:53  25<br><br>*Duplicate Copy of*<br><br>42 | 15:01:51  1<br>15:01:51  2<br>15:01:53  3<br>15:01:58  4<br>15:02:01  5<br>15:02:05  6<br>15:02:07  7<br>15:02:10  8<br>15:02:13  9<br>15:02:15  10<br>15:02:19  11<br>15:02:19  12<br>15:02:20  13<br>15:02:22  14<br>15:02:23  15<br>15:02:25  16<br>15:02:28  17<br>15:02:29  18<br>15:02:30  19<br>15:02:33  20<br>15:02:37  21<br>15:02:41  22<br>15:02:42  23<br>15:02:45  24<br>15:02:50  25<br><br>*Duplicate Copy of*<br><br>44 |
| 15:00:55  1<br>       2<br>       3<br>       4<br>15:00:58  5<br>15:00:58  6<br>15:01:00  7<br>15:01:04  8<br>15:01:05  9<br>15:01:07  10<br>15:01:09  11<br>15:01:14  12<br>15:01:16  13<br>15:01:17  14<br>15:01:18  15<br>15:01:21  16<br>15:01:23  17<br>15:01:25  18<br>15:01:28  19<br>15:01:30  20<br>15:01:33  21<br>15:01:37  22<br>15:01:38  23<br>15:01:40  24<br>15:01:44  25<br><br>*Duplicate Copy of*<br><br>43 | 15:02:53  1<br>15:02:58  2<br>15:03:02  3<br>15:03:04  4<br>15:03:06  5<br>15:03:08  6<br>15:03:12  7<br>15:03:16  8<br>15:03:19  9<br>15:03:19  10<br>15:03:21  11<br>15:03:27  12<br>15:03:32  13<br>15:03:33  14<br>15:03:36  15<br>15:03:39  16<br>15:03:46  17<br>15:03:50  18<br>15:03:53  19<br>15:03:54  20<br>       21<br>       22<br>       23<br>15:03:58  24<br>15:03:58  25<br><br>*Duplicate Copy of*<br><br>45 |

12

LegaLink - Los Angeles
800-826-0277   818-986-5270   Fax 818-783-7310   www.legalink.com

Confidential - Attorney's Eyes Only   EXHIBIT *19*  PAGE *675*   MGA 0866922

CONFIDENTIAL

| | |
|---|---|
| 15:04:03  1<br>15:04:06  2<br>15:04:10  3<br>15:04:10  4<br>15:04:13  5<br>15:04:15  6<br>15:04:18  7<br>15:04:21  8<br>15:04:27  9<br>15:04:30  10<br>15:04:35  11<br>15:04:35  12<br>15:04:39  13<br>15:04:41  14<br>15:04:44  15<br>15:04:47  16<br>15:04:52  17<br>15:04:54  18<br>15:04:56  19<br>15:05:00  20<br>15:05:06  21<br>15:05:07  22<br>15:05:09  23<br>15:05:10  24<br>15:05:11  25<br><br>*Duplicate Copy of*<br><br>46 | 1<br>2<br>3<br>4<br>5<br>6<br>7<br>8<br>9<br>10<br>11<br>12<br>13<br>14<br>15<br>16<br>17<br>18<br>19<br>20<br><br>21<br>22<br>23<br>24<br>25<br><br>*Duplicate Copy of*<br><br>48 |
| 15:05:13  1<br>15:05:17  2<br>15:05:18  3<br>15:05:21  4<br>15:05:24  5<br>15:05:27  6<br>15:05:30  7<br>8<br>9<br>10<br>11<br>12<br>13<br>14<br>15<br>16<br>17<br>18<br>19<br>20<br>21<br>22<br>23<br>24<br>25<br><br>*Duplicate Copy of*<br><br>47 | 1<br>2<br>3<br>4<br>5<br>6<br>7<br>8<br>9<br>10<br>11<br>12<br>13<br>14<br>15<br>16<br>17<br>18<br>19<br>20<br>21<br>22<br>23<br>24<br>25<br><br>*Duplicate Copy of*<br><br>49 |

13

EXHIBIT 19   PAGE 670

Confidential - Attorney's Eyes Only

MGA 0866923

CONFIDENTIAL

LegaLink - Los Angeles
800-826-0277  818-986-5270  Fax 818-783-7310  www.legalink.com

Confidential - Attorney's Eyes Only

EXHIBIT _19_  PAGE **677**

MGA 0866924

CONFIDENTIAL

*Duplicate Copy of*

**LegaLink - Los Angeles**
800-826-0277  818-986-5270  Fax 818-783-7310  www.legalink.com

Confidential - Attorney's Eyes Only

EXHIBIT *19* — PAGE **678**

MGA 0866925

CONFIDENTIAL

Page 3

EXHIBIT _19_ PAGE **079**

Confidential - Attorney's Eyes Only

MGA 0866926

CONFIDENTIAL

Page 4

EXHIBIT 19  PAGE 80

Confidential - Attorney's Eyes Only

MGA 0866927

CONFIDENTIAL

Page 5

*Duplicate Copy of*

LegaLink - Los Angeles
800-826-0277  818-986-5270  Fax 818-783-7310  www.legalink.com

Confidential - Attorney's Eyes Only

EXHIBIT *19* PAGE **681**

MGA 0866928

CONFIDENTIAL

Page 6

Confidential - Attorney's Eyes Only

EXHIBIT 19 PAGE 682

MGA 0866929

CONFIDENTIAL

Page 7

*Duplicate Copy of*

LegaLink - Los Angeles
800-826-0277  818-986-5270  Fax 818-783-7310  www.legalink.com

EXHIBIT _19_ PAGE _683_

Confidential - Attorney's Eyes Only

MGA 0866930

**EXHIBIT 20**

010957

MGA Entertainment, Inc.     MGA ENTERTAINMENT, INC.     010957

| VENDOR ID | NAME | PAYMENT NUMBER | CHECK DATE | | | | |
|---|---|---|---|---|---|---|---|
| HARLOW | VERONICA HARLOW | 030605 | 10/27/2003 | | | | |
| Confidential | VENDOR/VOUCHER NUMBER | DATE | AMOUNT | AMOUNT PAID | DISCOUNT | WRITE-OFF | NET |
| 060698 | EXP 4/23-5/23/03 | 10/27/2003 | $1,337.00 | $1,337.00 | $0.00 | $0.00 | $1,337.00 |
| Confidential | | | | | | | |
| | | | | Confidential | | | |

COMMENT

🖑 SUPERIOR PRESS, SANTA FE SPRINGS (888) 590-7998

EXHIBIT 20 PAGE 684

Confidential - For Attorney's Eyes Only

MGA 0079454

**EXHIBIT 21**

| Department:  BRATZ |
| --- |
| Project: Boyz S'04 "Sweetheart" |
| NAME: Veronica Marlow |

| Date | Supplies 7500-435 | Daily Total |
| --- | --- | --- |
| 6-Jun-2003 | Confidential | |
| 13-Jun-2003 | | |
| 16-Jun-2003 | | |
| 18-Jun-2003 | | |
| 22-Jun-2003 | | |
| 25-Jun-2003 | | |
| 26-Jun-2003 | | |
| 1-Jul-2003 | | |
| 4-Jul-2003 | | |
| 11-Jul-2003 | | |
| 18-Jul-2003 | | |
| Totals: | | |

GRAND TOTAL:   Confidential

Breakdown:




6-Jun-2003
6-Jun-2003
13-Jun-2003
16-Jun-2003
18-Jun-2003
18-Jun-2003
22-Jun-2003
25-Jun-2003
26-Jun-2003
1-Jul-2003
1-Jul-2003
1-Jul-2003
1-Jul-2003
4-Jul-2003
11-Jul-2003
18-Jul-2003

7500 435
060699

EXHIBIT 21 PAGE 685

Confidential - For Attorney's Eyes Only

MGA 0079458

| Department: BRATZ |||
| :-- | :-- | :-- |
| Project: S'04 Bratz and Boyz Pack Refresh |||
| NAME: Veronica Marlow |||
| Date | Supplies 7500-435 | Daily Total |
| 2-May-2003 | Confidential | |
| 6-May-2003 | | |
| 15-May-2003 | | |
| 29-May-2003 | | |
| 2-Jun-2003 | | |
| 6-Jun-2003 | | |
| 9-Jul-2003 | | |
| 12-Jul-2003 | | |
| Totals: | | |

GRAND TOTAL:  Confidential

**Breakdown:**

2-May-2003  Confidential
2-May-2003
2-May-2003  Confidential
6-May-2003
15-May-2003
29-May-2003
29-May-2003
29-May-2003
29-May-2003
29-May-2003
2-Jun-2003
6-Jun-2003
6-Jun-2003
6-Jun-2003
6-Jun-2003
6-Jun-2003
6-Jun-2003
6-Jun-2003
6-Jun-2003
9-Jul-2003
12-Jul-2003

**EXHIBIT** 21 **PAGE** 686

Confidential - For Attorney's Eyes Only

MGA 0079459

| Department: BRATZ | | |
| --- | --- | --- |
| Project: Bratz and Boyz S'04 Fashion Pack Refresh | | |
| NAME: Veronica Marlow | | |
| Date | Supplies 7500-435 | Daily Total |
| 1-May-2003 | Confidential | |
| 2-May-2003 | | |
| 6-May-2003 | | |
| 10-May-2003 | | |
| 20-May-2003 | | |
| Totals: | | |

GRAND TOTAL: Confidential

Breakdown:

| | |
| --- | --- |
| 1-May-2003 | |
| 1-May-2003 | |
| 1-May-2003 | |
| 1-May-2003 | |
| 2-May-2003 | |
| 2-May-2003 | |
| 2-May-2003 | |
| 2-May-2003 | |
| 2-May-2003 | |
| 6-May-2003 | |
| 6-May-2003 | |
| 10-May-2003 | |
| 10-May-2003 | |
| 20-May-2003 | |
| 20-May-2003 | |
| 20-May-2003 | |
| 22-May-2003 | |




7500-435
060701

Confidential - For Attorney's Eyes Only

EXHIBIT 21   PAGE 687

MGA 0079460

**EXHIBIT 22**

MGA ENTERTAINMENT
A DBA OF ABC INTERNATIONAL TRADERS, INC.
16730 Shoenborn Street
North Hills, CA  91343-6122
(818) 894-2525

QTR ENDED
3/31/2003

Mrs. Veronica Marlow
12250 Woodley Avenue
Granada Hills, CA  91344

SUGAR PLANET

| SKU | DESCRIPTION | SALES QTY | SALES $ | ROYALTY % | ROYALTY $ |
|-----|-------------|-----------|---------|-----------|-----------|
| 253945 | SUGAR PLANET 3PK Target | 100.00% | | | |
| 253945T | SUGAR PLANET 3PK Target | 100.00% | | | |
| 253945F | SUGAR PLANET 3PK Target | 100.00% | | | |
| 253945I | SUGAR PLANET 3PK Target | 100.00% | | | |
| 255147 | Sugar Planet Tropical | 100.00% | | | |
| 255154 | Sugar Planet Frozen Candy | 100.00% | | | |
| 255161 | Sugar Planet Mermaid | 100.00% | | | |
| 257509 | Sugar Planet Character Pack-6pk | 100.00% | | | |
| 257509T | Sugar Planet Character Pack-6pk | 100.00% | | | |
| 257509F | Sugar Planet Character Pack-6pk | 100.00% | | | |
| 257509I | Sugar Planet Character Pack-6pk | 100.00% | | | |
| 257516 | SUGAR PLANET CHARACTER PACK - MERMAID | 100.00% | | | |
| 257523 | SUGAR PLANET CHARACTER PACK - TROPICAL | 100.00% | | | |
| 257530 | SUGAR PLANET CHARACTER PACK - FROZEN | 100.00% | | | |
| 257547 | Sugar Planet Purse-4pk | 100.00% | | | |
| 257547T | Sugar Planet Purse-4pk | 100.00% | | | |
| 257547F | Sugar Planet Purse-4pk | 100.00% | | | |
| 257547I | Sugar Planet Purse-4pk | 100.00% | | | |
| 257554 | Sugar Planet Purse - Mermaid | 100.00% | | | |
| 257561 | Sugar Planet Purse - Tropical | 100.00% | | | |
| 257578 | Sugar Planet Purse - Frozen | 100.00% | | | |

EARNED ROYALTY THIS QUARTER

Advance Paid, Against Royalty

Net Balance Due

We Certify that the above statement accurately reflects the activity on our books during the period covered by this report for the merchandise shown.

Jeffrey L. Hall
Corporate Controller

RECEIVED JUN 0 4 2003
5850·200
052658

EXHIBIT 22 PAGE 68

Confidential - For Attorney's Eyes Only

MGA 0079409

**EXHIBIT 23**

011821

MGA Entertainment Inc.   MGA ENTERTAINMENT, INC.                                              011821

| VENDOR ID | NAME | | PAYMENT NUMBER | CHECK DATE |
|---|---|---|---|---|
| HARLOW | VERONICA HARLOW | | 031203 | 12/18/2003 |

| Confidential | | DATE | AMOUNT | AMOUNT PAID | DISCOUNT | WRITE OFF | NET |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| 062661 | G001018 | 11/24/2003 | $3,930.00 | $3,930.00 | $0.00 | $0.00 | $3,930.00 |
| | | | | Confidential | | | |

COMMENT

SUPERIOR PRESS, SANTA FE SPRINGS (888) 590-7998

EXHIBIT 23 PAGE 688

Confidential - For Attorney's Eyes Only                                                MGA 0079429

**EXHIBIT 24**

10707



ABC INTERNATIONAL TRADERS, INC.

ABC International Traders, Inc.                                          10707

| VENDOR ID | NAME | PAYMENT NUMBER | CHECK DATE |
|---|---|---|---|
| MATI | VIVIAN J. MATI | 012420 | 10/27/00 |

| OUR VOUCHER NUMBER | YOUR VOUCHER NUMBER | DATE | AMOUNT | AMOUNT PAID | DISCOUNT | WRITE-OFF | NET |
|---|---|---|---|---|---|---|---|
| 025893 | 1145MGA | 10/13/00 | | | | | |
| 025894 | 1146MGA | 10/13/00 | | | | | |
| 026080 | 1147MGA | 10/16/00 | | | | | |

COMMENT

SFMSD1042-1            TO REORDER, CALL YOUR LOCAL SAFEGUARD DISTRIBUTOR AT 323-838-9696            M97SF004796

Safeguard

EXHIBIT 24 PAGE 688

Confidential - Attorney's Eyes Only

MGA 0842068

**EXHIBIT 25**

ABC INTERNATIONAL TRADERS, INC.

MGA Entertainment, Inc.

18524                 **18524**

| VENDOR ID | NAME | PAYMENT NUMBER | CHECK DATE | |
|---|---|---|---|---|
| MARLOW | VERONICA MARLOW | 025693 | 1/8/2003 | |

| OUR VOUCHER NUMBER | YOUR VOUCHER NUMBER | DATE | AMOUNT | AMOUNT PAID | DISCOUNT | WRITE OFF | |
|---|---|---|---|---|---|---|---|
| 047649 | G000933 | 1/7/2003 | Confidential | | | | |
| 047650 | G000932 | 1/7/2003 | | | | | |
| 047651 | G000931 | 1/7/2003 | | | | | |
| 047652 | G000930 | 1/7/2003 | | | | | |
| 047653 | G000929 | 1/7/2003 | | | | | |
| 047654 | G000928 | 1/7/2003 | | | | | |
| 047655 | G000927 | 1/7/2003 | $2,266.00 | $2,266.00 | $0.00 | $0.00 | $2,266.00 |
| 047656 | G000926 | 1/7/2003 | $2,385.00 | $2,385.00 | $0.00 | $0.00 | $2,385.00 |
| 047657 | G000925 | 1/7/2003 | $2,264.00 | $2,264.00 | $0.00 | $0.00 | $2,264.00 |

Confidential

COMMENT

SFM8601042-1                   TO REORDER, CALL YOUR LOCAL SAFEGUARD DISTRIBUTOR AT 323-838-9899                   M975P004796

**Safeguard** LITHO USA   SF552M  DF35061123M (2-01)

EXHIBIT *25* PAGE *687*

Confidential - For Attorney's Eyes Only

MGA 0079736

**EXHIBIT 26**



MGA Entertainment Inc.

MGA Entertainment
16730 Schoenborn St.
North Hills          CA   91343-6122

*Page: 1*

| Vendor ID | Vendor Name | Check Name | | Payment Number | Check Date | Check Number |
|---|---|---|---|---|---|---|
| MARLOW | VERONICA MARLOW | VERONICA MARLOW | | 026069 | 2/20/2003 | 18674 |

| Our Voucher Number | Your Voucher Number | Date | Amount | Amount Paid | Discount | Writeoff | Net |
|---|---|---|---|---|---|---|---|
| 049241 | G000934 | 1/21/2003 | $2,400.00 | $2,400.00 | $0.00 | $0.00 | $2,400.00 |
| 049243 | G000935 | 1/21/2003 | $700.00 | $700.00 | $0.00 | $0.00 | $700.00 |
| 049244 | G000936 | 1/21/2003 | $2,400.00 | $2,400.00 | $0.00 | $0.00 | $2,400.00 |
| 049248 | G000937 | 1/21/2003 | $2,400.00 | $2,400.00 | $0.00 | $0.00 | $2,400.00 |
| 049250 | G000938 | 1/21/2003 | $2,400.00 | $2,400.00 | $0.00 | $0.00 | $2,400.00 |
| 049251 | G000939 | 1/21/2003 | $2,400.00 | $2,400.00 | $0.00 | $0.00 | $2,400.00 |
| 049252 | G000940 | 1/21/2003 | Confidential | | | | |
| 049254 | G000941 | 1/21/2003 | | | | | |
| 049265 | G000942 | 1/21/2003 | | | | | |
| 049266 | G000943 | 1/21/2003 | | | | | |
| 049267 | G000944 | 1/21/2003 | | | | | |
| 049268 | G000945 | 1/21/2003 | | | | | |
| 049270 | G000946 | 1/21/2003 | | | | | |
| 049271 | G000947 | 1/21/2003 | | | | | |

Confidential

Confidential - For Attorney's Eyes Only

EXHIBIT 26  PAGE 690

MGA 0079935

**EXHIBIT 27**

**17139**

ABC INTERNATIONAL TRADERS, INC.

ABC International Traders, Inc

17139

| VENDOR ID | NAME | | PAYMENT NUMBER | CHECK DATE | | | | |
|-----------|------|--|----------------|-----------|--|--|--|--|
| MARLOW | VERONICA MARLOW | | 024236 | 10/11/02 | | | | |
| OUR VOUCHER NUMBER | YOUR VOUCHER NUMBER | DATE | AMOUNT | AMOUNT PAID | | DISCOUNT | WRITE-OFF | NET |
| Confidential | | | | | | | | |
| 044238 | G000850 | 9/17/02 | $1,940.00 | $1,940.00 | | $0.00 | $0.00 | $1,940.00 |
| 044239 | G000851 | 9/17/02 | $1,950.00 | $1,950.00 | | $0.00 | $0.00 | $1,950.00 |
| 044240 | G000852 | 9/17/02 | $2,460.00 | $2,460.00 | | $0.00 | $0.00 | $2,460.00 |
| Confidential | | | | | | | | |
| | | | | Confidential | | | | |

COMMENT

TO REORDER, CALL YOUR LOCAL SAFEGUARD DISTRIBUTOR AT 323-838-9696

**EXHIBIT 27 PAGE 691**

Confidential - For Attorney's Eyes Only

MGA 0080296

**EXHIBIT 28**



*P007580*

# PURCHASE REQUISITION

**Date** 9/25/02

**Vendor Name** VERONICA MARLOW

**Explanation** | TRY-OUT AND SAMPLE MAKING |
BRATZ BOYZ

| | 1 | SAMPLE MAKING | | | | Confidential |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | SALES TAX | |
| | | | | Grand Total: | | Confidential |

PAULA
**REQUESTED BY:**

PAULA
**Approved BY:**

QUOTE:
SEE
ATTACHMENT

*8322-400*

# EXHIBIT 28 PAGE 692

Confidential - For Attorney's Eyes Only

MGA 0080299

**EXHIBIT 29**

# PURCHASE ORDER

ABC International Traders, Inc
dba MGA Entertainment
16730 Schoenborn St.
North Hills
CA            91343-6122

PO Number:   PO04071
Date:        2/27/01
Page:        1

| Order From: | ANNA RHEE | | Deliver to: | L.A. MAIN WAREHOUSE | |
|---|---|---|---|---|---|
| | 1613 FORD AVENUE | | | 16730 SCHOENBORN ST | |
| | REDONDO BEACH | | | NORTH HILLS | |
| | 90278 | CA | | CA | 91343 |

| Your Item Number Item Description | Our Reference | Qty Ordered Date Requested | · Units | Unit Cost Date Promised | Extension |
|---|---|---|---|---|---|
| | TODDLER TABITHA | Confidential | | | |
| TODDLER TABITHA FACE PAINTING | | 2/1/01 | | | |
| 1 | TODDLER TABITHA | Confidential | | | |
| LIPS ON LARGE HEAD | | 2/1/01 | | | |
| 2 | TODDLER TABITHA | Confidential | | | |
| SALES TAX | | 2/1/01 | | | |

Please Quote Purchase Order Number on all correspondence.

Subtotal:
Freight:
Tax amount:
Total Value:

Confidential

EXHIBIT 29 PAGE 693

MGA 0081900

Confidential - For Attorney's Eyes Only

**EXHIBIT 30**



ABC INTERNATIONAL TRADERS, INC.
ABC International Traders, Inc

15644

**15644**

| VENDOR ID | NAME | PAYMENT NUMBER | CHECK DATE | | |
|-----------|------|----------------|------------|---|---|
| RHEE | ANNA RHEE | 022402 | 5/17/02 | | |

| OUR VOUCHER NUMBER | YOUR VOUCHER NUMBER | DATE | AMOUNT | AMOUNT PAID | DISCOUNT | WRITE-OFF | NET |
|--------------------|---------------------|------|--------|-------------|----------|-----------|-----|
| 039250 | 244123 | 4/17/02 | Confidential | Confidential | Confidential | Confidential | Confidential |
| 039248 | 244130 | 4/18/02 | Confidential | Confidential | Confidential | Confidential | Confidential |
| 039249 | 244126 | 4/18/02 | Confidential | Confidential | Confidential | Confidential | Confidential |
| 039247 | 244129 | 4/21/02 | $866.00 | $866.00 | $0.00 | $0.00 | $866.00 |

COMMENT

Confidential  Confidential  Confidential  Confidential  Confidential Confidential

SFMS01042-1

TO REORDER, CALL YOUR LOCAL SAFEGUARD DISTRIBUTOR AT 323-838-9696

M97SF004796

Safeguard

EXHIBIT 30 PAGE 694

Confidential - For Attorney's Eyes Only

MGA 0081994

**EXHIBIT 31**

16571

ABC INTERNATIONAL TRADERS, INC.

ABC International Traders, Inc.

16571

| VENDOR ID | NAME | PAYMENT NUMBER | CHECK DATE |
|---|---|---|---|
| RHEE | ANNA RHEE | 023528 | 8/15/02 |

| OUR VOUCHER NUMBER | YOUR VOUCHER NUMBER | DATE | AMOUNT | AMOUNT PAID | DISCOUNT | WRITE-OFF | NET |
|---|---|---|---|---|---|---|---|
| 042109 | 295013 | 7/10/02 | Confidential | | | | |
| 041760 | 295014 | 7/16/02 | | | | | |
| 041761 | 295015 | 7/16/02 | | $1,082.50 | $1,082.50 | $0.00 | $0.00 | $1,082.50 |
| 041758 | 295016 | 7/18/02 | Confidential | | | | |
| 042040 | 295017 | 7/18/02 | $1,082.50 | $1,082.50 | $0.00 | $0.00 | $1,082.50 |
| 041759 | 295021 | 7/22/02 | Confidential | | | | Confidential |
| 042042 | 295020 | 7/22/02 | $270.63 | $270.63 | $0.00 | $0.00 | $270.63 |
| 042041 | 295022 | 7/23/02 | | | | | |

Confidential

COMMENT

TO REORDER, CALL YOUR LOCAL SAFEGUARD DISTRIBUTOR AT 323-938-9696

SFMSC1042-1

M875F004796

Safeguard

EXHIBIT 31 PAGE 695

MGA 0082182

Confidential - For Attorney's Eyes Only

**EXHIBIT 32**

# PURCHASE ORDER

ABC International Traders, Inc.
dba MGA Entertainment
16730 Schoenborn St.
North Hills
CA          91343-6122

| | |
|---|---|
| PO Number: | PO07060 |
| Date: | 7/22/02 |
| Page: | 1 |

| Order From: | ANNA RHEE | Deliver to: | L.A. North Hills |
|---|---|---|---|
| | 101 S. GUADALUPE AVENUE | | 16730 SCHOENBORN ST |
| | REDONDO BEACH | | NORTH HILLS |
| | CA          90277 | | CA          91343 |

| Your Item Number Our Reference | Qty Ordered Item Description | Units | Unit Cost Date Requested | Extension Date Promised |
|---|---|---|---|---|
| 1 ARCTIC GIRLS | 2.000 ARCTIC FACES | Each | Privileged 0/0/00 | |
| 2 ARCTIC GIRLS | 2.000 PAINT MASTERS | Each | Privileged 0/0/00 | |
| 3 ARCTIC GIRLS | 2.000 SET OF SWATCHES | Each | Privileged 0/0/00 | |
| 4 ARTIC GIRLS | 1.000 SALES TAX | Each | Privileged 0/0/00 | |

Please Quote Purchase Order Number on all correspondence.

Subtotal:
Freight:
Tax amount:
Total Value:



Confidential - For Attorney's Eyes Only

EXHIBIT 32 PAGE 696

MGA 0082190

**EXHIBIT 33**

**MGA ENTERTAINMENT®**

PO 07060

## PURCHASE REQUISITION

Date

Vendor Name     *anna Rhee.*

Explanation     *Photo models sp. character pcks - Attic*

| DRAWING NO. | DESCRIPTION | U/M | QTY | COST/UNIT | Privileged | | |
|---|---|---|---|---|---|---|---|
| | *Attic Faces -* | | 2. | | | | |
| | *Paint msrs* | | 2. | | | | |
| | *Site of Snatches* | | 2 | | | | |
| | | | | | | $ | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | Privileged | |
| GRAND TOTAL | | | 0 | | | | |

REQUESTED BY:     *Paula / Carter.*

APPROVED BY:     *Paula*

**EXHIBIT 33 PAGE 697**

Confidential - For Attorney's Eyes Only

MGA 0082191

**EXHIBIT 34**

MGA ENTERTAINMENT, INC.

Entertainment, Inc.                                                           010374                     010374

| VENDOR ID | NAME | | PAYMENT NUMBER | CHECK DATE | |
|---|---|---|---|---|---|
| RHEE | ANNA RHEE | | 029469 | 10/2/2003 | |

| OUR VOUCHER NUMBER | YOUR VOUCHER NUMBER | DATE | AMOUNT | AMOUNT PAID | DISCOUNT | WRITE-OFF | NET |
|---|---|---|---|---|---|---|---|
| 058862 | 95 | 9/24/2003 | $433.00 | $433.00 | $0.00 | $0.00 | $433.00 |
| 058864 | 95 | 9/24/2003 | Confidential | | Confidential | | |
| 058865 | 96 | 9/24/2003 | | | | | |
| 058866 | 97 | 9/24/2003 | | | | | |
| 058867 | 98 | 9/24/2003 | | | | | |
| 058868 | 99 | 9/24/2003 | | | | | |
| 058869 | 100 | 9/24/2003 | $1,082.50 | $1,082.50 | $0.00 | $0.00 | $1,082.50 |
| 058870 | 101 | 9/24/2003 | Confidential | | Confidential | | |
| 058871 | 102 | 9/24/2003 | | | | | |
| 058872 | 103 | 9/24/2003 | | | | | |

Confidential

COMMENT

SUPERIOR PRESS, SANTA FE SPRINGS  (888) 590.7998

EXHIBIT 34 PAGE 698

Confidential - For Attorney's Eyes Only

MGA 0082522

**EXHIBIT 35**



19551

ABC INTERNATIONAL TRADERS, INC.

MGA Entertainment Inc.

| VENDOR ID | NAME | | PAYMENT NUMBER | CHECK DATE | |
|---|---|---|---|---|---|
| RREE | ANNA RREE | | 027103 | 5/8/2003 | |

| OUR VOUCHER NUMBER | YOUR VOUCHER NUMBER | DATE | AMOUNT | AMOUNT PAID | DISCOUNT | WRITE OFF | NET |
|---|---|---|---|---|---|---|---|
| 051653 | 40 | 4/29/2003 | Confidential | Confidential | Confidential Confidential | | Confidential |
| 051654 | 43 | 4/29/2003 | Confidential | Confidential | | | Confidential |
| 051655 | 45 | 4/29/2003 | $1,082.00 | $1,082.00 | $0.00 | $0.00 | $1,082.00 |
| 051723 | 39 | 4/29/2003 | Confidential | Confidential | Confident Confidential | | Confidential |
| 051724 | 41 | 4/29/2003 | $649.50 | $649.50 | $0.00 | $0.00 | $649.50 |
| 051725 | 42 | 4/29/2003 | Confidential | Confidential | Confidential Confidential | | Confidential |
| | | | Confidential | Confidential | Confidential Confidential | | Confidential |

COMMENT

SFMS01042-1          TO REORDER, CALL YOUR LOCAL SAFEGUARD DISTRIBUTOR AT 323-838-9496          M97SF004796

Safeguard

EXHIBIT 35 PAGE 689

Confidential - For Attorney's Eyes Only

MGA 0082601

**EXHIBIT 36**

# Veronica Marlow, Inc.

EIN: 42-1585868
12250 Woodley Ave.
Granada Hills CA, 91344
Phone:    818-360-9158
Fax:       818-360-4509
Email:    pmarlow@socal.rr.com

*P.U.*

## Quotation

QUOTE NO.:   Q1387

DATE:        2/23/2004

| | |
|---|---|
| Submitted To: | MGA Entertainment<br>16730 Schoenborn St.<br>North Hills, CA 91343 |
| Attention: | Paula Treantafelles |
| Reference: | Boyz fashions and accessories development. |

*12119*

In response to your Request for Quotation, we are pleased to provide pricing on the following items:

| ITEM | QUAN. | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| 1 | 1 | **Boyz Wild-Life F'04 #1 doll fashions and accessories, with one set of final samples each.** Includes one each of: Tank top; camouflage pants; long sleeve shirt; armband w/ pocket; denim vest; cargo pants; hand-beaded belt (plus 1 duplicate); vinyl belt; hat; backpack. | Confidential | |
| 2 | 1 | **Boyz Wild-Life F'04 #2 doll fashions and accessories, with one set of final samples each.** Includes one each of: Jacket; t-shirt top; distressed army pants; long sleeve shirt; cargo denim pants; 2 belts; hat; backpack. | | |
| 3 | 1 | **Boyz Wild-Life F'04 #3 doll fashions and accessories, with one set of final samples each.** Includes one each of: Jacket; tank top; camouflage cargo pants; long sleeve t-shirt; detailed cargo pants; 2 belts; hat; backpack. | | |
| 4 | 1 | **Boyz Wild-Life F'04 #4 doll fashions and accessories, with one set of final samples each.** Includes one each of: Jacket; t-shirt; denim pants; tank top; cargo pants; 2 belts; hat; backpack. | | |
| 5 | 1 | **Boyz Wild-Life F'04 #5 doll fashions and accessories, with one set of final samples each.** Includes one each of: denim vest; long sleeve t-shirt; cargo pants; detailed sleeveless t-shirt; leather-look pants; belt chain; 2 belts; hat; backpack. | | |
| | | RECEIVED MAR 0 1 2004 | TOTAL | Confidential |

Terms and Conditions:
1. Please reference quote number on purchase order.
2. Quote: Valid for 30 days.
3. Materials expenses to be reimbursed separately by customer.
4. Delivery: Net 14 days after receipt of order.
5. Terms: All payments are due net 30 days after receipt of invoice.
6. Shipping and handling: Next day, at no extra charge.

Thank you. We look forward to serving you.

ςερονιχα Μαρλοω

*8322-435*

EXHIBIT __36__ PAGE __700__

Confidential - For Attorney's Eyes Only

MGA 0078982

**EXHIBIT 37**

MGA Entertainment Inc.
dba MGA Entertainment
16730 Schoenborn St.
North Hills                    CA   91343-6122

Page: 1

| Vendor ID | Vendor Name | Check Name | Payment Number | Check Date | Check Number |
|-----------|-------------|------------|----------------|------------|--------------|
| MARLOW | VERONICA MARLOW | VERONICA MARLOW | 026069 | 2/20/2003 | 18674 |

| Our Voucher Number | Your Voucher Number | Date | Amount | Amount Paid | Discount | Writeoff | Net |
|--------------------|---------------------|------|--------|-------------|----------|----------|-----|
| 049241 | G000934 | 1/21/2003 | $2,400.00 | $2,400.00 | $0.00 | $0.00 | $2,400.00 |
| 049243 | G000935 | 1/21/2003 | $700.00 | $700.00 | $0.00 | $0.00 | $700.00 |
| 049244 | G000936 | 1/21/2003 | $2,400.00 | $2,400.00 | $0.00 | $0.00 | $2,400.00 |
| 049248 | G000937 | 1/21/2003 | $2,400.00 | $2,400.00 | $0.00 | $0.00 | $2,400.00 |
| 049250 | G000938 | 1/21/2003 | $2,400.00 | $2,400.00 | $0.00 | $0.00 | $2,400.00 |
| 049251 | G000939 | 1/21/2003 | $2,400.00 | $2,400.00 | $0.00 | $0.00 | $2,400.00 |
| 049252 | G000940 | 1/21/2003 | | | | | |
| 049254 | G000941 | 1/21/2003 | | | | | |
| 049265 | G000942 | 1/21/2003 | | | | | |
| 049266 | G000943 | 1/21/2003 | | | | | |
| 049267 | G000944 | 1/21/2003 | | | | | |
| 049268 | G000945 | 1/21/2003 | | | | | |
| 049270 | G000946 | 1/21/2003 | | | | | |
| 049271 | G000947 | 1/21/2003 | | | | | |

Confidential

Confidential

Confidential - For Attorney's Eyes Only

EXHIBIT 31 PAGE 701

MGA 0079316

**EXHIBIT 38**

MGA Entertainment Inc. ABC INTERNATIONAL TRADERS, INC.  17977  **17977**

| VENDOR ID | NAME | PAYMENT NUMBER | CHECK DATE | |
|---|---|---|---|---|
| LEAH7 | J-DO INC. | 025205 | 12/23/2002 | |

| OUR VOUCHER NUMBER | YOUR VOUCHER NUMBER | DATE | AMOUNT | AMOUNT PAID | DISCOUNT | WRITE-OFF | NET |
|---|---|---|---|---|---|---|---|
| 046611 | 1090 | 11/27/2002 | $2,425.00 | $2,425.00 | $0.00 | $0.00 | $2,425.00 |
| 046612 | 1085 | 11/27/2002 | Confidential | | | | |
| 046613 | 1092 | 11/27/2002 | $2,850.00 | $2,850.00 | $0.00 | $0.00 | $2,850.00 |
| 046614 | 1089 | 11/27/2002 | Confidential | | | | |
| 046615 | 1088 | 11/27/2002 | | | | | |
| 046616 | 1087 | 11/27/2002 | | | | | |
| 046617 | 1091 | 11/27/2002 | $1,650.00 | $1,650.00 | $0.00 | $0.00 | $1,650.00 |
| 046618 | 1086 | 11/27/2002 | Confidential | | | | |
| 046773 | 1084 | 11/27/2002 | | | | | |
| | | | Confidential | | | | |

COMMENT

3PM301042-1  TO REORDER, CALL YOUR LOCAL SAFEGUARD DISTRIBUTOR AT 323-828-9888  M979PC04798

☂ Safeguard

EXHIBIT 38 PAGE 202

Confidential - For Attorney's Eyes Only

MGA 0083085

**EXHIBIT 39**

MGA Entertainment Inc.
dba MGA Entertainment
16730 Schoenborn St.
North Hills            CA   91343-6122

Page: 1

| Vendor ID | Vendor Name | Check Name | Payment Number | Check Date | Check Number |
|---|---|---|---|---|---|
| MARLOW | VERONICA MARLOW | VERONICA MARLOW | 026165 | 2/27/2003 | 18766 |

| Our Voucher Number | Your Voucher Number | Date | Amount | Amount Paid | Discount | Writeoff | Net |
|---|---|---|---|---|---|---|---|
| 049272 | G000948 | 1/28/2003 | $2,350.00 | $2,350.00 | $0.00 | $0.00 | $2,350.00 |
| 049274 | G000949 | 1/28/2003 | $2,425.00 | $2,425.00 | $0.00 | $0.00 | $2,425.00 |
| 049275 | G000950 | 1/28/2003 | $1,961.00 | $1,961.00 | $0.00 | $0.00 | $1,961.00 |
| 049276 | G000951 | 1/28/2003 | $1,962.00 | $1,962.00 | $0.00 | $0.00 | $1,962.00 |
| 049277 | G000952 | 1/28/2003 | $1,963.00 | $1,963.00 | $0.00 | $0.00 | $1,963.00 |
| 049278 | G000953 | 1/28/2003 | $1,964.00 | $1,964.00 | $0.00 | $0.00 | $1,964.00 |
| 049279 | G000954 | 1/28/2003 | $1,965.00 | $1,965.00 | $0.00 | $0.00 | $1,965.00 |
| 049280 | G000955 | 1/28/2003 | $2,491.00 | $2,491.00 | $0.00 | $0.00 | $2,491.00 |
| 049281 | G000956 | 1/28/2003 | $2,492.00 | $2,492.00 | $0.00 | $0.00 | $2,492.00 |
| 049282 | G000957 | 1/28/2003 | $2,493.00 | $2,493.00 | $0.00 | $0.00 | $2,493.00 |
| 049283 | G000958 | 1/28/2003 | $2,494.00 | $2,494.00 | $0.00 | $0.00 | $2,494.00 |
| 049284 | G000959 | 1/28/2003 | $2,495.00 | $2,495.00 | $0.00 | $0.00 | $2,495.00 |
| 049285 | G000960 | 1/28/2003 | | | | | |
| 049286 | G000961 | 1/28/2003 | | | | | |
| 049287 | G000962 | 1/28/2003 | | | | | |
| 049288 | G000963 | 1/28/2003 | | | | | |
| 049289 | G000964 | 1/28/2003 | | | | | |
| 049290 | G000965 | 1/28/2003 | | | | | |
| 049291 | G000966 | 1/28/2003 | | | | | |
| 049292 | G000967 | 1/28/2003 | | | | | |
| 049293 | G000968 | 1/28/2003 | $1,740.00 | $1,740.00 | $0.00 | $0.00 | $1,740.00 |

*Confidential

EXHIBIT 39 PAGE 703

$46,195.00    $46,195.00    $0.00    $0.00    $46,195.00

Confidential - For Attorney's Eyes Only

MGA 0079250

**EXHIBIT 40**

# Veronica Marlow

**12250 Woodley Ave.**
**Granada Hills CA, 91344**
**(818) 360-9158**

# INVOICE

**INVOICE NO.:  G000960**

**DATE:**      1/28/2003

Confidential

Sold To:

Paula Treantafales
MGA Entertainment
16730 Schoenborn St.
North Hills, CA 91343

Ship To:        Same

| SALESPERSON | P.O. NUMBER | DATE SHIPPED | SHIPPED VIA | F.O.B. POINT | TERMS |
|---|---|---|---|---|---|
|  | PO08519 | 1/17/2003 |  |  | net 30 |

| QUANTITY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 1 | Design support, research, shopping for materials, try-out patterns and try-out samples for Bratz Boyz Cameron Fall 2003 fashions and accessories refresh, consisting of: 2 sweaters, 2 pants, 1 belt, 1 hat and 1 bag. | Confidential |  |

|  |  |
|---|---|
| SUBTOTAL | Confidential |
| SALES TAX @ 8.00% |  |
| TOTAL DUE |  |

RECEIVED

_Customer Signature_

*THANK YOU FOR YOUR BUSINESS!*

049285
fm 121332

**EXHIBIT 40 PAGE 704**

Confidential - For Attorney's Eyes Only

MGA 0079289

**EXHIBIT 41**

**Diana Lin**

From:     Peter Marlow [pmarlow@socal.rr.com]
Sent:     Monday, February 23, 2004 1:32 PM
To:       Diana Lin; 'Paula Treantafelles'
Subject:  Veronica Marlow's quotes Q1386 through Q1388

Hi Paula and Diana,

Please find attached Veronica's quotes Q1386 through Q1388, summarized below.

Also, please note that Veronica Marlow has been incorporated since early last year.
I mention this now because you may have noticed that these quote forms have been
updated to show that. Please rest assured that this changes nothing in Veronica's
pricing or her close personal relationship with MGA. Thank you!

Best regards,
Peter

Quote: Q1386
Bratz Holiday F'04 doll fashions and accessories, with one set of final samples
each. Includes one each of: Glittery halter top; four-layer long tule skirt w/trim
and lined w/ sparkle taffeta underskirt; big, lined back bow; handbag. 3,120.00
Boyz Holiday F'04 doll fashions and accessories, with one set of final samples
each. Includes one each of: Tux jacket; tux shirt; tux pants; bow tie; cummerband;
bear hat; 3 of present boxes w/bows; painted and decorated holiday tree. Confidential
Total: Confidential

Quote: Q1387
Boyz Wild-Life F'04 #1 doll fashions and accessories, with one set of final samples
each. Includes one each of: Tank top; camouflage pants; long sleeve shirt; armband
w/ pocket; denim vest; cargo pants; hand-beaded belt (plus 1 duplicate); vinyl
belt; hat; backpack. Confidential
Boyz Wild-Life F'04 #2 doll fashions and accessories, with one set of final samples
each. Includes one each of: Jacket; t-shirt top; distressed army pants; long sleeve
shirt; cargo denim pants; 2 belts; hat; backpack. Confidential
Boyz Wild-Life F'04 #3 doll fashions and accessories, with one set of final samples
each. Includes one each of: Jacket; tank top; camouflage cargo pants; long sleeve
t-shirt; detailed cargo pants; 2 belts; hat; backpack. Confidential
Boyz Wild-Life F'04 #4 doll fashions and accessories, with one set of final samples
each. Includes one each of: Jacket; t-shirt; denim pants; tank top; cargo pants; 2
belts; hat; backpack. Confidential
Boyz Wild-Life F'04 #5 doll fashions and accessories, with one set of final samples
each. Includes one each of: denim vest; long sleeve t-shirt; cargo pants; detailed
sleeveless t-shirt; leather-look pants; belt chain; 2 belts; hat; backpack.
Confidential
Total: $ Confidential

Quote: Q1388
Bratz Wild-Life F'04 #1 doll fashions and accessories, with one set of final
samples each. Includes one each of: Double spaghetti strap top; studded halter top;
cargo pants; pleated skirt; headband; hat; belt; bag. 4,110.00
Bratz Wild-Life F'04 #2 doll fashions and accessories, with one set of final
samples each. Includes one each of: Tank top; tube top; cargo pants; ruffle skirt;
tights; belt chain; 2 hats; 2 belts; bag. 4,490.00
Total: $8,600

2/23/2004

Confidential - For Attorney's Eyes Only

EXHIBIT 41 PAGE 705

MGA 0078983

**EXHIBIT 42**

**Tammy Castleberry**

| | |
|---|---|
| From: | Paula Treantafelles |
| Sent: | Wednesday, May 21, 2003 1:03 PM |
| To: | Tammy Castleberry |
| Subject: | Re: INVOICE#64 |

Ok
-------------------------
Sent from my BlackBerry Wireless Handheld (www.BlackBerry.net)


-----Original Message-----
From: Tammy Castleberry <TCastleberry@mgae.com>
To: Paula Treantafelles <PTreantafelles@mgae.com>
Sent: Wed May 21 16:19:11 2003
Subject: FW:INVOICE#64

Paula,
Please approve the invoice for payment.

Thanks

-----Original Message-----
From: Anna Rhee [mailto:rheeelneat@adelphia.net]
Sent: Wednesday, May 21, 2003 5:00 AM
To: 'Tammy Castleberry'
Subject: RE: PO09792


INVOICE#64
PO09792

<span style="background:black;color:white">Confidential</span>
████████████████████████████

THANK YOU.  Anna RHee
-----Original Message-----
From: Tammy Castleberry [mailto:TCastleberry@mgae.com]
Sent: Tuesday, May 20, 2003 5:25 PM
To: Paula Treantafelles; Anna Rhee (E-mail)
Subject: RE:PO09792


<span style="background:black;color:white">Confidential</span>

> -----Original Message-----
> From:      Paula Treantafelles
> Sent: Monday, May 12, 2003 10:12 AM
> To:   Tammy Castleberry
> Subject:   RE:

*052375*
*Pm 2284*

1

<span style="background:black;color:white">Confidential</span>

EXHIBIT 42 PAGE 706

MGA 0082676

Confidential - For Attorney's Eyes Only

> This is not a Bratz product does it matter?
>
>          -----Original Message-----
>     From:  Tammy Castleberry
>     Sent:  Monday, May 12, 2003 9:06 AM
>     To:     Paula Treantafelles
>     Subject:        RE:
>     Importance:     High
>
>     Paula,
>     On all of these you will need to tell me if they are old
structure or
> new structure.
>     Please advise.
>     Thanks,
>     Tammy
>
>              -----Original Message-----
>          From:  Paula Treantafelles
>          Sent:  Monday, May 12, 2003 9:04 AM
>          To:     Melissa Nerell; Tammy Castleberry
>          Subject:        RE:
>
>
>          ok
>              -----Original Message-----
>          From:  Melissa Nerell
>          Sent:  Monday, May 12, 2003 8:53 AM
>          Cc:     Paula Treantafelles
>          Subject:        FW:
>
>
>
>              ----------
>          From:  Anna Rhee
>          Sent:  Monday, May 12, 2003 8:40 AM
>          To:     mnerell@mgae.com
>
>          HI Mallisa,
>              Here is the quote for
Confidential                                    it.
Confidential
>
>
>

2

EXHIBIT 42 PAGE 707        MGA 0082677

Confidential - For Attorney's Eyes Only

**EXHIBIT 43**



## September 2000

EXHIBIT 43 PAGE 708

Confidential - Attorney's Eyes Only

MGA 0861634

**EXHIBIT 44**

**quinn emanuel** trial lawyers | los angeles

865 South Figueroa Street, 10th Floor, Los Angeles, California 90017 | TEL 213-443-3000 FAX 213-443-3100

WRITER'S DIRECT DIAL NO.
**(213) 443-3180**

WRITER'S INTERNET ADDRESS
**michaelzeller@quinnemanuel.com**

August 3, 2007

<u>VIA FACSIMILE AND EMAIL</u>

Diana M. Torres
O'Melveny & Myers, LLP
400 South Hope Street
Los Angeles, CA 90071

Re:    **Mattel v. Bryant**

Dear Diana:

I write pursuant to section 5 of the Discovery Master Stipulation to request that MGA meet and confer regarding MGA's continued production of improperly redacted documents in violation of the Discovery Master's May 15, 2007 Order.

Despite the May 15 Order, MGA's recent productions still contain documents in redacted form. For example, MGA001481-2, MGA004559-61, MGA005491-3, MGA005579-81 were produced in May 2005, and all of them appear to be the same email, although each is redacted so it is not entirely clear. MGA0009358-60, produced in January 2007, also appears to be the same email, but again is redacted so it is not clear. After the Court's May 15 Order, MGA produced what appears to be the same email again as MGA0835693-4, MGA0836573-5, MGA0837085-7, MGA0837133-5 and MGA0837735-6. Yet, each of these is also redacted, even though the Discovery Master rejected MGA's earlier redactions. MGA0046699-701, produced in May 2007, appears to be unredacted, but it is not an identical document to the redacted emails, and it appears to be from a different source. Thus, even though MGA appears to have produced the same email many times, Mattel still cannot verify basic information in that email.

**EXHIBIT** 44 **PAGE** 709

**quinn emanuel urquhart oliver & hedges, llp**

NEW YORK | 51 Madison Avenue, 22nd Floor, New York, New York 10010 | TEL 212-849-7000 FAX 212-849-7100

SAN FRANCISCO | 50 California Street, 22nd Floor, San Francisco, California 94111 | TEL 415-875-6600 FAX 415-875-6700

SILICON VALLEY | 555 Twin Dolphin Drive, Suite 560, Redwood Shores, California 94065 | TEL 650-801-5000 FAX 650-801-5100

07209/2186334.1

If MGA does not produce its documents in compliance with the Discovery Master's Order, Mattel anticipates bringing a motion to enforce and may seek sanctions. Please let me know when you are available to meet and confer on this matter. I look forward to hearing from you.

Very truly yours,

Michael T. Zeller
07209/2186334.1

EXHIBIT 41 PAGE 70

**EXHIBIT 45**

**quinn emanuel** trial lawyers | los angeles

865 South Figueroa Street, 10th Floor, Los Angeles, California 90017 | TEL 213-443-3000 FAX 213-443-3100

WRITER'S DIRECT DIAL NO.
(213) 443-3180

WRITER'S INTERNET ADDRESS
michaelzeller@quinnemanuel.com

August 10, 2007

**VIA FACSIMILE AND U.S. MAIL**

Diana M. Torres
O'Melveny & Myers, LLP
400 South Hope Street
Los Angeles, CA 90071

Re:     **Mattel v. Bryant**

Dear Diana:

I am writing to follow up on my August 3, 2007 letter to you.

In that letter, we asked that MGA meet and confer regarding MGA's production of improperly redacted documents, in violation of the Discovery Master's May 15, 2007 Order. As has regrettably become MGA's practice, MGA has not responded to our request.

Please let me know whether MGA intends to meet and confer and, if so, when it is available.

Very truly yours,

Michael T. Zeller

07209/2186334.1

EXHIBIT 45 PAGE 71

quinn emanuel urquhart oliver & hedges, llp

NEW YORK | 51 Madison Avenue, 22nd Floor, New York, New York 10010 | TEL 212-849-7000 FAX 212-849-7100

SILICON VALLEY | 555 Twin Dolphin Drive, Suite 560, Redwood Shores, California 94065 | TEL 650-801-5000 FAX 650-801-5100

**EXHIBIT 46**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

McDONALD'S CORPORATION,          )
                                )
            Plaintiff,           )       Case No  03 C 1026
                                )
      v.                         )       The Hon. Robert W. Gettleman
                                )
MGA ENTERTAINMENT, INC., f/k/a/  )
ABC INTERNATIONAL TRADERS,       )       Magistrate Judge Arlander Keys
                                )
            Defendant.           )
                                )

## DECLARATION OF MITCHELL D. KAMARCK

I, Mitchell D. Kamarck, hereby state and declare as follows:

.1.      I am General Counsel of MGA Entertainment, Inc. ("MGA"). I submit this

Declaration in support of MGA's Motion for Temporary Restraining Order and Preliminary

Injunction and in opposition to the Motion for Temporary Restraining Order and Preliminary

Injunction filed by McDonald's Corporation ("McDonald's"). The facts stated in this

declaration are true of my own personal knowledge except for those stated on information and

belief, as to which I am informed and believe they are true.

### McDonald's Solicitation Of A Settlement Offer From MGA

2.      On January 29, 2003, I wrote a letter to Jennifer Lane Landolt, Jennifer O'Malley,

Esq. (McDonald's Senior Counsel), and Jim Brady of McDonald's informing them that the

"BRATZ"™ dolls that MGA had received from McDonald's the previous day violated the

specifications that MGA had clearly and consistently communicated to McDonald's throughout

the approval process. (A copy of my January 29 letter is Exhibit 5 to McDonald's Mem. in

Supp. of Mot. for TRO). Specifically, I informed the McDonald's representatives that the dolls

EXHIBIT 46 PAGE 712

Confidential - Attorney's Eyes Only

MGA 0866416

violated MGA's requirements that they have no waist articulation and only limited shoulder-to-shoulder (180 degrees) neck articulation. *(Id.)* I further requested that McDonald's take steps to prevent such non-conforming dolls from reaching the market or MGA would consider McDonald's license to be terminated as of January 31, 2003, due to McDonald's material breach of the License Agreement. *(Id.)*

*Redacted*

4.       On Monday, February 3, I spoke with Ms. Alcantara. She informed me that she had looked at the McDonald's BRATZ doll and that the waist did not rotate and the head only rotated shoulder-to-shoulder. She suggested to me that the "stopper" on the doll that MGA received on January 28 might be defective or that I was not looking at a doll incorporating the "stopper." I sent an email to Ms. Alcantara the same day stating: "To follow up on our conversation today, please send me, via overnight mail, final production samples in the packaging for my review. In addition, we would like to send a representative to McDonald's supplier to review the actual produced Premiums -- both pre- and post-packaging. We will be prepared to do such an inspection later this week. Hopefully, this on site inspection will relieve our concerns regarding the Premiums." (A true and correct copy of my February 3, 2003 email to Ms. Alcantara is attached as Exhibit B.)

5.       On Tuesday, February 4, 2003, MGA received further samples of the BRATZ dolls from McDonald's. The waists and the heads of these samples were still fully articulable

2

EXHIBIT 46 PAGE 713

and continued to violate MGA's specifications. After reviewing the dolls, I sent Ms. Alcantara that day an email informing her that the dolls were non-conforming and that they should be destroyed. (A true and correct copy of my February 3, 2003 email to Ms. Alcantara is attached as Exhibit C.) I asked Ms. Alcantara to confirm by February 6, 2003, whether McDonald's was willing to destroy the dolls. (*Id.*).

*Redacted*

7.      On February 7, 2003, Isaac Larian, MGA's CEO, and I participated in a conference call with Karlin Lindhardt of McDonald's and three other McDonald's employees. The purpose of this conference call was for McDonald's and MGA to explore ways to resolve their dispute involving the non-conforming premiums. During the course of the call, the McDonald's representatives set forth their position and we responded. Mr. Lindhardt then discussed with Mr. Larian whether there could be any compromise and requested Mr. Larian to give that some consideration. Mr. Larian informed Mr. Lindhardt that he did not believe there was a way to resolve this short of McDonald's destroying the goods, which was MGA's preference.                      *Redacted*

*Redacted*

3

EXHIBIT 46 PAGE 214

*Redacted*

*Redacted*

### MGA's Trademarks And Copyrights

11.     MGA owns the following United States Trademark Registrations: "MGA

ENTERTAINMENT"® (Reg. No. 2,219,286); "BRATZPACK"® (Reg. No. 2,644,212);

"JADE"® (Reg. No. 2,602,563); "BEST FRIENDS NEVER LOOKED THIS GOOD"® (Reg.

No. 2,570,069); design consisting of a circle containing a pair of wings with a halo above them

(Reg. No. 2,588,264 – Cloe's logo); design consisting of a circle containing a stylized frog's face

with crown (Reg. No. 2,538,337 – Yasmin's logo); design consisting of a circle containing a

stylized cat's face (Reg. No. 2,538,336 – Jade's logo); design consisting of a circle containing a

stylized bunny (Reg. No. 2,538,338 – Sasha's logo). MGA has used these marks prominently in

connection with the BRATZ product line.

4

EXHIBIT 46 PAGE 715

onfidential - Attorney's Eyes Only

MGA 0866419

12.    In addition to the registered trademarks, MGA uses a number of other marks in connection with its BRATZ product line, including:  the BRATZ logo™ (registration pending); "BRATZ"™ (registration pending); "CLOE"™ (registration pending); "SASHA"™ (registration pending); "YASMIN"™ (registration pending); and "LIL' BRATZ"™ (registration pending). MGA has used these marks consistently on products for sale in the BRATZ product line.  These marks have acquired a strong association with the BRATZ product line among toy consumers.

13.    MGA also has registered the following copyrights in the United States:  Bratz Doll Sculpture (Female) (No. VA 1-148-305); Cloe Doll Configuration, Accessories and Packaging (No. VA 1-090-289); Yasmin Doll Configuration, Accessories and Packaging (No. VA 1-090-290); Sasha Doll Configuration, Accessories and Packaging (No. VA 1-090-288); Jade Doll Configuration, Accessories and Packaging (No. VA 1-090-287).  These copyrighted works are embodied in the BRATZ product line sold by MGA.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.  Executed this 17ᵗʰ day of February, 2003.

_____
Mitchell D. Kamarck

5

EXHIBIT 46 PAGE 716

Confidential - Attorney's Eyes Only

MGA 0866420

**EXHIBIT 47**

**quinn emanuel** trial lawyers | los angeles

865 South Figueroa Street, 10th Floor, Los Angeles, California 90017 | TEL 213-443-3000 FAX 213-443-3100

September 3, 2007

**VIA FACSIMILE AND U.S. MAIL**
Diana M. Torres, Esq.
O'Melveny & Myers, LLP
400 South Hope Street
Los Angeles, CA 90071

Re:     **Mattel v. Bryant**

Dear Diana:

As you know, I originally wrote you on August 3, 2007 to request a meet and confer on MGA's violations of the Discovery Master's May 15, 2007 Order as a result of its improper redaction of compelled documents. Despite the fact that we have discussed this matter on three separate occasions, the parties are no closer to resolution of these issues than they were a month ago. As I have mentioned more than once as one of the many examples of MGA's impermissible redactions, MGA's broad redactions of prior sworn statements that MGA was ordered to produce are particularly egregious, particularly given that that same Order expressly prohibited MGA from redacting its compelled documents on any basis other than privilege.

In our most recent conversation well over a week ago, you promised to look into the matter and get back to me. You did not. I therefore presume that MGA will not voluntarily rectify its violations of the May 15 Order and that Mattel will need to proceed with a motion to enforce that Order and for sanctions to obtain compliance.

Please let me know if you have any questions or concerns.

Very truly yours,

*Mike T. Zeller*

Michael T. Zeller

**EXHIBIT 47   PAGE 717**

**quinn emanuel urquhart oliver & hedges, llp**

NEW YORK | 51 Madison Avenue, 22nd Floor, New York, New York 10010 | TEL 212-849-7000 FAX 212-849-7100
SAN FRANCISCO | 50 California Street, 22nd Floor, San Francisco, California 94111 | TEL 415 875 6600 FAX 415 875 6700
SILICON VALLEY | 555 Twin Dolphin Drive, Suite 560, Redwood Shores, California 94065 | TEL 650 801 5000 FAX 650 801 5100

# QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

**NEW YORK**
51 Madison Avenue, 22nd Floor
New York, NY 10010
(212) 849-7000
Facsimile: (212) 849-7100

**LOS ANGELES**
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017
(213) 443-3000
Facsimile: (213) 443-3100

**SAN FRANCISCO**
50 California Street, 22nd Floor
San Francisco, CA 94111
(415) 875-6600
Facsimile: (415) 875-6700

**SAN DIEGO**
4445 Eastgate Mall, Suite 200
San Diego, CA 92121
(858) 812-3107
Facsimile: (858) 812-3336

**SILICON VALLEY**
555 Twin Dolphin Drive, Suite 560
Redwood Shores, CA 94065
(650) 801-5000
Facsimile: (650) 801-5100

## LOS ANGELES OFFICE
## FACSIMILE TRANSMISSION

**DATE:**     September 3, 2007          **NUMBER OF PAGES, INCLUDING COVER:**

| NAME/COMPANY | PHONE NO. | FAX NO. |
|---|---|---|
| *Diana M. Torres, Esq.* <br> O'Melveny & Myers LLP | 213.430.6556 | 213.430.6407 |

**FROM:**     Michael T. Zeller

**RE:**     *Mattel, Inc. v. MGA Entertainment, Inc.*

**MESSAGE:**



*FAXED*
SEP 0 4 2007

---

| 07209/2041819.1 | | | | |
|---|---|---|---|---|
| CLIENT # | 7209 | ROUTE/ RETURN TO: | *TIFFANY GARCIA - 3RD FLOOR* | ☒ CONFIRM FAX <br> ☒ INCLUDE CONF. REPORT |
| OPERATOR: | | | CONFIRMED?  ☐ NO  ☐ YES: _____ | |

The information contained in this facsimile is confidential and may also contain privileged attorney-client information or work product. The information is intended only for the use of the individual or entity to whom it is addressed. If you are not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any use, dissemination, distribution or copying of this communication is strictly prohibited. If you have received the facsimile in error, please immediately notify us by telephone, and return the original message to us at the address above via the U.S. Postal Service. Thank you.

IF YOU DO NOT RECEIVE ALL OF THE PAGES, PLEASE PHONE (213) 443-3000 AS SOON AS POSSIBLE.

**EXHIBIT** 47 **PAGE** 718

```
                    *********************
              ***    TX REPORT    ***
                    *********************

        TRANSMISSION OK

        TX/RX NO                3323
        RECIPIENT ADDRESS       2*12134306407
        DESTINATION ID
        ST. TIME                09/03 18:51
        TIME USE                00'54
        PAGES SENT              2
        RESULT                  OK
```

# QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

**NEW YORK**
51 Madison Avenue, 22nd Floor
New York, NY 10010
(212) 849-7000
Facsimile: (212) 849-7100

**LOS ANGELES**
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017
(213) 443-3000
Facsimile: (213) 443-3100

**SAN FRANCISCO**
50 California Street, 22nd Floor
San Francisco, CA 94111
(415) 875-6600
Facsimile: (415) 875-6700

**SAN DIEGO**
4445 Eastgate Mall, Suite 200
San Diego, CA 92121
(858) 812-3107
Facsimile: (858) 812-3336

**SILICON VALLEY**
555 Twin Dolphin Drive, Suite 560
Redwood Shores, CA 94065
(650) 801-5000
Facsimile: (650) 801-5100

## LOS ANGELES OFFICE
# FACSIMILE TRANSMISSION

DATE:      September 3, 2007

NUMBER OF PAGES, INCLUDING COVER:

| NAME/COMPANY | PHONE NO. | FAX NO. |
|---|---|---|
| *Diana M. Torres, Esq.* O'Melveny & Myers LLP | 213.430.6556 | 213.430.6407 |

FROM:      Michael T. Zeller

RE:        *Mattel, Inc. v. MGA Entertainment, Inc.*

MESSAGE:

EXHIBIT 41 PAGE 719

**EXHIBIT 48**