**From:** Michael T Zeller
**Sent:** Wednesday, September 05, 2007 12:23 PM
**To:** Charron, William
**Cc:** Torres, Diana; Hodge, Deborah; Dylan Proctor; Timothy Alger
**Subject:** RE: Meet and Confer re Redactions

Bill, I am writing in response to your email and as a follow-up to our conversation of this morning. To be clear, the parties had already met and conferred (repeatedly) on MGA's redactions of compelled documents in violation of the Discovery Master's May 15 Order. Indeed, even though MGA has had a month to bring itself into compliance, there has been no progress whatsoever. If MGA hopes to avoid a motion, including for sanctions for its violation of the Court's Order, then it needs to resolve this immediately at this point.

I gave you over the phone additional examples (including by Bates number) of the host of redactions that MGA has made to documents that were compelled by the May 15 Order and that MGA was ordered not to redact except based on privilege with respect to those documents. The examples I gave you included prior sworn testimony (including witness statements and transcripts), emails and notes, among others.

As for MGA's request to meet and confer on Mattel redactions, it is regrettable that MGA simply continues with its rejected tactic of attempting to erroneously equate MGA's violations of Court Orders with different discovery issues MGA seeks to raise with Mattel. Tim Alger of my office wrote in response to Diana Torres' meet and confer letter and proposed a time for that meet and confer. Diana's office informed Tim that she wasn't available at the suggested time but proposed August 22 at 3 p.m., which Tim accepted. Tim called Diana at the agreed-upon time and got her voicemail. We heard nothing further from MGA's counsel until your email today. As I stated to you over the phone, Tim is still prepared to meet and confer with you on those separate issues when you would like, so please let him know.


Michael T. Zeller
Quinn Emanuel Urquhart Oliver & Hedges, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017
Direct: (213) 443-3180
Main Phone: (213) 443-3000
Main Fax: (213) 443-3100
E-mail: michaelzeller@quinnemanuel.com

The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

---

**From:** Charron, William [mailto:WCharron@OMM.com]
**Sent:** Wednesday, September 05, 2007 10:57 AM
**To:** Michael T Zeller
**Cc:** Charron, William; Torres, Diana; Hodge, Deborah
**Subject:** Meet and Confer re Redactions

Dear Michael,

I am available all day today to meet and confer in connection with your September 3, 2007 letter to Diana

EXHIBIT 48  PAGE 720

9/7/2007

concerning MGA's redactions, in addition to our similar letter requesting to meet and confer concerning Mattel's redactions. Please let me know if there is a time you would like me to call.

Best regards,

Bill

BILL CHARRON
O'MELVENY & MYERS LLP
1999 AVENUE OF THE STARS, 7TH FLOOR
CENTURY CITY, CA 90067-6035
DIRECT DIAL (310) 246-8462
FAX (310) 246-6779
WCHARRON@OMM.COM

This message and any attached documents contain information from the law firm of O'Melveny & Myers LLP that may be confidential and/or privileged. If you are not the intended recipient, you may not read, copy, distribute, or use this information. If you have received this transmission in error, please notify the sender immediately by reply e-mail and then delete this message.

EXHIBIT 48 PAGE 724

9/7/2007