QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  johnquinn@quinnemanuel.com
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
  Timothy L. Alger (Bar No. 160303)
  (timalger@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:  (213) 443-3000
Facsimile:  (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED CASES | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with Case No. CV 04-09059 and Case No. CV 05-02727<br><br>**DISCOVERY MATTER**<br><br>**[To Be Heard By Discovery Master Hon. Edward Infante (Ret.)]**<br><br>[PUBLIC REDACTED] MATTEL, INC.'S NOTICE OF LODGING DECLARATIONS IN SUPPORT OF MATTEL'S OPPOSITION TO MGA ENTERTAINMENT, INC.'S AND CARTER BRYANT'S JOINT MOTION TO COMPEL RE: MATTEL'S ALLEGED BANDYING OF 30(B)(6) WITNESSES<br><br>Hearing Date:  TBA<br>Time:  TBA<br>Place:  TBA<br><br>Discovery Cut-off: January 14, 2008<br>Pre-trial Conference: April 7, 2008<br>Trial Date: April 29, 2008 |

07209/2233743.1

MATTEL'S NOTICE OF LODGING DECLARATIONS

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

    PLEASE TAKE NOTICE that Mattel, Inc. hereby lodges the following documents with the Court in connection with Mattel's Opposition to MGA and Carter Bryant's Joint Motion to Compel Re: Mattel's Alleged Bandying of 30(B)(6) Witnesses:

    1. Declaration of B. Dylan Proctor in Support of (1) Mattel, Inc.'s Motion to Compel Responses to Interrogatories (Third Set); and (2) Mattel's Opposition to Defendants' Motion for Protective Order Re Mattel's Interrogatories, dated July 17, 2007. This declaration is being lodged without exhibits.

    2. Affidavit of Michael Moore in Support of Mattel, Inc.'s Opposition to MGA Entertainment, Inc.'s Motion for Terminating Sanctions Due to Spoliation of Evidence, and exhibits thereto.

DATED: September 26, 2007   QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

By _____
B. Dylan Proctor
Attorneys for Plaintiff Mattel, Inc.