1
QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)

2
  johnquinn@quinnemanuel.com
  Michael T. Zeller (Bar No. 196417)

3
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)

4
  (joncorey@quinnemanuel.com)
  Timothy L. Alger (Bar No. 160303)

5
  (timalger@quinnemanuel.com)
865 South Figueroa Street, 10th Floor

6
Los Angeles, California  90017-2543
Telephone:   (213) 443-3000

7
Facsimile:   (213) 443-3100

8
Attorneys for Mattel, Inc.

9

10
UNITED STATES DISTRICT COURT

11
CENTRAL DISTRICT OF CALIFORNIA

12
EASTERN DIVISION

13
CARTER BRYANT, an individual,

14
Plaintiff,

15
vs.

16
MATTEL, INC., a Delaware corporation,

17
Defendant.

18

19
AND CONSOLIDATED CASES

20

21

22

23

24

25

26

27

28

CASE NO. CV 04-9049 SGL (RNBx)
Consolidated with
Case Nos. CV 04-09059 & CV 05-2727

NOTICE OF ERRATA RE MAY 27, 2008 JOINT REPORT RE UNDER SEAL FILINGS

**Phase 1:**
Trial Date:                  May 27, 2008

07209/2519906.1

1   TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2          PLEASE TAKE NOTICE that the May 27, 2008 Joint Report Re

3   Under Seal Filings inadvertently omitted certain entries from the list of documents

4   that the parties agreed should remain under seal.

5          The parties will file a corrected Joint Report tomorrow, May 28, 2008,

6   and respectfully ask the Court to defer ruling on the unsealing of the record until

7   that time.

8

9   DATED:  May 27, 2008            QUINN EMANUEL URQUHART OLIVER &
                                    HEDGES, LLP
10

11                                 By /s/ Cyrus S. Naim
                                      Cyrus S. Naim
12                                    Attorneys for Mattel, Inc.

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-2-
NOTICE OF ERRATA RE JOINT REPORT RE UNDER SEAL FILINGS