CONFORMED COPY

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  johnquinn@quinnemanuel.com
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
  Timothy L. Alger (Bar No. 160303)
  (timalger@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Plaintiff Mattel, Inc.

FILED
CLERK, U.S. DISTRICT COURT
JUL - 6 2007
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION     BY DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| CARTER BRYANT, an individual, | CASE NO. CV 04-9049 SGL (RNBx) |
|---|---|
| Plaintiff, | Consolidated with Case No. CV 04-09059 and Case No. CV 05-02727 |
| vs. | **DISCOVERY MATTER** |
| MATTEL, INC., a Delaware corporation, | [To Be Heard By Discovery Master Hon. Edward Infante (Ret.) Pursuant to The Court's Order of December 6, 2006] |
| Defendant. | |
| AND CONSOLIDATED ACTIONS | [PUBLIC REDACTED] MATTEL'S NOTICE OF LODGING OF DECLARATION OF MICHAEL T. ZELLER REGARDING MOTION TO COMPEL BRYANT TO MAKE ORIGINAL DOCUMENTS AVAILABLE FOR EXPERT EXAMINATION AND TESTING AND FOR SANCTIONS |
| | Hearing Date: TBA<br>Time: TBA<br>Place: TBA |
| | Discovery Cutoff: Oct. 22, 2007<br>Pre-Trial Conference: Jan. 14, 2008<br>Trial Date: Feb. 12, 2008 |

07209/2161005.1

NOTICE OF LODGING OF ZELLER DECLARATION RE: MTC BRYANT TO MAKE ORIGINAL DOCUMENTS AVAILABLE

7/6/07

1  TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2      PLEASE TAKE NOTICE that Mattel, Inc. hereby lodges the following document with the Court in connection with Mattel's Motion to Compel Bryant to Make Original Documents Available for Expert Examination and Testing and for Sanctions:

    1.  Declaration of Michael T. Zeller in support of Mattel, Inc.'s Motion to Enforce Stipulation and Compel Bryant to Make Original Documents Available and for Sanctions, dated January 22, 2007, and exhibits thereto.

DATED: July 6, 2007

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

By _____
Diane C. Hutnyan
Attorneys for Plaintiff Mattel, Inc.