
COPY

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
John B. Quinn (Bar No. 90378)
(johnquinn@quinnemanuel.com)
Michael T. Zeller (Bar No. 196417)
(michaelzeller@quinnemanuel.com)
Jon D. Corey (Bar No. 185066)
(joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

FILED
2007 AUG 23 AM 11:54
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
EASTERN DIVISION
BY:

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

CARTER BRYANT, an individual,

Plaintiff,

vs.

MATTEL, INC., a Delaware corporation,

Defendant.

AND CONSOLIDATED ACTIONS

CASE NO. CV 04-9049 SGL (RNBx)

Consolidated with
Case No. CV 04-09059
Case No. CV 05-02727

**DISCOVERY MATTER**

**[To Be Heard By Discovery Master Hon. Edward Infante (Ret.) Pursuant To The Court's Order Of December 6, 2006]**

[PUBLIC REDACTED] MATTEL INC.'S SUPPLEMENTAL NOTICE OF LODGING REGARDING MATTEL, INC.'S OPPOSITION TO MGA'S MOTION TO COMPEL

Hearing Date: TBA
Time: TBA
Place: Telephonic

Discovery Cutoff: Jan. 14, 2008
Pre-Trial Conference: Apr. 7, 2008
Trial Date: Apr. 29, 2008


PLEASE TAKE NOTICE that plaintiff Mattel, Inc. ("Mattel") hereby lodges the following additional documents in support of its Opposition to MGA Entertainment Inc.'s Motion to Compel dated July 3, 2007:

1. Declaration of Michael Moore in Support of Mattel, Inc.'s Opposition to MGA Entertainment, Inc.'s Motion for Terminating Sanctions, dated August 13, 2007.

DATED: August 21, 2007

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

By [signature]
Michael T. Zeller
Attorneys for Mattel, Inc.

7209/2194843.1