1   to the extent it seeks documents not within Larian's possession, custody or control.

2          Subject to the foregoing, Larian will produce any personal documents

3   dated prior to June 1, 2001, relating to Bratz and Prayer Angels that are relevant

4   and responsive to the request, if any, and that have not already been produced, that

5   he discovers in the course of his reasonable search and diligent inquiry, which are

6   within the permissible scope of discovery, and to which no privilege or other

7   protection applies, including without limitation, the attorney-client privilege or

8   attorney's work product doctrine.

9   **REQUEST FOR PRODUCTION NO. 96:**

10          All DOCUMENTS RELATING TO any actual, potential, proposed,

11  considered or contemplated agreement or contract between YOU or MGA and

12  Steve Linker, including without limitation all drafts thereof and amendments,

13  modifications and revisions thereto, and all COMMUNICATIONS relating thereto.

14  **RESPONSE TO REQUEST FOR PRODUCTION NO. 96:**

15          Larian incorporates by reference the above-stated general objections as

16  if fully set forth herein.  Larian also specifically objects to this request on the

17  grounds that it is overbroad, oppressive, and unduly burdensome in that it seeks

18  information not relevant to the subject matter of this lawsuit or reasonably

19  calculated to lead to the discovery of admissible evidence.  Larian also objects to

20  this request on the grounds that it seeks information in violation of the right of

21  privacy.  Larian also objects to this request on the grounds that it is overbroad,

22  unlimited as to time, and unduly burdensome and oppressive.  Larian also objects to

23  this request on the grounds that it seeks confidential, proprietary or commercially

24  sensitive information, the disclosure of which would be inimical to the business

25  interests of Larian and one or more third parties.  Larian also objects to this request

26  to the extent it calls for the disclosure of attorney-client privileged information or

27  information protected from disclosure by the work-product doctrine, joint defense

28  or common interest privilege, or other privilege.  Larian also objects to this request

- 100 -

LARIAN'S RESPONSE TO MATTEL'S 1ST
SET OF REQUESTS FOR PRODUCTION
CV 04-9049 SGL (RNBX)

EXHIBIT 3 , PAGE 172

1  to the extent it seeks documents not within Larian's possession, custody or control.

2          Subject to the foregoing, Larian will produce any personal documents

3  dated prior to June 1, 2001, relating to Bratz that are relevant and responsive to the

4  request, if any, and that have not already been produced, that he discovers in the

5  course of his reasonable search and diligent inquiry, which are within the

6  permissible scope of discovery, and to which no privilege or other protection

7  applies, including without limitation, the attorney-client privilege or attorney's

8  work product doctrine.

9  **REQUEST FOR PRODUCTION NO. 97:**

10          All DOCUMENTS RELATING TO any actual, potential, proposed,

11  considered or contemplated agreement or contract between YOU or MGA and Liz

12  Hogan, including without limitation all drafts thereof and amendments,

13  modifications and revisions thereto, and all COMMUNICATIONS relating thereto.

14  **RESPONSE TO REQUEST FOR PRODUCTION NO. 97:**

15          Larian incorporates by reference the above-stated general objections as

16  if fully set forth herein.  Larian also specifically objects to this request on the

17  grounds that it is overbroad, oppressive, and unduly burdensome in that it seeks

18  information not relevant to the subject matter of this lawsuit or reasonably

19  calculated to lead to the discovery of admissible evidence.  Larian also objects to

20  this request on the grounds that it seeks information in violation of the right of

21  privacy.  Larian also objects to this request on the grounds that it is overbroad,

22  unlimited as to time, and unduly burdensome and oppressive.  Larian also objects to

23  this request on the grounds that it seeks confidential, proprietary or commercially

24  sensitive information, the disclosure of which would be inimical to the business

25  interests of Larian and one or more third parties.  Larian also objects to this request

26  to the extent it calls for the disclosure of attorney-client privileged information or

27  information protected from disclosure by the work-product doctrine, joint defense

28  or common interest privilege, or other privilege.  Larian also objects to this request

LARIAN'S RESPONSE TO MATTEL'S 1ST
SET OF REQUESTS FOR PRODUCTION
CV 04-9049 SGL (RNBX)

EXHIBIT 3 , PAGE 173

1  to the extent it seeks documents not within Larian's possession, custody or control.

2  Subject to the foregoing, Larian will produce any personal documents

3  dated prior to June 1, 2001, relating to Bratz that are relevant and responsive to the

4  request, if any, and that have not already been produced, that he discovers in the

5  course of his reasonable search and diligent inquiry, which are within the

6  permissible scope of discovery, and to which no privilege or other protection

7  applies, including without limitation, the attorney-client privilege or attorney's

8  work product doctrine.

9  **REQUEST FOR PRODUCTION NO. 98:**

10  All DOCUMENTS RELATING TO DESIGNS produced, prepared,

11  created, authored, conceived of or reduced to practice prior to December 31, 2001

12  by Margaret Hatch (also known as Margaret Leahy and/or Margaret Hatch-Leahy),

13  whether alone or jointly with others, in which YOU or MGA have purported at any

14  time to purchase, acquire or own any right, title or interest (whether in whole or in

15  part).

16  **RESPONSE TO REQUEST FOR PRODUCTION NO. 98:**

17  Larian incorporates by reference the above-stated general objections as

18  if fully set forth herein.  Larian also specifically objects to this request to the extent

19  it seeks information not relevant or reasonably calculated to lead to the discovery of

20  admissible evidence and is, thus, overbroad, including, without limitation, seeking

21  documents relating to any designs produced, prepared, created, authored, conceived

22  of or reduced to practice prior to December 31, 2001, by Margaret Leahy, and is

23  therefore not limited to those designs that may be at issue in this litigation.  Larian

24  also objects to this request on the grounds that it seeks confidential, proprietary or

25  commercially sensitive information, the disclosure of which would be inimical to

26  the business interests of Larian and one or more third parties.  Larian further objects

27  to this request to the extent it seeks information the disclosure of which would

28  implicate the rights of third parties to protect private, confidential, proprietary or

LARIAN'S RESPONSE TO MATTEL'S 1ST
SET OF REQUESTS FOR PRODUCTION
CV 04-9049 SGL (RNBX)

EXHIBIT  3 , PAGE 174

1   trade secret information. Larian also objects to this request to the extent it calls for

2   the disclosure of attorney-client privileged information or information protected

3   from disclosure by the work-product doctrine, joint defense or common interest

4   privilege, or other privilege. Larian also objects to this request to the extent it seeks

5   documents not within Larian's possession, custody or control.

6         Subject to the foregoing, Larian will produce any personal documents

7   dated prior to June 1, 2001, relating to Bratz and Prayer Angels that are relevant

8   and responsive to the request, if any, and that have not already been produced, that

9   he discovers in the course of his reasonable search and diligent inquiry, which are

10  within the permissible scope of discovery, and to which no privilege or other

11  protection applies, including without limitation, the attorney-client privilege or

12  attorney's work product doctrine.

13  **REQUEST FOR PRODUCTION NO. 99:**

14        All DOCUMENTS RELATING TO DESIGNS produced, prepared,

15  created, authored, conceived of or reduced to practice prior to December 31, 2001

16  by Anna Rhee, whether alone or jointly with others, in which YOU or MGA have

17  purported at any time to purchase, acquire or own any right, title or interest

18  (whether in whole or in part).

19  **RESPONSE TO REQUEST FOR PRODUCTION NO. 99:**

20        Larian incorporates by reference the above-stated general objections as

21  if fully set forth herein. Larian also specifically objects to this request to the extent

22  it seeks information not relevant or reasonably calculated to lead to the discovery of

23  admissible evidence and is, thus, overbroad, including, without limitation, seeking

24  documents relating to any designs produced, prepared, created, authored, conceived

25  of or reduced to practice prior to December 31, 2001, by Anna Rhee, and is

26  therefore not limited to those designs that may be at issue in this litigation. Larian

27  also objects to this request on the grounds that it seeks confidential, proprietary or

28  commercially sensitive information, the disclosure of which would be inimical to

- 103 -

LARIAN'S RESPONSE TO MATTEL'S 1ST
SET OF REQUESTS FOR PRODUCTION
CV 04-9049 SGL (RNBX)

EXHIBIT _3_, PAGE _175_

1    the business interests of Larian and one or more third parties.  Larian further objects

2    to this request to the extent it seeks information the disclosure of which would

3    implicate the rights of third parties to protect private, confidential, proprietary or

4    trade secret information.  Larian also objects to this request to the extent it calls for

5    the disclosure of attorney-client privileged information or information protected

6    from disclosure by the work-product doctrine, joint defense or common interest

7    privilege, or other privilege.  Larian also objects to this request to the extent it seeks

8    documents not within Larian's possession, custody or control.

9            Subject to the foregoing, Larian will produce any personal documents

10   dated prior to June 1, 2001, relating to Bratz and Prayer Angels that are relevant

11   and responsive to the request, if any, and that have not already been produced, that

12   he discovers in the course of his reasonable search and diligent inquiry, which are

13   within the permissible scope of discovery, and to which no privilege or other

14   protection applies, including without limitation, the attorney-client privilege or

15   attorney's work product doctrine.

16   **REQUEST FOR PRODUCTION NO. 100:**

17           All DOCUMENTS RELATING TO DESIGNS produced, prepared,

18   created, authored, conceived of or reduced to practice prior to January 1, 2001 by

19   Veronica Marlow, whether alone or jointly with others, in which YOU or MGA

20   have purported at any time to purchase, acquire or own any right, title or interest

21   (whether in whole or in part).

22   **RESPONSE TO REQUEST FOR PRODUCTION NO. 100:**

23           Larian incorporates by reference the above-stated general objections as

24   if fully set forth herein.  Larian also specifically objects to this request to the extent

25   it seeks information not relevant or reasonably calculated to lead to the discovery of

26   admissible evidence and is, thus, overbroad, including, without limitation, seeking

27   documents relating to any designs produced, prepared, created, authored, conceived

28   of or reduced to practice prior to January 1, 2001, by Veronica Marlow, and is

LARIAN'S RESPONSE TO MATTEL'S 1ST
SET OF REQUESTS FOR PRODUCTION
CV 04-9049 SGL (RNBX)

EXHIBIT   3  , PAGE 176

1   therefore not limited to those designs that may be at issue in this litigation.  Larian

2   also objects to this request on the grounds that it seeks confidential, proprietary or

3   commercially sensitive information, the disclosure of which would be inimical to

4   the business interests of Larian and one or more third parties.  Larian further objects

5   to this request to the extent it seeks information the disclosure of which would

6   implicate the rights of third parties to protect private, confidential, proprietary or

7   trade secret information.  Larian also objects to this request to the extent it calls for

8   the disclosure of attorney-client privileged information or information protected

9   from disclosure by the work-product doctrine, joint defense or common interest

10  privilege, or other privilege.  Larian also objects to this request to the extent it seeks

11  documents not within Larian's possession, custody or control.

12          Subject to the foregoing, Larian will produce any personal documents

13  dated prior to June 1, 2001, relating to Bratz and Prayer Angels that are relevant

14  and responsive to the request, if any, and that have not already been produced, that

15  he discovers in the course of his reasonable search and diligent inquiry, which are

16  within the permissible scope of discovery, and to which no privilege or other

17  protection applies, including without limitation, the attorney-client privilege or

18  attorney's work product doctrine.

19  **REQUEST FOR PRODUCTION NO. 101:**

20          All DOCUMENTS RELATING TO DESIGNS produced, prepared,

21  created, authored, conceived of or reduced to practice by Elise Cloonan, whether

22  alone or jointly with others, in which YOU or MGA have purported at any time to

23  purchase, acquire or own any right, title or interest (whether in whole or in part).

24  **RESPONSE TO REQUEST FOR PRODUCTION NO. 101:**

25          Larian incorporates by reference the above-stated general objections as

26  if fully set forth herein.  Larian also specifically objects to this request to the extent

27  it seeks information not relevant or reasonably calculated to lead to the discovery of

28  admissible evidence and is, thus, overbroad, including, without limitation, seeking

- 105 -

LARIAN'S RESPONSE TO MATTEL'S 1ST
SET OF REQUESTS FOR PRODUCTION
CV 04-9049 SGL (RNBX)

EXHIBIT __3__, PAGE 177

1  documents relating to any designs produced, prepared, created, authored, conceived

2  of or reduced to practice by Elise Cloonan, and is therefore not limited as to time or

3  as to those designs that may be at issue in this litigation. Larian also objects to this

4  request on the grounds that it seeks confidential, proprietary or commercially

5  sensitive information, the disclosure of which would be inimical to the business

6  interests of Larian and one or more third parties. Larian further objects to this

7  request to the extent it seeks information the disclosure of which would implicate

8  the rights of third parties to protect private, confidential, proprietary or trade secret

9  information. Larian also objects to this request to the extent it calls for the

10  disclosure of attorney-client privileged information or information protected from

11  disclosure by the work-product doctrine, joint defense or common interest

12  privilege, or other privilege. Larian also objects to this request to the extent it seeks

13  documents not within Larian's possession, custody or control.

14       Subject to the foregoing, Larian will produce any personal documents

15  dated prior to June 1, 2001, relating to Bratz that are relevant and responsive to the

16  request, if any, and that have not already been produced, that he discovers in the

17  course of his reasonable search and diligent inquiry, which are within the

18  permissible scope of discovery, and to which no privilege or other protection

19  applies, including without limitation, the attorney-client privilege or attorney's

20  work product doctrine.

21  **REQUEST FOR PRODUCTION NO. 102:**

22       All DOCUMENTS prepared, written, transmitted or received (whether

23  in whole or in part) prior to January 1, 2001 RELATING TO ANGEL.

24  **RESPONSE TO REQUEST FOR PRODUCTION NO. 102:**

25       Larian incorporates by reference the above-stated general objections as

26  if fully set forth herein. Larian also specifically objects to this request on the

27  grounds that it is overbroad, oppressive, and unduly burdensome in that it seeks

28  information not relevant to the subject matter of this lawsuit or reasonably

LARIAN'S RESPONSE TO MATTEL'S 1ST.
SET OF REQUESTS FOR PRODUCTION
CV 04-9049 SGL (RNBX)

EXHIBIT  3 , PAGE 178

1  calculated to lead to the discovery of admissible evidence. Larian also specifically

2  objects to this request on the grounds that it seeks confidential, proprietary or

3  commercially sensitive information, the disclosure of which would be inimical to

4  the business interests of Larian. Larian also objects to this request to the extent it

5  calls for the disclosure of attorney-client privileged information or information

6  protected from disclosure by the work-product doctrine, joint defense or common

7  interest privilege, or other privilege. Larian also objects to this request to the extent

8  it seeks documents not within Larian's possession, custody or control.

9          Subject to the foregoing, Larian will produce any personal documents

10  related to the achievement of major milestones for Prayer Angels that are relevant

11  and responsive to the request, if any, and that have not already been produced, that

12  he discovers in the course of his reasonable search and diligent inquiry, which are

13  within the permissible scope of discovery, and to which no privilege or other

14  protection applies, including without limitation, the attorney-client privilege or

15  attorney's work product doctrine.

16  **REQUEST FOR PRODUCTION NO. 103:**

17          All DOCUMENTS RELATING TO ANGEL RELATING TO any

18  time prior to January 1, 2001 (regardless of when such document was prepared,

19  written, transmitted or received, whether in whole or in part).

20  **RESPONSE TO REQUEST FOR PRODUCTION NO. 103:**

21          Larian incorporates by reference the above-stated general objections as

22  if fully set forth herein. Larian also specifically objects to this request on the

23  grounds that it is overbroad, oppressive, and unduly burdensome in that it seeks

24  information not relevant to the subject matter of this lawsuit or reasonably

25  calculated to lead to the discovery of admissible evidence. Larian also specifically

26  objects to this request in the grounds that it is vague, ambiguous and unintelligible,

27  particularly in its use of the phrase "relating to Angel relating to ay time prior to

28  January 1, 2001." Larian also objects to this request on the grounds that it seeks

- 107 -

LARIAN'S RESPONSE TO MATTEL'S 1ST
SET OF REQUESTS FOR PRODUCTION
CV 04-9049 SGL (RNBX)

EXHIBIT 3 , PAGE 171

1  confidential, proprietary or commercially sensitive information, the disclosure of

2  which would be inimical to the business interests of Larian and one or more third

3  parties. Larian also objects to this request to the extent it calls for the disclosure of

4  attorney-client privileged information or information protected from disclosure by

5  the work-product doctrine, joint defense or common interest privilege, or other

6  privilege. Larian also objects to this request to the extent it seeks documents not

7  within Larian's possession, custody or control.

8  Subject to the foregoing, Larian will produce any personal documents

9  related to the achievement of major milestones for Prayer Angels that are relevant

10  and responsive to the request, if any, and that have not already been produced, that

11  he discovers in the course of his reasonable search and diligent inquiry, which are

12  within the permissible scope of discovery, and to which no privilege or other

13  protection applies, including without limitation, the attorney-client privilege or

14  attorney's work product doctrine.

15  **REQUEST FOR PRODUCTION NO. 104:**

16  All DOCUMENTS, including without limitation all

17  COMMUNICATIONS between YOU or MGA and any PERSON, RELATING TO

18  any agreement or contract between Margaret Hatch (also known as Margaret Leahy

19  and/or Margaret Hatch-Leahy) and MATTEL.

20  **RESPONSE TO REQUEST FOR PRODUCTION NO. 104:**

21  Larian incorporates by reference the above-stated general objections as

22  if fully set forth herein. Larian also specifically objects to this request on the

23  grounds that it is overbroad, oppressive, and unduly burdensome in that it seeks

24  information not relevant to the subject matter of this lawsuit or reasonably

25  calculated to lead to the discovery of admissible evidence. Larian also objects to

26  this request on the grounds that it seeks information in violation of the right of

27  privacy. Larian also objects to this request on the grounds that it is overbroad,

28  unduly burdensome, and oppressive in seeking all communications between Larian

- 108 -

LARIAN'S RESPONSE TO MATTEL'S 1ST
SET OF REQUESTS FOR PRODUCTION
CV 04-9049 SGL (RNBX)

EXHIBIT _3_, PAGE _100_

1   or MGA and any person and without limitation as to time.  Larian also objects to

2   this request on the grounds that it seeks confidential, proprietary or commercially

3   sensitive information, the disclosure of which would be inimical to the business

4   interests of Larian and one or more third parties.  Larian also objects to this request

5   to the extent it seeks information the disclosure of which would implicate the rights

6   of third parties to protect private, confidential, proprietary or trade secret

7   information.  Larian also objects to this request to the extent it calls for the

8   disclosure of attorney-client privileged information or information protected from

9   disclosure by the work-product doctrine, joint defense or common interest

10  privilege, or other privilege.  Larian also objects to this request to the extent it seeks

11  documents not within Larian's possession, custody or control.

12  **REQUEST FOR PRODUCTION NO. 105:**

13          All DOCUMENTS, including without limitation all

14  COMMUNICATIONS between YOU or MGA and any PERSON, RELATING TO

15  any agreement or contract between Kami Gillmour and MATTEL.

16  **RESPONSE TO REQUEST FOR PRODUCTION NO. 105:**

17          Larian incorporates by reference the above-stated general objections as

18  if fully set forth herein.  Larian also specifically objects to this request on the

19  grounds that it is overbroad, oppressive, and unduly burdensome in that it seeks

20  information not relevant to the subject matter of this lawsuit or reasonably

21  calculated to lead to the discovery of admissible evidence.  Larian also objects to

22  this request on the grounds that it seeks information in violation of the right of

23  privacy.  Larian also objects to this request on the grounds that it is overbroad,

24  unduly burdensome, and oppressive in seeking all communications between Larian

25  or MGA and any person and without limitation as to time.  Larian also objects to

26  this request on the grounds that it seeks confidential, proprietary or commercially

27  sensitive information, the disclosure of which would be inimical to the business

28  interests of Larian and one or more third parties.  Larian also objects to this request

LARIAN'S RESPONSE TO MATTEL'S 1ST
SET OF REQUESTS FOR PRODUCTION
CV 04-9049 SGL (RNBX)

EXHIBIT  3 , PAGE 101

1   to the extent it seeks information the disclosure of which would implicate the rights

2   of third parties to protect private, confidential, proprietary or trade secret

3   information.  Larian also objects to this request to the extent it calls for the

4   disclosure of attorney-client privileged information or information protected from

5   disclosure by the work-product doctrine, joint defense or common interest

6   privilege, or other privilege.  Larian also objects to this request to the extent it seeks

7   documents not within Larian's possession, custody or control.

8   **REQUEST FOR PRODUCTION NO. 106:**

9          All DOCUMENTS, including without limitation all

10  COMMUNICATIONS between YOU or MGA and any PERSON, RELATING TO

11  any agreement or contract between Paula Garcia and MATTEL.

12  **RESPONSE TO REQUEST FOR PRODUCTION NO. 106:**

13         Larian incorporates by reference the above-stated general objections as

14  if fully set forth herein.  Larian also specifically objects to this request on the

15  grounds that it is overbroad, oppressive, and unduly burdensome in that it seeks

16  information not relevant to the subject matter of this lawsuit or reasonably

17  calculated to lead to the discovery of admissible evidence.  Larian also objects to

18  this request on the grounds that it seeks information in violation of the right of

19  privacy.  Larian also objects to this request on the grounds that it is overbroad,

20  unduly burdensome, and oppressive in seeking all communications between Larian

21  or MGA and any person and without limitation as to time.  Larian also objects to

22  this request on the grounds that it seeks confidential, proprietary or commercially

23  sensitive information, the disclosure of which would be inimical to the business

24  interests of Larian and one or more third parties.  Larian also objects to this request

25  to the extent it seeks information the disclosure of which would implicate the rights

26  of third parties to protect private, confidential, proprietary or trade secret

27  information.  Larian also objects to this request to the extent it calls for the

28  disclosure of attorney-client privileged information or information protected from

EXHIBIT  3  , PAGE 182

1   disclosure by the work-product doctrine, joint defense or common interest

2   privilege, or other privilege. Larian also objects to this request to the extent it seeks

3   documents not within Larian's possession, custody or control.

4   **REQUEST FOR PRODUCTION NO. 107:**

5           All DOCUMENTS, including without limitation all

6   COMMUNICATIONS between YOU or MGA and any PERSON, RELATING TO

7   any agreement or contract between Mercedeh Ward and MATTEL.

8   **RESPONSE TO REQUEST FOR PRODUCTION NO. 107:**

9           Larian incorporates by reference the above-stated general objections as

10  if fully set forth herein. Larian also specifically objects to this request on the

11  grounds that it is overbroad, oppressive, and unduly burdensome in that it seeks

12  information not relevant to the subject matter of this lawsuit or reasonably

13  calculated to lead to the discovery of admissible evidence. Larian also objects to

14  this request on the grounds that it seeks information in violation of the right of

15  privacy. Larian also objects to this request on the grounds that it is overbroad,

16  unduly burdensome, and oppressive in seeking all communications between Larian

17  or MGA and any person and without limitation as to time. Larian also objects to

18  this request on the grounds that it seeks confidential, proprietary or commercially

19  sensitive information, the disclosure of which would be inimical to the business

20  interests of Larian and one or more third parties. Larian also objects to this request

21  to the extent it seeks information the disclosure of which would implicate the rights

22  of third parties to protect private, confidential, proprietary or trade secret

23  information. Larian also objects to this request to the extent it calls for the

24  disclosure of attorney-client privileged information or information protected from

25  disclosure by the work-product doctrine, joint defense or common interest

26  privilege, or other privilege. Larian also objects to this request to the extent it seeks

27  documents not within Larian's possession, custody or control.

28

- 111 -

LARIAN'S RESPONSE TO MATTEL'S 1ST
SET OF REQUESTS FOR PRODUCTION
CV 04-9049 SGL (RNBX)

EXHIBIT 3 , PAGE 183

**REQUEST FOR PRODUCTION NO. 108:**

All DOCUMENTS, including without limitation all COMMUNICATIONS between YOU or MGA and any PERSON, RELATING TO any agreement or contract between Jessie Ramirez and MATTEL.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 108:**

Larian incorporates by reference the above-stated general objections as if fully set forth herein. Larian also specifically objects to this request on the grounds that it is overbroad, oppressive, and unduly burdensome in that it seeks information not relevant to the subject matter of this lawsuit or reasonably calculated to lead to the discovery of admissible evidence. Larian also objects to this request on the grounds that it seeks information in violation of the right of privacy. Larian also objects to this request on the grounds that it is overbroad, unduly burdensome, and oppressive in seeking all communications between Larian or MGA and any person and without limitation as to time. Larian also objects to this request on the grounds that it seeks confidential, proprietary or commercially sensitive information, the disclosure of which would be inimical to the business interests of Larian and one or more third parties. Larian also objects to this request to the extent it seeks information the disclosure of which would implicate the rights of third parties to protect private, confidential, proprietary or trade secret information. Larian also objects to this request to the extent it calls for the disclosure of attorney-client privileged information or information protected from disclosure by the work-product doctrine, joint defense or common interest privilege, or other privilege. Larian also objects to this request to the extent it seeks documents not within Larian's possession, custody or control.

**REQUEST FOR PRODUCTION NO. 109:**

All DOCUMENTS, including without limitation all COMMUNICATIONS between YOU or MGA and any PERSON, RELATING TO any agreement or contract between Billy Ragsdale and MATTEL.

LARIAN'S RESPONSE TO MATTEL'S 1ST SET OF REQUESTS FOR PRODUCTION CV 04-9049 SGL (RNBX)

EXHIBIT ___3___ , PAGE l84

**RESPONSE TO REQUEST FOR PRODUCTION NO. 109:**

1 
2         Larian incorporates by reference the above-stated general objections as
3   if fully set forth herein.  Larian also specifically objects to this request on the
4   grounds that it is overbroad, oppressive, and unduly burdensome in that it seeks
5   information not relevant to the subject matter of this lawsuit or reasonably
6   calculated to lead to the discovery of admissible evidence.  Larian also objects to
7   this request on the grounds that it seeks information in violation of the right of
8   privacy.  Larian also objects to this request on the grounds that it is overbroad,
9   unduly burdensome, and oppressive in seeking all communications between Larian
10  or MGA and any person and without limitation as to time.  Larian also objects to
11  this request on the grounds that it seeks confidential, proprietary or commercially
12  sensitive information, the disclosure of which would be inimical to the business
13  interests of Larian and one or more third parties.  Larian also objects to this request
14  to the extent it seeks information the disclosure of which would implicate the rights
15  of third parties to protect private, confidential, proprietary or trade secret
16  information.  Larian also objects to this request to the extent it calls for the
17  disclosure of attorney-client privileged information or information protected from
18  disclosure by the work-product doctrine, joint defense or common interest
19  privilege, or other privilege.  Larian also objects to this request to the extent it seeks
20  documents not within Larian's possession, custody or control.

**REQUEST FOR PRODUCTION NO. 110:**

21 
22         All DOCUMENTS, including without limitation all
23  COMMUNICATIONS between YOU or MGA and any PERSON, RELATING TO
24  any agreement or contract between Wendy Ragsdale and MATTEL.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 110:**

25 
26         Larian incorporates by reference the above-stated general objections as
27  if fully set forth herein.  Larian also specifically objects to this request on the
28  grounds that it is overbroad, oppressive, and unduly burdensome in that it seeks

- 113 -

LARIAN'S RESPONSE TO MATTEL'S 1ST
SET OF REQUESTS FOR PRODUCTION
CV 04-9049 SGL (RNBX)

EXHIBIT 3 , PAGE 185

1  information not relevant to the subject matter of this lawsuit or reasonably

2  calculated to lead to the discovery of admissible evidence.  Larian also objects to

3  this request on the grounds that it seeks information in violation of the right of

4  privacy.  Larian also objects to this request on the grounds that it is overbroad,

5  unduly burdensome, and oppressive in seeking all communications between Larian

6  or MGA and any person and without limitation as to time.  Larian also objects to

7  this request on the grounds that it seeks confidential, proprietary or commercially

8  sensitive information, the disclosure of which would be inimical to the business

9  interests of Larian and one or more third parties.  Larian also objects to this request

10  to the extent it seeks information the disclosure of which would implicate the rights

11  of third parties to protect private, confidential, proprietary or trade secret

12  information.  Larian also objects to this request to the extent it calls for the

13  disclosure of attorney-client privileged information or information protected from

14  disclosure by the work-product doctrine, joint defense or common interest

15  privilege, or other privilege.  Larian also objects to this request to the extent it seeks

16  documents not within Larian's possession, custody or control.

17  **REQUEST FOR PRODUCTION NO. 111:**

18      All DOCUMENTS, including without limitation all

19  COMMUNICATIONS between YOU or MGA and any PERSON, RELATING TO

20  any agreement or contract between Veronica Marlow and MATTEL.

21  **RESPONSE TO REQUEST FOR PRODUCTION NO. 111:**

22      Larian incorporates by reference the above-stated general objections as

23  if fully set forth herein.  Larian also specifically objects to this request on the

24  grounds that it is overbroad, oppressive, and unduly burdensome in that it seeks

25  information not relevant to the subject matter of this lawsuit or reasonably

26  calculated to lead to the discovery of admissible evidence.  Larian also objects to

27  this request on the grounds that it seeks information in violation of the right of

28  privacy.  Larian also objects to this request on the grounds that it is overbroad,

- 114 -

LARIAN'S RESPONSE TO MATTEL'S 1ST
SET OF REQUESTS FOR PRODUCTION
CV 04-9049 SGL (RNBX)

EXHIBIT __3__ , PAGE 186

1    unduly burdensome, and oppressive in seeking all communications between Larian

2    or MGA and any person and without limitation as to time. Larian also objects to

3    this request on the grounds that it seeks confidential, proprietary or commercially

4    sensitive information, the disclosure of which would be inimical to the business

5    interests of Larian and one or more third parties. Larian also objects to this request

6    to the extent it seeks information the disclosure of which would implicate the rights

7    of third parties to protect private, confidential, proprietary or trade secret

8    information. Larian also objects to this request to the extent it calls for the

9    disclosure of attorney-client privileged information or information protected from

10   disclosure by the work-product doctrine, joint defense or common interest

11   privilege, or other privilege. Larian also objects to this request to the extent it seeks

12   documents not within Larian's possession, custody or control.

13   **REQUEST FOR PRODUCTION NO. 112:**

14           To the extent not covered by other Requests, all DOCUMENTS,

15   including without limitation all COMMUNICATIONS between YOU or MGA and

16   any PERSON, RELATING TO any agreement or contract between MATTEL, on

17   the one hand, and any former employee of MATTEL who has been hired,

18   considered, solicited or interviewed for any position or potential position or

19   employment by YOU or MGA.

20   **RESPONSE TO REQUEST FOR PRODUCTION NO. 112:**

21           Larian incorporates by reference the above-stated general objections as

22   if fully set forth herein. Larian also specifically objects to this request on the

23   grounds that it is overbroad, oppressive, and unduly burdensome in that it seeks

24   information not relevant to the subject matter of this lawsuit or reasonably

25   calculated to lead to the discovery of admissible evidence. Larian also objects to

26   this request on the grounds that it seeks information in violation of the right of

27   privacy. Larian also objects to this request on the grounds that it is overbroad,

28   unduly burdensome, and oppressive. Larian also objects to this request on the

LARIAN'S RESPONSE TO MATTEL'S 1ST
SET OF REQUESTS FOR PRODUCTION
CV 04-9049 SGL (RNBX)

EXHIBIT  3  , PAGE 187

1   grounds that it seeks confidential, proprietary or commercially sensitive

2   information, the disclosure of which would be inimical to the business interests of

3   Larian and one or more third parties.  Larian also objects to this request to the

4   extent it seeks information the disclosure of which would implicate the rights of

5   third parties to protect private, confidential, proprietary or trade secret information.

6   Larian also objects to this request to the extent it calls for the disclosure of attorney-

7   client privileged information or information protected from disclosure by the work-

8   product doctrine, joint defense or common interest privilege, or other privilege.

9   Larian also objects to this request to the extent it seeks documents not within

10  Larian's possession, custody or control.

11  **REQUEST FOR PRODUCTION NO. 113:**

12          All COMMUNICATIONS between YOU or MGA and Anne Wang.

13  **RESPONSE TO REQUEST FOR PRODUCTION NO. 113:**

14          Larian incorporates by reference the above-stated general objections as

15  if fully set forth herein.  Larian also specifically objects to this request on the

16  grounds that it is overbroad, oppressive, and unduly burdensome in that it seeks

17  information not relevant to the subject matter of this lawsuit or reasonably

18  calculated to lead to the discovery of admissible evidence.  Larian also objects to

19  this request on the grounds that it is overbroad, unduly burdensome, and oppressive

20  in seeking all communications between Larian or MGA and Anne Wang, regardless

21  of subject matter and without limitation as to time.  Larian also objects to this

22  request on the grounds that it seeks confidential, proprietary or commercially

23  sensitive information, the disclosure of which would be inimical to the business

24  interests of Larian and one or more third parties.  Larian also objects to this request

25  to the extent it calls for the disclosure of attorney-client privileged information or

26  information protected from disclosure by the work-product doctrine, joint defense

27  or common interest privilege, or other privilege.

28          Subject to the foregoing, Larian will produce any personal documents

LARIAN'S RESPONSE TO MATTEL'S 1ST
SET OF REQUESTS FOR PRODUCTION
CV 04-9049 SGL (RNBX)

EXHIBIT 3 , PAGE 188

1   dated prior to November 1, 2000, relating to Carter Bryant's agreement with MGA

2   dated September 18, 2000, that are relevant and responsive to the request, if any,

3   and that have not already been produced, that he discovers in the course of his

4   reasonable search and diligent inquiry, which are within the permissible scope of

5   discovery, and to which no privilege or other protection applies, including without

6   limitation, the attorney-client privilege or attorney's work product doctrine.

7   **REQUEST FOR PRODUCTION NO. 114:**

8            All DOCUMENTS, including without limitation all

9   COMMUNICATIONS between YOU or MGA and any PERSON, RELATING TO

10  Anne Wang.

11  **RESPONSE TO REQUEST FOR PRODUCTION NO. 114:**

12           Larian incorporates by reference the above-stated general objections as

13  if fully set forth herein.  Larian also specifically objects to this request on the

14  grounds that it is overbroad, oppressive, and unduly burdensome in that it seeks

15  information not relevant to the subject matter of this lawsuit or reasonably

16  calculated to lead to the discovery of admissible evidence.  Larian also objects to

17  this request on the grounds that it is overbroad, unduly burdensome, and oppressive

18  in seeking all communications relating to Anne Wang between Larian or MGA and

19  any person, without limitation as to time.  Larian also objects to this request on the

20  grounds that it seeks confidential, proprietary or commercially sensitive

21  information, the disclosure of which would be inimical to the business interests of

22  Larian and one or more third parties.  Larian also objects to this request to the

23  extent it calls for the disclosure of attorney-client privileged information or

24  information protected from disclosure by the work-product doctrine, joint defense

25  or common interest privilege, or other privilege.

26  **REQUEST FOR PRODUCTION NO. 115:**

27           All DOCUMENTS, including without limitation all

28  COMMUNICATIONS between YOU or MGA and any PERSON, RELATING TO

LARIAN'S RESPONSE TO MATTEL'S 1ST
SET OF REQUESTS FOR PRODUCTION
CV 04-9049 SGL (RNBX)

EXHIBIT  3 , PAGE 189

1  Brooke Gilbert.

2  **RESPONSE TO REQUEST FOR PRODUCTION NO. 115:**

3        Larian incorporates by reference the above-stated general objections as

4  if fully set forth herein.  Larian also specifically objects to this request on the

5  grounds that it is overbroad, oppressive, and unduly burdensome in that it seeks

6  information not relevant to the subject matter of this lawsuit or reasonably

7  calculated to lead to the discovery of admissible evidence.  Larian also objects to

8  this request on the grounds that it is overbroad, unduly burdensome, and oppressive

9  in seeking all communications relating to Brooke Gilbert between Larian or MGA

10  and any person, without limitation as to time.  Larian also objects to this request on

11  the grounds that it seeks confidential, proprietary or commercially sensitive

12  information, the disclosure of which would be inimical to the business interests of

13  Larian and one or more third parties.  Larian also objects to this request to the

14  extent it calls for the disclosure of attorney-client privileged information or

15  information protected from disclosure by the work-product doctrine, joint defense

16  or common interest privilege, or other privilege.

17  **REQUEST FOR PRODUCTION NO. 116:**

18        All COMMUNICATIONS between YOU or MGA and BRYANT

19  RELATING TO MATTEL or any officer, director, employee or representative of

20  MATTEL.

21  **RESPONSE TO REQUEST FOR PRODUCTION NO. 116:**

22        Larian incorporates by reference the above-stated general objections as

23  if fully set forth herein.  Larian also specifically objects to this request on the

24  grounds that it is overbroad, oppressive, and unduly burdensome in that it seeks

25  information not relevant to the subject matter of this lawsuit or reasonably

26  calculated to lead to the discovery of admissible evidence.  Larian also objects to

27  this request on the grounds that it is unlimited in time and subject matter and is,

28  thus, overbroad, unduly burdensome and oppressive, including, without limitation,

LARIAN'S RESPONSE TO MATTEL'S 1ST
SET OF REQUESTS FOR PRODUCTION
CV 04-9049 SGL (RNBX)

EXHIBIT 3 , PAGE 190

1    in calling for communications exchanged between Larian or any person at MGA

2    and Bryant on any subject matter relating in any way to Mattel.  Larian also objects

3    to this request on the grounds that it is overbroad, without limitation, in potentially

4    extending to communications that any of MGA's employees, agents or

5    representatives may have exchanged with Bryant that refer or relate to Mattel or

6    any of its officers, directors, employees, or representatives, regardless of whether

7    any such person was employed by Mattel at the time of the communication, and

8    which communication may be unrelated in any way to the subject matter of this

9    lawsuit, Larian, MGA, MGA's business or may, indeed, have occurred when none

10   of the parties to the communications worked for or on behalf of MGA.  Larian also

11   objects to this request on the grounds that it seeks confidential, proprietary or

12   commercially sensitive information, the disclosure of which would be inimical to

13   the business interests of Larian and one or more third parties.  Larian further objects

14   to this request to the extent it seeks information the disclosure of which would

15   implicate the rights of third parties to protect private, confidential, proprietary or

16   trade secret information.  Larian also objects to this request to the extent it calls for

17   the disclosure of attorney-client privileged information or information protected

18   from disclosure by the work-product doctrine, joint defense or common interest

19   privilege, or other privilege.

20          Subject to the foregoing, Larian will produce any personal documents

21   that are relevant and responsive to the request, if any, and that have not already

22   been produced, that he discovers in the course of his reasonable search and diligent

23   inquiry, which are within the permissible scope of discovery, and to which no

24   privilege or other protection applies, including without limitation, the attorney-

25   client privilege or attorney's work product doctrine.

26   **REQUEST FOR PRODUCTION NO. 117:**

27          All declarations, affidavits and other sworn written statements of any

28   other type or form by any PERSON RELATING TO BRATZ (other than those

- 119 -

LARIAN'S RESPONSE TO MATTEL'S 1ST
SET OF REQUESTS FOR PRODUCTION
CV 04-9049 SGL (RNBX)

EXHIBIT  3 , PAGE 191

1   previously filed and served in this ACTION), including all such declarations,

2   affidavits and other sworn written statements of any other type or form by or on

3   behalf of YOU.

4   **RESPONSE TO REQUEST FOR PRODUCTION NO. 117:**

5           Larian incorporates by reference the above-stated general objections as

6   if fully set forth herein. Larian also specifically objects to this request on the

7   grounds that it is overbroad, oppressive, and unduly burdensome in that it seeks

8   information not relevant to the subject matter of this lawsuit or reasonably

9   calculated to lead to the discovery of admissible evidence. Larian also specifically

10  objects to this request on the grounds that it is overbroad, unduly burdensome and

11  oppressive including, without limitation, in calling for all declarations, affidavits

12  and other sworn written statements relating to Bratz but not otherwise limited as to

13  subject matter, and not limited in any way as to time. Larian also objects to this

14  request on the grounds that it seeks information that is already known to Mattel

15  and/or is a matter of public record and/or is equally available to Mattel, and is,

16  therefore, unduly burdensome and oppressive. Larian also objects to this request to

17  the extent that it may seek documents the disclosure of which is or may be

18  governed by court orders. Larian also objects to this request to the extent it seeks

19  information the disclosure of which would implicate the rights of third parties to

20  protect private, confidential, proprietary or trade secret information. Larian also

21  objects to this request to the extent it may seek documents the disclosure of which

22  is or may be protected by contract or agreement. Larian also objects to this request

23  on the grounds that it seeks confidential, proprietary or commercially sensitive

24  information, the disclosure of which would be inimical to the business interests of

25  Larian and one or more third parties. Larian further objects to this request to the

26  extent it seeks information the disclosure of which would implicate the rights of

27  third parties to protect private, confidential, proprietary or trade secret information.

28  Larian also objects to this request to the extent it calls for the disclosure of attorney-

- 120 -

LARIAN'S RESPONSE TO MATTEL'S 1ST
SET OF REQUESTS FOR PRODUCTION
CV 04-9049 SGL (RNBX)

EXHIBIT 3 , PAGE 190

1   client privileged information or information protected from disclosure by the work-

2   product doctrine, joint defense or common interest privilege, or other privilege.

3           Subject to the foregoing, Larian will produce any personal documents

4   that are relevant and responsive to the request, if any, and that have not already

5   been produced, that he discovers in the course of his reasonable search and diligent

6   inquiry, which are within the permissible scope of discovery, and to which no

7   privilege or other protection applies, including without limitation, the attorney-

8   client privilege or attorney's work product doctrine.

9   **REQUEST FOR PRODUCTION NO. 118:**

10           All transcripts and video and/or audio recordings of statements made

11   by any PERSON under oath, including without limitation all deposition transcripts,

12   trial transcripts and arbitration transcripts, RELATING TO BRATZ (other than

13   those taken in this ACTION when MATTEL's counsel was in attendance),

14   including all such transcripts and video and/or audio recordings of statements by or

15   on behalf of YOU.

16   **RESPONSE TO REQUEST FOR PRODUCTION NO. 118:**

17           Larian incorporates by reference the above-stated general objections as

18   if fully set forth herein. Larian also specifically objects to this request on the

19   grounds that it is overbroad, oppressive, and unduly burdensome in that it seeks

20   information not relevant to the subject matter of this lawsuit or reasonably

21   calculated to lead to the discovery of admissible evidence. Larian also specifically

22   objects to this request on the grounds that it is overbroad, unduly burdensome and

23   oppressive including, without limitation, in calling for all transcripts and video

24   and/or audio recordings of statements made by any person under oath, including

25   without limitation all deposition transcripts, trial transcripts and arbitration

26   transcripts relating to Bratz, but not otherwise limited as to subject matter, and not

27   limited in any way as to time. Larian also objects to this request on the grounds

28   that it seeks information that is already known to Mattel and/or is a matter of public

LARIAN'S RESPONSE TO MATTEL'S 1ST
SET OF REQUESTS FOR PRODUCTION
CV 04-9049 SGL (RNBX)

EXHIBIT __3__ , PAGE 193

1   record and/or is equally available to Mattel, and is, therefore, unduly burdensome

2   and oppressive. Larian also objects to this request to the extent it may seek

3   documents the disclosure of which is or may be protected by contract or agreement.

4   Larian also objects to this request to the extent that it may seek documents the

5   disclosure of which is or may be governed by court orders. Larian also objects to

6   this request on the grounds that it seeks confidential, proprietary or commercially

7   sensitive information, the disclosure of which would be inimical to the business

8   interests of Larian and one or more third parties. Larian also objects to this request

9   to the extent it seeks information the disclosure of which would implicate the rights

10  of third parties to protect private, confidential, proprietary or trade secret

11  information. Larian also objects to this request to the extent it calls for the

12  disclosure of attorney-client privileged information or information protected from

13  disclosure by the work-product doctrine, joint defense or common interest

14  privilege, or other privilege.

15          Subject to the foregoing, Larian will produce any personal documents

16  that are relevant and responsive to the request, if any, and that have not already

17  been produced, that he discovers in the course of his reasonable search and diligent

18  inquiry, which are within the permissible scope of discovery, and to which no

19  privilege or other protection applies, including without limitation, the attorney-

20  client privilege or attorney's work product doctrine.

21  **REQUEST FOR PRODUCTION NO. 119:**

22          All declarations, affidavits and other sworn written statements of any

23  other type or form by any PERSON RELATING TO ANGEL (other than those

24  previously filed and served in this ACTION), including all such declarations,

25  affidavits and other sworn written statements of any other type or form by or on

26  behalf of YOU.

27  **RESPONSE TO REQUEST FOR PRODUCTION NO. 119:**

28          Larian incorporates by reference the above-stated general objections as

LARIAN'S RESPONSE TO MATTEL'S 1ST
SET OF REQUESTS FOR PRODUCTION
CV 04-9049 SGL (RNBX)

EXHIBIT 3 , PAGE 194

1    if fully set forth herein.  Larian also specifically objects to this request on the

2    grounds that it is overbroad, oppressive, and unduly burdensome in that it seeks

3    information not relevant to the subject matter of this lawsuit or reasonably

4    calculated to lead to the discovery of admissible evidence.  Larian also specifically

5    objects to this request on the grounds that it is overbroad, unduly burdensome and

6    oppressive including, without limitation, in calling for all declarations, affidavits

7    and other sworn written statements relating to Angel but not otherwise limited as to

8    subject matter, and not limited in any way as to time.  Larian also objects to this

9    request on the grounds that it seeks information that is already known to Mattel

10   and/or is a matter of public record and/or is equally available to Mattel, and is,

11   therefore, unduly burdensome and oppressive.  Larian also objects to this request to

12   the extent that it may seek documents the disclosure of which is or may be

13   governed by court orders.  Larian also objects to this request to the extent it seeks

14   information the disclosure of which would implicate the rights of third parties to

15   protect private, confidential, proprietary or trade secret information.  Larian also

16   objects to this request to the extent it may seek documents the disclosure of which

17   is or may be protected by contract or agreement.  Larian also objects to this request

18   on the grounds that it seeks confidential, proprietary or commercially sensitive

19   information, the disclosure of which would be inimical to the business interests of

20   Larian and one or more third parties.  Larian further objects to this request to the

21   extent it seeks information the disclosure of which would implicate the rights of

22   third parties to protect private, confidential, proprietary or trade secret information.

23   Larian also objects to this request to the extent it calls for the disclosure of attorney-

24   client privileged information or information protected from disclosure by the work-

25   product doctrine, joint defense or common interest privilege, or other privilege.

26          Subject to the foregoing, Larian will produce any personal documents

27   that are relevant and responsive to the request, if any, and that have not already

28   been produced, that he discovers in the course of his reasonable search and diligent

- 123 -

LARIAN'S RESPONSE TO MATTEL'S 1ST
SET OF REQUESTS FOR PRODUCTION
CV 04-9049 SGL (RNBX)

EXHIBIT 3 , PAGE 195

1   inquiry, which are within the permissible scope of discovery, and to which no

2   privilege or other protection applies, including without limitation, the attorney-

3   client privilege or attorney's work product doctrine.

4   **REQUEST FOR PRODUCTION NO. 120:**

5          All transcripts and video and/or audio recordings of statements made

6   by any PERSON under oath, including without limitation all deposition transcripts,

7   trial transcripts and arbitration transcripts, that RELATING TO ANGEL (other than

8   those taken in this ACTION when Mattel's counsel was in attendance), including

9   all such declarations, affidavits and other sworn written statements of any other

10  type or form by or on behalf of YOU.

11  **RESPONSE TO REQUEST FOR PRODUCTION NO. 120:**

12         Larian incorporates by reference the above-stated general objections as

13  if fully set forth herein.  Larian also specifically objects to this request on the

14  grounds that it is overbroad, oppressive, and unduly burdensome in that it seeks

15  information not relevant to the subject matter of this lawsuit or reasonably

16  calculated to lead to the discovery of admissible evidence.  Larian also specifically

17  objects to this request on the grounds that it is overbroad, unduly burdensome and

18  oppressive including, without limitation, in calling for all transcripts and video

19  and/or audio recordings of statements made by any person under oath, including

20  without limitation all deposition transcripts, trial transcripts and arbitration

21  transcripts relating to Angel, but not otherwise limited as to subject matter, and not

22  limited in any way as to time.  Larian also objects to this request on the grounds

23  that it seeks information that is already known to Mattel and/or is a matter of public

24  record and/or is equally available to Mattel, and is, therefore, unduly burdensome

25  and oppressive.  Larian also objects to this request to the extent it may seek

26  documents the disclosure of which is or may be protected by contract or agreement.

27  Larian also objects to this request to the extent that it may seek documents the

28  disclosure of which is or may be governed by court orders.  Larian also objects to

- 124 -

LARIAN'S RESPONSE TO MATTEL'S 1ST
SET OF REQUESTS FOR PRODUCTION
CV 04-9049 SGL (RNBX)

EXHIBIT __3__, PAGE __196__

1   this request on the grounds that it seeks confidential, proprietary or commercially

2   sensitive information, the disclosure of which would be inimical to the business

3   interests of Larian and one or more third parties.  Larian also objects to this request

4   to the extent it seeks information the disclosure of which would implicate the rights

5   of third parties to protect private, confidential, proprietary or trade secret

6   information.  Larian also objects to this request to the extent it calls for the

7   disclosure of attorney-client privileged information or information protected from

8   disclosure by the work-product doctrine, joint defense or common interest

9   privilege, or other privilege.

10          Subject to the foregoing, Larian will produce any personal documents

11  that are relevant and responsive to the request, if any, and that have not already

12  been produced, that he discovers in the course of his reasonable search and diligent

13  inquiry, which are within the permissible scope of discovery, and to which no

14  privilege or other protection applies, including without limitation, the attorney-

15  client privilege or attorney's work product doctrine.

16  **REQUEST FOR PRODUCTION NO. 121:**

17          All DOCUMENTS RELATING TO the litigation encaptioned *The*

18  *Ships Carpenter, Inc. v. MGA Entertainment*, filed in Los Angeles Superior Court

19  on or about October 11, 2001, Case Nos. 01S03739 and 01S03740.

20  **RESPONSE TO REQUEST FOR PRODUCTION NO. 121:**

21          Larian incorporates by reference the above-stated general objections as

22  if fully set forth herein.  Larian also specifically objects to this request on the

23  grounds that it is overbroad, oppressive, and unduly burdensome in that it seeks

24  information not relevant to the subject matter of this lawsuit or reasonably

25  calculated to lead to the discovery of admissible evidence.  Larian also objects to

26  this request on the grounds that it seeks confidential, proprietary or commercially

27  sensitive information, the disclosure of which would be inimical to the business

28  interests of Larian and one or more third parties.  Larian also objects to this request

LARIAN'S RESPONSE TO MATTEL'S 1ST
- 125 -       SET OF REQUESTS FOR PRODUCTION
CV 04-9049 SGL (RNBX)

EXHIBIT  3 . PAGE 197

1  to the extent it calls for the disclosure of attorney-client privileged information or

2  information protected from disclosure by the work-product doctrine, joint defense

3  or common interest privilege, or other privilege.  Larian also objects to this request

4  to the extent it seeks documents not within Larian's possession, custody or control.

5  **REQUEST FOR PRODUCTION NO. 122:**

6       All DOCUMENTS seen, viewed or reviewed by YOU at any time in

7  preparation for the deposition of YOU that was taken in this ACTION on July 18,

8  2006.

9  **RESPONSE TO REQUEST FOR PRODUCTION NO. 122:**

10       Larian incorporates by reference the above-stated general objections as

11  if fully set forth herein.  Larian also specifically objects to this request on the

12  grounds that it is overbroad, oppressive, and unduly burdensome in that it seeks

13  information not relevant to the subject matter of this lawsuit or reasonably

14  calculated to lead to the discovery of admissible evidence.  Larian also objects to

15  this request on the grounds that it seeks confidential, proprietary or commercially

16  sensitive information, the disclosure of which would be inimical to the business

17  interests of Larian and one or more third parties.  Larian also objects to this request

18  to the extent it calls for the disclosure of attorney-client privileged information or

19  information protected from disclosure by the work-product doctrine, joint defense

20  or common interest privilege, or other privilege.

21       Subject to the foregoing, Larian will produce any personal documents

22  that are relevant and responsive to the request, if any, and that have not already

23  been produced, that he discovers in the course of his reasonable search and diligent

24  inquiry, which are within the permissible scope of discovery, and to which no

25  privilege or other protection applies, including without limitation, the attorney-

26  client privilege or attorney's work product doctrine.

27  **REQUEST FOR PRODUCTION NO. 123:**

28       All DOCUMENTS RELATING TO any and all arbitrations and suits

LARIAN'S RESPONSE TO MATTEL'S 1ST
SET OF REQUESTS FOR PRODUCTION
CV 04-9049 SGL (RNBX)

EXHIBIT 3, PAGE 198

1   between YOU and Farhad Larian.

2   **RESPONSE TO REQUEST FOR PRODUCTION NO. 123:**

3          Larian incorporates by reference the above-stated general objections as

4   if fully set forth herein. Larian also specifically objects to this request on the

5   grounds that it is overbroad, oppressive, and unduly burdensome in that it seeks

6   information not relevant to the subject matter of this lawsuit or reasonably

7   calculated to lead to the discovery of admissible evidence. Larian also specifically

8   objects to this request on the grounds that it is overbroad, unduly burdensome and

9   oppressive including, without limitation, in calling for all documents relating to any

10  and all arbitrations and suits between Larian and Farhad Larian, but not otherwise

11  limited as to subject matter or time. Larian also objects to this request on the

12  grounds that it seeks information that is already known to Mattel and/or is a matter

13  of public record and/or is equally available to Mattel, and is, therefore, unduly

14  burdensome and oppressive. Larian also objects to this request to the extent it may

15  seek documents the disclosure of which is or may be protected by contract or

16  agreement. Larian also objects to this request to the extent that it may seek

17  documents the disclosure of which is or may be governed by court orders. Larian

18  also objects to this request on the grounds that it seeks confidential, proprietary or

19  commercially sensitive information, the disclosure of which would be inimical to

20  the business interests of Larian and one or more third parties. Larian also objects to

21  this request to the extent it seeks information the disclosure of which would

22  implicate the rights of third parties to protect private, confidential, proprietary or

23  trade secret information. Larian also objects to this request to the extent it calls for

24  the disclosure of attorney-client privileged information or information protected

25  from disclosure by the work-product doctrine, joint defense or common interest

26  privilege, or other privilege. Larian also objects to this request to the extent it seeks

27  documents not within Larian's possession, custody or control.

28

- 127 -

LARIAN'S RESPONSE TO MATTEL'S 1ST
SET OF REQUESTS FOR PRODUCTION
CV 04-9049 SGL (RNBX)

EXHIBIT 3 , PAGE 199

**REQUEST FOR PRODUCTION NO. 124:**

All DOCUMENTS filed, submitted or served in the suit and/or arbitration proceedings brought by Farhad Larian against YOU, including without limitation all declarations, affidavits, transcripts, video and/or audio recordings and sworn testimony given by any PERSON in such suit or arbitration proceedings.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 124:**

Larian incorporates by reference the above-stated general objections as if fully set forth herein. Larian also specifically objects to this request on the grounds that it is overbroad, oppressive, and unduly burdensome in that it seeks information not relevant to the subject matter of this lawsuit or reasonably calculated to lead to the discovery of admissible evidence. Larian also objects to this request on the grounds that it seeks confidential, proprietary or commercially sensitive information, the disclosure of which would be inimical to the business interests of Larian and one or more third parties. Larian also objects to this request to the extent it calls for the disclosure of attorney-client privileged information or information protected from disclosure by the work-product doctrine, joint defense or common interest privilege, or other privilege.

**REQUEST FOR PRODUCTION NO. 125:**

All DOCUMENTS RELATING TO any and all settlements resolutions or compromises of any suit and/or arbitration proceedings between YOU and Farhad Larian.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 125:**

Larian incorporates by reference the above-stated general objections as if fully set forth herein. Larian also specifically objects to this request on the grounds that it is overbroad, oppressive, and unduly burdensome in that it seeks information not relevant to the subject matter of this lawsuit or reasonably calculated to lead to the discovery of admissible evidence. Larian also specifically objects to this request on the grounds that it is overbroad, unduly burdensome and

LARIAN'S RESPONSE TO MATTEL'S 1ST
SET OF REQUESTS FOR PRODUCTION
CV 04-9049 SGL (RNBX)

EXHIBIT 3 , PAGE 200

1  oppressive including, without limitation, in calling for all transcripts and video

2  and/or audio recordings of statements made by any person under oath, including

3  without limitation all deposition transcripts, trial transcripts and arbitration

4  transcripts relating to any suit and/or arbitration proceedings between Larian and

5  Farhad Larian, but not otherwise limited as to subject matter, and not limited in any

6  way as to time.  Larian also objects to this request on the grounds that it seeks

7  information that is already known to Mattel and/or is a matter of public record

8  and/or is equally available to Mattel, and is, therefore, unduly burdensome and

9  oppressive.  Larian also objects to this request to the extent it may seek documents

10 the disclosure of which is or may be protected by contract or agreement.  Larian

11 also objects to this request to the extent that it may seek documents the disclosure

12 of which is or may be governed by court orders.  Larian also objects to this request

13 on the grounds that it seeks confidential, proprietary or commercially sensitive

14 information, the disclosure of which would be inimical to the business interests of

15 Larian and one or more third parties.  Larian also objects to this request to the

16 extent it seeks information the disclosure of which would implicate the rights of

17 third parties to protect private, confidential, proprietary or trade secret information.

18 Larian also objects to this request to the extent it calls for the disclosure of attorney-

19 client privileged information or information protected from disclosure by the work-

20 product doctrine, joint defense or common interest privilege, or other privilege.

21 **REQUEST FOR PRODUCTION NO. 126:**

22      All contracts or agreements between YOU or MGA and Farhad Larian.

23 **RESPONSE TO REQUEST FOR PRODUCTION NO. 126:**

24      Larian incorporates by reference the above-stated general objections as

25 if fully set forth herein.  Larian also specifically objects to this request on the

26 grounds that it is overbroad, oppressive, and unduly burdensome in that it seeks

27 information not relevant to the subject matter of this lawsuit or reasonably

28 calculated to lead to the discovery of admissible evidence.  Larian also objects to

- 129 -

LARIAN'S RESPONSE TO MATTEL'S 1ST
SET OF REQUESTS FOR PRODUCTION
CV 04-9049 SGL (RNBX)

EXHIBIT 3   PAGE 201

1  this request on the grounds that it is overbroad, unlimited as to time, and unduly

2  burdensome and oppressive.  Larian also objects to this request on the grounds that

3  it seeks confidential, proprietary or commercially sensitive information, the

4  disclosure of which would be inimical to the business interests of Larian and one or

5  more third parties.  Larian also objects to this request to the extent it calls for the

6  disclosure of attorney-client privileged information or information protected from

7  disclosure by the work-product doctrine, joint defense or common interest

8  privilege, or other privilege.

9  **REQUEST FOR PRODUCTION NO. 127:**

10       All COMMUNICATIONS RELATING TO BRATZ between YOU or

11  MGA and Farhad Larian.

12  **RESPONSE TO REQUEST FOR PRODUCTION NO. 127:**

13       Larian incorporates by reference the above-stated general objections as

14  if fully set forth herein.  Larian also specifically objects to this request on the

15  grounds that it is overbroad, oppressive, and unduly burdensome in that it seeks

16  information not relevant to the subject matter of this lawsuit or reasonably

17  calculated to lead to the discovery of admissible evidence.  Larian also specifically

18  objects to this request on the grounds that it is overbroad, unlimited as to time, and

19  unduly burdensome and oppressive.  Larian also objects to this request on the

20  grounds that it seeks confidential, proprietary or commercially sensitive

21  information, the disclosure of which would be inimical to the business interests of

22  Larian and one or more third parties.  Larian also objects to this request to the

23  extent it calls for the disclosure of attorney-client privileged information or

24  information protected from disclosure by the work-product doctrine, joint defense

25  or common interest privilege, or other privilege.  Larian also objects to this request

26  to the extent it seeks information the disclosure of which would implicate the rights

27  of third parties to protect private, confidential, proprietary or trade secret

28  information.  Larian also objects to this request to the extent it seeks documents not

- 130 -

LARIAN'S RESPONSE TO MATTEL'S 1ST
SET OF REQUESTS FOR PRODUCTION
CV 04-9049 SGL (RNBX)

EXHIBIT  3 . PAGE 202

1  within Larian's possession, custody or control.

2  **REQUEST FOR PRODUCTION NO. 128:**

3  All DOCUMENTS RELATING TO COMMUNICATIONS between

4  YOU or MGA and Farhad Larian that REFER OR RELATE TO BRATZ, including

5  without limitation all diaries, notes, calendars, logs, phone records and letters, that

6  reflect, record or memorialize or otherwise RELATING TO any such

7  COMMUNICATIONS.

8  **RESPONSE TO REQUEST FOR PRODUCTION NO. 128:**

9  Larian incorporates by reference the above-stated general objections as

10  if fully set forth herein.  Larian also specifically objects to this request on the

11  grounds that it is overbroad, oppressive, and unduly burdensome in that it seeks

12  information not relevant to the subject matter of this lawsuit or reasonably

13  calculated to lead to the discovery of admissible evidence.  Larian also objects to

14  this request on the grounds that it seeks confidential, proprietary or commercially

15  sensitive information, the disclosure of which would be inimical to the business

16  interests of Larian and one or more third parties.  Larian also objects to this request

17  to the extent it calls for the disclosure of attorney-client privileged information or

18  information protected from disclosure by the work-product doctrine, joint defense

19  or common interest privilege, or other privilege.

20  **REQUEST FOR PRODUCTION NO. 129:**

21  All COMMUNICATIONS RELATING TO BRYANT between YOU

22  or MGA and Farhad Larian.

23  **RESPONSE TO REQUEST FOR PRODUCTION NO. 129:**

24  Larian incorporates by reference the above-stated general objections as

25  if fully set forth herein.  Larian also specifically objects to this request on the

26  grounds that it is overbroad, oppressive, and unduly burdensome in that it seeks

27  information not relevant to the subject matter of this lawsuit or reasonably

28  calculated to lead to the discovery of admissible evidence.  Larian also specifically

- 131 -

LARIAN'S RESPONSE TO MATTEL'S 1ST
SET OF REQUESTS FOR PRODUCTION
CV 04-9049 SGL (RNBX)

EXHIBIT 3 , PAGE 203

1   objects to this request on the grounds that it is overbroad and seeks information not
2   relevant to the subject matter of this lawsuit or reasonably calculated to lead to the
3   discovery of admissible evidence. Larian also objects to this request on the grounds
4   that it seeks confidential, proprietary or commercially sensitive information, the
5   disclosure of which would be inimical to the business interests of Larian and one or
6   more third parties. Larian also objects to this request to the extent it calls for the
7   disclosure of attorney-client privileged information or information protected from
8   disclosure by the work-product doctrine, joint defense or common interest
9   privilege, or other privilege.

10   **REQUEST FOR PRODUCTION NO. 130:**

11          All DOCUMENTS RELATING TO COMMUNICATIONS between
12   YOU or MGA and Farhad Larian that REFER OR RELATE TO BRYANT,
13   including without limitation all diaries, notes, calendars, logs, phone records and
14   letters, that reflect, record or memorialize or otherwise RELATING TO any such
15   COMMUNICATIONS.

16   **RESPONSE TO REQUEST FOR PRODUCTION NO. 130:**

17          Larian incorporates by reference the above-stated general objections as
18   if fully set forth herein. Larian also specifically objects to this request on the
19   grounds that it is overbroad, oppressive, and unduly burdensome in that it seeks
20   information not relevant to the subject matter of this lawsuit or reasonably
21   calculated to lead to the discovery of admissible evidence. Larian also specifically
22   objects to this request on the grounds that it is overbroad, unduly burdensome and
23   oppressive including, without limitation, in potentially extending to
24   communications that Farhad Larian may have had with any of MGA's hundreds of
25   employees, agents or representatives, and regardless of whether any such
26   communication is related in any way to the subject matter of this lawsuit, MGA, or
27   MGA's business. Larian also objects to this request on the grounds that it seeks
28   information in violation of the right of privacy. Larian also objects to this request

LARIAN'S RESPONSE TO MATTEL'S 1ST
SET OF REQUESTS FOR PRODUCTION
CV 04-9049 SGL (RNBX)

EXHIBIT 3 , PAGE 204

1 on the grounds that it seeks confidential, proprietary or commercially sensitive

2 information, the disclosure of which would be inimical to the business interests of

3 Larian and one or more third parties.  Larian further objects to this request to the

4 extent it seeks information the disclosure of which would implicate the rights of

5 third parties to protect private, confidential, proprietary or trade secret information.

6 Larian also objects to this request to the extent it calls for the disclosure of attorney-

7 client privileged information or information protected from disclosure by the work-

8 product doctrine, joint defense or common interest privilege, or other privilege.

9 Larian also objects to the extent this request seeks documents not in Larian's

10 possession, custody or control.

11 **REQUEST FOR PRODUCTION NO. 131:**

12    All DOCUMENTS RELATING TO any and all payments or transfer

13 of anything of value that YOU or MGA have made, have offered or proposed to

14 make or have promised or agreed to make, to or for the benefit of Farhad Larian or

15 his FAMILY MEMBERS at any time since January 1, 2001.

16 **RESPONSE TO REQUEST FOR PRODUCTION NO. 131:**

17    Larian incorporates by reference the above-stated general objections as

18 if fully set forth herein. Larian also specifically objects to this request on the

19 grounds that it is overbroad, oppressive, and unduly burdensome in that it seeks

20 information not relevant to the subject matter of this lawsuit or reasonably

21 calculated to lead to the discovery of admissible evidence.  Larian also objects to

22 this request on the grounds that it seeks information in violation of the right of

23 privacy.  Larian also objects to this request on the grounds that it seeks confidential,

24 proprietary or commercially sensitive information, the disclosure of which would

25 be inimical to the business interests of Larian and one or more third parties.  Larian

26 also objects to this request to the extent it calls for the disclosure of attorney-client

27 privileged information or information protected from disclosure by the work-

28 product doctrine, joint defense or common interest privilege, or other privilege.

- 133 -

LARIAN'S RESPONSE TO MATTEL'S 1ST
SET OF REQUESTS FOR PRODUCTION
CV 04-9049 SGL (RNBX)

EXHIBIT 3 , PAGE 205

1   Larian also objects to this request to the extent it seeks documents not within

2   Larian's possession, custody or control.

3   **REQUEST FOR PRODUCTION NO. 132:**

4        All contracts or agreements between YOU or MGA and Morad Zarabi.

5   **RESPONSE TO REQUEST FOR PRODUCTION NO. 132:**

6        Larian incorporates by reference the above-stated general objections as

7   if fully set forth herein. Larian also specifically objects to this request on the

8   grounds that it is overbroad, oppressive, and unduly burdensome in that it seeks

9   information not relevant to the subject matter of this lawsuit or reasonably

10  calculated to lead to the discovery of admissible evidence. Larian also objects to

11  this request on the grounds that it seeks information in violation of the right of

12  privacy. Larian also objects to this request on the grounds that it is overbroad,

13  unduly burdensome, and oppressive in seeking all contracts or agreements between

14  Larian or MGA and Morad Zarabi without limitation as to subject matter or time.

15  Larian also objects to this request on the grounds that it seeks confidential,

16  proprietary or commercially sensitive information, the disclosure of which would

17  be inimical to the business interests of Larian and one or more third parties. Larian

18  also objects to this request to the extent it calls for the disclosure of attorney-client

19  privileged information or information protected from disclosure by the work-

20  product doctrine, joint defense or common interest privilege, or other privilege.

21  **REQUEST FOR PRODUCTION NO. 133:**

22       All COMMUNICATIONS RELATING TO BRATZ between YOU or

23  MGA and Morad Zarabi.

24  **RESPONSE TO REQUEST FOR PRODUCTION NO. 133:**

25       Larian incorporates by reference the above-stated general objections as

26  if fully set forth herein. Larian also specifically objects to this request on the

27  grounds that it is overbroad, oppressive, and unduly burdensome in that it seeks

28  information not relevant to the subject matter of this lawsuit or reasonably

- 134 -

LARIAN'S RESPONSE TO MATTEL'S 1ST
SET OF REQUESTS FOR PRODUCTION
CV 04-9049 SGL (RNBX)

EXHIBIT 3 , PAGE 206

1   calculated to lead to the discovery of admissible evidence. Larian also objects to

2   this request on the grounds that it is overbroad, unduly burdensome and oppressive,

3   including, without limitation, in that it is unlimited as to time and potentially

4   extends to communications that Morad Zarabi may have had with any of MGA's

5   hundreds of employees, agents or representatives, and regardless of whether any

6   such communication is related in any way to the subject matter of this lawsuit,

7   Larian, MGA, or MGA's business. Larian also objects to this request on the

8   grounds that it seeks information in violation of the right of privacy. Larian also

9   objects to this request on the grounds that it seeks confidential, proprietary or

10  commercially sensitive information, the disclosure of which would be inimical to

11  the business interests of Larian and one or more third parties. Larian further objects

12  to this request to the extent it seeks information the disclosure of which would

13  implicate the rights of third parties to protect private, confidential, proprietary or

14  trade secret information. Larian also objects to this request to the extent it calls for

15  the disclosure of attorney-client privileged information or information protected

16  from disclosure by the work-product doctrine, joint defense or common interest

17  privilege, or other privilege. Larian also objects to the extent this request seeks

18  documents not in Larian's possession, custody or control.

19  **REQUEST FOR PRODUCTION NO. 134:**

20      All DOCUMENTS RELATING TO COMMUNICATIONS between

21  YOU or MGA and Morad Zarabi that REFER OR RELATE TO BRATZ, including

22  without limitation all diaries, notes, calendars, logs, phone records and letters, that

23  reflect, record or memorialize or otherwise RELATING TO any such

24  COMMUNICATIONS.

25  **RESPONSE TO REQUEST FOR PRODUCTION NO. 134:**

26      Larian incorporates by reference the above-stated general objections as

27  if fully set forth herein. Larian also specifically objects to this request on the

28  grounds that it is overbroad, oppressive, and unduly burdensome in that it seeks

- 135 -

LARIAN'S RESPONSE TO MATTEL'S 1ST
SET OF REQUESTS FOR PRODUCTION
CV 04-9049 SGL (RNBX)

EXHIBIT 3 , PAGE 207

1  information not relevant to the subject matter of this lawsuit or reasonably

2  calculated to lead to the discovery of admissible evidence.  Larian also specifically

3  objects to this request on the grounds that it is overbroad, unduly burdensome, and

4  oppressive in that it seeks all documents relating to communications between

5  Larian or MGA and Morad Zarabi that refer or relate to Bratz and is not otherwise

6  limited as to subject matter or time.  Larian also objects to this request on the

7  grounds that it is overbroad, unduly burdensome and oppressive including, without

8  limitation, in potentially extending to communications that Morad Zarabi may have

9  had with any of MGA's hundreds of employees, agents or representatives, and

10  regardless of whether any such communication is related in any way to the subject

11  matter of this lawsuit, MGA, or MGA's business.  Larian also objects to this

12  request on the grounds that it seeks information in violation of the right of privacy.

13  Larian also objects to this request on the grounds that it seeks confidential,

14  proprietary or commercially sensitive information, the disclosure of which would

15  be inimical to the business interests of Larian and one or more third parties.  Larian

16  further objects to this request to the extent it seeks information the disclosure of

17  which would implicate the rights of third parties to protect private, confidential,

18  proprietary or trade secret information.  Larian also objects to this request to the

19  extent it calls for the disclosure of attorney-client privileged information or

20  information protected from disclosure by the work-product doctrine, joint defense

21  or common interest privilege, or other privilege.  Larian also objects to the extent

22  this request seeks documents not in Larian's possession, custody or control.

23  **REQUEST FOR PRODUCTION NO. 135:**

24      All COMMUNICATIONS RELATING TO BRYANT between YOU

25  or MGA and Morad Zarabi.

26  **RESPONSE TO REQUEST FOR PRODUCTION NO. 135:**

27      Larian incorporates by reference the above-stated general objections as

28  if fully set forth herein.  Larian also specifically objects to this request on the

- 136 -

LARIAN'S RESPONSE TO MATTEL'S 1ST
SET OF REQUESTS FOR PRODUCTION
CV 04-9049 SGL (RNBX)

EXHIBIT 3 , PAGE 208

1  grounds that it is overbroad, oppressive, and unduly burdensome in that it seeks
2  information not relevant to the subject matter of this lawsuit or reasonably
3  calculated to lead to the discovery of admissible evidence.  Larian also objects to
4  this request on the grounds that it seeks confidential, proprietary or commercially
5  sensitive information, the disclosure of which would be inimical to the business
6  interests of Larian and one or more third parties.  Larian also objects to this request
7  to the extent it calls for the disclosure of attorney-client privileged information or
8  information protected from disclosure by the work-product doctrine, joint defense
9  or common interest privilege, or other privilege.

10  **REQUEST FOR PRODUCTION NO. 136:**
11           All DOCUMENTS RELATING TO COMMUNICATIONS between
12  YOU or MGA and Morad Zarabi that REFER OR RELATE TO BRYANT,
13  including without limitation all diaries, notes, calendars, logs, phone records and
14  letters, that reflect, record or memorialize or otherwise RELATING TO any such
15  COMMUNICATIONS.

16  **RESPONSE TO REQUEST FOR PRODUCTION NO. 136:**
17           Larian incorporates by reference the above-stated general objections as
18  if fully set forth herein.  Larian also specifically objects to this request on the
19  grounds that it is overbroad, oppressive, and unduly burdensome in that it seeks
20  information not relevant to the subject matter of this lawsuit or reasonably
21  calculated to lead to the discovery of admissible evidence.  Larian also specifically
22  objects to this request on the grounds that it is overbroad, unduly burdensome, and
23  oppressive in that it seeks all documents relating to communications between
24  Larian or MGA and Morad Zarabi that refer or relate to Bryant and is not otherwise
25  limited as to subject matter or time.  Larian also objects to this request on the
26  grounds that it is overbroad, unduly burdensome and oppressive including, without
27  limitation, in potentially extending to communications that Morad Zarabi may have
28  had with any of MGA's hundreds of employees, agents or representatives, and

- 137 -

EXHIBIT __3__, PAGE __209__

1   regardless of whether any such communication is related in any way to the subject

2   matter of this lawsuit, MGA, or MGA's business. Larian also objects to this

3   request on the grounds that it seeks information in violation of the right of privacy.

4   Larian also objects to this request on the grounds that it seeks confidential,

5   proprietary or commercially sensitive information, the disclosure of which would

6   be inimical to the business interests of Larian and one or more third parties. Larian

7   further objects to this request to the extent it seeks information the disclosure of

8   which would implicate the rights of third parties to protect private, confidential,

9   proprietary or trade secret information. Larian also objects to this request to the

10   extent it calls for the disclosure of attorney-client privileged information or

11   information protected from disclosure by the work-product doctrine, joint defense

12   or common interest privilege, or other privilege. Larian also objects to the extent

13   this request seeks documents not in Larian's possession, custody or control.

14   **REQUEST FOR PRODUCTION NO. 137:**

15           All DOCUMENTS RELATING TO any and all payments or transfer

16   of anything of value that YOU or MGA have made, have offered or proposed to

17   make or have promised or agreed to make, to or for the benefit of Morad Zarabi or

18   his FAMILY MEMBERS at any time since January 1, 2001.

19   **RESPONSE TO REQUEST FOR PRODUCTION NO. 137:**

20           Larian incorporates by reference the above-stated general objections as

21   if fully set forth herein. Larian also specifically objects to this request on the

22   grounds that it is overbroad, oppressive, and unduly burdensome in that it seeks

23   information not relevant to the subject matter of this lawsuit or reasonably

24   calculated to lead to the discovery of admissible evidence. Larian also objects to

25   this request on the grounds that it seeks information in violation of the right of

26   privacy. Larian also objects to this request on the grounds that it seeks confidential,

27   proprietary or commercially sensitive information, the disclosure of which would

28   be inimical to the business interests of Larian and one or more third parties. Larian

- 138 -

LARIAN'S RESPONSE TO MATTEL'S 1ST
SET OF REQUESTS FOR PRODUCTION
CV 04-9049 SGL (RNBX)

EXHIBIT 3 , PAGE 210

1   also objects to this request to the extent it calls for the disclosure of attorney-client

2   privileged information or information protected from disclosure by the work-

3   product doctrine, joint defense or common interest privilege, or other privilege.

4   Larian also objects to this request to the extent it seeks documents not within

5   Larian's possession, custody or control.

6   **REQUEST FOR PRODUCTION NO. 138:**

7           All DOCUMENTS RELATING TO any and all payments or transfers

8   of anything of value that YOU or MGA have made, have offered or proposed to

9   make or have promised or agreed to make, to or for the benefit of BRYANT or his

10   FAMILY MEMBERS.

11   **RESPONSE TO REQUEST FOR PRODUCTION NO. 138:**

12           Larian incorporates by reference the above-stated general objections as

13   if fully set forth herein.  Larian also specifically objects to this request on the

14   grounds that it is overbroad, oppressive, and unduly burdensome in that it seeks

15   information not relevant to the subject matter of this lawsuit or reasonably

16   calculated to lead to the discovery of admissible evidence.  Larian also specifically

17   objects to this request on the grounds that it is overbroad, unlimited as to time, and

18   unduly burdensome and oppressive.  Larian also objects to this request on the

19   grounds that it seeks information in violation of the right of privacy.  Larian also

20   objects to this request on the grounds that it seeks confidential, proprietary or

21   commercially sensitive information, the disclosure of which would be inimical to

22   the business interests of Larian and one or more third parties.  Larian also objects to

23   this request to the extent it calls for the disclosure of attorney-client privileged

24   information or information protected from disclosure by the work-product doctrine,

25   joint defense or common interest privilege, or other privilege.

26   **REQUEST FOR PRODUCTION NO. 139:**

27           All DOCUMENTS RELATING TO any and all payments or transfers

28   of anything of value that YOU or MGA have made, have offered or proposed to

LARIAN'S RESPONSE TO MATTEL'S 1ST
SET OF REQUESTS FOR PRODUCTION
CV 04-9049 SGL (RNBX)

EXHIBIT 3 , PAGE 211