**RESPONSE TO REQUEST FOR PRODUCTION NO. 182:**

Larian incorporates by reference the above-stated general objections as if fully set forth herein. Larian also specifically objects to this request on the grounds that it is overbroad, including, without limitation, in that it seeks all documents relating to any copyright, patent, trademark, or other application for registration for Bratz or any Bratz design not at issue in this litigation, which may include dozens-potentially hundreds of products. Larian also objects to this request on the grounds that it seeks confidential, proprietary or commercially sensitive information, the disclosure of which would be inimical to the business interests of Larian and one or more third parties. Larian also objects to this request to the extent it calls for the disclosure of attorney-client privileged information or information protected from disclosure by the work-product doctrine, joint defense or common interest privilege, or other privilege. Larian also objects to this request on the grounds that it seeks information that is already known to Mattel and/or is a matter of public record.

Subject to the foregoing, Larian will produce any personal documents that are relevant and responsive to the request, if any, and that have not already been produced, that he discovers in the course of his reasonable search and diligent inquiry, which are within the permissible scope of discovery, and to which no privilege or other protection applies, including without limitation, the attorney-client privilege or attorney's work product doctrine.

**REQUEST FOR PRODUCTION NO. 183:**

All DOCUMENTS RELATING TO any actual, proposed, contemplated, considered or potential copyright, patent or any other application or registration for ANGEL or any ANGEL DESIGN, including without limitation all COMMUNICATIONS pertaining thereto.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 183:**

Larian incorporates by reference the above-stated general objections as

LARIAN'S RESPONSE TO MATTEL'S 1ST
- 180 -                SET OF REQUESTS FOR PRODUCTION
CV 04-9049 SGL (RNBX)

EXHIBIT  3  , PAGE 252

1 | if fully set forth herein. Larian also specifically objects to this request on the
2 | grounds that it is overbroad, including, without limitation, in that it seeks all
3 | documents relating to any copyright, patent, trademark, or other application for
4 | registration for Angel or any Angel design not at issue in this litigation, which may
5 | include dozens-potentially hundreds of products. Larian also objects to this request
6 | on the grounds that it seeks confidential, proprietary or commercially sensitive
7 | information, the disclosure of which would be inimical to the business interests of
8 | Larian and one or more third parties. Larian further objects to this request to the
9 | extent it seeks information the disclosure of which would implicate the rights of
10 | third parties to protect private, confidential, proprietary or trade secret information.
11 | Larian also objects to this request to the extent it calls for the disclosure of attorney-
12 | client privileged information or information protected from disclosure by the work-
13 | product doctrine, joint defense or common interest privilege, or other privilege.
14 | Larian also objects to this request on the grounds that it seeks information that is
15 | already known to Mattel and/or is a matter of public record.
16 |       Subject to the foregoing, Larian will produce any personal documents
17 | that are relevant and responsive to the request, if any, and that have not already
18 | been produced, that he discovers in the course of his reasonable search and diligent
19 | inquiry, which are within the permissible scope of discovery, and to which no
20 | privilege or other protection applies, including without limitation, the attorney-
21 | client privilege or attorney's work product doctrine.

22 | **REQUEST FOR PRODUCTION NO. 184:**
23 |       All doll heads, sculpts, prototypes, models, samples and tangible items
24 | that Anna Rhee painted, whether in whole or in part, for YOU, MGA or BRYANT,
25 | or on behalf of YOU, MGA or BRYANT, prior to January 1, 2001.

26 | **RESPONSE TO REQUEST FOR PRODUCTION NO. 184:**
27 |       Larian incorporates by reference the above-stated general objections as
28 | if fully set forth herein. Larian also specifically objects to this request on the

- 181 -

EXHIBIT 3 , PAGE 053

1    grounds that it is overbroad, oppressive, and unduly burdensome in that it seeks
2    information not relevant to the subject matter of this lawsuit or reasonably
3    calculated to lead to the discovery of admissible evidence.  Larian also specifically
4    objects to this request to the extent it seeks information the disclosure of which
5    would implicate the rights of third parties to protect private, confidential,
6    proprietary or trade secret information.  Larian also objects to this request on the
7    grounds that it seeks confidential, proprietary or commercially sensitive
8    information, the disclosure of which would be inimical to the business interests of
9    Larian and one or more third parties.  Larian also objects to this request to the
10   extent it calls for the disclosure of attorney-client privileged information or
11   information protected from disclosure by the work-product doctrine, joint defense
12   or common interest privilege, or other privilege.  Larian also objects to this request
13   to the extent it seeks documents not within Larian's possession, custody or control.
14          Subject to the foregoing, Larian will produce any personal items for
15   inspection that are relevant and responsive to the request, if any, and that have not
16   already been produced, that he discovers in the course of his reasonable search and
17   diligent inquiry, which are within the permissible scope of discovery, and to which
18   no privilege or other protection applies, including without limitation, the attorney-
19   client privilege or attorney's work product doctrine.
20   **REQUEST FOR PRODUCTION NO. 185:**
21          All doll heads, sculpts, prototypes, models, samples and tangible items
22   that REFER OR RELATE TO DESIGNS for dolls, doll accessories or toys that
23   BRYANT produced, created, authored, conceived of or reduced to practice,
24   whether alone or jointly with others, prior to January 1, 2001.
25   **RESPONSE TO REQUEST FOR PRODUCTION NO. 185:**
26          Larian incorporates by reference the above-stated general objections as
27   if fully set forth herein.  Larian also specifically objects to this request on the
28   grounds that it is overbroad, unduly burdensome and oppressive including, without

LARIAN'S RESPONSE TO MATTEL'S 1ST
SET OF REQUESTS FOR PRODUCTION
CV 04-9049 SGL (RNBX)

EXHIBIT __3__ , PAGE 254

1   limitation, in that it seeks tangible items that refer or relate to designs for dolls, doll

2   accessories or toys that are not at issue in this lawsuit, and in that it reaches back

3   into time indefinitely and, thus, for example, calls for documents referring or

4   relating to designs Bryant might have conceived of in his childhood and that have

5   nothing whatsoever to do with this action.  Larian also objects to this request on the

6   grounds that it seeks confidential, proprietary or commercially sensitive

7   information, the disclosure of which would be inimical to the business interests of

8   Larian and one or more third parties.  Larian further objects to this request to the

9   extent it seeks information the disclosure of which would implicate the rights of

10   third parties to protect private, confidential, proprietary or trade secret information.

11   Larian also objects to this request to the extent it calls for the disclosure of attorney-

12   client privileged information or information protected from disclosure by the work-

13   product doctrine, joint defense or common interest privilege, or other privilege.

14   Larian also objects to this request to the extent it seeks documents not within

15   Larian's possession, custody or control.

16       Subject to the foregoing, Larian will produce any personal items for

17   inspection that are relevant and responsive to the request, if any, and that have not

18   already been produced, that he discovers in the course of his reasonable search and

19   diligent inquiry, which are within the permissible scope of discovery, and to which

20   no privilege or other protection applies, including without limitation, the attorney-

21   client privilege or attorney's work product doctrine.

22   **REQUEST FOR PRODUCTION NO. 186:**

23       All DOCUMENTS RELATING TO the exhibition or showing of

24   BRATZ at the Hong Kong Toy Fair in January 2001.

25   **RESPONSE TO REQUEST FOR PRODUCTION NO. 186:**

26       Larian incorporates by reference the above-stated general objections as

27   if fully set forth herein.  Larian also specifically objects to this request on the

28   grounds that it is overbroad, oppressive, and unduly burdensome in that it seeks

- 183 -

EXHIBIT __3__ , PAGE _255_

1   information not relevant to the subject matter of this lawsuit or reasonably

2   calculated to lead to the discovery of admissible evidence.  Larian also specifically

3   objects to this request on the grounds that it is vague and ambiguous in that Larian

4   cannot determine what is meant by "exhibition."  Larian also objects to this request

5   on the grounds that it seeks confidential, proprietary or commercially sensitive

6   information, the disclosure of which would be inimical to the business interests of

7   Larian and one or more third parties.  Larian also objects to this request to the

8   extent it seeks information the disclosure of which would implicate the rights of

9   third parties to protect private, confidential, proprietary or trade secret information.

10  Larian also objects to this request to the extent it calls for the disclosure of attorney-

11  client privileged information or information protected from disclosure by the work-

12  product doctrine, joint defense or common interest privilege, or other privilege.

13          Subject to the foregoing, Larian will produce any personal documents

14  that are relevant and responsive to the request, if any, and that have not already

15  been produced, that he discovers in the course of his reasonable search and diligent

16  inquiry, which are within the permissible scope of discovery, and to which no

17  privilege or other protection applies, including without limitation, the attorney-

18  client privilege or attorney's work product doctrine.

19  **REQUEST FOR PRODUCTION NO. 187:**

20          All DOCUMENTS RELATING TO the exhibition or showing of

21  BRATZ at the Tokyo Toy Fair in or about February 2001.

22  **RESPONSE TO REQUEST FOR PRODUCTION NO. 187:**

23          Larian incorporates by reference the above-stated general objections as

24  if fully set forth herein.  Larian also specifically objects to this request on the

25  grounds that it is overbroad, oppressive, and unduly burdensome in that it seeks

26  information not relevant to the subject matter of this lawsuit or reasonably

27  calculated to lead to the discovery of admissible evidence.  Larian also specifically

28  objects to this request on the grounds that it is vague and ambiguous in that Larian

LARIAN'S RESPONSE TO MATTEL'S 1ST
SET OF REQUESTS FOR PRODUCTION
CV 04-9049 SGL (RNBX)

EXHIBIT 3 , PAGE 256

1  cannot determine what is meant by "exhibition." Larian also objects to this request

2  on the grounds that it seeks confidential, proprietary or commercially sensitive

3  information, the disclosure of which would be inimical to the business interests of

4  Larian and one or more third parties. Larian also objects to this request to the

5  extent it seeks information the disclosure of which would implicate the rights of

6  third parties to protect private, confidential, proprietary or trade secret information.

7  Larian also objects to this request to the extent it calls for the disclosure of attorney-

8  client privileged information or information protected from disclosure by the work-

9  product doctrine, joint defense or common interest privilege, or other privilege.

10      Subject to the foregoing, Larian will produce any personal documents

11  that are relevant and responsive to the request, if any, and that have not already

12  been produced, that he discovers in the course of his reasonable search and diligent

13  inquiry, which are within the permissible scope of discovery, and to which no

14  privilege or other protection applies, including without limitation, the attorney-

15  client privilege or attorney's work product doctrine.

16  **REQUEST FOR PRODUCTION NO. 188:**

17      All DOCUMENTS RELATING TO the exhibition of BRATZ at the

18  New York Toy Fair in or about February 2001.

19  **RESPONSE TO REQUEST FOR PRODUCTION NO. 188:**

20      Larian incorporates by reference the above-stated general objections as

21  if fully set forth herein. Larian also specifically objects to this request on the

22  grounds that it is overbroad, oppressive, and unduly burdensome in that it seeks

23  information not relevant to the subject matter of this lawsuit or reasonably

24  calculated to lead to the discovery of admissible evidence. Larian also specifically

25  objects to this request on the grounds that it is vague and ambiguous in that Larian

26  cannot determine what is meant by "exhibition." Larian also objects to this request

27  on the grounds that it seeks confidential, proprietary or commercially sensitive

28  information, the disclosure of which would be inimical to the business interests of

- 185 -

LARIAN'S RESPONSE TO MATTEL'S 1ST
SET OF REQUESTS FOR PRODUCTION
CV 04-9049 SGL (RNBX)

EXHIBIT __3__, PAGE __257__

1   Larian and one or more third parties.  Larian also objects to this request to the

2   extent it seeks information the disclosure of which would implicate the rights of

3   third parties to protect private, confidential, proprietary or trade secret information.

4   Larian also objects to this request to the extent it calls for the disclosure of attorney-

5   client privileged information or information protected from disclosure by the work-

6   product doctrine, joint defense or common interest privilege, or other privilege.

7          Subject to the foregoing, Larian will produce any personal documents

8   that are relevant and responsive to the request, if any, and that have not already

9   been produced, that he discovers in the course of his reasonable search and diligent

10  inquiry, which are within the permissible scope of discovery, and to which no

11  privilege or other protection applies, including without limitation, the attorney-

12  client privilege or attorney's work product doctrine.

13  **REQUEST FOR PRODUCTION NO. 189:**

14          To the extent not covered by other Requests, all DOCUMENTS

15  RELATING TO the exhibition of BRATZ at any toy fair at any time prior to

16  December 31, 2001.

17  **RESPONSE TO REQUEST FOR PRODUCTION NO. 189:**

18          Larian incorporates by reference the above-stated general objections as

19  if fully set forth herein.  Larian also specifically objects to this request on the

20  grounds that it is overbroad, oppressive, and unduly burdensome in that it seeks

21  information not relevant to the subject matter of this lawsuit or reasonably

22  calculated to lead to the discovery of admissible evidence.  Larian also specifically

23  objects to this request on the grounds that it is vague and ambiguous in that Larian

24  cannot determine what is meant by "exhibition."  Larian also objects to this request

25  on the grounds that it seeks confidential, proprietary or commercially sensitive

26  information, the disclosure of which would be inimical to the business interests of

27  Larian and one or more third parties.  Larian also objects to this request to the

28  extent it seeks information the disclosure of which would implicate the rights of

- 186 -

LARIAN'S RESPONSE TO MATTEL'S 1ST
SET OF REQUESTS FOR PRODUCTION
CV 04-9049 SGL (RNBX)

EXHIBIT __3__ , PAGE 258

1   third parties to protect private, confidential, proprietary or trade secret information.

2   Larian also objects to this request to the extent it calls for the disclosure of attorney-

3   client privileged information or information protected from disclosure by the work-

4   product doctrine, joint defense or common interest privilege, or other privilege.

5          Subject to the foregoing, Larian will produce any personal documents

6   that are relevant and responsive to the request, if any, and that have not already

7   been produced, that he discovers in the course of his reasonable search and diligent

8   inquiry, which are within the permissible scope of discovery, and to which no

9   privilege or other protection applies, including without limitation, the attorney-

10  client privilege or attorney's work product doctrine.

11  **REQUEST FOR PRODUCTION NO. 190:**

12         All COMMUNICATIONS between YOU and any stock analyst,

13  investment analyst, investment bank, institutional lender, or venture capital fund

14  RELATING TO BRYANT, this ACTION OR MATTEL since January 1, 1999.

15  **RESPONSE TO REQUEST FOR PRODUCTION NO. 190:**

16         Larian incorporates by reference the above-stated general objections as

17  if fully set forth herein.  Larian also specifically objects to this request on the

18  grounds that it is overbroad and seeks information not relevant to the subject matter

19  of this lawsuit or reasonably calculated to lead to the discovery of admissible

20  evidence.  Larian also objects to this request on the grounds that it seeks

21  confidential, proprietary or commercially sensitive information, the disclosure of

22  which would be inimical to the business interests of Larian and one or more third

23  parties.  Larian further objects to this request to the extent it seeks information the

24  disclosure of which would implicate the rights of third parties to protect private,

25  confidential, proprietary or trade secret information.  Larian also objects to this

26  request to the extent it calls for the disclosure of attorney-client privileged

27  information or information protected from disclosure by the work-product doctrine,

28  joint defense or common interest privilege, or other privilege.

- 187 -

LARIAN'S RESPONSE TO MATTEL'S 1ST
SET OF REQUESTS FOR PRODUCTION
CV 04-9049 SGL (RNBX)

EXHIBIT 3 , PAGE 251

**REQUEST FOR PRODUCTION NO. 191:**

All COMMUNICATIONS between YOU and any member of the press RELATING TO BRATZ, including without limitation RELATING TO the origins, conception, creation, DESIGN or development thereof.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 191:**

Larian incorporates by reference the above-stated general objections as if fully set forth herein.  Larian also specifically objects to this request on the grounds that it is overbroad and seeks information not relevant to the subject matter of this lawsuit or reasonably calculated to lead to the discovery of admissible evidence.  Larian also objects to this request on the ground that it is overbroad, unduly burdensome, and oppressive in seeking all communications between Larian and any member of the press relating to Bratz, without further limitation as to subject matter or time.  Larian also objects to this request on the grounds that it seeks confidential, proprietary or commercially sensitive information, the disclosure of which would be inimical to the business interests of Larian and one or more third parties.  Larian further objects to this request to the extent it seeks information the disclosure of which would implicate the rights of third parties to protect private, confidential, proprietary or trade secret information.  Larian also objects to this request to the extent it calls for the disclosure of attorney-client privileged information or information protected from disclosure by the work-product doctrine, joint defense or common interest privilege, or other privilege.

**REQUEST FOR PRODUCTION NO. 192:**

All COMMUNICATIONS between YOU and any member of the press RELATING TO BRYANT since January 1, 1999.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 192:**

Larian incorporates by reference the above-stated general objections as if fully set forth herein.  Larian also specifically objects to this request on the grounds that it is overbroad and seeks information not relevant to the subject matter

LARIAN'S RESPONSE TO MATTEL'S 1ST
SET OF REQUESTS FOR PRODUCTION
CV 04-9049 SGL (RNBX)

EXHIBIT __3__, PAGE _260_

1  of this lawsuit or reasonably calculated to lead to the discovery of admissible

2  evidence. Larian also objects to this request on the ground that it is overbroad,

3  unduly burdensome, and oppressive in seeking all communications between Larian

4  and any member of the press relating to Bryant, without further limitation as to

5  subject matter. Larian also objects to this request on the grounds that it seeks

6  confidential, proprietary or commercially sensitive information, the disclosure of

7  which would be inimical to the business interests of Larian and one or more third

8  parties. Larian further objects to this request to the extent it seeks information the

9  disclosure of which would implicate the rights of third parties to protect private,

10  confidential, proprietary or trade secret information. Larian also objects to this

11  request to the extent it calls for the disclosure of attorney-client privileged

12  information or information protected from disclosure by the work-product doctrine,

13  joint defense or common interest privilege, or other privilege.

14  **REQUEST FOR PRODUCTION NO. 193:**

15          All COMMUNICATIONS between YOU and any member of the

16  press RELATING TO this ACTION.

17  **RESPONSE TO REQUEST FOR PRODUCTION NO. 193:**

18          Larian incorporates by reference the above-stated general objections as

19  if fully set forth herein. Larian also specifically objects to this request on the

20  grounds that it is overbroad, oppressive, and unduly burdensome in that it seeks

21  information not relevant to the subject matter of this lawsuit or reasonably

22  calculated to lead to the discovery of admissible evidence. Larian also specifically

23  objects to this request on the grounds that it seeks confidential, proprietary or

24  commercially sensitive information, the disclosure of which would be inimical to

25  the business interests of Larian. Larian further objects to this request to the extent it

26  seeks information the disclosure of which would implicate the rights of third parties

27  to protect private, confidential, proprietary or trade secret information. Larian also

28  objects to this request to the extent it calls for the disclosure of attorney-client

- 189 -

LARIAN'S RESPONSE TO MATTEL'S 1ST
SET OF REQUESTS FOR PRODUCTION
CV 04-9049 SGL (RNBX)

EXHIBIT  3 , PAGE  261

1  privileged information or information protected from disclosure by the work-

2  product doctrine, joint defense or common interest privilege, or other privilege.

3  **REQUEST FOR PRODUCTION NO. 194:**

4      All COMMUNICATIONS between YOU and any member of the

5  press RELATING TO MATTEL since January 1, 1999.

6  **RESPONSE TO REQUEST FOR PRODUCTION NO. 194:**

7      Larian incorporates by reference the above-stated general objections as

8  if fully set forth herein.  Larian also specifically objects to this request on the

9  grounds that it is overbroad and seeks information not relevant to the subject matter

10  of this lawsuit or reasonably calculated to lead to the discovery of admissible

11  evidence.  Larian also objects to this request on the ground that it is overbroad,

12  unduly burdensome, and oppressive in seeking all communications between Larian

13  and any member of the press relating to Mattel, without further limitation as to

14  subject matter or time.  Larian also objects to this request on the grounds that it

15  seeks confidential, proprietary or commercially sensitive information, the

16  disclosure of which would be inimical to the business interests of Larian and one or

17  more third parties.  Larian further objects to this request to the extent it seeks

18  information the disclosure of which would implicate the rights of third parties to

19  protect private, confidential, proprietary or trade secret information.  Larian also

20  objects to this request to the extent it calls for the disclosure of attorney-client

21  privileged information or information protected from disclosure by the work-

22  product doctrine, joint defense or common interest privilege, or other privilege.

23  **REQUEST FOR PRODUCTION NO. 195:**

24      All DOCUMENTS RELATING TO any statements made by YOU to

25  any stock analyst, investment analyst, investment bank, institutional lender, or

26  venture capital fund RELATING TO BRYANT since January 1, 1999.

27  **RESPONSE TO REQUEST FOR PRODUCTION NO. 195:**

28      Larian incorporates by reference the above-stated general objections as

LARIAN'S RESPONSE TO MATTEL'S 1ST
SET OF REQUESTS FOR PRODUCTION
CV 04-9049 SGL (RNBX)

EXHIBIT __3__, PAGE __262__

1  if fully set forth herein.  Larian also specifically objects to this request on the

2  grounds that it is overbroad and seeks information not relevant to the subject matter

3  of this lawsuit or reasonably calculated to lead to the discovery of admissible

4  evidence.  Larian also objects to this request on the grounds that it seeks

5  confidential, proprietary or commercially sensitive information, the disclosure of

6  which would be inimical to the business interests of Larian and one or more third

7  parties.  Larian further objects to this request to the extent it seeks information the

8  disclosure of which would implicate the rights of third parties to protect private,

9  confidential, proprietary or trade secret information.  Larian also objects to this

10  request to the extent it calls for the disclosure of attorney-client privileged

11  information or information protected from disclosure by the work-product doctrine,

12  joint defense or common interest privilege, or other privilege.

13  **REQUEST FOR PRODUCTION NO. 196:**

14       All DOCUMENTS RELATING TO any statements made by YOU to

15  any stock analyst, investment analyst, investment bank, institutional lender, or

16  venture capital fund RELATING TO this ACTION.

17  **RESPONSE TO REQUEST FOR PRODUCTION NO. 196:**

18       Larian incorporates by reference the above-stated general objections as

19  if fully set forth herein.  Larian also specifically objects to this request on the

20  grounds that it is overbroad and seeks information not relevant to the subject matter

21  of this lawsuit or reasonably calculated to lead to the discovery of admissible

22  evidence.  Larian also objects to this request on the grounds that it seeks

23  confidential, proprietary or commercially sensitive information, the disclosure of

24  which would be inimical to the business interests of Larian and one or more third

25  parties.  Larian further objects to this request to the extent it seeks information the

26  disclosure of which would implicate the rights of third parties to protect private,

27  confidential, proprietary or trade secret information.  Larian also objects to this

28  request to the extent it calls for the disclosure of attorney-client privileged

LARIAN'S RESPONSE TO MATTEL'S 1ST
SET OF REQUESTS FOR PRODUCTION
CV 04-9049 SGL (RNBX)

EXHIBIT 3 , PAGE 263

1  information or information protected from disclosure by the work-product doctrine,

2  joint defense or common interest privilege, or other privilege.

3  **REQUEST FOR PRODUCTION NO. 197:**

4  All DOCUMENTS RELATING TO any statements made by YOU to

5  any stock analyst, investment analyst, investment bank, institutional lender, or

6  venture capital fund RELATING TO MATTEL since January 1, 1999.

7  **RESPONSE TO REQUEST FOR PRODUCTION NO. 197:**

8  Larian incorporates by reference the above-stated general objections as

9  if fully set forth herein.  Larian also specifically objects to this request on the

10  grounds that it is overbroad and seeks information not relevant to the subject matter

11  of this lawsuit or reasonably calculated to lead to the discovery of admissible

12  evidence.  Larian also objects to this request on the grounds that it seeks

13  confidential, proprietary or commercially sensitive information, the disclosure of

14  which would be inimical to the business interests of Larian and one or more third

15  parties.  Larian further objects to this request to the extent it seeks information the

16  disclosure of which would implicate the rights of third parties to protect private,

17  confidential, proprietary or trade secret information.  Larian also objects to this

18  request to the extent it calls for the disclosure of attorney-client privileged

19  information or information protected from disclosure by the work-product doctrine,

20  joint defense or common interest privilege, or other privilege.

21  **REQUEST FOR PRODUCTION NO. 198:**

22  All COMMUNICATIONS between YOU and any individual while the

23  individual was employed by MATTEL.

24  **RESPONSE TO REQUEST FOR PRODUCTION NO. 198:**

25  Larian incorporates by reference the above-stated general objections as

26  if fully set forth herein.  Larian also specifically objects to this request on the

27  grounds that it is overbroad and seeks information not relevant to the subject matter

28  of this lawsuit or reasonably calculated to lead to the discovery of admissible

- 192 -

LARIAN'S RESPONSE TO MATTEL'S 1ST
SET OF REQUESTS FOR PRODUCTION
CV 04-9049 SGL (RNBX)

EXHIBIT __3__ , PAGE __264__

1   evidence and is, thus, overbroad, unduly burdensome and oppressive, including,

2   without limitation, in that it is not limited as to the individuals who participated in

3   the communications or as to time.  Larian also objects to this request on the grounds

4   that it seeks information in violation of the right of privacy.  Larian also objects to

5   this request on the grounds that it seeks confidential, proprietary or commercially

6   sensitive information, the disclosure of which would be inimical to the business

7   interests of Larian and one or more third parties.  Larian further objects to this

8   request to the extent it seeks information the disclosure of which would implicate

9   the rights of third parties to protect private, confidential, proprietary or trade secret

10   information.  Larian also objects to this request to the extent it calls for the

11   disclosure of attorney-client privileged information or information protected from

12   disclosure by the work-product doctrine, joint defense or common interest

13   privilege, or other privilege.

14   **REQUEST FOR PRODUCTION NO. 199:**

15       All DOCUMENTS RELATING TO publicity by YOU or MGA

16   RELATING TO BRATZ, ANGEL and/or BRYANT since January 1, 1999,

17   including but not limited to advertising, media releases, and public relations

18   material.

19   **RESPONSE TO REQUEST FOR PRODUCTION NO. 199:**

20       Larian incorporates by reference the above-stated general objections as

21   if fully set forth herein.  Larian also specifically objects to this request on the

22   grounds that it is overbroad and seeks information not relevant to the subject matter

23   of this lawsuit or reasonably calculated to lead to the discovery of admissible

24   evidence.  Larian also objects to this request on the grounds that it seeks

25   confidential, proprietary or commercially sensitive information, the disclosure of

26   which would be inimical to the business interests of Larian and one or more third

27   parties. Larian also objects to this request to the extent it seeks information the

28   disclosure of which would implicate the rights of third parties to protect private,

LARIAN'S RESPONSE TO MATTEL'S 1ST
SET OF REQUESTS FOR PRODUCTION
CV 04-9049 SGL (RNBX)

EXHIBIT __3__ , PAGE _265_

1  confidential, proprietary or trade secret information.  Larian also objects to this

2  request to the extent it calls for the disclosure of attorney-client privileged

3  information or information protected from disclosure by the work-product doctrine,

4  joint defense or common interest privilege, or other privilege.  Larian also objects

5  to this request to the extent that it seeks information that is already known to Mattel

6  and/or is a matter of public record.

7  **REQUEST FOR PRODUCTION NO. 200:**

8          All DOCUMENTS RELATING TO any effort by YOU or MGA to

9  recruit employees or contractors who have been or are employed by or who have

10  worked for MATTEL since January 1, 1999, including but not limited to

11  advertising, media releases, brochures, articles, catalogs, handbooks, and public

12  relations material.

13  **RESPONSE TO REQUEST FOR PRODUCTION NO. 200:**

14          Larian incorporates by reference the above-stated general objections as

15  if fully set forth herein.  Larian also specifically objects to this request on the

16  grounds that it is overbroad and seeks information not relevant to the subject matter

17  of this lawsuit or reasonably calculated to lead to the discovery of admissible

18  evidence.  Larian also objects to this request on the grounds that it seeks

19  confidential, proprietary or commercially sensitive information, the disclosure of

20  which would be inimical to the business interests of Larian and one or more third

21  parties.  Larian also objects to this request to the extent it seeks information the

22  disclosure of which would implicate the rights of third parties to protect private,

23  confidential, proprietary or trade secret information.  Larian also objects to this

24  request to the extent it calls for the disclosure of attorney-client privileged

25  information or information protected from disclosure by the work-product doctrine,

26  joint defense or common interest privilege, or other privilege.  Larian also objects

27  to this request to the extent that it seeks information that is already known to Mattel

28  and/or is a matter of public record.

- 194 -

LARIAN'S RESPONSE TO MATTEL'S 1ST
SET OF REQUESTS FOR PRODUCTION
CV 04-9049 SGL (RNBX)

EXHIBIT __3__ , PAGE 266

**REQUEST FOR PRODUCTION NO. 201:**

All DOCUMENTS RELATING TO the hiring, engagement, or retention by YOU or MGA of any current or former MATTEL employee or contractor since January 1, 1999, including but not limited to all employment agreements and agreements RELATING TO confidentiality or the invention, authorship, or ownership of any concept or product.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 201:**

Larian incorporates by reference the above-stated general objections as if fully set forth herein.  Larian also specifically objects to this request on the grounds that it is overbroad and seeks information not relevant to the subject matter of this lawsuit or reasonably calculated to lead to the discovery of admissible evidence.  Larian also objects to this request on the ground that it is overbroad, unduly burdensome, and oppressive in seeking all documents relating to the hiring, engagement, or retention of current or former Mattel employees or contractors, regardless of the individuals or the work or services they performed.  Larian also objects to this request on the grounds that it seeks confidential, proprietary or commercially sensitive information, the disclosure of which would be inimical to the business interests of Larian and one or more third parties.  Larian also objects to this request to the extent it seeks information the disclosure of which would implicate the rights of third parties to protect private, confidential, proprietary or trade secret information.  Larian also objects to this request on the grounds that it seeks information in violation of the right of privacy.  Larian also objects to this request to the extent it calls for the disclosure of attorney-client privileged information or information protected from disclosure by the work-product doctrine, joint defense or common interest privilege, or other privilege.

**REQUEST FOR PRODUCTION NO. 202:**

All DOCUMENTS, since January 1, 1999, RELATING TO YOUR receipt, reproduction, copying, storage, transmission, transfer, retention,

LARIAN'S RESPONSE TO MATTEL'S 1ST
SET OF REQUESTS FOR PRODUCTION
CV 04-9049 SGL (RNBX)

EXHIBIT 3 , PAGE 267

1  destruction, deletion or use of any DOCUMENTS or DIGITAL INFORMATION,

2  including but not limited to any compilation of information, that was prepared,

3  made, created, generated, assembled or compiled by or for MATTEL and that was

4  not publicly available at the time of YOUR receipt of such DOCUMENT or

5  DIGITAL INFORMATION.

6  **RESPONSE TO REQUEST FOR PRODUCTION NO. 202:**

7        Larian incorporates by reference the above-stated general objections as

8  if fully set forth herein.  Larian also specifically objects to this request on the

9  grounds that it is overbroad and seeks information not relevant to the subject matter

10  of this lawsuit or reasonably calculated to lead to the discovery of admissible

11  evidence.  Larian also objects to this request on the grounds that it seeks

12  confidential, proprietary or commercially sensitive information, the disclosure of

13  which would be inimical to the business interests of Larian and one or more third

14  parties.  Larian also objects to this request to the extent it calls for the disclosure of

15  attorney-client privileged information or information protected from disclosure by

16  the work-product doctrine, joint defense or common interest privilege, or other

17  privilege.

18  **REQUEST FOR PRODUCTION NO. 203:**

19        All DOCUMENTS, since January 1, 1999, RELATING TO YOUR

20  knowledge of any MATTEL product prior to the time that such product had been

21  announced or disclosed by MATTEL to retailers or the public.

22  **RESPONSE TO REQUEST FOR PRODUCTION NO. 203:**

23        Larian incorporates by reference the above-stated general objections as

24  if fully set forth herein.  Larian also specifically objects to this request on the

25  grounds that it is overbroad and seeks information not relevant to the subject matter

26  of this lawsuit or reasonably calculated to lead to the discovery of admissible

27  evidence and is, thus, overbroad, unduly burdensome an oppressive, including,

28  without limitation, in that it seeks documents related to Mattel products not at issue

LARIAN'S RESPONSE TO MATTEL'S 1ST<br>
- 196 -    SET OF REQUESTS FOR PRODUCTION<br>
CV 04-9049 SGL (RNBX)

EXHIBIT  3 , PAGE  268

1   in this litigation.  Larian also objects to this request on the grounds that it seeks

2   confidential, proprietary or commercially sensitive information, the disclosure of

3   which would be inimical to the business interests of Larian and one or more third

4   parties.  Larian also objects to this request to the extent it seeks information the

5   disclosure of which would implicate the rights of third parties to protect private,

6   confidential, proprietary or trade secret information.  Larian also objects to this

7   request to the extent it calls for the disclosure of attorney-client privileged

8   information or information protected from disclosure by the work-product doctrine,

9   joint defense or common interest privilege, or other privilege.

10  **REQUEST FOR PRODUCTION NO. 204:**

11          All DOCUMENTS, since January 1, 1999, RELATING TO YOUR

12  knowledge of any DESIGN created by, on behalf of, or at the behest of MATTEL,

13  or created by any PERSON employed by or under contract with MATTEL at the

14  time of the DESIGN's creation, that was not manufactured for sale or placed into

15  the retail market.

16  **RESPONSE TO REQUEST FOR PRODUCTION NO. 204:**

17          Larian incorporates by reference the above-stated general objections as

18  if fully set forth herein.  Larian also specifically objects to this request on the

19  grounds that it is overbroad and seeks information not relevant to the subject matter

20  of this lawsuit or reasonably calculated to lead to the discovery of admissible

21  evidence.  Larian also objects to this request on the grounds that it seeks

22  confidential, proprietary or commercially sensitive information, the disclosure of

23  which would be inimical to the business interests of Larian and one or more third

24  parties.  Larian also objects to this request to the extent it seeks information the

25  disclosure of which would implicate the rights of third parties to protect private,

26  confidential, proprietary or trade secret information.  Larian also objects to this

27  request to the extent it calls for the disclosure of attorney-client privileged

28  information or information protected from disclosure by the work-product doctrine,

LARIAN'S RESPONSE TO MATTEL'S 1ST
SET OF REQUESTS FOR PRODUCTION
CV 04-9049 SGL (RNBX)

EXHIBIT __3__ , PAGE __269__

1    joint defense or common interest privilege, or other privilege.

2    **REQUEST FOR PRODUCTION NO. 205:**

3          All DOCUMENTS, since January 1, 1999, RELATING TO YOUR

4    receipt, reproduction, copying, storage, transmission, transfer, retention,

5    destruction, deletion or use of any MATTEL line list or other DOCUMENT

6    prepared by MATTEL identifying MATTEL products in the planning, design or

7    development phase.

8    **RESPONSE TO REQUEST FOR PRODUCTION NO. 205:**

9          Larian incorporates by reference the above-stated general objections as

10    if fully set forth herein.  Larian also specifically objects to this request on the

11    grounds that it is overbroad and seeks information not relevant to the subject matter

12    of this lawsuit or reasonably calculated to lead to the discovery of admissible

13    evidence.  Larian also objects to this request on the grounds that it seeks

14    confidential, proprietary or commercially sensitive information, the disclosure of

15    which would be inimical to the business interests of Larian and one or more third

16    parties.  Larian also objects to this request to the extent it seeks information the

17    disclosure of which would implicate the rights of third parties to protect private,

18    confidential, proprietary or trade secret information.  Larian also objects to this

19    request to the extent it calls for the disclosure of attorney-client privileged

20    information or information protected from disclosure by the work-product doctrine,

21    joint defense or common interest privilege, or other privilege.

22    **REQUEST FOR PRODUCTION NO. 206:**

23          All DOCUMENTS, since January 1, 1999, RELATING TO MGA's

24    receipt, reproduction, copying, storage, transmission, transfer, retention,

25    destruction, deletion or use of any MATTEL line list or other DOCUMENT

26    prepared by MATTEL identifying MATTEL products in the planning, design or

27    development phase.

28

- 198 -

LARIAN'S RESPONSE TO MATTEL'S 1ST
SET OF REQUESTS FOR PRODUCTION
CV 04-9049 SGL (RNBX)

EXHIBIT ___3___ , PAGE 270

**RESPONSE TO REQUEST FOR PRODUCTION NO. 206:**

1   Larian incorporates by reference the above-stated general objections as
2   if fully set forth herein. Larian also specifically objects to this request on the
3   grounds that it is overbroad and seeks information not relevant to the subject matter
4   of this lawsuit or reasonably calculated to lead to the discovery of admissible
5   evidence. Larian also objects to this request on the ground that it is overbroad,
6   unduly burdensome, and oppressive, including, without limitation, in that it is
7   duplicative of request number 205. Larian also objects to this request on the
8   grounds that it seeks confidential, proprietary or commercially sensitive
9   information, the disclosure of which would be inimical to the business interests of
10  Larian and one or more third parties. Larian also objects to this request to the
11  extent it seeks information the disclosure of which would implicate the rights of
12  third parties to protect private, confidential, proprietary or trade secret information.
13  Larian also objects to this request to the extent it calls for the disclosure of attorney-
14  client privileged information or information protected from disclosure by the work-
15  product doctrine, joint defense or common interest privilege, or other privilege.

**REQUEST FOR PRODUCTION NO. 207:**

17  DOCUMENTS sufficient to IDENTIFY each account with any bank
18  or financial institution that YOU have or have had, or that YOU have or have had
19  any legal or beneficial interest in, since January 1, 1999.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 207:**

21  Larian incorporates by reference the above-stated general objections as
22  if fully set forth herein. Larian also specifically objects to this request on the
23  grounds that it is overbroad and seeks information not relevant to the subject matter
24  of this lawsuit or reasonably calculated to lead to the discovery of admissible
25  evidence. Larian also objects to this request on the grounds that it seeks
26  information in violation of the right of privacy. Larian also objects to this requests
27  on the grounds that it is vague and ambiguous in that Larian cannot determine what

- 199 -

LARIAN'S RESPONSE TO MATTEL'S 1ST
SET OF REQUESTS FOR PRODUCTION
CV 04-9049 SGL (RNBX)

EXHIBIT __3__, PAGE _271_

1  is meant by the phrase "any legal or beneficial interest." Larian also objects to this

2  request on the grounds that it seeks confidential, proprietary or commercially

3  sensitive information, the disclosure of which would be inimical to the business

4  interests of Larian and one or more third parties. Larian also objects to this request

5  to the extent it seeks information the disclosure of which would implicate the rights

6  of third parties to protect private, confidential, proprietary or trade secret

7  information. Larian also objects to this request to the extent it calls for the

8  disclosure of attorney-client privileged information or information protected from

9  disclosure by the work-product doctrine, joint defense or common interest

10  privilege, or other privilege.

11  **REQUEST FOR PRODUCTION NO. 208:**

12      Documents sufficient to establish YOUR gross income, and the

13  sources of that gross income, for the years 1999 through the present, inclusive.

14  **RESPONSE TO REQUEST FOR PRODUCTION NO. 208:**

15      Larian incorporates by reference the above-stated general objections as

16  if fully set forth herein. Larian also specifically objects to this request on the

17  grounds that it is overbroad and seeks information not relevant to the subject matter

18  of this lawsuit or reasonably calculated to lead to the discovery of admissible

19  evidence. Larian also objects to this request on the grounds that it seeks

20  information in violation of the right of privacy. Larian also objects to this request

21  on the grounds that it seeks confidential, proprietary or commercially sensitive

22  information, the disclosure of which would be inimical to the business interests of

23  Larian and one or more third parties. Larian also objects to this request to the

24  extent it calls for the disclosure of attorney-client privileged information or

25  information protected from disclosure by the work-product doctrine, joint defense

26  or common interest privilege, or other privilege.

27  **REQUEST FOR PRODUCTION NO. 209:**

28      YOUR federal and state tax returns for each of the years 1999 through

LARIAN'S RESPONSE TO MATTEL'S 1ST
SET OF REQUESTS FOR PRODUCTION
CV 04-9049 SGL (RNBX)

EXHIBIT 3 , PAGE 272

1  the present, inclusive.

2  **RESPONSE TO REQUEST FOR PRODUCTION NO. 209:**

3          Larian incorporates by reference the above-stated general objections as

4  if fully set forth herein.  Larian also specifically objects to this request on the

5  grounds that it is overbroad and seeks information not relevant to the subject matter

6  of this lawsuit or reasonably calculated to lead to the discovery of admissible

7  evidence.  Larian also objects to this request on the grounds that it seeks

8  information in violation of the right of privacy.  Larian also objects to this request

9  on the grounds that it seeks confidential, proprietary or commercially sensitive

10  information, the disclosure of which would be inimical to the business interests of

11  Larian and one or more third parties.  Larian also objects to this request to the

12  extent it calls for the disclosure of attorney-client privileged information or

13  information protected from disclosure by the work-product doctrine, joint defense

14  or common interest privilege, or other privilege.

15  **REQUEST FOR PRODUCTION NO. 210:**

16          DOCUMENTS sufficient to IDENTIFY each telephone subscription

17  service account that YOU have or have had, or that YOU use or have used, since

18  January 1, 1999.

19  **RESPONSE TO REQUEST FOR PRODUCTION NO. 210:**

20          Larian incorporates by reference the above-stated general objections as

21  if fully set forth herein.  Larian also specifically objects to this request on the

22  grounds that it is overbroad and seeks information not relevant to the subject matter

23  of this lawsuit or reasonably calculated to lead to the discovery of admissible

24  evidence.  Larian also objects to this request on the grounds that it seeks

25  confidential, proprietary or commercially sensitive information, the disclosure of

26  which would be inimical to the business interests of Larian and one or more third

27  parties. Larian also objects to this request to the extent it calls for the disclosure of

28  attorney-client privileged information or information protected from disclosure by

- 201 -

LARIAN'S RESPONSE TO MATTEL'S 1ST
SET OF REQUESTS FOR PRODUCTION
CV 04-9049 SGL (RNBX)

EXHIBIT __3__ , PAGE 273

1    the work-product doctrine, joint defense or common interest privilege, or other

2    privilege.

3    **REQUEST FOR PRODUCTION NO. 211:**

4              All MATTEL DOCUMENTS that BRYANT or any other PERSON

5    has shown, given, provided, summarized or otherwise communicated to YOU or

6    MGA (whether directly or indirectly) at any time since January 1, 1999.

7    **RESPONSE TO REQUEST FOR PRODUCTION NO. 211:**

8              Larian incorporates by reference the above-stated general objections as

9    if fully set forth herein.  Larian also specifically objects to this request on the

10   grounds that it is overbroad and seeks information not relevant to the subject matter

11   of this lawsuit or reasonably calculated to lead to the discovery of admissible

12   evidence.  Larian also objects to this request to the extent it seeks information the

13   disclosure of which would implicate the rights of third parties to protect private,

14   confidential, proprietary or trade secret information.  Larian also objects to this

15   request on the grounds that it seeks confidential, proprietary or commercially

16   sensitive information, the disclosure of which would be inimical to the business

17   interests of Larian and one or more third parties.  Larian also objects to this request

18   to the extent it calls for the disclosure of attorney-client privileged information or

19   information protected from disclosure by the work-product doctrine, joint defense

20   or common interest privilege, or other privilege.

21   **REQUEST FOR PRODUCTION NO. 212:**

22             All DOCUMENTS that YOU knew or were informed that, or ever had

23   any reason to believe, had been or were created by or originated from MATTEL,

24   other than MATTEL products that YOU or MGA purchased at retail.

25   **RESPONSE TO REQUEST FOR PRODUCTION NO. 212:**

26             Larian incorporates by reference the above-stated general objections as

27   if fully set forth herein.  Larian also specifically objects to this request on the

28   grounds that it is overbroad and seeks information not relevant to the subject matter

- 202 -

EXHIBIT __3__ , PAGE 274

1   of this lawsuit or reasonably calculated to lead to the discovery of admissible

2   evidence. Larian also objects to this request on the grounds that it seeks

3   confidential, proprietary or commercially sensitive information, the disclosure of

4   which would be inimical to the business interests of Larian and one or more third

5   parties. Larian also objects to this request to the extent it calls for the disclosure of

6   attorney-client privileged information or information protected from disclosure by

7   the work-product doctrine, joint defense or common interest privilege, or other

8   privilege.

9   **REQUEST FOR PRODUCTION NO. 213:**

10          All COMMUNICATIONS between YOU and any PERSON

11  RELATING TO the retention or destruction of DOCUMENTS or DIGITAL

12  INFORMATION between January 1, 1999 and the present.

13  **RESPONSE TO REQUEST FOR PRODUCTION NO. 213:**

14          Larian incorporates by reference the above-stated general objections as

15  if fully set forth herein. Larian also specifically objects to this request on the

16  grounds that it is overbroad and seeks information not relevant to the subject matter

17  of this lawsuit or reasonably calculated to lead to the discovery of admissible

18  evidence. Larian also objects to this request on the grounds that it seeks

19  confidential, proprietary or commercially sensitive information, the disclosure of

20  which would be inimical to the business interests of Larian and one or more third

21  parties. Larian also objects to this request to the extent it calls for the disclosure of

22  attorney-client privileged information or information protected from disclosure by

23  the work-product doctrine, joint defense or common interest privilege, or other

24  privilege.

25  **REQUEST FOR PRODUCTION NO. 214:**

26          All DOCUMENTS RELATING TO any facts underlying any of

27  YOUR defenses in this ACTION.

28

- 203 -

LARIAN'S RESPONSE TO MATTEL'S 1ST
SET OF REQUESTS FOR PRODUCTION
CV 04-9049 SGL (RNBX)

EXHIBIT 3 , PAGE 275

1   **RESPONSE TO REQUEST FOR PRODUCTION NO. 214:**

2           Larian incorporates by reference the above-stated general objections as

3   if fully set forth herein.  Larian also specifically objects to this request on the

4   grounds that it is overbroad and unduly burdensome in that it calls for all

5   documents that support, refute or otherwise refer or relate to any facts underlying

6   Larian's defenses.  Larian also objects to this request on the grounds that it calls for

7   legal conclusions.  Larian also objects to this request on the grounds that it seeks

8   information in Mattel's possession and/or in the public record, and/or equally

9   available to Mattel.  Larian also objects to this request to the extent it calls for the

10  disclosure of attorney-client privileged information or information protected from

11  disclosure by the work-product doctrine, joint defense or common interest

12  privilege, or other privilege.

13          Subject to the foregoing, Larian will produce any personal documents

14  that are relevant and responsive to the request, if any, and that have not already

15  been produced, that he discovers in the course of his reasonable search and diligent

16  inquiry, which are within the permissible scope of discovery, and to which no

17  privilege or other protection applies, including without limitation, the attorney-

18  client privilege or attorney's work product doctrine.

19  **REQUEST FOR PRODUCTION NO. 215:**

20          All doll heads, sculpts, prototypes, models, samples and tangible items

21  RELATING TO any facts underlying any of YOUR defenses in this ACTION.

22  **RESPONSE TO REQUEST FOR PRODUCTION NO. 215:**

23          Larian incorporates by reference the above-stated general objections as

24  if fully set forth herein.  Larian also specifically objects to this request on the

25  grounds that it is overbroad and unduly burdensome in that it calls for all

26  documents that support, refute or otherwise refer or relate to any facts underlying

27  Larian's defenses.  Larian also objects to this request on the grounds that it calls for

28  legal conclusions.  Larian also objects to this request on the grounds that it seeks

- 204 -

LARIAN'S RESPONSE TO MATTEL'S 1ST
SET OF REQUESTS FOR PRODUCTION
CV 04-9049 SGL (RNBX)

EXHIBIT _3_ , PAGE 276

1    confidential, proprietary or commercially sensitive information, the disclosure of

2    which would be inimical to the business interests of Larian and one or more third

3    parties. Larian also objects to this request to the extent it calls for the disclosure of

4    attorney-client privileged information or information protected from disclosure by

5    the work-product doctrine, joint defense or common interest privilege, or other

6    privilege.

7          Subject to the foregoing, Larian will produce any personal items for

8    inspection that are relevant and responsive to the request, if any, and that have not

9    already been produced, that he discovers in the course of his reasonable search and

10    diligent inquiry, which are within the permissible scope of discovery, and to which

11    no privilege or other protection applies, including without limitation, the attorney-

12    client privilege or attorney's work product doctrine.

13    **REQUEST FOR PRODUCTION NO. 216:**

14          All DOCUMENTS RELATING TO any facts underlying the claims

15    for relief in MATTEL's Complaint (including without limitation its Counterclaims)

16    against YOU or any other PERSON in this ACTION.

17    **RESPONSE TO REQUEST FOR PRODUCTION NO. 216:**

18          Larian incorporates by reference the above-stated general objections as

19    if fully set forth herein. Larian also specifically objects to this request on the

20    grounds that it is overbroad and unduly burdensome in that it calls for all

21    documents that support, refute or otherwise refer or relate to any facts underlying

22    Larian's defenses. Larian also objects to this request on the grounds that it calls for

23    legal conclusions. Larian also objects to this request on the grounds that it seeks

24    information in Mattel's possession and/or in the public record, and/or equally

25    available to Mattel. Larian also objects to this request to the extent it calls for the

26    disclosure of attorney-client privileged information or information protected from

27    disclosure by the work-product doctrine, joint defense or common interest

28    privilege, or other privilege.

LARIAN'S RESPONSE TO MATTEL'S 1ST
SET OF REQUESTS FOR PRODUCTION
CV 04-9049 SGL (RNBX)

EXHIBIT 3 , PAGE 277

**REQUEST FOR PRODUCTION NO. 217:**

All doll heads, sculpts, prototypes, models, samples and tangible items RELATING TO any facts underlying the claims for relief in MATTEL's Complaint (including without limitation its Counterclaims) against YOU or any other PERSON in this ACTION.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 217:**

Larian incorporates by reference the above-stated general objections as if fully set forth herein. Larian also specifically objects to this request on the grounds that it is overbroad and unduly burdensome in that it calls for all documents that support, refute or otherwise refer or relate to any facts underlying Larian's defenses. Larian also objects to this request on the grounds that it calls for legal conclusions. Larian also objects to this request on the grounds that it seeks confidential, proprietary or commercially sensitive information, the disclosure of which would be inimical to the business interests of Larian and one or more third parties. Larian also objects to this request to the extent it calls for the disclosure of attorney-client privileged information or information protected from disclosure by the work-product doctrine, joint defense or common interest privilege, or other privilege.

Subject to the foregoing, Larian will produce any personal items for inspection that are relevant and responsive to the request, if any, and that have not already been produced, that he discovers in the course of his reasonable search and diligent inquiry, which are within the permissible scope of discovery, and to which no privilege or other protection applies, including without limitation, the attorney-client privilege or attorney's work product doctrine.

**REQUEST FOR PRODUCTION NO. 218:**

All DOCUMENTS RELATING TO any testing of or sampling from any DOCUMENTS RELATING TO BRATZ or BRYANT, including without limitation any such testing or sampling in connection with any ink, paper or

EXHIBIT 3 , PAGE 278

1   chemical analysis to date any such DOCUMENTS and including without limitation

2   all results and reports relating thereto.

3   **RESPONSE TO REQUEST FOR PRODUCTION NO. 218:**

4           Larian incorporates by reference the above-stated general objections as

5   if fully set forth herein.  Larian also specifically objects to this request on the

6   grounds that it is overbroad, oppressive, and unduly burdensome in that it seeks

7   information not relevant to the subject matter of this lawsuit or reasonably

8   calculated to lead to the discovery of admissible evidence.  Larian also specifically

9   objects to this request to the extent it seeks documents not within Larian's

10  possession, custody or control.  Larian also objects to this request on the grounds

11  that it seeks confidential, proprietary or commercially sensitive information, the

12  disclosure of which would be inimical to the business interests of Larian and one or

13  more third parties.  Larian also objects to this request to the extent it calls for the

14  disclosure of attorney-client privileged information or information protected from

15  disclosure by the work-product doctrine, joint defense or common interest

16  privilege, or other privilege.

17           Subject to the foregoing, Larian will produce any personal documents

18  that are relevant and responsive to the request, if any, and that have not already

19  been produced, that he discovers in the course of his reasonable search and diligent

20  inquiry, which are within the permissible scope of discovery, and to which no

21  privilege or other protection applies, including without limitation, the attorney-

22  client privilege or attorney's work product doctrine.

23  **REQUEST FOR PRODUCTION NO. 219:**

24         All DOCUMENTS RELATING TO YOUR knowledge of any testing

25  of or sampling from any DOCUMENTS RELATING TO BRATZ or BRYANT.

26  **RESPONSE TO REQUEST FOR PRODUCTION NO. 219:**

27         Larian incorporates by reference the above-stated general objections as

28  if fully set forth herein.  Larian also specifically objects to this request on the

LARIAN'S RESPONSE TO MATTEL'S 1ST
SET OF REQUESTS FOR PRODUCTION
CV 04-9049 SGL (RNBX)

EXHIBIT __3__ , PAGE __279__

1    grounds that it is overbroad, oppressive, and unduly burdensome in that it seeks

2    information not relevant to the subject matter of this lawsuit or reasonably

3    calculated to lead to the discovery of admissible evidence.  Larian also specifically

4    objects to this request on the grounds that it seeks confidential, proprietary or

5    commercially sensitive information, the disclosure of which would be inimical to

6    the business interests of Larian.  Larian also objects to this request to the extent it

7    calls for the disclosure of attorney-client privileged information or information

8    protected from disclosure by the work-product doctrine, joint defense or common

9    interest privilege, or other privilege.

10   **REQUEST FOR PRODUCTION NO. 220:**

11          All DOCUMENTS RELATING TO Erich Speckin.

12   **RESPONSE TO REQUEST FOR PRODUCTION NO. 220:**

13          Larian incorporates by reference the above-stated general objections as

14   if fully set forth herein.  Larian also specifically objects to this request on the

15   grounds that it is overbroad, oppressive, and unduly burdensome in that it seeks

16   information not relevant to the subject matter of this lawsuit or reasonably

17   calculated to lead to the discovery of admissible evidence.  Larian also specifically

18   objects to this request on the grounds that it is overbroad and seeks information not

19   relevant to the subject matter of this lawsuit or reasonably calculated to lead to the

20   discovery of admissible evidence.  Larian also objects to this request on the ground

21   that it is overbroad, unduly burdensome, and oppressive in seeking all documents

22   relating to Erich Speckin, without limitation as to subject matter or time.  Larian

23   also objects to this request to the extent it seeks information the disclosure of which

24   would implicate the rights of third parties to protect private, confidential,

25   proprietary or trade secret information.  Larian also objects to this request on the

26   grounds that it seeks confidential, proprietary or commercially sensitive

27   information, the disclosure of which would be inimical to the business interests of

28   Larian and one or more third parties.  Larian also objects to this request to the

LARIAN'S RESPONSE TO MATTEL'S 1ST
SET OF REQUESTS FOR PRODUCTION
CV 04-9049 SGL (RNBX)

EXHIBIT __3__ , PAGE __280__

1  extent it calls for the disclosure of attorney-client privileged information or

2  information protected from disclosure by the work-product doctrine, joint defense

3  or common interest privilege, or other privilege.  Larian also objects to this request

4  to the extent it seeks documents not within Larian's possession, custody or control.

5  **REQUEST FOR PRODUCTION NO. 221:**

6      All DOCUMENTS RELATING TO YOUR payment of, or offer,

7  promise or agreement to pay, fees or costs in connection with the representation of

8  or provision of legal advice or legal services to any PERSON who is not, as of June

9  8, 2007, an MGA employee, including without limitation all contracts and

10  agreements RELATING thereto, the amounts YOU have so paid or agreed to pay to

11  such PERSON and the dates on which such payments were made.

12  **RESPONSE TO REQUEST FOR PRODUCTION NO. 221:**

13      Larian incorporates by reference the above-stated general objections as

14  if fully set forth herein.  Larian also specifically objects to this request on the

15  grounds that it is overbroad and seeks information not relevant to the subject matter

16  of this lawsuit or reasonably calculated to lead to the discovery of admissible

17  evidence.  Larian also objects to this request on the grounds that it seeks

18  information in violation of the right of privacy.  Larian also objects to this request

19  on the grounds that it seeks confidential, proprietary or commercially sensitive

20  information, the disclosure of which would be inimical to the business interests of

21  Larian and one or more third parties.  Larian also objects to this request to the

22  extent it calls for the disclosure of attorney-client privileged information or

23  information protected from disclosure by the work-product doctrine, joint defense

24  or common interest privilege, or other privilege.

25  **REQUEST FOR PRODUCTION NO. 222:**

26      Each STORAGE DEVICE that YOU have used to create, prepare,

27  generate, copy, transmit, receive, delete or modify any DIGITAL INFORMATION

28  RELATING TO BRATZ, ANGEL or BRYANT.

- 209 -

LARIAN'S RESPONSE TO MATTEL'S 1ST
SET OF REQUESTS FOR PRODUCTION
CV 04-9049 SGL (RNBX)

EXHIBIT __3__ , PAGE 281

1   **RESPONSE TO REQUEST FOR PRODUCTION NO. 222:**

2           Larian incorporates by reference the above-stated general objections as

3   if fully set forth herein. Larian also specifically objects to this request on the

4   grounds that it is overbroad and seeks information not relevant to the subject matter

5   of this lawsuit or reasonably calculated to lead to the discovery of admissible

6   evidence. Larian also objects to this request on the grounds that it seeks

7   confidential, proprietary or commercially sensitive information, the disclosure of

8   which would be inimical to the business interests of Larian and one or more third

9   parties. Larian also objects to this request to the extent it calls for the disclosure of

10   attorney-client privileged information or information protected from disclosure by

11   the work-product doctrine, joint defense or common interest privilege, or other

12   privilege.

13   **REQUEST FOR PRODUCTION NO. 223:**

14           DOCUMENTS sufficient to IDENTIFY each STORAGE DEVICE

15   that YOU have used to create, prepare, generate, copy, transmit, receive, delete or

16   modify any DIGITAL INFORMATION RELATING TO BRATZ, ANGEL or

17   BRYANT.

18   **RESPONSE TO REQUEST FOR PRODUCTION NO. 223:**

19           Larian incorporates by reference the above-stated general objections as

20   if fully set forth herein. Larian also specifically objects to this request on the

21   grounds that it is overbroad and seeks information not relevant to the subject matter

22   of this lawsuit or reasonably calculated to lead to the discovery of admissible

23   evidence. Larian also objects to this request on the grounds that it seeks

24   confidential, proprietary or commercially sensitive information, the disclosure of

25   which would be inimical to the business interests of Larian and one or more third

26   parties. Larian also objects to this request to the extent it calls for the disclosure of

27   attorney-client privileged information or information protected from disclosure by

28   the work-product doctrine, joint defense or common interest privilege, or other

- 210 -

LARIAN'S RESPONSE TO MATTEL'S 1ST
SET OF REQUESTS FOR PRODUCTION
CV 04-9049 SGL (RNBX)

EXHIBIT 3 , PAGE 280

1  privilege.

2  **REQUEST FOR PRODUCTION NO. 224:**

3        All DOCUMENTS RELATING TO the purchase, acquisition,

4  installation, transfer, shipment, destruction or disposition of each STORAGE

5  DEVICE that YOU have used to create, prepare, generate, copy, transmit, receive,

6  delete or modify any DIGITAL INFORMATION RELATING TO BRATZ,

7  ANGEL or BRYANT.

8  **RESPONSE TO REQUEST FOR PRODUCTION NO. 224:**

9        Larian incorporates by reference the above-stated general objections as

10  if fully set forth herein.  Larian also specifically objects to this request on the

11  grounds that it is overbroad and seeks information not relevant to the subject matter

12  of this lawsuit or reasonably calculated to lead to the discovery of admissible

13  evidence.  Larian also objects to this request on the grounds that it seeks

14  confidential, proprietary or commercially sensitive information, the disclosure of

15  which would be inimical to the business interests of Larian and one or more third

16  parties.  Larian also objects to this request to the extent it seeks information the

17  disclosure of which would implicate the rights of third parties to protect private,

18  confidential, proprietary or trade secret information.  Larian also objects to this

19  request to the extent it calls for the disclosure of attorney-client privileged

20  information or information protected from disclosure by the work-product doctrine,

21  joint defense or common interest privilege, or other privilege.

22  **REQUEST FOR PRODUCTION NO. 225:**

23        Each STORAGE DEVICE that BRYANT has used to create, prepare,

24  generate, copy, transmit, receive, delete or modify any DIGITAL INFORMATION

25  RELATING TO BRATZ, ANGEL or MGA.

26  **RESPONSE TO REQUEST FOR PRODUCTION NO. 225:**

27        Larian incorporates by reference the above-stated general objections as

28  if fully set forth herein.  Larian also specifically objects to this request on the

- 211 -

LARIAN'S RESPONSE TO MATTEL'S 1ST
SET OF REQUESTS FOR PRODUCTION
CV 04-9049 SGL (RNBX)

EXHIBIT ___3___, PAGE __283__

1  grounds that it is overbroad and seeks information not relevant to the subject matter
2  of this lawsuit or reasonably calculated to lead to the discovery of admissible
3  evidence. Larian also objects to this request on the grounds that it seeks
4  confidential, proprietary or commercially sensitive information, the disclosure of
5  which would be inimical to the business interests of Larian and one or more third
6  parties. Larian also objects to this request to the extent it calls for the disclosure of
7  attorney-client privileged information or information protected from disclosure by
8  the work-product doctrine, joint defense or common interest privilege, or other
9  privilege. Larian also objects to this request to the extent it seeks tangible items not
10 within Larian's possession, custody or control.

11 **REQUEST FOR PRODUCTION NO. 226:**

12        DOCUMENTS sufficient to IDENTIFY each STORAGE DEVICE
13 that BRYANT has used to create, prepare, generate, copy, transmit, receive, delete
14 or modify any DIGITAL INFORMATION RELATING TO BRATZ, ANGEL,
15 YOU or MGA.

16 **RESPONSE TO REQUEST FOR PRODUCTION NO. 226:**

17        Larian incorporates by reference the above-stated general objections as
18 if fully set forth herein. Larian also specifically objects to this request on the
19 grounds that it is overbroad and seeks information not relevant to the subject matter
20 of this lawsuit or reasonably calculated to lead to the discovery of admissible
21 evidence. Larian also objects to this request on the grounds that it seeks
22 confidential, proprietary or commercially sensitive information, the disclosure of
23 which would be inimical to the business interests of Larian and one or more third
24 parties. Larian also objects to this request to the extent it calls for the disclosure of
25 attorney-client privileged information or information protected from disclosure by
26 the work-product doctrine, joint defense or common interest privilege, or other
27 privilege. Larian also objects to this request to the extent it seeks documents not
28 within Larian's possession, custody or control.

LARIAN'S RESPONSE TO MATTEL'S 1ST
SET OF REQUESTS FOR PRODUCTION
CV 04-9049 SGL (RNBX)

EXHIBIT __3__ , PAGE __284__

**REQUEST FOR PRODUCTION NO. 227:**

All DOCUMENTS RELATING TO the purchase, acquisition, installation, transfer, shipment, destruction or disposition of each STORAGE DEVICE that BRYANT has used to create, prepare, generate, copy, transmit, receive, delete or modify any DIGITAL INFORMATION RELATING TO BRATZ, ANGEL, YOU or MGA.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 227:**

Larian incorporates by reference the above-stated general objections as if fully set forth herein. Larian also specifically objects to this request on the grounds that it is overbroad and seeks information not relevant to the subject matter of this lawsuit or reasonably calculated to lead to the discovery of admissible evidence. Larian also objects to this request on the ground that it is overbroad, unduly burdensome, and oppressive, including, without limitation, in that it is duplicative of request number 228. Larian also objects to this request on the grounds that it seeks confidential, proprietary or commercially sensitive information, the disclosure of which would be inimical to the business interests of Larian and one or more third parties. Larian also objects to this request to the extent it seeks information the disclosure of which would implicate the rights of third parties to protect private, confidential, proprietary or trade secret information. Larian also objects to this request to the extent it calls for the disclosure of attorney-client privileged information or information protected from disclosure by the work-product doctrine, joint defense or common interest privilege, or other privilege. Larian also objects to this request to the extent it seeks documents not within Larian's possession, custody or control.

**REQUEST FOR PRODUCTION NO. 228:**

All DOCUMENTS RELATING TO the purchase, acquisition, installation, transfer, shipment, destruction or disposition of each STORAGE DEVICE that BRYANT has used to create, prepare, generate, copy, transmit,

LARIAN'S RESPONSE TO MATTEL'S 1ST
SET OF REQUESTS FOR PRODUCTION
CV 04-9049 SGL (RNBX)

EXHIBIT ___3___ , PAGE _285_

1   receive, delete or modify any DIGITAL INFORMATION.

2   **RESPONSE TO REQUEST FOR PRODUCTION NO. 228:**

3            Larian incorporates by reference the above-stated general objections as

4   if fully set forth herein.  Larian also specifically objects to this request on the

5   grounds that it is overbroad and seeks information not relevant to the subject matter

6   of this lawsuit or reasonably calculated to lead to the discovery of admissible

7   evidence.  Larian also objects to this request on the grounds that it seeks

8   confidential, proprietary or commercially sensitive information, the disclosure of

9   which would be inimical to the business interests of Larian and one or more third

10  parties.  Larian also objects to this request to the extent it seeks information the

11  disclosure of which would implicate the rights of third parties to protect private,

12  confidential, proprietary or trade secret information.  Larian also objects to this

13  request to the extent it calls for the disclosure of attorney-client privileged

14  information or information protected from disclosure by the work-product doctrine,

15  joint defense or common interest privilege, or other privilege.  Larian also objects

16  to this request to the extent it seeks documents not within Larian's possession,

17  custody or control.

18  **REQUEST FOR PRODUCTION NO. 229:**

19           DOCUMENTS sufficient to identify by product name, product number

20  and SKU each BRATZ PRODUCT including without limitation each BRATZ

21  DOLL, sold by MGA or its licensees.

22  **RESPONSE TO REQUEST FOR PRODUCTION NO. 229:**

23           Larian incorporates by reference the above-stated general objections as

24  if fully set forth herein.  Larian also specifically objects to this request on the

25  grounds that it is overbroad and seeks information not relevant to the subject matter

26  of this lawsuit or reasonably calculated to lead to the discovery of admissible

27  evidence.  Larian also objects to this request on the grounds that it is overbroad,

28  unduly burdensome, and oppressive in seeking information identifying all product

EXHIBIT _3_ , PAGE _286_

1    names, numbers, and SKU of Bratz products and Bratz dolls sold by MGA or its

2    licensees. Larian also objects to this request on the grounds that it seeks

3    confidential, proprietary or commercially sensitive information, the disclosure of

4    which would be inimical to the business interests of Larian and one or more third

5    parties. Larian also objects to this request to the extent it seeks information the

6    disclosure of which would implicate the rights of third parties to protect private,

7    confidential, proprietary or trade secret information. Larian also objects to this

8    request to the extent it calls for the disclosure of attorney-client privileged

9    information or information protected from disclosure by the work-product doctrine,

10   joint defense or common interest privilege, or other privilege. Larian also objects

11   to this request to the extent it seeks documents not within Larian's possession,

12   custody or control.

13          Subject to the foregoing, Larian will produce any personal documents

14   that are relevant and responsive to the request, if any, and that have not already

15   been produced, that he discovers in the course of his reasonable search and diligent

16   inquiry, which are within the permissible scope of discovery, and to which no

17   privilege or other protection applies, including without limitation, the attorney-

18   client privilege or attorney's work product doctrine.

19   **REQUEST FOR PRODUCTION NO. 230:**

20          DOCUMENTS sufficient to show the number of units of each BRATZ

21   DOLL sold by MGA or its licensees.

22   **RESPONSE TO REQUEST FOR PRODUCTION NO. 230:**

23          Larian incorporates by reference the above-stated general objections as

24   if fully set forth herein. Larian also specifically objects to this request on the

25   grounds that it is overbroad and seeks information not relevant to the subject matter

26   of this lawsuit or reasonably calculated to lead to the discovery of admissible

27   evidence. Larian also objects to this request on the grounds that it is overbroad,

28   unduly burdensome, and oppressive in seeking the number of units of all Bratz

- 215 -

LARIAN'S RESPONSE TO MATTEL'S 1ST
SET OF REQUESTS FOR PRODUCTION
CV 04-9049 SGL (RNBX)

EXHIBIT __3__ , PAGE 287

1   dolls sold by MGA or its licensees.  Larian also objects to this request on the

2   grounds that it seeks confidential, proprietary or commercially sensitive

3   information, the disclosure of which would be inimical to the business interests of

4   Larian and one or more third parties.  Larian also objects to this request to the

5   extent it seeks information the disclosure of which would implicate the rights of

6   third parties to protect private, confidential, proprietary or trade secret information.

7   Larian also objects to this request to the extent it calls for the disclosure of attorney-

8   client privileged information or information protected from disclosure by the work-

9   product doctrine, joint defense or common interest privilege, or other privilege.

10  Larian also objects to this request to the extent it seeks documents not within

11  Larian's possession, custody or control.

12          Subject to the foregoing, Larian will produce any personal documents

13  that are relevant and responsive to the request, if any, and that have not already

14  been produced, that he discovers in the course of his reasonable search and diligent

15  inquiry, which are within the permissible scope of discovery, and to which no

16  privilege or other protection applies, including without limitation, the attorney-

17  client privilege or attorney's work product doctrine.

18  **REQUEST FOR PRODUCTION NO. 231:**

19          DOCUMENTS sufficient to show the revenue received by YOU from

20  the sale of each BRATZ DOLL sold by MGA or its licensees.

21  **RESPONSE TO REQUEST FOR PRODUCTION NO. 231:**

22          Larian incorporates by reference the above-stated general objections as

23  if fully set forth herein.  Larian also specifically objects to this request on the

24  grounds that it is overbroad and seeks information not relevant to the subject matter

25  of this lawsuit or reasonably calculated to lead to the discovery of admissible

26  evidence.  Larian also objects to this request on the grounds that it is overbroad,

27  unduly burdensome, and oppressive in seeking documents showing all revenue

28  received by Larian for the sale of all Bratz dolls sold by MGA or its licensees.

LARIAN'S RESPONSE TO MATTEL'S 1ST
- 216 -    SET OF REQUESTS FOR PRODUCTION
CV 04-9049 SGL (RNBX)

EXHIBIT _3_ , PAGE 288

1    Larian also objects to this request on the grounds that it seeks confidential,

2    proprietary or commercially sensitive information, the disclosure of which would

3    be inimical to the business interests of Larian and one or more third parties.  Larian

4    also objects to this request to the extent it seeks information the disclosure of which

5    would implicate the rights of third parties to protect private, confidential,

6    proprietary or trade secret information.  Larian also objects to this request to the

7    extent it calls for the disclosure of attorney-client privileged information or

8    information protected from disclosure by the work-product doctrine, joint defense

9    or common interest privilege, or other privilege.  Larian also objects to this request

10   to the extent it seeks documents not within Larian's possession, custody or control.

11   **REQUEST FOR PRODUCTION NO. 232:**

12          DOCUMENTS sufficient to show YOUR cost of goods sold, unit cost

13   and other costs for each BRATZ DOLL sold by MGA or its licensees.

14   **RESPONSE TO REQUEST FOR PRODUCTION NO. 232:**

15          Larian incorporates by reference the above-stated general objections as

16   if fully set forth herein.  Larian also specifically objects to this request on the

17   grounds that it is overbroad and seeks information not relevant to the subject matter

18   of this lawsuit or reasonably calculated to lead to the discovery of admissible

19   evidence.  Larian also objects to this request on the grounds that it is overbroad,

20   unduly burdensome, and oppressive in seeking documents showing the cost of

21   goods sold, unit cost, and all other costs for all Bratz dolls sold by MGA or its

22   licensees.  Larian also objects to this request on the grounds that it is vague and

23   ambiguous in that Larian cannot determine what is meant by "other costs."  Larian

24   also objects to this request on the grounds that it seeks confidential, proprietary or

25   commercially sensitive information, the disclosure of which would be inimical to

26   the business interests of Larian and one or more third parties.  Larian also objects to

27   this request to the extent it seeks information the disclosure of which would

28   implicate the rights of third parties to protect private, confidential, proprietary or

- 217 -

LARIAN'S RESPONSE TO MATTEL'S 1ST
SET OF REQUESTS FOR PRODUCTION
CV 04-9049 SGL (RNBX)

EXHIBIT __3__ , PAGE __289__

1   trade secret information.  Larian also objects to this request to the extent it calls for

2   the disclosure of attorney-client privileged information or information protected

3   from disclosure by the work-product doctrine, joint defense or common interest

4   privilege, or other privilege.  Larian also objects to this request to the extent it seeks

5   documents not within Larian's possession, custody or control.

6   **REQUEST FOR PRODUCTION NO. 233:**

7            All DOCUMENTS that evidence, reflect or REFER OR RELATE TO

8   YOUR profits from the sale of each BRATZ DOLL sold by MGA or its licensees.

9   **RESPONSE TO REQUEST FOR PRODUCTION NO. 233:**

10           Larian incorporates by reference the above-stated general objections as

11  if fully set forth herein.  Larian also specifically objects to this request on the

12  grounds that it is overbroad and seeks information not relevant to the subject matter

13  of this lawsuit or reasonably calculated to lead to the discovery of admissible

14  evidence.  Larian also objects to this request on the grounds that it is overbroad,

15  unduly burdensome, and oppressive in seeking all documents that evidence, reflect

16  or refer or relate to Larian's profits from the sale of all Bratz dolls by MGA or its

17  licensees.  Larian also objects to this request on the grounds that it seeks

18  confidential, proprietary or commercially sensitive information, the disclosure of

19  which would be inimical to the business interests of Larian and one or more third

20  parties.  Larian also objects to this request to the extent it seeks information the

21  disclosure of which would implicate the rights of third parties to protect private,

22  confidential, proprietary or trade secret information.   Larian also objects to this

23  request to the extent it calls for the disclosure of attorney-client privileged

24  information or information protected from disclosure by the work-product doctrine,

25  joint defense or common interest privilege, or other privilege.  Larian also objects

26  to this request to the extent it seeks documents not within Larian's possession,

27  custody or control.

28

LARIAN'S RESPONSE TO MATTEL'S 1ST
SET OF REQUESTS FOR PRODUCTION
CV 04-9049 SGL (RNBX)

EXHIBIT _3_ , PAGE _250_

1    **REQUEST FOR PRODUCTION NO. 234:**

2       For each customer to whom YOU or YOUR licensees have ever sold

3   any BRATZ DOLL, DOCUMENTS sufficient to show the number of units of each

4   such BRATZ DOLL sold by MGA or its licensees to that customer.

5    **RESPONSE TO REQUEST FOR PRODUCTION NO. 234:**

6       Larian incorporates by reference the above-stated general objections as

7   if fully set forth herein. Larian also specifically objects to this request on the

8   grounds that it is overbroad and seeks information not relevant to the subject matter

9   of this lawsuit or reasonably calculated to lead to the discovery of admissible

10   evidence. Larian also objects to this request on the grounds that it is overbroad,

11   unduly burdensome, and oppressive in seeking documents that show the number of

12   units of all Bratz dolls sold by MGA or its licensees to every customer to whom

13   Larian, MGA, or its licensees have ever sold any Bratz dolls. Larian also objects to

14   this request on the grounds that it seeks confidential, proprietary or commercially

15   sensitive information, the disclosure of which would be inimical to the business

16   interests of Larian and one or more third parties. Larian also objects to this request

17   to the extent it seeks information the disclosure of which would implicate the rights

18   of third parties to protect private, confidential, proprietary or trade secret

19   information. Larian also objects to this request to the extent it calls for the

20   disclosure of attorney-client privileged information or information protected from

21   disclosure by the work-product doctrine, joint defense or common interest

22   privilege, or other privilege. Larian also objects to this request to the extent it seeks

23   documents not within Larian's possession, custody or control.

24    **REQUEST FOR PRODUCTION NO. 235:**

25       For each customer to whom YOU or YOUR licensees have ever sold

26   any BRATZ DOLL, documents sufficient to show the revenue received by YOU

27   from each such BRATZ DOLL sold by MGA or its licensees to that customer.

28

LARIAN'S RESPONSE TO MATTEL'S 1ST
SET OF REQUESTS FOR PRODUCTION
CV 04-9049 SGL (RNBX)

EXHIBIT _3_ , PAGE _291_