**RESPONSE TO REQUEST FOR PRODUCTION NO. 235:**

Larian incorporates by reference the above-stated general objections as if fully set forth herein. Larian also specifically objects to this request on the grounds that it is overbroad and seeks information not relevant to the subject matter of this lawsuit or reasonably calculated to lead to the discovery of admissible evidence. Larian also objects to this request on the grounds that it is overbroad, unduly burdensome, and oppressive in seeking documents that show the revenue received by Larian from the sale of all Bratz dolls to every customer to whom Larian, MGA, or its licenses have ever sold any Bratz dolls. Larian also objects to this request on the grounds that it seeks confidential, proprietary or commercially sensitive information, the disclosure of which would be inimical to the business interests of Larian and one or more third parties. Larian also objects to this request to the extent it seeks information the disclosure of which would implicate the rights of third parties to protect private, confidential, proprietary or trade secret information. Larian also objects to this request to the extent it calls for the disclosure of attorney-client privileged information or information protected from disclosure by the work-product doctrine, joint defense or common interest privilege, or other privilege. Larian also objects to this request to the extent it seeks documents not within Larian's possession, custody or control.

**REQUEST FOR PRODUCTION NO. 236:**

For each customer to whom YOU or YOUR licensees have ever sold any BRATZ DOLL, documents sufficient to show YOUR profits from each such BRATZ DOLL sold by MGA or its licensees to that customer.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 236:**

Larian incorporates by reference the above-stated general objections as if fully set forth herein. Larian also specifically objects to this request on the grounds that it is overbroad and seeks information not relevant to the subject matter of this lawsuit or reasonably calculated to lead to the discovery of admissible

LARIAN'S RESPONSE TO MATTEL'S 1ST
SET OF REQUESTS FOR PRODUCTION
CV 04-9049 SGL (RNBX)

EXHIBIT __3__, PAGE _292_

1  evidence. Larian also objects to this request on the grounds that it is overbroad,

2  unduly burdensome, and oppressive in seeking documents that show Larian's

3  profits from the sale of all Bratz dolls to every customer to whom Larian, MGA, or

4  its licenses have ever sold any Bratz dolls. Larian also objects to this request on the

5  grounds that it seeks confidential, proprietary or commercially sensitive

6  information, the disclosure of which would be inimical to the business interests of

7  Larian and one or more third parties. Larian also objects to this request to the

8  extent it seeks information the disclosure of which would implicate the rights of

9  third parties to protect private, confidential, proprietary or trade secret information.

10 Larian also objects to this request to the extent it calls for the disclosure of attorney-

11 client privileged information or information protected from disclosure by the work-

12 product doctrine, joint defense or common interest privilege, or other privilege.

13 Larian also objects to this request to the extent it seeks documents not within

14 Larian's possession, custody or control.

15 **REQUEST FOR PRODUCTION NO. 237:**

16          DOCUMENTS sufficient to show customer returns to YOU of

17 BRATZ DOLLS sold or distributed by MGA or its licensees.

18 **RESPONSE TO REQUEST FOR PRODUCTION NO. 237:**

19          Larian incorporates by reference the above-stated general objections as

20 if fully set forth herein. Larian also specifically objects to this request on the

21 grounds that it is overbroad and seeks information not relevant to the subject matter

22 of this lawsuit or reasonably calculated to lead to the discovery of admissible

23 evidence. Larian also objects to this request on the grounds that it is overbroad,

24 unduly burdensome, and oppressive in seeking documents that show customer

25 returns to Larian of Bratz dolls sold or distributed by MGA or its licensees. Larian

26 also objects to this request on the grounds that it seeks confidential, proprietary or

27 commercially sensitive information, the disclosure of which would be inimical to

28 the business interests of Larian and one or more third parties. Larian also objects to

LARIAN'S RESPONSE TO MATTEL'S 1ST
SET OF REQUESTS FOR PRODUCTION
CV 04-9049 SGL (RNBX)

EXHIBIT __3__, PAGE _293_

1   this request to the extent it seeks information the disclosure of which would

2   implicate the rights of third parties to protect private, confidential, proprietary or

3   trade secret information.  Larian also objects to this request to the extent it calls for

4   the disclosure of attorney-client privileged information or information protected

5   from disclosure by the work-product doctrine, joint defense or common interest

6   privilege, or other privilege.  Larian also objects to this request to the extent it seeks

7   documents not within Larian's possession, custody or control.

8   **REQUEST FOR PRODUCTION NO. 238:**

9          DOCUMENTS sufficient to show customer rebates or credits given by

10  MGA or its licensees to customers in connection with BRATZ DOLLS.

11  **RESPONSE TO REQUEST FOR PRODUCTION NO. 238:**

12         Larian incorporates by reference the above-stated general objections as

13  if fully set forth herein.  Larian also specifically objects to this request on the

14  grounds that it is overbroad and seeks information not relevant to the subject matter

15  of this lawsuit or reasonably calculated to lead to the discovery of admissible

16  evidence.  Larian also objects to this request on the grounds that it is overbroad,

17  unduly burdensome, and oppressive in seeking documents that show customer

18  rebates or credits given by MGA or its licensees to customers in connection with

19  Bratz dolls.  Larian also objects to this request on the grounds that it seeks

20  confidential, proprietary or commercially sensitive information, the disclosure of

21  which would be inimical to the business interests of Larian and one or more third

22  parties.  Larian also objects to this request to the extent it seeks information the

23  disclosure of which would implicate the rights of third parties to protect private,

24  confidential, proprietary or trade secret information.  Larian also objects to this

25  request to the extent it calls for the disclosure of attorney-client privileged

26  information or information protected from disclosure by the work-product doctrine,

27  joint defense or common interest privilege, or other privilege.  Larian also objects

28  to this request to the extent it seeks documents not within Larian's possession,

- 222 -

LARIAN'S RESPONSE TO MATTEL'S 1ST
SET OF REQUESTS FOR PRODUCTION
CV 04-9049 SGL (RNBX)

EXHIBIT __3__, PAGE _294_

1   custody or control.

2          Subject to the foregoing, Larian will produce any personal documents

3   that are relevant and responsive to the request, if any, and that have not already

4   been produced, that he discovers in the course of his reasonable search and diligent

5   inquiry, which are within the permissible scope of discovery, and to which no

6   privilege or other protection applies, including without limitation, the attorney-

7   client privilege or attorney's work product doctrine.

8   **REQUEST FOR PRODUCTION NO. 239:**

9          DOCUMENTS sufficient to show, by product number or SKU, the

10   number of units of each BRATZ DOLL sold by MGA or its licensees.

11   **RESPONSE TO REQUEST FOR PRODUCTION NO. 239:**

12          Larian incorporates by reference the above-stated general objections as

13   if fully set forth herein. Larian also specifically objects to this request on the

14   grounds that it is overbroad and seeks information not relevant to the subject matter

15   of this lawsuit or reasonably calculated to lead to the discovery of admissible

16   evidence. Larian also objects to this request on the grounds that it is overbroad,

17   unduly burdensome, and oppressive in seeking documents that show, by product

18   number or SKU, all units of Bratz dolls sold by MGA or its licensees. Larian also

19   objects to this request on the grounds that it seeks confidential, proprietary or

20   commercially sensitive information, the disclosure of which would be inimical to

21   the business interests of Larian and one or more third parties. Larian also objects to

22   this request to the extent it seeks information the disclosure of which would

23   implicate the rights of third parties to protect private, confidential, proprietary or

24   trade secret information. Larian also objects to this request to the extent it calls for

25   the disclosure of attorney-client privileged information or information protected

26   from disclosure by the work-product doctrine, joint defense or common interest

27   privilege, or other privilege. Larian also objects to this request to the extent it seeks

28   documents not within Larian's possession, custody or control.

LARIAN'S RESPONSE TO MATTEL'S 1ST
SET OF REQUESTS FOR PRODUCTION
CV 04-9049 SGL (RNBX)

EXHIBIT 3 , PAGE 295

1         Subject to the foregoing, Larian will produce any personal documents

2    that are relevant and responsive to the request, if any, and that have not already

3    been produced, that he discovers in the course of his reasonable search and diligent

4    inquiry, which are within the permissible scope of discovery, and to which no

5    privilege or other protection applies, including without limitation, the attorney-

6    client privilege or attorney's work product doctrine.

7    **REQUEST FOR PRODUCTION NO. 240:**

8         DOCUMENTS sufficient to show, by product number or SKU, the

9    revenue received by YOU from the sale of each BRATZ DOLL sold by MGA or its

10   licensees.

11   **RESPONSE TO REQUEST FOR PRODUCTION NO. 240:**

12        Larian incorporates by reference the above-stated general objections as

13   if fully set forth herein.  Larian also specifically objects to this request on the

14   grounds that it is overbroad and seeks information not relevant to the subject matter

15   of this lawsuit or reasonably calculated to lead to the discovery of admissible

16   evidence.  Larian also objects to this request on the grounds that it is overbroad,

17   unduly burdensome, and oppressive in seeking documents that show, by product

18   number or SKU, the revenue received by Larian from the sale of all Bratz dolls sold

19   by MGA or its licensees.  Larian also objects to this request on the grounds that it

20   seeks confidential, proprietary or commercially sensitive information, the

21   disclosure of which would be inimical to the business interests of Larian and one or

22   more third parties.  Larian also objects to this request to the extent it seeks

23   information the disclosure of which would implicate the rights of third parties to

24   protect private, confidential, proprietary or trade secret information.  Larian also

25   objects to this request to the extent it calls for the disclosure of attorney-client

26   privileged information or information protected from disclosure by the work-

27   product doctrine, joint defense or common interest privilege, or other privilege.

28   Larian also objects to this request to the extent it seeks documents not within

LARIAN'S RESPONSE TO MATTEL'S 1ST
SET OF REQUESTS FOR PRODUCTION
CV 04-9049 SGL (RNBX)

EXHIBIT __3__ , PAGE __296__

1  Larian's possession, custody or control.

2  **REQUEST FOR PRODUCTION NO. 241:**

3          DOCUMENTS sufficient to show, by product number or SKU, YOUR

4  cost of goods sold, unit cost and other costs for each BRATZ DOLL sold by MGA

5  or its licensees.

6  **RESPONSE TO REQUEST FOR PRODUCTION NO. 241:**

7          Larian incorporates by reference the above-stated general objections as

8  if fully set forth herein.  Larian also specifically objects to this request on the

9  grounds that it is overbroad and seeks information not relevant to the subject matter

10  of this lawsuit or reasonably calculated to lead to the discovery of admissible

11  evidence.  Larian also objects to this request on the grounds that it is overbroad,

12  unduly burdensome, and oppressive in seeking documents that show, by product

13  number or SKU, Larian's cost of goods sold, unit cost, and other costs for all Bratz

14  dolls sold by MGA or its licensees.  Larian also objects to this request on the

15  grounds that it seeks confidential, proprietary or commercially sensitive

16  information, the disclosure of which would be inimical to the business interests of

17  Larian and one or more third parties.  Larian also objects to this request to the

18  extent it seeks information the disclosure of which would implicate the rights of

19  third parties to protect private, confidential, proprietary or trade secret information.

20  Larian also objects to this request to the extent it calls for the disclosure of attorney-

21  client privileged information or information protected from disclosure by the work-

22  product doctrine, joint defense or common interest privilege, or other privilege.

23  Larian also objects to this request to the extent it seeks documents not within

24  Larian's possession, custody or control.

25  **REQUEST FOR PRODUCTION NO. 242:**

26          All DOCUMENTS that evidence, reflect or REFER OR RELATE TO

27  YOUR profits, by product number or SKU, from the sale of each BRATZ DOLL

28  sold by MGA or its licensees.

- 225 -

LARIAN'S RESPONSE TO MATTEL'S 1ST
SET OF REQUESTS FOR PRODUCTION
CV 04-9049 SGL (RNBX)

EXHIBIT  3 , PAGE 297

1    **RESPONSE TO REQUEST FOR PRODUCTION NO. 242:**

2         Larian incorporates by reference the above-stated general objections as

3   if fully set forth herein. Larian also specifically objects to this request on the

4   grounds that it is overbroad and seeks information not relevant to the subject matter

5   of this lawsuit or reasonably calculated to lead to the discovery of admissible

6   evidence. Larian also objects to this request on the grounds that it is overbroad,

7   unduly burdensome, and oppressive in seeking documents that evidence, reflect or

8   refer or relate, by product number or SKU, Larian's profits from the sale of all

9   Bratz dolls sold by MGA or its licensees. Larian also objects to this request on the

10   grounds that it seeks confidential, proprietary or commercially sensitive

11   information, the disclosure of which would be inimical to the business interests of

12   Larian and one or more third parties. Larian also objects to this request to the

13   extent it seeks information the disclosure of which would implicate the rights of

14   third parties to protect private, confidential, proprietary or trade secret information.

15   Larian also objects to this request to the extent it calls for the disclosure of attorney-

16   client privileged information or information protected from disclosure by the work-

17   product doctrine, joint defense or common interest privilege, or other privilege.

18   Larian also objects to this request to the extent it seeks documents not within

19   Larian's possession, custody or control.

20   **REQUEST FOR PRODUCTION NO. 243:**

21         For each customer to whom YOU or YOUR licensees have ever sold

22   any BRATZ DOLL, DOCUMENTS sufficient to show, by product number or

23   SKU, the number of units of each such BRATZ DOLL sold by MGA or its

24   licensees to that customer.

25   **RESPONSE TO REQUEST FOR PRODUCTION NO. 243:**

26         Larian incorporates by reference the above-stated general objections as

27   if fully set forth herein. Larian also specifically objects to this request on the

28   grounds that it is overbroad and seeks information not relevant to the subject matter

LARIAN'S RESPONSE TO MATTEL'S 1ST
SET OF REQUESTS FOR PRODUCTION
CV 04-9049 SGL (RNBX)

EXHIBIT 3 , PAGE 278

1   of this lawsuit or reasonably calculated to lead to the discovery of admissible

2   evidence.  Larian also objects to this request on the grounds that it is overbroad,

3   unduly burdensome, and oppressive in seeking documents that show, by product

4   number or SKU, the number of units of all Bratz dolls sold to all customers by

5   MGA or its licensees.  Larian also objects to this request on the grounds that it

6   seeks confidential, proprietary or commercially sensitive information, the

7   disclosure of which would be inimical to the business interests of Larian and one or

8   more third parties.  Larian also objects to this request to the extent it seeks

9   information the disclosure of which would implicate the rights of third parties to

10  protect private, confidential, proprietary or trade secret information.  Larian also

11  objects to this request to the extent it calls for the disclosure of attorney-client

12  privileged information or information protected from disclosure by the work-

13  product doctrine, joint defense or common interest privilege, or other privilege.

14  Larian also objects to this request to the extent it seeks documents not within

15  Larian's possession, custody or control.

16  **REQUEST FOR PRODUCTION NO. 244:**

17          For each customer to whom YOU or YOUR licensees have ever sold

18  any BRATZ DOLL, DOCUMENTS sufficient to show, by product number or

19  SKU, the revenue received by YOU from each such BRATZ DOLL sold by MGA

20  or its licensees to that customer.

21  **RESPONSE TO REQUEST FOR PRODUCTION NO. 244:**

22          Larian incorporates by reference the above-stated general objections as

23  if fully set forth herein. Larian also specifically objects to this request on the

24  grounds that it is overbroad and seeks information not relevant to the subject matter

25  of this lawsuit or reasonably calculated to lead to the discovery of admissible

26  evidence.  Larian also objects to this request on the grounds that it is overbroad,

27  unduly burdensome, and oppressive in seeking documents that show, by product

28  number or SKU, the revenue received by Larian from the sale of all Bratz dolls sold

- 227 -

EXHIBIT _3_ , PAGE _299_

1 to all customers by MGA or its licensees. Larian also objects to this request on the

2 grounds that it seeks confidential, proprietary or commercially sensitive

3 information, the disclosure of which would be inimical to the business interests of

4 Larian and one or more third parties. Larian also objects to this request to the

5 extent it seeks information the disclosure of which would implicate the rights of

6 third parties to protect private, confidential, proprietary or trade secret information.

7 Larian also objects to this request to the extent it calls for the disclosure of attorney-

8 client privileged information or information protected from disclosure by the work-

9 product doctrine, joint defense or common interest privilege, or other privilege.

10 Larian also objects to this request to the extent it seeks documents not within

11 Larian's possession, custody or control.

12 **REQUEST FOR PRODUCTION NO. 245:**

13 For each customer to whom YOU or YOUR licensees have ever sold

14 any BRATZ DOLL, DOCUMENTS sufficient to show, by product number or

15 SKU, YOUR profits from each such BRATZ DOLL sold by MGA or its licensees

16 to that customer.

17 **RESPONSE TO REQUEST FOR PRODUCTION NO. 245:**

18 Larian incorporates by reference the above-stated general objections as

19 if fully set forth herein. Larian also specifically objects to this request on the

20 grounds that it is overbroad and seeks information not relevant to the subject matter

21 of this lawsuit or reasonably calculated to lead to the discovery of admissible

22 evidence. Larian also objects to this request on the grounds that it is overbroad,

23 unduly burdensome, and oppressive in seeking documents that show, by product

24 number or SKU, Larian's profits from the sale of all Bratz dolls sold to all

25 customers by MGA or its licensees. Larian also objects to this request on the

26 grounds that it seeks confidential, proprietary or commercially sensitive

27 information, the disclosure of which would be inimical to the business interests of

28 Larian and one or more third parties. Larian also objects to this request to the

- 228 -

LARIAN'S RESPONSE TO MATTEL'S 1ST
SET OF REQUESTS FOR PRODUCTION
CV 04-9049 SGL (RNBX)

EXHIBIT __3__, PAGE __300__

1   extent it seeks information the disclosure of which would implicate the rights of

2   third parties to protect private, confidential, proprietary or trade secret information.

3   Larian also objects to this request to the extent it calls for the disclosure of attorney-

4   client privileged information or information protected from disclosure by the work-

5   product doctrine, joint defense or common interest privilege, or other privilege.

6   Larian also objects to this request to the extent it seeks documents not within

7   Larian's possession, custody or control.

8   **REQUEST FOR PRODUCTION NO. 246:**

9           DOCUMENTS sufficient to show the revenue and profits derived by

10   YOU from the sale by MGA or its licensees of BRATZ DOLLS including, without

11   limitation, DOCUMENTS sufficient to show sales revenue, costs of goods sold,

12   variable costs, gross margins, royalties paid and received, gross profits and nets

13   profits.

14   **RESPONSE TO REQUEST FOR PRODUCTION NO. 246:**

15           Larian incorporates by reference the above-stated general objections as

16   if fully set forth herein.  Larian also specifically objects to this request on the

17   grounds that it is overbroad and seeks information not relevant to the subject matter

18   of this lawsuit or reasonably calculated to lead to the discovery of admissible

19   evidence.  Larian also objects to this request on the grounds that it is overbroad,

20   unduly burdensome, and oppressive in seeking documents that show the revenues

21   and profits derived by Larian from the sale of all Bratz dolls by MGA or its

22   licensees.  Larian also objects to this request on the grounds that it seeks

23   confidential, proprietary or commercially sensitive information, the disclosure of

24   which would be inimical to the business interests of Larian and one or more third

25   parties.  Larian also objects to this request to the extent it seeks information the

26   disclosure of which would implicate the rights of third parties to protect private,

27   confidential, proprietary or trade secret information.  Larian also objects to this

28   request to the extent it calls for the disclosure of attorney-client privileged

LARIAN'S RESPONSE TO MATTEL'S 1ST
SET OF REQUESTS FOR PRODUCTION
CV 04-9049 SGL (RNBX)

EXHIBIT __3__, PAGE 301

1   information or information protected from disclosure by the work-product doctrine,

2   joint defense or common interest privilege, or other privilege. Larian also objects

3   to this request to the extent it seeks documents not within Larian's possession,

4   custody or control.

5   **REQUEST FOR PRODUCTION NO. 247:**

6          DOCUMENTS sufficient to show the number of units of each BRATZ

7   PRODUCT sold by MGA or its licensees.

8   **RESPONSE TO REQUEST FOR PRODUCTION NO. 247:**

9          Larian incorporates by reference the above-stated general objections as

10  if fully set forth herein. Larian also specifically objects to this request on the

11  grounds that it is overbroad and seeks information not relevant to the subject matter

12  of this lawsuit or reasonably calculated to lead to the discovery of admissible

13  evidence. Larian also objects to this request on the grounds that it is overbroad,

14  unduly burdensome, and oppressive in seeking documents that show, by product

15  number or SKU, the revenue received from the sale of all Bratz products sold to all

16  customers by MGA or its licensees. Larian also objects to this request on the

17  grounds that it seeks confidential, proprietary or commercially sensitive

18  information, the disclosure of which would be inimical to the business interests of

19  Larian and one or more third parties. Larian also objects to this request to the

20  extent it seeks information the disclosure of which would implicate the rights of

21  third parties to protect private, confidential, proprietary or trade secret information.

22  Larian also objects to this request to the extent it calls for the disclosure of attorney-

23  client privileged information or information protected from disclosure by the work-

24  product doctrine, joint defense or common interest privilege, or other privilege.

25  Larian also objects to this request to the extent it seeks documents not within

26  Larian's possession, custody or control.

27         Subject to the foregoing, Larian will produce any personal documents

28  that are relevant and responsive to the request, if any, and that have not already

LARIAN'S RESPONSE TO MATTEL'S 1ST
SET OF REQUESTS FOR PRODUCTION
CV 04-9049 SGL (RNBX)

EXHIBIT __3__, PAGE 302

1    been produced, that he discovers in the course of his reasonable search and diligent

2    inquiry, which are within the permissible scope of discovery, and to which no

3    privilege or other protection applies, including without limitation, the attorney-

4    client privilege or attorney's work product doctrine.

5    **REQUEST FOR PRODUCTION NO. 248:**

6            DOCUMENTS sufficient to show the revenue received by YOU from

7    the sale of each BRATZ PRODUCT sold by MGA or its licensees.

8    **RESPONSE TO REQUEST FOR PRODUCTION NO. 248:**

9            Larian incorporates by reference the above-stated general objections as

10   if fully set forth herein.  Larian also specifically objects to this request on the

11   grounds that it is overbroad and seeks information not relevant to the subject matter

12   of this lawsuit or reasonably calculated to lead to the discovery of admissible

13   evidence.  Larian also objects to this request on the grounds that it is overbroad,

14   unduly burdensome, and oppressive in seeking documents that show the revenue

15   received by Larian from the sale of all Bratz products by MGA or its licensees.

16   Larian also objects to this request on the grounds that it seeks confidential,

17   proprietary or commercially sensitive information, the disclosure of which would

18   be inimical to the business interests of Larian and one or more third parties.  Larian

19   also objects to this request to the extent it seeks information the disclosure of which

20   would implicate the rights of third parties to protect private, confidential,

21   proprietary or trade secret information.  Larian also objects to this request to the

22   extent it calls for the disclosure of attorney-client privileged information or

23   information protected from disclosure by the work-product doctrine, joint defense

24   or common interest privilege, or other privilege.  Larian also objects to this request

25   to the extent it seeks documents not within Larian's possession, custody or control.

26   **REQUEST FOR PRODUCTION NO. 249:**

27            DOCUMENTS sufficient to show YOUR cost of goods sold, unit cost

28   and other costs for each BRATZ PRODUCT sold by MGA or its licensees.

LARIAN'S RESPONSE TO MATTEL'S 1ST
SET OF REQUESTS FOR PRODUCTION
CV 04-9049 SGL (RNBX)

EXHIBIT __3__ , PAGE __303__

1  **RESPONSE TO REQUEST FOR PRODUCTION NO. 249:**

2          Larian incorporates by reference the above-stated general objections as

3  if fully set forth herein.  Larian also specifically objects to this request on the

4  grounds that it is overbroad and seeks information not relevant to the subject matter

5  of this lawsuit or reasonably calculated to lead to the discovery of admissible

6  evidence.  Larian also objects to this request on the grounds that it is overbroad,

7  unduly burdensome, and oppressive in seeking documents that show Larian's cost

8  of goods sold, unit cost, and other costs for all Bratz products sold by MGA or its

9  licensees.  Larian also objects to this request on the grounds that it seeks

10 confidential, proprietary or commercially sensitive information, the disclosure of

11 which would be inimical to the business interests of Larian and one or more third

12 parties.  Larian also objects to this request to the extent it seeks information the

13 disclosure of which would implicate the rights of third parties to protect private,

14 confidential, proprietary or trade secret information.  Larian also objects to this

15 request to the extent it calls for the disclosure of attorney-client privileged

16 information or information protected from disclosure by the work-product doctrine,

17 joint defense or common interest privilege, or other privilege.  Larian also objects

18 to this request to the extent it seeks documents not within Larian's possession,

19 custody or control.

20 **REQUEST FOR PRODUCTION NO. 250:**

21         All DOCUMENTS that evidence, reflect or REFER OR RELATE TO

22 YOUR profits from the sale of each BRATZ PRODUCT sold by MGA or its

23 licensees.

24 **RESPONSE TO REQUEST FOR PRODUCTION NO. 250:**

25         Larian incorporates by reference the above-stated general objections as

26 if fully set forth herein.  Larian also specifically objects to this request on the

27 grounds that it is overbroad and seeks information not relevant to the subject matter

28 of this lawsuit or reasonably calculated to lead to the discovery of admissible

LARIAN'S RESPONSE TO MATTEL'S 1ST
SET OF REQUESTS FOR PRODUCTION
CV 04-9049 SGL (RNBX)

EXHIBIT __3__ , PAGE __304__

1    evidence. Larian also objects to this request on the grounds that it is overbroad,

2    unduly burdensome, and oppressive in seeking documents that evidence, reflect, or

3    refer or relate to Larian's profits from the sale of all Bratz products sold by MGA or

4    its licensees. Larian also objects to this request on the grounds that it seeks

5    confidential, proprietary or commercially sensitive information, the disclosure of

6    which would be inimical to the business interests of Larian and one or more third

7    parties. Larian also objects to this request to the extent it seeks information the

8    disclosure of which would implicate the rights of third parties to protect private,

9    confidential, proprietary or trade secret information. Larian also objects to this

10   request to the extent it calls for the disclosure of attorney-client privileged

11   information or information protected from disclosure by the work-product doctrine,

12   joint defense or common interest privilege, or other privilege. Larian also objects

13   to this request to the extent it seeks documents not within Larian's possession,

14   custody or control.

15   **REQUEST FOR PRODUCTION NO. 251:**

16        DOCUMENTS sufficient to IDENTIFY all customers to whom MGA

17   or its licensees have ever sold any BRATZ PRODUCT.

18   **RESPONSE TO REQUEST FOR PRODUCTION NO. 251:**

19        Larian incorporates by reference the above-stated general objections as

20   if fully set forth herein. Larian also specifically objects to this request on the

21   grounds that it is overbroad and seeks information not relevant to the subject matter

22   of this lawsuit or reasonably calculated to lead to the discovery of admissible

23   evidence. Larian also objects to this request on the grounds that it is overbroad,

24   unduly burdensome, and oppressive in seeking documents that identify all

25   customers to whom MGA or its licensees has ever sold any Bratz product. Larian

26   also objects to this request on the grounds that it seeks confidential, proprietary or

27   commercially sensitive information, the disclosure of which would be inimical to

28   the business interests of Larian and one or more third parties. Larian also objects to

LARIAN'S RESPONSE TO MATTEL'S 1ST
SET OF REQUESTS FOR PRODUCTION
CV 04-9049 SGL (RNBX)

EXHIBIT __3__ , PAGE __305__

1  this request to the extent it seeks information the disclosure of which would

2  implicate the rights of third parties to protect private, confidential, proprietary or

3  trade secret information.  Larian also objects to this request to the extent it calls for

4  the disclosure of attorney-client privileged information or information protected

5  from disclosure by the work-product doctrine, joint defense or common interest

6  privilege, or other privilege.  Larian also objects to this request to the extent it seeks

7  documents not within Larian's possession, custody or control.

8        Subject to the foregoing, Larian will produce any personal documents

9  that are relevant and responsive to the request, if any, and that have not already

10  been produced, that he discovers in the course of his reasonable search and diligent

11  inquiry, which are within the permissible scope of discovery, and to which no

12  privilege or other protection applies, including without limitation, the attorney-

13  client privilege or attorney's work product doctrine.

14  **REQUEST FOR PRODUCTION NO. 252:**

15        For each customer to whom MGA or its licensees have ever sold any

16  BRATZ PRODUCT, DOCUMENTS sufficient to show the number of units of each

17  such BRATZ PRODUCT sold by MGA or its licensees to that customer.

18  **RESPONSE TO REQUEST FOR PRODUCTION NO. 252:**

19        Larian incorporates by reference the above-stated general objections as

20  if fully set forth herein.  Larian also specifically objects to this request on the

21  grounds that it is overbroad and seeks information not relevant to the subject matter

22  of this lawsuit or reasonably calculated to lead to the discovery of admissible

23  evidence.  Larian also objects to this request on the grounds that it is overbroad,

24  unduly burdensome, and oppressive in seeking documents that show the number of

25  units of all Bratz products sold to all customers by MGA or its licensees.  Larian

26  also objects to this request on the grounds that it seeks confidential, proprietary or

27  commercially sensitive information, the disclosure of which would be inimical to

28  the business interests of Larian and one or more third parties.  Larian also objects to

- 234 -

LARIAN'S RESPONSE TO MATTEL'S 1ST
SET OF REQUESTS FOR PRODUCTION
CV 04-9049 SGL (RNBX)

EXHIBIT __3__ , PAGE 3̶0̶6̶

1   this request to the extent it seeks information the disclosure of which would
2   implicate the rights of third parties to protect private, confidential, proprietary or
3   trade secret information.  Larian also objects to this request to the extent it calls for
4   the disclosure of attorney-client privileged information or information protected
5   from disclosure by the work-product doctrine, joint defense or common interest
6   privilege, or other privilege.  Larian also objects to this request to the extent it seeks
7   documents not within Larian's possession, custody or control.

8          Subject to the foregoing, Larian will produce any personal documents
9   that are relevant and responsive to the request, if any, and that have not already
10  been produced, that he discovers in the course of his reasonable search and diligent
11  inquiry, which are within the permissible scope of discovery, and to which no
12  privilege or other protection applies, including without limitation, the attorney-
13  client privilege or attorney's work product doctrine.

14  **REQUEST FOR PRODUCTION NO. 253:**

15         For each customer to whom MGA or its licensees have ever sold any
16  BRATZ PRODUCT, documents sufficient to show the revenue received by YOU
17  from each such BRATZ PRODUCT sold by MGA or its licensees to that customer.

18  **RESPONSE TO REQUEST FOR PRODUCTION NO. 253:**

19         Larian incorporates by reference the above-stated general objections as
20  if fully set forth herein.  Larian also specifically objects to this request on the
21  grounds that it is overbroad and seeks information not relevant to the subject matter
22  of this lawsuit or reasonably calculated to lead to the discovery of admissible
23  evidence.  Larian also objects to this request on the grounds that it is overbroad,
24  unduly burdensome, and oppressive in seeking documents that show the revenue
25  received by Larian from the sale of all Bratz products to all customers by MGA or
26  its licensees.  Larian also objects to this request on the grounds that it seeks
27  confidential, proprietary or commercially sensitive information, the disclosure of
28  which would be inimical to the business interests of Larian and one or more third

LARIAN'S RESPONSE TO MATTEL'S 1ST
SET OF REQUESTS FOR PRODUCTION
CV 04-9049 SGL (RNBX)

EXHIBIT  3 , PAGE  207

1   parties. Larian also objects to this request to the extent it seeks information the

2   disclosure of which would implicate the rights of third parties to protect private,

3   confidential, proprietary or trade secret information. Larian also objects to this

4   request to the extent it calls for the disclosure of attorney-client privileged

5   information or information protected from disclosure by the work-product doctrine,

6   joint defense or common interest privilege, or other privilege. Larian also objects

7   to this request to the extent it seeks documents not within Larian's possession,

8   custody or control.

9   **REQUEST FOR PRODUCTION NO. 254:**

10          For each customer to whom MGA or its licensees have ever sold any

11  BRATZ PRODUCT, documents sufficient to show YOUR profits from each such

12  BRATZ PRODUCT sold by MGA or its licensees to that customer.

13  **RESPONSE TO REQUEST FOR PRODUCTION NO. 254:**

14          Larian incorporates by reference the above-stated general objections as

15  if fully set forth herein. Larian also specifically objects to this request on the

16  grounds that it is overbroad and seeks information not relevant to the subject matter

17  of this lawsuit or reasonably calculated to lead to the discovery of admissible

18  evidence. Larian also objects to this request on the grounds that it is overbroad,

19  unduly burdensome, and oppressive in seeking documents that show Larian's

20  profits from the sale of all Bratz products to all customers by MGA or its licensees.

21  Larian also objects to this request on the grounds that it seeks confidential,

22  proprietary or commercially sensitive information, the disclosure of which would

23  be inimical to the business interests of Larian and one or more third parties. Larian

24  also objects to this request to the extent it seeks information the disclosure of which

25  would implicate the rights of third parties to protect private, confidential,

26  proprietary or trade secret information. Larian also objects to this request to the

27  extent it calls for the disclosure of attorney-client privileged information or

28  information protected from disclosure by the work-product doctrine, joint defense

- 236 -

LARIAN'S RESPONSE TO MATTEL'S 1ST
SET OF REQUESTS FOR PRODUCTION
CV 04-9049 SGL (RNBX)

EXHIBIT __3__ , PAGE 308

1  or common interest privilege, or other privilege.  Larian also objects to this request

2  to the extent it seeks documents not within Larian's possession, custody or control.

3  **REQUEST FOR PRODUCTION NO. 255:**

4  　　　　DOCUMENTS sufficient to show customer returns to MGA of

5  BRATZ PRODUCTS sold or distributed by MGA or its licensees.

6  **RESPONSE TO REQUEST FOR PRODUCTION NO. 255:**

7  　　　　Larian incorporates by reference the above-stated general objections as

8  if fully set forth herein.  Larian also specifically objects to this request on the

9  grounds that it is overbroad and seeks information not relevant to the subject matter

10  of this lawsuit or reasonably calculated to lead to the discovery of admissible

11  evidence.  Larian also objects to this request on the grounds that it is overbroad,

12  unduly burdensome, and oppressive in seeking documents that show customer

13  returns to MGA of all Bratz products sold or distributed by MGA or its licensees.

14  Larian also objects to this request on the grounds that it seeks confidential,

15  proprietary or commercially sensitive information, the disclosure of which would

16  be inimical to the business interests of Larian and one or more third parties.  Larian

17  also objects to this request to the extent it seeks information the disclosure of which

18  would implicate the rights of third parties to protect private, confidential,

19  proprietary or trade secret information.  Larian also objects to this request to the

20  extent it calls for the disclosure of attorney-client privileged information or

21  information protected from disclosure by the work-product doctrine, joint defense

22  or common interest privilege, or other privilege.  Larian also objects to this request

23  to the extent it seeks documents not within Larian's possession, custody or control.

24  　　　　Subject to the foregoing, Larian will produce any personal documents

25  that are relevant and responsive to the request, if any, and that have not already

26  been produced, that he discovers in the course of his reasonable search and diligent

27  inquiry, which are within the permissible scope of discovery, and to which no

28  privilege or other protection applies, including without limitation, the attorney-

EXHIBIT __3__, PAGE 309

1   client privilege or attorney's work product doctrine.

2   **REQUEST FOR PRODUCTION NO. 256:**

3           DOCUMENTS sufficient to show customer rebates and credits given

4   by MGA or its licensees to customers in connection with BRATZ PRODUCTS.

5   **RESPONSE TO REQUEST FOR PRODUCTION NO. 256:**

6           Larian incorporates by reference the above-stated general objections as

7   if fully set forth herein.  Larian also specifically objects to this request on the

8   grounds that it is overbroad and seeks information not relevant to the subject matter

9   of this lawsuit or reasonably calculated to lead to the discovery of admissible

10  evidence.  Larian also objects to this request on the grounds that it is overbroad,

11  unduly burdensome, and oppressive in seeking documents that show customer

12  rebates and credits given by MGA or its licensees to all customers in connection

13  with Bratz products.  Larian also objects to this request on the grounds that it seeks

14  confidential, proprietary or commercially sensitive information, the disclosure of

15  which would be inimical to the business interests of Larian and one or more third

16  parties.  Larian also objects to this request to the extent it seeks information the

17  disclosure of which would implicate the rights of third parties to protect private,

18  confidential, proprietary or trade secret information.  Larian also objects to this

19  request to the extent it calls for the disclosure of attorney-client privileged

20  information or information protected from disclosure by the work-product doctrine,

21  joint defense or common interest privilege, or other privilege.  Larian also objects

22  to this request to the extent it seeks documents not within Larian's possession,

23  custody or control.

24          Subject to the foregoing, Larian will produce any personal documents

25  that are relevant and responsive to the request, if any, and that have not already

26  been produced, that he discovers in the course of his reasonable search and diligent

27  inquiry, which are within the permissible scope of discovery, and to which no

28  privilege or other protection applies, including without limitation, the attorney-

1  client privilege or attorney's work product doctrine.

2  **REQUEST FOR PRODUCTION NO. 257:**

3        DOCUMENTS sufficient to show, by product number or SKU, the

4  number of units of each BRATZ PRODUCT sold by MGA or its licensees.

5  **RESPONSE TO REQUEST FOR PRODUCTION NO. 257:**

6        Larian incorporates by reference the above-stated general objections as

7  if fully set forth herein. Larian also specifically objects to this request on the

8  grounds that it is overbroad and seeks information not relevant to the subject matter

9  of this lawsuit or reasonably calculated to lead to the discovery of admissible

10  evidence. Larian also objects to this request on the grounds that it is overbroad,

11  unduly burdensome, and oppressive in seeking documents that show, by product

12  number or SKU, the number of units of all Bratz products sold by MGA or its

13  licensees. Larian also objects to this request on the grounds that it seeks

14  confidential, proprietary or commercially sensitive information, the disclosure of

15  which would be inimical to the business interests of Larian and one or more third

16  parties. Larian also objects to this request to the extent it seeks information the

17  disclosure of which would implicate the rights of third parties to protect private,

18  confidential, proprietary or trade secret information. Larian also objects to this

19  request to the extent it calls for the disclosure of attorney-client privileged

20  information or information protected from disclosure by the work-product doctrine,

21  joint defense or common interest privilege, or other privilege. Larian also objects

22  to this request to the extent it seeks documents not within Larian's possession,

23  custody or control.

24        Subject to the foregoing, Larian will produce any personal documents

25  that are relevant and responsive to the request, if any, and that have not already

26  been produced, that he discovers in the course of his reasonable search and diligent

27  inquiry, which are within the permissible scope of discovery, and to which no

28  privilege or other protection applies, including without limitation, the attorney-

LARIAN'S RESPONSE TO MATTEL'S 1ST
SET OF REQUESTS FOR PRODUCTION
CV 04-9049 SGL (RNBX)

- 239 -

EXHIBIT __3__ , PAGE __311__

1  client privilege or attorney's work product doctrine.

2  **REQUEST FOR PRODUCTION NO. 258:**

3  DOCUMENTS sufficient to show, by product number or SKU, the

4  revenue received by YOU from the sale of each BRATZ PRODUCT sold by MGA

5  or its licensees.

6  **RESPONSE TO REQUEST FOR PRODUCTION NO. 258:**

7  Larian incorporates by reference the above-stated general objections as

8  if fully set forth herein. Larian also specifically objects to this request on the

9  grounds that it is overbroad and seeks information not relevant to the subject matter

10  of this lawsuit or reasonably calculated to lead to the discovery of admissible

11  evidence. Larian also objects to this request on the grounds that it is overbroad,

12  unduly burdensome, and oppressive in seeking documents that show, by product

13  number or SKU, the revenue received by Larian from the sale of all Bratz products

14  sold by MGA or its licensees. Larian also objects to this request on the grounds

15  that it seeks confidential, proprietary or commercially sensitive information, the

16  disclosure of which would be inimical to the business interests of Larian and one or

17  more third parties. Larian also objects to this request to the extent it seeks

18  information the disclosure of which would implicate the rights of third parties to

19  protect private, confidential, proprietary or trade secret information. Larian also

20  objects to this request to the extent it calls for the disclosure of attorney-client

21  privileged information or information protected from disclosure by the work-

22  product doctrine, joint defense or common interest privilege, or other privilege.

23  Larian also objects to this request to the extent it seeks documents not within

24  Larian's possession, custody or control.

25  **REQUEST FOR PRODUCTION NO. 259:**

26  DOCUMENTS sufficient to show, by product number or SKU, YOUR

27  cost of goods sold, unit cost and other costs for each BRATZ PRODUCT sold by

28  MGA or its licensees.

- 240 -

LARIAN'S RESPONSE TO MATTEL'S 1ST
SET OF REQUESTS FOR PRODUCTION
CV 04-9049 SGL (RNBX)

EXHIBIT __3__ , PAGE __312__

**RESPONSE TO REQUEST FOR PRODUCTION NO. 259:**

Larian incorporates by reference the above-stated general objections as if fully set forth herein. Larian also specifically objects to this request on the grounds that it is overbroad and seeks information not relevant to the subject matter of this lawsuit or reasonably calculated to lead to the discovery of admissible evidence. Larian also objects to this request on the grounds that it is overbroad, unduly burdensome, and oppressive in seeking documents that show, by product number or SKU, Larian's cost of goods sold, unit cost and other costs for all Bratz products sold by MGA or its licensees. Larian also objects to this request on the grounds that it seeks confidential, proprietary or commercially sensitive information, the disclosure of which would be inimical to the business interests of Larian and one or more third parties. Larian also objects to this request to the extent it seeks information the disclosure of which would implicate the rights of third parties to protect private, confidential, proprietary or trade secret information. Larian also objects to this request to the extent it calls for the disclosure of attorney-client privileged information or information protected from disclosure by the work-product doctrine, joint defense or common interest privilege, or other privilege. Larian also objects to this request to the extent it seeks documents not within Larian's possession, custody or control.

**REQUEST FOR PRODUCTION NO. 260:**

All DOCUMENTS that evidence, reflect or REFER OR RELATE TO YOUR or MGA's profits, by product number or SKU, from the sale of each BRATZ PRODUCT sold by MGA or its licensees.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 260:**

Larian incorporates by reference the above-stated general objections as if fully set forth herein. Larian also specifically objects to this request on the grounds that it is overbroad and seeks information not relevant to the subject matter of this lawsuit or reasonably calculated to lead to the discovery of admissible

LARIAN'S RESPONSE TO MATTEL'S 1ST
SET OF REQUESTS FOR PRODUCTION
CV 04-9049 SGL (RNBX)

EXHIBIT  3 , PAGE  313

1  evidence.  Larian also objects to this request on the grounds that it is overbroad,

2  unduly burdensome, and oppressive in seeking documents that reflect or refer or

3  relate, by product number or SKU, to Larian or MGA's profits from the sale of all

4  Bratz products by MGA or its licensees.  Larian also objects to this request on the

5  grounds that it seeks confidential, proprietary or commercially sensitive

6  information, the disclosure of which would be inimical to the business interests of

7  Larian and one or more third parties.  Larian also objects to this request to the

8  extent it seeks information the disclosure of which would implicate the rights of

9  third parties to protect private, confidential, proprietary or trade secret information.

10  Larian also objects to this request to the extent it calls for the disclosure of attorney-

11  client privileged information or information protected from disclosure by the work-

12  product doctrine, joint defense or common interest privilege, or other privilege.

13  Larian also objects to this request to the extent it seeks documents not within

14  Larian's possession, custody or control.

15  **REQUEST FOR PRODUCTION NO. 261:**

16          For each customer to whom MGA or its licensees have ever sold any

17  BRATZ PRODUCT, DOCUMENTS sufficient to show, by product number or

18  SKU, the number of units of each such BRATZ PRODUCT sold by MGA or its

19  licensees to that customer.

20  **RESPONSE TO REQUEST FOR PRODUCTION NO. 261:**

21          Larian incorporates by reference the above-stated general objections as

22  if fully set forth herein.  Larian also specifically objects to this request on the

23  grounds that it is overbroad and seeks information not relevant to the subject matter

24  of this lawsuit or reasonably calculated to lead to the discovery of admissible

25  evidence.  Larian also objects to this request on the grounds that it is overbroad,

26  unduly burdensome, and oppressive in seeking documents that show the number of

27  units of all Bratz products sold by Larian, MGA, or its licensees to every customer

28  to whom MGA or its licensees have ever sold any Bratz products.  Larian also

LARIAN'S RESPONSE TO MATTEL'S 1ST
SET OF REQUESTS FOR PRODUCTION
CV 04-9049 SGL (RNBX)

EXHIBIT __3__, PAGE _314_

1  objects to this request on the grounds that it seeks confidential, proprietary or

2  commercially sensitive information, the disclosure of which would be inimical to

3  the business interests of Larian and one or more third parties.  Larian also objects to

4  this request to the extent it seeks information the disclosure of which would

5  implicate the rights of third parties to protect private, confidential, proprietary or

6  trade secret information.  Larian also objects to this request to the extent it calls for

7  the disclosure of attorney-client privileged information or information protected

8  from disclosure by the work-product doctrine, joint defense or common interest

9  privilege, or other privilege.  Larian also objects to this request to the extent it seeks

10  documents not within Larian's possession, custody or control.

11          Subject to the foregoing, Larian will produce any personal documents

12  that are relevant and responsive to the request, if any, and that have not already

13  been produced, that he discovers in the course of his reasonable search and diligent

14  inquiry, which are within the permissible scope of discovery, and to which no

15  privilege or other protection applies, including without limitation, the attorney-

16  client privilege or attorney's work product doctrine.

17  **REQUEST FOR PRODUCTION NO. 262:**

18          For each customer to whom MGA or its licensees have ever sold any

19  BRATZ PRODUCT, DOCUMENTS sufficient to show, by product number or

20  SKU, the revenue received by YOU from each such BRATZ PRODUCT sold by

21  MGA or its licensees to that customer.

22  **RESPONSE TO REQUEST FOR PRODUCTION NO. 262:**

23          Larian incorporates by reference the above-stated general objections as

24  if fully set forth herein.  Larian also specifically objects to this request on the

25  grounds that it is overbroad and seeks information not relevant to the subject matter

26  of this lawsuit or reasonably calculated to lead to the discovery of admissible

27  evidence.  Larian also objects to this request on the grounds that it is overbroad,

28  unduly burdensome, and oppressive in seeking documents that show the revenue

- 243 -

LARIAN'S RESPONSE TO MATTEL'S 1ST
SET OF REQUESTS FOR PRODUCTION
CV 04-9049 SGL (RNBX)

EXHIBIT __3__, PAGE __315__

1  received by Larian from all Bratz products sold by MGA or its licensees to every

2  customer to whom MGA or its licenses have ever sold any Bratz products. Larian

3  also objects to this request on the grounds that it seeks confidential, proprietary or

4  commercially sensitive information, the disclosure of which would be inimical to

5  the business interests of Larian and one or more third parties. Larian also objects to

6  this request to the extent it seeks information the disclosure of which would

7  implicate the rights of third parties to protect private, confidential, proprietary or

8  trade secret information. Larian also objects to this request to the extent it calls for

9  the disclosure of attorney-client privileged information or information protected

10  from disclosure by the work-product doctrine, joint defense or common interest

11  privilege, or other privilege. Larian also objects to this request to the extent it seeks

12  documents not within Larian's possession, custody or control.

13  **REQUEST FOR PRODUCTION NO. 263:**

14        DOCUMENTS sufficient to show the revenue and profits derived by

15  YOU or MGA from the sale by YOU, MGA or its licensees of BRATZ

16  PRODUCTS including, without limitation, DOCUMENTS sufficient to show sales

17  revenue, costs of goods sold, variable costs, gross margins, royalties paid and

18  received, gross profits and nets profits.

19  **RESPONSE TO REQUEST FOR PRODUCTION NO. 263:**

20        Larian incorporates by reference the above-stated general objections as

21  if fully set forth herein. Larian also specifically objects to this request on the

22  grounds that it is overbroad and seeks information not relevant to the subject matter

23  of this lawsuit or reasonably calculated to lead to the discovery of admissible

24  evidence. Larian also objects to this request on the grounds that it is overbroad,

25  unduly burdensome, and oppressive in seeking documents that show the revenues

26  and profits derived by Larian or MGA from the sale of all Bratz products by MGA

27  or its licensees. Larian also objects to this request on the grounds that it seeks

28  confidential, proprietary or commercially sensitive information, the disclosure of

LARIAN'S RESPONSE TO MATTEL'S 1ST
SET OF REQUESTS FOR PRODUCTION
CV 04-9049 SGL (RNBX)

EXHIBIT  3  , PAGE  316

1  which would be inimical to the business interests of Larian and one or more third

2  parties.  Larian also objects to this request to the extent it seeks information the

3  disclosure of which would implicate the rights of third parties to protect private,

4  confidential, proprietary or trade secret information.  Larian also objects to this

5  request to the extent it calls for the disclosure of attorney-client privileged

6  information or information protected from disclosure by the work-product doctrine,

7  joint defense or common interest privilege, or other privilege.  Larian also objects

8  to this request to the extent it seeks documents not within Larian's possession,

9  custody or control.

10  **REQUEST FOR PRODUCTION NO. 264:**

11      DOCUMENTS sufficient to show the revenue and profits derived by

12  YOU or MGA from BRATZ MOVIES including, without limitation,

13  DOCUMENTS sufficient to show sales revenue, costs of goods sold, variable costs,

14  gross margins, royalties paid and received, gross profits and net profits.

15  **RESPONSE TO REQUEST FOR PRODUCTION NO. 264:**

16      Larian incorporates by reference the above-stated general objections as

17  if fully set forth herein.  Larian also specifically objects to this request on the

18  grounds that it is overbroad and seeks information not relevant to the subject matter

19  of this lawsuit or reasonably calculated to lead to the discovery of admissible

20  evidence.  Larian also objects to this request on the grounds that it is overbroad,

21  unduly burdensome, and oppressive in seeking documents that show the revenues

22  and profits derived by Larian or MGA from Bratz movies.  Larian also objects to

23  this request on the grounds that it seeks confidential, proprietary or commercially

24  sensitive information, the disclosure of which would be inimical to the business

25  interests of Larian and one or more third parties.  Larian also objects to this request

26  to the extent it seeks information the disclosure of which would implicate the rights

27  of third parties to protect private, confidential, proprietary or trade secret

28  information.  Larian also objects to this request to the extent it calls for the

- 245 -

LARIAN'S RESPONSE TO MATTEL'S 1ST
SET OF REQUESTS FOR PRODUCTION
CV 04-9049 SGL (RNBX)

EXHIBIT __3__, PAGE __317__

1  disclosure of attorney-client privileged information or information protected from

2  disclosure by the work-product doctrine, joint defense or common interest

3  privilege, or other privilege. Larian also objects to this request to the extent it seeks

4  documents not within Larian's possession, custody or control.

5  **REQUEST FOR PRODUCTION NO. 265:**

6        DOCUMENTS sufficient to show the revenue and profits derived by

7  YOU or MGA from BRATZ TELEVISION SHOWS including, without limitation,

8  DOCUMENTS sufficient to show sales revenue, costs of goods sold, variable costs,

9  gross margins, royalties paid and received, gross profits and net profits.

10  **RESPONSE TO REQUEST FOR PRODUCTION NO. 265:**

11        Larian incorporates by reference the above-stated general objections as

12  if fully set forth herein. Larian also specifically objects to this request on the

13  grounds that it is overbroad and seeks information not relevant to the subject matter

14  of this lawsuit or reasonably calculated to lead to the discovery of admissible

15  evidence. Larian also objects to this request on the grounds that it is overbroad,

16  unduly burdensome, and oppressive in seeking documents that show the revenues

17  and profits derived by Larian or MGA from Bratz television shows. Larian also

18  objects to this request on the grounds that it seeks confidential, proprietary or

19  commercially sensitive information, the disclosure of which would be inimical to

20  the business interests of Larian and one or more third parties. Larian also objects to

21  this request to the extent it seeks information the disclosure of which would

22  implicate the rights of third parties to protect private, confidential, proprietary or

23  trade secret information. Larian also objects to this request to the extent it calls for

24  the disclosure of attorney-client privileged information or information protected

25  from disclosure by the work-product doctrine, joint defense or common interest

26  privilege, or other privilege. Larian also objects to this request to the extent it seeks

27  documents not within Larian's possession, custody or control.

28

- 246 -

LARIAN'S RESPONSE TO MATTEL'S 1ST
SET OF REQUESTS FOR PRODUCTION
CV 04-9049 SGL (RNBX)

EXHIBIT  3 , PAGE  368

1  **REQUEST FOR PRODUCTION NO. 266:**

2          All quarterly and annual profit and loss statements for BRATZ.

3  **RESPONSE TO REQUEST FOR PRODUCTION NO. 266:**

4          Larian incorporates by reference the above-stated general objections as

5  if fully set forth herein.  Larian also specifically objects to this request on the

6  grounds that it is overbroad and seeks information not relevant to the subject matter

7  of this lawsuit or reasonably calculated to lead to the discovery of admissible

8  evidence.  Larian also objects to this request on the grounds that it is overbroad,

9  unduly burdensome, and oppressive in seeking all of MGA's quarterly and annual

10  profit and loss statements for Bratz.  Larian also objects to this request on the

11  grounds that it seeks confidential, proprietary or commercially sensitive

12  information, the disclosure of which would be inimical to the business interests of

13  Larian and one or more third parties.  Larian also objects to this request to the

14  extent it seeks information the disclosure of which would implicate the rights of

15  third parties to protect private, confidential, proprietary or trade secret information.

16  Larian also objects to this request to the extent it calls for the disclosure of attorney-

17  client privileged information or information protected from disclosure by the work-

18  product doctrine, joint defense or common interest privilege, or other privilege.

19  Larian also objects to this request to the extent it seeks documents not within

20  Larian's possession, custody or control.

21  **REQUEST FOR PRODUCTION NO. 267:**

22          All sales, profit and cash flow projections or forecasts for BRATZ

23  DOLLS, BRATZ PRODUCTS, BRATZ MOVIES and BRATZ TELEVISION

24  SHOWS.

25  **RESPONSE TO REQUEST FOR PRODUCTION NO. 267:**

26          Larian incorporates by reference the above-stated general objections as

27  if fully set forth herein.  Larian also specifically objects to this request on the

28  grounds that it is overbroad and seeks information not relevant to the subject matter

LARIAN'S RESPONSE TO MATTEL'S 1ST
SET OF REQUESTS FOR PRODUCTION
CV 04-9049 SGL (RNBX)

EXHIBIT __3__, PAGE __319__

1  of this lawsuit or reasonably calculated to lead to the discovery of admissible

2  evidence. Larian also objects to this request on the grounds that it is overbroad,

3  unduly burdensome, and oppressive in seeking all of MGA's profit and cash flow

4  projections and forecasts for Bratz dolls, Bratz products, Bratz movies, and Bratz

5  television shows. Larian also objects to this request on the grounds that it seeks

6  confidential, proprietary or commercially sensitive information, the disclosure of

7  which would be inimical to the business interests of Larian and one or more third

8  parties. Larian also objects to this request to the extent it seeks information the

9  disclosure of which would implicate the rights of third parties to protect private,

10 confidential, proprietary or trade secret information. Larian also objects to this

11 request to the extent it calls for the disclosure of attorney-client privileged

12 information or information protected from disclosure by the work-product doctrine,

13 joint defense or common interest privilege, or other privilege. Larian also objects

14 to this request to the extent it seeks documents not within Larian's possession,

15 custody or control.

16 **REQUEST FOR PRODUCTION NO. 268:**

17      All DOCUMENTS that REFER OR RELATE TO the value of the

18 BRATZ brand.

19 **RESPONSE TO REQUEST FOR PRODUCTION NO. 268:**

20      Larian incorporates by reference the above-stated general objections as

21 if fully set forth herein. Larian also specifically objects to this request on the

22 grounds that it is overbroad and seeks information not relevant to the subject matter

23 of this lawsuit or reasonably calculated to lead to the discovery of admissible

24 evidence. Larian also objects to this request on the grounds that it is overbroad,

25 unduly burdensome, and oppressive in seeking all documents that refer or relate to

26 the value of the Bratz brand. Larian also objects to this request on the grounds that

27 it is vague and ambiguous in that Larian cannot determine what is meant by or how

28 to calculate "the value of the Bratz brand." Larian also objects to this request on

- 248 -

LARIAN'S RESPONSE TO MATTEL'S 1ST
SET OF REQUESTS FOR PRODUCTION
CV 04-9049 SGL (RNBX)

EXHIBIT 3, PAGE 320

1   the grounds that it seeks confidential, proprietary or commercially sensitive

2   information, the disclosure of which would be inimical to the business interests of

3   Larian and one or more third parties.  Larian also objects to this request to the

4   extent it seeks information the disclosure of which would implicate the rights of

5   third parties to protect private, confidential, proprietary or trade secret information.

6   Larian also objects to this request to the extent it calls for the disclosure of attorney-

7   client privileged information or information protected from disclosure by the work-

8   product doctrine, joint defense or common interest privilege, or other privilege.

9   Larian also objects to this request to the extent it seeks documents not within

10  Larian's possession, custody or control.

11  **REQUEST FOR PRODUCTION NO. 269:**

12          DOCUMENTS sufficient to show or calculate YOUR net worth on a

13  yearly basis for each year from 1999 to the present.

14  **RESPONSE TO REQUEST FOR PRODUCTION NO. 269:**

15          Larian incorporates by reference the above-stated general objections as

16  if fully set forth herein. Larian also specifically objects to this request on the

17  grounds that it is overbroad and seeks information not relevant to the subject matter

18  of this lawsuit or reasonably calculated to lead to the discovery of admissible

19  evidence.  Larian also objects to this request on the grounds that it is overbroad,

20  unduly burdensome, and oppressive in seeking all documents sufficient to calculate

21  Larian's net worth on a yearly basis for each year from 1999 to the present.  Larian

22  also objects to this request on the grounds that it is vague and ambiguous in that

23  Larian cannot determine what is meant by "YOUR net worth." Larian also objects

24  to this request on the grounds that it seeks confidential, proprietary or commercially

25  sensitive information, the disclosure of which would be inimical to the business

26  interests of Larian and one or more third parties.  Larian also objects to this request

27  to the extent it seeks information the disclosure of which would implicate the rights

28  of third parties to protect private, confidential, proprietary or trade secret

LARIAN'S RESPONSE TO MATTEL'S 1ST
SET OF REQUESTS FOR PRODUCTION
CV 04-9049 SGL (RNBX)

**EXHIBIT 3, PAGE 301**

1    information.  Larian also objects to this request to the extent it calls for the

2    disclosure of attorney-client privileged information or information protected from

3    disclosure by the work-product doctrine, joint defense or common interest

4    privilege, or other privilege.  Larian also objects to this request to the extent it seeks

5    documents not within Larian's possession, custody or control.

6    **REQUEST FOR PRODUCTION NO. 270:**

7             All DOCUMENTS that evidence, reflect or REFER OR RELATE TO

8    the BRATZ DOLL'S share of the fashion doll market including, without limitation,

9    the extent to which Bratz has been or is gaining or losing market share in the

10   fashion doll market.

11   **RESPONSE TO REQUEST FOR PRODUCTION NO. 270:**

12            Larian incorporates by reference the above-stated general objections as

13   if fully set forth herein.  Larian also specifically objects to this request on the

14   grounds that it is overbroad and seeks information not relevant to the subject matter

15   of this lawsuit or reasonably calculated to lead to the discovery of admissible

16   evidence.  Larian further objects on the ground that the request is vague and

17   ambiguous.  Larian objects to the extent the documents are equally available to

18   Mattel from third parties.  Larian also objects to this request on the grounds that it

19   is overbroad, unduly burdensome, and oppressive in seeking all documents that

20   evidence, reflect or refer or relate to the Bratz doll's share of the fashion doll

21   market, including the extent to which Bratz has been or is gaining or losing market

22   share in the fashion doll market.  Larian also objects to this request on the grounds

23   that it seeks confidential, proprietary or commercially sensitive information, the

24   disclosure of which would be inimical to the business interests of Larian and one or

25   more third parties.  Larian also objects to this request to the extent it seeks

26   information the disclosure of which would implicate the rights of third parties to

27   protect private, confidential, proprietary or trade secret information.  Larian also

28   objects to this request to the extent it calls for the disclosure of attorney-client

- 250 -   LARIAN'S RESPONSE TO MATTEL'S 1ST
SET OF REQUESTS FOR PRODUCTION
CV 04-9049 SGL (RNBX)

EXHIBIT ___3___ , PAGE 3̲2̲2̲

1  privileged information or information protected from disclosure by the work-

2  product doctrine, joint defense or common interest privilege, or other privilege.

3  Larian also objects to this request to the extent it seeks documents not within

4  Larian's possession, custody or control.

5         Subject to the foregoing, Larian will produce any personal documents

6  that are relevant and responsive to the request, if any, and that have not already

7  been produced, that he discovers in the course of his reasonable search and diligent

·8  inquiry, which are within the permissible scope of discovery, and to which no

9  privilege or other protection applies, including without limitation, the attorney-

10  client privilege or attorney's work product doctrine.

11  **REQUEST FOR PRODUCTION NO. 271:**

12         DOCUMENTS sufficient to show each of YOUR position(s), titles

13  and functions with and relationship to MGA, including without limitation with or to

14  MGA Entertainment HK Limited and MGAE de Mexico, S.r.l. de C.V.

15  **RESPONSE TO REQUEST FOR PRODUCTION NO. 271:**

16         Larian incorporates by reference the above-stated general objections as

17  if fully set forth herein. Larian also specifically objects to this request on the

18  grounds that it is overbroad and seeks information not relevant to the subject matter

19  of this lawsuit or reasonably calculated to lead to the discovery of admissible

20  evidence. Larian also objects to this request on the grounds that it seeks

21  confidential, proprietary or commercially sensitive information, the disclosure of

22  which would be inimical to the business interests of Larian and one or more third

23  parties. Larian also objects to this request to the extent it seeks information the

24  disclosure of which would implicate the rights of third parties to protect private,

25  confidential, proprietary or trade secret information. Larian also objects to this

26  request to the extent that it seeks information in the public record and, thus, equally

27  available to Mattel. Larian also objects to this request to the extent it calls for the

28  disclosure of attorney-client privileged information or information protected from

LARIAN'S RESPONSE TO MATTEL'S 1ST
SET OF REQUESTS FOR PRODUCTION
CV 04-9049 SGL (RNBX)

EXHIBIT __3__ , PAGE __323__

1   disclosure by the work-product doctrine, joint defense or common interest

2   privilege, or other privilege.

3          Subject to the foregoing, Larian will produce any personal documents

4   that are relevant and responsive to the request and pertain to MGA Entertainment,

5   Inc., MGA Entertainment HK Limited and MGAE de Mexico, S.r.l. de C.V., if any,

6   and that have not already been produced, that he discovers in the course of his

7   reasonable search and diligent inquiry, which are within the permissible scope of

8   discovery, and to which no privilege or other protection applies, including without

9   limitation, the attorney-client privilege or attorney's work product doctrine.

10  **REQUEST FOR PRODUCTION NO. 272:**

11         All DOCUMENTS RELATING TO the ownership of MGA

12  Entertainment HK Limited.

13  **RESPONSE TO REQUEST FOR PRODUCTION NO. 272:**

14         Larian incorporates by reference the above-stated general objections as

15  if fully set forth herein. Larian also specifically objects to this request on the

16  grounds that it is overbroad and seeks information not relevant to the subject matter

17  of this lawsuit or reasonably calculated to lead to the discovery of admissible

18  evidence. Larian also objects to this request on the grounds that it seeks

19  confidential, proprietary or commercially sensitive information, the disclosure of

20  which would be inimical to the business interests of Larian and one or more third

21  parties. Larian also objects to this request to the extent it seeks information the

22  disclosure of which would implicate the rights of third parties to protect private,

23  confidential, proprietary or trade secret information. Larian also objects to this

24  request to the extent it calls for the disclosure of attorney-client privileged

25  information or information protected from disclosure by the work-product doctrine,

26  joint defense or common interest privilege, or other privilege. Larian also objects

27  to this request to the extent it seeks documents not within Larian's possession,

28  custody or control.

- 252 -

LARIAN'S RESPONSE TO MATTEL'S 1ST
SET OF REQUESTS FOR PRODUCTION
CV 04-9049 SGL (RNBX)

EXHIBIT ___3___, PAGE _324_

1  **REQUEST FOR PRODUCTION NO. 273:**

2  All DOCUMENTS RELATING TO the ownership of MGAE de

3  Mexico, S.r.l. de C.V.

4  **RESPONSE TO REQUEST FOR PRODUCTION NO. 273:**

5  Larian incorporates by reference the above-stated general objections as

6  if fully set forth herein. Larian also specifically objects to this request on the

7  grounds that it is overbroad and seeks information not relevant to the subject matter

8  of this lawsuit or reasonably calculated to lead to the discovery of admissible

9  evidence. Larian also objects to this request on the grounds that it seeks

10 confidential, proprietary or commercially sensitive information, the disclosure of

11 which would be inimical to the business interests of Larian and one or more third

12 parties. Larian also objects to this request to the extent it seeks information the

13 disclosure of which would implicate the rights of third parties to protect private,

14 confidential, proprietary or trade secret information. Larian also objects to this

15 request to the extent it calls for the disclosure of attorney-client privileged

16 information or information protected from disclosure by the work-product doctrine,

17 joint defense or common interest privilege, or other privilege. Larian also objects

18 to this request to the extent it seeks documents not within Larian's possession,

19 custody or control.

20 **REQUEST FOR PRODUCTION NO. 274:**

21 An electronic copy of each DOCUMENT that YOU have produced in

22 this action, or that is responsive to these Requests, that is or was created, prepared,

23 generated, maintained or transmitted in digital form.

24 **RESPONSE TO REQUEST FOR PRODUCTION NO. 274:**

25 Larian incorporates by reference the above-stated general objections as

26 if fully set forth herein. Larian also specifically objects to this request on the

27 grounds that is overbroad, unduly burdensome and oppressive, particularly as to the

28 expense associated with producing to Mattel in electronic form documents that

- 253 -

LARIAN'S RESPONSE TO MATTEL'S 1ST
SET OF REQUESTS FOR PRODUCTION
CV 04-9049 SGL (RNBX)

EXHIBIT __3__ , PAGE 325

1  Larian has already produced, or will produce in response to these requests, in

2  another form, and seeks documents that are not relevant nor likely to lead to the

3  discovery of admissible evidence.

4  **REQUEST FOR PRODUCTION NO. 275:**

5       The metadata for each DOCUMENT that YOU have produced in this

6  action, or that is responsive to these Requests, that is or was created, prepared,

7  generated, maintained or transmitted in digital form.

8  **RESPONSE TO REQUEST FOR PRODUCTION NO. 275:**

9       Larian incorporates by reference the above-stated general objections as

10  if fully set forth herein.  Larian also specifically objects to this request on the

11  grounds that is it unduly burdensome and oppressive, particularly as to the expense

12  associated with producing metadata to Mattel for each digital document that Larian

13  has already produced, or will produce in response to these requests, if any and seeks

14  documents that are not relevant nor likely to lead to the discovery of admissible

15  evidence.  Larian also objects to this request to the extent it calls for the disclosure

16  of attorney-client privileged information or information protected from disclosure

17  by the work-product doctrine, joint defense or common interest privilege, or other

18  privilege.

19  **REQUEST FOR PRODUCTION NO. 276:**

20       To the extent not produced in response to any other Request for

21  Production, all DOCUMENTS and tangible things upon which YOU intend to rely

22  in this ACTION.

23  **RESPONSE TO REQUEST FOR PRODUCTION NO. 276:**

24       Larian incorporates by reference the above-stated general objections as

25  if fully set forth herein.  Larian also specifically objects to this request on the

26  grounds that it is overbroad and unduly burdensome in that it calls for all

27  documents and tangible things upon which Larian intends to rely in this action.

28  Larian also objects to this request on the grounds that it calls for legal conclusions.

LARIAN'S RESPONSE TO MATTEL'S 1ST
SET OF REQUESTS FOR PRODUCTION
CV 04-9049 SGL (RNBX)

EXHIBIT __3__ , PAGE __336__

1  Larian also objects to this request on the grounds that it seeks information in

2  Mattel's possession and/or in the public record, and/or equally available to Mattel.

3  Larian also objects to this request to the extent it calls for the disclosure of attorney-

4  client privileged information or information protected from disclosure by the work-

5  product doctrine, joint defense or common interest privilege, or other privilege.

6       Dated:     August _6_, 2007

7                      DIANA M. TORRES
   DALE M. CENDALI

8                      WILLIAM J. CHARRON
   O'MELVENY & MYERS LLP

9

10                     By:

11                      Diana M. Torres
   Attorneys for Plaintiff

12                     MGA Entertainment, Inc.

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LARIAN'S RESPONSE TO MATTEL'S 1ST
SET OF REQUESTS FOR PRODUCTION
CV 04-9049 SGL (RNBX)

EXHIBIT _3_, PAGE 327

1

## PROOF OF SERVICE

2      I, Mila Sucgang, declare:

3      I am a resident of the State of California and over the age of eighteen years, and
not a party to the within action; my business address is 400 South Hope Street, Los Angeles,
4    California 90071-2899. On August 6, 20047 I served the within document:

5    **ISAAC LARIAN'S RESPONSES TO MATTEL, INC.'S FIRST SET OF**
     **REQUESTS FOR DOCUMENTS AND THINGS**
6

7    ☒    by transmitting via electronic mail the document(s) listed above to the address set
           forth below on this date.  .
8

9    ☒    by placing the document(s) listed above in a sealed envelope with postage thereon
           fully prepaid, in the United States mail at Los Angeles, California addressed as set
10         forth below. I am readily familiar with the firm's practice of collecting and
           processing correspondence for mailing. Under that practice it would be deposited
11         with the U.S. Postal Service on that same day with postage thereon fully prepaid in
           the ordinary course of business. I am aware that on motion of the party served,
12         service is presumed invalid if the postal cancellation date or postage meter date is
           more than one day after date of deposit for mailing in affidavit.

13

14         Michael T. Zeller
15         Quinn Emanuel Urquhart Oliver &
               Hedges, LLP
16         865 South Figueroa Street, 10th Floor
           Los Angeles, California 90017-2543
17         michaelzeller@quinnemanuel.com

18

19         I declare under penalty of perjury under the laws of the United States that the
     above is true and correct.
20

21         Executed on August 6, 2007, at Los Angeles, California.

22

23         _____
24                          Mila Sucgang
     LA2:730244.1
25

26

27

28

**EXHIBIT  3 , PAGE 328**

**Exhibit 4**

**quinn emanuel** trial lawyers | los angeles

865 South Figueroa Street, 10th Floor, Los Angeles, California 90017 | TEL 213-443-3000 FAX 213-443-3100

WRITER'S DIRECT DIAL NO.
**(213) 443-3162**

WRITER'S INTERNET ADDRESS
scottkidman@quinnemanuel.com

August 30, 2007

**VIA FACSIMILE AND U.S. MAIL**

Diana M. Torres, Esq.
O'Melveny & Myers LLP
400 South Hope Street
Los Angeles, CA 90071

Re:   Mattel, Inc. v. MGA Entertainment, Inc.

Dear Diana:

I write pursuant to section 5 of the Discovery Master Stipulation to request that MGA Entertainment (HK) Limited ("MGA (HK)") meet and confer regarding the many deficiencies in Isaac Larian's Responses to Mattel, Inc.'s First Set of Requests for Documents and Things dated June 13, 2007.

**I.   Inappropriate General Objections.**

**General Objection No. 9.**

Larian's objections to the defined terms "You," "Your," and "Larian" on the grounds that they overbroad, vague and ambiguous and call for a legal conclusion have no merit. Please be prepared to identify and discuss any requests where Larian has limited his search for or production of responsive documents based on this general objection.

**General Objection No. 10.**

Larian's objections to the defined terms "Bratz," "Angel," "Bratz Doll," "Bratz Product," "Bratz License," "Bratz Movie" and "Bratz Television Show" on the grounds that they are overbroad, vague and ambiguous and call for a legal conclusion are also without merit. These terms are

**quinn emanuel urquhart oliver & hedges, llp**

NEW YORK | 51 Madison Avenue, 22nd Floor, New York, New York 10010 | TEL 212-849-7000 FAX 212-849-7100
SAN FRANCISCO | 50 California Street, 22nd Floor, San Francisco, California 94111 | TEL 415-875-6600 FAX 415-875-6700
SILICON VALLEY | 555 Twin Dolphin Drive, Suite 560, Redwood Shores, California 94065 | TEL 650-801-5000 FAX 650-801-5100

07209/2207339.1

**EXHIBIT 4 , PAGE 329**

clearly defined. They also do not call for a legal conclusion, which in any event is not a proper objection to document requests. Please be prepared to identify and discuss any requests where Larian has limited his search for or production of responsive documents based on this general objection.

**Limitation to personal documents.**

In response to every request to which he provides a response, Larian states that he will produce only "personal documents." This limitation is improper. <u>Rule</u> 34 expressly requires the production of documents that are in the "possession, custody or control of the party upon whom the requests is served." Please be prepared to discuss the manner in which Larian has limited his search for and production or responsive documents based on this limitation.

**II.    <u>Request Nos. 1, 2, 14, 46-57, 69, 79-81, 93, 104-112, 114-115, 121, 123-146, 174-175,178-181, 190-213, 216, 219-228, 231-237, 240-246, 248-250, 253-254, 258-260, 262-269 and 272-276.</u>**

As to each of these requests, Larian has flatly refused to produce any responsive document. Larian's objections and refusal to produce documents have no merit. As discussed below, each of these requests seek documents relevant to the claims and defenses in this lawsuit. Indeed, the Discovery Master has already found the requested documents to be relevant and discoverable in Orders compelling MGA and/or Bryant to produce documents in response to virtually all of these same topics and, in many instances, in response to the very same requests to which Larian now wholly refuses to produce a single document.

<u>Request Nos. 1, 2, 14, 56-57, 69, 79-81, 113-115, 178-179, 181 and 210-211.</u> Each of these requests seek documents relating to, among other things, the conception, creation and origins of Bratz. The Discovery Master previously found document requests that are nearly identical to Request Nos. 1 and 2 to be proper for these very reasons. (<u>See</u> Request Nos. 32 and 33 to Mattel's First Set of Requests for Production of Documents and Tangible Things to MGA Entertainment, Inc. and Order Dated May 15, 2007 with respect thereto.)[1] Each of the other requests is relevant for the same reason. For example, documents relating to focus groups relating to Bratz and/or Angel and work performed by L.A. Focus between January 1, 1999 and December 31, 2001 (Request Nos. 79 and 80) may provide critical information regarding the timing of the creation of Bratz. Likewise, documents regarding Diva Starz prior to December 31, 2001 and MGA and/or Larian's knowledge of Diva Starz prior to December 31, 2001 go to the origin of Bratz. Request No. 211, which seeks Mattel documents provided to or communicated to MGA or Larian by Bryant or others any time since January 1, 1999, is relevant

---

[1]    Larian also refuses to produce documents in response to Request No. 210, which seeks documents sufficient to identify the telephone subscription service accounts Larian had or used since January 1, 1999. This is despite the fact that the Discovery Master has already found such information to be relevant and discoverable on Mattel's motion to compel MGA to answer interrogatories. <u>See</u> Discovery Master's Order dated May 15, 2007 (Interrogatory No. 11) at 13-14.

EXHIBIT __4__, PAGE __330__

to the origin of Bratz as well as Mattel's claims for trade secret misappropriation and its defenses to MGA's unfair competition claims.

**Request Nos. 46-55.** Each of these requests seek documents regarding contracts or agreements between Larian and his family members and others regarding Bratz or Bryant and payments to Larian and his family members regarding Bratz. These requests are also relevant to the timing of the conception, creation and development of Bratz and, in addition, go directly to Mattel's claims for damages. Among other things, Mattel's claims against Larian entitle Mattel to seek disgorgement of benefits Larian has received in connection with Bratz. Mattel is entitled to discovery regarding the amounts that have been paid to Larian, including such amounts paid to his family members as a means of concealing or obscuring the benefits received by Larian. Documents relating to contracts relating to Bratz or Bryant between Larian and potential witnesses in this lawsuit also go to the issue of bias.[2] They additionally are relevant to the commercial bribery predicate acts that are part of Mattel's RICO claims.

**Request Nos. 104-112.** Each of these requests seek documents relating to any contract or agreement between Mattel and various Mattel employees who went to work for MGA including, without limitation, Paula Garcia, Margaret Hatch-Leahy, Veronica Marlow and Mercedeh Ward. These documents go to the timing of work performed by such individuals for MGA, including in connection with Bratz and, in addition, Mattel's claims against Larian and other defendants for tortious interference of contract and aiding and abetting breach of fiduciary duty and duty of loyalty including, without limitation, the issue of such defendants' knowledge of the contractual obligations and duties of Mattel employees to Mattel and the related issue of intent.

**Request Nos. 121, 123-131 and 132-137.** Request Nos. 123-131 seek documents relating to litigation or arbitration proceedings between Isaac Larian and Farhad Larian, including all documents submitted, filed or served in such proceedings, communications between Isaac Larian or MGA and Farhad Larian regarding Bratz or Bryant and contracts or agreements with Farhad Larian and payments to Farhad Larian or his family members. The Discovery Master has already ruled that such requests involving the arbitration proceedings between Isaac Larian and Farhad Larian are proper because they seek information relevant to the conception date for Bratz. In particular, the Discovery Master noted that this issue "appears to have been raised in the arbitration proceedings between MGA's chief executive officer, Isaac Larian, and his brother Farhad Larian" and that in those proceedings "Farhad Larian alleged that Isaac Larian concealed from him that MGA was developing Bratz by early 2000." (See Discovery Master's Order dated May 15, 2007 at 10-11.) Request Nos. 123-131 all seek relevant information for the same reasons articulated in the Discovery Master's May 15, 2007 Order. In addition, agreements and contracts with Farhad Larian and payments to Farhad Larian or his family members are relevant to Mattel's claims and issues of bias for the reasons discussed above.

---

[2]   Request No. 93, which seeks documents relating to contracts between Larian and/or MGA and Stephen Lee or members of his family any time after January 1, 2003 is also relevant to the issue of bias.

EXHIBIT __4__ , PAGE __331__