1   MGA products at issue in this litigation. MGA also objects to this request to the

2   extent it seeks information the disclosure of which would implicate the rights of

3   third parties to protect private, confidential, proprietary or trade secret information.

4   MGA also objects to this request on the grounds that it seeks confidential,

5   proprietary or commercially sensitive information, the disclosure of which would

6   be inimical to the business interests of MGA. MGA also objects to this request to

7   the extent it calls for the disclosure of attorney-client privileged information or

8   information protected from disclosure by the work-product doctrine, joint defense

9   or common interest privilege, or other privilege. MGA also objects to this request

10  to the extent that it seeks documents not in MGA's possession, custody or control.

11  **REQUEST FOR PRODUCTION NO. 8:**

12      All DOCUMENTS RELATING TO COMMUNICATIONS with any

13  PERSON regarding the invention, creation, origin, conception, authorship, and

14  ownership of all product packaging that provides a basis for any claim by YOU

15  against MATTEL.

16  **RESPONSE TO REQUEST FOR PRODUCTION NO. 8:**

17      MGA incorporates by reference the above-stated general objections as if

18  fully set forth herein. MGA also specifically objects to this request to the extent

19  that it seeks information not relevant to the subject matter of this lawsuit or

20  reasonably calculated to lead to the discovery of admissible evidence. MGA also

21  objects to this request on the grounds that it is overbroad, unduly burdensome, and

22  oppressive in seeking *all* documents relating to communications with *any* person

23  regarding the invention, creation, origin, conception, authorship, and ownership of

24  all product packaging that provides a basis for any claim by MGA against

25  MATTEL. MGA also objects to this request to the extent it seeks information the

26  disclosure of which would implicate the rights of third parties to protect private,

27  confidential, proprietary or trade secret information. MGA also objects to this

28  request on the grounds that it seeks confidential, proprietary or commercially

- 10 -

MGA'S RESPONSE TO MATTEL'S FIRST SET
OF REQUESTS FOR DOCS & THINGS
CV 04-09049 SGL (RNBX)

EXHIBIT 16 , PAGE 517

1  sensitive information, the disclosure of which would be inimical to the business

2  interests of MGA.  MGA also objects to this request to the extent it calls for the

3  disclosure of attorney-client privileged information or information protected from

4  disclosure by the work-product doctrine, joint defense or common interest

5  privilege, or other privilege.  MGA also objects to this request to the extent that it

6  seeks documents not in MGA's possession, custody or control.

7  **REQUEST FOR PRODUCTION NO. 9:**

8       All DOCUMENTS RELATING TO the invention, creation, origin,

9  conception, authorship, design, development, production, engineering, manufacture,

10  distribution, sale, and ownership of products and packaging that YOU contend

11  provide a basis for any claim against MATTEL, whether or not such claim is made

12  in the COMPLAINT.

13  **RESPONSE TO REQUEST FOR PRODUCTION NO. 9:**

14       MGA incorporates by reference the above-stated general objections as if

15  fully set forth herein.  MGA also specifically objects to this request to the extent

16  that it seeks information not relevant to the subject matter of this lawsuit or

17  reasonably calculated to lead to the discovery of admissible evidence.  MGA also

18  objects to this request on the grounds that it is overbroad, unduly burdensome, and

19  oppressive in seeking *all* documents relating to the "invention, creation, origin,

20  conception, authorship, design, development, production, engineering, manufacture,

21  distribution, sale and ownership of products and packaging" that MGA contends

22  provides a basis for MGA's claims against MATTEL, including whether or not

23  such claim is made in the Complaint.  MGA also objects to this request to the

24  extent it seeks information the disclosure of which would implicate the rights of

25  third parties to protect private, confidential, proprietary or trade secret information.

26  MGA also objects to this request on the grounds that it seeks confidential,

27  proprietary or commercially sensitive information, the disclosure of which would

28  be inimical to the business interests of MGA.  MGA also objects to this request to

- 11 -

MGA'S RESPONSE TO MATTEL'S FIRST SET
OF REQUESTS FOR DOCS & THINGS
CV 04-09049 SGL (RNBX)

EXHIBIT 10 , PAGE 58

1  the extent it calls for the disclosure of attorney-client privileged information or

2  information protected from disclosure by the work-product doctrine, joint defense

3  or common interest privilege, or other privilege.  MGA also objects to this request

4  to the extent that it seeks documents not in MGA's possession, custody or control.

5  **REQUEST FOR PRODUCTION NO. 10:**

6      All DOCUMENTS RELATING TO the invention, creation, origin,

7  conception, authorship, design, development, production, engineering, manufacture,

8  distribution, sale, and ownership of all products and packaging that YOU contend

9  MATTEL copied or infringed.

10  **RESPONSE TO REQUEST FOR PRODUCTION NO. 10:**

11      MGA incorporates by reference the above-stated general objections as if

12  fully set forth herein.  MGA also specifically objects to this request to the extent

13  that it seeks information not relevant to the subject matter of this lawsuit or

14  reasonably calculated to lead to the discovery of admissible evidence.  MGA also

15  objects to this request on the grounds that it is overbroad, unduly burdensome, and

16  oppressive in seeking *all* documents relating to the "invention, creation, origin,

17  conception, authorship, design, development, production, engineering, manufacture,

18  distribution, sale, and ownership of all products and packaging" that MGA

19  contends MATTEL copied or infringed.  MGA also objects to this request to the

20  extent it seeks information the disclosure of which would implicate the rights of

21  third parties to protect private, confidential, proprietary or trade secret information.

22  MGA also objects to this request on the grounds that it seeks confidential,

23  proprietary or commercially sensitive information, the disclosure of which would

24  be inimical to the business interests of MGA.  MGA also objects to this request to

25  the extent it calls for the disclosure of attorney-client privileged information or

26  information protected from disclosure by the work-product doctrine, joint defense

27  or common interest privilege, or other privilege.  MGA also objects to this request

28  to the extent that it seeks documents not in MGA's possession, custody or control.

- 12 -

MGA'S RESPONSE TO MATTEL'S FIRST SET
OF REQUESTS FOR DOCS & THINGS
CV 04-09049 SGL (RNBX)

EXHIBIT (2, PAGE 59

**REQUEST FOR PRODUCTION NO. 11:**

ALL DOCUMENTS RELATING TO COMMUNICATIONS with any PERSON regarding the invention, creation, origin, conception, authorship, design, development, production, engineering, manufacture, distribution, sale, and ownership of the CONTESTED MATTEL PRODUCTS and their associated packaging.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 11:**

MGA incorporates by reference the above-stated general objections as if fully set forth herein. MGA also specifically objects to this request to the extent that it seeks information not relevant to the subject matter of this lawsuit or reasonably calculated to lead to the discovery of admissible evidence. MGA also objects to this request on the grounds that it is overbroad, unduly burdensome, and oppressive in seeking *all* documents relating to communications with *any* person "regarding the invention, creation, origin, conception, authorship, design, development, production, engineering, manufacture, distribution, sale, and ownership" of MATTEL's products at issue in this litigation, including their packaging. MGA also objects to this request on the grounds that it seeks confidential, proprietary or commercially sensitive information, the disclosure of which would be inimical to the business interests of MGA. MGA also objects to this request to the extent it calls for the disclosure of attorney-client privileged information or information protected from disclosure by the work-product doctrine, joint defense or common interest privilege, or other privilege. MGA also objects to this request to the extent that it seeks documents not in MGA's possession, custody or control.

Subject to the foregoing, MGA will produce responsive, non-privileged documents in its possession, custody or control, if any, responsive to this request that it is able to locate following a reasonably diligent search.

- 13 -

MGA'S RESPONSE TO MATTEL'S FIRST SET OF REQUESTS FOR DOCS & THINGS
CV 04-09049 SGL (RNBX)

EXHIBIT 12 , PAGE 520

1   **REQUEST FOR PRODUCTION NO. 12:**

2        ALL DOCUMENT RELATING TO COMMUNICATIONS with any

3   PERSON regarding the invention, creation, origin, conception, authorship, design,

4   development, production, engineering, manufacture, distribution, sale, and

5   ownership of all products and packaging that YOU contend MATTEL copied or

6   infringed.

7   **RESPONSE TO REQUEST FOR PRODUCTION NO. 12:**

8        MGA incorporates by reference the above-stated general objections as if

9   fully set forth herein.  MGA also specifically objects to this request to the extent

10  that it seeks information not relevant to the subject matter of this lawsuit or

11  reasonably calculated to lead to the discovery of admissible evidence.  MGA also

12  objects to this request on the grounds that it is overbroad, unduly burdensome, and

13  oppressive in seeking *all* documents relating to communications with *any* person

14  "regarding the invention, creation, origin, conception, authorship, design,

15  development, production, engineering, manufacture, distribution, sale, and

16  ownership of all products and packaging" that MGA contends MATTEL copied or

17  infringed.  MGA also objects to this request to the extent it seeks information the

18  disclosure of which would implicate the rights of third parties to protect private,

19  confidential, proprietary or trade secret information.  MGA also objects to this

20  request on the grounds that it seeks confidential, proprietary or commercially

21  sensitive information, the disclosure of which would be inimical to the business

22  interests of MGA.  MGA also objects to this request to the extent it calls for the

23  disclosure of attorney-client privileged information or information protected from

24  disclosure by the work-product doctrine, joint defense or common interest

25  privilege, or other privilege.  MGA also objects to this request to the extent that it

26  seeks documents not in MGA's possession, custody or control.

27  **REQUEST FOR PRODUCTION NO. 13:**

28       All DOCUMENTS RELATING TO any revision of any CONTESTED

- 14 -

MGA'S RESPONSE TO MATTEL'S FIRST SET
OF REQUESTS FOR DOCS & THINGS
CV 04-09049 SGL (RNBX)

EXHIBIT 10 , PAGE 591

1  MGA PRODUCTS, including but not limited to any proposed alternatives,

2  modifications or changes (whether or not implemented) to such CONTESTED

3  MGA PRODUCTS.

4  **RESPONSE TO REQUEST FOR PRODUCTION NO. 13:**

5        MGA incorporates by reference the above-stated general objections as if

6  fully set forth herein.  MGA also specifically objects to this request to the extent

7  that it seeks information not relevant to the subject matter of this lawsuit or

8  reasonably calculated to lead to the discovery of admissible evidence.  MGA also

9  objects to this request on the grounds that it is overbroad, unduly burdensome, and

10  oppressive in seeking "*all* documents relating to any revision" of any MGA product

11  at issue in this litigation, including "proposed alternatives, modifications or changes

12  (whether or not implemented)." MGA also objects to this request to the extent it

13  seeks information the disclosure of which would implicate the rights of third parties

14  to protect private, confidential, proprietary or trade secret information.  MGA also

15  objects to this request on the grounds that it seeks confidential, proprietary or

16  commercially sensitive information, the disclosure of which would be inimical to

17  the business interests of MGA.  MGA also objects to this request to the extent it

18  calls for the disclosure of attorney-client privileged information or information

19  protected from disclosure by the work-product doctrine, joint defense or common

20  interest privilege, or other privilege.  MGA also objects to this request to the extent

21  that it seeks documents not in MGA's possession, custody or control.

22        Subject to the foregoing, MGA will produce responsive, non-privileged

23  documents in its possession, custody or control, if any, responsive to this request

24  relating to revisions of MGA products at issue in this litigation that were presented

25  to the consuming public, that it is able to locate following a reasonably diligent

26  search.

27  **REQUEST FOR PRODUCTION NO. 14:**

28        All DOCUMENTS RELATING TO the first date of availability for retail

- 15 -

MGA'S RESPONSE TO MATTEL'S FIRST SET
OF REQUESTS FOR DOCS & THINGS
CV 04-09049 SGL (RNBX)

EXHIBIT _12_ , PAGE _500_

1   sale of each of the CONTESTED MGA PRODUCTS.

2   **RESPONSE TO REQUEST FOR PRODUCTION NO. 14:**

3       MGA incorporates by reference the above-stated general objections as if

4   fully set forth herein. MGA also specifically objects to this request to the extent

5   that it seeks information not relevant to the subject matter of this lawsuit or

6   reasonably calculated to lead to the discovery of admissible evidence. MGA also

7   objects to this request on the grounds that it seeks confidential, proprietary or

8   commercially sensitive information, the disclosure of which would be inimical to

9   the business interests of MGA. MGA also objects to this request to the extent it

10  calls for the disclosure of attorney-client privileged information or information

11  protected from disclosure by the work-product doctrine, joint defense or common

12  interest privilege, or other privilege. MGA also objects to this request to the extent

13  that it seeks documents not in MGA's possession, custody or control.

14      Subject to the foregoing, MGA will produce responsive, non-privileged

15  documents in its possession, custody or control, if any, responsive to this request,

16  that it is able to locate following a reasonably diligent search.

17  **REQUEST FOR PRODUCTION NO. 15:**

18      All DOCUMENTS RELATING TO the first date that each of the

19  CONTESTED MGA PRODUCTS was shown to any PERSON not employed by

20  MGA, whether in concept, prototype, or finished form.

21  **RESPONSE TO REQUEST FOR PRODUCTION NO. 15:**

22      MGA incorporates by reference the above-stated general objections as if

23  fully set forth herein. MGA also specifically objects to this request to the extent

24  that it seeks information not relevant to the subject matter of this lawsuit or

25  reasonably calculated to lead to the discovery of admissible evidence. MGA also

26  objects to this request on the grounds that it seeks confidential, proprietary or

27  commercially sensitive information, the disclosure of which would be inimical to

28  the business interests of MGA. MGA also objects to this request to the extent it

- 16 -

EXHIBIT 12, PAGE 523

1    calls for the disclosure of attorney-client privileged information or information

2    protected from disclosure by the work-product doctrine, joint defense or common

3    interest privilege, or other privilege.  MGA also objects to this request to the extent

4    that it seeks documents not in MGA's possession, custody or control.

5        Subject to the foregoing, MGA will produce responsive, non-privileged

6    documents in its possession, custody or control, if any, responsive to this request,

7    that it is able to locate following a reasonably diligent search.

8    **REQUEST FOR PRODUCTION NO. 16:**

9        All head sculptures, including all preliminary head sculptures and all

10   versions of such sculptures, made, produced or prepared in connection with the

11   CONTESTED BRATZ DOLLS PRODUCTS.

12   **RESPONSE TO REQUEST FOR PRODUCTION NO. 16:**

13       MGA incorporates by reference the above-stated general objections as if

14   fully set forth herein.  MGA also specifically objects to this request to the extent

15   that it seeks information not relevant to the subject matter of this lawsuit or

16   reasonably calculated to lead to the discovery of admissible evidence.  MGA also

17   objects to this request on the grounds that it is overbroad, unduly burdensome, and

18   oppressive in seeking *all* "head sculptures, including all preliminary head sculptures

19   and all versions of such sculptures, made, produced or prepared in connection" with

20   BRATZ products.  MGA also objects to this request to the extent it seeks

21   information the disclosure of which would implicate the rights of third parties to

22   protect private, confidential, proprietary or trade secret information.  MGA also

23   objects to this request on the grounds that it seeks confidential, proprietary or

24   commercially sensitive information, the disclosure of which would be inimical to

25   the business interests of MGA.  MGA also objects to this request to the extent it

26   calls for the disclosure of attorney-client privileged information or information

27   protected from disclosure by the work-product doctrine, joint defense or common

28   interest privilege, or other privilege.  MGA also objects to this request to the extent

- 17 -

MGA'S RESPONSE TO MATTEL'S FIRST SET
OF REQUESTS FOR DOCS & THINGS
CV 04-09049 SGL (RNBX)

EXHIBIT 12, PAGE 524

1 | that it seeks documents not in MGA's possession, custody or control.

2 | **REQUEST FOR PRODUCTION NO. 17:**

3 |      All DOCUMENTS RELATING TO the tooling for any of the CONTESTED

4 | BRATZ DOLLS PRODUCTS, including but not limited to all invoices, contracts,

5 | sales orders, purchase orders and payment relating thereto and including but not

6 | limited to all DOCUMENTS relating to the engineering, preparation, fabrication

7 | and creation of the molds and face paint masks used in connection therewith and to

8 | the film and/or digital files used in connection with the packaging therefore.

9 | **RESPONSE TO REQUEST FOR PRODUCTION NO. 17:**

10 |      MGA incorporates by reference the above-stated general objections as if

11 | fully set forth herein.  MGA also specifically objects to this request to the extent

12 | that it seeks information not relevant to the subject matter of this lawsuit or

13 | reasonably calculated to lead to the discovery of admissible evidence.  MGA also

14 | objects to this request on the grounds that it is overbroad, unduly burdensome, and

15 | oppressive in seeking *all* documents relating to the tooling of MGA's BRATZ

16 | products, including "*all* invoices, contracts, sales orders, purchase orders and

17 | payment relating thereto, including but not limited to all DOCUMENTS relating to

18 | the engineering, preparation, fabrication and creation of the molds and face paint

19 | masks used in connection therewith and to the film and/or digital files used in

20 | connection with the packaging therefore."  MGA also objects to this request to the

21 | extent it seeks information the disclosure of which would implicate the rights of

22 | third parties to protect private, confidential, proprietary or trade secret information.

23 | MGA also objects to this request on the grounds that it seeks confidential,

24 | proprietary or commercially sensitive information, the disclosure of which would

25 | be inimical to the business interests of MGA.  MGA also objects to this request to

26 | the extent it calls for the disclosure of attorney-client privileged information or

27 | information protected from disclosure by the work-product doctrine, joint defense

28 | or common interest privilege, or other privilege.  MGA also objects to this request

MGA'S RESPONSE TO MATTEL'S FIRST SET
OF REQUESTS FOR DOCS & THINGS
CV 04-09049 SGL (RNBX)

EXHIBIT 10 , PAGE 325

1    to the extent that it seeks documents not in MGA's possession, custody or control.

2    **REQUEST FOR PRODUCTION NO. 18:**

3       All DOCUMENTS RELATING TO the marketing, advertising, promotion,

4    licensing, offering for sale or sale of the CONTESTED MGA PRODUCTS,

5    including but not limited to all marketing studies, marketing plans, sales plans,

6    sales forecasts, strategies, surveys and analyses and including but not limited to all

7    catalogs, advertisements, brochures, displays and Internet publications.

8    **RESPONSE TO REQUEST FOR PRODUCTION NO. 18:**

9       MGA incorporates by reference the above-stated general objections as if

10    fully set forth herein. MGA also specifically objects to this request to the extent

11    that it seeks information not relevant to the subject matter of this lawsuit or

12    reasonably calculated to lead to the discovery of admissible evidence. MGA also

13    objects to this request on the grounds that it is overbroad and unduly burdenshome

14    in that it seeks *all* documents relating to the "marketing, advertising, promotion,

15    licensing, offering for sale or sale" of MGA's products at issue in this litigation,

16    including "marketing studies, marketing plans, sales plans, sales forecasts,

17    strategies, surveys and analyses" and "all catalogs, advertisements, brochures,

18    displays and Internet publications." MGA also objects to this request on the

19    grounds that it seeks confidential, proprietary or commercially sensitive

20    information, the disclosure of which would be inimical to the business interests of

21    MGA. MGA also objects to this request to the extent it calls for the disclosure of

22    attorney-client privileged information or information protected from disclosure by

23    the work-product doctrine, joint defense or common interest privilege, or other

24    privilege. MGA also objects to this request to the extent that it seeks documents

25    not in MGA's possession, custody or control.

26       Subject to the foregoing, MGA will produce responsive, non-privileged

27    documents in its possession, custody or control, if any, responsive to this request,

28    that were made available to the public, that it is able to locate following a

MGA'S RESPONSE TO MATTEL'S FIRST SET
OF REQUESTS FOR DOCS & THINGS
CV 04-09049 SGL (RNBX)

EXHIBIT 12 , PAGE 576

1  reasonably diligent search.

2  **REQUEST FOR PRODUCTION NO. 19:**

3       All DOCUMENTS RELATING TO the ownership of any right, title or

4  interest, whether in whole or in part, in or to the CONTESTED MGA PRODUCTS.

5  **RESPONSE TO REQUEST FOR PRODUCTION NO. 19:**

6       MGA incorporates by reference the above-stated general objections as if

7  fully set forth herein. MGA also specifically objects to this request to the extent

8  that it seeks information not relevant to the subject matter of this lawsuit or

9  reasonably calculated to lead to the discovery of admissible evidence. MGA also

10  objects to this request on the grounds that it seeks confidential, proprietary or

11  commercially sensitive information, the disclosure of which would be inimical to

12  the business interests of MGA. MGA also objects to this request to the extent it

13  calls for the disclosure of attorney-client privileged information or information

14  protected from disclosure by the work-product doctrine, joint defense or common

15  interest privilege, or other privilege. MGA also objects on the grounds that the

16  request calls for a legal conclusion.

17  **REQUEST FOR PRODUCTION NO. 20:**

18       All DOCUMENTS RELATING TO any copyright, patent, design right or

19  any other registration or application for registration of the CONTESTED MGA

20  PRODUCTS, including but not limited to the complete file history relating thereto,

21  all COMMUNICATIONS relating thereto, and all filings, declarations, affidavits,

22  correspondence, notes and other DOCUMENTS relating thereto.

23  **RESPONSE TO REQUEST FOR PRODUCTION NO. 20:**

24       MGA incorporates by reference the above-stated general objections as if

25  fully set forth herein. MGA also specifically objects to this request to the extent

26  that it seeks information not relevant to the subject matter of this lawsuit or

27  reasonably calculated to lead to the discovery of admissible evidence. MGA also

28  objects to this request on the grounds that it seeks confidential, proprietary or

1  commercially sensitive information, the disclosure of which would be inimical to

2  the business interests of MGA.  MGA also objects to this request to the extent it

3  calls for the disclosure of attorney-client privileged information or information

4  protected from disclosure by the work-product doctrine, joint defense or common

5  interest privilege, or other privilege.

6  **REQUEST FOR PRODUCTION NO. 21:**

7      Documents sufficient to identify each of the CONTESTED MGA

8  PRODUCTS by internal job or product number, SKU, and bar code number.

9  **RESPONSE TO REQUEST FOR PRODUCTION NO. 21:**

10      MGA incorporates by reference the above-stated general objections as if

11  fully set forth herein.  MGA also specifically objects to this request to the extent

12  that it seeks information not relevant to the subject matter of this lawsuit or

13  reasonably calculated to lead to the discovery of admissible evidence.  MGA also

14  objects to this request on the grounds that it seeks confidential, proprietary or

15  commercially sensitive information, the disclosure of which would be inimical to

16  the business interests of MGA.

17      Subject to the foregoing, MGA will produce responsive, non-privileged

18  documents in its possession, custody or control, if any, responsive to this request,

19  that it is able to locate following a reasonably diligent search.

20  **REQUEST FOR PRODUCTION NO. 22:**

21      Documents sufficient to identify the individuals who work on or were

22  involved in any manner with the invention, creation, origin, conception, authorship,

23  or design of the CONTESTED MGA PRODUCTS.

24  **RESPONSE TO REQUEST FOR PRODUCTION NO. 22:**

25      MGA incorporates by reference the above-stated general objections as if

26  fully set forth herein.  MGA also specifically objects to this request to the extent

27  that it seeks information not relevant to the subject matter of this lawsuit or

28  reasonably calculated to lead to the discovery of admissible evidence.  MGA also

- 21 -

1 objects to this request on the grounds that it seeks confidential, proprietary or

2 commercially sensitive information, the disclosure of which would be inimical to

3 the business interests of MGA.

4      Subject to the foregoing, MGA will produce responsive, non-privileged

5 documents in its possession, custody or control, if any, responsive to this request,

6 that it is able to locate following a reasonably diligent search.

7 **REQUEST FOR PRODUCTION NO. 23:**

8      All DOCUMENTS RELATING TO the display, exhibition, distribution,

9 publication, circulation, or other dissemination of the CONTESTED MGA

10 PRODUCTS to distributors, the media, or the public, including but not limited to

11 toy and trade shows and conventions.

12 **RESPONSE TO REQUEST FOR PRODUCTION NO. 23:**

13      MGA incorporates by reference the above-stated general objections as if

14 fully set forth herein.  MGA also specifically objects to this request to the extent

15 that it seeks information not relevant to the subject matter of this lawsuit or

16 reasonably calculated to lead to the discovery of admissible evidence.  MGA also

17 objects to this request on the grounds that it is overbroad, unduly burdensome and

18 opppressive in that it seeks *all* documents relating to the "display, exhibition,

19 distribution, publication, circulation, or other dissemination" of MGA's products at

20 issue in this litigation to "distributors, the media, or the public, including but not

21 limited to toy and trade shows and conventions."  MGA also objects to this request

22 on the grounds that it seeks confidential, proprietary or commercially sensitive

23 information, the disclosure of which would be inimical to the business interests of

24 MGA.

25      Subject to the foregoing, MGA will produce responsive, non-privileged

26 documents in its possession, custody or control, if any, responsive to this request,

27 that it is able to locate following a reasonably diligent search.

28

- 22 -

MGA'S RESPONSE TO MATTEL'S FIRST SET
OF REQUESTS FOR DOCS & THINGS
CV 04-09049 SGL (RNBX)

EXHIBIT __10__, PAGE __52__

**REQUEST FOR PRODUCTION NO. 24:**

All DOCUMENTS RELATING TO any contracts or licenses entered into, negotiated, proposed, or requested RELATING TO any of the CONTESTED MGA PRODUCTS.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 24:**

MGA incorporates by reference the above-stated general objections as if fully set forth herein. MGA also specifically objects to this request to the extent that it seeks information not relevant to the subject matter of this lawsuit or reasonably calculated to lead to the discovery of admissible evidence. MGA also objects to this request on the grounds that it seeks confidential, proprietary or commercially sensitive information, the disclosure of which would be inimical to the business interests of MGA. MGA also objects to this request to the extent it calls for the disclosure of attorney-client privileged information or information protected from disclosure by the work-product doctrine, joint defense or common interest privilege, or other privilege.

Subject to the foregoing, MGA will produce responsive, non-privileged documents in its possession, custody or control, if any, responsive to this request, that it is able to locate following a reasonably diligent search.

**REQUEST FOR PRODUCTION NO. 25:**

All DOCUMENTS RELATING TO any actual, proposed, offered, or requested licensing, sale or purchase of the CONTESTED MGA PRODUCTS, including but not limited to all contracts and proposed or offered contracts relating thereto.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 25:**

MGA incorporates by reference the above-stated general objections as if fully set forth herein. MGA also specifically objects to this request to the extent that it seeks information not relevant to the subject matter of this lawsuit or reasonably calculated to lead to the discovery of admissible evidence. MGA also

- 23 -

EXHIBIT 12, PAGE 530

MGA'S RESPONSE TO MATTEL'S FIRST SET
OF REQUESTS FOR DOCS & THINGS
CV 04-09049 SGL (RNBX)

1   objects to this request on the grounds that it seeks confidential, proprietary or

2   commercially sensitive information, the disclosure of which would be inimical to

3   the business interests of MGA.    MGA also objects to this request to the extent it

4   calls for the disclosure of attorney-client privileged information or information

5   protected from disclosure by the work-product doctrine, joint defense or common

6   interest privilege, or other privilege.

7        Subject to the foregoing, MGA will produce responsive, non-privileged

8   documents in its possession, custody or control, if any, responsive to this request,

9   that it is able to locate following a reasonably diligent search.

10   **REQUEST FOR PRODUCTION NO. 26:**

11        All DOCUMENTS RELATING TO the target market or potential target

12   market, and the demographics of any actual, potential or prospective consumers,

13   customers, purchasers or licensees of the CONTESTED MGA PRODUCTS.

14   **RESPONSE TO REQUEST FOR PRODUCTION NO. 26:**

15        MGA incorporates by reference the above-stated general objections as if

16   fully set forth herein.  MGA also specifically objects to this request to the extent

17   that it seeks information not relevant to the subject matter of this lawsuit or

18   reasonably calculated to lead to the discovery of admissible evidence.  MGA also

19   objects to this request on the grounds that it is overbroad, unduly burdensome, and

20   oppressive in seeking *all* documents relating to the "target market or potential target

21   market and the demographics of any actual, potential or prospective consumers,

22   customers, purchaser or licensees" of MGA's products at issue in this litigation.

23   MGA also objects to this request on the grounds that it seeks confidential,

24   proprietary or commercially sensitive information, the disclosure of which would

25   be inimical to the business interests of MGA.  MGA also objects to this request to

26   the extent it calls for the disclosure of attorney-client privileged information or

27   information protected from disclosure by the work-product doctrine, joint defense

28   or common interest privilege, or other privilege.  MGA also objects to this request

- 24 -

MGA'S RESPONSE TO MATTEL'S FIRST SET
OF REQUESTS FOR DOCS & THINGS
CV 04-09049 SGL (RNBX)

EXHIBIT __12__ , PAGE __531__

1 | to the extent that it seeks documents not in MGA's possession, custody or control.

2 | **REQUEST FOR PRODUCTION NO. 27:**

3 | All DOCUMENTS RELATING TO the number of units of the

4 | CONTESTED MGA PRODUCTS manufactured, produced, ordered, stored in

5 | inventory, imported, exported, shipped, sold, or offered for sale by any PERSON,

6 | including but not limited to YOU.

7 | **RESPONSE TO REQUEST FOR PRODUCTION NO. 27:**

8 | MGA incorporates by reference the above-stated general objections as if

9 | fully set forth herein.  MGA also specifically objects to this request to the extent

10 | that it seeks information not relevant to the subject matter of this lawsuit or

11 | reasonably calculated to lead to the discovery of admissible evidence.  MGA also

12 | objects to this request on the grounds that it is overbroad, unduly burdensome, and

13 | oppressive in seeking *all* documents relating to the number of units "manufactured,

14 | produced, ordered, stored in inventory, imported, exported, shipped, sold, or offered

15 | for sale by *any* PERSON" of MGA's products at issue in this litigation.  MGA also

16 | objects to this request on the grounds that it seeks confidential, proprietary or

17 | commercially sensitive information, the disclosure of which would be inimical to

18 | the business interests of MGA.  MGA also objects to this request to the extent that

19 | it seeks documents not in MGA's possession, custody or control.

20 | **REQUEST FOR PRODUCTION NO. 28:**

21 | All DOCUMENTS RELATING TO revenues received by YOU in

22 | connection with each of the CONTESTED MGA PRODUCTS

23 | **RESPONSE TO REQUEST FOR PRODUCTION NO. 28:**

24 | MGA incorporates by reference the above-stated general objections as if

25 | fully set forth herein.  MGA also objects to this request on the grounds that it seeks

26 | confidential, proprietary or commercially sensitive information, the disclosure of

27 | which would be inimical to the business interests of MGA.

28 | Subject to the foregoing, MGA will produce responsive, non-privileged

MGA'S RESPONSE TO MATTEL'S FIRST SET
OF REQUESTS FOR DOCS & THINGS
CV 04-09049 SGL (RNBX)

EXHIBIT 10, PAGE 532

1   documents in its possession, custody or control, if any, responsive to this request,

2   that it is able to locate following a reasonably diligent search.

3   **REQUEST FOR PRODUCTION NO. 29:**

4        All DOCUMENTS RELATING TO YOUR costs, including but not limited

5   to YOUR per-unit cost, for each of the CONTESTED MGA PRODUCTS.

6   **RESPONSE TO REQUEST FOR PRODUCTION NO. 29:**

7        MGA incorporates by reference the above-stated general objections as if

8   fully set forth herein. MGA also objects to this request on the grounds that it seeks

9   confidential, proprietary or commercially sensitive information, the disclosure of

10  which would be inimical to the business interests of MGA.

11       Subject to the foregoing, MGA will produce responsive, non-privileged

12  documents in its possession, custody or control, if any, responsive to this request,

13  relating to actual profits for each of MGA's products at issue in this litigation, that

14  it is able to locate following a reasonably diligent search.

15  **REQUEST FOR PRODUCTION NO. 30:**

16       All DOCUMENTS RELATING TO YOUR profits, including but not limited

17  to gross, incremental and net profits, for each of the CONTESTED MGA

18  PRODUCTS.

19  **RESPONSE TO REQUEST FOR PRODUCTION NO. 30:**

20       MGA incorporates by reference the above-stated general objections as if

21  fully set forth herein. MGA also specifically objects to this request to the extent

22  that it seeks information not relevant to the subject matter of this lawsuit or

23  reasonably calculated to lead to the discovery of admissible evidence. MGA also

24  objects to this request on the grounds that it is overbroad, unduly burdensome, and

25  oppressive in seeking *all* documents relating to MGA's profits, including gross,

26  incremental and net profits, for each of MGA's products at issue in this litigation.

27  MGA also objects to this request on the grounds that it seeks confidential,

28  proprietary or commercially sensitive information, the disclosure of which would

MGA'S RESPONSE TO MATTEL'S FIRST SET
OF REQUESTS FOR DOCS & THINGS
CV 04-09049 SGL (RNBX)

EXHIBIT 12, PAGE 533

1   be inimical to the business interests of MGA.

2   **REQUEST FOR PRODUCTION NO. 31:**

3      All DOCUMENTS RELATING TO any complaints or dissatisfaction

4   concerning the CONTESTED MGA PRODUCTS, including but not limited to

5   DOCUMENTS recording the returns of, or the number of or rate of defects for,

6   such products.

7   **RESPONSE TO REQUEST FOR PRODUCTION NO. 31:**

8      MGA incorporates by reference the above-stated general objections as if

9   fully set forth herein.  MGA also specifically objects to this request to the extent

10  that it seeks information not relevant to the subject matter of this lawsuit or

11  reasonably calculated to lead to the discovery of admissible evidence.  MGA also

12  objects to this request on the grounds that it is overbroad, unduly burdensome, and

13  oppressive in seeking *all* documents relating to any complaints or dissatisfaction

14  concerning MGA's products at issue in this litigation, including returns of, or the

15  number or rate of defects for such products.  MGA also objects to this request on

16  the grounds that it seeks confidential, proprietary or commercially sensitive

17  information, the disclosure of which would be inimical to the business interests of

18  MGA.  MGA also objects to this request to the extent it calls for the disclosure of

19  attorney-client privileged information or information protected from disclosure by

20  the work-product doctrine, joint defense or common interest privilege, or other

21  privilege.  MGA also objects to the extent such documents are not in MGA's

22  possession, custody or control.

23     Subject to the foregoing, MGA will produce responsive, non-privileged

24  documents in its possession, custody or control, if any, responsive to this request,

25  that it is able to locate following a reasonably diligent search.

26  **REQUEST FOR PRODUCTION NO. 32:**

27     All DOCUMENTS RELATING TO the belief of any PERSON (whether or

28  not such belief is accurate) as to the origin, affiliation, sponsorship or association of

- 27 -

MGA'S RESPONSE TO MATTEL'S FIRST SET
OF REQUESTS FOR DOCS & THINGS
CV 04-09049 SGL (RNBX)

1  the CONTESTED MGA PRODUCTS, including but not limited to all studies,

2  surveys, interviews, reports, and COMMUNICATIONS regarding any such belief.

3  **RESPONSE TO REQUEST FOR PRODUCTION NO. 32:**

4       MGA incorporates by reference the above-stated general objections as if

5  fully set forth herein. MGA also specifically objects to this request to the extent

6  that it seeks information not relevant to the subject matter of this lawsuit or

7  reasonably calculated to lead to the discovery of admissible evidence. MGA also

8  objects to this request on the grounds that it is overbroad, unduly burdensome, and

9  oppressive in seeking *all* documents relating to the belief of *any* person "as to the

10  origin, affiliation, sponsorship or association of" MGA's products at issue in this

11  litigation, including "*all* studies, surveys, interviews, reports and

12  COMMUNICATIONS regarding any such believe." MGA also objects to this

13  request on the ground that it is premature and will be the subject of expert

14  testimony. MGA also objects to this request on the grounds that it seeks

15  confidential, proprietary or commercially sensitive information, the disclosure of

16  which would be inimical to the business interests of MGA. MGA also objects to

17  this request to the extent it calls for the disclosure of attorney-client privileged

18  information or information protected from disclosure by the work-product doctrine,

19  joint defense or common interest privilege, or other privilege. MGA also objects to

20  the extent such documents are not in MGA's possession, custody or control.

21  **REQUEST FOR PRODUCTION NO. 33:**

22       All DOCUMENTS RELATING TO the belief of any PERSON (whether or

23  not such belief is accurate) as to the origin, affiliation, sponsorship or association of

24  the CONTESTED MATTEL PRODUCTS, including but not limited to all studies,

25  surveys, interviews, reports and COMMUNICATIONS regarding any such belief.

26  **RESPONSE TO REQUEST FOR PRODUCTION NO. 33:**

27       MGA incorporates by reference the above-stated general objections as if

28  fully set forth herein. MGA also specifically objects to this request to the extent

- 28 -

EXHIBIT 12, PAGE 535

1 that it seeks information not relevant to the subject matter of this lawsuit or

2 reasonably calculated to lead to the discovery of admissible evidence. MGA also

3 objects to this request on the grounds that it is overbroad, unduly burdensome, and

4 oppressive in seeking *all* documents relating to the belief of *any* person "as to the

5 origin, affiliation, sponsorship or association of" MATTEL's products at issue in

6 this litigation, including "*all* studies, surveys, interviews, reports and

7 COMMUNICATIONS regarding any such believe." MGA also objects to this

8 request on the ground that it is premature and will be the subject of expert

9 testimony. MGA also objects to this request on the grounds that it seeks

10 confidential, proprietary or commercially sensitive information, the disclosure of

11 which would be inimical to the business interests of MGA. MGA also objects to

12 this request to the extent it calls for the disclosure of attorney-client privileged

13 information or information protected from disclosure by the work-product doctrine,

14 joint defense or common interest privilege, or other privilege. MGA also objects to

15 the extent it seeks documents not in MGA's possession, custody or control.

16 **REQUEST FOR PRODUCTION NO. 34:**

17      All DOCUMENTS RELATING TO any potential or actual confusion, any

18 potential or actual mistake or any potential or actual deception of any PERSON as

19 to the origin, affiliation, sponsorship or association of the CONTESTED MGA

20 PRODUCTS, including but not limited to all studies, surveys, interviews, reports

21 and COMMUNICATIONS regarding any such confusion, mistake or deception.

22 **RESPONSE TO REQUEST FOR PRODUCTION NO. 34:**

23      MGA incorporates by reference the above-stated general objections as if

24 fully set forth herein. MGA also specifically objects to this request to the extent

25 that it seeks information not relevant to the subject matter of this lawsuit or

26 reasonably calculated to lead to the discovery of admissible evidence. MGA also

27 objects to this request on the grounds that it is overbroad, unduly burdensome, and

28 oppressive in seeking *all* documents relating to "any potential or actual confusion,

- 29 -

MGA'S RESPONSE TO MATTEL'S FIRST SET
OF REQUESTS FOR DOCS & THINGS
CV 04-09049 SGL (RNBX)

1   any potential or actual mistake or any potential or actual deception of" *any* person

2   "as to the origin, affiliation, sponsorship or association of" MGA's products at issue

3   in this litigation, including "*all* studies, surveys, interviews, reports and

4   COMMUNICATIONS regarding any such confusion, mistake or deception."

5   MGA also objects to this request on the ground that it is premature and will be the

6   subject of expert testimony.  MGA also objects to this request on the grounds that it

7   seeks confidential, proprietary or commercially sensitive information, the

8   disclosure of which would be inimical to the business interests of MGA.  MGA also

9   objects to this request to the extent it calls for the disclosure of attorney-client

10  privileged information or information protected from disclosure by the work-

11  product doctrine, joint defense or common interest privilege, or other privilege.

12  MGA also objects to the extent it seeks documents not in MGA's possession,

13  custody or control.

14  **REQUEST FOR PRODUCTION NO. 35:**

15      All DOCUMENTS RELATING TO any potential or actual confusion, any

16  potential or actual mistake or any potential or actual deception of any PERSON as

17  to the origin, affiliation, sponsorship or association of the CONTESTED MATTEL

18  PRODUCTS, including but not limited to all studies, surveys, interviews, reports

19  and COMMUNICATIONS regarding any such confusion, mistake or deception.

20  **RESPONSE TO REQUEST FOR PRODUCTION NO. 35:**

21      MGA incorporates by reference the above-stated general objections as if

22  fully set forth herein.  MGA also specifically objects to this request to the extent

23  that it seeks information not relevant to the subject matter of this lawsuit or

24  reasonably calculated to lead to the discovery of admissible evidence.  MGA also

25  objects to this request on the grounds that it is overbroad, unduly burdensome, and

26  oppressive in seeking *all* documents relating to "any potential or actual confusion,

27  any potential or actual mistake or any potential or actual deception of" *any* person

28  "as to the origin, affiliation, sponsorship or association of" MATTEL's products at

- 30 -

1    issue in this litigation, including "*all* studies, surveys, interviews, reports and

2    COMMUNICATIONS regarding any such confusion, mistake or deception."

3    MGA also objects to this request on the ground that it is premature and will be the

4    subject of expert testimony.  MGA also objects to this request on the grounds that it

5    seeks confidential, proprietary or commercially sensitive information, the

6    disclosure of which would be inimical to the business interests of MGA.  MGA also

7    objects to this request to the extent it calls for the disclosure of attorney-client

8    privileged information or information protected from disclosure by the work-

9    product doctrine, joint defense or common interest privilege, or other privilege.

10   MGA also objects to this request to the extent it seeks documents not in MGA's

11   possession, custody or control.

12   **REQUEST FOR PRODUCTION NO. 36:**

13          All DOCUMENTS RELATING TO any consumer studies, reports, surveys,

14   interviews or reports regarding the CONTESTED MGA PRODUCTS or the

15   CONTESTED MATTEL PRODUCTS.

16   **RESPONSE TO REQUEST FOR PRODUCTION NO. 36:**

17          MGA incorporates by reference the above-stated general objections as if

18   fully set forth herein.  MGA also specifically objects to this request to the extent

19   that it seeks information not relevant to the subject matter of this lawsuit or

20   reasonably calculated to lead to the discovery of admissible evidence.  MGA also

21   objects to this request on the grounds that it is overbroad, unduly burdensome, and

22   oppressive in seeking *all* documents relating to "any consumer studies, reports,

23   surveys, interview or reports" regarding either MGA or MATTEL's products at

24   issue in this litigation.  MGA also objects to this request on the ground that it is

25   premature and will be the subject of expert testimony.  MGA also objects to this

26   request on the grounds that it seeks confidential, proprietary or commercially

27   sensitive information, the disclosure of which would be inimical to the business

28   interests of MGA.  MGA also objects to this request to the extent it calls for the

- 31 -

MGA'S RESPONSE TO MATTEL'S FIRST SET
OF REQUESTS FOR DOCS & THINGS
CV 04-09049 SGL (RNBX)

EXHIBIT 12, PAGE 530

1  disclosure of attorney-client privileged information or information protected from

2  disclosure by the work-product doctrine, joint defense or common interest

3  privilege, or other privilege.  MGA also objects to this request the extent it seeks

4  documents not in MGA's possession, custody or control.

5  **REQUEST FOR PRODUCTION NO. 37:**

6      All DOCUMENTS RELATING TO the marketing, advertising, promotion,

7  licensing, offering for sale or sale of the CONTESTED MATTEL PRODUCTS,

8  including but not limited to all marketing studies, marketing plans, sales plans,

9  sales forecasts, strategies, surveys and analyses and including but not limited to all

10  catalogs, advertisements, brochures, displays and Internet publications.

11  **RESPONSE TO REQUEST FOR PRODUCTION NO. 37:**

12      MGA incorporates by reference the above-stated general objections as if

13  fully set forth herein.  MGA also specifically objects to this request to the extent

14  that it seeks information not relevant to the subject matter of this lawsuit or

15  reasonably calculated to lead to the discovery of admissible evidence.  MGA also

16  objects to this request on the grounds that it is overbroad, unduly burdensome, and

17  oppressive in seeking *all* documents relating to "the marketing, advertising,

18  promotion, licensing, offering for sale or sale of" MATTEL's products at issue in

19  this litigation.  MGA also objects to this request to the extent it seeks documents

20  equally available to MATTEL.  MGA also objects to this request on the grounds

21  that it seeks confidential, proprietary or commercially sensitive information, the

22  disclosure of which would be inimical to the business interests of MGA.  MGA also

23  objects to this request to the extent it calls for the disclosure of attorney-client

24  privileged information or information protected from disclosure by the work-

25  product doctrine, joint defense or common interest privilege, or other privilege.

26  MGA also objects to this request to the extent it seeks documents not in MGA's

27  possession, custody or control.

28

MGA'S RESPONSE TO MATTEL'S FIRST SET
OF REQUESTS FOR DOCS & THINGS
CV 04-09049 SGL (RNBX)

EXHIBIT 12, PAGE 539

**REQUEST FOR PRODUCTION NO. 38:**

All DOCUMENTS RELATING TO the ownership of any right, title or interest, whether in whole or in part, in or to the CONTESTED MATTEL PRODUCTS.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 38:**

MGA incorporates by reference the above-stated general objections as if fully set forth herein. MGA also specifically objects to this request to the extent that it seeks information not relevant to the subject matter of this lawsuit or reasonably calculated to lead to the discovery of admissible evidence. MGA also objects to this request to the extent it seeks documents equally available to MATTEL. MGA also objects to this request on the grounds that it seeks confidential, proprietary or commercially sensitive information, the disclosure of which would be inimical to the business interests of MGA. MGA also objects to this request to the extent it calls for the disclosure of attorney-client privileged information or information protected from disclosure by the work-product doctrine, joint defense or common interest privilege, or other privilege. MGA also objects to this request to the extent it seeks documents not in MGA's possession, custody or control.

**REQUEST FOR PRODUCTION NO. 39:**

All DOCUMENTS RELATING TO the invention, creation, origin, conception, authorship, design, and ownership of the CONTESTED MATTEL PRODUCTS.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 39:**

MGA incorporates by reference the above-stated general objections as if fully set forth herein. MGA also specifically objects to this request to the extent that it seeks information not relevant to the subject matter of this lawsuit or reasonably calculated to lead to the discovery of admissible evidence. MGA also objects to this request to the extent it seeks documents equally available to

- 33 -

EXHIBIT 12 , PAGE 540

MGA'S RESPONSE TO MATTEL'S FIRST SET
OF REQUESTS FOR DOCS & THINGS
CV 04-09049 SGL (RNBX)

1   MATTEL.  MGA also objects to this request on the grounds that it seeks

2   confidential, proprietary or commercially sensitive information, the disclosure of

3   which would be inimical to the business interests of MGA.  MGA also objects to

4   this request to the extent it calls for the disclosure of attorney-client privileged

5   information or information protected from disclosure by the work-product doctrine,

6   joint defense or common interest privilege, or other privilege.  MGA also objects to

7   this request to the extent it seeks documents not in MGA's possession, custody or

8   control.

9   **REQUEST FOR PRODUCTION NO. 40:**

10       All DOCUMENTS RELATING TO the display, exhibition, distribution,

11   publication, circulation, or other dissemination of the CONTESTED MATTEL

12   PRODUCTS to distributors, the media, or the public, including but not limited to

13   toy and trade shows and conventions.

14   **RESPONSE TO REQUEST FOR PRODUCTION NO. 40:**

15       MGA incorporates by reference the above-stated general objections as if

16   fully set forth herein.  MGA also specifically objects to this request to the extent

17   that it seeks information not relevant to the subject matter of this lawsuit or

18   reasonably calculated to lead to the discovery of admissible evidence.  MGA also

19   objects to this request on the grounds that it is overbroad, unduly burdensome and

20   oppressive in that it seeks *all* documents relating to the "display, exhibition,

21   distribution, publication, circulation, or other dissemination" of MATTEL's

22   products at issue in this litigation to "distributors, the media, or the public."  MGA

23   also objects to this request to the extent it seeks documents equally available to

24   MATTEL.  MGA also objects to this request on the grounds that it seeks

25   confidential, proprietary or commercially sensitive information, the disclosure of

26   which would be inimical to the business interests of MGA.  MGA also objects to

27   this request to the extent it calls for the disclosure of attorney-client privileged

28   information or information protected from disclosure by the work-product doctrine,

MGA'S RESPONSE TO MATTEL'S FIRST SET
OF REQUESTS FOR DOCS & THINGS
CV 04-09049 SGL (RNBX)

EXHIBIT 12 , PAGE 541

1    joint defense or common interest privilege, or other privilege.  MGA also objects to

2    this request to the extent it seeks documents not in MGA's possession, custody or

3    control.

4    **REQUEST FOR PRODUCTION NO. 41:**

5       All COMMUNICATIONS between YOU and any stock analyst, investment

6    analyst, investment bank, institutional lender, or venture capital fund since January

7    1, 1999.

8    **RESPONSE TO REQUEST FOR PRODUCTION NO. 41:**

9       MGA incorporates by reference the above-stated general objections as if

10    fully set forth herein.  MGA also specifically objects to this request to the extent

11    that it seeks information not relevant to the subject matter of this lawsuit or

12    reasonably calculated to lead to the discovery of admissible evidence.  MGA also

13    objects to this request on the grounds that it is overly broad, unduly burdensome

14    and oppressive in that it seeks *all* communications between MGA and *any* stock

15    analyst, investment analyst, investment bank, institutional lender or venture capital

16    fund since January 1, 1999.  MGA also objects to this request on the grounds that it

17    seeks confidential, proprietary or commercially sensitive information, the

18    disclosure of which would be inimical to the business interests of MGA.  MGA also

19    objects to this request to the extent it seeks documents not in MGA's possession,

20    custody or control.

21    **REQUEST FOR PRODUCTION NO. 42:**

22       All COMMUNICATIONS between YOU and any individual while the

23    individual was employed by MATTEL.

24    **RESPONSE TO REQUEST FOR PRODUCTION NO. 42:**

25       MGA incorporates by reference the above-stated general objections as if

26    fully set forth herein.  MGA also specifically objects to this request to the extent

27    that it seeks information not relevant to the subject matter of this lawsuit or

28    reasonably calculated to lead to the discovery of admissible evidence.  MGA also

MGA'S RESPONSE TO MATTEL'S FIRST SET
OF REQUESTS FOR DOCS & THINGS
CV 04-09049 SGL (RNBX)

EXHIBIT 12, PAGE 542

1   objects to this request on the grounds that it is overbroad, unduly burdensome and

2   oppressive in that it seeks *all* communications between MGA and any individual,

3   while the individual was employed by MATTEL. MGA also objects to this request

4   to the extent it seeks documents equally available to MATTEL. MGA also objects

5   to this request on the grounds that it seeks confidential, proprietary or commercially

6   sensitive information, the disclosure of which would be inimical to the business

7   interests of MGA. MGA also objects to this request to the extent it calls for the

8   disclosure of attorney-client privileged information or information protected from

9   disclosure by the work-product doctrine, joint defense or common interest

10  privilege, or other privilege. MGA also objects to this request to the extent it seeks

11  information the disclosure of which would implicate the rights of third parties to

12  protect private, confidential, proprietary or trade secret information. MGA also

13  objects to this request to the extent it seeks documents not in MGA's possession,

14  custody or control.

15  **REQUEST FOR PRODUCTION NO. 43:**

16      All COMMUNICATIONS between YOU and MATTEL RELATING TO the

17  CONTESTED MGA PRODUCTS or the CONTESTED MATTEL PRODUCTS.

18  **RESPONSE TO REQUEST FOR PRODUCTION NO. 43:**

19      MGA incorporates by reference the above-stated general objections as if

20  fully set forth herein. MGA also specifically objects to this request to the extent

21  that it seeks information not relevant to the subject matter of this lawsuit or

22  reasonably calculated to lead to the discovery of admissible evidence. MGA also

23  objects to this request on the grounds that it is overbroad, unduly burdensome and

24  oppressive in that it seeks *all* communications between MGA and MATTEL

25  relating to MGA or MATTEL's products at issue in this litigation. MGA also

26  objects to this request on the ground that such communications are equally

27  available to MATTEL. MGA further objects to this request on the ground that it is

28  compound. MGA also objects to this request to the extent it seeks information the

EXHIBIT 12, PAGE 543

MGA'S RESPONSE TO MATTEL'S FIRST SET
OF REQUESTS FOR DOCS & THINGS
CV 04-09049 SGL (RNBX)

1    disclosure of which would implicate the rights of third parties to protect private,

2    confidential, proprietary or trade secret information. MGA also objects to this

3    request to the extent it seeks documents not in MGA's possession, custody or

4    control.

5    **REQUEST FOR PRODUCTION NO. 44:**

6        All COMMUNICATIONS between YOU and any PERSON RELATING TO

7    the claims made in YOUR COMPLAINT or the facts that YOU contend support

8    such claims.

9    **RESPONSE TO REQUEST FOR PRODUCTION NO. 44:**

10        MGA incorporates by reference the above-stated general objections as if

11    fully set forth herein. MGA also specifically objects to this request to the extent

12    that it seeks information not relevant to the subject matter of this lawsuit or

13    reasonably calculated to lead to the discovery of admissible evidence. MGA also

14    objects to this request on the grounds that it is overbroad, unduly burdensome and

15    oppressive in that it seeks *all* communications between MGA and *any* person

16    relating to the claims made in MGA's complaint or the facts that support MGA's

17    claims. MGA also objects to this request on the grounds that it seeks confidential,

18    proprietary or commercially sensitive information, the disclosure of which would

19    be inimical to the business interests of MGA. MGA also objects to this request to

20    the extent it calls for the disclosure of attorney-client privileged information or

21    information protected from disclosure by the work-product doctrine, joint defense

22    or common interest privilege, or other privilege. MGA also objects to this request

23    to the extent it seeks information the disclosure of which would implicate the rights

24    of third parties to protect private, confidential, proprietary or trade secret

25    information. MGA also objects to this request to the extent it seeks documents not

26    in MGA's possession, custody or control.

27        Subject to the foregoing, MGA will produce responsive, non-privileged

28    documents in its possession, custody or control, if any, responsive to this request,

- 37 -

MGA'S RESPONSE TO MATTEL'S FIRST SET
OF REQUESTS FOR DOCS & THINGS
CV 04-09049 SGL (RNBX)

EXHIBIT 12, PAGE 544

1    that it is able to locate following a reasonably diligent search.

2    **REQUEST FOR PRODUCTION NO. 45:**

3       All DOCUMENTS RELATING TO YOUR knowledge of MATTEL's

4    alleged infringement of YOUR claimed EMBODIMENTS.

5    **RESPONSE TO REQUEST FOR PRODUCTION NO. 45:**

6       MGA incorporates by reference the above-stated general objections as if

7    fully set forth herein.  MGA also specifically objects to this request to the extent

8    that it seeks information not relevant to the subject matter of this lawsuit or

9    reasonably calculated to lead to the discovery of admissible evidence.  MGA also

10    objects to this request on the grounds that it is overbroad, unduly burdensome and

11    oppressive in that it seeks *all* documents relating to MGA's knowledge of

12    MATTEL's infringement of MGA's "claimed embodiments."  MGA also objects to

13    this request on the grounds that it seeks confidential, proprietary or commercially

14    sensitive information, the disclosure of which would be inimical to the business

15    interests of MGA.  MGA also objects to this request to the extent it calls for the

16    disclosure of attorney-client privileged information or information protected from

17    disclosure by the work-product doctrine, joint defense or common interest

18    privilege, or other privilege.  MGA also objects to this request to the extent it seeks

19    information the disclosure of which would implicate the rights of third parties to

20    protect private, confidential, proprietary or trade secret information.  MGA also

21    objects to this request to the extent it seeks documents not in MGA's possession,

22    custody or control.

23    **REQUEST FOR PRODUCTION NO. 46:**

24       All DOCUMENTS RELATING TO any unjust enrichment, damage, loss, or

25    injury that YOU claim has been sustained by reason of any act or omission by

26    MATTEL, including but not limited to all DOCUMENTS RELATING TO any

27    alleged lost profits, lost sales, lost opportunity, lost license, price erosion,

28    consequential or incidental damage, information or intellectual property provided to

MGA'S RESPONSE TO MATTEL'S FIRST SET
OF REQUESTS FOR DOCS & THINGS
CV 04-09049 SGL (RNBX)

EXHIBIT 12 , PAGE 545

1  any competitor, or benefit obtained by any competitor, including but not limited to

2  all DOCUMENTS RELATING TO the causation for any such alleged unjust

3  enrichment, damage, loss, or injury.

4  **RESPONSE TO REQUEST FOR PRODUCTION NO. 46:**

5      MGA incorporates by reference the above-stated general objections as if

6  fully set forth herein. MGA also specifically objects to this request to the extent

7  that it seeks information not relevant to the subject matter of this lawsuit or

8  reasonably calculated to lead to the discovery of admissible evidence. MGA also

9  objects to this request on the grounds that it is overbroad, unduly burdensome and

10  oppressive in that it seeks *all* documents relating to "any unjust enrichment,

11  damage, loss or injury" that MGA has sustained by reason of any act or omission

12  by MATTEL, including documents relating to "any alleged lost profits, lost sales,

13  lost opportunity, lost license, price erosion, consequential or incidental damage,

14  information or intellectual property provided to any competitor, or benefit obtained

15  by any competitor" and all documents relating to the "causation for any such

16  alleged unjust enrichment, damage, loss or injury. MGA also objects to this request

17  to the extent it calls for the disclosure of attorney-client privileged information or

18  information protected from disclosure by the work-product doctrine, joint defense

19  or common interest privilege, or other privilege. MGA also objects to this request

20  to the extent it seeks documents not in MGA's possession, custody or control.

21      Subject to the foregoing, MGA will produce responsive, non-privileged

22  documents in its possession, custody or control, if any, responsive to this request,

23  that it is able to locate following a reasonably diligent search.

24  **REQUEST FOR PRODUCTION NO. 47:**

25      All DOCUMENTS supporting YOUR contention that MATTEL created,

26  designed, derived, or developed products, packaging, and advertising using

27  concepts, products, or intellectual property owned by YOU.

28

MGA'S RESPONSE TO MATTEL'S FIRST SET
OF REQUESTS FOR DOCS & THINGS
CV 04-09049 SGL (RNBX)

EXHIBIT  12 , PAGE 546

1   **RESPONSE TO REQUEST FOR PRODUCTION NO. 47:**

2       MGA incorporates by reference the above-stated general objections as if

3   fully set forth herein.  MGA also objects to this request to the extent it calls for the

4   disclosure of attorney-client privileged information or information protected from

5   disclosure by the work-product doctrine, joint defense or common interest

6   privilege, or other privilege.  MGA also objects to this request to the extent it seeks

7   documents not in MGA's possession, custody or control.

8       Subject to the foregoing, MGA will produce responsive, non-privileged

9   documents in its possession, custody or control, if any, responsive to this request,

10   that it is able to locate following a reasonably diligent search.

11   **REQUEST FOR PRODUCTION NO. 48:**

12       All DOCUMENTS RELATING TO the copying, reproduction or use of any

13   MATTEL work, product, or EMBODIMENT by YOU or on YOUR behalf.

14   **RESPONSE TO REQUEST FOR PRODUCTION NO. 48:**

15       MGA incorporates by reference the above-stated general objections as if

16   fully set forth herein.  MGA also objects to this request to the extent it calls for the

17   disclosure of attorney-client privileged information or information protected from

18   disclosure by the work-product doctrine, joint defense or common interest

19   privilege, or other privilege.  MGA also objects to this request to the extent it seeks

20   documents not in MGA's possession, custody or control.

21   **REQUEST FOR PRODUCTION NO. 49:**

22       All DOCUMENTS RELATING TO any similarity or dissimilarity between,

23   on the one hand, any of the CONTESTED MGA PRODUCTS and any other work

24   or product developed, manufactured, or distributed by any other person or entity,

25   including but not limited to MATTEL.

26   **RESPONSE TO REQUEST FOR PRODUCTION NO. 49:**

27       MGA incorporates by reference the above-stated general objections as if

28   fully set forth herein.  MGA also specifically objects to this request to the extent

MGA'S RESPONSE TO MATTEL'S FIRST SET
OF REQUESTS FOR DOCS & THINGS
CV 04-09049 SGL (RNBX)

EXHIBIT 12, PAGE 547

1  that it seeks information not relevant to the subject matter of this lawsuit or

2  reasonably calculated to lead to the discovery of admissible evidence.  MGA also

3  objects to this request on the grounds that it is overbroad, unduly burdensome and

4  oppressive in that it seeks *all* documents relating to any similarity or dissimilarity

5  between MGA's products at issue in this litigation and any other work or product

6  developed, manufactured, or distributed by *any other person or entity*.  MGA also

7  objects to this request on the grounds that it seeks confidential, proprietary or

8  commercially sensitive information, the disclosure of which would be inimical to

9  the business interests of MGA.  MGA also objects to this request to the extent it

10  calls for the disclosure of attorney-client privileged information or information

11  protected from disclosure by the work-product doctrine, joint defense or common

12  interest privilege, or other privilege.  MGA also objects to this request to the extent

13  it seeks documents not in MGA's possession, custody or control.

14       Subject to the foregoing, MGA will produce responsive, non-privileged

15  documents in its possession, custody or control, if any, responsive to this request,

16  relating to any similarity or dissimilarity between MGA's products at issue in this

17  litigation and Mattel's products at issue in this litigation, that it is able to locate

18  following a reasonably diligent search.

19  **REQUEST FOR PRODUCTION NO. 50:**

20       All DOCUMENTS RELATING TO the reasons why consumers purchase

21  any of the CONTESTED MGA PRODUCTS, including but not limited to all

22  consumer surveys, studies and comments pertaining thereto.

23  **RESPONSE TO REQUEST FOR PRODUCTION NO. 50:**

24       MGA incorporates by reference the above-stated general objections as if

25  fully set forth herein.  MGA also specifically objects to this request to the extent

26  that it seeks information not relevant to the subject matter of this lawsuit or

27  reasonably calculated to lead to the discovery of admissible evidence.  MGA also

28  objects to this request on the grounds that it is overbroad, unduly burdensome and

- 41 -

MGA'S RESPONSE TO MATTEL'S FIRST SET
OF REQUESTS FOR DOCS & THINGS
CV 04-09049 SGL (RNBX)

EXHIBIT 12, PAGE 548

1   oppressive in that it seeks *all* documents relating to the reasons why consumers

2   purchase any of MGA's products at issue in this litigation, including all consumer

3   surveys, studies and comments pertaining thereto.  MGA also objects to this request

4   on the ground that it is premature and will be the subject of expert testimony.

5   MGA also objects to this request on the grounds that it seeks confidential,

6   proprietary or commercially sensitive information, the disclosure of which would

7   be inimical to the business interests of MGA.  MGA also objects to this request to

8   the extent it calls for the disclosure of attorney-client privileged information or

9   information protected from disclosure by the work-product doctrine, joint defense

10   or common interest privilege, or other privilege.  MGA also objects to the extent

11   such documents are not in MGA's possession, custody or control.

12   **REQUEST FOR PRODUCTION NO. 51:**

13       All DOCUMENTS RELATING TO the channels of trade or potential or

14   prospective channels of trade for the CONTESTED MGA PRODUCTS.

15   **RESPONSE TO REQUEST FOR PRODUCTION NO. 51:**

16       MGA incorporates by reference the above-stated general objections as if

17   fully set forth herein.  MGA also specifically objects to this request to the extent

18   that it seeks information not relevant to the subject matter of this lawsuit or

19   reasonably calculated to lead to the discovery of admissible evidence.  MGA also

20   objects to this request on the ground that it is vague and incomprehensible in that it

21   is not clear what "channels of trade or potential prospective channels of trade"

22   means or refers to.  MGA also objects to this request on the grounds that it seeks

23   confidential, proprietary or commercially sensitive information, the disclosure of

24   which would be inimical to the business interests of MGA.  MGA also objects to

25   this request to the extent it calls for the disclosure of attorney-client privileged

26   information or information protected from disclosure by the work-product doctrine,

27   joint defense or common interest privilege, or other privilege.  MGA also objects to

28   the extent such documents are not in MGA's possession, custody or control.

MGA'S RESPONSE TO MATTEL'S FIRST SET
OF REQUESTS FOR DOCS & THINGS
CV 04-09049 SGL (RNBX)

EXHIBIT 12 , PAGE 549

1  **REQUEST FOR PRODUCTION NO. 52:**

2      All DOCUMENTS RELATING TO any similarity or dissimilarity between

3  any of the CONTESTED MGA PRODUCTS and any EMBODIMENTS authored,

4  created, distributed, made, sold or offered for sale by any PERSON other than

5  YOU.

6  **RESPONSE TO REQUEST FOR PRODUCTION NO. 52:**

7      MGA incorporates by reference the above-stated general objections as if

8  fully set forth herein.  MGA also specifically objects to this request to the extent

9  that it seeks information not relevant to the subject matter of this lawsuit or

10  reasonably calculated to lead to the discovery of admissible evidence.  MGA also

11  objects to this request on the grounds that it is overbroad, unduly burdensome and

12  oppressive in that it seeks *all* documents relating to any similarity or dissimilarity

13  between any of MGA's products at issue in this litigation and any

14  "EMBODIMENTS authored, created, distributed, made, sold or offered for sale by

15  *any* person" other than MGA.  MGA also objects to this request on the grounds that

16  it seeks confidential, proprietary or commercially sensitive information, the

17  disclosure of which would be inimical to the business interests of MGA.  MGA also

18  objects to this request to the extent it calls for the disclosure of attorney-client

19  privileged information or information protected from disclosure by the work-

20  product doctrine, joint defense or common interest privilege, or other privilege.

21  MGA also objects to the extent such documents are not in MGA's possession,

22  custody or control.

23  **REQUEST FOR PRODUCTION NO. 53:**

24      All DOCUMENTS RELATING TO any similarity or dissimilarity between

25  any of the CONTESTED MGA PRODUCTS and any of the CONTESTED

26  MATTEL PRODUCTS.

27  **RESPONSE TO REQUEST FOR PRODUCTION NO. 53:**

28      MGA incorporates by reference the above-stated general objections as if

MGA'S RESPONSE TO MATTEL'S FIRST SET
OF REQUESTS FOR DOCS & THINGS
CV 04-09049 SGL (RNBX)

EXHIBIT  12 , PAGE  550

1    fully set forth herein. MGA also specifically objects to this request to the extent

2    that it seeks information not relevant to the subject matter of this lawsuit or

3    reasonably calculated to lead to the discovery of admissible evidence. MGA also

4    objects to this request on the grounds that it is overbroad, unduly burdensome and

5    oppressive in that it seeks *all* documents relating to any similarity or dissimilarity

6    between MGA's products at issue in this litigation and any MATTEL products at

7    issue in this litigation. MGA also objects to this request on the grounds that it seeks

8    confidential, proprietary or commercially sensitive information, the disclosure of

9    which would be inimical to the business interests of MGA. MGA also objects to

10    this request to the extent it calls for the disclosure of attorney-client privileged

11    information or information protected from disclosure by the work-product doctrine,

12    joint defense or common interest privilege, or other privilege. MGA also objects to

13    the extent such documents are not in MGA's possession, custody or control.

14       Subject to the foregoing, MGA will produce responsive, non-privileged

15    documents in its possession, custody or control, if any, responsive to this request,

16    that it is able to locate following a reasonably diligent search.

17    **REQUEST FOR PRODUCTION NO. 54:**

18       All DOCUMENTS RELATING TO any COMMUNICATION by YOU with

19    any news organization regarding the CONTESTED MGA PRODUCTS or the

20    CONTESTED MATTEL PRODUCTS.

21    **RESPONSE TO REQUEST FOR PRODUCTION NO. 54:**

22       MGA incorporates by reference the above-stated general objections as if

23    fully set forth herein. MGA also specifically objects to this request to the extent

24    that it seeks information not relevant to the subject matter of this lawsuit or

25    reasonably calculated to lead to the discovery of admissible evidence. MGA also

26    objects to this request on the grounds that it is overbroad, unduly burdensome and

27    oppressive in that it seeks *all* documents relating to any communications by MGA

28    with any news organization regarding MGA's products at issue in this litigation or

MGA'S RESPONSE TO MATTEL'S FIRST SET<br>
OF REQUESTS FOR DOCS & THINGS<br>
CV 04-09049 SGL (RNBX)

- 44 -

EXHIBIT 10, PAGE 551

1    MATTEL's products at issue in this litigation.  MGA also objects on the ground

2    that such documents are equally available to MATTEL.  MGA also objects to this

3    request on the grounds that it seeks confidential, proprietary or commercially

4    sensitive information, the disclosure of which would be inimical to the business

5    interests of MGA.  MGA also objects to this request to the extent it calls for the

6    disclosure of attorney-client privileged information or information protected from

7    disclosure by the work-product doctrine, joint defense or common interest

8    privilege, or other privilege.  MGA also objects to the extent such documents are

9    not in MGA's possession, custody or control.

10   **REQUEST FOR PRODUCTION NO. 55:**

11       All periodicals, whether they be magazines, newspapers, newsletters, or any

12   other type of periodical, that mention the CONTESTED MGA PRODUCTS that

13   have been published since January 1, 1999.

14   **RESPONSE TO REQUEST FOR PRODUCTION NO. 55:**

15       MGA incorporates by reference the above-stated general objections as if

16   fully set forth herein.  MGA also specifically objects to this request to the extent

17   that it seeks information not relevant to the subject matter of this lawsuit or

18   reasonably calculated to lead to the discovery of admissible evidence.  MGA also

19   objects to this request on the grounds that it is overbroad, unduly burdensome and

20   oppressive in that it seeks *all* periodicals that mention MGA's products at issue in

21   this litigation.  MGA also objects on the ground that such documents are equally

22   available to MATTEL.  MGA also objects to this request on the grounds that it

23   seeks confidential, proprietary or commercially sensitive information, the

24   disclosure of which would be inimical to the business interests of MGA.  MGA also

25   objects to this request to the extent it calls for the disclosure of attorney-client

26   privileged information or information protected from disclosure by the work-

27   product doctrine, joint defense or common interest privilege, or other privilege.

28   MGA also objects to the extent such documents are not in MGA's possession,

- 45 -

EXHIBIT __12__, PAGE __552__

1  custody or control.

2  **REQUEST FOR PRODUCTION NO. 56:**

3      All television or radio broadcasts or cablecasts that mention the

4  CONTESTED MGA PRODUCTS that have been disseminated since January 1,

5  1999.

6  **RESPONSE TO REQUEST FOR PRODUCTION NO. 56:**

7      MGA incorporates by reference the above-stated general objections as if

8  fully set forth herein.  MGA also specifically objects to this request to the extent

9  that it seeks information not relevant to the subject matter of this lawsuit or

10 reasonably calculated to lead to the discovery of admissible evidence.  MGA also

11 objects to this request on the grounds that it is overbroad, unduly burdensome and

12 oppressive in that it seeks *all* television or radio broadcasts or cablecasts that

13 mention MGA's products at issue in this litigation.  MGA also objects on the

14 ground that such documents are equally available to MATTEL.  MGA also objects

15 to this request on the grounds that it seeks confidential, proprietary or commercially

16 sensitive information, the disclosure of which would be inimical to the business

17 interests of MGA.  MGA also objects to this request to the extent it calls for the

18 disclosure of attorney-client privileged information or information protected from

19 disclosure by the work-product doctrine, joint defense or common interest

20 privilege, or other privilege.  MGA also objects to the extent such documents are

21 not in MGA's possession, custody or control.

22 **REQUEST FOR PRODUCTION NO. 57:**

23     All Internet postings or COMMUNICATIONS that mention the

24 CONTESTED MGA PRODUCTS that have been disseminated since January 1,

25 1999.

26 **RESPONSE TO REQUEST FOR PRODUCTION NO. 57:**

27     MGA incorporates by reference the above-stated general objections as if

28 fully set forth herein.  MGA also specifically objects to this request to the extent

EXHIBIT 12 ; PAGE 553

MGA'S RESPONSE TO MATTEL'S FIRST SET
OF REQUESTS FOR DOCS & THINGS
CV 04-09049 SGL (RNBX)

1    that it seeks information not relevant to the subject matter of this lawsuit or

2    reasonably calculated to lead to the discovery of admissible evidence.  MGA also

3    objects to this request on the grounds that it is overbroad, unduly burdensome and

4    oppressive in that it seeks *all* Internet postings or communications that mention

5    MGA's products at issue in this litigation.  MGA also objects on the ground that

6    such documents are equally available to MATTEL.  MGA also objects to this

7    request on the grounds that it seeks confidential, proprietary or commercially

8    sensitive information, the disclosure of which would be inimical to the business

9    interests of MGA.  MGA also objects to this request to the extent it calls for the

10   disclosure of attorney-client privileged information or information protected from

11   disclosure by the work-product doctrine, joint defense or common interest

12   privilege, or other privilege.  MGA also objects to the extent such documents are

13   not in MGA's possession, custody or control.

14   **REQUEST FOR PRODUCTION NO. 58:**

15       All DOCUMENTS RELATING TO publicity by YOU or about the

16   CONTESTED MGA PRODUCTS since January 1, 1999, including but not limited

17   to advertising, media releases, and public relations material.

18   **RESPONSE TO REQUEST FOR PRODUCTION NO. 58:**

19       MGA incorporates by reference the above-stated general objections as if

20   fully set forth herein.  MGA also specifically objects to this request to the extent

21   that it seeks information not relevant to the subject matter of this lawsuit or

22   reasonably calculated to lead to the discovery of admissible evidence.  MGA also

23   objects to this request on the grounds that it is overbroad, unduly burdensome and

24   oppressive in that it seeks *all* documents relating to publicity by MGA about

25   MGA's products at issue in this litigation.  MGA also objects on the ground that

26   such documents are equally available to MATTEL.  MGA also objects to this

27   request on the grounds that it seeks confidential, proprietary or commercially

28   sensitive information, the disclosure of which would be inimical to the business

MGA'S RESPONSE TO MATTEL'S FIRST SET
OF REQUESTS FOR DOCS & THINGS
CV 04-09049 SGL (RNBX)

EXHIBIT 12, PAGE 554

1    interests of MGA.  MGA also objects to this request to the extent it calls for the

2    disclosure of attorney-client privileged information or information protected from

3    disclosure by the work-product doctrine, joint defense or common interest

4    privilege, or other privilege.  MGA also objects to the extent such documents are

5    not in MGA's possession, custody or control.

6    **REQUEST FOR PRODUCTION NO. 59:**

7         All DOCUMENTS RELATING TO any effort by YOU to recruit employees

8    or contractors since January 1, 1999, including but not limited to advertising, media

9    releases, brochures, articles, catalogs, handbooks, and public relations material.

10   **RESPONSE TO REQUEST FOR PRODUCTION NO. 59:**

11        MGA incorporates by reference the above-stated general objections as if

12   fully set forth herein.  MGA also specifically objects to this request to the extent

13   that it seeks information not relevant to the subject matter of this lawsuit or

14   reasonably calculated to lead to the discovery of admissible evidence.  MGA also

15   objects to this request on the grounds that it is overbroad, unduly burdensome, and

16   oppressive in seeking all documents relating to employee recruitment.

17   **REQUEST FOR PRODUCTION NO. 60:**

18        All DOCUMENTS RELATING TO the hiring, engagement, or retention by

19   YOU of any current or former MATTEL employee or contractor since January 1,

20   1999, including but not limited to all employment agreements and agreements

21   RELATING TO confidentiality or the invention, authorship, or ownership of any

22   concept or product.

23   **RESPONSE TO REQUEST FOR PRODUCTION NO. 60:**

24        MGA incorporates by reference the above-stated general objections as if

25   fully set forth herein.  MGA also specifically objects to this request to the extent

26   that it seeks information not relevant to the subject matter of this lawsuit or

27   reasonably calculated to lead to the discovery of admissible evidence.  MGA also

28

MGA'S RESPONSE TO MATTEL'S FIRST SET
OF REQUESTS FOR DOCS & THINGS
CV 04-09049 SGL (RNBX)

EXHIBIT  12 , PAGE  565

1    objects to this request on the grounds that it is overbroad, unduly burdensome, and

2    oppressive.

3    **REQUEST FOR PRODUCTION NO. 61:**

4         All DOCUMENTS RELATING TO any of the CONTESTED MATTEL

5    PRODUCTS that were obtained by YOU before the date that such product was first

6    offered for sale to the general public.

7    **RESPONSE TO REQUEST FOR PRODUCTION NO. 61:**

8         MGA incorporates by reference the above-stated general objections as if

9    fully set forth herein. MGA also specifically objects to this request to the extent

10   that it seeks information not relevant to the subject matter of this lawsuit or

11   reasonably calculated to lead to the discovery of admissible evidence.

12        Subject to the foregoing, MGA will produce responsive, non-privileged

13   documents in its possession, custody or control, if any, responsive to this request,

14   that it is able to locate following a reasonably diligent search.

15   **REQUEST FOR PRODUCTION NO. 62:**

16        All DOCUMENTS, since January 1, 1999, RELATING TO YOUR receipt,

17   reproduction, copying, storage, transmission, transfer, retention, destruction,

18   deletion or use of any DOCUMENTS, data and/or information, including but not

19   limited to any compilation of information, that was prepared, made, created,

20   generated, assembled or compiled by or for MATTEL and that was not publicly

21   available at the time of YOUR receipt of such DOCUMENT, data and/or

22   information.

23   **RESPONSE TO REQUEST FOR PRODUCTION NO. 62:**

24        MGA incorporates by reference the above-stated general objections as if

25   fully set forth herein. MGA also specifically objects to this request to the extent

26   that it seeks information not relevant to the subject matter of this lawsuit or

27   reasonably calculated to lead to the discovery of admissible evidence. MGA also

28

MGA'S RESPONSE TO MATTEL'S FIRST SET
OF REQUESTS FOR DOCS & THINGS
CV 04-09049 SGL (RNBX)

EXHIBIT 12 , PAGE 556

1  objects to this request on the grounds that it is overbroad, unduly burdensome, and

2  oppressive.

3       Subject to the foregoing, MGA will produce responsive, non-privileged

4  documents in its possession, custody or control, if any, responsive to this request,

5  that it is able to locate following a reasonably diligent search.

6  **REQUEST FOR PRODUCTION NO. 63:**

7       All DOCUMENTS, since January 1, 1999, RELATING TO YOUR

8  knowledge of any MATTEL product prior to the time that such product had been

9  announced or disclosed by MATTEL to retailers or the public, including but not

10  limited to the CONTESTED MATTEL PRODUCTS.

11  **RESPONSE TO REQUEST FOR PRODUCTION NO. 63:**

12       MGA incorporates by reference the above-stated general objections as if

13  fully set forth herein. MGA also specifically objects to this request to the extent

14  that it seeks information not relevant to the subject matter of this lawsuit or

15  reasonably calculated to lead to the discovery of admissible evidence.

16       Subject to the foregoing, MGA will produce responsive, non-privileged

17  documents in its possession, custody or control, if any, responsive to this request,

18  that it is able to locate following a reasonably diligent search.

19  **REQUEST FOR PRODUCTION NO. 64:**

20       All DOCUMENTS, since January 1, 1999, RELATING TO YOUR receipt,

21  reproduction, copying, storage, transmission, transfer, retention, destruction,

22  deletion or use of any MATTEL line list or other DOCUMENT prepared by

23  MATTEL identifying MATTEL products in the planning, design or development

24  phase.

25  **RESPONSE TO REQUEST FOR PRODUCTION NO. 64:**

26       MGA incorporates by reference the above-stated general objections as if

27  fully set forth herein. MGA also specifically objects to this request to the extent

28

MGA'S RESPONSE TO MATTEL'S FIRST SET
OF REQUESTS FOR DOCS & THINGS
CV 04-09049 SGL (RNBX)

EXHIBIT 12, PAGE 557