1  that it seeks information not relevant to the subject matter of this lawsuit or

2  reasonably calculated to lead to the discovery of admissible evidence.

3        Subject to the foregoing, MGA will produce responsive, non-privileged

4  documents in its possession, custody or control, if any, responsive to this request,

5  that it is able to locate following a reasonably diligent search.

6  **REQUEST FOR PRODUCTION NO. 65:**

7        Copies of all DOCUMENTS that were seized by Mexican authorities from

8  MGA's office in Mexico City, Mexico.

9  **RESPONSE TO REQUEST FOR PRODUCTION NO. 65:**

10        MGA incorporates by reference the above-stated general objections as if

11  fully set forth herein.  MGA also specifically objects to this request to the extent

12  that it seeks information not relevant to the subject matter of this lawsuit or

13  reasonably calculated to lead to the discovery of admissible evidence.  MGA also

14  objects to this request on the ground that such documents are not within MGA's

15  possession, custody or control.

16  **REQUEST FOR PRODUCTION NO. 66:**

17        All DOCUMENTS RELATING TO the DOCUMENTS, data and/or

18  information that were seized by Mexican authorities from MGA's office in Mexico

19  City, Mexico.

20  **RESPONSE TO REQUEST FOR PRODUCTION NO. 66:**

21        MGA incorporates by reference the above-stated general objections as if

22  fully set forth herein.  MGA also specifically objects to this request to the extent

23  that it seeks information not relevant to the subject matter of this lawsuit or

24  reasonably calculated to lead to the discovery of admissible evidence.  MGA also

25  objects to this request on the ground that such documents are not within MGA's

26  possession, custody or control.

27  **REQUEST FOR PRODUCTION NO. 67:**

28        All DOCUMENTS, including all COMMUNICATIONS, RELATING to the

MGA'S RESPONSE TO MATTEL'S FIRST SET
OF REQUESTS FOR DOCS & THINGS
CV 04-09049 SGL (RNBX)

EXHIBIT 12, PAGE 558

1   search of MGA's office in Mexico City, Mexico that was conducted by Mexican

2   authorities.

3   **RESPONSE TO REQUEST FOR PRODUCTION NO. 67:**

4        MGA incorporates by reference the above-stated general objections as if

5   fully set forth herein.  MGA also specifically objects to this request to the extent

6   that it seeks information not relevant to the subject matter of this lawsuit or

7   reasonably calculated to lead to the discovery of admissible evidence.  MGA also

8   objects to this request on the ground that such documents are not within MGA's

9   possession, custody or control.

10   **REQUEST FOR PRODUCTION NO. 68:**

11        All DOCUMENTS RELATING TO the email account <plot04@aol.com>,

12   including but not limited to all emails and attachments sent from, sent to, received

13   by, transmitted by way of or through and/or stored in such account in any manner.

14   **RESPONSE TO REQUEST FOR PRODUCTION NO. 68:**

15        MGA incorporates by reference the above-stated general objections as if

16   fully set forth herein.  MGA also specifically objects to this request to the extent

17   that it seeks information not relevant to the subject matter of this lawsuit or

18   reasonably calculated to lead to the discovery of admissible evidence.  MGA also

19   objects to this request on the ground that such documents are not within MGA's

20   possession, custody or control.

21   **REQUEST FOR PRODUCTION NO. 69:**

22        All DOCUMENTS RELATING TO when the email account

23   <plot04@aol.com> was first registered, set up or established.

24   **RESPONSE TO REQUEST FOR PRODUCTION NO. 69:**

25        MGA incorporates by reference the above-stated general objections as if

26   fully set forth herein.  MGA also specifically objects to this request to the extent

27   that it seeks information not relevant to the subject matter of this lawsuit or

28   reasonably calculated to lead to the discovery of admissible evidence.  MGA also

- 52 -

MGA'S RESPONSE TO MATTEL'S FIRST SET
OF REQUESTS FOR DOCS & THINGS
CV 04-09049 SGL (RNBX)

EXHIBIT 12 , PAGE 55

1   objects to this request on the ground that such documents are not within MGA's

2   possession, custody or control.

3   **REQUEST FOR PRODUCTION NO. 70:**

4       All DOCUMENTS identifying each PERSON who registered, set up,

5   established or used the email account <plot04@aol.com>.

6   **RESPONSE TO REQUEST FOR PRODUCTION NO. 70:**

7       MGA incorporates by reference the above-stated general objections as if

8   fully set forth herein.  MGA also specifically objects to this request to the extent

9   that it seeks information not relevant to the subject matter of this lawsuit or

10   reasonably calculated to lead to the discovery of admissible evidence.  MGA also

11   objects to this request on the ground that such documents are not within MGA's

12   possession, custody or control.

13   **REQUEST FOR PRODUCTION NO. 71:**

14       All COMMUNICATIONS between YOU and Carlos Gustavo Machado

15   Gomez ("Machado") prior to April 20, 2004.

16   **RESPONSE TO REQUEST FOR PRODUCTION NO. 71:**

17       MGA incorporates by reference the above-stated general objections as if

18   fully set forth herein.  MGA also specifically objects to this request to the extent

19   that it seeks information not relevant to the subject matter of this lawsuit or

20   reasonably calculated to lead to the discovery of admissible evidence.

21   **REQUEST FOR PRODUCTION NO. 72:**

22       All DOCUMENTS RELATING TO COMMUNICATIONS between YOU

23   and Machado prior to April 20, 2004, including but not limited to all calendar

24   entries, phone logs, phone records and notes reflecting such COMMUNICATIONS.

25   **RESPONSE TO REQUEST FOR PRODUCTION NO. 72:**

26       MGA incorporates by reference the above-stated general objections as if

27   fully set forth herein.  MGA also specifically objects to this request to the extent

28

MGA'S RESPONSE TO MATTEL'S FIRST SET
OF REQUESTS FOR DOCS & THINGS
CV 04-09049 SGL (RNBX)

EXHIBIT 12 , PAGE 560

1  that it seeks information not relevant to the subject matter of this lawsuit or

2  reasonably calculated to lead to the discovery of admissible evidence.

3  **REQUEST FOR PRODUCTION NO. 73:**

4      All DOCUMENTS, including but not limited to all COMMUNICATIONS

5  with any PERSON, RELATING TO Machado prior to April 20, 2004.

6  **RESPONSE TO REQUEST FOR PRODUCTION NO. 73:**

7      MGA incorporates by reference the above-stated general objections as if

8  fully set forth herein.  MGA also specifically objects to this request to the extent

9  that it seeks information not relevant to the subject matter of this lawsuit or

10  reasonably calculated to lead to the discovery of admissible evidence.

11  **REQUEST FOR PRODUCTION NO. 74:**

12      All DOCUMENTS, including but not limited to all COMMUNICATIONS

13  with any PERSON, RELATING TO Machado's resignation from Mattel.

14  **RESPONSE TO REQUEST FOR PRODUCTION NO. 74:**

15      MGA incorporates by reference the above-stated general objections as if

16  fully set forth herein.  MGA also specifically objects to this request to the extent

17  that it seeks information not relevant to the subject matter of this lawsuit or

18  reasonably calculated to lead to the discovery of admissible evidence.

19  **REQUEST FOR PRODUCTION NO. 75:**

20      All DOCUMENTS, including but not limited to all COMMUNICATIONS

21  with any PERSON, RELATING TO compensation, money or any other item of

22  value paid to Machado, whether directly or indirectly, by YOU.

23  **RESPONSE TO REQUEST FOR PRODUCTION NO. 75:**

24      MGA incorporates by reference the above-stated general objections as if

25  fully set forth herein.  MGA also specifically objects to this request to the extent

26  that it seeks information not relevant to the subject matter of this lawsuit or

27  reasonably calculated to lead to the discovery of admissible evidence.  MGA also

28  objects to this request to the extent it seeks information the disclosure of which

- 54 -

MGA'S RESPONSE TO MATTEL'S FIRST SET
OF REQUESTS FOR DOCS & THINGS
CV 04-09049 SGL (RNBX)

EXHIBIT 12, PAGE 561

1  would implicate the rights of third parties to protect private, confidential,

2  proprietary or trade secret information.

3  **REQUEST FOR PRODUCTION NO. 76:**

4      All DOCUMENTS received by YOU, directly or indirectly, from Machado

5  RELATING TO any MATTEL product or plan.

6  **RESPONSE TO REQUEST FOR PRODUCTION NO. 76:**

7      MGA incorporates by reference the above-stated general objections as if

8  fully set forth herein. MGA also specifically objects to this request to the extent

9  that it seeks information not relevant to the subject matter of this lawsuit or

10  reasonably calculated to lead to the discovery of admissible evidence.

11  **REQUEST FOR PRODUCTION NO. 77:**

12      All DOCUMENTS, including but not limited to all COMMUNICATIONS

13  with any PERSON, RELATING TO YOUR receipt, reproduction, copying, storage,

14  transmission, transfer, retention, destruction, deletion or use of any DOCUMENTS,

15  data and/or information, including but not limited to any compilation of

16  information, that was prepared, made, created, generated, assembled or compiled by

17  or for MATTEL and that YOU received, directly or indirectly, from Machado.

18  **RESPONSE TO REQUEST FOR PRODUCTION NO. 77:**

19      MGA incorporates by reference the above-stated general objections as if

20  fully set forth herein. MGA also specifically objects to this request to the extent

21  that it seeks information not relevant to the subject matter of this lawsuit or

22  reasonably calculated to lead to the discovery of admissible evidence.

23  **REQUEST FOR PRODUCTION NO. 78:**

24      A copy of each personnel file maintained or created by YOU RELATING

25  TO Machado.

26  **RESPONSE TO REQUEST FOR PRODUCTION NO. 78:**

27      MGA incorporates by reference the above-stated general objections as if

28  fully set forth herein. MGA also specifically objects to this request to the extent

MGA'S RESPONSE TO MATTEL'S FIRST SET
OF REQUESTS FOR DOCS & THINGS
CV 04-09049 SGL (RNBX)

EXHIBIT 12 , PAGE 562

1  that it seeks information not relevant to the subject matter of this lawsuit or

2  reasonably calculated to lead to the discovery of admissible evidence.  MGA also

3  objects to this request to the extent it seeks information the disclosure of which

4  would implicate the rights of third parties to protect private, confidential,

5  proprietary or trade secret information.

6  **REQUEST FOR PRODUCTION NO. 79:**

7  All DOCUMENTS, including but not limited to all COMMUNICATIONS,

8  prepared, created, sent or transmitted, whether in whole or in part, by Machado

9  RELATING TO any of the CONTESTED MGA PRODUCTS.

10  **RESPONSE TO REQUEST FOR PRODUCTION NO. 79:**

11  MGA incorporates by reference the above-stated general objections as if

12  fully set forth herein.  MGA also specifically objects to this request to the extent

13  that it seeks information not relevant to the subject matter of this lawsuit or

14  reasonably calculated to lead to the discovery of admissible evidence.

15  **REQUEST FOR PRODUCTION NO. 80:**

16  All DOCUMENTS, including but not limited to all COMMUNICATIONS,

17  prepared, created, sent or transmitted, whether in whole or in part, by Machado

18  RELATING TO any of the CONTESTED MATTEL PRODUCTS.

19  **RESPONSE TO REQUEST FOR PRODUCTION NO. 80:**

20  MGA incorporates by reference the above-stated general objections as if

21  fully set forth herein.  MGA also specifically objects to this request to the extent

22  that it seeks information not relevant to the subject matter of this lawsuit or

23  reasonably calculated to lead to the discovery of admissible evidence.

24  **REQUEST FOR PRODUCTION NO. 81:**

25  All COMMUNICATIONS between YOU and Mariana Trueba Almada

26  ("Trueba") prior to April 20, 2004.

27

28

- 56 -

MGA'S RESPONSE TO MATTEL'S FIRST SET
OF REQUESTS FOR DOCS & THINGS
CV 04-09049 SGL (RNBX)

EXHIBIT 12, PAGE 563

1   **RESPONSE TO REQUEST FOR PRODUCTION NO. 81:**

2       MGA incorporates by reference the above-stated general objections as if

3   fully set forth herein.  MGA also specifically objects to this request to the extent

4   that it seeks information not relevant to the subject matter of this lawsuit or

5   reasonably calculated to lead to the discovery of admissible evidence.

6   **REQUEST FOR PRODUCTION NO. 82:**

7       All DOCUMENTS RELATING TO COMMUNICATIONS between YOU

8   and Trueba prior to April 20, 2004, including but not limited to all calendar entries,

9   phone logs, phone records and notes reflecting such COMMUNICATIONS.

10   **RESPONSE TO REQUEST FOR PRODUCTION NO. 82:**

11       MGA incorporates by reference the above-stated general objections as if

12   fully set forth herein.  MGA also specifically objects to this request to the extent

13   that it seeks information not relevant to the subject matter of this lawsuit or

14   reasonably calculated to lead to the discovery of admissible evidence.

15   **REQUEST FOR PRODUCTION NO. 83:**

16       All DOCUMENTS, including but not limited to all COMMUNICATIONS

17   with any PERSON, RELATING TO Trueba prior to April 24 20, 2004.

18   **RESPONSE TO REQUEST FOR PRODUCTION NO. 83:**

19       MGA incorporates by reference the above-stated general objections as if

20   fully set forth herein.  MGA also specifically objects to this request to the extent

21   that it seeks information not relevant to the subject matter of this lawsuit or

22   reasonably calculated to lead to the discovery of admissible evidence.

23   **REQUEST FOR PRODUCTION NO. 84:**

24       All DOCUMENTS, including but not limited to all

25   COMMUNICATIONS with any PERSON, RELATING TO Trueba's resignation

26   from Mattel.

27

28

EXHIBIT _12_, PAGE _564_

1  **RESPONSE TO REQUEST FOR PRODUCTION NO. 84:**

2       MGA incorporates by reference the above-stated general objections as if

3  fully set forth herein.  MGA also specifically objects to this request to the extent

4  that it seeks information not relevant to the subject matter of this lawsuit or

5  reasonably calculated to lead to the discovery of admissible evidence.  MGA also

6  objects to this request on the ground that such documents are not in MGA's

7  possession, custody or control.

8  **REQUEST FOR PRODUCTION NO. 85:**

9       All DOCUMENTS, including but not limited to all COMMUNICATIONS

10  with any PERSON, RELATING TO compensation, money or any other item of

11  value paid to Trueba, whether directly or indirectly, by YOU.

12  **RESPONSE TO REQUEST FOR PRODUCTION NO. 85:**

13       MGA incorporates by reference the above-stated general objections as if

14  fully set forth herein.  MGA also specifically objects to this request to the extent

15  that it seeks information not relevant to the subject matter of this lawsuit or

16  reasonably calculated to lead to the discovery of admissible evidence.  MGA also

17  objects to this request to the extent it seeks information the disclosure of which

18  would implicate the rights of third parties to protect private, confidential,

19  proprietary or trade secret information.

20  **REQUEST FOR PRODUCTION NO. 86:**

21       All DOCUMENTS received by YOU, directly or indirectly, from Trueba

22  RELATING TO any MATTEL product or plan.

23  **RESPONSE TO REQUEST FOR PRODUCTION NO. 86:**

24       MGA incorporates by reference the above-stated general objections as if

25  fully set forth herein.  MGA also specifically objects to this request to the extent

26  that it seeks information not relevant to the subject matter of this lawsuit or

27  reasonably calculated to lead to the discovery of admissible evidence.

28

MGA'S RESPONSE TO MATTEL'S FIRST SET
OF REQUESTS FOR DOCS & THINGS
CV 04-09049 SGL (RNBX)

EXHIBIT __12__, PAGE __565__

1  **REQUEST FOR PRODUCTION NO. 87:**

2      All DOCUMENTS, including but not limited to all COMMUNICATIONS

3  with any PERSON, RELATING TO YOUR receipt, reproduction, copying, storage,

4  transmission, transfer, retention, destruction, deletion or use of any DOCUMENTS,

5  data and/or information, including but not limited to any compilation of

6  information, that was prepared, made, created, generated, assembled or compiled by

7  or for MATTEL and that YOU received, directly or indirectly, from Trueba.

8  **RESPONSE TO REQUEST FOR PRODUCTION NO. 87:**

9      MGA incorporates by reference the above-stated general objections as if

10  fully set forth herein.  MGA also specifically objects to this request to the extent

11  that it seeks information not relevant to the subject matter of this lawsuit or

12  reasonably calculated to lead to the discovery of admissible evidence.

13  **REQUEST FOR PRODUCTION NO. 88:**

14      A copy of each personnel file maintained or created by YOU RELATING

15  TO Trueba.

16  **RESPONSE TO REQUEST FOR PRODUCTION NO. 88:**

17      MGA incorporates by reference the above-stated general objections as if

18  fully set forth herein.  MGA also specifically objects to this request to the extent

19  that it seeks information not relevant to the subject matter of this lawsuit or

20  reasonably calculated to lead to the discovery of admissible evidence.  MGA also

21  objects to this request to the extent it seeks information the disclosure of which

22  would implicate the rights of third parties to protect private, confidential,

23  proprietary or trade secret information.

24  **REQUEST FOR PRODUCTION NO. 89:**

25      All DOCUMENTS, including but not limited to all COMMUNICATIONS,

26  prepared, created, sent or transmitted, whether in whole or in part, by Trueba

27  RELATING TO any of the CONTESTED MGA PRODUCTS.

28

- 59 -

MGA'S RESPONSE TO MATTEL'S FIRST SET OF REQUESTS FOR DOCS & THINGS CV 04-09049 SGL (RNBX)

EXHIBIT 12 , PAGE 566

**RESPONSE TO REQUEST FOR PRODUCTION NO. 89:**

MGA incorporates by reference the above-stated general objections as if fully set forth herein. MGA also specifically objects to this request to the extent that it seeks information not relevant to the subject matter of this lawsuit or reasonably calculated to lead to the discovery of admissible evidence.

**REQUEST FOR PRODUCTION NO. 90:**

All DOCUMENTS, including but not limited to all COMMUNICATIONS, prepared, created, sent or transmitted, whether in whole or in part, by Trueba RELATING TO any of the CONTESTED MATTEL PRODUCTS.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 90:**

MGA incorporates by reference the above-stated general objections as if fully set forth herein. MGA also specifically objects to this request to the extent that it seeks information not relevant to the subject matter of this lawsuit or reasonably calculated to lead to the discovery of admissible evidence. MGA also objects to this request to the extent such documents are not in MGA's possession, custody or control.

**REQUEST FOR PRODUCTION NO. 91:**

All COMMUNICATIONS between YOU and Pablo Vargas San Jose ("Vargas") prior to April 20, 2004.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 91:**

MGA incorporates by reference the above-stated general objections as if fully set forth herein. MGA also specifically objects to this request to the extent that it seeks information not relevant to the subject matter of this lawsuit or reasonably calculated to lead to the discovery of admissible evidence.

**REQUEST FOR PRODUCTION NO. 92:**

All DOCUMENTS RELATING TO COMMUNICATIONS between YOU and Vargas prior to April 20, 2004, including but not limited to all calendar entries, phone logs, phone records and notes reflecting such COMMUNICATIONS.

- 60 -

MGA'S RESPONSE TO MATTEL'S FIRST SET
OF REQUESTS FOR DOCS & THINGS
CV 04-09049 SGL (RNBX)

EXHIBIT 12, PAGE 567

1  **RESPONSE TO REQUEST FOR PRODUCTION NO. 92:**

2        MGA incorporates by reference the above-stated general objections as if

3  fully set forth herein.  MGA also specifically objects to this request to the extent

4  that it seeks information not relevant to the subject matter of this lawsuit or

5  reasonably calculated to lead to the discovery of admissible evidence.

6  **REQUEST FOR PRODUCTION NO. 93:**

7        All DOCUMENTS, including but not limited to all COMMUNICATIONS

8  with any PERSON, RELATING TO Vargas prior to April 20, 2004.

9  **RESPONSE TO REQUEST FOR PRODUCTION NO. 93:**

10        MGA incorporates by reference the above-stated general objections as if

11  fully set forth herein.  MGA also specifically objects to this request to the extent

12  that it seeks information not relevant to the subject matter of this lawsuit or

13  reasonably calculated to lead to the discovery of admissible evidence.

14  **REQUEST FOR PRODUCTION NO. 94:**

15        All DOCUMENTS, including but not limited to all COMMUNICATIONS

16  with any PERSON, RELATING TO Vargas' resignation from Mattel.

17  **RESPONSE TO REQUEST FOR PRODUCTION NO. 94:**

18        MGA incorporates by reference the above-stated general objections as if

19  fully set forth herein.  MGA also specifically objects to this request to the extent

20  that it seeks information not relevant to the subject matter of this lawsuit or

21  reasonably calculated to lead to the discovery of admissible evidence.

22  **REQUEST FOR PRODUCTION NO. 95:**

23        All DOCUMENTS, including but not limited to all COMMUNICATIONS

24  with any PERSON, RELATING TO compensation, money or any other item of

25  value paid to Vargas, whether directly or indirectly, by YOU.

26  **RESPONSE TO REQUEST FOR PRODUCTION NO. 95:**

27        MGA incorporates by reference the above-stated general objections as if

28  fully set forth herein.  MGA also specifically objects to this request to the extent

MGA'S RESPONSE TO MATTEL'S FIRST SET
OF REQUESTS FOR DOCS & THINGS
CV 04-09049 SGL (RNBX)

EXHIBIT _12_, PAGE _568_

1   that it seeks information not relevant to the subject matter of this lawsuit or

2   reasonably calculated to lead to the discovery of admissible evidence.  MGA also

3   objects to this request to the extent it seeks information the disclosure of which

4   would implicate the rights of third parties to protect private, confidential,

5   proprietary or trade secret information.

6   **REQUEST FOR PRODUCTION NO. 96:**

7        All DOCUMENTS received by YOU, directly or indirectly, from Vargas

8   RELATING TO any MATTEL product or plan.

9   **RESPONSE TO REQUEST FOR PRODUCTION NO. 96:**

10        MGA incorporates by reference the above-stated general objections as if

11   fully set forth herein.  MGA also specifically objects to this request to the extent

12   that it seeks information not relevant to the subject matter of this lawsuit or

13   reasonably calculated to lead to the discovery of admissible evidence.

14   **REQUEST FOR PRODUCTION NO. 97:**

15        All DOCUMENTS, including but not limited to all COMMUNICATIONS

16   with any PERSON, RELATING TO YOUR receipt, reproduction, copying, storage,

17   transmission, transfer, retention, destruction, deletion or use of any DOCUMENTS,

18   data and/or information, including but not limited to any compilation of

19   information, that was prepared, made, created, generated, assembled or compiled by

20   or for MATTEL and that YOU received, directly or indirectly, from Vargas.

21   **RESPONSE TO REQUEST FOR PRODUCTION NO. 97:**

22        MGA incorporates by reference the above-stated general objections as if

23   fully set forth herein.  MGA also specifically objects to this request to the extent

24   that it seeks information not relevant to the subject matter of this lawsuit or

25   reasonably calculated to lead to the discovery of admissible evidence.

26   **REQUEST FOR PRODUCTION NO. 98:**

27        A copy of each personnel file maintained or created by YOU RELATING

28   TO Vargas.

- 62 -

MGA'S RESPONSE TO MATTEL'S FIRST SET
OF REQUESTS FOR DOCS & THINGS
CV 04-09049 SGL (RNBX)

EXHIBIT __12__, PAGE __569__

1  **RESPONSE TO REQUEST FOR PRODUCTION NO. 98:**

2        MGA incorporates by reference the above-stated general objections as if

3  fully set forth herein. MGA also specifically objects to this request to the extent

4  that it seeks information not relevant to the subject matter of this lawsuit or

5  reasonably calculated to lead to the discovery of admissible evidence. MGA also

6  objects to this request to the extent it seeks information the disclosure of which

7  would implicate the rights of third parties to protect private, confidential,

8  proprietary or trade secret information.

9  **REQUEST FOR PRODUCTION NO. 99:**

10        All DOCUMENTS, including but not limited to all COMMUNICATIONS,

11  prepared, created, sent or transmitted, whether in whole or in part, by Vargas

12  RELATING TO any of the CONTESTED MGA PRODUCTS.

13  **RESPONSE TO REQUEST FOR PRODUCTION NO. 99:**

14        MGA incorporates by reference the above-stated general objections as if

15  fully set forth herein. MGA also specifically objects to this request to the extent

16  that it seeks information not relevant to the subject matter of this lawsuit or

17  reasonably calculated to lead to the discovery of admissible evidence. MGA also

18  objects to this request on the ground that such documents are not in MGA's

19  possession, custody or control.

20  **REQUEST FOR PRODUCTION NO. 100:**

21        All DOCUMENTS, including but not limited to all COMMUNICATIONS,

22  prepared, created, sent or transmitted, whether in whole or in part, by Vargas

23  RELATING TO any of the CONTESTED MATTEL PRODUCTS.

24  **RESPONSE TO REQUEST FOR PRODUCTION NO. 100:**

25        MGA incorporates by reference the above-stated general objections as if

26  fully set forth herein. MGA also specifically objects to this request to the extent

27  that it seeks information not relevant to the subject matter of this lawsuit or

28  reasonably calculated to lead to the discovery of admissible evidence.

- 63 -

MGA'S RESPONSE TO MATTEL'S FIRST SET
OF REQUESTS FOR DOCS & THINGS
CV 04-09049 SGL (RNBX)

EXHIBIT 12 , PAGE 570

1 | **REQUEST FOR PRODUCTION NO. 101:**

2 |     All COMMUNICATIONS between YOU and Janine Brisbois ("Brisbois")

3 | prior to September 27, 2005.

4 | **RESPONSE TO REQUEST FOR PRODUCTION NO. 101:**

5 |     MGA incorporates by reference the above-stated general objections as if

6 | fully set forth herein.  MGA also specifically objects to this request to the extent

7 | that it seeks information not relevant to the subject matter of this lawsuit or

8 | reasonably calculated to lead to the discovery of admissible evidence.

9 | **REQUEST FOR PRODUCTION NO. 102:**

10 |     All DOCUMENTS RELATING TO COMMUNICATIONS between YOU

11 | and Brisbois prior to September 27, 2005, including but not limited to all calendar

12 | entries, phone logs, phone records and notes reflecting such COMMUNICATIONS.

13 | **RESPONSE TO REQUEST FOR PRODUCTION NO. 102:**

14 |     MGA incorporates by reference the above-stated general objections as if

15 | fully set forth herein.  MGA also specifically objects to this request to the extent

16 | that it seeks information not relevant to the subject matter of this lawsuit or

17 | reasonably calculated to lead to the discovery of admissible evidence.

18 | **REQUEST FOR PRODUCTION NO. 103:**

19 |     All DOCUMENTS, including but not limited to all COMMUNICATIONS

20 | with any PERSON, RELATING TO Brisbois prior to September 27, 2005.

21 | **RESPONSE TO REQUEST FOR PRODUCTION NO. 103:**

22 |     MGA incorporates by reference the above-stated general objections as if

23 | fully set forth herein.  MGA also specifically objects to this request to the extent

24 | that it seeks information not relevant to the subject matter of this lawsuit or

25 | reasonably calculated to lead to the discovery of admissible evidence.

26 | **REQUEST FOR PRODUCTION NO. 104:**

27 |     All DOCUMENTS, including but not limited to all COMMUNICATIONS

28 | with any PERSON, RELATING TO Brisbois' resignation from Mattel.

MGA'S RESPONSE TO MATTEL'S FIRST SET
OF REQUESTS FOR DOCS & THINGS
CV 04-09049 SGL (RNBX)

EXHIBIT 12 , PAGE 571

1 | **RESPONSE TO REQUEST FOR PRODUCTION NO. 104:**

2      MGA incorporates by reference the above-stated general objections as if

3 fully set forth herein.  MGA also specifically objects to this request to the extent

4 that it seeks information not relevant to the subject matter of this lawsuit or

5 reasonably calculated to lead to the discovery of admissible evidence.

6 | **REQUEST FOR PRODUCTION NO. 105:**

7      All DOCUMENTS, including but not limited to all COMMUNICATIONS

8 with any PERSON, RELATING TO compensation, money or any other item of

9 value paid to Brisbois, whether directly or indirectly, by YOU.

10 | **RESPONSE TO REQUEST FOR PRODUCTION NO. 105:**

11      MGA incorporates by reference the above-stated general objections as if

12 fully set forth herein.  MGA also specifically objects to this request to the extent

13 that it seeks information not relevant to the subject matter of this lawsuit or

14 reasonably calculated to lead to the discovery of admissible evidence.  MGA also

15 objects to this request to the extent it seeks information the disclosure of which

16 would implicate the rights of third parties to protect private, confidential,

17 proprietary or trade secret information.

18 | **REQUEST FOR PRODUCTION NO. 106:**

19      All DOCUMENTS received by YOU, directly or indirectly, from Brisbois

20 RELATING TO any MATTEL product or plan.

21 | **RESPONSE TO REQUEST FOR PRODUCTION NO. 106:**

22      MGA incorporates by reference the above-stated general objections as if

23 fully set forth herein.  MGA also specifically objects to this request to the extent

24 that it seeks information not relevant to the subject matter of this lawsuit or

25 reasonably calculated to lead to the discovery of admissible evidence.

26 | **REQUEST FOR PRODUCTION NO. 107:**

27      All DOCUMENTS, including but not limited to all COMMUNICATIONS

28 with any PERSON, RELATING TO YOUR receipt, reproduction, copying, storage,

- 65 -

MGA'S RESPONSE TO MATTEL'S FIRST SET
OF REQUESTS FOR DOCS & THINGS
CV 04-09049 SGL (RNBX)

EXHIBIT 12 , PAGE 570

1    transmission, transfer, retention, destruction, deletion or use of any DOCUMENTS,

2    data and/or information, including but not limited to any compilation of

3    information, that was prepared, made, created, generated, assembled or compiled by

4    or for MATTEL and that YOU received, directly or indirectly, from Brisbois.

5    **RESPONSE TO REQUEST FOR PRODUCTION NO. 107:**

6       MGA incorporates by reference the above-stated general objections as if

7    fully set forth herein.  MGA also specifically objects to this request to the extent

8    that it seeks information not relevant to the subject matter of this lawsuit or

9    reasonably calculated to lead to the discovery of admissible evidence.

10    **REQUEST FOR PRODUCTION NO. 108:**

11       A copy of each personnel file maintained or created by YOU RELATING

12    TO Brisbois.

13    **RESPONSE TO REQUEST FOR PRODUCTION NO. 108:**

14       MGA incorporates by reference the above-stated general objections as if

15    fully set forth herein.  MGA also specifically objects to this request to the extent

16    that it seeks information not relevant to the subject matter of this lawsuit or

17    reasonably calculated to lead to the discovery of admissible evidence.  MGA also

18    objects to this request to the extent it seeks information the disclosure of which

19    would implicate the rights of third parties to protect private, confidential,

20    proprietary or trade secret information.

21    **REQUEST FOR PRODUCTION NO. 109:**

22       All DOCUMENTS, including but not limited to all COMMUNICATIONS,

23    prepared, created, sent or transmitted, whether in whole or in part, by Brisbois

24    RELATING TO any of the CONTESTED MGA PRODUCTS.

25    **RESPONSE TO REQUEST FOR PRODUCTION NO. 109:**

26       MGA incorporates by reference the above-stated general objections as if

27    fully set forth herein.  MGA also specifically objects to this request to the extent

28    that it seeks information not relevant to the subject matter of this lawsuit or

MGA'S RESPONSE TO MATTEL'S FIRST SET
OF REQUESTS FOR DOCS & THINGS
CV 04-09049 SGL (RNBX)

EXHIBIT 12, PAGE 573

1 reasonably calculated to lead to the discovery of admissible evidence.  MGA also

2 objects to this request on the ground that such documents are not in MGA's

3 possession, custody or control.

4 **REQUEST FOR PRODUCTION NO. 110:**

5      All DOCUMENTS, including but not limited to all COMMUNICATIONS,

6 prepared, created, sent or transmitted, whether in whole or in part, by Brisbois

7 RELATING TO any of the CONTESTED MATTEL PRODUCTS.

8 **RESPONSE TO REQUEST FOR PRODUCTION NO. 110:**

9      MGA incorporates by reference the above-stated general objections as if

10 fully set forth herein.  MGA also specifically objects to this request to the extent

11 that it seeks information not relevant to the subject matter of this lawsuit or

12 reasonably calculated to lead to the discovery of admissible evidence.  MGA also

13 objects to this request on the ground that such documents are not in MGA's

14 possession, custody or control.

15 **REQUEST FOR PRODUCTION NO. 111:**

16      All COMMUNICATIONS between YOU and Ron Brawer ("Brawer") prior

17 to October 2, 2004.

18 **RESPONSE TO REQUEST FOR PRODUCTION NO. 111:**

19      MGA incorporates by reference the above-stated general objections as if

20 fully set forth herein.  MGA also specifically objects to this request to the extent

21 that it seeks information not relevant to the subject matter of this lawsuit or

22 reasonably calculated to lead to the discovery of admissible evidence.

23 **REQUEST FOR PRODUCTION NO. 112:**

24      All DOCUMENTS RELATING TO COMMUNICATIONS between YOU

25 and Brawer prior to October 2, 2004, including but not limited to all calendar

26 entries, phone logs, phone records and notes reflecting such COMMUNICATIONS.

27

28

MGA'S RESPONSE TO MATTEL'S FIRST SET
OF REQUESTS FOR DOCS & THINGS
CV 04-09049 SGL (RNBX)

EXHIBIT 12, PAGE 574

1  **RESPONSE TO REQUEST FOR PRODUCTION NO. 112:**

2      MGA incorporates by reference the above-stated general objections as if

3  fully set forth herein.  MGA also specifically objects to this request to the extent

4  that it seeks information not relevant to the subject matter of this lawsuit or

5  reasonably calculated to lead to the discovery of admissible evidence.

6  **REQUEST FOR PRODUCTION NO. 113:**

7      All DOCUMENTS, including but not limited to all COMMUNICATIONS

8  with any PERSON, RELATING TO Brawer prior to October 2, 2004.

9  **RESPONSE TO REQUEST FOR PRODUCTION NO. 113:**

10      MGA incorporates by reference the above-stated general objections as if

11  fully set forth herein.  MGA also specifically objects to this request to the extent

12  that it seeks information not relevant to the subject matter of this lawsuit or

13  reasonably calculated to lead to the discovery of admissible evidence.

14  **REQUEST FOR PRODUCTION NO. 114:**

15      All DOCUMENTS, including but not limited to all COMMUNICATIONS

16  with any PERSON, RELATING TO Brawer's resignation from Mattel.

17  **RESPONSE TO REQUEST FOR PRODUCTION NO. 114:**

18      MGA incorporates by reference the above-stated general objections as if

19  fully set forth herein.  MGA also specifically objects to this request to the extent

20  that it seeks information not relevant to the subject matter of this lawsuit or

21  reasonably calculated to lead to the discovery of admissible evidence.

22  **REQUEST FOR PRODUCTION NO. 115:**

23      All DOCUMENTS, including but not limited to all COMMUNICATIONS

24  with any PERSON, RELATING TO compensation, money or any other item of

25  value paid to Brawer, whether directly or indirectly, by YOU.

26  **RESPONSE TO REQUEST FOR PRODUCTION NO. 115:**

27      MGA incorporates by reference the above-stated general objections as if

28  fully set forth herein.  MGA also specifically objects to this request to the extent

MGA'S RESPONSE TO MATTEL'S FIRST SET
OF REQUESTS FOR DOCS & THINGS
CV 04-09049 SGL (RNBX)

EXHIBIT _12_, PAGE _575_

1  that it seeks information not relevant to the subject matter of this lawsuit or
2  reasonably calculated to lead to the discovery of admissible evidence.  MGA also
3  objects to this request to the extent it seeks information the disclosure of which
4  would implicate the rights of third parties to protect private, confidential,
5  proprietary or trade secret information.
6  **REQUEST FOR PRODUCTION NO. 116:**
7      All DOCUMENTS received by YOU, directly or indirectly, from Brawer
8  RELATING TO any MATTEL product or plan.
9  **RESPONSE TO REQUEST FOR PRODUCTION NO. 116:**
10      MGA incorporates by reference the above-stated general objections as if
11  fully set forth herein.  MGA also specifically objects to this request to the extent
12  that it seeks information not relevant to the subject matter of this lawsuit or
13  reasonably calculated to lead to the discovery of admissible evidence.
14  **REQUEST FOR PRODUCTION NO. 117:**
15      All DOCUMENTS, including but not limited to all COMMUNICATIONS
16  with any PERSON, RELATING TO YOUR receipt, reproduction, copying, storage,
17  transmission, transfer, retention, destruction, deletion or use of any DOCUMENTS,
18  data and/or information, including but not limited to any compilation of
19  information, that was prepared, made, created, generated, assembled or compiled by
20  or for MATTEL and that YOU received, directly or indirectly, from Brawer.
21  **RESPONSE TO REQUEST FOR PRODUCTION NO. 117:**
22      MGA incorporates by reference the above-stated general objections as if
23  fully set forth herein.  MGA also specifically objects to this request to the extent
24  that it seeks information not relevant to the subject matter of this lawsuit or
25  reasonably calculated to lead to the discovery of admissible evidence.
26  **REQUEST FOR PRODUCTION NO. 118:**
27      All DOCUMENTS RELATING TO the existence or extent of competition or
28  substitution between any of the CONTESTED MGA PRODUCTS and any of the

- 69 -

MGA'S RESPONSE TO MATTEL'S FIRST SET OF REQUESTS FOR DOCS & THINGS CV 04-09049 SGL (RNBX)

EXHIBIT 12, PAGE 576

1  CONTESTED MATTEL PRODUCTS.

2  **RESPONSE TO REQUEST FOR PRODUCTION NO. 118:**

3      MGA incorporates by reference the above-stated general objections as if

4  fully set forth herein.  MGA also specifically objects to this request to the extent

5  that it seeks information not relevant to the subject matter of this lawsuit or

6  reasonably calculated to lead to the discovery of admissible evidence.  MGA further

7  objects that this request seeks the disclosure of documents that are properly the

8  subject of expert reports and analysis and is therefore premature as expert reports

9  are not yet due in this case.

10  **REQUEST FOR PRODUCTION NO. 119:**

11      All DOCUMENTS RELATING TO the facts that YOU contend support the

12  claims for relief in YOUR COMPLAINT.

13  **RESPONSE TO REQUEST FOR PRODUCTION NO. 119:**

14      MGA incorporates by reference the above-stated general objections as if

15  fully set forth herein.  MGA also specifically objects to this request to the extent

16  that it seeks information not relevant to the subject matter of this lawsuit or

17  reasonably calculated to lead to the discovery of admissible evidence.  MGA further

18  objects that this request is duplicative and redundant.

19  **REQUEST FOR PRODUCTION NO. 120:**

20      All DOCUMENTS RELATING TO any claim by YOU that any of the

21  CONTESTED MGA PRODUCTS have acquired secondary meaning or are

22  famous.

23  **RESPONSE TO REQUEST FOR PRODUCTION NO. 120:**

24      MGA incorporates by reference the above-stated general objections as if

25  fully set forth herein.  MGA further objects that this request seeks the disclosure of

26  documents that are properly the subject of expert reports and analysis and is

27  therefore premature as expert reports are not yet due in this case.  MGA further

28

- 70 -

MGA'S RESPONSE TO MATTEL'S FIRST SET
OF REQUESTS FOR DOCS & THINGS
CV 04-09049 SGL (RNBX)

EXHIBIT /2 , PAGE 577

1  object to this request on the grounds that it calls for a legal conclusion and will be

2  the subject of expert testimony.

3        Subject to the foregoing, MGA will produce responsive, non-privileged

4  documents in its possession, custody or control, if any, responsive to this request,

5  that it is able to locate following a reasonably diligent search.

6  **REQUEST FOR PRODUCTION NO. 121:**

7        All DOCUMENTS RELATING TO any claim by YOU that MATTEL's

8  actions have caused actual dilution.

9  **RESPONSE TO REQUEST FOR PRODUCTION NO. 121:**

10        MGA incorporates by reference the above-stated general objections as if

11  fully set forth herein.  MGA further objects that this request seeks the disclosure of

12  documents that are properly the subject of expert reports and analysis and is

13  therefore premature as expert reports are not yet due in this case.

14        Subject to the foregoing, MGA will produce responsive, non-privileged

15  documents in its possession, custody or control, if any, responsive to this request,

16  that it is able to locate following a reasonably diligent search.

17  **REQUEST FOR PRODUCTION NO. 122:**

18        All DOCUMENTS RELATING TO the allegation in Paragraph 9 of YOUR

19  COMPLAINT that "Mattel has intimidated, coerced and threatened retailers,

20  licensees, suppliers and others in the industry."

21  **RESPONSE TO REQUEST FOR PRODUCTION NO. 122:**

22        MGA incorporates by reference the above-stated general objections as if

23  fully set forth herein.

24        Subject to the foregoing, MGA will produce responsive, non-privileged

25  documents in its possession, custody or control, if any, responsive to this request,

26  that it is able to locate following a reasonably diligent search.

27  **REQUEST FOR PRODUCTION NO. 123:**

28        All DOCUMENTS RELATING TO the allegation in Paragraph 9 of YOUR

- 71 -

MGA'S RESPONSE TO MATTEL'S FIRST SET
OF REQUESTS FOR DOCS & THINGS
CV 04-09049 SGL (RNBX)

EXHIBIT _12_, PAGE _578_

1   COMPLAINT that "Mattel has . . . serially imitated and copy-catted [*sic*] the look

2   of MGA products, trade dress, trademarks, themes, ideas, advertising and

3   packaging."

4   **RESPONSE TO REQUEST FOR PRODUCTION NO. 123:**

5       MGA incorporates by reference the above-stated general objections as if

6   fully set forth herein.

7       Subject to the foregoing, MGA will produce responsive, non-privileged

8   documents in its possession, custody or control, if any, responsive to this request,

9   that it is able to locate following a reasonably diligent search.

10  **REQUEST FOR PRODUCTION NO. 124:**

11      All DOCUMENTS RELATING TO the allegation in Paragraphs 34 and 36

12  of YOUR COMPLAINT that the Bratz dolls launched in 2001 were "unique and

13  distinctive."

14  **RESPONSE TO REQUEST FOR PRODUCTION NO. 124:**

15      MGA incorporates by reference the above-stated general objections as if

16  fully set forth herein.

17      Subject to the foregoing, MGA will produce responsive, non-privileged

18  documents in its possession, custody or control, if any, responsive to this request,

19  that it is able to locate following a reasonably diligent search.

20  **REQUEST FOR PRODUCTION NO. 125:**

21      All DOCUMENTS RELATING TO any allegation by YOU that YOU have

22  any legally protected interest in any of the following "themes" or any other Bratz

23  "theme" that you contend was copied by MATTEL: "Winter Wonderland," "Bratz

24  Sportz," "Formal Funk," "Sun-Kissed Summer."

25  **RESPONSE TO REQUEST FOR PRODUCTION NO. 125:**

26      MGA incorporates by reference the above-stated general objections as if

27  fully set forth herein. MGA further objects to this request to the extent that it calls

28  for a legal conclusion.

EXHIBIT __12__, PAGE __579__

MGA'S RESPONSE TO MATTEL'S FIRST SET
OF REQUESTS FOR DOCS & THINGS
CV 04-09049 SGL (RNBX)

1      Subject to the foregoing, MGA will produce responsive, non-privileged

2  documents in its possession, custody or control, if any, responsive to this request,

3  that it is able to locate following a reasonably diligent search.

4  **REQUEST FOR PRODUCTION NO. 126:**

5      All DOCUMENTS RELATING TO any allegation by YOU that YOU have

6  any legally protected interest in any "color scheme" that you contend was copied by

7  MATTEL.

8  **RESPONSE TO REQUEST FOR PRODUCTION NO. 126:**

9      MGA incorporates by reference the above-stated general objections as if

10  fully set forth herein.  MGA further objects to this request to the extent that it calls

11  for a legal conclusion.

12      Subject to the foregoing, MGA will produce responsive, non-privileged

13  documents in its possession, custody or control, if any, responsive to this request,

14  that it is able to locate following a reasonably diligent search.

15  **REQUEST FOR PRODUCTION NO. 127:**

16      All DOCUMENTS RELATING TO the allegation in Paragraph 56 of YOUR

17  COMPLAINT that the press has confused YOUR products with those of MATTEL,

18  or vice versa.

19  **RESPONSE TO REQUEST FOR PRODUCTION NO. 127:**

20      MGA incorporates by reference the above-stated general objections as if

21  fully set forth herein.

22      Subject to the foregoing, MGA will produce responsive, non-privileged

23  documents in its possession, custody or control, if any, responsive to this request,

24  that it is able to locate following a reasonably diligent search.

25  **REQUEST FOR PRODUCTION NO. 128:**

26      All DOCUMENTS RELATING TO any allegation by YOU that anyone has

27  confused any commercial for YOUR Funky Fashion Makeover Head with any

28  commercial for MATTEL's My Scene Styling Head.

MGA'S RESPONSE TO MATTEL'S FIRST SET
OF REQUESTS FOR DOCS & THINGS
CV 04-09049 SGL (RNBX)

EXHIBIT 12 , PAGE 580

1    **RESPONSE TO REQUEST FOR PRODUCTION NO. 128:**

2         MGA incorporates by reference the above-stated general objections as if

3    fully set forth herein.

4         Subject to the foregoing, MGA will produce responsive, non-privileged

5    documents in its possession, custody or control, if any, responsive to this request,

6    that it is able to locate following a reasonably diligent search.

7    **REQUEST FOR PRODUCTION NO. 129:**

8         All DOCUMENTS RELATING TO any allegation by YOU that MATTEL

9    has used any "tag line" allegedly belonging to YOU, including but not limited to

10   "Passion for Fashion" or any derivative thereof.

11   **RESPONSE TO REQUEST FOR PRODUCTION NO. 129:**

12        MGA incorporates by reference the above-stated general objections as if

13   fully set forth herein.

14        Subject to the foregoing, MGA will produce responsive, non-privileged

15   documents in its possession, custody or control, if any, responsive to this request,

16   that it is able to locate following a reasonably diligent search.

17   **REQUEST FOR PRODUCTION NO. 130:**

18        All DOCUMENTS RELATING TO the allegation in Paragraph 61 of YOUR

19   COMPLAINT that retailers have been confused by Bratz Petz and MATTEL's My

20   Scene Pets, including but not limited to YOUR allegation that "even sophisticated

21   retailers . . . have mistakenly merchandised 'My Scene' dogs in the middle of the

22   'BRATZ' section of a retail display, next to and as if they were part of MGA's

23   'BRATZ Petz' line."

24   **RESPONSE TO REQUEST FOR PRODUCTION NO. 130:**

25        MGA incorporates by reference the above-stated general objections as if

26   fully set forth herein.

27        Subject to the foregoing, MGA will produce responsive, non-privileged

28   documents in its possession, custody or control, if any, responsive to this request,

MGA'S RESPONSE TO MATTEL'S FIRST SET
OF REQUESTS FOR DOCS & THINGS
CV 04-09049 SGL (RNBX)

EXHIBIT _12_, PAGE _581_

1     that it is able to locate following a reasonably diligent search.

2     **REQUEST FOR PRODUCTION NO. 131:**

3        All DOCUMENTS RELATING TO the allegation in Paragraph 62 of YOUR

4     COMPLAINT that advertising executives have "expressed concern" about "Bratz"

5     and Mattel's "My Scene," including but not limited to the alleged remarks set forth

6     in Paragraph 62.

7     **RESPONSE TO REQUEST FOR PRODUCTION NO. 131:**

8        MGA incorporates by reference the above-stated general objections as if

9     fully set forth herein.

10        Subject to the foregoing, MGA will produce responsive, non-privileged

11     documents in its possession, custody or control, if any, responsive to this request,

12     that it is able to locate following a reasonably diligent search.

13     **REQUEST FOR PRODUCTION NO. 132:**

14        All DOCUMENTS RELATING TO the allegations in Paragraph 63 of

15     YOUR COMPLAINT that the press "has taken notice" of alleged confusion

16     between "Bratz" and Mattel's "My Scene," including but not limited to the alleged

17     remarks set forth in Paragraph 63.

18     **RESPONSE TO REQUEST FOR PRODUCTION NO. 132:**

19        MGA incorporates by reference the above-stated general objections as if

20     fully set forth herein.

21        Subject to the foregoing, MGA will produce responsive, non-privileged

22     documents in its possession, custody or control, if any, responsive to this request,

23     that it is able to locate following a reasonably diligent search.

24     **REQUEST FOR PRODUCTION NO. 133:**

25        All DOCUMENTS RELATING TO the allegation in Paragraph 64 of YOUR

26     COMPLAINT that customers have contacted YOU to purchase Mattel's "My

27     Scene" dolls.

28

MGA'S RESPONSE TO MATTEL'S FIRST SET
OF REQUESTS FOR DOCS & THINGS
CV 04-09049 SGL (RNBX)

EXHIBIT _12_, PAGE _582_

1    **RESPONSE TO REQUEST FOR PRODUCTION NO. 133:**

2         MGA incorporates by reference the above-stated general objections as if

3    fully set forth herein.

4         Subject to the foregoing, MGA will produce responsive, non-privileged

5    documents in its possession, custody or control, if any, responsive to this request,

6    that it is able to locate following a reasonably diligent search.

7    **REQUEST FOR PRODUCTION NO. 134:**

8         All DOCUMENTS RELATING TO any allegation by YOU that YOU have

9    a legally protected interest in what YOU describe in Paragraph 71 of YOUR

10   COMPLAINT as "MGA's 'other-worldly' theme."

11   **RESPONSE TO REQUEST FOR PRODUCTION NO. 134:**

12        MGA incorporates by reference the above-stated general objections as if

13   fully set forth herein.  MGA further objects to this request to the extent that it calls

14   for a legal conclusion.

15        Subject to the foregoing, MGA will produce responsive, non-privileged

16   documents in its possession, custody or control, if any, responsive to this request,

17   that it is able to locate following a reasonably diligent search.

18   **REQUEST FOR PRODUCTION NO. 135:**

19        All DOCUMENTS RELATING TO the allegation in Paragraph 71 of YOUR

20   COMPLAINT that MATTEL's commercials and product "mimic[] MGA's alien

21   theme and commercials in which MGA's 'AlienRacers' are engaged in a 'race to

22   save the universe.'"

23   **RESPONSE TO REQUEST FOR PRODUCTION NO. 135:**

24        MGA incorporates by reference the above-stated general objections as if

25   fully set forth herein.

26        Subject to the foregoing, MGA will produce responsive, non-privileged

27   documents in its possession, custody or control, if any, responsive to this request,

28   that it is able to locate following a reasonably diligent search.

MGA'S RESPONSE TO MATTEL'S FIRST SET
OF REQUESTS FOR DOCS & THINGS
CV 04-09049 SGL (RNBX)

1    **REQUEST FOR PRODUCTION NO. 136:**

2        All DOCUMENTS RELATING TO the allegation in Paragraph 74 of YOUR

3    COMPLAINT that MATTEL has engaged in "strong-arm tactics, and other

4    illegitimate, unfair and anti-competitive means."

5    **RESPONSE TO REQUEST FOR PRODUCTION NO. 136:**

6        MGA incorporates by reference the above-stated general objections as if

7    fully set forth herein.

8        Subject to the foregoing, MGA will produce responsive, non-privileged

9    documents in its possession, custody or control, if any, responsive to this request,

10    that it is able to locate following a reasonably diligent search.

11    **REQUEST FOR PRODUCTION NO. 137:**

12        All DOCUMENTS RELATING TO the allegations in Paragraph 75 of

13    YOUR COMPLAINT regarding MATTEL's dealings and COMMUNICATIONS

14    with former employees, including but not limited to all COMMUNICATIONS

15    between YOU and any present or former employees or contractors of MATTEL.

16    **RESPONSE TO REQUEST FOR PRODUCTION NO. 137:**

17        MGA incorporates by reference the above-stated general objections as if

18    fully set forth herein.  MGA further objects that this request is compound and

19    incomprehensible as drafted.

20        Subject to the foregoing, MGA will produce responsive, non-privileged

21    documents in its possession, custody or control, if any, relevant to the allegations in

22    Paragraph 75, that it is able to locate following a reasonably diligent search.

23    **REQUEST FOR PRODUCTION NO. 138:**

24        All COMMUNICATIONS between YOU and any PERSON RELATING TO

25    the departure from MATTEL of any current or former MATTEL employee or

26    contractor.

27    **RESPONSE TO REQUEST FOR PRODUCTION NO. 138:**

28        MGA incorporates by reference the above-stated general objections as if

MGA'S RESPONSE TO MATTEL'S FIRST SET
OF REQUESTS FOR DOCS & THINGS
CV 04-09049 SGL (RNBX)

EXHIBIT 12 , PAGE 584

1   fully set forth herein. MGA also specifically objects to this request to the extent

2   that it seeks information not relevant to the subject matter of this lawsuit or

3   reasonably calculated to lead to the discovery of admissible evidence. MGA also

4   objects to this request on the grounds that it is overbroad, unduly burdensome, and

5   oppressive. MGA also objects to this request to the extent it seeks information the

6   disclosure of which would implicate the rights of third parties to protect private,

7   confidential, proprietary or trade secret information. MGA also objects to this

8   request to the extent that it seeks documents not in MGA's possession, custody or

9   control.

10  **REQUEST FOR PRODUCTION NO. 139:**

11      All COMMUNICATIONS between YOU and any PERSON RELATING TO

12  the obligations to MATTEL, including the duty of confidentiality, of any current or

13  former MATTEL employee or contractor.

14  **RESPONSE TO REQUEST FOR PRODUCTION NO. 139:**

15      MGA incorporates by reference the above-stated general objections as if

16  fully set forth herein. MGA also specifically objects to this request to the extent

17  that it seeks information not relevant to the subject matter of this lawsuit or

18  reasonably calculated to lead to the discovery of admissible evidence. MGA also

19  objects to this request on the grounds that it is overbroad, unduly burdensome, and

20  oppressive. MGA also objects to this request to the extent it seeks information the

21  disclosure of which would implicate the rights of third parties to protect private,

22  confidential, proprietary or trade secret information. MGA also objects to this

23  request to the extent that it seeks documents not in MGA's possession, custody or

24  control.

25  **REQUEST FOR PRODUCTION NO. 140:**

26      All COMMUNICATIONS between YOU and any current or former

27  MATTEL employee or contractor RELATING TO the ownership of any idea,

28  concept, design, or product.

- 78 -

MGA'S RESPONSE TO MATTEL'S FIRST SET
OF REQUESTS FOR DOCS & THINGS
CV 04-09049 SGL (RNBX)

EXHIBIT _12_, PAGE _585_

**RESPONSE TO REQUEST FOR PRODUCTION NO. 140:**

　　MGA incorporates by reference the above-stated general objections as if fully set forth herein. MGA also specifically objects to this request to the extent that it seeks information not relevant to the subject matter of this lawsuit or reasonably calculated to lead to the discovery of admissible evidence. MGA also objects to this request on the grounds that it is overbroad, unduly burdensome, and oppressive. MGA also objects to this request to the extent it seeks information the disclosure of which would implicate the rights of third parties to protect private, confidential, proprietary or trade secret information. MGA also objects to this request to the extent that it seeks documents not in MGA's possession, custody or control.

**REQUEST FOR PRODUCTION NO. 141:**

　　All COMMUNICATIONS between YOU and any PERSON RELATING TO the retention, destruction, transfer, or use of any information or DOCUMENTS known to or possessed by any current or former MATTEL employee or contractor.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 141:**

　　MGA incorporates by reference the above-stated general objections as if fully set forth herein. MGA also specifically objects to this request to the extent that it seeks information not relevant to the subject matter of this lawsuit or reasonably calculated to lead to the discovery of admissible evidence. MGA also objects to this request on the grounds that it is overbroad, unduly burdensome, and oppressive. MGA also objects to this request to the extent it seeks information the disclosure of which would implicate the rights of third parties to protect private, confidential, proprietary or trade secret information. MGA also objects to this request to the extent that it seeks documents not in MGA's possession, custody or control.

　　Subject to the foregoing, MGA will produce responsive, non-privileged documents in its possession, custody or control, if any, responsive to this request,

- 79 -

EXHIBIT 12, PAGE 586

1   that it is able to locate following a reasonably diligent search.

2   **REQUEST FOR PRODUCTION NO. 142:**

3       All DOCUMENTS RELATING TO the "warnings" or "threats" alleged in

4   Paragraph 76 of YOUR COMPLAINT, including but not limited to all

5   COMMUNICATIONS with any present or former licensees of MATTEL.

6   **RESPONSE TO REQUEST FOR PRODUCTION NO. 142:**

7       MGA incorporates by reference the above-stated general objections as if

8   fully set forth herein.

9       Subject to the foregoing, MGA will produce responsive, non-privileged

10  documents in its possession, custody or control, if any, responsive to this request,

11  that it is able to locate following a reasonably diligent search.

12  **REQUEST FOR PRODUCTION NO. 143:**

13      All DOCUMENTS RELATING TO the "intimidation" alleged in Paragraph

14  77 of YOUR COMPLAINT, including but not limited to all COMMUNICATIONS

15  with any present or former distributors and retailers of MGA and MATTEL

16  products.

17  **RESPONSE TO REQUEST FOR PRODUCTION NO. 143:**

18      MGA incorporates by reference the above-stated general objections as if

19  fully set forth herein.

20      Subject to the foregoing, MGA will produce responsive, non-privileged

21  documents in its possession, custody or control, if any, responsive to this request,

22  that it is able to locate following a reasonably diligent search.

23  **REQUEST FOR PRODUCTION NO. 144:**

24      All COMMUNICATIONS between YOU and any retailer, wholesaler or

25  distributor RELATING TO the CONTESTED MATTEL PRODUCTS.

26  **RESPONSE TO REQUEST FOR PRODUCTION NO. 144:**

27      MGA incorporates by reference the above-stated general objections as if

28  fully set forth herein.  MGA also specifically objects to this request to the extent

- 80 -

MGA'S RESPONSE TO MATTEL'S FIRST SET
OF REQUESTS FOR DOCS & THINGS
CV 04-09049 SGL (RNBX)

EXHIBIT __12__, PAGE __587__

1  that it seeks information not relevant to the subject matter of this lawsuit or

2  reasonably calculated to lead to the discovery of admissible evidence. MGA also

3  objects to this request on the grounds that it is overbroad, unduly burdensome, and

4  oppressive in seeking all documents relating to such communications.

5       Subject to the foregoing, MGA will produce responsive, non-privileged

6  documents in its possession, custody or control, if any, responsive to this request,

7  that it is able to locate following a reasonably diligent search.

8  **REQUEST FOR PRODUCTION NO. 145:**

9       All DOCUMENTS RELATING TO the allegation in Paragraph 78 of YOUR

10  COMPLAINT that MATTEL was responsible for what YOU refer to as a "shortage

11  of doll hair in October 2002."

12  **RESPONSE TO REQUEST FOR PRODUCTION NO. 145:**

13       MGA incorporates by reference the above-stated general objections as if

14  fully set forth herein.

15       Subject to the foregoing, MGA will produce responsive, non-privileged

16  documents in its possession, custody or control, if any, responsive to this request,

17  that it is able to locate following a reasonably diligent search.

18  **REQUEST FOR PRODUCTION NO. 146:**

19       All DOCUMENTS RELATING TO the allegation in Paragraph 79 of YOUR

20  COMPLAINT that MATTEL has "manipulated the retail market," including but not

21  limited to all COMMUNICATIONS with any persons RELATING TO YOUR

22  allegation that "Mattel merchandisers have been caught tampering with MGA's

23  retail displays."

24  **RESPONSE TO REQUEST FOR PRODUCTION NO. 146:**

25       MGA incorporates by reference the above-stated general objections as if

26  fully set forth herein.

27       Subject to the foregoing, MGA will produce responsive, non-privileged

28  documents in its possession, custody or control, if any, responsive to this request,

EXHIBIT __12__, PAGE __588__

1 | that it is able to locate following a reasonably diligent search.

2 | **REQUEST FOR PRODUCTION NO. 147:**

3 | All DOCUMENTS RELATING TO any allegation by YOU that MATTEL

4 | has made false statements about YOU or YOUR business practices, including but

5 | not limited to the allegations in Paragraph 79 of YOUR COMPLAINT.

6 | **RESPONSE TO REQUEST FOR PRODUCTION NO. 147:**

7 | MGA incorporates by reference the above-stated general objections as if

8 | fully set forth herein.

9 | Subject to the foregoing, MGA will produce responsive, non-privileged

10 | documents in its possession, custody or control, if any, responsive to this request,

11 | that it is able to locate following a reasonably diligent search.

12 | **REQUEST FOR PRODUCTION NO. 148:**

13 | All DOCUMENTS RELATING TO any allegation by YOU that MATTEL

14 | has violated any rules or restrictions relating to data provided to subscribers by

15 | NPD or engaged in any other wrongful conduct relating to NPD.

16 | **RESPONSE TO REQUEST FOR PRODUCTION NO. 148:**

17 | MGA incorporates by reference the above-stated general objections as if

18 | fully set forth herein.  MGA specifically objects to the request on the grounds that it

19 | calls for documents subject to a subpoena to NPD and said documents have not yet

20 | been produced.

21 | Subject to the foregoing, MGA will produce responsive, non-privileged

22 | documents in its possession, custody or control, if any, responsive to this request,

23 | that it is able to locate following a reasonably diligent search.

24 | **REQUEST FOR PRODUCTION NO. 149:**

25 | All DOCUMENTS RELATING TO any COMMUNICATIONS between

26 | YOU and NPD, other than periodic reports, between January 1, 2000 and the

27 | present.

28 |

MGA'S RESPONSE TO MATTEL'S FIRST SET
OF REQUESTS FOR DOCS & THINGS
CV 04-09049 SGL (RNBX)

EXHIBIT _12_, PAGE _589_

1  **RESPONSE TO REQUEST FOR PRODUCTION NO. 149:**

2      MGA incorporates by reference the above-stated general objections as if

3  fully set forth herein.  MGA specifically objects to the request on the grounds that it

4  calls for documents subject to a subpoena to NPD and said documents have not yet

5  been produced.

6      Subject to the foregoing, MGA will produce responsive, non-privileged

7  documents in its possession, custody or control, if any, responsive to this request,

8  that it is able to locate following a reasonably diligent search.

9  **REQUEST FOR PRODUCTION NO. 150:**

10     DOCUMENTS sufficient to show the status of YOUR NPD subscription

11  between January 1, 2000 and the present.

12  **RESPONSE TO REQUEST FOR PRODUCTION NO. 150:**

13     MGA incorporates by reference the above-stated general objections as if

14  fully set forth herein.  MGA specifically objects to the request on the grounds that it

15  calls for documents subject to a subpoena to NPD and said documents have not yet

16  been produced.

17     Subject to the foregoing, MGA will produce responsive, non-privileged

18  documents in its possession, custody or control, if any, responsive to this request,

19  that it is able to locate following a reasonably diligent search.

20  **REQUEST FOR PRODUCTION NO. 151:**

21     All DOCUMENTS RELATING TO the allegation in Paragraph 89 of YOUR

22  COMPLAINT that MATTEL "used its influence . . . to induce CARU to place

23  onerous restrictions on MGA advertisements, and require MGA to amend aspects

24  of commercials that have gone unchallenged in other parties' commercials."

25  **RESPONSE TO REQUEST FOR PRODUCTION NO. 151:**

26     MGA incorporates by reference the above-stated general objections as if

27  fully set forth herein.  MGA specifically objects to the request on the grounds that it

28

MGA'S RESPONSE TO MATTEL'S FIRST SET
OF REQUESTS FOR DOCS & THINGS
CV 04-09049 SGL (RNBX)

EXHIBIT 12 , PAGE 590

1 calls for documents subject to a subpoena to CARU and said documents have not

2 yet been produced.

3 Subject to the foregoing, MGA will produce responsive, non-privileged

4 documents in its possession, custody or control, if any, responsive to this request,

5 that it is able to locate following a reasonably diligent search.

6 **REQUEST FOR PRODUCTION NO. 152:**

7 All DOCUMENTS RELATING TO any COMMUNICATIONS between

8 YOU and CARU between January 1, 2000 and the present.

9 **RESPONSE TO REQUEST FOR PRODUCTION NO. 152:**

10 MGA incorporates by reference the above-stated general objections as if

11 fully set forth herein. MGA specifically objects to the request on the grounds that it

12 calls for documents subject to a subpoena to CARU and said documents have not

13 yet been produced.

14 Subject to the foregoing, MGA will produce responsive, non-privileged

15 documents in its possession, custody or control, if any, responsive to this request,

16 that it is able to locate following a reasonably diligent search.

17 **REQUEST FOR PRODUCTION NO. 153:**

18 All DOCUMENTS RELATING TO any allegation by YOU that MATTEL

19 has exercised improper influence with or within TIA, including but not limited to

20 the procedures for and manner in which the Toy of the Year was selected for 2003.

21 **RESPONSE TO REQUEST FOR PRODUCTION NO. 153:**

22 MGA incorporates by reference the above-stated general objections as if

23 fully set forth herein. MGA specifically objects to the request on the grounds that it

24 calls for documents subject to a subpoena to TIA and said documents have not yet

25 been produced.

26 Subject to the foregoing, MGA will produce responsive, non-privileged

27 documents in its possession, custody or control, if any, responsive to this request,

28 that it is able to locate following a reasonably diligent search.

- 84 -

MGA'S RESPONSE TO MATTEL'S FIRST SET
OF REQUESTS FOR DOCS & THINGS
CV 04-09049 SGL (RNBX)

EXHIBIT 12, PAGE 591

1   **REQUEST FOR PRODUCTION NO. 154:**

2       All DOCUMENTS RELATING TO any COMMUNICATIONS with, TIA

3   RELATING TO Toy of the Year since January 1, 2000.

4   **RESPONSE TO REQUEST FOR PRODUCTION NO. 154:**

5       MGA incorporates by reference the above-stated general objections as if

6   fully set forth herein.  MGA specifically objects to the request on the grounds that it

7   calls for documents subject to a subpoena to TIA and said documents have not yet

8   been produced.

9       Subject to the foregoing, MGA will produce responsive, non-privileged

10  documents in its possession, custody or control, if any, responsive to this request,

11  that it is able to locate following a reasonably diligent search.

12  **REQUEST FOR PRODUCTION NO. 155:**

13      All DOCUMENTS RELATING TO the allegation in Paragraph 113 of

14  YOUR COMPLAINT that MATTEL has "willfully and maliciously used its power;

15  influence and intimidation to threaten certain retailers, suppliers, licensees,

16  distributors and manufacturers so as to limit, if not prevent, MGA from doing

17  business with these retailers, suppliers, licensees, distributors and manufacturers,

18  using its power and influence to intimidate and manipulate industry bodies."

19  **RESPONSE TO REQUEST FOR PRODUCTION NO. 155:**

20      MGA incorporates by reference the above-stated general objections as if

21  fully set forth herein.

22      Subject to the foregoing, MGA will produce responsive, non-privileged

23  documents in its possession, custody or control, if any, responsive to this request,

24  that it is able to locate following a reasonably diligent search.

25  **REQUEST FOR PRODUCTION NO. 156:**

26      All DOCUMENTS RELATING TO the allegation in Paragraph 113 of

27  YOUR COMPLAINT that MATTEL has "used its power and influence to attempt

28  to, if not actually, intimidate and threaten MGA's current and potential employees

MGA'S RESPONSE TO MATTEL'S FIRST SET
OF REQUESTS FOR DOCS & THINGS
CV 04-09049 SGL (RNBX)

EXHIBIT 12, PAGE 52

1    sc as to cause MGA competitive injury."

2    **RESPONSE TO REQUEST FOR PRODUCTION NO. 156:**

3       MGA incorporates by reference the above-stated general objections as if

4    fully set forth herein.

5       Subject to the foregoing, MGA will produce responsive, non-privileged

6    documents in its possession, custody or control, if any, responsive to this request,

7    that it is able to locate following a reasonably diligent search.

8    **REQUEST FOR PRODUCTION NO. 157:**

9       YOUR quarterly and annual profit and loss statements (both

10   audited and unaudited) for the years 2000 through the present, inclusive.

11   **RESPONSE TO REQUEST FOR PRODUCTION NO. 157:**

12       MGA incorporates by reference the above-stated general objections as if

13   fully set forth herein. MGA also specifically objects to this request to the extent

14   that it seeks information not relevant to the subject matter of this lawsuit or

15   reasonably calculated to lead to the discovery of admissible evidence. MGA also

16   objects to this request on the grounds that it is overbroad, unduly burdensome, and

17   oppressive and propounded solely for harassment.

18   **REQUEST FOR PRODUCTION NO. 158:**

19       YOUR quarterly and annual financial statements (both audited and

20   unaudited) for the years 2000 through the present, inclusive.

21   **RESPONSE TO REQUEST FOR PRODUCTION NO. 158:**

22       MGA incorporates by reference the above-stated general objections as if

23   fully set forth herein. MGA also specifically objects to this request to the extent

24   that it seeks information not relevant to the subject matter of this lawsuit or

25   reasonably calculated to lead to the discovery of admissible evidence. MGA also

26   objects to this request on the grounds that it is overbroad, unduly burdensome, and

27   oppressive and propounded solely for harassment.

28

MGA'S RESPONSE TO MATTEL'S FIRST SET
OF REQUESTS FOR DOCS & THINGS
CV 04-09049 SGL (RNBX)

EXHIBIT __|ɔ__ , PAGE __5̄1̄3__

1   **REQUEST FOR PRODUCTION NO. 159:**

2       YOUR annual reports for each of the years 2000 through the present,

3   inclusive.

4   **RESPONSE TO REQUEST FOR PRODUCTION NO. 159:**

5       MGA incorporates by reference the above-stated general objections as if

6   fully set forth herein.  MGA also specifically objects to this request to the extent

7   that it seeks information not relevant to the subject matter of this lawsuit or

8   reasonably calculated to lead to the discovery of admissible evidence.  MGA also

9   objects to this request on the grounds that it is overbroad, unduly burdensome, and

10   oppressive and propounded solely for harassment.

11   **REQUEST FOR PRODUCTION NO. 160:**

12       All DOCUMENTS received from MATTEL (whether directly or indirectly)

13   by YOU at any time since January 1, 1999.

14   **RESPONSE TO REQUEST FOR PRODUCTION NO. 160:**

15       MGA incorporates by reference the above-stated general objections as if

16   fully set forth herein.  MGA also specifically objects to this request to the extent

17   that it seeks information not relevant to the subject matter of this lawsuit or

18   reasonably calculated to lead to the discovery of admissible evidence.  MGA also

19   objects to this request on the grounds that it is overbroad, unduly burdensome, and

20   oppressive.

21   **REQUEST FOR PRODUCTION NO. 161:**

22       All DOCUMENTS that YOU have reason to believe were created by or

23   originated from MATTEL, other than MATTEL products that YOU purchased at

24   retail.

25   **RESPONSE TO REQUEST FOR PRODUCTION NO. 161:**

26       MGA incorporates by reference the above-stated general objections as if

27   fully set forth herein.  MGA also specifically objects to this request to the extent

28   that it seeks information not relevant to the subject matter of this lawsuit or

MGA'S RESPONSE TO MATTEL'S FIRST SET
OF REQUESTS FOR DOCS & THINGS
CV 04-09049 SGL (RNBX)

EXHIBIT 12, PAGE 514

1    reasonably calculated to lead to the discovery of admissible evidence. MGA also

2    objects to this request on the grounds that it is overbroad, unduly burdensome, and

3    oppressive.

4    **REQUEST FOR PRODUCTION NO. 162:**

5       All DOCUMENTS RELATING TO the destruction or retention of any

6    DOCUMENT RELATING TO the CONTESTED MGA PRODUCTS or the

7    CONTESTED MATTEL PRODUCTS

8    **RESPONSE TO REQUEST FOR PRODUCTION NO. 162:**

9       MGA incorporates by reference the above-stated general objections as if

10    fully set forth herein. MGA also specifically objects to this request to the extent

11    that it seeks information not relevant to the subject matter of this lawsuit or

12    reasonably calculated to lead to the discovery of admissible evidence. MGA also

13    objects to this request to the extent it calls for the disclosure of attorney-client

14    privileged information or information protected from disclosure by the work-

15    product doctrine, joint defense or common interest privilege, or other privilege.

16    MGA also objects to this request on the grounds that it is overbroad, unduly

17    burdensome, and oppressive.

18       Subject to the foregoing, MGA will produce responsive, non-privileged

19    documents in its possession, custody or control, if any, responsive to this request,

20    that it is able to locate following a reasonably diligent search.

21    **REQUEST FOR PRODUCTION NO. 163:**

22       All internal MGA COMMUNICATIONS and schedules RELATING TO

23    document retention or destruction between January 1, 1999 and the present.

24    **RESPONSE TO REQUEST FOR PRODUCTION NO. 163:**

25       MGA incorporates by reference the above-stated general objections as if

26    fully set forth herein. MGA also specifically objects to this request to the extent

27    that it seeks information not relevant to the subject matter of this lawsuit or

28    reasonably calculated to lead to the discovery of admissible evidence. MGA also

MGA'S RESPONSE TO MATTEL'S FIRST SET
OF REQUESTS FOR DOCS & THINGS
CV 04-09049 SGL (RNBX)

EXHIBIT 12 , PAGE 515

1    objects to this request to the extent it calls for the disclosure of attorney-client

2    privileged information or information protected from disclosure by the work-

3    product doctrine, joint defense or common interest privilege, or other privilege.

4    MGA also objects to this request on the grounds that it is overbroad, unduly

5    burdensome, and oppressive.

6         Subject to the foregoing, MGA will produce responsive, non-privileged

7    documents in its possession, custody or control, if any, responsive to this request,

8    that it is able to locate following a reasonably diligent search.

9    **REQUEST FOR PRODUCTION NO. 164:**

10        All DOCUMENTS RELATING TO any COMMUNICATIONS with, or

11    inquiry or investigation by, any government entity RELATING TO the

12    CONTESTED MGA PRODUCTS or the CONTESTED MATTEL PRODUCTS.

13    **RESPONSE TO REQUEST FOR PRODUCTION NO. 164:**

14        MGA incorporates by reference the above-stated general objections as if

15    fully set forth herein.  MGA also specifically objects to this request to the extent

16    that it seeks information not relevant to the subject matter of this lawsuit or

17    reasonably calculated to lead to the discovery of admissible evidence.  MGA also

18    objects to this request to the extent it calls for the disclosure of attorney-client

19    privileged information or information protected from disclosure by the work-

20    product doctrine, joint defense or common interest privilege, or other privilege.

21    MGA also objects to this request on the grounds that it is overbroad, unduly

22    burdensome, and oppressive.  MGA also objects to this request to the extent such

23    documents are not in MGA's possession, custody or control.

24    **REQUEST FOR PRODUCTION NO. 165:**

25        All DOCUMENTS RELATING TO any COMMUNICATIONS with, or

26    inquiry or investigation by, any toy industry organization, safety compliance, or

27    consumer organization RELATING TO the CONTESTED MGA PRODUCTS or

28    the CONTESTED MATTEL PRODUCTS.

MGA'S RESPONSE TO MATTEL'S FIRST SET
OF REQUESTS FOR DOCS & THINGS
CV 04-09049 SGL (RNBX)

EXHIBIT 12, PAGE 576

**RESPONSE TO REQUEST FOR PRODUCTION NO. 165:**

1 | **RESPONSE TO REQUEST FOR PRODUCTION NO. 165:**
2 | MGA incorporates by reference the above-stated general objections as if
3 | fully set forth herein. MGA also specifically objects to this request to the extent
4 | that it seeks information not relevant to the subject matter of this lawsuit or
5 | reasonably calculated to lead to the discovery of admissible evidence. MGA also
6 | objects to this request to the extent it calls for the disclosure of attorney-client
7 | privileged information or information protected from disclosure by the work-
8 | product doctrine, joint defense or common interest privilege, or other privilege.
9 | MGA also objects to this request on the grounds that it is overbroad, unduly
10 | burdensome, and oppressive.
11 | Subject to the foregoing, MGA will produce responsive, non-privileged
12 | documents in its possession, custody or control, if any, responsive to this request,
13 | that it is able to locate following a reasonably diligent search.
14 | **REQUEST FOR PRODUCTION NO. 166:**
15 | To the extent not produced in response to any other Request for Production,
16 | all DOCUMENTS and tangible things upon which YOU intend to rely upon in this
17 | action.
18 | **RESPONSE TO REQUEST FOR PRODUCTION NO. 166:**
19 | MGA incorporates by reference the above-stated general objections as if
20 | fully set forth herein. MGA also specifically objects to this request to the extent
21 | that it seeks information not relevant to the subject matter of this lawsuit or
22 | reasonably calculated to lead to the discovery of admissible evidence. MGA also

- 90 -

EXHIBIT \_\_\_, PAGE \_\_\_

MGA'S RESPONSE TO MATTEL'S FIRST SET
OF REQUESTS FOR DOCS & THINGS
CV 04-09049 SGL (RNBX)

1   objects to this request on the grounds that it is overbroad, unduly burdensome, and

2   oppressive.  MGA further objects that this request is duplicative and redundant.

3

4

5        Dated:        May 31, 2007          O'MELVENY & MYERS LLP

6

7                                           By: *Alicia C Meyer*

8                                              Alicia C. Meyer
                                               Attorneys for MGA Entertainment, Inc.

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

MGA'S RESPONSE TO MATTEL'S FIRST SET
OF REQUESTS FOR DOCS & THINGS
CV 04-09049 SGL (RNBX)

EXHIBIT 12, PAGE 598

## PROOF OF SERVICE

I, Jan Wallis, declare:

I am a resident of the State of California and over the age of eighteen years, and not a party to the within action; my business address is 400 South Hope Street, Los Angeles, California 90071-2899. On May 31, 2007, I served the within document(s):

**MGA ENTERTAINMENT INC.'S SUPPLEMENTAL**
**RESPONSE TO MATTEL INC.'S FIRST SET OF**
**REQUESTS FOR DOCUMENTS AND THINGS RE CLAIMS**
**OF UNFAIR COMPETITION**

☒    by causing to be personally served the document(s) listed above to the person(s) listed below.

Scott B. Kidman, Esq.
Quinn Emanuel Urquhart Oliver & Hedges, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017

☒    by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as set forth below. I am readily familiar with the firm's practice of collecting and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

Patricia Glaser, Esq.
Christensen, Glaser, Fink, Jacobs,
Weil & Shapiro, LLP
10250 Constellation Blvd.,
19th Floor
Los Angeles, CA 90067

Michael H. Page, Esq.
Keker & Van Nest LLP
710 Sansome Street
San Francisco, CA 94111

I declare under penalty of perjury under the laws of the United States that the above is true and correct.

Executed on May 31, 2007, at Los Angeles, California.

_Jan Wallis_
Jan Wallis

LA2:817525.1

EXHIBIT __10__, PAGE __577__

**Exhibit 13**

# ORIGINAL

1   DIANA M. TORRES (S.B. #162284)
    JAMES P. JENAL (S.B. #180190)
2   O'MELVENY & MYERS LLP
    400 South Hope Street
3   Los Angeles, CA 90071-2899
    Telephone: (213) 430-6000
4   Facsimile:  (213) 430-6407
    Email:       jjenal@omm.com
5
    DALE M. CENDALI (admitted *pro hac vice*)
6   O'MELVENY & MYERS LLP
    Times Square Tower, 7 Times Square
7   New York, New York 10036
    Telephone: (212) 326-2000
8   Facsimile:  (212) 326-2061

9   PATRICIA GLASER (S.B. #55668)
    CHRISTENSEN, GLASER, FINK,
    JACOBS, WEIL & SHAPIRO, LLP
10  10250 Constellation Boulevard, 19th Floor
    Los Angeles, CA 90067
11  Telephone: (310) 553-3000
    Facsimile:  (310) 557-9815
12
    Attorneys for MGA Entertainment, Inc.
13

14          **UNITED STATES DISTRICT COURT**

15          **CENTRAL DISTRICT OF CALIFORNIA**

16

17  CARTER BRYANT, an individual,          Case No.  CV 04-09049 SGL (RNBx)
                                           (consolidated with CV 04-9059 & 05-2727)
18              Plaintiff,
                                           **MGA ENTERTAINMENT, INC.'S**
19      v.                                 **SUPPLEMENTAL RESPONSES TO**
                                           **MATTEL, INC.'S SECOND SET OF**
20  MATTEL, INC., a Delaware               **REQUESTS FOR PRODUCTION OF**
    corporation,                           **DOCUMENTS AND THINGS**
21
                Defendant
22

23  AND CONSOLIDATED CASES

24

25

26

27

28

RECEIVED
SEP 1 8 2007

EXHIBIT 13 , PAGE 600    MGA'S SUPPLEMENTAL RESPONSE TO
                          MATTEL'S 2ND SET OF REQUESTS FOR
                          PRODUCTION OF DOCUMENTS AND

**PRELIMINARY STATEMENT**

Defendant MGA Entertainment, Inc. ("MGA") has not yet completed its investigation relating to the facts of this action and has not completed preparation for trial. MGA makes its response to these document requests ("requests," or individually, "request") based upon the information presently available to it and without prejudice to its right to amend or supplement its responses and to present evidence which may hereafter be discovered or become available.

MGA will respond to each request as it understands and interprets each request. If Mattel, Inc. ("Mattel") subsequently asserts any interpretation of any request that differs from that of MGA, MGA reserves the right to supplement its objections and responses.

By making these responses, MGA does not concede that any of the information sought by these requests is relevant or discoverable. MGA makes these responses and objections without waiving or intending to waive but rather, on the contrary, preserving and intending to preserve: (a) the right to object on any grounds to the use or introduction into evidence of the documents or information provided in response to these requests; (b) the right to object to the use of the documents or information provided in response to the requests in any subsequent proceeding in, or the arbitration of this or any other action; and (c) the right to object on any ground at any time to other requests or further discovery into any of the subject matters addressed in these requests or the responses thereto.

MGA shall not provide any privileged or protected information, including without limitation, information protected by the attorney-client privilege or the attorney work product doctrine, and nothing herein may be construed as a waiver of any applicable privilege or protection. Any inadvertent production of privileged or protected documents or information shall not be construed as a waiver of any privilege or protection attaching thereto and MGA reserves the right to correct the record with regard

EXHIBIT 13, PAGE 601   MGA'S SUPPLEMENTAL RESPONSE TO 1ST SET OF REQUEST FOR PRODUCTION OF DOCUMENTS