1   to any such information and to supplement or amend these responses, which

2   supplemental or amended response shall become the operative response.

3   **<u>GENERAL OBJECTIONS</u>**

4        1.    MGA objects to each and every request on the ground that production

5   at the date and time demanded will subject MGA to unwarranted oppression and undue

6   burden and expenses.  The time set for compliance is unduly burdensome, especially in

7   light of the number of document requests, and the scope and volume of the material being

8   sought.  MGA intends to proceed expeditiously to collect the documents for production, if

9   any, and will produce them at a date and time, and in such a manner, as may be mutually

10   agreed by counsel for the parties.

11        2.    MGA objects to each request to the extent that it seeks information

12   protected from discovery by the attorney-client privilege, work-product doctrine, right to

13   privacy, or any other applicable privilege.

14        3.    MGA objects to each request to the extent that it seeks the disclosure

15   of confidential, proprietary or trade-secret information.  Should such documents be

16   otherwise responsive and non-objectionable, MGA will produce such documents subject

17   to the terms and conditions of the protective order governing this case.

18        4.    MGA objects to each request to the extent that it seeks documents in

19   Mattel's own possession, custody or control or that are accessible to Mattel from public

20   sources or from third parties.

21        5.    MGA objects to each request to the extent that it asks for documents

22   that are not relevant to claims or defenses in this case.

23        6.    MGA objects to each and every request to the extent it purports to

24   require MGA to search all documents and things within its possession, custody or control

25   or within the possession, custody or control of any of MGA's current or former

26   employees, officers, directors, agents, representatives, attorneys, parents, subsidiaries,

27   divisions, affiliates, predecessors-in-interest and successors-in-interest, and any other

28   person acting on its behalf, pursuant to its authority or subject to its control, on the

EXHIBIT <u>13</u> , PAGE <u>2 600</u>   MGA'S  SUPPLEMENTAL RESPONSE TO
1ST SET OF REQUEST FOR PRODUCTION
OF DOCUMENTS

1  grounds that such request is unreasonable, overbroad, unduly burdensome and oppressive,

2  violates the right of privacy, and purports to require MGA to search for documents not

3  within its possession, custody or control.  MGA will make a reasonably diligent search for

4  responsive documents within its possession, custody or control.

5           7.     MGA objects to each and every request to the extent its seeks "all

6  documents" responsive to a certain category on the grounds that such request is overbroad

7  and unduly burdensome and oppressive.  MGA will produce otherwise unobjectionable

8  documents sufficient to provide Mattel with the information sought, following a

9  reasonably diligent search.  On grounds of oppression and undue burden, MGA will not

10  respond to duplicative or cumulative requests and will not re-produce documents it has

11  already produced or produce documents that it has received from Mattel or others in the

12  course of discovery in this matter.

13           8.     MGA objects to each request to the extent it seeks documents not

14  within MGA's possession, custody, or control.

15           9.     MGA objects to each request to the extent it seeks information

16  relating to activities or conduct in foreign countries.  In each instance in which MGA has

17  agreed to produce documents, such production is hereby expressly limited to documents

18  relating to domestic activities or conduct only.

19           10.    MGA objects to the defined terms "You," "Your," and "MGA" on

20  the grounds that these terms, as defined, are overbroad, are vague and ambiguous, and call

21  for legal conclusions.

22           11.    MGA objects to the defined terms "Bratz," "Bratz Doll," "Bratz

23  Product," "Bratz License," "Bratz Movie," and "Bratz Television Show" on the grounds

24  that these terms, as defined, are overbroad, are vague and ambiguous, and call for legal

25  conclusions.

26

27

28

**EXHIBIT 13 , PAGE 603**

MGA'S  SUPPLEMENTAL RESPONSE TO
1ST SET OF REQUEST FOR PRODUCTION
OF DOCUMENTS

## SPECIFIC OBJECTIONS AND RESPONSES

**REQUEST FOR PRODUCTION NO. 1:**

A sample of each BRATZ PRODUCT including, without limitation, each BRATZ DOLL, sold by YOU or YOUR licensees.

**SUPPLEMENTAL RESPONSE TO REQUEST FOR PRODUCTION NO. 1:**

MGA incorporates by reference the above-stated general objections as if fully set forth herein. MGA also objects to this request to the extent that it seeks information not relevant to the subject matter of this lawsuit or reasonably calculated to lead to the discovery of admissible evidence. MGA also objects to this request on the grounds that it is overbroad, unduly burdensome, and oppressive in seeking samples of all Bratz products and Bratz dolls sold by MGA or its licensees. MGA also objects to this request on the grounds that it seeks confidential, proprietary or commercially sensitive information, the disclosure of which would be inimical to the business interests of MGA. MGA also objects to this request to the extent it calls for the disclosure of attorney-client privileged information or information protected from disclosure by the work-product doctrine, joint defense or common interest privilege, or other privilege. MGA also objects to this request to the extent it seeks information the disclosure of which would implicate the rights of third parties to protect private, confidential, proprietary or trade secret information. MGA also objects to this request to the extent that it seeks samples not in MGA's possession, custody or control.

Subject to the foregoing, MGA will make available for inspection samples of products responsive to this request in its possession, custody or control that it is able to locate following a reasonably diligent search.

**REQUEST FOR PRODUCTION NO. 2:**

DOCUMENTS sufficient to IDENTIFY every PERSON who has entered into a BRATZ LICENSE with YOU or anyone acting on YOUR behalf.

**SUPPLEMENTAL RESPONSE TO REQUEST FOR PRODUCTION NO. 2:**

MGA incorporates by reference the above-stated general objections as if fully set

EXHIBIT 13 , PAGE 604

MGA'S SUPPLEMENTAL RESPONSE TO
1ST SET OF REQUEST FOR PRODUCTION
OF DOCUMENTS

1   forth herein.  MGA also specifically objects to this request to the extent that it seeks

2   information not relevant to the subject matter of this lawsuit or reasonably calculated to

3   lead to the discovery of admissible evidence.  MGA also objects to this request on the

4   grounds that it is overbroad, unduly burdensome, and oppressive in seeking information

5   identifying all persons who have entered into Bratz licenses with MGA or anyone acting

6   on MGA's behalf.  MGA also objects to this request on the grounds that it seeks

7   confidential, proprietary or commercially sensitive information, the disclosure of which

8   would be inimical to the business interests of MGA.  MGA also objects to this request to

9   the extent it calls for the disclosure of attorney-client privileged information or

10  information protected from disclosure by the work-product doctrine, joint defense or

11  common interest privilege, or other privilege.  MGA also objects to this request to the

12  extent it seeks information the disclosure of which would implicate the rights of third

13  parties to protect private, confidential, proprietary or trade secret information.  MGA also

14  objects to this request to the extent that it seeks documents not in MGA's possession,

15  custody or control.

16      Subject to the foregoing, MGA will produce non-privileged documents sufficient

17  to make the requested showing that are in its possession, custody or control, if any, which

18  it is able to locate following a reasonably diligent search.

19  **REQUEST FOR PRODUCTION NO. 3:**

20      DOCUMENTS sufficient to identify by product name, product number and SKU

21  each BRATZ PRODUCT including, without limitation, each BRATZ DOLL, sold by

22  YOU or YOUR licensees.

23  **SUPPLEMENTAL RESPONSE TO REQUEST FOR PRODUCTION NO. 3:**

24      MGA incorporates by reference the above-stated general objections as if fully set

25  forth herein.  MGA also specifically objects to this request to the extent that it seeks

26  information not relevant to the subject matter of this lawsuit or reasonably calculated to

27  lead to the discovery of admissible evidence.  MGA also objects to this request on the

28  grounds that it is overbroad, unduly burdensome, and oppressive in seeking information

EXHIBIT 13 , PAGE 605

MGA'S  SUPPLEMENTAL RESPONSE TO
1ST SET OF REQUEST FOR PRODUCTION
OF DOCUMENTS

1  identifying all product names, numbers, and SKU of Bratz products and Bratz dolls sold

2  by MGA or its licensees.  MGA also objects to this request on the grounds that it seeks

3  confidential, proprietary or commercially sensitive information, the disclosure of which

4  would be inimical to the business interests of MGA.  MGA also objects to this request to

5  the extent it calls for the disclosure of attorney-client privileged information or

6  information protected from disclosure by the work-product doctrine, joint defense or

7  common interest privilege, or other privilege.  MGA also objects to this request to the

8  extent it seeks information the disclosure of which would implicate the rights of third

9  parties to protect private, confidential, proprietary or trade secret information.  MGA also

10  objects to this request to the extent that it seeks documents not in MGA's possession,

11  custody or control.

12       Subject to the foregoing, MGA will produce non-privileged documents sufficient

13  to make the requested showing that are in its possession, custody or control, if any, which

14  it is able to locate following a reasonably diligent search.

15  **REQUEST FOR PRODUCTION NO. 4:**

16       DOCUMENTS sufficient to show the number of units of each BRATZ DOLL sold

17  by YOU or YOUR licensees.

18  **SUPPLEMENTAL RESPONSE TO REQUEST FOR PRODUCTION NO. 4:**

19       MGA incorporates by reference the above-stated general objections as if fully set

20  forth herein.  MGA also specifically objects to this request to the extent that it seeks

21  information not relevant to the subject matter of this lawsuit or reasonably calculated to

22  lead to the discovery of admissible evidence.  MGA also objects to this request on the

23  grounds that it is overbroad, unduly burdensome, and oppressive in seeking the number of

24  units of all Bratz dolls sold by MGA or its licensees.  MGA also objects to this request on

25  the grounds that it seeks confidential, proprietary or commercially sensitive information,

26  the disclosure of which would be inimical to the business interests of MGA.  MGA also

27  objects to this request to the extent it calls for the disclosure of attorney-client privileged

28  information or information protected from disclosure by the work-product doctrine, joint

6

MGA'S  SUPPLEMENTAL RESPONSE TO
1ST SET OF REQUEST FOR PRODUCTION
OF DOCUMENTS

EXHIBIT 13 , PAGE 606

1  defense or common interest privilege, or other privilege.  MGA also objects to this request

2  to the extent it seeks information the disclosure of which would implicate the rights of

3  third parties to protect private, confidential, proprietary or trade secret information.  MGA

4  also objects to this request to the extent that it seeks documents not in MGA's possession,

5  custody or control.

6      Subject to the foregoing, MGA will produce non-privileged documents sufficient

7  to make the requested showing that are in its possession, custody or control, if any, which

8  it is able to locate following a reasonably diligent search.

9  **REQUEST FOR PRODUCTION NO. 5:**

10      DOCUMENTS sufficient to show the revenue received by YOU from the sale of

11  each BRATZ DOLL sold by YOU or YOUR licensees.

12  **SUPPLEMENTAL RESPONSE TO REQUEST FOR PRODUCTION NO. 5:**

13      MGA incorporates by reference the above-stated general objections as if fully set

14  forth herein.  MGA also specifically objects to this request to the extent that it seeks

15  information not relevant to the subject matter of this lawsuit or reasonably calculated to

16  lead to the discovery of admissible evidence.  MGA also objects to this request on the

17  grounds that it is overbroad, unduly burdensome, and oppressive in seeking documents

18  showing all revenue received by MGA for the sale of all Bratz dolls sold by MGA or its

19  licensees.  MGA also objects to this request on the grounds that it seeks confidential,

20  proprietary or commercially sensitive information, the disclosure of which would be

21  inimical to the business interests of MGA.  MGA also objects to this request to the extent

22  it calls for the disclosure of attorney-client privileged information or information

23  protected from disclosure by the work-product doctrine, joint defense or common interest

24  privilege, or other privilege.  MGA also objects to this request to the extent it seeks

25  information the disclosure of which would implicate the rights of third parties to protect

26  private, confidential, proprietary or trade secret information.  MGA also objects to this

27  request to the extent that it seeks documents not in MGA's possession, custody or control.

28      Subject to the foregoing, MGA will produce non-privileged documents sufficient

**EXHIBIT 13 , PAGE 607**

7

MGA'S  SUPPLEMENTAL RESPONSE TO
1ST SET OF REQUEST FOR PRODUCTION
OF DOCUMENTS

1   to make the requested showing that are in its possession, custody or control, if any, which
2   it is able to locate following a reasonably diligent search.

3   **REQUEST FOR PRODUCTION NO. 6:**

4       DOCUMENTS sufficient to show YOUR cost of goods sold, unit cost and other
5   costs for each BRATZ DOLL sold by YOU or YOUR licensees.

6   **SUPPLEMENTAL RESPONSE TO REQUEST FOR PRODUCTION NO. 6:**

7       MGA incorporates by reference the above-stated general objections as if fully set
8   forth herein.  MGA also specifically objects to this request to the extent that it seeks
9   information not relevant to the subject matter of this lawsuit or reasonably calculated to
10  lead to the discovery of admissible evidence.  MGA also objects to this request on the
11  grounds that it is overbroad, unduly burdensome, and oppressive in seeking documents
12  showing MGA's cost of goods sold, unit cost, and all other costs for all Bratz dolls sold
13  by MGA or its licensees.  MGA also objects to this request on the grounds that it seeks
14  confidential, proprietary or commercially sensitive information, the disclosure of which
15  would be inimical to the business interests of MGA.  MGA also objects to this request to
16  the extent it calls for the disclosure of attorney-client privileged information or
17  information protected from disclosure by the work-product doctrine, joint defense or
18  common interest privilege, or other privilege.  MGA also objects to this request to the
19  extent it seeks information the disclosure of which would implicate the rights of third
20  parties to protect private, confidential, proprietary or trade secret information.  MGA also
21  objects to this request on the grounds that it is vague and ambiguous in that MGA cannot
22  determine what is meant by "other costs."  MGA also objects to this request to the extent
23  that it seeks documents not in MGA's possession, custody or control.

24      Subject to the foregoing, MGA will produce non-privileged documents sufficient
25  to make the requested showing that are in its possession, custody or control, if any, which
26  it is able to locate following a reasonably diligent search.

27  **REQUEST FOR PRODUCTION NO. 7:**

28      All DOCUMENTS that evidence, reflect, or REFER OR RELATE TO YOUR

EXHIBIT 13 , PAGE 608          8      MGA'S SUPPLEMENTAL RESPONSE TO
                                      1ST SET OF REQUEST FOR PRODUCTION
                                      OF DOCUMENTS

1    profits from the sale of each BRATZ DOLL sold by YOU or YOUR licensees.

2    **SUPPLEMENTAL RESPONSE TO REQUEST FOR PRODUCTION NO. 7:**

3        MGA incorporates by reference the above-stated general objections as if fully set

4    forth herein.  MGA also specifically objects to this request to the extent that it seeks

5    information not relevant to the subject matter of this lawsuit or reasonably calculated to

6    lead to the discovery of admissible evidence.  MGA also objects to this request on the

7    grounds that it is overbroad, unduly burdensome, and oppressive in seeking all documents

8    that evidence, reflect or refer or relate to MGA's profits from the sale of all Bratz dolls by

9    MGA or its licensees.  MGA also objects to this request on the grounds that it seeks

10   confidential, proprietary or commercially sensitive information, the disclosure of which

11   would be inimical to the business interests of MGA.  MGA also objects to this request to

12   the extent it calls for the disclosure of attorney-client privileged information or

13   information protected from disclosure by the work-product doctrine, joint defense or

14   common interest privilege, or other privilege.  MGA also objects to this request to the

15   extent it seeks information the disclosure of which would implicate the rights of third

16   parties to protect private, confidential, proprietary or trade secret information.  MGA also

17   objects to this request to the extent that it seeks documents not in MGA's possession,

18   custody or control.

19       Subject to the foregoing, MGA will produce documents that state MGA's profits

20   from the sale of each Bratz doll sold by MGA or its licensees in its possession, custody or

21   control that it discovers in the course of its reasonable search and diligent inquiry and to

22   which no privilege, protection or other objection applies, including without limitation, the

23   attorney-client privilege or attorney work product doctrine.

24   **REQUEST FOR PRODUCTION NO. 8:**

25       For each customer to whom YOU or YOUR licensees have ever sold any BRATZ

26   DOLL, DOCUMENTS sufficient to show the number of units of each such BRATZ

27   DOLL sold by YOU or YOUR licensees to that customer.

28

**EXHIBIT _13_ , PAGE _69_**          9          MGA'S SUPPLEMENTAL RESPONSE TO
                                                  1ST SET OF REQUEST FOR PRODUCTION
                                                  OF DOCUMENTS

**SUPPLEMENTAL RESPONSE TO REQUEST FOR PRODUCTION NO. 8:**

MGA incorporates by reference the above-stated general objections as if fully set forth herein. MGA also specifically objects to this request to the extent that it seeks information not relevant to the subject matter of this lawsuit or reasonably calculated to lead to the discovery of admissible evidence. MGA also objects to this request on the grounds that it is overbroad, unduly burdensome, and oppressive in seeking documents that show the number of units of all Bratz dolls sold by MGA or its licensees to every customer to whom MGA or its licensees have ever sold any Bratz dolls. MGA also objects to this request on the grounds that it seeks confidential, proprietary or commercially sensitive information, the disclosure of which would be inimical to the business interests of MGA. MGA also objects to this request to the extent it calls for the disclosure of attorney-client privileged information or information protected from disclosure by the work-product doctrine, joint defense or common interest privilege, or other privilege. MGA also objects to this request to the extent it seeks information the disclosure of which would implicate the rights of third parties to protect private, confidential, proprietary or trade secret information. MGA also objects to this request to the extent that it seeks documents not in MGA's possession, custody or control.

Subject to the foregoing, MGA will produce non-privileged documents sufficient to make the requested showing that are in its possession, custody or control, if any, which it is able to locate following a reasonably diligent search.

**REQUEST FOR PRODUCTION NO. 9:**

For each customer to whom YOU or YOUR licensees have ever sold any BRATZ DOLL, documents sufficient to show the revenue received by YOU from each such BRATZ DOLL sold by YOU or YOUR licensees to that customer.

**SUPPLEMENTAL RESPONSE TO REQUEST FOR PRODUCTION NO. 9:**

MGA incorporates by reference the above-stated general objections as if fully set forth herein. MGA also specifically objects to this request to the extent that it seeks information not relevant to the subject matter of this lawsuit or reasonably calculated to

EXHIBIT 13 , PAGE 60         10      MGA'S SUPPLEMENTAL RESPONSE TO
1ST SET OF REQUEST FOR PRODUCTION
OF DOCUMENTS

1  lead to the discovery of admissible evidence. MGA also objects to this request on the

2  grounds that it is overbroad, unduly burdensome, and oppressive in seeking documents

3  that show the revenue received by MGA from the sale of all Bratz dolls to every customer

4  to whom MGA or its licenses have ever sold any Bratz dolls. MGA also objects to this

5  request on the grounds that it seeks confidential, proprietary or commercially sensitive

6  information, the disclosure of which would be inimical to the business interests of MGA.

7  MGA also objects to this request to the extent it calls for the disclosure of attorney-client

8  privileged information or information protected from disclosure by the work-product

9  doctrine, joint defense or common interest privilege, or other privilege. MGA also objects

10  to this request to the extent it seeks information the disclosure of which would implicate

11  the rights of third parties to protect private, confidential, proprietary or trade secret

12  information. MGA also objects to this request to the extent that it seeks documents not in

13  MGA's possession, custody or control.

14      Subject to the foregoing, MGA will produce non-privileged documents sufficient

15  to make the requested showing that are in its possession, custody or control, if any, which

16  it is able to locate following a reasonably diligent search.

17  **REQUEST FOR PRODUCTION NO. 10:**

18      For each customer to whom YOU or YOUR licensees have ever sold any BRATZ

19  DOLL, documents sufficient to show YOUR profits from each such BRATZ DOLL sold

20  by YOU or YOUR licensees to that customer.

21  **SUPPLEMENTAL RESPONSE TO REQUEST FOR PRODUCTION NO. 10:**

22      MGA incorporates by reference the above-stated general objections as if fully set

23  forth herein. MGA also specifically objects to this request to the extent that it seeks

24  information not relevant to the subject matter of this lawsuit or reasonably calculated to

25  lead to the discovery of admissible evidence. MGA also objects to this request on the

26  grounds that it is overbroad, unduly burdensome, and oppressive in seeking documents

27  that show MGA's profits from the sale of all Bratz dolls to every customer to whom MGA

28  or its licenses have ever sold any Bratz dolls. MGA also objects to this request on the

EXHIBIT ___, PAGE ___        11        MGA'S SUPPLEMENTAL RESPONSE TO
                                        1ST SET OF REQUEST FOR PRODUCTION
                                        OF DOCUMENTS

1  grounds that it seeks confidential, proprietary or commercially sensitive information, the

2  disclosure of which would be inimical to the business interests of MGA.  MGA also

3  objects to this request to the extent it calls for the disclosure of attorney-client privileged

4  information or information protected from disclosure by the work-product doctrine, joint

5  defense or common interest privilege, or other privilege.  MGA also objects to this request

6  to the extent it seeks information the disclosure of which would implicate the rights of

7  third parties to protect private, confidential, proprietary or trade secret information.  MGA

8  also objects to this request to the extent that it seeks documents not in MGA's possession,

9  custody or control.

10      Subject to the foregoing, MGA will produce non-privileged documents sufficient

11  to make the requested showing that are in its possession, custody or control, if any, which

12  it is able to locate following a reasonably diligent search.

13  **REQUEST FOR PRODUCTION NO. 11:**

14      DOCUMENTS sufficient to show customer returns to YOU of BRATZ DOLLS

15  sold or distrubted by YOU or YOUR licensees.

16  **SUPPLEMENTAL RESPONSE TO REQUEST FOR PRODUCTION NO. 11:**

17      MGA incorporates by reference the above-stated general objections as if fully set

18  forth herein.  MGA also specifically objects to this request to the extent that it seeks

19  information not relevant to the subject matter of this lawsuit or reasonably calculated to

20  lead to the discovery of admissible evidence.  MGA also objects to this request on the

21  grounds that it is overbroad, unduly burdensome, and oppressive in seeking documents

22  that show customer returns to MGA of Bratz dolls sold or distributed by MGA or its

23  licensees.  MGA also objects to this request on the grounds that it seeks confidential,

24  proprietary or commercially sensitive information, the disclosure of which would be

25  inimical to the business interests of MGA.  MGA also objects to this request to the extent

26  it calls for the disclosure of attorney-client privileged information or information

27  protected from disclosure by the work-product doctrine, joint defense or common interest

28  privilege, or other privilege.  MGA also objects to this request to the extent it seeks

EXHIBIT  13 , PAGE  62

1    information the disclosure of which would implicate the rights of third parties to protect

2    private, confidential, proprietary or trade secret information.  MGA also objects to this

3    request to the extent that it seeks documents not in MGA's possession, custody or control.

4        Subject to the foregoing, MGA will produce non-privileged documents sufficient

5    to make the requested showing that are in its possession, custody or control, if any, which

6    it is able to locate following a reasonably diligent search.

7    **REQUEST FOR PRODUCTION NO. 12:**

8        DOCUMENTS sufficient to show customer rebates or credits given by YOU or

9    YOUR licensees to customers in connection with BRATZ DOLLS.

10   **SUPPLEMENTAL RESPONSE TO REQUEST FOR PRODUCTION NO. 12:**

11       MGA incorporates by reference the above-stated general objections as if fully set

12   forth herein.  MGA also specifically objects to this request to the extent that it seeks

13   information not relevant to the subject matter of this lawsuit or reasonably calculated to

14   lead to the discovery of admissible evidence.  MGA also objects to this request on the

15   grounds that it is overbroad, unduly burdensome, and oppressive in seeking documents

16   that show customer rebates or credits given by MGA or its licensees to customers in

17   connection with Bratz dolls.  MGA also objects to this request on the grounds that it seeks

18   confidential, proprietary or commercially sensitive information, the disclosure of which

19   would be inimical to the business interests of MGA.  MGA also objects to this request to

20   the extent it calls for the disclosure of attorney-client privileged information or

21   information protected from disclosure by the work-product doctrine, joint defense or

22   common interest privilege, or other privilege.  MGA also objects to this request to the

23   extent it seeks information the disclosure of which would implicate the rights of third

24   parties to protect private, confidential, proprietary or trade secret information.  MGA also

25   objects to this request to the extent that it seeks documents not in MGA's possession,

26   custody or control.

27       Subject to the foregoing, MGA will produce non-privileged documents sufficient

28   to make the requested showing that are in its possession, custody or control, if any, which

EXHIBIT 13 , PAGE 613          13          MGA'S SUPPLEMENTAL RESPONSE TO
                                            1ST SET OF REQUEST FOR PRODUCTION
                                            OF DOCUMENTS

1   it is able to locate following a reasonably diligent search.

2   **REQUEST FOR PRODUCTION NO. 13:**

3       DOCUMENTS sufficient to show, by product number or SKU, the number of units

4   of each BRATZ DOLL sold by YOU or YOUR licensees.

5   **SUPPLEMENTAL RESPONSE TO REQUEST FOR PRODUCTION NO. 13:**

6       MGA incorporates by reference the above-stated general objections as if fully set

7   forth herein. MGA also specifically objects to this request to the extent that it seeks

8   information not relevant to the subject matter of this lawsuit or reasonably calculated to

9   lead to the discovery of admissible evidence. MGA also objects to this request on the

10   grounds that it is overbroad, unduly burdensome, and oppressive in seeking documents

11   that show, by product number or SKU, all units of Bratz dolls sold by MGA or its

12   licensees. MGA also objects to this request on the grounds that it seeks confidential,

13   proprietary or commercially sensitive information, the disclosure of which would be

14   inimical to the business interests of MGA. MGA also objects to this request to the extent

15   it calls for the disclosure of attorney-client privileged information or information

16   protected from disclosure by the work-product doctrine, joint defense or common interest

17   privilege, or other privilege. MGA also objects to this request to the extent it seeks

18   information the disclosure of which would implicate the rights of third parties to protect

19   private, confidential, proprietary or trade secret information. MGA also objects to this

20   request to the extent that it seeks documents not in MGA's possession, custody or control.

21       Subject to the foregoing, MGA will produce non-privileged documents sufficient

22   to make the requested showing that are in its possession, custody or control, if any, which

23   it is able to locate following a reasonably diligent search.

24   **REQUEST FOR PRODUCTION NO. 14:**

25       DOCUMENTS sufficient to show, by product number or SKU, the revenue

26   received by YOU from the sale of each BRATZ DOLL sold by YOU or YOUR licensees.

27   **SUPPLEMENTAL RESPONSE TO REQUEST FOR PRODUCTION NO. 14:**

28       MGA incorporates by reference the above-stated general objections as if fully set

EXHIBIT __13__, PAGE __64__    14    MGA'S SUPPLEMENTAL RESPONSE TO 1ST SET OF REQUEST FOR PRODUCTION OF DOCUMENTS

1   forth herein.  MGA also specifically objects to this request to the extent that it seeks

2   information not relevant to the subject matter of this lawsuit or reasonably calculated to

3   lead to the discovery of admissible evidence.  MGA also objects to this request on the

4   grounds that it is overbroad, unduly burdensome, and oppressive in seeking documents

5   that show, by product number or SKU, the revenue received by MGA from the sale of all

6   Bratz dolls sold by MGA or its licensees.  MGA also objects to this request on the

7   grounds that it seeks confidential, proprietary or commercially sensitive information, the

8   disclosure of which would be inimical to the business interests of MGA.  MGA also

9   objects to this request to the extent it calls for the disclosure of attorney-client privileged

10  information or information protected from disclosure by the work-product doctrine, joint

11  defense or common interest privilege, or other privilege.  MGA also objects to this request

12  to the extent it seeks information the disclosure of which would implicate the rights of

13  third parties to protect private, confidential, proprietary or trade secret information.  MGA

14  also objects to this request to the extent that it seeks documents not in MGA's possession,

15  custody or control.

16       Subject to the foregoing, MGA will produce non-privileged documents sufficient

17  to make the requested showing that are in its possession, custody or control, if any, which

18  it is able to locate following a reasonably diligent search.

19  **REQUEST FOR PRODUCTION NO. 15:**

20       DOCUMENTS sufficient to show, by product number or SKU, YOUR cost of

21  goods sold, unit cost and other costs for each BRATZ DOLL sold by YOU or YOUR

22  licensees.

23  **SUPPLEMENTAL RESPONSE TO REQUEST FOR PRODUCTION NO. 15:**

24       MGA incorporates by reference the above-stated general objections as if fully set

25  forth herein.  MGA also specifically objects to this request to the extent that it seeks

26  information not relevant to the subject matter of this lawsuit or reasonably calculated to

27  lead to the discovery of admissible evidence.  MGA also objects to this request on the

28  grounds that it is overbroad, unduly burdensome, and oppressive in seeking documents

EXHIBIT __13__, PAGE __615__

15

MGA'S  SUPPLEMENTAL RESPONSE TO
1ST SET OF REQUEST FOR PRODUCTION
OF DOCUMENTS

1  that show, by product number or SKU, MGA's cost of goods sold, unit cost, and other

2  costs for all Bratz dolls sold by MGA or its licensees.  MGA also objects to this request

3  on the grounds that it seeks confidential, proprietary or commercially sensitive

4  information, the disclosure of which would be inimical to the business interests of MGA.

5  MGA also objects to this request to the extent it calls for the disclosure of attorney-client

6  privileged information or information protected from disclosure by the work-product

7  doctrine, joint defense or common interest privilege, or other privilege.  MGA also objects

8  to this request to the extent it seeks information the disclosure of which would implicate

9  the rights of third parties to protect private, confidential, proprietary or trade secret

10  information.  MGA also objects to this request on the grounds that it is vague and

11  ambiguous in that MGA cannot determine what is meant by "other costs."  MGA also

12  objects to this request to the extent that it seeks documents not in MGA's possession,

13  custody or control.

14         Subject to the foregoing, MGA will produce non-privileged documents sufficient

15  to make the requested showing that are in its possession, custody or control, if any, which

16  it is able to locate following a reasonably diligent search.

17  **REQUEST FOR PRODUCTION NO. 16:**

18         All DOCUMENTS that evidence, reflect, or REFER OR RELATE TO YOUR

19  profits, by product number or SKU, from the sale of each BRATZ DOLL sold by YOU or

20  YOUR licensees.

21  **SUPPLEMENTAL RESPONSE TO REQUEST FOR PRODUCTION NO. 16:**

22         MGA incorporates by reference the above-stated general objections as if fully set

23  forth herein.  MGA also specifically objects to this request to the extent that it seeks

24  information not relevant to the subject matter of this lawsuit or reasonably calculated to

25  lead to the discovery of admissible evidence.  MGA also objects to this request on the

26  grounds that it is overbroad, unduly burdensome, and oppressive in seeking documents

27  that evidence, reflect or refer or relate, by product number or SKU, MGA's profits from

28  the sale of all Bratz dolls sold by MGA or its licensees.  MGA also objects to this request

EXHIBIT 13 , PAGE 66

16          MGA'S  SUPPLEMENTAL RESPONSE TO
            1ST SET OF REQUEST FOR PRODUCTION
                    OF DOCUMENTS

1   on the grounds that it seeks confidential, proprietary or commercially sensitive

2   information, the disclosure of which would be inimical to the business interests of MGA.

3   MGA also objects to this request to the extent it calls for the disclosure of attorney-client

4   privileged information or information protected from disclosure by the work-product

5   doctrine, joint defense or common interest privilege, or other privilege.  MGA also objects

6   to this request to the extent it seeks information the disclosure of which would implicate

7   the rights of third parties to protect private, confidential, proprietary or trade secret

8   information.  MGA also objects to this request to the extent that it seeks documents not in

9   MGA's possession, custody or control.

10         Subject to the foregoing, MGA will produce documents that state MGA's profits

11   by product number or SKU from the sale of each Bratz doll sold by MGA or its licensees

12   in its possession, custody or control that it discovers in the course of its reasonable search

13   and diligent inquiry and to which no privilege, protection or other objection applies,

14   including without limitation, the attorney-client privilege or attorney work product

15   doctrine.

16   **REQUEST FOR PRODUCTION NO. 17:**

17         For each customer to whom YOU or YOUR licensees have ever sold any BRATZ

18   DOLL, DOCUMENTS sufficient to show, by product number or SKU, the number of

19   units of each such BRATZ DOLL sold by YOU or YOUR licensees to that customer.

20   **SUPPLEMENTAL RESPONSE TO REQUEST FOR PRODUCTION NO. 17:**

21         MGA incorporates by reference the above-stated general objections as if fully set

22   forth herein.  MGA also specifically objects to this request to the extent that it seeks

23   information not relevant to the subject matter of this lawsuit or reasonably calculated to

24   lead to the discovery of admissible evidence.  MGA also objects to this request on the

25   grounds that it is overbroad, unduly burdensome, and oppressive in seeking documents

26   that show, by product number or SKU, the number of units of all Bratz dolls sold to all

27   customers by MGA or its licensees.  MGA also objects to this request on the grounds that

28   it seeks confidential, proprietary or commercially sensitive information, the disclosure of

EXHIBIT 13, PAGE 617                    17        MGA'S  SUPPLEMENTAL RESPONSE TO
                                                  1ST SET OF REQUEST FOR PRODUCTION
                                                  OF DOCUMENTS

1  which would be inimical to the business interests of MGA. MGA also objects to this

2  request to the extent it calls for the disclosure of attorney-client privileged information or

3  information protected from disclosure by the work-product doctrine, joint defense or

4  common interest privilege, or other privilege. MGA also objects to this request to the

5  extent it seeks information the disclosure of which would implicate the rights of third

6  parties to protect private, confidential, proprietary or trade secret information. MGA also

7  objects to this request to the extent that it seeks documents not in MGA's possession,

8  custody or control.

9      Subject to the foregoing, MGA will produce non-privileged documents sufficient

10  to make the requested showing that are in its possession, custody or control, if any, which

11  it is able to locate following a reasonably diligent search.

12  **REQUEST FOR PRODUCTION NO. 18:**

13      For each customer to whom YOU or YOUR licensees have ever sold any BRATZ

14  DOLL, DOCUMENTS sufficient to show, by product number or SKU, the revenue

15  received by YOU from each such BRATZ DOLL sold by YOU or YOUR licensees to that

16  customer.

17  **SUPPLEMENTAL RESPONSE TO REQUEST FOR PRODUCTION NO. 18:**

18      MGA incorporates by reference the above-stated general objections as if fully set

19  forth herein. MGA also specifically objects to this request to the extent that it seeks

20  information not relevant to the subject matter of this lawsuit or reasonably calculated to

21  lead to the discovery of admissible evidence. MGA also objects to this request on the

22  grounds that it is overbroad, unduly burdensome, and oppressive in seeking documents

23  that show, by product number or SKU, the revenue received by MGA from the sale of all

24  Bratz dolls sold to all customers by MGA or its licensees. MGA also objects to this

25  request on the grounds that it seeks confidential, proprietary or commercially sensitive

26  information, the disclosure of which would be inimical to the business interests of MGA.

27  MGA also objects to this request to the extent it calls for the disclosure of attorney-client

28  privileged information or information protected from disclosure by the work-product

EXHIBIT __13__, PAGE __618__        18      MGA'S SUPPLEMENTAL RESPONSE TO
                                            1ST SET OF REQUEST FOR PRODUCTION
                                            OF DOCUMENTS

1   doctrine, joint defense or common interest privilege, or other privilege. MGA also objects

2   to this request to the extent it seeks information the disclosure of which would implicate

3   the rights of third parties to protect private, confidential, proprietary or trade secret

4   information. MGA also objects to this request to the extent that it seeks documents not in

5   MGA's possession, custody or control.

6        Subject to the foregoing, MGA will produce non-privileged documents sufficient

7   to make the requested showing that are in its possession, custody or control, if any, which

8   it is able to locate following a reasonably diligent search.

9   **REQUEST FOR PRODUCTION NO. 19:**

10       For each customer to whom YOU or YOUR licensees have ever sold any BRATZ

11   DOLL, DOCUMENTS sufficient to show, by product number or SKU, YOUR profits

12   from each such BRATZ DOLL sold by YOU or YOUR licensees to that customer.

13   **SUPPLEMENTAL RESPONSE TO REQUEST FOR PRODUCTION NO. 19:**

14       MGA incorporates by reference the above-stated general objections as if fully set

15   forth herein. MGA also specifically objects to this request to the extent that it seeks

16   information not relevant to the subject matter of this lawsuit or reasonably calculated to

17   lead to the discovery of admissible evidence. MGA also objects to this request on the

18   grounds that it is overbroad, unduly burdensome, and oppressive in seeking documents

19   that show, by product number or SKU, MGA's profits from the sale of all Bratz dolls sold

20   to all customers by MGA or its licensees. MGA also objects to this request on the

21   grounds that it seeks confidential, proprietary or commercially sensitive information, the

22   disclosure of which would be inimical to the business interests of MGA. MGA also

23   objects to this request to the extent it calls for the disclosure of attorney-client privileged

24   information or information protected from disclosure by the work-product doctrine, joint

25   defense or common interest privilege, or other privilege. MGA also objects to this request

26   to the extent it seeks information the disclosure of which would implicate the rights of

27   third parties to protect private, confidential, proprietary or trade secret information. MGA

28   also objects to this request to the extent that it seeks documents not in MGA's possession,

**EXHIBIT  13 , PAGE  619**          19          MGA'S SUPPLEMENTAL RESPONSE TO
                                                   1ST SET OF REQUEST FOR PRODUCTION
                                                   OF DOCUMENTS

1  custody or control.

2      Subject to the foregoing, MGA will produce non-privileged documents sufficient

3  to make the requested showing that are in its possession, custody or control, if any, which

4  it is able to locate following a reasonably diligent search.

5  **REQUEST FOR PRODUCTION NO. 20:**

6      DOCUMENTS sufficient to show the revenue and profits derived by YOU from

7  the sale by YOU or YOUR licensees of BRATZ DOLLS including, without limitation,

8  DOCUMENTS sufficient to show sales revenues, costs of goods sold, variable costs,

9  gross margins, royalties paid and received, gross profits and nets profits.

10  **SUPPLEMENTAL RESPONSE TO REQUEST FOR PRODUCTION NO. 20:**

11      MGA incorporates by reference the above-stated general objections as if fully set

12  forth herein.  MGA also specifically objects to this request to the extent that it seeks

13  information not relevant to the subject matter of this lawsuit or reasonably calculated to

14  lead to the discovery of admissible evidence.  MGA also objects to this request on the

15  grounds that it is overbroad, unduly burdensome, and oppressive in seeking documents

16  that show the revenues and profits derived by MGA from the sale of all Bratz dolls by

17  MGA or its licensees.  MGA also objects to this request on the grounds that it seeks

18  confidential, proprietary or commercially sensitive information, the disclosure of which

19  would be inimical to the business interests of MGA.  MGA also objects to this request to

20  the extent it calls for the disclosure of attorney-client privileged information or

21  information protected from disclosure by the work-product doctrine, joint defense or

22  common interest privilege, or other privilege.  MGA also objects to this request to the

23  extent it seeks information the disclosure of which would implicate the rights of third

24  parties to protect private, confidential, proprietary or trade secret information.  MGA also

25  objects to this request to the extent that it seeks documents not in MGA's possession,

26  custody or control.

27      Subject to the foregoing, MGA will produce non-privileged documents sufficient

28  to make the requested showing that are in its possession, custody or control, if any, which

1   it is able to locate following a reasonably diligent search.

2   **REQUEST FOR PRODUCTION NO. 21:**

3       DOCUMENTS sufficient to show the number of units of each BRATZ PRODUCT

4   sold by YOU or YOUR licensees.

5   **SUPPLEMENTAL RESPONSE TO REQUEST FOR PRODUCTION NO. 21:**

6       MGA incorporates by reference the above-stated general objections as if fully set

7   forth herein.  MGA also specifically objects to this request to the extent that it seeks

8   information not relevant to the subject matter of this lawsuit or reasonably calculated to

9   lead to the discovery of admissible evidence.  MGA also objects to this request on the

10  grounds that it is overbroad, unduly burdensome, and oppressive in seeking documents

11  that show, by product number or SKU, the revenue received by MGA from the sale of all

12  Bratz products sold to all customers by MGA or its licensees.  MGA also objects to this

13  request on the grounds that it seeks confidential, proprietary or commercially sensitive

14  information, the disclosure of which would be inimical to the business interests of MGA.

15  MGA also objects to this request to the extent it calls for the disclosure of attorney-client

16  privileged information or information protected from disclosure by the work-product

17  doctrine, joint defense or common interest privilege, or other privilege.  MGA also objects

18  to this request to the extent it seeks information the disclosure of which would implicate

19  the rights of third parties to protect private, confidential, proprietary or trade secret

20  information.  MGA also objects to this request to the extent that it seeks documents not in

21  MGA's possession, custody or control.

22      Subject to the foregoing, MGA will produce non-privileged documents sufficient

23  to make the requested showing that are in its possession, custody or control, if any, which

24  it is able to locate following a reasonably diligent search.

25  **REQUEST FOR PRODUCTION NO. 22:**

26      DOCUMENTS sufficient to show the revenue received by YOU from the sale of

27  each BRATZ PRODUCT sold by YOU or YOUR licensees.

28

**EXHIBIT** ___13___ **, PAGE** ___621___          21          MGA'S  SUPPLEMENTAL RESPONSE TO
                                                              1ST SET OF REQUEST FOR PRODUCTION
                                                                      OF DOCUMENTS

**SUPPLEMENTAL RESPONSE TO REQUEST FOR PRODUCTION NO. 22:**

MGA incorporates by reference the above-stated general objections as if fully set forth herein. MGA also specifically objects to this request to the extent that it seeks information not relevant to the subject matter of this lawsuit or reasonably calculated to lead to the discovery of admissible evidence. MGA also objects to this request on the grounds that it is overbroad, unduly burdensome, and oppressive in seeking documents that show the revenue received by MGA from the sale of all Bratz products by MGA or its licensees. MGA also objects to this request on the grounds that it seeks confidential, proprietary or commercially sensitive information, the disclosure of which would be inimical to the business interests of MGA. MGA also objects to this request to the extent it calls for the disclosure of attorney-client privileged information or information protected from disclosure by the work-product doctrine, joint defense or common interest privilege, or other privilege. MGA also objects to this request to the extent it seeks information the disclosure of which would implicate the rights of third parties to protect private, confidential, proprietary or trade secret information. MGA also objects to this request to the extent that it seeks documents not in MGA's possession, custody or control.

Subject to the foregoing, MGA will produce non-privileged documents sufficient to make the requested showing that are in its possession, custody or control, if any, which it is able to locate following a reasonably diligent search.

**REQUEST FOR PRODUCTION NO. 23:**

DOCUMENTS sufficient to show YOUR cost of goods sold, unit cost and other costs for each BRATZ PRODUCT sold by YOU or YOUR licensees.

**SUPPLEMENTAL RESPONSE TO REQUEST FOR PRODUCTION NO. 23:**

MGA incorporates by reference the above-stated general objections as if fully set forth herein. MGA also specifically objects to this request to the extent that it seeks information not relevant to the subject matter of this lawsuit or reasonably calculated to lead to the discovery of admissible evidence. MGA also objects to this request on the grounds that it is overbroad, unduly burdensome, and oppressive in seeking documents

EXHIBIT 13 , PAGE 622

22

MGA'S SUPPLEMENTAL RESPONSE TO 1ST SET OF REQUEST FOR PRODUCTION OF DOCUMENTS

1    that show MGA's cost of goods sold, unit cost, and other costs for all Bratz products sold

2    by MGA or its licensees. MGA also objects to this request on the grounds that it seeks

3    confidential, proprietary or commercially sensitive information, the disclosure of which

4    would be inimical to the business interests of MGA. MGA also objects to this request to

5    the extent it calls for the disclosure of attorney-client privileged information or

6    information protected from disclosure by the work-product doctrine, joint defense or

7    common interest privilege, or other privilege. MGA also objects to this request to the

8    extent it seeks information the disclosure of which would implicate the rights of third

9    parties to protect private, confidential, proprietary or trade secret information. MGA also

10    objects to this request on the grounds that it is vague and ambiguous in that MGA cannot

11    determine what is meant by "other costs." MGA also objects to this request to the extent

12    that it seeks documents not in MGA's possession, custody or control.

13       Subject to the foregoing, MGA will produce non-privileged documents sufficient

14    to make the requested showing that are in its possession, custody or control, if any, which

15    it is able to locate following a reasonably diligent search.

16    **REQUEST FOR PRODUCTION NO. 24:**

17       All DOCUMENTS that evidence, reflect or REFER OR RELATE TO YOUR

18    profits from the sale of each BRATZ PRODUCT sold by YOU or YOUR licensees.

19    **SUPPLEMENTAL RESPONSE TO REQUEST FOR PRODUCTION NO. 24:**

20       MGA incorporates by reference the above-stated general objections as if fully set

21    forth herein. MGA also specifically objects to this request to the extent that it seeks

22    information not relevant to the subject matter of this lawsuit or reasonably calculated to

23    lead to the discovery of admissible evidence. MGA also objects to this request on the

24    grounds that it is overbroad, unduly burdensome, and oppressive in seeking documents

25    that evidence, reflect, or refer or relate to MGA's profits from the sale of all Bratz

26    products sold by MGA or its licensees. MGA also objects to this request on the grounds

27    that it seeks confidential, proprietary or commercially sensitive information, the disclosure

28    of which would be inimical to the business interests of MGA. MGA also objects to this

EXHIBIT **13**, PAGE **603**

23      MGA'S SUPPLEMENTAL RESPONSE TO 1ST SET OF REQUEST FOR PRODUCTION OF DOCUMENTS

1    request to the extent it calls for the disclosure of attorney-client privileged information or

2    information protected from disclosure by the work-product doctrine, joint defense or

3    common interest privilege, or other privilege.  MGA also objects to this request to the

4    extent it seeks information the disclosure of which would implicate the rights of third

5    parties to protect private, confidential, proprietary or trade secret information.  MGA also

6    objects to this request to the extent that it seeks documents not in MGA's possession,

7    custody or control.

8         Subject to the foregoing, MGA will produce documents that state MGA's profits

9    from the sale of each Bratz product sold by MGA or its licensees in its possession,

10   custody or control that it discovers in the course of its reasonable search and diligent

11   inquiry and to which no privilege, protection or other objection applies, including without

12   limitation, the attorney-client privilege or attorney work product doctrine.

13   **REQUEST FOR PRODUCTION NO. 25:**

14        DOCUMENTS sufficient to IDENTIFY all customers to whom YOU or YOUR

15   licensees have ever sold any BRATZ PRODUCT.

16   **SUPPLEMENTAL RESPONSE TO REQUEST FOR PRODUCTION NO. 25:**

17        MGA incorporates by reference the above-stated general objections as if fully set

18   forth herein.  MGA also specifically objects to this request to the extent that it seeks

19   information not relevant to the subject matter of this lawsuit or reasonably calculated to

20   lead to the discovery of admissible evidence.  MGA also objects to this request on the

21   grounds that it is overbroad, unduly burdensome, and oppressive in seeking documents

22   that identify all customers to whom MGA or its licensees has ever sold any Bratz product.

23   MGA also objects to this request on the grounds that it seeks confidential, proprietary or

24   commercially sensitive information, the disclosure of which would be inimical to the

25   business interests of MGA.  MGA also objects to this request to the extent it calls for the

26   disclosure of attorney-client privileged information or information protected from

27   disclosure by the work-product doctrine, joint defense or common interest privilege, or

28   other privilege.  MGA also objects to this request to the extent it seeks information the

EXHIBIT __13__ , PAGE __624__     24     MGA'S SUPPLEMENTAL RESPONSE TO
                                          1ST SET OF REQUEST FOR PRODUCTION
                                          OF DOCUMENTS

1   disclosure of which would implicate the rights of third parties to protect private,

2   confidential, proprietary or trade secret information.  MGA also objects to this request to

3   the extent that it seeks documents not in MGA's possession, custody or control.

4       Subject to the foregoing, MGA will produce non-privileged documents sufficient

5   to make the requested showing that are in its possession, custody or control, if any, which

6   it is able to locate following a reasonably diligent search.

7   **REQUEST FOR PRODUCTION NO. 26:**

8       For each customer to whom YOU or YOUR licensees have ever sold any BRATZ

9   PRODUCT, DOCUMENTS sufficient to show the number of units of each such BRATZ

10  PRODUCT sold by YOU or YOUR licensees to that customer.

11  **SUPPLEMENTAL RESPONSE TO REQUEST FOR PRODUCTION NO. 26:**

12      MGA incorporates by reference the above-stated general objections as if fully set

13  forth herein.  MGA also specifically objects to this request to the extent that it seeks

14  information not relevant to the subject matter of this lawsuit or reasonably calculated to

15  lead to the discovery of admissible evidence.  MGA also objects to this request on the

16  grounds that it is overbroad, unduly burdensome, and oppressive in seeking documents

17  that show the number of units of all Bratz products sold to all customers by MGA or its

18  licensees.  MGA also objects to this request on the grounds that it seeks confidential,

19  proprietary or commercially sensitive information, the disclosure of which would be

20  inimical to the business interests of MGA.  MGA also objects to this request to the extent

21  it calls for the disclosure of attorney-client privileged information or information

22  protected from disclosure by the work-product doctrine, joint defense or common interest

23  privilege, or other privilege.  MGA also objects to this request to the extent it seeks

24  information the disclosure of which would implicate the rights of third parties to protect

25  private, confidential, proprietary or trade secret information.  MGA also objects to this

26  request to the extent that it seeks documents not in MGA's possession, custody or control.

27      Subject to the foregoing, MGA will produce responsive and non-privileged

28  documents in its possession, custody or control, if any, that it is able to locate following a

**EXHIBIT 13 , PAGE 625**   25   MGA'S SUPPLEMENTAL RESPONSE TO 1ST SET OF REQUEST FOR PRODUCTION OF DOCUMENTS

1   reasonably diligent search.

2   **REQUEST FOR PRODUCTION NO. 27:**

3       For each customer to whom YOU or YOUR licensees have ever sold any BRATZ

4   PRODUCT, documents sufficient to show the revenue received by YOU from each such

5   BRATZ PRODUCT sold by YOU or YOUR licensees to that customer.

6   **SUPPLEMENTAL RESPONSE TO REQUEST FOR PRODUCTION NO. 27:**

7       MGA incorporates by reference the above-stated general objections as if fully set

8   forth herein.  MGA also specifically objects to this request to the extent that it seeks

9   information not relevant to the subject matter of this lawsuit or reasonably calculated to

10   lead to the discovery of admissible evidence.  MGA also objects to this request on the

11   grounds that it is overbroad, unduly burdensome, and oppressive in seeking documents

12   that show the revenue received by MGA from the sale of all Bratz products to all

13   customers by MGA or its licensees.  MGA also objects to this request on the grounds that

14   it seeks confidential, proprietary or commercially sensitive information, the disclosure of

15   which would be inimical to the business interests of MGA.  MGA also objects to this

16   request to the extent it calls for the disclosure of attorney-client privileged information or

17   information protected from disclosure by the work-product doctrine, joint defense or

18   common interest privilege, or other privilege.  MGA also objects to this request to the

19   extent it seeks information the disclosure of which would implicate the rights of third

20   parties to protect private, confidential, proprietary or trade secret information.  MGA also

21   objects to this request to the extent that it seeks documents not in MGA's possession,

22   custody or control.

23       Subject to the foregoing, MGA will produce non-privileged documents sufficient

24   to make the requested showing that are in its possession, custody or control, if any, which

25   it is able to locate following a reasonably diligent search.

26   **REQUEST FOR PRODUCTION NO. 28:**

27       For each customer to whom YOU or YOUR licensees have ever sold any BRATZ

28   PRODUCT, documents sufficient to show YOUR profits from each such BRATZ

EXHIBIT  13 , PAGE  636          26          MGA'S  SUPPLEMENTAL RESPONSE TO
                                              1ST SET OF REQUEST FOR PRODUCTION
                                                       OF DOCUMENTS

1   PRODUCT sold by YOU or YOUR licensees to that customer.

2   **SUPPLEMENTAL RESPONSE TO REQUEST FOR PRODUCTION NO. 28:**

3       MGA incorporates by reference the above-stated general objections as if fully set

4   forth herein. MGA also specifically objects to this request to the extent that it seeks

5   information not relevant to the subject matter of this lawsuit or reasonably calculated to

6   lead to the discovery of admissible evidence. MGA also objects to this request on the

7   grounds that it is overbroad, unduly burdensome, and oppressive in seeking documents

8   that show MGA's profits from the sale of all Bratz products to all customers by MGA or

9   its licensees. MGA also objects to this request on the grounds that it seeks confidential,

10   proprietary or commercially sensitive information, the disclosure of which would be

11   inimical to the business interests of MGA. MGA also objects to this request to the extent

12   it calls for the disclosure of attorney-client privileged information or information

13   protected from disclosure by the work-product doctrine, joint defense or common interest

14   privilege, or other privilege. MGA also objects to this request to the extent it seeks

15   information the disclosure of which would implicate the rights of third parties to protect

16   private, confidential, proprietary or trade secret information. MGA also objects to this

17   request to the extent that it seeks documents not in MGA's possession, custody or control.

18       Subject to the foregoing, MGA will produce non-privileged documents sufficient

19   to make the requested showing that are in its possession, custody or control, if any, which

20   it is able to locate following a reasonably diligent search.

21   **REQUEST FOR PRODUCTION NO. 29:**

22       DOCUMENTS sufficient to show customer returns to YOU of BRATZ

23   PRODUCTS sold or distributed by YOU or YOUR licensees.

24   **SUPPLEMENTAL RESPONSE TO REQUEST FOR PRODUCTION NO. 29:**

25       MGA incorporates by reference the above-stated general objections as if fully set

26   forth herein. MGA also specifically objects to this request to the extent that it seeks

27   information not relevant to the subject matter of this lawsuit or reasonably calculated to

28   lead to the discovery of admissible evidence. MGA also objects to this request on the

**EXHIBIT  13 , PAGE  627**      27     MGA'S SUPPLEMENTAL RESPONSE TO
                                         1ST SET OF REQUEST FOR PRODUCTION
                                             OF DOCUMENTS

1  grounds that it is overbroad, unduly burdensome, and oppressive in seeking documents

2  that show customer returns to MGA of all Bratz products sold or distributed by MGA or

3  its licensees. MGA also objects to this request on the grounds that it seeks confidential,

4  proprietary or commercially sensitive information, the disclosure of which would be

5  inimical to the business interests of MGA. MGA also objects to this request to the extent

6  it calls for the disclosure of attorney-client privileged information or information

7  protected from disclosure by the work-product doctrine, joint defense or common interest

8  privilege, or other privilege. MGA also objects to this request to the extent it seeks

9  information the disclosure of which would implicate the rights of third parties to protect

10  private, confidential, proprietary or trade secret information. MGA also objects to this

11  request to the extent that it seeks documents not in MGA's possession, custody or control.

12      Subject to the foregoing, MGA will produce non-privileged documents sufficient

13  to make the requested showing that are in its possession, custody or control, if any, which

14  it is able to locate following a reasonably diligent search.

15  **REQUEST FOR PRODUCTION NO. 30:**

16      DOCUMENTS sufficient to show customer rebates and credits given by YOU or

17  YOUR licensees to customers in connection with BRATZ DOLLS.

18  **SUPPLEMENTAL RESPONSE TO REQUEST FOR PRODUCTION NO. 30:**

19      Request 30 appears on its face to request information identical to request 12. If this

20  is an accurate interpretation of request 30, MGA objects that request 30 is duplicative of

21  request 12 and MGA also incorporates by reference its above-stated objections to request

22  12. If request 30 inadvertently requests information related to Bratz dolls and was instead

23  intended to request information related to Bratz products, MGA has the following

24  objections:

25      MGA incorporates by reference the above-stated general objections as if fully set

26  forth herein. MGA also specifically objects to this request to the extent that it seeks

27  information not relevant to the subject matter of this lawsuit or reasonably calculated to

28  lead to the discovery of admissible evidence. MGA also objects to this request on the

EXHIBIT __13__, PAGE __628__          28          MGA'S SUPPLEMENTAL RESPONSE TO
                                                   1ST SET OF REQUEST FOR PRODUCTION
                                                   OF DOCUMENTS

1   grounds that it is overbroad, unduly burdensome, and oppressive in seeking documents

2   that show customer rebates and credits given by MGA or its licensees to all customers in

3   connection with Bratz products.  MGA also objects to this request on the grounds that it

4   seeks confidential, proprietary or commercially sensitive information, the disclosure of

5   which would be inimical to the business interests of MGA.  MGA also objects to this

6   request to the extent it calls for the disclosure of attorney-client privileged information or

7   information protected from disclosure by the work-product doctrine, joint defense or

8   common interest privilege, or other privilege.  MGA also objects to this request to the

9   extent it seeks information the disclosure of which would implicate the rights of third

10   parties to protect private, confidential, proprietary or trade secret information.  MGA also

11   objects to this request to the extent that it seeks documents not in MGA's possession,

12   custody or control.

13        Subject to the foregoing, MGA will produce non-privileged documents sufficient

14   to make the requested showing that are in its possession, custody or control, if any, which

15   it is able to locate following a reasonably diligent search.

16   **REQUEST FOR PRODUCTION NO. 31:**

17        DOCUMENTS sufficient to show, by product number of SKU, the number of units

18   of each BRATZ PRODUCT sold by YOU or YOUR licensees.

19   **SUPPLEMENTAL RESPONSE TO REQUEST FOR PRODUCTION NO. 31:**

20        MGA incorporates by reference the above-stated general objections as if fully set

21   forth herein.  MGA also specifically objects to this request to the extent that it seeks

22   information not relevant to the subject matter of this lawsuit or reasonably calculated to

23   lead to the discovery of admissible evidence.  MGA also objects to this request on the

24   grounds that it is overbroad, unduly burdensome, and oppressive in seeking documents

25   that show, by product number or SKU, the number of units of all Bratz products sold by

26   MGA or its licensees.  MGA also objects to this request on the grounds that it seeks

27   confidential, proprietary or commercially sensitive information, the disclosure of which

28   would be inimical to the business interests of MGA.  MGA also objects to this request to

EXHIBIT 13, PAGE 62

29

MGA'S  SUPPLEMENTAL RESPONSE TO
1ST SET OF REQUEST FOR PRODUCTION
OF DOCUMENTS

1    the extent it calls for the disclosure of attorney-client privileged information or

2    information protected from disclosure by the work-product doctrine, joint defense or

3    common interest privilege, or other privilege. MGA also objects to this request to the

4    extent it seeks information the disclosure of which would implicate the rights of third

5    parties to protect private, confidential, proprietary or trade secret information. MGA also

6    objects to this request to the extent that it seeks documents not in MGA's possession,

7    custody or control.

8         Subject to the foregoing, MGA will produce non-privileged documents sufficient

9    to make the requested showing that are in its possession, custody or control, if any, which

10   it is able to locate following a reasonably diligent search.

11   **REQUEST FOR PRODUCTION NO. 32:**

12        DOCUMENTS sufficient to show, by product or SKU, the revenue received by

13   YOU from the sale of each BRATZ PRODUCT sold by YOU or YOUR licensees.

14   **SUPPLEMENTAL RESPONSE TO REQUEST FOR PRODUCTION NO. 32:**

15        MGA incorporates by reference the above-stated general objections as if fully set

16   forth herein. MGA also specifically objects to this request to the extent that it seeks

17   information not relevant to the subject matter of this lawsuit or reasonably calculated to

18   lead to the discovery of admissible evidence. MGA also objects to this request on the

19   grounds that it is overbroad, unduly burdensome, and oppressive in seeking documents

20   that show, by product number or SKU, the revenue received by MGA from the sale of all

21   Bratz products sold by MGA or its licensees. MGA also objects to this request on the

22   grounds that it seeks confidential, proprietary or commercially sensitive information, the

23   disclosure of which would be inimical to the business interests of MGA. MGA also

24   objects to this request to the extent it calls for the disclosure of attorney-client privileged

25   information or information protected from disclosure by the work-product doctrine, joint

26   defense or common interest privilege, or other privilege. MGA also objects to this request

27   to the extent it seeks information the disclosure of which would implicate the rights of

28   third parties to protect private, confidential, proprietary or trade secret information. MGA

EXHIBIT 13, PAGE 630

30        MGA'S SUPPLEMENTAL RESPONSE TO
          1ST SET OF REQUEST FOR PRODUCTION
          OF DOCUMENTS

1   also objects to this request to the extent that it seeks documents not in MGA's possession,

2   custody or control.

3        Subject to the foregoing, MGA will produce non-privileged documents sufficient

4   to make the requested showing that are in its possession, custody or control, if any, which

5   it is able to locate following a reasonably diligent search.

6   **REQUEST FOR PRODUCTION NO. 33:**

7        DOCUMENTS sufficient to show, by product number or SKU, YOUR cost of

8   goods sold, unit cost and other costs for each BRATZ PRODUCT sold by YOU or YOUR

9   licensees.

10   **SUPPLEMENTAL RESPONSE TO REQUEST FOR PRODUCTION NO. 33:**

11        MGA incorporates by reference the above-stated general objections as if fully set

12   forth herein.  MGA also specifically objects to this request to the extent that it seeks

13   information not relevant to the subject matter of this lawsuit or reasonably calculated to

14   lead to the discovery of admissible evidence.  MGA also objects to this request on the

15   grounds that it is overbroad, unduly burdensome, and oppressive in seeking documents

16   that show, by product number or SKU, MGA's cost of goods sold, unit cost and other

17   costs for all Bratz products sold by MGA or its licensees.  MGA also objects to this

18   request on the grounds that it seeks confidential, proprietary or commercially sensitive

19   information, the disclosure of which would be inimical to the business interests of MGA.

20   MGA also objects to this request to the extent it calls for the disclosure of attorney-client

21   privileged information or information protected from disclosure by the work-product

22   doctrine, joint defense or common interest privilege, or other privilege.  MGA also objects

23   to this request to the extent it seeks information the disclosure of which would implicate

24   the rights of third parties to protect private, confidential, proprietary or trade secret

25   information.  MGA also objects to this request on the grounds that it is vague and

26   ambiguous in that MGA cannot determine what is meant by "other costs."  MGA also

27   objects to this request to the extent that it seeks documents not in MGA's possession,

28   custody or control.

**EXHIBIT 13, PAGE 631**

31

MGA'S  SUPPLEMENTAL RESPONSE TO
1ST SET OF REQUEST FOR PRODUCTION
OF DOCUMENTS

1   Subject to the foregoing, MGA will produce non-privileged documents sufficient

2   to make the requested showing that are in its possession, custody or control, if any, which

3   it is able to locate following a reasonably diligent search.

4   **REQUEST FOR PRODUCTION NO. 34:**

5   All DOCUMENTS that evidence, reflect or REFER OR RELATE TO YOUR

6   profits, by product number or SKU, from the sale of each BRATZ PRODUCT sold by

7   YOU or YOUR licensees.

8   **SUPPLEMENTAL RESPONSE TO REQUEST FOR PRODUCTION NO. 34:**

9   MGA incorporates by reference the above-stated general objections as if fully set

10  forth herein.  MGA also specifically objects to this request to the extent that it seeks

11  information not relevant to the subject matter of this lawsuit or reasonably calculated to

12  lead to the discovery of admissible evidence.  MGA also objects to this request on the

13  grounds that it is overbroad, unduly burdensome, and oppressive in seeking documents

14  that reflect or refer or relate, by product number or SKU, to MGA's profits from the sale

15  of all Bratz products by MGA or its licensees.  MGA also objects to this request on the

16  grounds that it seeks confidential, proprietary or commercially sensitive information, the

17  disclosure of which would be inimical to the business interests of MGA.  MGA also

18  objects to this request to the extent it calls for the disclosure of attorney-client privileged

19  information or information protected from disclosure by the work-product doctrine, joint

20  defense or common interest privilege, or other privilege.  MGA also objects to this request

21  to the extent it seeks information the disclosure of which would implicate the rights of

22  third parties to protect private, confidential, proprietary or trade secret information.  MGA

23  also objects to this request to the extent that it seeks documents not in MGA's possession,

24  custody or control.

25  Subject to the foregoing, MGA will produce documents that state MGA's profits

26  by product number or SKU from the sale of each Bratz product sold by MGA or its

27  licensees in its possession, custody or control that it discovers in the course of its

28  reasonable search and diligent inquiry and to which no privilege, protection or other

EXHIBIT 13, PAGE 632

32   MGA'S  SUPPLEMENTAL RESPONSE TO
1ST SET OF REQUEST FOR PRODUCTION
OF DOCUMENTS

1   objection applies, including without limitation, the attorney-client privilege or attorney

2   work product doctrine.

3   **REQUEST FOR PRODUCTION NO. 35:**

4       For each customer to whom YOU or YOUR licensees have ever sold any BRATZ

5   PRODUCT, DOCUMENTS sufficient to show, by product number or SKU, the number

6   of units of each such BRATZ PRODUCT sold by YOU or YOUR licensees to that

7   customer.

8   **SUPPLEMENTAL RESPONSE TO REQUEST FOR PRODUCTION NO. 35:**

9       MGA incorporates by reference the above-stated general objections as if fully set

10   forth herein.  MGA also specifically objects to this request to the extent that it seeks

11   information not relevant to the subject matter of this lawsuit or reasonably calculated to

12   lead to the discovery of admissible evidence.  MGA also objects to this request on the

13   grounds that it is overbroad, unduly burdensome, and oppressive in seeking documents

14   that show the number of units of all Bratz products sold by MGA or its licensees to every

15   customer to whom MGA or its licensees have ever sold any Bratz products.  MGA also

16   objects to this request on the grounds that it seeks confidential, proprietary or

17   commercially sensitive information, the disclosure of which would be inimical to the

18   business interests of MGA.  MGA also objects to this request to the extent it calls for the

19   disclosure of attorney-client privileged information or information protected from

20   disclosure by the work-product doctrine, joint defense or common interest privilege, or

21   other privilege.  MGA also objects to this request to the extent it seeks information the

22   disclosure of which would implicate the rights of third parties to protect private,

23   confidential, proprietary or trade secret information.  MGA also objects to this request to

24   the extent that it seeks documents not in MGA's possession, custody or control.

25       Subject to the foregoing, MGA will produce non-privileged documents sufficient

26   to make the requested showing that are in its possession, custody or control, if any, which

27   it is able to locate following a reasonably diligent search.

28

EXHIBIT __13__, PAGE __633__

33

MGA'S SUPPLEMENTAL RESPONSE TO
1ST SET OF REQUEST FOR PRODUCTION
OF DOCUMENTS

1  **REQUEST FOR PRODUCTION NO. 36:**

2      For each customer to whom YOU or YOUR licensees have ever sold any BRATZ

3  PRODUCT, DOCUMENTS sufficient to show, by product number or SKU, the revenue

4  received by YOU from each such BRATZ PRODUCT sold by YOU or YOUR licensees

5  to that customer.

6  **SUPPLEMENTAL RESPONSE TO REQUEST FOR PRODUCTION NO. 36:**

7      MGA incorporates by reference the above-stated general objections as if fully set

8  forth herein.  MGA also specifically objects to this request to the extent that it seeks

9  information not relevant to the subject matter of this lawsuit or reasonably calculated to

10  lead to the discovery of admissible evidence.  MGA also objects to this request on the

11  grounds that it is overbroad, unduly burdensome, and oppressive in seeking documents

12  that show the revenue received by MGA from all Bratz products sold by MGA or its

13  licensees to every customer to whom MGA or its licenses have ever sold any Bratz

14  products.  MGA also objects to this request on the grounds that it seeks confidential,

15  proprietary or commercially sensitive information, the disclosure of which would be

16  inimical to the business interests of MGA.  MGA also objects to this request to the extent

17  it calls for the disclosure of attorney-client privileged information or information

18  protected from disclosure by the work-product doctrine, joint defense or common interest

19  privilege, or other privilege.  MGA also objects to this request to the extent it seeks

20  information the disclosure of which would implicate the rights of third parties to protect

21  private, confidential, proprietary or trade secret information.  MGA also objects to this

22  request to the extent that it seeks documents not in MGA's possession, custody or control.

23      Subject to the foregoing, MGA will produce non-privileged documents sufficient

24  to make the requested showing that are in its possession, custody or control, if any, which

25  it is able to locate following a reasonably diligent search.

26  **REQUEST FOR PRODUCTION NO. 37:**

27      DOCUMENTS sufficient to show the revenue and profits derived by YOU from

28  the sale by YOU or YOUR licensees of BRATZ PRODUCTS including, without

**EXHIBIT 13 , PAGE 634**        34        MGA'S SUPPLEMENTAL RESPONSE TO
                                            1ST SET OF REQUEST FOR PRODUCTION
                                            OF DOCUMENTS

1    limitation, DOCUMENTS sufficient to show sales revenues, costs of goods sold, variable

2    costs, gross margins, royalties paid and received, gross profits and nets profits.

3    **SUPPLEMENTAL RESPONSE TO REQUEST FOR PRODUCTION NO. 37:**

4         MGA incorporates by reference the above-stated general objections as if fully set

5    forth herein.  MGA also specifically objects to this request to the extent that it seeks

6    information not relevant to the subject matter of this lawsuit or reasonably calculated to

7    lead to the discovery of admissible evidence.  MGA also objects to this request on the

8    grounds that it is overbroad, unduly burdensome, and oppressive in seeking documents

9    that show the revenues and profits derived by MGA from the sale of all Bratz products by

10   MGA or its licensees.  MGA also objects to this request on the grounds that it seeks

11   confidential, proprietary or commercially sensitive information, the disclosure of which

12   would be inimical to the business interests of MGA.  MGA also objects to this request to

13   the extent it calls for the disclosure of attorney-client privileged information or

14   information protected from disclosure by the work-product doctrine, joint defense or

15   common interest privilege, or other privilege.  MGA also objects to this request to the

16   extent it seeks information the disclosure of which would implicate the rights of third

17   parties to protect private, confidential, proprietary or trade secret information.  MGA also

18   objects to this request to the extent that it seeks documents not in MGA's possession,

19   custody or control.

20        Subject to the foregoing, MGA will produce non-privileged documents sufficient

21   to make the requested showing that are in its possession, custody or control, if any, which

22   it is able to locate following a reasonably diligent search.

23   **REQUEST FOR PRODUCTION NO. 38:**

24        DOCUMENTS sufficient to show the revenue and profits derived by YOU from

25   BRATZ MOVIES including, without limitation, DOCUMENTS sufficient to show sales

26   revenue, costs of goods sold, variable costs, gross margins, royalties paid and received,

27   gross profits and nets profits.

28

EXHIBIT __13__, PAGE __635__          35          MGA'S  SUPPLEMENTAL RESPONSE TO
                                                  1ST SET OF REQUEST FOR PRODUCTION
                                                  OF DOCUMENTS

1    **SUPPLEMENTAL RESPONSE TO REQUEST FOR PRODUCTION NO. 38:**

2         MGA incorporates by reference the above-stated general objections as if fully set

3    forth herein.  MGA also specifically objects to this request to the extent that it seeks

4    information not relevant to the subject matter of this lawsuit or reasonably calculated to

5    lead to the discovery of admissible evidence.  MGA also objects to this request on the

6    grounds that it is overbroad, unduly burdensome, and oppressive in seeking documents

7    that show the revenues and profits derived by MGA from Bratz movies.  MGA also

8    objects to this request on the grounds that it seeks confidential, proprietary or

9    commercially sensitive information, the disclosure of which would be inimical to the

10   business interests of MGA.  MGA also objects to this request to the extent it calls for the

11   disclosure of attorney-client privileged information or information protected from

12   disclosure by the work-product doctrine, joint defense or common interest privilege, or

13   other privilege.  MGA also objects to this request to the extent it seeks information the

14   disclosure of which would implicate the rights of third parties to protect private,

15   confidential, proprietary or trade secret information.  MGA also objects to this request to

16   the extent that it seeks documents not in MGA's possession, custody or control.

17        Subject to the foregoing, MGA will produce non-privileged documents sufficient

18   to make the requested showing that are in its possession, custody or control, if any, which

19   it is able to locate following a reasonably diligent search.

20   **REQUEST FOR PRODUCTION NO. 39:**

21        DOCUMENTS sufficient to show the revenue and profits derived by YOU from

22   BRATZ TELEVISION SHOWS including, without limitation, DOCUMENTS sufficient

23   to show sales revenue, costs of goods sold, variable costs, gross margins, royalties paid

24   and received, gross profits and nets profits.

25   **SUPPLEMENTAL RESPONSE TO REQUEST FOR PRODUCTION NO. 39:**

26        MGA incorporates by reference the above-stated general objections as if fully set

27   forth herein.  MGA also specifically objects to this request to the extent that it seeks

28   information not relevant to the subject matter of this lawsuit or reasonably calculated to

1    lead to the discovery of admissible evidence.  MGA also objects to this request on the

2    grounds that it is overbroad, unduly burdensome, and oppressive in seeking documents

3    that show the revenues and profits derived by MGA from Bratz television shows.  MGA

4    also objects to this request on the grounds that it seeks confidential, proprietary or

5    commercially sensitive information, the disclosure of which would be inimical to the

6    business interests of MGA.  MGA also objects to this request to the extent it calls for the

7    disclosure of attorney-client privileged information or information protected from

8    disclosure by the work-product doctrine, joint defense or common interest privilege, or

9    other privilege.  MGA also objects to this request to the extent it seeks information the

10   disclosure of which would implicate the rights of third parties to protect private,

11   confidential, proprietary or trade secret information.  MGA also objects to this request to

12   the extent that it seeks documents not in MGA's possession, custody or control.

13          Subject to the foregoing, MGA will produce non-privileged documents sufficient

14   to make the requested showing that are in its possession, custody or control, if any, which

15   it is able to locate following a reasonably diligent search.

16   **REQUEST FOR PRODUCTION NO. 40:**

17          All DOCUMENTS that describe YOUR cost allocation procedures.

18   **SUPPLEMENTAL RESPONSE TO REQUEST FOR PRODUCTION NO. 40:**

19          MGA incorporates by reference the above-stated general objections as if fully set

20   forth herein.  MGA also specifically objects to this request to the extent that it seeks

21   information not relevant to the subject matter of this lawsuit or reasonably calculated to

22   lead to the discovery of admissible evidence.  MGA also objects to this request on the

23   grounds that it is overbroad, unduly burdensome, and oppressive in seeking all documents

24   that describe MGA's cost allocation procedures.  MGA also objects to this request on the

25   grounds that it seeks confidential, proprietary or commercially sensitive information, the

26   disclosure of which would be inimical to the business interests of MGA.  MGA also

27   objects to this request to the extent it calls for the disclosure of attorney-client privileged

28   information or information protected from disclosure by the work-product doctrine, joint

EXHIBIT 13 , PAGE 637          37          MGA'S SUPPLEMENTAL RESPONSE TO
                                                 1ST SET OF REQUEST FOR PRODUCTION
                                                 OF DOCUMENTS

1  defense or common interest privilege, or other privilege. MGA also objects to this request

2  to the extent it seeks information the disclosure of which would implicate the rights of

3  third parties to protect private, confidential, proprietary or trade secret information. MGA

4  also objects to this request on the grounds that it is vague and ambiguous in that MGA

5  cannot determine what is meant by "cost allocation procedures." MGA also objects to

6  this request to the extent that it seeks documents not in MGA's possession, custody or

7  control.

8      Subject to the foregoing, MGA will produce all responsive and non-privileged

9  documents in its possession, custody or control, if any, that it is able to locate following a

10 reasonably diligent search.

11 **REQUEST FOR PRODUCTION NO. 41:**

12     YOUR general ledgers from January 1, 1995 through the present.

13 **SUPPLEMENTAL RESPONSE TO REQUEST FOR PRODUCTION NO. 41:**

14     MGA incorporates by reference the above-stated general objections as if fully set

15 forth herein. MGA also specifically objects to this request to the extent that it seeks

16 information not relevant to the subject matter of this lawsuit or reasonably calculated to

17 lead to the discovery of admissible evidence. MGA also objects to this request on the

18 grounds that it is overbroad, unduly burdensome, and oppressive in seeking all of MGA's

19 general ledgers from January 1, 1995 through the present. MGA also objects to this

20 request on the grounds that it seeks confidential, proprietary or commercially sensitive

21 information, the disclosure of which would be inimical to the business interests of MGA.

22 MGA also objects to this request to the extent it calls for the disclosure of attorney-client

23 privileged information or information protected from disclosure by the work-product

24 doctrine, joint defense or common interest privilege, or other privilege. MGA also objects

25 to this request to the extent it seeks information the disclosure of which would implicate

26 the rights of third parties to protect private, confidential, proprietary or trade secret

27 information. MGA also objects to this request to the extent that it seeks documents not in

28 MGA's possession, custody or control.

EXHIBIT __13__, PAGE __638__          38        MGA'S SUPPLEMENTAL RESPONSE TO
                                                 1ST SET OF REQUEST FOR PRODUCTION
                                                 OF DOCUMENTS

1    Subject to the foregoing, MGA will produce all non-privileged documents

2    constituting general ledgers from January 1, 1995 to the present in its possession, custody

3    or control that it is able to locate following a reasonably diligent search.

4    **REQUEST FOR PRODUCTION NO. 42:**

5    All sales, profit and cash flow projections or forecasts for BRATZ DOLLS,

6    BRATZ PRODUCTS, BRATZ MOVIES and BRATZ TELEVISION SHOWS.

7    **SUPPLEMENTAL RESPONSE TO REQUEST FOR PRODUCTION NO. 42:**

8    MGA incorporates by reference the above-stated general objections as if fully set

9    forth herein.  MGA also specifically objects to this request to the extent that it seeks

10   information not relevant to the subject matter of this lawsuit or reasonably calculated to

11   lead to the discovery of admissible evidence.  MGA also objects to this request on the

12   grounds that it is overbroad, unduly burdensome, and oppressive in seeking all of MGA's

13   profit and cash flow projections and forecasts for Bratz dolls, Bratz products, Bratz

14   movies, and Bratz television shows.  MGA also objects to this request on the grounds that

15   it seeks confidential, proprietary or commercially sensitive information, the disclosure of

16   which would be inimical to the business interests of MGA.  MGA also objects to this

17   request to the extent it calls for the disclosure of attorney-client privileged information or

18   information protected from disclosure by the work-product doctrine, joint defense or

19   common interest privilege, or other privilege.  MGA also objects to this request to the

20   extent it seeks information the disclosure of which would implicate the rights of third

21   parties to protect private, confidential, proprietary or trade secret information.  MGA also

22   objects to this request to the extent that it seeks documents not in MGA's possession,

23   custody or control.

24   Subject to the foregoing, MGA will produce all responsive and non-privileged

25   documents in its possession, custody or control, if any, that it is able to locate following a

26   reasonably diligent search.

27   **REQUEST FOR PRODUCTION NO. 43:**

28   All DOCUMENTS that REFER OR RELATE TO the value of the Bratz brand.

**EXHIBIT  3 , PAGE 637**          39          MGA'S  SUPPLEMENTAL RESPONSE TO
                                                1ST SET OF REQUEST FOR PRODUCTION
                                                OF DOCUMENTS

**SUPPLEMENTAL RESPONSE TO REQUEST FOR PRODUCTION NO. 43:**

MGA incorporates by reference the above-stated general objections as if fully set forth herein. MGA also specifically objects to this request to the extent that it seeks information not relevant to the subject matter of this lawsuit or reasonably calculated to lead to the discovery of admissible evidence. MGA also objects to this request on the grounds that it is overbroad, unduly burdensome, and oppressive in seeking all documents that refer or relate to the value of the Bratz brand. MGA also objects to this request on the grounds that it seeks confidential, proprietary or commercially sensitive information, the disclosure of which would be inimical to the business interests of MGA. MGA also objects to this request to the extent it calls for the disclosure of attorney-client privileged information or information protected from disclosure by the work-product doctrine, joint defense or common interest privilege, or other privilege. MGA also objects to this request to the extent it seeks information the disclosure of which would implicate the rights of third parties to protect private, confidential, proprietary or trade secret information. MGA also objects to this request on the grounds that it is vague and ambiguous in that MGA cannot determine what is meant by or how to calculate "the value of the Bratz brand." MGA also objects to this request to the extent that it seeks documents not in MGA's possession, custody or control.

Subject to the foregoing, MGA will produce: all non-privileged documents that set forth the value of the Bratz brand in its possession, custody or control, that it is able to locate following a reasonably diligent search; in addition to the documents that MGA represents it will produce in response to each of these other requests.

**REQUEST FOR PRODUCTION NO. 44:**

DOCUMENTS sufficient to calculate YOUR net worth on a yearly basis for each year from 1999 to the present.

**SUPPLEMENTAL RESPONSE TO REQUEST FOR PRODUCTION NO. 44:**

MGA incorporates by reference the above-stated general objections as if fully set forth herein. MGA also specifically objects to this request to the extent that it seeks

EXHIBIT _13_, PAGE _640_

40

MGA'S SUPPLEMENTAL RESPONSE TO
1ST SET OF REQUEST FOR PRODUCTION
OF DOCUMENTS

1   information not relevant to the subject matter of this lawsuit or reasonably calculated to

2   lead to the discovery of admissible evidence.  MGA also objects to this request on the

3   grounds that it is overbroad, unduly burdensome, and oppressive in seeking all documents

4   sufficient to calculate MGA's net worth on a yearly basis for each year from 1999 to the

5   present.  MGA also objects to this request on the grounds that it seeks confidential,

6   proprietary or commercially sensitive information, the disclosure of which would be

7   inimical to the business interests of MGA.  MGA also objects to this request to the extent

8   it calls for the disclosure of attorney-client privileged information or information

9   protected from disclosure by the work-product doctrine, joint defense or common interest

10  privilege, or other privilege.  MGA also objects to this request to the extent it seeks

11  information the disclosure of which would implicate the rights of third parties to protect

12  private, confidential, proprietary or trade secret information.  MGA also objects to this

13  request on the grounds that it is vague and ambiguous in that MGA cannot determine what

14  is meant by "YOUR net worth."  MGA also objects to this request to the extent that it

15  seeks documents not in MGA's possession, custody or control.

16        Subject to the foregoing, MGA will produce: all non-privileged documents that set

17  forth, discuss or talk about the value of the Bratz brand in its possession, custody or

18  control, that it is able to locate following a reasonably diligent search; in addition to all

19  documents that MGA represents it will produce in response to each of these other

20  requests.

21  **REQUEST FOR PRODUCTION NO. 45:**

22        All DOCUMENTS that evidence, reflect or REFER OR RELATE TO the BRATZ

23  DOLL's share of the fashion doll market including, without limitation, the extent to which

24  Bratz has been or is gaining or losing market share in the fashion doll market.

25  **SUPPLEMENTAL RESPONSE TO REQUEST FOR PRODUCTION NO. 45:**

26        MGA incorporates by reference the above-stated general objections as if fully set

27  forth herein.  MGA also specifically objects to this request to the extent that it seeks

28  information not relevant to the subject matter of this lawsuit or reasonably calculated to

EXHIBIT __13__, PAGE __641__        41        MGA'S SUPPLEMENTAL RESPONSE TO
                                                1ST SET OF REQUEST FOR PRODUCTION
                                                        OF DOCUMENTS