1    BRATZ at the Hong Kong Toy Fair in January 2001.

2    **RESPONSE TO REQUEST FOR PRODUCTION NO. 186:**

3            Larian incorporates by reference the above-stated general objections as

4    if fully set forth herein.  Larian also specifically objects to this request on the

5    grounds that it is overbroad, oppressive, and unduly burdensome in that it seeks

6    information not relevant to the subject matter of this lawsuit or reasonably

7    calculated to lead to the discovery of admissible evidence.  Larian also specifically

8    objects to this request on the grounds that it is vague and ambiguous in that Larian

9    cannot determine what is meant by "exhibition."  Larian also objects to this request

10    on the grounds that it seeks confidential, proprietary or commercially sensitive

11    information, the disclosure of which would be inimical to the business interests of

12    Larian and one or more third parties.  Larian also objects to this request to the

13    extent it seeks information the disclosure of which would implicate the rights of

14    third parties to protect private, confidential, proprietary or trade secret information.

15    Larian also objects to this request to the extent it calls for the disclosure of attorney-

16    client privileged information or information protected from disclosure by the work-

17    product doctrine, joint defense or common interest privilege, or other privilege.

18            Subject to the foregoing, Larian will produce all documents within his

19    possession, custody, or control that are responsive to the request, if any, and that

20    have not already been produced, that he discovers in the course of his reasonable

21    search and diligent inquiry, and to which no privilege or other protection applies,

22    including without limitation, the attorney-client privilege or attorney's work

23    product doctrine.

24    **REQUEST FOR PRODUCTION NO. 187:**

25            All DOCUMENTS RELATING TO the exhibition or showing of

26    BRATZ at the Tokyo Toy Fair in or about February 2001.

27    **RESPONSE TO REQUEST FOR PRODUCTION NO. 187:**

28            Larian incorporates by reference the above-stated general objections as

EXHIBIT 25  PAGE 105        LARIAN'S SUPP. RESPONSE TO MATTEL'S
                    - 195 -    1ST SET OF REQUESTS FOR PRODUCTION
                            CV 04-9049 SGL (RNBX)

1  if fully set forth herein. Larian also specifically objects to this request on the

2  grounds that it is overbroad, oppressive, and unduly burdensome in that it seeks

3  information not relevant to the subject matter of this lawsuit or reasonably

4  calculated to lead to the discovery of admissible evidence. Larian also specifically

5  objects to this request on the grounds that it is vague and ambiguous in that Larian

6  cannot determine what is meant by "exhibition." Larian also objects to this request

7  on the grounds that it seeks confidential, proprietary or commercially sensitive

8  information, the disclosure of which would be inimical to the business interests of

9  Larian and one or more third parties. Larian also objects to this request to the

10  extent it seeks information the disclosure of which would implicate the rights of

11  third parties to protect private, confidential, proprietary or trade secret information.

12  Larian also objects to this request to the extent it calls for the disclosure of attorney-

13  client privileged information or information protected from disclosure by the work-

14  product doctrine, joint defense or common interest privilege, or other privilege.

15       Subject to the foregoing, Larian will produce all documents within his

16  possession, custody, or control that are responsive to the request, if any, and that

17  have not already been produced, that he discovers in the course of his reasonable

18  search and diligent inquiry, and to which no privilege or other protection applies,

19  including without limitation, the attorney-client privilege or attorney's work

20  product doctrine.

21  **REQUEST FOR PRODUCTION NO. 188:**

22       All DOCUMENTS RELATING TO the exhibition of BRATZ at the

23  New York Toy Fair in or about February 2001.

24  **RESPONSE TO REQUEST FOR PRODUCTION NO. 188:**

25       Larian incorporates by reference the above-stated general objections as

26  if fully set forth herein. Larian also specifically objects to this request on the

27  grounds that it is overbroad, oppressive, and unduly burdensome in that it seeks

28  information not relevant to the subject matter of this lawsuit or reasonably

EXHIBIT __ꓤ__ PAGE __l05ə__    - 196 -    LARIAN'S SUPP. RESPONSE TO MATTEL'S
1ST SET OF REQUESTS FOR PRODUCTION
CV 04-9049 SGL (RNBX)

1    calculated to lead to the discovery of admissible evidence.  Larian also specifically

2    objects to this request on the grounds that it is vague and ambiguous in that Larian

3    cannot determine what is meant by "exhibition."  Larian also objects to this request

4    on the grounds that it seeks confidential, proprietary or commercially sensitive

5    information, the disclosure of which would be inimical to the business interests of

6    Larian and one or more third parties.  Larian also objects to this request to the

7    extent it seeks information the disclosure of which would implicate the rights of

8    third parties to protect private, confidential, proprietary or trade secret information.

9    Larian also objects to this request to the extent it calls for the disclosure of attorney-

10   client privileged information or information protected from disclosure by the work-

11   product doctrine, joint defense or common interest privilege, or other privilege.

12           Subject to the foregoing, Larian will produce all documents within his

13   possession, custody, or control that are responsive to the request, if any, and that

14   have not already been produced, that he discovers in the course of his reasonable

15   search and diligent inquiry, and to which no privilege or other protection applies,

16   including without limitation, the attorney-client privilege or attorney's work

17   product doctrine.

18   **REQUEST FOR PRODUCTION NO. 189:**

19           To the extent not covered by other Requests, all DOCUMENTS

20   RELATING TO the exhibition of BRATZ at any toy fair at any time prior to

21   December 31, 2001.

22   **RESPONSE TO REQUEST FOR PRODUCTION NO. 189:**

23           Larian incorporates by reference the above-stated general objections as

24   if fully set forth herein.  Larian also specifically objects to this request on the

25   grounds that it is overbroad, oppressive, and unduly burdensome in that it seeks

26   information not relevant to the subject matter of this lawsuit or reasonably

27   calculated to lead to the discovery of admissible evidence.  Larian also specifically

28   objects to this request on the grounds that it is vague and ambiguous in that Larian

EXHIBIT 25   PAGE 1053   - 197 -

LARIAN'S SUPP. RESPONSE TO MATTEL'S
1ST SET OF REQUESTS FOR PRODUCTION
CV 04-9049 SGL (RNBX)

1  cannot determine what is meant by "exhibition." Larian also objects to this request
2  on the grounds that it seeks confidential, proprietary or commercially sensitive
3  information, the disclosure of which would be inimical to the business interests of
4  Larian and one or more third parties. Larian also objects to this request to the
5  extent it seeks information the disclosure of which would implicate the rights of
6  third parties to protect private, confidential, proprietary or trade secret information.
7  Larian also objects to this request to the extent it calls for the disclosure of attorney-
8  client privileged information or information protected from disclosure by the work-
9  product doctrine, joint defense or common interest privilege, or other privilege.
10         Subject to the foregoing, Larian will produce all documents within his
11  possession, custody, or control that are responsive to the request, if any, and that
12  have not already been produced, that he discovers in the course of his reasonable
13  search and diligent inquiry, and to which no privilege or other protection applies,
14  including without limitation, the attorney-client privilege or attorney's work
15  product doctrine.

16  **REQUEST FOR PRODUCTION NO. 193:**

17         All COMMUNICATIONS between YOU and any member of the
18  press RELATING TO this ACTION.

19  **RESPONSE TO REQUEST FOR PRODUCTION NO. 193:**

20         Larian incorporates by reference the above-stated general objections as
21  if fully set forth herein. Larian also specifically objects to this request on the
22  grounds that it is overbroad, oppressive, and unduly burdensome in that it seeks
23  information not relevant to the subject matter of this lawsuit or reasonably
24  calculated to lead to the discovery of admissible evidence. Larian also specifically
25  objects to this request on the grounds that it seeks confidential, proprietary or
26  commercially sensitive information, the disclosure of which would be inimical to
27  the business interests of Larian. Larian further objects to this request to the extent it
28  seeks information the disclosure of which would implicate the rights of third parties

EXHIBIT ___ 75 ___ PAGE ___ 1054 ___    - 198 -    LARIAN'S SUPP. RESPONSE TO MATTEL'S
1ST SET OF REQUESTS FOR PRODUCTION
CV 04-9049 SGL (RNBX)

1  to protect private, confidential, proprietary or trade secret information. Larian also

2  objects to this request to the extent it calls for the disclosure of attorney-client

3  privileged information or information protected from disclosure by the work-

4  product doctrine, joint defense or common interest privilege, or other privilege.

5         Subject to the foregoing, Larian will produce all documents within his

6  possession, custody, or control that are responsive to the request, if any, and that

7  have not already been produced, that he discovers in the course of his reasonable

8  search and diligent inquiry, and to which no privilege or other protection applies,

9  including without limitation, the attorney-client privilege or attorney's work

10  product doctrine.

11  **REQUEST FOR PRODUCTION NO. 200:**

12         All DOCUMENTS RELATING TO any effort by YOU or MGA to

13  recruit employees or contractors who have been or are employed by or who have

14  worked for MATTEL since January 1, 1999, including but not limited to

15  advertising, media releases, brochures, articles, catalogs, handbooks, and public

16  relations material.

17  **RESPONSE TO REQUEST FOR PRODUCTION NO. 200:**

18         Larian incorporates by reference the above-stated general objections as

19  if fully set forth herein. Larian also specifically objects to this request on the

20  grounds that it is overbroad and seeks information not relevant to the subject matter

21  of this lawsuit or reasonably calculated to lead to the discovery of admissible

22  evidence. Larian also objects to this request on the grounds that it seeks

23  confidential, proprietary or commercially sensitive information, the disclosure of

24  which would be inimical to the business interests of Larian and one or more third

25  parties. Larian also objects to this request to the extent it seeks information the

26  disclosure of which would implicate the rights of third parties to protect private,

27  confidential, proprietary or trade secret information. Larian also objects to this

28  request to the extent it calls for the disclosure of attorney-client privileged

EXHIBIT __25__ PAGE __1055__   - 199 -        LARIAN'S SUPP. RESPONSE TO MATTEL'S
1ST SET OF REQUESTS FOR PRODUCTION
CV 04-9049 SGL (RNBX)

1 | information or information protected from disclosure by the work-product doctrine,

2 | joint defense or common interest privilege, or other privilege. Larian also objects

3 | to this request to the extent that it seeks information that is already known to Mattel

4 | and/or is a matter of public record.

5 | Subject to the foregoing, Larian will produce all documents within his

6 | possession, custody, or control that are responsive to the request, if any, and that

7 | have not already been produced, that he discovers in the course of his reasonable

8 | search and diligent inquiry, and to which no privilege or other protection applies,

9 | including without limitation, the attorney-client privilege or attorney's work

10 | product doctrine.

11 | **REQUEST FOR PRODUCTION NO. 201:**

12 | All DOCUMENTS RELATING TO the hiring, engagement, or

13 | retention by YOU or MGA of any current or former MATTEL employee or

14 | contractor since January 1, 1999, including but not limited to all employment

15 | agreements and agreements RELATING TO confidentiality or the invention,

16 | authorship, or ownership of any concept or product.

17 | **RESPONSE TO REQUEST FOR PRODUCTION NO. 201:**

18 | Larian incorporates by reference the above-stated general objections as

19 | if fully set forth herein. Larian also specifically objects to this request on the

20 | grounds that it is overbroad and seeks information not relevant to the subject matter

21 | of this lawsuit or reasonably calculated to lead to the discovery of admissible

22 | evidence. Larian also objects to this request on the ground that it is overbroad,

23 | unduly burdensome, and oppressive in seeking all documents relating to the hiring,

24 | engagement, or retention of current or former Mattel employees or contractors,

25 | regardless of the individuals or the work or services they performed. Larian also

26 | objects to this request on the grounds that it seeks confidential, proprietary or

27 | commercially sensitive information, the disclosure of which would be inimical to

28 | the business interests of Larian and one or more third parties. Larian also objects to

EXHIBIT _25_ PAGE _1056_   - 200 -

LARIAN'S SUPP. RESPONSE TO MATTEL'S
1ST SET OF REQUESTS FOR PRODUCTION
CV 04-9049 SGL (RNBX)

1   this request to the extent it seeks information the disclosure of which would

2   implicate the rights of third parties to protect private, confidential, proprietary or

3   trade secret information.  Larian also objects to this request on the grounds that it

4   seeks information in violation of the right of privacy.  Larian also objects to this

5   request to the extent it calls for the disclosure of attorney-client privileged

6   information or information protected from disclosure by the work-product doctrine,

7   joint defense or common interest privilege, or other privilege.

8          Subject to the foregoing, Larian will produce all documents within his

9   possession, custody, or control that are responsive to the request, if any, and that

10  have not already been produced, that he discovers in the course of his reasonable

11  search and diligent inquiry, and to which no privilege or other protection applies,

12  including without limitation, the attorney-client privilege or attorney's work

13  product doctrine.

14  **REQUEST FOR PRODUCTION NO. 202:**

15         All DOCUMENTS, since January 1, 1999, RELATING TO YOUR

16  receipt, reproduction, copying, storage, transmission, transfer, retention,

17  destruction, deletion or use of any DOCUMENTS or DIGITAL INFORMATION,

18  including but not limited to any compilation of information, that was prepared,

19  made, created, generated, assembled or compiled by or for MATTEL and that was

20  not publicly available at the time of YOUR receipt of such DOCUMENT or

21  DIGITAL INFORMATION.

22  **RESPONSE TO REQUEST FOR PRODUCTION NO. 202:**

23         Larian incorporates by reference the above-stated general objections as

24  if fully set forth herein.  Larian also specifically objects to this request on the

25  grounds that it is overbroad and seeks information not relevant to the subject matter

26  of this lawsuit or reasonably calculated to lead to the discovery of admissible

27  evidence.  Larian also objects to this request on the grounds that it seeks

28  confidential, proprietary or commercially sensitive information, the disclosure of

EXHIBIT __25__ PAGE __1057__       - 201 -

LARIAN'S SUPP. RESPONSE TO MATTEL'S
1ST SET OF REQUESTS FOR PRODUCTION
CV 04-9049 SGL (RNBX)

1    which would be inimical to the business interests of Larian and one or more third

2    parties.  Larian also objects to this request to the extent it calls for the disclosure of

3    attorney-client privileged information or information protected from disclosure by

4    the work-product doctrine, joint defense or common interest privilege, or other

5    privilege.

6            Subject to the foregoing, Larian will produce all documents within his

7    possession, custody, or control that are responsive to the request, if any, and that

8    have not already been produced, that he discovers in the course of his reasonable

9    search and diligent inquiry, and to which no privilege or other protection applies,

10   including without limitation, the attorney-client privilege or attorney's work

11   product doctrine.

12   **REQUEST FOR PRODUCTION NO. 203:**

13           All DOCUMENTS, since January 1, 1999, RELATING TO YOUR

14   knowledge of any MATTEL product prior to the time that such product had been

15   announced or disclosed by MATTEL to retailers or the public.

16   **RESPONSE TO REQUEST FOR PRODUCTION NO. 203:**

17           Larian incorporates by reference the above-stated general objections as

18   if fully set forth herein.  Larian also specifically objects to this request on the

19   grounds that it is overbroad and seeks information not relevant to the subject matter

20   of this lawsuit or reasonably calculated to lead to the discovery of admissible

21   evidence and is, thus, overbroad, unduly burdensome an oppressive, including,

22   without limitation, in that it seeks documents related to Mattel products not at issue

23   in this litigation.  Larian also objects to this request on the grounds that it seeks

24   confidential, proprietary or commercially sensitive information, the disclosure of

25   which would be inimical to the business interests of Larian and one or more third

26   parties.  Larian also objects to this request to the extent it seeks information the

27   disclosure of which would implicate the rights of third parties to protect private,

28   confidential, proprietary or trade secret information.  Larian also objects to this

EXHIBIT __25__ PAGE __1058__          - 202 -          LARIAN'S SUPP. RESPONSE TO MATTEL'S
                                                       1ST SET OF REQUESTS FOR PRODUCTION
                                                       CV 04-9049 SGL (RNBX)

1   request to the extent it calls for the disclosure of attorney-client privileged

2   information or information protected from disclosure by the work-product doctrine,

3   joint defense or common interest privilege, or other privilege.

4           Subject to the foregoing, Larian will produce all documents within his

5   possession, custody, or control that are responsive to the request, if any, and that

6   have not already been produced, that he discovers in the course of his reasonable

7   search and diligent inquiry, and to which no privilege or other protection applies,

8   including without limitation, the attorney-client privilege or attorney's work

9   product doctrine.

10  **REQUEST FOR PRODUCTION NO. 204:**

11          All DOCUMENTS, since January 1, 1999, RELATING TO YOUR

12  knowledge of any DESIGN created by, on behalf of, or at the behest of MATTEL,

13  or created by any PERSON employed by or under contract with MATTEL at the

14  time of the DESIGN's creation, that was not manufactured for sale or placed into

15  the retail market.

16  **RESPONSE TO REQUEST FOR PRODUCTION NO. 204:**

17          Larian incorporates by reference the above-stated general objections as

18  if fully set forth herein. Larian also specifically objects to this request on the

19  grounds that it is overbroad and seeks information not relevant to the subject matter

20  of this lawsuit or reasonably calculated to lead to the discovery of admissible

21  evidence. Larian also objects to this request on the grounds that it seeks

22  confidential, proprietary or commercially sensitive information, the disclosure of

23  which would be inimical to the business interests of Larian and one or more third

24  parties. Larian also objects to this request to the extent it seeks information the

25  disclosure of which would implicate the rights of third parties to protect private,

26  confidential, proprietary or trade secret information. Larian also objects to this

27  request to the extent it calls for the disclosure of attorney-client privileged

28  information or information protected from disclosure by the work-product doctrine,

EXHIBIT ℀ PAGE 1059

- 203 -

LARIAN'S SUPP. RESPONSE TO MATTEL'S
1ST SET OF REQUESTS FOR PRODUCTION
CV 04-9049 SGL (RNBX)

1 | joint defense or common interest privilege, or other privilege.

2 |   Subject to the foregoing, Larian will produce all documents within his

3 | possession, custody, or control that are responsive to the request, if any, and that

4 | have not already been produced, that he discovers in the course of his reasonable

5 | search and diligent inquiry, and to which no privilege or other protection applies,

6 | including without limitation, the attorney-client privilege or attorney's work

7 | product doctrine.

8 | **REQUEST FOR PRODUCTION NO. 205:**

9 |   All DOCUMENTS, since January 1, 1999, RELATING TO YOUR

10 | receipt, reproduction, copying, storage, transmission, transfer, retention,

11 | destruction, deletion or use of any MATTEL line list or other DOCUMENT

12 | prepared by MATTEL identifying MATTEL products in the planning, design or

13 | development phase.

14 | **RESPONSE TO REQUEST FOR PRODUCTION NO. 205:**

15 |   Larian incorporates by reference the above-stated general objections as

16 | if fully set forth herein. Larian also specifically objects to this request on the

17 | grounds that it is overbroad and seeks information not relevant to the subject matter

18 | of this lawsuit or reasonably calculated to lead to the discovery of admissible

19 | evidence. Larian also objects to this request on the grounds that it seeks

20 | confidential, proprietary or commercially sensitive information, the disclosure of

21 | which would be inimical to the business interests of Larian and one or more third

22 | parties. Larian also objects to this request to the extent it seeks information the

23 | disclosure of which would implicate the rights of third parties to protect private,

24 | confidential, proprietary or trade secret information. Larian also objects to this

25 | request to the extent it calls for the disclosure of attorney-client privileged

26 | information or information protected from disclosure by the work-product doctrine,

27 | joint defense or common interest privilege, or other privilege.

28 |   Subject to the foregoing, Larian will produce all documents within his

EXHIBIT **2⊤** PAGE **1060**

- 204 -

LARIAN'S SUPP. RESPONSE TO MATTEL'S
1ST SET OF REQUESTS FOR PRODUCTION
CV 04-9049 SGL (RNBX)

1   possession, custody, or control that are responsive to the request, if any, and that

2   have not already been produced, that he discovers in the course of his reasonable

3   search and diligent inquiry, and to which no privilege or other protection applies,

4   including without limitation, the attorney-client privilege or attorney's work

5   product doctrine.

6   **REQUEST FOR PRODUCTION NO. 206:**

7   All DOCUMENTS, since January 1, 1999, RELATING TO MGA's

8   receipt, reproduction, copying, storage, transmission, transfer, retention,

9   destruction, deletion or use of any MATTEL line list or other DOCUMENT

10  prepared by MATTEL identifying MATTEL products in the planning, design or

11  development phase.

12  **RESPONSE TO REQUEST FOR PRODUCTION NO. 206:**

13  Larian incorporates by reference the above-stated general objections as

14  if fully set forth herein.  Larian also specifically objects to this request on the

15  grounds that it is overbroad and seeks information not relevant to the subject matter

16  of this lawsuit or reasonably calculated to lead to the discovery of admissible

17  evidence.  Larian also objects to this request on the ground that it is overbroad,

18  unduly burdensome, and oppressive, including, without limitation, in that it is

19  duplicative of request number 205.  Larian also objects to this request on the

20  grounds that it seeks confidential, proprietary or commercially sensitive

21  information, the disclosure of which would be inimical to the business interests of

22  Larian and one or more third parties.  Larian also objects to this request to the

23  extent it seeks information the disclosure of which would implicate the rights of

24  third parties to protect private, confidential, proprietary or trade secret information.

25  Larian also objects to this request to the extent it calls for the disclosure of attorney-

26  client privileged information or information protected from disclosure by the work-

27  product doctrine, joint defense or common interest privilege, or other privilege.

28  Subject to the foregoing, Larian will produce all documents within his

EXHIBIT __ PAGE __

- 205 -

LARIAN'S SUPP. RESPONSE TO MATTEL'S
1ST SET OF REQUESTS FOR PRODUCTION
CV 04-9049 SGL (RNBX)

1   possession, custody, or control that are responsive to the request, if any, and that

2   have not already been produced, that he discovers in the course of his reasonable

3   search and diligent inquiry, and to which no privilege or other protection applies,

4   including without limitation, the attorney-client privilege or attorney's work

5   product doctrine.

6   **REQUEST FOR PRODUCTION NO. 210:**

7           DOCUMENTS sufficient to IDENTIFY each telephone subscription

8   service account that YOU have or have had, or that YOU use or have used, since

9   January 1, 1999.

10  **RESPONSE TO REQUEST FOR PRODUCTION NO. 210:**

11          Larian incorporates by reference the above-stated general objections as

12  if fully set forth herein.  Larian also specifically objects to this request on the

13  grounds that it is overbroad and seeks information not relevant to the subject matter

14  of this lawsuit or reasonably calculated to lead to the discovery of admissible

15  evidence.  Larian also objects to this request on the grounds that it seeks

16  confidential, proprietary or commercially sensitive information, the disclosure of

17  which would be inimical to the business interests of Larian and one or more third

18  parties.  Larian also objects to this request to the extent it calls for the disclosure of

19  attorney-client privileged information or information protected from disclosure by

20  the work-product doctrine, joint defense or common interest privilege, or other

21  privilege.

22          Subject to the foregoing, Larian will produce all documents pertaining

23  to the retention or destruction of documents or digital information relevant to this

24  action within his possession, custody, or control that are responsive to the request,

25  if any, and that have not already been produced, that he discovers in the course of

26  his reasonable search and diligent inquiry, and to which no privilege or other

27  protection applies, including without limitation, the attorney-client privilege or

28  attorney's work product doctrine.

EXHIBIT _____ PAGE _____

- 206 -

LARIAN'S SUPP. RESPONSE TO MATTEL'S
1ST SET OF REQUESTS FOR PRODUCTION
CV 04-9049 SGL (RNBX)

**REQUEST FOR PRODUCTION NO. 211:**

All MATTEL DOCUMENTS that BRYANT or any other PERSON has shown, given, provided, summarized or otherwise communicated to YOU or MGA (whether directly or indirectly) at any time since January 1, 1999.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 211:**

Larian incorporates by reference the above-stated general objections as if fully set forth herein. Larian also specifically objects to this request on the grounds that it is overbroad and seeks information not relevant to the subject matter of this lawsuit or reasonably calculated to lead to the discovery of admissible evidence. Larian also objects to this request to the extent it seeks information the disclosure of which would implicate the rights of third parties to protect private, confidential, proprietary or trade secret information. Larian also objects to this request on the grounds that it seeks confidential, proprietary or commercially sensitive information, the disclosure of which would be inimical to the business interests of Larian and one or more third parties. Larian also objects to this request to the extent it calls for the disclosure of attorney-client privileged information or information protected from disclosure by the work-product doctrine, joint defense or common interest privilege, or other privilege.

Subject to the foregoing, Larian will produce all documents pertaining to the retention or destruction of documents or digital information relevant to this action within his possession, custody, or control that are responsive to the request, if any, and that have not already been produced, that he discovers in the course of his reasonable search and diligent inquiry, and to which no privilege or other protection applies, including without limitation, the attorney-client privilege or attorney's work product doctrine.

**REQUEST FOR PRODUCTION NO. 212:**

All DOCUMENTS that YOU knew or were informed that, or ever had any reason to believe, had been or were created by or originated from MATTEL,

EXHIBIT _25_ PAGE _1063_     - 207 -     LARIAN'S SUPP. RESPONSE TO MATTEL'S
1ST SET OF REQUESTS FOR PRODUCTION
CV 04-9049 SGL (RNBX)

1   other than MATTEL products that YOU or MGA purchased at retail.

2   **RESPONSE TO REQUEST FOR PRODUCTION NO. 212:**

3       Larian incorporates by reference the above-stated general objections as

4   if fully set forth herein. Larian also specifically objects to this request on the

5   grounds that it is overbroad and seeks information not relevant to the subject matter

6   of this lawsuit or reasonably calculated to lead to the discovery of admissible

7   evidence. Larian also objects to this request on the grounds that it seeks

8   confidential, proprietary or commercially sensitive information, the disclosure of

9   which would be inimical to the business interests of Larian and one or more third

10  parties. Larian also objects to this request to the extent it calls for the disclosure of

11  attorney-client privileged information or information protected from disclosure by

12  the work-product doctrine, joint defense or common interest privilege, or other

13  privilege.

14      Subject to the foregoing, Larian will produce all documents pertaining

15  to the retention or destruction of documents or digital information relevant to this

16  action within his possession, custody, or control that are responsive to the request,

17  if any, and that have not already been produced, that he discovers in the course of

18  his reasonable search and diligent inquiry, and to which no privilege or other

19  protection applies, including without limitation, the attorney-client privilege or

20  attorney's work product doctrine.

21  **REQUEST FOR PRODUCTION NO. 213:**

22      All COMMUNICATIONS between YOU and any PERSON

23  RELATING TO the retention or destruction of DOCUMENTS or DIGITAL

24  INFORMATION between January 1, 1999 and the present.

25  **RESPONSE TO REQUEST FOR PRODUCTION NO. 213:**

26      Larian incorporates by reference the above-stated general objections as

27  if fully set forth herein. Larian also specifically objects to this request on the

28  grounds that it is overbroad and seeks information not relevant to the subject matter

1   of this lawsuit or reasonably calculated to lead to the discovery of admissible

2   evidence. Larian also objects to this request on the grounds that it seeks

3   confidential, proprietary or commercially sensitive information, the disclosure of

4   which would be inimical to the business interests of Larian and one or more third

5   parties. Larian also objects to this request to the extent it calls for the disclosure of

6   attorney-client privileged information or information protected from disclosure by

7   the work-product doctrine, joint defense or common interest privilege, or other

8   privilege.

9          Subject to the foregoing, Larian will produce all documents pertaining

10  to the retention or destruction of documents or digital information relevant to this

11  action within his possession, custody, or control that are responsive to the request,

12  if any, and that have not already been produced, that he discovers in the course of

13  his reasonable search and diligent inquiry, and to which no privilege or other

14  protection applies, including without limitation, the attorney-client privilege or

15  attorney's work product doctrine.

16  **REQUEST FOR PRODUCTION NO. 214:**

17         All DOCUMENTS RELATING TO any facts underlying any of

18  YOUR defenses in this ACTION.

19  **RESPONSE TO REQUEST FOR PRODUCTION NO. 214:**

20         Larian incorporates by reference the above-stated general objections as

21  if fully set forth herein. Larian also specifically objects to this request on the

22  grounds that it is overbroad and unduly burdensome in that it calls for all

23  documents that support, refute or otherwise refer or relate to any facts underlying

24  Larian's defenses. Larian also objects to this request on the grounds that it calls for

25  legal conclusions. Larian also objects to this request on the grounds that it seeks

26  information in Mattel's possession and/or in the public record, and/or equally

27  available to Mattel. Larian also objects to this request to the extent it calls for the

28  disclosure of attorney-client privileged information or information protected from

EXHIBIT ___15___ PAGE _1065_      - 209 -      LARIAN'S SUPP. RESPONSE TO MATTEL'S
1ST SET OF REQUESTS FOR PRODUCTION
CV 04-9049 SGL (RNBX)

1  disclosure by the work-product doctrine, joint defense or common interest

2  privilege, or other privilege.

3        Subject to the foregoing, Larian will produce all documents within his

4  possession, custody, or control that are responsive to the request, if any, and that

5  have not already been produced, that he discovers in the course of his reasonable

6  search and diligent inquiry, and to which no privilege or other protection applies,

7  including without limitation, the attorney-client privilege or attorney's work

8  product doctrine.

9  **REQUEST FOR PRODUCTION NO. 215:**

10        All doll heads, sculpts, prototypes, models, samples and tangible items

11  RELATING TO any facts underlying any of YOUR defenses in this ACTION.

12  **RESPONSE TO REQUEST FOR PRODUCTION NO. 215:**

13        Larian incorporates by reference the above-stated general objections as

14  if fully set forth herein.  Larian also specifically objects to this request on the

15  grounds that it is overbroad and unduly burdensome in that it calls for all

16  documents that support, refute or otherwise refer or relate to any facts underlying

17  Larian's defenses.  Larian also objects to this request on the grounds that it calls for

18  legal conclusions.  Larian also objects to this request on the grounds that it seeks

19  confidential, proprietary or commercially sensitive information, the disclosure of

20  which would be inimical to the business interests of Larian and one or more third

21  parties.  Larian also objects to this request to the extent it calls for the disclosure of

22  attorney-client privileged information or information protected from disclosure by

23  the work-product doctrine, joint defense or common interest privilege, or other

24  privilege.

25        Subject to the foregoing, Larian will produce all documents within his

26  possession, custody, or control that are responsive to the request, if any, and that

27  have not already been produced, that he discovers in the course of his reasonable

28  search and diligent inquiry, and to which no privilege or other protection applies,

EXHIBIT _25_ PAGE _1006_   - 210 -  

1  including without limitation, the attorney-client privilege or attorney's work

2  product doctrine.

3  **REQUEST FOR PRODUCTION NO. 216:**

4       All DOCUMENTS RELATING TO any facts underlying the claims

5  for relief in MATTEL's Complaint (including without limitation its Counterclaims)

6  against YOU or any other PERSON in this ACTION.

7  **RESPONSE TO REQUEST FOR PRODUCTION NO. 216:**

8       Larian incorporates by reference the above-stated general objections as

9  if fully set forth herein.  Larian also specifically objects to this request on the

10  grounds that it is overbroad and unduly burdensome in that it calls for all

11  documents that support, refute or otherwise refer or relate to any facts underlying

12  Larian's defenses.  Larian also objects to this request on the grounds that it calls for

13  legal conclusions.  Larian also objects to this request on the grounds that it seeks

14  information in Mattel's possession and/or in the public record, and/or equally

15  available to Mattel.  Larian also objects to this request to the extent it calls for the

16  disclosure of attorney-client privileged information or information protected from

17  disclosure by the work-product doctrine, joint defense or common interest

18  privilege, or other privilege.

19       Subject to the foregoing, Larian will produce all documents within his

20  possession, custody, or control that are responsive to the request, if any, and that

21  have not already been produced, that he discovers in the course of his reasonable

22  search and diligent inquiry, and to which no privilege or other protection applies,

23  including without limitation, the attorney-client privilege or attorney's work

24  product doctrine.

25  **REQUEST FOR PRODUCTION NO. 217:**

26       All doll heads, sculpts, prototypes, models, samples and tangible items

27  RELATING TO any facts underlying the claims for relief in MATTEL's Complaint

28  (including without limitation its Counterclaims) against YOU or any other

EXHIBIT _25_ PAGE _106_          - 211 -          LARIAN'S SUPP. RESPONSE TO MATTEL'S
                                                 1ST SET OF REQUESTS FOR PRODUCTION
                                                 CV 04-9049 SGL (RNBX)

1  PERSON in this ACTION.

2  **RESPONSE TO REQUEST FOR PRODUCTION NO. 217:**

3          Larian incorporates by reference the above-stated general objections as

4  if fully set forth herein.  Larian also specifically objects to this request on the

5  grounds that it is overbroad and unduly burdensome in that it calls for all

6  documents that support, refute or otherwise refer or relate to any facts underlying

7  Larian's defenses.  Larian also objects to this request on the grounds that it calls for

8  legal conclusions.  Larian also objects to this request on the grounds that it seeks

9  confidential, proprietary or commercially sensitive information, the disclosure of

10 which would be inimical to the business interests of Larian and one or more third

11 parties.  Larian also objects to this request to the extent it calls for the disclosure of

12 attorney-client privileged information or information protected from disclosure by

13 the work-product doctrine, joint defense or common interest privilege, or other

14 privilege.

15         Subject to the foregoing, Larian will produce all documents within his

16 possession, custody, or control that are responsive to the request, if any, and that

17 have not already been produced, that he discovers in the course of his reasonable

18 search and diligent inquiry, and to which no privilege or other protection applies,

19 including without limitation, the attorney-client privilege or attorney's work

20 product doctrine.

21 **REQUEST FOR PRODUCTION NO. 218:**

22         All DOCUMENTS RELATING TO any testing of or sampling from

23 any DOCUMENTS RELATING TO BRATZ or BRYANT, including without

24 limitation any such testing or sampling in connection with any ink, paper or

25 chemical analysis to date any such DOCUMENTS and including without limitation

26 all results and reports relating thereto.

27 **RESPONSE TO REQUEST FOR PRODUCTION NO. 218:**

28         Larian incorporates by reference the above-stated general objections as

EXHIBIT ___ PAGE _1068_

- 212 -

LARIAN'S SUPP. RESPONSE TO MATTEL'S
1ST SET OF REQUESTS FOR PRODUCTION
CV 04-9049 SGL (RNBX)

1    if fully set forth herein.  Larian also specifically objects to this request on the

2    grounds that it is overbroad, oppressive, and unduly burdensome in that it seeks

3    information not relevant to the subject matter of this lawsuit or reasonably

4    calculated to lead to the discovery of admissible evidence.  Larian also specifically

5    objects to this request to the extent it seeks documents not within Larian's

6    possession, custody or control.  Larian also objects to this request on the grounds

7    that it seeks confidential, proprietary or commercially sensitive information, the

8    disclosure of which would be inimical to the business interests of Larian and one or

9    more third parties.  Larian also objects to this request to the extent it calls for the

10   disclosure of attorney-client privileged information or information protected from

11   disclosure by the work-product doctrine, joint defense or common interest

12   privilege, or other privilege.

13           Subject to the foregoing, Larian will produce all documents within his

14   possession, custody, or control that are responsive to the request, if any, and that

15   have not already been produced, that he discovers in the course of his reasonable

16   search and diligent inquiry, and to which no privilege or other protection applies,

17   including without limitation, the attorney-client privilege or attorney's work

18   product doctrine.

19   **REQUEST FOR PRODUCTION NO. 219:**

20           All DOCUMENTS RELATING TO YOUR knowledge of any testing

21   of or sampling from any DOCUMENTS RELATING TO BRATZ or BRYANT.

22   **RESPONSE TO REQUEST FOR PRODUCTION NO. 219:**

23           Larian incorporates by reference the above-stated general objections as

24   if fully set forth herein.  Larian also specifically objects to this request on the

25   grounds that it is overbroad, oppressive, and unduly burdensome in that it seeks

26   information not relevant to the subject matter of this lawsuit or reasonably

27   calculated to lead to the discovery of admissible evidence.  Larian also specifically

28   objects to this request on the grounds that it seeks confidential, proprietary or

EXHIBIT 95 PAGE 1069          - 213 -          LARIAN'S SUPP. RESPONSE TO MATTEL'S
                                              1ST SET OF REQUESTS FOR PRODUCTION
                                              CV 04-9049 SGL (RNBX)

1  commercially sensitive information, the disclosure of which would be inimical to

2  the business interests of Larian.  Larian also objects to this request to the extent it

3  calls for the disclosure of attorney-client privileged information or information

4  protected from disclosure by the work-product doctrine, joint defense or common

5  interest privilege, or other privilege.

6         Subject to the foregoing, Larian will produce all documents within his

7  possession, custody, or control that are responsive to the request, if any, and that

8  have not already been produced, that he discovers in the course of his reasonable

9  search and diligent inquiry, and to which no privilege or other protection applies,

10 including without limitation, the attorney-client privilege or attorney's work

11 product doctrine.

12 **REQUEST FOR PRODUCTION NO. 220:**

13         All DOCUMENTS RELATING TO Erich Speckin.

14 **RESPONSE TO REQUEST FOR PRODUCTION NO. 220:**

15         Larian incorporates by reference the above-stated general objections as

16 if fully set forth herein.  Larian also specifically objects to this request on the

17 grounds that it is overbroad, oppressive, and unduly burdensome in that it seeks

18 information not relevant to the subject matter of this lawsuit or reasonably

19 calculated to lead to the discovery of admissible evidence.  Larian also specifically

20 objects to this request on the grounds that it is overbroad and seeks information not

21 relevant to the subject matter of this lawsuit or reasonably calculated to lead to the

22 discovery of admissible evidence.  Larian also objects to this request on the ground

23 that it is overbroad, unduly burdensome, and oppressive in seeking all documents

24 relating to Erich Speckin, without limitation as to subject matter or time.  Larian

25 also objects to this request to the extent it seeks information the disclosure of which

26 would implicate the rights of third parties to protect private, confidential,

27 proprietary or trade secret information.  Larian also objects to this request on the

28 grounds that it seeks confidential, proprietary or commercially sensitive

EXHIBIT ___ PAGE ___ 070

-214-

LARIAN'S SUPP. RESPONSE TO MATTEL'S
1ST SET OF REQUESTS FOR PRODUCTION
CV 04-9049 SGL (RNBX)

1  information, the disclosure of which would be inimical to the business interests of

2  Larian and one or more third parties.  Larian also objects to this request to the

3  extent it calls for the disclosure of attorney-client privileged information or

4  information protected from disclosure by the work-product doctrine, joint defense

5  or common interest privilege, or other privilege.  Larian also objects to this request

6  to the extent it seeks documents not within Larian's possession, custody or control.

7         Subject to the foregoing, Larian will produce all documents within his

8  possession, custody, or control that are responsive to the request, if any, and that

9  have not already been produced, that he discovers in the course of his reasonable

10 search and diligent inquiry, and to which no privilege or other protection applies,

11 including without limitation, the attorney-client privilege or attorney's work

12 product doctrine.

13 **REQUEST FOR PRODUCTION NO. 221:**

14        All DOCUMENTS RELATING TO YOUR payment of, or offer,

15 promise or agreement to pay, fees or costs in connection with the representation of

16 or provision of legal advice or legal services to any PERSON who is not, as of June

17 8, 2007, an MGA employee, including without limitation all contracts and

18 agreements RELATING thereto, the amounts YOU have so paid or agreed to pay to

19 such PERSON and the dates on which such payments were made.

20 **RESPONSE TO REQUEST FOR PRODUCTION NO. 221:**

21        Larian incorporates by reference the above-stated general objections as

22 if fully set forth herein.  Larian also specifically objects to this request on the

23 grounds that it is overbroad and seeks information not relevant to the subject matter

24 of this lawsuit or reasonably calculated to lead to the discovery of admissible

25 evidence.  Larian also objects to this request on the grounds that it seeks

26 information in violation of the right of privacy.  Larian also objects to this request

27 on the grounds that it seeks confidential, proprietary or commercially sensitive

28 information, the disclosure of which would be inimical to the business interests of

1   Larian and one or more third parties.  Larian also objects to this request to the

2   extent it calls for the disclosure of attorney-client privileged information or

3   information protected from disclosure by the work-product doctrine, joint defense

4   or common interest privilege, or other privilege.

5          Subject to the foregoing, Larian will produce all documents relating to

6   this action within his possession, custody, or control that are responsive to the

7   request, if any, and that have not already been produced, that he discovers in the

8   course of his reasonable search and diligent inquiry, and to which no privilege or

9   other protection applies, including without limitation, the attorney-client privilege

10  or attorney's work product doctrine.

11  **REQUEST FOR PRODUCTION NO. 24:**

12         DOCUMENTS sufficient to IDENTIFY each STORAGE DEVICE

13  that BRYANT has used to create, prepare, generate, copy, transmit, receive, delete

14  or modify any DIGITAL INFORMATION RELATING TO BRATZ, ANGEL,

15  YOU or MGA.

16  **RESPONSE TO REQUEST FOR PRODUCTION NO. 226:**

17         Larian incorporates by reference the above-stated general objections as

18  if fully set forth herein.  Larian also specifically objects to this request on the

19  grounds that it is overbroad and seeks information not relevant to the subject matter

20  of this lawsuit or reasonably calculated to lead to the discovery of admissible

21  evidence.  Larian also objects to this request on the grounds that it seeks

22  confidential, proprietary or commercially sensitive information, the disclosure of

23  which would be inimical to the business interests of Larian and one or more third

24  parties.  Larian also objects to this request to the extent it calls for the disclosure of

25  attorney-client privileged information or information protected from disclosure by

26  the work-product doctrine, joint defense or common interest privilege, or other

27  privilege.  Larian also objects to this request to the extent it seeks documents not

28  within Larian's possession, custody or control.

- 216 -

LARIAN'S SUPP. RESPONSE TO MATTEL'S
1ST SET OF REQUESTS FOR PRODUCTION
CV 04-9049 SGL (RNBX)

EXHIBIT 25 PAGE 1072

1    Subject to the foregoing, Larian will produce all documents within his

2  possession, custody, or control that are responsive to the request, if any, and that

3  have not already been produced, that he discovers in the course of his reasonable

4  search and diligent inquiry, and to which no privilege or other protection applies,

5  including without limitation, the attorney-client privilege or attorney's work

6  product doctrine.

7  **REQUEST FOR PRODUCTION NO. 229:**

8    DOCUMENTS sufficient to identify by product name, product number

9  and SKU each BRATZ PRODUCT including without limitation each BRATZ

10 DOLL, sold by MGA or its licensees.

11 **RESPONSE TO REQUEST FOR PRODUCTION NO. 229:**

12    Larian incorporates by reference the above-stated general objections as

13 if fully set forth herein.  Larian also specifically objects to this request on the

14 grounds that it is overbroad and seeks information not relevant to the subject matter

15 of this lawsuit or reasonably calculated to lead to the discovery of admissible

16 evidence.  Larian also objects to this request on the grounds that it is overbroad,

17 unduly burdensome, and oppressive in seeking information identifying all product

18 names, numbers, and SKU of Bratz products and Bratz dolls sold by MGA or its

19 licensees.  Larian also objects to this request on the grounds that it seeks

20 confidential, proprietary or commercially sensitive information, the disclosure of

21 which would be inimical to the business interests of Larian and one or more third

22 parties.  Larian also objects to this request to the extent it seeks information the

23 disclosure of which would implicate the rights of third parties to protect private,

24 confidential, proprietary or trade secret information.  Larian also objects to this

25 request to the extent it calls for the disclosure of attorney-client privileged

26 information or information protected from disclosure by the work-product doctrine,

27 joint defense or common interest privilege, or other privilege.  Larian also objects

28 to this request to the extent it seeks documents not within Larian's possession,

EXHIBIT **26** PAGE **1073**    - 217 -    LARIAN'S SUPP. RESPONSE TO MATTEL'S
1ST SET OF REQUESTS FOR PRODUCTION
CV 04-9049 SGL (RNBX)

1    custody or control.

2          Subject to the foregoing, Larian will produce documents, consistent

3    with the parties' agreement concerning the same requests to MGA in Mattel's

4    Second Set of Requests for Production to MGA, as reflected in MGA's

5    Supplemental Responses to those Requests, within his possession, custody, or

6    control that are responsive to the request, if any, and that have not already been

7    produced, that he discovers in the course of his reasonable search and diligent

8    inquiry, and to which no privilege or other protection applies, including without

9    limitation, the attorney-client privilege or attorney's work product doctrine.

10   **REQUEST FOR PRODUCTION NO. 230:**

11          DOCUMENTS sufficient to show the number of units of each BRATZ

12   DOLL sold by MGA or its licensees.

13   **RESPONSE TO REQUEST FOR PRODUCTION NO. 230:**

14          Larian incorporates by reference the above-stated general objections as

15   if fully set forth herein.  Larian also specifically objects to this request on the

16   grounds that it is overbroad and seeks information not relevant to the subject matter

17   of this lawsuit or reasonably calculated to lead to the discovery of admissible

18   evidence.  Larian also objects to this request on the grounds that it is overbroad,

19   unduly burdensome, and oppressive in seeking the number of units of all Bratz

20   dolls sold by MGA or its licensees.  Larian also objects to this request on the

21   grounds that it seeks confidential, proprietary or commercially sensitive

22   information, the disclosure of which would be inimical to the business interests of

23   Larian and one or more third parties.  Larian also objects to this request to the

24   extent it seeks information the disclosure of which would implicate the rights of

25   third parties to protect private, confidential, proprietary or trade secret information.

26   Larian also objects to this request to the extent it calls for the disclosure of attorney-

27   client privileged information or information protected from disclosure by the work-

28   product doctrine, joint defense or common interest privilege, or other privilege.

EXHIBIT 25 PAGE 1074    - 218 -    LARIAN'S SUPP. RESPONSE TO MATTEL'S
1ST SET OF REQUESTS FOR PRODUCTION
CV 04-9049 SGL (RNBX)

1   Larian also objects to this request to the extent it seeks documents not within

2   Larian's possession, custody or control.

3        Subject to the foregoing, Larian will produce documents, consistent

4   with the parties' agreement concerning the same requests to MGA in Mattel's

5   Second Set of Requests for Production to MGA, as reflected in MGA's

6   Supplemental Responses to those Requests, within his possession, custody, or

7   control that are responsive to the request, if any, and that have not already been

8   produced, that he discovers in the course of his reasonable search and diligent

9   inquiry, and to which no privilege or other protection applies, including without

10  limitation, the attorney-client privilege or attorney's work product doctrine.

11  **REQUEST FOR PRODUCTION NO. 231:**

12       DOCUMENTS sufficient to show the revenue received by YOU from

13  the sale of each BRATZ DOLL sold by MGA or its licensees.

14  **RESPONSE TO REQUEST FOR PRODUCTION NO. 231:**

15       Larian incorporates by reference the above-stated general objections as

16  if fully set forth herein. Larian also specifically objects to this request on the

17  grounds that it is overbroad and seeks information not relevant to the subject matter

18  of this lawsuit or reasonably calculated to lead to the discovery of admissible

19  evidence. Larian also objects to this request on the grounds that it is overbroad,

20  unduly burdensome, and oppressive in seeking documents showing all revenue

21  received by Larian for the sale of all Bratz dolls sold by MGA or its licensees.

22  Larian also objects to this request on the grounds that it seeks confidential,

23  proprietary or commercially sensitive information, the disclosure of which would

24  be inimical to the business interests of Larian and one or more third parties. Larian

25  also objects to this request to the extent it seeks information the disclosure of which

26  would implicate the rights of third parties to protect private, confidential,

27  proprietary or trade secret information. Larian also objects to this request to the

28  extent it calls for the disclosure of attorney-client privileged information or

EXHIBIT 25 PAGE 1075   - 219 -   LARIAN'S SUPP. RESPONSE TO MATTEL'S
1ST SET OF REQUESTS FOR PRODUCTION
CV 04-9049 SGL (RNBX)

1  information protected from disclosure by the work-product doctrine, joint defense

2  or common interest privilege, or other privilege. Larian also objects to this request

3  to the extent it seeks documents not within Larian's possession, custody or control.

4        Subject to the foregoing, Larian will produce documents, consistent

5  with the parties' agreement concerning the same requests to MGA in Mattel's

6  Second Set of Requests for Production to MGA, as reflected in MGA's

7  Supplemental Responses to those Requests, within his possession, custody, or

8  control that are responsive to the request, if any, and that have not already been

9  produced, that he discovers in the course of his reasonable search and diligent

10  inquiry, and to which no privilege or other protection applies, including without

11  limitation, the attorney-client privilege or attorney's work product doctrine.

12  **REQUEST FOR PRODUCTION NO. 232:**

13        DOCUMENTS sufficient to show YOUR cost of goods sold, unit cost

14  and other costs for each BRATZ DOLL sold by MGA or its licensees.

15  **RESPONSE TO REQUEST FOR PRODUCTION NO. 232:**

16        Larian incorporates by reference the above-stated general objections as

17  if fully set forth herein. Larian also specifically objects to this request on the

18  grounds that it is overbroad and seeks information not relevant to the subject matter

19  of this lawsuit or reasonably calculated to lead to the discovery of admissible

20  evidence. Larian also objects to this request on the grounds that it is overbroad,

21  unduly burdensome, and oppressive in seeking documents showing the cost of

22  goods sold, unit cost, and all other costs for all Bratz dolls sold by MGA or its

23  licensees. Larian also objects to this request on the grounds that it is vague and

24  ambiguous in that Larian cannot determine what is meant by "other costs." Larian

25  also objects to this request on the grounds that it seeks confidential, proprietary or

26  commercially sensitive information, the disclosure of which would be inimical to

27  the business interests of Larian and one or more third parties. Larian also objects to

28  this request to the extent it seeks information the disclosure of which would

1  implicate the rights of third parties to protect private, confidential, proprietary or

2  trade secret information.  Larian also objects to this request to the extent it calls for

3  the disclosure of attorney-client privileged information or information protected

4  from disclosure by the work-product doctrine, joint defense or common interest

5  privilege, or other privilege.  Larian also objects to this request to the extent it seeks

6  documents not within Larian's possession, custody or control.

7       Subject to the foregoing, Larian will produce documents, consistent

8  with the parties' agreement concerning the same requests to MGA in Mattel's

9  Second Set of Requests for Production to MGA, as reflected in MGA's

10  Supplemental Responses to those Requests, within his possession, custody, or

11  control that are responsive to the request, if any, and that have not already been

12  produced, that he discovers in the course of his reasonable search and diligent

13  inquiry, and to which no privilege or other protection applies, including without

14  limitation, the attorney-client privilege or attorney's work product doctrine.

15  **REQUEST FOR PRODUCTION NO. 233:**

16       All DOCUMENTS that evidence, reflect or REFER OR RELATE TO

17  YOUR profits from the sale of each BRATZ DOLL sold by MGA or its licensees.

18  **RESPONSE TO REQUEST FOR PRODUCTION NO. 233:**

19       Larian incorporates by reference the above-stated general objections as

20  if fully set forth herein.  Larian also specifically objects to this request on the

21  grounds that it is overbroad and seeks information not relevant to the subject matter

22  of this lawsuit or reasonably calculated to lead to the discovery of admissible

23  evidence.  Larian also objects to this request on the grounds that it is overbroad,

24  unduly burdensome, and oppressive in seeking all documents that evidence, reflect

25  or refer or relate to Larian's profits from the sale of all Bratz dolls by MGA or its

26  licensees.  Larian also objects to this request on the grounds that it seeks

27  confidential, proprietary or commercially sensitive information, the disclosure of

28  which would be inimical to the business interests of Larian and one or more third

EXHIBIT __25__ PAGE __1077__     - 221 -     LARIAN'S SUPP. RESPONSE TO MATTEL'S
                                              1ST SET OF REQUESTS FOR PRODUCTION
                                              CV 04-9049 SGL (RNBX)

1   parties.  Larian also objects to this request to the extent it seeks information the

2   disclosure of which would implicate the rights of third parties to protect private,

3   confidential, proprietary or trade secret information.   Larian also objects to this

4   request to the extent it calls for the disclosure of attorney-client privileged

5   information or information protected from disclosure by the work-product doctrine,

6   joint defense or common interest privilege, or other privilege.  Larian also objects

7   to this request to the extent it seeks documents not within Larian's possession,

8   custody or control.

9            Subject to the foregoing, Larian will produce documents, consistent

10  with the parties' agreement concerning the same requests to MGA in Mattel's

11  Second Set of Requests for Production to MGA, as reflected in MGA's

12  Supplemental Responses to those Requests, within his possession, custody, or

13  control that are responsive to the request, if any, and that have not already been

14  produced, that he discovers in the course of his reasonable search and diligent

15  inquiry, and to which no privilege or other protection applies, including without

16  limitation, the attorney-client privilege or attorney's work product doctrine.

17  **REQUEST FOR PRODUCTION NO. 234:**

18           For each customer to whom YOU or YOUR licensees have ever sold

19  any BRATZ DOLL, DOCUMENTS sufficient to show the number of units of each

20  such BRATZ DOLL sold by MGA or its licensees to that customer.

21  **RESPONSE TO REQUEST FOR PRODUCTION NO. 234:**

22           Larian incorporates by reference the above-stated general objections as

23  if fully set forth herein. Larian also specifically objects to this request on the

24  grounds that it is overbroad and seeks information not relevant to the subject matter

25  of this lawsuit or reasonably calculated to lead to the discovery of admissible

26  evidence.  Larian also objects to this request on the grounds that it is overbroad,

27  unduly burdensome, and oppressive in seeking documents that show the number of

28  units of all Bratz dolls sold by MGA or its licensees to every customer to whom

EXHIBIT __25__ PAGE __1078__   - 222 -     LARIAN'S SUPP. RESPONSE TO MATTEL'S
                                           1ST SET OF REQUESTS FOR PRODUCTION
                                           CV 04-9049 SGL (RNBX)

1   Larian, MGA, or its licensees have ever sold any Bratz dolls.  Larian also objects to

2   this request on the grounds that it seeks confidential, proprietary or commercially

3   sensitive information, the disclosure of which would be inimical to the business

4   interests of Larian and one or more third parties.  Larian also objects to this request

5   to the extent it seeks information the disclosure of which would implicate the rights

6   of third parties to protect private, confidential, proprietary or trade secret

7   information.  Larian also objects to this request to the extent it calls for the

8   disclosure of attorney-client privileged information or information protected from

9   disclosure by the work-product doctrine, joint defense or common interest

10  privilege, or other privilege. Larian also objects to this request to the extent it seeks

11  documents not within Larian's possession, custody or control.

12          Subject to the foregoing, Larian will produce documents, consistent

13  with the parties' agreement concerning the same requests to MGA in Mattel's

14  Second Set of Requests for Production to MGA, as reflected in MGA's

15  Supplemental Responses to those Requests, within his possession, custody, or

16  control that are responsive to the request, if any, and that have not already been

17  produced, that he discovers in the course of his reasonable search and diligent

18  inquiry, and to which no privilege or other protection applies, including without

19  limitation, the attorney-client privilege or attorney's work product doctrine.

20  **REQUEST FOR PRODUCTION NO. 235:**

21          For each customer to whom YOU or YOUR licensees have ever sold

22  any BRATZ DOLL, documents sufficient to show the revenue received by YOU

23  from each such BRATZ DOLL sold by MGA or its licensees to that customer.

24  **RESPONSE TO REQUEST FOR PRODUCTION NO. 235:**

25          Larian incorporates by reference the above-stated general objections as

26  if fully set forth herein.  Larian also specifically objects to this request on the

27  grounds that it is overbroad and seeks information not relevant to the subject matter

28  of this lawsuit or reasonably calculated to lead to the discovery of admissible

EXHIBIT ___ PAGE ___   - 223 -   LARIAN'S SUPP. RESPONSE TO MATTEL'S
                                  1ST SET OF REQUESTS FOR PRODUCTION
                                  CV 04-9049 SGL (RNBX)

1    evidence.  Larian also objects to this request on the grounds that it is overbroad,

2    unduly burdensome, and oppressive in seeking documents that show the revenue

3    received by Larian from the sale of all Bratz dolls to every customer to whom

4    Larian, MGA, or its licenses have ever sold any Bratz dolls.  Larian also objects to

5    this request on the grounds that it seeks confidential, proprietary or commercially

6    sensitive information, the disclosure of which would be inimical to the business

7    interests of Larian and one or more third parties.  Larian also objects to this request

8    to the extent it seeks information the disclosure of which would implicate the rights

9    of third parties to protect private, confidential, proprietary or trade secret

10   information.  Larian also objects to this request to the extent it calls for the

11   disclosure of attorney-client privileged information or information protected from

12   disclosure by the work-product doctrine, joint defense or common interest

13   privilege, or other privilege.  Larian also objects to this request to the extent it seeks

14   documents not within Larian's possession, custody or control.

15          Subject to the foregoing, Larian will produce documents, consistent

16   with the parties' agreement concerning the same requests to MGA in Mattel's

17   Second Set of Requests for Production to MGA, as reflected in MGA's

18   Supplemental Responses to those Requests, within his possession, custody, or

19   control that are responsive to the request, if any, and that have not already been

20   produced, that he discovers in the course of his reasonable search and diligent

21   inquiry, and to which no privilege or other protection applies, including without

22   limitation, the attorney-client privilege or attorney's work product doctrine.

23   **REQUEST FOR PRODUCTION NO. 236:**

24          For each customer to whom YOU or YOUR licensees have ever sold

25   any BRATZ DOLL, documents sufficient to show YOUR profits from each such

26   BRATZ DOLL sold by MGA or its licensees to that customer.

27   **RESPONSE TO REQUEST FOR PRODUCTION NO. 236:**

28          Larian incorporates by reference the above-stated general objections as

EXHIBIT __25__ PAGE __1080__        - 224 -        LARIAN'S SUPP. RESPONSE TO MATTEL'S
                                                  1ST SET OF REQUESTS FOR PRODUCTION
                                                  CV 04-9049 SGL (RNBX)

1  if fully set forth herein.  Larian also specifically objects to this request on the

2  grounds that it is overbroad and seeks information not relevant to the subject matter

3  of this lawsuit or reasonably calculated to lead to the discovery of admissible

4  evidence.  Larian also objects to this request on the grounds that it is overbroad,

5  unduly burdensome, and oppressive in seeking documents that show Larian's

6  profits from the sale of all Bratz dolls to every customer to whom Larian, MGA, or

7  its licenses have ever sold any Bratz dolls.  Larian also objects to this request on the

8  grounds that it seeks confidential, proprietary or commercially sensitive

9  information, the disclosure of which would be inimical to the business interests of

10  Larian and one or more third parties.  Larian also objects to this request to the

11  extent it seeks information the disclosure of which would implicate the rights of

12  third parties to protect private, confidential, proprietary or trade secret information.

13  Larian also objects to this request to the extent it calls for the disclosure of attorney-

14  client privileged information or information protected from disclosure by the work-

15  product doctrine, joint defense or common interest privilege, or other privilege.

16  Larian also objects to this request to the extent it seeks documents not within

17  Larian's possession, custody or control.

18  **REQUEST FOR PRODUCTION NO. 237:**

19          DOCUMENTS sufficient to show customer returns to YOU of

20  BRATZ DOLLS sold or distributed by MGA or its licensees.

21  **RESPONSE TO REQUEST FOR PRODUCTION NO. 237:**

22          Larian incorporates by reference the above-stated general objections as

23  if fully set forth herein.  Larian also specifically objects to this request on the

24  grounds that it is overbroad and seeks information not relevant to the subject matter

25  of this lawsuit or reasonably calculated to lead to the discovery of admissible

26  evidence.  Larian also objects to this request on the grounds that it is overbroad,

27  unduly burdensome, and oppressive in seeking documents that show customer

28  returns to Larian of Bratz dolls sold or distributed by MGA or its licensees.  Larian

EXHIBIT 25  PAGE 1081  - 225 -

LARIAN'S SUPP. RESPONSE TO MATTEL'S
1ST SET OF REQUESTS FOR PRODUCTION
CV 04-9049 SGL (RNBX)

1   also objects to this request on the grounds that it seeks confidential, proprietary or

2   commercially sensitive information, the disclosure of which would be inimical to

3   the business interests of Larian and one or more third parties.  Larian also objects to

4   this request to the extent it seeks information the disclosure of which would

5   implicate the rights of third parties to protect private, confidential, proprietary or

6   trade secret information.  Larian also objects to this request to the extent it calls for

7   the disclosure of attorney-client privileged information or information protected

8   from disclosure by the work-product doctrine, joint defense or common interest

9   privilege, or other privilege.  Larian also objects to this request to the extent it seeks

10  documents not within Larian's possession, custody or control.

11          Subject to the foregoing, Larian will produce documents, consistent

12  with the parties' agreement concerning the same requests to MGA in Mattel's

13  Second Set of Requests for Production to MGA, as reflected in MGA's

14  Supplemental Responses to those Requests, within his possession, custody, or

15  control that are responsive to the request, if any, and that have not already been

16  produced, that he discovers in the course of his reasonable search and diligent

17  inquiry, and to which no privilege or other protection applies, including without

18  limitation, the attorney-client privilege or attorney's work product doctrine.

19  **REQUEST FOR PRODUCTION NO. 238:**

20          DOCUMENTS sufficient to show customer rebates or credits given by

21  MGA or its licensees to customers in connection with BRATZ DOLLS.

22  **RESPONSE TO REQUEST FOR PRODUCTION NO. 238:**

23          Larian incorporates by reference the above-stated general objections as

24  if fully set forth herein.  Larian also specifically objects to this request on the

25  grounds that it is overbroad and seeks information not relevant to the subject matter

26  of this lawsuit or reasonably calculated to lead to the discovery of admissible

27  evidence.  Larian also objects to this request on the grounds that it is overbroad,

28  unduly burdensome, and oppressive in seeking documents that show customer

1   rebates or credits given by MGA or its licensees to customers in connection with

2   Bratz dolls.  Larian also objects to this request on the grounds that it seeks

3   confidential, proprietary or commercially sensitive information, the disclosure of

4   which would be inimical to the business interests of Larian and one or more third

5   parties.  Larian also objects to this request to the extent it seeks information the

6   disclosure of which would implicate the rights of third parties to protect private,

7   confidential, proprietary or trade secret information.  Larian also objects to this

8   request to the extent it calls for the disclosure of attorney-client privileged

9   information or information protected from disclosure by the work-product doctrine,

10   joint defense or common interest privilege, or other privilege.  Larian also objects

11   to this request to the extent it seeks documents not within Larian's possession,

12   custody or control.

13         Subject to the foregoing, Larian will produce documents, consistent

14   with the parties' agreement concerning the same requests to MGA in Mattel's

15   Second Set of Requests for Production to MGA, as reflected in MGA's

16   Supplemental Responses to those Requests, within his possession, custody, or

17   control that are responsive to the request, if any, and that have not already been

18   produced, that he discovers in the course of his reasonable search and diligent

19   inquiry, and to which no privilege or other protection applies, including without

20   limitation, the attorney-client privilege or attorney's work product doctrine.

21   **REQUEST FOR PRODUCTION NO. 239:**

22         DOCUMENTS sufficient to show, by product number or SKU, the

23   number of units of each BRATZ DOLL sold by MGA or its licensees.

24   **RESPONSE TO REQUEST FOR PRODUCTION NO. 239:**

25         Larian incorporates by reference the above-stated general objections as

26   if fully set forth herein.  Larian also specifically objects to this request on the

27   grounds that it is overbroad and seeks information not relevant to the subject matter

28   of this lawsuit or reasonably calculated to lead to the discovery of admissible

EXHIBIT 25  PAGE 1083   - 227 -   LARIAN'S SUPP. RESPONSE TO MATTEL'S
1ST SET OF REQUESTS FOR PRODUCTION
CV 04-9049 SGL (RNBX)

1  evidence.  Larian also objects to this request on the grounds that it is overbroad,

2  unduly burdensome, and oppressive in seeking documents that show, by product

3  number or SKU, all units of Bratz dolls sold by MGA or its licensees.  Larian also

4  objects to this request on the grounds that it seeks confidential, proprietary or

5  commercially sensitive information, the disclosure of which would be inimical to

6  the business interests of Larian and one or more third parties.  Larian also objects to

7  this request to the extent it seeks information the disclosure of which would

8  implicate the rights of third parties to protect private, confidential, proprietary or

9  trade secret information.  Larian also objects to this request to the extent it calls for

10  the disclosure of attorney-client privileged information or information protected

11  from disclosure by the work-product doctrine, joint defense or common interest

12  privilege, or other privilege.  Larian also objects to this request to the extent it seeks

13  documents not within Larian's possession, custody or control.

14          Subject to the foregoing, Larian will produce documents, consistent

15  with the parties' agreement concerning the same requests to MGA in Mattel's

16  Second Set of Requests for Production to MGA, as reflected in MGA's

17  Supplemental Responses to those Requests, within his possession, custody, or

18  control that are responsive to the request, if any, and that have not already been

19  produced, that he discovers in the course of his reasonable search and diligent

20  inquiry, and to which no privilege or other protection applies, including without

21  limitation, the attorney-client privilege or attorney's work product doctrine.

22  **REQUEST FOR PRODUCTION NO. 240:**

23          DOCUMENTS sufficient to show, by product number or SKU, the

24  revenue received by YOU from the sale of each BRATZ DOLL sold by MGA or its

25  licensees.

26  **RESPONSE TO REQUEST FOR PRODUCTION NO. 240:**

27          Larian incorporates by reference the above-stated general objections as

28  if fully set forth herein.  Larian also specifically objects to this request on the

EXHIBIT 25 PAGE 1084 - 228 -

1 | grounds that it is overbroad and seeks information not relevant to the subject matter
2 | of this lawsuit or reasonably calculated to lead to the discovery of admissible
3 | evidence. Larian also objects to this request on the grounds that it is overbroad,
4 | unduly burdensome, and oppressive in seeking documents that show, by product
5 | number or SKU, the revenue received by Larian from the sale of all Bratz dolls sold
6 | by MGA or its licensees. Larian also objects to this request on the grounds that it
7 | seeks confidential, proprietary or commercially sensitive information, the
8 | disclosure of which would be inimical to the business interests of Larian and one or
9 | more third parties. Larian also objects to this request to the extent it seeks
10 | information the disclosure of which would implicate the rights of third parties to
11 | protect private, confidential, proprietary or trade secret information. Larian also
12 | objects to this request to the extent it calls for the disclosure of attorney-client
13 | privileged information or information protected from disclosure by the work-
14 | product doctrine, joint defense or common interest privilege, or other privilege.
15 | Larian also objects to this request to the extent it seeks documents not within
16 | Larian's possession, custody or control.
17 |      Subject to the foregoing, Larian will produce documents, consistent
18 | with the parties' agreement concerning the same requests to MGA in Mattel's
19 | Second Set of Requests for Production to MGA, as reflected in MGA's
20 | Supplemental Responses to those Requests, within his possession, custody, or
21 | control that are responsive to the request, if any, and that have not already been
22 | produced, that he discovers in the course of his reasonable search and diligent
23 | inquiry, and to which no privilege or other protection applies, including without
24 | limitation, the attorney-client privilege or attorney's work product doctrine.

25 | **REQUEST FOR PRODUCTION NO. 241:**

26 |      DOCUMENTS sufficient to show, by product number or SKU, YOUR
27 | cost of goods sold, unit cost and other costs for each BRATZ DOLL sold by MGA
28 | or its licensees.

EXHIBIT __25__ PAGE __1085__   - 229 -

LARIAN'S SUPP. RESPONSE TO MATTEL'S
1ST SET OF REQUESTS FOR PRODUCTION
CV 04-9049 SGL (RNBX)

**RESPONSE TO REQUEST FOR PRODUCTION NO. 241:**

Larian incorporates by reference the above-stated general objections as if fully set forth herein. Larian also specifically objects to this request on the grounds that it is overbroad and seeks information not relevant to the subject matter of this lawsuit or reasonably calculated to lead to the discovery of admissible evidence. Larian also objects to this request on the grounds that it is overbroad, unduly burdensome, and oppressive in seeking documents that show, by product number or SKU, Larian's cost of goods sold, unit cost, and other costs for all Bratz dolls sold by MGA or its licensees. Larian also objects to this request on the grounds that it seeks confidential, proprietary or commercially sensitive information, the disclosure of which would be inimical to the business interests of Larian and one or more third parties. Larian also objects to this request to the extent it seeks information the disclosure of which would implicate the rights of third parties to protect private, confidential, proprietary or trade secret information. Larian also objects to this request to the extent it calls for the disclosure of attorney-client privileged information or information protected from disclosure by the work-product doctrine, joint defense or common interest privilege, or other privilege. Larian also objects to this request to the extent it seeks documents not within Larian's possession, custody or control.

Subject to the foregoing, Larian will produce documents, consistent with the parties' agreement concerning the same requests to MGA in Mattel's Second Set of Requests for Production to MGA, as reflected in MGA's Supplemental Responses to those Requests, within his possession, custody, or control that are responsive to the request, if any, and that have not already been produced, that he discovers in the course of his reasonable search and diligent inquiry, and to which no privilege or other protection applies, including without limitation, the attorney-client privilege or attorney's work product doctrine.

EXHIBIT 25 PAGE 1086

- 230 -

1   **REQUEST FOR PRODUCTION NO. 242:**

2       All DOCUMENTS that evidence, reflect or REFER OR RELATE TO

3   YOUR profits, by product number or SKU, from the sale of each BRATZ DOLL

4   sold by MGA or its licensees.

5   **RESPONSE TO REQUEST FOR PRODUCTION NO. 242:**

6       Larian incorporates by reference the above-stated general objections as

7   if fully set forth herein.  Larian also specifically objects to this request on the

8   grounds that it is overbroad and seeks information not relevant to the subject matter

9   of this lawsuit or reasonably calculated to lead to the discovery of admissible

10  evidence.  Larian also objects to this request on the grounds that it is overbroad,

11  unduly burdensome, and oppressive in seeking documents that evidence, reflect or

12  refer or relate, by product number or SKU, Larian's profits from the sale of all

13  Bratz dolls sold by MGA or its licensees.  Larian also objects to this request on the

14  grounds that it seeks confidential, proprietary or commercially sensitive

15  information, the disclosure of which would be inimical to the business interests of

16  Larian and one or more third parties.  Larian also objects to this request to the

17  extent it seeks information the disclosure of which would implicate the rights of

18  third parties to protect private, confidential, proprietary or trade secret information.

19  Larian also objects to this request to the extent it calls for the disclosure of attorney-

20  client privileged information or information protected from disclosure by the work-

21  product doctrine, joint defense or common interest privilege, or other privilege.

22  Larian also objects to this request to the extent it seeks documents not within

23  Larian's possession, custody or control.

24      Subject to the foregoing, Larian will produce documents, consistent

25  with the parties' agreement concerning the same requests to MGA in Mattel's

26  Second Set of Requests for Production to MGA, as reflected in MGA's

27  Supplemental Responses to those Requests, within his possession, custody, or

28  control that are responsive to the request, if any, and that have not already been

1    produced, that he discovers in the course of his reasonable search and diligent

2    inquiry, and to which no privilege or other protection applies, including without

3    limitation, the attorney-client privilege or attorney's work product doctrine.

4    **REQUEST FOR PRODUCTION NO. 243:**

5         For each customer to whom YOU or YOUR licensees have ever sold

6    any BRATZ DOLL, DOCUMENTS sufficient to show, by product number or

7    SKU, the number of units of each such BRATZ DOLL sold by MGA or its

8    licensees to that customer.

9    **RESPONSE TO REQUEST FOR PRODUCTION NO. 243:**

10        Larian incorporates by reference the above-stated general objections as

11   if fully set forth herein. Larian also specifically objects to this request on the

12   grounds that it is overbroad and seeks information not relevant to the subject matter

13   of this lawsuit or reasonably calculated to lead to the discovery of admissible

14   evidence. Larian also objects to this request on the grounds that it is overbroad,

15   unduly burdensome, and oppressive in seeking documents that show, by product

16   number or SKU, the number of units of all Bratz dolls sold to all customers by

17   MGA or its licensees. Larian also objects to this request on the grounds that it

18   seeks confidential, proprietary or commercially sensitive information, the

19   disclosure of which would be inimical to the business interests of Larian and one or

20   more third parties. Larian also objects to this request to the extent it seeks

21   information the disclosure of which would implicate the rights of third parties to

22   protect private, confidential, proprietary or trade secret information. Larian also

23   objects to this request to the extent it calls for the disclosure of attorney-client

24   privileged information or information protected from disclosure by the work-

25   product doctrine, joint defense or common interest privilege, or other privilege.

26   Larian also objects to this request to the extent it seeks documents not within

27   Larian's possession, custody or control.

28        Subject to the foregoing, Larian will produce documents, consistent

EXHIBIT __25__ PAGE __1088__   - 232 -   LARIAN'S SUPP. RESPONSE TO MATTEL'S
1ST SET OF REQUESTS FOR PRODUCTION
CV 04-9049 SGL (RNBX)