1    with the parties' agreement concerning the same requests to MGA in Mattel's

2    Second Set of Requests for Production to MGA, as reflected in MGA's

3    Supplemental Responses to those Requests, within his possession, custody, or

4    control that are responsive to the request, if any, and that have not already been

5    produced, that he discovers in the course of his reasonable search and diligent

6    inquiry, and to which no privilege or other protection applies, including without

7    limitation, the attorney-client privilege or attorney's work product doctrine.

8    **REQUEST FOR PRODUCTION NO. 244:**

9         For each customer to whom YOU or YOUR licensees have ever sold

10   any BRATZ DOLL, DOCUMENTS sufficient to show, by product number or

11   SKU, the revenue received by YOU from each such BRATZ DOLL sold by MGA

12   or its licensees to that customer.

13   **RESPONSE TO REQUEST FOR PRODUCTION NO. 244:**

14        Larian incorporates by reference the above-stated general objections as

15   if fully set forth herein. Larian also specifically objects to this request on the

16   grounds that it is overbroad and seeks information not relevant to the subject matter

17   of this lawsuit or reasonably calculated to lead to the discovery of admissible

18   evidence. Larian also objects to this request on the grounds that it is overbroad,

19   unduly burdensome, and oppressive in seeking documents that show, by product

20   number or SKU, the revenue received by Larian from the sale of all Bratz dolls sold

21   to all customers by MGA or its licensees. Larian also objects to this request on the

22   grounds that it seeks confidential, proprietary or commercially sensitive

23   information, the disclosure of which would be inimical to the business interests of

24   Larian and one or more third parties. Larian also objects to this request to the

25   extent it seeks information the disclosure of which would implicate the rights of

26   third parties to protect private, confidential, proprietary or trade secret information.

27   Larian also objects to this request to the extent it calls for the disclosure of attorney-

28   client privileged information or information protected from disclosure by the work-

EXHIBIT 25  PAGE 1089  - 233 -

1  product doctrine, joint defense or common interest privilege, or other privilege.

2  Larian also objects to this request to the extent it seeks documents not within

3  Larian's possession, custody or control.

4          Subject to the foregoing, Larian will produce documents, consistent

5  with the parties' agreement concerning the same requests to MGA in Mattel's

6  Second Set of Requests for Production to MGA, as reflected in MGA's

7  Supplemental Responses to those Requests, within his possession, custody, or

8  control that are responsive to the request, if any, and that have not already been

9  produced, that he discovers in the course of his reasonable search and diligent

10  inquiry, and to which no privilege or other protection applies, including without

11  limitation, the attorney-client privilege or attorney's work product doctrine.

12  **REQUEST FOR PRODUCTION NO. 245:**

13          For each customer to whom YOU or YOUR licensees have ever sold

14  any BRATZ DOLL, DOCUMENTS sufficient to show, by product number or

15  SKU, YOUR profits from each such BRATZ DOLL sold by MGA or its licensees

16  to that customer.

17  **RESPONSE TO REQUEST FOR PRODUCTION NO. 245:**

18          Larian incorporates by reference the above-stated general objections as

19  if fully set forth herein.  Larian also specifically objects to this request on the

20  grounds that it is overbroad and seeks information not relevant to the subject matter

21  of this lawsuit or reasonably calculated to lead to the discovery of admissible

22  evidence.  Larian also objects to this request on the grounds that it is overbroad,

23  unduly burdensome, and oppressive in seeking documents that show, by product

24  number or SKU, Larian's profits from the sale of all Bratz dolls sold to all

25  customers by MGA or its licensees.  Larian also objects to this request on the

26  grounds that it seeks confidential, proprietary or commercially sensitive

27  information, the disclosure of which would be inimical to the business interests of

28  Larian and one or more third parties.  Larian also objects to this request to the

EXHIBIT __85__ PAGE __1090__      - 234 -      LARIAN'S SUPP. RESPONSE TO MATTEL'S
1ST SET OF REQUESTS FOR PRODUCTION
CV 04-9049 SGL (RNBX)

1    extent it seeks information the disclosure of which would implicate the rights of

2    third parties to protect private, confidential, proprietary or trade secret information.

3    Larian also objects to this request to the extent it calls for the disclosure of attorney-

4    client privileged information or information protected from disclosure by the work-

5    product doctrine, joint defense or common interest privilege, or other privilege.

6    Larian also objects to this request to the extent it seeks documents not within

7    Larian's possession, custody or control.

8        Subject to the foregoing, Larian will produce documents, consistent

9    with the parties' agreement concerning the same requests to MGA in Mattel's

10   Second Set of Requests for Production to MGA, as reflected in MGA's

11   Supplemental Responses to those Requests, within his possession, custody, or

12   control that are responsive to the request, if any, and that have not already been

13   produced, that he discovers in the course of his reasonable search and diligent

14   inquiry, and to which no privilege or other protection applies, including without

15   limitation, the attorney-client privilege or attorney's work product doctrine.

16   **REQUEST FOR PRODUCTION NO. 246:**

17        DOCUMENTS sufficient to show the revenue and profits derived by

18   YOU from the sale by MGA or its licensees of BRATZ DOLLS including, without

19   limitation, DOCUMENTS sufficient to show sales revenue, costs of goods sold,

20   variable costs, gross margins, royalties paid and received, gross profits and nets

21   profits.

22   **RESPONSE TO REQUEST FOR PRODUCTION NO. 246:**

23        Larian incorporates by reference the above-stated general objections as

24   if fully set forth herein. Larian also specifically objects to this request on the

25   grounds that it is overbroad and seeks information not relevant to the subject matter

26   of this lawsuit or reasonably calculated to lead to the discovery of admissible

27   evidence. Larian also objects to this request on the grounds that it is overbroad,

28   unduly burdensome, and oppressive in seeking documents that show the revenues

LARIAN'S SUPP. RESPONSE TO MATTEL'S
1ST SET OF REQUESTS FOR PRODUCTION
CV 04-9049 SGL (RNBX)

1  and profits derived by Larian from the sale of all Bratz dolls by MGA or its

2  licensees. Larian also objects to this request on the grounds that it seeks

3  confidential, proprietary or commercially sensitive information, the disclosure of

4  which would be inimical to the business interests of Larian and one or more third

5  parties. Larian also objects to this request to the extent it seeks information the

6  disclosure of which would implicate the rights of third parties to protect private,

7  confidential, proprietary or trade secret information. Larian also objects to this

8  request to the extent it calls for the disclosure of attorney-client privileged

9  information or information protected from disclosure by the work-product doctrine,

10  joint defense or common interest privilege, or other privilege. Larian also objects

11  to this request to the extent it seeks documents not within Larian's possession,

12  custody or control.

13         Subject to the foregoing, Larian will produce documents, consistent

14  with the parties' agreement concerning the same requests to MGA in Mattel's

15  Second Set of Requests for Production to MGA, as reflected in MGA's

16  Supplemental Responses to those Requests, within his possession, custody, or

17  control that are responsive to the request, if any, and that have not already been

18  produced, that he discovers in the course of his reasonable search and diligent

19  inquiry, and to which no privilege or other protection applies, including without

20  limitation, the attorney-client privilege or attorney's work product doctrine.

21  **REQUEST FOR PRODUCTION NO. 247:**

22         DOCUMENTS sufficient to show the number of units of each BRATZ

23  PRODUCT sold by MGA or its licensees.

24  **RESPONSE TO REQUEST FOR PRODUCTION NO. 247:**

25         Larian incorporates by reference the above-stated general objections as

26  if fully set forth herein. Larian also specifically objects to this request on the

27  grounds that it is overbroad and seeks information not relevant to the subject matter

28  of this lawsuit or reasonably calculated to lead to the discovery of admissible

EXHIBIT __X__ PAGE __1092__    - 236 -    LARIAN'S SUPP. RESPONSE TO MATTEL'S
1ST SET OF REQUESTS FOR PRODUCTION
CV 04-9049 SGL (RNBX)

1   evidence.  Larian also objects to this request on the grounds that it is overbroad,

2   unduly burdensome, and oppressive in seeking documents that show, by product

3   number or SKU, the revenue received from the sale of all Bratz products sold to all

4   customers by MGA or its licensees.  Larian also objects to this request on the

5   grounds that it seeks confidential, proprietary or commercially sensitive

6   information, the disclosure of which would be inimical to the business interests of

7   Larian and one or more third parties.  Larian also objects to this request to the

8   extent it seeks information the disclosure of which would implicate the rights of

9   third parties to protect private, confidential, proprietary or trade secret information.

10  Larian also objects to this request to the extent it calls for the disclosure of attorney-

11  client privileged information or information protected from disclosure by the work-

12  product doctrine, joint defense or common interest privilege, or other privilege.

13  Larian also objects to this request to the extent it seeks documents not within

14  Larian's possession, custody or control.

15          Subject to the foregoing, Larian will produce documents, consistent

16  with the parties' agreement concerning the same requests to MGA in Mattel's

17  Second Set of Requests for Production to MGA, as reflected in MGA's

18  Supplemental Responses to those Requests, within his possession, custody, or

19  control that are responsive to the request, if any, and that have not already been

20  produced, that he discovers in the course of his reasonable search and diligent

21  inquiry, and to which no privilege or other protection applies, including without

22  limitation, the attorney-client privilege or attorney's work product doctrine.

23  **REQUEST FOR PRODUCTION NO. 248:**

24          DOCUMENTS sufficient to show the revenue received by YOU from

25  the sale of each BRATZ PRODUCT sold by MGA or its licensees.

26  **RESPONSE TO REQUEST FOR PRODUCTION NO. 248:**

27          Larian incorporates by reference the above-stated general objections as

28  if fully set forth herein.  Larian also specifically objects to this request on the

1   grounds that it is overbroad and seeks information not relevant to the subject matter

2   of this lawsuit or reasonably calculated to lead to the discovery of admissible

3   evidence.  Larian also objects to this request on the grounds that it is overbroad,

4   unduly burdensome, and oppressive in seeking documents that show the revenue

5   received by Larian from the sale of all Bratz products by MGA or its licensees.

6   Larian also objects to this request on the grounds that it seeks confidential,

7   proprietary or commercially sensitive information, the disclosure of which would

8   be inimical to the business interests of Larian and one or more third parties.  Larian

9   also objects to this request to the extent it seeks information the disclosure of which

10  would implicate the rights of third parties to protect private, confidential,

11  proprietary or trade secret information.  Larian also objects to this request to the

12  extent it calls for the disclosure of attorney-client privileged information or

13  information protected from disclosure by the work-product doctrine, joint defense

14  or common interest privilege, or other privilege.  Larian also objects to this request

15  to the extent it seeks documents not within Larian's possession, custody or control.

16          Subject to the foregoing, Larian will produce documents, consistent

17  with the parties' agreement concerning the same requests to MGA in Mattel's

18  Second Set of Requests for Production to MGA, as reflected in MGA's

19  Supplemental Responses to those Requests, within his possession, custody, or

20  control that are responsive to the request, if any, and that have not already been

21  produced, that he discovers in the course of his reasonable search and diligent

22  inquiry, and to which no privilege or other protection applies, including without

23  limitation, the attorney-client privilege or attorney's work product doctrine.

24  **REQUEST FOR PRODUCTION NO. 249:**

25          DOCUMENTS sufficient to show YOUR cost of goods sold, unit cost

26  and other costs for each BRATZ PRODUCT sold by MGA or its licensees.

27  **RESPONSE TO REQUEST FOR PRODUCTION NO. 249:**

28          Larian incorporates by reference the above-stated general objections as

EXHIBIT __ PAGE 1094   - 238 -        LARIAN'S SUPP. RESPONSE TO MATTEL'S
                                      1ST SET OF REQUESTS FOR PRODUCTION
                                      CV 04-9049 SGL (RNBX)

1  if fully set forth herein. Larian also specifically objects to this request on the

2  grounds that it is overbroad and seeks information not relevant to the subject matter

3  of this lawsuit or reasonably calculated to lead to the discovery of admissible

4  evidence. Larian also objects to this request on the grounds that it is overbroad,

5  unduly burdensome, and oppressive in seeking documents that show Larian's cost

6  of goods sold, unit cost, and other costs for all Bratz products sold by MGA or its

7  licensees. Larian also objects to this request on the grounds that it seeks

8  confidential, proprietary or commercially sensitive information, the disclosure of

9  which would be inimical to the business interests of Larian and one or more third

10 parties. Larian also objects to this request to the extent it seeks information the

11 disclosure of which would implicate the rights of third parties to protect private,

12 confidential, proprietary or trade secret information. Larian also objects to this

13 request to the extent it calls for the disclosure of attorney-client privileged

14 information or information protected from disclosure by the work-product doctrine,

15 joint defense or common interest privilege, or other privilege. Larian also objects

16 to this request to the extent it seeks documents not within Larian's possession,

17 custody or control.

18          Subject to the foregoing, Larian will produce documents, consistent

19 with the parties' agreement concerning the same requests to MGA in Mattel's

20 Second Set of Requests for Production to MGA, as reflected in MGA's

21 Supplemental Responses to those Requests, within his possession, custody, or

22 control that are responsive to the request, if any, and that have not already been

23 produced, that he discovers in the course of his reasonable search and diligent

24 inquiry, and to which no privilege or other protection applies, including without

25 limitation, the attorney-client privilege or attorney's work product doctrine..

26 **REQUEST FOR PRODUCTION NO. 250:**

27          All DOCUMENTS that evidence, reflect or REFER OR RELATE TO

28 YOUR profits from the sale of each BRATZ PRODUCT sold by MGA or its

1    licensees.

2    **RESPONSE TO REQUEST FOR PRODUCTION NO. 250:**

3         Larian incorporates by reference the above-stated general objections as

4    if fully set forth herein.  Larian also specifically objects to this request on the

5    grounds that it is overbroad and seeks information not relevant to the subject matter

6    of this lawsuit or reasonably calculated to lead to the discovery of admissible

7    evidence.  Larian also objects to this request on the grounds that it is overbroad,

8    unduly burdensome, and oppressive in seeking documents that evidence, reflect, or

9    refer or relate to Larian's profits from the sale of all Bratz products sold by MGA or

10   its licensees.  Larian also objects to this request on the grounds that it seeks

11   confidential, proprietary or commercially sensitive information, the disclosure of

12   which would be inimical to the business interests of Larian and one or more third

13   parties.  Larian also objects to this request to the extent it seeks information the

14   disclosure of which would implicate the rights of third parties to protect private,

15   confidential, proprietary or trade secret information.  Larian also objects to this

16   request to the extent it calls for the disclosure of attorney-client privileged

17   information or information protected from disclosure by the work-product doctrine,

18   joint defense or common interest privilege, or other privilege.  Larian also objects

19   to this request to the extent it seeks documents not within Larian's possession,

20   custody or control.

21        Subject to the foregoing, Larian will produce documents, consistent

22   with the parties' agreement concerning the same requests to MGA in Mattel's

23   Second Set of Requests for Production to MGA, as reflected in MGA's

24   Supplemental Responses to those Requests, within his possession, custody, or

25   control that are responsive to the request, if any, and that have not already been

26   produced, that he discovers in the course of his reasonable search and diligent

27   inquiry, and to which no privilege or other protection applies, including without

28   limitation, the attorney-client privilege or attorney's work product doctrine.

EXHIBIT 25   PAGE 1096   - 240 -

LARIAN'S SUPP. RESPONSE TO MATTEL'S
1ST SET OF REQUESTS FOR PRODUCTION
CV 04-9049 SGL (RNBX)

1   **REQUEST FOR PRODUCTION NO. 251:**

2        DOCUMENTS sufficient to IDENTIFY all customers to whom MGA

3   or its licensees have ever sold any BRATZ PRODUCT.

4   **RESPONSE TO REQUEST FOR PRODUCTION NO. 251:**

5        Larian incorporates by reference the above-stated general objections as

6   if fully set forth herein. Larian also specifically objects to this request on the

7   grounds that it is overbroad and seeks information not relevant to the subject matter

8   of this lawsuit or reasonably calculated to lead to the discovery of admissible

9   evidence. Larian also objects to this request on the grounds that it is overbroad,

10  unduly burdensome, and oppressive in seeking documents that identify all

11  customers to whom MGA or its licensees has ever sold any Bratz product. Larian

12  also objects to this request on the grounds that it seeks confidential, proprietary or

13  commercially sensitive information, the disclosure of which would be inimical to

14  the business interests of Larian and one or more third parties. Larian also objects to

15  this request to the extent it seeks information the disclosure of which would

16  implicate the rights of third parties to protect private, confidential, proprietary or

17  trade secret information. Larian also objects to this request to the extent it calls for

18  the disclosure of attorney-client privileged information or information protected

19  from disclosure by the work-product doctrine, joint defense or common interest

20  privilege, or other privilege. Larian also objects to this request to the extent it seeks

21  documents not within Larian's possession, custody or control.

22       Subject to the foregoing, Larian will produce documents, consistent

23  with the parties' agreement concerning the same requests to MGA in Mattel's

24  Second Set of Requests for Production to MGA, as reflected in MGA's

25  Supplemental Responses to those Requests, within his possession, custody, or

26  control that are responsive to the request, if any, and that have not already been

27  produced, that he discovers in the course of his reasonable search and diligent

28  inquiry, and to which no privilege or other protection applies, including without

1  limitation, the attorney-client privilege or attorney's work product doctrine.

2  **REQUEST FOR PRODUCTION NO. 252:**

3      For each customer to whom MGA or its licensees have ever sold any

4  BRATZ PRODUCT, DOCUMENTS sufficient to show the number of units of each

5  such BRATZ PRODUCT sold by MGA or its licensees to that customer.

6  **RESPONSE TO REQUEST FOR PRODUCTION NO. 252:**

7      Larian incorporates by reference the above-stated general objections as

8  if fully set forth herein.  Larian also specifically objects to this request on the

9  grounds that it is overbroad and seeks information not relevant to the subject matter

10  of this lawsuit or reasonably calculated to lead to the discovery of admissible

11  evidence.  Larian also objects to this request on the grounds that it is overbroad,

12  unduly burdensome, and oppressive in seeking documents that show the number of

13  units of all Bratz products sold to all customers by MGA or its licensees.  Larian

14  also objects to this request on the grounds that it seeks confidential, proprietary or

15  commercially sensitive information, the disclosure of which would be inimical to

16  the business interests of Larian and one or more third parties.  Larian also objects to

17  this request to the extent it seeks information the disclosure of which would

18  implicate the rights of third parties to protect private, confidential, proprietary or

19  trade secret information.  Larian also objects to this request to the extent it calls for

20  the disclosure of attorney-client privileged information or information protected

21  from disclosure by the work-product doctrine, joint defense or common interest

22  privilege, or other privilege.  Larian also objects to this request to the extent it seeks

23  documents not within Larian's possession, custody or control.

24      Subject to the foregoing, Larian will produce documents, consistent

25  with the parties' agreement concerning the same requests to MGA in Mattel's

26  Second Set of Requests for Production to MGA, as reflected in MGA's

27  Supplemental Responses to those Requests, within his possession, custody, or

28  control that are responsive to the request, if any, and that have not already been

EXHIBIT 25   PAGE 1098   - 242 -

LARIAN'S SUPP. RESPONSE TO MATTEL'S
1ST SET OF REQUESTS FOR PRODUCTION
CV 04-9049 SGL (RNBX)

1    produced, that he discovers in the course of his reasonable search and diligent

2    inquiry, and to which no privilege or other protection applies, including without

3    limitation, the attorney-client privilege or attorney's work product doctrine.

4    **REQUEST FOR PRODUCTION NO. 253:**

5           For each customer to whom MGA or its licensees have ever sold any

6    BRATZ PRODUCT, documents sufficient to show the revenue received by YOU

7    from each such BRATZ PRODUCT sold by MGA or its licensees to that customer.

8    **RESPONSE TO REQUEST FOR PRODUCTION NO. 253:**

9           Larian incorporates by reference the above-stated general objections as

10   if fully set forth herein. Larian also specifically objects to this request on the

11   grounds that it is overbroad and seeks information not relevant to the subject matter

12   of this lawsuit or reasonably calculated to lead to the discovery of admissible

13   evidence. Larian also objects to this request on the grounds that it is overbroad,

14   unduly burdensome, and oppressive in seeking documents that show the revenue

15   received by Larian from the sale of all Bratz products to all customers by MGA or

16   its licensees. Larian also objects to this request on the grounds that it seeks

17   confidential, proprietary or commercially sensitive information, the disclosure of

18   which would be inimical to the business interests of Larian and one or more third

19   parties. Larian also objects to this request to the extent it seeks information the

20   disclosure of which would implicate the rights of third parties to protect private,

21   confidential, proprietary or trade secret information. Larian also objects to this

22   request to the extent it calls for the disclosure of attorney-client privileged

23   information or information protected from disclosure by the work-product doctrine,

24   joint defense or common interest privilege, or other privilege. Larian also objects

25   to this request to the extent it seeks documents not within Larian's possession,

26   custody or control.

27           Subject to the foregoing, Larian will produce documents, consistent

28   with the parties' agreement concerning the same requests to MGA in Mattel's

EXHIBIT 25   PAGE 1099   - 243 -   LARIAN'S SUPP. RESPONSE TO MATTEL'S 1ST SET OF REQUESTS FOR PRODUCTION CV 04-9049 SGL (RNBX)

1  Second Set of Requests for Production to MGA, as reflected in MGA's

2  Supplemental Responses to those Requests, within his possession, custody, or

3  control that are responsive to the request, if any, and that have not already been

4  produced, that he discovers in the course of his reasonable search and diligent

5  inquiry, and to which no privilege or other protection applies, including without

6  limitation, the attorney-client privilege or attorney's work product doctrine.

7  **REQUEST FOR PRODUCTION NO. 254:**

8      For each customer to whom MGA or its licensees have ever sold any

9  BRATZ PRODUCT, documents sufficient to show YOUR profits from each such

10  BRATZ PRODUCT sold by MGA or its licensees to that customer.

11  **RESPONSE TO REQUEST FOR PRODUCTION NO. 254:**

12      Larian incorporates by reference the above-stated general objections as

13  if fully set forth herein.  Larian also specifically objects to this request on the

14  grounds that it is overbroad and seeks information not relevant to the subject matter

15  of this lawsuit or reasonably calculated to lead to the discovery of admissible

16  evidence.  Larian also objects to this request on the grounds that it is overbroad,

17  unduly burdensome, and oppressive in seeking documents that show Larian's

18  profits from the sale of all Bratz products to all customers by MGA or its licensees.

19  Larian also objects to this request on the grounds that it seeks confidential,

20  proprietary or commercially sensitive information, the disclosure of which would

21  be inimical to the business interests of Larian and one or more third parties.  Larian

22  also objects to this request to the extent it seeks information the disclosure of which

23  would implicate the rights of third parties to protect private, confidential,

24  proprietary or trade secret information.  Larian also objects to this request to the

25  extent it calls for the disclosure of attorney-client privileged information or

26  information protected from disclosure by the work-product doctrine, joint defense

27  or common interest privilege, or other privilege.  Larian also objects to this request

28  to the extent it seeks documents not within Larian's possession, custody or control.

EXHIBIT __25__ PAGE __1100__   - 244 -   LARIAN'S SUPP. RESPONSE TO MATTEL'S 1ST SET OF REQUESTS FOR PRODUCTION CV 04-9049 SGL (RNBX)

1        Subject to the foregoing, Larian will produce documents, consistent

2  with the parties' agreement concerning the same requests to MGA in Mattel's

3  Second Set of Requests for Production to MGA, as reflected in MGA's

4  Supplemental Responses to those Requests, within his possession, custody, or

5  control that are responsive to the request, if any, and that have not already been

6  produced, that he discovers in the course of his reasonable search and diligent

7  inquiry, and to which no privilege or other protection applies, including without

8  limitation, the attorney-client privilege or attorney's work product doctrine.

9  **REQUEST FOR PRODUCTION NO. 255:**

10       DOCUMENTS sufficient to show customer returns to MGA of

11  BRATZ PRODUCTS sold or distributed by MGA or its licensees.

12  **RESPONSE TO REQUEST FOR PRODUCTION NO. 255:**

13       Larian incorporates by reference the above-stated general objections as

14  if fully set forth herein.  Larian also specifically objects to this request on the

15  grounds that it is overbroad and seeks information not relevant to the subject matter

16  of this lawsuit or reasonably calculated to lead to the discovery of admissible

17  evidence.  Larian also objects to this request on the grounds that it is overbroad,

18  unduly burdensome, and oppressive in seeking documents that show customer

19  returns to MGA of all Bratz products sold or distributed by MGA or its licensees.

20  Larian also objects to this request on the grounds that it seeks confidential,

21  proprietary or commercially sensitive information, the disclosure of which would

22  be inimical to the business interests of Larian and one or more third parties.  Larian

23  also objects to this request to the extent it seeks information the disclosure of which

24  would implicate the rights of third parties to protect private, confidential,

25  proprietary or trade secret information.  Larian also objects to this request to the

26  extent it calls for the disclosure of attorney-client privileged information or

27  information protected from disclosure by the work-product doctrine, joint defense

28  or common interest privilege, or other privilege.  Larian also objects to this request

EXHIBIT __X__ PAGE __1101__    - 245 -

1    to the extent it seeks documents not within Larian's possession, custody or control.

2          Subject to the foregoing, Larian will produce documents, consistent

3    with the parties' agreement concerning the same requests to MGA in Mattel's

4    Second Set of Requests for Production to MGA, as reflected in MGA's

5    Supplemental Responses to those Requests, within his possession, custody, or

6    control that are responsive to the request, if any, and that have not already been

7    produced, that he discovers in the course of his reasonable search and diligent

8    inquiry, and to which no privilege or other protection applies, including without

9    limitation, the attorney-client privilege or attorney's work product doctrine.

10   **REQUEST FOR PRODUCTION NO. 256:**

11         DOCUMENTS sufficient to show customer rebates and credits given

12   by MGA or its licensees to customers in connection with BRATZ PRODUCTS.

13   **RESPONSE TO REQUEST FOR PRODUCTION NO. 16:**

14         Larian incorporates by reference the above-stated general objections as

15   if fully set forth herein.  Larian also specifically objects to this request on the

16   grounds that it is overbroad and seeks information not relevant to the subject matter

17   of this lawsuit or reasonably calculated to lead to the discovery of admissible

18   evidence.  Larian also objects to this request on the grounds that it is overbroad,

19   unduly burdensome, and oppressive in seeking documents that show customer

20   rebates and credits given by MGA or its licensees to all customers in connection

21   with Bratz products.  Larian also objects to this request on the grounds that it seeks

22   confidential, proprietary or commercially sensitive information, the disclosure of

23   which would be inimical to the business interests of Larian and one or more third

24   parties.  Larian also objects to this request to the extent it seeks information the

25   disclosure of which would implicate the rights of third parties to protect private,

26   confidential, proprietary or trade secret information.  Larian also objects to this

27   request to the extent it calls for the disclosure of attorney-client privileged

28   information or information protected from disclosure by the work-product doctrine,

EXHIBIT _25_ PAGE _1102_    - 246 -    LARIAN'S SUPP. RESPONSE TO MATTEL'S
                                       1ST SET OF REQUESTS FOR PRODUCTION
                                       CV 04-9049 SGL (RNBX)

1    joint defense or common interest privilege, or other privilege.  Larian also objects

2    to this request to the extent it seeks documents not within Larian's possession,

3    custody or control.

4         Subject to the foregoing, Larian will produce documents, consistent

5    with the parties' agreement concerning the same requests to MGA in Mattel's

6    Second Set of Requests for Production to MGA, as reflected in MGA's

7    Supplemental Responses to those Requests, within his possession, custody, or

8    control that are responsive to the request, if any, and that have not already been

9    produced, that he discovers in the course of his reasonable search and diligent

10   inquiry, and to which no privilege or other protection applies, including without

11   limitation, the attorney-client privilege or attorney's work product doctrine.

12   **REQUEST FOR PRODUCTION NO. 257:**

13        DOCUMENTS sufficient to show, by product number or SKU, the

14   number of units of each BRATZ PRODUCT sold by MGA or its licensees.

15   **RESPONSE TO REQUEST FOR PRODUCTION NO. 257:**

16        Larian incorporates by reference the above-stated general objections as

17   if fully set forth herein.  Larian also specifically objects to this request on the

18   grounds that it is overbroad and seeks information not relevant to the subject matter

19   of this lawsuit or reasonably calculated to lead to the discovery of admissible

20   evidence.  Larian also objects to this request on the grounds that it is overbroad,

21   unduly burdensome, and oppressive in seeking documents that show, by product

22   number or SKU, the number of units of all Bratz products sold by MGA or its

23   licensees.  Larian also objects to this request on the grounds that it seeks

24   confidential, proprietary or commercially sensitive information, the disclosure of

25   which would be inimical to the business interests of Larian and one or more third

26   parties.  Larian also objects to this request to the extent it seeks information the

27   disclosure of which would implicate the rights of third parties to protect private,

28   confidential, proprietary or trade secret information.  Larian also objects to this

EXHIBIT _25_ PAGE _1103_   - 247 -   LARIAN'S SUPP. RESPONSE TO MATTEL'S
1ST SET OF REQUESTS FOR PRODUCTION
CV 04-9049 SGL (RNBX)

1    request to the extent it calls for the disclosure of attorney-client privileged

2    information or information protected from disclosure by the work-product doctrine,

3    joint defense or common interest privilege, or other privilege.  Larian also objects

4    to this request to the extent it seeks documents not within Larian's possession,

5    custody or control.

6            Subject to the foregoing, Larian will produce documents, consistent

7    with the parties' agreement concerning the same requests to MGA in Mattel's

8    Second Set of Requests for Production to MGA, as reflected in MGA's

9    Supplemental Responses to those Requests, within his possession, custody, or

10   control that are responsive to the request, if any, and that have not already been

11   produced, that he discovers in the course of his reasonable search and diligent

12   inquiry, and to which no privilege or other protection applies, including without

13   limitation, the attorney-client privilege or attorney's work product doctrine.

14   **REQUEST FOR PRODUCTION NO. 258:**

15           DOCUMENTS sufficient to show, by product number or SKU, the

16   revenue received by YOU from the sale of each BRATZ PRODUCT sold by MGA

17   or its licensees.

18   **RESPONSE TO REQUEST FOR PRODUCTION NO. 258:**

19           Larian incorporates by reference the above-stated general objections as

20   if fully set forth herein.  Larian also specifically objects to this request on the

21   grounds that it is overbroad and seeks information not relevant to the subject matter

22   of this lawsuit or reasonably calculated to lead to the discovery of admissible

23   evidence.  Larian also objects to this request on the grounds that it is overbroad,

24   unduly burdensome, and oppressive in seeking documents that show, by product

25   number or SKU, the revenue received by Larian from the sale of all Bratz products

26   sold by MGA or its licensees.  Larian also objects to this request on the grounds

27   that it seeks confidential, proprietary or commercially sensitive information, the

28   disclosure of which would be inimical to the business interests of Larian and one or

EXHIBIT __21__ PAGE __1104__        - 248 -        LARIAN'S SUPP. RESPONSE TO MATTEL'S
                                                    1ST SET OF REQUESTS FOR PRODUCTION
                                                    CV 04-9049 SGL (RNBX)

1   more third parties.  Larian also objects to this request to the extent it seeks

2   information the disclosure of which would implicate the rights of third parties to

3   protect private, confidential, proprietary or trade secret information.  Larian also

4   objects to this request to the extent it calls for the disclosure of attorney-client

5   privileged information or information protected from disclosure by the work-

6   product doctrine, joint defense or common interest privilege, or other privilege.

7   Larian also objects to this request to the extent it seeks documents not within

8   Larian's possession, custody or control.

9          Subject to the foregoing, Larian will produce documents, consistent

10  with the parties' agreement concerning the same requests to MGA in Mattel's

11  Second Set of Requests for Production to MGA, as reflected in MGA's

12  Supplemental Responses to those Requests, within his possession, custody, or

13  control that are responsive to the request, if any, and that have not already been

14  produced, that he discovers in the course of his reasonable search and diligent

15  inquiry, and to which no privilege or other protection applies, including without

16  limitation, the attorney-client privilege or attorney's work product doctrine.

17  **REQUEST FOR PRODUCTION NO. 259:**

18         DOCUMENTS sufficient to show, by product number or SKU, YOUR

19  cost of goods sold, unit cost and other costs for each BRATZ PRODUCT sold by

20  MGA or its licensees.

21  **RESPONSE TO REQUEST FOR PRODUCTION NO. 259:**

22         Larian incorporates by reference the above-stated general objections as

23  if fully set forth herein.  Larian also specifically objects to this request on the

24  grounds that it is overbroad and seeks information not relevant to the subject matter

25  of this lawsuit or reasonably calculated to lead to the discovery of admissible

26  evidence.  Larian also objects to this request on the grounds that it is overbroad,

27  unduly burdensome, and oppressive in seeking documents that show, by product

28  number or SKU, Larian's cost of goods sold, unit cost and other costs for all Bratz

EXHIBIT __25__ PAGE __1105__        - 249 -        LARIAN'S SUPP. RESPONSE TO MATTEL'S
                                                   1ST SET OF REQUESTS FOR PRODUCTION
                                                   CV 04-9049 SGL (RNBX)

1   products sold by MGA or its licensees.  Larian also objects to this request on the

2   grounds that it seeks confidential, proprietary or commercially sensitive

3   information, the disclosure of which would be inimical to the business interests of

4   Larian and one or more third parties.  Larian also objects to this request to the

5   extent it seeks information the disclosure of which would implicate the rights of

6   third parties to protect private, confidential, proprietary or trade secret information.

7   Larian also objects to this request to the extent it calls for the disclosure of attorney-

8   client privileged information or information protected from disclosure by the work-

9   product doctrine, joint defense or common interest privilege, or other privilege.

10  Larian also objects to this request to the extent it seeks documents not within

11  Larian's possession, custody or control.

12          Subject to the foregoing, Larian will produce documents, consistent

13  with the parties' agreement concerning the same requests to MGA in Mattel's

14  Second Set of Requests for Production to MGA, as reflected in MGA's

15  Supplemental Responses to those Requests, within his possession, custody, or

16  control that are responsive to the request, if any, and that have not already been

17  produced, that he discovers in the course of his reasonable search and diligent

18  inquiry, and to which no privilege or other protection applies, including without

19  limitation, the attorney-client privilege or attorney's work product doctrine.

20  **REQUEST FOR PRODUCTION NO. 260:**

21          All DOCUMENTS that evidence, reflect or REFER OR RELATE TO

22  YOUR or MGA's profits, by product number or SKU, from the sale of each

23  BRATZ PRODUCT sold by MGA or its licensees.

24  **RESPONSE TO REQUEST FOR PRODUCTION NO. 17:**

25          Larian incorporates by reference the above-stated general objections as

26  if fully set forth herein.  Larian also specifically objects to this request on the

27  grounds that it is overbroad and seeks information not relevant to the subject matter

28  of this lawsuit or reasonably calculated to lead to the discovery of admissible

EXHIBIT _25_ PAGE _1106_   - 250 -

LARIAN'S SUPP. RESPONSE TO MATTEL'S
1ST SET OF REQUESTS FOR PRODUCTION
CV 04-9049 SGL (RNBX)

1   evidence.  Larian also objects to this request on the grounds that it is overbroad,
2   unduly burdensome, and oppressive in seeking documents that reflect or refer or
3   relate, by product number or SKU, to Larian or MGA's profits from the sale of all
4   Bratz products by MGA or its licensees.  Larian also objects to this request on the
5   grounds that it seeks confidential, proprietary or commercially sensitive
6   information, the disclosure of which would be inimical to the business interests of
7   Larian and one or more third parties.  Larian also objects to this request to the
8   extent it seeks information the disclosure of which would implicate the rights of
9   third parties to protect private, confidential, proprietary or trade secret information.
10  Larian also objects to this request to the extent it calls for the disclosure of attorney-
11  client privileged information or information protected from disclosure by the work-
12  product doctrine, joint defense or common interest privilege, or other privilege.
13  Larian also objects to this request to the extent it seeks documents not within
14  Larian's possession, custody or control.
15          Subject to the foregoing, Larian will produce documents, consistent
16  with the parties' agreement concerning the same requests to MGA in Mattel's
17  Second Set of Requests for Production to MGA, as reflected in MGA's
18  Supplemental Responses to those Requests, within his possession, custody, or
19  control that are responsive to the request, if any, and that have not already been
20  produced, that he discovers in the course of his reasonable search and diligent
21  inquiry, and to which no privilege or other protection applies, including without
22  limitation, the attorney-client privilege or attorney's work product doctrine.
23  **REQUEST FOR PRODUCTION NO. 261:**
24          For each customer to whom MGA or its licensees have ever sold any
25  BRATZ PRODUCT, DOCUMENTS sufficient to show, by product number or
26  SKU, the number of units of each such BRATZ PRODUCT sold by MGA or its
27  licensees to that customer.
28

EXHIBIT __25__ PAGE __1107__   - 251 -

LARIAN'S SUPP. RESPONSE TO MATTEL'S
1ST SET OF REQUESTS FOR PRODUCTION
CV 04-9049 SGL (RNBX)

**RESPONSE TO REQUEST FOR PRODUCTION NO. 261:**

Larian incorporates by reference the above-stated general objections as if fully set forth herein. Larian also specifically objects to this request on the grounds that it is overbroad and seeks information not relevant to the subject matter of this lawsuit or reasonably calculated to lead to the discovery of admissible evidence. Larian also objects to this request on the grounds that it is overbroad, unduly burdensome, and oppressive in seeking documents that show the number of units of all Bratz products sold by Larian, MGA, or its licensees to every customer to whom MGA or its licensees have ever sold any Bratz products. Larian also objects to this request on the grounds that it seeks confidential, proprietary or commercially sensitive information, the disclosure of which would be inimical to the business interests of Larian and one or more third parties. Larian also objects to this request to the extent it seeks information the disclosure of which would implicate the rights of third parties to protect private, confidential, proprietary or trade secret information. Larian also objects to this request to the extent it calls for the disclosure of attorney-client privileged information or information protected from disclosure by the work-product doctrine, joint defense or common interest privilege, or other privilege. Larian also objects to this request to the extent it seeks documents not within Larian's possession, custody or control.

Subject to the foregoing, Larian will produce documents, consistent with the parties' agreement concerning the same requests to MGA in Mattel's Second Set of Requests for Production to MGA, as reflected in MGA's Supplemental Responses to those Requests, within his possession, custody, or control that are responsive to the request, if any, and that have not already been produced, that he discovers in the course of his reasonable search and diligent inquiry, and to which no privilege or other protection applies, including without limitation, the attorney-client privilege or attorney's work product doctrine.

EXHIBIT __25__ PAGE __1108__         - 252 -         LARIAN'S SUPP. RESPONSE TO MATTEL'S
1ST SET OF REQUESTS FOR PRODUCTION
CV 04-9049 SGL (RNBX)

1  **REQUEST FOR PRODUCTION NO. 262:**

2      For each customer to whom MGA or its licensees have ever sold any

3  BRATZ PRODUCT, DOCUMENTS sufficient to show, by product number or

4  SKU, the revenue received by YOU from each such BRATZ PRODUCT sold by

5  MGA or its licensees to that customer.

6  **RESPONSE TO REQUEST FOR PRODUCTION NO. 262:**

7      Larian incorporates by reference the above-stated general objections as

8  if fully set forth herein.  Larian also specifically objects to this request on the

9  grounds that it is overbroad and seeks information not relevant to the subject matter

10  of this lawsuit or reasonably calculated to lead to the discovery of admissible

11  evidence.  Larian also objects to this request on the grounds that it is overbroad,

12  unduly burdensome, and oppressive in seeking documents that show the revenue

13  received by Larian from all Bratz products sold by MGA or its licensees to every

14  customer to whom MGA or its licenses have ever sold any Bratz products.  Larian

15  also objects to this request on the grounds that it seeks confidential, proprietary or

16  commercially sensitive information, the disclosure of which would be inimical to

17  the business interests of Larian and one or more third parties.  Larian also objects to

18  this request to the extent it seeks information the disclosure of which would

19  implicate the rights of third parties to protect private, confidential, proprietary or

20  trade secret information.  Larian also objects to this request to the extent it calls for

21  the disclosure of attorney-client privileged information or information protected

22  from disclosure by the work-product doctrine, joint defense or common interest

23  privilege, or other privilege.  Larian also objects to this request to the extent it seeks

24  documents not within Larian's possession, custody or control.

25      Subject to the foregoing, Larian will produce documents, consistent

26  with the parties' agreement concerning the same requests to MGA in Mattel's

27  Second Set of Requests for Production to MGA, as reflected in MGA's

28  Supplemental Responses to those Requests, within his possession, custody, or

EXHIBIT  25  PAGE  1109      - 253 -      LARIAN'S SUPP. RESPONSE TO MATTEL'S
1ST SET OF REQUESTS FOR PRODUCTION
CV 04-9049 SGL (RNBX)

1    control that are responsive to the request, if any, and that have not already been

2    produced, that he discovers in the course of his reasonable search and diligent

3    inquiry, and to which no privilege or other protection applies, including without

4    limitation, the attorney-client privilege or attorney's work product doctrine.

5    **REQUEST FOR PRODUCTION NO. 263:**

6        DOCUMENTS sufficient to show the revenue and profits derived by

7    YOU or MGA from the sale by YOU, MGA or its licensees of BRATZ

8    PRODUCTS including, without limitation, DOCUMENTS sufficient to show sales

9    revenue, costs of goods sold, variable costs, gross margins, royalties paid and

10    received, gross profits and nets profits.

11    **RESPONSE TO REQUEST FOR PRODUCTION NO. 263:**

12        Larian incorporates by reference the above-stated general objections as

13    if fully set forth herein. Larian also specifically objects to this request on the

14    grounds that it is overbroad and seeks information not relevant to the subject matter

15    of this lawsuit or reasonably calculated to lead to the discovery of admissible

16    evidence. Larian also objects to this request on the grounds that it is overbroad,

17    unduly burdensome, and oppressive in seeking documents that show the revenues

18    and profits derived by Larian or MGA from the sale of all Bratz products by MGA

19    or its licensees. Larian also objects to this request on the grounds that it seeks

20    confidential, proprietary or commercially sensitive information, the disclosure of

21    which would be inimical to the business interests of Larian and one or more third

22    parties. Larian also objects to this request to the extent it seeks information the

23    disclosure of which would implicate the rights of third parties to protect private,

24    confidential, proprietary or trade secret information. Larian also objects to this

25    request to the extent it calls for the disclosure of attorney-client privileged

26    information or information protected from disclosure by the work-product doctrine,

27    joint defense or common interest privilege, or other privilege. Larian also objects

28    to this request to the extent it seeks documents not within Larian's possession,

EXHIBIT __X__ PAGE __1110__    - 254 -    LARIAN'S SUPP. RESPONSE TO MATTEL'S 1ST SET OF REQUESTS FOR PRODUCTION CV 04-9049 SGL (RNBX)

1    custody or control.

2         Subject to the foregoing, Larian will produce documents, consistent

3    with the parties' agreement concerning the same requests to MGA in Mattel's

4    Second Set of Requests for Production to MGA, as reflected in MGA's

5    Supplemental Responses to those Requests, within his possession, custody, or

6    control that are responsive to the request, if any, and that have not already been

7    produced, that he discovers in the course of his reasonable search and diligent

8    inquiry, and to which no privilege or other protection applies, including without

9    limitation, the attorney-client privilege or attorney's work product doctrine.

10   **REQUEST FOR PRODUCTION NO. 264:**

11        DOCUMENTS sufficient to show the revenue and profits derived by

12   YOU or MGA from BRATZ MOVIES including, without limitation,

13   DOCUMENTS sufficient to show sales revenue, costs of goods sold, variable costs,

14   gross margins, royalties paid and received, gross profits and net profits.

15   **RESPONSE TO REQUEST FOR PRODUCTION NO. 264:**

16        Larian incorporates by reference the above-stated general objections as

17   if fully set forth herein.  Larian also specifically objects to this request on the

18   grounds that it is overbroad and seeks information not relevant to the subject matter

19   of this lawsuit or reasonably calculated to lead to the discovery of admissible

20   evidence.  Larian also objects to this request on the grounds that it is overbroad,

21   unduly burdensome, and oppressive in seeking documents that show the revenues

22   and profits derived by Larian or MGA from Bratz movies.  Larian also objects to

23   this request on the grounds that it seeks confidential, proprietary or commercially

24   sensitive information, the disclosure of which would be inimical to the business

25   interests of Larian and one or more third parties.  Larian also objects to this request

26   to the extent it seeks information the disclosure of which would implicate the rights

27   of third parties to protect private, confidential, proprietary or trade secret

28   information.  Larian also objects to this request to the extent it calls for the

1   disclosure of attorney-client privileged information or information protected from

2   disclosure by the work-product doctrine, joint defense or common interest

3   privilege, or other privilege. Larian also objects to this request to the extent it seeks

4   documents not within Larian's possession, custody or control.

5           Subject to the foregoing, Larian will produce documents, consistent

6   with the parties' agreement concerning the same requests to MGA in Mattel's

7   Second Set of Requests for Production to MGA, as reflected in MGA's

8   Supplemental Responses to those Requests, within his possession, custody, or

9   control that are responsive to the request, if any, and that have not already been

10  produced, that he discovers in the course of his reasonable search and diligent

11  inquiry, and to which no privilege or other protection applies, including without

12  limitation, the attorney-client privilege or attorney's work product doctrine.

13  **REQUEST FOR PRODUCTION NO. 265:**

14          DOCUMENTS sufficient to show the revenue and profits derived by

15  YOU or MGA from BRATZ TELEVISION SHOWS including, without limitation,

16  DOCUMENTS sufficient to show sales revenue, costs of goods sold, variable costs,

17  gross margins, royalties paid and received, gross profits and net profits.

18  **RESPONSE TO REQUEST FOR PRODUCTION NO. 265:**

19          Larian incorporates by reference the above-stated general objections as

20  if fully set forth herein. Larian also specifically objects to this request on the

21  grounds that it is overbroad and seeks information not relevant to the subject matter

22  of this lawsuit or reasonably calculated to lead to the discovery of admissible

23  evidence. Larian also objects to this request on the grounds that it is overbroad,

24  unduly burdensome, and oppressive in seeking documents that show the revenues

25  and profits derived by Larian or MGA from Bratz television shows. Larian also

26  objects to this request on the grounds that it seeks confidential, proprietary or

27  commercially sensitive information, the disclosure of which would be inimical to

28  the business interests of Larian and one or more third parties. Larian also objects to

EXHIBIT __25__ PAGE __1112__     - 256 -     LARIAN'S SUPP. RESPONSE TO MATTEL'S
                                              1ST SET OF REQUESTS FOR PRODUCTION
                                              CV 04-9049 SGL (RNBX)

1   this request to the extent it seeks information the disclosure of which would

2   implicate the rights of third parties to protect private, confidential, proprietary or

3   trade secret information.  Larian also objects to this request to the extent it calls for

4   the disclosure of attorney-client privileged information or information protected

5   from disclosure by the work-product doctrine, joint defense or common interest

6   privilege, or other privilege.  Larian also objects to this request to the extent it seeks

7   documents not within Larian's possession, custody or control.

8            Subject to the foregoing, Larian will produce documents, consistent

9   with the parties' agreement concerning the same requests to MGA in Mattel's

10  Second Set of Requests for Production to MGA, as reflected in MGA's

11  Supplemental Responses to those Requests, within his possession, custody, or

12  control that are responsive to the request, if any, and that have not already been

13  produced, that he discovers in the course of his reasonable search and diligent

14  inquiry, and to which no privilege or other protection applies, including without

15  limitation, the attorney-client privilege or attorney's work product doctrine.

16  **REQUEST FOR PRODUCTION NO. 266:**

17           All quarterly and annual profit and loss statements for BRATZ.

18  **RESPONSE TO REQUEST FOR PRODUCTION NO. 266:**

19           Larian incorporates by reference the above-stated general objections as

20  if fully set forth herein.  Larian also specifically objects to this request on the

21  grounds that it is overbroad and seeks information not relevant to the subject matter

22  of this lawsuit or reasonably calculated to lead to the discovery of admissible

23  evidence.  Larian also objects to this request on the grounds that it is overbroad,

24  unduly burdensome, and oppressive in seeking all of MGA's quarterly and annual

25  profit and loss statements for Bratz.  Larian also objects to this request on the

26  grounds that it seeks confidential, proprietary or commercially sensitive

27  information, the disclosure of which would be inimical to the business interests of

28  Larian and one or more third parties.  Larian also objects to this request to the

EXHIBIT __25__ PAGE __1113__          - 257 -          LARIAN'S SUPP. RESPONSE TO MATTEL'S
1ST SET OF REQUESTS FOR PRODUCTION
CV 04-9049 SGL (RNBX)

1  extent it seeks information the disclosure of which would implicate the rights of

2  third parties to protect private, confidential, proprietary or trade secret information.

3  Larian also objects to this request to the extent it calls for the disclosure of attorney-

4  client privileged information or information protected from disclosure by the work-

5  product doctrine, joint defense or common interest privilege, or other privilege.

6  Larian also objects to this request to the extent it seeks documents not within

7  Larian's possession, custody or control.

8        Subject to the foregoing, Larian will produce documents, consistent

9  with the parties' agreement concerning the same requests to MGA in Mattel's

10  Second Set of Requests for Production to MGA, as reflected in MGA's

11  Supplemental Responses to those Requests, within his possession, custody, or

12  control that are responsive to the request, if any, and that have not already been

13  produced, that he discovers in the course of his reasonable search and diligent

14  inquiry, and to which no privilege or other protection applies, including without

15  limitation, the attorney-client privilege or attorney's work product doctrine.

16  **REQUEST FOR PRODUCTION NO. 267:**

17        All sales, profit and cash flow projections or forecasts for BRATZ

18  DOLLS, BRATZ PRODUCTS, BRATZ MOVIES and BRATZ TELEVISION

19  SHOWS.

20  **RESPONSE TO REQUEST FOR PRODUCTION NO. 267:**

21        Larian incorporates by reference the above-stated general objections as

22  if fully set forth herein.  Larian also specifically objects to this request on the

23  grounds that it is overbroad and seeks information not relevant to the subject matter

24  of this lawsuit or reasonably calculated to lead to the discovery of admissible

25  evidence.  Larian also objects to this request on the grounds that it is overbroad,

26  unduly burdensome, and oppressive in seeking all of MGA's profit and cash flow

27  projections and forecasts for Bratz dolls, Bratz products, Bratz movies, and Bratz

28  television shows.  Larian also objects to this request on the grounds that it seeks

EXHIBIT __25__ PAGE __1114__      - 258 -      LARIAN'S SUPP. RESPONSE TO MATTEL'S
1ST SET OF REQUESTS FOR PRODUCTION
CV 04-9049 SGL (RNBX)

1   confidential, proprietary or commercially sensitive information, the disclosure of

2   which would be inimical to the business interests of Larian and one or more third

3   parties.  Larian also objects to this request to the extent it seeks information the

4   disclosure of which would implicate the rights of third parties to protect private,

5   confidential, proprietary or trade secret information.  Larian also objects to this

6   request to the extent it calls for the disclosure of attorney-client privileged

7   information or information protected from disclosure by the work-product doctrine,

8   joint defense or common interest privilege, or other privilege.  Larian also objects

9   to this request to the extent it seeks documents not within Larian's possession,

10  custody or control.

11          Subject to the foregoing, Larian will produce documents, consistent

12  with the parties' agreement concerning the same requests to MGA in Mattel's

13  Second Set of Requests for Production to MGA, as reflected in MGA's

14  Supplemental Responses to those Requests, within his possession, custody, or

15  control that are responsive to the request, if any, and that have not already been

16  produced, that he discovers in the course of his reasonable search and diligent

17  inquiry, and to which no privilege or other protection applies, including without

18  limitation, the attorney-client privilege or attorney's work product doctrine.

19  **REQUEST FOR PRODUCTION NO. 268:**

20          All DOCUMENTS that REFER OR RELATE TO the value of the

21  BRATZ brand.

22  **RESPONSE TO REQUEST FOR PRODUCTION NO. 268:**

23          Larian incorporates by reference the above-stated general objections as

24  if fully set forth herein.  Larian also specifically objects to this request on the

25  grounds that it is overbroad and seeks information not relevant to the subject matter

26  of this lawsuit or reasonably calculated to lead to the discovery of admissible

27  evidence.  Larian also objects to this request on the grounds that it is overbroad,

28  unduly burdensome, and oppressive in seeking all documents that refer or relate to

EXHIBIT 25  PAGE 1115   - 259 -      LARIAN'S SUPP. RESPONSE TO MATTEL'S
                                     1ST SET OF REQUESTS FOR PRODUCTION
                                     CV 04-9049 SGL (RNBX)

1   the value of the Bratz brand.  Larian also objects to this request on the grounds that

2   it is vague and ambiguous in that Larian cannot determine what is meant by or how

3   to calculate "the value of the Bratz brand."  Larian also objects to this request on

4   the grounds that it seeks confidential, proprietary or commercially sensitive

5   information, the disclosure of which would be inimical to the business interests of

6   Larian and one or more third parties.  Larian also objects to this request to the

7   extent it seeks information the disclosure of which would implicate the rights of

8   third parties to protect private, confidential, proprietary or trade secret information.

9   Larian also objects to this request to the extent it calls for the disclosure of attorney-

10  client privileged information or information protected from disclosure by the work-

11  product doctrine, joint defense or common interest privilege, or other privilege.

12  Larian also objects to this request to the extent it seeks documents not within

13  Larian's possession, custody or control.

14          Subject to the foregoing, Larian will produce documents, consistent

15  with the parties' agreement concerning the same requests to MGA in Mattel's

16  Second Set of Requests for Production to MGA, as reflected in MGA's

17  Supplemental Responses to those Requests, within his possession, custody, or

18  control that are responsive to the request, if any, and that have not already been

19  produced, that he discovers in the course of his reasonable search and diligent

20  inquiry, and to which no privilege or other protection applies, including without

21  limitation, the attorney-client privilege or attorney's work product doctrine.

22  **REQUEST FOR PRODUCTION NO. 270:**

23          All DOCUMENTS that evidence, reflect or REFER OR RELATE TO

24  the BRATZ DOLL'S share of the fashion doll market including, without limitation,

25  the extent to which Bratz has been or is gaining or losing market share in the

26  fashion doll market.

27  **RESPONSE TO REQUEST FOR PRODUCTION NO. 270:**

28          Larian incorporates by reference the above-stated general objections as

EXHIBIT 25   PAGE 1116

- 260 -

LARIAN'S SUPP. RESPONSE TO MATTEL'S
1ST SET OF REQUESTS FOR PRODUCTION
CV 04-9049 SGL (RNBX)

1    if fully set forth herein.  Larian also specifically objects to this request on the

2    grounds that it is overbroad and seeks information not relevant to the subject matter

3    of this lawsuit or reasonably calculated to lead to the discovery of admissible

4    evidence.  Larian further objects on the ground that the request is vague and

5    ambiguous.  Larian objects to the extent the documents are equally available to

6    Mattel from third parties.  Larian also objects to this request on the grounds that it

7    is overbroad, unduly burdensome, and oppressive in seeking all documents that

8    evidence, reflect or refer or relate to the Bratz doll's share of the fashion doll

9    market, including the extent to which Bratz has been or is gaining or losing market

10   share in the fashion doll market.  Larian also objects to this request on the grounds

11   that it seeks confidential, proprietary or commercially sensitive information, the

12   disclosure of which would be inimical to the business interests of Larian and one or

13   more third parties.  Larian also objects to this request to the extent it seeks

14   information the disclosure of which would implicate the rights of third parties to

15   protect private, confidential, proprietary or trade secret information.  Larian also

16   objects to this request to the extent it calls for the disclosure of attorney-client

17   privileged information or information protected from disclosure by the work-

18   product doctrine, joint defense or common interest privilege, or other privilege.

19   Larian also objects to this request to the extent it seeks documents not within

20   Larian's possession, custody or control.

21            Subject to the foregoing, Larian will produce documents, consistent

22   with the parties' agreement concerning the same requests to MGA in Mattel's

23   Second Set of Requests for Production to MGA, as reflected in MGA's

24   Supplemental Responses to those Requests, within his possession, custody, or

25   control that are responsive to the request, if any, and that have not already been

26   produced, that he discovers in the course of his reasonable search and diligent

27   inquiry, and to which no privilege or other protection applies, including without

28   limitation, the attorney-client privilege or attorney's work product doctrine.

EXHIBIT 25    PAGE 117        - 261 -    LARIAN'S SUPP. RESPONSE TO MATTEL'S
                                          1ST SET OF REQUESTS FOR PRODUCTION
                                          CV 04-9049 SGL (RNBX)

1    **REQUEST FOR PRODUCTION NO. 271:**

2         DOCUMENTS sufficient to show each of YOUR position(s), titles

3    and functions with and relationship to MGA, including without limitation with or to

4    MGA Entertainment HK Limited and MGAE de Mexico, S.r.l. de C.V.

5    **RESPONSE TO REQUEST FOR PRODUCTION NO. 271:**

6         Larian incorporates by reference the above-stated general objections as

7    if fully set forth herein.  Larian also specifically objects to this request on the

8    grounds that it is overbroad and seeks information not relevant to the subject matter

9    of this lawsuit or reasonably calculated to lead to the discovery of admissible

10   evidence.  Larian also objects to this request on the grounds that it seeks

11   confidential, proprietary or commercially sensitive information, the disclosure of

12   which would be inimical to the business interests of Larian and one or more third

13   parties.  Larian also objects to this request to the extent it seeks information the

14   disclosure of which would implicate the rights of third parties to protect private,

15   confidential, proprietary or trade secret information.  Larian also objects to this

16   request to the extent that it seeks information in the public record and, thus, equally

17   available to Mattel.  Larian also objects to this request to the extent it calls for the

18   disclosure of attorney-client privileged information or information protected from

19   disclosure by the work-product doctrine, joint defense or common interest

20   privilege, or other privilege.

21        Subject to the foregoing, Larian will produce documents sufficient to

22   make the requested showing pertaining to MGA Entertainment, Inc., MGA

23   Entertainment HK Limited and MGAE de Mexico, S.r.l. de C.V., within his

24   possession, custody, or control that are responsive to the request, if any, and that

25   have not already been produced, that he discovers in the course of his reasonable

26   search and diligent inquiry, and to which no privilege or other protection applies,

27   including without limitation, the attorney-client privilege or attorney's work

28   product doctrine.

EXHIBIT __25__ PAGE __1118__     - 262 -     LARIAN'S SUPP. RESPONSE TO MATTEL'S
1ST SET OF REQUESTS FOR PRODUCTION
CV 04-9049 SGL (RNBX)

1  **REQUEST FOR PRODUCTION NO. 272:**

2          All DOCUMENTS RELATING TO the ownership of MGA

3  Entertainment HK Limited.

4  **RESPONSE TO REQUEST FOR PRODUCTION NO. 272:**

5          Larian incorporates by reference the above-stated general objections as

6  if fully set forth herein.  Larian also specifically objects to this request on the

7  grounds that it is overbroad and seeks information not relevant to the subject matter

8  of this lawsuit or reasonably calculated to lead to the discovery of admissible

9  evidence.  Larian also objects to this request on the grounds that it seeks

10  confidential, proprietary or commercially sensitive information, the disclosure of

11  which would be inimical to the business interests of Larian and one or more third

12  parties.  Larian also objects to this request to the extent it seeks information the

13  disclosure of which would implicate the rights of third parties to protect private,

14  confidential, proprietary or trade secret information.  Larian also objects to this

15  request to the extent it calls for the disclosure of attorney-client privileged

16  information or information protected from disclosure by the work-product doctrine,

17  joint defense or common interest privilege, or other privilege.  Larian also objects

18  to this request to the extent it seeks documents not within Larian's possession,

19  custody or control.

20          Subject to the foregoing, Larian will produce documents sufficient to

21  show the ownership of MGA Entertainment HK Limited and MGAE de Mexico,

22  S.r.l. de C.V. within his possession, custody, or control that are responsive to the

23  request, if any, and that have not already been produced, that he discovers in the

24  course of his reasonable search and diligent inquiry, and to which no privilege or

25  other protection applies, including without limitation, the attorney-client privilege

26  or attorney's work product doctrine.

27  **REQUEST FOR PRODUCTION NO. 273:**

28          All DOCUMENTS RELATING TO the ownership of MGAE de

EXHIBIT _25_ PAGE _1119_          - 263 -          LARIAN'S SUPP. RESPONSE TO MATTEL'S
1ST SET OF REQUESTS FOR PRODUCTION
CV 04-9049 SGL (RNBX)

1   Mexico, S.r.l. de C.V.

2   **RESPONSE TO REQUEST FOR PRODUCTION NO. 273:**

3         Larian incorporates by reference the above-stated general objections as

4   if fully set forth herein.  Larian also specifically objects to this request on the

5   grounds that it is overbroad and seeks information not relevant to the subject matter

6   of this lawsuit or reasonably calculated to lead to the discovery of admissible

7   evidence.  Larian also objects to this request on the grounds that it seeks

8   confidential, proprietary or commercially sensitive information, the disclosure of

9   which would be inimical to the business interests of Larian and one or more third

10   parties.  Larian also objects to this request to the extent it seeks information the

11   disclosure of which would implicate the rights of third parties to protect private,

12   confidential, proprietary or trade secret information.  Larian also objects to this

13   request to the extent it calls for the disclosure of attorney-client privileged

14   information or information protected from disclosure by the work-product doctrine,

15   joint defense or common interest privilege, or other privilege.  Larian also objects

16   to this request to the extent it seeks documents not within Larian's possession,

17   custody or control.

18         Subject to the foregoing, Larian will produce documents sufficient to

19   show the ownership of MGA Entertainment HK Limited and MGAE de Mexico,

20   S.r.l. de C.V. within his possession, custody, or control that are responsive to the

21   request, if any, and that have not already been produced, that he discovers in the

22   course of his reasonable search and diligent inquiry, and to which no privilege or

23   other protection applies, including without limitation, the attorney-client privilege

24   or attorney's work product doctrine.

25   **REQUEST FOR PRODUCTION NO. 274:**

26         An electronic copy of each DOCUMENT that YOU have produced in

27   this action, or that is responsive to these Requests, that is or was created, prepared,

28   generated, maintained or transmitted in digital form.

EXHIBIT 25 PAGE 1170     - 264 -     LARIAN'S SUPP. RESPONSE TO MATTEL'S
1ST SET OF REQUESTS FOR PRODUCTION
CV 04-9049 SGL (RNBX)

**RESPONSE TO REQUEST FOR PRODUCTION NO. 274:**

1. Larian incorporates by reference the above-stated general objections as if fully set forth herein. Larian also specifically objects to this request on the grounds that is overbroad, unduly burdensome and oppressive, particularly as to the expense associated with producing to Mattel in electronic form documents that Larian has already produced, or will produce in response to these requests, in another form, and seeks documents that are not relevant nor likely to lead to the discovery of admissible evidence.

Subject to the foregoing, Larian will produce all documents within his possession, custody, or control that are responsive to the request, if any, in compliance with the parties' agreements governing the production of electronic documents and metadata, and that have not already been produced, that he discovers in the course of his reasonable search and diligent inquiry, and to which no privilege or other protection applies, including without limitation, the attorney-client privilege or attorney's work product doctrine.

**REQUEST FOR PRODUCTION NO. 275:**

The metadata for each DOCUMENT that YOU have produced in this action, or that is responsive to these Requests, that is or was created, prepared, generated, maintained or transmitted in digital form.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 275:**

Larian incorporates by reference the above-stated general objections as if fully set forth herein. Larian also specifically objects to this request on the grounds that is it unduly burdensome and oppressive, particularly as to the expense associated with producing metadata to Mattel for each digital document that Larian has already produced, or will produce in response to these requests, if any and seeks documents that are not relevant nor likely to lead to the discovery of admissible evidence. Larian also objects to this request to the extent it calls for the disclosure of attorney-client privileged information or information protected from disclosure

EXHIBIT __25__ PAGE __1121__    - 265 -    LARIAN'S SUPP. RESPONSE TO MATTEL'S
1ST SET OF REQUESTS FOR PRODUCTION
CV 04-9049 SGL (RNBX)

1  by the work-product doctrine, joint defense or common interest privilege, or other

2  privilege.

3          Subject to the foregoing, Larian will produce all documents within his

4  possession, custody, or control that are responsive to the request, if any, in

5  compliance with the parties' agreements governing the production of electronic

6  documents and metadata, and that have not already been produced, that he

7  discovers in the course of his reasonable search and diligent inquiry, and to which

8  no privilege or other protection applies, including without limitation, the attorney-

9  client privilege or attorney's work product doctrine.

10  **REQUEST FOR PRODUCTION NO. 276:**

11          To the extent not produced in response to any other Request for

12  Production, all DOCUMENTS and tangible things upon which YOU intend to rely

13  in this ACTION.

14  **RESPONSE TO REQUEST FOR PRODUCTION NO. 276:**

15          Larian incorporates by reference the above-stated general objections as

16  if fully set forth herein.  Larian also specifically objects to this request on the

17  grounds that it is overbroad and unduly burdensome in that it calls for all

18  documents and tangible things upon which Larian intends to rely in this action.

19  Larian also objects to this request on the grounds that it calls for legal conclusions.

20  Larian also objects to this request on the grounds that it seeks information in

21  Mattel's possession and/or in the public record, and/or equally available to Mattel.

22  Larian also objects to this request to the extent it calls for the disclosure of attorney-

23  client privileged information or information protected from disclosure by the work-

24  product doctrine, joint defense or common interest privilege, or other privilege.

25          Subject to the foregoing, Larian will produce all documents, and make

26  available for inspection all tangible things, within his possession, custody, or

27  control that are responsive to the request, if any, and that have not already been

28  produced, that he discovers in the course of his reasonable search and diligent

EXHIBIT __2٤__ PAGE __١٢٢__ - 266 -   LARIAN'S SUPP. RESPONSE TO MATTEL'S
                                      1ST SET OF REQUESTS FOR PRODUCTION
                                      CV 04-9049 SGL (RNBX)

1  inquiry, and to which no privilege or other protection applies, including without

2  limitation, the attorney-client privilege or attorney's work product doctrine.

3

4       Dated:        September 25, 2007

5                                             DIANA M. TORRES
                                              DALE M. CENDALI
6                                             WILLIAM J. CHARRON
                                              O'MELVENY & MYERS LLP
7

8                                    By: _William Charron / BJJ_
9                                             William J. Charron
                                              Attorneys for Plaintiff
10                                            MGA Entertainment, Inc.

11

12  CC1:771428.2

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1    DALE M. CENDALI (admitted pro hac vice)
     dcendali@omm.com
2    MARC FEINSTEIN (S.B. #158901)
     mfeinstein@omm.com
3    O'MELVENY & MYERS LLP
     400 S. Hope Street, 18th Floor
4    Los Angeles, CA  90071-2899
     Telephone:  (213) 430-6000
5    Facsimile:   (213) 430-6407

6    PATRICIA GLASER (S.B. #55668)
     pglaser@chrisglase.com
7    Christensen, Glaser, Fink, Jacobs, Weil &
     Shapiro, LLP
8    10250 Constellation Boulevard, 19th Floor
     Los Angeles, CA 90067
9    Telephone:  (310) 553-3000
     Facsimile:   (310) 557-9815
10   Attorneys for MGA Entertainment, Inc.

11              UNITED STATES DISTRICT COURT

12             CENTRAL DISTRICT OF CALIFORNIA

13                   EASTERN DIVISION

14

15   CARTER BRYANT, an individual,        Case No.  CV 04-9049 SGL (RNBx)
                                          (consolidated with CV 04-9059 & 05-
16                     Plaintiff,         2727)

17        v.                              PROOF OF SERVICE

18   MATTEL, INC., a Delaware             Hearing Date:  T.B.D.
     corporation,                         Time:  T.B.D.
19                                        Discovery Cutoff: January 1, 2008
                       Defendant.         Trial Date: April 29, 2008
20

21   AND CONSOLIDATED ACTIONS

22

23

24

25

26

27

28

EXHIBIT 25 PAGE 1184

**PROOF OF SERVICE**

1

2        I, Gwen Chavez, declare:

3        I am a resident of the State of California and over the age of eighteen years, and not a party to the within action; my business address is 400 South Hope Street, Los Angeles, California 90071-2899.  On September 28, 2007, I served the within documents:

**ISAAC LARIAN'S SUPPLEMENTAL RESPONSES TO MATTEL, INC.'S FIRST SET OF REQUESTS FOR DOCUMENTS AND THINGS**

☒    by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as set forth below.  I am readily familiar with the firm's practice of collecting and processing correspondence for mailing.  Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

Michael H. Page
Keker & Van Nest LLP
710 Sansome Street
San Francisco, CA 94111
mpage@kvn.com
(Attorneys for Carter Bryant)

Patricia Glaser
Christensen, Glaser, Fink, Jacobs, Weil & Shapiro, LLP
10250 Constellation Boulevard, 19th Floor
Los Angeles, CA 90067
pglaser@chrisglase.com
(Attorneys for MGA Entertainment, Inc.)

James W. Spertus
Law Office of James W. Spertus
12100 Wilshire Blvd., Suite 620
Los Angeles, CA  90025
Jim@Spertuslaw.com

EXHIBIT __25__ PAGE __1125__    1        PROOF OF SERVICE

1    ☒    by causing to be personally served the document(s) listed above on the person(s) listed below.

2

3         Michael T. Zeller
          Timothy Alger
          Quinn Emanuel Urquhart Oliver & Hedges, LLP
4         865 South Figueroa Street, 10th Floor
          Los Angeles, CA 90017
5         timalger@quinnemanuel.com
          (Attorneys for Mattel, Inc.)
6

7

8

9         I declare under penalty of perjury under the laws of the United
    States that the above is true and correct.
10
          Executed on September 28, 2007, at Los Angeles, California.
11

12

13

14                                                    Gwen Chavez

15

16

17

18

19

20

21

22

23

24

25

26

27

28

EXHIBIT  25  PAGE  1126            2            PROOF OF SERVICE