1  QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
     John B. Quinn (Bar No. 090378)
2    (johnquinn@quinnemanuel.com)
     Michael T. Zeller (Bar No. 196417)
3    (michaelzeller@quinnemanuel.com)
     Jon D. Corey (Bar No. 185066)
4    (joncorey@quinnemanuel.com)
     865 South Figueroa Street, 10th Floor
5  Los Angeles, California 90017-2543
   Telephone:  (213) 443-3000
6  Facsimile:  (213) 443-3100

7  Attorneys for Mattel, Inc.

8

9              UNITED STATES DISTRICT COURT

10           CENTRAL DISTRICT OF CALIFORNIA

11                   EASTERN DIVISION

| 12  CARTER BRYANT, an individual, | CASE NO. CV 04-9049 SGL (RNBx) |
|---|---|
| 13            Plaintiff, | Consolidated with<br>Case Nos. CV 04-09059 & CV 05-2727 |
| 14        vs. | Hon. Stephen G. Larson |
| 15  MATTEL, INC., a Delaware corporation, | [PUBLIC REDACTED]<br>DECLARATION OF JON D. COREY |
| 16 | IN SUPPORT OF MATTEL, INC.'S<br>OPPOSITION TO CARTER BRYANT |
| 17            Defendant. | AND MGA DEFENDANTS' *EX PARTE* APPLICATION TO COMPEL |
| 18  AND CONSOLIDATED ACTIONS | PROPERLY NOTICED<br>DEPOSITIONS |
| 19 | Hearing Date:      January 7, 2008 |
| 20 | Time:   10:00 a.m.<br>Place:  Courtroom 1 |
| 21 | **Phase 1** |
| 22 | Discovery Cut-Off:      January 28, 2008<br>Pre-Trial Conference:  May 5, 2008 |
| 23 | Trial Date:              May 27, 2008 |

24

25

26

27

28

## DECLARATION OF JON D. COREY

I, Jon D. Corey, declare as follows:

1.      I am a member of the bars of the State of California and the District of Columbia. I am a partner at Quinn Emanuel Urquhart Oliver & Hedges, LLP, attorneys for Mattel, Inc. ("Mattel"). Unless otherwise noted, I make this declaration of personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify competently thereto.

2.      MGA noticed the depositions of Maureen Tofoya, Theresa Newcomb, Tim Kilpin, Sheila Kyaw, Kevin Farr, Jean Gomez, Hoi Hoffman-Briggs, Evelyn Viohl, Robert Simoneau, and Milt Zablow on December 12, 2007. See Declaration of Paul M. Eckles in Support of Carter Bryant and MGA Defendants' *Ex Parte* Application to Compel Properly Noticed Depositions, dated January 4, 2007 ("Eckles Dec.") at ¶ 3. This was the first time Defendants informed Mattel that they wished to depose these individuals.

3.      To my knowledge, Defendants have not served subpoenas on any of these individuals, nor have they ever attempted to do so. Defendants also have never asked Mattel's counsel whether they are authorized to accept service of a subpoena on their behalf.

4.      Tim Kilpin, Kevin Farr, and Evelyn Viohl currently hold executive positions at Mattel. The remaining seven individuals Defendants seek to depose do not hold, and have never held, executive positions at Mattel.

5.      Robert Simoneau and Milt Zablow are no longer employed by Mattel. Counsel for Mattel currently represents Mr. Simoneau, and is currently engaged in discussions to represent Mr. Zablow, although no agreement has been reached to date.

6.      On December 20, 2007, I participated in a telephonic conference with Paul Eckles, counsel for MGA, regarding the scheduling of depositions. During that conference, Mattel offered to provide a deposition date for one of the

1    ten additional people Defendants noticed on December 12, 2007.  Defendants did

2    not during that conference or thereafter identify any individual that they wished to

3    depose.

4              7.      Mattel and MGA each deposed third-party witness Maureen

5    Tkacik on September 28, 2007.  Although Mattel noticed Ms. Tkacik's deposition,

6    MGA's questions to Ms. Tkacik comprised the majority of her deposition.

7              8.      Mattel designated each of the following individuals as <u>Rule</u>

8    30(b)(6) witnesses: Julia Marine, Arnoldo Artavia, Fred Kawashima, Rodney

9    Palmer, Kislap Ongchango, Lissa Freed, Sandy Yonemoto, Joni Pratte, Julia Jensen,

10   Rene Pasko, Robert Hudnut, and Jill Nordquist.  I have reviewed the deposition

11   transcripts of these witnesses and also personally defended several of these

12   depositions.  With the exception of the depositions of Ms. Marine, Mr. Artavia, Mr.

13   Kawashima, and Mr. Palmer, counsel for Defendants significantly exceeded the

14   scope of Mattel's designations for each of these witnesses.

15             9.      Taking into account the depositions of Mattel's <u>Rule</u> 30(b)(6)

16   witnesses where Defendants significantly exceeded the scope of their designations,

17   Defendants have taken 17 depositions to date: Alan Kaye, Ann Driskill, Anna Rhee,

18   Cassidy Park, Liliana Martinez, Richard De Anda, Kumi Croom, Maureen Tcacik,

19   Mattel (Julia Marine, Arnoldo Artavia, Fred Kawashima, Rodney Palmer), Kislap

20   Ongchango, Lissa Freed, Sandy Yonemoto, Joni Pratte, Julia Jensen, Rene Pasko,

21   Rob Hudnut, and Jill Nordquist.  Prior to December 12, 2007, when Defendants

22   noticed the ten additional depositions now at issue, Defendants had also requested

23   the depositions of Adrianne Fontanella, Matt Bousquette, Tina Patel, Brian Hooks,

24   Robert Eckert, and Ivy Ross, for a total of 23 depositions.

25             10.     Attached as Exhibit 1 is a true and correct copy of the Court's

26   Scheduling Order, dated February 12, 2007.

27             11.     Attached as Exhibit 2 is a true and correct copy of relevant

28   excerpts of the deposition transcript of Sandy Yonemoto, dated May 30, 2007.

DECLARATION OF JON COREY

1       12..    Attached as Exhibit 3 is a true and correct copy of relevant

2   excerpts of the deposition transcript of Jill Nordquist, dated July 31, 2007.

3       13.     Attached as Exhibit 4 is a true and correct copy of relevant

4   excerpts of the deposition transcript of Joni Pratte, dated June 1, 2007.

5       14.     Attached as Exhibit 5 is a true and correct copy of relevant

6   excerpts of the deposition transcript of Robert Hudnut, dated July 13, 2007.

7       15.     Attached as Exhibit 6 is a true and correct copy of the April 4,

8   2007 Transcript from the Hearing Regarding Scheduling 30(b)(6) Depositions.

9       16.     Attached as Exhibit 7 is are true and correct copies of documents

10  relating to the DIVA STARZ project, Bates numbered M 0016585-M0016586.001,

11  M0016817, M0016504, TP0008, TP 0009, and TP0011.

12      I declare under penalty of perjury under the laws of the United States of

13  America that the foregoing is true and correct.

14      Executed on January 6, 2008, at Los Angeles, California.

15

16                              /s/ Jon D. Corey
                                Jon D. Corey

17

18

19

20

21

22

23

24

25

26

27

28