CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1   markets.

 2       Q.   Was My Scene launched in the international

 3   markets at the same time it was launched in the

 4   United States?

 5       A.   I don't remember.                          05:00PM

 6       Q.   When you moved from International to

 7   Domestic Marketing, did you retain responsibility

 8   for -- well, was the My Scene product line within

 9   your area of responsibility in Marketing?

10       A.   No.                                         05:01PM

11       Q.   Whose responsibility was it?

12       A.   Debbie Haag.

13       Q.   And who is Debbie Haag?  What was her

14   position at Mattel?

15       A.   When she left Mattel, she was a Senior      05:01PM

16   Director of Marketing.

17       Q.   Do you know when she left?

18       A.   I don't know the exact date.  Sometime in

19   the last year, I believe.

20       Q.   Do you know where she went?                 05:01PM

21       A.   Immediately when she left or where she is

22   now?

23       Q.   Immediately -- well, where is she now, do

24   you know?

25       A.   Now she's at a small company whose name I   05:02PM

                                                               230
```

CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
1    don't know.

2         Q.   Is it local?

3         A.   I believe so.

4         Q.   Do you know where she lives?

5         A.   Yes.                                    05:02PM

6         Q.   Where?

7         A.   In Palos Verdes.

8         Q.   So very local.

9         A.   Yes.

10        Q.   Have you talked to Ms. Haag since she's left 05:02PM

11   Mattel?

12        A.   Yes.

13        Q.   Is she a personal friend?

14        A.   Yes.

15        Q.   Do you know the circumstances under which   05:02PM

16   she left Mattel?

17        A.   I --

18        Q.   Did she leave voluntarily?

19        A.   Yes.

20        Q.   When you switched from International to      05:02PM

21   Domestic Marketing, was Ms. Haag a counterpart of

22   yours?  In other words, did she have essentially the

23   same position?

24        A.   At which time, I'm sorry?

25        Q.   When you switched from International to      05:03PM
```

231

EXHIBIT 3 PAGE 195

CONFIDENTIAL - ATTORNEYS' EYES ONLY

1    Domestic Marketing.

2        A.    At the time when I switched from

3    International to Domestic I was promoted from Senior

4    Manager to Director.   Debbie was already a director

5    at that time.                                    05:03PM

6        Q.    So then you were both directors in Domestic

7    Marketing at Mattel at the same time?

8        A.    Yes, for some period of time.   I'm not sure

9    of the timing of when she was promoted to Senior

10   Director.   It could have been right around that    05:03PM

11   time.   I don't know.

12       Q.    Did you report to her?

13       A.    No.

14       Q.    Do you know how quickly the My Scene doll

15   line was developed?                               05:04PM

16       A.    No.

17       Q.    Do you know anything about the origin of the

18   My Scene doll?

19       A.    No.

20       Q.    What was the -- what was the original target 05:04PM

21   market for My Scene?

22            MR. COREY:   Objection:   calls for

23   speculation.

24            THE WITNESS:   I don't know the original.   I

25   only know from when I came back from maternity     05:04PM

                                                        232

CONFIDENTIAL - ATTORNEYS' EYES ONLY

1  leave.

2  BY MS. TORRES:

3      Q.   Fair enough.  What was the target market in

4  2002 when you came back from maternity leave?

5      A.   It was my understanding that it was girls 7   05:05PM

6  plus.

7      Q.   And did that turn out to be the actual

8  demographic for the core customers, core consumers?

9      A.   I don't know.

10     Q.   Do you recall at any point in time that the   05:05PM

11 target market was from -- was girls 8 to 12?

12     A.   That falls under seven plus.  All I know is

13 that it was seven plus.  I don't know specific ages.

14     Q.   Do you know what the demographic of the

15 actual core consumer is today for My Scene?   05:05PM

16     A.   No.

17     Q.   Do you know what the demographic of the

18 actual core consumer was when you stopped having any

19 responsibility for My Scene?

20     A.   When I stopped having responsibility for My   05:05PM

21 Scene, it was considered older girl and that meant

22 seven plus.

23          (Deposition Exhibit 544 was marked

24    for identification and is annexed hereto.)

25  /  /  /

05:06PM

233

CONFIDENTIAL.- ATTORNEYS' EYES ONLY

1    BY MS. TORRES:

2        Q.   I'm going to ask the court reporter to mark

3    as the next exhibit which I think is 454? -- 544.

4    Are you familiar at all with this document?

5        A.   No.
                                                    05:08PM
6        Q.   Have you ever heard of a media brief?

7        A.   Yes.

8        Q.   What is it?

9        A.   It's a brief that you fill out -- that a

10   Marketing person would fill out and give to the       05:08PM

11   Media team to help them buy media and place T.V. or

12   print ads against.

13       Q.   In 2004 do you recall whether or not you had

14   any responsibility for My Scene?

15       A.   I had no responsibility for My Scene in      05:08PM

16   2004.

17       Q.   Do you know who did?

18       A.   Yes.

19       Q.   Who?

20       A.   Debbie Haag.
                                                    05:08PM
21            MR. COREY:  And this is for Marketing?

22            MS. TORRES:  Yes.

23       Q.   If you look at box 3, "Depth/Breadth:  My

24   Scene consumers are buying into the brand between

25   the ages of 6-9, with peak purchase at age 7.  Age 6  05:09PM

                                                           234

CONFIDENTIAL - ATTORNEYS' EYES ONLY

1    and under:  25% Age 7-10 60% Age 11+ 15%."  Is that

2    the -- is that information intended to represent the

3    age of the kids for whom the dolls are being

4    purchased?

5           MR. COREY:  Objection:  calls for                    05:09PM

6    speculation, lacks foundation.

7           THE WITNESS:  I don't know.

8    BY MS. TORRES:

9       Q.   Did you ever have to fill out a media brief?

10      A.   Yes, but not this format.                           05:09PM

11      Q.   Not in this format?

12      A.   No.

13      Q.   Did you have anything similar at all to

14   question No. 3, depth/breadth?

15          MR. COREY:  In the ones that she filled out? 05:10PM

16          MS. TORRES:  Yes.

17          THE WITNESS:  In the ones I filled out I

18   would identify the age target.

19      Q.   Is the age target the same as the actual age

20   of the consumers or is it different?                        05:10PM

21      A.   It's -- it's similar but there's certain

22   products that have greater -- certain themes that

23   extend broader.

24      Q.   So you may have -- you may target one age

25   group and it may actually appeal to a broader age          05:10PM

                                                                    235

EXHIBIT 3  PAGE 199    Veritext National Deposition & Litigation Services
                              866 299-5127

CONFIDENTIAL - ATTORNEYS' EYES ONLY

1    group?

2        A.    Correct.

3        Q.    But generally speaking the target and the

4    consumers are fairly similar?

5        MR. COREY:  Objection: mischaracterizes her  05:10PM

6    testimony.

7        THE WITNESS:  It depends on the product

8    line.

9    BY MS. TORRES:

10       Q.    In the time that you were involved in        05:11PM

11   marketing for girls dolls was it Mattel's practice

12   to target the -- the demographic of its actual

13   consumers?

14       MR. COREY:  Objection:  calls for

15   speculation.

16                                                          05:11PM
         THE WITNESS:  The only knowledge I have is

17   the brands for which I was responsible and the media

18   targets for those specific brands.

19   BY MS. TORRES:

20       Q.    And for the specific brands for which you    05:11PM

21   were responsible was it the practice to target

22   the -- more or less the actual demographic of the

23   product's consumers?

24       MR. COREY:  Same objection.

25       THE WITNESS:  Generally we would target a          05:11PM

                                                            236

CONFIDENTIAL - ATTORNEYS' EYES ONLY

1   range -- an age range --

2   BY MS. TORRES:

3       Q.   I'm sorry.

4       A.   -- of consumers.

5       Q.   And that age range of consumers was fairly   05:12PM

6   close to the actual age range of the actual

7   consumers, correct?

8            MR. COREY:  Objection:  calls for

9   speculation.

10           THE WITNESS:  Without knowing specifically   05:12PM

11  by product in terms of like NPD and who had

12  purchased what, I don't know.

13  BY MS. TORRES:

14      Q.   Let me ask it this way.  It wasn't -- it

15  wasn't your practice when you were doing -- when you   05:12PM

16  were marketing dolls for Mattel to target

17  15-year-olds for products that were actually being

18  bought by 6-year-olds, correct?

19      A.   That's correct.

20      Q.   So you were trying to target the actual

21  consumer with your marketing?                          05:12PM

22           MR. COREY:  Same objection.  You've kind of

23  got a chicken and egg problem that you either --

24  anyway, objection:  calls for speculation.

25           THE WITNESS:  On a given product we would    05:13PM

237

CONFIDENTIAL - ATTORNEYS' EYES ONLY

1   have an age target and we would target that audience

2   but media targets vary so sometimes you'd get a

3   slightly younger, slightly older consumer that would

4   see a given commercial and consequently you'd also

5   sometimes have a slightly younger, slightly older     05:13PM

6   consumer that would buy the product.

7   BY MS. TORRES:

8       Q.   When you discovered that you had a slightly

9   older or slightly younger consumer that was buying

10  the product, was it typically the practice to adjust   05:13PM

11  the marketing to target the slightly older or

12  slightly younger consumer that was actually buying

13  the product?

14       MR. COREY:  Objection:  calls for

15  speculation, compound.
                                                           05:13PM
16       THE WITNESS:  The marketing strategies

17  varied by product so I think the situations varied

18  as well.

19  BY MS. TORRES:

20       Q.   Do you have any information at all as to who 05:14PM

21  put together this 2004 media brief?

22       A.   No.

23       Q.   Would it have been someone at Debbie Haag's

24  level or would it have been somebody below her?

25       MR. COREY:  Objection:  speculation.
                                                           05:14PM
                                                           238

EXHIBIT 3 PAGE 202

CONFIDENTIAL - ATTORNEYS' EYES ONLY

1        THE WITNESS:  I don't know.

2   BY MS. TORRES:

3     Q.   You don't know?

4     A.   I don't.

5        MR. COREY:  Can we take a quick break?        05:14PM

6        MS. TORRES:  Sure.

7        VIDEO OPERATOR:  This is the end of tape 3

8   of Volume I of the deposition of Jill Nordquist.

9   We're off the record at 5:14.

10        (Brief recess.)        05:24PM

11        VIDEO OPERATOR:  We're back on the record at

12   5:24 p.m.  This is the beginning of tape 3 of Volume

13   1 of the deposition of Jill Nordquist in the matter

14   of Mattel, Incorporated versus Carter Bryant, et al.

15        (Deposition Exhibit 545 was marked        05:24PM

16        for identification and is annexed hereto.)

17   BY MS. TORRES:

18     Q.   We were talking earlier this afternoon about

19   a document that you signed in connection with this

20   case and I'm going to ask the court reporter to mark        05:24PM

21   as Exhibit -- I have copies a document -- entitled

22   "Declaration of Jill Nordquist in Support of Mattel,

23   Inc.'s Opposition to MGA Mexico's Motion to Dismiss

24   Mattel's Amended Answer and Counterclaims."

25        Is that what you have there or does she have        05:25PM

                                                        239

CONFIDENTIAL - ATTORNEYS' EYES ONLY

1    the redacted version?

2          MR. COREY:  I'm looking.  It's not the

3    redacted version.

4          MS. TORRES:  I don't want it to be the

5    redacted version.
                                                    05:25PM

6          MR. COREY:  We have -- we have the same

7    thing.

8          MS. TORRES:  Okay.  That's what I want.

9        Q.   If you would take a look at this and tell me

10   if that's your signature on the second page.
                                                    05:26PM

11       A.   Yes, that is.

12       Q.   Is this the document you recall signing in

13   connection with this case?

14       A.   In connection with Mexico or Carter?  I'm

15   confused.
                                                    05:26PM

16       Q.   Well, have you signed more than one document

17   in connection with this case?

18          MR. COREY:  Objection:  vague and ambiguous.

19   I think she's confused when you say "case."  She's

20   not sure what you're talking about.
                                                    05:26PM

21          THE WITNESS:  Yes.  Yeah, I'm not.

22   BY MS. TORRES:

23       Q.   Have you signed more than one document in

24   connection with any litigation between or among

25   Mattel and MGA or Carter Bryant?
                                                    05:26PM
                                                      240

EXHIBIT 2  PAGE 204

CONFIDENTIAL - ATTORNEYS' EYES ONLY

1    Q.    Brisbois, B-r-i-s-b-o-i-s.

2    A.    And the first name?

3    Q.    Jenene.

4    A.    That doesn't sound familiar.

5          MS. TORRES:  It is now 7:02 and I promised        07:03PM

6    counsel he'd make his dinner.  I'm going to adjourn

7    the deposition and reserve our rights to call her

8    back assuming we resolve the dispute as to the time

9    limitation.

10         You can go for now.                                07:03PM

11         MR. COREY:  And you'll put on the same

12   stipulation?

13         MS. TORRES:  What is that stipulation?

14         MR. COREY:  She's relieved of her custodial

15   responsibilities.  The original will be provided to     07:03PM

16   me.  I'll provide it to the witness.  The witness

17   will be able to sign under penalty of perjury and

18   then she'll have 30 days to review the transcript

19   and do that and then I'll provide you with -- within

20   two weeks of receiving her signature I'll provide       07:03PM

21   you with the signature and any changes that the

22   witness has made.

23         MS. TORRES:  Okay.  Sounds good.

24   ////

25

                                                          297

Veritext National Deposition & Litigation Services
866 299-5127

CONFIDENTIAL - ATTORNEYS' EYES ONLY

1          VIDEO OPERATOR:   This is the end of tape 4

2    and concludes Volume 1 of the deposition of Jill          07:03PM

3    Nordquist.   We are off the record at 7:03 p.m.

4

5               (TIME NOTED:   7:03 P.M.)

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

298

EXHIBIT _3_ PAGE 206

CONFIDENTIAL - ATTORNEYS' EYES ONLY



1       I declare under penalty of perjury
2  under the laws of the State of California
3  that the foregoing is true and correct.
4       Executed on  August 23  ,
5  2007, at  El Segundo  ,
6  California.
7
8
9
                    JILL NORDQUIST
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

EXHIBIT 3 PAGE 207

299

CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1    STATE OF CALIFORNIA   ) ss:

 2    COUNTY OF LOS ANGELES )

 3

 4         I, WENDY S. SCHREIBER, CSR No. 3558, do

 5    hereby certify:

 6

 7         That the foregoing deposition of JILL

 8    NORDQUIST was taken before me at the time and place

 9    therein set forth, at which time the witness was

10    placed under oath and was sworn by me to tell the

11    truth, the whole truth, and nothing but the truth;

12         That the testimony of the witness and all

13    objections made by counsel at the time of the

14    examination were recorded stenographically by me,

15    and were thereafter transcribed under my direction

16    and supervision, and that the foregoing pages

17    contain a full, true and accurate record of all

18    proceedings and testimony to the best of my skill

19    and ability.

20         I further certify that I am neither

21    counsel for any party in said action, nor am I

22    related to any party to said action, nor am I in any

23    way interested in the outcome thereof.

24

25
```

EXHIBIT 3 PAGE 208

300

CONFIDENTIAL - ATTORNEYS' EYES ONLY

1          IN WITNESS WHEREOF, I have subscribed my

2     name this 8th day of August, 2007.

3

4

5

6     _____

7          WENDY S. SCHREIBER, CSR No. 3558, RPR

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

        EXHIBIT 3  PAGE 209

                                                        301

CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1                    I N D E X

 2                    VOLUME I

 3

 4   TUESDAY, JULY 31, 2007

 5

 6   WITNESS                       EXAMINATION

 7

 8   JILL NORDQUIST

 9

10       (By Ms. Anderson)              6

11       (By Ms. Torres)             185

12        P. M. Session

13

14

15   START VIDEOTAPE #1:   Page    5

16   START VIDEOTAPE #2:   Page    89

17   START VIDEOTAPE #3:   Page   160

18   START VIDEOTAPE #4:   Page   239

19

20

21

22

23

24

25        EXHIBIT 3  PAGE 210
```

                                                              302

CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1              DEPOSITION EXHIBITS
 2                JILL NORDQUIST
 3
 4    NUMBER              DESCRIPTION           IDENTIFIED
 5
 6    Exhibit 543    Handwritten Drawing              146
 7
 8    Exhibit 544    2004 Media Brief, M 0041479      233
 9
10    Exhibit 545    Declaration of Jill Nordquist    239
11                   In Support of Mattel, Inc.'s
12                   Opposition to MGA Mexico's Motion
13                   To Dismiss Mattel's Amended Answer
14                   And Counterclaims
15
16
17
18                PREVIOUSLY-MARKED EXHIBITS
19                   NUMBER      IDENTIFIED
20                   Exhibit 389      182
21                   Exhibit 413       11
22                   Exhibit 417      168
23
24
25
```

EXHIBIT 3 PAGE 211

303

**EXHIBIT  4**

CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1        UNITED STATES DISTRICT COURT
 2      CENTRAL DISTRICT OF CALIFORNIA
 3            EASTERN DIVISION
                                      Certified Copy
 4
 5   -----------------------------
 6   MATTEL, INC., a Delaware          )
 7   Corporation,                      )
 8              Plaintiff,             )
 9              vs.                    ) No. CV 04-9059
10   CARTER BRYANT, an individual;    ) NM (RNBx)
11   and DOES 1 through 10,           )
12   Inclusive,                        )
13              Defendants.           )
14   -----------------------------   )
15   (COMPLETE CAPTION ON NEXT PAGE.)
16
17      CONFIDENTIAL - ATTORNEYS' EYES ONLY
18
19      Videotaped 30(b)(6) Deposition of
20   JONI PRATTE, taken at 400 South Hope
21   Street, Los Angeles, California,
22   commencing at 10:06 A.M., Friday,
23   June 1, 2007, before Wendy S.
24   Schreiber, CSR No. 3558, RPR, CLR.
25   PAGES 1 - 230
```

Confidential - Attorneys' Eyes Only

EXHIBIT 4 PAGE 212

CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1            UNITED STATES DISTRICT COURT

 2           CENTRAL DISTRICT OF CALIFORNIA

 3                 EASTERN DIVISION

 4

 5     -------------------------------

 6    MATTEL, INC., a Delaware          )

 7    Corporation,                      )

 8              Plaintiff,              )

 9              vs.                     )  No. CV 04-9059

10    CARTER BRYANT, an individual;     )     NM (RNBx)

11    and DOES 1 through 10,            )

12    Inclusive,                        )

13              Defendants.            )

14     ------------------------------- )

15    CARTER BRYANT, on behalf of       )

16    himself, all present and          )

17    former employees of Mattel,       )

18    Inc., and the general public,     )

19              Counter-Claimants,     )

20              vs.                     )

21    MATTEL, INC., a Delaware          )

22    Corporation,                      )

23              Counter-Defendant.     )

24     -------------------------------

25
                                                    2
```

EXHIBIT 4 PAGE 213

CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1    APPEARANCES OF COUNSEL:

 2

 3        FOR THE PLAINTIFF:

 4

 5            QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

 6            BY:  MICHAEL ZELLER, ESQ.

 7            865 South Figueroa Street, Tenth Floor

 8            Los Angeles, California 90017

 9            (213) 443-3000

10            mzeller@quinnemanuel.com

11

12                      -AND-

13

14            MATTEL, INC.

15            BY:  MICHAEL MOORE, ESQ.

16            333 Continental Boulevard

17            El Segundo, California 90245-5012

18            (310) 252-2000

19            michael.moore@mattel.com

20

21

22

23

24

25
                                                    3
```

EXHIBIT 4 PAGE 214

CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1    APPEARANCES (CONTINUED):

 2

 3      FOR THE DEFENDANT AND COUNTERCLAIMANT

 4      CARTER BRYANT:

 5

 6          KEKER & VAN NEST LLP

 7          BY:  MICHAEL PAGE, ESQ.

 8          710 Sansome Street

 9          San Francisco, California 94111-1704

10          (415) 391-5400

11          mpage@kvn.com

12

13      FOR DEFENDANT MGA ENTERTAINMENT, INC.:

14

15          O'MELVENY & MYERS LLP

16          BY:  JAMES JENAL, ESQ.

17          400 South Hope Street

18          Los Angeles, California 90071-2899

19          (213) 430-6000

20          jjenal@omm.com

21

22      ALSO PRESENT:

23

24          RYAN GULINO, VIDEO OPERATOR

25
```

4

EXHIBIT 4  PAGE 215

CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1        LOS ANGELES, CALIFORNIA; FRIDAY, JUNE 1, 2007

 2                      10:06 A.M.

 3              -      -      -      -

 4

 5        VIDEO OPERATOR:  Good morning.  We are on      10:05AM

 6   the record at 10:06 a.m. on June 1st, 2007 for the

 7   videotaped deposition of Joni Pratte.  We are taping

 8   this deposition at 400 South Hope Street, Suite

 9   1800, in Los Angeles on behalf of the defense in the

10   action entitled Mattel Incorporated versus Carter      10:06AM

11   Bryant, et al.  The case number is CV 04-9059 NM

12   (RNBx).

13        My name is Ryan Gulino.  I am the legal

14   videographer from Veritext National Deposition and

15   Litigation Services located at 550 South Hope      10:06AM

16   Street, Suite 1775, in Los Angeles.

17        This is tape No. 1 of Volume 1.  Would

18   counsel please identify yourselves for the record.

19        MR. PAGE:  Michael Page of Keker & VanNest

20   for defendant Carter Bryant.      10:07AM

21        MR. JENAL:  Jim Jenal with O'Melveny & Myers

22   for defendant MGA Entertainment, Inc.

23        MR. ZELLER:  Mike Zeller of Quinn Emanuel

24   for Mattel.

25        MR. MOORE:  Michael Moore, in-house counsel   10:07AM
                                                              5
```

EXHIBIT 4 PAGE 216

CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
1    for Mattel.

2           MR. ZELLER:  And, I'm sorry, if we can just

3    go off the record for a second I want to discuss

4    something about the video for a moment.

5           VIDEO OPERATOR:  Off the record at 10:07.      10:07AM

6           (Discussion held off the record.)

7           VIDEO OPERATOR:  We are back on the record.

8

9                     JONI PRATTE,

10   having been first placed under oath, testified as

11   follows:

12

13                    EXAMINATION

14   BY MR. PAGE:

15       Q.   Good morning, Ms. Pratte.  My name is Mike     10:08AM

16   Page.  I'm Carter Bryant's lawyer.

17       A.   Good morning.

18       Q.   I'll be asking you some questions and when I

19   run out of the stupid ones, Jim will ask you the

20   ones that make sense.                                  10:08AM

21           Have you ever had your deposition taken

22   before?

23       A.   No, I have not.

24       Q.   I'm sure counsel has had a chance to run

25   over the ground rules but a couple of things to keep   10:08AM
```
                                                                                6

EXHIBIT 4  PAGE 217

Veritext National Deposition & Litigation Services

CONFIDENTIAL - ATTORNEYS' EYES ONLY

1    in mind.

2           One, although in conversation you often can

3    tell where a question is going and simply jump in

4    and answer it, the reporter needs to take down my

5    questions and your answers so we both have to try to     10:09AM

6    be unnatural in waiting for the other to finish and

7    pausing and then answering.  We'll both try to do

8    that.

9           More importantly, if at any time my

10   questions don't make sense to you or seem ambiguous,      10:09AM

11   please tell me.  If you guess at what I mean and

12   answer, someone reading the transcript may have a

13   different guess at what I meant and therefore change

14   your answer.  Feel free to at any time ask me to

15   rephrase.                                                 10:09AM

16       A.   Okay.

17       Q.   Any time you want to take a break, just let

18   me know.

19       A.   Excellent.  Thank you.

20       Q.   Do you understand that you're here to           10:09AM

21   testify in certain categories on behalf of Mattel?

22       A.   Yes, I do.

23           (Exhibit 385 previously marked.)

24   BY MR. PAGE:

25       Q.   Let me show you what's been marked as           10:09AM

                                                                      7

CONFIDENTIAL - ATTORNEYS' EYES ONLY

1    Exhibit 385.  Have you seen this document before?

2        A.    No, I do not believe I have.

3        Q.    If you could turn to --

4        A.    I apologize.  I have seen this the first

5    time that I met with counsel.                          10:10AM

6        Q.    If you could turn to page 4 of this

7    document.  Is it your understanding that -- let me

8    strike that.

9            My understanding is that you are here to

10   testify in categories 1 through 8, 13 and 24.  Is      10:10AM

11   that also your understanding?

12           MR. ZELLER:  Sorry, 13 and 24.

13           MR. PAGE:  Did I say 1 through 8?  I meant

14   to say 2 through 8, 13 and 24.

15           THE WITNESS:  Yes.                              10:11AM

16           MR. PAGE:  Mr. Zeller, is it -- we had

17   discussed this earlier.  My understanding is that

18   she's going to be testifying just as to her own

19   knowledge as opposed to information provided to her

20   from other Mattel employees.  Is that correct?         10:11AM

21           MR. ZELLER:  Right.  I mean, she's here to

22   testify so, of course, she'll testify about

23   documents and that sort of thing but, right, she is

24   not someone we have educated on topics that she does

25   not otherwise have knowledge of.                        10:11AM

                                                              8

CONFIDENTIAL - ATTORNEYS' EYES ONLY

1          MR. PAGE:  Excellent.  Once I exhaust her

2    personal knowledge I'm done?

3          MR. ZELLER:  I believe that's correct.

4          MR. PAGE:  Her personal knowledge on the

5    relevant topics.                                10:11AM

6          MR. ZELLER:  Yes.

7    BY MR. PAGE:

8       Q.   Who do you work for?

9       A.   Mattel, Inc.

10      Q.   When did you -- when did you start working    10:11AM

11   for Mattel?

12      A.   I started in October of 1998 as a temporary

13   employee.

14      Q.   And in October of 1998 what was your job?

15      A.   I was a package designer on the customized    10:12AM

16   Barbie line.

17      Q.   What is the customized Barbie line?

18      A.   Customized Packaging would do packaging for

19   dolls specifically for certain consumers -- Toys "R"

20   Us, Target, United States of America, Air Force --    10:12AM

21   that kind of.

22      Q.   I see.  So when you say "customized," it's

23   customized for a particular customer?

24      A.   Correct.

25      Q.   Now, what sort of customization did Mattel    10:12AM

9

CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1    do for particular customers in 1998?

 2        A.   One of the products that I worked on was a

 3    doll that was done for the military installations

 4    and it was a Barbie that came with postcards and I

 5    did the packaging, you know, to be, you know, very      10:12AM

 6    girl-friendly but all about mailing postcards from

 7    around the world.

 8        Q.   I see.  What sort of customizations did

 9    Mattel do for, say, a Target or Toys "R" Us?

10        A.   They would -- in Packaging we would           10:13AM

11    create -- there'd be a doll that was created for the

12    customer which I didn't create the dolls, I only

13    created packaging, and we would design it to, say,

14    Target specifications and it would be exclusively

15    for Target.  It would be their logo.                   10:13AM

16        Q.   I see.  So the dolls themselves would be

17    custom for the consumer, not just the packaging; is

18    that correct?

19        A.   To my knowledge, yes, but I know that it

20    wasn't always that way.                                10:13AM

21        Q.   When you say it wasn't always that way, do

22    you mean that before you were doing it it was

23    different or after you were doing it it was

24    different?

25        A.   I don't have -- I don't have complete         10:13AM
                                                                  10
```

CONFIDENTIAL - ATTORNEYS' EYES ONLY

1    knowledge of what doll was done for what product.

2        Q.   I see.  How long did you continue to work as

3    a temporary employee?

4        A.   Until January of '99.  I became a full-time

5    employee.                                          10:14AM

6        Q.   When you became a full-time employee, what

7    was your job?

8        A.   I was customized package designer at that

9    time.

10       Q.   I see.  So your job essentially stayed the   10:14AM

11   same, it just became full time?

12       A.   Correct.

13       Q.   How long did you stay a customized package

14   designer?

15       A.   Probably nine months and then I traded -- or 10:14AM

16   was shifted to the Main Line doll team.

17       Q.   And when you -- when you were traded to the

18   Main Line doll team, did they get a player to be

19   named?  Sorry.

20            When you went to the Main Line doll team,    10:14AM

21   what did your job become?

22       A.   I was a package designer for our Main Line

23   Barbie doll.

24       Q.   And what -- just to refresh my recollection,

25   what makes a particular Barbie doll a Main Line        10:15AM

11

CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1   Barbie doll as opposed to some other Barbie doll?

 2            MR. ZELLER:  The question is overbroad.

 3            THE WITNESS:  You know, I don't know the

 4   total scope.  In my knowledge of what made it a Main

 5   Line Barbie doll was it was top line or bulk to the        10:15AM

 6   general public.

 7   BY MR. PAGE:

 8      Q.   How long were you a package designer for

 9   Main Line Barbie dolls?

10      A.   I apologize.  It's difficult.  I worked on        10:15AM

11   many Packaging teams within Barbie so I shifted from

12   team to team on a regular basis.

13      Q.   How are Packaging teams organized?  Is there

14   a Packaging team for each particular product or is

15   there sort of a team that moves from product to          10:15AM

16   product?

17            MR. ZELLER:  Can we have a time frame,

18   please?

19   BY MR. PAGE:

20      Q.   Let's see, you went to Main Line Barbie in       10:16AM

21   2000, '99, somewhere in there?

22      A.   '99.

23      Q.   At that time how were Packaging teams --

24      A.   There was a Packaging team of multiple

25   designers, engineers, managers in Packaging that          10:16AM
                                                                   12
```

CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1    created packaging for approximately 60 to -- or so

 2    SKUs.

 3         Q.   Not her first deposition.

 4              And so a given team would continue to exist

 5    and move from product to product; is that correct?     10:16AM

 6         A.   Correct.

 7         Q.   And in, say, 2000 how many packaging teams

 8    were there?

 9         A.   I don't know for sure but my approximation

10    would be eight or nine.                                10:17AM

11         Q.   Okay.  And today how many packaging teams

12    are there?

13         A.   I don't know for sure.

14         Q.   More?

15         A.   Yes.                                         10:17AM

16         Q.   So in 2000 -- strike that.

17              Did each Packaging team have a name?

18         A.   Yes.

19         Q.   How were they named?

20         A.   The names would be the Collector team,       10:17AM

21    Customized team, Main Line team.  Each team, you

22    know, in relationship to the product.

23         Q.   So would the size of the Packaging team vary

24    depending on how many products a given line had?

25         A.   I believe so.                                10:17AM
                                                                   13
```

CONFIDENTIAL - ATTORNEYS' EYES ONLY

1    Q.   I believe you said you were originally in

2    the Main Line Packaging team.

3    A.   I started in Customized.

4    Q.   Right, but when -- you then moved to Main

5    Line?                                          10:18AM

6    A.   Correct.

7    Q.   And did you then -- as best you can,

8    describe to me your moves among packaging teams

9    recognizing that it may be approximate.

10   A.   It will be very approximate.  Are you      10:18AM

11   looking for a time frame?

12   Q.   From -- from 2000 to today, in 25 words or

13   less.

14   A.   I apologize because I've worked -- it might

15   be easier to say that I worked on -- I worked on   10:18AM

16   every Packaging team, I believe, with the exception

17   of Polly Pockets Collector, Disney and I believe

18   that's it while I was in Packaging.

19   Q.   Which leads to the next question.  Did you

20   stop being in Packaging at some point?          10:18AM

21   A.   Yes, I did.

22   Q.   When was that?

23   A.   Approximately three years ago.

24   Q.   So you were in Packaging from 1999 to about

25   2004; is that correct?                          10:19AM

                                                      14

CONFIDENTIAL - ATTORNEYS' EYES ONLY

1       A.   Late 2004, yes.

2       Q.   When you left Packaging, where did you go?

3       A.   I went to Product Design.

4       Q.   And what's your position -- what was your

5   position when you went to Product Design?          10:19AM

6       A.   I was a development designer on the Barbie

7   Fantasy team.

8       Q.   And what did the Barbie Fantasy team do?

9       A.   Created Barbie dolls for all of the Fantasy

10  lines which include Princess Core, Barbie           10:19AM

11  Entertainment, Dream Team -- I'm missing one --

12  Fairytopia.

13      Q.   And as a development designer, what did you

14  do say in 2004 or 2005?

15      A.   I was responsible for taking product from -- 10:19AM

16  that was turned over to me at a prelim stage and

17  getting it to the production level.

18      Q.   What sort of tasks -- well, strike that.

19  We'll come back later.

20           Are you still a development designer?       10:20AM

21      A.   No.

22      Q.   When did -- when did that change?

23      A.   Two weeks ago.

24      Q.   Oh, congratulations, I hope.

25      A.   Thank you.                                  10:20AM

                                                              15

CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1      Q.   What is your new position?

 2      A.   I am Product Design manager.

 3      Q.   Okay.  And as Product Design manager, how

 4   many people report to you?

 5      A.   Six.                                    10:20AM

 6      Q.   And who are they?

 7      A.   Ari Mack, Colleen Brower, Shirley Seng,

 8   Stephanie Freis, Jim Magarasak -- who am I missing?

 9   Somebody.

10      Q.   I won't tell.                           10:20AM

11      A.   Oh, Lisa Sandoval.

12      Q.   Backing up, when you were in Packaging --

13   well, let's focus it down.  What packaging team

14   worked on Diva Starz?

15      A.   Barbie Electronics.                     10:21AM

16      Q.   Were you on the Barbie Electronics Packaging

17   team at the time Diva Starz was being developed?

18      A.   Yes, I was.

19      Q.   What tasks did you perform on the Barbie

20   Electronics Packaging team?                     10:21AM

21      A.   I was a package designer.

22      Q.   What does a package designer do?

23      A.   I was responsible for creating graphics,

24   logos and chip art to go in package and on the

25   outside of package.                             10:21AM
                                                          16
```

CONFIDENTIAL - ATTORNEYS' EYES ONLY

1     Q.    When you say "creating," were you actually

2   the person who drew the packaging, the artist?

3     A.    I was the person who drew the graphics.

4     Q.    Okay.   When you say "the graphics," what do

5   you mean?                                          10:21AM

6     A.    The art.

7     Q.    So does that mean both pictures of dolls or

8   whatever and lettering?

9     A.    Correct.

10     Q.    Was there any portion of packaging that you  10:22AM

11   didn't draw?

12     A.    I didn't design the shape of the box.

13     Q.    But once the box shape was designed, it was

14   essentially a palette and you drew it?

15     A.    Yes.                                         10:22AM

16     Q.    I don't think "palette" is the right word.

17   Sorry.   It's where the ink comes from, not where it

18   goes.

19          What is chip art?

20     A.    Chip art is small pieces of artwork.   Let's  10:22AM

21   use an example saying that we wanted a set of

22   magazines to go into a doll package.   I would create

23   the magazine layout and it would be printed on chip

24   board and put in the package as piece count.

25     Q.    So this would be art that became part of the  10:22AM

17

CONFIDENTIAL - ATTORNEYS' EYES ONLY

1    product, not the packaging, essentially?

2        A.    Both.

3        Q.    How would chip art be part of the package?

4        A.    Because it might pop out from the packaging.

5        Q.    I see.  So it might be shapes within the        10:23AM

6    packaging that were part of the box?

7        A.    Correct.

8        Q.    When did you first begin work -- any work

9    that was connected in any way with Diva Starz?  And

10   by "Diva Starz" I mean the product that ended up        10:23AM

11   marketed as Diva Starz regardless of what it was

12   called at the time.

13       A.    In '99 I began attending team meetings and

14   coming up with ideas for the packaging.

15       Q.    When -- what's the first time you remember   10:23AM

16   knowing of the Diva Starz project at all?

17       A.    I can't give you a specific date.

18       Q.    Can you give me an event?  In other words,

19   how did you first come to know you were going to be

20   working on this project?                               10:24AM

21       A.    I was asked if I wanted to take on Barbie

22   Electronics which would include the Diva Starz and

23   also electronic games.

24       Q.    When you were asked if you wanted to take

25   over Barbie Electronics, what team were you working   10:24AM

                                                             18

EXHIBIT 4 PAGE 229   nal Deposition & Litigation Services
213 623-5005

CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
1    on?

2         A.    I was originally Main Line.

3         Q.    So you went from Main Line to Barbie

4    Electronics?

5         A.    Correct.                          10:24AM

6         Q.    At the time you went to Barbie Electronics

7    was Diva Starz already an ongoing project?

8         A.    I created -- I worked on the original

9    packaging so it was not a product that I was picking

10   up from somebody.                            10:24AM

11        Q.    I see.  So at least from a packaging

12   standpoint you started it?

13        A.    Yes.

14        Q.    When you started working on Diva Starz, at

15   what point in development was -- were the dolls    10:25AM

16   themselves?

17        A.    That would be difficult for me to specify at

18   what point in development they were because I wasn't

19   involved in the development.

20        Q.    As a general matter when you are working --  10:25AM

21   at what point in the development cycle does a

22   product -- does a product come to you for package

23   design?

24        A.    I'll begin seeing product in a team meeting

25   sometimes in a B sheet form which is a sketch.   10:25AM
```

                                                      19

CONFIDENTIAL - ATTORNEYS' EYES ONLY

1    Q.   So your work on packaging will start long

2  before the doll is ready to ship or even close,

3  correct?

4          MR. ZELLER:  Objection.  The question is

5  vague.  Mischaracterizes the witness' testimony.      10:25AM

6          THE WITNESS:  Before it's ready -- you're

7  going to have to be more specific.

8  BY MR. PAGE:

9    Q.   Let me try that a different way.

10         When you say a B sheet, what is a B sheet?   10:25AM

11   A.   It's a drawing of the doll.

12   Q.   Do you know why it's called a B sheet?

13   A.   That's a good question.  I don't know.

14   Q.   That's the next question.  Is there such a

15  thing as an A sheet?                                10:26AM

16   A.   I'm going to have to look now.

17   Q.   Is there such a thing as an A sheet?

18   A.   There is not to my knowledge.

19   Q.   So is a B -- is a B sheet a detailed drawing

20  of a product or can it be just a rough sketch or    10:26AM

21  does it vary?

22    A.   It can be either of those things.  It can be

23  a detailed drawing or a rough sketch.

24   Q.   And sometimes you'll start work on packaging

25  from a rough sketch, sometimes from a detailed      10:26AM

                                                         20

EXHIBIT 4   PAGE 231

CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
1    drawing; is that correct?

2        A.    Depending upon the complexity of the

3    product.

4        Q.    I see.  Do you ever start work on packaging

5    design before you know the size of a doll?        10:26AM

6        A.    Unfortunately, yes.

7        Q.    In the case of Diva Starz, what is the first

8    input you got on what to do?

9        A.    Can you be more specific?

10       Q.    Well, you said that sometimes you'll start   10:27AM

11   work on packaging based on a B sheet.  Was that the

12   case on Diva Starz?

13       A.    I believe that we saw a -- to my

14   recollection I believe I saw a prototype and

15   drawings.                                           10:27AM

16       Q.    When you say "a prototype," what do you

17   mean?

18       A.    A conceptual doll that was

19   three-dimensional.

20       Q.    So how rough or finished was the doll?     10:27AM

21       A.    Very rough.

22       Q.    So was it just -- strike that.

23             Did it have hair?

24       A.    Yes.

25       Q.    Was it -- what was it made out of?         10:28AM
                                                               21
```

CONFIDENTIAL - ATTORNEYS' EYES ONLY

1    A.   The hair?

2    Q.   No, no.  Sorry.  Good.  Thank you for saving

3    that question.

4         What was the doll made out of?

5    A.   I don't know specifically what the doll was    10:28AM

6    made out of but to me it looked like a form of

7    plastic.

8    Q.   I see.  Was it -- did any of the electronics

9    function?

10   A.   I apologize, I can't remember.               10:28AM

11   Q.   Did it have any of the removable clothing or

12   accessories?

13   A.   Yes.

14   Q.   It did.  Okay.  Did it -- did its head move

15   by itself?                                         10:28AM

16   A.   The first prototype I saw the head actually

17   fell off in the first meeting.

18   Q.   That's one meaning of "move," I guess.

19        MR. ZELLER:  Ask and you shall receive.

20   BY MR. PAGE:                                       10:29AM

21   Q.   The first -- the Diva Starz as it was first

22   marketed included a head that would move, correct,

23   by itself?

24   A.   The final product head did not move side to

25   side I don't believe.  Its eyes moved.            10:29AM

                                                          22

CONFIDENTIAL - ATTORNEYS' EYES ONLY

1      Q.    Did any other part of the first-generation

2   Diva Starz product as marketed have any motorized

3   movement?

4      A.    You know, I apologize, I don't remember.

5      Q.    You don't have to apologize.  So the          10:29AM

6   prototype -- the first prototype that you saw, was

7   it -- strike that.

8            Did the size of the Diva Starz doll change

9   between the prototype and the first version that was

10   released to the public?                                10:30AM

11      A.    It was refined, yes.

12      Q.    Refined in what way?

13      A.    The goal was to -- for a package, which is

14   what I deal with, and I don't know what its original

15   height was but our goal was to keep it in the same     10:30AM

16   height package as a Barbie doll which would be a

17   12-and-a-half-inch package.

18      Q.    Was the prototype doll of a size for which

19   you could keep the package within 12 and a half

20   inches?                                                10:30AM

21      A.    I believe it was.

22      Q.    How was the size of the doll refined between

23   the prototype and the final version?  By "final

24   version," I mean the first one that was sold.

25      A.    I don't know how they changed the height,     10:31AM

                                                            23

CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1    whether they changed the height of the body, the

 2    shoes or the size of the head.

 3         Q.   Did the overall size change?

 4         A.   Probably in a small amount to my memory but

 5    I couldn't tell you positively.                    10:31AM

 6         Q.   Do you remember it getting taller?  Shorter?

 7    Which?

 8         A.   I don't remember.

 9         Q.   Do you remember as a fact that it changed at

10    all?                                               10:31AM

11         A.   The thing that I do remember is the depth of

12    the shoes changed.

13         Q.   By "depth" do you mean from the heel to the

14    toe?

15         A.   Top to bottom.                           10:31AM

16         Q.   How did the depth of the shoes change?

17         A.   They got smaller -- shorter.

18         Q.   Did you have an understanding as to why they

19    got shorter?

20         A.   They tried to compress the electronics in   10:32AM

21    it, I believe, but that's not my area of expertise.

22         Q.   Was it your understanding that the change in

23    the size was driven by what needed to go inside

24    them?

25              MR. ZELLER:  Objection.  The question lacks  10:32AM

                                                              24
```

CONFIDENTIAL - ATTORNEYS' EYES ONLY

1    foundation, outside the designation, vague.

2         THE WITNESS:  That's -- it's not something

3    that I really understood or knew about at that time.

4    BY MR. PAGE:

5         Q.   When the depth of the shoes changed, did        10:32AM

6    anything else on the doll change correspondingly or

7    did that cause the doll to be shorter?

8         A.   I couldn't tell you that.

9         Q.   Is it fair to say that there wasn't -- there

10   wasn't a significant-enough change in the height of      10:32AM

11   the doll to make what you were doing change?

12        A.   I believe that is correct.

13        Q.   So you don't have any recollection of having

14   to go back and redo what you were doing because the

15   size of the doll changed?                                 10:32AM

16        A.   Our package was redesigned numerous times.

17   I can't tell you that it was absolutely due to the

18   height.

19        Q.   Do you know -- do you have a recollection

20   one way or the other as to whether any of the            10:33AM

21   changes you had to make were driven by the height of

22   the doll changing?

23         MR. ZELLER:  Can I have the question read

24   back, please?

25         (The pending question was read as follows:         10:33AM

                                                                25

CONFIDENTIAL - ATTORNEYS' EYES ONLY

1           "Q.   Do you know -- do you have

2      a recollection one way or the other

3      as to whether any of the changes you

4      had to make were driven by the height

5      of the doll changing?")                    10:33AM

6      MR. ZELLER:   Changes to the packaging?

7      MR. PAGE:   Yes.

8      THE WITNESS:   We did not change the height

9  of the packaging.  We started with the goal of

10 having a 12-and-a-half-inch package.            10:33AM

11     Q.   Did you need to change any of the internal

12 dimensions of the packaging as a result of the size

13 of the doll changing?

14     A.   I'm sorry, I don't recall.

15     Q.   At the time -- you said you couldn't recall  10:33AM

16 exactly when you started work on Diva Starz.  Was it

17 sometime in 1999?

18     A.   I believe I stated that in '99 is when I

19 started on Diva Starz but I couldn't tell you the

20 month.                                          10:34AM

21     Q.   Do you know whether it was in the first half

22 or the second half of 1999?

23     A.   Yes, I do believe it was during the summer.

24     Q.   At the time you joined the Electronics group

25 and started working on Diva Starz, who else was on  10:34AM

26

CONFIDENTIAL - ATTORNEYS' EYES ONLY

1  that Packaging team?

2      A.   Cesar Modesto was the Packaging engineer,

3  Sue Davis was the Packaging director or manager,

4  Kelly O'Hearn was the -- I don't know what her title

5  was, whether it was Director or VP.  The                    10:34AM

6  copywriter -- we had a number of copywriters that

7  collaborated.  It would have been Agnes Davies,

8  Richard Oesterheld, Carrie Buse.

9      Q.   Richard Osterhouse?

10     A.   Oesterheld.                                         10:35AM

11     Q.   What was the third one?

12     A.   Carrie Buse.

13     Q.   How do you spell that last name?

14     A.   I think she's spells it B-u-s-e.  There may

15  be two Ss.                                                 10:35AM

16     Q.   You said Cesar Modesto was the Packaging

17  engineer.  What is a Packaging engineer?

18     A.   He designs the structure of the package.

19     Q.   Is that basically laying out the pieces so

20  they'll fold up into the right shapes, that kind of        10:35AM

21  thing?

22     A.   Yeah.  It's creating the dimensions of the

23  package and how it folds up and how it will be

24  produced.

25     Q.   Does he -- strike that.                            10:35AM

27

CONFIDENTIAL - ATTORNEYS' EYES ONLY

1          Who other than in this case Cesar Modesto,

2    the Packaging engineer, has input into what the

3    packaging is going to look like physically?

4         A.   A very large team.

5         Q.   Are they all within the Packaging team?          10:36AM

6         A.   No.

7         Q.   Who on the Packaging team other than the

8    engineer has any involvement in the physical design

9    of the package?

10         A.   Myself and the design manager, Sue Davis,          10:36AM

11    and then Kelly O'Hearn would approve what our

12    concepts were.

13         Q.   So was Sue Davis the head of the Packaging

14    team?

15         A.   Correct.          10:36AM

16         Q.   And did she report to Kelly O'Hearn?

17         A.   Yes.

18         Q.   And the rest of you on the Packaging team

19    reported to Sue Davis?

20         A.   Correct.          10:37AM

21         Q.   In the case of the Diva Starz box, who other

22    than you, Cesar Modesto and Sue Davis had

23    involvement in the physical design of the packaging?

24          MR. ZELLER:  Could I just make sure we're on

25    the same page?  I assume in your questions you're          10:37AM

                                                                    28

CONFIDENTIAL - ATTORNEYS' EYES ONLY

1    asking about the first release of like the first

2    four dolls because obviously there were other waves

3    beyond that.

4    BY MR. PAGE:

5        Q.    Unless I indicate otherwise, assume that my    10:37AM

6    questions are the first -- the first wave of the

7    four dolls.

8        A.    Okay.  Thank you.  Can you repeat the

9    question?

10       Q.    Who other than you, Cesar Modesto and Sue    10:37AM

11   Davis had input into the physical design of the

12   first Diva Starz boxes?

13       A.    Do you mean the physical shape of the box?

14       Q.    Shape, layout, you know, where there were

15   ledges, where there was plastic, other than the    10:37AM

16   artwork that got printed on it.

17       A.    On the Package Design team?  It would be us.

18   It would be --

19       Q.    That would be it?

20       A.    Uh-huh.    10:38AM

21       Q.    Who outside of the Package Design team had

22   input into the physical design of the Diva Starz

23   package?

24       A.    The Product team, the Marketing team.

25       Q.    Is that it?  What input would the Product    10:38AM

                                                              29

CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1    team have -- strike that.

 2            In the case of Diva Starz, who on the

 3    Product team had input into the packaging design?

 4        A.   The Product team that had input they would

 5    offer recommendations as to how they would like the    10:38AM

 6    product to look in package would have been Maureen

 7    Mullen, Kislap Ongchangco, Rene Pasko.  I know I'm

 8    missing some names.

 9        Q.   And what input did the Marketing team have

10    on the packaging design?                               10:39AM

11        A.   They would have input as to what they wanted

12    it to look like and how the product looked in it and

13    how the graphics looked.

14        Q.   So would you present designs to the

15    Marketing team and they would give feedback?  Is       10:39AM

16    that how it would work?

17        A.   Yes, we would present packages and they

18    would give feedback.

19        Q.   Were those in regular meetings?

20        A.   Yes.                                           10:39AM

21        Q.   Did those meetings have a name?

22        A.   Presentations.

23        Q.   Just in -- was it -- did your -- did your

24    Packaging team have a regularly-scheduled meeting

25    with the Marketing team?                               10:40AM
                                                                30
```

CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1      A.    Yes.

 2      Q.    Was that weekly?

 3      A.    Yes.

 4      Q.    Was there one single Marketing team that you

 5   worked with or would there be more than one?        10:40AM

 6      A.    There was one designated Marketing team.

 7      Q.    And was that Marketing team a marketing team

 8   for all doll products or was there a specific

 9   marketing team for electronics?

10      A.    I don't know everything that they worked on  10:40AM

11   but I know that they worked on electronics.  To my

12   knowledge they worked on other products also.

13      Q.    Who on the Marketing team had input into the

14   design of -- this is going to be a broader question.

15   I want to do all packaging including artwork.  Who    10:40AM

16   on the Marketing team had input into the packaging

17   design for the first wave of Diva Starz?

18      A.    Sarah Silverman, Galit Reisman -- there was

19   another young lady and I apologize I don't remember

20   her name.  She was a junior Marketing associate.      10:41AM

21      Q.    Who is Sarah Silverman?

22      A.    She was a manager or director.  I'm sorry, I

23   don't know her title.

24      Q.    When you set out to design the artwork on

25   the Diva Starz packaging, what inputs did you have?   10:41AM

                                                            31
```

**EXHIBIT 4  PAGE 242**

CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1      A.   I think you're going to have to be more

 2   specific.

 3      Q.   Well, you had seen a mock-up of the doll,

 4   right, a prototype?

 5      A.   Yes.                                    10:41AM

 6      Q.   And you had seen drawings?

 7      A.   Yes.

 8      Q.   Other than that, what inputs, if any, did

 9   you have when you set out to design the box?

10      A.   We had recommendations from the Product team 10:42AM

11   for the feel of the product.  We also used an

12   outside design firm to go in a couple of different

13   directions.

14      Q.   When you say you used an outside design firm

15   to go in a couple of different directions, what do  10:42AM

16   you mean?

17      A.   The in-house Packaging team would work on a

18   number of concepts and in order to expand the amount

19   of concepts we could look at we would use outside

20   designers to get more creative ideas.              10:42AM

21      Q.   And in this case is that Steve Linker you're

22   referring to?

23      A.   Yes.

24      Q.   Is that a typical practice?  Do you use an

25   outside design firm on most package designs you do?  10:42AM
                                                          32
```

CONFIDENTIAL - ATTORNEYS' EYES ONLY

1      A.   That's very broad.  It depends on the

2  product.

3      Q.   How do you go about deciding whether you're

4  going to use an outside design firm on a product?

5      A.   It depends on the complexity of the product. 10:43AM

6      Q.   What do you mean by "complexity"?

7      A.   How -- what the product does.  If it does a

8  lot of things and if it's going to be a very

9  high-profile or new something that's conceptual.

10      Q.   I see.  So if it's just, you know, another   10:43AM

11  in a long series of similar dolls, you might not use

12  an outside design firm?

13      A.   If it's a typical core doll like a Sheik

14  series Barbie, we would not use an outside design

15  firm.                                              10:43AM

16      Q.   Who makes the decision on whether to use an

17  outside design firm on a given project?

18      A.   Management.

19      Q.   When you say "management," in the case of

20  Diva Starz who decided to use Steve Linker?        10:44AM

21      A.   I don't know the specific who.  Steve was

22  recommended to me by Sue Davis and Kelly O'Hearn.

23      Q.   When you say recommended to you, did they

24  say -- well, strike that.

25           Was that -- put aside specifically who you  10:44AM

                                                       33

CONFIDENTIAL - ATTORNEYS' EYES ONLY

1   were going to use.  Who first decided to use an

2   outside design firm at all?

3       A.   I don't know who made that decision.

4       Q.   Was that -- so I take it from that it was

5   not your decision?                              10:44AM

6       A.   No.

7       Q.   Was it your suggestion?

8       A.   No.

9       Q.   Do you -- now that -- from 2004 to 2007 when

10  you were managing a packaging team was it your    10:44AM

11  decision whether to use an outside design firm?

12      A.   I apologize, I never said I managed a

13  package team.

14      Q.   Oh, I'm sorry.  That's right, you were on

15  the design team.  Sorry.                         10:45AM

16           At the time you worked on Diva Starz, would

17  it have been Sue Davis' decision whether to use an

18  outside design firm?

19      A.   She would have a recommendation in it, yes.

20      Q.   As far as you know, the first time you were  10:45AM

21  aware of the possibility of there being an outside

22  design firm used on Diva Starz, that came from Sue

23  Davis; is that correct?

24      A.   I believe it was in a meeting with Sue and

25  Kelly.                                            10:45AM

                                                    34

CONFIDENTIAL - ATTORNEYS' EYES ONLY

1      Q.   Do you remember which of them suggested

2   using an outside firm?

3      A.   No, I don't.

4      Q.   Did they ask you whether you thought they

5   should use an outside firm?                        10:45AM

6      A.   I believe not.

7      Q.   Was it essentially they said we're going to

8   use an outside firm and here's who it is?

9      A.   Probably.

10     Q.   Do you know whether there was any           10:45AM

11  consideration of using anyone other than Steve

12  Linker?

13     A.   I don't remember.

14     Q.   Had you worked with Steve Linker prior to

15  Diva Starz?                                         10:46AM

16     A.   No.

17     Q.   Have you worked with him since Diva Starz?

18     A.   Absolutely.

19     Q.   Do you still continue to work with him?

20     A.   Not recently.                              10:46AM

21     Q.   When is the last time you worked with him?

22     A.   Approximately four -- it's been a number of

23  years.

24     Q.   Is there a reason why you stopped working

25  with him?                                          10:46AM

35

CONFIDENTIAL - ATTORNEYS' EYES ONLY

1    A.    His style wasn't for my product.  His style

2  of illustration didn't apply to the products I was

3  working on.

4    Q.    Do you know after -- strike that.

5        So the reason you stopped working with Steve 10:46AM

6  Linker isn't that he did something wrong, it's that

7  you started working on a different product that he

8  wasn't appropriate for; is that correct?

9    A.    Yes.

10    Q.    At the time you first started working on the 10:47AM

11  Diva Starz project what did you call it?

12    A.    It had many names.

13    Q.    What's the first one you remember?

14    A.    The most common one was Chat Girls.

15    Q.    When you first joined the electronics        10:47AM

16  packaging group and started working on this, was

17  what became Diva Starz referred to as Chat Girls?

18    A.    It had "chat" in it but it had had many

19  names.  I had seen Chat Brats, I had seen -- the

20  Product Design team had done names for it as a        10:47AM

21  working name.

22    Q.    When you -- what do you mean by the Product

23  Design team had done names for it as a working name?

24    A.    Product the way I understand that product

25  works is they will come up with what -- a name they  10:48AM

36

CONFIDENTIAL - ATTORNEYS' EYES ONLY

1    like for the product and they will use that as a

2    working name to present.

3        Q.   And the name they came up with for a working

4    name was Chat Girls, correct?

5        A.   No, they came up with other names prior to      10:48AM

6    that.

7        Q.   What other names prior to Chat Girls did the

8    Product team come up with?

9        A.   One of the ones that they, I believe, had

10   was Chat Brats.                                           10:48AM

11       Q.   When you say they had that, what do you

12   mean?

13       A.   They used it -- I saw it in printed form.

14       Q.   In what printed form did you see it?

15       A.   To the best of my recollection I believe I      10:49AM

16   saw it on a L board or something that Maureen Mullen

17   had been working on.

18       Q.   Did you just use the phrase "an L board"?

19       A.   Yes, I did.

20       Q.   What is an L board?                              10:49AM

21       A.   An L board technically is an L-shaped board

22   that is a stand or a stage that we present product

23   on.

24       Q.   I see.  When did you see this L board?

25       A.   I couldn't give you a specific date.            10:49AM

                                                               37

CONFIDENTIAL - ATTORNEYS' EYES ONLY

1    level of Marketing on the team I believe at that

2    time.

3        Q.    I apologize if I have already asked this.

4    Is Sarah Silverman still with the team?  Sorry,

5    strike that.                                    11:13AM

6            Is Sarah Silverman still with Mattel?

7        A.    No.

8        Q.    Do you know when she left?

9        A.    I don't remember.  It's been awhile.

10       Q.    When you say "awhile," more than a couple of 11:13AM

11   years?

12       A.    Yes.

13       Q.    Other than Diva Starz and Chat Girls, do you

14   have a recollection of any other names that people

15   latched onto as front runners?                   11:14AM

16       A.    Chat Brats was one.  I don't know that was

17   latched onto for a name but Cool Talkin' Teens or

18   Hip Talkin' Teens.

19       Q.    But you don't --

20       A.    I believe it was more a tag line.       11:14AM

21       Q.    Do you know if Chat -- if anybody tried to

22   clear the name Chat Brats?

23       A.    I don't have that knowledge.

24       Q.    At the time you were talking about potential

25   names for Diva Starz, were you also working on the  11:15AM

                                                            56

EXHIBIT 4 PAGE 249

CONFIDENTIAL - ATTORNEYS' EYES ONLY

1    Mini Diva Starz project?

2       A.    When we started the Diva Starz project, we

3    were only working on the larger dolls as far as

4    packaging.  I can only speak for packaging.

5       Q.    At the time -- did you later -- strike that. 11:15AM

6             Did you work on the packaging for the Mini

7    Diva Starz?

8       A.    Yes.

9       Q.    When did you start working on the packaging

10   for the Mini Diva Starz?                              11:15AM

11      A.    Somehow I knew you were going to ask me that

12   and I don't -- I cannot give you a date.

13      Q.    Was it before or after the name had been

14   chosen for Diva Starz?

15      A.    I am going to have to take a guess and say   11:16AM

16   it was after.

17      Q.    Were you involved at all in choosing the

18   name for Mini Diva Starz?

19      A.    Yes.

20      Q.    Was that decision made -- strike that.       11:16AM

21            Were potential names for Mini Diva Starz

22   being discussed at the same time potential names for

23   Diva Starz were being discussed?

24      A.    The way that I remember is is that Diva

25   Starz was discussed as a brand and whatever name was  11:16AM

57

EXHIBIT Y   PAGE 250

CONFIDENTIAL - ATTORNEYS' EYES ONLY

1   chosen would go across the brand and if we did a

2   smaller doll, we would find a way to miniaturize or

3   convey that this was a smaller doll of the larger

4   scope of the brand.

5       Q.   Do you recall any discussion of the            11:17AM

6   potential of naming the Mini Diva Starz Bratty

7   Little Sisters or anything like that?

8           MR. ZELLER:  The question is vague.

9           THE WITNESS:  We had so many discussions

10  that I couldn't give you that.                          11:17AM

11  BY MR. PAGE:

12      Q.   Do people -- strike that.

13           During the weekly presentation meetings did

14  anyone take notes?

15      A.   I'm sure somebody did.                          11:17AM

16      Q.   Did you?

17      A.   On my artwork, yes.

18      Q.   Did you take any notes on discussions of

19  potential names?

20      A.   I'm sure I did.                                 11:17AM

21      Q.   Do you know where those notes are now?

22      A.   No, I don't.

23      Q.   What was your normal practice in terms of

24  handling notes you had taken in meetings?

25      A.   I usually put them on my artwork or on a        11:17AM

58

CONFIDENTIAL - ATTORNEYS' EYES ONLY

1    Q.   Any particular product designer?

2    A.   Maybe Maureen -- it was either Maureen or

3  Liz or -- I'm not sure.

4    Q.   I love the first one.

5         Do you recall whether Mattel ever referred    11:46AM

6  to the Diva Starz as anything other than Chat Girls

7  or Diva Starz in any internal documentation?

8    A.   "Mattel" is very broad so I can't speak for

9  all of Mattel.  I can only speak for Packaging.

10   Q.   Obviously you can't tell me about instances    11:46AM

11  you don't know about.  I'm asking about instances

12  you do know about.  Are you aware of any instance in

13  which any internal Mattel documentation referred to

14  this project as anything other than Chat Girls or

15  Diva Starz up through the first release of the    11:47AM

16  product?

17        MR. ZELLER:  This is asked and answered.

18        THE WITNESS:  I do not remember the

19  documentation names.  I believe I said Chat Girls,

20  Cool Talkin' Teens -- I can't remember if that was a    11:47AM

21  tag line or was referred to in documentation.

22  BY MR. PAGE:

23   Q.   But as you sit here today, do you remember

24  any memory of any documentation that ever -- strike

25  that.    11:47AM

67


CONFIDENTIAL - ATTORNEYS' EYES ONLY

1        Do you have any memory of any documentation

2    that referred to what became the Diva Starz as Chat

3    Brats?

4        A.    I have seen Chat Brats more than once and

5    I've seen MallBRATS and different Brats            11:47AM

6    configurations in print.  I don't know that it ever

7    was on a document that was in reference to a

8    meeting.

9        Q.    When you say you've seen them in print, have

10   you seen Chat Brats in print in any context other   11:48AM

11   than as a suggested name?

12       A.    Yes.

13       Q.    What context?

14       A.    Somebody worked on it as a logo.

15       Q.    I see.  So it was as a proposed logo?      11:48AM

16       A.    Correct.

17       Q.    Other than -- and strike that.

18            Earlier on you were saying that designers

19   would sometimes do up a logo of a name they liked to

20   make it look better; is that correct?              11:48AM

21       A.    When a designer likes a name, they might

22   take the extra time to push that name by making it

23   look really cool, yes.

24       Q.    When you say you saw Chat Brats as a logo,

25   is that an instance of a designer pushing the name   11:48AM

68

EXHIBIT 4  PAGE 253

CONFIDENTIAL - ATTORNEYS' EYES ONLY

1   by drawing up a logo for it?

2       A.   I would have to assume that.  I'm not the

3   one that did it so I don't know.

4       Q.   Other than that instance in which you saw it

5   drawn up as a logo, have you ever seen Chat Brats   11:49AM

6   used in print to refer to what became the Diva Starz

7   project?

8       A.   I've seen many lists similar to this and

9   could not recollect if it was on a list, but I would

10   assume that it is and it was on the E-mail from Liz.   11:49AM

11       Q.   Other than in the context of a suggested

12   name that was not adopted, have you ever seen the

13   term "Chat Brats" spelled however used to refer to

14   the Diva Starz project at any time?

15       MR. ZELLER:  The question is vague, assumes   11:49AM

16   facts not in evidence.

17       THE WITNESS:  Will you repeat that one more

18   time, please?

19   BY MR. PAGE:

20       Q.   Other than in the context of a suggested   11:49AM

21   name where you have discussed the list that shows up

22   as a suggestion and the suggested logo, other than

23   in that context, have you ever seen the words "Chat

24   Brats" spelled however used to refer to the Diva

25   Starz project?   11:50AM

69

CONFIDENTIAL - ATTORNEYS' EYES ONLY

1    A.    I have seen Chat Brats worked as a logo.  I

2   can't conclusively say that I've seen it on other

3   documentation.

4        Q.    So other than seeing it as a proposed logo

5   or a proposed name do you have any recollection of      11:50AM

6   ever seeing the term "Chat Brats" used to refer to

7   Diva Starz?

8        A.    I think I just said I don't believe I've

9   ever seen it in any other documentation other than

10   those forms.                                            11:50AM

11       Q.    Thanks.  Do you know Carter Bryant?

12       A.    No.

13       Q.    Have you ever met him?

14       A.    Not to my knowledge.

15       Q.    Did you have any interaction with him of any 11:50AM

16   sort while he was at Mattel?

17       A.    I have no idea what he looks like or who he

18   is.

19       Q.    I just want to also make sure that you

20   didn't have E-mail communications with him or          11:50AM

21   non-face-to-face communications.

22       A.    I never heard the name until counsel had

23   given me the name.

24       Q.    So did Carter Bryant to your knowledge have

25   any involvement at all in the Diva Starz project at     11:51AM

70

CONFIDENTIAL - ATTORNEYS' EYES ONLY

1    any time?

2        A.    I never had any interaction or knowledge of

3    Carter Bryant during my time at Mattel.

4        Q.    That cuts out a lot of questions.

5        A.    Good.                                        11:51AM

6        Q.    When did you first see a Bratz doll?  By

7    that let me -- in the broadest sense whether it's

8    actually seeing the doll in the store or seeing a

9    picture or an ad, when did you first become aware of

10   the Bratz product?                                    11:52AM

11       A.    The first time I believe that I ever saw a

12   Bratz product was when somebody purchased one from

13   the store and brought it into the office.

14       Q.    And who was that?

15       A.    I have no idea.                              11:52AM

16       Q.    Tell me everything you can recall about that

17   incident or that instance.

18       A.    When the product was brought in, I looked at

19   the package and went, "Oh, my God, they totally

20   knocked us off."                                      11:52AM

21       Q.    When you said, "Oh, my God, they totally

22   knocked us off," who did you say that to?

23       A.    I'm sure there was more than one person

24   standing there in that possible group because the

25   group of people that I hung out with in the          11:53AM

                                                              71

CONFIDENTIAL - ATTORNEYS' EYES ONLY

1    Packaging department would have been Cesar Modesto,

2    Monica Lavalle, Richard Oesterheld, Michelle Mark.

3        Q.   When you saw -- when you saw the product and

4    looked at it, it was in -- was it in the package?

5        A.   Yes, it was in the package.                    11:53AM

6        Q.   And you were looking at the outside of the

7    package and saying, "Oh, my God, they knocked us

8    off"?

9        A.   I couldn't tell you that I was specifically

10   looking at the outside package, the general look of   11:53AM

11   the package.

12       Q.   And when you say -- when you said, "They

13   knocked us off," what were you referring to?

14       A.   Well, No. 1, the name was something that we

15   had discussed, the style of the logo and there were   11:53AM

16   similarities to the Diva Starz product.

17       Q.   At the time Diva Starz was on the market,

18   correct?

19       A.   Yes.

20       Q.   So was there anything that you felt that had  11:54AM

21   been knocked off or copied from Diva Starz that was

22   not publicly known at the time?

23       A.   You know, I honestly don't think that way

24   and I never believe that anybody that I work with is

25   willing to rip us off so I did not think that way.     11:54AM

                                                              72

CONFIDENTIAL - ATTORNEYS' EYES ONLY

1      Q.    Today do you think that Carter Bryant ripped

2   off anything from Mattel in creating the Bratz

3   dolls?

4      A.    I have no idea what Carter Bryant did.

5      Q.    Do you have any testimony to give on any        11:54AM

6   subject concerning Carter Bryant?

7      A.    I know nothing about him and have no

8   information for you on Carter Bryant.

9      Q.    Do you have any reason -- does Mattel have

10   any reason to believe that Carter Bryant was ever       11:55AM

11   aware of any of the naming discussions around Diva

12   Starz?

13          MR. ZELLER:   The question is overbroad as to

14   Mattel, lacks foundation, is outside the scope of

15   the designation.                                         11:55AM

16          MR. PAGE:   I would dispute whether it's

17   outside the designation.

18          MR. ZELLER:   Just to be clear, I mean -- I

19   haven't said this each and every time when we talk

20   about the topics obviously but, I mean, the topics      11:55AM

21   are phrased sort of as these legal contentions.

22   We're bringing people in to talk about the facts.

23   You know, whether they're able to connect the dots

24   is a different issue.   You're free to ask those

25   questions, I'm not disputing that, but just so          11:55AM

73

CONFIDENTIAL - ATTORNEYS' EYES ONLY

1          THE WITNESS:   The logo was similar and the

2     style -- the look of the doll.

3     BY MR. PAGE:

4          Q.   What about the logo struck you as similar?

5          A.   The font type.                          12:00PM

6          Q.   What was that font type?

7          A.   I don't know the name of the font.  The font

8     they use is a little more hand drawn but it is

9     similar to the Diva Starz font.

10         Q.   Is the Diva Starz font hand drawn?      12:00PM

11         A.   It is a distorted font.

12              (Deposition Exhibit 421 was marked

13         for identification and is annexed hereto.)

14    BY MR. PAGE:

15         Q.   Let me mark as 421 -- I've marked as 421 a   12:01PM

16    two-page document with a Bates number too small to

17    read, at least until I find my glasses.  -- with a

18    Bates number that I think is M 0033816 and 817.  Can

19    you tell me what this is?

20         A.   What the artwork is?                    12:02PM

21         Q.   What this document is.

22         A.   This is a -- it looks like a production

23    sheet -- or a sheet that was turned over to a

24    production artist to go to art release.

25         Q.   And is it part of the packaging for Diva   12:02PM

                                                            77

EXHIBIT 4 PAGE 258

CONFIDENTIAL - ATTORNEYS' EYES ONLY

1   Starz?

2       A.    It is part of the packaging for a Diva Starz

3   fashion.

4       Q.    And is this a card that would have a piece

5   of additional clothing you could purchase and would      12:02PM

6   hang on a rod at a store?

7       A.    This is the card that would have a blister

8   on it that had an additional piece count that you

9   could purchase separately, yes.

10      Q.    When you say "additional piece count," it's    12:02PM

11  some sort of accessory that you can use with the

12  doll?

13      A.    Correct.

14      Q.    Be it a dog or a piece of clothing or

15  something?                                                12:02PM

16      A.    Yes.

17      Q.    Do you know if this was for use with the

18  original Diva Starz?

19      A.    I believe this was, yeah, the first set of

20  fashions for the original Diva Starz.                     12:03PM

21      Q.    We were talking a minute ago about the Diva

22  Starz logo.  On the top left of the first page is

23  this the logo you were talking about?

24      A.    Yes, it is.

25      Q.    Who designed that logo?                         12:03PM

78