1  MGA0001105 B; MGA001099B-100B; MGA001040B-4B; MGA004383-4;

2  MGA001030B-2B; MGA001061B-4B; MGA000635; MGA001027B-9B;

3  MGA001219B-20B; MGA000766B-7B; MGA000746; MGA000748B-50B;

4  MGA001213B-4B; MGA001219B-20B; MGA001208B-9B; MGA000654; MGA

5  0051621; MGA 0052265-6; MGA 0047234-7; MGA000666B-7B; MGA 0046316;

6  MGA 0051427-35; MGA000655; M 0110188-92; M 0110193-7; M 0110179-83; M

7  0110184-7; M 0110198-202; M 0012536-9; M 0074057-9; M 0074224-5; M

8  0070398-9; M 0101133-5; M 0070439-41; M 0059788; M 0059789; M 0059790-2;

9  M 0059785; M 0059766-7; M 0059771-2; M 0059776-8; M 0059808-9; M

10  0059812; M 0059814; M 0059815; M 0059832; M 0059818-9; M 0059826-7; M

11  0059828; M 0059833; M 0059829-30; M 0059831; M 0059784; M 0059834-5; M

12  0059786; M 0059787; M 0059782-3; BRYANT 00262-72; BRYANT 00310-9;

13  BRYANT 00222-34; BRYANT 00238-61; BRYANT 00138-70; BRYANT 00173;

14  BRYANT 00175-218; BRYANT 00220-1; BRYANT 00235-7; BRYANT 00273-

15  303; BRYANT 00320-51; BRYANT 00358-61; BRYANT 00869; MGA000455-64;

16  MGA000465-81; M 0001489A; M 0001489-505; M 0012536-9; M 0001558-69; M

17  0001613-4; BRYANT 01198-9; BRYANT 00794-9; BRYANT 1234-5;

18  MGA000429-34; MGA000422; MGA000007-9; M 0001615-6; M 0001648; M

19  0001649-50; M 0001638-9; M 0001636-9; M 0001596; M 0001621; M 0001604; M

20  0001666; BRYANT 1232-3; BRYANT 01200-3; M 0001594-5; M 0012593-617;

21  BRYANT 00751; M 0001654-5; BRYANT 00277-8; BRYANT 00290; BRYANT

22  00167; Deposition Exhibit No. 200 No Bates (3 pages); AR 0001-58; BRYANT

23  00173; Deposition Exhibit No. 203 No Bates (1 page); Deposition Exhibit No. 204

24  No Bates (1 page); Deposition Exhibit No. 300 No Bates (3 pages); MGA 001473;

25  MGA006453-67; MGA001356-9; MGA004717; MGA001291; M 0016504; M

26  0016474-501; M 0016495-6; M 0016595-6; M 0016816-24; TP 0012-7; TP 0109-

27  18; M 0016585-86.001; M 0016806; M 0016809-11; TP 0008-9; TP 0011; M

28  0016482; SL 000063.001; SL00002; SL00001; SL00005-7; SL00003; SL00013-63;

1  MGA0008030-1; MGA0008032-4; SL00008-9; SL00010-2; SL00004; SL000064;

2  M 0016620; M 0016812-5; TP 0005; SL000065-6; Deposition Exhibit No. 334 No

3  Bates (36 pages); Deposition Exhibit No. 366 No Bates (7 pages); MGA000706;

4  MGA002627; AR 0001; MGA000707; MGA000708; MGA000710; MGA000711;

5  MGA000712; MGA000714; MGA000715; MGA000716; MGA000718; AR 0004;

6  MGA000719; MGA000720; MGA000724; MGA000725; MGA000726;

7  MGA000728; Deposition Exhibit No. 390 No Bates (15 pages); Deposition Exhibit

8  No. 391 No Bates (1 page); Deposition Exhibit No. 392 No Bates (11 pages);

9  BRYANT 00173-4; MGA 0008968; Deposition Exhibit No. 395 No Bates (18

10  pages); MGA0007363-72; MGA0007376; MGA0007380-4; MGA0053555-9;

11  MGA0007495-7; MGA0007502; MGA0007612-3; MGA0007609; M 0073817-27;

12  Deposition Exhibit No. 405 No Bates (4 pages); Deposition Exhibit No. 452 No

13  Bates (15 pages); MGA 0800022; MGA 0800080; MGA 0800006-8; MGA

14  0800023-6; MGA 0800037; MGA 0800051-79; MGA 0800097-102; MGA

15  0800084-5; MGA003485-6; MGA003572-3; MGA 0800117-24; MGA 0800114;

16  Deposition Exhibit No. 481 No Bates (164 pages); MGA 0010208; MGA 0049814;

17  MGA 0049793-8; MGA 0049616; MGA 0049552-3; MGA 0052379; MGA

18  0048673-5; MGA 0049758; MGA 0050154; MGA 0052277-91; MGA 0047198-

19  200; MGA 0049705-8; MGA 0009237-9; MGA 0009240-1; MGA 0047738-61;

20  MGA 0051808-10; MGA 0825431-2; MGA 0825485-95; MGA 0825438-45; MGA

21  0825457-60; MGA 0825461; Deposition Exhibit No. 504 No Bates (1 page); M

22  0110179-83; M 0110209-10; M 0110184-7; M 0110211-2; M 0110193-7; M

23  0110213-4; M 0110198-202; M 0110215-6; M 0110188-92; M 0110207-8;

24  Deposition Exhibit No. 515 No Bates (1 page); Deposition Exhibit No. 516 No

25  Bates (1 page); Deposition Exhibit No. 517 No Bates (17 pages); Deposition Exhibit

26  No. 518 No Bates (9 pages); BRYANT 000010-5; BRYANT 00794-9; Deposition

27  Exhibit No. 521 No Bates (1 page); Deposition Exhibit No. 522 No Bates (8 pages);

28  BRYANT 00179; M 0059833; MGA 0842238; MGA 0842239; MGA 0842240;

-53-
SUPPLEMENTAL RESPONSES AND OBJECTIONS TO MGA'S FIRST SET OF INTERROGATORIES

EXHIBIT N PAGE 280

1   MGA 0842241; MGA 0842242; MGA 0842243; MGA 0842244; MGA 0842245;

2   MGA 0010149-51; MGA 0010130; MGA008878RB-81RB; MGA0008888R B;

3   MGA0008900 R B; MGA 0046691-3; MGA001303-7; MGA000422; MGA

4   0048518-23; MGA001144; MGA 0049327-31; MGA 0825466-71; MGA 0825627-

5   45; MGA 0825447-56; Deposition Exhibit No. 549 No Bates (1 page); MGA

6   0069426-7; MGA 0825262-6; MGA 0802727-9; MGA 0803951-3; MGA 0802758-

7   67; MGA 0804028-47; M 0110155-9; M 0110217-8; M 0110160-4; M 0110219-20;

8   M 0110165-9; M 0110221-2; M 0110639-42; M 0110223-4; M 0110174-8; M

9   0110225-6; M 0110231-2; M 0110233-4; M 0110235-6; M 0110237-8; M 0110239-

10  40; M 0110227-8; M 0110229-30; M 0110205-6; M 0110203-4; MGA 0842202-17,

11  20-25; MGA 0842218-9; MGA 0027281-3; MGA 0828136-7; MGA 0800982-5;

12  MGA 0803777-8; MGA 0804579-80; MGA 0803668-9; MGA 0803353-4; MGA

13  0800863-5; MGA 0803753-5; MGA 0804559-61; MGA 0803651-3; MGA

14  0803381-3; MGA 0801966-9; MGA 0801921-3; Deposition Exhibit No. 592 No

15  Bates (1 page); MGA 001294-6; MGA 0007613; MGA 0007496; MGA 0842182;

16  MGA 0051566-7, MGA 004562-3, MGA 0836578-89; MGA 0066294-6; MGA

17  0067842-7; MGA 0836789; MGA 004814-40; MGA 005645-57; MGA 0009190-3;

18  MGA 0072161-7; MGA 0842199-201; MGA 0842189; MGA 0842185-7; MGA

19  0868092-3; MGA 0868100-3; MGA 0829273-89; MGA 0868129-30; MGA

20  0800982-5; MGA 0825342-9; MGA 0868139-40; Bryant 00208; Bryant 00204;

21  Bryant 00201; Bryant 00194; Bryant 00202; Bryant 00211; Bryant 00210; Bryant

22  00192; MGA 0868141-4; MGA 0822933-42; MGA004587; MGA 0047048-9;

23  MGA 0860577-9; M 0074054-6; M 0070398-9; MGA 0066084-8; LAF 0083; LAF

24  002; LAF 043; MGA 0046968-70; MGA 0049639-41; MGA 0046962-7; MGA

25  0049529-32; MGA 0046944-8; MGA 0046949-61; MGA 0046936-42;

26  MGA0001065 B; MGA 0868159-362; Deposition Exhibit No. 646 No Bates (39

27  pages); MGA 0052662-8; MGA 0808032; M 0109323-5; MGA 0072499; MGA

28  0024962-3; MGA 0835259-60; MGA 0203816-7; M 0070483-4; MGA 0863860-

SUPPLEMENTAL RESPONSES AND OBJECTIONS TO MGA'S FIRST SET OF INTERROGATORIES

07209/2267105.11

EXHIBIT _15_ PAGE _281_

1  73; MGA 0863874-87; MGA 0863888-901; MGA 0868693-706; MGA 0868707-
2  22; MGA 0868723-865; MGA 0101018-21; MGA 0815789; Bryant2 000017-26;
3  MGA 0868630-1; TP 0115; TP 0116; M 0016496; M 0016596; Deposition Exhibit
4  No. 669 No Bates (12 pages); Bryant 00176; Bryant 00177; Bryant 00189; Bryant
5  00190; Bryant 00216; Bryant 00217; Bryant 00300; Bryant 00183; Bryant 00186;
6  Bryant 00341; Bryant 00163; Bryant 00164; Bryant 00232; Bryant 00236; Bryant
7  00273; Deposition Exhibit No. 717 No Bates (1 page); Bryant 00228; Deposition
8  Exhibit No. 719 No Bates (1 page); Bryant 00235; Bryant 00221; Deposition
9  Exhibit No. 711 No Bates (1 page); Bryant 00237; Bryant 00297; Deposition
10 Exhibit No. 725 No Bates (1 page); Bryant 00223; Deposition Exhibit No. 727 No
11 Bates (1 page); Deposition Exhibit No. 728 No Bates (1 page); Bryant 00314;
12 Deposition Exhibit No. 730 No Bates (1 page); Deposition Exhibit No. 731 No
13 Bates (1 page); Bryant 01111; Bryant 00318; Deposition Exhibit No. 734 No Bates
14 (1 page); Bryant 00231; Deposition Exhibit No. 736 No Bates (1 page); Bryant
15 00313; Deposition Exhibit No. 738 No Bates (1 page); Bryant 00199; Deposition
16 Exhibit No. 740 No Bates (1 page); Bryant 00213; Deposition Exhibit No. 742 No
17 Bates (1 page); Bryant 00317; Deposition Exhibit No. 744 No Bates (1 page);
18 Bryant 00315; Deposition Exhibit No. 746 No Bates (1 page); Bryant 01110;
19 Deposition Exhibit No. 748 No Bates (1 page); Bryant 01112; Deposition Exhibit
20 No. 750 (1 page); Bryant 00179; Deposition Exhibit No. 752 No Bates (1 page);
21 Bryant 00180; Deposition Exhibit No. 754 No Bates (1 page); Bryant 00181; Bryant
22 00182; Bryant 00175; Bryant 00203; Deposition Exhibit No. 759 No Bates (1 page);
23 Deposition Exhibit No. 760 No Bates (1 page); Bryant 00200; Bryant 00178;
24 Deposition Exhibit No. 763 No Bates (1 page); Deposition Exhibit No. 764 No
25 Bates (1 page); Deposition Exhibit No. 765 No Bates (1 page); Bryant 01247;
26 Bryant 00202; Deposition Exhibit No. 768 No Bates (1 page); Bryant 00211;
27 Deposition Exhibit No. 770 No Bates (1 page); Bryant 02775; Bryant 001115;
28 Bryant 02777; Bryant 00194; Deposition Exhibit No. 775 No Bates (1 page); Bryant

-55-
SUPPLEMENTAL RESPONSES AND OBJECTIONS TO MGA'S FIRST SET OF INTERROGATORIES

EXHIBIT 15 PAGE 282

1   00197; Deposition Exhibit No. 777 No Bates (1 page); Bryant 00222; Deposition

2   Exhibit No. 780 No Bates (1 page); Bryant 00208; Deposition Exhibit No. 782 No

3   Bates (1 page); Deposition Exhibit No. 783 No Bates (1 page); Deposition Exhibit

4   No. 784 No Bates (1 page); Deposition Exhibit No. 785 No Bates (1 page);

5   Deposition Exhibit No. 786 No Bates (1 page); Bryant 00220; Bryant 00230; Bryant

6   00229; Deposition Exhibit No. 790 No Bates (1 page); Bryant 00226; Bryant 00233;

7   Bryant 00234; Bryant 00206; Bryant 00204; Bryant 00201; Bryant 04965-76; MGA

8   0146604; MGA 0146905-6; MGA 0147303; MGA 0147327; MGA 0147888-9;

9   MGA 0153714; MGA 0154586; MGA 0154602-3; MGA 0154605-6; MGA

10  0156244; MGA 0877238-9, 0877242-7, 0877249-50; MGA 0877238-50; MGA

11  0877284-8; MGA 1165499-500; MGA 1753095; MGA 1753126; MGA 1753193;

12  MGA 1753235; MGA 1753319-21; MGA 1753312-8; MGA 1753241-2; MGA

13  1753327-31; MGA 1753324-6; MGA 1753364-75; MGA 1753380-3; MGA

14  0868630-91; Deposition Exhibit No. 824 No Bates (1 page); MGA 0068725-7;

15  Bryant 04434; Bryant 04436; Bryant 04439-40; Bryant 03001; Bryant 04458;

16  Bryant 01668-70; Deposition Exhibit No. 831 No Bates (5 pages); Bryant 00349-51;

17  Bryant 04883, 04888-922, 04930-6, 04923-9, 04937-68, 04974-6, 04969-73; MGA

18  0067500-4; MGA 0050733-6; MGA 0045943-66; M 0059728, 0059732, 0059724,

19  0059736, 0059748, 0059740, 0059708, 0059700, 0059716, 0059712, 0059704;

20  MGA 0015264; MGA 0018537-9; MGA 0015928-9; MGA 0015842-3; MGA HK

21  0009340-1; MGA 0048434-5; MGA HK 0001243-4; MGA 0070841-8; MGA

22  0070833-40; MGA HK 0002370-4; MGA HK 0002369; MGA HK 0002383-8;

23  MGA HK 0009169-89; Deposition Exhibit No. 929 No Bates (4 pages); Deposition

24  Exhibit No. 930 No Bates (17 pages); Deposition Exhibit No. 931 No Bates (13

25  pages); Deposition Exhibit No. 932 No Bates (16 pages); MGA HK 0002353-4;

26  MGA HK 0009066-125; MGA HK 0008974-6; MGA HK 0002602-3; MGA HK

27  0008919-24; MGA HK 0007748-9; MGA HK 0002952; MGA HK 0002953; M

28  0001570-81; MGA 0147524-6; Deposition Exhibit No. 943 No Bates (22 pages);

-56-

SUPPLEMENTAL RESPONSES AND OBJECTIONS TO MGA'S FIRST SET OF INTERROGATORIES

EXHIBIT 15 PAGE 283

1  Deposition Exhibit No. 944 No Bates (1 page); MGA000425-6; M 0001553-7;

2  MGA 0868039-91; MGA 0873720-4; MGA 0873736; MGA 0883230-66, 290-5,

3  298-303; MGA 0883346-7; MGA 0883339-45; MGA 0883920-37, 62-3; MGA

4  0883995-4010; MGA 0883968-93; MGA HK 0009776-7; MGA 0046567-9; MGA

5  0061969-72; MGA HK 0011152-4; MGA HK 0002375-8; MGA HK 0011155-6;

6  Deposition Exhibit No. 1006 No Bates (1 page); Bryant 02774; Bryant 02776;

7  Bryant 02775; Bryant 02777; Deposition Exhibit No. 1111 No Bates (2 pages)

8  MGA 0051574; M 0079181; MGA 0046493-4; M 0079187; M 0079201-2; MGA

9  0876578-85; Deposition Exhibit No. 1118 No Bates (3 pages); Bryant 00325;

10 Bryant 01003; Bryant 01201; Bryant 00794-9; Bryant 01200; Bryant 01202; Bryant

11 01234-5; Bryant 01203; Bryant 01204; Bryant 01211; Bryant 01094; Bryant 01212;

12 SABW-L 00001-12; SL00002; SL00001; SABW-M 00431; SABW-M 00436;

13 SABW-M 00429; SABW-M 00437; M 0032515; M 0013373-6; M 0066948; M

14 0032505; M 0032506; M 0021507; M 0032508; M 0032510; M 0032514; M

15 0032524; M 0032525; M 0032526-8; M 0034353-6; M 0034359-62; M 0041064-5;

16 M 0066951; M 0066950; M 0014331, M 0001489A; M 0110207-8; M 0110209-10;

17 M 0110211-2; M 0110213-4; M 0110215-6; M 0110217-8; M 0110219-20; M

18 0110221-2; M 0110223-4; M 0110225-6;  MGA HK 0001928; MGA HK 0001935;

19 MGA HK 004040-1; MGA HK 004042-4; MGA HK 0002940; MGA HK 0002924-

20 5; MGA HK 0002938-9; MGA HK 0002941-2; MGA HK 0002943-5; MGA HK

21 0002946-7; MGA HK 0002948-9; MGA HK 0002950-1; MGA HK 0002952; MGA

22 HK 0002953; MGA HK 0002957-8; MGA HK 0002997; MGA HK 0003000-2;

23 MGA HK 0003138-40; MGA HK 0004048; MGA HK 0004049-53; MGA HK

24 0004056-8; MGA HK 0004059-61; MGA HK 0004069-72; MGA HK 0004079-80;

25 Copyright registrations VA 1-378-648, VA 1-378-649, VA 1-378-650, VA 1-378-

26 651, VA 1-378-652, VA 1-378-653, VA 1-378-654, VA 1-378-655, VA 1-378-656,

27 VA 1-378-657, VA 1-378-658, VA 1-378-659, VA 1-378-660, VAu 715-270, VAu

28 715-271 and VAu 715-273; M 0191294-6, 299-345; M 0254773-818; MGA

1  001295; MGA 0009008-17; MGA 0072188-9; MGA 0072032-5; MGA 0072028-
2  31; MGA 0072176-9; MGA 0008039-42; MGA 0072020-3; MGA 0008047A-50A;
3  MGA 1476883-4; MGA 1476891; MGA 0072199-219; MGA 0050753-4; MGA
4  0072039-40; MGA 0072041-2; MGA 0072043-4; MGA 0072045-6; MGA
5  0072161-7; MGA 0008648B-54B; MGA 0050729; MGA 0050728; MGA 0050461-
6  2; MGA 0050463; MGA 0072158-60; MGA 0008746-7; MGA 0072155-7; MGA
7  0072152-4; MGA 0072155-7; MGA 0072149-51; MGA 005090; MGA 0050598;
8  MGA 0050725-6; MGA 0066487; MGA 0072098-100; MGA 0072112-4; MGA
9  0072105-7; MGA 0072118-44; MGA 0050717; MGA 0072115-7; MGA
10  0008770A-3A; MGA 0052435; MGA 000706-8; MGA 000710-2; MGA 000714-6;
11  MGA 000718-20; MGA 000721-3; MGA 000724-6; MGA 000734; MGA 000727-
12  8; MGA 0072358-60; MGA 0072361-3; MGA 000678-80; MGA 000681-3; MGA
13  000684-6; MGA 000687-9; MGA 000691-3; MGA 0072326-8; MGA 0007002;
14  MGA 000699; MGA 007200; MGA 000703; MGA 0022099; MGA 0878994-5;
15  MGA 0842185; MGA 0878996-9007; MGA 0842184; MGA 0842182; MGA
16  002616-7; MGA 002620-4; MGA 002619; MGA 002630-1; MGA 002633-4; MGA
17  002636-7; MGA 0008859-61; MGA 0050570-1; MGA 0050711-2; MGA 0050554-
18  5; M 0019162-M 0019365, M 0019375-M 0019491, M 0019492-M 0019586, M
19  0030576, M 0019587-M 0022008, M 0022009-M 0026076, M 0026077-M
20  0029024, M 0029025-M 0029042, M 0029043-M 0029044, M 0029045-M
21  0029050, M 0029051-M 0029053, M 0031471-M 0031473, M 0029054-M
22  0029255, M 0031474-M 0031485, M 0029226-M 0030163, M 0030164-M
23  0030173, M 0030174-M 0030183, M0030261-M 0030268, M 0030269-M 0030278,
24  M 0030440-M 0030441, M 0030505-M 0030575, M 0030577-M 0030608, M
25  0019366-M 0019374, M 0030184-M 0030240, M 0030254-M 0030260, M
26  0030279-M 0030439, M 0030442-M 0030470, M 0030471-M 0030501, M
27  0030609, M 0030610-M 0030625, M 0030626-M 0030674, M 0030241-M
28  0030253, M 0030502-M 0030504, M 0030675-M 0030754, M 0030755-M

SUPPLEMENTAL RESPONSES AND OBJECTIONS TO MGA'S FIRST SET OF INTERROGATORIES

EXHIBIT 15 PAGE 285

1  0030756, M 0030770-M 0030782, M 0030757-M 0030769, M 0030783-M

2  0030788, M 0030789-M 0030799, M 0030800-M 0030834, M 0030835, M

3  0030836-M 0030838, M 0030839-M 0030841, M 0030842-M 0030845, M

4  0030846-M 0030850, M 0030851- M 0030959, M 0030960-M 0030972, M

5  0030973-M 0031141, M 0031142-M 0031153, M 0031154-M 0031162, M

6  0031163-M 0031172, M 0031173, M 0031174-M 0031206, M 0031207-M

7  0031223, M 0031224-M 0031229, M 0031230-M 0031247, M 0031248-M

8  0031258, M 0031259-M 0031262, M 0031263-M 0031264, M 0031265, M

9  0031266, M 0031267, M 0031268, M 0031269, M 0031270-M 0031278, M

10  0031279-M 0031280, M 0031281-M 0031282, M 0031283-M 0031291, M

11  0031292-M 0031470, M 0032318, M 0031486-M 0031503, M 0031504-M

12  0031612, M 0031613-M 0031860, M 0031863-M 0031864, M 0031865-M

13  0031919, M 0031861-M 0031862, M 0031925-M 0032000, M 0031920-M

14  0031924, M 0032001-M 0032009, M 0032010-M 0032057, M 0032058, M

15  0032059-M 0032070, M 0032071-M 0032288, M 0032289, M 0032290-M

16  0032317, M 0059836-M 0059837, M 0075253-M 0075260, M 0075261-M

17  0075277, M 0075278-M 0075289, M 0075290-M 0075307, M 0075308-M

18  0075309, M 0075310-M 0075315, M 0075316-M 0075317, M 0075318-M

19  0075322, M 0075323-M 0075324, M 0075325, M 0075326-M 0075328, M

20  0075329-M 0075333, M 0075334-M 0075375, M 0075376-M 0075378, M

21  0075379-M 0075380, M 0075381-M 0075384, M 0075385, M 0075386-M

22  0075388, M 0075389, M 0075390, M 0075391, M 0075392-M 0075398, M

23  0075399-M 0075400, M 0075401-M 0075407, M 0075408, M 0075409-M

24  0075416, M 0075417-M 0075420, M 0075421, M 0075422-M 0075469, M

25  0075470-M 0075490, M 0075491-M 0075494, M 0075495-M 0075515, M

26  0075516-M 0075531, M 0075532-M 0075552, M 0075553-M 0075572, M

27  0075573, M 0075574-M 0075594, M 0075595-M 0075616, M 0075617, M

28  0075618-M 0075619, M 0075620-M 0075635, M 0075636-M 0075654, M

EXHIBIT 15 PAGE 286

0075655-M 0075661, M 0075662-M 0075699, M 0075700-M 0075709, M
0075710-M 0075713, M 0075714-M 0075775, M 0075776-M 0075780, M
0075781-M 0075798, M 0075799-M 0075842, M 0075843-M 0075906, M
0075907-M 0075949, M 0075950-M 0076018, M 0076019, M 0076020-M
0076132, M 0076133-M 0076143, M 0076144-M 0076145, M 0076146-M
0076148, M 0076149-M 0076155, M 0076156-M 0076169, M 0076170-M
0076171, M 0076172-M 0076196, M 0076197-M 0076215, M 0076216-M
0076250, M 0076251-M 0076264, M 0076265-M 0076279, M 0076280, M
0076281-M 0076311, M 0076312-M 0076362, M 0076363-M 0076370, M
0076371, M 0076372-M 0076425, M 0076426-M 0076427, M 0076428-M
0076431, M 0076432- M 0076442, M 0076443-M 0076446, M 0100646-M
0100653, M 0098687-M 0098688, M 0098689-M 0098697, M 0098698-M
0098723, M 0098724-M 0098771, M 0098772-M 0098832, M 0098833-M
0098846, M 0098847-M 0098865, M 0098866-M 0098879, M 0098880-M
0098883, M 0098884-M 0098933, M 0098934-M 0098936, M 0098937-M
0098971, M 0098972-M 0099436, M 0099437-M 0099439, M 0099440-M
0099448, M 0099449-M 0099461, M 0099462-M 0099471, M 0099472-M
0099476, M 0099477-M 0099493, M 0099494-M 0099529, M 0099530-M
0099594, M 0099595-M 0099597, M 0099598-M 0099601, M 0099602-M
0099618, M 0099619-M 0099628, M 0099629-M 0099656, M 0099657-M
0099665, M 0099666-M 0099725, M 0099726-M 0100622, M 0100623-M
0100645, M 0100646-M 0100653, M 0100654-M 0100695, M 0100696-M
0100698, M 0100699-M 0100700, M 0100701-M 0100735, M 0100736-M
0100741, M 0100742-M 0100774, M 0100775-M 0100778, M 0100779-M
0100780, M 0100781, M 0100782, M 0100783-M 0100789, M 0100790-M
0100795, M 0100796-M 0100858, M 0100859-M 0100868, M 0100869-M
0100878, M 0100879-M 0100891, M 0100892-M 0100905, M 0100906-M
0100918, M 0100919-M 0100932, M 0100933-M 0100941, M 0100942-M

**-60-**
SUPPLEMENTAL RESPONSES AND OBJECTIONS TO MGA'S FIRST SET OF INTERROGATORIES

EXHIBIT _15_ PAGE _287_

1 | 0100952, M 0100953, M 0100954-M 0100955, M 0100956-M 0100983, M
2 | 0100984-M 0101013, M 0101014-M 0101064, M 0101065 and M 0101069-M
3 | 0101128,  M 0075253-M 0076431; M 0098193-M 0098207; M 0032001-M
4 | 0032318; M 0098687-M 0101128; M 0098164-M 0098175; M 0255933-M
5 | 0256203; M 0097956 - M 0097964; M 0098181 - M 0098183; M 00164199 - M
6 | 0181693; M 0079230; M 0079231; M 0098178-M 0098180; M 0098275-M
7 | 0098317; M 0254733-M 0256308; M 0097955; M 0098176-7; M 0254733-72; M
8 | 0098178-80; M 0256201-301; M 0098275-6; M 0256302; M 0098277; M 0256303;
9 | M 0098278-88; M 0256304; M 0098289-90; M 0256305; M 0098291-6; M
10 | 0256306-7; M 0098297-307; M 0256308-17; M 0191294-6; M 0191299-345; M
11 | 0254773-818; M 0191294-6; M 0191299-345; M 0254773-818; M 0254819-918; M
12 | 0097956-64; M 0098181-3; M 0098120-48; M 0254982-0255026; M 0097965-85;
13 | M 0097986-8013; M 0097986-98013; M 0098208-23; M 0098014-21; M 0098022-
14 | 32; M 0098224-43; M 0255027-140; M 0255141-266; M 0098033-8; M 0098184-5;
15 | M 0098039-42; M 0098186; M 0098043-53; M 0098187; M 0098244-53; M
16 | 0098054-67; M 0098188; M 0074403-4943; M 0098068-90; M 0098254-74; M
17 | 0098091- 100; M 0079187-202; M 0191349-69; M 0256309-440; M 0061968-2032;
18 | M 0071884-96; M 0191370-972; M 0255359-932; M 0098101-5; M 0098190; M
19 | 0098106-19; M 0098191-2; MGA 0886716-30; MGA 0886788-92; MGA 0886793-
20 | 6; MGA 0886801-7; MGA 0886797-800; MGA 0886808-28; MGA 0886737-41;
21 | MGA 0887031-425; MGA 0886742-6; MGA 0886747-52; MGA 0886774-8; MGA
22 | 0886779-87; MGA 0886557-61; MGA 0886645-58; MGA 0886617-22; MGA
23 | 0886665-7; MGA 0886668-75; MGA 0886595-600; MGA 0886623-9; MGA
24 | 0886630-4; MGA 0886694-700; MGA 0886681-7; MGA 0886379-4; MGA
25 | 0886931-4; MGA 0886417-21; MGA 0886411-6; MGA 0886935-40; MGA
26 | 0886941-6; MGA 0886897-903; MGA 0886402-10; MGA 0886975-80; MGA
27 | 0886390-5; MGA 0886981-90; MGA 088696974; MGA 0886422-35; MGA
28 | 0886436-41; MGA 0886449-54; MGA 0886470-80; MGA 0886455-62; MGA

-61-
SUPPLEMENTAL RESPONSES AND OBJECTIONS TO MGA'S FIRST SET OF INTERROGATORIES

EXHIBIT 15 PAGE 288

1   0886481-6; MGA 0886487-95; MGA 0886635-44; MGA 0886537-49; MGA
2   0886513-27; MGA 0886528-36; MGA 0886550-6; MGA 0886731-6; MGA
3   0886838-47; MGA 0886562-9; MGA 0886570-80; MGA 0886587-94; MGA
4   0886601-7; MGA 0886862-71; MGA 0886872-89; MGA 0886890-6; MGA
5   0886688-93; MGA 0886904-20; MGA 0886385-9; MGA 0886370-8; MGA
6   0886921-6; MGA 0886364-9; MGA 0886356-63; MGA 0886927-30; MGA
7   0886396; MGA 886947-68; MGA 0886442-8; MGA 0886991-7; MGA 0886463-9;
8   MGA 0887005-12; MGA 0887013-20; MGA 0887021-30; MGA 0886496-500;
9   MGA 0886506-12; MGA 088670-5; MGA 0886848-51; the Mattel-authored
10  documents and CD containing Mattel-authored documents from Mexico that were
11  provided to O'Melveny & Myers, as testified to by Lisa Tonnu but that has not been
12  produced by MGA; M 0019162 - M 0019365; M 0019375 - M 0019491; M
13  0019492 - M 0019586; M 0030576 - M 0030576; M 0019587 - M 0022008; M
14  0022009 - M 0026076; M 0026077 - M 0029024; M 0029025 - M 0029042; M
15  0029043 - M 0029044; M 0029045 - M 0029050; M 0029051 - M 0029053; M
16  0031471 - M 0031473; M 0029054 - M 0029225; M 0031474 - M 0031485; M
17  0029226 - M 0030163; M 0030164 - M 0030173; M 0030174 - M 0030183; M
18  0030261 - M 0030268; M 0030269 - M 0030278; M 0030440 - M 0030441; M
19  0030505 - M 0030575; M 0030577 - M 0030608; M 0019366 - M 0019374; M
20  0030184 - M 0030240; M 0030254 - M 0030260; M 0030279 - M 0030439; M
21  0030442 - M 0030470; M 0030471 - M 0030501; M 0030609 - M 0030609; M
22  0030610 - M 0030625; M 0030626 - M 0030674; M 0030241 - M 0030253; M
23  0030502 - M 0030504; M 0030675 - M 0030754; M 0030755 - M 0030756; M
24  0030770 - M 0030782; M 0030757 - M 0030769; M 0030783 - M 0030788; M
25  0030789 - M 0030799; M 0030800 - M 0030834; M 0030835 - M 0030835; M
26  0030836 - M 0030838; M 0030839 - M 0030841; M 0030842 - M 0030845; M
27  0030846 - M 0030850; M 0030851 - M 0030959; M 0030960 - M 0030972; M
28  0030973 - M 0031141; M 0031142 - M 0031153; M 0031154 - M 0031162; M

EXHIBIT 15 PAGE 28 9

1  0031163 - M 0031172; M 0031173 - M 0031173; M 0031174 - M 0031206; M
2  0031207 - M 0031223; M 0031224 - M 0031229; M 0031230 - M 0031247; M
3  0031248 - M 0031258; M 0031259 - M 0031262; M 0031263 - M 0031264; M
4  0031265 - M 0031265; M 0031266 - M 0031266; M 0031267 - M 0031267; M
5  0031268 - M 0031268; M 0031269 - M 0031269; M 0031270 - M 0031278; M
6  0031279 - M 0031280; M 0031281 - M 0031282; M 0031283 - M 0031291; M
7  0031292 - M 0031470; M 0032318 - M 0032318; M 0031486 - M 0031503; M
8  0031504 - M 0031612; M 0031613 - M 0031860; M 0031863 - M 0031864; M
9  0031865 - M 0031919; M 0031861 - M 0031862; M 0031925 - M 0032000; M
10  0031920 - M 0031924; M 0032001 - M 0032009; M 0032010 - M 0032057; M
11  0032058 - M 0032058; M 0032059 - M 0032070; M 0032071 - M 0032288; M
12  0032289 - M 0032289; M 0032290 - M 0032317; M 0059836 - M 0059837; M
13  0075253 - M 0075260; M 0075261 - M 0075277; M 0075278 - M 0075289; M
14  0075290 - M 0075307; M 0075308 - M 0075309; M 0075310 - M 0075315; M
15  0075316 - M 0075317; M 0075318 - M 0075322; M 0075323 - M 0075324; M
16  0075325 - M 0075325; M 0075326 - M 0075328; M 0075329 - M 0075333; M
17  0075334 - M 0075375; M 0075376 - M 0075378; M 0075379 - M 0075380; M
18  0075381 - M 0075384; M 0075385 - M 0075385; M 0075386 - M 0075388; M
19  0075389 - M 0075389; M 0075390 - M 0075390; M 0075391 - M 0075391; M
20  0075392 - M 0075398; M 0075399 - M 0075400; M 0075401 - M 0075407; M
21  0075408 - M 0075408; M 0075409 - M 0075416; M 0075417 - M 0075420; M
22  0075421 - M 0075421; M 0075422 - M 0075469; M 0075470 - M 0075490; M
23  0075491 - M 0075494; M 0075495 - M 0075515; M 0075516 - M 0075531; M
24  0075532 - M 0075552; M 0075553 - M 0075572; M 0075573 - M 0075573; M
25  0075574 - M 0075594; M 0075595 - M 0075616; M 0075617 - M 0075617; M
26  0075618 - M 0075619; M 0075620 - M 0075635; M 0075636 - M 0075654; M
27  0075655 - M 0075661; M 0075662 - M 0075699; M 0075700 - M 0075709; M
28  0075710 - M 0075713; M 0075714 - M 0075775; M 0075776 - M 0075780; M

1  0075781 - M 0075798; M 0075799 - M 0075842; M 0075843 - M 0075906; M
2  0075907 - M 0075949; M 0075950 - M 0076018; M 0076019 - M 0076019; M
3  0076020 - M 0076132; M 0076133 - M 0076143; M 0076144 - M 0076145; M
4  0076146 - M 0076148; M 0076149 - M 0076155; M 0076156 - M 0076169; M
5  0076170 - M 0076171; M 0076172 - M 0076196; M 0076197 - M 0076215; M
6  0076216 - M 0076250; M 0076251 - M 0076264; M 0076265 - M 0076279; M
7  0076280 - M 0076280; M 0076281 - M 0076311; M 0076312 - M 0076362; M
8  0076363 - M 0076370; M 0076371 - M 0076371; M 0076372 - M 0076425; M
9  0076426 - M 0076427; M 0076428 - M 0076431; M 0076432 - M 0076442; M
10 0076443 - M 0076446; M 0100646 - M 0100653; M 0098687 - M 0098688; M
11 0098689 - M 0098697; M 0098698 - M 0098723; M 0098724 - M 0098771; M
12 0098772 - M 0098832; M 0098833 - M 0098846; M 0098847 - M 0098865; M
13 0098866 - M 0098879; M 0098880 - M 0098883; M 0098884 - M 0098933; M
14 0098934 - M 0098936; M 0098937 - M 0098971; M 0098972 - M 0099436; M
15 0099437 - M 0099439; M 0099440 - M 0099448; M 0099449 - M 0099461; M
16 0099462 - M 0099471; M 0099472 - M 0099476; M 0099477 - M 0099493; M
17 0099494 - M 0099529; M 0099530 - M 0099594; M 0099595 - M 0099597; M
18 0099598 - M 0099601; M 0099602 - M 0099618; M 0099619 - M 0099628; M
19 0099629 - M 0099656; M 0099657 - M 0099665; M 0099666 - M 0099725; M
20 0099726 - M 0100622; M 0100623 - M 0100645; M 0100646 - M 0100653; M
21 0100654 - M 0100695; M 0100696 - M 0100698; M 0100699 - M 0100700; M
22 0100701 - M 0100735; M 0100736 - M 0100741; M 0100742 - M 0100774; M
23 0100775 - M 0100778; M 0100779 - M 0100780; M 0100781 - M 0100781; M
24 0100782 - M 0100782; M 0100783 - M 0100789; M 0100790 - M 0100795; M
25 0100796 - M 0100858; M 0100859 - M 0100868; M 0100869 - M 0100878; M
26 0100879 - M 0100891; M 0100892 - M 0100905; M 0100906 - M 0100918; M
27 0100919 - M 0100932; M 0100933 - M 0100941; M 0100942 - M 0100952; M
28 0100953 - M 0100953; M 0100954 - M 0100955; M 0100956 - M 0100983; M

-64-

SUPPLEMENTAL RESPONSES AND OBJECTIONS TO MGA'S FIRST SET OF INTERROGATORIES

EXHIBIT _15_ PAGE _291_

1  0100984 - M 0101013; M 0101014 - M 0101064; M 0101065 - M 0101065;
2  1332664 - 1332664; M 0101069 - M 0101128; MGA 0104856-MGA 0104973;
3  MGA 0105094-MGA 0105104; MGA 0105105-MGA 0105139; MGA 0105833-
4  MGA 0105835; MGA 0105836-MGA 0105864; MGA 0105873-MGA 0105926;
5  MGA 0105947-MGA 0105951; MGA 0105953-MGA 0105954; MGA 0105955-
6  MGA 0105972; MGA 0105973-MGA 0105975; MGA 0105976-MGA 0105977;
7  MGA 0105978-MGA 0106094; MGA 0106095-MGA 0110278; MGA 0110279-
8  MGA 0110294; MGA 0110295-MGA 0110297; MGA 0110298-MGA 0110299;
9  MGA 0110300-MGA 0110306; MGA 0110307-MGA 0110313; MGA 0110314-
10  MGA 0110323; MGA 0110324-MGA 0110333; MGA 0110334-MGA 0110343;
11  MGA 0110344-MGA 0110345; MGA 0110346-MGA 0110400; MGA 0110401-
12  MGA 0110403; MGA 0110404-MGA 0110406; MGA 0110407-MGA 0110432;
13  MGA 0110433-MGA 0110514; MGA 0110524-MGA 0110572; MGA 0110573-
14  MGA 0110573; MGA 0110593-MGA 0110593;  MGA 0110595-MGA 0110597;
15  MGA 0110598-MGA 0110600; MGA 0110601-MGA 0110606; MGA 0110607-
16  MGA 0110678; MGA 0110679-MGA 0110679; MGA 0110680-MGA 0110688;
17  MGA 0110689-MGA 0110690; MGA 0110691-MGA 0110699; MGA 0110700-
18  MGA 0110700; MGA 0110701-MGA 0110701; MGA 0110702-MGA 0110702;
19  MGA 0110703-MGA 0110703; MGA 0110704-MGA 0110704; MGA 0110705-
20  MGA 0110720; MGA 0110721-MGA 0110728; MGA 0110729-MGA 0110805;
21  MGA 0110806-MGA 0110810; MGA 0110811-MGA 0110819; MGA 0111038-
22  MGA 0111076; MGA 0111077-MGA 0111090; MGA 0111091-MGA 0111121;
23  MGA 0111122-MGA 0111207; MGA 0111208-MGA 0111225; MGA 0111226-
24  MGA 0111231; MGA 0111232-MGA 0111243; MGA 0111244-MGA 0112679;
25  MGA 0112680-MGA 0113114; MGA 0113115-MGA 0117043; MGA 0117044-
26  MGA 0120325; MGA 0120326-MGA 0122551; MGA 0122552-MGA 0124236;
27  MGA 0124237-MGA 0126396; MGA 0126397-MGA 0128556; MGA 0128557-
28  MGA 0129614; MGA 0129615-MGA 0130672; MGA 0130673-MGA 0132832;

SUPPLEMENTAL RESPONSES AND OBJECTIONS TO MGA'S FIRST SET OF INTERROGATORIES

07209/2267105.11

EXHIBIT 15 PAGE 292

1   MGA 0132833-MGA 0133923; MGA 0133924-MGA 0136083; MGA 0136084-
2   MGA 0136200; MGA 0136201-MGA 0136213; MGA 0136214-MGA 0137233;
3   MGA 0137234-MGA 0137244; MGA 0137245-MGA 0137250; MGA 0137251-
4   MGA 0137255; MGA 0137256-MGA 0137341; MGA 0137342-MGA 0139151;
5   MGA 0139152-MGA 0139167; MGA 0139168-MGA 0139170; MGA 0139171-
6   MGA 0139204; MGA 0139205-MGA 0139208; MGA 0139209-MGA 0139209;
7   MGA 0139370-MGA 0139533; MGA 0139534-MGA 0139552; MGA 0139553-
8   MGA 0139556; MGA 0139557-MGA 0139568; MGA 0139569-MGA 0139597;
9   MGA 0139598-MGA 0139663; MGA 0139664-MGA 0139730; MGA 0139731-
10   MGA 0139734; MGA 0139735-MGA 0139736; MGA 0139737-MGA 0139738;
11   MGA 0139739-MGA 0139743; MGA 0139744-MGA 0139744; MGA 0139745-
12   MGA 0139746; MGA 0139747-MGA 0139748; MGA 0139749-MGA 0139768;
13   MGA 0139769-MGA 0139792; MGA 0139793-MGA 0139815; MGA 0139816-
14   MGA 0139930; MGA 0139931-MGA 0139948; MGA 0139949-MGA 0139949;
15   MGA 0139950-MGA 0139966; MGA 0139967-MGA 0139977; MGA 0139978-
16   MGA 0140006; MGA 0140007-MGA 0140029; MGA 0140030-MGA 0140098;
17   MGA 0140099-MGA 0140127; MGA 0140128-MGA 0140147; MGA 0140148-
18   MGA 0140166; MGA 0140167-MGA 0140281; MGA 0140282-MGA 0140348;
19   MGA 0140349-MGA 0140366; MGA 0140367-MGA 0140367; MGA 0140368-
20   MGA 0140384; MGA 0140385-MGA 0140395; MGA 0140396-MGA 0140424;
21   documents referring or relating to payments or compensation that Bryant and other
22   former Mattel employees received from Mattel and MGA; telephone records
23   produced in this action, including those showing communications between Bryant
24   and MGA while Mattel was employed by Mattel; and the tangible items produced
25   for inspection in this action, including all photographs and videotape of such
26   tangible items.
27
28

07209/2267105.11

EXHIBIT _15_ PAGE _293_

1    By way of further answer, this topic may be the subject of expert

2 testimony, which will be disclosed in the manner, and at the time, required for

3 expert disclosures pursuant to the <u>Federal</u> and <u>Local Rules.</u>

4    Mattel reserves the right to supplement this response and, consistent

5 with its obligations under <u>Federal Rule of Civil Procedure</u> 26(e), Mattel will

6 supplement this response if Mattel receives additional responsive information.

7

8 **INTERROGATORY NO. 2:**

9    For each fact stated in response to Interrogatory No. 1, IDENTIFY all

10 PERSONS with knowledge of each fact.

11

12 **SUPPLEMENTAL RESPONSE TO INTERROGATORY NO. 2:**

13    In addition to the general objections stated above, Mattel specifically

14 objects to this Interrogatory on the grounds that it is overbroad, oppressive and

15 harassing, including without limitation that the Interrogatory is not restricted to

16 claims in this suit and thus purports to require disclosure of matters that have no

17 bearing on and are not at issue in this suit. Such matters will not be revealed or

18 addressed. Mattel further objects to this Interrogatory as being overbroad and

19 unduly burdensome on the grounds that it seeks to identify all persons having

20 knowledge of any fact relevant to this subject. Such a request potentially seeks the

21 identification of a large number of MGA employees, vendors and contractors not

22 currently known to Mattel and is also information known to Bryant. Mattel further

23 objects to this Interrogatory on the grounds that it is premature in that it purports to

24 seek all facts relating to this subject at the outset of discovery in this action and also

25 seeks to circumvent the expert disclosure provisions of the Federal and Local Rules.

26 Mattel further objects to this Interrogatory on the grounds that it purports to require

27 Mattel to disclose the identity of consulting experts. The identity of any such

28 experts will not be disclosed. Mattel further objects to this Interrogatory on the

-67-

EXHIBIT _15_ PAGE _294_

1  grounds that it calls for the disclosure of information subject to the attorney-client

2  privilege, the attorney work-product doctrine and other applicable privileges.  Mattel

3  further objects to this Request on the grounds that it is premature and seeks to

4  circumvent the expert disclosure provisions of the Federal and Local Rules.   Mattel

5  continues its factual investigation and currently awaits MGA's compliance with

6  multiple Court Orders compelling MGA to produce documents, to answer

7  Interrogatories and to produce witnesses for deposition which MGA still has not

8  complied with and indeed that the Court has found MGA violated.  Mattel also has

9  pending motions to compel against defendants MGA, Bryant, Machado and others

10  associated with defendants, including to compel them to produce documents, to

11  appear for deposition and to answer requests for admissions.  In addition, the

12  depositions of certain witnesses, including without limitation Carter Bryant and

13  various MGA representatives, have yet to be completed, and other witnesses,

14  including various MGA representatives such as Gustavo Machado, Ron Brawer,

15  Mariana Trueba, Pablo Vargas, Janine Brisbois, Shirin Salemnia, as well as

16  Veronica Marlow, Margaret Hatch-Leahy and Elise Cloonan, have yet to be

17  produced for deposition.  Furthermore, although MGA's original production in this

18  case regarding the alleged origins and development of Bratz consisted of only a few

19  thousand pages, and only after multiple Court Orders compelling MGA and Bryant

20  to produce their documents, MGA and other Defendants have begun to produced

21  voluminous documents only in recent weeks, including documents that Mattel has

22  been unable to access or review because of technical deficiencies in MGA's

23  production that MGA only recently corrected.  Furthermore, despite prior Court

24  Order directing MGA to provide documents in unredacted form, MGA has failed to

25  comply and thus continues to deny Mattel information that the Court has ruled

26  Mattel is entitled to.  The review of MGA's, Bryant's and other Defendants' belated,

27  and still incomplete, productions continues.  Mattel reserves the right to supplement

28  this response consistent with Federal Rule of Civil Procedure 26(e).

EXHIBIT _15_ PAGE _295_

1        Without waiving the foregoing General and Specific objections, and

2   subject thereto, Mattel responds to this interrogatory as follows:

3        Based on the information currently known to it, at least the following

4   persons (exclusive of expert witnesses, attorneys, and their support staff) have

5   knowledge of the facts stated in response to Mattel's Supplemental Resonse to

6   Interrogatory No. 1:

7        Carter Bryant has knowledge and information regarding, among other

8   things, his breach of his employment contracts and obligations to Mattel, the

9   chronology, timing, creation, and development of Bratz, his work with or for MGA

10  during his Mattel employment, MGA's complicity in the theft of Bratz, Bryant and

11  MGA's concealment of their misconduct and other matters as stated at his

12  deposition.

13       Isaac Larian has knowledge and information regarding, among other

14  things, Bryant's breach of his contracts and obligations to Mattel, the chronology,

15  timing, creation, and development of Bratz, Bryant's work with or for MGA during

16  his Mattel employment, MGA's complicity in the theft of Bratz, Bryant and MGA's

17  concealment of their misconduct, MGA's and other defendants' theft of Mattel's

18  intellectual property and trade secrets in the United States and around the world,

19  MGA's and Larian's misrepresentations to retailers, MGA's business practices and

20  other matters as stated at his deposition.

21       Paula Dianthe Treantafelles (Garcia) has knowledge and information

22  regarding, among other things, Bryant's breach of his contracts and obligations to

23  Mattel, the chronology, timing, creation, and development of Bratz, Bryant's work

24  with or for MGA during his Mattel employment, MGA's complicity in the theft of

25  Bratz, Bryant and MGA's concealment of their misconduct, MGA's and other

26  defendants' theft of Mattel's intellectual property and trade secrets in the United

27  States and around the world, MGA's business practices and other matters as stated at

28  her deposition.

EXHIBIT _15_ PAGE _296_

1       Carlos Gustavo Machado has knowledge and information regarding,

2   among other things, MGA's complicity in the theft of Bratz, Bryant and MGA's

3   concealment of their misconduct, MGA's and other defendants' theft of Mattel's

4   intellectual property and trade secrets in the United States and around the world, and

5   MGA's business practices.

6       Mariana Trueba Almada has knowledge and information regarding,

7   among other things, MGA's complicity in the theft of Bratz, Bryant and MGA's

8   concealment of their misconduct, MGA's and other defendants' theft of Mattel's

9   intellectual property and trade secrets in the United States and around the world, and

10  MGA's business practices.

11      Pablo Vargas San Jose has knowledge and information regarding,

12  among other things, MGA's complicity in the theft of Bratz, Bryant and MGA's

13  concealment of their misconduct, MGA's and other defendants' theft of Mattel's

14  intellectual property and trade secrets in the United States and around the world, and

15  MGA's business practices.

16      Ron Brawer has knowledge and information regarding, among other

17  things, MGA's complicity in the theft of Bratz, Bryant and MGA's concealment of

18  their misconduct, MGA's and other defendants' theft of Mattel's intellectual property

19  and trade secrets in the United States and around the world, and MGA's business

20  practices.

21      Janine Brisbois has knowledge and information regarding, among other

22  things, MGA's complicity in the theft of Bratz, Bryant and MGA's concealment of

23  their misconduct, and MGA's and other defendants' theft of Mattel's intellectual

24  property and trade secrets in the United States and around the world.

25      Dave Malacrida has knowledge and information regarding, among

26  other things, Bryant's breach of his contracts and obligations to Mattel, the

27  chronology, timing, creation, and development of Bratz, Bryant's work with or for

28  MGA during his Mattel employment, MGA's complicity in the theft of Bratz,

EXHIBIT _15_ PAGE _297_

1 | Bryant and MGA's concealment of their misconduct, MGA's and other defendants'
2 | theft of Mattel's intellectual property and trade secrets in the United States and
3 | around the world, MGA's business practices and other matters as stated at his
4 | deposition.

5 | Daphne Gronich has knowledge and information regarding, among
6 | other things, Bryant's breach of his contracts and obligations to Mattel, the
7 | chronology, timing, creation, and development of Bratz, Bryant's work with or for
8 | MGA during his Mattel employment, MGA's complicity in the theft of Bratz,
9 | Bryant and MGA's concealment of their misconduct, and MGA and other
10 | defendants' theft of Mattel's intellectual property and trade secrets in the United
11 | States and around the world.

12 | Veronica Marlow has knowledge and information regarding, among
13 | other things, Bryant's breach of his contracts and obligations to Mattel, the
14 | chronology, timing, creation, and development of Bratz, Bryant's work with or for
15 | MGA during his Mattel employment, MGA's complicity in the theft of Bratz, and
16 | Bryant and MGA's concealment of their misconduct.

17 | Anna Rhee has knowledge and information regarding, among other
18 | things, Bryant's breach of his contracts and obligations to Mattel, the chronology,
19 | timing, creation, and development of Bratz, Bryant's work with or for MGA during
20 | his Mattel employment, MGA's complicity in the theft of Bratz, Bryant and MGA's
21 | concealment of their misconduct, the development and ownership of intellectual
22 | property at issue and other matters as stated at her deposition.

23 | Margaret Hatch Leahy has knowledge and information regarding,
24 | among other things, Bryant's breach of his contracts and obligations to Mattel, the
25 | chronology, timing, creation, and development of Bratz, Bryant's work with or for
26 | MGA during his Mattel employment, MGA's complicity in the theft of Bratz,
27 | Bryant and MGA's concealment of their misconduct, MGA business practices.

28 |

EXHIBIT _15_ PAGE _298_

1        Mercedah Ward has knowledge and information regarding, among

2  other things, Bryant's breach of his contracts and obligations to Mattel, the

3  chronology, timing, creation, and development of Bratz, Bryant's work with or for

4  MGA during his Mattel employment, MGA's complicity in the theft of Bratz,

5  Bryant and MGA's concealment of their misconduct, MGA's access to Mattel's

6  intellectual property and trade secrets, and MGA's business practices.

7        Rachel Harris has knowledge and information regarding, among other

8  things, Bryant's breach of his contracts and obligations to Mattel, the chronology,

9  timing, creation, and development of Bratz, Bryant's work with or for MGA during

10  his Mattel employment, MGA's complicity in the theft of Bratz, Bryant and MGA's

11  concealment of their misconduct and other matters as stated at her deposition.

12        Sarah Halpern has knowledge and information regarding, among other

13  things, Bryant's breach of his contracts and obligations to Mattel, the chronology,

14  timing, creation, and development of Bratz, Bryant's work with or for MGA during

15  his Mattel employment, MGA's complicity in the theft of Bratz, Bryant and MGA's

16  concealment of their misconduct, and MGA's access to Mattel's intellectual property

17  and trade secrets.

18        Elise Cloonan has knowledge and information regarding, among other

19  things, Bryant's breach of his contracts and obligations to Mattel, the chronology,

20  timing, creation, and development of Bratz, Bryant's work with or for MGA during

21  his Mattel employment, MGA's complicity in the theft of Bratz, and Bryant and

22  MGA's concealment of their misconduct.

23        Victoria O'Connor has knowledge and information regarding, among

24  other things, Bryant's breach of his contracts and obligations to Mattel, the

25  chronology,  timing, creation, and development of Bratz, Bryant's work with or for

26  MGA during his Mattel employment, MGA's complicity in the theft of Bratz,

27  Bryant and MGA's concealment of their misconduct, MGA's access to Mattel's

28

EXHIBIT _15_ PAGE _299_

1 | intellectual property and trade secrets, MGA's business practices and other matters
2 | as stated at her deposition.

3 | Steve Linker has knowledge and information regarding, among other
4 | things, Bryant's breach of his contracts and obligations to Mattel, the chronology,
5 | timing, creation and development of Bratz, Bryant's work with or for MGA during
6 | his Mattel employment, MGA's complicity in the theft of Bratz, Bryant and MGA's
7 | concealment of their misconduct and other matters as stated at his deposition.

8 | Maureen Mullen has knowledge and information regarding, among
9 | other things, Bryant's breach of his contracts and obligations to Mattel, the
10 | chronology, timing, creation, and development of Bratz, Bryant's work with or for
11 | MGA during his Mattel employment, MGA's complicity in the theft of Bratz, and
12 | Bryant and MGA's concealment of their misconduct.

13 | Stephen Lee has knowledge and information regarding, among other
14 | things, Bryant's breach of his contracts and obligations to Mattel, the chronology,
15 | timing, creation, and development of Bratz, Bryant's work with or for MGA during
16 | his Mattel employment, MGA's complicity in the theft of Bratz, MGA's and other
17 | defendants' theft of Mattel's intellectual property and trade secrets in the United
18 | States and around the world, and Bryant and MGA's concealment of their
19 | misconduct.

20 | Cecilia Kwok has knowledge and information regarding, among other
21 | things, Bryant's breach of his contracts and obligations to Mattel, the chronology,
22 | timing, creation, and development of Bratz, Bryant's work with or for MGA during
23 | his Mattel employment, MGA's complicity in the theft of Bratz, Bryant and MGA's
24 | concealment of their misconduct, and MGA's business practices.

25 | Mei Wa (Sarah) Chui has knowledge and information regarding,
26 | among other things, Bryant's breach of his contracts and obligations to Mattel, the
27 | chronology, timing, creation, and development of Bratz, Bryant's work with or for
28 |

EXHIBIT 15 PAGE 300

1  MGA during his Mattel employment, MGA's complicity in the theft of Bratz, and

2  Bryant and MGA's concealment of their misconduct.

3          Frankie Tsang has knowledge and information regarding, among other

4  things, Bryant's breach of his contracts and obligations to Mattel, the chronology,

5  timing, creation, and development of Bratz, Bryant's work with or for MGA during

6  his Mattel employment, MGA's complicity in the theft of Bratz, Bryant and MGA's

7  concealment of their misconduct, MGA's and other defendants' theft of Mattel's

8  intellectual property and trade secrets in the United States and around the world, and

9  MGA's business practices.

10          Farhad Larian has knowledge and information regarding the

11 chronology, timing of the development of Bratz, MGA's complicity in the theft of

12 Bratz, Bryant and MGA's concealment of their misconduct, and sales, valuation and

13 other financial information relating to MGA.

14          Morad Zarabi has knowledge and information regarding the

15 chronology, timing of the development of Bratz, MGA's complicity in the theft of

16 Bratz, Bryant and MGA's concealment of their misconduct, and sales, valuation and

17 other financial information relating to MGA.

18          Ellis Stern and/or Stern & Goldberg has knowledge and information

19 regarding the chronology, timing of the development of Bratz, MGA's complicity in

20 the theft of Bratz, Bryant and MGA's concealment of their misconduct, and sales,

21 valuation and other financial information relating to MGA.

22          Don Howarth and/or Howarth & Smith has knowledge and information

23 regarding the chronology, timing of the development of Bratz, MGA's complicity in

24 the theft of Bratz, Bryant and MGA's concealment of their misconduct, and sales,

25 valuation and other financial information relating to MGA.

26          John Conkle and/or Conkle, Kremer & Engel has knowledge and

27 information regarding the chronology, timing of the development of Bratz, MGA's

28

1 | complicity in the theft of Bratz, Bryant and MGA's concealment of their misconduct

2 | and sales, valuation and other financial information relating to MGA.

3 |       Cotkin & Collins has knowledge and information regarding the

4 | chronology, timing of the development of Bratz, MGA's complicity in the theft of

5 | Bratz, Bryant and MGA's concealment of their misconduct and sales, valuation and

6 | other financial information relating to MGA.

7 |       Ralph Loeb and/or Krane & Smith has knowledge and information

8 | regarding the chronology, timing of the development of Bratz, MGA's complicity in

9 | the theft of Bratz, and Bryant, MGA's concealment of their misconduct and sales,

10 | valuation and other financial information relating to MGA.

11 |       Richard Kellner and/or Kabatech Brown Kellner LLP has knowledge

12 | and information regarding the chronology, timing of the development of Bratz,

13 | MGA's complicity in the theft of Bratz, Bryant and MGA's concealment of their

14 | misconduct and sales, valuation and other financial information relating to MGA.

15 |       Kaye Scholer has knowledge and information regarding the

16 | chronology, timing of the development of Bratz, MGA's complicity in the theft of

17 | Bratz, and Bryant, MGA's concealment of their misconduct and sales, valuation and

18 | other financial information relating to MGA.

19 |       Joel Klevens (now with Christensen Glaser) has knowledge and

20 | information regarding the chronology, timing of the development of Bratz, MGA's

21 | complicity in the theft of Bratz, Bryant and MGA's concealment of their misconduct

22 | and sales, valuation and other financial information relating to MGA.

23 |       National Business Appraisers has knowledge and information regarding

24 | the chronology, timing of the development of Bratz, MGA's complicity in the theft

25 | of Bratz, Bryant and MGA's concealment of their misconduct and sales, valuation

26 | and other financial information relating to MGA.

27 |       Mike Shenassafar has knowledge and information regarding the

28 | chronology, timing of the development of Bratz, MGA's complicity in the theft of

1 | Bratz, Bryant and MGA's concealment of their misconduct and sales, valuation and
2 | other financial information relating to MGA.

3 |    Gentle Giant has knowledge and information regarding the
4 | development of Bratz.

5 |    Kerri Brode has knowledge and information regarding, among other
6 | things, Bryant's breach of his contracts and obligations to Mattel, the chronology,
7 | timing, creation, and development of Bratz, Bryant's work with or for MGA during
8 | his Mattel employment, MGA's complicity in the theft of Bratz, Bryant and MGA's
9 | concealment of their misconduct and other matters as stated at his deposition.

10 |    Eli Makabi has knowledge and information regarding, among other
11 | things, Bryant's breach of his contracts and obligations to Mattel, the chronology,
12 | timing, creation, and development of Bratz, Bryant's work with or for MGA during
13 | his Mattel employment, MGA's complicity in the theft of Bratz, Bryant and MGA's
14 | concealment of their misconduct, and MGA and other defendants' theft of Mattel's
15 | intellectual property and trade secrets in the United States and around the world.

16 |    Jill Nordquist has knowledge and information regarding, among other
17 | things, Bryant's breach of his contracts and obligations to Mattel, Bryant's departure
18 | from Mattel, MGA's access to Mattel's intellectual property and trade secrets and
19 | other matters as stated at her deposition.

20 |    Maureen Tafoya has knowledge and information regarding, among
21 | other things, Bryant's breach of his contracts and obligations to Mattel.

22 |    Sandy Yonemoto has knowledge and information regarding, among
23 | other things, Bryant's departure from Mattel, including but not limited to, his exit
24 | interview at Mattel, Bryant's misrepresentations to Mattel and other matters as stated
25 | at his deposition.

26 |    Kislap Ongchongo has knowledge and information regarding, among
27 | other things, Bryant's breach of his contracts and obligations to Mattel, Mattel

28 |

EXHIBIT _15_ PAGE _303_

1  projects including, but not limited to, DIVA STARZ, and other matters as stated at

2  his deposition.

3       Joni Pratte has knowledge and information regarding, among other

4  things, Bryant's breach of his contracts and obligations to Mattel, Mattel projects

5  including, but not limited to, DIVA STARZ, the development and ownership of

6  intellectual property at issue and other matters as stated at her deposition.

7       Rene Pasko has knowledge and information regarding, among other

8  things, Bryant's breach of his contracts and obligations to Mattel, Mattel projects

9  including, but not limited to, DIVA STARZ, the development and ownership of

10  intellectual property at issue and other matters as stated at her deposition.

11       Robert Hudnut has knowledge and information regarding, among other

12  things, Bryant's breach of his contracts and obligations to Mattel, and Mattel

13  projects including, but not limited to, DIVA STARZ, Mattel's contracts with its

14  employees and other matters as stated at his deposition.

15       Julia Jensen has as knowledge and information regarding, among other

16  things, Mattel's business practices and other matters as stated at her deposition.

17       Lily Martinez has knowledge and information regarding, among other

18  things, Bryant's employment with Mattel, Bryant's breach of his contracts and

19  obligations to Mattel, Mattel projects including, but not limited to, Toon Teens, and

20  and other matters as stated at her deposition.

21       Adrianne Fontenella has knowledge and information regarding, among

22  other things, Bryant's breach of his contracts and obligations to Mattel, Bryant's

23  employment with Mattel, and Bryant's exposure to Mattel projects.

24       Ivy Ross has knowledge and information regarding, among other

25  things, Bryant's breach of his contracts and obligations to Mattel, and the

26  circumstances surrounding Bryant's departure from Mattel.

27       Thomas Park has knowledge and information regarding, among other

28  things, MGA's access to Mattel's intellectual property and trade secrets, MGA's and

-77-

SUPPLEMENTAL RESPONSES AND OBJECTIONS TO MGA'S FIRST SET OF INTERROGATORIES

EXHIBIT _15_ PAGE _304_

1    other defendants' theft of Mattel's intellectual property and trade secrets in the
2    United States and around the world including, but not limited to, MGA's recruiting
3    of former Mattel employees, Machado, Trueba and Vargas, and MGA's business
4    practices.

5            Susanna Kuemmerle has knowledge and information regarding, among
6    other things, MGA's and other defendants' theft of Mattel's intellectual property and
7    trade secrets in the United States and around the world including, but not limited to,
8    MGA recruiting of former Mattel employees, Machado, Trueba and Vargas, and
9    MGA's business practices.

10           Bryant Armstrong has knowledge and information regarding, among
11   other things, MGA's intellectual property applications and other matters as stated at
12   his deposition.

13           Jacqueline Prince has knowledge and information regarding, among
14   other things, Bryant's breach of his contracts and obligations to Mattel, the
15   chronology, timing, creation, and development of Bratz, Bryant's work with or for
16   MGA during his Mattel employment, MGA's complicity in the theft of Bratz,
17   Bryant and MGA's concealment of their misconduct and other matters as stated at
18   her deposition.

19           Jessee Ramirez has knowledge and information regarding, among other
20   things, Bryant's breach of his contracts and obligations to Mattel, the chronology,
21   timing, creation, and development of Bratz, Bryant's work with or for MGA during
22   his Mattel employment, MGA's complicity in the theft of Bratz, and Bryant and
23   MGA's concealment of their misconduct.

24           David Dees has knowledge and information regarding, among other
25   things, Bryant's breach of his contracts and obligations to Mattel, the chronology,
26   timing, creation, and development of Bratz, Bryant's work with or for MGA during
27   his Mattel employment, MGA's complicity in the theft of Bratz, and Bryant and
28   MGA's concealment of their misconduct.

EXHIBIT _15_ PAGE _305_

1      Stephen Tarmichael has knowledge and information regarding, among
2  other things, Bryant's breach of his contracts and obligations to Mattel, the
3  chronology, timing, creation, and development of Bratz, Bryant's work with or for
4  MGA during his Mattel employment, MGA's complicity in the theft of Bratz, and
5  Bryant and MGA's concealment of their misconduct.
6      Edmond Lee has knowledge and information regarding, among other
7  things, Bryant's breach of his contracts and obligations to Mattel, the chronology,
8  timing, creation, and development of Bratz, Bryant's work with or for MGA during
9  his Mattel employment, MGA's complicity in the theft of Bratz, MGA's
10 misrepresentations to retailers and others, defendants' theft of Mattel's intellectual
11 property and trade secrets in the United States and around the world, Bryant and
12 MGA's concealment of their misconduct and other matters as stated at his
13 deposition.
14      Samuel Wong has knowledge and information regarding, among other
15 things, Bryant's breach of his contracts and obligations to Mattel, the chronology,
16 timing, creation, and development of Bratz, Bryant's work with or for MGA during
17 his Mattel employment, MGA's complicity in the theft of Bratz, and Bryant and
18 MGA's concealment of their misconduct.
19      William Ragsdale has knowledge and information regarding, among
20 other things, Bryant's breach of his contracts and obligations to Mattel, the
21 chronology, timing, creation, and development of Bratz, Bryant's work with or for
22 MGA during his Mattel employment, MGA's complicity in the theft of Bratz, and
23 Bryant and MGA's concealment of their misconduct.
24      Wendy Ragsdale has knowledge and information regarding, among
25 other things, Bryant's breach of his contracts and obligations to Mattel, the
26 chronology, timing, creation, and development of Bratz, Bryant's work with or for
27 MGA during his Mattel employment, MGA's complicity in the theft of Bratz, and
28 Bryant and MGA's concealment of their misconduct.

-79-
SUPPLEMENTAL RESPONSES AND OBJECTIONS TO MGA'S FIRST SET OF INTERROGATORIES

EXHIBIT _15_ PAGE _306_

1    Cassidy Park has knowledge and information regarding, among other

2 things, Bryant's breach of his contracts and obligations to Mattel and other matters

3 as stated at her deposition.

4    Alan Kaye has knowledge and information regarding, among other

5 things, Bryant's breach of his contracts and obligations to Mattel and other matters

6 as stated at his deposition.

7    Anne Driskill has knowledge and information regarding, among other

8 things, Bryant's breach of his contracts and obligations to Mattel and other matters

9 as stated at her deposition.

10    Joel Klevins has knowledge and information regarding, among other

11 things, Bryant's breach of his contracts and obligations to Mattel, the chronology,

12 timing, creation, and development of Bratz, Bryant's work with or for MGA during

13 his Mattel employment, MGA's complicity in the theft of Bratz, and Bryant and

14 MGA's concealment of their misconduct.

15    Joyce Ng and/or Karrenbrock & Associates has knowledge and

16 information regarding, among other things, Bryant's breach of his contracts and

17 obligations to Mattel, the chronology, timing, creation, design and development of

18 Bratz, Bryant's work with or for MGA during his Mattel employment, MGA's

19 complicity in the theft of Bratz, and Bryant and MGA's concealment of their

20 misconduct.

21    Wendy Feinberg and/or L.A Focus has knowledge and information

22 regarding, among other things, Bryant's breach of his contracts and obligations to

23 Mattel, the chronology, timing, creation, and development of Bratz, Bryant's work

24 with or for MGA during his Mattel employment, MGA's complicity in the theft of

25 Bratz, and Bryant and MGA's concealment of their misconduct.

26    Cynthia Pierce and/or Union Bank has knowledge and information

27 regarding, among other things, Bryant's breach of his contracts and obligations to

28 Mattel by, including but not limited to, accepting payment from MGA while

07209/2267105.11

-80-

SUPPLEMENTAL RESPONSES AND OBJECTIONS TO MGA'S FIRST SET OF INTERROGATORIES

EXHIBIT _15_ PAGE _307_

1  employed by Mattel; the chronology, timing, creation, and development of Bratz,

2  Bryant's work with or for MGA during his Mattel employment, MGA's complicity

3  in the theft of Bratz, and Bryant and MGA's concealment of their misconduct.

4         Schuyler Bacon has knowledge and information regarding, among

5  other things, MGA's and other defendants' theft of Mattel's intellectual property and

6  trade secrets in the United States and around the world, including but not limted to,

7  MGA's practice of recruiting Mattel employees in order to steal its trade secrets,

8  Bryant and MGA's concealment of their misconduct and other matters as stated at

9  her deposition.

10         Matt Bousquette has knowledge and information regarding, among

11  other things, Mattel's business operations and the development and ownership of

12  intellectual property at issue.

13         Rebecca Harris has knowledge and information regarding, among other

14  things, Bryant's breach of his contracts and obligations to Mattel, the chronology,

15  timing, creation, and development of Bratz, Bryant's work with or for MGA during

16  his Mattel employment, MGA's complicity in the theft of Bratz, Bryant and MGA's

17  concealment of their misconduct and other matters as stated at her deposition.

18         O'Melveny & Myers has non-privileged knowledge and information

19  regarding, among other things, Bryant's breach of his contracts and obligations to

20  Mattel, the chronology, timing, creation, and development of Bratz, Bryant's work

21  with or for MGA during his Mattel employment, MGA's complicity in the theft of

22  Bratz, Bryant and MGA's concealment of their misconduct, MGA's and other

23  defendants' theft of Mattel's intellectual property and trade secrets in the United

24  States and around the world, MGA's and Larian's misrepresentations to retailers, and

25  Bryant's and MGA's concealment and destruction of evidence.

26         Christensen Glaser has non-privileged knowledge and information

27  regarding, among other things, Bryant's breach of his contracts and obligations to

28  Mattel, the chronology, timing, creation, and development of Bratz, Bryant's work

1  with or for MGA during his Mattel employment, MGA's complicity in the theft of
2  Bratz, Bryant and MGA's concealment of their misconduct, MGA's and other
3  defendants' theft of Mattel's intellectual property and trade secrets in the United
4  States and around the world, MGA's and Larian's misrepresentations to retailers, and
5  Bryant's and MGA's concealment and destruction of evidence.

6         Littler Mendelson has non-privileged knowledge and information
7  regarding, among other things, its own and Bryant's spoliation of evidence, Bryant's
8  breach of his contracts and obligations to Mattel, the chronology, timing, creation,
9  and development of Bratz, Bryant's work with or for MGA during his Mattel
10  employment, MGA's complicity in the theft of Bratz, Bryant and MGA's
11  concealment of their misconduct, MGA's and other defendants' theft of Mattel's
12  intellectual property and trade secrets in the United States and around the world,
13  MGA's and Larian's misrepresentations to retailers, and Bryant's and MGA's
14  concealment and destruction of evidence.

15        Ricardo Abundis has knowledge and information regarding, among
16  other things, MGA's access to Mattel's intellectual property and trade secrets,
17  MGA's and other defendants' theft of Mattel's intellectual property and trade secrets
18  in the United States and around the world, and MGA business practices.

19        Lourdes Aguilar has knowledge and information regarding, among
20  other things, MGA's access to Mattel's intellectual property and trade secrets,
21  MGA's and other defendants' theft of Mattel's intellectual property and trade secrets
22  in the United States and around the world, and MGA business practices.

23        Jules Andres has knowledge and information regarding, among other
24  things, MGA's and other defendants' theft of Mattel's intellectual property and trade
25  secrets in the United States and around the world.

26        Russell Arons has knowledge and information regarding, among other
27  things, the development and ownership of intellectual property at issue.

28

-82-
SUPPLEMENTAL RESPONSES AND OBJECTIONS TO MGA'S FIRST SET OF INTERROGATORIES

EXHIBIT _15_ PAGE _309_

1    Terry Bartlett has knowledge and information regarding, among other
2  things, Toy of the Year and the dealings of Mattel and MGA with TIA.

3    Eve Karen Laskaris Bennett has knowledge and information regarding,
4  among other things, MGA's access to Mattel's intellectual property and trade secrets,
5  MGA's and other defendants' theft of Mattel's intellectual property and trade secrets
6  in the United States and around the world, and MGA business practices.

7    Nancy Bennett has knowledge and information regarding, among other
8  things, the development and ownership of intellectual property at issue.

9    Molly Benz has knowledge and information regarding, among other
10  things, the development and ownership of intellectual property at issue.

11    Jason Bergerson and/or Kroll OnTrack has knowledge and information
12  regarding, among other things, MGA's theft of Mattel's intellectual property and
13  trade secrets.

14    John Bloodworth has knowledge and information regarding, among
15  other things, MGA's access to Mattel's intellectual property and trade secrets,
16  MGA's and other defendants' theft of Mattel's intellectual property and trade secrets
17  in the United States and around the world, and MGA business practices.

18    Kevin Bloomfield has knowledge and information regarding, among
19  other things, MGA's access to Mattel's intellectual property and trade secrets,
20  MGA's and other defendants' theft of Mattel's intellectual property and trade secrets
21  in the United States and around the world, and MGA business practices.

22    Sarah Buzby has knowledge and information regarding, among other
23  things, the development and ownership of intellectual property at issue.

24    Juan Carlos Virrueta Camacho has knowledge and information
25  regarding, among other things, MGA's access to Mattel's intellectual property and
26  trade secrets, MGA's and other defendants' theft of Mattel's intellectual property and
27  trade secrets in the United States and around the world, and MGA business
28  practices.

SUPPLEMENTAL RESPONSES AND OBJECTIONS TO MGA'S FIRST SET OF INTERROGATORIES

EXHIBIT *15* PAGE *310*

1        Kathy Casey has knowledge and information regarding, among other
2    things, Mattel's business operations and the development and ownership of
3    intellectual property at issue.
4        Jorge Castilla has knowledge and information regarding, among other
5    things, MGA's access to Mattel's intellectual property and trade secrets, MGA's and
6    other defendants' theft of Mattel's intellectual property and trade secrets in the
7    United States and around the world, and MGA's business practices.
8        Jimmy Cheng has knowledge and information regarding, among other
9    things, the design and development of Bratz, Bryant's work with or for MGA during
10   his Mattel employment, and MGA's business practices.
11       Steve Quoc Cheng has knowledge and information regarding, among
12   other things, MGA's access to Mattel's intellectual property and trade secrets,
13   MGA's and other defendants' theft of Mattel's intellectual property and trade secrets
14   in the United States and around the world, and MGA's business practices.
15       Ok Soo Choi has knowledge and information regarding, among other
16   things, the development and ownership of intellectual property at issue.
17       Fabienne Chonavel has knowledge and information regarding, among
18   other things, the development of Bratz, MGA's access to Mattel's intellectual
19   property and trade secrets, MGA's and other defendants' theft of Mattel's intellectual
20   property and trade secrets in the United States and around the world, and MGA's
21   business practices.
22       Larry Clayton has knowledge and information regarding, among other
23   things, the development and ownership of intellectual property at issue.
24       Gary Cogland, has knowledge and information regarding, among other
25   things, the design and development of Bratz, Bryant's work with or for MGA during
26   his Mattel employment, and MGA's business practices.
27       Nick Armando Contreras has knowledge and information regarding,
28   among other things, MGA's access to Mattel's intellectual property and trade secrets,

SUPPLEMENTAL RESPONSES AND OBJECTIONS TO MGA'S FIRST SET OF INTERROGATORIES

EXHIBIT _15_ PAGE _311_

1 | MGA's and other defendants' theft of Mattel's intellectual property and trade secrets
2 | in the United States and around the world, and MGA's business practices.
3 |      Daniel Cooney has knowledge and information regarding, among other
4 | things, MGA's access to Mattel's intellectual property and trade secrets, MGA's and
5 | other defendants theft of Mattel's intellectual property and trade secrets in the
6 | United States and around the world, and MGA's business practices.
7 |      Stephanie Cota has knowledge and information regarding, among other
8 | things, the development and ownership of intellectual property at issue.
9 |      Alan Dennis has knowledge and information regarding, among other
10 | things, the development and ownership of intellectual property at issue.
11 |      Luis H. Domingo has knowledge and information regarding, among
12 | other things, MGA's access to Mattel's intellectual property and trade secrets,
13 | MGA's and other defendants' theft of Mattel's intellectual property and trade secrets
14 | in the United States and around the world, and  MGA business practices.
15 |      Ian Dyer has knowledge and information regarding, among other
16 | things, the development and ownership of intellectual property at issue.
17 |      Robert Eckert has knowledge and information regarding, among other
18 | things, Mattel's business operations.
19 |      Jaime Elias has knowledge and information regarding, among other
20 | things, MGA's theft of Mattel's intellectual property and trade secrets in the United
21 | States and around the world.
22 |      Joseph B. Feldman has knowledge and information regarding, among
23 | other things, MGA's access to Mattel's intellectual property and trade secrets,
24 | MGA's and other defendants' theft of Mattel's intellectual property and trade secrets
25 | in the United States and around the world, and MGA business practices.
26 |      Yeira Fierro has knowledge and information regarding, among other
27 | things, MGA's and other defendants' theft of Mattel's intellectual property and trade
28 | secrets in the United States and around the world.

-85-

SUPPLEMENTAL RESPONSES AND OBJECTIONS TO MGA'S FIRST SET OF INTERROGATORIES

EXHIBIT *15* PAGE *3/2*

1    Neil Friedman has knowledge and information regarding, among other

2  things, Mattel's business operations and the development and ownership of

3  intellectual property at issue, TIA and Toy of the Year.

4    Mia Maria Garcia has knowledge and information regarding, among

5  other things, MGA's access to Mattel's intellectual property and trade secrets,

6  MGA's and other defendants' theft of Mattel's intellectual property and trade secrets

7  in the United States and around the world, and MGA business practices.

8    Kami Gillmour-Bryant has knowledge and information regarding,

9  among other things, MGA's access to Mattel's intellectual property and trade secrets,

10  MGA's and other defendants' theft of Mattel's intellectual property and trade secrets

11  in the United States and around the world, and MGA business practices.

12    Dana Goldstein has knowledge and information regarding, among other

13  things, MGA's access to Mattel's intellectual property, MGA's and other defendants'

14  theft of Mattel's intellectual property and trade secrets in the United States and

15  around the world, and trade secrets, and MGA business practices.

16    Jean Gomez has knowledge and information regarding, among other

17  things, the development and ownership of intellectual property at issue.

18    Joanne Green has knowledge and information regarding, among other

19  things, the development and ownership of intellectual property at issue.

20    Janet R. Han has knowledge and information regarding, among other

21  things, MGA's access to Mattel's intellectual property and trade secrets, MGA's and

22  other defendants' theft of Mattel's intellectual property and trade secrets in the

23  United States and around the world, and MGA business practices.

24    Melody Hanson has knowledge and information regarding, among

25  other things, MGA's access to Mattel's intellectual property and trade secrets,

26  MGA's and other defendants' theft of Mattel's intellectual property and trade secrets

27  in the United States and around the world, and MGA business practices.

28

EXHIBIT 15 PAGE 3 13

1    Rachel Harris has knowledge and information regarding, among other
2    things, design and development of Bratz and Bryant's work with or for MGA during
3    his Mattel employment, Bryant's breach of obligations to Mattel, and MGA business
4    practices.
5    Ricardo Honda Hatadi has knowledge and information regarding,
6    among other things, MGA's theft of Mattel's intellectual property and trade secrets,
7    and MGA's and other defendants' theft of Mattel's intellectual property and trade
8    secrets in the United States and around the world.
9    Jill Hatch has knowledge and information regarding, among other
10   things, MGA's access to Mattel's intellectual property and trade secrets, MGA's and
11   other defendants' theft of Mattel's intellectual property and trade secrets in the
12   United States and around the world, and MGA business practices.
13   Kiyomi Haverly, has knowledge and information regarding, among
14   other things, the development and ownership of intellectual property at issue.
15   Maria del Carmen Mendez Hernandez and/or Xerox Mexicana has
16   knowledge and information regarding, among other things, MGA's access to
17   Mattel's intellectual property and trade secrets, MGA's and other defendants' theft of
18   Mattel's intellectual property and trade secrets in the United States and around the
19   world, and MGA's business practices.
20   Michael Hinh has knowledge and information regarding, among other
21   things, MGA's access to Mattel's intellectual property and trade secrets, MGA's and
22   other defendants' theft of Mattel's intellectual property and trade secrets in the
23   United States and around the world, and MGA's business practices.
24   Martin Hitch has knowledge and information regarding, among other
25   things, the design and development of Bratz and Bryant's work with or for MGA
26   during his Mattel employment, and MGA's business practices.
27   Hoi Hoffman-Briggs has knowledge and information regarding, among
28   other things, Bryant's breach of his contracts and obligations to Mattel.

1    James Brian Huntley has knowledge and information regarding, among
2  other things, MGA's access to Mattel's intellectual property and trade secrets,
3  MGA's and other defendants' theft of Mattel's intellectual property and trade secrets
4  in the United States and around the world, and MGA's business practices.

5    Ricardo Ibarra has knowledge and information regarding, among other
6  things, MGA's access to Mattel's intellectual property and trade secrets, and MGA's
7  and other defendants' theft of Mattel's intellectual property and trade secrets in the
8  United States and around the world.

9    Roberto Isaias has knowledge and information regarding, among other
10  things, MGA's and other defendants' theft of Mattel's intellectual property and trade
11  secrets in the United States and around the world.

12    Alice C. Kao has knowledge and information regarding, among other
13  things, MGA's access to Mattel's intellectual property and trade secrets, MGA's and
14  other defendants' theft of Mattel's intellectual property and trade secrets in the
15  United States and around the world, and MGA's business practices.

16    Kenneth Kauffmann has knowledge and information regarding, among
17  other things, MGA's access to Mattel's intellectual property and trade secrets,
18  MGA's and other defendants' theft of Mattel's intellectual property and trade secrets
19  in the United States and around the world, and MGA's business practices.

20    Tim Kilpin has knowledge and information regarding, among other
21  things, the development and ownership of intellectual property at issue.

22    Joyce Chi Hee Kim has knowledge and information regarding, among
23  other things, MGA's access to Mattel's intellectual property and trade secrets,
24  MGA's and other defendants' theft of Mattel's intellectual property and trade secrets
25  in the United States and around the world, and MGA's business practices.

26    Young Kim has knowledge and information regarding, among other
27  things, MGA's access to Mattel's intellectual property and trade secrets, MGA's and

28

EXHIBIT _15_ PAGE _315_

1 | other defendants' theft of Mattel's intellectual property and trade secrets in the
2 | United States and around the world, and MGA's business practices.

3 | Kristen L. Kirst has knowledge and information regarding, among other
4 | things, MGA's access to Mattel's intellectual property and trade secrets, MGA's and
5 | other defendants' theft of Mattel's intellectual property and trade secrets in the
6 | United States and around the world, and MGA's business practices.

7 | Joel N. Klevins has knowledge and information regarding, among other
8 | things, the development of Bratz.

9 | Andreas Koch has knowledge and information regarding, among other
10 | things, the design and development of Bratz, Bryant's work with or for MGA during
11 | his Mattel employment, and MGA's business practices.

12 | Ellen F. Komatsu has knowledge and information regarding, among
13 | other things, MGA's access to Mattel's intellectual property and trade secrets,
14 | MGA's and other defendants' theft of Mattel's intellectual property and trade secrets
15 | in the United States and around the world, and MGA's business practices.

16 | Kara Kuchem has knowledge and information regarding, among other
17 | things, the development and ownership of intellectual property at issue.

18 | Sheila Kyaw has knowledge and information regarding, among other
19 | things, Bryant's breaches of his obligations to Mattel.

20 | Jill Larson has knowledge and information regarding, among other
21 | things, MGA's access to Mattel's intellectual property and trade secrets, MGA's and
22 | other defendants' theft of Mattel's intellectual property and trade secrets in the
23 | United States and around the world, and MGA's business practices.

24 | Victor Lee has knowledge and information regarding, among other
25 | things, the design and development of Bratz, Bryant's work with or for MGA during
26 | his Mattel employment, and MGA business practices.

27 | Lidia Ivete Montero Leyva has knowledge and information regarding,
28 | among other things, MGA's access to Mattel's intellectual property and trade secrets,

1   MGA's and other defendants' theft of Mattel's intellectual property and trade secrets

2   in the United States and around the world, and MGA's business practices.

3          Stanley Li has knowledge and information regarding, among other

4   things, the design and development of Bratz, Bryant's work with or for MGA during

5   his Mattel employment, and MGA's business practices.

6          Timothy James Lider and/or Advanced Data Solutions has knowledge

7   and information regarding, among other things, MGA's and other defendants' theft

8   of Mattel's intellectual property and trade secrets in the United States and around the

9   world, and MGA's business practices.

10         Joy Mann has knowledge and information regarding, among other

11  things, the development and ownership of intellectual property at issue.

12         Maria Veronica de Souza Brandao Marlow has knowledge and

13  information regarding, among other things, MGA's access to Mattel's intellectual

14  property and trade secrets, MGA's and other defendants' theft of Mattel's intellectual

15  property and trade secrets in the United States and around the world, MGA's

16  business practices, and the design and development of Bratz and Bryant's work with

17  or for MGA during his Mattel employment.

18         Susan G. McBride has knowledge and information regarding, among

19  other things, MGA's access to Mattel's intellectual property and trade secrets,

20  MGA's and other defendants' theft of Mattel's intellectual property and trade secrets

21  in the United States and around the world, and MGA's business practices.

22         Barbara Miller has knowledge and information regarding, among other

23  things, the development and ownership of intellectual property at issue.

24         Frank B. Mils has knowledge and information regarding, among other

25  things, MGA's access to Mattel's intellectual property and trade secrets, MGA's and

26  other defendants' theft of Mattel's intellectual property and trade secrets in the

27  United States and around the world, and MGA's business practices.

28

EXHIBIT _15_ PAGE _317_

1    Conrad Nussbaum has knowledge and information regarding, among

2  other things, Mattel's business operations, Mattel's dealings with NPD, and the

3  development and ownership of intellectual property at issue.

4    Laura Ochoa has knowledge and information regarding, among other

5  things, MGA's access to Mattel's intellectual property and trade secrets, MGA's and

6  other defendants' theft of Mattel's intellectual property and trade secrets in the

7  United States and around the world, and MGA's business practices.

8    Daniel Ray Owen has knowledge and information regarding, among

9  other things, MGA's access to Mattel's intellectual property and trade secrets,

10  MGA's and other defendants' theft of Mattel's intellectual property and trade secrets

11  in the United States and around the world, and MGA's business practices.

12    Amelia Ivy Arafiles Palijo has knowledge and information regarding,

13  among other things, MGA's access to Mattel's intellectual property and trade secrets,

14  MGA's and other defendants' theft of Mattel's intellectual property and trade secrets

15  in the United States and around the world, and MGA's business practices.

16    Karla Papayanopulos has knowledge and information regarding, among

17  other things, MGA's and other defendants' theft of Mattel's intellectual property and

18  trade secrets in the United States and around the world.

19    Marlene Parker has knowledge and information regarding, among other

20  things, the design and development of Bratz, Bryant's work with or for MGA during

21  his Mattel employment, and MGA's business practices.

22    Danny Pestonji has knowledge and information regarding, among other

23  things, MGA's access to Mattel's intellectual property and trade secrets, MGA's and

24  other defendants' theft of Mattel's intellectual property and trade secrets in the

25  United States and around the world, and MGA's business practices.

26    Pootipong Phoosopha has knowledge and information regarding,

27  among other things, MGA's access to Mattel's intellectual property and trade secrets,

28

EXHIBIT __15__ PAGE __318__

SUPPLEMENTAL RESPONSES AND OBJECTIONS TO MGA'S FIRST SET OF INTERROGATORIES