QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  johnquinn@quinnemanuel.com
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:   (213) 443-3000
Facsimile:   (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>NOTICE OF LODGING IN SUPPORT OF MATTEL'S MOTIONS PENDING BEFORE THE DISCOVERY MASTER<br><br><br><br>Date:   N/A<br>Time:   10:00 a.m.<br>Place:  Courtroom 1<br><br>**Phase 1**<br>Pre-Trial Conference: May 19, 2008<br>Trial Date:                    May 27, 2008 |

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD, PLEASE TAKE NOTICE that Mattel, Inc. hereby lodges the following documents with the Court in support of it motions pending before the Discovery Master:

1. Letter to Hon. Edward Infante (Ret.) from Mattel's counsel, dated May 7, 2008.

2. Letter to Hon. Edward Infante (Ret.) from Carter Bryant's counsel, dated May 8, 2008.

3. Letter to Hon. Edward Infante (Ret.) from MGA's counsel, dated May 8, 2008.

4. Letter to Hon. Edward Infante (Ret.) from Mattel's counsel, dated May 8, 2008.

5. Letter to Hon. Edward Infante (Ret.) from Mattel's counsel, dated April 15, 2008.

DATED: May 27, 2008

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

By B. Dylan Proctor /s/
B. Dylan Proctor
Attorneys for Mattel, Inc.