QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  johnquinn@quinnemanuel.com
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>                    Plaintiff,<br><br>        vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>                    Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>**DISCOVERY MATTER**<br><br>**[To Be Heard By Discovery Master Hon. Edward Infante (Ret.)]**<br><br>**[PUBLIC REDACTED]**<br>**DECLARATION OF TAMARA JIH IN SUPPORT OF MATTEL, INC.'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS BY MGA IN RESPONSE TO MATTEL'S FIFTH SET OF REQUESTS FOR PRODUCTION FOR DOCUMENTS AND THINGS TO MGA**<br><br>Hearing Date:   TBD<br>Time:           TBD.<br>Place:          TBD<br><br>Phase I:<br>Discovery Cut-off: January 28, 2008<br>Pre-trial Conference: May 5, 2008<br>Trial Date: May 27, 2008 |

# DECLARATION OF TAMARA JIH

I, Tamara Jih, declare as follows:

1. I am a member of the bar of the State of California and an associate of Quinn Emanuel Urquhart Oliver & Hedges, LLP, attorneys for Mattel, Inc. ("Mattel"). Unless otherwise noted, I make this declaration of personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify competently thereto.

2. Attached hereto as Exhibit 1 is a true and correct copy of Mattel's Fifth Set of Requests for Documents and Things to MGA, dated November 27, 2007.

3. Attached hereto as Exhibit 2 is a true and correct copy of MGA's Objections and Responses to Mattel's Fifth Set of Requests for Documents and Things to MGA, dated December 27, 2007.

4. Attached hereto as Exhibit 3 is a true and correct copy of the Public Redacted Version of Mattel's Second Amended Answer in Case No. 05-2727 And Counterclaims, dated July 12, 2007.

5. Attached hereto as Exhibit 4 is a true and correct copy of relevant excerpts from the Art Attacks Ink, LLC v. MGA Entertainment, Inc. trial transcript, dated May 1, 2007, as produced by MGA as MGA 0868866 - MGA 0869098.

6. Attached hereto as Exhibit 5 is a true and correct copy of an email Timothy Alger, counsel for Mattel, sent to Robert Herrington and Timothy Miller, counsel for MGA, dated January 28, 2008.

7. Attached hereto as Exhibit 6 is a true and correct copy of Mr. Miller's email to Mr. Alger, dated January 28, 2008.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on January 28, 2008, at Los Angeles, California.

_____
Tamara Jih

-2-

JIH DECLARATION ISO MOTION TO COMPEL