1 AFFILIATES and PERSON.  MGA further objects to the request to the extent it

2 seeks the production of documents that are protected from disclosure under any

3 applicable privilege, doctrine or immunity, including without limitation the attorney-

4 client privilege, the work product doctrine, the right of privacy, and all other

5 privileges recognized under the constitutional, statutory or decisional law of the

6 United States of America, the State of California or any other applicable jurisdiction.

7 MGA further objects to this request on the grounds that it is overly broad and unduly

8 burdensome in that it seeks documents not relevant to the claims or defenses in this

9 action and not reasonably calculated to lead to the discovery of admissible evidence.

10 Mattel has not demonstrated how the minutes of *all* meetings of the board of

11 directors of MGA could be relevant to the claims and defenses in this action.  The

12 request is not limited to the subject matter of this action and is thus impermissibly

13 overbroad.  See Aug. 13 Order at 9:17-20; May 22 Order at 21:5-7.  MGA further

14 objects to this request as being overly broad and unduly burdensome on the grounds

15 that it is not limited in time or geographical scope.  MGA further objects to the

16 request to the extent that it seeks documents that by reason of public filing, public

17 distribution or otherwise are already in Mattel's possession or are readily accessible

18 to Mattel.  MGA further objects to the request to the extent that it seeks documents

19 not in MGA's possession, custody or control.  MGA further objects to the request to

20 the extent it seeks confidential, proprietary or commercially sensitive information,

21 the disclosure of which would be inimical to the business interests of MGA.  Such

22 information may also be subject to protective orders governing other litigations

23 thereby precluding disclosure in response to this request.  MGA further objects to the

24 request to the extent it violates the privacy rights of third parties to their private,

25 confidential, proprietary or trade secret information.

26     MGA further objects to this request as cumulative, duplicative, and unduly

27 burdensome to the extent that it seeks documents previously requested by Mattel or

28

EXHIBIT __2__

PAGE __45__

1 | produced by MGA (or any of its affiliates) in response to Mattel's document requests,

2 | including, but not limited to:  Request No. 107 from Mattel, Inc.'s Fourth Set of

3 | Requests for Documents and Things to MGA Entertainment, Inc.

4 | REQUEST FOR PRODUCTION NO. 12:

5 | DOCUMENTS sufficient to show any and all salary, benefits or any other

6 | compensation paid to LARIAN or any business affiliated with LARIAN, including

7 | to whom the payments were made, the amounts paid and the dates of payment.

8 | RESPONSE TO REQUEST FOR PRODUCTION NO. 12:

9 | MGA incorporates by reference its General Response and General Objections

10 | above, as though fully set forth herein and specifically incorporates General

11 | Objection No. 15 (regarding Definitions), including without limitation MGA's

12 | objection to the definition of the terms LARIAN and its incorporated terms FAMILY

13 | MEMBER and PERSON.  MGA further objects to the request to the extent it seeks

14 | the production of documents that are protected from disclosure under any applicable

15 | privilege, doctrine or immunity, including without limitation the attorney-client

16 | privilege, the work product doctrine, the right of privacy, and all other privileges

17 | recognized under the constitutional, statutory or decisional law of the United States

18 | of America, the State of California or any other applicable jurisdiction.  MGA further

19 | objects to this request on the grounds that it is overly broad and unduly burdensome

20 | in that it seeks documents not relevant to the claims or defenses in this action and not

21 | reasonably calculated to lead to the discovery of admissible evidence.  Mattel has not

22 | demonstrated how DOCUMENTS sufficient to show *any and all* salary, benefits or

23 | *any* other compensation paid to LARIAN or *any* business affiliated with LARIAN

24 | could be relevant to the claims and defenses in this action.  The request is not limited

25 | to the subject matter of this action and is thus impermissibly overbroad.  See Aug. 13

26 | Order at 9:17-20; May 22 Order at 21:5-7.  MGA further objects to this request as

27 | being overly broad and unduly burdensome on the grounds that it is not limited in

28 |

EXHIBIT 2

PAGE 46

1  time or geographical scope. MGA further objects to this request on the grounds that

2  the terms "any other compensation" and "business affiliated with LARIAN" render

3  the request vague, ambiguous, overly broad and unduly burdensome. MGA further

4  objects to the phrase "sufficient to show any and all" as vague and ambiguous. MGA

5  further objects to the request to the extent that it seeks documents that by reason of

6  public filing, public distribution or otherwise are already in Mattel's possession or

7  are readily accessible to Mattel. MGA further objects to the request to the extent that

8  it seeks documents not in MGA's possession, custody or control. MGA further

9  objects to the request to the extent it seeks confidential, proprietary or commercially

10  sensitive information, the disclosure of which would be inimical to the business

11  interests of MGA. Such information may also be subject to protective orders

12  governing other litigations thereby precluding disclosure in response to this request.

13  MGA further objects to the request to the extent it violates the privacy rights of third

14  parties to their private, confidential, proprietary or trade secret information.

15      MGA further objects to this request as cumulative, duplicative, and unduly

16  burdensome to the extent that it seeks documents previously requested by Mattel or

17  produced by MGA (or any of its affiliates) in response to Mattel's document requests,

18  including, but not limited to: Request Nos. 229-265 from the Mattel, Inc.'s First Set

19  of Requests for Documents and Things to Isaac Larian.

20  REQUEST FOR PRODUCTION NO. 13:

21      DOCUMENTS sufficient to show any and all payments or transfers of

22  anything of value to LARIAN or any business affiliated with LARIAN, including to

23  whom the payments or transfers were made, the amounts of the payments or the

24  value of the item transferred and the dates of the payments or transfers.

25  RESPONSE TO REQUEST FOR PRODUCTION NO. 13:

26      MGA incorporates by reference its General Response and General Objections

27  above, as though fully set forth herein and specifically incorporates General

28

EXHIBIT 2

PAGE 47

1  Objection No. 15 (regarding Definitions), including without limitation MGA's

2  objection to the definition of the terms LARIAN and its incorporated terms FAMILY

3  MEMBER and PERSON. MGA further objects to the request to the extent it seeks

4  the production of documents that are protected from disclosure under any applicable

5  privilege, doctrine or immunity, including without limitation the attorney-client

6  privilege, the work product doctrine, the right of privacy, and all other privileges

7  recognized under the constitutional, statutory or decisional law of the United States

8  of America, the State of California or any other applicable jurisdiction. MGA further

9  objects to this request on the grounds that it is overly broad and unduly burdensome

10 in that it seeks documents not relevant to the claims or defenses in this action and not

11 reasonably calculated to lead to the discovery of admissible evidence. Mattel has not

12 demonstrated how DOCUMENTS sufficient to show *any and all* payments or

13 transfers of *anything* of value to LARIAN or *any* business affiliated with LARIAN

14 could be relevant to the claims and defenses in this action. The request is not limited

15 to the subject matter of this action and is thus impermissibly overbroad. See Aug. 13

16 Order at 9:17-20; May 22 Order at 21:5-7. MGA further objects to this request as

17 being overly broad and unduly burdensome on the grounds that it is not limited in

18 time or geographical scope. MGA further objects to this request on the grounds that

19 the terms "anything of value" and "business affiliated with LARIAN" render the

20 request vague, ambiguous, overly broad and unduly burdensome. MGA further

21 objects to the phrase "sufficient to show any and all" as vague and ambiguous. MGA

22 further objects to the request to the extent that it seeks documents that by reason of

23 public filing, public distribution or otherwise are already in Mattel's possession or

24 are readily accessible to Mattel. MGA further objects to the request to the extent that

25 it seeks documents not in MGA's possession, custody or control. MGA further

26 objects to the request to the extent it seeks confidential, proprietary or commercially

27 sensitive information, the disclosure of which would be inimical to the business

28

EXHIBIT 2

PAGE 48

1   interests of MGA.  Such information may also be subject to protective orders

2   governing other litigations thereby precluding disclosure in response to this request.

3   MGA further objects to the request to the extent it violates the privacy rights of third

4   parties to their private, confidential, proprietary or trade secret information.

5        MGA further objects to this request as cumulative, duplicative, and unduly

6   burdensome to the extent that it seeks documents previously requested by Mattel or

7   produced by MGA (or any of its affiliates) in response to Mattel's document requests,

8   including, but not limited to:  Request Nos. 229-265 from the Mattel, Inc.'s First Set

9   of Requests for Documents and Things to Isaac Larian.

10  REQUEST FOR PRODUCTION NO. 14:

11       Statements for accounts maintained by YOU at any bank or other financial

12  institution sufficient to show any and all payments to LARIAN or any business

13  affiliated with LARIAN.

14  RESPONSE TO REQUEST FOR PRODUCTION NO. 14:

15       MGA incorporates by reference its General Response and General Objections

16  above, as though fully set forth herein and specifically incorporates General

17  Objection No. 15 (regarding Definitions), including without limitation MGA's

18  objection to the definition of the terms YOU and its incorporated terms

19  AFFILIATES and PERSON.  MGA further objects to the request to the extent it

20  seeks the production of documents that are protected from disclosure under any

21  applicable privilege, doctrine or immunity, including without limitation the attorney-

22  client privilege, the work product doctrine, the right of privacy, and all other

23  privileges recognized under the constitutional, statutory or decisional law of the

24  United States of America, the State of California or any other applicable jurisdiction.

25  MGA further objects to this request on the grounds that it is overly broad and unduly

26  burdensome in that it seeks documents not relevant to the claims or defenses in this

27  action and not reasonably calculated to lead to the discovery of admissible evidence.

28

EXHIBIT 2

PAGE 49

1 Mattel has not demonstrated how *all* statements for accounts maintained by YOU at

2 *any* bank or other financial institution sufficient to show *any and all* payments to

3 LARIAN or *any* business affiliated with LARIAN could be relevant to the claims

4 and defenses in this action. The request is not limited to the subject matter of this

5 action and is thus impermissibly overbroad. See Aug. 13 Order at 9:17-20; May 22

6 Order at 21:5-7. MGA further objects to this request as being overly broad and

7 unduly burdensome on the grounds that it is not limited in time or geographical

8 scope. MGA further objects to this request on the grounds that the terms "other

9 financial institution" and "business affiliated with LARIAN" render the request

10 vague, ambiguous, overly broad and unduly burdensome. MGA further objects to

11 the phrase "sufficient to show any and all" as vague and ambiguous. MGA further

12 objects to the request to the extent that it seeks documents that by reason of public

13 filing, public distribution or otherwise are already in Mattel's possession or are

14 readily accessible to Mattel. MGA further objects to the request to the extent that it

15 seeks documents not in MGA's possession, custody or control. MGA further objects

16 to the request to the extent it seeks confidential, proprietary or commercially

17 sensitive information, the disclosure of which would be inimical to the business

18 interests of MGA. Such information may also be subject to protective orders

19 governing other litigations thereby precluding disclosure in response to this request.

20 MGA further objects to the request to the extent it violates the privacy rights of third

21 parties to their private, confidential, proprietary or trade secret information.

22     MGA further objects to this request as cumulative, duplicative, and unduly

23 burdensome to the extent that it seeks documents previously requested by Mattel or

24 produced by MGA (or any of its affiliates) in response to Mattel's document requests,

25 including, but not limited to: Request Nos. 229-265 from the Mattel, Inc.'s First Set

26 of Requests for Documents and Things to Isaac Larian.

27

28

EXHIBIT 2

PAGE 50

1  REQUEST FOR PRODUCTION NO. 15:

2      DOCUMENTS sufficient to show any and all payments of dividends to

3  LARIAN or any business affiliated with LARIAN, including to whom the dividends

4  were paid, the amounts paid and the dates of payment.

5  RESPONSE TO REQUEST FOR PRODUCTION NO. 15:

6      MGA incorporates by reference its General Response and General Objections

7  above, as though fully set forth herein and specifically incorporates General

8  Objection No. 15 (regarding Definitions), including without limitation MGA's

9  objection to the definition of the terms LARIAN and its incorporated terms FAMILY

10  MEMBER and PERSON. MGA further objects to the request to the extent it seeks

11  the production of documents that are protected from disclosure under any applicable

12  privilege, doctrine or immunity, including without limitation the attorney-client

13  privilege, the work product doctrine, the right of privacy, and all other privileges

14  recognized under the constitutional, statutory or decisional law of the United States

15  of America, the State of California or any other applicable jurisdiction. MGA further

16  objects to this request on the grounds that it is overly broad and unduly burdensome

17  in that it seeks documents not relevant to the claims or defenses in this action and not

18  reasonably calculated to lead to the discovery of admissible evidence. Mattel has not

19  demonstrated how DOCUMENTS sufficient to show *any and all* payments of

20  dividends to LARIAN or *any* business affiliated with LARIAN could be relevant to

21  the claims and defenses in this action. The request is not limited to the subject

22  matter of this action and is thus impermissibly overbroad. See Aug. 13 Order at

23  9:17-20; May 22 Order at 21:5-7. MGA further objects to this request as being

24  overly broad and unduly burdensome on the grounds that it is not limited in time or

25  geographical scope. MGA further objects to this request on the grounds that the

26  terms "business affiliated with LARIAN" render the request vague, ambiguous,

27  overly broad and unduly burdensome. MGA further objects to the phrase "sufficient

28

EXHIBIT  2

PAGE  51

1 | to show any and all" as vague and ambiguous. MGA further objects to the request to

2 | the extent that it seeks documents that by reason of public filing, public distribution

3 | or otherwise are already in Mattel's possession or are readily accessible to Mattel.

4 | MGA further objects to the request to the extent that it seeks documents not in

5 | MGA's possession, custody or control. MGA further objects to the request to the

6 | extent it seeks confidential, proprietary or commercially sensitive information, the

7 | disclosure of which would be inimical to the business interests of MGA. Such

8 | information may also be subject to protective orders governing other litigations

9 | thereby precluding disclosure in response to this request. MGA further objects to the

10 | request to the extent it violates the privacy rights of third parties to their private,

11 | confidential, proprietary or trade secret information.

12 | MGA further objects to this request as cumulative, duplicative, and unduly

13 | burdensome to the extent that it seeks documents previously requested by Mattel or

14 | produced by MGA (or any of its affiliates) in response to Mattel's document requests,

15 | including, but not limited to: Request Nos. 229-265 from the Mattel, Inc.'s First Set

16 | of Requests for Documents and Things to Isaac Larian.

17 | REQUEST FOR PRODUCTION NO. 16:

18 | DOCUMENTS sufficient to show any and all distributions to LARIAN or any

19 | business affiliated with LARIAN, including to whom the distributions were made,

20 | the amounts of the distributions and the dates the distributions were made.

21 | RESPONSE TO REQUEST FOR PRODUCTION NO. 16:

22 | MGA incorporates by reference its General Response and General Objections

23 | above, as though fully set forth herein and specifically incorporates General

24 | Objection No. 15 (regarding Definitions), including without limitation MGA's

25 | objection to the definition of the terms LARIAN and its incorporated terms FAMILY

26 | MEMBER and PERSON. MGA further objects to the request to the extent it seeks

27 | the production of documents that are protected from disclosure under any applicable

28 |

PAGE 52

1  privilege, doctrine or immunity, including without limitation the attorney-client

2  privilege, the work product doctrine, the right of privacy, and all other privileges

3  recognized under the constitutional, statutory or decisional law of the United States

4  of America, the State of California or any other applicable jurisdiction. MGA further

5  objects to this request on the grounds that it is overly broad and unduly burdensome

6  in that it seeks documents not relevant to the claims or defenses in this action and not

7  reasonably calculated to lead to the discovery of admissible evidence. Mattel has not

8  demonstrated how DOCUMENTS sufficient to show *any and all* distributions to

9  LARIAN or *any* business affiliated with LARIAN could be relevant to the claims

10  and defenses in this action. The request is not limited to the subject matter of this

11  action and is thus impermissibly overbroad. See Aug. 13 Order at 9:17-20; May 22

12  Order at 21:5-7. MGA further objects to this request as being overly broad and

13  unduly burdensome on the grounds that it is not limited in time or geographical

14  scope. MGA further objects to this request on the grounds that the terms "business

15  affiliated with LARIAN" render the request vague, ambiguous, overly broad and

16  unduly burdensome. MGA further objects to the phrase "sufficient to show any and

17  all" as vague and ambiguous. MGA further objects to the request to the extent that it

18  seeks documents that by reason of public filing, public distribution or otherwise are

19  already in Mattel's possession or are readily accessible to Mattel. MGA further

20  objects to the request to the extent that it seeks documents not in MGA's possession,

21  custody or control. MGA further objects to the request to the extent it seeks

22  confidential, proprietary or commercially sensitive information, the disclosure of

23  which would be inimical to the business interests of MGA. Such information may

24  also be subject to protective orders governing other litigations thereby precluding

25  disclosure in response to this request. MGA further objects to the request to the

26  extent it violates the privacy rights of third parties to their private, confidential,

27  proprietary or trade secret information.

28

1    MGA further objects to this request as cumulative, duplicative, and unduly
2    burdensome to the extent that it seeks documents previously requested by Mattel or
3    produced by MGA (or any of its affiliates) in response to Mattel's document requests,
4    including, but not limited to:  Request Nos. 229-265 from the Mattel, Inc.'s First Set
5    of Requests for Documents and Things to Isaac Larian.

6    REQUEST FOR PRODUCTION NO. 17:

7        DOCUMENTS sufficient to show any and all advances of funds to LARIAN
8    or any business affiliated with LARIAN for services to be performed at a later date,
9    including the amount of the advance, the date of the advance, the services to be
10   performed, whether the services were performed and, if so, when they were
11   performed.

12   RESPONSE TO REQUEST FOR PRODUCTION NO. 17:

13       MGA incorporates by reference its General Response and General Objections
14   above, as though fully set forth herein and specifically incorporates General
15   Objection No. 15 (regarding Definitions), including without limitation MGA's
16   objection to the definition of the terms LARIAN and its incorporated terms FAMILY
17   MEMBER and PERSON.  MGA further objects to the request to the extent it seeks
18   the production of documents that are protected from disclosure under any applicable
19   privilege, doctrine or immunity, including without limitation the attorney-client
20   privilege, the work product doctrine, the right of privacy, and all other privileges
21   recognized under the constitutional, statutory or decisional law of the United States
22   of America, the State of California or any other applicable jurisdiction.  MGA further
23   objects to this request on the grounds that it is overly broad and unduly burdensome
24   in that it seeks documents not relevant to the claims or defenses in this action and not
25   reasonably calculated to lead to the discovery of admissible evidence.  Mattel has not
26   demonstrated how *any and all* advances of funds to LARIAN or *any* affiliated
27   business for services to be performed at a later date could be relevant to the claims

28

EXHIBIT 2

PAGE 54

1  and defenses in this action.  The request is not limited to the subject matter of this

2  action and is thus impermissibly overbroad.  See Aug. 13 Order at 9:17-20; May 22

3  Order at 21:5-7.  MGA further objects to this request as being overly broad and

4  unduly burdensome on the grounds that it is not limited in time or geographical

5  scope.  MGA further objects to this request on the grounds that the terms "business

6  affiliated with LARIAN" render the request vague, ambiguous, overly broad and

7  unduly burdensome.  MGA further objects to the phrases "sufficient to show any and

8  all" and "advances of funds" as vague and ambiguous.  MGA further objects to the

9  request to the extent that it seeks documents that by reason of public filing, public

10  distribution or otherwise are already in Mattel's possession or are readily accessible

11  to Mattel.  MGA further objects to the request to the extent that it seeks documents

12  not in MGA's possession, custody or control.  MGA further objects to the request to

13  the extent it seeks confidential, proprietary or commercially sensitive information,

14  the disclosure of which would be inimical to the business interests of MGA.  Such

15  information may also be subject to protective orders governing other litigations

16  thereby precluding disclosure in response to this request.  MGA further objects to the

17  request to the extent it violates the privacy rights of third parties to their private,

18  confidential, proprietary or trade secret information.

19      MGA further objects to this request as cumulative, duplicative, and unduly

20  burdensome to the extent that it seeks documents previously requested by Mattel or

21  produced by MGA (or any of its affiliates) in response to Mattel's document requests,

22  including, but not limited to:  Request Nos. 229-265 from the Mattel, Inc.'s First Set

23  of Requests for Documents and Things to Isaac Larian.

24  REQUEST FOR PRODUCTION NO. 18:

25      DOCUMENTS sufficient to show any and all gifts to LARIAN or any

26  business affiliated with LARIAN, including to whom the gift was made, when the

27

28

EXHIBIT 2
PAGE 55

1  gift was made, the nature, amount and value of the gift and the reasons for making

2  the gift.

3  RESPONSE TO REQUEST FOR PRODUCTION NO. 18:

4          MGA incorporates by reference its General Response and General Objections

5  above, as though fully set forth herein and specifically incorporates General

6  Objection No. 15 (regarding Definitions), including without limitation MGA's

7  objection to the definition of the terms LARIAN and its incorporated terms FAMILY

8  MEMBER and PERSON. MGA further objects to the request to the extent it seeks

9  the production of documents that are protected from disclosure under any applicable

10  privilege, doctrine or immunity, including without limitation the attorney-client

11  privilege, the work product doctrine, the right of privacy, and all other privileges

12  recognized under the constitutional, statutory or decisional law of the United States

13  of America, the State of California or any other applicable jurisdiction. MGA further

14  objects to this request on the grounds that it is overly broad and unduly burdensome

15  in that it seeks documents not relevant to the claims or defenses in this action and not

16  reasonably calculated to lead to the discovery of admissible evidence. Mattel has not

17  demonstrated how DOCUMENTS sufficient to show *any and all* gifts to LARIAN or

18  *any* business affiliated with LARIAN could be relevant to the claims and defenses in

19  this action. The request is not limited to the subject matter of this action and is thus

20  impermissibly overbroad. See Aug. 13 Order at 9:17-20; May 22 Order at 21:5-7.

21  MGA further objects to this request as being overly broad and unduly burdensome

22  on the grounds that it is not limited in time or geographical scope. MGA further

23  objects to this request on the grounds that the terms "business affiliated with

24  LARIAN" render the request vague, ambiguous, overly broad and unduly

25  burdensome. MGA further objects to the phrases "sufficient to show any and all"

26  and "reasons for making the gift" as vague and ambiguous. MGA further objects to

27  the request to the extent that it seeks documents that by reason of public filing,

28

EXHIBIT 2

PAGE

1  public distribution or otherwise are already in Mattel's possession or are readily

2  accessible to Mattel. MGA further objects to the request to the extent that it seeks

3  documents not in MGA's possession, custody or control. MGA further objects to the

4  request to the extent it seeks confidential, proprietary or commercially sensitive

5  information, the disclosure of which would be inimical to the business interests of

6  MGA. Such information may also be subject to protective orders governing other

7  litigations thereby precluding disclosure in response to this request. MGA further

8  objects to the request to the extent it violates the privacy rights of third parties to

9  their private, confidential, proprietary or trade secret information.

10       MGA further objects to this request as cumulative, duplicative, and unduly

11  burdensome to the extent that it seeks documents previously requested by Mattel or

12  produced by MGA (or any of its affiliates) in response to Mattel's document requests,

13  including, but not limited to: Request Nos. 229-265 from the Mattel, Inc.'s First Set

14  of Requests for Documents and Things to Isaac Larian.

15  REQUEST FOR PRODUCTION NO. 19:

16       DOCUMENTS sufficient to show any and all loans from MGA to LARIAN or

17  any business affiliated with LARIAN, including the date of the loan, the amount of

18  the loan, the interest rate, if any, whether the loan has been repaid or forgiven in

19  whole or in part and, if so, when and by whom.

20  RESPONSE TO REQUEST FOR PRODUCTION NO. 19:

21       MGA incorporates by reference its General Response and General Objections

22  above, as though fully set forth herein and specifically incorporates General

23  Objection No. 15 (regarding Definitions), including without limitation MGA's

24  objection to the definition of the terms LARIAN and its incorporated terms FAMILY

25  MEMBER and PERSON. MGA further objects to the request to the extent it seeks

26  the production of documents that are protected from disclosure under any applicable

27  privilege, doctrine or immunity, including without limitation the attorney-client

28

EXHIBIT 2

PAGE 57

1  privilege, the work product doctrine, the right of privacy, and all other privileges

2  recognized under the constitutional, statutory or decisional law of the United States

3  of America, the State of California or any other applicable jurisdiction.  MGA further

4  objects to this request on the grounds that it is overly broad and unduly burdensome

5  in that it seeks documents not relevant to the claims or defenses in this action and not

6  reasonably calculated to lead to the discovery of admissible evidence.  Mattel has not

7  demonstrated how DOCUMENTS sufficient to show *any and all* loans from MGA to

8  LARIAN or *any* business affiliated with LARIAN could be relevant to the claims

9  and defenses in this action.  The request is not limited to the subject matter of this

10  action and is thus impermissibly overbroad.  See Aug. 13 Order at 9:17-20; May 22

11  Order at 21:5-7.  MGA further objects to this request as being overly broad and

12  unduly burdensome on the grounds that it is not limited in time or geographical

13  scope.  MGA further objects to this request on the grounds that the terms "business

14  affiliated with LARIAN" and "forgiven" render the request vague, ambiguous,

15  overly broad and unduly burdensome.  MGA further objects to the phrase "sufficient

16  to show any and all" as vague and ambiguous.  MGA further objects to the request to

17  the extent that it seeks documents that by reason of public filing, public distribution

18  or otherwise are already in Mattel's possession or are readily accessible to Mattel.

19  MGA further objects to the request to the extent that it seeks documents not in

20  MGA's possession, custody or control.  MGA further objects to the request to the

21  extent it seeks confidential, proprietary or commercially sensitive information, the

22  disclosure of which would be inimical to the business interests of MGA.  Such

23  information may also be subject to protective orders governing other litigations

24  thereby precluding disclosure in response to this request.

25      MGA further objects to this request as cumulative, duplicative, and unduly

26  burdensome to the extent that it seeks documents previously requested by Mattel or

27  produced by MGA (or any of its affiliates) in response to Mattel's document requests,

28

EXHIBIT  2

PAGE  58

1 including, but not limited to:  Request Nos. 229-265 from the Mattel, Inc.'s First Set

2 of Requests for Documents and Things to Isaac Larian.

3 REQUEST FOR PRODUCTION NO. 20:

4      DOCUMENTS sufficient to show any and all loans from LARIAN or any

5 business affiliated with LARIAN to MGA, including the date of the loan, the amount

6 of the loan, the interest rate, if any, whether the loan has been repaid or forgiven in

7 whole or in part and, if so, when and by whom.

8 RESPONSE TO REQUEST FOR PRODUCTION NO. 20:

9      MGA incorporates by reference its General Response and General Objections

10 above, as though fully set forth herein and specifically incorporates General

11 Objection No. 15 (regarding Definitions), including without limitation MGA's

12 objection to the definition of the terms LARIAN and its incorporated terms FAMILY

13 MEMBER and PERSON.  MGA further objects to the request to the extent it seeks

14 the production of documents that are protected from disclosure under any applicable

15 privilege, doctrine or immunity, including without limitation the attorney-client

16 privilege, the work product doctrine, the right of privacy, and all other privileges

17 recognized under the constitutional, statutory or decisional law of the United States

18 of America, the State of California or any other applicable jurisdiction.  MGA further

19 objects to this request on the grounds that it is overly broad and unduly burdensome

20 in that it seeks documents not relevant to the claims or defenses in this action and not

21 reasonably calculated to lead to the discovery of admissible evidence.  Mattel has not

22 demonstrated how DOCUMENTS sufficient to show *any and all* loans from

23 LARIAN or *any* business affiliated with LARIAN to MGA could be relevant to the

24 claims and defenses in this action.  The request is not limited to the subject matter of

25 this action and is thus impermissibly overbroad.  See Aug. 13 Order at 9:17-20; May

26 22 Order at 21:5-7.  MGA further objects to this request as being overly broad and

27 unduly burdensome on the grounds that it is not limited in time or geographical

28

EXHIBIT 2
PAGE 59

1  scope. MGA further objects to this request on the grounds that the terms "business

2  affiliated with LARIAN" render the request vague, ambiguous, overly broad and

3  unduly burdensome. MGA further objects to the phrase "sufficient to show any and

4  all" as vague and ambiguous. MGA further objects to the request to the extent that it

5  seeks documents that by reason of public filing, public distribution or otherwise are

6  already in Mattel's possession or are readily accessible to Mattel. MGA further

7  objects to the request to the extent that it seeks documents not in MGA's possession,

8  custody or control. MGA further objects to the request to the extent it seeks

9  confidential, proprietary or commercially sensitive information, the disclosure of

10  which would be inimical to the business interests of MGA. Such information may

11  also be subject to protective orders governing other litigations thereby precluding

12  disclosure in response to this request.

13         MGA further objects to this request as cumulative, duplicative, and unduly

14  burdensome to the extent that it seeks documents previously requested by Mattel or

15  produced by MGA (or any of its affiliates) in response to Mattel's document requests,

16  including, but not limited to: Request Nos. 229-265 from the Mattel, Inc.'s First Set

17  of Requests for Documents and Things to Isaac Larian.

18  REQUEST FOR PRODUCTION NO. 21:

19         DOCUMENTS sufficient to show any and all obligations of LARIAN or any

20  business affiliated with LARIAN guaranteed or cosigned by MGA, including the

21  IDENTITY of the PERSON whose obligation was guaranteed or cosigned, the

22  identity of the creditor or lender, the nature and amount of the obligation, the date the

23  obligation was guaranteed or cosigned, whether the obligation has been satisfied and,

24  if so, when and by whom.

25  RESPONSE TO REQUEST FOR PRODUCTION NO. 21:

26         MGA incorporates by reference its General Response and General Objections

27  above, as though fully set forth herein and specifically incorporates General

28

MGA ENTERTAINMENT, INC.'S OBJECTIONS AND RESPONSES TO MATTEL, INC.'S FIFTH SET OF
REQUESTS FOR DOCUMENTS AND THINGS TO MGA ENTERTAINMENT, INC. - CV 04-9049 SGL (RNBx)
40

EXHIBIT ___2___

PAGE ___68___

1   Objection No. 15 (regarding Definitions), including without limitation MGA's
2   objection to the definition of the terms LARIAN and its incorporated terms FAMILY
3   MEMBER and PERSON.  MGA further objects to the request to the extent it seeks
4   the production of documents that are protected from disclosure under any applicable
5   privilege, doctrine or immunity, including without limitation the attorney-client
6   privilege, the work product doctrine, the right of privacy, and all other privileges
7   recognized under the constitutional, statutory or decisional law of the United States
8   of America, the State of California or any other applicable jurisdiction.  MGA further
9   objects to this request on the grounds that it is overly broad and unduly burdensome
10   in that it seeks documents not relevant to the claims or defenses in this action and not
11   reasonably calculated to lead to the discovery of admissible evidence.  Mattel has not
12   demonstrated how DOCUMENTS sufficient to show *any and all* obligations of
13   LARIAN or *any* business affiliated with LARIAN guaranteed or cosigned by MGA
14   could be relevant to the claims and defenses in this action.  The request is not limited
15   to the subject matter of this action and is thus impermissibly overbroad.  See Aug. 13
16   Order at 9:17-20; May 22 Order at 21:5-7.  MGA further objects to this request as
17   being overly broad and unduly burdensome on the grounds that it is not limited in
18   time or geographical scope.  MGA further objects to this request on the grounds that
19   the terms "business affiliated with LARIAN" render the request vague, ambiguous,
20   overly broad and unduly burdensome.  MGA further objects to the phrase "sufficient
21   to show any and all" as vague and ambiguous.  MGA further objects to the request to
22   the extent that it seeks documents that by reason of public filing, public distribution
23   or otherwise are already in Mattel's possession or are readily accessible to Mattel.
24   MGA further objects to the request to the extent that it seeks documents not in
25   MGA's possession, custody or control.  MGA further objects to the request to the
26   extent it seeks confidential, proprietary or commercially sensitive information, the
27   disclosure of which would be inimical to the business interests of MGA.  Such
28

EXHIBIT  2

PAGE  61

1  information may also be subject to protective orders governing other litigations

2  thereby precluding disclosure in response to this request.  MGA further objects to the

3  request to the extent it violates the privacy rights of third parties to their private,

4  confidential, proprietary or trade secret information.

5      MGA further objects to this request as cumulative, duplicative, and unduly

6  burdensome to the extent that it seeks documents previously requested by Mattel or

7  produced by MGA (or any of its affiliates) in response to Mattel's document requests,

8  including, but not limited to:  Request Nos. 229-265 from the Mattel, Inc.'s First Set

9  of Requests for Documents and Things to Isaac Larian.

10  REQUEST FOR PRODUCTION NO. 22:

11      DOCUMENTS sufficient to show any and all obligations of MGA guaranteed

12  or cosigned by LARIAN or any business affiliated with LARIAN, including the

13  IDENTITY of the PERSON who guaranteed or cosigned the obligation, the identity

14  of the creditor or lender, the nature and amount of the obligation, the date the

15  obligation was guaranteed or cosigned, whether the obligation has been satisfied and,

16  if so, when and by whom.

17  RESPONSE TO REQUEST FOR PRODUCTION NO. 22:

18      MGA incorporates by reference its General Response and General Objections

19  above, as though fully set forth herein and specifically incorporates General

20  Objection No. 15 (regarding Definitions), including without limitation MGA's

21  objection to the definition of the terms LARIAN and its incorporated terms FAMILY

22  MEMBER and PERSON.  MGA further objects to the request to the extent it seeks

23  the production of documents that are protected from disclosure under any applicable

24  privilege, doctrine or immunity, including without limitation the attorney-client

25  privilege, the work product doctrine, the right of privacy, and all other privileges

26  recognized under the constitutional, statutory or decisional law of the United States

27  of America, the State of California or any other applicable jurisdiction.  MGA further

28

EXHIBIT 2

PAGE 62

1  objects to this request on the grounds that it is overly broad and unduly burdensome

2  in that it seeks documents not relevant to the claims or defenses in this action and not

3  reasonably calculated to lead to the discovery of admissible evidence.  Mattel has not

4  demonstrated how DOCUMENTS sufficient to show *any and all* obligations of

5  MGA guaranteed or cosigned by LARIAN or *any* business affiliated with LARIAN

6  could be relevant to the claims and defenses in this action.  The request is not limited

7  to the subject matter of this action and is thus impermissibly overbroad.  See Aug. 13

8  Order at 9:17-20; May 22 Order at 21:5-7.  MGA further objects to this request as

9  being overly broad and unduly burdensome on the grounds that it is not limited in

10  time or geographical scope.  MGA further objects to this request on the grounds that

11  the terms "business affiliated with LARIAN" render the request vague, ambiguous,

12  overly broad and unduly burdensome.  MGA further objects to the phrase "sufficient

13  to show any and all" as vague and ambiguous.  MGA further objects to the request to

14  the extent that it seeks documents that by reason of public filing, public distribution

15  or otherwise are already in Mattel's possession or are readily accessible to Mattel.

16  MGA further objects to the request to the extent that it seeks documents not in

17  MGA's possession, custody or control.  MGA further objects to the request to the

18  extent it seeks confidential, proprietary or commercially sensitive information, the

19  disclosure of which would be inimical to the business interests of MGA.  Such

20  information may also be subject to protective orders governing other litigations

21  thereby precluding disclosure in response to this request.  MGA further objects to the

22  request to the extent it violates the privacy rights of third parties to their private,

23  confidential, proprietary or trade secret information.

24       MGA further objects to this request as cumulative, duplicative, and unduly

25  burdensome to the extent that it seeks documents previously requested by Mattel or

26  produced by MGA (or any of its affiliates) in response to Mattel's document requests,

27

28

EXHIBIT ___

PAGE ___ 63

1   including, but not limited to:  Request Nos. 229-265 from the Mattel, Inc.'s First Set

2   of Requests for Documents and Things to Isaac Larian.

3   REQUEST FOR PRODUCTION NO. 23:

4        DOCUMENTS sufficient to IDENTIFY each and every PERSON who has

5   owned stock in MGA at any time including, without limitation, DOCUMENTS

6   sufficient to show whether such PERSON is a FAMILY MEMBER of Isaac Larian.

7   RESPONSE TO REQUEST FOR PRODUCTION NO. 23:

8        MGA incorporates by reference its General Response and General Objections

9   above, as though fully set forth herein and specifically incorporates General

10   Objection No. 15 (regarding Definitions), including without limitation MGA's

11   objection to the definition of the terms PERSON, FAMILY MEMBER, and MGA

12   and its incorporated term AFFILIATES.  MGA further objects to the request to the

13   extent it seeks the production of documents that are protected from disclosure under

14   any applicable privilege, doctrine or immunity, including without limitation the

15   attorney-client privilege, the work product doctrine, the right of privacy, and all other

16   privileges recognized under the constitutional, statutory or decisional law of the

17   United States of America, the State of California or any other applicable jurisdiction.

18   MGA further objects to this request on the grounds that it is overly broad and unduly

19   burdensome in that it seeks documents not relevant to the claims or defenses in this

20   action and not reasonably calculated to lead to the discovery of admissible evidence.

21   Mattel has not demonstrated how DOCUMENTS sufficient to IDENTIFY *each and*

22   *every* PERSON who has owned stock in MGA at *any* time could be relevant to the

23   claims and defenses in this action.  The request is not limited to the subject matter of

24   this action and is thus impermissibly overbroad. See Aug. 13 Order at 9:17-20; May

25   22 Order at 21:5-7. MGA further objects to this request as being overly broad and

26   unduly burdensome on the grounds that it is not limited in time or geographical

27   scope.  MGA further objects to the phrases "sufficient to identify each and every . . .

28

EXHIBIT 2
PAGE 64

1  including" and "sufficient to show whether such PERSON is a FAMILY MEMBER

2  of Isaac Larian" as vague and ambiguous. MGA further objects to the request to the

3  extent that it seeks documents that by reason of public filing, public distribution or

4  otherwise are already in Mattel's possession or are readily accessible to Mattel.

5  MGA further objects to the request to the extent that it seeks documents not in

6  MGA's possession, custody or control. MGA further objects to the request to the

7  extent it seeks confidential, proprietary or commercially sensitive information, the

8  disclosure of which would be inimical to the business interests of MGA. Such

9  information may also be subject to protective orders governing other litigations

10  thereby precluding disclosure in response to this request. MGA further objects to the

11  request to the extent it violates the privacy rights of third parties to their private,

12  confidential, proprietary or trade secret information.

13      MGA further objects to this request as cumulative, duplicative, and unduly

14  burdensome to the extent that it seeks documents previously requested by Mattel or

15  produced by MGA (or any of its affiliates) in response to Mattel's document requests,

16  including, but not limited to:  Request No. 107 from Mattel, Inc.'s Fourth Set of

17  Requests for Documents and Things to MGA Entertainment, Inc.

18  REQUEST FOR PRODUCTION NO. 24:

19      For each PERSON who has owned stock in MGA, DOCUMENTS sufficient

20  to show the number of shares of stock owned by such PERSON, the percentage of

21  shares owned as measured against the total outstanding shares, the dates upon which

22  the PERSON acquired the shares, the consideration paid or promised for the shares

23  and the dates on which such consideration was paid or promised.

24  RESPONSE TO REQUEST FOR PRODUCTION NO. 24:

25      MGA incorporates by reference its General Response and General Objections

26  above, as though fully set forth herein and specifically incorporates General

27  Objection No. 15 (regarding Definitions), including without limitation MGA's

28

MGA ENTERTAINMENT, INC.'S OBJECTIONS AND RESPONSES TO MATTEL, INC.'S FIFTH SET OF REQUESTS FOR DOCUMENTS AND THINGS TO MGA ENTERTAINMENT, INC. - CV 04-9049 SGL (RNBx)

45

EXHIBIT  2

PAGE  65

1  objection to the definition of the terms PERSON and MGA, and its incorporated

2  term AFFILIATES. MGA further objects to the request to the extent it seeks the

3  production of documents that are protected from disclosure under any applicable

4  privilege, doctrine or immunity, including without limitation the attorney-client

5  privilege, the work product doctrine, the right of privacy, and all other privileges

6  recognized under the constitutional, statutory or decisional law of the United States

7  of America, the State of California or any other applicable jurisdiction. MGA further

8  objects to this request on the grounds that it is overly broad and unduly burdensome

9  in that it seeks documents not relevant to the claims or defenses in this action and not

10  reasonably calculated to lead to the discovery of admissible evidence. Mattel has not

11  demonstrated how, for *each* PERSON who has owned stock in MGA,

12  DOCUMENTS sufficient to show the number of shares, the percentage of shares, the

13  dates acquired, the consideration paid or promised, and the dates on which such

14  consideration was paid or promised could be relevant to the claims and defenses in

15  this action. The request is not limited to the subject matter of this action and is thus

16  impermissibly overbroad. See Aug. 13 Order at 9:17-20; May 22 Order at 21:5-7.

17  MGA further objects to this request as being overly broad and unduly burdensome

18  on the grounds that it is not limited in time or geographical scope. MGA further

19  objects to the phrase "sufficient to show" as vague and ambiguous. MGA further

20  objects to the request to the extent that it seeks documents that by reason of public

21  filing, public distribution or otherwise are already in Mattel's possession or are

22  readily accessible to Mattel. MGA further objects to the request to the extent that it

23  seeks documents not in MGA's possession, custody or control. MGA further objects

24  to the request to the extent it seeks confidential, proprietary or commercially

25  sensitive information, the disclosure of which would be inimical to the business

26  interests of MGA. Such information may also be subject to protective orders

27  governing other litigations thereby precluding disclosure in response to this request.

28

EXHIBIT 2

PAGE 66

1   MGA further objects to the request to the extent it violates the privacy rights of third

2   parties to their private, confidential, proprietary or trade secret information.

3        MGA further objects to this request as cumulative, duplicative, and unduly

4   burdensome to the extent that it seeks documents previously requested by Mattel or

5   produced by MGA (or any of its affiliates) in response to Mattel's document requests,

6   including, but not limited to:  Request No. 107 from Mattel, Inc.'s Fourth Set of

7   Requests for Documents and Things to MGA Entertainment, Inc.

8   REQUEST FOR PRODUCTION NO. 25:

9        DOCUMENTS sufficient to show the total outstanding shares of MGA stock

10   at any time from the incorporation of MGA to the present.

11   RESPONSE TO REQUEST FOR PRODUCTION NO. 25:

12        MGA incorporates by reference its General Response and General Objections

13   above, as though fully set forth herein and specifically incorporates General

14   Objection No. 15 (regarding Definitions), including without limitation MGA's

15   objection to the definition of the terms MGA and its incorporated terms

16   AFFILIATES and PERSON.  MGA further objects to the request to the extent it

17   seeks the production of documents that are protected from disclosure under any

18   applicable privilege, doctrine or immunity, including without limitation the attorney-

19   client privilege, the work product doctrine, the right of privacy, and all other

20   privileges recognized under the constitutional, statutory or decisional law of the

21   United States of America, the State of California or any other applicable jurisdiction.

22   MGA further objects to this request on the grounds that it is overly broad and unduly

23   burdensome in that it seeks documents not relevant to the claims or defenses in this

24   action and not reasonably calculated to lead to the discovery of admissible evidence.

25   Mattel has not demonstrated how DOCUMENTS sufficient to show the total

26   outstanding shares of MGA stock *at any time* from the incorporation of MGA to the

27   present could be relevant to the claims and defenses in this action.  The request is not

28

EXHIBIT 2

PAGE 67

1 limited to the subject matter of this action and is thus impermissibly overbroad. See

2 Aug. 13 Order at 9:17-20; May 22 Order at 21:5-7. MGA further objects to this

3 request as being overly broad and unduly burdensome on the grounds that it is not

4 limited in time or geographical scope. MGA further objects to the phrase "sufficient

5 to show" as vague and ambiguous. MGA further objects to the request to the extent

6 that it seeks documents that by reason of public filing, public distribution or

7 otherwise are already in Mattel's possession or are readily accessible to Mattel.

8 MGA further objects to the request to the extent that it seeks documents not in

9 MGA's possession, custody or control. MGA further objects to the request to the

10 extent it seeks confidential, proprietary or commercially sensitive information, the

11 disclosure of which would be inimical to the business interests of MGA. Such

12 information may also be subject to protective orders governing other litigations

13 thereby precluding disclosure in response to this request. MGA further objects to the

14 request to the extent it violates the privacy rights of third parties to their private,

15 confidential, proprietary or trade secret information.

16      MGA further objects to this request as cumulative, duplicative, and unduly

17 burdensome to the extent that it seeks documents previously requested by Mattel or

18 produced by MGA (or any of its affiliates) in response to Mattel's document requests,

19 including, but not limited to: Request No. 107 from Mattel, Inc.'s Fourth Set of

20 Requests for Documents and Things to MGA Entertainment, Inc.

21 REQUEST FOR PRODUCTION NO. 26:

22      All DOCUMENTS that REFER OR RELATE TO the issuance of MGA stock

23 certificates any time since the incorporation of MGA to the present, including

24 without limitation to whom they were issued and the dates of issuance.

25 RESPONSE TO REQUEST FOR PRODUCTION NO. 26:

26      MGA incorporates by reference its General Response and General Objections

27 above, as though fully set forth herein and specifically incorporates General

28

EXHIBIT 2

PAGE 68

1  Objection No. 15 (regarding Definitions), including without limitation MGA's

2  objection to the definition of the terms MGA and its incorporated terms

3  AFFILIATES and PERSON. MGA further objects to the request to the extent it

4  seeks the production of documents that are protected from disclosure under any

5  applicable privilege, doctrine or immunity, including without limitation the attorney-

6  client privilege, the work product doctrine, the right of privacy, and all other

7  privileges recognized under the constitutional, statutory or decisional law of the

8  United States of America, the State of California or any other applicable jurisdiction.

9  MGA further objects to this request on the grounds that it is overly broad and unduly

10  burdensome in that it seeks documents not relevant to the claims or defenses in this

11  action and not reasonably calculated to lead to the discovery of admissible evidence.

12  Mattel has not demonstrated how *all* DOCUMENTS that REFER OR RELATE TO

13  the issuance of MGA stock certificates *any time* since the incorporation of MGA to

14  the present could be relevant to the claims and defenses in this action. The request is

15  not limited to the subject matter of this action and is thus impermissibly overbroad.

16  See Aug. 13 Order at 9:17-20; May 22 Order at 21:5-7. MGA further objects to this

17  request as being overly broad and unduly burdensome on the grounds that it is not

18  limited in time or geographical scope. MGA further objects to the request to the

19  extent that it seeks documents that by reason of public filing, public distribution or

20  otherwise are already in Mattel's possession or are readily accessible to Mattel.

21  MGA further objects to the request to the extent that it seeks documents not in

22  MGA's possession, custody or control. MGA further objects to the request to the

23  extent it seeks confidential, proprietary or commercially sensitive information, the

24  disclosure of which would be inimical to the business interests of MGA. Such

25  information may also be subject to protective orders governing other litigations

26  thereby precluding disclosure in response to this request. MGA further objects to the

27

28

EXHIBIT 2

PAGE 67

1  request to the extent it violates the privacy rights of third parties to their private,

2  confidential, proprietary or trade secret information.

3      MGA further objects to this request as cumulative, duplicative, and unduly

4  burdensome to the extent that it seeks documents previously requested by Mattel or

5  produced by MGA (or any of its affiliates) in response to Mattel's document requests,

6  including, but not limited to:  Request No. 107 from Mattel, Inc.'s Fourth Set of

7  Requests for Documents and Things to MGA Entertainment, Inc.

8  <u>REQUEST FOR PRODUCTION NO. 27:</u>

9      All DOCUMENTS, including without limitation all COMMUNICATIONS,

10  that REFER OR RELATE TO the purchase, sale, transfer, alienation, pledge,

11  hypothecation or alienation of MGA stock or any ownership interest in MGA.

12  <u>RESPONSE TO REQUEST FOR PRODUCTION NO. 27:</u>

13      MGA incorporates by reference its General Response and General Objections

14  above, as though fully set forth herein and specifically incorporates General

15  Objection No. 15 (regarding Definitions), including without limitation MGA's

16  objection to the definition of the terms MGA and its incorporated terms

17  AFFILIATES and PERSON.  MGA further objects to the request to the extent it

18  seeks the production of documents that are protected from disclosure under any

19  applicable privilege, doctrine or immunity, including without limitation the attorney-

20  client privilege, the work product doctrine, the right of privacy, and all other

21  privileges recognized under the constitutional, statutory or decisional law of the

22  United States of America, the State of California or any other applicable jurisdiction.

23  MGA further objects to this request on the grounds that it is overly broad and unduly

24  burdensome in that it seeks documents not relevant to the claims or defenses in this

25  action and not reasonably calculated to lead to the discovery of admissible evidence.

26  Mattel has not demonstrated how *all* DOCUMENTS, including without limitation *all*

27  COMMUNICATIONS, that REFER OR RELATE TO the purchase, sale, transfer,

28

EXHIBIT 2

PAGE 70

1  alienation, pledge, hypothecation or alienation of MGA stock or any ownership

2  interest in MGA could be relevant to the claims and defenses in this action. The

3  request is not limited to the subject matter of this action and is thus impermissibly

4  overbroad. See Aug. 13 Order at 9:17-20; May 22 Order at 21:5-7. MGA further

5  objects to this request as being overly broad and unduly burdensome on the grounds

6  that it is not limited in time or geographical scope. MGA further objects to the

7  phrase "REFER or RELATE TO the . . . alienation . . . or alienation of MGA stock"

8  as vague and ambiguous. MGA further objects to the request to the extent that it

9  seeks documents that by reason of public filing, public distribution or otherwise are

10  already in Mattel's possession or are readily accessible to Mattel. MGA further

11  objects to the request to the extent that it seeks documents not in MGA's possession,

12  custody or control. MGA further objects to the request to the extent it seeks

13  confidential, proprietary or commercially sensitive information, the disclosure of

14  which would be inimical to the business interests of MGA. Such information may

15  also be subject to protective orders governing other litigations thereby precluding

16  disclosure in response to this request. MGA further objects to the request to the

17  extent it violates the privacy rights of third parties to their private, confidential,

18  proprietary or trade secret information.

19       MGA further objects to this request as cumulative, duplicative, and unduly

20  burdensome to the extent that it seeks documents previously requested by Mattel or

21  produced by MGA (or any of its affiliates) in response to Mattel's document requests,

22  including, but not limited to: Request No. 107 from Mattel, Inc.'s Fourth Set of

23  Requests for Documents and Things to MGA Entertainment, Inc.

24  REQUEST FOR PRODUCTION NO. 28:

25       All DOCUMENTS, including without limitation all COMMUNICATIONS,

26  that REFER OR RELATE TO any instance in which any shareholder, stockholder or

27  other owner of any interest in MGA lost, misplaced or was unable to locate original

28

EXHIBIT 2

PAGE 71

1  MGA stock certificates or in which any shareholder, stockholder or other owner of

2  any interest in MGA requested that any PERSON attest to or assert such loss,

3  misplacement or inability to locate, including without limitation the emails between

4  Isaac Larian and Jahangir Makabi requesting that Makabi sign an affidavit that he

5  lost his original stock certificates despite Makabi's protestation that he never had any

6  such certificates.

7  RESPONSE TO REQUEST FOR PRODUCTION NO. 28:

8      MGA incorporates by reference its General Response and General Objections

9  above, as though fully set forth herein and specifically incorporates General

10  Objection No. 15 (regarding Definitions), including without limitation MGA's

11  objection to the definition of the terms PERSON and MGA and its incorporated term

12  AFFILIATES.  MGA further objects to the request to the extent it seeks the

13  production of documents that are protected from disclosure under any applicable

14  privilege, doctrine or immunity, including without limitation the attorney-client

15  privilege, the work product doctrine, the right of privacy, and all other privileges

16  recognized under the constitutional, statutory or decisional law of the United States

17  of America, the State of California or any other applicable jurisdiction.  MGA further

18  objects to this request on the grounds that it is overly broad and unduly burdensome

19  in that it seeks documents not relevant to the claims or defenses in this action and not

20  reasonably calculated to lead to the discovery of admissible evidence.  Mattel has not

21  demonstrated how *all* DOCUMENTS, including without limitation *all*

22  COMMUNICATIONS, that REFER OR RELATE TO any instance in which *any*

23  shareholder, stockholder or other owner of *any* interest in MGA lost, misplaced or

24  was unable to locate original MGA stock certificates or in which any shareholder,

25  stockholder or other owner of *any* interest in MGA requested that any PERSON

26  attest to or assert such loss, misplacement or inability to locate could be relevant to

27  the claims and defenses in this action.  The request is not limited to the subject

28

EXHIBIT __2__

PAGE __72__

1  matter of this action and is thus impermissibly overbroad. <u>See</u> Aug. 13 Order at

2  9:17-20; May 22 Order at 21:5-7. MGA further objects to this request as being

3  overly broad and unduly burdensome on the grounds that it is not limited in time or

4  geographical scope. MGA further objects to the phrase "attest to or assert such loss"

5  as vague and ambiguous. MGA further objects to the request to the extent that it

6  seeks documents that by reason of public filing, public distribution or otherwise are

7  already in Mattel's possession or are readily accessible to Mattel. MGA further

8  objects to the request to the extent that it seeks documents not in MGA's possession,

9  custody or control. MGA further objects to the request to the extent it seeks

10  confidential, proprietary or commercially sensitive information, the disclosure of

11  which would be inimical to the business interests of MGA. Such information may

12  also be subject to protective orders governing other litigations thereby precluding

13  disclosure in response to this request. MGA further objects to the request to the

14  extent it violates the privacy rights of third parties to their private, confidential,

15  proprietary or trade secret information.

16      MGA further objects to this request as cumulative, duplicative, and unduly

17  burdensome to the extent that it seeks documents previously requested by Mattel or

18  produced by MGA (or any of its affiliates) in response to Mattel's document requests,

19  including, but not limited to: Request No. 107 from Mattel, Inc.'s Fourth Set of

20  Requests for Documents and Things to MGA Entertainment, Inc.

21  <u>REQUEST FOR PRODUCTION NO. 29</u>:

22      All DOCUMENTS that REFER OR RELATE TO how MGA was capitalized

23  upon its incorporation including, without limitation, the IDENTITY of each

24  PERSON who purchased or subscribed to stock in MGA, the number of shares

25  purchased or subscribed by each such PERSON, the amount paid or promised for the

26  shares purchased or subscribed by each such PERSON and the dates such amounts

27  were paid or promised.

28

MGA ENTERTAINMENT, INC.'S OBJECTIONS AND RESPONSES TO MATTEL, INC.'S FIFTH SET OF REQUESTS FOR DOCUMENTS AND THINGS TO MGA ENTERTAINMENT, INC. - CV 04-9049 SGL (RNBx)

53

EXHIBIT 2

PAGE 73

1 <u>RESPONSE TO REQUEST FOR PRODUCTION NO. 29</u>:

2       MGA incorporates by reference its General Response and General Objections

3 above, as though fully set forth herein and specifically incorporates General

4 Objection No. 15 (regarding Definitions), including without limitation MGA's

5 objection to the definition of the terms PERSON and MGA and its incorporated term

6 AFFILIATES. MGA further objects to the request to the extent it seeks the

7 production of documents that are protected from disclosure under any applicable

8 privilege, doctrine or immunity, including without limitation the attorney-client

9 privilege, the work product doctrine, the right of privacy, and all other privileges

10 recognized under the constitutional, statutory or decisional law of the United States

11 of America, the State of California or any other applicable jurisdiction. MGA further

12 objects to this request on the grounds that it is overly broad and unduly burdensome

13 in that it seeks documents not relevant to the claims or defenses in this action and not

14 reasonably calculated to lead to the discovery of admissible evidence. Mattel has not

15 demonstrated how *all* DOCUMENTS that REFER OR RELATE TO how MGA was

16 capitalized upon its incorporation including, without limitation, the IDENTITY of

17 *each* PERSON who purchased or subscribed to stock in MGA, the number of shares

18 purchased or subscribed by *each* such PERSON, the amount paid or promised for the

19 shares purchased or subscribed by *each* such PERSON and the dates such amounts

20 were paid or promised could be relevant to the claims and defenses in this action.

21 The request is not limited to the subject matter of this action and is thus

22 impermissibly overbroad. <u>See</u> Aug. 13 Order at 9:17-20; May 22 Order at 21:5-7.

23 MGA further objects to this request as being overly broad and unduly burdensome

24 on the grounds that it is not limited in time or geographical scope. MGA further

25 objects to the request to the extent that it seeks documents that by reason of public

26 filing, public distribution or otherwise are already in Mattel's possession or are

27 readily accessible to Mattel. MGA further objects to the request to the extent that it

28

EXHIBIT 2

PAGE 74

1 seeks documents not in MGA's possession, custody or control.  MGA further objects

2 to the request to the extent it seeks confidential, proprietary or commercially

3 sensitive information, the disclosure of which would be inimical to the business

4 interests of MGA.  Such information may also be subject to protective orders

5 governing other litigations thereby precluding disclosure in response to this request.

6 MGA further objects to the request to the extent it violates the privacy rights of third

7 parties to their private, confidential, proprietary or trade secret information.

8      MGA further objects to this request as cumulative, duplicative, and unduly

9 burdensome to the extent that it seeks documents previously requested by Mattel or

10 produced by MGA (or any of its affiliates) in response to Mattel's document requests,

11 including, but not limited to:  Request No. 107 from Mattel, Inc.'s Fourth Set of

12 Requests for Documents and Things to MGA Entertainment, Inc.

13 REQUEST FOR PRODUCTION NO. 30:

14      DOCUMENTS sufficient to show how MGA has been capitalized from the

15 date of its incorporation to the present.

16 RESPONSE TO REQUEST FOR REQUEST FOR PRODUCTION NO. 30:

17      MGA incorporates by reference its General Response and General Objections

18 above, as though fully set forth herein and specifically incorporates General

19 Objection No. 15 (regarding Definitions), including without limitation MGA's

20 objection to the definition of the terms MGA and its incorporated terms

21 AFFILIATES and PERSON.  MGA further objects to the request to the extent it

22 seeks the production of documents that are protected from disclosure under any

23 applicable privilege, doctrine or immunity, including without limitation the attorney-

24 client privilege, the work product doctrine, the right of privacy, and all other

25 privileges recognized under the constitutional, statutory or decisional law of the

26 United States of America, the State of California or any other applicable jurisdiction.

27 MGA further objects to this request on the grounds that it is overly broad and unduly

28

MGA ENTERTAINMENT, INC.'S OBJECTIONS AND RESPONSES TO MATTEL, INC.'S FIFTH SET OF
REQUESTS FOR DOCUMENTS AND THINGS TO MGA ENTERTAINMENT, INC. - CV 04-9049 SGL (RNBx)
55

EXHIBIT 2

PAGE 75

1  burdensome in that it seeks documents not relevant to the claims or defenses in this

2  action and not reasonably calculated to lead to the discovery of admissible evidence.

3  Mattel has not demonstrated how DOCUMENTS sufficient to show how MGA has

4  been capitalized from the date of its incorporation to the present could be relevant to

5  the claims and defenses in this action. The request is not limited to the subject

6  matter of this action and is thus impermissibly overbroad. See Aug. 13 Order at

7  9:17-20; May 22 Order at 21:5-7. MGA further objects to this request as being

8  overly broad and unduly burdensome on the grounds that it is not limited in

9  geographical scope. MGA further objects to the request to the extent that it seeks

10 documents that by reason of public filing, public distribution or otherwise are already

11 in Mattel's possession or are readily accessible to Mattel. MGA further objects to the

12 request to the extent that it seeks documents not in MGA's possession, custody or

13 control. MGA further objects to the request to the extent it seeks confidential,

14 proprietary or commercially sensitive information, the disclosure of which would be

15 inimical to the business interests of MGA. Such information may also be subject to

16 protective orders governing other litigations thereby precluding disclosure in

17 response to this request. MGA further objects to the request to the extent it violates

18 the privacy rights of third parties to their private, confidential, proprietary or trade

19 secret information.

20       MGA further objects to this request as cumulative, duplicative, and unduly

21 burdensome to the extent that it seeks documents previously requested by Mattel or

22 produced by MGA (or any of its affiliates) in response to Mattel's document requests,

23 including, but not limited to: Request No. 107 from Mattel, Inc.'s Fourth Set of

24 Requests for Documents and Things to MGA Entertainment, Inc.

25

26

27

28

EXHIBIT _2_

PAGE _76_

1 | REQUEST FOR PRODUCTION NO. 31:

2 |     DOCUMENTS sufficient to show any and all payments of dividends to any

3 | shareholder of MGA, including to whom the dividends were paid, the amounts paid

4 | and the dates of payment.

5 | RESPONSE TO REQUEST FOR PRODUCTION NO. 31:

6 |     MGA incorporates by reference its General Response and General Objections

7 | above, as though fully set forth herein and specifically incorporates General

8 | Objection No. 15 (regarding Definitions), including without limitation MGA's

9 | objection to the definition of the terms MGA and its incorporated terms

10 | AFFILIATES and PERSON.  MGA further objects to the request to the extent it

11 | seeks the production of documents that are protected from disclosure under any

12 | applicable privilege, doctrine or immunity, including without limitation the attorney-

13 | client privilege, the work product doctrine, the right of privacy, and all other

14 | privileges recognized under the constitutional, statutory or decisional law of the

15 | United States of America, the State of California or any other applicable jurisdiction.

16 | MGA further objects to this request on the grounds that it is overly broad and unduly

17 | burdensome in that it seeks documents not relevant to the claims or defenses in this

18 | action and not reasonably calculated to lead to the discovery of admissible evidence.

19 | Mattel has not demonstrated how DOCUMENTS sufficient to show *any and all*

20 | payments of dividends to *any* shareholder of MGA could be relevant to the claims

21 | and defenses in this action.  The request is not limited to the subject matter of this

22 | action and is thus impermissibly overbroad.  See Aug. 13 Order at 9:17-20; May 22

23 | Order at 21:5-7.  MGA further objects to this request as being overly broad and

24 | unduly burdensome on the grounds that it is not limited in time or geographical

25 | scope.  MGA further objects to the phrase "sufficient to show any and all

26 | payments . . . including . . . ." as vague and ambiguous.  MGA further objects to the

27 | request to the extent that it seeks documents that by reason of public filing, public

28 |

EXHIBIT 2
PAGE 77

1  distribution or otherwise are already in Mattel's possession or are readily accessible

2  to Mattel.  MGA further objects to the request to the extent that it seeks documents

3  not in MGA's possession, custody or control.  MGA further objects to the request to

4  the extent it seeks confidential, proprietary or commercially sensitive information,

5  the disclosure of which would be inimical to the business interests of MGA.  Such

6  information may also be subject to protective orders governing other litigations

7  thereby precluding disclosure in response to this request.  MGA further objects to the

8  request to the extent it violates the privacy rights of third parties to their private,

9  confidential, proprietary or trade secret information.

10      MGA further objects to this request as cumulative, duplicative, and unduly

11  burdensome to the extent that it seeks documents previously requested by Mattel or

12  produced by MGA (or any of its affiliates) in response to Mattel's document requests.

13  REQUEST FOR PRODUCTION NO. 32:

14      DOCUMENTS sufficient to show any and all distributions to any shareholders

15  of MGA, including to whom the distributions were made, the amounts of the

16  distributions and the dates the distributions were made.

17  RESPONSE TO REQUEST FOR PRODUCTION NO. 32:

18      MGA incorporates by reference its General Response and General Objections

19  above, as though fully set forth herein and specifically incorporates General

20  Objection No. 15 (regarding Definitions), including without limitation MGA's

21  objection to the definition of the terms MGA and its incorporated terms

22  AFFILIATES and PERSON.  MGA further objects to the request to the extent it

23  seeks the production of documents that are protected from disclosure under any

24  applicable privilege, doctrine or immunity, including without limitation the attorney-

25  client privilege, the work product doctrine, the right of privacy, and all other

26  privileges recognized under the constitutional, statutory or decisional law of the

27  United States of America, the State of California or any other applicable jurisdiction.

28

EXHIBIT __2__

PAGE __78__

1  MGA further objects to this request on the grounds that it is overly broad and unduly

2  burdensome in that it seeks documents not relevant to the claims or defenses in this

3  action and not reasonably calculated to lead to the discovery of admissible evidence.

4  Mattel has not demonstrated how DOCUMENTS sufficient to show *any and all*

5  distributions to *any* shareholders of MGA could be relevant to the claims and

6  defenses in this action.  The request is not limited to the subject matter of this action

7  and is thus impermissibly overbroad.  See Aug. 13 Order at 9:17-20; May 22 Order

8  at 21:5-7.  MGA further objects to this request as being overly broad and unduly

9  burdensome on the grounds that it is not limited in time or geographical scope.

10  MGA further objects to the phrases "sufficient to show any and all distributions . . .

11  including . . . ." as vague and ambiguous.  MGA further objects to the request to the

12  extent that it seeks documents that by reason of public filing, public distribution or

13  otherwise are already in Mattel's possession or are readily accessible to Mattel.

14  MGA further objects to the request to the extent that it seeks documents not in

15  MGA's possession, custody or control.  MGA further objects to the request to the

16  extent it seeks confidential, proprietary or commercially sensitive information, the

17  disclosure of which would be inimical to the business interests of MGA.  Such

18  information may also be subject to protective orders governing other litigations

19  thereby precluding disclosure in response to this request.  MGA further objects to the

20  request to the extent it violates the privacy rights of third parties to their private,

21  confidential, proprietary or trade secret information.

22      MGA further objects to this request as cumulative, duplicative, and unduly

23  burdensome to the extent that it seeks documents previously requested by Mattel or

24  produced by MGA (or any of its affiliates) in response to Mattel's document requests.

EXHIBIT 2  PAGE 79

1  REQUEST FOR PRODUCTION NO. 33:

2      DOCUMENTS sufficient to IDENTIFY each PERSON who has served as an

3  officer or director of MGA including, without limitation, the offices or positions held

4  by each such PERSON and the dates such offices or positions were held.

5  RESPONSE TO REQUEST FOR PRODUCTION NO. 33:

6      MGA incorporates by reference its General Response and General Objections

7  above, as though fully set forth herein and specifically incorporates General

8  Objection No. 15 (regarding Definitions), including without limitation MGA's

9  objection to the definition of the terms PERSON and MGA and its incorporated term

10 AFFILIATES. MGA further objects to the request to the extent it seeks the

11 production of documents that are protected from disclosure under any applicable

12 privilege, doctrine or immunity, including without limitation the attorney-client

13 privilege, the work product doctrine, the right of privacy, and all other privileges

14 recognized under the constitutional, statutory or decisional law of the United States

15 of America, the State of California or any other applicable jurisdiction. MGA further

16 objects to this request on the grounds that it is overly broad and unduly burdensome

17 in that it seeks documents not relevant to the claims or defenses in this action and not

18 reasonably calculated to lead to the discovery of admissible evidence. Mattel has not

19 demonstrated how DOCUMENTS sufficient to IDENTIFY *each* PERSON who has

20 served as an officer or director of MGA could be relevant to the claims and defenses

21 in this action. The request is not limited to the subject matter of this action and is

22 thus impermissibly overbroad. See Aug. 13 Order at 9:17-20; May 22 Order at 21:5-

23 7. MGA further objects to this request as being overly broad and unduly

24 burdensome on the grounds that it is not limited in time or geographical scope.

25 MGA further objects to the phrase "sufficient to IDENTIFY . . . including . . ." as

26 vague and ambiguous. MGA further objects to the request to the extent that it seeks

27 documents that by reason of public filing, public distribution or otherwise are already

28

EXHIBIT  2

PAGE  60

1 in Mattel's possession or are readily accessible to Mattel. MGA further objects to the

2 request to the extent that it seeks documents not in MGA's possession, custody or

3 control. MGA further objects to the request to the extent it seeks confidential,

4 proprietary or commercially sensitive information, the disclosure of which would be

5 inimical to the business interests of MGA. MGA further objects to the request to the

6 extent it violates the privacy rights of third parties to their private, confidential,

7 proprietary or trade secret information.

8     MGA further objects to this request as cumulative, duplicative, and unduly

9 burdensome to the extent that it seeks documents previously requested by Mattel or

10 produced by MGA (or any of its affiliates) in response to Mattel's document requests.

11 REQUEST FOR PRODUCTION NO. 34:

12     DOCUMENTS sufficient to show any and all salary, benefits or any other

13 compensation paid to any officer, director or shareholder of MGA, including to

14 whom the payments were made, the amounts paid and the dates of payment.

15 RESPONSE TO REQUEST FOR PRODUCTION NO. 34:

16     MGA incorporates by reference its General Response and General Objections

17 above, as though fully set forth herein and specifically incorporates General

18 Objection No. 15 (regarding Definitions), including without limitation MGA's

19 objection to the definition of the terms MGA and its incorporated terms

20 AFFILIATES and PERSON. MGA further objects to the request to the extent it

21 seeks the production of documents that are protected from disclosure under any

22 applicable privilege, doctrine or immunity, including without limitation the attorney-

23 client privilege, the work product doctrine, the right of privacy, and all other

24 privileges recognized under the constitutional, statutory or decisional law of the

25 United States of America, the State of California or any other applicable jurisdiction.

26 MGA further objects to this request on the grounds that it is overly broad and unduly

27 burdensome in that it seeks documents not relevant to the claims or defenses in this

28

MGA ENTERTAINMENT, INC.'S OBJECTIONS AND RESPONSES TO MATTEL, INC.'S FIFTH SET OF REQUESTS FOR DOCUMENTS AND THINGS TO MGA ENTERTAINMENT, INC. - CV 04-9049 SGL (RNBx)

61

EXHIBIT 2

PAGE 84

1  action and not reasonably calculated to lead to the discovery of admissible evidence.

2  Mattel has not demonstrated how DOCUMENTS sufficient to show *any and all*

3  salary, benefits or *any* other compensation paid to *any* officer, director or shareholder

4  of MGA could be relevant to the claims and defenses in this action.  The request is

5  not limited to the subject matter of this action and is thus impermissibly overbroad.

6  See Aug. 13 Order at 9:17-20; May 22 Order at 21:5-7.  MGA further objects to this

7  request as being overly broad and unduly burdensome on the grounds that it is not

8  limited in time or geographical scope.  MGA further objects to the phrase "sufficient

9  to show any and all . . . including . . ." as vague and ambiguous.  MGA further

10  objects to the request to the extent that it seeks documents that by reason of public

11  filing, public distribution or otherwise are already in Mattel's possession or are

12  readily accessible to Mattel.  MGA further objects to the request to the extent that it

13  seeks documents not in MGA's possession, custody or control.  MGA further objects

14  to the request to the extent it seeks confidential, proprietary or commercially

15  sensitive information, the disclosure of which would be inimical to the business

16  interests of MGA.  Such information may also be subject to protective orders

17  governing other litigations thereby precluding disclosure in response to this request.

18  MGA further objects to the request to the extent it violates the privacy rights of third

19  parties to their private, confidential, proprietary or trade secret information.

20        MGA further objects to this request as cumulative, duplicative, and unduly

21  burdensome to the extent that it seeks documents previously requested by Mattel or

22  produced by MGA (or any of its affiliates) in response to Mattel's document requests.

23  REQUEST FOR PRODUCTION NO. 35:

24        DOCUMENTS sufficient to show any and all payments or transfers of

25  anything of value to any officer, director or shareholder of MGA, including to whom

26  the payments or transfers were made, the amounts of the payments or the value of

27  the item transferred and the dates of the payments or transfers.

28

MGA ENTERTAINMENT, INC.'S OBJECTIONS AND RESPONSES TO MATTEL, INC.'S FIFTH SET OF
REQUESTS FOR DOCUMENTS AND THINGS TO MGA ENTERTAINMENT, INC. - CV 04-9049 SGL (RNBx)

62

EXHIBIT  2

PAGE ____

1  <u>RESPONSE TO REQUEST FOR PRODUCTION NO. 35</u>:

2      MGA incorporates by reference its General Response and General Objections

3  above, as though fully set forth herein and specifically incorporates General

4  Objection No. 15 (regarding Definitions), including without limitation MGA's

5  objection to the definition of the terms MGA and its incorporated terms

6  AFFILIATES and PERSON.  MGA further objects to the request to the extent it

7  seeks the production of documents that are protected from disclosure under any

8  applicable privilege, doctrine or immunity, including without limitation the attorney-

9  client privilege, the work product doctrine, the right of privacy, and all other

10  privileges recognized under the constitutional, statutory or decisional law of the

11  United States of America, the State of California or any other applicable jurisdiction.

12  MGA further objects to this request on the grounds that it is overly broad and unduly

13  burdensome in that it seeks documents not relevant to the claims or defenses in this

14  action and not reasonably calculated to lead to the discovery of admissible evidence.

15  Mattel has not demonstrated how DOCUMENTS sufficient to show *any and all*

16  payments or transfers of *anything* of value to any officer, director or shareholder of

17  MGA could be relevant to the claims and defenses in this action.  The request is not

18  limited to the subject matter of this action and is thus impermissibly overbroad.  <u>See</u>

19  Aug. 13 Order at 9:17-20; May 22 Order at 21:5-7.  MGA further objects to this

20  request as being overly broad and unduly burdensome on the grounds that it is not

21  limited in time or geographical scope.  MGA further objects to the phrase "sufficient

22  to show any and all . . . including . . ." as vague and ambiguous.  MGA further

23  objects to the request to the extent that it seeks documents that by reason of public

24  filing, public distribution or otherwise are already in Mattel's possession or are

25  readily accessible to Mattel.  MGA further objects to the request to the extent that it

26  seeks documents not in MGA's possession, custody or control.  MGA further objects

27  to the request to the extent it seeks confidential, proprietary or commercially

28

EXHIBIT 2

PAGE 83

1  sensitive information, the disclosure of which would be inimical to the business
2  interests of MGA.  Such information may also be subject to protective orders
3  governing other litigations thereby precluding disclosure in response to this request.
4  MGA further objects to the request to the extent it violates the privacy rights of third
5  parties to their private, confidential, proprietary or trade secret information.
6      MGA further objects to this request as cumulative, duplicative, and unduly
7  burdensome to the extent that it seeks documents previously requested by Mattel or
8  produced by MGA (or any of its affiliates) in response to Mattel's document requests.
9  REQUEST FOR PRODUCTION NO. 36:
10     DOCUMENTS sufficient to show any and all salary, benefits or any other
11 compensation paid to any officer, director or shareholder of MGA, including to
12 whom the payments were made, the amounts paid and the dates of payment.
13 RESPONSE TO REQUEST FOR PRODUCTION NO. 36:
14     MGA incorporates by reference its General Response and General Objections
15 above, as though fully set forth herein and specifically incorporates General
16 Objection No. 15 (regarding Definitions), including without limitation MGA's
17 objection to the definition of the terms MGA and its incorporated terms
18 AFFILIATES and PERSON.  MGA further objects to the request to the extent it
19 seeks the production of documents that are protected from disclosure under any
20 applicable privilege, doctrine or immunity, including without limitation the attorney-
21 client privilege, the work product doctrine, the right of privacy, and all other
22 privileges recognized under the constitutional, statutory or decisional law of the
23 United States of America, the State of California or any other applicable jurisdiction.
24 MGA further objects to this request on the grounds that it is overly broad and unduly
25 burdensome in that it seeks documents not relevant to the claims or defenses in this
26 action and not reasonably calculated to lead to the discovery of admissible evidence.
27 Mattel has not demonstrated how DOCUMENTS sufficient to show *any and all*
28

EXHIBIT 2

PAGE 84