Robert--

You clearly have concluded that whatever Mattel did to search for documents it was insufficient based on the fact that what was produced was not what MGA expected to receive. I can't respond to MGA's expectations (or yours) regarding the type or quantity of documents that you expected to receive.

I do ask, however, that you at least identify for me precisely which Mattel witnesses you believe have responsive documents that were not produced and which electronic data base you believe contains responsive documents that were not searched. To say that you believe some of the dozens of witnesses identified by Mattel in its initial disclosures and "interrogatory" responses is hardly helpful. As I said, if you want me to respond to any particular concern, I will try--but you have to state it with particularity. Indeed, you asked whether we searched Lily Martinez's computer, and I confirmed for you that we had.

I also note here that Tim Alger told you earlier that the next couple document productions will include emails. Of course, I cannot assure you that what we produce will meet MGA's expectations as to quantity of type of documents.

Having said that, you did not answer my question back to you: is MGA prepared to disclose to Mattel the manner and method by which it has searched for documents, including responding to the interrogatories previously propounded and which I referenced in my last email?


----- Original Message -----
From: Herrington, Robert J <Robert.Herrington@skadden.com>
To: Christopher Tayback
Cc: Timothy Alger
Sent: Wed Dec 26 18:31:43 2007
Subject: RE: Follow-up to today's telephone call

Chris:

We have reason to believe that the email Mattel preserved for several witnesses described as likely to have information regarding MGA, Bratz, and Carter Bryant, as set forth in Mr. Moore's affidavit, contain responsive information. Each of these witnesses has been listed in Mattel's initial disclosures and interrogatory responses as someone with relevant knowledge. It stands to reason that these individuals' emails would contain documents responsive to the topics identified in MGA and Bryant's document requests and the Court's Orders. We also believe the email files Mattel began to preserve in 2004 and 2005 in a more wholesale fashion are likely to have relevant information, as described in Mr. Moore's affidavit. As I explained, we have reason to believe that these email files have not been searched based on the very small number of emails produced by Mattel (less than 2000 at this point) and the objections previously raised by Mattel regarding searching email files. I also understood that Mattel had not searched these email records based on my prior conversation with you and Mr. Alger. Please confirm one way or the other whether these email files were searched for responsive information.

Thank you,
--rob

THIS E-MAIL MESSAGE IS CONFIDENTIAL AND INTENDED FOR THE PERSON(S) NAMED ABOVE ONLY. ALL OTHER USE, COPYING, OR DISTRIBUTION IS STRICTLY PROHIBITED.

Robert J. Herrington
Skadden, Arps, Slate, Meagher & Flom LLP
300 South Grand Ave. | Suite 3400 | Los Angeles, CA | 90071
' Direct: (213) 687-5368 | 7 Fax: (213) 621-5368 | , Email: rherring@skadden.com

Joanne Otero, Assistant to Robert Herrington
' Direct: (213) 687-5252 | , Email: jootero@skadden.com <mailto:jootero@skadden.com>

From: Christopher Tayback [mailto:christayback@quinnemanuel.com]

EXHIBIT 15 PAGE 226

EXHIBIT ___1___ PAGE __8__

1/7/2008

Re: Follow-up to today's tele    ie    'l                                    Page 6 of 9

Sent: Wednesday, December 26, 2007 6:07 PM
To: Herrington, Robert J (LAC)
Cc: Timothy Alger
Subject: Re: Follow-up to today's telephone call


Robert--

That's incorrect. I said that Mattel has searched the various electronic media in its possession which were likely to have responsive documents. That includes searches of some data retrieved from back-up tapes and some data retrieved from Zeus. What we have not done is incur the substantial time and expense associated with searching locations where we have no reason to believe responsive documents are located. If you have reason to believe some specific relevant document (or documents) is in Mattel's possession, please let us know. If you have information as to where such a document is located within the various data compilations maintained by Mattel, please say so and we will focus our efforts there. When we spoke, you did not identify any specific relevant document or location that you believed contained a relevant document.

As I said before, we have previously sought from MGA specific information about whether it had searched specific boxes for particular documents. MGA refused to say whether it would or would not (or did or did not) search those specifically requested boxes, but said only that they searched boxes where they thought responsive documents would be located. MGA also has objected and refused to provide a proper answer to our interrogatory asking which databases it searched for responsive documents regarding the early timeframe for Bratz. Why is MGA entitled to a response from Mattel about how it has searched for responsive documentsd that MGA has been unwilling to provide to Mattel?

I am available tomorrow if you wish to discuss this further.

Chris Tayback

----- Original Message -----
From: Herrington, Robert J <Robert.Herrington@skadden.com>
To: Christopher Tayback
Cc: Timothy Alger
Sent: Wed Dec 26 17:24:13 2007
Subject: RE: Follow-up to today's telephone call

Chris:

I want to reconfirm my understanding based on our second conversation this afternoon. As I understand it, Mattel has been searching the sources of electronic information identified in Mr. Moore's affidavit to the extent Mattel believes they might contain responsive documents. The only exception is that Mattel has not been searching archived email / email backup tapes because of concerns regarding cost and whether the archives or backup tapes contain responsive information. Please let me know if that is not correct.

Our view is that archived email and backup tapes are sources that are reasonably likely to contain responsive documents and should be (should have been) searched. We also believe the burden/cost issue was addressed and overruled in connection with Judge Infante's May and September 2007 Orders. I will call you tomorrow morning to discuss.

Thank you,
--rob

THIS E-MAIL MESSAGE IS CONFIDENTIAL AND INTENDED FOR THE PERSON(S) NAMED ABOVE ONLY. ALL OTHER USE, COPYING, OR DISTRIBUTION IS STRICTLY PROHIBITED.

Robert J. Herrington
Skadden, Arps, Slate, Meagher & Flom LLP
300 South Grand Ave. | Suite 3400 | Los Angeles, CA | 90071
' Direct: (213) 687-5368 | 7 Fax: (213) 621-5368 | , Email: rherring@skadden.com

Joanne Otero, Assistant to Robert Herrington
' Direct: (213) 687-5252 | , Email: jootero@skadden.com <mailto:jootero@skadden.com>

EXHIBIT 15 PAGE 227          EXHIBIT 1   PAGE 9

Re: Follow-up to today's telephone call                    Page 7 of 9

---

From: Christopher Tayback [mailto:christayback@quinnemanuel.com]
Sent: Wednesday, December 26, 2007 2:36 PM
To: Herrington, Robert J (LAC)
Cc: Timothy Alger
Subject: RE: Follow-up to today's telephone call

I don't think you understood me.  Call me when you have 5 minutes.  213-443-3170.

---

From: Herrington, Robert J [mailto:Robert.Herrington@skadden.com]
Sent: Wednesday, December 26, 2007 2:30 PM
To: Christopher Tayback
Cc: Timothy Alger
Subject: RE: Follow-up to today's telephone call

My letter sought confirmation that Mattel had searched all of the electronic sources identified in Mr. Moore's affidavit (dated 9/10/07) for responsive documents.  From our conversation earlier today, I had understand that the answer was "yes" - except for email backup tapes.  My email below was referring to the computers identified in Mr. Moore's affidavit, paragraphs 14, 17, and 23.

Thank you,
--rob

THIS E-MAIL MESSAGE IS CONFIDENTIAL AND INTENDED FOR THE PERSON(S) NAMED ABOVE ONLY.  ALL OTHER USE, COPYING, OR DISTRIBUTION IS STRICTLY PROHIBITED.

Robert J. Herrington
Skadden, Arps, Slate, Meagher & Flom LLP
300 South Grand Ave. | Suite 3400 | Los Angeles, CA | 90071
' Direct: (213) 687-5368 | 7 Fax: (213) 621-5368 | , Email: rherring@skadden.com

Joanne Otero, Assistant to Robert Herrington
' Direct: (213) 687-5252 | , Email: jootero@skadden.com <mailto:jootero@skadden.com>

---

From: Christopher Tayback [mailto:christayback@quinnemanuel.com]
Sent: Wednesday, December 26, 2007 2:18 PM
To: Herrington, Robert J (LAC)
Cc: Timothy Alger
Subject: RE: Follow-up to today's telephone call

Robert--

What "other computers" are you referring to below?  Are you referring to the three people listed in paragraph 9 of Michael Moore's declaration?

Chris

---

EXHIBIT 15 PAGE 228          EXHIBIT 1   PAGE 10

1/7/2008

Re: Follow-up to today's tele    ie    '1                                           Page 8 of 9

From: Herrington, Robert J [mailto:Robert.Herrington@skadden.com]
Sent: Wednesday, December 26, 2007 11:39 AM
To: Christopher Tayback
Cc: Timothy Alger
Subject: RE: Follow-up to today's telephone call

Thank you Chris.

One point of clarification: Based on our conversation this morning, my understanding is that Mattel has searched all the other sources of electronically stored information identified in Mr. Moore's affidavit for responsive documents, aside from email backup tapes (and Zeus, which we are discussing separately). Is that correct? For example, has Lily Martinez's imaged hard drive been searched? What about the other computers identified in Mr. Moore's affidavit? I just want to make sure my understanding is correct on this point.

Thanks,
--rob

THIS E-MAIL MESSAGE IS CONFIDENTIAL AND INTENDED FOR THE PERSON(S) NAMED ABOVE ONLY.  ALL OTHER USE, COPYING, OR DISTRIBUTION IS STRICTLY PROHIBITED.

Robert J. Herrington
Skadden, Arps, Slate, Meagher & Flom LLP
300 South Grand Ave. | Suite 3400 | Los Angeles, CA | 90071
' Direct: (213) 687-5368 | 7 Fax: (213) 621-5368 | , Email: rherring@skadden.com

Joanne Otero, Assistant to Robert Herrington
' Direct: (213) 687-5252 | , Email: jootero@skadden.com <mailto:jootero@skadden.com>

------------------------------------------

From: Christopher Tayback [mailto:christayback@quinnemanuel.com]
Sent: Wednesday, December 26, 2007 10:44 AM
To: Herrington, Robert J (LAC)
Cc: Timothy Alger
Subject: Follow-up to today's telephone call

Robert--

One of the two issues I said I would follow up on after the call today is whether there are any Fontanella documents that are non-privileged and responsive to the third-party subpoena MGA served on her. The answer is no. Neither she nor Patel have any documents responsive to the third-party subpoenas.

Chris

--------------------------------------------------------------------------
To ensure compliance with Treasury Department regulations, we advise you that, unless otherwise expressly indicated, any federal tax advice contained in this message was not intended or written to be used, and cannot be used, for the purpose of (i) avoiding tax-related penalties under the Internal Revenue Code or applicable state or local tax law provisions or (ii) promoting, marketing or recommending to another party any tax-related matters addressed herein.

***************************************************
This e-mail and any attachments thereto, is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this e-mail, you are hereby notified any dissemination, distribution or copying of this email, and any attachments thereto, is strictly prohibited. If you receive this email in error please immediately notify me at (212) 735-3000 and permanently delete the original copy and any copy of any e-mail, and any printout thereof.

EXHIBIT __I S__ PAGE __229__                    EXHIBIT __l__   PAGE __ll__

1/7/2008

Re: Follow-up to today's tele~    ~e    ~

Further information about the firm, a list of the Partners and their professional qualifications will be provided upon request.
**************************************************

EXHIBIT _IS_ PAGE _230_        **EXHIBIT** _1_____        **PAGE** _12_____

**EXHIBIT 2**

EXHIBIT 15 PAGE 231

Page 1 of 1

**From:** Christopher Tayback
**Sent:** Monday, September 17, 2007 12:53 PM
**To:** 'Jglad@omm.com'
**Cc:** Timothy Alger
**Subject:** Mattel v Carter Bryant and Consolidated Actions

Jennifer—

I did not hear back from you regarding a time today for meeting and conferring regarding the issues raised in your letter to Tim Alger of September 10. I assume that you were unable to work around the conflict you had this morning. As I mentioned, I am in court this afternoon, probably for the balance of the day. Will you have time tomorrow or (better for me) Wednesday?

Chris Tayback

EXHIBIT 15 PAGE 232          EXHIBIT   2   PAGE  13

1/4/2008

EXHIBIT 15 PAGE EXHIBIT 3
233

## SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

### 300 SOUTH GRAND AVENUE
### LOS ANGELES, CALIFORNIA 90071-3144

TEL: (213) 687-5000
FAX: (213) 687-5600
www.skadden.com

DIRECT DIAL
(213) 687-5368
DIRECT FAX
(213) 621-5368
EMAIL ADDRESS
RHEHRING@SKADDEN.COM

FIRM/AFFILIATE OFFICES
BOSTON
CHICAGO
HOUSTON
NEW YORK
PALO ALTO
SAN FRANCISCO
WASHINGTON, D.C.
WILMINGTON
———
BEIJING
BRUSSELS
FRANKFURT
HONG KONG
LONDON
MOSCOW
PARIS
SINGAPORE
SYDNEY
TOKYO
TORONTO
VIENNA

December 7, 2007

<u>VIA FACSIMILE & U.S. MAIL</u>

Timothy L. Alger, Esq.
Quinn, Emanuel, Urquhart, Oliver & Hedges, LLP
865 South Figueroa St., 10th Floor
Los Angeles, CA 90017

RE:   *Mattel v. Bryant*

Dear Mr. Alger:

We are writing to follow-up on the previous meet and confer efforts regarding Mattel's electronic document production, including production from its Zeus server. We also are writing regarding the outstanding document requests served on each side and would like to schedule a meet and confer session to discuss each side's production.

As you are aware, Mattel has been ordered to produce responsive documents from the Zeus server. In addition, Mattel's counsel has represented to the Court that it will make the Zeus server available for our inspection and review. At the November 21, 2007 meet and confer session, we asked Jon Corey of your office to provide an index of the several thousand backup tapes for the Zeus server so we could better understand the size and content of that server. Mr. Corey has not responded to our request. We renew our request and ask that these indices be sent to us as soon as possible.

In addition to the issues regarding the Zeus server, MGA has served additional document discovery on Mattel, including MGA's Sixth and Seventh Set of Requests for Production. MGA also recently served its responses to Mattel's Third and Fourth Set of Requests for Production and will be serving responses to other outstanding document requests in the next few weeks. Although MGA invited Mattel to meet and confer on this discovery over a week ago, we have yet to hear from you.

In light of the outstanding document discovery facing MGA and Mattel and the pending close of Phase I discovery, now appears to be the appropriate time for the parties to confer regarding search protocols for the electronically stored information in this case. To this end, we suggest that the parties confer as soon as

EXHIBIT 15 PAGE 234          EXHIBIT 3 PAGE 14

Timothy L. Alger, Esq.
December 7, 2007
Page 2

possible to agree upon appropriate search terms and protocols for the pending discovery requests that relate to the issues to be tried in Phase I.

We can be available anytime on December 14 or 18. Please let us know what times work for you.

Sincerely,

Robert J. Herrington

RJH:nl

EXHIBIT 15 PAGE 235

485080.01-Los Angeles Server 1A - MSW

EXHIBIT   3   PAGE   15

# SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

## 300 SOUTH GRAND AVENUE
## LOS ANGELES, CALIFORNIA 90071-3144

TELEPHONE NO.: (213) 687-5000
FACSIMILE NO.: (213) 687-5600

EMAIL: rherring@skadden.com

## FACSIMILE TRANSMITTAL SHEET

FROM: Robert J. Herrington

DATE: December 7, 2007

DIRECT DIAL: (213) 687-5368

FLOOR/OFFICE NO.:

DIRECT FACSIMILE: (213) 621-5368

> THIS FACSIMILE IS INTENDED ONLY FOR USE OF THE ADDRESSEE(S) NAMED HEREIN AND MAY CONTAIN LEGALLY PRIVILEGED AND/OR CONFIDENTIAL INFORMATION. IF YOU ARE NOT THE INTENDED RECIPIENT OF THIS FACSIMILE, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THIS FACSIMILE IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS FACSIMILE IN ERROR, PLEASE IMMEDIATELY NOTIFY US BY TELEPHONE AND RETURN THE ORIGINAL FACSIMILE TO US AT THE ADDRESS ABOVE VIA THE LOCAL POSTAL SERVICE. WE WILL REIMBURSE ANY COSTS YOU INCUR IN NOTIFYING US AND RETURNING THE FACSIMILE TO US.

> IF THIS TRANSMISSION IS UNCLEAR OR INCOMPLETE, PLEASE CONTACT THE FACSIMILE DEPARTMENT AT (213) 687-5443.
> WHEN TRANSMITTING TO OUR MACHINES, PLEASE INCLUDE YOUR COVER SHEET AND NUMBER ALL PAGES CONSECUTIVELY.

### TOTAL NUMBER OF PAGES INCLUDING COVER(S):

PLEASE DELIVER THE FOLLOWING PAGE(S) TO:

1. NAME: Timothy L. Alger, Esq.

   FIRM: Quinn Emanuel Urquhart, etc.

   CITY: Los Angeles

   TELEPHONE NO.: (213) 443-3000

   FACSIMILE NO.: (213) 443-3100

MESSAGE:

EXHIBIT 15 PAGE 236

EXHIBIT    3    PAGE 16

Confirmation Report — Memory Send

Time     : 12-07-2007   04:51pm
Tel line : +2136877808
Name     :

| | | |
|---|---|---|
| Job number | : | 679 |
| Date | : | 12-07  04:50pm |
| To | : | 94433100 |
| Document pages | : | 003 |
| Start time | : | 12-07  04:50pm |
| End time | : | 12-07  04:51pm |
| Pages sent | : | 003 |
| Status | : | OK |

Job number    : 679          \*\*\* SEND SUCCESSFUL \*\*\*

---

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 SOUTH GRAND AVENUE
LOS ANGELES, CALIFORNIA 90071-3144

TELEPHONE No.: (213) 687-5000
FACSIMILE No.: (213) 687-5600

EMAIL rherring@skadden.com

FACSIMILE TRANSMITTAL SHEET

FROM: Robert J. Herrington
DIRECT DIAL: (213) 687-5368                    DATE: December 7, 2007
DIRECT FACSIMILE: (213) 621-5368               FLOOR/OFFICE No.:

THIS FACSIMILE IS INTENDED ONLY FOR USE OF THE ADDRESSEE(S) NAMED HEREIN AND MAY CONTAIN LEGALLY PRIVILEGED AND/OR CONFIDENTIAL INFORMATION. IF YOU ARE NOT THE INTENDED RECIPIENT OF THIS FACSIMILE, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THIS FACSIMILE IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS FACSIMILE IN ERROR, PLEASE IMMEDIATELY NOTIFY US BY TELEPHONE AND RETURN THE ORIGINAL FACSIMILE TO US AT THE ADDRESS ABOVE VIA THE LOCAL POSTAL SERVICE. WE WILL REIMBURSE ANY COSTS YOU INCUR IN NOTIFYING US AND RETURNING THE FACSIMILE TO US.

IF THIS TRANSMISSION IS UNCLEAR OR INCOMPLETE, PLEASE CONTACT THE FACSIMILE DEPARTMENT AT (213) 687-5443.
WHEN TRANSMITTING TO OUR MACHINES, PLEASE INCLUDE YOUR COVER SHEET AND NUMBER ALL PAGES CONSECUTIVELY.

TOTAL NUMBER OF PAGES INCLUDING COVER(S):

PLEASE DELIVER THE FOLLOWING PAGE(S) TO:

NAME: Timothy L. Alger, Esq.          FIRM: Quinn Emanuel Urquhart, etc.
CITY: Los Angeles                     TELEPHONE No.: (213) 443-3000
FACSIMILE No.: (213) 443-3100

MESSAGE:

---

EXHIBIT 15 PAGE 237

EXHIBIT   3   PAGE 17

# SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

### 300 SOUTH GRAND AVENUE
### LOS ANGELES, CALIFORNIA 90071-3144

TELEPHONE NO.: (213) 687-5000
FACSIMILE NO.: (213) 687-5600

EMAIL: RHERRING @skadden.com

## FACSIMILE TRANSMITTAL SHEET

FROM: Robert J. Herrington

DIRECT DIAL: (213) 687-5368

DIRECT FACSIMILE: (213) 621-5368

DATE: December 10, 2007

FLOOR/OFFICE NO.: 36

THIS FACSIMILE IS INTENDED ONLY FOR USE OF THE ADDRESSEE(S) NAMED HEREIN AND MAY CONTAIN LEGALLY PRIVILEGED AND/OR CONFIDENTIAL INFORMATION. IF YOU ARE NOT THE INTENDED RECIPIENT OF THIS FACSIMILE, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THIS FACSIMILE IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS FACSIMILE IN ERROR, PLEASE IMMEDIATELY NOTIFY US BY TELEPHONE AND RETURN THE ORIGINAL FACSIMILE TO US AT THE ADDRESS ABOVE VIA THE LOCAL POSTAL SERVICE. WE WILL REIMBURSE ANY COSTS YOU INCUR IN NOTIFYING US AND RETURNING THE FACSIMILE TO US.

IF THIS TRANSMISSION IS UNCLEAR OR INCOMPLETE, PLEASE CONTACT THE FACSIMILE DEPARTMENT AT (213) 687-5443.
WHEN TRANSMITTING TO OUR MACHINES, PLEASE INCLUDE YOUR COVER SHEET AND NUMBER ALL PAGES CONSECUTIVELY.

TOTAL NUMBER OF PAGES INCLUDING COVER(S):   10

PLEASE DELIVER THE FOLLOWING PAGE(S) TO:

1. NAME: Mr. B. Dylan Proctor, Esq.
   CITY: Los Angeles
   FACSIMILE NO.: (213) 443-3100

   FIRM: Quinn Emanuel Urquhart, etc.
   TELEPHONE NO.: (213) 443-3000

2. NAME: Mr. Jon D. Corey, Esq.
   CITY: Los Angeles
   FACSIMILE NO.: (213) 443-3100

   FIRM: Quinn Emanuel Urquhart, etc.
   TELEPHONE NO.: (213) 443-3000

MESSAGE: Please see attached letter.

EXHIBIT 15 PAGE 238

EXHIBIT   3   PAGE   18

# Confirmation Report — Memory Send

Time     : 12-10-2007   04:39pm
Tel line : +2136877808
Name     :

| | | |
|---|---|---|
| Job number | : | 684 |
| Date | : | 12-10   04:37pm |
| To | : | 94433100 |
| Document pages | : | 010 |
| Start time | : | 12-10   04:37pm |
| End time | : | 12-10   04:39pm |
| Pages sent | : | 010 |
| Status | : | OK |

Job number   : 684          *** SEND SUCCESSFUL ***

---

## SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 SOUTH GRAND AVENUE
LOS ANGELES, CALIFORNIA 90071-3144
TELEPHONE No.: (213) 687-5000
FACSIMILE No.: (213) 687-5600
EMAIL: rherring @skadden.com

### FACSIMILE TRANSMITTAL SHEET

FROM: Robert J. Herrington          DATE: December 10, 2007
DIRECT DIAL: (213) 687-5368          FLOOR/OFFICE No.: 36
DIRECT FACSIMILE: (213) 621-5368

THIS FACSIMILE IS INTENDED ONLY FOR THE USE OF THE ADDRESSEE(S) NAMED HEREIN AND MAY CONTAIN LEGALLY PRIVILEGED AND/OR CONFIDENTIAL INFORMATION. IF YOU ARE NOT THE INTENDED RECIPIENT OF THIS FACSIMILE, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THIS FACSIMILE IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS FACSIMILE IN ERROR, PLEASE IMMEDIATELY NOTIFY US BY TELEPHONE AND RETURN THE ORIGINAL FACSIMILE TO US AT THE ADDRESS ABOVE VIA THE LEGAL POSTAL SERVICE. WE WILL REIMBURSE ANY COSTS YOU INCUR IN NOTIFYING US AND RETURNING THE FACSIMILE TO US.

IF THIS TRANSMISSION IS UNCLEAR OR INCOMPLETE, PLEASE CONTACT THE FACSIMILE DEPARTMENT AT (213) 687-5443.
WHEN TRANSMITTING TO OUR MACHINES, PLEASE INCLUDE YOUR COVER SHEET AND NUMBER ALL PAGES CONSECUTIVELY.

TOTAL NUMBER OF PAGES INCLUDING COVER(S): 10

PLEASE DELIVER THE FOLLOWING PAGE(S) TO:

| | | | | |
|---|---|---|---|---|
| 1. | NAME: Mr. B. Dylan Proctor, Esq. | | FIRM: Quinn Emanuel Urquhart, etc. | |
| | CITY: Los Angeles | | TELEPHONE No.: (213) 443-3000 | |
| | FACSIMILE No.: (213) 443-3100 | | | |
| 2. | NAME: Mr. Jon D. Corey, Esq. | | FIRM: Quinn Emanuel Urquhart, etc. | |
| | CITY: Los Angeles | | TELEPHONE No.: (213) 443-3000 | |
| | FACSIMILE No.: (213) 443-3100 | | | |

MESSAGE: Please see attached letter.

457746.01-Los Angeles Server 1A - MSW

EXHIBIT 15 PAGE 239

EXHIBIT   3   PAGE   19

EXHIBIT 15 PAGE 290

**EXHIBIT 4**

Re:                                                                      Page 1 of 3

| | |
|---|---|
| **From:** | Herrington, Robert [RHERRING@skadden.com] |
| **Sent:** | Saturday, December 15, 2007 8:13 AM |
| **To:** | Christopher Tayback |
| **Cc:** | Timothy Alger |
| **Subject:** | Re: |

Thank you.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
This email and any attachments thereto, is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this email, you are hereby notified any dissemination, distribution or copying of this email, and any attachments thereto, is strictly prohibited. If you receive this email in error please immediately notify me at (212) 735-3000 and permanently delete the original copy and any copy of any email, and any printout thereof.

Further information about the firm, a list of the Partners and their professional qualifications will be provided upon request.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

----- Original Message -----
From: Christopher Tayback <christayback@quinnemanuel.com>
To: Herrington, Robert
Cc: Timothy Alger <timalger@quinnemanuel.com>
Sent: Sat Dec 15 11:11:28 2007
Subject: Re:

Tuesday probably does work for me, but I need to check my calendar and confirm the time with you later this weekend.

I will look into those other issues next week as well.

Regards,

Chris

----- Original Message -----
From: Herrington, Robert <RHERRING@skadden.com>
To: Christopher Tayback
Cc: Timothy Alger
Sent: Sat Dec 15 07:49:19 2007
Subject: Re:

Thank you Chris. I would appreciate conducting a short status call on Tuesday if you don't mind.  Would you be available at about noon?

On the other issue - thank you.

We do have those documents. That said, we (a) thought there would be more, (b) had asked Mr Alban about the status of the privilege log,  (c) were seeking confirmation that all responsive docs were being produced, and (d) were seeking confirmation that no docs were being withheld based on the objections.

We do need confirmation on these issues.
Thanks again.
--rob

EXHIBIT 15 PAGE 241

**EXHIBIT   4   PAGE   20**

1/4/2008

Re:                                                                                      Page 2 of 3

**********************************************

This email and any attachments thereto, is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this email, you are hereby notified any dissemination, distribution or copying of this email, and any attachments thereto, is strictly prohibited. If you receive this email in error please immediately notify me at (212) 735-3000 and permanently delete the original copy and any copy of any email, and any printout thereof.

Further information about the firm, a list of the Partners and their professional qualifications will be provided upon request.
**********************************************

----- Original Message -----
From: Christopher Tayback <christayback@quinnemanuel.com>
To: Herrington, Robert
Cc: Timothy Alger <timalger@quinnemanuel.com>
Sent: Sat Dec 15 10:39:13 2007
Subject:

Rob--

It was a pleasure finally speaking with you yesterday.  I am glad I now know who is handling these issues for your side of the case.

I wanted to confirm that you asked me to investigate the feasibility of producing to you a print out of the "directory" or list of file and sub-file names from Zeus for a certain period of time (you suggested 1998-2001) in order to provide you a means that you believe will assist you to identify files tha you believe might be relevant.  You indicated that you thought this approach, if workable, would be better for you than a "keyword" search since some files on Zeus are non-textual, image files.  I said I would look into your proposal and get back to you next week.

You also asked about the status of a document production about which you had been communicating with Juan Pablo Alban of our office.  I did look into that very shortly after our conversation, and I believe the documents to which you were referring were produced last Monday as part of the Bates range M 0257828 - 839.

I will be in touch next week.

Best regards,

Christopher Tayback


---------------------------------------------------------------------
To ensure compliance with Treasury Department regulations, we advise you that, unless otherwise expressly indicated, any federal tax advice contained in this message was not intended or written to be used, and cannot be used, for the purpose of (i) avoiding tax-related penalties under the Internal Revenue Code or applicable state or local tax law provisions or (ii) promoting, marketing or recommending to another party any tax-related matters addressed herein.

*************************************************
This email and any attachments thereto, is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this email, you are hereby notified any dissemination, distribution or copying of this email, and any attachments thereto, is strictly prohibited. If you receive this email in error please immediately notify me at (212) 735-3000 and permanently delete the original copy and any copy of any email, and any printout thereof.

Further information about the firm, a list of the Partners and their professional qualifications will be provided upon request.
*************************************************

EXHIBIT 15 PAGE 242                          EXHIBIT ___4___ PAGE ___21___

1/4/2008

Re:                                                          Page 3 of 3

```
--------------------------------------------------------------------------
*****************************************************
This email and any attachments thereto, is intended only for use by the addressee(s)

Further information about the firm, a list of the Partners and their professional qu
*****************************************************
==========================================================================
```

EXHIBIT 15 PAGE 243        **EXHIBIT   4   PAGE   22**

EXHIBIT 15 PAGE 244

EXHIBIT  5

| | |
|---|---|
| **From:** | Herrington, Robert J [Robert.Herrington@skadden.com] |
| **Sent:** | Friday, December 21, 2007 8:54 AM |
| **To:** | Christopher Tayback |
| **Subject:** | RE: Mattel v. MGA--Zeus |

Chris:

We will review your response below closely, but I note a at least a few inaccuracies right away.

First, as my emails to you earlier this week confirmed, the 1998-2001 range was just an example, not a proposal. The listing would need to be for the full range of relevant dates, as required by the Court's Order.

Second, the proposal regarding printing the file and directory structures for Zeus was made by Tim Miller at the November 21, 2007, so you are incorrect in stating that this was proposed for the first time last Friday. At that time, Mr. Zeller rejected the proposal as unworkable. I take it from your email that Mr. Zeller's statements to us during that meeting were incorrect.

Third, as you note, the purpose of this meet and confer is to discuss the appropriate searching of Zeus as Mattel is required to do by Court Order. The time for Mattel to comply with the Order has passed and we need to work diligently to complete this discovery.

I will be in touch.

--rob

THIS E-MAIL MESSAGE IS CONFIDENTIAL AND INTENDED FOR THE PERSON(S) NAMED ABOVE ONLY. ALL OTHER USE, COPYING, OR DISTRIBUTION IS STRICTLY PROHIBITED.

**Robert J. Herrington**
**Skadden, Arps, Slate, Meagher & Flom LLP**
300 South Grand Ave. | Suite 3400 | Los Angeles, CA | 90071
☎ Direct: (213) 687-5368 | 🖷 Fax: (213) 621-5368 | ✉ Email: rherring@skadden.com

**Joanne Otero, Assistant to Robert Herrington**
☎ Direct: (213) 687-5252 | ✉ Email: jootero@skadden.com

---

**From:** Christopher Tayback [mailto:christayback@quinnemanuel.com]
**Sent:** Friday, December 21, 2007 8:21 AM
**To:** Herrington, Robert J (LAC)
**Cc:** Timothy Alger; Michael T Zeller
**Subject:** Mattel v. MGA--Zeus

Robert:

EXHIBIT 15 PAGE 245

**EXHIBIT   5   PAGE   23**

Page 2 of 3

As I said when we spoke last Friday, I would get back to you this week regarding Zeus.

At the outset, you have sent several letters and emails over the past days in an apparent attempt to create an inaccurate record that MGA has moved expeditiously, and Mattel has not, on this issue. Quite the opposite is the case. Even apart from the fact that Mattel has repeatedly offered defendants its Zeus tapes since 2005, and as you know from our prior conversation, I have personally been attempting to address these issues with defense counsel since September, but nevertheless did not receive any communication since September 17, when your predecessor, Jennifer Glad, never called me back to schedule a time to speak. Further, Mike Zeller made proposals to address the Zeus tapes at the parties' meet and confer on November 21, 2007. Even though Tim Miller said he would consult with MGA's experts and get back to us, we heard nothing further from MGA on the topic for over two weeks. Once we did hear back, I called you promptly and accepted the first available date you offered to discuss it--December 14. Given the fact that my first conversation with you was only a week ago, and my response is precisely within the timeframe I told you, I do not understand the repeated sense of urgency your recent communications attempt to portray.

Turning to the issue at hand, MGA proposed for the first time last Friday that Mattel produce a listing of the directories and sub-directories on Zeus for a certain period of time (you suggested 1998-2001). I have looked into the matter and believe that we should be able to produce a listing of the directories and sub-directories from January 1, 1998 through December 31, 2001 (reflecting all files and sub-files that were created or modified within that date range) from the Zeus back-up tapes.

Before doing that, however, we ask that you confirm that this is the final method by which MGA would attempt to identify potentially relevant documents that you might thereafter request with particularity. As you know (and as described generally above), we have discussed with MGA's counsel on several occasions for many months the various options for further searching the Zeus backup tapes, including, for example, by the use of additional "keyword searches" (with the inherent limitations such searches have because of the voluminous number of graphical files on the Zeus tapes) or by providing MGA with tapes from the approximately 5,000 Zeus back-up tapes which Mattel has in storage to search for itself (subject to a discussion of any appropriate cost shifting requirements). Indeed, most recently, Mike Zeller had discussed those two options with MGA's counsel during the meet and confer on November 21.

You have now proposed that we produce to MGA the directories and sub-directories for a specified period of time presumably because that is, in your judgment, the best method for MGA to identify specifically relevant documents. We do not want to go through the considerable time, effort and expense of generating such a listing for production to MGA for MGA only then to insist on a different course, such as seeking the production of tapes, since MGA could itself generate a file listing from the tapes themselves and thus would render Mattel's creation of the listing for MGA a wasted, duplicative effort.

If this is acceptable to you, we can proceed to generate such a listing for production and can determine a schedule by which to provide you with this listing. I look forward to hearing from you.

Regards,

Christopher Tayback

-------------------------------------------------------------------

To ensure compliance with Treasury Department regulations, we advise you that, unles

*****************************************************
This email and any attachments thereto, is intended only for use by the addressee(s)

Further information about the firm, a list of the Partners and their professional qu
*****************************************************

EXHIBIT 15 PAGE 246          EXHIBIT   5   PAGE  24

1/4/2008

Page 3 of 3

========================================================================

EXHIBIT 15 PAGE 247

EXHIBIT __ 5 __ PAGE __ 25 __

1/4/2008

**Exhibit 16**

1   QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
2     John B. Quinn (Bar No. 90378)
      (johnquinn@quinnemanuel.com)
3     Michael T. Zeller (Bar No. 196417)
      (michaelzeller@quinnemanuel.com)
4     Jon D. Corey (Bar No. 185066)
      (joncorey@quinnemanuel.com)
5     Timothy L. Alger (Bar No. 160303)
      (timalger@quinnemanuel.com)
6   865 South Figueroa Street, 10th Floor
    Los Angeles, California 90017-2543
7   Telephone:  (213) 443-3000
    Facsimile:  (213) 443-3100

8   Attorneys for Mattel, Inc.

9

10                  UNITED STATES DISTRICT COURT

11                 CENTRAL DISTRICT OF CALIFORNIA

12  | CARTER BRYANT, an individual,        | CASE NO. CV 04-9049 SGL (RNBx)

13  |              Plaintiff,              | Consolidated with
    |                                     | Case No. CV 04-09059
14  |        vs.                          | Case No. CV 05-02727

15  | MATTEL, INC., a Delaware            | **DISCOVERY MATTER**
    | corporation,                        |
16  |                                     | **[To Be Heard By Discovery Master
    |              Defendant.             | Hon. Edward Infante (Ret.) Pursuant
17  |                                     | to Court's Order of December 6,
    |                                     | 2006]**

18  |                                     | DECLARATIONS OF ERIN BRIC
    | AND CONSOLIDATED ACTIONS            | AND SERGIO HERNANDEZ IN
19  |                                     | SUPPORT OF OPPOSITION OF
    |                                     | MATTEL, INC. TO MGA
20  |                                     | ENTERTAINMENT INC.'S MOTION
    |                                     | TO COMPEL
21

22                                        Hearing Date:    TBA
                                          Time:            TBA
23                                        Place:           TBA

24                                        Discovery Cut-off: March 3, 2008
                                          Pre-trial Conference: June 2, 2008
25                                        Trial Date: July 1, 2008

26

27

28          EXHIBIT 16 PAGE 248

07975/2106517.1

BRIC AND HERNANDEZ DECLARATIONS ISO MATTEL'S OPPOSITION TO MOTION TO COMPEL

## DECLARATION OF ERIN BRIC

I, Erin Bric, declare as follows:

1.      I am Leadership Development Coordinator for Mattel, Inc. ("Mattel"). I make this declaration based on personal, firsthand knowledge, my review of the corporate records available to me, and my knowledge of Mattel and its operations, and, if called and sworn as a witness, I could and would testify competently thereto.

2.      Mattel is the world's most successful toy company, with more than 140 subsidiaries and affiliates in 43 countries. Currently, Mattel sells over 10,000 different types of toys and dolls in more than 150 nations throughout the world. These toys vary widely, including, for example, collectible card games, electronic handheld devices, toy cars, and the BARBIE doll line. Mattel typically introduces more than 2,000 new toys each year.

3.      Mattel has over 25,000 employees worldwide. In the United States, Mattel has more than 5,000 employees.

4.      The four major retailers in the U.S. with which Mattel deals on a daily basis – Wal-Mart, Target, K-Mart and Toys R Us – report that they have more than 4,500 stores in the United States. Mattel deals with many hundreds more retailers and distributors domestically and overseas. Mattel has relationships with more than 1,400 licensees and licensors.

5.      Many products require or often involve the creation of many categories of documents relating to the design, marketing, consumer research, planning, engineering, costing, manufacture, distribution, sales, and finance. In addition to these types of documents, which are stored on Mattel's over 800 computer servers worldwide, countless other documents are in hardcopy or stored on individual employees' desktop computers and laptops.

6.      As part of my responsibilities at Mattel, I am generally familiar with products publicly sold by MGA. Over the past three years, MGA has sold,

EXHIBIT 16 PAGE 249

1  directly or through its licensees, hundreds of different products, including such

2  diverse products as a "Spider-Man" memory game, a "Creature Mix" line of mix-

3  and-match animals, and its entire line of "Little Tikes" products for small children.

4  It sells these products in dozens of different geographic markets around the globe.

5  MGA's Bratz doll line has consisted of at least many dozens of dolls and licensed

6  products that compete against Mattel's dolls and other products in dozens of

7  different geographic markets, including throughout Europe, Mexico and Australia.

8  The Bratz doll line has been sold since approximately mid-2001.  The press has

9  reported that MGA has sold more than 120 million Bratz dolls to date.

10         7.     I am informed that the defendant  in this case, MGA, is

11  demanding that Mattel search for and produce, among other things, all Mattel

12  documents throughout the U.S. and the world that make any reference to MGA, its

13  CEO, Isaac Larian, Bratz, and other products manufactured and licensed by MGA.

14  Given that MGA is a competitor, MGA and its products are certainly referenced in

15  millions of pages of documents and computer files at Mattel.  MGA and its products

16  are referenced in relation to consumer testing, retail sales, market reports, and so

17  forth.  A great volume of this information in Mattel's possession is from third party

18  analysts and third party sources, including retail sales reports that track doll sales

19  across the entire industry, newspaper and magazine articles, commercials and

20  advertisements.  One example is NPD, which provides retail sales data on MGA's

21  products as well as on thousands of other products in the toy industry.  Hundreds of

22  employees at Mattel in the U.S. have access to and make decisions based on NPD

23  data, or have sent or received communications that reference the data.  Mattel would

24  have to search through each of these employees' hard copy files and electronically

25  stored information to determine whether their copies of this data, or any related

26  documents that might have been created by Mattel, include a reference to MGA

27  products.

28  EXHIBIT 16 PAGE 250

8.     In order to compete in the marketplace, Mattel also collects great quantities of documents about its competitors that are readily available on the Internet or other public sources, including catalogs, advertising, press releases, and media reports, and from retailers and distributors throughout the world.  MGA, Larian, Bratz and other MGA products are undoubtedly referenced in much of this material.

9.     Mattel also conducts, on an on-going basis, its own voluminous internal marketing and sales research on competing toys, including not only the Bratz dolls, but many other MGA products.  Mattel conducts, on an almost daily basis, focus group marketing testing with consumers on a wide variety of competitive doll products.  Mattel has thousands of documents, videotapes and other materials relating to focus group testing alone that in some way reference Bratz dolls.  Moreover, Mattel frequently conducts comparative safety testing and thus also has numerous testing reports that refer to competing dolls, including not only Bratz but many other MGA products, in some way.

10.     Also, Mattel's documents and reports often include references to many competitive products in the market, not just a single competing toy.  For example, marketing and consumer research reports and analysis will often cover not just Bratz dolls, but any number of dolls that compete against Mattel's doll lines.  In many instances, the only way to tell whether a particular report, document or tape mentions Bratz dolls is to review the entire report, document or tape.

11.     These millions of documents are not centrally organized by subject matter or competitor, or by product line, even on a departmental basis.  In El Segundo, California alone, Mattel employs at least 320 people who work, in whole or in part, on BARBIE brand products.  Virtually all of these people are likely to have documents and other materials that mention or refer to Bratz dolls (as well as the many other competing dolls on the market).  Even Mattel employees who focus on marketing or design for the HOT WHEELS and MATCHBOX lines of toys

-4-

EXHIBIT 16 PAGE 251

1 might have documents that refer to MGA or MGA's product lines, especially now

2 that Mattel has introduced the POLLY POCKET "Wheels" playset line, which

3 combines toy cars with POLLY POCKET dolls.

4     12.    Simply put, <u>any</u> employee at Mattel might have documents that

5 are responsive to MGA's requests. To locate all such documents would take years,

6 cost millions of dollars, and seriously interfere with the operation of Mattel's

7 business. This burden and expense would be multiplied several times further if

8 Mattel were required to search the files in the possession of its separate worldwide

9 subsidiaries and affiliates. Expanding a search to all documents referring to MGA

10 products would necessitate interviewing thousands of employees throughout the

11 world, and copying and reviewing the contents of every employee's desktop or

12 laptop computer. The burden of searching for such documents from all of these

13 employees is incalculable.

14     I declare under penalty of perjury under the laws of the United States of

15 America that the foregoing is true and correct.

16     Executed this 25th day of April, 2007, at El Segundo, California.

17

18                           _Erin E. Bric_

19                        Erin Bric

20

21

22

23

24

25

26

27

28

EXHIBIT 16 PAGE 252

# DECLARATION OF SERGIO HERNANDEZ

I, Sergio Hernandez, declare as follows:

1.      I am Lead Systems Engineer for plaintiff Mattel, Inc. ("Mattel").  I make this declaration of personal, firsthand knowledge and based on my review of the corporate records available to me and my knowledge of Mattel and its operations, and, if called and sworn as a witness, I could and would testify competently thereto.

2.      As part of my responsibilities at Mattel, I work with Mattel's information technology systems. Accordingly, I am familiar with the breadth of Mattel's global information technology resources as well as the information technology resources used by Mattel's El Segundo location.

3.      Vital to Mattel's operations are several computer systems and networks, some of which are extremely large.  Mattel currently maintains over 800 computer servers worldwide.  The computer servers that hold the bulk of Mattel's operational materials in the United States, including product information and documents maintained in the normal course of Mattel's business, contain over 76 terabytes of data.  Among these are two email servers maintained in El Segundo cumulatively hold over 1.5 terabytes of data.  Mattel's email systems at its El Segundo headquarters currently use two servers connected to approximately 2,300 computers. Employees communicate among each other, and with third parties including vendors, retailers, distributors, manufacturers, shippers and so forth, by email.  I would estimate that more than 180,000 emails are exchanged among Mattel's employees in El Segundo each workday.

4.      Countless other electronic documents are stored in electronic form on individual employees' computer workstations.  Mattel owns or leases approximately 11,000 desktop and laptop computers worldwide.  At the El Segundo location alone,

EXHIBIT 16 PAGE 253

1  over 3,000 Mattel employees have, collectively, used thousands of computers,

2  software programs, and other computer hardware since January 1, 1998.

3      5.    Many of the network systems are not readily searchable, or searchable

4  at all, by use of keyword terms.  For example, Mattel's Zeus system, which a

5  computer system largely used by Mattel designers and engineers, overwhelmingly

6  consists of graphical files whose content cannot be searched by keywords.

7  Likewise, Mattel's Exchange servers for its email system are not currently

8  searchable by keywords.  It would cost in the neighborhood of $900,000 to acquire

9  the appropriate software tools to perform such search functions on the Exchange

10  servers.

11      6.    To locate all documents referencing MGA would require, in addition to

12  gathering data from the central servers, manually pulling documents from each and

13  every workstation, and additional laptop computers.  Such efforts would be in

14  addition to the cost of attorney review of the materials before they are produced in

15  litigation.

16      7.    The burden and expense is multiplied several times further if Mattel

17  were required to search the files in the possession of its worldwide subsidiaries.  In

18  that case, Mattel would be required to search and gather data from all 800 servers,

19  and, in addition, the workstations and laptop computers of more than 10,000

20  employees worldwide.

21      I declare under penalty of perjury under the laws of the United States of

22  America that the foregoing is true and correct.

23      Executed this 25th day of April, 2007, at El Segundo, California.

24

25

26      Sergio Hernandez

27

28

07975/2106517.1

BRIC AND HERNANDEZ DECLARATIONS ISO MATTEL'S OPPOSITION TO MOTION TO COMPEL

EXHIBIT 14 PAGE 254

**Exhibit 17**

| | |
|---|---|
| **From:** | Isaac Larian |
| **Sent:** | Tuesday, December 26, 2000 12:45 PM |
| **To:** | Kerri Brode |
| **Cc:** | Dennis Medici; Mercedeh Ward; Colleen O'Higgins; Paula Treantafelles |
| **Subject:** | RE: Bratz's Pending issues |

Go ahead and pay her.

-----Original Message-----

| | |
|---|---|
| **From:** | Kerri Brode |
| **Sent:** | Tuesday, December 26, 2000 9:07 AM |
| **To:** | Isaac Larian |
| **Cc:** | Dennis Medici; Mercedeh Ward; Colleen O'Higgins; Paula Treantafelles |
| **Subject:** | RE: Bratz's Pending issues |

Isaac,

I have three quotes that are pending for Veronica for work she performed for Bratz. The reason for the delay is simple, these are quotes for work done without a Purchase Order. We received the Quotes after the work had already been performed. The last one was just received the end of last week. I need you to give me the approval to get her paid.

Quote#1   Third party sewing and pattern making support from12/3- 12/17        $4,185.00        dated 12/18

Quote#2   Bratz dolls research, development and support services from 11/28 to 12/13 $7,175.00        dated 12/18

Quote#3   Bratz doll fashion development                        $1,800.00        dated 12/21

Please give me your approval by return e-mail.

Kerri

-----Original Message-----

| | |
|---|---|
| **From:** | Isaac Larian |
| **Sent:** | Tuesday, December 26, 2000 8:37 AM |
| **To:** | Paula Treantafelles |
| **Cc:** | Dennis Medici; Mercedeh Ward; Colleen O'Higgins; Kerri Brode |
| **Subject:** | RE: Bratz's Pending issues |

Is Veronica not turning the work over because we may be late a few days in paying her? I need to know.

Kerri, take care of these with Mercedeh and Dennis today.

-----Original Message-----

| | |
|---|---|
| **From:** | Paula Treantafelles |
| **Sent:** | Tuesday, December 26, 2000 8:13 AM |
| **To:** | Isaac Larian |

1

REDACTED

CONFIDENTIAL
ATTORNEY'S EYES ONLY

MGA005038

EXHIBIT 17 PAGE 255

Cc:         Dennis Medici; Mercedeh Ward; Colleen O`Higgins
Subject:    RE: Bratz's Pending issues

I just got a hold of three pending invoices from Veronica. Isaac this information and material is critical to HK. Please approve so that I can proceed. Please call me.

Dennis
Can you help me out with this?

-----Original Message-----
From:       Isaac Larian
Sent:       Friday, December 22, 2000 11:49 PM
To:         Paula Treantafelles
Cc:         Dennis Medici; Mercedeh Ward; Colleen O`Higgins
Subject:    RE: Bratz's Pending issues

What is this?

Which vendor? Who have we not paid?

-----Original Message-----
From:       Paula Treantafelles
Sent:       Friday, December 22, 2000 5:55 PM
To:         Samuel Wong; Judy Rich; Mercedeh Ward; Carter Bryant
Cc:         Isaac Larian; Cecilia Kwok; Victor Lee; Franki Tsang; Stephen Lee
Subject:    RE: Bratz's Pending issues

Please note my comments below

Please note that we were not able to send to you the pending fabrics and the fashion pack fabric swatches and patterns. The vendor will release them to me as soon as Isaac pays her on Tuesday. ..sorry I am trying.

LA is understanding that we owe you only the following. I will advise release as soon as I get commitment from my vendor. I know that they are late. I am trying...:
- Jade's t-shirt sleeves
- Yasmin's skirt yoke
- Yasmin's backpack
- Fashion pack 3 T-shirt logo
- Fashion pack 3 t shirt sleeves

-----Original Message-----
From:       Samuel Wong
Sent:       Friday, December 22, 2000 2:16 AM
To:         Judy Rich; Mercedeh Ward; Paula Treantafelles
Cc:         Isaac Larian; Cecilia Kwok; Victor Lee; Franki Tsang; Stephen Lee
Subject:    RE: Bratz's Pending issues

Judy/ Mercedeh/ Paula,

**Please note that we are running behind schedule already, therefore, we need all the information and printing art/pattern immediately. LA, please read the following detaily and support us for all we need, we have a diffcult time to hold the schedule in case we cannot provide factory the information immediately, thanks for help in advance :**

Here are our questions :

    Have received the followings files on 12/21 & 12/22. Please confirm the followings:

2

CONFIDENTIAL
ATTORNEY'S EYES ONLY                    MGA005039

EXHIBIT 17 PAGE 256

- Jadestripe.ai : please advise if it is the pattern for the Beannie of Jade (2 x 2 Rib Knit) YES
- Jadelogo.ai : this is for the logo on the T-shirt of Jade. Per Mercedeh in HK, this should be a 3-color Heat Transfer logo. But the one just received is a 5-color Heat Transfer logo. There may be cost impact for the additional colors. OK
- Jadetrim.ai
- Yasmintrim.ai
- Sashastripe.ai : this is the pattern for the T-shirt sleeves & necktrim for Sasha YES
- Sashalogo.ai : this is for the logo on the backpack of Sasha. Per Mercedeh in HK, this should be a 3-color Heat Transfer logo. But the one just received is a 5-color Heat Transfer logo. There may be cost impact for the additional colors. OK
- Cloelogo.ai : this is for the logo on the t-shirt of Cloe. Per Mercedeh in HK, this should be a 1-color Heat Transfer logo. But the one just received is a 1-color + silver foil Heat Transfer logo. Since the logo is very small, it may be not possible to have silver foil. Moreover, there may be cost impact for the additional silver foil. OK make it one color silver only
- pack1trim.ai
- pack2trim.ai : this is should be printed on white ribbon wrap around the pillow in Fashion pack 2. However, needed 1/4" seam along both sides of the ribbon. Therefore, the final width of the ribbon will be 3/4". Please confirm if it is acceptable. No the fabric does not need seam allowance. Sew directly on top with clear thread.
- pajamaprincess.ai : this is for the logo on the top of Pajama Power (Fashion pack 2). Per Mercedeh in HK, this should be a 3- or 4-color Heat Transfer logo. But the one just received is a 9-color Heat Transfer logo. There may be cost impact for the additional colors. OK
- pajama.jpeg : please advise this pattern is for which piece of outfit of pajama power (Fashion pack 2). PANTS
- sashatrim.ai : please advise if it is for the backpack strap/ handle. No it is for the side of the backpack only.
- anaimal.jpeg : please advise this pattern is for which doll & which piece of outfit. CLOE. Skirt and backpack

**We are still waiting for the followings pattern and graphic, please note that HK need the following information immediately in order to hold the 5/15 PS schedule. We are already miss our target date, please e-mail us immediately. ( THIS IS IMPORTANT _!!!!!!! ) LA, please provide immediately to help HK to hold the PS 5/15.**

Listed all the other pattern / graphic which needed to provide us before 12/22 for your quick reference:
- Cloe's skirt/ backpack sent today by email
- snaskeskin print for Cloe's headband sent today by email
- Jade's t-shirt sleeves still waiting on engineered print
- texture for Jade's pants sent today by email
- 3 colors for Jade's beannie braids These are included in the swatch sheets. You dont need artwork for these

3

CONFIDENTIAL
ATTORNEY'S EYES ONLY

MGA005040

EXHIBIT 17 PAGE 257

- logo on Jade's backpack sent today by email
- Yasmin's skirt yoke still waiting on engineered print
- scalloped edge for Yasmin's skirt trim we do not plan to send you artwork for this. Please source a similar trim from the open market
- Yasmin's backpack still waiting on engineered print
- Sasha's t-shirt logo sent today by email
- Pajama Power's (Fashion Pack 2) pants sent today by email
- Fashion pack 3 T-shirt logo -still waiting on engineered print
- Fashion pack 3 t shirt sleevesstill waiting on engineered print

Besides, we are waiting for LA direction of the following since we mentioned that EL cannot find these fanbrics, and Mercedeh advised us during the conference call with HK on 12/19 and 12/20 that she will give us direction on using other material to replace them. Therefore, Please advise immediately.

We also waiting for the direction of the following pending issues:
- Pants & Jacket Trim of Cloe : EL advised that they could not find this kind of trim & needed further direction.
- Pants trim of Fashion Pack 3 : EL advised that they could not find this kind of beat along the trim & needed further direction.
Please source through Legend.  These are trims that will need to be created.

- Belt Drawing/ design for Cloe, Jade & Sasha for Tooling. If there is no drawings, please confirm if HK should follow exactly same as the what you attached on the 12/4 fabric summary sheet? Please confirm.
YES. Please follow the sample attached on the 12/4 fabric sheet.

Thanks & best regards
Samuel (12/22/00)

4

CONFIDENTIAL
ATTORNEY'S EYES ONLY

MGA005041

EXHIBIT 17 PAGE 258

| | |
|---|---|
| **From:** | Isaac Larian |
| **Sent:** | Tuesday, December 26, 2000 12:45 PM |
| **To:** | Kerri Brode |
| **Cc:** | Dennis Medici; Mercedeh Ward; Colleen O`Higgins; Paula Treantafelles |
| **Subject:** | RE: Bratz's Pending issues |

Go ahead and pay her.

-----Original Message-----
**From:** Kerri Brode
**Sent:** Tuesday, December 26, 2000 9:07 AM
**To:** Isaac Larian
**Cc:** Dennis Medici; Mercedeh Ward; Colleen O`Higgins; Paula Treantafelles
**Subject:** RE: Bratz's Pending issues

Isaac,

I have three quotes that are pending for Veronica for work she performed for Bratz. The reason for the delay is simple, these are quotes for work done without a Purchase Order. We received the Quotes after the work had already been performed. The last one was just received the end of last week. I need you to give me the approval to get her paid.

Quote#1   Third party sewing and pattern making support from12/3- 12/17          dated 12/18

Quote#2   Bratz dolls research, development and support services from 11/28 to 12/13          dated 12/18

Quote#3   Bratz doll fashion development          dated 12/21

Please give me your approval by return e-mail.

Kerri

-----Original Message-----
**From:** Isaac Larian
**Sent:** Tuesday, December 26, 2000 8:37 AM
**To:** Paula Treantafelles
**Cc:** Dennis Medici; Mercedeh Ward; Colleen O`Higgins; Kerri Brode
**Subject:** RE: Bratz's Pending issues

Is Veronica not turning the work over because we may be late a few days in paying her? I need to know.

Kerri, take care of these with Mercedeh and Dennis today.

-----Original Message-----
**From:** Paula Treantafelles
**Sent:** Tuesday, December 26, 2000 8:13 AM

REDACTED

EXHIBIT 17 PAGE 259

CONFIDENTIAL
ATTORNEY'S EYES ONLY

MGA006384

**To:**      Isaac Larian
**Cc:**      Dennis Medici; Mercedeh Ward; Colleen O`Higgins
**Subject:**  RE: Bratz's Pending issues

I just got a hold of three pending invoices from Veronica.  Isaac this information and material is critical to HK.  Please approve so that I can proceed.  Please call me.

Dennis
Can you help me out with this?

-----Original Message-----
**From:**     Isaac Larian
**Sent:**     Friday, December 22, 2000 11:49 PM
**To:**       Paula Treantafelles
**Cc:**       Dennis Medici; Mercedeh Ward; Colleen O`Higgins
**Subject:**  RE: Bratz's Pending issues

What is this?

Which vendor? Who have we not paid?

-----Original Message-----
**From:**     Paula Treantafelles
**Sent:**     Friday, December 22, 2000 5:55 PM
**To:**       Samuel Wong; Judy Rich; Mercedeh Ward; Carter Bryant
**Cc:**       Isaac Larian; Cecilia Kwok; Victor Lee; Franki Tsang; Stephen Lee
**Subject:**  RE: Bratz's Pending issues

Please note my comments below

Please note that we were not able to send to you the pending fabrics and the fashion pack fabric swatches and patterns.  The vendor will release them to me as soon as Isaac pays her on Tuesday. ..sorry I am trying.

LA is understanding that we owe you only the following.  I will advise release as soon as I get commitment from my vendor.  I know that they are late.  I am trying...:
- Jade's t-shirt sleeves
- Yasmin's skirt yoke
- Yasmin's backpack
- Fashion pack 3 T-shirt logo
- Fashion pack 3 t shirt sleeves

-----Original Message-----
**From:**     Samuel Wong
**Sent:**     Friday, December 22, 2000 2:16 AM
**To:**       Judy Rich; Mercedeh Ward; Paula Treantafelles
**Cc:**       Isaac Larian; Cecilia Kwok; Victor Lee; Franki Tsang; Stephen Lee
**Subject:**  RE: Bratz's Pending issues

Judy/ Mercedeh/ Paula,

**Please note that we are running behind schedule already, therefore, we need all the information and printing art/pattern immediately.  LA, please read the following detaily and support us for all we need, we have a diffcult time to hold the schedule in case we cannot provide factory the information immediately, thanks for help in advance :**

Here are our questions :

   Have received the followings files on 12/21 & 12/22.  Please confirm the followings:

CONFIDENTIAL
ATTORNEY'S EYES ONLY

MGA006385

EXHIBIT 17 PAGE 240

- Jadestripe.ai : please advise if it is the pattern for the Beannie of Jade (2 x 2 Rib Knit) YES

- Jadelogo.ai : this is for the logo on the T-shirt of Jade. Per Mercedeh in HK, this should be a 3-color Heat Transfer logo. But the one just received is a 5-color Heat Transfer logo. There may be cost impact for the additional colors. OK

- Jadetrim.ai

- Yasmintrim.ai

- Sashastripe.ai : this is the pattern for the T-shirt sleeves & necktrim for Sasha YES

- Sashalogo.ai : this is for the logo on the backpack of Sasha. Per Mercedeh in HK, this should be a 3-color Heat Transfer logo. But the one just received is a 5-color Heat Transfer logo. There may be cost impact for the additional colors. OK

- Cloelogo.ai : this is for the logo on the t-shirt of Cloe. Per Mercedeh in HK, this should be a 1-color Heat Transfer logo. But the one just received is a 1-color + silver foil Heat Transfer logo. Since the logo is very small, it may be not possible to have silver foil. Moreover, there may be cost impact for the additional silver foil. OK make it one color silver only

- pack1trim.ai

- pack2trim.ai : this is should be printed on white ribbon wrap around the pillow in Fashion pack 2. However, needed 1/4" seam along both sides of the ribbon. Therefore, the final width of the ribbon will be 3/4". Please confirm if it is acceptable. No the fabric does not need seam allowance. Sew directly on top with clear thread.

- pajamaprincess.ai : this is for the logo on the top of Pajama Power (Fashion pack 2). Per Mercedeh in HK, this should be a 3- or 4-color Heat Transfer logo. But the one just received is a 9-color Heat Transfer logo. There may be cost impact for the additional colors. OK

- pajama.jpeg : please advise this pattern is for which piece of outfit of pajama power (Fashion pack 2). PANTS

- sashatrim.ai : please advise if it is for the backpack strap/ handle. No it is for the side of the backpack only.

- anaimal.jpeg : please advise this pattern is for which doll & which piece of outfit CLOE. Skirt and backpack

**We are still waiting for the followings pattern and graphic, please note that HK need the following information immediately in order to hold the 5/15 PS schedule. We are already miss our target date, please e-mail us immediately. ( THIS IS IMPORTANT !!!!!!! ) LA, please provide immediately to help HK to hold the PS 5/15.**

Listed all the other pattern / graphic which needed to provide us before 12/22 for your quick reference:

- Cloe's skirt/ backpack sent today by email

- snaskeskin print for Cloe's headband sent today by email

- Jade's t-shirt sleeves still waiting on engineered print

- texture for Jade's pants sent today by email

- 3 colors for Jade's beannie braids These are included in the swatch sheets. You dont need artwork for these

- logo on Jade's backpack sent today by email



EXHIBIT 17 PAGE 261

CONFIDENTIAL
ATTORNEY'S EYES ONLY

- Yasmin's skirt yoke still waiting on engineered print
- scalloped edge for Yasmin's skirt trim we do not plan to send you artwork for this. Please source a similar trim from the open market
- Yasmin's backpack still waiting on engineered print
- Sasha's t-shirt logo sent today by email
- Pajama Power's (Fashion Pack 2) pants sent today by email
- Fashion pack 3 T-shirt logo -still waiting on engineered print
- Fashion pack 3 t shirt sleevesstill waiting on engineered print

**Besides, we are waiting for LA direction of the following since we mentioned that EL cannot find these fanbrics, and Mercedeh advised us during the conference call with HK on 12/19 and 12/20 that she will give us direction on using other material to replace them. Therefore, Please advise immediately.**

We also waiting for the direction of the following pending issues:
- Pants & Jacket Trim of Cloe : EL advised that they could not find this kind of trim & needed further direction.
- Pants trim of Fashion Pack 3 : EL advised that they could not find this kind of beat along the trim & needed further direction.
Please source through Legend.  These are trims that will need to be created.

- Belt Drawing/ design for Cloe, Jade & Sasha for Tooling. If there is no drawings, **please confirm if HK should follow exactly same as the what you attached on the 12/4 fabric summary sheet? Please confirm.**
YES.  Please follow the sample attached on the 12/4 fabric sheet.

Thanks & best regards
Samuel (12/22/00)

CONFIDENTIAL
ATTORNEY'S EYES ONLY

MGA006387

EXHIBIT 17 PAGE 202

| | |
|---|---|
| **From:** | Isaac Larian |
| **Sent:** | Tuesday, December 26, 2000 12:45 PM |
| **To:** | Kerri Brode |
| **Cc:** | Dennis Medici; Mercedeh Ward; Colleen O'Higgins; Paula Treantafelles |
| **Subject:** | RE: Bratz's Pending issues |

Go ahead and pay her.

Paula, I need you to tell her that if she wants to treat us like this with a loaded gun to our head, she will not be doing any work for MGA in the future.

> -----Original Message-----
> **From:** Kerri Brode
> **Sent:** Tuesday, December 26, 2000 9:07 AM
> **To:** Isaac Larian
> **Cc:** Dennis Medici; Mercedeh Ward; Colleen O'Higgins; Paula Treantafelles
> **Subject:** RE: Bratz's Pending Issues
>
> Isaac,
>
> I have three quotes that are pending for Veronica for work she performed for Bratz. The reason for the delay is simple, these are quotes for work done without a Purchase Order. We received the Quotes after the work had already been performed. The last one was just received the end of last week. I need you to give me the approval to get her paid.
>
> Quote#1    Third party sewing and pattern making support from 12/3- 12/17
>                                    dated 12/18
>
> Quote#2    Bratz dolls research, development and support services from 11/28 to 12/13
>                                    dated 12/18
>
> Quote#3    Bratz doll fashion development                         dated 12/21
>
> Please give me your approval by return e-mail.
>
> Kerri

> -----Original Message-----
> **From:** Isaac Larian
> **Sent:** Tuesday, December 26, 2000 8:37 AM
> **To:** Paula Treantafelles
> **Cc:** Dennis Medici; Mercedeh Ward; Colleen O'Higgins; Kerri Brode
> **Subject:** RE: Bratz's Pending Issues
>
> Is Veronica not turning the work over because we may be late a few days in paying her? I need to know.
>
> Kerri, take care of these with Mercedeh and Dennis today.

**REDACTED**

> -----Original Message-----
> **From:** Paula Treantafelles
> **Sent:** Tuesday, December 26, 2000 8:13 AM

MGA 0009333

CONFIDENTIAL -
ATTORNEYS' EYES ONLY

EXHIBIT 17 PAGE 263

To: Isaac Larian
Cc: Dennis Medici; Mercedeh Ward; Colleen O`Higgins
Subject:      RE: Bratz's Pending issues

I just got a hold of three pending invoices from Veronica. Isaac this information and material is critical to HK. Please approve so that I can proceed. Please call me.

Dennis
Can you help me out with this?

    -----Original Message-----
    From:      Isaac Larian
    Sent:      Friday, December 22, 2000 11:49 PM
    To:      Paula Treantafelles
    Cc:      Dennis Medici; Mercedeh Ward; Colleen O`Higgins
    Subject:      RE: Bratz's Pending issues

What is this?

Which vendor? Who have we not paid?

      -----Original Message-----
      From:      Paula Treantafelles
      Sent:      Friday, December 22, 2000 5:55 PM
      To:      Samuel Wong; Judy Rich; Mercedeh Ward; Carter Bryant
      Cc:      Isaac Larian; Cecilia Kwok; Victor Lee; Franki Tsang; Stephen Lee
      Subject:      RE: Bratz's Pending issues

Please note my comments below

Please note that we were not able to send to you the pending fabrics and the fashion pack fabric swatches and patterns. The vendor will release them to me as soon as Isaac pays her on Tuesday. ..sorry I am trying.

LA is understanding that we owe you only the following. I will advise release as soon as I get commitment from my vendor. I know that they are late. I am trying...:
- Jade's t-shirt sleeves
- Yasmin's skirt yoke
- Yasmin's backpack
- Fashion pack 3 T-shirt logo
- Fashion pack 3 t shirt sleeves

      -----Original Message-----
      From:      Samuel Wong
      Sent:      Friday, December 22, 2000 2:16 AM
      To:      Judy Rich; Mercedeh Ward; Paula Treantafelles
      Cc:      Isaac Larian; Cecilia Kwok; Victor Lee; Franki Tsang; Stephen Lee
      Subject:      RE: Bratz's Pending issues

Judy/ Mercedeh/ Paula,

**Please note that we are running behind schedule already, therefore, we need all the information and printing art/pattern immediately. LA, please read the following detaily and support us for all we need, we**

CONFIDENTIAL -
ATTORNEYS' EYES ONLY

REDACTED

MGA 0009334


EXHIBIT 17 PAGE 264

have a diffcult time to hold the schedule in case we cannot provide factory the information immediately, thanks for help in advance :

Here are our questions :

Have received the followings files on 12/21 & 12/22. Please confirm the followings:

- Jadestripe.ai : please advise if it is the pattern for the Beannie of Jade (2 x 2 Rib Knit) YES
- Jadelogo.ai : this is for the logo on the T-shirt of Jade. Per Mercedeh in HK, this should be a 3-color Heat Transfer logo. But the one just received is a 5-color Heat Transfer logo. There may be cost impact for the additional colors. OK
- Jadetrim.ai
- Yasmintrim.ai
- Sashastripe.ai : this is the pattern for the T-shirt sleeves & necktrim for Sasha YES
- Sashalogo.ai : this is for the logo on the backpack of Sasha. Per Mercedeh in HK, this should be a 3-color Heat Transfer logo. But the one just received is a 5-color Heat Transfer logo. There may be cost impact for the additional colors. OK
- Cloelogo.ai : this is for the logo on the t-shirt of Cloe. Per Mercedeh in HK, this should be a 1-color Heat Transfer logo. But the one just received is a 1-color + silver foil Heat Transfer logo. Since the logo is very small, it may be not possible to have silver foil. Moreover, there may be cost impact for the additional silver foil. OK make it one color silver only
- pack1trim.ai
- pack2trim.ai : this is should be printed on white ribbon wrap around the pillow in Fashion pack 2. However, needed 1/4" seam along both sides of the ribbon. Therefore, the final width of the ribbon will be 3/4". Please confirm if it is acceptable. No the fabric does not need seam allowance. Sew directly on top with clear thread.
- pajamaprincess.ai : this is for the logo on the top of Pajama Power (Fashion pack 2). Per Mercedeh in HK, this should be a 3- or 4-color Heat Transfer logo. But the one just received is a 9-color Heat Transfer logo. There may be cost impact for the additional colors. OK
- pajama.jpeg : please advise this pattern is for which piece of outfit of pajama power (Fashion pack 2). PANTS
- sashatrim.ai : please advise if it is for the backpack strap/ handle. No it is for the side of the backpack only.
- anaimal.jpeg : please advise this pattern is for which doll & which

REDACTED          MGA 0009335

CONFIDENTIAL -
ATTORNEYS' EYES ONLY

EXHIBIT 17 PAGE 265

piece of outfit CLOE.  Skirt and backpack

We are still waiting for the followings pattern and graphic, please note that HK need the following information immediately in order to hold the 5/15 PS schedule. We are already miss our target date, please e-mail us immediately. ( THIS IS IMPORTANT !!!!!!! ) LA, please provide immediately to help HK to hold the PS 5/15.

Listed all the other pattern / graphic which needed to provide us before 12/22 for your quick reference:
- Cloe's skirt/ backpack sent today by email
- snaskeskin print for Cloe's headband sent today by email
- Jade's t-shirt sleeves still waiting on engineered print
- texture for Jade's pants sent today by email
- 3 colors for Jade's beannie braids These are included in the swatch sheets.  You dont need artwork for these
- logo on Jade's backpack sent today by email
- Yasmin's skirt yoke still waiting on engineered print
- scalloped edge for Yasmin's skirt trim we do not plan to send you artwork for this.  Please source a similar trim from the open market
- Yasmin's backpack still waiting on engineered print
- Sasha's t-shirt logo sent today by email
- Pajama Power's (Fashion Pack 2) pants sent today by email
- Fashion pack 3 T-shirt logo -still waiting on engineered print
- Fashion pack 3 t shirt sleevesstill waiting on engineered print

Besides, we are waiting for LA direction of the following since we mentioned that EL cannot find these fanbrics, and Mercedeh advised us during the conference call with HK on 12/19 and 12/20 that she will give us direction on using other material to replace them. Therefore, Please advise immediately.

We also waiting for the direction of the following pending issues:
- Pants & Jacket Trim of Cloe : EL advised that they could not find this kind of trim & needed further direction.
- Pants trim of Fashion Pack 3 : EL advised that they could not find this kind of beat along the trim & needed further direction. Please source through Legend.  These are trims that will need to be created.

REDACTED

MGA 0009336

CONFIDENTIAL - ATTORNEYS' EYES ONLY

EXHIBIT 17 PAGE 266

- Belt Drawing/ design for Cloe, Jade & Sasha for Tooling. If there is no drawings, please confirm if HK should follow exactly same as the what you attached on the 12/4 fabric summary sheet? Please confirm.

YES. Please follow the sample attached on the 12/4 fabric sheet.

Thanks & best regards
Samuel (12/22/00)

REDACTED

MGA 0009337

CONFIDENTIAL -
ATTORNEYS' EYES ONLY

EXHIBIT 17 PAGE 267

From:           Isaac Larian
Sent:           Tuesday, December 26, 2000 12:45 PM
To:             Kerri Brode
Cc:             Dennis Medici; Mercedeh Ward; Colleen O'Higgins; Paula Treantafelles
Subject:        RE: Bratz's Pending issues

Go ahead and pay her.

Paula, I need you to tell her that if she wants to treat us like this with a loaded gun to our head, she will not be doing any work for MGA in the future.

-----Original Message-----
From:       Kerri Brode
Sent:       Tuesday, December 26, 2000 9:07 AM
To:         Isaac Larian
Cc:         Dennis Medici; Mercedeh Ward; Colleen O'Higgins; Paula Treantafelles
Subject:    RE: Bratz's Pending Issues

Isaac,

I have three quotes that are pending for Veronica for work she performed for Bratz. The reason for the delay is simple, these are quotes for work done without a Purchase Order. We received the Quotes after the work had already been performed. The last one was just received the end of last week. I need you to give me the approval to get her paid.

Quote#1  Third party sewing and pattern making support from12/3- 12/17     $4,185.00      dated 12/18

Quote#2  Bratz dolls research, development and support services from 11/28 to 12/13 $7,175.00      dated 12/18

Quote#3  Bratz doll fashion development                    $1,800.00      dated 12/21

Please give me your approval by return e-mail.

Kerri

-----Original Message-----
From:       Isaac Larian
Sent:       Tuesday, December 26, 2000 8:37 AM
To:         Paula Treantafelles
Cc:         Dennis Medici; Mercedeh Ward; Colleen O'Higgins; Kerri Brode
Subject:    RE: Bratz's Pending Issues

Is Veronica not turning the work over because we may be late a few days in paying her? I need to know.

Kerri, take care of these with Mercedeh and Dennis today.

-----Original Message-----
From:       Paula Treantafelles
Sent:       Tuesday, December 26, 2000 8:13 AM

CONFIDENTIAL -
ATTORNEYS EYES ONLY

MGA006384

EXHIBIT 17 PAGE 268

MGA0006384 B

To:        Isaac Larian
Cc:        Dennis Medici; Mercedeh Ward; Colleen O`Higgins
Subject:   RE: Bratz's Pending Issues

I just got a hold of three pending invoices from Veronica. Isaac this information and material is critical to HK. Please approve so that I can proceed. Please call me.

Dennis
Can you help me out with this?

-----Original Message-----
From:      Isaac Larian
Sent:      Friday, December 22, 2000 11:49 PM
To:        Paula Treantafelles
Cc:        Dennis Medici; Mercedeh Ward; Colleen O`Higgins
Subject:   RE: Bratz's Pending Issues

What is this?

Which vendor? Who have we not paid?

-----Original Message-----
From:      Paula Treantafelles
Sent:      Friday, December 22, 2000 5:55 PM
To:        Samuel Wong; Judy Rich; Mercedeh Ward; Carter Bryant
Cc:        Isaac Larian; Cecilia Kwok; Victor Lee; Franki Tsang; Stephen Lee
Subject:   RE: Bratz's Pending Issues

Please note my comments below

Please note that we were not able to send to you the pending fabrics and the fashion pack fabric swatches and patterns. The vendor will release them to me as soon as Isaac pays her on Tuesday. ...sorry I am trying.

LA is understanding that we owe you only the following. I will advise release as soon as I get commitment from my vendor. I know that they are late. I am trying...:
- Jade's t-shirt sleeves
- Yasmin's skirt yoke
- Yasmin's backpack
- Fashion pack 3 T-shirt logo
- Fashion pack 3 t shirt sleeves

-----Original Message-----
From:      Samuel Wong
Sent:      Friday, December 22, 2000 2:16 AM
To:        Judy Rich; Mercedeh Ward; Paula Treantafelles
Cc:        Isaac Larian; Cecilia Kwok; Victor Lee; Franki Tsang; Stephen Lee
Subject:   RE: Bratz's Pending Issues

Judy/ Mercedeh/ Paula,

**Please note that we are running behind schedule already, therefore, we need all the information and printing art/pattern immediately. LA, please read the following detaily and support us for all we need, we have a diffcult time to hold the schedule in case we cannot provide factory the information immediately, thanks for help in advance :**

Here are our questions :

Have received the followings files on 12/21 & 12/22. Please confirm the followings:

CONFIDENTIAL -
ATTORNEYS EYES ONLY

MGA006385

XHIBIT 17 PAGE 269

MGA0006385 B

- Jadestripe.ai : please advise if it is the pattern for the Beannie of Jade (2 x 2 Rib Knit) YES
- Jadelogo.ai : this is for the logo on the T-shirt of Jade. Per Mercedeh in HK, this should be a 3-color Heat Transfer logo. But the one just received is a 5-color Heat Transfer logo. There may be cost impact for the additional colors. OK
- Jadetrim.ai
- Yasmintrim.ai
- Sashastripe.ai : this is the pattern for the T-shirt sleeves & necktrim for Sasha YES
- Sashalogo.ai : this is for the logo on the backpack of Sasha. Per Mercedeh in HK, this should be a 3-color Heat Transfer logo. But the one just received is a 5-color Heat Transfer logo. There may be cost impact for the additional colors. OK
- Cloelogo.ai : this is for the logo on the t-shirt of Cloe. Per Mercedeh in HK, this should be a 1-color Heat Transfer logo. But the one just received is a 1-color + silver foil Heat Transfer logo. Since the logo is very small, it may be not possible to have silver foil. Moreover, there may be cost impact for the additional silver foil. OK make it one color silver only
- pack1trim.ai
- pack2trim.ai : this is should be printed on white ribbon wrap around the pillow in Fashion pack 2. However, needed 1/4" seam along both sides of the ribbon. Therefore, the final width of the ribbon will be 3/4". Please confirm if it is acceptable. No the fabric does not need seam allowance. Sew directly on top with clear thread.
- pajamaprincess.ai : this is for the logo on the top of Pajama Power (Fashion pack 2). Per Mercedeh in HK, this should be a 3- or 4-color Heat Transfer logo. But the one just received is a 9-color Heat Transfer logo. There may be cost impact for the additional colors. OK
- pajama.jpeg : please advise this pattern is for which piece of outfit of pajama power (Fashion pack 2). PANTS
- sashatrim.ai : please advise if it is for the backpack strap/ handle. No it is for the side of the backpack only.
- anaimal.jpeg : please advise this pattern is for which doll & which piece of outfit CLOE. Skirt and backpack

**We are still waiting for the followings pattern and graphic, please note that HK need the following information immediately in order to hold the 5/15 PS schedule. We are already miss our target date, please e-mail us immediately. ( THIS IS IMPORTANT !!!!!!! ) LA, please provide immediately to help HK to hold the PS 5/15.**

Listed all the other pattern / graphic which needed to provide us before 12/22 for your quick reference:
- Cloe's skirt/ backpack sent today by email
- snaskeskin print for Cloe's headband sent today by email
- Jade's t-shirt sleeves still waiting on engineered print
- texture for Jade's pants sent today by email
- 3 colors for Jade's beannie braids These are included in the swatch sheets. You dont need artwork for these
- logo on Jade's backpack sent today by email

CONFIDENTIAL -
ATTORNEYS EYES ONLY

MGA006386

EXHIBIT 17 PAGE 270

MGA0006386 B

- Yasmin's skirt yoke still waiting on engineered print
- scalloped edge for Yasmin's skirt trim we do not plan to send you artwork for this.  Please source a similar trim from the open market
- Yasmin's backpack still waiting on engineered print
- Sasha's t-shirt logo sent today by email
- Pajama Power's (Fashion Pack 2) pants sent today by email
- Fashion pack 3 T-shirt logo -still waiting on engineered print
- Fashion pack 3 t shirt sleeves still waiting on engineered print

Besides, we are waiting for LA direction of the following since we mentioned that EL cannot find these fanbrics, and Mercedeh advised us during the conference call with HK on 12/19 and 12/20 that she will give us direction on using other material to replace them. Therefore,  Please advise immediately.


We also waiting for the direction of the following pending issues:
- Pants & Jacket Trim of Cloe : EL advised that they could not find this kind of trim & needed further direction.
- Pants trim of Fashion Pack 3 : EL advised that they could not find this kind of beat along the trim & needed further direction.
Please source through Legend.  These are trims that will need to be created.


- Belt Drawing/ design for Cloe, Jade & Sasha for Tooling. If there is no drawings, please confirm if HK should follow exactly same as the what you attached on the 12/4 fabric summary sheet? Please confirm.
YES.  Please follow the sample attached on the 12/4 fabric sheet.

Thanks & best regards
Samuel (12/22/00)

CONFIDENTIAL -
ATTORNEYS EYES ONLY

MGA006387

EXHIBIT 17 PAGE 271

MGA0006387 B

| | |
|---|---|
| **From:** | Isaac Larian |
| **Sent:** | Tuesday, December 26, 2000 12:45 PM |
| **To:** | Kerri Brode |
| **Cc:** | Dennis Medici; Mercedeh Ward; Colleen O`Higgins; Paula Treantafelles |
| **Subject:** | RE: Bratz's Pending issues |

Go ahead and pay her.

-----Original Message-----
**From:** Kerri Brode
**Sent:** Tuesday, December 26, 2000 9:07 AM
**To:** Isaac Larian
**Cc:** Dennis Medici; Mercedeh Ward; Colleen O`Higgins; Paula Treantafelles
**Subject:** RE: Bratz's Pending issues

Isaac,

I have three quotes that are pending for Veronica for work she performed for Bratz. The reason for the delay is simple, these are quotes for work done without a Purchase Order. We received the Quotes after the work had already been performed. The last one was just received the end of last week. I need you to give me the approval to get her paid.

Quote#1    Third party sewing and pattern making support from12/3- 12/17                    dated 12/18

Quote#2    Bratz dolls research, development and support services from 11/28 to 12/13                    dated 12/18

Quote#3    Bratz doll fashion development                    dated 12/21

Please give me your approval by return e-mail.

Kerri

-----Original Message-----
**From:** Isaac Larian
**Sent:** Tuesday, December 26, 2000 8:37 AM
**To:** Paula Treantafelles
**Cc:** Dennis Medici; Mercedeh Ward; Colleen O`Higgins; Kerri Brode
**Subject:** RE: Bratz's Pending issues

Is Veronica not turning the work over because we may be late a few days in paying her? I need to know.

Kerri, take care of these with Mercedeh and Dennis today.

-----Original Message-----
**From:** Paula Treantafelles
**Sent:** Tuesday, December 26, 2000 8:13 AM

REDACTED

CONFIDENTIAL
ATTORNEY'S EYES ONLY

MGA006384


EXHIBIT 17 PAGE 222

MGA0006384 A

| | |
|---|---|
| **To:** | Isaac Larian |
| **Cc:** | Dennis Medici; Mercedeh Ward; Colleen O' Higgins |
| **Subject:** | RE: Bratz's Pending issues |

I just got a hold of three pending invoices from Veronica. Isaac this information and material is critical to HK. Please approve so that I can proceed. Please call me.

Dennis
Can you help me out with this?

> -----Original Message-----
> | | |
> |---|---|
> | **From:** | Isaac Larian |
> | **Sent:** | Friday, December 22, 2000 11:49 PM |
> | **To:** | Paula Treantafelles |
> | **Cc:** | Dennis Medici; Mercedeh Ward; Colleen O' Higgins |
> | **Subject:** | RE: Bratz's Pending issues |
>
> What is this?
>
> Which vendor? Who have we not paid?
>
>> -----Original Message-----
>> | | |
>> |---|---|
>> | **From:** | Paula Treantafelles |
>> | **Sent:** | Friday, December 22, 2000 5:55 PM |
>> | **To:** | Samuel Wong; Judy Rich; Mercedeh Ward; Carter Bryant |
>> | **Cc:** | Isaac Larian; Cecilia Kwok; Victor Lee; Franki Tsang; Stephen Lee |
>> | **Subject:** | RE: Bratz's Pending issues |
>>
>> Please note my comments below
>>
>> Please note that we were not able to send to you the pending fabrics and the fashion pack fabric swatches and patterns. The vendor will release them to me as soon as Isaac pays her on Tuesday. ...sorry I am trying.
>>
>> LA is understanding that we owe you only the following. I will advise release as soon as I get commitment from my vendor. I know that they are late. I am trying...:
>> - Jade's t-shirt sleeves
>> - Yasmin's skirt yoke
>> - Yasmin's backpack
>> - Fashion pack 3 T-shirt logo
>> - Fashion pack 3 t shirt sleeves
>>
>>> -----Original Message-----
>>> | | |
>>> |---|---|
>>> | **From:** | Samuel Wong |
>>> | **Sent:** | Friday, December 22, 2000 2:16 AM |
>>> | **To:** | Judy Rich; Mercedeh Ward; Paula Treantafelles |
>>> | **Cc:** | Isaac Larian; Cecilia Kwok; Victor Lee; Franki Tsang; Stephen Lee |
>>> | **Subject:** | RE: Bratz's Pending issues |
>>>
>>> Judy/ Mercedeh/ Paula,
>>>
>>> **Please note that we are running behind schedule already, therefore, we need all the information and printing art/pattern immediately. LA, please read the following detaily and support us for all we need, we have a diffcult time to hold the schedule in case we cannot provide factory the information immediately, thanks for help in advance :**
>>>
>>> Here are our questions :
>>>
>>> Have received the followings files on 12/21 & 12/22. Please confirm the followings:

**EXHIBIT 17 PAGE 273**

CONFIDENTIAL
ATTORNEY'S EYES ONLY

MGA006385

MGA0006385 A

- Jadestripe.ai : please advise if it is the pattern for the Beannie of Jade (2 x 2 Rib Knit) **YES**
- Jadelogo.ai : this is for the logo on the T-shirt of Jade. Per Mercedeh in HK, this should be a 3-color Heat Transfer logo. But the one just received is a 5-color Heat Transfer logo. There may be cost impact for the additional colors. **OK**
- Jadetrim.ai
- Yasmintrim.ai
- Sashastripe.ai : this is the pattern for the T-shirt sleeves & necktrim for Sasha **YES**
- Sashalogo.ai : this is for the logo on the backpack of Sasha. Per Mercedeh in HK, this should be a 3-color Heat Transfer logo. But the one just received is a 5-color Heat Transfer logo. There may be cost impact for the additional colors. **OK**
- Cloelogo.ai : this is for the logo on the t-shirt of Cloe. Per Mercedeh in HK, this should be a 1-color Heat Transfer logo. But the one just received is a 1-color + silver foil Heat Transfer logo. Since the logo is very small, it may be not possible to have silver foil. Moreover, there may be cost impact for the additional silver foil. **OK make it one color silver only**
- pack1trim.ai
- pack2trim.ai : this is should be printed on white ribbon wrap around the pillow in Fashion pack 2. However, needed 1/4" seam along both sides of the ribbon. Therefore, the final width of the ribbon will be 3/4". Please confirm if it is acceptable. **No the fabric does not need seam allowance. Sew directly on top with clear thread.**
- pajamaprincess.ai : this is for the logo on the top of Pajama Power (Fashion pack 2). Per Mercedeh in HK, this should be a 3- or 4-color Heat Transfer logo. But the one just received is a 9-color Heat Transfer logo. There may be cost impact for the additional colors. **OK**
- pajama.jpeg : please advise this pattern is for which piece of outfit of pajama power (Fashion pack 2). **PANTS**
- sashatrim.ai : please advise if it is for the backpack strap/ handle. **No it is for the side of the backpack only.**
- anaimal.jpeg : please advise this pattern is for which doll & which piece of outfit **CLOE. Skirt and backpack**

**We are still waiting for the followings pattern and graphic, please note that HK need the following information immediately in order to hold the 5/15 PS schedule. We are already miss our target date, please e-mail us immediately. ( THIS IS IMPORTANT !!!!!!! ) LA, please provide immediately to help HK to hold the PS 5/15.**

Listed all the other pattern / graphic which needed to provide us before 12/22 for your quick reference:
- Cloe's skirt/ backpack **sent today by email**
- snaskeskin print for Cloe's headband **sent today by email**
- Jade's t-shirt sleeves **still waiting on engineered print**
- texture for Jade's pants **sent today by email**
- 3 colors for Jade's beannie braids **These are included in the swatch sheets. You dont need artwork for these**
- logo on Jade's backpack **sent today by email**

CONFIDENTIAL
ATTORNEY'S EYES ONLY

XHIBIT 17 PAGE 274

MGA006386

MGA0006386 A

- Yasmin's skirt yoke still waiting on engineered print
- scalloped edge for Yasmin's skirt trim we do not plan to send you artwork for this. Please source a similar trim from the open market
- Yasmin's backpack still waiting on engineered print
- Sasha's t-shirt logo sent today by email
- Pajama Power's (Fashion Pack 2) pants sent today by email
- Fashion pack 3 T-shirt logo -still waiting on engineered print
- Fashion pack 3 t shirt sleevesstill waiting on engineered print

**Besides, we are waiting for LA direction of the following since we mentioned that EL cannot find these fanbrics, and Mercedeh advised us during the conference call with HK on 12/19 and 12/20 that she will give us direction on using other material to replace them. Therefore, Please advise immediately.**

We also waiting for the direction of the following pending issues:
- Pants & Jacket Trim of Cloe : EL advised that they could not find this kind of trim & needed further direction.
- Pants trim of Fashion Pack 3 : EL advised that they could not find this kind of beat along the trim & needed further direction.
Please source through Legend. These are trims that will need to be created.

- Belt Drawing/ design for Cloe, Jade & Sasha for Tooling. If there is no drawings, please confirm if HK should follow exactly same as the what you attached on the 12/4 fabric summary sheet? Please confirm.
YES. Please follow the sample attached on the 12/4 fabric sheet.

Thanks & best regards
Samuel (12/22/00)


EXHIBIT 17 PAGE 275

CONFIDENTIAL
ATTORNEY'S EYES ONLY

MGA006387

MGA0006387 A

Dennis Medici

| | |
|---|---|
| **From:** | Isaac Larian |
| **Sent:** | Tuesday, December 26, 2000 12:45 PM |
| **To:** | Kern Brode |
| **Cc:** | Dennis Medici, Mercedeh Ward, Colleen O'Higgins; Paula Treantafelles |
| **Subject:** | RE  Bratz's Pending Issues |

Go ahead and pay her

Paula, I need you to tell her that if she wants to treat us like this with a loaded gun to our head, she will not be doing any work for MGA in the future

-----Original Message-----
| | |
|---|---|
| **From:** | Kern Brode |
| **Sent:** | Tuesday, December 26, 2000 9:07 AM |
| **To:** | Isaac Larian |
| **Cc:** | Dennis Medici; Mercedeh Ward; Colleen O'Higgins; Paula Treantafelles |
| **Subject:** | RE: Bratz's Pending issues |

Isaac,

I have three quotes that are pending for Veronica for work she performed for Bratz. The reason for the delay is simple, these are quotes for work done without a Purchase Order. We received the Quotes after the work had already been performed. The last one was just received the end of last week. I need you to give me.the approval to get her paid.

Quote#1   Third party sewing and pattern making support from12/3- 12/17      $4,185 00      dated 12/18

Quote#2   Bratz dolls research, development and support services from 11/28 to 12/13  $7,175.00      dated 12/18

Quote#3   Bratz doll fashion development          $1,800.00      dated 12/21

Please give me your approval by return e-mail.

Kerri

---Original Message----
| | |
|---|---|
| **From:** | Isaac Larian |
| **Sent:** | Tuesday, December 26, 2000 8:37 AM |
| **To:** | Paula Treantafelles |
| **Cc:** | Dennis Medici; Mercedeh Ward; Colleen O'Higgins; Kerri Brode |
| **Subject:** | RE: Bratz's Pending issues |

Is Veronica not turning the work over because we may be late a few days in paying her? I need to know.

Kerri, take care of these with Mercedeh and Dennis today.

-----Original Message-----
| | |
|---|---|
| **From:** | Paula Treantafelles |
| **Sent:** | Tuesday, December 26, 2000 8:13 AM |
| **To:** | Isaac Larian |
| **Cc:** | Dennis Medici; Mercedeh Ward; Colleen O'Higgins |
| **Subject:** | RE: Bratz's Pending issues |

1

CONFIDENTIAL -
ATTORNEYS' EYES ONLY

MGA0008827

EXHIBIT 11 PAGE 276

I just got a hold of three pending invoices from Veronica   Isaac this information and material is critical to HK. Please approve so that I can proceed.  Please call me.

Dennis
Can you help me out with this?

-----Original Message-----
**From:**        Isaac Larian
**Sent:**        Friday, December 22, 2000 11:49 PM
**To:**          Paula Treantafelles
**Cc:**          Dennis Medici; Mercedeh Ward; Colleen O`Higgins
**Subject:**     RE: Bratz's Pending issues

What is this?

Which vendor? Who have we not paid?

-----Original Message-----
**From:**        Paula Treantafelles
**Sent:**        Friday, December 22, 2000 5:55 PM
**To:**          Samuel Wong; Judy Rich; Mercedeh Ward; Carter Bryant
**Cc:**          Isaac Larian; Cecilia Kwok; Victor Lee; Franki Tsang; Stephen Lee
**Subject:**     RE: Bratz's Pending issues

Please note my comments below

Please note that we were not able to send to you the pending fabrics and the fashion pack fabric swatches and patterns.  The vendor will release them to me as soon as Isaac pays her on Tuesday. ...sorry I am trying.

LA is understanding that we owe you only the following.  I will advise release as soon as I get commitment from my vendor.  I know that they are late.  I am trying...:
- Jade's t-shirt sleeves
- Yasmin's skirt yoke
- Yasmin's backpack
- Fashion pack 3 T-shirt logo
- Fashion pack 3 t shirt sleeves

-----Original Message-----
**From:**        Samuel Wong
**Sent:**        Friday, December 22, 2000 2:16 AM
**To:**          Judy Rich; Mercedeh Ward; Paula Treantafelles
**Cc:**          Isaac Larian; Cecilia Kwok; Victor Lee; Franki Tsang; Stephen Lee
**Subject:**     RE: Bratz's Pending issues

Judy/ Mercedeh/ Paula,

**Please note that we are running behind schedule already, therefore, we need all the information and printing art/pattern immediately. LA, please read the following detaily and support us for all we need, we have a difficult time to hold the schedule in case we cannot provide factory the information immediately, thanks for help in advance :**

Here are our questions :

Have received the followings files on 12/21 & 12/22.  Please confirm the followings:

- Jadestripe.ai : please advise if it is the pattern for the Beannie of Jade (2 x 2 Rib Knit) YES
- Jadelogo.ai : this is for the logo on the T-shirt of Jade. Per Mercedeh in HK, this should be a 3-color Heat Transfer logo.  But the one just received is a 5-color Heat

2

CONFIDENTIAL -
ATTORNEYS' EYES ONLY

MGA0008828


EXHIBIT 17 PAGE 277

Transfer logo.  There may be cost impact for the additional colors. OK
- Jadetrim.ai
- Yasmintrim ai
- Sashastripe.ai : this is the pattern for the T-shirt sleeves & necktrim for Sasha YES
- Sashalogo.ai : this is for the logo on the backpack of Sasha. Per Mercedeh in HK, this should be a 3-color Heat Transfer logo.  But the one just received is a 5-color Heat Transfer logo.  There may be cost impact for the additional colors. OK
- Cloelogo.ai : this is for the logo on the t-shirt of Cloe. Per Mercedeh in HK, this should be a 1-color Heat Transfer logo.  But the one just received is a 1-color + silver foil Heat Transfer logo.  Since the logo is very small, it may be not possible to have silver foil. Moreover, there may be cost impact for the additional silver foil. OK make it one color silver only
- pack1trim.ai
- pack2trim.ai : this is should be printed on white ribbon wrap around the pillow in Fashion pack 2. However, needed 1/4" seam along both sides of the ribbon. Therefore, the final width of the ribbon will be 3/4". Please confirm if it is acceptable. No the fabric does not need seam allowance.  Sew directly on top with clear thread.
- pajamaprincess.ai : this is for the logo on the top of Pajama Power (Fashion pack 2). Per Mercedeh in HK, this should be a 3- or 4-color Heat Transfer logo.  But the one just received is a 9-color Heat Transfer logo.  There may be cost impact for the additional colors. OK
- pajama.jpeg : please advise this pattern is for which piece of outfit of pajama power (Fashion pack 2). PANTS
- sashatrim.ai : please advise if it is for the backpack strap/ handle. No it is for the side of the backpack only.
- anaimal.jpeg : please advise this pattern is for which doll & which piece of outfit CLOE.  Skirt and backpack

**We are still waiting for the followings pattern and graphic, please note that HK need the following information immediately in order to hold the 5/15 PS schedule. We are already miss our target date, please e-mail us immediately. ( THIS IS IMPORTANT !!!!!!! ) LA, please provide immediately to help HK to hold the PS 5/15.**

Listed all the other pattern / graphic which needed to provide us before 12/22 for your quick reference:
- Cloe's skirt/ backpack sent today by email
- snaskeskin print for Cloe's headband sent today by email
- Jade's t-shirt sleeves still waiting on engineered print
- texture for Jade's pants sent today by email
- 3 colors for Jade's beannie braids These are included in the swatch sheets. You dont need artwork for these
- logo on Jade's backpack sent today by email
- Yasmin's skirt yoke still waiting on engineered print
- scalloped edge for Yasmin's skirt trim we do not plan to send you artwork for this.  Please source a similar trim from the open market
- Yasmin's backpack still waiting on engineered print

3

CONFIDENTIAL -
ATTORNEYS' EYES ONLY

MGA0008829

EXHIBIT 17 PAGE 273

- Sasha's t-shirt logo sent today by email
- Pajama Power's (Fashion Pack 2) pants sent today by email
- Fashion pack 3 T-shirt logo -still waiting on engineered print
- Fashion pack 3 t shirt sleeves-still waiting on engineered print

Besides, we are waiting for LA direction of the following since we mentioned that EL cannot find these fanbrics, and Mercedeh advised us during the conference call with HK on 12/19 and 12/20 that she will give us direction on using other material to replace them. Therefore, Please advise immediately.

We also waiting for the direction of the following pending issues:
- Pants & Jacket Trim of Cloe : EL advised that they could not find this kind of trim & needed further direction.
- Pants trim of Fashion Pack 3 : EL advised that they could not find this kind of beat along the trim & needed further direction.
Please source through Legend.  These are trims that will need to be created.

- Belt Drawing/ design for Cloe, Jade & Sasha for Tooling. If there is no drawings, please confirm if HK should follow exactly same as the what you attached on the 12/4 fabric summary sheet? Please confirm.
YES.  Please follow the sample attached on the 12/4 fabric sheet.

Thanks & best regards
Samuel (12/22/00)

4

CONFIDENTIAL -
ATTORNEYS' EYES ONLY

MGA0008830

EXHIBIT 17 PAGE 279

| | |
|---|---|
| **From:** | Isaac Larian |
| **Sent:** | Tuesday, December 26, 2000 12:45 PM |
| **To:** | Kerri Brode |
| **Cc:** | Dennis Medici; Mercedeh Ward; Colleen O'Higgins; Paula Treantafelles |
| **Subject:** | RE: Bratz's Pending Issues |

Go ahead and pay her.

Paula, I need you to tell her that if she wants to treat us like this with a loaded gun to our head, she will not be doing any work for MGA in the future.

-----Original Message-----
**From:** Kerri Brode
**Sent:** Tuesday, December 26, 2000 9:07 AM
**To:** Isaac Larian
**Cc:** Dennis Medici; Mercedeh Ward; Colleen O`Higgins; Paula Treantafelles
**Subject:** RE: Bratz's Pending Issues

Isaac,

I have three quotes that are pending for Veronica for work she performed for Bratz. The reason for the delay is simple, these are quotes for work done without a Purchase Order. We received the Quotes after the work had already been performed. The last one was just received the end of last week. I need you to give me the approval to get her paid.

Quote#1   Third party sewing and pattern making support from 12/3- 12/17
████████         dated 12/18

Quote#2   Bratz dolls research, development and support services from 11/28 to 12/13
████████         dated 12/18

Quote#3   Bratz doll fashion development                    ████████   dated 12/21

Please give me your approval by return e-mail.

Kerri

-----Original Message-----
**From:** Isaac Larian
**Sent:** Tuesday, December 26, 2000 8:37 AM
**To:** Paula Treantafelles
**Cc:** Dennis Medici; Mercedeh Ward; Colleen O'Higgins; Kerri Brode
**Subject:** RE: Bratz's Pending Issues

Is Veronica not turning the work over because we may be late a few days in paying her? I need to know.

Kerri, take care of these with Mercedeh and Dennis today.          **REDACTED**

-----Original Message-----
**From:** Paula Treantafelles
**Sent:** Tuesday, December 26, 2000 8:13 AM

**MGA 0009333**

CONFIDENTIAL - ATTORNEYS' EYES ONLY



MGA0009333 A