To: Isaac Larian
Cc: Dennis Medici; Mercedeh Ward; Colleen O`Higgins
Subject:       RE: Bratz's Pending issues

I just got a hold of three pending invoices from Veronica. Isaac this information and material is critical to HK. Please approve so that I can proceed. Please call me.

Dennis
Can you help me out with this?

-----Original Message-----
From:           Isaac Larian
Sent:           Friday, December 22, 2000 11:49 PM
To:             Paula Treantafelles
Cc:             Dennis Medici; Mercedeh Ward; Colleen O`Higgins
Subject:        RE: Bratz's Pending issues

What is this?

Which vendor? Who have we not paid?

-----Original Message-----
From:           Paula Treantafelles
Sent:           Friday, December 22, 2000 5:55 PM
To:             Samuel Wong; Judy Rich; Mercedeh Ward; Carter Bryant
Cc:             Isaac Larian; Cecilia Kwok; Victor Lee; Franki Tsang; Stephen Lee
Subject:        RE: Bratz's Pending issues

Please note my comments below

Please note that we were not able to send to you the pending fabrics and the fashion pack fabric swatches and patterns. The vendor will release them to me as soon as Isaac pays her on Tuesday. ..sorry I am trying.

LA is understanding that we owe you only the following. I will advise release as soon as I get commitment from my vendor. I know that they are late. I am trying...:
• Jade's t-shirt sleeves
• Yasmin's skirt yoke
• Yasmin's backpack
• Fashion pack 3 T-shirt logo
• Fashion pack 3 t shirt sleeves

-----Original Message-----
From:           Samuel Wong
Sent:           Friday, December 22, 2000 2:16 AM
To:             Judy Rich; Mercedeh Ward; Paula Treantafelles
Cc:             Isaac Larian; Cecilia Kwok; Victor Lee; Franki Tsang; Stephen Lee
Subject:        RE: Bratz's Pending issues

Judy/ Mercedeh/ Paula,

**Please note that we are running behind schedule already, therefore, we need all the information and printing art/pattern immediately. LA, please read the following detaily and support us for all we need, we**

CONFIDENTIAL -
ATTORNEYS' EYES ONLY

REDACTED            MGA 0009334

EXHIBIT 17  PAGE 281

MGA0009334 A

have a diffcult time to hold the schedule in case we cannot provide factory the information immediately, thanks for help in advance :

Here are our questions :

Have received the followings files on 12/21 & 12/22. Please confirm the followings:

- Jadestripe.ai : please advise if it is the pattern for the Beannie of Jade (2 x 2 Rib Knit) YES
- Jadelogo.ai : this is for the logo on the T-shirt of Jade. Per Mercedeh in HK, this should be a 3-color Heat Transfer logo. But the one just received is a 5-color Heat Transfer logo.  There may be cost impact for the additional colors. OK
- Jadetrim.ai
- Yasmintrim.ai
- Sashastripe.ai : this is the pattern for the T-shirt sleeves & necktrim for Sasha YES
- Sashalogo.ai : this is for the logo on the backpack of Sasha. Per Mercedeh in HK, this should be a 3-color Heat Transfer logo. But the one just received is a 5-color Heat Transfer logo.  There may be cost impact for the additional colors. OK
- Cloelogo.ai : this is for the logo on the t-shirt of Cloe. Per Mercedeh in HK, this should be a 1-color Heat Transfer logo. But the one just received is a 1-color + silver foil Heat Transfer logo. Since the logo is very small, it may be not possible to have silver foil. Moreover, there may be cost impact for the additional silver foil. OK make it one color silver only
- pack1trim.ai
- pack2trim.ai : this is should be printed on white ribbon wrap around the pillow in Fashion pack 2. However, needed 1/4" seam along both sides of the ribban.  Therefore, the final width of the ribbon will be 3/4".  Please confirm if it is acceptable. No the fabric does not need seam allowance.  Sew directly on top with clear thread.
- pajamaprincess.ai : this is for the logo on the top of Pajama Power (Fashion pack 2). Per Mercedeh in HK, this should be a 3- or 4-color Heat Transfer logo. But the one just received is a 9-color Heat Transfer logo.  There may be cost impact for the additional colors. OK
- pajama.jpeg : please advise this pattern is for which piece of outfit of pajama power (Fashion pack 2). PANTS
- sashatrim.ai : please advise if it is for the backpack strap/handle. No it is for the side of the backpack only.
- anaimal.jpeg : please advise this pattern is for which doll & which

**REDACTED**                    MGA 0009335

CONFIDENTIAL -
ATTORNEYS' EYES ONLY

MGA0009335 A

piece of outfit CLOE.  Skirt and backpack

**We are still waiting for the followings pattern and graphic, please note that HK need the following information immediately in order to hold the 5/15 PS schedule. We are already miss our target date, please e-mail us immediately. ( THIS IS IMPORTANT !!!!!!! ) LA, please provide immediately to help HK to hold the PS 5/15.**

Listed all the other pattern / graphic which needed to provide us before 12/22 for your quick reference:
- Cloe's skirt/ backpack sent today by email
- snaskeskin print for Cloe's headband sent today by email
- Jade's t-shirt sleeves still waiting on engineered print
- texture for Jade's pants sent today by email
- 3 colors for Jade's beannie braids These are included in the swatch sheets.  You dont need artwork for these
- logo on Jade's backpack sent today by email
- Yasmin's skirt yoke still waiting on engineered print
- scalloped edge for Yasmin's skirt trim we do not plan to send you artwork for this.  Please source a similar trim from the open market
- Yasmin's backpack still waiting on engineered print
- Sasha's t-shirt logo sent today by email
- Pajama Power's (Fashion Pack 2) pants sent today by email
- Fashion pack 3 T-shirt logo -still waiting on engineered print
- Fashion pack 3 t shirt sleevesstill waiting on engineered print

**Besides, we are waiting for LA direction of the following since we mentioned that EL cannot find these fanbrics, and Mercedeh advised us during the conference call with HK on 12/19 and 12/20 that she will give us direction on using other material to replace them. Therefore,  Please advise immediately.**

We also waiting for the direction of the following pending issues:
- Pants & Jacket Trim of Cloe : EL advised that they could not find this kind of trim & needed further direction.
- Pants trim of Fashion Pack 3 : EL advised that they could not find this kind of beat along the trim & needed further direction. Please source through Legend.  These are trims that will need to be created.

REDACTED

MGA 0009336

CONFIDENTIAL -
ATTORNEYS' EYES ONLY

EXHIBIT 17 PAGE 083

MGA0009336 A

- Belt Drawing/ design for Cloe, Jade & Sasha for Tooling. **If there is no drawings, please confirm if HK should follow exactly same as the what you attached on the 12/4 fabric summary sheet? Please confirm.**

YES.  Please follow the sample attached on the 12/4 fabric sheet.

Thanks & best regards
Samuel (12/22/00)

REDACTED

MGA 0009337

CONFIDENTIAL -
ATTORNEYS' EYES ONLY

EXHIBIT 17 PAGE 284

MGA0009337 A

| | |
|---|---|
| **From:** | Isaac Larian |
| **Sent:** | Tuesday, December 26, 2000 12:45 PM |
| **To:** | Kerri Brode |
| **Cc:** | Dennis Medici; Mercedeh Ward; Colleen O'Higgins; Paula Treantafelles |
| **Subject:** | RE: Bratz's Pending Issues |

Go ahead and pay her.

Paula, I need you to tell her that if she wants to treat us like this with a loaded gun to our head, she will not be doing any work for MGA in the future.

-----Original Message-----
| | |
|---|---|
| **From:** | Kerri Brode |
| **Sent:** | Tuesday, December 26, 2000 9:07 AM |
| **To:** | Isaac Larian |
| **Cc:** | Dennis Medici; Mercedeh Ward; Colleen O'Higgins; Paula Treantafelles |
| **Subject:** | RE: Bratz's Pending Issues |

Isaac,

I have three quotes that are pending for Veronica for work she performed for Bratz. The reason for the delay is simple, these are quotes for work done without a Purchase Order. We received the Quotes after the work had been performed. The last one was just received the end of last week. I need you to give me the approval to get her paid.

Quote#1   Third party sewing and pattern making support from12/3- 12/17
    $4,185.00       dated 12/18

Quote#2   Bratz dolls research, development and support services from 11/28 to 12/13
    $7,175.00       dated 12/18

Quote#3   Bratz doll fashion development             $1,800.00       dated 12/21

Please give me your approval by return e-mail.

Kerri

-----Original Message-----
| | |
|---|---|
| **From:** | Isaac Larian |
| **Sent:** | Tuesday, December 26, 2000 8:37 AM |
| **To:** | Paula Treantafelles |
| **Cc:** | Dennis Medici; Mercedeh Ward; Colleen O'Higgins; Kerri Brode |
| **Subject:** | RE: Bratz's Pending Issues |

Is Veronica not turning the work over because we may be late a few days in paying her? I need to know.

Kerri, take care of these with Mercedeh and Dennis today.

-----Original Message-----
| | |
|---|---|
| **From:** | Paula Treantafelles |
| **Sent:** | Tuesday, December 26, 2000 8:13 AM |

CONFIDENTIAL -
ATTORNEYS' EYES ONLY

MGA 0009333

EXHIBIT 12 PAGE 285

MGA0009333 B

**To:** Isaac Larian
**Cc:** Dennis Medici; Mercedeh Ward; Colleen O'Higgins
**Subject:** RE: Bratz's Pending issues

I just got a hold of three pending invoices from Veronica. Isaac this information and material is critical to HK. Please approve so that I can proceed. Please call me.

Dennis
Can you help me out with this?

-----Original Message-----
**From:** Isaac Larian
**Sent:** Friday, December 22, 2000 11:49 PM
**To:** Paula Treantafelles
**Cc:** Dennis Medici; Mercedeh Ward; Colleen O'Higgins
**Subject:** RE: Bratz's Pending issues

What is this?

Which vendor? Who have we not paid?

-----Original Message-----
**From:** Paula Treantafelles
**Sent:** Friday, December 22, 2000 5:55 PM
**To:** Samuel Wong; Judy Rich; Mercedeh Ward; Carter Bryant
**Cc:** Isaac Larian; Cecilia Kwok; Victor Lee; Franki Tsang; Stephen Lee
**Subject:** RE: Bratz's Pending issues

Please note my comments below

Please note that we were not able to send to you the pending fabrics and the fashion pack fabric swatches and patterns. The vendor will release them to me as soon as Isaac pays her on Tuesday. ..sorry I am trying.

LA is understanding that we owe you only the following. I will advise release as soon as I get commitment from my vendor. I know that they are late. I am trying...:
- Jade's t-shirt sleeves
- Yasmin's skirt yoke
- Yasmin's backpack
- Fashion pack 3 T-shirt logo
- Fashion pack 3 t shirt sleeves

-----Original Message-----
**From:** Samuel Wong
**Sent:** Friday, December 22, 2000 2:16 AM
**To:** Judy Rich; Mercedeh Ward; Paula Treantafelles
**Cc:** Isaac Larian; Cecilia Kwok; Victor Lee; Franki Tsang; Stephen Lee
**Subject:** RE: Bratz's Pending issues

Judy/ Mercedeh/ Paula,

Please note that we are running behind schedule already, therefore, we need all the information and printing art/pattern immediately. LA, please read the following detaily and support us for all we need, we

CONFIDENTIAL -
ATTORNEYS' EYES ONLY

MGA 0009334

EXHIBIT _17_ PAGE 286

MGA0009334 B

have a diffcult time to hold the schedule in case we cannot provide factory the information immediately, thanks for help in advance :

Here are our questions :

Have received the followings files on 12/21 & 12/22. Please confirm the followings:

- Jadestripe.ai : please advise if it is the pattern for the Beannie of Jade (2 x 2 Rib Knit) YES
- Jadelogo.ai : this is for the logo on the T-shirt of Jade. Per Mercedeh in HK, this should be a 3-color Heat Transfer logo. But the one just received is a 5-color Heat Transfer logo. There may be cost impact for the additional colors. OK
- Jadetrim.ai
- Yasmintrim.ai
- Sashastripe.ai : this is the pattern for the T-shirt sleeves & necktrim for Sasha YES
- Sashalogo.ai : this is for the logo on the backpack of Sasha. Per Mercedeh in HK, this should be a 3-color Heat Transfer logo. But the one just received is a 5-color Heat Transfer logo. There may be cost impact for the additional colors. OK
- Cloelogo.ai : this is for the logo on the t-shirt of Cloe. Per Mercedeh in HK, this should be a 1-color Heat Transfer logo. But the one just received is a 1-color + silver foil Heat Transfer logo. Since the logo is very small, it may be not possible to have silver foil. Moreover, there may be cost impact for the additional silver foil. OK make it one color silver only
- pack1trim.ai
- pack2trim.ai : this is should be printed on white ribbon wrap around the pillow in Fashion pack 2. However, needed 1/4" seam along both sides of the ribbon. Therefore, the final width of the ribbon will be 3/4". Please confirm if it is acceptable. No the fabric does not need seam allowance. Sew directly on top with clear thread.
- pajamaprincess.ai : this is for the logo on the top of Pajama Power (Fashion pack 2). Per Mercedeh in HK, this should be a 3- or 4-color Heat Transfer logo. But the one just received is a 9-color Heat Transfer logo. There may be cost impact for the additional colors. OK
- pajama.jpeg : please advise this pattern is for which piece of outfit of pajama power (Fashion pack 2). PANTS
- sashatrim.ai : please advise if it is for the backpack strap/handle. No it is for the side of the backpack only.
- anaimal.jpeg : please advise this pattern is for which doll & which

CONFIDENTIAL -
ATTORNEYS' EYES ONLY

MGA 0009335

EXHIBIT 17 PAGE 287

MGA0009335 B

piece of outfit CLOE.  Skirt and backpack

We are still waiting for the followings pattern and graphic, please note that HK need the following information immediately in order to hold the 5/15 PS schedule. We are already miss our target date, please e-mail us immediately.  ( THIS IS IMPORTANT !!!!!!! ) LA, please provide immediately to help HK to hold the PS 5/15.

Listed all the other pattern / graphic which needed to provide us before 12/22 for your quick reference:
- Cloe's skirt/ backpack sent today by email
- snaskeskin print for Cloe's headband sent today by email
- Jade's t-shirt sleeves still waiting on engineered print
- texture for Jade's pants sent today by email
- 3 colors for Jade's beannie braids These are included in the swatch sheets.  You dont need artwork for these
- logo on Jade's backpack sent today by email
- Yasmin's skirt yoke still waiting on engineered print
- scalloped edge for Yasmin's skirt trim we do not plan to send you artwork for this. Please source a similar trim from the open market
- Yasmin's backpack still waiting on engineered print
- Sasha's t-shirt logo sent today by email
- Pajama Power's (Fashion Pack 2) pants sent today by email
- Fashion pack 3 T-shirt logo -still waiting on engineered print
- Fashion pack 3 t shirt sleevesstill waiting on engineered print

Besides, we are waiting for LA direction of the following since we mentioned that EL cannot find these fanbrics, and Mercedeh advised us during the conference call with HK on 12/19 and 12/20 that she will give us direction on using other material to replace them. Therefore,  Please advise immediately.

We also waiting for the direction of the following pending issues:
- Pants & Jacket Trim of Cloe : EL advised that they could not find this kind of trim & needed further direction.
- Pants trim of Fashion Pack 3 : EL advised that they could not find this kind of beat along the trim & needed further direction.
Please source through Legend.  These are trims that will need to be created.

CONFIDENTIAL -
ATTORNEYS' EYES ONLY

MGA 0009336

EXHIBIT 17 PAGE 268

MGA0009336 B

- Belt Drawing/ design for Cloe, Jade & Sasha for Tooling. If there is no drawings, please confirm if HK should follow exactly same as the what you attached on the 12/4 fabric summary sheet? Please confirm.

YES. Please follow the sample attached on the 12/4 fabric sheet.

Thanks & best regards
Samuel (12/22/00)

CONFIDENTIAL -
ATTORNEYS' EYES ONLY

MGA 0009337

EXHIBIT 17 PAGE 289

MGA0009337 B

| | |
|---|---|
| From: | Isaac Larian |
| Sent: | Tuesday, December 26, 2000 12:45 PM |
| To: | Kerri Brode |
| Cc: | Dennis Medici; Mercedeh Ward; Colleen O'Higgins; Paula Treantafelles |
| Subject: | RE: Bratz's Pending issues |

Go ahead and pay her.

-----Original Message-----

| | |
|---|---|
| From: | Kerri Brode |
| Sent: | Tuesday, December 26, 2000 9:07 AM |
| To: | Isaac Larian |
| Cc: | Dennis Medici; Mercedeh Ward; Colleen O`Higgins; Paula Treantafelles |
| Subject: | RE: Bratz's Pending issues |

Isaac,

I have three quotes that are pending for Veronica for work she performed for Bratz. The reason for the delay is simple, these are quotes for work done without a Purchase Order. We received the Quotes after the work had already been performed. The last one was just received the end of last week. I need you to give me the approval to get her paid.

Quote#1    Third party sewing and pattern making support from12/3- 12/17      $4,185.00      dated 12/18

Quote#2   Bratz dolls research, development and support services from 11/28 to 12/13 $7,175.00       dated 12/18

Quote#3   Bratz doll fashion development              $1,800.00      dated 12/21

Please give me your approval by return e-mail.

Kerri

-----Original Message-----

| | |
|---|---|
| From: | Isaac Larian |
| Sent: | Tuesday, December 26, 2000 8:37 AM |
| To: | Paula Treantafelles |
| Cc: | Dennis Medici; Mercedeh Ward; Colleen O'Higgins; Kerri Brode |
| Subject: | RE: Bratz's Pending issues |

Is Veronica not turning the work over because we may be late a few days in paying her? I need to know.

Kerri, take care of these with Mercedeh and Dennis today.

-----Original Message-----

| | |
|---|---|
| From: | Paula Treantafelles |
| Sent: | Tuesday, December 26, 2000 8:13 AM |
| To: | Isaac Larian |

1

EXHIBIT 17 PAGE 290

REDACTED

CONFIDENTIAL
ATTORNEY'S EYES ONLY

MGA001585

Cc: Dennis Medici; Mercedeh Ward; Colleen O`Higgins
Subject:        RE: Bratz's Pending issues

I just got a hold of three pending invoices from Veronica.  Isaac this information and material is critical to HK.  Please approve so that I can proceed.  Please call me.

Dennis
Can you help me out with this?

-----Original Message-----
From:           Isaac Larian
Sent:           Friday, December 22, 2000 11:49 PM
To:             Paula Treantafelles
Cc:             Dennis Medici; Mercedeh Ward; Colleen O`Higgins
Subject:        RE: Bratz's Pending issues

What is this?

Which vendor? Who have we not paid?

-----Original Message-----
From:           Paula Treantafelles
Sent:           Friday, December 22, 2000 5:55 PM
To:             Samuel Wong; Judy Rich; Mercedeh Ward; Carter Bryant
Cc:             Isaac Larian; Cecilia Kwok; Victor Lee; Franki Tsang; Stephen Lee
Subject:        RE: Bratz's Pending issues

Please note my comments below

Please note that we were not able to send to you the pending fabrics and the fashion pack fabric swatches and patterns.  The vendor will release them to me as soon as Isaac pays her on Tuesday. ..sorry I am trying.

LA is understanding that we owe you only the following.  I will advise release as soon as I get commitment from my vendor.  I know that they are late.  I am trying...:
• Jade's t-shirt sleeves
• Yasmin's skirt yoke
• Yasmin's backpack
• Fashion pack 3 T-shirt logo
• Fashion pack 3 t shirt sleeves

-----Original Message-----
From:           Samuel Wong
Sent:           Friday, December 22, 2000 2:16 AM
To:             Judy Rich; Mercedeh Ward; Paula Treantafelles
Cc:             Isaac Larian; Cecilia Kwok; Victor Lee; Franki Tsang; Stephen Lee
Subject:        RE: Bratz's Pending issues

Judy/ Mercedeh/ Paula,

**Please note that we are running behind schedule already, therefore, we need all the information and printing art/pattern immediately. LA, please read the following detaily and support us for all we need, we have a difficult time to hold the schedule in case we cannot provide factory the information immediately, thanks for help in advance :**

Here are our questions :

    Have received the followings files on 12/21 & 12/22.  Please confirm the followings:

    - Jadestripe.ai : please advise if it is the pattern for the Beannie of Jade (2 x 2 Rib

2

EXHIBIT 17 PAGE 291

CONFIDENTIAL
ATTORNEY'S EYES ONLY

MGA001586

Knit) YES
- Jadelogo.ai : this is for the logo on the T-shirt of Jade. Per Mercedeh in HK, this should be a 3-color Heat Transfer logo. But the one just received is a 5-color Heat Transfer logo. There may be cost impact for the additional colors. OK
- Jadetrim.ai
- Yasmintrim.ai
- Sashastripe.ai : this is the pattern for the T-shirt sleeves & necktrim for Sasha YES
- Sashalogo.ai : this is for the logo on the backpack of Sasha. Per Mercedeh in HK, this should be a 3-color Heat Transfer logo. But the one just received is a 5-color Heat Transfer logo. There may be cost impact for the additional colors. OK
- Cloelogo.ai : this is for the logo on the t-shirt of Cloe. Per Mercedeh in HK, this should be a 1-color Heat Transfer logo. But the one just received is a 1-color + silver foil Heat Transfer logo. Since the logo is very small, it may be not possible to have silver foil. Moreover, there may be cost impact for the additional silver foil. OK make it one color silver only
- pack1trim.ai
- pack2trim.ai : this is should be printed on white ribbon wrap around the pillow in Fashion pack 2. However, needed 1/4" seam along both sides of the ribbon. Therefore, the final width of the ribbon will be 3/4". Please confirm if it is acceptable. No the fabric does not need seam allowance. Sew directly on top with clear thread.
- pajamaprincess.ai : this is for the logo on the top of Pajama Power (Fashion pack 2). Per Mercedeh in HK, this should be a 3- or 4-color Heat Transfer logo. But the one just received is a 9-color Heat Transfer logo. There may be cost impact for the additional colors. OK
- pajama.jpeg : please advise this pattern is for which piece of outfit of pajama power (Fashion pack 2). PANTS
- sashatrim.ai : please advise if it is for the backpack strap/ handle. No it is for the side of the backpack only.
- anaimal.jpeg : please advise this pattern is for which doll & which piece of outfit CLOE. Skirt and backpack

**We are still waiting for the followings pattern and graphic, please note that HK need the following information immediately in order to hold the 5/15 PS schedule. We are already miss our target date, please e-mail us immediately. ( THIS IS IMPORTANT !!!!!!! ) LA, please provide immediately to help HK to hold the PS 5/15.**

Listed all the other pattern / graphic which needed to provide us before 12/22 for your quick reference:
- Cloe's skirt/ backpack sent today by email
- snaskeskin print for Cloe's headband sent today by email
- Jade's t-shirt sleeves still waiting on engineered print
- texture for Jade's pants sent today by email
- 3 colors for Jade's beannie braids These are included in the swatch sheets. You dont need artwork for these
- logo on Jade's backpack sent today by email
- Yasmin's skirt yoke still waiting on engineered print

3

EXHIBIT 17 PAGE 292

CONFIDENTIAL
ATTORNEY'S EYES ONLY

MGA001587

- scalloped edge for Yasmin's skirt trim we do not plan to send you artwork for this.  Please source a similar trim from the open market
- Yasmin's backpack still waiting on engineered print
- Sasha's t-shirt logo sent today by email
- Pajama Power's (Fashion Pack 2) pants sent today by email
- Fashion pack 3 T-shirt logo -still waiting on engineered print
- Fashion pack 3 t shirt sleevesstill waiting on engineered print

Besides, we are waiting for LA direction of the following since we mentioned that EL cannot find these fanbrics, and Mercedeh advised us during the conference call with HK on 12/19 and 12/20 that she will give us direction on using other material to replace them. Therefore,  Please advise immediately.

We also waiting for the direction of the following pending issues:
- Pants & Jacket Trim of Cloe : EL advised that they could not find this kind of trim & needed further direction.
- Pants trim of Fashion Pack 3 : EL advised that they could not find this kind of beat along the trim & needed further direction.
Please source through Legend.  These are trims that will need to be created.

- Belt Drawing/ design for Cloe, Jade & Sasha for Tooling. If there is no drawings, please confirm if HK should follow exactly same as the what you attached on the 12/4 fabric summary sheet? Please confirm.
YES.  Please follow the sample attached on the 12/4 fabric sheet.

Thanks & best regards
Samuel (12/22/00)

4

CONFIDENTIAL
ATTORNEY'S EYES ONLY

MGA001588

EXHIBIT 17 PAGE 293

**From:** Isaac Larian
**Sent:** Tuesday, December 26, 2000 12:45 PM
**To:** Kerri Brode
**Cc:** Dennis Medici; Mercedeh Ward; Colleen O`Higgins; Paula Treantafelles
**Subject:** RE: Bratz's Pending issues

Go ahead and pay her.

Paula, I need you to tell her that if she wants to treat us like this with a loaded gun to our head, she will not be doing any work for MGA in the future.

-----Original Message-----
**From:** Kerri Brode
**Sent:** Tuesday, December 26, 2000 9:07 AM
**To:** Isaac Larian
**Cc:** Dennis Medici; Mercedeh Ward; Colleen O`Higgins; Paula Treantafelles
**Subject:** RE: Bratz's Pending issues

Isaac,

I have three quotes that are pending for Veronica for work she performed for Bratz. The reason for the delay is simple, these are quotes for work done without a Purchase Order. We received the Quotes after the work had already been performed. The last one was just received the end of last week. I need you to give me the approval to get her paid.

Quote#1   Third party sewing and pattern making support from12/3- 12/17
     $4,185.00     dated 12/18

Quote#2   Bratz dolls research, development and support services from 11/28 to 12/13
     $7,175.00     dated 12/18

Quote#3   Bratz doll fashion development          $1,800.00        dated 12/21

Please give me your approval by return e-mail.

Kerri

-----Original Message-----
**From:** Isaac Larian
**Sent:** Tuesday, December 26, 2000 8:37 AM
**To:** Paula Treantafelles
**Cc:** Dennis Medici; Mercedeh Ward; Colleen O'Higgins; Kerri Brode
**Subject:** RE: Bratz's Pending issues

Is Veronica not turning the work over because we may be late a few days in paying her? I need to know.

Kerri, take care of these with Mercedeh and Dennis today.

-----Original Message-----
**From:** Paula Treantafelles
**Sent:** Tuesday, December 26, 2000 8:13 AM

CONFIDENTIAL -
ATTORNEYS' EYES ONLY

MGA 0009333

EXHIBIT 17 PAGE 294

**To:** Isaac Larian
**Cc:** Dennis Medici; Mercedeh Ward; Colleen O`Higgins
**Subject:**          RE: Bratz's Pending issues

I just got a hold of three pending invoices from Veronica.  Isaac this information and material is critical to HK.  Please approve so that I can proceed.  Please call me.

Dennis
Can you help me out with this?

> -----Original Message-----
> **From:**          Isaac Larian
> **Sent:**          Friday, December 22, 2000 11:49 PM
> **To:**          Paula Treantafelles
> **Cc:**          Dennis Medici; Mercedeh Ward; Colleen O`Higgins
> **Subject:**          RE: Bratz's Pending issues

What is this?

Which vendor? Who have we not paid?

> -----Original Message-----
> **From:**          Paula Treantafelles
> **Sent:**          Friday, December 22, 2000 5:55 PM
> **To:**          Samuel Wong; Judy Rich; Mercedeh Ward; Carter Bryant
> **Cc:**          Isaac Larian; Cecilia Kwok; Victor Lee; Frankl Tsang; Stephen Lee
> **Subject:**          RE: Bratz's Pending issues

Please note my comments below

Please note that we were not able to send to you the pending fabrics and the fashion pack fabric swatches and patterns.  The vendor will release them to me as soon as Isaac pays her on Tuesday.  ..sorry I am trying.

LA is understanding that we owe you only the following.  I will advise release as soon as I get commitment from my vendor.  I know that they are late.  I am trying...:
- Jade's t-shirt sleeves
- Yasmin's skirt yoke
- Yasmin's backpack
- Fashion pack 3 T-shirt logo
- Fashion pack 3 t shirt sleeves

> -----Original Message-----
> **From:**          Samuel Wong
> **Sent:**          Friday, December 22, 2000 2:16 AM
> **To:**          Judy Rich; Mercedeh Ward; Paula Treantafelles
> **Cc:**          Isaac Larian; Cecilia Kwok; Victor Lee; Frankl Tsang; Stephen Lee
> **Subject:**          RE: Bratz's Pending issues

Judy/ Mercedeh/ Paula,

Please note that we are running behind schedule already, therefore, we need all the information and printing art/pattern immediately.  LA, please read the following detaily and support us for all we need, we

CONFIDENTIAL -
ATTORNEYS' EYES ONLY

MGA 0009334

EXHIBIT 17 PAGE 295

have a diffcult time to hold the schedule in case we cannot provide factory the information immediately, thanks for help in advance :

Here are our questions :

Have received the followings files on 12/21 & 12/22. Please confirm the followings:

- Jadestripe.ai : please advise if it is the pattern for the Beannie of Jade (2 x 2 Rib Knit) YES
- Jadelogo.ai : this is for the logo on the T-shirt of Jade. Per Mercedeh in HK, this should be a 3-color Heat Transfer logo. But the one just received is a 5-color Heat Transfer logo. There may be cost impact for the additional colors. OK
- Jadetrim.ai
- Yasmintrim.ai
- Sashastripe.ai : this is the pattern for the T-shirt sleeves & necktrim for Sasha YES
- Sashalogo.ai : this is for the logo on the backpack of Sasha. Per Mercedeh in HK, this should be a 3-color Heat Transfer logo. But the one just received is a 5-color Heat Transfer logo. There may be cost impact for the additional colors. OK
- Cloelogo.ai : this is for the logo on the t-shirt of Cloe. Per Mercedeh in HK, this should be a 1-color Heat Transfer logo. But the one just received is a 1-color + silver foil Heat Transfer logo. Since the logo is very small, it may be not possible to have silver foil. Moreover, there may be cost impact for the additional silver foil. OK make it one color silver only
- pack1trim.ai
- pack2trim.ai : this is should be printed on white ribbon wrap around the pillow in Fashion pack 2. However, needed 1/4" seam along both sides of the ribbon. Therefore, the final width of the ribbon will be 3/4". Please confirm if it is acceptable. No the fabric does not need seam allowance. Sew directly on top with clear thread.
- pajamaprincess.ai : this is for the logo on the top of Pajama Power (Fashion pack 2). Per Mercedeh in HK, this should be a 3- or 4-color Heat Transfer logo. But the one just received is a 9-color Heat Transfer logo. There may be cost impact for the additional colors. OK
- pajama.jpeg : please advise this pattern is for which piece of outfit of pajama power (Fashion pack 2). PANTS
- sashatrim.ai : please advise if it is for the backpack strap/ handle. No it is for the side of the backpack only.
- anaimal.jpeg : please advise this pattern is for which doll & which

CONFIDENTIAL -
ATTORNEYS' EYES ONLY

MGA 0009335

EXHIBIT 17 PAGE 296

piece of outfit CLOE.  Skirt and backpack

We are still waiting for the followings pattern and graphic, please note that HK need the following information immediately in order to hold the 5/15 PS schedule. We are already miss our target date, please e-mail us immediately. ( THIS IS IMPORTANT !!!!!!! ) LA, please provide immediately to help HK to hold the PS 5/15.

Listed all the other pattern / graphic which needed to provide us before 12/22 for your quick reference:
- Cloe's skirt/ backpack sent today by email
- snaskeskin print for Cloe's headband sent today by email
- Jade's t-shirt sleeves still waiting on engineered print
- texture for Jade's pants sent today by email
- 3 colors for Jade's beannie braids These are included in the swatch sheets.  You dont need artwork for these
- logo on Jade's backpack sent today by email
- Yasmin's skirt yoke still waiting on engineered print
- scalloped edge for Yasmin's skirt trim we do not plan to send you artwork for this.  Please source a similar trim from the open market
- Yasmin's backpack still waiting on engineered print
- Sasha's t-shirt logo sent today by email
- Pajama Power's (Fashion Pack 2) pants sent today by email
- Fashion pack 3 T-shirt logo -still waiting on engineered print
- Fashion pack 3 t shirt sleevesstill waiting on engineered print

Besides, we are waiting for LA direction of the following since we mentioned that EL cannot find these fanbrics, and Mercedeh advised us during the conference call with HK on 12/19 and 12/20 that she will give us direction on using other material to replace them. Therefore,  Please advise immediately.

We also waiting for the direction of the following pending issues:
- Pants & Jacket Trim of Cloe : EL advised that they could not find this kind of trim & needed further direction.
- Pants trim of Fashion Pack 3 : EL advised that they could not find this kind of beat along the trim & needed further direction.
Please source through Legend.  These are trims that will need to be created.

CONFIDENTIAL -
ATTORNEYS' EYES ONLY

MGA 0009336

EXHIBIT 17 PAGE 297

- Belt Drawing/ design for Cloe, Jade & Sasha for Tooling. If there is no drawings, please confirm if HK should follow exactly same as the what you attached on the 12/4 fabric summary sheet? Please confirm.

YES. Please follow the sample attached on the 12/4 fabric sheet.

Thanks & best regards
Samuel (12/22/00)

CONFIDENTIAL –
ATTORNEYS' EYES ONLY

MGA 0009337

EXHIBIT 17 PAGE 298

**Dennis Medici**

| | |
|---|---|
| From: | Isaac Lanan |
| Sent: | Tuesday, December 26, 2000 12:45 PM |
| To: | Kern Brode |
| Cc: | Dennis Medici; Mercedeh Ward; Colleen O'Higgins, Paula Treantafelles |
| Subject: | RE. Bratz's Pending issues |

Go ahead and pay her

Paula, I need you to tell her that if she wants to treat us like this with a loaded gun to our head, she will not be doing any work for MGA in the future

-----Original Message-----
**From:** Kern Brode
**Sent:** Tuesday, December 26, 2000 9:07 AM
**To:** Isaac Lanan
**Cc:** Dennis Medici; Mercedeh Ward; Colleen O'Higgins; Paula Treantafelles
**Subject:** RE: Bratz's Pending issues

Isaac,

I have three quotes that are pending for Veronica for work she performed for Bratz. The reason for the delay is simple, these are quotes for work done without a Purchase Order. We received the Quotes after the work had already been performed. The last one was just received the end of last week. I need you to give me the approval to get her paid.

Quote#1   Third party sewing and pattern making support from12/3- 12/17       $4,185 00       dated 12/18

Quote#2   Bratz dolls research, development and support services from 11/28 to 12/13  $7,175.00       dated 12/18

Quote#3   Bratz doll fashion development                    $1,800.00       dated 12/21

Please give me your approval by return e-mail.

Kerri

-----Original Message-----
**From:** Isaac Lanan
**Sent:** Tuesday, December 26, 2000 8:37 AM
**To:** Paula Treantafelles
**Cc:** Dennis Medici; Mercedeh Ward; Colleen O'Higgins; Kerri Brode
**Subject:** RE: Bratz's Pending issues

Is Veronica not turning the work over because we may be late a few days in paying her? I need to know.

Kerri, take care of these with Mercedeh and Dennis today.

-----Original Message-----
**From:** Paula Treantafelles
**Sent:** Tuesday, December 26, 2000 8:13 AM
**To:** Isaac Lanan
**Cc:** Dennis Medici; Mercedeh Ward; Colleen O'Higgins
**Subject:** RE: Bratz's Pending issues

1

CONFIDENTIAL
ATTORNEYS' EYES ONLY

MGA0008682


EXHIBIT 17 PAGE 299

I just got a hold of three pending invoices from Veronica. Isaac this information and material is critical to HK. Please approve so that I can proceed. Please call me.

Dennis
Can you help me out with this?

> -----Original Message-----
> **From:** Isaac Larian
> **Sent:** Friday, December 22, 2000 11:49 PM
> **To:** Paula Treantafelles
> **Cc:** Dennis Medici; Mercedeh Ward; Colleen O`Higgins
> **Subject:** RE: Bratz's Pending issues
>
> What is this?
>
> Which vendor? Who have we not paid?
>
> > -----Original Message-----
> > **From:** Paula Treantafelles
> > **Sent:** Friday, December 22, 2000 5:55 PM
> > **To:** Samuel Wong; Judy Rich; Mercedeh Ward; Carter Bryant
> > **Cc:** Isaac Larian; Cecilia Kwok; Victor Lee; Frankl Tsang; Stephen Lee
> > **Subject:** RE: Bratz's Pending issues
> >
> > Please note my comments below
> >
> > Please note that we were not able to send to you the pending fabrics and the fashion pack fabric swatches and patterns. The vendor will release them to me as soon as Isaac pays her on Tuesday. ..sorry I am trying.
> >
> > LA is understanding that we owe you only the following. I will advise release as soon as I get commitment from my vendor. I know that they are late. I am trying...:
> > • Jade's t-shirt sleeves
> > • Yasmin's skirt yoke
> > • Yasmin's backpack
> > • Fashion pack 3 T-shirt logo
> > • Fashion pack 3 t shirt sleeves
> >
> > > -----Original Message-----
> > > **From:** Samuel Wong
> > > **Sent:** Friday, December 22, 2000 2:16 AM
> > > **To:** Judy Rich; Mercedeh Ward; Paula Treantafelles
> > > **Cc:** Isaac Larian; Cecilia Kwok; Victor Lee; Frankl Tsang; Stephen Lee
> > > **Subject:** RE: Bratz's Pending issues
> > >
> > > Judy/ Mercedeh/ Paula,
> > >
> > > **Please note that we are running behind schedule already, therefore, we need all the information and printing art/pattern immediately. LA, please read the following detaily and support us for all we need, we have a difficult time to hold the schedule in case we cannot provide factory the information immediately, thanks for help in advance :**
> > >
> > > Here are our questions :
> > >
> > > Have received the followings files on 12/21 & 12/22. Please confirm the followings:
> > >
> > > - Jadestripe.ai : please advise if it is the pattern for the Beannie of Jade (2 x 2 Rib Knit) YES
> > > - Jadelogo.ai : this is for the logo on the T-shirt of Jade. Per Mercedeh in HK, this should be a 3-color Heat Transfer logo. But the one just received is a 5-color Heat

2

CONFIDENTIAL
ATTORNEYS' EYES ONLY

MGA0008683


EXHIBIT 17 PAGE 300

Transfer logo.  There may be cost impact for the additional colors. OK
- Jadetrim.ai
- Yasmintrim.ai
- Sashastripe.ai : this is the pattern for the T-shirt sleeves & necktrim for Sasha YES
- Sashalogo ai : this is for the logo on the backpack of Sasha. Per Mercedeh in HK, this should be a 3-color Heat Transfer logo.  But the one just received is a 5-color Heat Transfer logo.  There may be cost impact for the additional colors. OK
- Cloelogo.ai : this is for the logo on the t-shirt of Cloe. Per Mercedeh in HK, this should be a 1-color Heat Transfer logo.  But the one just received is a 1-color + silver foil Heat Transfer logo.  Since the logo is very small, it may be not possible to have silver foil.  Moreover, there may be cost impact for the additional silver foil. OK make it one color silver only
- pack1trim.ai
- pack2trim.ai : this is should be printed on white ribbon wrap around the pillow in Fashion pack 2.  However, needed 1/4" seam along both sides of the ribbon.  Therefore, the final width of the ribbon will be 3/4".  Please confirm if it is acceptable. No the fabric does not need seam allowance.  Sew directly on top with clear thread.
- pajamaprincess.ai : this is for the logo on the top of Pajama Power (Fashion pack 2). Per Mercedeh in HK, this should be a 3- or 4-color Heat Transfer logo.  But the one just received is a 9-color Heat Transfer logo.  There may be cost impact for the additional colors. OK
- pajama.jpeg : please advise this pattern is for which piece of outfit of pajama power (Fashion pack 2). PANTS
- sashatrim.ai : please advise if it is for the backpack strap/ handle. No it is for the side of the backpack only.
- anaimal.jpeg : please advise this pattern is for which doll & which piece of outfit CLOE.  Skirt and backpack

**We are still waiting for the followings pattern and graphic, please note that HK need the following information immediately in order to hold the 5/15 PS schedule. We are already miss our target date, please e-mail us immediately.  ( THIS IS IMPORTANT !!!!!!!! ) LA, please provide immediately to help HK to hold the PS 5/15.**

Listed all the other pattern / graphic which needed to provide us before 12/22 for your quick reference:
- Cloe's skirt/ backpack sent today by email
- snaskeskin print for Cloe's headband sent today by email
- Jade's t-shirt sleeves still waiting on engineered print
- texture for Jade's pants sent today by email
- 3 colors for Jade's beannie braids These are included in the swatch sheets. You dont need artwork for these
- logo on Jade's backpack sent today by email
- Yasmin's skirt yoke still waiting on engineered print
- scalloped edge for Yasmin's skirt trim we do not plan to send you artwork for this.  Please source a similar trim from the open market
- Yasmin's backpack still waiting on engineered print

3

CONFIDENTIAL
ATTORNEYS' EYES ONLY

MGA0008684


EXHIBIT 17 PAGE 301

- Sasha's t-shirt logo sent today by email
- Pajama Power's (Fashion Pack 2) pants sent today by email
- Fashion pack 3 T-shirt logo -still waiting on engineered print
- Fashion pack 3 t shirt sleevesstill waiting on engineered print

Besides, we are waiting for LA direction of the following since we mentioned that EL cannot find these fanbrics, and Mercedeh advised us during the conference call with HK on 12/19 and 12/20 that she will give us direction on using other material to replace them. Therefore, Please advise immediately.

We also waiting for the direction of the following pending issues:
- Pants & Jacket Trim of Cloe : EL advised that they could not find this kind of trim & needed further direction.
- Pants trim of Fashion Pack 3 : EL advised that they could not find this kind of beat along the trim & needed further direction.
Please source through Legend.  These are trims that will need to be created.

- Belt Drawing/ design for Cloe, Jade & Sasha for Tooling. If there is no drawings, please confirm if HK should follow exactly same as the what you attached on the 12/4 fabric summary sheet? Please confirm.
YES.  Please follow the sample attached on the 12/4 fabric sheet.

Thanks & best regards
Samuel (12/22/00)

4

CONFIDENTIAL
ATTORNEYS' EYES ONLY

MGA0008685

EXHIBIT 17 PAGE 302

**Dennis Medici**

| | |
|---|---|
| From: | Isaac Larian |
| Sent: | Tuesday, December 26, 2000 12:45 PM |
| To: | Kern Brode |
| Cc: | Dennis Medici, Mercedeh Ward, Colleen O'Higgins; Paula Treantafelles |
| Subject: | RE. Bratz's Pending issues |

Go ahead and pay her

Paula, I need you to tell her that if she wants to treat us like this with a loaded gun to our head, she will not be doing any work for MGA in the future

-----Original Message-----
| | |
|---|---|
| From: | Kern Brode |
| Sent: | Tuesday, December 26, 2000 9:07 AM |
| To: | Isaac Larian |
| Cc: | Dennis Medici; Mercedeh Ward; Colleen O'Higgins; Paula Treantafelles |
| Subject: | RE: Bratz's Pending issues |

Isaac,

I have three quotes that are pending for Veronica for work she performed for Bratz. The reason for the delay is simple, these are quotes for work done without a Purchase Order. We received the Quotes after the work had already been performed. The last one was just received the end of last week. I need you to give me the approval to get her paid.

Quote#1  Third party sewing and pattern making support from12/3- 12/17       $4,185.00      dated 12/18

Quote#2  Bratz dolls research, development and support services from 11/28 to 12/13 $7,175.00        dated 12/18

Quote#3  Bratz doll fashion development                    $1,800.00      dated 12/21

Please give me your approval by return e-mail.

Kerri

-----Original Message-----
| | |
|---|---|
| From: | Isaac Larian |
| Sent: | Tuesday, December 26, 2000 8:37 AM |
| To: | Paula Treantafelles |
| Cc: | Dennis Medici; Mercedeh Ward; Colleen O'Higgins; Kern Brode |
| Subject: | RE: Bratz's Pending issues |

Is Veronica not turning the work over because we may be late a few days in paying her? I need to know.

Kern, take care of these with Mercedeh and Dennis today.

-----Original Message-----
| | |
|---|---|
| From: | Paula Treantafelles |
| Sent: | Tuesday, December 26, 2000 8:13 AM |
| To: | Isaac Larian |
| Cc: | Dennis Medici; Mercedeh Ward; Colleen O'Higgins |
| Subject: | RE: Bratz's Pending issues |

1

CONFIDENTIAL
ATTORNEYS' EYES ONLY

MGA0008691

EXHIBIT 17 PAGE 303

I just got a hold of three pending invoices from Veronica. Isaac this information and material is critical to HK. Please approve so that I can proceed. Please call me.

Dennis
Can you help me out with this?

-----Original Message-----
From:       Isaac Larian
Sent:       Friday, December 22, 2000 11:49 PM
To:         Paula Treantafelles
Cc:         Dennis Medici; Mercedeh Ward; Colleen O' Higgins
Subject:    RE: Bratz's Pending issues

What is this?

Which vendor? Who have we not paid?

-----Original Message-----
From:       Paula Treantafelles
Sent:       Friday, December 22, 2000 5:55 PM
To:         Samuel Wong; Judy Rich; Mercedeh Ward; Carter Bryant
Cc:         Isaac Larian; Cecilia Kwok; Victor Lee; Frankl Tsang; Stephen Lee
Subject:    RE: Bratz's Pending issues

Please note my comments below

Please note that we were not able to send to you the pending fabrics and the fashion pack fabric swatches and patterns. The vendor will release them to me as soon as Isaac pays her on Tuesday. ..sorry I am trying.

LA is understanding that we owe you only the following. I will advise release as soon as I get commitment from my vendor. I know that they are late. I am trying...:

• Jade's t-shirt sleeves
• Yasmin's skirt yoke
• Yasmin's backpack
• Fashion pack 3 T-shirt logo
• Fashion pack 3 t shirt sleeves

-----Original Message-----
From:       Samuel Wong
Sent:       Friday, December 22, 2000 2:16 AM
To:         Judy Rich; Mercedeh Ward; Paula Treantafelles
Cc:         Isaac Larian; Cecilia Kwok; Victor Lee; Frankl Tsang; Stephen Lee
Subject:    RE: Bratz's Pending issues

Judy/ Mercedeh/ Paula,

**Please note that we are running behind schedule already, therefore, we need all the information and printing art/pattern immediately. LA, please read the following detally and support us for all we need, we have a difficult time to hold the schedule in case we cannot provide factory the information immediately, thanks for help in advance :**

Here are our questions :

Have received the followings files on 12/21 & 12/22. Please confirm the followings:

- Jadestripe.ai : please advise if it is the pattern for the Beannie of Jade (2 x 2 Rib Knit) YES
- Jadelogo.ai : this is for the logo on the T-shirt of Jade. Per Mercedeh in HK, this should be a 3-color Heat Transfer logo. But the one just received is a 5-color Heat

2

CONFIDENTIAL
ATTORNEYS' EYES ONLY

MGA0008692


EXHIBIT 17  PAGE 304

Transfer logo. There may be cost impact for the additional colors. OK
- Jadetrim.ai
- Yasmintrim.ai
- Sashastripe.ai : this is the pattern for the T-shirt sleeves & necktrim for Sasha YES
- Sashalogo.ai : this is for the logo on the backpack of Sasha. Per Mercedeh in HK, this should be a 3-color Heat Transfer logo. But the one just received is a 5-color Heat Transfer logo. There may be cost impact for the additional colors. OK
- Cloelogo.ai : this is for the logo on the t-shirt of Cloe. Per Mercedeh in HK, this should be a 1-color Heat Transfer logo. But the one just received is a 1-color + silver foil Heat Transfer logo. Since the logo is very small, it may be not possible to have silver foil. Moreover, there may be cost impact for the additional silver foil. OK make it one color silver only
- pack1trim.ai
- pack2trim.ai : this is should be printed on white ribbon wrap around the pillow in Fashion pack 2. However, needed 1/4" seam along both sides of the ribbon. Therefore, the final width of the ribbon will be 3/4". Please confirm if it is acceptable. No the fabric does not need seam allowance.  Sew directly on top with clear thread.
- pajamaprincess.ai : this is for the logo on the top of Pajama Power (Fashion pack 2). Per Mercedeh in HK, this should be a 3- or 4-color Heat Transfer logo. But the one just received is a 9-color Heat Transfer logo. There may be cost impact for the additional colors. OK
- pajama.jpeg : please advise this pattern is for which piece of outfit of pajama power. (Fashion pack 2). PANTS
- sashatrim.ai : please advise if it is for the backpack strap/ handle. No it is for the side of the backpack only.
- anaimal.jpeg : please advise this pattern is for which doll & which piece of outfit CLOE.  Skirt and backpack

**We are still waiting for the followings pattern and graphic, please note that HK need the following information immediately in order to hold the 5/15 PS schedule. We are already miss our target date, please e-mail us immediately. ( THIS IS IMPORTANT !!!!!!!! ) LA, please provide immediately to help HK to hold the PS 5/15.**

Listed all the other pattern / graphic which needed to provide us before 12/22 for your quick reference:
- Cloe's skirt/ backpack sent today by email
- snakeskin print for Cloe's headband sent today by email
- Jade's t-shirt sleeves still waiting on engineered print
- texture for Jade's pants sent today by email
- 3 colors for Jade's beannie braids These are included in the swatch sheets. You dont need artwork for these
- logo on Jade's backpack sent today by email
- Yasmin's skirt yoke still waiting on engineered print
- scalloped edge for Yasmin's skirt trim we do not plan to send you artwork for this.  Please source a similar trim from the open market
- Yasmin's backpack still waiting on engineered print

3

CONFIDENTIAL
ATTORNEYS' EYES ONLY

MGA0008693


EXHIBIT 17 PAGE 305

- Sasha's t-shirt logo sent today by email
- Pajama Power's (Fashion Pack 2) pants sent today by email
- Fashion pack 3 T-shirt logo -still waiting on engineered print
- Fashion pack 3 t shirt sleevesstill waiting on engineered print

**Besides, we are waiting for LA direction of the following since we mentioned that EL cannot find these fanbrics, and Mercedeh advised us during the conference call with HK on 12/19 and 12/20 that she will give us direction on using other material to replace them. Therefore, Please advise immediately.**

We also waiting for the direction of the following pending issues:
- Pants & Jacket Trim of Cloe : EL advised that they could not find this kind of trim & needed further direction.
- Pants trim of Fashion Pack 3 : EL advised that they could not find this kind of beat along the trim & needed further direction.
Please source through Legend.  These are trims that will need to be created.

- Belt Drawing/ design for Cloe, Jade & Sasha for Tooling. **If there is no drawings, please confirm if HK should follow exactly same as the what you attached on the 12/4 fabric summary sheet? Please confirm.**
YES.  Please follow the sample attached on the 12/4 fabric sheet.

Thanks & best regards
Samuel (12/22/00)

4

CONFIDENTIAL
ATTORNEYS' EYES ONLY

MGA0008694

EXHIBIT 17 PAGE 306

**Dennis Medici**

From:           Isaac Lanan
Sent:           Tuesday, December 26, 2000 12:45 PM
To:             Kern Brode
Cc:             Dennis Medici; Mercedeh Ward; Colleen O'Higgins; Paula Treantafelles
Subject:        RE: Bratz's Pending issues

Go ahead and pay her

Paula, I need you to tell her that if she wants to treat us like this with a loaded gun to our head, she will not be doing any work for MGA in the future.

> -----Original Message-----
> From:      Kern Brode
> Sent:      Tuesday, December 26, 2000 9:07 AM
> To:        Isaac Lanan
> Cc:        Dennis Medici; Mercedeh Ward; Colleen O'Higgins; Paula Treantafelles
> Subject:   RE: Bratz's Pending issues
>
> Isaac,
>
> I have three quotes that are pending for Veronica for work she performed for Bratz. The reason for the delay is simple, these are quotes for work done without a Purchase Order. We received the Quotes after the work had already been performed. The last one was just received the end of last week. I need you to give me the approval to get her paid.
>
> Quote#1   Third party sewing and pattern making support from 12/3- 12/17     $4,185.00     dated 12/18
>
> Quote#2   Bratz dolls research, development and support services from 11/28 to 12/13  $7,175.00     dated 12/18
>
> Quote#3   Bratz doll fashion development                    $1,800.00     dated 12/21
>
> Please give me your approval by return e-mail.
>
> Kerri
>
>
>
>> -----Original Message-----
>> From:     Isaac Larian
>> Sent:     Tuesday, December 26, 2000 8:37 AM
>> To:       Paula Treantafelles
>> Cc:       Dennis Medici; Mercedeh Ward; Colleen O'Higgins; Kerri Brode
>> Subject:  RE: Bratz's Pending issues
>>
>> Is Veronica not turning the work over because we may be late a few days in paying her? I need to know.
>>
>> Kerri, take care of these with Mercedeh and Dennis today.
>>
>>> -----Original Message-----
>>> From:    Paula Treantafelles
>>> Sent:    Tuesday, December 26, 2000 8:13 AM
>>> To:      Isaac Larian
>>> Cc:      Dennis Medici; Mercedeh Ward; Colleen O'Higgins
>>> Subject: RE: Bratz's Pending issues

1

CONFIDENTIAL -
ATTORNEYS' EYES ONLY

MGA0008701

EXHIBIT 17 PAGE 307

I just got a hold of three pending invoices from Veronica. Isaac this information and material is critical to HK. Please approve so that I can proceed. Please call me

Dennis
Can you help me out with this?

-----Original Message-----
**From:**  Isaac Lanan
**Sent:**  Friday, December 22, 2000 11:49 PM
**To:**  Paula Treantafelles
**Cc:**  Dennis Medici; Mercedeh Ward; Colleen O`Higgins
**Subject:**  RE: Bratz's Pending Issues

What is this?

Which vendor? Who have we not paid?

-----Original Message-----
**From:**  Paula Treantafelles
**Sent:**  Friday, December 22, 2000 5:55 PM
**To:**  Samuel Wong; Judy Rich; Mercedeh Ward; Carter Bryant
**Cc:**  Isaac Lanan; Cecilia Kwok; Victor Lee; Frankl Tsang; Stephen Lee
**Subject:**  RE: Bratz's Pending Issues

Please note my comments below

Please note that we were not able to send to you the pending fabrics and the fashion pack fabric swatches and patterns. The vendor will release them to me as soon as Isaac pays her on Tuesday. ..sorry I am trying.

LA is understanding that we owe you only the following. I will advise release as soon as I get commitment from my vendor. I know that they are late. I am trying...:
- Jade's t-shirt sleeves
- Yasmin's skirt yoke
- Yasmin's backpack
- Fashion pack 3 T-shirt logo
- Fashion pack 3 t shirt sleeves

-----Original Message-----
**From:**  Samuel Wong
**Sent:**  Friday, December 22, 2000 2:16 AM
**To:**  Judy Rich; Mercedeh Ward; Paula Treantafelles
**Cc:**  Isaac Larian; Cecilia Kwok; Victor Lee; Frankl Tsang; Stephen Lee
**Subject:**  RE: Bratz's Pending Issues

Judy/ Mercedeh/ Paula,

**Please note that we are running behind schedule already, therefore, we need all the information and printing art/pattern immediately. LA, please read the following detaily and support us for all we need, we have a difficult time to hold the schedule in case we cannot provide factory the information immediately, thanks for help in advance :**

Here are our questions :

- Jadestripe.ai : please advise if it is the pattern for the Beannie of Jade (2 x 2 Rib Knit) YES
- Jadelogo.ai : this is for the logo on the T-shirt of Jade. Per Mercedeh in HK, this should be a 3-color Heat Transfer logo. But the one just received is a 5-color Heat

2

CONFIDENTIAL -
ATTORNEYS' EYES ONLY

MGA0008702

EXHIBIT 17 PAGE 308

Transfer logo. There may be cost impact for the additional colors. OK

- Jadetrim.ai
- Yasmintrim.ai
- Sashastripe.ai : this is the pattern for the T-shirt sleeves & necktrim for Sasha YES
- Sashalogo.ai : this is for the logo on the backpack of Sasha. Per Mercedeh in HK, this should be a 3-color Heat Transfer logo. But the one just received is a 5-color Heat Transfer logo. There may be cost impact for the additional colors. OK
- Cloelogo.ai : this is for the logo on the t-shirt of Cloe. Per Mercedeh in HK, this should be a 1-color Heat Transfer logo. But the one just received is a 1-color + silver foil Heat Transfer logo. Since the logo is very small, it may be not possible to have silver foil. Moreover, there may be cost impact for the additional silver foil. OK make it one color silver only
- pack1trim.ai
- pack2trim.ai : this is should be printed on white ribbon wrap around the pillow in Fashion pack 2. However, needed 1/4" seam along both sides of the ribbon. Therefore, the final width of the ribbon will be 3/4". Please confirm if it is acceptable. No the fabric does not need seam allowance. Sew directly on top with clear thread.
- pajamaprincess.ai : this is for the logo on the top of Pajama Power (Fashion pack 2). Per Mercedeh in HK, this should be a 3- or 4-color Heat Transfer logo. But the one just received is a 9-color Heat Transfer logo. There may be cost impact for the additional colors. OK
- pajama.jpeg : please advise this pattern is for which piece of outfit of pajama power (Fashion pack 2). PANTS
- sashatrim.ai : please advise if it is for the backpack strap/ handle. No it is for the side of the backpack only.
- anaimal.jpeg : please advise this pattern is for which doll & which piece of outfit CLOE. Skirt and backpack

**We are still waiting for the followings pattern and graphic, please note that HK need the following information immediately in order to hold the 5/15 PS schedule. We are already miss our target date, please e-mail us immediately. ( THIS IS IMPORTANT !!!!!!!! ) LA, please provide immediately to help HK to hold the PS 5/15.**

Listed all the other pattern / graphic which needed to provide us before 12/22 for your quick reference:
- Cloe's skirt/ backpack sent today by email
- snaskeskin print for Cloe's headband sent today by email
- Jade's t-shirt sleeves still waiting on engineered print
- texture for Jade's pants sent today by email
- 3 colors for Jade's beannie braids These are included in the swatch sheets. You dont need artwork for these
- logo on Jade's backpack sent today by email
- Yasmin's skirt yoke still waiting on engineered print
- scalloped edge for Yasmin's skirt trim we do not plan to send you artwork for this. Please source a similar trim from the open market
- Yasmin's backpack still waiting on engineered print

3

CONFIDENTIAL -
ATTORNEYS' EYES ONLY

MGA0008703

EXHIBIT 17 PAGE 309

- Sasha's t-shirt logo sent today by email
- Pajama Power's (Fashion Pack 2) pants sent today by email
- Fashion pack 3 T-shirt logo -still waiting on engineered print
- Fashion pack 3 t shirt sleevesstill waiting on engineered print

Besides, we are waiting for LA direction of the following since we mentioned that EL cannot find these fanbrics, and Mercedeh advised us during the conference call with HK on 12/19 and 12/20 that she will give us direction on using other material to replace them. Therefore, Please advise immediately.

We also waiting for the direction of the following pending issues:
- Pants & Jacket Trim of Cloe : EL advised that they could not find this kind of trim & needed further direction.
- Pants trim of Fashion Pack 3 : EL advised that they could not find this kind of beat along the trim & needed further direction.
Please source through Legend.  These are trims that will need to be created.

- Belt Drawing/ design for Cloe, Jade & Sasha for Tooling. If there is no drawings, please confirm if HK should follow exactly same as the what you attached on the 12/4 fabric summary sheet? Please confirm.
YES. Please follow the sample attached on the 12/4 fabric sheet.

Thanks & best regards
Samuel (12/22/00)

4

CONFIDENTIAL -
ATTORNEYS' EYES ONLY

MGA0008704

EXHIBIT 17 PAGE 310

| | |
|---|---|
| From: | Isaac Larian |
| Sent: | Tuesday, December 26, 2000 12:45 PM |
| To: | Kerri Brode |
| Cc: | Dennis Medici; Mercedeh Ward; Colleen O'Higgins; Paula Treantafelles |
| Subject: | RE: Bratz's Pending Issues |

Go ahead and pay her.

Paula, I need you to tell her that if she wants to treat us like this with a loaded gun to our head, she will not be doing any work for MGA in the future.

-----Original Message-----
| From: | Kerri Brode |
|---|---|
| Sent: | Tuesday, December 26, 2000 9:07 AM |
| To: | Isaac Larian |
| Cc: | Dennis Medici; Mercedeh Ward; Colleen O`Higgins; Paula Treantafelles |
| Subject: | RE: Bratz's Pending Issues |

Isaac,

I have three quotes that are pending for Veronica for work she performed for Bratz. The reason for the delay is simple, these are quotes for work done without a Purchase Order. We received the Quotes after the work had already been performed. The last one was just received the end of last week. I need you to give me the approval to get her paid.

Quote#1  Third party sewing and pattern making support from 12/3- 12/17      $4,185.00      dated 12/18

Quote#2  Bratz dolls research, development and support services from 11/28 to 12/13  $7,175.00      dated 12/18

Quote#3  Bratz doll fashion development                $1,800.00      dated 12/21

Please give me your approval by return e-mail.

Kerri

-----Original Message-----
| From: | Isaac Larian |
|---|---|
| Sent: | Tuesday, December 26, 2000 8:37 AM |
| To: | Paula Treantafelles |
| Cc: | Dennis Medici; Mercedeh Ward; Colleen O'Higgins; Kerri Brode |
| Subject: | RE: Bratz's Pending Issues |

Is Veronica not turning the work over because we may be late a few days in paying her? I need to know.

Kerri, take care of these with Mercedeh and Dennis today.

-----Original Message-----
| From: | Paula Treantafelles |
|---|---|
| Sent: | Tuesday, December 26, 2000 8:13 AM |
| To: | Isaac Larian |

1

CONFIDENTIAL -
ATTORNEYS EYES ONLY

MGA005038

EXHIBIT 17 PAGE 311

MGA0005038 B

Cc:      Dennis Medici; Mercedeh Ward; Colleen O`Higgins
Subject:  RE: Bratz's Pending Issues

I just got a hold of three pending invoices from Veronica.  Isaac this information and material is critical to HK.  Please approve so that I can proceed.  Please call me.

Dennis
Can you help me out with this?

      ----Original Message----
From:     Isaac Larian
Sent:     Friday, December 22, 2000 11:49 PM
To:       Paula Treantafelles
Cc:       Dennis Medici; Mercedeh Ward; Colleen O`Higgins
Subject:  RE: Bratz's Pending Issues

What is this?

Which vendor? Who have we not paid?

      ----Original Message----
From:     Paula Treantafelles
Sent:     Friday, December 22, 2000 5:55 PM
To:       Samuel Wong; Judy Rich; Mercedeh Ward; Carter Bryant
Cc:       Isaac Larian; Cecilia Kwok; Victor Lee; Franki Tsang; Stephen Lee
Subject:  RE: Bratz's Pending Issues

Please note my comments below

Please note that we were not able to send to you the pending fabrics and the fashion pack fabric swatches and patterns.  The vendor will release them to me as soon as Isaac pays her on Tuesday. ...sorry I am trying.

LA is understanding that we owe you only the following.  I will advise release as soon as I get commitment from my vendor.  I know that they are late.  I am trying...:
- Jade's t-shirt sleeves
- Yasmin's skirt yoke
- Yasmin's backpack
- Fashion pack 3 T-shirt logo
- Fashion pack 3 t shirt sleeves

----Original Message----
From:     Samuel Wong
Sent:     Friday, December 22, 2000 2:16 AM
To:       Judy Rich; Mercedeh Ward; Paula Treantafelles
Cc:       Isaac Larian; Cecilia Kwok; Victor Lee; Franki Tsang; Stephen Lee
Subject:  RE: Bratz's Pending Issues

Judy/ Mercedeh/ Paula,

**Please note that we are running behind schedule already, therefore, we need all the information and printing art/pattern immediately. LA, please read the following detaily and support us for all we need, we have a difficut time to hold the schedule in case we cannot provide factory the information immediately, thanks for help in advance :**

Here are our questions :

   Have received the followings files on 12/21 & 12/22.  Please confirm the followings:

  - Jadestripe.ai : please advise if it is the pattern for the Beannie of Jade (2 x 2 Rib

2

CONFIDENTIAL -
ATTORNEYS EYES ONLY

MGA005039

EXHIBIT 17 PAGE 312

MGA0005039 B

Knit) YES

- Jadelogo.ai : this is for the logo on the T-shirt of Jade. Per Mercedeh in HK, this should be a 3-color Heat Transfer logo. But the one just received is a 5-color Heat Transfer logo. There may be cost impact for the additional colors. OK
- Jadetrim.ai
- Yasmintrim.ai
- Sashastripe.ai : this is the pattern for the T-shirt sleeves & necktrim for Sasha YES
- Sashalogo.ai : this is for the logo on the backpack of Sasha. Per Mercedeh in HK, this should be a 3-color Heat Transfer logo. But the one just received is a 5-color Heat Transfer logo. There may be cost impact for the additional colors. OK
- Cloelogo.ai : this is for the logo on the t-shirt of Cloe. Per Mercedeh in HK, this should be a 1-color Heat Transfer logo. But the one just received is a 1-color + silver foil Heat Transfer logo. Since the logo is very small, it may be not possible to have silver foil. Moreover, there may be cost impact for the additional silver foil. OK make it one color silver only
- pack1trim.ai
- pack2trim.ai : this is should be printed on white ribbon wrap around the pillow in Fashion pack 2. However, needed 1/4" seam along both sides of the ribbon. Therefore, the final width of the ribbon will be 3/4". Please confirm if it is acceptable. No the fabric does not need seam allowance. Sew directly on top with clear thread.
- pajamaprincess.ai : this is for the logo on the top of Pajama Power (Fashion pack 2). Per Mercedeh in HK, this should be a 3- or 4-color Heat Transfer logo. But the one just received is a 9-color Heat Transfer logo. There may be cost impact for the additional colors. OK
- pajama.jpeg : please advise this pattern is for which piece of outfit of pajama power (Fashion pack 2). PANTS
- sashatrim.ai : please advise if it is for the backpack strap/ handle. No it is for the side of the backpack only.
- anaimal.jpeg : please advise this pattern is for which doll & which piece of outfit CLOE. Skirt and backpack

We are still waiting for the followings pattern and graphic, please note that HK need the following information immediately in order to hold the 5/15 PS schedule. We are already miss our target date, please e-mail us immediately. ( THIS IS IMPORTANT !!!!!!! ) LA, please provide immediately to help HK to hold the PS 5/15.

Listed all the other pattern / graphic which needed to provide us before 12/22 for your quick reference:

- Cloe's skirt/ backpack sent today by email
- snaskeskin print for Cloe's headband sent today by email
- Jade's t-shirt sleeves still waiting on engineered print
- texture for Jade's pants sent today by email
- 3 colors for Jade's beannie braids These are included in the swatch sheets. You dont need artwork for these
- logo on Jade's backpack sent today by email
- Yasmin's skirt yoke still waiting on engineered print

3

CONFIDENTIAL -
ATTORNEYS EYES ONLY

MGA005040

EXHIBIT 17 PAGE 3/3

MGA0005040 B

- scalloped edge for Yasmin's skirt trim we do not plan to send you artwork for this. Please source a similar trim from the open market
- Yasmin's backpack still waiting on engineered print
- Sasha's t-shirt logo sent today by email
- Pajama Power's (Fashion Pack 2) pants sent today by email
- Fashion pack 3 T-shirt logo -still waiting on engineered print
- Fashion pack 3 t shirt sleevesstill waiting on engineered print

Besides, we are waiting for LA direction of the following since we mentioned that EL cannot find these fanbrics, and Mercedeh advised us during the conference call with HK on 12/19 and 12/20 that she will give us direction on using other material to replace them. Therefore, Please advise immediately.

We also waiting for the direction of the following pending issues:
- Pants & Jacket Trim of Cloe : EL advised that they could not find this kind of trim & needed further direction.
- Pants trim of Fashion Pack 3 : EL advised that they could not find this kind of beat along the trim & needed further direction.
Please source through Legend.  These are trims that will need to be created.

- Belt Drawing/ design for Cloe, Jade & Sasha for Tooling. If there is no drawings, please confirm if HK should follow exactly same as the what you attached on the 12/4 fabric summary sheet? Please confirm.
YES. Please follow the sample attached on the 12/4 fabric sheet.

Thanks & best regards
Samuel (12/22/00)

CONFIDENTIAL - ATTORNEYS EYES ONLY

4

MGA005041

EXHIBIT 17 PAGE 34

MGA0005041 B

**From:** Isaac Larian
**Sent:** Tuesday, December 26, 2000 12:45 PM
**To:** Kerri Brode
**Cc:** Dennis Medici; Mercedeh Ward; Colleen O'Higgins; Paula Treantafelles
**Subject:** RE: Bratz's Pending issues

Go ahead and pay her.

-----Original Message-----
**From:** Kerri Brode
**Sent:** Tuesday, December 26, 2000 9:07 AM
**To:** Isaac Larian
**Cc:** Dennis Medici; Mercedeh Ward; Colleen O'Higgins; Paula Treantafelles
**Subject:** RE: Bratz's Pending issues

Isaac,

I have three quotes that are pending for Veronica for work she performed for Bratz. The reason for the delay is simple, these are quotes for work done without a Purchase Order. We received the Quotes after the work had already been performed. The last one was just received the end of last week. I need you to give me the approval to get her paid.

Quote#1   Third party sewing and pattern making support from12/3- 12/17      $4,185.00   dated 12/18

Quote#2   Bratz dolls research, development and support services from 11/28 to 12/13 $7,175.00      dated 12/18

Quote#3   Bratz doll fashion development        $1,800.00   dated 12/21

Please give me your approval by return e-mail.

Kerri

-----Original Message-----
**From:** Isaac Larian
**Sent:** Tuesday, December 26, 2000 8:37 AM
**To:** Paula Treantafelles
**Cc:** Dennis Medici; Mercedeh Ward; Colleen O'Higgins; Kerri Brode
**Subject:** RE: Bratz's Pending issues

Is Veronica not turning the work over because we may be late a few days in paying her? I need to know.

Kerri, take care of these with Mercedeh and Dennis today.

-----Original Message-----
**From:** Paula Treantafelles
**Sent:** Tuesday, December 26, 2000 8:13 AM
**To:** Isaac Larian

1

REDACTED

CONFIDENTIAL
ATTORNEY'S EYES ONLY

MGA005038


EXHIBIT 17 PAGE 315

MGA0005038 A

**Cc:** .nis Medio; Mercedeh Ward; Colleen O'Higgins
**Subject:** RE: Bratz's Pending Issues

I just got a hold of three pending invoices from Veronica. Isaac this information and material is critical to HK. Please approve so that I can proceed. Please call me.

Dennis
Can you help me out with this?

-----Original Message-----
**From:** Isaac Larian
**Sent:** Friday, December 22, 2000 11:49 PM
**To:** Paula Treantafelles
**Cc:** Dennis Medio; Mercedeh Ward; Colleen O'Higgins
**Subject:** RE: Bratz's Pending Issues

What is this?

Which vendor? Who have we not paid?

-----Original Message-----
**From:** Paula Treantafelles
**Sent:** Friday, December 22, 2000 5:55 PM
**To:** Samuel Wong; Judy Rich; Mercedeh Ward; Carter Bryant
**Cc:** Isaac Larian; Cecilia Kwok; Victor Lee; Franki Tsang; Stephen Lee
**Subject:** RE: Bratz's Pending Issues

Please note my comments below

Please note that we were not able to send to you the pending fabrics and the fashion pack fabric swatches and patterns. The vendor will release them to me as soon as Isaac pays her on Tuesday. ..sorry I am trying.

LA is understanding that we owe you only the following. I will advise release as soon as I get commitment from my vendor. I know that they are late. I am trying...:
- Jade's t-shirt sleeves
- Yasmin's skirt yoke
- Yasmin's backpack
- Fashion pack 3 T-shirt logo
- Fashion pack 3 t shirt sleeves

-----Original Message-----
**From:** Samuel Wong
**Sent:** Friday, December 22, 2000 2:16 AM
**To:** Judy Rich; Mercedeh Ward; Paula Treantafelles
**Cc:** Isaac Larian; Cecilia Kwok; Victor Lee; Franki Tsang; Stephen Lee
**Subject:** RE: Bratz's Pending Issues

Judy/ Mercedeh/ Paula,

**Please note that we are running behind schedule already, therefore, we need all the information and printing art/pattern immediately. LA, please read the following detaily and support us for all we need, we have a difficult time to hold the schedule in case we cannot provide factory the information immediately, thanks for help in advance :**

Here are our questions :

Have received the followings files on 12/21 & 12/22. Please confirm the followings:

2

CONFIDENTIAL
ATTORNEY'S EYES ONLY

**MGA005039**

EXHIBIT 17 PAGE 316

Jadestripe.ai : please advise if it is the pat    . for the Beannie of Jade (2 x 2 Rib Knit) YES

- Jadelogo.ai : this is for the logo on the T-shirt of Jade. Per Mercedeh in HK, this should be a 3-color Heat Transfer logo. But the one just received is a 5-color Heat Transfer logo. There may be cost impact for the additional colors. OK

- Jadetrim.ai

- Yasmintrim.ai

- Sashastripe.ai : this is the pattern for the T-shirt sleeves & necktrim for Sasha YES

- Sashalogo.ai : this is for the logo on the backpack of Sasha. Per Mercedeh in HK, this should be a 3-color Heat Transfer logo. But the one just received is a 5-color Heat Transfer logo. There may be cost impact for the additional colors. OK

- Cloelogo.ai : this is for the logo on the t-shirt of Cloe. Per Mercedeh in HK, this should be a 1-color Heat Transfer logo. But the one just received is a 1-color + silver foil Heat Transfer logo. Since the logo is very small, it may be not possible to have silver foil. Moreover, there may be cost impact for the additional silver foil. OK make it one color silver only

- pack1trim.ai

- pack2trim.ai : this is should be printed on white ribbon wrap around the pillow in Fashion pack 2. However, needed 1/4" seam along both sides of the ribbon. Therefore, the final width of the ribbon will be 3/4". Please confirm if it is acceptable. No the fabric does not need seam allowance. Sew directly on top with clear thread.

- pajamaprincess.ai : this is for the logo on the top of Pajama Power (Fashion pack 2). Per Mercedeh in HK, this should be a 3- or 4-color Heat Transfer logo. But the one just received is a 9-color Heat Transfer logo. There may be cost impact for the additional colors. OK

- pajama.jpeg : please advise this pattern is for which piece of outfit of pajama power (Fashion pack 2). PANTS

- sashatrim.ai : please advise if it is for the backpack strap/ handle. No it is for the side of the backpack only.

- animal.jpeg : please advise this pattern is for which doll & which piece of outfit CLOE. Skirt and backpack

**We are still waiting for the followings pattern and graphic, please note that HK need the following information immediately in order to hold the 5/15 PS schedule. We are already miss our target date, please e-mail us immediately. ( THIS IS IMPORTANT _!!!!!!! ) LA, please provide immediately to help HK to hold the PS 5/15.**

Listed all the other pattern / graphic which needed to provide us before 12/22 for your quick reference:

- Cloe's skirt/ backpack sent today by email

- snakeskin print for Cloe's headband sent today by email

- Jade's t-shirt sleeves still waiting on engineered print

- texture for Jade's pants sent today by email

- 3 colors for Jade's beannie braids These are included in the swatch sheets. You dont need artwork for these

3

CONFIDENTIAL
ATTORNEY'S EYES ONLY

MGA005040

EXHIBIT 17 PAGE 317

MGA0005040 A

- logo on Jade's backpack sent today by email
- Yasmin's skirt yoke still waiting on engineered print
- scalloped edge for Yasmin's skirt trim we do not plan to send you artwork for this. Please source a similar trim from the open market
- Yasmin's backpack still waiting on engineered print
- Sasha's t-shirt logo sent today by email
- Pajama Power's (Fashion Pack 2) pants sent today by email
- Fashion pack 3 T-shirt logo -still waiting on engineered print
- Fashion pack 3 t shirt sleevesstill waiting on engineered print

**Besides, we are waiting for LA direction of the following since we mentioned that EL cannot find these fanbrics, and Mercedeh advised us during the conference call with HK on 12/19 and 12/20 that she will give us direction on using other material to replace them. Therefore, Please advise immediately.**

We also waiting for the direction of the following pending issues:
- Pants & Jacket Trim of Cloe : EL advised that they could not find this kind of trim & needed further direction.
- Pants trim of Fashion Pack 3 : EL advised that they could not find this kind of beat along the trim & needed further direction.
Please source through Legend.  These are trims that will need to be created.

- Belt Drawing/ design for Cloe, Jade & Sasha for Tooling. If there is no drawings, please confirm if HK should follow exactly same as the what you attached on the 12/4 fabric summary sheet? Please confirm.
YES. Please follow the sample attached on the 12/4 fabric sheet.

Thanks & best regards
Samuel (12/22/00)

4

CONFIDENTIAL
ATTORNEY'S EYES ONLY

MGA005041

EXHIBIT 17 PAGE 318

MGA0005041 A