QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  johnquinn@quinnemanuel.com
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>**DISCOVERY MATTER**<br><br>**[To Be Heard by Discovery Master Hon. Edward Infante (Ret.) Pursuant to the Court's Order of December 6, 2006]**<br><br>[PUBLIC REDACTED]<br>DECLARATION OF JON D. COREY IN SUPPORT OF MATTEL, INC.'S REPLY BRIEF IN SUPPORT OF MOTION TO COMPEL PRODUCTION OF DOCUMENTS AND THINGS BY MGA ENTERTAINMENT, INC. AND FOR AWARD OF MONETARY SANCTIONS<br><br>Date: TBA<br>Time: TBA<br>Place: Telephonic<br><br>Discovery Cut-Off: January 28, 2008 |

I, Jon D. Corey, declare as follows:

1. I am a member of the bar of the State of California and a partner at Quinn Emanuel Urquhart Oliver & Hedges, LLP, attorneys for Mattel, Inc. ("Mattel"). I make this declaration of personal, firsthand knowledge and, if called and sworn as a witness, I could and would testify competently thereto.

2. Attached as Exhibit 1 is a true and correct copy of excerpts of MGA Entertainment Inc.'s Fourth Supplemental Response to Interrogatory No. 1 of Mattel, Inc.'s First Set of Interrogatories re Claims of Unfair Competition, dated July 31, 2007. This response is marked "Attorney's Eyes Only."

3. Attached as Exhibit 2 is a true and correct copy of excerpts of MGA's Third Supplemental Responses to Mattel's Second Set of Interrogatories, dated August 21, 2007. These responses are marked "Attorneys' Eyes Only."

4. Attached as Exhibit 3 is a true and correct copy of excerpts of the confidential deposition transcript of Nana Ashong, taken January 28, 2008.

5. Attached as Exhibit 4 is a true and correct copy of the Expert Report of Peter S. Menell, dated February 11, 2008. This report is marked "Confidential – Attorneys Eyes Only."

6. Attached as Exhibit 5 is a true and correct copy of the Expert Report of Mary Bergstein, dated February 11, 2008. This report is marked "Confidential – Attorneys Eyes Only."

7. Attached as Exhibit 6 is a true and correct copy of the Expert Report of Debora Middleton, dated February 11, 2008. This report is marked "Confidential – Attorneys Eyes Only."

8. Attached as Exhibit 7 is a true and correct copy of excerpts of the Expert Report of Paul K. Meyer, dated February 11, 2008. This report is marked "Confidential – Attorneys' Eyes Only."

9. Attached as Exhibit 8 is a true and correct copy of excerpts of the Expert Report of Dr. Erich Joachimsthaler, dated February 11, 2008. This report is marked "Confidential – Attorney's Eyes Only."

10. Attached as Exhibit 9 is a true and correct copy of the Expert Report of Robert Tonner, dated February 11, 2008. This report is marked "Confidential – Attorneys' Eyes Only."

11. Attached as Exhibit 10 is a true and correct copy of Carter Bryant Drawings from the Cityworld Litigation, produced by Defendants.

12. Attached as Exhibit 11 is a true and correct copy of MGA's Eighth Set of Requests for the Production of Documents and Things in Case No. 05-2727, dated December 28, 2007.

13. Attached as Exhibit 12 is a true and correct copy of excerpts of the Confidential Deposition transcript of Martinez.

14. Attached as Exhibit 13 is a true and correct copy of excerpts of the Confidential Deposition transcript of Fontanella.

15. Attached as Exhibit 14 is a true and correct copy of excerpts of the Confidential Deposition transcript of Hoffman.

16. Attached as Exhibit 15 is a true and correct copy of Carter Bryant's Subpoena in a Civil Action to Anna Rhee, dated February 25, 2005.

17. Attached as Exhibit 16 is a true and correct copy of Mattel, Inc.'s Second Amended Answer and Counterclaims excluding Exhibit C.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 15th day of February 2008, at Los Angeles, California.

/s/ Jon D. Corey
Jon D. Corey
Attorneys for Mattel, Inc.