QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  johnquinn@quinnemanuel.com
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
  Timothy L. Alger (Bar No. 160303)
  (timalger@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>**DISCOVERY MATTER**<br><br>**[To Be Heard By Discovery Master Hon. Edward Infante (Ret.) Pursuant To The Court's Order of December 6, 2006]**<br><br>[PUBLIC REDACTED] DECLARATION OF JON D. COREY IN SUPPORT OF MATTEL, INC.'S OPPOSITION TO MGA PARTIES' MOTION FOR CLARIFICATION REGARDING PORTIONS OF FEBRUARY 15, 2008 ORDER GRANTING IN PART AND DENYING IN PART MATTEL'S MOTION TO COMPEL RESPONSES TO INTERROGATORY NOS. 27-44 AND 46-50 BY THE MGA PARTIES<br><br>Date:  TBD<br>Time:  TBD<br>Place: JAMS<br><br>**Phase I**<br>Discovery Cut-off: January 28, 2008<br>Pre-trial Conference: May 5, 2008<br>Trial Date: May 27, 2008 |

# DECLARATION OF JON D. COREY

I, Jon D. Corey, declare as follows:

1. I am a member of the bar of the State of California and the District of Columbia. I am a partner at Quinn Emanuel Urquhart Oliver & Hedges, LLP, attorneys for Mattel, Inc. ("Mattel"). I make this declaration in support of Mattel's Opposition to MGA's Motion for Clarification Regarding Portions of February 15, 2008 Order Granting in Part and Denying in Part Mattel's Motion to Compel Responses to Interrogatory Nos. 27-44 and 46-50 by the MGA Parties. I make this declaration of personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify competently thereto.

2. Attached as Exhibit 1 is a true and correct copy of relevant excerpts from the transcript of the February 11, 2008 hearing before the Discovery Master.

3. Attached as Exhibit 2 is a true and correct copy of relevant excerpts from the transcript of the February 25, 2008 hearing before Judge Larson.

4. Attached as Exhibit 3 is a true and correct copy of relevant excerpts from the Expert Report of Paul K. Meyer, MGA's damages expert, dated February 11, 2008.

5. Attached as Exhibit 4 is a true and correct copy of relevant excerpts from the Expert Report of Erich Joachimsthaler, MGA's branding and marketing expert, dated February 11, 2008.

6. Attached as Exhibit 5 is a true and correct copy of relevant excerpts from the transcript of the deposition of Margaret Leahy, taken December 12, 2007.

7. Attached as Exhibit 6 is a true and correct copy of relevant excerpts from Mattel's Second Amended Answer and Counterclaims, dated July 12, 2007.

1    8. Attached as Exhibit 7 is a true and correct copy of relevant
2 excerpts from the transcript of the deposition of Paula Garcia (volume 4), taken
3 October 10, 2007.
4    9. Attached as Exhibit 8 is a true and correct copy of a Mattel
5 Product Line List produced by MGA and Bates-stamped MGA 0104856-0104973

7   I declare under penalty of perjury under the laws of the United States of
8 America that the foregoing is true and correct.
9   Executed on March 10, 2008 at Los Angeles, California.

11       <u>Jon S. Corey /s/</u>
       Jon D. Corey