EXHIBIT 1

**MATTEL V. [illegible]TER BRYANT**
**AND CONS[illegible]DATED CASES**

SUPPLEMENTAL PRIVILEGE LOG

FEBRUARY 23, 2007

| No. | Document Type | Date | From/Author | To/Recipient(s) | Description of Document and/or Redaction | Privilege |
|---|---|---|---|---|---|---|
| 1. | Board of Directors Meeting Minutes | March 12, 2004 | -- | -- | Discussion of potential litigation matter. | Attorney Client Privilege<br><br>Attorney Work Product |
| 2. | Board of Directors Meeting Minutes | April 26, 2004 | -- | -- | Discussion of potential litigation matter. | Attorney Client Privilege<br><br>Attorney Work Product |
| 3. | Handwritten Notes | August 10, 2004 | Michael Moore | -- | Attorney notes regarding Cityworld. | Attorney Client Privilege<br><br>Attorney Work Product |
| 4. | Email with handwritten notes and calendar attachment | August 10, 2004 | Michael Moore | -- | Attorney notes regarding Cityworld. | Attorney Client Privilege<br><br>Attorney Work Product |
| 5. | Handwritten Notes | August 9, 2004 | Michael Moore | -- | Attorney notes regarding Cityworld. | Attorney Client Privilege<br><br>Attorney Work Product |
| 6. | Handwritten Notes | August 2, 2004 | Michael Moore | -- | Attorney notes regarding Cityworld. | Attorney Client Privilege<br><br>Attorney Work Product |

EXHIBIT 1
PAGE 8

**MATTEL V. [illegible]TER BRYANT**
**AND CONSO[illegible]DATED CASES**

SUPPLEMENTAL PRIVILEGE LOG

FEBRUARY 23, 2007

| No. | Document Type | Date | From/Author | To/Recipient(s) | Description of Document and/or Redaction | Privilege |
|---|---|---|---|---|---|---|
| 7. | Handwritten Notes | July 25, 2004 | Michael Moore | -- | Attorney notes regarding attorney client meeting. | Attorney Client Privilege<br><br>Attorney Work Product |
| 8. | Mattel In-House Legal Document | 2001 | Product Legal Administration | -- | Document regarding product licensing | Attorney Client Privilege<br><br>Attorney Work Product |
| 9. | Licensor Approval Form | June 13, 2000 | Jennifer Klausner | Bruce Brown | Document regarding product licensing. | Attorney Client Privilege<br><br>Attorney Work Product |
| 10. | Licensor Approval Form | June 13, 2000 | Jennifer Klausner | Marty Garcia | Document regarding product licensing. | Attorney Client Privilege<br><br>Attorney Work Product |
| 11. | Licensor Approval Form | June 13, 2000 | Elisabeth Edwards | Jennifer Klausner | Document regarding product licensing. | Attorney Client Privilege<br><br>Attorney Work Product |
| 12. | Attorney Notes | November 20, 2003 | Michael Moore | -- | Attorney notes regarding Cityworld. | Attorney Client Privilege<br><br>Attorney Work Product |

EXHIBIT 1
PAGE 9

**MATTEL V. [illegible]TER BRYANT AND CONSO[illegible]DATED CASES**

SUPPLEMENTAL PRIVILEGE LOG

FEBRUARY 23, 2007

| No. | Document Type | Date | From/Author | To/Recipient(s) | Description of Document and/or Redaction | Privilege |
|---|---|---|---|---|---|---|
| 13. | Attorney Notes | November 19, 2003 | Michael Moore | -- | Handwritten notes regarding Cityworld. | Attorney Client Privilege<br><br>Attorney Work Product |
| 14. | Attorney Notes | November 18, 2003 | Michael Moore | -- | Handwritten notes regarding Cityworld. | Attorney Client Privilege<br><br>Attorney Work Product |
| 15. | Attorney Notes | November 18, 2003 | Michael Moore | -- | Handwritten notes regarding Cityworld call. | Attorney Client Privilege<br><br>Attorney Work Product |
| 16. | Memorandum | September 26, 2003 | Adelle Jones | Michael Moore | Memorandum containing attorney work product regarding Cityworld. | Attorney Client Privilege<br><br>Attorney Work Product |
| 17. | Attorney Notes | September 18, 2003 | Michael Moore | -- | Attorney notes regarding Cityworld. | Attorney Client Privilege<br><br>Attorney Work Product |
| 18. | Email | May 11, 2000 | Stephanie Ayala | Liz Arriola | Email regarding legal and licensing issues. | Attorney Client Privilege<br><br>Attorney Work Product |

EXHIBIT 1
PAGE 10

**MATTEL V. RTER BRYANT**
**AND CONSOLIDATED CASES**

SUPPLEMENTAL PRIVILEGE LOG

FEBRUARY 23, 2007

| No. | Document Type | Date | From/Author | To/Recipient(s) | Description of Document and/or Redaction | Privilege |
|---|---|---|---|---|---|---|
| 19. | Email | January 18, 2000 | Jennifer Klausner | Mina Mirkazemi<br>Christina Tomiyama<br>Liz Arriola<br>Melanie Chabra<br>Pam Roberts | Email regarding licensor approval. | Attorney Client Privilege<br><br>Attorney Work Product |
| 20. | Email | May 10, 2000 | Jennifer Klausner | Deborah Ava<br><br>cc: Mark Donham<br>Mary Ellen Trimble<br>Joann Green<br>Ron Langsdorf<br>Stephanie Ayala<br>Liz Arriola<br>Anna Ziss Patton | Email regarding packaging. | Attorney Client Privilege<br><br>Attorney Work Product |

**MATTEL V. ꞉TER BRYANT**
**AND CONSOLIDATED CASES**

SUPPLEMENTAL PRIVILEGE LOG

FEBRUARY 23, 2007

| No. | Document Type | Date | From/Author | To/Recipient(s) | Description of Document and/or Redaction | Privilege |
|---|---|---|---|---|---|---|
| 21. | Email | May 10, 2000 | Jennifer Klausner | Deborah Ava<br><br>cc: Mark Donham<br>Mary Ellen Trimble<br>Joann Green<br>Ron Langsdorf<br>Stephanie Ayala<br>Liz Arriola<br>Anna Ziss Patton | Email regarding packaging. | Attorney Client Privilege<br><br>Attorney Work Product |
| | Email | May 10, 2000 | Deborah Ava | Jennifer Klausner<br><br>cc: Mark Donham<br>Mary Ellen Trimble<br>Joann Green<br>Ron Langsdorf<br>Stephanie Ayala<br>Liz Arriola<br>Anna Ziss Patton | | |
| 22. | Email | November 11, 2003 | Richelle Savage | Michael Zeller<br><br>cc: Michael Moore | Email regarding letters from Cityworld (attached letters produced). | Attorney Client Privilege<br><br>Attorney Work Product |

EXHIBIT 1

PAGE 12

**MATTEL V. ʀTER BRYANT AND CONSOLIDATED CASES**

SUPPLEMENTAL PRIVILEGE LOG

FEBRUARY 23, 2007

| No. | Document Type | Date | From/Author | To/Recipient(s) | Description of Document and/or Redaction | Privilege |
|---|---|---|---|---|---|---|
| 23. | Redacted Document<br><br>M 0012680-<br>M 0012696 | January 7, 1995 - December 30, 1995 | -- | -- | Contractor List - Budget Center #, Total Billed, Budget Center Sub-total, contractor name/title redacted. | Attorney Client Privilege (and also non-responsive) |
| 24. | Redacted Document<br><br>M013842-<br>M013847 | June 11, 1996<br><br>June 11, 1996 | Bill Bertini<br><br>Cathy A. Takemura | Cathy A. Takemura<br><br>Wendy Chisam - Planning | Email regarding legal and licensing issues / Legal advice redacted. | Attorney Client Privilege<br><br>Attorney Work Product |
| 25. | Redacted Document<br><br>M014357 | June 28, 2000 | Human Resources | Hastey Sullivan | Memo regarding salary increase / Salary data redacted. | Third-Party Privacy<br><br>Non-responsive |
| 26. | Redacted Document<br><br>M014358 | August 3, 1998 | Human Resources | Hastey Sullivan | Memo regarding salary increase / Salary data redacted. | Third-Party Privacy<br><br>Non-responsive |
| 27. | Typed Notes | Undated | Karen Ewing | -- | Counsel comments on draft press release and attorney handwritten notes. | Attorney Client Privilege<br><br>Attorney Work Product |
| 28. | Email | | Karen Ewing | Sally Dail | Email string containing counsel's comments on draft advertising copy. | Attorney Client Privilege<br><br>Attorney Work Product |

EXHIBIT 1

PAGE 13

**MATTEL V. ?TER BRYANT**
**AND CONSOLIDATED CASES**

SUPPLEMENTAL PRIVILEGE LOG

FEBRUARY 23, 2007

| No. | Document Type | Date | From/Author | To/Recipient(s) | Description of Document and/or Redaction | Privilege |
|---|---|---|---|---|---|---|
| 29. | Email (Redacted)<br><br>M0074400 | Undated | De Anda, Richard | Kaye, Alan | Communication regarding former employee / Excerpts reflecting opinion of legal counsel redacted. | Attorney Client Privilege<br><br>Attorney Work Product |
| 30. | Email | April 28, 2003 | Shuttleworth, Tiffany J | Meyer, Cynthia B | Email string containing communication with legal counsel regarding My Scene video. | Attorney Client Privilege |
| 31. | Legal Markings Document | May 5, 2003 | Product Legal Administration | -- | Prepared by legal counsel regarding packaging. | Attorney Client Privilege<br><br>Attorney Work Product |
| 32. | Email (Redacted)<br><br>M0074518 | July 16, 2003 | Park, Cassidy L. | Moore, Michael | Communication with legal counsel regarding former employee / Communication with legal counsel redacted. | Attorney Client Privilege |
| 33. | Facsimile with Attachments | July 30, 2003 | Iser, Lawrence Y. (counsel at Greenberg Glusker) | De Anda, Richard | Communication by legal counsel regarding former employee. | Attorney Client Privilege<br><br>Attorney Work Product |
| 34. | Email | August 4, 2003 | Nelson, Lisa | Fisher, Yvonne<br>Hooks, Brian | Communication with legal counsel regarding advertising. | Attorney Client Privilege |
| 35. | Email | September 8, 2003 | De Anda, Richard | Moore, Michael | Communication with legal counsel regarding former employee. | Attorney Client Privilege<br><br>Attorney Work Product |

EXHIBIT 1
PAGE 14

**MATTEL V. ʇTER BRYANT**
**AND CONSC..IDATED CASES**

SUPPLEMENTAL PRIVILEGE LOG

FEBRUARY 23, 2007

| No. | Document Type | Date | From/Author | To/Recipient(s) | Description of Document and/or Redaction | Privilege |
|---|---|---|---|---|---|---|
| 36. | Advertising Review Form | October 24, 2003 | International & Regulatory Law Group | Haag, Debbie<br>Gomez, Jean<br>Patel, Tina | Prepared by legal counsel regarding advertising. | Attorney Client Privilege<br><br>Attorney Work Product |
| 37. | Advertising Review Form | December 5, 2003 | International & Regulatory Law Group | Luk, Isaac | Prepared by legal counsel regarding advertising. | Attorney Client Privilege<br><br>Attorney Work Product |
| 38. | Advertising Review Form | December 11, 2003 | International & Regulatory Law Group | Haag, Debbie<br>Gomez, Jean<br>Kuchem, Kara | Prepared by legal counsel regarding advertising. | Attorney Client Privilege<br><br>Attorney Work Product |
| 39. | Advertising Review Form | December 16, 2003 | International & Regulatory Law Group | Haag, Debbie<br>Gomez, Jean<br>Kuchem, Kara | Prepared by legal counsel regarding advertising. | Attorney Client Privilege<br><br>Attorney Work Product |
| 40. | Email with Attachments | December 16, 2003 | Fisher, Yvonne | Leavitt, Margaret-Ann<br>Weitekamp, Rosina<br>Grove, Norma<br>Haag, Debbie<br>Gomez, Jean<br>Kuchem, Kara | Communication by legal counsel regarding advertising. | Attorney Client Privilege<br><br>Attorney Work Product |
| 41. | Email | January 12, 2004 | Leavitt, Margaret-Ann | Fisher, Yvonne | Email string containing communication with legal counsel regarding advertising. | Attorney Client Privilege |

EXHIBIT 1
PAGE 15

**MATTEL V. ꞅTER BRYANT**
**AND CONSOLIDATED CASES**

SUPPLEMENTAL PRIVILEGE LOG

FEBRUARY 23, 2007

| No. | Document Type | Date | From/Author | To/Recipient(s) | Description of Document and/or Redaction | Privilege |
|---|---|---|---|---|---|---|
| 42. | Affidavit | January 14, 2004 | Bruck, Lisa P | Product Legal Department | Communication with legal counsel regarding advertising. | Attorney Client Privilege |
| 43. | Affidavit | January 14, 2004 | Bruck, Lisa P | Product Legal Department | Communication with legal counsel regarding advertising. | Attorney Client Privilege |
| 44. | Email | January 14, 2004 | Leavitt, Margaret-Ann | Sutherland, Jessica<br>Fisher, Yvonne | Email string containing communication with legal counsel regarding advertising. | Attorney Client Privilege |
| 45. | Memo | January 17, 2004 | Leavitt, Margaret-Ann | Pailet-Bruck, Lisa | Communication containing advice from legal counsel on advertising. | Attorney Client Privilege |
| 46. | Memo | January 17, 2004 | Leavitt, Margaret-Ann | Pailet-Bruck, Lisa | Communication containing advice from legal counsel on advertising. | Attorney Client Privilege |
| 47. | Email | January 29, 2004 | Fisher, Yvonne | Welch, Merle<br>Leavitt, Margaret-Ann<br>Weitekamp, Rosina<br>Grove, Norma<br>Cabasso, Marian<br>Hanahan, Jeanne<br>Haag, Debbie<br>Gomez, Jean<br>Kuchem, Kara | Email string containing communication by legal counsel regarding advertising. | Attorney Client Privilege |
| 48. | Affidavit | February 2, 2004 | Bruck, Lisa P | Product Legal Department | Communication with legal counsel regarding advertising. | Attorney Client Privilege |
| 49. | Advertising Review Form | April 28, 2004 | International & Regulatory Law Group | Haag, Debbie<br>Gomez, Jean<br>Kuchem, Kara | Prepared by legal counsel regarding advertising. | Attorney Client Privilege<br><br>Attorney Work Product |

EXHIBIT 1

PAGE 16

**MATTEL V. ꓤTER BRYANT**
**AND CONSOLIDATED CASES**

SUPPLEMENTAL PRIVILEGE LOG

FEBRUARY 23, 2007

| No. | Document Type | Date | From/Author | To/Recipient(s) | Description of Document and/or Redaction | Privilege |
|---|---|---|---|---|---|---|
| 50. | Investigative Log (Redacted)<br><br>M0074405 | June 17, 2003 - May 10, 2004 | De Anda, Richard | -- | Investigative Log / Entry reflecting communication with legal counsel redacted. | Attorney Client Privilege |
| 51. | Chronological Record (Redacted)<br><br>M0074372 | March 15, 2002 - June 21, 2004 | De Anda, Richard | -- | Chronological Record / Entry reflecting communication with legal counsel redacted. | Attorney Client Privilege<br><br>Attorney Work Product |
| 52. | Email with Attachments | August 30, 2004 | Neumann, Jeanette | Tonche, Lila | Communication with and documents prepared by legal counsel regarding advertising. | Attorney Client Privilege<br><br>Attorney Work Product |
| 53. | Advertising Review Form | August 31, 2004 | International & Regulatory Law Group | Haag, Debbie<br>Gomez, Jean<br>Kuchem, Kara | Prepared by legal counsel regarding advertising. | Attorney Client Privilege<br><br>Attorney Work Product |
| 54. | Advertising Review Form | August 31, 2004 | International & Regulatory Law Group | Haag, Debbie<br>Gomez, Jean<br>Kuchem, Kara | Prepared by legal counsel regarding advertising. | Attorney Client Privilege<br><br>Attorney Work Product |
| 55. | Advertising Review Form | September 10, 2004 | International & Regulatory Law Group | Haag, Debbie<br>Gomez, Jean<br>Kuchem, Kara | Prepared by legal counsel regarding advertising. | Attorney Client Privilege<br><br>Attorney Work Product |

EXHIBIT 1

PAGE 17

**MATTEL V. ꞦTER BRYANT**
**AND CONSOLIDATED CASES**

SUPPLEMENTAL PRIVILEGE LOG

FEBRUARY 23, 2007

| No. | Document Type | Date | From/Author | To/Recipient(s) | Description of Document and/or Redaction | Privilege |
|---|---|---|---|---|---|---|
| 56. | Advertising Review Form | September 10, 2004 | International & Regulatory Law Group | Haag, Debbie<br>Gomez, Jean<br>Kuchem, Kara | Prepared by legal counsel regarding advertising. | Attorney Client Privilege<br><br>Attorney Work Product |
| 57. | Investigative Log (Redacted)<br><br>M0074945 | September 20, 2004 | De Anda, Richard | -- | Investigative Log / Entry reflecting communication with legal counsel redacted. | Attorney Client Privilege<br><br>Attorney Work Product |
| 58. | Advertising Review Form | October 5, 2004 | International & Regulatory Law Group | Haag, Debbie<br>Gomez, Jean<br>Kuchem, Kara | Prepared by legal counsel regarding advertising. | Attorney Client Privilege<br><br>Attorney Work Product |
| 59. | Memo with Attachments | October 28, 2004 | Neumann, Jeanette | Tonche, Lila | Communication with and documents prepared by legal counsel regarding advertising. | Attorney Client Privilege<br><br>Attorney Work Product |
| 60. | Advertising Review Form | October 28, 2004 | International & Regulatory Law Group | Luk, Isaac | Prepared by legal counsel regarding advertising. | Attorney Client Privilege<br><br>Attorney Work Product |
| 61. | Email | November 3, 2004 | Tonche, Lila | McCarthy, Lori | Communication by legal counsel regarding commercials. | Attorney Client Privilege |

EXHIBIT 1
PAGE 18

**MATTEL V. ?TER BRYANT**
**AND CONSOLIDATED CASES**

SUPPLEMENTAL PRIVILEGE LOG

FEBRUARY 23, 2007

| No. | Document Type | Date | From/Author | To/Recipient(s) | Description of Document and/or Redaction | Privilege |
|---|---|---|---|---|---|---|
| 62. | Typed Notes | November 5, 2004 | International & Regulatory Law Group | -- | Prepared by legal counsel regarding advertising. | Attorney Client Privilege<br><br>Attorney Work Product |
| 63. | Email | October 28, 2005 | Thomas, Jill | De Anda, Richard | Communication by legal counsel regarding former employee. | Attorney Client Privilege<br><br>Attorney Work Product |
| 64. | Email | October 28, 2005 | Zeller, Michael T. | Thomas, Jill<br>De Anda, Richard<br>O'Connor, Brian | Communication by legal counsel regarding former employee. | Attorney Client Privilege<br><br>Attorney Work Product |
| 65. | Email | October 28, 2005 | Zeller, Michael T. | Thomas, Jill<br>De Anda, Richard<br>O'Connor, Brian | Communication by legal counsel regarding former employee. | Attorney Client Privilege<br><br>Attorney Work Product |
| 66. | Email | November 3, 2005 | Thomas, Jill | De Anda, Richard<br>O'Connor, Brian | Communication by legal counsel regarding former employee. | Attorney Client Privilege<br><br>Attorney Work Product |
| 67. | Email | November 7, 2005 | De Anda, Richard | Ravelo, Oany | Communication reflecting communication with legal counsel regarding former employee. | Attorney Client Privilege<br><br>Attorney Work Product |

EXHIBIT 1
PAGE 15

**MATTEL V. [illegible]TER BRYANT**
**AND CONSOLIDATED CASES**

SUPPLEMENTAL PRIVILEGE LOG

FEBRUARY 23, 2007

| No. | Document Type | Date | From/Author | To/Recipient(s) | Description of Document and/or Redaction | Privilege |
|---|---|---|---|---|---|---|
| 68. | Letter | November 8, 2005 | Ristuccia, Alphonse V. | Zeller, Michael T. | Communication with legal counsel regarding former employee. | Attorney Client Privilege<br><br>Attorney Work Product |
| 69. | Letter | November 22, 2005 | Ristuccia, Alphonse V. | Krebs, Tania | Communication with legal counsel regarding former employee. | Attorney Client Privilege<br><br>Attorney Work Product |

EXHIBIT 1

PAGE 20

**EXHIBIT 2**

**quinn emanuel** trial lawyers | los angeles

865 South Figueroa Street, 10th Floor, Los Angeles, California 90017 | TEL 213-443-3000 FAX 213-443-3100

WRITER'S DIRECT DIAL NO.
**(213) 443-3223**

WRITER'S INTERNET ADDRESS
**timalger@quinnemanuel.com**

June 20, 2007

**VIA FACSIMILE AND U.S. MAIL**

Diana M. Torres, Esq.
O'Melveny & Myers, LLP
400 South Hope Street
Los Angeles, California 90071

Michael Page, Esq.
Keker & Van Nest, LLP
710 Sansome Street
San Francisco, California 94111

Re: Mattel, Inc. v. MGA Entertainment, Inc.

Dear Counsel:

Mattel inadvertently produced to MGA and Carter Bryant documents protected by the attorney-client and work product privileges. The documents bear the following Bates numbers: M 0075006, M 0075009-10, M 0075013, M 0075090, M 0075139-40, M 0075212, M 0075227, and M 0075229-30. In addition, a portion of M 0074372 was inadvertently not redacted. Pursuant to Section 13 of the Stipulated Protective Order, please promptly return to Mattel the original documents that Mattel produced to you and any and all paper copies that you have made of the documents. Further, please destroy any and all electronic copies of the documents that you have created. When you return the documents, please certify that you have included all paper copies of the documents in your possession and that you have destroyed all electronic copies. After receiving the documents from you, Mattel will immediately produce a replacement copy of M 0074372 that has been properly redacted. Mattel also will provide to you a revised privilege log identifying the aforementioned documents.

By letter of June 11, 2007, Mattel also requested that you return a document bearing Bates Nos. M 0075233-44 because it was inadvertently produced. We received a letter from Laura Heffley of O'Melveny & Myers on June 12, 2007, returning the original document and one duplicate, and certifying that all electronic copies were destroyed. We have not received a response from counsel for Bryant. By this letter, Mattel requests again that Bryant promptly return to Mattel

EXHIBIT 2

PAGE 21

**quinn emanuel urquhart oliver & hedges, llp**

NEW YORK | 335 Madison Avenue, 17th Floor, New York, New York 10017 | TEL 212-[illegible] FAX 212-702-8200

SAN FRANCISCO | 50 California Street, 22nd Floor, San Francisco, California 94111 | TEL 415-875-6600 FAX 415-875-6700

SILICON VALLEY | 555 Twin Dolphin Drive, Suite 560, Redwood Shores, California 94065 | TEL 650-801-5000 FAX 650-801-5100

PALM SPRINGS | 45-025 Manitou Drive, Suite 10, Indian Wells, California 92210 | TEL 760-345-4757 FAX 760-345-2414

SAN DIEGO | 4445 Eastgate Mall, Suite 200, San Diego, California 92121 | TEL 858-812-3107 FAX 858-812-3336

the original document (along with those identified in the paragraph above) and all paper copies, and destroy any and all electronic copies.

Finally, we received a letter from Chris Nguyen of O'Melveny & Myers on June 15, 2007, requesting the return of MGA 0016989-90 and MGA 0016328-30. We will be forwarding those documents to you tomorrow, along with the appropriate certification of destruction.

Thank you for your cooperation. Please let me know if you have any questions.

Very truly yours,

Timothy L. Alger

EXHIBIT 2
PAGE 22