CONFIDENTIAL - ATTORNEYS' EYES ONLY

1    at 6:08.

2              (Deposition Exhibit 1195 was marked

3        for identification and is bound separately.)

4    BY MR. NOLAN:

5        Q.   I'd like to have you take a look at a        06:11PM

6    document that I've marked as Exhibit No. 1195 which

7    was produced by Mattel in this case.  It bears Bates

8    Nos. M 0074307 through and including M 0074396 and

9    ask you to identify it.  Do you recognize this, sir?

10       A.   I recognize this to be a -- an incident      06:11PM

11   report or a case folder number 02-115.

12       Q.   And this is a document that you reviewed

13   with your counsel in preparation for this

14   deposition?

15       A.   I do recall looking at this document, yes.   06:11PM

16       Q.   Was this incident report maintained in the

17   ordinary course of business at Mattel?

18       A.   I would have no reason to believe otherwise.

19       Q.   In other words, in your Security department

20   it is common practice for your department to prepare  06:11PM

21   incident reports, maintain files and to include in

22   those files information relating to investigations

23   that you're conducting, correct?

24       A.   That is correct.

25       Q.   And then you maintain those files in the     06:11PM
                                                              289

EXHIBIT 11

PAGE 41

CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1    ordinary course of business at Mattel, correct?
 2        A.   Yes.
 3        Q.   And so you would agree that this constitutes
 4    a business record at Mattel?
 5        A.   Yes.                                      06:11PM
 6        Q.   And I just want to spend a little bit of
 7    time if I could with this document.  First of all,
 8    if you turn to M 004310, do you see that?
 9        A.   Yes, I have it in front of me.
10        Q.   Is this the incident report that was       06:11PM
11    prepared following your meeting with Ivy Ross and
12    Cassidy Park in connection with the March telephone
13    call you received from them?
14        A.   Let me just dig a little further into it.
15        Q.   Of course.                                 06:12PM
16        A.   It's not very helpful.
17        Q.   While you're looking at it, could I also
18    direct your attention to a page within this document
19    which is M 0074372.
20        A.   I guess that's actually what I'm probably  06:12PM
21    looking for.
22        Q.   The document that's titled "Chronological
23    Record."
24        A.   Right.  It's not here.
25             MR. COREY:  Yeah, my copy is missing that  06:12PM
                                                              290
```

EXHIBIT _11_

PAGE _62_

CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1    page as well.
 2    BY MR. NOLAN:
 3        Q.   M 0074372.
 4        A.   Yes.
 5             MR. NOLAN:  I apologize for that.        06:12PM
 6             Can you mark this as the copy of the
 7    exhibit, please.
 8        Q.   Look at M 0074372.
 9             MR. COREY:  Right here.
10    BY MR. NOLAN:                                     06:13PM
11        Q.   Do you see "Chronological Record"?
12    Do you see the date 3/15/02 and then there are some
13    entries?
14        A.   Yes.
15        Q.   Do you recognize the handwriting on this 06:13PM
16    chronological record?
17        A.   Yes, I do.
18        Q.   Whose handwriting is it?
19        A.   Robert Simoneau's handwriting.
20        Q.   What is this chronological record?  What's 06:13PM
21    the purpose of it?
22        A.   Basically it's a log -- it's an activity log
23    of investigative efforts.
24        Q.   Investigative efforts by your department?
25        A.   Yes, or activities.                      06:14PM
                                                            291
```

EXHIBIT __11__

PAGE __63__

CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1      Q.   And is this particular page part of the

 2   investigative file that's maintained by your

 3   Security department?

 4      A.   Yes.

 5      Q.   And this refers to incident 2-115?          06:14PM

 6      A.   Yes.

 7      Q.   Does that mean that it was in '02 -- year

 8   '02 and it's the 115th file that was open?

 9      A.   For that year, yes.

10      Q.   For that year.                              06:14PM

11      A.   It's a chronological numbering system.

12      Q.   Got it.  Okay.  Is this -- is this the file

13   that was opened at your request following the

14   receipt of information from Cassidy Park and Ivy

15   Ross?                                               06:14PM

16           MR. COREY:  Objection:  misstates the

17   testimony, speculation.

18           THE WITNESS:  I -- I believe it to be.

19           MR. NOLAN:  Okay.

20      Q.   And you had -- when you were with counsel,  06:15PM

21   you had an opportunity to review this document

22   carefully, right, this file?

23      A.   I reviewed it, yes.

24      Q.   So I want to turn now back to page M 0074310

25   which is page 1 of the incident report.            06:15PM
                                                            292
```

EXHIBIT  11

PAGE  64

CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1     A.    I'm sorry, 4310?
 2     Q.    4310, yes, please.
 3     A.    Okay.
 4           MR. COREY:  Fourth page.
 5           THE WITNESS:  Yes.                      06:15PM
 6  BY MR. NOLAN:
 7     Q.    And this, again, is an incident report that
 8  shows category 01 which is theft, correct?
 9     A.    Yes.
10     Q.    Do you see that?                        06:15PM
11     A.    Yes.
12     Q.    Now, look to the right-hand side and it's
13  shaded and, again, this is how it was produced to
14  us, but do you see that there's a shaded portion
15  here and it says "Related Cases"?                06:16PM
16     A.    Yes.
17     Q.    Can you read for us the numbers and files
18  that are referred there?
19     A.    Oh, boy.  It looks like 02 -- and I'm not
20  certain but it could be a 299.                   06:16PM
21     Q.    Okay.
22     A.    Then the next underneath that is a 03-03 I
23  believe it's a 4 but it could be a 9.  Okay?  And
24  then the number below that could be -- it's 03 dash
25  and I believe that's -- it's either a 064 or 664.  06:16PM
                                                         293
```

CONFIDENTIAL - ATTORNEYS' EYES ONLY

1      Q.   Okay.  First of all, what -- what does this

2   mean in your file, sir, when it has a notation on it

3   that says "related cases"?

4      A.   It would be related either by location,

5   subject matter, type of issue.  It could be a            06:17PM

6   variety of things but it shows that there's some --

7   there's some nexus to it by some other source that

8   may have some related value to -- to know if you're

9   doing one case to another.

10     Q.   So these files would contain information        06:17PM

11   that relate to some of the facts and information

12   contained in this particular file 02-115, correct?

13          MR. COREY:  Objection as mischaracterizes

14   the testimony.

15          THE WITNESS:  Not necessarily.                   06:17PM

16   BY MR. NOLAN:

17     Q.   How could it be a related case and not refer

18   to any information or the subject matter contained

19   in this report?

20     A.   Well, that's not what you asked me.  You        06:17PM

21   asked me if it contained facts relating to this

22   case.  I don't know that.

23     Q.   Sorry.  What about information?

24     A.   It could --

25          MR. COREY:  Same objection.                      06:18PM
                                                                  294

CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
1              THE WITNESS:  I'm sorry, you asked me what

2    about information?

3    BY MR. NOLAN:

4        Q.   Well, I'm just asking you what factors would

5    one undertake to determine whether or not an -- and    06:18PM

6    to determine that another case number is related to

7    a particular file?

8              MR. COREY:  Asked and answered.

9    BY MR. NOLAN:

10       Q.   You can answer it again.                      06:18PM

11       A.   As I had answered previously, if there's

12   some nexus to this be it by subject matter it or be

13   it by subject be it by type of crime, location or

14   whatever -- and I can't sit here and tell you all of

15   the reasons why but I'm sure when I leave here I'll    06:18PM

16   remember more than what I've told you but there's

17   some interest or value and I couldn't tell you what

18   unless I look at each individual case.

19             MR. NOLAN:  Jon, our records indicate after

20   reviewing the productions to date that we do not       06:19PM

21   have a copy of the file 02-299.  Do you mind -- I

22   mean, in the transition something could have

23   happened.  Could you at least confirm -- we'll

24   follow it up in a letter to you but I just wondered

25   do you know sitting here whether or not that 02-299    06:19PM
                                                              295
```

CONFIDENTIAL - ATTORNEYS' EYES ONLY

1  has been produced to us?

2       MR. COREY:  Sitting here I don't know.  I'd

3  have to check.  And I have no problem checking.

4       MR. NOLAN:  Sure.  Thank you.

5    Q.  Mr. De Anda -- do you need to take a break?   06:19PM

6    A.  No.  Somebody keeps constantly calling me

7  again.

8    Q.  In preparation for this deposition today did

9  you take a look at these three related files that

10  are listed here?                                   06:19PM

11   A.  I am not certain to be very honest with you.

12   Q.  But it's possible you did?

13   A.  It's a possibility.  I don't -- I don't off

14  the top of my head remember these numbers to

15  correlate to a case.  You know, if -- I'm so sorry   06:20PM

16  but this person is persistent.  It's work.

17   Q.  Why don't you take -- do you want to step

18  outside and take it?

19   A.  Just for a second.

20       VIDEO OPERATOR:  Off the record 6:20.        06:20PM

21               (Brief recess.)

22       VIDEO OPERATOR:  Back on the record at 6:26.

23  BY MR. NOLAN:

24   Q.  Mr. De Anda, taking a look at this first

25  page I direct your attention to the date, March     06:26PM
                                                           296

EXHIBIT ___ 11

PAGE ___ 15A

CONFIDENTIAL - ATTORNEYS' EYES ONLY

1    Ross and/or Cassidy Park in March of '02, correct?

2        MR. COREY:  Objection:  vague and ambiguous.

3        THE WITNESS:  I believe it to be so after

4    reading the entry of March 28th, yes.

5    BY MR. NOLAN:              06:32PM

6    Q.  So do you -- can you read for us what the

7    March 28th entry says?

8    A.  Yes.  It looks like it's the word -- the

9    first word looks like "meet" referring to a meeting.

10   I think that's what it refers to.  "...with Cassidy  06:32PM

11   Park to get more..." -- and that's an abbreviation

12   for "information" -- "...on MGA issue.  She

13   suggested Carter Bryant as illustrator/former

14   employee who may have plagiarized design of Lilly

15   Martinez and created 'Bratz' doll for MGA."  Now,  06:32PM

16   I'm not certain -- and it says here met -- and above

17   that though if I may on March 20th "Met with Ivy

18   Ross on this case to discuss IP..." -- I'm not sure

19   what that word is.  Is it -- can you make that out?

20        MR. COREY:  I read it as "protection."  06:33PM

21        THE WITNESS:  Oh, "IP protection."  I'm

22   sorry, protection program.  So --

23   BY MR. NOLAN:

24    Q.  Do you recall any meeting being conducted

25   March 20th with Ivy Ross concerning this case and IP  06:33PM
                                  301

EXHIBIT _____ 11

PAGE _____ 65e

CONFIDENTIAL - ATTORNEYS' EYES ONLY

1  protection program?

2          THE WITNESS:  I don't know the date that I

3  attended that meeting.  I know that it was in March.

4  And I don't know with his writings on this

5  chronological record as to which day it may have          06:33PM

6  occurred in his writings to that activity.  I can't

7  speak to that, I'm sorry.

8  BY MR. NOLAN:

9      Q.   No, that's fine, I understand that.  So

10  March 28th if you check right after the entry that        06:34PM

11  you read for us it says "1500."  What does 1500

12  refer to?

13      A.   It's military time referring to 3:00

14  o'clock.

15      Q.   And can you read that for me?                    06:34PM

16      A.   "Checked with HR for Bryant's file term date

17  10/20/00."  I would assume that's what that means.

18      Q.   What's "term date"?

19      A.   I would -- the date -- I would assume the

20  day he left Mattel.                                        06:34PM

21      Q.   That's the termination date?

22      A.   Yes.

23      Q.   That would be shorthand for termination

24  date?

25      A.   Yes, that's my interpretation of it.             06:34PM
                                                                    302

EXHIBIT __11__

PAGE __65f__

CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
1       Q.   I understand.  And then please read.
2       A.   "File is in offsite storage - request it to
3   be re" something.
4       Q.   Retrieved?
5       A.   Probably.                                    06:35PM
6       Q.   Do you -- did Mr. Simoneau tell you that he
7   was going to check HR for Carter Bryant's employment
8   records?
9       A.   I don't recall that.
10      Q.   Did you ever request him to order from the   06:35PM
11  offsite storage area Carter Bryant's file?
12      A.   Not that I recall.
13      Q.   Do you know whether or not Carter Bryant's
14  file was received by your department in or about
15  March or early April 2002 from the offsite storage?   06:35PM
16      A.   I don't recall if it was.  I don't have any
17  knowledge of that.
18      Q.   Have you ever requested files from the
19  offsite storage in connection with any investigation
20  that you were involved in?                            06:35PM
21      A.   I'm certain that I have.  I just couldn't
22  tell you.
23      Q.   Is there a process that you have to go
24  through?  In other words, do you request it from
25  offsite storage and, if so, is there a log            06:35PM
                                                             303
```

EXHIBIT _____ 11

PAGE _____ 65 g

CONFIDENTIAL - ATTORNEYS' EYES ONLY

1    maintained by it?

2        A.    Typically I ask my assistant so she does the

3    process.  I do believe there is a log at the

4    outside -- excuse me, offsite storage facility that

5    would maintain what is stored and what is taken from    06:36PM

6    the storage area.

7        Q.    And then the -- when was the last time you

8    saw the chronological record that we're just

9    referring to now, 4372?

10       A.    Most likely probably in a pre-depo with    06:36PM

11   counsel.

12       Q.    And was the copy that you were shown, did it

13   have a redacted portion at or about the same page as

14   is reflected in this page?

15       A.    I don't have a visual but I'm certain that    06:37PM

16   it did.

17       Q.    Okay.  And then let's just go on right after

18   the space that's been redacted.  Is it -- let me ask

19   you something.  Was this file, this chronological

20   record, maintained in an area where you would    06:37PM

21   otherwise keep attorney-client communications?

22       A.    Well, the investigative offices are -- is a

23   secured area and I don't know if that answers your

24   question.  I don't know -- I can -- yes, there are

25   attorney-client documents kept within that office.    06:37PM
                                                              304

CONFIDENTIAL - ATTORNEYS' EYES ONLY

1      Q.    What steps, if any, sir, did you take to
2  ensure that any attorney-client privileged
3  information contained in an investigative file would
4  be maintained as attorney-client privileged
5  material?                                              06:38PM
6            MR. COREY:  Objection:  vague.
7            THE WITNESS:  Our offices are securely
8  locked when they're not occupied by either myself or
9  one of the investigators and the files which -- the
10  files where the case files are kept are also locked.  06:38PM
11  So...
12  BY MR. NOLAN:
13      Q.    And who has keys to the locked files?
14      A.    The investigators and myself.
15      Q.    So even investigators that are not working  06:38PM
16  on a particular assignment would have access to this
17  file, correct?
18      A.    That would be correct.
19      Q.    Do you have paralegals that are also
20  employed within that department?                      06:38PM
21            MR. COREY:  Within Global Security?
22            MR. NOLAN:  Global Security, yes, thanks.
23            THE WITNESS:  No.
24  BY MR. NOLAN:
25      Q.    What about secretaries?                      06:38PM
                                                            305

CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1      A.   Yes.

 2      Q.   And so are secretaries assigned specifically

 3  to certain investigations?

 4      A.   No.

 5      Q.   So the secretaries would have access to any   06:39PM

 6  particular investigative file, correct?

 7      A.   There is only one secretary.

 8      Q.   All right.  Who's?

 9      A.   Awani Robello.

10      Q.   So she would have access to any              06:39PM

11  investigative file?

12      A.   Not necessarily.

13      Q.   Are there some that are kept behind even

14  more secure protective steps than you just outlined

15  with respect to file 02-115?                          06:39PM

16      A.   Some files are kept within the investigators

17  desk which is locked and I believe there is an

18  additional file cabinet where other files --

19  sensitive files are kept.

20      Q.   Do you know whether or not this file was     06:39PM

21  maintained in a sensitive file area in and around

22  March of 2002?

23      A.   No, I don't.

24      Q.   Let's go down to the next entry, 4/9, and

25  then it looks like a Tuesday.  Is that a T-u-e in     06:40PM
                                                             306
```

EXHIBIT ___11___

PAGE ___65j___

CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1    the time line?

 2        A.    That's what it would appear to me to be, a

 3    Tuesday.

 4        Q.    Can you read that for me.  "Checked"?

 5        A.    "Checked..." -- is it "Schoenborn address"?   06:40PM

 6        Q.    "For leads"?

 7        A.    "For leads" and dash then Neg what I would

 8    assume means negative.

 9        Q.    Do you know what the Schoenborn address is?

10        A.    No, I don't.                                  06:40PM

11        Q.    If you go back to the front page of the --

12    I'm sorry, it's 0074310.

13        A.    Yes, that's -- that's the MGA -- well, the

14    Schoenborn address that he's referring to is the

15    same name as the MGA --                                 06:40PM

16        Q.    My apologies.  As -- I'm sorry, is the same

17    address for MGA Entertainment?

18        A.    Not the same address, the same street name.

19        Q.    Same street name.  Thank you.  So in -- what

20    does that mean, "checked Schoenborn address for        06:41PM

21    leads - negative"?  Do you know?

22        A.    I would only be speculating and I would not

23    want to do that with what Mr. Simoneau was doing at

24    that moment in time.

25        Q.    But, in any event, he was conducting          06:41PM
                                                                   307
```

EXHIBIT _____11_____

PAGE _____6 5 1C_____

CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1    physical surveillance of MGA Entertainment?

 2            MR. COREY:  Objection:  calls for

 3    speculation.

 4            THE WITNESS:  As I said, I wouldn't want to

 5    speculate as to what he was doing at that time and    06:41PM

 6    place.

 7    BY MR. NOLAN:

 8        Q.   Okay.  Now, on 4/26, which is a Friday, he

 9    has the same notation, correct?

10        A.   Yes, with the only addition -- well, with -- 06:42PM

11    yes, the same notation, however, it doesn't have the

12    word "for leads" and has "only negative results."

13        Q.   And then you have May 4th, a Saturday, and

14    some quotation marks afterwards indicating the same

15    entry, correct?                                       06:42PM

16        A.   As April 26th.

17        Q.   Right.  So it looks like April 9th, April

18    26th, May 4th they were out checking the MGA

19    Entertainment address, correct, with negative

20    results?                                              06:42PM

21        A.   I don't know that to be factual or not.

22        Q.   And then anyway the entry here in the

23    business records of Mattel indicates that on June

24    22nd, a Saturday, Saturday, that, again, someone

25    checked the Schoenborn address, negative, correct?   06:42PM
                                                               308
```

EXHIBIT ____ 11

PAGE ____ 651

CONFIDENTIAL - ATTORNEYS' EYES ONLY

1   Do you see that?

2       A.   Yes.

3       Q.   And then on July 3rd, '02, Wednesday, same

4   entry, "checked Schoenborn address." You know that

5   because of the quotation marks that are included,          06:43PM

6   right?

7       A.   That would be my assumption.

8       Q.   Right. So there's one, two, three, four,

9   five incidents where somebody from your department

10  is checking the MGA Entertainment address with            06:43PM

11  negative results, correct?

12      A.   Yes.

13      Q.   Now --

14      A.   No, I'm sorry. I misstated that.  I'm

15  sorry.  You referred to checking the MGA address.         06:43PM

16      Q.   Yes.

17      A.   I do not -- as I stated before and several

18  times, I do not know that for a fact.  I know that

19  somebody is checking a Schoenborn address.

20      Q.   Okay.  And, of course, we know from the           06:43PM

21  report that MGA Entertainment is located on

22  Schoenborn Street, correct?

23          MR. COREY:  Objection:  speculation.

24          THE WITNESS:  According to the report, yes.

25  /  /  /                                                    06:43PM
                                                                 309

CONFIDENTIAL - ATTORNEYS' EYES ONLY

1   BY MR. NOLAN:

2       Q.   So I think maybe, what, by coincidence maybe

3   there's another company located on Schoenborn Street

4   that's not related to MGA Entertainment?

5            MR. COREY:  Objection:  argumentative.        06:44PM

6            THE WITNESS:  I'm sure there are several --

7   BY MR. NOLAN:

8       Q.   I didn't mean to be argumentative.

9       A.   Yes, you did but that's fine.

10           MR. COREY:  No, it's not fine.  It's not     06:44PM

11  fine.

12           THE WITNESS:  But I'm sure there are several

13  businesses located on Schoenborn.

14  BY MR. NOLAN:

15      Q.   But let me -- I just really need you to      06:44PM

16  answer this question for me, okay?

17           Do you have any reason to believe that these

18  references here -- these one, two, three, four, five

19  references -- where someone in your department is

20  checking something out on a Schoenborn address for    06:44PM

21  leads in a file related to MGA Entertainment that

22  they were not checking the MGA physical plant

23  located on Schoenborn?

24           MR. COREY:  Objection:  speculation.

25           THE WITNESS:  Are you asking me to -- that I  06:44PM
                                                                310

CONFIDENTIAL - ATTORNEYS' EYES ONLY

1    do not believe they were?

2    BY MR. NOLAN:

3       Q.    Yeah.

4       A.    I can't --

5            MR. COREY:  Same objection.                    06:44PM

6            THE WITNESS:  I'm sorry, I cannot answer

7    that either way because the information here does

8    not have an actual number address in front of it and

9    I would not want to misrepresent what is going on

10   here.  I think the best solution is to talk to        06:45PM

11 · Mr. Simoneau.  .

12   BY MR. NOLAN:

13      Q.    Okay.  Now, here's the question.  You had

14   testified previously today that after the March

15   meeting that you had with Ms. McShane the decision     06:45PM

16   was made to have Legal handle the -- the issue to

17   determine whether or not, in fact, there was an

18   issue as to copyright violations.  Do you recall

19   that testimony?

20           MR. COREY:  Objection:  vague,                 06:45PM

21   mischaracterizes the testimony.

22           THE WITNESS:  Yes.

23   BY MR. NOLAN:

24      Q.    And that but for occasional phone calls with

25   Ms. McShane you did not conduct any investigation      06:45PM
                                                            311

CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1   while you were waiting for the results of that

 2   copyright analysis, correct?

 3          MR. COREY:  Same objection.

 4          THE WITNESS:  I do not recall that I did

 5   anything other than wait for the information.      06:46PM

 6   BY MR. NOLAN:

 7      Q.   And I asked you also whether or not you were

 8   aware that anybody else in your department was

 9   continuing to make or was conducting an

10   investigation while you were awaiting the          06:46PM

11   determination of whether or not there was a

12   copyright issue, correct?

13          MR. COREY:  Objection:  assumes facts.

14          THE WITNESS:  I don't know that that was the

15   exact question you asked, however, at the time if,  06:46PM

16   in fact, you asked that question I would have still

17   answered the same prior to refreshing my memory with

18   this document.

19   BY MR. NOLAN:

20      Q.   So it's true that even before you knew       06:46PM

21   whether or not there was a copyright issue involved

22   you initiated an investigation against MGA, Carter

23   Bryant and Isaac Larian based on the information

24   that you received from Cassidy -- I'm sorry -- yeah,

25   Cassidy Park or Ivy Ross, correct?                  06:46PM
                                                            312
```

CONFIDENTIAL - ATTORNEYS' EYES ONLY

1        MR. COREY:  Objection:  vague and ambiguous

2   and it calls for speculation.

3        THE WITNESS:  I did not.

4   BY MR. NOLAN:

5     Q.   But your department did?                    06:47PM

6        MR. COREY:  Same objections.

7        THE WITNESS:  It would appear that my

8   department did.

9   BY MR. NOLAN:

10

11

12                    REDACTED

13

14

15

16                    REDACTED

17

18

19

20                    REDACTED

21

22

23

24                    REDACTED

25

EXHIBIT ____11____

PAGE ____65q____

CONFIDENTIAL - ATTORNEYS' EYES ONLY

1      Q.   Oh, okay.  So July 22nd, '03 -- was Jill

2   Thomas outside counsel at the time or was she in

3   house?

4      A.   In house.

5      Q.   She was in house.  Okay.  And then the next   06:48PM

6   entry so we can wind this up is 6/21/04.  Can you

7   read that for me?

8      A.   "Update Isaac Larian background."

9      Q.   Okay.  Now, I want to go back to 0074310 for

10  a minute.                                            06:48PM

11     A.   I'm sorry, 00 --

12          MR. COREY:  The first page.

13  BY MR. NOLAN:

14     Q.   The first page of the report.

15     A.   Yes.                                          06:48PM

16     Q.   Do you have that in front of you?

17     A.   Yes, I do.  I'm going to put this together,

18  okay?

19     Q.   Sure.  So put 74310 right there, okay?  Now,

20  I want you to go to the stack next to you to your    06:48PM

21  left and can you turn over the first page for me.

22  And that's going to be 074309.

23     A.   No -- oh, I see what you're referring to.

24     Q.   Put that on top of that stack.  And identify

25  for me what this -- what this document now is,       06:49PM
                                                              314

CONFIDENTIAL - ATTORNEYS' EYES ONLY

1    0074309.  It's got a date on the bottom 5/26/2006.

2    What is this?

3          MR. COREY:  Objection:  speculation.

4    BY MR. NOLAN:

5          Q.   Do you know?                                    06:49PM

6          A.   You know, I do not know.

7          Q.   It's an MGA document.  Do you see that?

8          A.   I see up here on the top it says "MGA" and

9    I'm having difficulty -- I can see -- I can see on

10   that first line where it's blacked out I can only    06:49PM

11   make the word "product."  There's another word here

12   it could be "home" but I'm not certain.  "Product,"

13   "Customer Service."  I can't make out the next word

14   but I think it starts with a D and I can't make out

15   the next word either.                                06:50PM

16         Q.   Okay.

17         A.   I'm sorry, go ahead.

18         Q.   No, I'm sorry, that's fine.  Let's turn over

19   one more page.  Go backwards.  We're going

20   backwards.  And this one is going to be M 0074308.   06:50PM

21   Do you see that?

22         A.   Yes.

23         Q.   And it's redacted.

24         A.   Yes.

25         Q.   Do you know how this file is put together.  06:50PM
                                                                315

CONFIDENTIAL - ATTORNEYS' EYES ONLY

1   You have a document that's fully redacted.  Do you

2   know of any reason why a legal document -- I'm

3   sorry, a page of your report would be fully

4   redacted?

5           MR. COREY:  Objection:  speculation.        06:50PM

6           THE WITNESS:  No, I don't.

7   BY MR. NOLAN:

8       Q.   When it was maintained in your office

9   available to all the investigators, do you know

10  whether or not this page was contained in the       06:50PM

11  investigative report?

12      A.   I don't know the information on the page.  I

13  can't answer that question.

14      Q.   It was produced to us as file 02-115 so you

15  sitting here today you have no basis to know why it  06:51PM

16  was redacted?

17      A.   No, I don't know what this page contained at

18  this point in time.

19      Q.   And then I want to -- now go to 74311 which

20  is still the incident report.  Do you see that?     06:51PM

21      A.   Yes.

22      Q.   It says "Incident Report Details 2 of 3" and

23  it says Evelyn Viohl Person Type:  Informant."

24      A.   Yes.

25      Q.   What does that mean?                        06:51PM
                                                         316

EXHIBIT _____ 11

page    65t

CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
1    STATE OF CALIFORNIA   ) ss:
2    COUNTY OF LOS ANGELES )
3
4         I, WENDY S. SCHREIBER, CSR No. 3558, do
5    hereby certify:
6
7         That the foregoing deposition of RICHARD
8    N. DE ANDA was taken before me at the time and place
9    therein set forth, at which time the witness was
10   placed under oath and was sworn by me to tell the
11   truth, the whole truth, and nothing but the truth;
12        That the testimony of the witness and all
13   objections made by counsel at the time of the
14   examination were recorded stenographically by me,
15   and were thereafter transcribed under my direction
16   and supervision, and that the foregoing pages
17   contain a full, true and accurate record of all
18   proceedings and testimony to the best of my skill
19   and ability.
20        I further certify that I am neither
21   counsel for any party in said action, nor am I
22   related to any party to said action, nor am I in any
23   way interested in the outcome thereof.
24
25
```

329

CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1              IN WITNESS WHEREOF, I have subscribed my

 2    name this 26th day of December, 2007.

 3

 4

 5

 6    _____

 7      WENDY S. SCHREIBER, CSR No. 3558, RPR

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25                                                   330
```

EXHIBIT __11__

PAGE ____65 ✓____

**EXHIBIT 12**



CONFIDENTIAL

02-115

CONFIDENTIAL - ATTORNEYS EYES ONLY

EXHIBIT _____

PAGE _____

De Ander
EXHIBIT NO. 1195
12/19/07
Wendy S. Schreiber

M 0074307

REDACTED

CONFIDENTIAL - ATTORNEYS EYES ONLY

EXHIBIT ___17___

PAGE ___67___

M 0074308

MGA Entertainment - Contact

**MGA**  Home | Products | Customer Service | Contact | Where t

**Visit our Customer Service Page for:**

- Product FAQ's
- Product Instruction Manuals
- Product Registration
- Product Part Ordering

The preferred method of contact for Customer Service is using our email contact form

Please refer customer service and help line calls to our customer service call center.

**1-800-222-4685**

**Concept Submissions**
MGA welcomes the opportunity to review your product concept ideas. To learn more about submitting your ideas, please read and download our submission form.

**Los Angeles Corporate Office:**

MGA Entertainment
16380 Roscoe Blvd., Suite 200
Van Nuys, CA 91406
(818) 894-2525

Privacy Policy

Site Map | Contact Info | Press Releases | Awards | Cool Jobs | Registration | Warranty Information
Privacy Policy | Terms of Use

TM & © MGA Entertainment, Inc. All Rights Reserved

http://www.mgae.com/contact.asp

5/26/2006

CONFIDENTIAL - ATTORNEYS EYES ONLY     EXHIBIT _____12_____

PAGE _____58_____

M 0074309

## Incident Report

Page: 1

File #: 02-115          Incident #: 0000002207 0000

Category:            01 - Theft
Subcategory:         13 - Proprietary Information
Occurrence Date: 3/15/2002
Occurrence Time: 15:00
Reported Date:   3/20/2002
Building/Site:       El Segundo Design Center
                     2031 Mariposa Ave
                     El Segundo, California
                     United States 90245

Status:              Open
Report Taken By:  Simoneau, Bob
Employment Details:
Occupation: Security Investigations
(310) 252-2339

Incident Narrative
Information received from Design Center staff, Evelyn Viohl and Ivy Ross that MGA
Entertainment, headed by a person known as Isaac _LARIAN_ has recently hired a number of
former Mattel employees and is manufacturing products that appear to be Mattel designs.

Invest. opened.

Incident Person
Incident Person Details 1 of 3
Larian, Isaac

Person Type: Suspect
Comments:            Owner of MGA Entertainment

Personal Details:
Age:      49                    Sex:       Male

Home Address:
237 N. Carolewood Dr.
Los Angeles, California
United States 90077
(310) 271-7575

Employment Details:
SSN       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
Employer: MGA Entertainment
          16730 Schoenborn St.
          North Hills, California
          United States 91343

02- 115

                              3/20/2002      (c)PPH 3000 Inc 1990-98. All Rights Reserved.

Mattel, Inc.

CONFIDENTIAL - ATTORNEYS EYES ONLY

EXHIBIT ___12___
PAGE ___69___

M 0074310

## Incident Report

(818) 894-2525

Incident Person Details 2 of 3

Viohl, Evelyn

Person Type: Informant
Employment Details:
Occupation: Employee
Employer:  Mattel

Incident Person Details 3 of 3

Ross, Ivy

Person Type: Informant
Personal Details:
Sex:       Male

Employment Details:
Occupation: Employee
Employer:   Mattel, Inc.
            333 Continental Blvd.
            D1-0126 SVP Girls Product & Design
            El Segundo, California
            United States 90245
            (310) 252-2680

Mattel, Inc.                     3/20/2002      (c)PPM 2000 Inc 1990-98. All Rights Reserved.

CONFIDENTIAL - ATTORNEYS EYES ONLY

EXHIBIT  1V
PAGE  70

M 0074311

California Civil Index Search Results

| Details | | |
|---|---|---|
| Name: LARIAN ISAAC | Party: | DEFENDANT |
| Case Num: SC 1184 | Date: | 07/02/1990 |
| District: | County: | LOS ANGELES |

| Details | | |
|---|---|---|
| Name: LARIAN ISAAC | Party: | PLAINTIFF |
| Case Num: NWC 15135 | Date: | 12/30/1985 |
| District: | County: | LOS ANGELES |

| Details | | |
|---|---|---|
| Name: LARIAN ISAAC | Party: | DEFENDANT |
| Case Num: LC 1210 | Date: | 06/18/1990 |
| District: | County: | LOS ANGELES |

| Details | | |
|---|---|---|
| Name: LARIAN ISAAC | Party: | DEFENDANT |
| Case Num: BC 95802 | Date: | 12/28/1993 |
| District: | County: | LOS ANGELES |

| Details | | |
|---|---|---|
| Name: LARIAN ISAAC | Party: | DEFENDANT |
| Case Num: BC 70814 | Date: | 12/16/1992 |
| District: | County: | LOS ANGELES |

| Details | | |
|---|---|---|
| Name: LARIAN ISAAC | Party: | PLAINTIFF |
| Case Num: BC 122117 | Date: | 02/16/1995 |
| District: | County: | LOS ANGELES |

| Details | | |
|---|---|---|
| Name: LARIAN ISAAC | Party: | PLAINTIFF |
| Case Num: BC 120062 | Date: | 01/17/1995 |
| District: | County: | LOS ANGELES |

| Details | | |
|---|---|---|
| Name: LARIAN ISAAC | Party: | DEFENDANT |
| Case Num: BC 102330 | Date: | 04/08/1994 |
| District: | County: | LOS ANGELES |

| Details | | |
|---|---|---|
| Name: LARIAN ISAAC | Party: | DEFENDANT |
| Case Num: BC 301371 | Date: | 08/28/2003 |
| District: | County: | LOS ANGELES |

| Details | | |
|---|---|---|
| Name: LARIAN ISAAC | Party: | DEFENDANT |

CONFIDENTIAL - ATTORNEYS EYES ONLY

EXHIBIT _12_

PAGE _71_

M 0074312

California Civil Index Search Results

| Case Num: | BC 260489 | Date: | 10/26/2001 |
| District: | | County: | LOS ANGELES |

| | | Details | |
| Name: | LARIAN ISAAC | Party: | DEFENDANT |
| Case Num: | BC 329501 | Date: | 02/24/2005 |
| District: | | County: | LOS ANGELES |

| | | Details | |
| Name: | LARIAN ISAAC E | Party: | DEFENDANT |
| Case Num: | NWC 28122 | Date: | 04/28/1987 |
| District: | | County: | LOS ANGELES |

| | | Details | |
| Name: | LARIAN ISAAC E | Party: | DEFENDANT |
| Case Num: | WED 103795 | Date: | 08/04/1988 |
| District: | | County: | LOS ANGELES |

| | | Details | |
| Name: | LARIAN ISAAC E | Party: | DEFENDANT |
| Case Num: | WEC 101082 | Date: | 02/21/1989 |
| District: | | County: | LOS ANGELES |

CONFIDENTIAL - ATTORNEYS EYES ONLY

EXHIBIT ___12___

PAGE ___72___

M 0074313

www.loc8fast.com

7/22/2003 11:19:02 AM
Search Criteria
SSN:            569316324

| # | Name/SSN | Address/County | Phone # | DOB/Lic# | Reported |
|---|----------|----------------|---------|----------|----------|
| 1. | Name/SSN BRYANT, CARTER H alt: BRYANT, CARTER 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 | Apt. Number - 376 402 MOUNT VERNON ST NIXA, MO 65714 CHRISTIAN County | Phone # | DOB/Lic# 09/01/1959 | Reported 02/01/2003 |
| 2. | Name/SSN BRYANT, CARTER H 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 | Address/County 610 ELDERBERRY LN NIXA, MO 65714 CHRISTIAN County | Phone # | DOB/Lic# 09/01/1959 | Reported 02/01/2003 |
| 3. | Name/SSN BRYANT, CARTER H 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 | Address/County PO BOX 1317 NIXA, MO 65714 CHRISTIAN County | Phone # (417) 836-6528 | DOB/Lic# 09/01/1959 | Reported 03/01/1999 |
| 4. | Name/SSN BRYANT, CARTER H 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 | Address/County 37468 3RD ST PALMDALE, CA 93550 LOS ANGELES County | Phone # (661) 836-6528 | DOB/Lic# 09/01/1959 | Reported 12/01/1996 |
| 5. | Name/SSN BRYANT, CARTER H 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 | Address/County Apt. Number - 23 45044 28TH EAST ST LANCASTER, CA 93535 LOS ANGELES County | Phone # (661) 836-6528 | DOB/Lic# 09/01/1959 | Reported 09/01/1996 |
| 6. | Name/SSN BRYANT, CARTER H 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 | Address/County 1834 PALMYR AV ORANGE, CA 92666 County | Phone # (000) 836-6528 | DOB/Lic# 1968 | Reported 09/01/1993 |
| 7. | Name/SSN BRYANT, CARTER H 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 | Address/County 38701 20TH ST PALMDALE, CA 93550 LOS ANGELES County | Phone # (661) 836-6528 | DOB/Lic# 1968 | Reported 08/01/1993 |
| 8. | Name/SSN BRYANT, CARTER H 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 | Address/County Apt. Number - 1200 1472 EAST IDAHO FALLS, ID 83402 BONNEVILLE County | Phone # | DOB/Lic# 09/01/1959 | Reported 08/01/1988 |
| 9. | Name/SSN BRYANT, CARTER H 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 | Address/County 1319 160TH ST GARDENA, CA 90247 LOS ANGELES County | Phone # (310) 836-6528 | DOB/Lic# 09/01/1959 | Reported // |
| 10. | Name/SSN BRYANT, CARTER H 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 | Address/County Apt. Number - A 1 SYCAMORE KIMBERLING CITY, MO 65686 STONE County | Phone # (417) 836-6528 | DOB/Lic# 09/01/1959 | Reported // |
| 11. | Name/SSN BRYANT, CARTER H 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 | Address/County 2606 VALENCIA ST SANTA ANA, CA 92705 ORANGE County | Phone # (714) 836-6528 | DOB/Lic# 1968 | Reported // |

CONFIDENTIAL - ATTORNEYS EYES ONLY

M 0074314

EXHIBIT 12
PAGE 73

www.loc8fast.com

| | Name/SSN | Address/County | Phone # | DOB/Died | Reported |
|---|---|---|---|---|---|
| 12. | BRYANT, CARTER H | 9644 AVE S 12 | (661) 836-6528 | 09/01/1959 | // |
| | 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 | LITTLEROCK, CA 93543 | | | |
| | | LOS ANGELES County | | | |

http://www.loc8fast.com/CHSearch.asp?page=PRINTABLE&fid=4675228&sid=CH1&Re... 7/22/2003

CONFIDENTIAL - ATTORNEYS EYES ONLY

EXHIBIT 12

PAGE 74

M 0074315

Emergency Contact

Home > Administer Workforce > Administer Workforce (GBL) > Use > Emergency Contact   New Window

Contact Address/Phone | Other Phone Numbers

Bryant, Carter H                                                 Employee                          Emp

Emergency Contact                                    View All    First ◄ 1 of 1 ► Last

| Contact Name: | Bryant, Janet | Primary Conta |
| Relationship to Employee: | Mother | |

☐ Same Address as Employee
☐ Same Phone as Employee

**Contact Address**

| Country: | USA   United States |
| Address 1: | 1A Sycamore Drive |
| Address 2: | |
| Address 3: | |
| City: | Kimberling City |
| County: | Postal:   65686 |
| State: | MO   Missouri |

**ContactPhone**

| Phone: | (417) 291-1688 |

[Save]  [Contact Address/Phone]  [Update/Display]  [Include History]

Contact Address/Phone | Other Phone Numbers

http://peoplesoft/servlets/iclientservlet/peoplesoft8/?ICType=Panel&Menu=ADMINISTER...  7/22/2003

CONFIDENTIAL - ATTORNEYS EYES ONLY

M 0074316

EXHIBIT 12

PAGE 75

Employment Verify

Page 1 of 1

Home > MF Employment Verification > MF Employment Verification > Inquire > Employment Verify New Window

Verify Employment

| | | |
|---|---|---|
| EmplID: 090202 | Benefit Program: ADM | Status: Terminated |

Name: Bryant,Carter H

Preferred First Name: Carter

| Hire Date: | Rehire Date: | Service Date: | Last Day Worked: | Term Date: |
|---|---|---|---|---|
| 10/29/1995 | 01/04/1999 | 07/05/1996 | 10/19/2000 | 10/20/2000 |

| Company: | MCO | Mattel HQ, Inc | Location: | 01 | El Segundo |
|---|---|---|---|---|---|
| Pay Group: | HB1 | HDQ Bi-Wkly FT | Supervisor: | Fonseca,Heather | |

| Job Code: | 03676 | Project Designer | Level: | Non-Mgr | Head Count: |
|---|---|---|---|---|---|
| Department: | 12450 | Barbie Collector Prelim Design | Division: | Mattel Brands | |
| Mail Drop: | D1-0163 | Work Phone: 310/252-6099 | Oracle Account Code: | 6005 | |

| Home State: | CA | Home Zip: | 90247 | | |
|---|---|---|---|---|---|
| Last Verification Date: | | | ☒ Ineligible for Rehire | | |
| Email ID: | BRYANTCA@MATTEL.COM | | | User ID: | BRYANTCA |

| HRREP: | 097694 | Torres,Irene M | 310/252-4225 |
|---|---|---|---|
| ESREP: | | | |

CONFIDENTIAL - ATTORNEYS EYES ONLY

M 0074317

EXHIBIT 12

PAGE 74

Personal Data

Page 1 of 1

Home > Administer Workforce > Administer Workforce (GBL) > Use > Personal Data

New Window

| Name History | Address History |

Bryant,Carter H                     Employee                EmplID: 090202

**Address Type**                                      View All      First ◁ 1 of 1 ▷ Last

Address Type:    HOME

**Address History**                              View All   First ◁ 1 of 1 ▷ Last

Effective Date:   10/30/1995      Status:      Active

Country:          USA    United States
Address 1:        1319 W. 160th Street
Address 2:

Address 3:

City:             Gardena

County:                                    Postal:     90247

State:            CA        California

**Phones**                                            First ◁ 1 of 1 ▷ Last

Phone Type              Telephone

**Email Addresses**                                   First ◁ 1 of 1 ▷ Last

Email Type      Email Address
Business        BRYANTCA@MATTEL.COM

Name History | Address History

http://peoplesoft/servlets/iclientservlet/peoplesoft8/?ICType=Panel&Menu=ADMINISTER...  7/22/2003

CONFIDENTIAL - ATTORNEYS EYES ONLY

EXHIBIT ___1L___

PAGE ___77___

M 0074318

REDACTED

CONFIDENTIAL - ATTORNEYS EYES ONLY

EXHIBIT 12

PAGE 78

M 0074319

REDACTED

CONFIDENTIAL - ATTORNEYS EYES ONLY

M 0074320

EXHIBIT _____ 12 _____

PAGE _____ 79 _____

REDACTED

CONFIDENTIAL - ATTORNEYS EYES ONLY

M 0074321

EXHIBIT ___12___

PAGE ___80___