REDACTED

CONFIDENTIAL - ATTORNEYS EYES ONLY

EXHIBIT _____ 12 _____

PAGE _____ 81 _____

M 0074322

REDACTED

CONFIDENTIAL - ATTORNEYS EYES ONLY

M 0074323

EXHIBIT  _12_
_82_
PAGE

REDACTED

CONFIDENTIAL - ATTORNEYS EYES ONLY

EXHIBIT _____ 12 _____

PAGE _____ 83 _____

M 0074324

REDACTED

CONFIDENTIAL - ATTORNEYS EYES ONLY

EXHIBIT ___12___

PAGE ___84___

M 0074325

REDACTED

CONFIDENTIAL - ATTORNEYS EYES ONLY

M 0074326

EXHIBIT ___12___

PAGE ___85___



CONFIDENTIAL - ATTORNEYS EYES ONLY

EXHIBIT _____ 12

PAGE _____ 64

M 0074327

SearchBug -> PeopleFinder -> WhitePages                                    Page 2 of 2

powered by
WhitePages

PRIVACY
REGULAR

Copyright 1996-2002 WhitePages.com. All rights reserved.

**Related Tools**
• Back to all PeopleFinder searches
• Use Reverse Phone Search to lookup people by phone number
• Find people by Address
• Locate your Family & Ancestors
• Find someone's E-mail Address or perform Reverse E-Mail Lookup
• Let us suggest a reliable Public Records Search
• Here is the list of International Phone Directories

**Did not find what you were looking for?**

Search:            For:
All the internet

Copyright © 2001, SearchBug.com, LLC

Free E-mail    Customize    Contact Us    Report a Problem    Tell your Friend    Help    About Us

http://sea.../find_person_results.pl?fid=a&s_n=16730&s_a=schoenborn&c=north+hills&s=C.   3/20/2002

CONFIDENTIAL - ATTORNEYS EYES ONLY

EXHIBIT _____ 12
PAGE _____ 82

M 0074328

www.loc8fast.com

3/20/2002 12:13:52 PM
**Search Criteria**
House No.: 16730
Street:          SCHOENBORN
City:            NORTH HILLS
State:           CA
Zip:             91343

| | Name/SSN | Address/County | Phone # | DOB/Lic# | Reported |
|---|---|---|---|---|---|
| 1. | POULSON, CAROL D | 16730 SCHOENBORN ST<br>NORTH HILLS, CA 91343<br>LOS ANGELES County | | 12/22/1939 | 07/13/2002 |
| 2. | NUFORD, JONATHAN L<br>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 | 16730 SCHOENBORN ST<br>NORTH HILLS, CA 91343<br>LOS ANGELES County | (818) 715-<br>8924 | 09/01/1943 | 06/01/2000 |
| 3. | XARIAN, ANGELA | 16730 SCHOENBORN ST<br>NORTH HILLS, CA 91343<br>LOS ANGELES County | | | 04/01/2000 |
| 4. | WARNER, PAUL A<br>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 | 16730 SCHOENBORN ST<br>NORTH HILLS, CA 91343<br>LOS ANGELES County | (818) 823-<br>6432 | 09/01/1959 | 04/01/2000 |
| 5. | XARIAN, GEORGE | 16730 SCHOENBORN ST<br>NORTH HILLS, CA 91343<br>LOS ANGELES County | (818) 783-<br>6262 | | 06/01/1997 |
| 6. | XARIAN, ISAAC<br>aka: ARIAN, ISAAC<br>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 | 16730 SCHOENBORN ST<br>NORTH HILLS, CA 91343<br>LOS ANGELES County | (818) 771-<br>9279 | | 04/01/1996 |
| 7. | XARIAN, CHARLES<br>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 | 16730 SCHOENBORN ST<br>NORTH HILLS, CA 91343<br>LOS ANGELES County | (818) 784-<br>9638 | | 05/01/1994 |
| 8. | XARIAN, LISA P<br>aka:<br>GARBRIELZALEH,<br>LISA<br>aka: CARIAN, LISA<br>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 | 16730 SCHOENBORN ST<br>NORTH HILLS, CA 91343<br>LOS ANGELES County | (818) 891-<br>9788 | 06/01/1974 | // |
| 9. | XARIAN, XARED<br>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 | 16730 SCHOENBORN ST<br>NORTH HILLS, CA 91343<br>LOS ANGELES County | (818) 282-<br>9788 | 09/01/1960 | 06/01/1943 |

.../CHSearch.asp?page=PRINTABLE&fid=2607812&sid=CH6&Reference=02%2D115&city=3/20/2002

CONFIDENTIAL - ATTORNEYS EYES ONLY

EXHIBIT _12_

PAGE _88_

M 0074329

www.loc8fast.com

**Locate   Fast**

Main Menu    Log out    Acct Manager    Help    Contact

| Name | SSN | Re-Trace | Address | Phone | Relatives | Neighbors | PROFILES |

## Search

Multiple subjects were found when this SSN was searched, please select from the list below:

| Name (Last, First, Mid) | Current Reported Address | Date Reported |
|---|---|---|
| HEDRICK, MATT | 237 CAROLWOOD HOLMBY HILLS, CA 80077 | 01/01/1998 (current) |
| LARIAN, ISAAC E | 237 CAROLWOOD DR LOS ANGELES, CA 90077 | 08/01/1987 (previous) |

About Us / Searches / Login / Register / Links
· © 1998-2002 www.loc8fast.com - This site is for the explicit use www.loc8fast.com customers - Usage is monitored - Privacy Statement - Disclaimer

http://www.loc8fast.com/NPSearch2.asp?function=SUMMARY                    3/20/2002

CONFIDENTIAL - ATTORNEYS EYES ONLY

EXHIBIT _____ 1V

PAGE _____ 89

M 0074330

```
****************************************************************
***                                                          ***
***              CALIFORNIA PROFILE REPORT                   ***
***                                                          ***
****************************************************************

Date:        3/20/2002 12:36:21 PM
SSN:         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
Reference:   02-115

Name:        ███████, ISAAC █  █                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
             aka: ARIAN, ISAAC               Issued In: California
             237 N CAROLWOOD DR LOS ANGELES, CA 90077
             16730 SCHOENBORN ST NORTH HILLS, CA 91343
             2045 STRADELLA RD LOS ANGELES, CA 90077
             16730 SCHOENBORN ST SAN FERNANDO, CA 91343
             7658 SHOUP AV CANOGA PARK, CA 91304

DOB:         No Information on file
Date Rptd:   09/01/1997

--------------------------------------------------------------
--- ALL NAMES ASSOCIATED WITH SUBJECT'S SSN
--------------------------------------------------------------
                                                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
1. HEDRICK, MATT                                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
2. LARIAN, ISAAC E

--------------------------------------------------------------
                                                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
Name:        ████████████                    Issued In: Kentucky

             237 N CAROLWOOD DR LOS ANGELES, CA 90077
             37 N CAROLWOOD LOS ANGELES, CA 90077
             16730 SCHOENBORN SAN FERNANDO, CA 91343
             216 S OXFORD LOS ANGELES, CA 90004
             2045 STRADELLA RD LOS ANGELES, CA 90077

DOB:         No Information on file
Date Rptd:   11/01/1998
Phone:       ████████████████              No SSN Rptd
Name:        ████████████

             2045 STRADELLA RD LOS ANGELES, CA 90077

DOB:         No Information on file
Date Rptd:   09/01/2000
Phone:       No Information on file
                                                No SSN Rptd
Name:        ████████████

             16730 SCHOENBORN ST NORTH HILLS, CA 91343

DOB:         No Information on file
Date Rptd:   04/01/2000
Phone:       No Information on file
                                                No SSN Rptd
Name:        ████████████                    02- 115
```

.../NPSearch2.asp?function=SEARCH&sid=CAPROFILE&fid=2607830&ssn=55417 3545&list3/20/2002

CONFIDENTIAL - ATTORNEYS EYES ONLY

EXHIBIT _12_

PAGE _10_

M 0074331

16730 SCHOENBORN ST NORTH HILLS, CA 91343

DOB:            No Information on file
Date Rptd:      06/01/1997
Phone:          818-789-8262

Name:                                                    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
AKA:                                        Issued In: California

        2142 CENTURY PARK LN LOS ANGELES, CA 90067
        4714 HAYVENHURST AV ENCINO, CA 91436
        4830 WOODLEY AV VAN NUYS, CA 91436
        2045 STRADELLA RD LOS ANGELES, CA 90077
        16730 SCHOENBORN ST NORTH HILLS, CA 91343
        16730 SCHOENBORN ST SAN FERNANDO, CA 91343

DOB:            09/01/1943
Date Rptd:      No Information on file
Phone:          818-282-8755

Name:                                                    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
AKA:                                        Issued In: Unknown

        2142 CENTURY PARK LN #6108 LOS ANGELES, CA 90067
        2142 CENTURY PARK LN #6 LOS ANGELES, CA 90067
        4714 HAYVENHURST AV ENCINO, CA 91436
        6655 HOLLYWOOD DV LOS ANGELES, CA 90028
        16730 SCHOENBORN ST NORTH HILLS, CA 91343

DOB:            09/01/1974
Date Rptd:      No Information on file
Phone:          818-282-8755

Address         LOS ANGELES, CA 90077 LOS ANGELES COUNTY

Date Rptd:      08/01/1997
Phone:          213/310-271-7535                Phone:   213/310 213-73-75

                                        FIC BELL
VILLALOBOS, ACENETH

Primary Owner:     LARIAN ISAAC E
Secondary Owner:   LARIAN ANGELA
Site Address:                              LOS ANGELES CA 90077-3535
Owner Address:     237 N CAROLWOOD
                   LOS ANGELES CA 90077-3535
Telephone:         None Reported
APN:               4358-005-026
Assessed Value:    $3,096,039.00

                                                02- 115

.../NPSearch2.asp?function=SEARCH&sid=CAPROFILE&fid=2607830&ssn=554173545&lis 3/20/2002

CONFIDENTIAL - ATTORNEYS EYES ONLY

EXHIBIT 12
PAGE 91

M 0074332

Page 3 of 14

```
--- Individuals reported at 237 N CAROLWOOD DR, LOS ANGELES CA ---
-----------------------------------------------------------------
                                                    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
> HEDRICK, MATT                          Issued In: California
                                                    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
                                         Issued In: Kentucky
```

```
Name:        TAI, OI T
DOB:         09/01/1952
Address:     230 N CAROLWOOD DR
             LOS ANGELES, CA 90077 LOS ANGELES COUNTY
Date Rptd:   05/01/1994
Phone:       213/310-204-3490
```

```
Name:        STEINHART, COTRUST WILLIAM
DOB:         No Information on file
Address:     230 N CAROLWOOD DR
             LOS ANGELES, CA 90077 LOS ANGELES COUNTY
Date Rptd:   02/01/1994
Phone:       No Information on file
```

```
Name:        MORSEY, COTRUSTEE BEVERLY
DOB:         No Information on file
Address:     230 N CAROLWOOD DR
             LOS ANGELES, CA 90077 LOS ANGELES COUNTY
Date Rptd:   02/01/1994
Phone:       No Information on file
```

```
Name:        MORSEY, CHASE
DOB:         No Information on file
Address:     230 N CAROLWOOD DR
             LOS ANGELES, CA 90077 LOS ANGELES COUNTY
Date Rptd:   12/01/1993
Phone:       No Information on file
```

```
Name:        TAI, HAK WA
             aka: WA, TAI, HAK
DOB:         No Information on file
Address:     230 N CAROLWOOD DR
             LOS ANGELES, CA 90077 LOS ANGELES COUNTY
Date Rptd:   04/01/1993
Phone:       213/310-204-3950
```

```
Name:        MORSEY, C
DOB:         No Information on file
Address:     230 N CAROLWOOD DR
             LOS ANGELES, CA 90077 LOS ANGELES COUNTY
Date Rptd:   10/01/1992
Phone:       213/310-274-5961
```

```
Address:
Date Rptd:   04/01/1996
Phone:       818-271-7575
```

02- 115

...NPSearch2.asp?function=SEARCH&sid=CAPROFILE&fid=2607830&ssn=554173545&is 3/20/2002

CONFIDENTIAL - ATTORNEYS EYES ONLY

EXHIBIT __12__

PAGE __92__

M 0074333

```
-- Listed Phone Numbers at 16730 SCHOENBORN ST, NORTH HILLS CA
------------------------------------------------------------
No Information on file

------------------------------------------------------------
-- Property Ownership at 16730 SCHOENBORN ST, NORTH HILLS CA
------------------------------------------------------------
Primary Owner:    16730 SCHOENBORN PROPERTIES L
Secondary Owner:  )P
Site Address:     16730 SCHOENBORN
                  NORTH HILLS CA 91343-6108
Owner Address:    16730 SCHOENBORN
                  NORTH HILLS CA 91343-6108
Telephone:        None Reported
APN:              2689-011-020
Assessed Value:   $2,375,000.00

------------------------------------------------------------
-- Individuals reported at 16730 SCHOENBORN ST, NORTH HILLS CA
------------------------------------------------------------
> BUFORD, JONATHAN L                              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
                                            Issued In: Georgia
> LARIAN, ANGELA                                  No SSN Rptd

> LARIAN, FARHAD                                  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
    aka: FARHAD, LARIAN               Issued In: California

------------------------------------------------------------
-- Possible Neighbors of 16730 SCHOENBORN ST, NORTH HILLS CA
------------------------------------------------------------
Name:       DEVRIES, HUGH J
            aka: VRIES, HUGH, DE
DOB:        09/15/1925
Address:    16700 SCHOENBORN ST
            NORTH HILLS, CA 91343 LOS ANGELES COUNTY
Date Rptd:  07/13/2001
Phone:      818-893-6906
-------------------------------------------------------
Name:       HOYT, DOROTHY M
DOB:        No Information on file
Address:    16700 SCHOENBORN ST
            NORTH HILLS, CA 91343 LOS ANGELES COUNTY
Date Rptd:  07/08/1994
Phone:      No Information on file
-------------------------------------------------------
Name:       HOYT, DEE M
DOB:        No Information on file
Address:    16700 SCHOENBORN ST
            NORTH HILLS, CA 91343 LOS ANGELES COUNTY
Date Rptd:  05/01/1994
Phone:      818-251-1955
-------------------------------------------------------
Name:       HOYT, ROBERT A
DOB:        No Information on file
Address:    16700 SCHOENBORN ST
            NORTH HILLS, CA 91343 LOS ANGELES COUNTY
Date Rptd:  No Information on file
Phone:      818-251-1955
-------------------------------------------------------
Name:       JONES, TODD M
DOB:        09/01/1959
Address:    16714 SCHOENBORN ST
            NORTH HILLS, CA 91343 LOS ANGELES COUNTY
```

02- 115

.../NPSearch2.asp?function=SEARCH&sid=CAPROFILE&fid=2607830&ssn=554173545&lis 3/20/2002

CONFIDENTIAL - ATTORNEYS EYES ONLY

EXHIBIT 12

PAGE 93

M 0074334

```
Date Rptd:  03/01/1999
Phone:      818-905-8325
------------------------------------------------------------
Name:       GARSON, RUSSELL A
DOB:        07/1945
Address:    16737 SCHOENBORN ST
            NORTH HILLS, CA 91343 LOS ANGELES COUNTY
Date Rptd:  01/00/1996
Phone:      No Information on file
------------------------------------------------------------
Name:       ABARGHOEI, MOE
DOB:        No Information on file
Address:    16739 SCHOENBORN ST
            NORTH HILLS, CA 91343 LOS ANGELES COUNTY
Date Rptd:  04/01/2001
Phone:      No Information on file
------------------------------------------------------------
Name:       ASFOUR, KHALIL I
DOB:        06/1964
Address:    16755 SCHOENBORN ST
            NORTH HILLS, CA 91343 LOS ANGELES COUNTY
Date Rptd:  05/00/1997
Phone:      No Information on file
------------------------------------------------------------
Name:       DEGUZMAN, JOSEPH L
DOB:        No Information on file
Address:    16799 SCHOENBORN ST
            NORTH HILLS, CA 91343 LOS ANGELES COUNTY
Date Rptd:  04/01/2001
Phone:      No Information on file
------------------------------------------------------------

--- PREVIOUSLY REPORTED ADDRESS                        ---

Address:    2045 STRADELLA RD
            LOS ANGELES, CA 90077 LOS ANGELES COUNTY
Date Rptd:  09/01/1993
Phone:      213/310-343-5447
------------------------------------------------------------

-- Listed Phone Numbers at 2045 STRADELLA RD, LOS ANGELES CA

310-471-0928    GTE CALIFORNIA INCORPORATED - CA
AZARNIVAR, AMIR
------------------------------------------------------------

-- Property Ownership at 2045 STRADELLA RD, LOS ANGELES CA

Primary Owner:    AZARNIVAR AMIR
Secondary Owner:  AZARNIVAR MELODY F
Site Address:     2045 STRADELLA
                  LOS ANGELES CA 90077-2322
Owner Address:    2045 STRADELLA
                  LOS ANGELES CA 90077-2322
Telephone:        310-471-4143
APN:              4377-026-003
Assessed Value:   $883,065.00
------------------------------------------------------------

-- Individuals reported at 2045 STRADELLA RD, LOS ANGELES CA

> AZARNIVAR, AMIR                          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
                                     Issued In: New York
```

02- 115

../NPSearch2.asp?function=SEARCH&sid=CAPROFILE&fid=2607830&ssn=554173545&lis 3/20/2002

CONFIDENTIAL - ATTORNEYS EYES ONLY

M 0074335

EXHIBIT 12

PAGE 94

> LARIAN, CAMRONE

No SSN Rptd

> AZARNIVAR, MELODY F

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
Issued In: New York

> AZARNIVAR, AMIR

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
Issued In: New York

> LARIAN, ANGELA L

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
Issued In: Kentucky

> HERFEH, MILAD

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
Issued In: Immigrants

-- Possible Neighbors of 2045 STRADELLA RD, LOS ANGELES CA

| | |
|---|---|
| Name: | GREEN, MELINA E |
| | aka: GREEN, MELINO, E |
| DOB: | 10/14/1965 |
| Address: | 2044 STRADELLA RD |
| | LOS ANGELES, CA 90077 LOS ANGELES COUNTY |
| Date Rptd: | 07/13/2001 |
| Phone: | 213/310-576-0607 |

| | |
|---|---|
| Name: | GREEN, MELINA E |
| DOB: | 10/14/1965 |
| Address: | 2044 STRADELLA RD |
| | LOS ANGELES, CA 90077 LOS ANGELES COUNTY |
| Date Rptd: | 07/13/2001 |
| Phone: | No Information on file |

| | |
|---|---|
| Name: | GREEN, MELINA E |
| | aka: GREEN, MELINO, ELISE |
| | MELINA, PALUMBO |
| DOB: | 10/14/1965 |
| Address: | 2044 STRADELLA RD |
| | LOS ANGELES, CA 90077 LOS ANGELES COUNTY |
| Date Rptd: | 07/13/2001 |
| Phone: | 213/310-783-1737 |

| | |
|---|---|
| Name: | RANE, JOHN J |
| DOB: | No Information on file |
| Address: | 2044 STRADELLA RD |
| | LOS ANGELES, CA 90077 LOS ANGELES COUNTY |
| Date Rptd: | 07/01/2000 |

| | |
|---|---|
| Name: | RANE, JEFFERY J |
| DOB: | No Information on file |
| Address: | 2044 STRADELLA RD |
| | LOS ANGELES, CA 90077 LOS ANGELES COUNTY |
| Date Rptd: | 07/01/1998 |
| Phone: | No Information on file |

| | |
|---|---|
| Name: | RANE, JOHN W |
| DOB: | No Information on file |
| Address: | 2044 STRADELLA RD |
| | LOS ANGELES, CA 90077 LOS ANGELES COUNTY |
| Date Rptd: | 05/01/1994 |
| Phone: | 213/310-559-5660 |

| | |
|---|---|
| Name: | RANE, EVELYN V |
| DOB: | No Information on file |
| Address: | 2044 STRADELLA RD |
| | LOS ANGELES, CA 90077 LOS ANGELES COUNTY |

02- 115

.../NPSearch2.asp?function=SEARCH&sid=CAPROFILE&fid=2607830&ssn=554173545&lis 3/20/2002

CONFIDENTIAL - ATTORNEYS EYES ONLY

M 0074336

EXHIBIT __12__
PAGE __95__

Date Rptd: 09/01/1993
Phone:      213/310-476-0691

---

--- PREVIOUSLY REPORTED ADDRESS                                            ---
---

Address:    16730 SCHOENBORN ST.
            SAN FERNANDO, CA 91343 LOS ANGELES COUNTY
Date Rptd: 07/01/1993
Phone:      818-343-5447

---

-- Listed Phone Numbers at 16730 SCHOENBORN ST, SAN FERNANDO CA

---

No Information on file

---

-- Property Ownership at 16730 SCHOENBORN ST, SAN FERNANDO CA

---

No Information on file

---

-- Individuals reported at 16730 SCHOENBORN ST, SAN FERNANDO CA

---

> BUFORD, JONATHAN L                                        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
                                                    Issued In: Georgia
                                                          No SSN Rptd
> LARIAN, ANGELA

> LARIAN, FARHAD                                            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
    aka: FARHAD, LARIAN                             Issued In: California

---

-- Possible Neighbors of 16730 SCHOENBORN ST, SAN FERNANDO CA

---

Name:       DEVRIES, HUGH J
            aka: VRIES, HUGH, DE
DOB:        09/15/1925
Address:    16700 SCHOENBORN ST
            NORTH HILLS, CA 91343 LOS ANGELES COUNTY
Date Rptd: 07/13/2001
Phone:      818-893-6906

Name:       HOYT, DOROTHY M
DOB:        No Information on file
Address:    16700 SCHOENBORN ST
            NORTH HILLS, CA 91343 LOS ANGELES COUNTY
Date Rptd: 07/01/1995
Phone:      No Information on file

Name:       HOYT, DEE M
DOB:        No Information on file
Address:    16700 SCHOENBORN ST
            NORTH HILLS, CA 91343 LOS ANGELES COUNTY
Date Rptd: 05/01/1994
Phone:      818-251-1955

Name:       HOYT, ROBERT A
DOB:        No Information on file
Address:    16700 SCHOENBORN ST
            NORTH HILLS, CA 91343 LOS ANGELES COUNTY
Date Rptd: No Information on file
Phone:      818-251-1955

02- 115

../NPSearch2.asp?function=SEARCH&sid=CAPROFILE&fid=2607830&ssn=554173545&lis 3/20/2002

CONFIDENTIAL - ATTORNEYS EYES ONLY

EXHIBIT _____

PAGE _____ 94

M 0074337

```
Name:        JONES, TODD M
DOB:         09/01/1959
Address:     16714 SCHOENBORN ST
             NORTH HILLS, CA 91343 LOS ANGELES COUNTY
Date Rptd:   03/01/1999
Phone:       818-905-8325
-------------------------------------------------------------
Name:        GARSON, RUSSELL A
DOB:         07/1945
Address:     16737 SCHOENBORN ST
             NORTH HILLS, CA 91343 LOS ANGELES COUNTY
Date Rptd:   01/00/1996
Phone:       No Information on file
-------------------------------------------------------------
Name:        ABARGHOEI, MOE
DOB:         No Information on file
Address:     16739 SCHOENBORN ST
             NORTH HILLS, CA 91343 LOS ANGELES COUNTY
Date Rptd:   04/01/2001
Phone:       No Information on file
-------------------------------------------------------------
Name:        ASFOUR, KHALIL I
DOB:         06/1964
Address:     16755 SCHOENBORN ST
             NORTH HILLS, CA 91343 LOS ANGELES COUNTY
Date Rptd:   05/00/1997
Phone:       No Information on file
-------------------------------------------------------------
Name:        DEGUZMAN, JOSEPH L
DOB:         No Information on file
Address:     16799 SCHOENBORN ST
             NORTH HILLS, CA 91343 LOS ANGELES COUNTY
Date Rptd:   04/01/2001
Phone:       No Information on file
-------------------------------------------------------------

--- PREVIOUSLY REPORTED ADDRESS
-------------------------------------------------------------
Address:     7658 SHOUP AV
             CANOGA PARK, CA 91304 LOS ANGELES COUNTY
Date Rptd:   No Information on file
Phone:       818-343-5447
-------------------------------------------------------------
-- Listed Phone Numbers at 7658 SHOUP AV, CANOGA PARK CA

No Information on file
-------------------------------------------------------------
-- Property Ownership at 7658 SHOUP AV, CANOGA PARK CA
-------------------------------------------------------------
Primary Owner:    MALALIAN FARIBORZ D
Secondary Owner:  MALALIAN MICHELLE J
Site Address:     7658 SHOUP
                  CANOGA PARK CA 91304-5420
Owner Address:    7658 SHOUP
                  CANOGA PARK CA 91304-5420
Telephone:        None Reported
APN:              2012-020-016
Assessed Value:   $231,240.00
-------------------------------------------------------------
-- Individuals reported at 7658 SHOUP AV, CANOGA PARK CA
```

02- 115

../NPSearch2.asp?function=SEARCH&sid=CAPROFILE&fid=2607830&ssn=554173545&lis 3/20/2002

CONFIDENTIAL - ATTORNEYS EYES ONLY

EXHIBIT R

PAGE 97

M 0074338

---

> MAZALIAN, MICHELLE                  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
                              Issued In: California
> WIEMAN, MARCEL                       No SSN Rptd

                                 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
> MAZALIAN, MICHELLE J              Issued In: California
                                 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
> MAZALIAN, FARIBORE D             Issued In: California

---

-- Possible Neighbors of 7658 SHOUP AV, CANOGA PARK CA

```
Name:       NGUYEN, SHELLEY
DOB:        No Information on file
Address:    7650 SHOUP AV
            CANOGA PARK, CA 91304 LOS ANGELES COUNTY
Date Rptd:  04/01/2001
Phone:      No Information on file
```

```
Name:       NGUYEN, SHELLEY
DOB:        No Information on file
Address:    7650 SHOUP AV
            CANOGA PARK, CA 91304 LOS ANGELES COUNTY
Date Rptd:  01/01/2001
Phone:      No Information on file
```

```
Name:       NGUYEN, SHELLEY
DOB:        No Information on file
Address:    7650 SHOUP AV
            CANOGA PARK, CA 91304 LOS ANGELES COUNTY
Date Rptd:  05/01/2000
Phone:      818-883-0397
```

```
Name:       NGUYEN, SHELLY
DOB:        No Information on file
Address:    7650 SHOUP AV
            CANOGA PARK, CA 91304 LOS ANGELES COUNTY
Date Rptd:  04/01/2000
Phone:      818-883-0397
```

```
Name:       NGUYEN, SHELLEY A
              aka: NGUYEN, SHELLEY
DOB:        No Information on file
Address:    7650 SHOUP AV
            CANOGA PARK, CA 91304 LOS ANGELES COUNTY
Date Rptd:  11/01/1997
Phone:      818-883-6756
```

```
Name:       NGUYEN, HUONG M
              aka: NGUYEN, HUONG
                   NGUYEN, HUONG, N
DOB:        02/24/1930
Address:    7650 SHOUP AV
            CANOGA PARK, CA 91304 LOS ANGELES COUNTY
Date Rptd:  05/01/1997
Phone:      818-996-2966
```

```
Name:       NGUYEN, DUONG THUY
DOB:        09/01/1975
Address:    7650 SHOUP AV
            CANOGA PARK, CA 91304 LOS ANGELES COUNTY
Date Rptd:  06/01/1996
```

02- 115

.../NPSearch2.asp?function=SEARCH&sid=CAPROFILE&fid=2607830&ssn=554173545&lis 3/20/2002

---

CONFIDENTIAL - ATTORNEYS EYES ONLY

M 0074339

EXHIBIT 12

PAGE 98

Page 10 of 14

Phone:     No Information on file

--- NATIONAL REAL PROPERTY BY NAME AND STATE                    ----

Primary Owner:    ████████████████
Secondary Owner:  ████████ ANGELA
Site Address:     ████████████████

Owner Address:    237 N CAROLWOOD
                  LOS ANGELES CA 90077-3535
Telephone:        None Reported
APN:              4358-005-026
Assessed Value:   $3,096,039.00

Primary Owner:    ████████ FRANCIS & SHIRIN L
Secondary Owner:
Site Address:     ████████████████

Owner Address:    15750 VARDEN
                  ENCINO CA 91436-3464
Telephone:        818-784-9835
APN:              2283-007-041
Assessed Value:   $447,059.00

--- BANKRUPTCIES, TAX LIENS & CIVIL JUDGMENTS                   ---

Court Name:    LOS ANGELES MUNICIPAL - LA COUNTY
Filing Type:   CIVIL JUDGMENT
Case No:       96K01783
Filing Date:   1996/08/12
Plaintiff:     CALIFORNIA BUS BUREAU INC
Release Date:  1996/10/18
Defendant:     LARIAN, ISAAC
Amount:        $394.00
Def Address:   2045 STRADELLA RD, LOS ANGELES, CA,
Assets:        $0.00

--- ████████████████ MARRIAGE INDEX ████████████ ---

Groom Name:   LARIAN, ISAAC
Groom Age:    30
Bride Name:   NEMAN, ANGELA
Bride Age:    21
State:        CA
Date:         19840703

--- CALIFORNIA CIVIL                                            ---

Name:       ████████████████
Case No:    NWC 15133
Case Type:  CIVIL
Party:      ████████████████
Date:       ██/30/1985
County:     LOSANGELES

02- 115

/NPSearch2.asp?function=SEARCH&sid=CAPROFILE&fid=2607830&ssn=554173545&lis 3/20/2002

CONFIDENTIAL - ATTORNEYS EYES ONLY

M 0074340

EXHIBIT ___12___

PAGE ___19___

```
Name:        LARIAN ISAAC
Case No:     BC 122117
Case Type:   CIVIL
Party:       PLAINTIFF
Date:        02/16/1995
County:      LOSANGELES
```

```
Name:        LARIAN ISAAC
Case No:     SC 1184
Case Type:   CIVIL
Party:       DEFENDANT
Date:        07/02/1990
County:      LOSANGELES
```

```
Name:        LARIAN ISAAC
Case No:     BC 95862
Case Type:   CIVIL
Party:       DEFENDANT
Date:        12/29/1993
County:      LOSANGELES
```

```
Name:        LARIAN ISAAC
Case No:     BC 120082
Case Type:   CIVIL
Party:       PLAINTIFF
Date:        01/17/1995
County:      LOSANGELES
```

```
Name:        LARIAN ISAAC
Case No:     BC 70814
Case Type:   CIVIL
Party:       DEFENDANT
Date:        12/16/1992
County:      LOSANGELES
```

```
Name:        LARIAN ISAAC
Case Type:   CIVIL
Party:       DEFENDANT
Date:        04/08/1994
County:      LOSANGELES
```

```
Name:        LARIAN ISAAC
Case No:     LC 1210
Case Type:   CIVIL
Party:       DEFENDANT
Date:        06/18/1990
County:      LOSANGELES
```

```
Name:        LARIAN ISAAC E
Case No:     NWC 28122
Case Type:   CIVIL
Party:       DEFENDANT
Date:        04/28/1987
```

02- 115

../NPSearch2.asp?function=SEARCH&sid=CAPROFILE&fid=2607830&ssn=554173545&lis 3/20/2002

CONFIDENTIAL - ATTORNEYS EYES ONLY

M 0074341

EXHIBIT 12

PAGE 106

```
County:      LOSANGELES

Name:        LARIAN ISAAC E
Case No:     WEC 103795
Case Type:   CIVIL
Party:       DEFENDANT
Date:        06/04/1986
County:      LOSANGELES

Name:        LARIAN ISAAC E
Case No:     WEC 101082
Case Type:   CIVIL
Party:       DEFENDANT
Date:        02/21/1986
County:      LOSANGELES


---  CALIFORNIA CORPORATIONS  .

Corp Name:                        CDX CORPORATION
Mail Address:                     216 S OXFORD AVE
                                  LOS ANGELES CA 90004
President:                        ISAAC LARIAN
President Addr:                   216 S OXFORD AVE
                                  LOS ANGELES CA 90004
Agent:                            ISAAC LARIAN
Agent Addr:                       216 S OXFORD AVE
                                  LOS ANGELESCA 90004
File No:                          01339117
Inc. Date:                        05/08/1985
Tax Base:                         STOCK
FTB Suspension:                   S
FTB Suspension Date:              19870701
Statement of Officers File No:    0000184
Statement of Officers File Date:  01/02/1986

Corp Name:                        ABC INTERNATIONAL TRADERS, INC.
Mail Address:                     16730 SCHOENBORN ST
                                  NORTH HILL CA 91343
President:                        ISAAC LARIAN
President Addr:                   2045 STRADELLA ST
                                  LOS ANGELES CA 90077
Agent:                            ISAAC LARIAN
Agent Addr:                       2045 STRADELLA ST
                                  LOS ANGELESCA 90077
File No:                          01068292
Inc. Date:                        03/12/1982
Tax Base:                         STOCK
FTB Suspension:                   No Information on file
FTB Suspension Date:              0
Statement of Officers File No:    0143444
Statement of Officers File Date:  04/14/1995

Corp Name:                        ABC INTERNATIONAL TRADERS, INC.
Mail Address:                     16730 SCHOENBORN ST
                                  NORTH HILLS CA 91343
President:                        ISAAC E LARIAN
President Addr:                   16730 SCHOENBORN ST
```

02- 115

./NPSearch2.asp?function=SEARCH&sid=CAPROFILE&fid=2607830&ssn=554173545&lis 3/20/2002

CONFIDENTIAL - ATTORNEYS EYES ONLY

EXHIBIT ___12___

PAGE ___6___

M 0074342