NORTH HILLS CA 91343
Agent: ISAAC E LARIAN
Agent Addr: 16730 SCHOENBORN ST
NORTH HILLSCA 91343
File No: 01068282
Inc. Date: 03/12/1982
Tax Base: STOCK
[illegible] No Information on file
[illegible] 0
FTB Suspension Date:
Statement of Officers File No: 0122761
Statement of Officers File Date: 03/13/1996

--- CALIFORNIA FBN

File No: 89
File Date: 11/06/1989
Abandon Date: No Information on file
President Address:
DBA Name: LIRA ENTRPRS
Address: 10850 WILSHIRE BLVD #800 , , CA
Owner: LARIAN ISAAC
Owner Address:
County: LOS ANGELES
Business Type: f
Phone: No Information on file

File No: 91
File Date: 05/15/1991
Abandon Date: No Information on file
President Address:
DBA Name: OXFORD LTD
Address: 216 S OXFORD ST , , CA
Owner: LARIAN ISAAC
Owner Address:
County: LOS ANGELES
Business Type: f
Phone: No Information on file

File No: 92
File Date: 04/09/1992 File Date: 04/09/1992
Abandon Date: No Information on file
President Address:
DBA Name: SCHOENBORN PARTNERS
Address: 16730 SCHOENBORN ST , NORTH HILLS , CA
Owner: LARIAN ISAAC
Owner Address:
County: LOS ANGELES
Business Type: f
Phone: No Information on file

File No: 84
File Date: 08/27/1984
Abandon Date: No Information on file
President Address:
DBA Name: OXFORD LTD
Address: 216 S OXFORD AVE , , CA
Owner: LARIAN ISAAC E
Owner Address:

02- 115

.../NPSearch2.asp?function=SEARCH&sid=CAPROFILE&fid=2607830&ssn=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&lis 3/20/2002

CONFIDENTIAL - ATTORNEYS EYES ONLY

EXHIBIT 12

PAGE 102

County: LOS ANGELES
Business Type: f
Phone: No Information on file

--- CALIFORNIA EQZ ---

Business Name: ELECTRONICS SUPERMARKET
Tax Program: R
Account No:
Owner: ISAAC ESHAGH LARIAN
Address: 513 E 7TH STREET, LOS ANGELES, CA; 90014
Start Date: 9103
Active/Inactive: INACTIVE

--- THE FOLLOWING DATABASES WERE SEARCHED BUT YIELDED NO RESULTS ---

National Death Index.................No records found
Drug Enforcement Agency.................No records found
FAA Airmen.................No records found
FAA Aircraft.................No records found
National Coast Guard Merchant Vessels.................No records found
Divorce Index.................No records found
California Criminal.................No records found
California Professional Licenses.................No records found

*** DISCLAIMER ***

The accuracy of the data submitted by the requestor will directly determine the accuracy of the results obtained. While the information furnished is from reliable sources, its accuracy is not guaranteed and can only be verified at its original source. Use of available data may be subject to FCRA and other applicable law.

*** End of Report ***

02- 115

CONFIDENTIAL - ATTORNEYS EYES ONLY

EXHIBIT 12

PAGE 103

*************************************************************************
***                                                                   ***
***                      MINI PROFILE REPORT                          ***
***                                                                   ***
*************************************************************************

Date: 8/20/2002 12:59:18 PM
SSN: 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
Reference: 02-115

Name: FARHAD, LARIAN 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
Issued In: California

4714 HAYVENHURST AV ENCINO, CA 91436

DOB: No Information on file
Date Rptd: 05/01/2000

--- ALL NAMES ASSOCIATED WITH SUBJECT'S SSN ---

1. FARHAD, LARIAN 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
2. LARIAN, FARHAD 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

-- POSSIBLE RELATIVES AND THEIR CURRENT AND PAST ADDRESSES ---

No Information on file

--- MOST CURRENT REPORTED ADDRESS ---

Address: 4714 HAYVENHURST AV
ENCINO, CA 91436 LOS ANGELES COUNTY
Date Rptd: 05/01/2000
Phone: No Information on file

-- Listed Phone Numbers at 4714 HAYVENHURST AV, ENCINO CA

No Information on file

-- Individuals reported at 4714 HAYVENHURST AV, ENCINO CA

> LAGEN, GEORGANNA T No SSN Rptd

> ABBOTT, JAMES W No SSN Rptd

> SHARIM, FARIBA 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
Issued In: Immigrants

> DOMIKE, DAVID ANTHONY 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
aka: VOMIKE, DAVID, ANTHONY
Issued In: California

> HENKIN, SUSAN C 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
Issued In: California

-- Possible Neighbors of 4714 HAYVENHURST AV, ENCINO CA

Name: DOWNES, THOMAS C
DOB: 07/15/1970
Address: 4701 HAYVENHURST AV
ENCINO, CA 91436 LOS ANGELES COUNTY

02- 115

Date Rptd: 11/13/2000
Phone: 818-588-9553

---

Name: BLACK, KAREN E
aka: ECKLEBERRY, KAREN, B
CARSON, KAREN, B
DOB: 09/01/1941
Address: 4701 HAYVENHURST AV
ENCINO, CA 91436 LOS ANGELES COUNTY
Date Rptd: 01/01/2000
Phone: 818-556-1730

---

Name: ROWAN, DICKEY
DOB: No Information on file
Address: 4701 HAYVENHURST AV
ENCINO, CA 91436 LOS ANGELES COUNTY
Date Rptd: 08/01/1998
Phone: No Information on file

---

Name: ROWAN, E D
DOB: No Information on file
Address: 4701 HAYVENHURST AV
ENCINO, CA 91436 LOS ANGELES COUNTY
Date Rptd: 05/01/1970
Phone: 818-704-1768

---

Name: DOWNES, KATHLEEN K
DOB: No Information on file
Address: 4701 HAYVENHURST AV
ENCINO, CA 91436 LOS ANGELES COUNTY
Date Rptd: No Information on file
Phone: 818-252-8742

---

Name: BERMAN, RICHARD
DOB: No Information on file
Address: 4702 HAYVENHURST AV
ENCINO, CA 91436 LOS ANGELES COUNTY
Date Rptd: 12/01/2000
Phone: No Information on file

---

Name: BERMAN, RICHARD C
DOB: No Information on file
Address: 4702 HAYVENHURST AV
ENCINO, CA 91436 LOS ANGELES COUNTY
Date Rptd: 01/01/2000
Phone: 818-995-6000

---

Name: TAYLOR, ROBERT L
DOB: No Information on file
Address: 4708 HAYVENHURST AV
ENCINO, CA 91436 LOS ANGELES COUNTY
Date Rptd: 03/01/2001
Phone: No Information on file

---

Name: MAHER, MYRNA K
aka: KREINBROOK, MYRNA, E
DOB: 10/10/1945
Address: 4708 HAYVENHURST AV
ENCINO, CA 91436 LOS ANGELES COUNTY
Date Rptd: 11/13/2000
Phone: 818-583-1591

---

Name: MAHER, NORMAN A

02- 115

aka: AHER, NORMAN, A
ALLEN, NORMAN
DOB: 12/15/1931
Address: 4708 HAYVENHURST
ENCINO, CA 91436 LOS ANGELES COUNTY
Date Rptd: 10/01/1996
Phone: 818-583-1171

---

Name: BUSTAN, RONIT
DOB: 05/1965
Address: 4722 HAYVENHURST AV
ENCINO, CA 91436 LOS ANGELES COUNTY
Date Rptd: 01/01/2001
Phone: No Information on file

---

Name: LOGIUDICE, JACK
DOB: No Information on file
Address: 4730 HAYVENHURST AV
ENCINO, CA 91436 LOS ANGELES COUNTY
Date Rptd: 01/01/2001
Phone: No Information on file

****************************************************************************
*** DISCLAIMER ***
****************************************************************************

The accuracy of the data submitted by the requestor will directly determine the accuracy of the results obtained. While the information furnished is from reliable sources, its accuracy is not guaranteed and can only be verified at its original source. Use of available data may be subject to FCRA and other applicable law.

*** End of Report ***

02- 115

```
*************************************************************************
***                                                                   ***
***                     MINI PROFILE REPORT                           ***
***                                                                   ***
*************************************************************************
```

3/20/2002 1:00:39 PM

SSN: 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
Reference: 02-115

Name: HEDRICK, MATT — 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 Issued In: California

237 N CAROLWOOD HOLMBY HILLS, CA 90077

DOB: No Information on file
Date Rptd: 01/01/1999

--- ALL NAMES ASSOCIATED WITH SUBJECT'S SSN ---

1. HEDRICK, MATT — 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
2. LARIAN, ISAAC E — 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

-- POSSIBLE RELATIVES AND THEIR CURRENT AND PAST ADDRESSES ---

No Information on file

--- MOST CURRENT REPORTED ADDRESS ---

Address: 237 N CAROLWOOD
HOLMBY HILLS, CA 90077 LOS ANGELES COUNTY
Date Rptd: 01/01/1999
Phone: No Information on file

-- Listed Phone Numbers at 237 N CAROLWOOD, HOLMBY HILLS CA

No Information on file

-- Individuals reported at 237 N CAROLWOOD, HOLMBY HILLS CA

> LARIAN, ANGELA L — 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 Issued In: Kentucky

> LARIAN, ISAAC E — 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 Issued In: California
aka: ARIAN, ISAAC

-- Possible Neighbors of 237 N CAROLWOOD, HOLMBY HILLS CA

Name: TAI, OI T
DOB: 09/01/1952
Address: 230 N CAROLWOOD DR
LOS ANGELES, CA 90077 LOS ANGELES COUNTY
Date Rptd: 05/01/1994
Phone: 213/310-204-3490

Name: STEINHART, COTRUST WILLIAM
DOB: No Information on file
Address: 230 N CAROLWOOD DR

02- 115

.../NPSearch2.asp?function=SEARCH&sid=CH19&fid=2608078&ssn=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&listid=0013/20/2002

LOS ANGELES, CA 90077 LOS ANGELES COUNTY
Date Rptd: 02/01/1994
Phone: No Information on file

Name: MORSEY, COTRUSTEE BEVERLY
DOB: No Information on file
Address: 230 N CAROLWOOD DR
LOS ANGELES, CA 90077 LOS ANGELES COUNTY
Date Rptd: 02/01/1994
Phone: No Information on file

Name: MORSEY, CHASE
DOB: No Information on file
Address: 230 N CAROLWOOD DR
LOS ANGELES, CA 90077 LOS ANGELES COUNTY
Date Rptd: 12/01/1993
Phone: No Information on file

Name: TAI, HAK WA
aka: WA, TAI, HAK
DOB: No Information on file
Address: 230 N CAROLWOOD DR
LOS ANGELES, CA 90077 LOS ANGELES COUNTY
Date Rptd: 04/01/1993
Phone: 213/310-204-3950

Name: MORSEY, C
DOB: No Information on file
Address: 230 N CAROLWOOD DR
LOS ANGELES, CA 90077 LOS ANGELES COUNTY
Date Rptd: 10/01/1992
Phone: 213/310-274-5961

*** DISCLAIMER ***

The accuracy of the data submitted by the requestor will directly determine the accuracy of the results obtained. While the information furnished is from reliable sources, its accuracy is not guaranteed and can only be verified at its original source. Use of available data may be subject to FCRA and other applicable law.

*** End of Report ***

02- 115

3/20/2002 1:03:47 PM

Search Criteria

House No.: 15730

Street: SCHOENBORN

City: NORTH HILLS

State: CA

Zip:

| # | Name/SSN | Address/County | Phone # | DOB/Lic# | Reported |
|---|---|---|---|---|---|
| 1. | POULSON, CAROL D<br>-- | 15730 SCHOENBORN ST<br>NORTH HILLS, CA 91343<br>LOS ANGELES County | | 12/23/1938 | 07/13/2001 |
| 2. | BYFORD, JONATHAN L<br>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 | 15730 SCHOENBORN ST<br>NORTH HILLS, CA 91343<br>LOS ANGELES County | (818) 715-0934 | 09/01/1943 | 05/01/2000 |
| 3. | LARIAN, ANGELA<br>-- | 15730 SCHOENBORN ST<br>NORTH HILLS, CA 91343<br>LOS ANGELES County | | | 04/01/2000 |
| 4. | WARNER, PAUL A<br>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 | 15730 SCHOENBORN ST<br>NORTH HILLS, CA 91343<br>LOS ANGELES County | (818) 822-5432 | 09/01/1960 | 08/01/1998 |
| 5. | LARIAN, SHOREH<br>-- | 15730 SCHOENBORN ST<br>NORTH HILLS, CA 91343<br>LOS ANGELES County | (818) 795-8262 | | 05/01/1997 |
| 6. | LARIAN, ISAAC E<br>aka: ARIAN, ISAAC<br>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 | 15730 SCHOENBORN ST<br>NORTH HILLS, CA 91343<br>LOS ANGELES County | (818) 271-7678 | | 04/01/1996 |
| 7. | MAHANY, SHIRIN LARIAN<br>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 | 15730 SCHOENBORN ST<br>NORTH HILLS, CA 91343<br>LOS ANGELES County | (818) 784-9838 | | 05/01/1994 |
| 8. | LARIAN, LISA P<br>aka: GARBRIELZALEH, LISA<br>aka: CARIAN, LISA<br>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 | 15730 SCHOENBORN ST<br>NORTH HILLS, CA 91343<br>LOS ANGELES County | (818) 382-8785 | 05/01/1974 | [illegible] |
| 9. | [illegible]<br>aka: FARHAD, LARIAN<br>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 | [illegible]<br>NORTH HILLS, CA 91343<br>LOS ANGELES County | [illegible] 783- | 08/01/1943 | [illegible] |

CONFIDENTIAL - ATTORNEYS EYES ONLY

EXHIBIT 12

PAGE 109

SearchBug

We Bring Contractors to YOU!
Service Magic

All Searches
Auctions
CompanyFinder
Entertainment
Finance
Government
Health
Internet & IT
Jobs
Legal
Open Directory
Packages
PeopleFinder
Reference
Shopping
Sports
Travel

powered by Info Space

## CompanyFinder Listings

### Telequest in North Hills, CA

Results 1 of 1 previous | next

ALL LISTINGS

**Telequest** 818-894-2525
16730 Schoenborn Street
North Hills, CA 91343
map | driving directions | +address Book

Results 1 of 1 previous | next

powered by SUPERPAGES.com
Copyright © 2001 Verizon New Media Services, Inc. All rights reserved.
Data by ACXIOM Copyright © 2001 Acxiom.

Quick Search - The fastest way to locate a business. Enter the name OR type of business and the city AND/OR state to find the business you are looking for.

Business name or category and state are required to get search results.

Search for this business: Telequest

Name of business / Type of business

City North Hills

State California (required)

Find

International Search: Canada | United Kingdom | Others
Other: White Pages | Classifieds | Email | Maps | Directions
Get Free Quotes |

### Helpful Tools

Help

Browse by Category - Not sure which category to search? Choose from a list of our most popular categories displayed in alphabetical order.
Near Address - Wondering what businesses are closest to your home or office? Near Address helps you find businesses closest to a specific address or from a city center point.

Add some SPEED

### Related Links

Find It Here!

Rates Are Low!

Do you know this person?

CLICK HERE! NOW'S THE TIME! REFINANCE YOUR HOME & SAVE!

Delta Spring Sale $78 delta.com

- Low Fares!
- Find Contractors!
- Home Loans
- Realestate secrets

Other Services
- CompanyFinder
- PeopleFinder
- Classifieds
- Search the Web

California
North Hills
- Travel Guide

SearchBug - > The Ultimate Directory

Page 2 of 2

reverse by simply using a phone number.

Nationwide Search - Not sure where a company is located? Search the entire country by business name.

**Yellow Page Search:**
Quick | Detailed | Near Address | Reverse Lookup
Kingdom | Others

**Other Ways to Search:**
White Pages | Classifieds | Email | Maps | Directions

make sure people know register.com

Copyright © 2002, SearchBug.com, LLC
InfoSpace, the InfoSpace Logo, and related marks are trademarks of InfoSpace, Inc.
© 2002 InfoSpace, Inc. All rights reserved.
Protected by One or More of the Following Patents: U.S. Patent No. 6,018,504. Other Patents Pending.
Frequently Asked Questions | Contact InfoSpace | Legal Notices

Free E-mail Customize Contact Us Report a Problem Tell your Friend Help About Us

.../list.htm?&kcfg=ypus&ypinsp=0&searchtype=all&fromform=qsearch&qhqn=telequest&qn=t 3/20/2002

CONFIDENTIAL - ATTORNEYS EYES ONLY

EXHIBIT 12

PAGE 111

M 0074352

SearchBug - > The Ultimate Directory Page 1 of 3

Service Menu

All Searches
Auctions
CompanyFinder
Entertainment
Finance
Government
Health
Internet & IT
Jobs
Legal
Open Directory
Packages
PeopleFinder
Reference
Shopping
Sports
Travel

powered by

## CompanyFinder

### Listing Detail

Telequest
16750 Schoenborn Street
North Hills, CA 91343
+address Book

818-894-2525

Nearby Businesses | Directions

### Map of North Hills, CA

Navigate the map
Click anywhere on the map to center on a point and use the arrows to move in any direction.

NW N NE
W E
SW S SE

Printable Map

Zoom Level - +

Map Size SHRINK RESET EXPAND

Click anywhere on map to center on that point

### Directions to this location

Where are you coming from?

Address/Intersection

DO NOT include apartment/suite number

City North Hills

State Choose a State

ZIP Code:

Add some SPEED

Related Links

Find It Here!

Rates Are Low!

CLICK HERE!

Delta $178

- Low Fares!
- Travel Deals
- Home Loans
- Realestate secrets

Other Services

- CompanyFinder
- PeopleFinder
- Classifieds
- Search the Web

California North Hills

- Travel Guide

.../detail.htm?qb=&recid=0018735833&xmlurl=http%3A%2F%2Fyp104.superpages.com%2Fx3/20/2002

CONFIDENTIAL - ATTORNEYS EYES ONLY M 0074353

EXHIBIT 12

PAGE 112