SearchBug -> The Ultimate Directory                          Page 2 of 3

**Search Resources**
🔍 Nearby Businesses

| | |
|---|---|
| Restaurants | Banks |
| Hotels & Motels | Department Stores |
| Airports | Night Clubs |
| Auto Repair & Service | Movie Theatres |

📄 North Hills Classifieds

| | |
|---|---|
| Apartments | Home Listings |
| Autos | Personals |
| Employment | More... |

🌐 Websites: North Hills

🏛 North Hills City Guide

| | |
|---|---|
| Weather | Schools & Colleges |
| Concerts | More... |

powered by SUPERPAGES.com
Copyright © 2001 Verizon New Media Services, Inc. All rights reserved.
data by ACXIOM Copyright © 2001 Acxiom.

International Search: Canada | United Kingdom | Others
Other: White Pages | Classifieds | Email | Maps | Directions
Get Free Quotes |

**Helpful Tools**                                     Help 🛈

Browse by Category - Not sure which category to search? Choose from a list of our most popular categories displayed in alphabetical order.

Near Address - Wondering what businesses are closest to your home or office? Near Address helps you find businesses closest to a specific address or from a city center point.

Reverse Lookup - Find a business name & address in reverse by simply using a phone number.

Nationwide Search - Not sure where a company is located? Search the entire country by business name.

Yellow Page Search:
Quick | Detailed | Near Address | Reverse Lookup
International: Canada | United Kingdom | Others

Other Ways to Search:
White Pages | Classifieds | Email | Maps | Directions

**EARN TRIPLE MILES AND
a chance to win a million miles!**

Copyright © 2002, SearchBug.com, LLC
InfoSpace, the InfoSpace Logo, and related marks are trademarks of InfoSpace, Inc.
© 2002 InfoSpace, Inc. All rights reserved.
Protected by One or More of the Following Patents: U.S. Patent No. 6,016,504. Other Patents Pending.

.../detail.htm?qb=&recid=0018735833&xmlurl=http%3A%2F%2Fyp104.superpages.com%2Fx3/20/2002

CONFIDENTIAL - ATTORNEYS EYES ONLY

EXHIBIT 12

PAGE 113

M 0074354

SearchBug - > The Ultimate Directory

Page 3 of 3

Free E-mail   Customize   Contact Us   Report a Problem   Tell your Friend   Help   About Us

.../detail.htm?qb=&recid=0018735833&xmlurl=http%3A%2F%2Fyp104.superpages.com%2Fx3/20/2002.

CONFIDENTIAL - ATTORNEYS EYES ONLY

EXHIBIT 12

PAGE 114

M 0074355

SearchBug -> The Ultimate Directory

Page 1 of 2

**CompanyFinder**

All Searches
Auctions
CompanyFinder
Entertainment
Finance
Government
Health
Internet & IT
Jobs
Legal
Open Directory
Packages
PeopleFinder
Reference
Shopping
Sports
Travel

Find your

**Listings**

**Abc Group in North Hills, CA**

Results 1 of 1                                    previous | next

ALL LISTINGS

ABC Group                                          818-894-2525
16730 Schoenborn Street
North Hills, CA 91343
map | driving
directions | +address Book

Results 1 of 1                                    previous | next

powered by SUPERPAGES.COM
Copyright © 2001 Verizon New Media Services, Inc. All rights reserved.
Copyright © 2001 Acxiom.

Quick Search - The fastest way to locate a business. Enter the name OR type of business and the city AND/OR state to find the business you are looking for.

Business name or category and state are required to get search results.

Search for this business:
[Abc Group]

⊙ Name of business   ○ Type of business

City [North Hills]
State [California]  (required)

[Find]

International Search: Canada | United Kingdom | Others
Other: White Pages | Classifieds | Email | Maps | Directions
Get Free Quotes |

**Helpful Tools**                                   Help

Browse by Category - Not sure which category to search?
Choose from a list of our most popular categories displayed in alphabetical order.
Near Address - Wondering what businesses are closest to your home or office? Near Address helps you find businesses closest to a specific address or from a city center point.

Related Links
Find It Here!
Rates Are Low!

- Low Fares!
- Travel Deals
- Home Loans
- Realestate secrets

Other Services
- CompanyFinder
- PeopleFinder
- Classifieds
- Search the Web

California
North Hills
- Travel Guide

.../list.htm?&kcfg=ypus&ypinsp=0&searchtype=all&fromform=qsearch&qhqn=abc+group&qn=3/20/2002

CONFIDENTIAL - ATTORNEYS EYES ONLY

EXHIBIT 12
PAGE 115

M 0074356

SearchBug -> The Ultimate Directory                                        Page 2 of 2

reverse by simply using a phone number.
**Nationwide Search** - Not sure where a company is located? Search the entire country by business name.
Yellow Page Search:
Quick | Detailed | Near Address | Reverse Lookup
International | Canada | United Kingdom | Others

Other Ways to Search:
White Pages | Classifieds | Email | Maps | Directions

up to ~35% savings
everywhere at UNITED files

Copyright © 2002, SearchBug.com, LLC
InfoSpace, the InfoSpace Logo, and related marks are trademarks of InfoSpace, Inc.
© 2002 InfoSpace, Inc. All rights reserved.
Protected by One or More of the Following Patents: U.S. Patent No. 6,018,504. Other Patents Pending.
Frequently Asked Questions | Contact InfoSpace | Legal Notices

Free E-mail    Customize    Contact Us    Report a Problem    Tell your Friend    Help    About Us

.../list.htm?&kcfg=ypus&ypinsp=0&searchtype=all&fromform=qsearch&qhqn=abc+group&qn    3/20/2002

CONFIDENTIAL - ATTORNEYS EYES ONLY                                          M 0074357

EXHIBIT  12

PAGE  114

SearchBug -> The Ultimate Directory

Page 1 of 2

## CompanyFinder

**Listings**

Micro Games Of America in CA

Results 1 of 1 — previous | next

**ALL LISTINGS**

Micro Games of America
16730 Schoenborn Street
North Hills, CA 91343
map | driving directions | +address Book

818-894-2525

Results 1 of 1 — previous | next

powered by SUPERPAGES.com
Copyright © 2001 Verizon New Media Services, Inc. All rights reserved.
data by ACXIOM Copyright © 2001 Acxiom.

Quick Search - The fastest way to locate a business. Enter the name OR type of business and the city AND/OR state to find the business you are looking for.

Business name or category and state are required to get search results.

Search for this business:
[ Micro Games Of America ]

☉ Name of business   ○ Type of business

City [          ]
State [California] (required)

International Search: Canada | United Kingdom | Others
Other: White Pages | Classifieds | Email | Maps | Directions
Get Free Quotes |

### Helpful Tools                                    Help

**Browse by Category** - Not sure which category to search?
Choose from a list of our most popular categories displayed in alphabetical order.
**Near Address** - Wondering what businesses are closest to your home or office? Near Address helps you find businesses closest to a specific address or from a city center point.
**Reverse Lookup** - Find a business name & address in

**All Searches**
Auctions
CompanyFinder
Entertainment
Finance
Government
Health
Internet & IT
Jobs
Legal
Open Directory
Packages
PeopleFinder
Reference
Shopping
Sports
Travel

FindDog

**Related Links**
Find it Here!
Rates Are Low!

- Low Fares!
- Find Contractors!
- Realestate secrets
- Home Loans

**Other Services**
- CompanyFinder
- PeopleFinder
- Classifieds
- Search the Web

California
- Travel Guide

.../list.htm?&kofg=ypus&ypinsp=0&searchtype=all&cfromform=qsearch&qhgr=micro+games+o3/20/2002

CONFIDENTIAL - ATTORNEYS EYES ONLY   EXHIBIT 12   M 0074358

PAGE 117

SearchBug -> The Ultimate Directory                                             Page 2 of 2

reverse by simply using a phone number.
**Nationwide Search** - Not sure where a company is located? Search the entire country by business name.
Yellow Page Search:
Quick | Detailed | Near Address | Reverse Lookup
International: Canada | United Kingdom | Others

Other Ways to Search:
White Pages | Classifieds | Email | Maps | Directions

up to savings everywhere at UNITED flies

Copyright © 2002, SearchBug.com, LLC
InfoSpace, the InfoSpace Logo, and related marks are trademarks of InfoSpace, Inc.
© 2002 InfoSpace, Inc. All rights reserved.
Protected by One or More of the Following Patents: U.S. Patent No. 6,018,604. Other Patents Pending.
Frequently Asked Questions | Contact InfoSpace | Legal Notices

Free E-mail   Customize   Contact Us   Report a Problem   Tell your Friend   Help   About Us

.../list.htm?&kcfg=ypus&ypinsp=0&searchtype=all&fromform=qsearch&qhqn=micro+games+  3/20/2002

CONFIDENTIAL - ATTORNEYS EYES ONLY

EXHIBIT   12
PAGE   118

M 0074359

SearchBug -> The Ultimate Directory  Page 1 of 2

## CompanyFinder

**Listings**

Reverse Business Phone: 818-894-2525

Results 1 - 3 of 3

previous | next

**ALL LISTINGS**

ABC Group  818-894-2525
16730 Schoenborn Street
North Hills, CA 91343
map | driving directions | +address Book

Micro Games of America  818-894-2525
16730 Schoenborn Street
North Hills, CA 91343
map | driving directions | +address Book

Telequest  818-894-2525
16730 Schoenborn Street
North Hills, CA 91343
map | driving directions | +address Book

Results 1 - 3 of 3

previous | next

*All Searches*
- Auctions
- CompanyFinder
- Entertainment
- Finance
- Government
- Health
- Internet & IT
- Jobs
- Legal
- Open Directory
- Packages
- PeopleFinder
- Reference
- Shopping
- Sports
- Travel

**Find businesses Related Links**
Find it Here!
Rates Are Low!

- Juno - only $9.95/mo!
- Travel Deals
- Home Loans
- Realestate secrets

**Other Services**
- CompanyFinder
- PeopleFinder
- Classifieds
- Search the Web

powered by SUPERPAGES.com
Copyright © 2001 Verizon New Media Services, Inc. All rights reserved.
data Copyright © 2001 Acxiom.

**Lookup Phone Numbers:**

Enter phone number
[818-894-2525]

○ Residential(home)  ● Business (work)

Available for U.S. only.
Use hyphens - i.e. 206-441-1388
Area codes are required.

International Search: Canada | United Kingdom | Others
Other: White Pages | Classifieds | Email | Maps | Directions
Get Free Quotes |

**Helpful Tools**  Help
Browse by Category - Not sure which category to search?

.../list.htm?&kofg=ypus&ypinsp=0&searchtype=all&fromform=revphone&qp=8188942525&qp3/20/2002

CONFIDENTIAL - ATTORNEYS EYES ONLY     M 0074360
EXHIBIT 12
PAGE 119

SearchBug -> The Ultimate Directory    Page 2 of 2

in alphabetical order.
**Near Address** - Wondering what businesses are closest to your home or office? Near Address helps you find businesses closest to a specific address or from a city center point.
**Reverse Lookup** - Find a business name & address in seconds by simply using a phone number.
**Nationwide Search** - Not sure where a company is located? Search the entire country by business name.

Yellow Page Search:
Quick | Detailed | Near Address | Reverse Lookup
International: Canada | United Kingdom | Others

Other Ways to Search:
White Pages | Classifieds | Email | Maps | Directions

Get the name you really want    register
www.mysite.biz

Copyright © 2002, SearchBug.com, LLC
InfoSpace, the InfoSpace Logo, and related marks are trademarks of InfoSpace, Inc.
© 2002 InfoSpace, Inc. All rights reserved.
Protected by One or More of the Following Patents: U.S. Patent No. 6,015,504. Other Patents Pending.
Frequently Asked Questions | Contact InfoSpace | Legal Notices

Free E-mail   Customize   Contact Us   Report a Problem   Tell your Friend   Help   About Us

.../list.htm?&kcfg=ypus&ypinsp=0&searchtype=all&fromform=revphone&qp=8188942525&q  3/20/2002

CONFIDENTIAL - ATTORNEYS EYES ONLY    EXHIBIT 12    M 0074361
PAGE 120

California Secretary of State - California Business Search - Corporation Search Results    Page 1 of 1

# California Business Portal

**Secretary of State Bill Jones**

## Corporations

The information displayed here is current as of "MAR 15, 2002" and is updated weekly. It is not a complete or certified record of the Corporation.

For information about certification of corporate records or for additional corporate information, please refer to Corporate Records. If you are unable to locate a corporate record, you may submit a request to this office for a more extensive search. Fees and instructions for requesting this search are included on the Corporate Records Order Form.

Results of search for " abc international traders "

Click on the name of the corporation for additional information:

| Corp Number | Date Filed | Status | Corporation Name | Agent for Service of Process |
|---|---|---|---|---|
| C1068282 | 3/12/1982 | active | ABC INTERNATIONAL TRADERS, INC. | ISAAC E LARIAN |

Copyright ©2001 California Secretary of State. Privacy Statement.

http://kepler.ss.ca.gov/corpdata/ShowList

3/20/2002

CONFIDENTIAL - ATTORNEYS EYES ONLY

EXHIBIT 12
PAGE 121

M 0074362

California Secretary of State - California Business Search - Corporation Search Results          Page 1 of 1

# California Business Portal

**Secretary of State Bill Jones**

- Business Portal
- California Business Portal Home Page
- Starting a Business
- Secretary of State Home Page
- Site Search
- Business Search Corporations
- New Search
- Corporations Main Page
- FAQs
- Search Tips
- Field Definitions
- Status Definitions
- Corporate Records
- Corporate Records Order Form
- Certificates
- Copies
- Status Printouts

## Corporations

The information displayed here is current as of "MAR 15, 2002" and is updated weekly. It is not a complete or certified record of the Corporation.

| Corporation |
|---|
| ABC INTERNATIONAL TRADERS, INC. |
| Number: C1068282  Date Filed: 3/12/1982  Status: active |
| Jurisdiction: California |
| **Mailing Address** |
| 16730 SCHOENBORN ST |
| NORTH HILLS, CA 91343 |
| **Agent for Service of Process** |
| ISAAC E LARIAN |
| 16730 SCHOENBORN ST |
| NORTH HILLS, CA 91343 |

New Search

- For information about certification of corporate records or for additional corporate information, please refer to Corporate Records.
- Blank fields indicate the information is not contained in the computer file.
- If the status of the corporation is "Surrender", the agent for service of process is automatically revoked. Please refer to California Corporations Code Section 2114 for information relating to service upon corporations that have surrendered.

Copyright ©2001 California Secretary of State. Privacy Statement.

http://kepler.ss.ca.gov/corpdata/ShowAllList?QueryCorpNumber=C1068282                3/20/2002

CONFIDENTIAL - ATTORNEYS EYES ONLY

M 0074363

EXHIBIT 12
PAGE 122

California Business Search                                             Page 1 of 1

# California Business Portal
## Secretary of State Bill Jones

DISCLAIMER: The information displayed here is current as of MAR. 15, 2002 and does not reflect a complete or certified record of the Corporation.

| Corporation |
|---|
| ABC INTERNATIONAL TRADERS, INC. |
| Number: C1068282  Date Filed: 3/12/1982  Status: active |
| Jurisdiction: California |
| Mailing Address |
| 16730 SCHOENBORN ST |
| NORTH HILLS, CA 91343 |
| Agent for Service of Process |
| ISAAC E LARIAN |
| 16730 SCHOENBORN ST |
| NORTH HILLS, CA 91343 |

For information about certification of corporate records or for additional corporate information, please refer to Corporate Records. If you are unable to locate a corporate record, you may submit a request to this office for a more extensive search. Fees and instructions for requesting this search are included on the Corporate Records Order Form.

Blank fields indicate the information is not contained in the computer file.

If the status of the corporation is "Surrender", the agent for service of process is automatically revoked. Please refer to California Corporations Code Section 2114 for information relating to service upon corporations that have surrendered.

http://kepler.ss.ca.gov/corpdata/ShowAllList?QueryCorpNumber=C1068282&printer=yes     3/20/2002

CONFIDENTIAL - ATTORNEYS EYES ONLY     EXHIBIT 12     M 0074364

PAGE 123