Tibbett & Britten Group plc Capsule - Hoover's Online     Page 1 of 1

Available only to Hoover's Online subscribers. See Samples.
Ross House, 1 Shirley Rd., Windmill Hill
Enfield, Middlesex EN2 6SB, United Kingdom

Phone: +44-20-8367-9955
Fax: +44-20-8366-7042

http://www.tibbett-britten.com

Corporate Hierarchy

Logistical nightmares? Tibbett & Britten lets its clients rest easy. The company provides a range of logistics services, including transportation, warehousing, distribution, and e-commerce fulfillment. With 11,000 commercial vehicles and almost 50 million sq. ft. of warehousing space, Tibbett & Britten takes products from the raw material stage to the store shelf in more than 30 countries. It serves retailers (about 65% of its client base) and manufacturers (35%) in the automotive, consumer goods, food, clothing, and textile industries. Most of the firm's business is based on long-term contracts. Major clients include Wal-Mart, Marks and Spencer, and Unilever. Tibbett & Britten also operates rail terminals in the UK.

Top Competitors
Exel | Hays | Li & Fung

More Competitors
Exclusive information for subscribers

Information Marketplace
Buy Related Books
Hoover's Company & Industry Publications

Products & Operations By Segment
Exclusive information for subscribers

Need more information about Tibbett & Britten?
Subscribe now and access Hoover's Company Profiles for an overview, history, full lists of competitors and key people, financials, and more. Show me Sample Profiles.

News & Commentary
Hoover's News
Current Stories Mentioning Tibbett & Britten
(powered by NewsEdge)

Company Press Releases

Find Related Companies
Hoover's Online subscribers can find more companies in this country.

http://www.hoovers.com/co/capsule/3/0,2163,90433,00.html     3/20/02

CONFIDENTIAL - ATTORNEYS EYES ONLY     M 0074365

EXHIBIT 14
PAGE 124

California Secretary of State - California Business Search - Corporation Search Results    Page 1 of 4

# California Business Portal

Secretary of State Bill Jones

- Business Portal
- California Business Portal Home Page
- Starting a Business
- Secretary of State Home Page
- Site Search
- Business Search Corporations
- Corporations Main Page
- FAQS
- Search Tips
- Field Definitions
- Status Definitions
- Corporate Records
- Corporate Records Order Form
  - Certificates
  - Copies
  - Status Printouts
- New Search

## Corporations

The information displayed here is current as of "MAR 15, 2002" and is updated weekly. It is not a complete or certified record of the Corporation.

For information about certification of corporate records or for additional corporate information, please refer to Corporate Records. If you are unable to locate a corporate record, you may submit a request to this office for a more extensive search. Fees and instructions for requesting this search are included on the Corporate Records Order Form.

Results of search for " mga "

Click on the name of the corporation for additional information.

| Corp Number | Date Filed | Status | Corporation Name | Agent for Service of Process |
|---|---|---|---|---|
| C1585429 | 5/1/1987 | forfeited | ALLIED GENERAL AGENCY, INC., WHICH WILL DO BUSINESS IN CALIFORNIA AS MGA ALLIED GENERAL INSURANCE AGENCY | MARY RAND |
| C1331887 | 2/20/1985 | dissolved | BABY MGA, INC. | GERALD B KAGAN |
| C1281046 | 7/10/1985 | suspended | M.G.A. BIO-MEDICAL TESTING & BLOOD GAS MOBILE, INC. | PRS |
| C0657046 | 7/18/1972 | suspended | M.G.A. COMPUTER CORPORATION | |
| C2196064 | 8/11/2000 | active | M.G.A. MANAGEMENT, INC. | MOSHE A YOUNG |
| C0644912 | 2/8/1972 | suspended | M.G.A. NETWORK, INC. | |
| C2161217 | 4/22/1999 | active | M.G.A., INC WHICH WILL DO BUSINESS IN CALIFORNIA AS MOVIE GALLERY, INC. | CORPORATION SERVICE COMPANY WHICH WILL DO BUSINESS IN CALIFORNIA AS CSC - LAWYERS INCORPORATING SERVICE |

http://kepler.ss.ca.gov/corpdata/ShowList    3/20/2002

CONFIDENTIAL - ATTORNEYS EYES ONLY

EXHIBIT 1L
PAGE 125

M 0074366

California Secretary of State - California Business Search - Corporation Search Results    Page 2 of 4

| | | | | |
|---|---|---|---|---|
| C1141931 | 5/16/1983 | active | MGA AGENCY, INC. | THE PRENTICE-HALL CORPORATION SYSTEM, INC. |
| C0131379 | 11/15/1928 | term expired | MGA ANAK NG BUKID SA CALIFORNIA | |
| C0778996 | 9/24/1976 | suspended | MGA ANAK NG WALIS | |
| C1638199 | 4/18/1989 | active | MGA ASSOCIATES | ALFRED G MARTINI |
| C0738511 | 6/18/1975 | suspended | MGA BUILDERS, INC. | GOLDIE ROSEN |
| C2024523 | 1/8/1998 | active | MGA CARPET, INC. | VAN T DU |
| C2050222 | 3/6/2000 | active | MGA COMMUNICATIONS, INC. | ANGEL GARCIA |
| C1425811 | 12/30/1987 | suspended | MGA CONSTRUCTION COMPANY, INCORPORATED | MARK G ARIZMENDI |
| C2035949 | 12/4/1997 | active | MGA CONSTRUCTION, INC. | SIAMAK BRIAN BEYZAEE |
| C1601447 | 11/23/1987 | suspended | MGA CORPORATION | SHREENIVAS MATE |
| C2065241 | 1/2/1998 | active | MGA DEVELOPMENT & ENGINEERING, INC. | ALBERT MANSI |
| C0944185 | 10/31/1979 | suspended | MGA DIESEL INDUSTRIES | M GROSSMAN |
| C0937297 | 8/3/1979 | suspended | MGA DIESEL PARTS OF AMERICA | ARAMAZD MANSOURIAN |
| C2266270 | 9/28/2000 | active | MGA ELECTRONICS MIDWEST | ROZ DEPREY |
| C1405874 | 4/30/1987 | active | MGA ELECTRONICS, INC. | ROGER T FEATHERSTON |
| C2204870 | 12/14/1999 | active | MGA EMPLOYEE SERVICES, INC. | C T CORPORATION SYSTEM |
| C2371455 | 1/2/2002 | active | MGA ENGINEERING OF CALIFORNIA, CORP. | SPIEGEL & UTRERA, P.A., WHICH WILL DO BUSINESS IN CALIFORNIA AS SPIEGEL & UTRERA, P.C. |
| C0935004 | 7/6/1979 | active | MGA | MARY GRADY |

http://kepler.ss.ca.gov/corpdata/ShowList           3/20/2002

CONFIDENTIAL - ATTORNEYS EYES ONLY

EXHIBIT    1L
PAGE    126

M 0074367

California Secretary of State - California Business Search - Corporation Search Results     Page 3 of 4

| | | | | |
|---|---|---|---|---|
| C1666362 | 6/8/1990 | suspended | MGA FINANCIAL | ALFRED G. MARTINI |
| C1591743 | 7/7/1987 | dissolved | MGA HOLDING CORPORATION | DOUGLAS B RICHARDS |
| C2241877 | 8/19/2001 | active | MGA HOSPITALITY GROUP, INC. | HARISH PATEL |
| C0836830 | 1/17/1978 | suspended | MGA INDUSTRIES | M GROSSMAN |
| C1650392 | 10/5/1989 | active | MGA INSURANCE COMPANY, INC. | KAREN HARRIS |
| C0814131 | 4/11/1977 | active | MGA INVESTMENT CO., INC. | M BRUCE WRIGHT |
| C1902248 | 5/23/1996 | suspended | MGA KULAY INTERNATIONAL, INC. | BERT P BUTINGAM |
| C1216263 | 11/14/1983 | dissolved | MGA MAIL ORDER, INC. | MARC E PETAS |
| C1944520 | 7/24/1995 | dissolved | MGA MANUFACTURING, INC. | FRED A MEYER |
| C1726683 | 8/15/1993 | suspended | MGA MEXICAN & AMERICAN PRODUCTS CO., INC. | ANTONIO GARCIA |
| C1216870 | 11/21/1983 | suspended | MGA REALTY | MEL GRODZIK |
| C2035663 | 11/13/1997 | active | MGA STRUCTURAL ENGINEERING CONSULTANTS, INC. | CARL E GRIGORIAN |
| C1689659 | 6/10/1991 | suspended | MGA TECHNOLOGIES, INC. | MICHAEL GOLDEN |
| C1159698 | 10/8/1982 | suspended | MGA TRANSPORT, INC. | MARIO J AGUILAR |
| C0889394 | 5/7/1978 | dissolved | MGA, INC. | RICHARD B FORTUNE |
| C1379410 | 7/3/1986 | active | MGA, INC. | MARK GORIN |
| C0862761 | 3/24/1978 | dissolved | MGA-FRANCE | |
| C1571799 | 1/3/1991 | suspended | NATIONAL ASSURED M.G.A. GROUP, INC. | BRUCE E THOMSEN |
| C0724767 | 10/23/1974 | suspended | PAGKAKAISA NG MGA PILIPINO INC. | LEONARDO A FLOR |
| C1385418 | 9/19/1986 | merged out | TRINITY MGA INSURANCE SERVICES, INC. | THOMAS J GASSEN |
| C2041007 | 11/18/1998 | dissolved | UNDERWRITERS MGA OF CALIFORNIA, INC. | FRANCISCO MORENO |

http://kepler.ss.ca.gov/corpdata/ShowList     3/20/2002

CONFIDENTIAL - ATTORNEYS EYES ONLY     M 0074368

EXHIBIT _____12_____

PAGE _____112_____

California Secretary of State - California Business Search - Corporation Search Results    Page 4 of 4

| | | | | |
|---|---|---|---|---|
| C1794516 | 11/27/1996 | active | MGA WEST, INC. | STUART M HURWITZ |
| C1410132 | 6/17/1987 | suspended | WCC/MGA, INC. | BRIAN J LOMBARDI |

Copyright ©2001 California Secretary of State. Privacy Statement.

http://kepler.ss.ca.gov/corpdata/ShowList                                         3/20/2002

CONFIDENTIAL - ATTORNEYS EYES ONLY

EXHIBIT  IL

PAGE  128

M 0074369

California Business Search     Page 1 of 1

## California Business Portal
### Secretary of State Bill Jones

DISCLAIMER: The information displayed here is current as of MAR 15, 2002 and is updated weekly. It is not a complete or certified record of the Corporation.

| Corporation | | |
|---|---|---|
| CDX CORPORATION | | |
| Number: C1339117 | Date Filed: 5/8/1985 | Status: suspended |
| Jurisdiction: California | | |
| Mailing Address | | |
| 216 S OXFORD AVE | | |
| LOS ANGELES, CA 90004 | | |
| Agent for Service of Process | | |
| ISAAC LARIAN | | |
| 216 S OXFORD AVE | | |
| LOS ANGELES, CA 90004 | | |

For information about certification of corporate records or for additional corporate information, please refer to Corporate Records. If you are unable to locate a corporate record, you may submit a request to this office for a more extensive search. Fees and instructions for requesting this search are included on the Corporate Records Order Form.

Blank fields indicate the information is not contained in the computer file.

If the status of the corporation is "Surrender", the agent for service of process is automatically revoked. Please refer to California Corporations Code Section 2114 for information relating to service upon corporations that have surrendered.

http://kepler.ss.ca.gov/corpdata/ShowAllList?QueryCorpNumber=C1339117&printer=yes    3/20/2002

CONFIDENTIAL - ATTORNEYS EYES ONLY     M 0074370

EXHIBIT 12

PAGE 129

California Secretary of State - California Busine.../ Limited Liability Company Search Result   Page 1 of 1

# California Business Portal

**Secretary of State Bill Jones**

## LP/LLC

The information displayed here is current as of "Mar 15, 2002" and is updated weekly. It is not a complete or certified record of the Limited Partnership or Limited Liability Company.

If you are unable to locate a record, you may submit a request to this office for a more extensive search. Fees and instructions for requesting the search or for the certification of Limited Partnership or Limited Liability Company records are included on the LP/LLC Records Order Form.

Results of search for "mga"

Click on the name of the Limited Partnership or Limited Liability Company for additional information.

| LP/LLC Number | Date Filed | Status | LP/LLC Name | Agent for Service of Process |
|---|---|---|---|---|
| 199808910077 | 3/30/1998 | active | MGA CARLSBAD GP, LLC | CORPORATION SERVICE COMPANY WHICH WILL DO BUSINESS IN CALIFORNIA |
| 199014400012 | 5/24/1990 | active | MGA CRESTVIEW PARTNERS L.P. | DANIEL R. STEGALL, ESQ. |
| 200206510148 | 2/5/2002 | active | MGA ENTERPRISES, LLC | CARVER L CLINTON CPA |
| 199014400013 | 5/24/1990 | active | MGA PARTNERS, L.P. | DANIEL R. STEGALL, ESQ |
| 200024510085 | 8/30/2000 | active | MGA VENTURES, LLC | PEYMAN COHAN, ESQ. |
| 199032400003 | 11/20/1990 | active | MGA-CRESTVIEW PARTNERS II L.P. | DANIEL R. STEGALL, ESQ. |
| 199632610044 | 11/21/1996 | canceled | STEADFAST MGA, LLC | PARACORP INCORPORATED |

Copyright ©2001 California Secretary of State. Privacy Statement.

http://kepler.ss.ca.gov/corpdata/ShowLpllcList

3/20/2002

CONFIDENTIAL - ATTORNEYS EYES ONLY

EXHIBIT 12

PAGE 13

M 0074371

THE PAGE BATES STAMPED M 0074372

HAS BEEN REMOVED. MATTEL WILL

PROVIDE A COPY OF THIS PAGE TO THE

DISCOVERY MASTER FOR *IN CAMERA*

REVIEW UNDER SEPARATE COVER.

EXHIBIT 12

07209/2416615.1

PAGE 131

# Executive Biographies

CONFIDENTIAL - ATTORNEYS EYES ONLY

EXHIBIT 12

PAGE 132

M 0074373

## Isaac Larian

Founder, Chairman and Chief Executive Officer

- Founded MGA Entertainment under the name Surprise Gift Wagon in 1979 as an imported and distributor of brand name consumer electronic products
- In 1987, became the first official distributor of Nintendo® handheld LCD games in the United States
- In 1993, formally transitioned MGA from a consumer electronics company to a consumer entertainment company
- Mr. Larian oversees all divisions of the company including, product development, sales, marketing, overseas operations, production and distribution and is a major contributor to the development of new products and the vision behind MGA
- Prior to founding MGA, Mr. Larian imported textiles and brassware through his own mail-order company

- 2 -

CONFIDENTIAL - ATTORNEYS EYES ONLY

EXHIBIT 12
PAGE 133

M 0074374

# Isaac Larian *(Continued)*

Founder, Chairman and Chief Executive Officer

- Mr. Larian was born in 1954 in Iran and is a US Citizen
- Mr. Larian has a BS in Civil Engineering from California State University
- Mr. Larian is a member of the Toy Manufacturer's Association and the Licensing Industry's Merchandising Association
- Married for 19 years with three children (Jason 17, Yasmine 14 and Cameron 9)
- Hobbies include philanthropy work, biking, writing poetry, volleyball and camping with his family

3

CONFIDENTIAL - ATTORNEYS EYES ONLY

M 0074375

EXHIBIT 12
PAGE 84