.::Locatefast::. - Search                                                                                Page 4 of 9

```
----------------------------------------------------------------
LOCKHART, JUNE K  213-393-7750
----------------------------------------------------------------
--- PROPERTY OWNERSHIP                                       ---
----------------------------------------------------------------
Primary Owner:    AZARNIVAR AMIR
Secondary Owner:  AZARNIVAR MELODY F
Site Address:     2045 STRADELLA RD, LOS ANGELES, CA 90077; No Date Rptd
Owner Address:    2045 STRADELLA RD, LOS ANGELES CA 90077
Telephone:        No Information On File
APN:              4377026003
Assessed Value:   $918,739.00

----------------------------------------------------------------
--- REPORTED OCCUPANTS                                       ---
----------------------------------------------------------------

Name:       AZARNIVAR, AMIR
Contact:
Phone:
Type:
Sales:      Not Available
Employees:  Not Avai

Name:       AZARNIVAR, AMIR
Contact:
Phone:      310-471-0928
Type:
Sales:      Not Available
Employees:  Not Avai

Name:       AZARNIVAR, AMIR  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
Date Rptd:  01/01/2001
Phone:      No Information On File
Issued:     New York; 1987-1988

Name:       LARIAN, CAMRONZ
Date Rptd:  09/01/2000
Phone:      No Information On File
Issued:     No Information On File

Name:       AZARNIVAR, MELODY F  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
Date Rptd:  08/01/2000
Phone:      213/310-471-4143
Issued:     New York; 1987-1988

Name:       LARIAN, ISAAC B  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
Date Rptd:  04/01/1996
Phone:      213/310-343-5447
Issued:     California; 1972

Name:       LARIAN, FARHAD  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
Date Rptd:  No Information On File
Phone:      No Information On File
Issued:     California; 1978-1979

Name:       LOCKHART, JUNE K  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
Date Rptd:  No Information On File
```

http://www.loc8fast.com/NPSearch2.asp?function=SUMMARY                                        6/18/2004

CONFIDENTIAL - ATTORNEYS EYES ONLY                                                                M 0074386



EXHIBIT 12
PAGE 145

.::Locatefast::. - Search                                                          Page 5 of 9

```
Phone:     213/310-393-7750
Issued:    California; 1934-1951

Name:      HERFEH, MILAD  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
Date Rptd: No Information On File
Phone:     213/310-908-7248
Issued:    No Information On File
```

--- POSSIBLE NEIGHBORS

```
Name:      GREEN, MELINA B 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
DOB:       10/14/1965
Address:   2044 STRADELLA RD, LOS ANGELES CA 90077; 07/2001
Phone:     213/310-576-0607

Name:      PALUMBO, MELINA B 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
DOB:       10/14/1965
Address:   2044 STRADELLA RD, LOS ANGELES CA 90077; 07/2001
Phone:     213/310-783-1737

Name:      RANE, JOHN J
DOB:       02/08/1962
Address:   2044 STRADELLA RD, LOS ANGELES CA 90077; 05/2000
Phone:     213/310-476-0691

Name:      RANE, JEFFERY J
Address:   2044 STRADELLA RD, LOS ANGELES CA 90077; 07/1998

Name:      RANE, EVELYN V 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
Address:   2044 STRADELLA RD, LOS ANGELES CA 90077; 09/1993
Phone:     213/310-476-0691
```

--- PREVIOUSLY REPORTED ADDRESS

Address: 16732 SCHOENBORN ST, NORTH HILLS CA 91343; 02/1996

--- LISTED PHONE NUMBERS

LARIAN, ANGELA  818-343-5447 As Of 02/1996
LARIAN, ISAAC B 818-343-5447

--- PROPERTY OWNERSHIP

No Information On File

--- REPORTED OCCUPANTS

```
Name:      LARIAN, ISAAC B 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
Date Rptd: No Information On File
Phone:     818-343-5447
Issued:    California; 1972
```

http://www.loc8fast.com/NPSearch2.asp?function=SUMMARY                    6/18/2004

CONFIDENTIAL - ATTORNEYS EYES ONLY                                          M 0074387

EXHIBIT  12
PAGE     144

.::Locatefast::. - Search                                                                                      Page 6 of 9

```
--- POSSIBLE NEIGHBORS                                                                                          ---

Name:      BUFORD, JONATHAN L  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
DOB:       10/03/1925
Address:   16730 SCHOENBORN ST, NORTH HILLS CA 91343; 05/2000
Phone:     818-715-0924

Name:      LARIAN, ISAAC E  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
DOB:       03/28/1954
Address:   16730 SCHOENBORN ST, NORTH HILLS CA 91343; 04/1996
Phone:     818-271-7575

Name:      LARIAN, FARHAD  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
DOB:       01/03/1961
Address:   16730 SCHOENBORN ST, NORTH HILLS CA 91343; No Date Rptd
Phone:     818-282-8755

Name:      FARHAD, LARIAN  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
Address:   16730 SCHOENBORN ST, NORTH HILLS CA 91343; No Date Rptd

Name:      MENDOZA, JUAN MANUEL  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
DOB:       09/01/1960
Address:   16730 SCHOENBORN ST, NORTH HILLS CA 91343; No Date Rptd
Phone:     818-893-7006

Name:      GARSON, RUSSELL A  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
DOB:       07//1945
Address:   16737 SCHOENBORN ST, NORTH HILLS CA 91343; 01/1996

Name:      ABARGHOEI, MOE  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
Address:   16739 SCHOENBORN ST, NORTH HILLS CA 91343; 04/2001

Name:      BENOIT, FRANCOISE M  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
DOB:       09/01/1953
Address:   16739 SCHOENBORN ST, NORTH HILLS CA 91343; No Date Rptd
Phone:     818-990-3977

--- PREVIOUSLY REPORTED ADDRESS                                                                                 ---

Address: 16730 SCHOENBORN ST, SAN FERNANDO CA 91343; No Date Rptd

--- LISTED PHONE NUMBERS                                                                                        ---

LARIAN, ANGELA   818-343-5447
LARIAN, ISAAC E  818-343-5447  As Of 07/1993

--- PROPERTY OWNERSHIP                                                                                          ---

No Information On File

--- REPORTED OCCUPANTS                                                                                          ---
```

http://www.loc8fast.com/NPSearch2.asp?function=SUMMARY                                        6/18/2004

CONFIDENTIAL - ATTORNEYS EYES ONLY

EXHIBIT     12

PAGE     147

M 0074388

.::Locatefast::. - Search                                                                                           Page 7 of 9

```
Name:       BUFORD, JONATHAN L 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
Date Rptd:  05/01/2000
Phone:      818-715-0924
Issued:     Georgia; 1987-1988

Name:       MEDICI, JEANNE S 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
Date Rptd:  12/01/1997
Phone:      818-340-3046
Issued:     California; 1975

Name:       LARIAN, SHOREH
Date Rptd:  06/01/1997
Phone:      818-789-8262
Issued:     No Information On File

Name:       LARIAN, ISAAC B 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
Date Rptd:  04/01/1996
Phone:      818-271-7575
Issued:     California; 1972

Name:       LARIAN, FARHAD  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
Date Rptd:  01/01/1996
Phone:      No Information On File
Issued:     No Information On File

Name:       LARIAN, AGHDAS
Date Rptd:  09/01/1995
Phone:      No Information On File
Issued:     No Information On File

Name:       MAKABI, SHIRIN
Date Rptd:  06/01/1994
Phone:      No Information On File
Issued:     No Information On File

Name:       MAKABI, SHIRIN LARIAN 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
Date Rptd:  06/01/1994
Phone:      818-784-9835
Issued:     California; 1985-1986
```

--- POSSIBLE NEIGHBORS

```
Name:       JONES, DORRTI  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
DOB:        08/09/1945
Address:    16700 SCHOENBORN ST, NORTH HILLS CA 91343; 07/2001

Name:       DEVRIES, HUGH J 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
DOB:        09/15/1925
Address:    16700 SCHOENBORN ST, NORTH HILLS CA 91343; 07/2001
Phone:      818-893-6906

Name:       HOYT, ROBERT A 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
Address:    16700 SCHOENBORN ST, NORTH HILLS CA 91343; 11/2000
Phone:      818-251-1955

Name:       HOYT, DOROTHY M
Address:    16700 SCHOENBORN ST, NORTH HILLS CA 91343; 07/1995
```

http://www.loc8fast.com/NPSearch2.asp?function=SUMMARY                                              6/18/2004

CONFIDENTIAL - ATTORNEYS EYES ONLY

EXHIBIT 12
PAGE 148

M 0074389

.::Locatefast::. - Search                                                                 Page 8 of 9

```
Name:     HOYT, DEE M 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
Address:  16700 SCHOENBORN ST, NORTH HILLS CA 91343; 05/1994
Phone:    818-251-1955

Name:     SOLIVEN, DOROTEO T 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
DOB:      03/21/1945
Address:  16719 SCHOENBORN ST, NORTH HILLS CA 91343; 09/1995
Phone:    818-722-4123

Name:     GARSON, RUSSELL A 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
DOB:      07//1945
Address:  16737 SCHOENBORN ST, NORTH HILLS CA 91343; 01/1996

Name:     BENOIT, FRANCOISE M 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
DOB:      09/01/1953
Address:  16739 SCHOENBORN ST, NORTH HILLS CA 91343; 07/2001
Phone:    818-990-3977

Name:     ABARGHOEI, MOE  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
Address:  16739 SCHOENBORN ST, NORTH HILLS CA 91343; 04/2001

Name:     BENNETT, NANCY LEE 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
DOB:      12/20/1941
Address:  16745 SCHOENBORN ST, NORTH HILLS CA 91343; 11/2000
Phone:    818-999-1592

Name:     ASFOUR, KHALIL I 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
DOB:      06//1964
Address:  16755 SCHOENBORN ST, NORTH HILLS CA 91343; 05/1997

Name:     DEGUZMAN, JOSEPH L 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
Address:  16799 SCHOENBORN ST, NORTH HILLS CA 91343; 04/2001
```

---
--- THE FOLLOWING ADDRESSES WERE NOT SEARCHED FURTHER
---

216 OXFORD, LOS ANGELES CA 90004; No Date Rptd

--- Bankruptcies, Tax Liens & Civil Judgements

```
Name:         LARIAN, ANGELA
SSN:
Address:      2045 STRADELLA RD LOS ANGELES CA 90077
Court:        LOS ANGELES MUNICIPAL - LA COUNTY, CIVIL JUDGMENT
Case Number:  96K01783
Plaintiff:    CALIFORNIA BUS BUREAU INC
Filing Date:  08/12/1996
```

---
--- THE FOLLOWING DATABASES WERE SEARCHED BUT YIELDED NO RESULTS ---
---

National Death Index....................................No Records Found
Marriage Index..........................................No Records Found

http://www.loc8fast.com/NPSearch2.asp?function=SUMMARY                    6/18/2004

CONFIDENTIAL - ATTORNEYS EYES ONLY                                         M 0074390

EXHIBIT    12
PAGE       149

```
.::Locatefast::. - Search                                              Page 9 of 9

    Divorce Index...........................................................No Records Found
    National Real Property.................................................No Records Found
    FAA Airmen.............................................................No Records Found
    FAA Aircraft...........................................................No Records Found
    National Coast Guard Mechant Vessels...................................No Records Found
    Drug Enforcement Administration........................................No Records Found


    ****************************************************************************
    ***                             DISCLAIMER                              ***
    ****************************************************************************

    The accuracy of the data submitted by the requestor will directly determine the
    accuracy of the results obtained. While the information furnished is from
    reliable sources, its accuracy is not guaranteed and can only be verified at its
    original source. Use of available data may be subject to FCRA and other
    applicable law.

                               *** End of Report ***


                          About Us / Searches / Logout / Register
    - ©mmIv, www.loc8fast.com | www 2
    - Our site requires Internet Explorer 4.01 and greater, Netscape 4.0 and greater or equivalent
    - This site is for the explicit use www.loc8fast.com customers. Usage is monitored - Privacy Statement
```

http://www.loc8fast.com/NPSearch2.asp?function=SUMMARY                    6/18/2004

CONFIDENTIAL - ATTORNEYS EYES ONLY

EXHIBIT 12
PAGE 156

M 0074391

.::Locatefast::. - Search   Page 1 of 1

6/18/2004 11:32:10 AM
Search Criteria
SSN: 402135124

| | Name/SSN | Address/County | Phone # | DOB/Lic# | Reported |
|---|---|---|---|---|---|
| 1. | LARIAN, ANGELA L<br>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 | 237 CAROLWOOD DR<br>LOS ANGELES, CA 90077<br>LOS ANGELES County | (213/310) 271-7575 | | 11/01/1998 |
| 2. | LARIAN, ANGELA L<br>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 | 37 CAROLWOOD DR<br>LOS ANGELES, CA 90077<br>LOS ANGELES County | (213/310) 271-7575 | | 07/01/1998 |
| 3. | LARIAN, ANGELA<br>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 | 2045 STRADELLA RD<br>LOS ANGELES, CA 90077<br>LOS ANGELES County | (213/310) 343-5447 | | 04/01/1996 |
| 4. | LARIAN, ANGELA<br>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 | 16732 SCHOENBORN ST<br>NORTH HILLS, CA 91343<br>LOS ANGELES County | (818) 343-5447 | | 02/01/1996 |
| 5. | LARIAN, ANGELA<br>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 | 16730 SCHOENBORN<br>SAN FERNANDO, CA 91343<br>LOS ANGELES County | (818) 343-5447 | | / / |
| 6. | LARIAN, ANGELA<br>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 | 216 OXFORD<br>LOS ANGELES, CA 90004<br>LOS ANGELES County | (213) 343-5447 | | / / |

CONFIDENTIAL - ATTORNEYS EYES ONLY         M 0074392

EXHIBIT   12
PAGE      151

El Rodeo School PTA - Founders Wall Donors

Page 1 of 4



# FOUNDERS WALL DONORS



Special thanks to all of our families who support our school!

Jump to:

2002-2003

GUARDIAN ANGEL
FLAWLESS DIAMOND EAGLE
PLATINUM EAGLE
GOLD EAGLE
SILVER EAGLE
BRONZE EAGLE

or scroll down for the whole list.

EL RODEO School
605 NORTH WHITTIER DR.
BEV. HILLS, CA.
90210

GUARDIAN ANGEL
---
* THE MCALISTER FAMILY

http://er.beverlyhills.k12.ca.us/pta/fundraising-wallnames.html

5/23/2004

CONFIDENTIAL - ATTORNEYS EYES ONLY

M 0074393

EXHIBIT 12

PAGE 152

El Rodeo School PTA - Founders Wall Donors                                          Page 2 of 4

Back to top

### FLAWLESS DIAMOND EAGLE

* THE BOSSE FAMILY
* THE DUBIN/ ELLERIN FAMILY
* THE GAON FAMILY, MARIA, ALEXANDER, ZACHERY & GRANT
* WINNIE, LULU, RUDY, AND CURLY JACKSON-UKRA
* THE NEMAN BROTHERS

Back to top

### PLATINUM EAGLE

* THE GABBAY FAMILY, MYRA, ALAIN, PETER, CECE, BENJI & ETHAN
* HILDY, WALTER, MIRANDA & JOANNA HILL
* THE JANKOWSKI FAMILY
* THE JOELSON FAMILY
* THE LARIAN FAMILY, ISAAC, ANGELA, JASON, JASMIN & CAMERON
* THE RESNIKOFF FAMILY, BRUCE, CLAUDIA, NICOLE & BLAKE
* THE SALZMAN FAMILY

Back to top

### GOLD EAGLE

* THE RICK BRUCKER FAMILY
* DEB & CRAIG BRUENELL FOR BRAD & SAUL
* THE HAYOSTEK FAMILY
* THE HEBERT FAMILY
* THE HENDRY FAMILY, STEPHEN, PAM, ERICA & SARAH
* ABE & OURITE KAMARA
* THE MESHKATY FAMILY, NOOSHIN, YAR, AZADEH, SHAHYAD & CAMYAR
* THE RAPPAPORT FAMILY, KURT, JULIETTE, JAKE & LUKE
* THE RENNIE FAMILY, MATT, EVAN, FRANNY & STEVE
* THE STONE FAMILY, RONIT, RON 72, TAMARA 05, TALIA 06 & CARLY 08

Back to top

### SILVER EAGLE

* THE AVCHEN FAMILY

http://er.beverlyhills.k12.ca.us/pta/fundraising-wallnames.html                     5/23/2004

CONFIDENTIAL - ATTORNEYS EYES ONLY                                                  M 0074394

EXHIBIT 1L

PAGE 153

El Rodeo School PTA - Founders Wall Donors                                Page 3 of 4

* THE DUBIN FAMILY, ALEX, JOSH, ELLIE & RYAN
* SHAYDA & JIMMY EBRAHIMI
* LISA, PHILIP, BRANDON & SEBASTIAN ELGHANIAN
* THE ELKOBY FAMILY, VIVIAN, MIKE, JACKY, JONNY & JESSICA,
* THE FRIEDBERG FAMILY, SUSIE, JIM, JASON & AUSTIN
* JOSZEF GRAIN AND FAMILY
* RANDI, WARREN & JORDAN GRANT
* BEN HABER & FAMILY
* ERIK HOLMBERG & RONNA KRESS
* THE KATEMAN FAMILY
* THE KESTENBAUM FAMILY, JULIE, PAUL, MAX, ELI & LEO
* THE LICHT FAMILY, LISA, ANDY, LUCY, DANNY & JOEY
* THE NEEDLEMAN FAMILY
* THE PRINCE FAMILY
* THE SHAPIRO FAMILY, STEPHEN, LEIGH, SPENCER & RILEY
* THE WACHTEL FAMILY
* THE WEST FAMILY, DAVID, SUSAN, HENRY & CHLOE
* JEREMY, LUCAS & AMELIA WOHL & AUTUMN BRANTLEY
* THE ZADEH FAMILY

Back to top

## BRONZE EAGLE

* HELEN & GEORGE ABE, JIMMY ( CLASS OF 2000) & ROSEMERI
* THE AN FAMILY
* THE BANIHASHEMI FAMILY
* MITRA, MYLES & CALVIN BERMAN
* THE BRONSON FAMILY, BRAD, BRITTANY, McCall & MIA
* THE BRUSER/CLARK FAMILY
* THE COOK/ WOODS FAMILY
* THE SAL & ALONA GABBAY FAMILY
* JODI & DOUGLAS GALEN, SAMANTHA, JOSH & RACHEL
* ANREW & HARRISON HOPP
* DANIEL, JAMIE, ZACH & ZOE HAWTOF
* THE JASON FAMILY, JUDY, BOB, JENNIFER, MICHAEL & JONATHAN
* THE KLUFT FAMILY
* LISA & IGGY KORBATOV, LAUREN, ANNA BELLA & ELIZABETH
* THE LEIB FAMILY
* THE MARMUREANU FAMILY
* SHAYESTEH & KAMRAN NEMAN
* ROBERT, CINDY, LEAH, SARA & JENNA NEWMAN
* THE O'NEILL FAMILY
* THE PERLMAN FAMILY
* THE ROSS FAMILY, NANCY, GARY, JACK & ERIC
* THE SCHKOLNICK FAMILY
* THE SHAYAN FAMILY
* MALLORY, MICAH, MARK & DIANE SMITH
* MAGGIE, FRED, DANIELLA, MICHAEL & KAYLA SOLEIMANI
* JEREMY, LUCAS & AMELIA WOHL
* SABRINA, KAMRAN, BRANDON & DIANDRA YOUNESSI

Back to top

http://er.beverlyhills.k12.ca.us/pta/fundraising-wallnames.html                    5/23/2004

CONFIDENTIAL - ATTORNEYS EYES ONLY                                          M 0074395

EXHIBIT  12
PAGE  154

El Rodeo School PTA - Founders Wall Donors

Page 4 of 4

Other Fundraisers:
**Membership Drive**
**Annual Drive**

| Grades K-5 | Grades 6-8 | School Information | PTA | Activities | Student Work |
| HOME | What's New? |

http://er.beverlyhills.k12.ca.us/pta/fundraising-wallnames.html

5/23/2004

CONFIDENTIAL - ATTORNEYS EYES ONLY

M 0074396

EXHIBIT 12
155

**EXHIBIT 13**

CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1           UNITED STATES DISTRICT COURT
 2          CENTRAL DISTRICT OF CALIFORNIA
 3                 EASTERN DIVISION
 4
 5     --------------------------------
 6     MATTEL, INC., a Delaware        )
 7     Corporation,                    )
 8              Plaintiff,             )
                                       )
            vs.                        ) No. CV 04-9059
 9     CARTER BRYANT, an individual;   )  NM  (RNBx)
10     and DOES 1 through 10,          ) VOLUME II
11     Inclusive,                      )
12              Defendants.            )
13     --------------------------------)
14       (COMPLETE CAPTION ON NEXT PAGE.)
15
16       CONFIDENTIAL - ATTORNEYS' EYES ONLY
17
18       Continued Videotaped deposition of
19       ALAN KAYE, taken at 400 South Hope
20       Street, Los Angeles, California,
21       commencing at 10:13 A.M., Thursday,
22       June 21, 2007, before Wendy S. Schreiber,
23       CSR No. 3558, RPR, CLR.
24
25     PAGES 379 - 587
```

379

CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1   BY MR. PAGE:
 2      Q.   It's his handwriting on this asking you to
 3   look at this, right?
 4      A.   Right.
 5      Q.   So regardless of whether his secretary gave      10:25AM
 6   it to you, you understood he was sending you this
 7   letter and asking you to follow up, right?
 8      A.   Yes, that is correct.
 9           MR. PROCTOR:  Objection --
10           THE WITNESS:  That is correct -- no, it's        10:25AM
11   not correct.
12   BY MR. PAGE:
13      Q.   You don't think he was asking you to do
14   anything about this?
15      A.   No.                                              10:26AM
16      Q.   And to the best of your knowledge you never
17   told him what you did or didn't do about this?
18      A.   That is correct.
19           (Deposition Exhibit 471 was marked
20           for identification and is annexed hereto.)       10:26AM
21   BY MR. PAGE:
22      Q.   I'm going to mark as Exhibit 471 -- 471 is a
23   stack of documents Bates-numbered M 0074307 through
24   0074430.  If you could take a look at this and let
25   me know if you've ever seen these documents before.      10:26AM
                                                                 394
```