CONFIDENTIAL - ATTORNEYS' EYES ONLY

1    I'll represent to you that this appears at least to

2    me to be the contents of several different

3    investigative files that were all produced together

4    but....

5         A.    You want me to look at each page?  It will      10:27AM

6    take me awhile.

7         Q.    Yeah, if you could leaf through it and if

8    you hit any documents you have seen before, please

9    identify them.

10            MR. PROCTOR:  For the record, these clearly    10:27AM

11   were not shown to the witness at the prior

12   deposition so I do think it's beyond the scope of

13   the prior deposition, but I'll allow you to ask

14   questions about it.

15            MR. PAGE:  It's certainly on the same          10:28AM

16   subject matter as the prior deposition and they

17   weren't shown to the witness at that deposition

18   because you hadn't produced them yet.

19            MR. PROCTOR:  When were these produced?

20            MR. JENAL:  February of this year.             10:28AM

21            MR. PAGE:  What he said.

22        Q.    Actually, let me see if I can help you out.

23   If you could flip forward to the page numbered -- or

24   back depending on where you are -- 74400.

25        A.    Okay.                                        10:31AM

                                                                 395

EXHIBIT  13

PAGE  158

CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1     Q.   Have you seen this document before?

 2     A.   Yes.

 3     Q.   What is this document?

 4     A.   What is this document?

 5     Q.   Yeah, what is this document?          10:31AM

 6     A.   It's a -- it looks like a copy of an E-mail

 7  with some parts missing.

 8     Q.   And, in fact, it's an E-mail to you from

 9  Richard DeAnda, correct?

10     A.   Correct.                              10:32AM

11     Q.   Do you recall receiving this E-mail?

12     A.   No.

13     Q.   In this E-mail Mr. DeAnda says "Alan, I've

14  received your anonymous letter originally sent to

15  Bob Eckert regarding Carter Bryant and 'Bratz.'  I'm  10:32AM

16  aware of this situation and have been working on it

17  for several months."

18          Does this refresh your recollection as to

19  whether Mr. DeAnda ever reported back to you after

20  you sent him the letter?                      10:32AM

21     A.   No.

22     Q.   No, still no recollection of it whatsoever?

23     A.   I believe I got this.  I don't know when.  I

24  don't know if it was before the date you gave me.

25     Q.   Unfortunately it was produced to us with the  10:32AM
```
                                                        396

EXHIBIT __13__

PAGE __159__

CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1    their E-mail, for example?

 2        A.   No.

 3        Q.   Never curious about it, huh?

 4             MR. PROCTOR:  Object to the form.  Is the

 5    question if he was curious about that?          11:04AM

 6             MR. PAGE:  Yeah.

 7             MR. PROCTOR:  I'll object to the form.

 8             THE WITNESS:  I'm curious now.

 9    BY MR. PAGE:

10        Q.   Do you want to take a break and go ask    11:04AM

11    somebody?

12             Have you ever asked anyone in Security what

13    steps they take to investigate or preserve evidence

14    concerning departing employees?

15        A.   No.                                       11:05AM

16             MR. PROCTOR:  Objection:  overbroad.

17    BY MR. PAGE:

18        Q.   So as the head of HR, you know absolutely

19    nothing about what steps anybody at Mattel takes to

20    gather or preserve evidence concerning departing    11:05AM

21    employees; is that your testimony?

22        A.   Yes.

23             MR. PROCTOR:  Misstates the testimony.  Wait

24    for me to get objections in.

25             THE WITNESS:  Yeah.                         11:05AM
                                                              423
```

CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1    BY MR. PAGE:

 2        Q.   Yeah, slow down.

 3             We'll take -- it's a good time for a break.

 4             VIDEO OPERATOR:  We're off the record at

 5    11:05 a.m.                                       11:05AM

 6                     (Brief recess.)

 7             VIDEO OPERATOR:  We are back on the record

 8    at 11:15 a.m.

 9    BY MR. PAGE:

10        Q.   Are you aware of any written report or    11:16AM

11    summary of the results of any investigation into

12    Carter Bryant or his activities?

13             MR. PROCTOR:  Objection:  asked and

14    answered.

15             THE WITNESS:  No.                         11:16AM

16    BY MR. PAGE:

17        Q.   If you can turn to -- in the large exhibit

18    of the investigative files if you could turn to

19    ████████ which is something called a chronological

20    record.  Prior to the filing of this lawsuit, were  11:16AM

21    you aware of -- at any time prior to this lawsuit

22    being filed, were you aware that there was an

23    investigation that was started in March of 2002

24    concerning possible misappropriation of Mattel

25    intellectual property by MGA?                       11:17AM
                                                              424
```

CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1            MR. PROCTOR:  Could I have that question

 2   read back, please?

 3            (The pending question was read as follows:

 4            "Q.   Prior to the filing of

 5            this lawsuit, were you aware of --        11:17AM

 6            at any time prior to this lawsuit

 7            being filed, were you aware that

 8            there was an investigation that was

 9            started in March of 2002 concerning

10            possible misappropriation of Mattel   11:17AM

11            intellectual property by MGA?")

12            THE WITNESS:  No.

13   BY MR. PAGE:

14      Q.   And I believe you testified earlier that you

15   didn't -- you don't recall the E-mail we looked at   11:17AM

16   from Mr. DeAnda saying that he had been

17   investigating for several months; is that correct?

18            MR. PROCTOR:  Objection:  misstates the

19   document, assumes facts not in evidence.

20            THE WITNESS:  Correct, although I don't   11:17AM

21   think that's what the document said.

22   BY MR. PAGE:

23      Q.   So is it your testimony that you had no idea

24   that there was any investigation concerning MGA

25   until approximately when this lawsuit was filed?  Is   11:18AM
                                                          425
```

EXHIBIT ___13___

PAGE ___142___

CONFIDENTIAL - ATTORNEYS' EYES ONLY

1    that correct?

2           MR. PROCTOR:  Objection:  overbroad, vague

3    and ambiguous and misstates the testimony.

4           THE WITNESS:  I don't know when I knew.  It

5    was definitely before the lawsuit being filed.    11:18AM

6    BY MR. PAGE:

7       Q.   How long before the lawsuit was filed?

8       A.   That's what I responded to I don't know.

9       Q.   An hour?  A year?

10      A.   Don't know.                               11:18AM

11      Q.   What's your best recollection of how you

12   became aware of there being any issue regarding MGA?

13          MR. PROCTOR:  Objection:  vague and

14   ambiguous.

15          THE WITNESS:  I don't recall.             11:18AM

16          (Exhibit 42 previously marked.)

17   BY MR. PAGE:

18      Q.   Will you take a look at Exhibit 42 from your

19   earlier deposition which is a press release dated

20   April 27th, 2004.                                11:19AM

21      A.   Uh-huh.

22      Q.   Were you involved in writing this press

23   release?

24      A.   Can I read it first?

25      Q.   Sure.                                    11:19AM

                                                          426

CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
1              MR. PROCTOR:  Object as asked and answered.

2              THE WITNESS:  No.

3   BY MR. PAGE:

4       Q.  Was it in connection with this press release

5   or explaining this press release to employees that    11:20AM

6   you first became aware of Mattel's allegations

7   concerning MGA?

8              MR. PROCTOR:  I'm sorry, could I have that

9   question read back, please?

10             (The pending question was read as follows:   11:20AM

11                "Q.  Was it in connection

12             with this press release or explaining

13             this press release to employees that

14             you first became aware of Mattel's

15             allegations concerning MGA?")          11:20AM

16             MR. PROCTOR:  Object as compound.

17             THE WITNESS:  I do not recall.

18   BY MR. PAGE:

19       Q.  Do you have any recollection as to how or

20   when you first learned of Mattel's allegations      11:21AM

21   against either Carter Bryant or MGA?

22       A.  No recollection.

23       Q.  What's your anniversary?

24       A.  Which type of anniversary?

25       Q.  Your wedding anniversary.            11:21AM
                                                             427
```

**EXHIBIT 14**



02-115

CONFIDENTIAL - ATTORNEYS EYES ONLY

M 0074307

Kaye

EXHIBIT NO. 471
6/21/07
Wendy S. Schreiber

EXHIBIT ___14___

PAGE ___165___

REDACTED

CONFIDENTIAL - ATTORNEYS EYES ONLY

M 0074308

EXHIBIT _14_

PAGE _166_

MGA Entertainment - Contact

Page 1 of 1

The preferred method of contact for Customer Service is using our email contact form

Please refer customer service and help line calls to our customer service call center.

1-800-222-4685

**Concept Submissions**

MGA welcomes the opportunity to review your product concept ideas. To learn more about submitting your ideas, please read and download our submission form.

**Visit our Customer Service Page for:**

- Product FAQ's
- Product Instruction Manuals
- Product Registration
- Product Part Ordering

**Los Angeles Corporate Office:**

MGA Entertainment
16380 Roscoe Blvd., Suite 200
Van Nuys, CA 91406

(818) 894-2525

Privacy Policy

Site Map | Contact Info | Press Releases | Awards | Cool Jobs | Registration | Warranty Information
Privacy Policy | Terms of Use

TM & © MGA Entertainment, Inc. All Rights Reserved

http://www.mgae.com/contact.asp

5/26/2006

CONFIDENTIAL - ATTORNEYS EYES ONLY

M 0074309



EXHIBIT ___14___

PAGE ___157___

## Incident Report

Page: 1

| File #: 02-115 | Incident #: 0000002207 0000 |
|---|---|

Category:          01 - Theft
Subcategory:       13 - Proprietary Information

Occurrence Date: 3/15/2002
Occurrence Time: 15:00
Reported Date:   3/20/2002

Building/Site:   El Segundo Design Center
                 2031 Mariposa Ave
                 El Segundo, California
                 United States 90245

Status:          Open

Report Taken By: Simoneau, Bob
Employment Details:
Occupation: Security Investigations
(310) 252-2339

**Incident Narrative**
Information received from Design Center staff, Evelyn Viohl and Ivy Ross that MGA Entertainment, headed by a person known as Isaac _Larian_ has recently hired a number of former Mattel employees and is manufacturing products that appear to be Mattel designs.

Invest. opened.

**Incident Person**

Incident Person Details 1 of 2
Larian, Isaac

Person Type: Suspect
Comments:          Owner of MGA Entertainment

Personal Details:
Age:          49              Sex:      Male

Home Address:
237 N. Carolewood Dr.
Los Angeles, California
United States 90077
(310) 271-7575

Employment Details:
SSN          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
Employer: MGA Entertainment
             16730 Schoenborn St.
             North Hills, California
             United States 91343

02- 115

Mattel, Inc.                     3/20/2002          (c)PPM 2000 Inc 1990-91. All Rights Reserved.

CONFIDENTIAL - ATTORNEYS EYES ONLY

M 0074310



EXHIBIT ___14___

PAGE ___168___

**Incident Report**

(818) 894-2525

Incident Person Details 2 of 3

Viohl, Evelyn

Person Type: Informant
Employment Details:
Occupation: Employee
Employer:  Mattel

Incident Person Details 3 of 3

Ross, Ivy

Person Type: Informant
Personal Details:
Sex:      Male

Employment Details:
Occupation: Employee
Employer:   Mattel, Inc.
            333 Continental Blvd.
            D1-0126 SVP Girls Product & Design
            El Segundo, California
            United States 90245
            (310) 252-2680

Mattel, Inc.                          3/20/2002        (c)776 2008 Inc 1990-98. All Rights Reserved.

CONFIDENTIAL - ATTORNEYS EYES ONLY

M 0074311

EXHIBIT ____14____

PAGE ____169____

California Civil Index Search Results        Page 1 of 2

| Details | | | |
|---|---|---|---|
| Name: | LARIAN ISAAC | Party: | DEFENDANT |
| Case Num: | BC 1184 | Date: | 07/22/1990 |
| District: | | County: | LOS ANGELES |

| Details | | | |
|---|---|---|---|
| Name: | LARIAN ISAAC | Party: | PLAINTIFF |
| Case Num: | NWC 15133 | Date: | 12/30/1988 |
| District: | | County: | LOS ANGELES |

| Details | | | |
|---|---|---|---|
| Name: | LARIAN ISAAC | Party: | DEFENDANT |
| Case Num: | LC 1210 | Date: | 08/18/1992 |
| District: | | County: | LOS ANGELES |

| Details | | | |
|---|---|---|---|
| Name: | LARIAN ISAAC | Party: | DEFENDANT |
| Case Num: | BC 96382 | Date: | 12/29/1945 |
| District: | | County: | LOS ANGELES |

| Details | | | |
|---|---|---|---|
| Name: | LARIAN ISAAC | Party: | DEFENDANT |
| Case Num: | BC 79814 | Date: | 12/16/1992 |
| District: | | County: | LOS ANGELES |

| Details | | | |
|---|---|---|---|
| Name: | LARIAN ISAAC | Party: | PLAINTIFF |
| Case Num: | BC 122117 | Date: | 02/10/1945 |
| District: | | County: | LOS ANGELES |

| Details | | | |
|---|---|---|---|
| Name: | LARIAN ISAAC | Party: | PLAINTIFF |
| Case Num: | BC 122082 | Date: | 01/17/1945 |
| District: | | County: | LOS ANGELES |

| Details | | | |
|---|---|---|---|
| Name: | LARIAN ISAAC | Party: | DEFENDANT |
| Case Num: | BC 102330 | Date: | 04/06/1994 |
| District: | | County: | LOS ANGELES |

| Details | | | |
|---|---|---|---|
| Name: | LARIAN ISAAC | Party: | DEFENDANT |
| Case Num: | BC 301371 | Date: | 08/25/2003 |
| District: | | County: | LOS ANGELES |

| Details | | | |
|---|---|---|---|
| Name: | LARIAN ISAAC | Party: | DEFENDANT |

CONFIDENTIAL - ATTORNEYS EYES ONLY

M 0074312

EXHIBIT ___14___

PAGE ___170___

California Civil Index Search Results

| Case Num: | BC 200489 | Date: | 10/26/2001 |
|---|---|---|---|
| District: | | County: | LOS ANGELES |

**Details**

| Name: | LARIAN ISAAC | Party: | DEFENDANT |
|---|---|---|---|
| Case Num: | BC 332601 | Date: | 02/24/2005 |
| District: | | County: | LOS ANGELES |

**Details**

| Name: | LARIAN ISAAC E | Party: | DEFENDANT |
|---|---|---|---|
| Case Num: | NWC 26122 | Date: | 04/25/1997 |
| District: | | County: | LOS ANGELES |

**Details**

| Name: | LARIAN ISAAC E | Party: | DEFENDANT |
|---|---|---|---|
| Case Num: | WEC 103796 | Date: | 06/04/1993 |
| District: | | County: | LOS ANGELES |

**Details**

| Name: | LARIAN ISAAC E | Party: | DEFENDANT |
|---|---|---|---|
| Case Num: | WEC 101082 | Date: | 02/27/1991 |
| District: | | County: | LOS ANGELES |

CONFIDENTIAL - ATTORNEYS EYES ONLY

M 0074313



EXHIBIT ___14___

PAGE ___171___