7/22/2003 11:15:02 AM
Search Criteria
SSN: 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

| | Name/SSN | Address/County | Phone # | DOB/Lic# | Reported |
|---|---|---|---|---|---|
| 1. | [illegible] aka: BRYANT, CARTER 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 | Apt. Number - 376 402 MOUNT VERNON ST NIXA, MO 65714 CHRISTIAN County | | 09/01/1959 | [illegible]/2003 |
| 2. | BRYANT, CARTER H 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 | 610 BLUEBERRY LN NIXA, MO 65714 CHRISTIAN County | | 09/01/1959 | 02/01/2003 |
| 3. | BRYANT, CARTER H 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 | PO BOX 1317 NIXA, MO 65714 CHRISTIAN County | (417) 836-6528 | 09/01/1959 | 03/01/1999 |
| 4. | BRYANT, CARTER H 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 | 37468 32D ST PALMDALE, CA 93550 LOS ANGELES County | (661) 836-6528 | 09/01/1959 | 12/01/1996 |
| 5. | BRYANT, CARTER H 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 | Apt. Number - 29 45044 30TH EAST ST LANCASTER, CA 93535 LOS ANGELES County | (661) 836-6528 | 09/01/1959 | 09/01/1996 |
| 6. | BRYANT, CARTER H 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 | 1834 PALMYRA AV ORANGE, CA 92666 County | (000) 836-6528 | 1968 | 09/01/1993 |
| 7. | BRYANT, CARTER H 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 | 38701 20TH ST PALMDALE, CA 93550 LOS ANGELES County | (661) 836-6528 | 1968 | 08/01/1993 |
| 8. | BRYANT, CARTER H 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 | Apt. Number - 1200 1472 EAST IDAHO FALLS, ID 83402 BONNEVILLE County | | 09/01/1959 | 08/01/1988 |
| 9. | BRYANT, CARTER H 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 | 1319 160TH ST GARDENA, CA 90247 LOS ANGELES County | (310) 836-6528 | 09/01/1959 | // |
| 10. | BRYANT, CARTER H 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 | Apt. Number - A 1 SYCAMORE KIMBERLING CITY, MO 65686 STONE County | (417) 836-6528 | 09/01/1959 | // |
| 11. | BRYANT, CARTER H 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 | 2606 VALENCIA ST SANTA ANA, CA 92706 ORANGE County | (714) 836-6528 | 1968 | // |

CONFIDENTIAL - ATTORNEYS EYES ONLY

EXHIBIT 14

PAGE 172

www.loc8fast.com

Page 2 of 2

| 12. Name/SSN | Address/County | Phone # | DOB/Lic# | Reported |
|---|---|---|---|---|
| BRYANT, CARTER H<br>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 | 9644 AVE S 12<br>LITTLEROCK, CA 93543<br>LOS ANGELES County | (661) 836-6528 | 05/01/1959 | // |

http://www.loc8fast.com/CHSearch.asp?page=PRINTABLE&fid=4675228&sid=CH1&Re... 7/22/2003

CONFIDENTIAL - ATTORNEYS EYES ONLY

M 0074315

EXHIBIT 14

PAGE 173

Emergency Contact Page 1 of 1

Home > Administer Workforce > Administer Workforce (GBL) > Use > Emergency Contact New Window

Contact Address/Phone | Other Phone Numbers

Bryant,Carter H Employee Emp

Emergency Contact View All First 1 of 1 Last

Contact Name: Bryant,Janet

Relationship to Employee: Mother ☒ Primary Conta

☒ Same Address as Employee

☒ Same Phone as Employee

**Contact Address**

Country: USA United States

Address 1: 1A Sycamore Drive

Address 2:

Address 3:

City: Kimberling City

County: Postal: 65686

State: MO Missouri

**ContactPhone**

Phone: [redacted]

Contact Address/Phone | Other Phone Numbers

http://peoplesoft/servlets/iclientservlet/peoplesoft8/?ICType=Panel&Menu=ADMINISTER... 7/22/2003

CONFIDENTIAL - ATTORNEYS EYES ONLY M 0074316

EXHIBIT 14
PAGE 174

Home > MF Employment Verification > MF Employment Verification > Inquire > Employment Verify New Window

Verify Employment

EmplID: 090202 Benefit Program: ADM Status: Terminated

Name: Bryant,Carter H Preferred First Name: Carter

Hire Date: 10/29/1995 Rehire Date: 01/04/1999 Service Date: 07/05/1996 Last Day Worked: 10/19/2000 Term Date: 10/20/2000

Company: MCO Mattel HQ, Inc Location: 01 El Segundo

Pay Group: HB1 HDQ Bi-Wkly FT Supervisor: Fonseca,Heather

~~Job Code: 03878 Project Designer Level: Non-Mgr~~ Head Count:

Department: 12450 Barbie Collector Prelim Design Division: Mattel Brands

Mail Drop: D1-0163 Work Phone: 310/252-6099 Oracle Account Code: 6005

Home State: CA Home Zip: 90247

Last Verification Date: ☒ Ineligible for Rehire

Email ID: BRYANTCA@MATTEL.COM User ID: BRYANTCA

HRREP: 097894 Torres,Irene M 310/252-4225

ESREP:

CONFIDENTIAL - ATTORNEYS EYES ONLY M 0074317

EXHIBIT 14
PAGE 175

Home > Administer Workforce > Administer Workforce (GBL) > Use > Personal Data    New Window

Name History | Address History

Bryant,Carter H    Employee    EmplID: 090202

Address Type    View All    First 1 of 1 Last

Address Type: HOME

Address History    View All    First 1 of 1 Last

Effective Date: 10/30/1995    Status: Active

Country: USA United States

Address 1: 1319 W. 160th Street

Address 2:

Address 3:

City: Gardena

County:    Postal: 90247

State: CA California

Phones    First 1 of 1 Last

| Phone Type | Telephone |
|---|---|

Email Addresses    First 1 of 1 Last

| Email Type | Email Address |
|---|---|
| Business | BRYANTCA@MATTEL.COM |

Save    Next tab    Update

Name History | Address History

CONFIDENTIAL - ATTORNEYS EYES ONLY

EXHIBIT 14

PAGE 74

REDACTED

CONFIDENTIAL - ATTORNEYS EYES ONLY

M 0074319

EXHIBIT 14

PAGE 177

REDACTED

CONFIDENTIAL - ATTORNEYS EYES ONLY

M 0074320

EXHIBIT 14

PAGE 178

REDACTED

CONFIDENTIAL - ATTORNEYS EYES ONLY

M 0074321

EXHIBIT 14

PAGE 179

REDACTED

CONFIDENTIAL - ATTORNEYS EYES ONLY

M 0074322

EXHIBIT 14

PAGE 180

REDACTED

CONFIDENTIAL - ATTORNEYS EYES ONLY

M 0074323

EXHIBIT 14

PAGE 181

REDACTED

CONFIDENTIAL - ATTORNEYS EYES ONLY

M 0074324

EXHIBIT 14

PAGE 182

REDACTED

CONFIDENTIAL - ATTORNEYS EYES ONLY

M 0074325

EXHIBIT 14

PAGE 183

REDACTED

CONFIDENTIAL - ATTORNEYS EYES ONLY

M 0074326

EXHIBIT 14

PAGE 164

All Searches
Auctions
CompanyFinder
Entertainment
Finance
Government
Health
Internet & IT
Jobs
Legal
Open Directory
Packages
PeopleFinder
Reference
Shopping
Sports
Travel

WhitePages

Find Person:

new search

Try Public Records!

Listings 1-5 of 5

Abc Group The
16730 Schoenborn St
NORTH HILLS, CA 91343
818-894-2525

Abc International Traders
16730 Schoenborn St
NORTH HILLS, CA 91343
818-894-2525

Micro Games Of America
16730 Schoenborn St
NORTH HILLS, CA 91343
818-894-2525

Mxc America
16730 Schoenborn St
NORTH HILLS, CA 91343
818-894-2525

Telequest
16730 Schoenborn St
NORTH HILLS, CA 91343
818-894-2525

Listings 1-5 of 5

new search

find person
help | terms and conditions | privacy policy

Related Links

Background Checks Public Records
Expand Your Search Choose a Category
DMV Records
Social Security
Military Records
Criminal Records
Public Records
Driving Records
State Agencies
Background Check

CONFIDENTIAL - ATTORNEYS EYES ONLY M 0074327

SearchBug -> PeopleFinder -> WhitePages

Page 2 of 2

powered by WhitePages

PRIVACY

Copyright 1996-2002 WhitePages.com. All rights reserved.

Related Tools

« Back to all PeopleFinder searches

- Use Reverse Phone Search to lookup people by phone number
- Find people by Address
- Locate your Family & Ancestors
- Find someone's E-mail Address or perform Reverse E-Mail Lookup
- Let us suggest a reliable Public Records Search
- Here is the list of International Phone Directories

Did not find what you were looking for?

Search: All the Internet For:

Copyright © 2001, SearchBug.com, LLC

Free E-mail Customize Contact Us Report a Problem Tell your Friend Help About Us

http://sea.../find_person_results.pl?fid=a&s_n=16730&s_a=schoenborn&c=north+hills&s=C. 3/20/2002

CONFIDENTIAL - ATTORNEYS EYES ONLY

M 0074328

EXHIBIT 14

PAGE 186

www.loc8fast.com                                                                Page 1 of 1

3/20/2002 13:03:03 PM
Search Criteria
House No.: 16730
Street:    SCHOENBORN
City:      NORTH HILLS
State:     CA
Zip:       91343

| # | Name/SSN | Address/County | Phone # | DOB/Lic# | Reported |
|---|---|---|---|---|---|
| 1. | TOULSON, CAROL D | 16730 SCHOENBORN ST, NORTH HILLS, CA 91343, LOS ANGELES County | | 12/13/1931 | 07/13/2001 |
| 2. | BUFORD, JONATHAN L  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 | 16730 SCHOENBORN ST, NORTH HILLS, CA 91343, LOS ANGELES County | (818) 714-8434 | 03/01/1943 | 08/01/2000 |
| 3. | LANDIS, ANGELA | 16730 SCHOENBORN ST, NORTH HILLS, CA 91343, LOS ANGELES County | | | 04/03/2000 |
| 4. | LUEKEN, PAUL J  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 | 16730 SCHOENBORN ST, NORTH HILLS, CA 91343, LOS ANGELES County | (818) 893- 8439 | 09/01/1958 | 06/01/1983 |
| 5. | LARIAN, AVETIS | 16730 SCHOENBORN ST, NORTH HILLS, CA 91343, LOS ANGELES County | (818) 749- 8163 | | 06/01/1937 |
| 6. | LARIAN, ISAAC AARON ARLAN  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 | 16730 SCHOENBORN ST, NORTH HILLS, CA 91343, LOS ANGELES County | (818) 271- 9078 | | 04/01/1956 |
| 7. | Name/SSN  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 | 16730 SCHOENBORN ST, NORTH HILLS, CA 91343, LOS ANGELES County | (818) 784- 9438 | | 05/01/1974 |
| 8. | LARIAN, LISA aka GABRIELZADEH, LISA aka CARIAN, LISA  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 | 16730 SCHOENBORN ST, NORTH HILLS, CA 91343, LOS ANGELES County | (818) 363- 8788 | 09/01/1974 | // |
| 9. | Name/SSN  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 | 16730 SCHOENBORN ST, NORTH HILLS, CA 91343, LOS ANGELES County | | 09/03/1943 | |

.../CHSearch.asp?page=PRINTABLE&fid=2607812&sid=CH6&Reference=02%2D115&city=3/20/2002

CONFIDENTIAL - ATTORNEYS EYES ONLY                                    M 0074329

EXHIBIT 14
PAGE 187