www.loc8fast.com

Page 1 of 1

**Locate Fast**

| Name | SSN | Re-Trace | Address | Phone | Relatives | Neighbors | PROFILES |

Search

Multiple subjects were found when this SSN was searched, please select from the list below:

| Name (Last, First, Mid) | Current Reported Address | Date Reported |
|---|---|---|
| HEDRICK, MATT | 237 CAROLWOOD HOLMBY HILLS, CA 90077 | 01/01/1999 (current) |
| LARIAN, ISAAC E | 237 CAROLWOOD DR LOS ANGELES, CA 90077 | 06/01/1997 (previous) |

About Us / Searches / Login / Register / Links

© 1999-2002 www.loc8fast.com - This site is for the explicit use www.loc8fast.com customers - Usage is monitored - Privacy Statement - Disclaimer

http://www.loc8fast.com/NPSearch2.asp?function=SUMMARY

3/20/2002

CONFIDENTIAL - ATTORNEYS EYES ONLY

M 0074330

EXHIBIT 14
PAGE 188

Page 1 of 14

```
*********************************************************************
***                                                               ***
***                   CALIFORNIA PROFILE REPORT                   ***
***                                                               ***
*********************************************************************
```

Date:       3/20/2002 12:36:21 PM
SSN:        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
Reference:  02-115

Name:    ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓                                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
         aka: ARIAN, ISAAC                          Issued In: California
         237 N CAROLWOOD DR LOS ANGELES, CA 90077
         16730 SCHOENBORN ST NORTH HILLS, CA 91343
         2045 STRADELLA RD LOS ANGELES, CA 90077
         16730 SCHOENBORN ST SAN FERNANDO, CA 91343
         7658 SHOUP AV CANOGA PARK, CA 91304

DOB:        No Information on file
Date Rptd:  08/01/1997

--- ALL NAMES ASSOCIATED WITH SUBJECT'S SSN ---

                                                           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
1. HEDRICK, MATT                                           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
2. LARIAN, ISAAC E

                                                           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
Name:    ▓▓▓▓▓▓▓▓▓▓▓▓▓                              Issued In: Kentucky

         237 N CAROLWOOD DR LOS ANGELES, CA 90077
         37 N CAROLWOOD LOS ANGELES, CA 90077
         16730 SCHOENBORN SAN FERNANDO, CA 91343
         216 S OXFORD LOS ANGELES, CA 90004
         2045 STRADELLA RD LOS ANGELES, CA 90077

DOB:        No Information on file
Date Rptd:  11/01/1998
Phone:      ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

                                                           No SSN Rptd
Name:    ▓▓▓▓▓▓▓▓▓▓▓▓▓

         2045 STRADELLA RD LOS ANGELES, CA 90077

DOB:        No Information on file
Date Rptd:  09/01/2000
Phone:      No Information on file

                                                           No SSN Rptd
Name:    ▓▓▓▓▓▓▓▓▓▓▓▓▓

         16730 SCHOENBORN ST NORTH HILLS, CA 91343

DOB:        No Information on file
Date Rptd:  04/01/2000
Phone:      No Information on file

                                                           No SSN Rptd
Name:    ▓▓▓▓▓▓▓▓▓▓▓▓▓
                                                           02- 115

../NPSearch2.asp?function=SEARCH&sid=CAPROFILE&fid=2607830&ssn=554173545&list3/20/2002

CONFIDENTIAL - ATTORNEYS EYES ONLY                              M 0074331

EXHIBIT ____14____

PAGE ____189____

Page 2 of 14

```
                16730 SCHOENBORN ST NORTH HILLS, CA 91343

DOB:        No Information on file
Date Rptd:  06/01/1997
Phone:      818-789-8262
                                                              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
Name:       ▓▓▓▓▓▓▓▓▓▓                                   Issued In: California
AKA:        ▓▓▓▓▓▓▓▓▓▓

            2142 CENTURY PARK LN LOS ANGELES, CA 90067
            4714 HAYVENHURST AV ENCINO, CA 91436
            4830 WOODLEY AV VAN NUYS, CA 91436
            2045 STRADELLA RD LOS ANGELES, CA 90077
            16730 SCHOENBORN ST NORTH HILLS, CA 91343
            16730 SCHOENBORN ST SAN FERNANDO, CA 91343

DOB:        09/01/1943
Date Rptd:  No Information on file
Phone:      818-282-8755
                                                              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
Name:       ▓▓▓▓▓▓▓▓▓▓                                   Issued In: Unknown
AKA:        ▓▓▓▓▓▓▓▓▓▓

            2142 CENTURY PARK LN #6108 LOS ANGELES, CA 90067
            2142 CENTURY PARK LN #6 LOS ANGELES, CA 90067
            4714 HAYVENHURST AV ENCINO, CA 91436
            6655 HOLLYWOOD BV LOS ANGELES, CA 90028
            16730 SCHOENBORN ST NORTH HILLS, CA 91343

DOB:        09/01/1974
Date Rptd:  No Information on file
Phone:      818-282-8755
```

Address: ▓▓▓▓▓▓▓▓▓▓ LOS ANGELES COUNTY
Date Rptd: 08/01/1997
Phone: 213/810-271-7575

▓▓▓▓▓▓▓▓▓▓ PIC BELL
VILLALOBOS, ACINETH

```
Primary Owner:     LARIAN ISAAC E
Secondary Owner:   LARIAN ANGELA
Site Address:      ▓▓▓▓▓▓▓▓▓▓
                   LOS ANGELES CA 90077-3535
Owner Address:     237 N CAROLWOOD
                   LOS ANGELES CA 90077-3535
Telephone:         None Reported
APN:               4358-005-026
Assessed Value:    $3,096,039.00
```

02- 115

.../NPSearch2.asp?function=SEARCH&sid=CAPROFILE&fid=2607830&ssn=554173545&lis 3/20/2002

CONFIDENTIAL - ATTORNEYS EYES ONLY                                       M 0074332

EXHIBIT   14
PAGE      19

Page 3 of 14

```
-- Individuals reported at 237 N CAROLWOOD DR, LOS ANGELES CA
> HEDRICK, MATT                                           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
                                                   Issued In: California
                                                          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
                                                   Issued In: Kentucky

Name:    TAI, OI T
DOB:     09/01/1952
Address: 230 N CAROLWOOD DR
         LOS ANGELES, CA 90077 LOS ANGELES COUNTY
Date Rptd: 05/01/1994
Phone:   213/310-204-3490

Name:    STEINHART, COTRUST WILLIAM
DOB:     No Information on file
Address: 230 N CAROLWOOD DR
         LOS ANGELES, CA 90077 LOS ANGELES COUNTY
Date Rptd: 02/01/1994
Phone:   No Information on file

Name:    MORSEY, COTRUSTEE BEVERLY
DOB:     No Information on file
Address: 230 N CAROLWOOD DR
         LOS ANGELES, CA 90077 LOS ANGELES COUNTY
Date Rptd: 02/01/1994
Phone:   No Information on file

Name:    MORSEY, CHASE
DOB:     No Information on file
Address: 230 N CAROLWOOD DR
         LOS ANGELES, CA 90077 LOS ANGELES COUNTY
Date Rptd: 12/01/1993
Phone:   No Information on file

Name:    TAI, HAK WA
         aka: WA, TAI, HAK
DOB:     No Information on file
Address: 230 N CAROLWOOD DR                230 N CAROLWOOD DR
         LOS ANGELES, CA 90077 LOS ANGELES COUNTY   LOS ANGELES, CA 90077 LOS ANGELES CA
Date Rptd: 04/01/1993
Phone:   213/310-204-3950

Name:    MORSEY, C
DOB:     No Information on file
Address: 230 N CAROLWOOD DR
         LOS ANGELES, CA 90077 LOS ANGELES COUNTY
Date Rptd: 10/01/1992
Phone:   213/310-274-5961

Address:
Date Rptd: 04/01/1996
Phone:   818-271-7575
```

02- 115

.../NPSearch2.asp?function=SEARCH&sid=CAPROFILE&fid=2607830&ssn=554173545&lis 3/20/2002

CONFIDENTIAL - ATTORNEYS EYES ONLY

M 0074333

EXHIBIT 14
PAGE 19

```
-- Listed Phone Numbers at 16730 SCHOENBORN ST, NORTH HILLS CA
-------------------------------------------------------------
No Information on file

-------------------------------------------------------------
-- Property Ownership at 16730 SCHOENBORN ST, NORTH HILLS CA
-------------------------------------------------------------
Primary Owner:    16730-SCHOENBORN-PROPERTIES L
Secondary Owner:  JP
Site Address:     16730 SCHOENBORN
                  NORTH HILLS CA 91343-6108
Owner Address:    16730 SCHOENBORN
                  NORTH HILLS CA 91343-6108
Telephone:        None Reported
APN:              2689-011-020
Assessed Value:   $2,375,000.00

-------------------------------------------------------------
-- Individuals reported at 16730 SCHOENBORN ST, NORTH HILLS CA
-------------------------------------------------------------
> BUFORD, JONATHAN L                           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
                                            Issued In: Georgia
> LARIAN, ANGELA                                No SSN Rptd

> LARIAN, FARHAD                               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
    aka: FARHAD, LARIAN                     Issued In: California

-------------------------------------------------------------
-- Possible Neighbors of 16730 SCHOENBORN ST, NORTH HILLS CA
-------------------------------------------------------------
Name:      DEVRIES, HUGH J
           aka: VRIES, HUGH, DE
DOB:       09/15/1925
Address:   16700 SCHOENBORN ST
           NORTH HILLS, CA 91343 LOS ANGELES COUNTY
Date Rptd: 07/13/2001
Phone:     818-893-6906

Name:      HOYT, DOROTHY M
DOB:       No Information on file
Address:   16700 SCHOENBORN ST
           NORTH HILLS, CA 91343 LOS ANGELES COUNTY
Date Rptd: 07/01/1995
Phone:     No information on file

Name:      HOYT, DEE M
DOB:       No Information on file
Address:   16700 SCHOENBORN ST
           NORTH HILLS, CA 91343 LOS ANGELES COUNTY
Date Rptd: 05/01/1994
Phone:     818-251-1955

Name:      HOYT, ROBERT A
DOB:       No Information on file
Address:   16700 SCHOENBORN ST
           NORTH HILLS, CA 91343 LOS ANGELES COUNTY
Date Rptd: No Information on file
Phone:     818-251-1955

Name:      JONES, TODD M
DOB:       09/01/1959
Address:   16714 SCHOENBORN ST
           NORTH HILLS, CA 91343 LOS ANGELES COUNTY        02- 115
```

.../NPSearch2.asp?function=SEARCH&sid=CAPROFILE&fid=2607830&ssn=554173545&lis 3/20/2002

CONFIDENTIAL - ATTORNEYS EYES ONLY

M 0074334

EXHIBIT  14
PAGE  192

```
Date Rptd:  03/01/1999
Phone:      818-905-8325
------------------------------------------------------------
Name:       GARSON, RUSSELL A
DOB:        07/1945
Address:    16737 SCHOENBORN ST
            NORTH HILLS, CA 91343 LOS ANGELES COUNTY
Date Rptd:  01/00/1996
Phone:      No Information on file
------------------------------------------------------------
Name:       ABARGHOEI, MOE
DOB:        No Information on file
Address:    16739 SCHOENBORN ST
            NORTH HILLS, CA 91343 LOS ANGELES COUNTY
Date Rptd:  04/01/2001
Phone:      No Information on file
------------------------------------------------------------
Name:       ASFOUR, KHALIL I
DOB:        06/1964
Address:    16755 SCHOENBORN ST
            NORTH HILLS, CA 91343 LOS ANGELES COUNTY
Date Rptd:  05/00/1997
Phone:      No Information on file
------------------------------------------------------------
Name:       DEGUZMAN, JOSEPH L
DOB:        No Information on file
Address:    16799 SCHOENBORN ST
            NORTH HILLS, CA 91343 LOS ANGELES COUNTY
Date Rptd:  04/01/2001
Phone:      No Information on file
```

--- PREVIOUSLY REPORTED ADDRESS ---

```
Address:    2045 STRADELLA RD
            LOS ANGELES, CA 90077 LOS ANGELES COUNTY
Date Rptd:  09/01/1993
Phone:      213/310-343-5447
```

-- Listed Phone Numbers at 2045 STRADELLA RD, LOS ANGELES CA

```
310-471-0928    GTE CALIFORNIA INCORPORATED - CA
AZARNIVAR, AMIR
```

-- Property Ownership at 2045 STRADELLA RD, LOS ANGELES CA

```
Primary Owner:    AZARNIVAR AMIR
Secondary Owner:  AZARNIVAR MELODY F
Site Address:     2045 STRADELLA
                  LOS ANGELES CA 90077-2322
Owner Address:    2045 STRADELLA
                  LOS ANGELES CA 90077-2322
Telephone:        310-471-4143
APN:              4377-026-003
Assessed Value:   $883,065.00
```

-- Individuals reported at 2045 STRADELLA RD, LOS ANGELES CA

```
> AZARNIVAR, AMIR                              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
                                               Issued In: New York
```

02- 115

.../NPSearch2.asp?function=SEARCH&sid=CAPROFILE&fid=2607830&ssn=554173545&lis 3/20/2002

CONFIDENTIAL - ATTORNEYS EYES ONLY

M 0074335

EXHIBIT    14
PAGE       19)

Page 6 of 14

```
> LARIAN, CAMRONE                                      No SSN Rptd

> AZARNIVAR, MELODY F                                   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
                                                 Issued In: New York
> AZARNIVAR, AMIR                                       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
                                                 Issued In: New York
> LARIAN, ANGELA L                                      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
                                                 Issued In: Kentucky
> HERPEH, MILAD                                         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
                                                 Issued In: Immigrants


-- Possible Neighbors of 2045 STRADELLA RD, LOS ANGELES CA

Name:      GREEN, MELINA E
           aka: GREEN, MELINO, E
DOB:       10/14/1965
Address:   2044 STRADELLA RD
           LOS ANGELES, CA 90077 LOS ANGELES COUNTY
Date Rptd: 07/13/2001
Phone:     213/310-576-0607

Name:      GREEN, MELINA E
DOB:       10/14/1965
Address:   2044 STRADELLA RD
           LOS ANGELES, CA 90077 LOS ANGELES COUNTY
Date Rptd: 07/13/2001
Phone:     No Information on file

Name:      GREEN, MELINA E
           aka: GREEN, MELINO, ELISE
                MELINA, PALUMBO
DOB:       10/14/1965
Address:   2044 STRADELLA RD
           LOS ANGELES, CA 90077 LOS ANGELES COUNTY
Date Rptd: 07/13/2001
Phone:     213/310-783-1737

Name:      RANE, JOHN J
DOB:       No Information on file
Address:   2044 STRADELLA RD
           LOS ANGELES, CA 90077 LOS ANGELES COUNTY
Date Rptd: 05/01/2000
Phone:     213/310-775-0691

Name:      RANE, JEFFERY J
DOB:       No Information on file
Address:   2044 STRADELLA RD
           LOS ANGELES, CA 90077 LOS ANGELES COUNTY
Date Rptd: 07/01/1998
Phone:     No Information on file

Name:      RANE, JOHN W
DOB:       No Information on file
Address:   2044 STRADELLA RD
           LOS ANGELES, CA 90077 LOS ANGELES COUNTY
Date Rptd: 05/01/1994
Phone:     213/310-559-5660

Name:      RANE, EVELYN V
DOB:       No Information on file
Address:   2044 STRADELLA RD
           LOS ANGELES, CA 90077 LOS ANGELES COUNTY
```

02- 115

.../NPSearch2.asp?function=SEARCH&sid=CAPROFILE&fid=2607830&ssn=554173545&lis 3/20/2002

CONFIDENTIAL - ATTORNEYS EYES ONLY                             M 0074336

EXHIBIT ___14___
PAGE ___194___

Page 7 of 14

```
Date Rptd: 09/01/1993
Phone:     213/310-476-0691
```

--- PREVIOUSLY REPORTED ADDRESS ---

```
Address:   16730 SCHOENBORN ST
           SAN FERNANDO, CA 91343 LOS ANGELES COUNTY
Date Rptd: 07/01/1993
Phone:     818-343-5447
```

-- Listed Phone Numbers at 16730 SCHOENBORN ST, SAN FERNANDO CA

No Information on file

-- Property Ownership at 16730 SCHOENBORN ST, SAN FERNANDO CA

No Information on file

-- Individuals reported at 16730 SCHOENBORN ST, SAN FERNANDO CA

```
> BUFORD, JONATHAN L                                  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
                                                 Issued In: Georgia
> LARIAN, ANGELA                                      No SSN Rptd

> LARIAN, FARHAD                                     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
    aka: FARHAD, LARIAN                        Issued In: California
```

-- Possible Neighbors of 16730 SCHOENBORN ST, SAN FERNANDO CA

```
Name:      DEVRIES, HUGH J
             aka: VRIES, HUGH, DE
DOB:       09/15/1925
Address:   16700 SCHOENBORN ST
           NORTH HILLS, CA 91343 LOS ANGELES COUNTY
Date Rptd: 07/13/2001
Phone:     818-893-6906

Name:      HOYT, DOROTHY M
DOB:       No Information on file
Address:   16700 SCHOENBORN ST
           NORTH HILLS, CA 91343 LOS ANGELES COUNTY
Date Rptd: 07/01/1995
Phone:     No Information on file

Name:      HOYT, DEE M
DOB:       No Information on file
Address:   16700 SCHOENBORN ST
           NORTH HILLS, CA 91343 LOS ANGELES COUNTY
Date Rptd: 05/01/1994
Phone:     818-251-1955

Name:      HOYT, ROBERT A
DOB:       No Information on file
Address:   16700 SCHOENBORN ST
           NORTH HILLS, CA 91343 LOS ANGELES COUNTY
Date Rptd: No Information on file
Phone:     818-251-1955
```

02- 115

.../NPSearch2.asp?function=SEARCH&sid=CAPROFILE&fid=2607830&ssn=554173545&lis 3/20/2002

CONFIDENTIAL - ATTORNEYS EYES ONLY

M 0074337

EXHIBIT  14
PAGE     195

Page 8 of 14

```
Name:        JONES, TODD M
DOB:         09/01/1959
Address:     16714 SCHOENBORN ST
             NORTH HILLS, CA 91343 LOS ANGELES COUNTY
Date Rptd:   03/01/1999
Phone:       818-905-8325

Name:        GARSON, RUSSELL A
DOB:         07/1945
Address:     16737 SCHOENBORN ST
             NORTH HILLS, CA 91343 LOS ANGELES COUNTY
Date Rptd:   01/00/1996
Phone:       No Information on file

Name:        ABARGHOEI, MOE
DOB:         No Information on file
Address:     16739 SCHOENBORN ST
             NORTH HILLS, CA 91343 LOS ANGELES COUNTY
Date Rptd:   04/01/2001
Phone:       No Information on file

Name:        ASFOUR, KHALIL I
DOB:         06/1964
Address:     16755 SCHOENBORN ST
             NORTH HILLS, CA 91343 LOS ANGELES COUNTY
Date Rptd:   05/00/1997
Phone:       No Information on file

Name:        DEGUZMAN, JOSEPH L
DOB:         No Information on file
Address:     16799 SCHOENBORN ST
             NORTH HILLS, CA 91343 LOS ANGELES COUNTY
Date Rptd:   04/01/2001
Phone:       No Information on file
```

--- PREVIOUSLY REPORTED ADDRESS

```
Address:     7658 SHOUP AV
             CANOGA PARK, CA 91304 LOS ANGELES COUNTY
Date Rptd:   No Information on file
Phone:       818-343-5447
```

-- Listed Phone Numbers at 7658 SHOUP AV, CANOGA PARK CA

No Information on file

-- Property Ownership at 7658 SHOUP AV, CANOGA PARK CA

```
Primary Owner:    MALALIAN FARIBORZ D
Secondary Owner:  MALALIAN MICHELLE J
Site Address:     7658 SHOUP
                  CANOGA PARK CA 91304-5420
Owner Address:    7658 SHOUP
                  CANOGA PARK CA 91304-5420
Telephone:        None Reported
APN:              2012-020-016
Assessed Value:   $231,240.00
```

-- Individuals reported at 7658 SHOUP AV, CANOGA PARK CA

02- 115

.../NPSearch2.asp?function=SEARCH&sid=CAPROFILE&fid=2607830&ssn=554173545&lis 3/20/2002

CONFIDENTIAL - ATTORNEYS EYES ONLY

M 0074338

EXHIBIT 14
PAGE 194

```
> MAZALIAN, MICHELLE                                    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
                                                   Issued In: California
> WIZMAN, MARCEL                                       No SSN Rptd

> MAZALIAN, MICHELLE J                                  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
                                                   Issued In: California
> MAZALIAN, FARIBORE D                                  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
                                                   Issued In: California
```

-- Possible Neighbors of 7658 SHOUP AV, CANOGA PARK CA

```
Name:       NGUYEN, SHELLEY
DOB:        No Information on file
Address:    7650 SHOUP AV
            CANOGA PARK, CA 91304 LOS ANGELES COUNTY
Date Rptd:  04/01/2001
Phone:      No Information on file

Name:       NGUYEN, SHELLEY
DOB:        No Information on file
Address:    7650 SHOUP AV
            CANOGA PARK, CA 91304 LOS ANGELES COUNTY
Date Rptd:  01/01/2001
Phone:      No Information on file

Name:       MGUYEN, SHELLEY
DOB:        No Information on file
Address:    7650 SHOUP AV
            CANOGA PARK, CA 91304 LOS ANGELES COUNTY
Date Rptd:  05/01/2000
Phone:      818-883-0397

Name:       NGUYEN, SHELLY
DOB:        No Information on file
Address:    7650 SHOUP AV
            CANOGA PARK, CA 91304 LOS ANGELES COUNTY
Date Rptd:  04/01/2000
Phone:      818-883-0397

Name:       NGUYEN, SHELLEY A
            aka: MGUYEN, SHELLEY
DOB:        No Information on file
Address:    7650 SHOUP AV
            CANOGA PARK, CA 91304 LOS ANGELES COUNTY
Date Rptd:  11/01/1997
Phone:      818-883-6756

Name:       NGUYEN, HUONG M
            aka: NGUYEN, HUONG
                 NGUYEN, HUONG, N
DOB:        02/24/1930
Address:    7650 SHOUP AV
            CANOGA PARK, CA 91304 LOS ANGELES COUNTY
Date Rptd:  05/01/1997
Phone:      818-996-2965

Name:       NGUYEN, DUONG THUY
DOB:        09/01/1975
Address:    7650 SHOUP AV
            CANOGA PARK, CA 91304 LOS ANGELES COUNTY
Date Rptd:  06/01/1996
```

02- 115

.../NPSearch2.asp?function=SEARCH&sid=CAPROFILE&fid=2607830&ssn=554173545&lis 3/20/2002

CONFIDENTIAL - ATTORNEYS EYES ONLY

M 0074339

EXHIBIT ____14____

PAGE ____197____

```
Phone:          No Information on file
```

--- NATIONAL REAL PROPERTY BY NAME AND STATE

```
Primary Owner:   ▓▓▓▓▓▓▓▓
Secondary Owner: ▓▓▓▓▓ ANGELA
Site Address:    ▓▓▓▓▓▓▓▓ 5
Owner Address:   237 N CAROLWOOD
                 LOS ANGELES CA 90077-3535
Telephone:       None Reported
APN:             4358-005-026
Assessed Value:  $3,096,039.00
```

```
Primary Owner:   M▓▓▓▓▓ ▓▓▓▓▓▓ & SHIRIN L
Secondary Owner: ▓▓▓▓▓▓▓▓
Site Address:    ▓▓▓▓▓▓▓▓
Owner Address:   15750 VARDEN
                 ENCINO CA 91436-3464
Telephone:       818-784-9835
APN:             2283-007-041
Assessed Value:  $447,059.00
```

--- BANKRUPTCIES, TAX LIENS & CIVIL JUDGMENTS

```
Court Name:   LOS ANGELES MUNICIPAL - LA COUNTY
Filing Type:  CIVIL JUDGMENT
Case No:      96K01783
Filing Date:  1996/08/12
Plaintiff:    CALIFORNIS BUS BUREAU INC
Release Date: 1996/10/18
Defendant:    LARIAN, ISAAC
Amount:       $394.00
Def Address:  2045 STRADELLA RD, LOS ANGELES, CA,
Assets:       $0.00
```

--- MARRIAGE INDEX

```
Groom Name: LARIAN, ISAAC
Groom Age:  30
Bride Name: NEMAN, ANGELA
Bride Age:  21
State:      CA
Date:       19840703
```

--- CALIFORNIA CIVIL

```
Name:      ▓▓▓▓▓▓▓▓
Case No:   NWC 15133
Case Type: CIVIL
Party:     ▓▓▓▓▓▓▓▓
Date:      ▓▓/30/1985
County:    LOS ANGELES
```

02- 115

.../NPSearch2.asp?function=SEARCH&sid=CAPROFILE&fid=2607830&ssn=554173545&lis 3/20/2002

CONFIDENTIAL - ATTORNEYS EYES ONLY

M 0074340

EXHIBIT _____14_____
PAGE _____198_____

Page 11 of 14

```
Name:       LARIAN ISAAC
Case No:    BC 122117
Case Type:  CIVIL
Party:      PLAINTIFF
Date:       02/16/1995
County:     LOSANGELES

Name:       LARIAN ISAAC
Case No:    SC 1164
Case Type:  CIVIL
Party:      DEFENDANT
Date:       07/02/1990
County:     LOSANGELES

Name:       LARIAN ISAAC
Case No:    BC 95862
Case Type:  CIVIL
Party:      DEFENDANT
Date:       12/29/1993
County:     LOSANGELES

Name:       LARIAN ISAAC
Case No:    BC 120082
Case Type:  CIVIL
Party:      PLAINTIFF
Date:       01/17/1995
County:     LOSANGELES

Name:       LARIAN ISAAC
Case No:    BC 70814
Case Type:  CIVIL
Party:      DEFENDANT
Date:       12/16/1992
County:     LOSANGELES

Name:       LARIAN ISAAC
Case No:    [redacted]
Case Type:  CIVIL
Party:      DEFENDANT
Date:       04/08/1994
County:     LOSANGELES

Name:       LARIAN ISAAC
Case No:    LC 1210
Case Type:  CIVIL
Party:      DEFENDANT
Date:       06/18/1990
County:     LOSANGELES

Name:       LARIAN ISAAC E
Case No:    NWC 28122
Case Type:  CIVIL
Party:      DEFENDANT
Date:       04/28/1987
```

02- 115

.../NPSearch2.asp?function=SEARCH&sid=CAPROFILE&fid=2607830&ssn=554173545&lis 3/20/2002

CONFIDENTIAL - ATTORNEYS EYES ONLY

M 0074341

EXHIBIT 14
PAGE 195

```
County:          LOS ANGELES
------------------------------------------------------------
Name:            LARIAN ISAAC E
Case No:         WEC 103795
Case Type:       CIVIL
Party:           DEFENDANT
Date:            08/04/1986
County:          LOS ANGELES
------------------------------------------------------------
Name:            LARIAN ISAAC E
Case No:         WEC 101082
Case Type:       CIVIL
Party:           DEFENDANT
Date:            02/21/1986
County:          LOS ANGELES
------------------------------------------------------------
---  CALIFORNIA CORPORATIONS
------------------------------------------------------------
Corp Name:                       CDX CORPORATION
Mail Address:                    216 S OXFORD AVE
                                 LOS ANGELES CA 90004
President:                       ISAAC LARIAN
President Addr:                  216 S OXFORD AVE
                                 LOS ANGELES CA 90004
Agent:                           ISAAC LARIAN
Agent Addr:                      216 S OXFORD AVE
                                 LOS ANGELESCA 90004
File No:                         01339117
Inc. Date:                       05/08/1985
Tax Base:                        STOCK
FTB Suspension:                  S
FTB Suspension Date:             19870701
Statement of Officers File No:   0000184
Statement of Officers File Date: 01/02/1986
------------------------------------------------------------
Corp Name:                       ABC INTERNATIONAL TRADERS, INC.
Mail Address:                    16730 SCHOENBORN ST
                                 NORTH HILL CA 91343
President:                       ISAAC LARIAN
President Addr:                  2045 STRADELLA ST
                                 LOS ANGELES CA 90077
Agent:                           ISAAC LARIAN
Agent Addr:                      2045 STRADELLA ST
                                 LOS ANGELESCA 90077
File No:                         01068282
Inc. Date:                       03/12/1982
Tax Base:                        STOCK
FTB Suspension:                  No Information on file
FTB Suspension Date:             0
Statement of Officers File No:   0143444
Statement of Officers File Date: 04/14/1995
------------------------------------------------------------
Corp Name:                       ABC INTERNATIONAL TRADERS, INC.
Mail Address:                    16730 SCHOENBORN ST
                                 NORTH HILLS CA 91343
President:                       ISAAC E LARIAN
President Addr:                  16730 SCHOENBORN ST
```

02- 115

...ANPSearch2.asp?function=SEARCH&sid=CAPROFILE&fid=2607830&ssn=554173545&lis 3/20/2002

CONFIDENTIAL - ATTORNEYS EYES ONLY

M 0074342

EXHIBIT    14
PAGE       200

```
                              NORTH HILLS CA 91343
Agent:                        ISAAC E LARIAN
Agent Addr:                   16730 SCHOENBORN ST
                              NORTH HILLS CA 91343
File No:                      01068282
Inc. Date:                    03/12/1982
Tax Base:                     STOCK
                              No Information op file
FTB Suspension Date:          0
Statement of Officers File No:   0122761
Statement of Officers File Date: 03/13/1996
```

--- CALIFORNIA FBN

```
File No:          89
File Date:        11/06/1989
Abandon Date:     No Information on file
President Address:
DBA Name:         LIRA ENTRPRS
Address:          10850 WILSHIRE BLVD #800                , CA
Owner:            LARIAN ISAAC
Owner Address:
County:           LOS ANGELES
Business Type:    f
Phone:            No Information on file
```

```
File No:          91
File Date:        05/15/1991
Abandon Date:     No Information on file
President Address:
DBA Name:         OXFORD LTD
Address:          216 S OXFORD ST                          , CA
Owner:            LARIAN ISAAC
Owner Address:
County:           LOS ANGELES
Business Type:    f
Phone:            No Information on file
```

```
File No:          92
File Date:        04/09/1992                  File Date:   04/09/1992
Abandon Date:     No Information on file
President Address:
DBA Name:         SCHOENBORN PARTNERS
Address:          16730 SCHOENBORN ST          , NORTH HILLS      , CA
Owner:            LARIAN ISAAC
Owner Address:
County:           LOS ANGELES
Business Type:    f
Phone:            No Information on file
```

```
File No:          84
File Date:        08/27/1984
Abandon Date:     No Information on file
President Address:
DBA Name:         OXFORD LTD
Address:          216 S OXFORD AVE                         , CA
Owner:            LARIAN ISAAC E
Owner Address:
```

02- 115

.../NPSearch2.asp?function=SEARCH&sid=CAPROFILE&fid=2607830&ssn=554173545&lis 3/20/2002

CONFIDENTIAL - ATTORNEYS EYES ONLY

M 0074343

EXHIBIT 14
PAGE 201