Page 14 of 14

```
County:         LOS ANGELES
Business Type:  f
Phone:          No Information on file
------------------------------------------------------------
--- CALIFORNIA FQZ
------------------------------------------------------------
Business Name:    ELECTRONICS SUPERMARKET
Tax Program:      R
Account No:
Owner:            ISAAC ESHAGH LARIAN
Address:          513 E 7TH STREET, LOS ANGELES, CA; 90014
Start Date:       9103
Active/Inactive:  INACTIVE
------------------------------------------------------------
--- THE FOLLOWING DATABASES WERE SEARCHED BUT YIELDED NO RESULTS
------------------------------------------------------------
National Death Index..........................................No records found
Drug Enforcement Agency.......................................No records found
FAA Airmen....................................................No records found
FAA Aircraft..................................................No records found
National Coast Guard Merchant Vessels.........................No records found
Divorce Index.................................................No records found
California Criminal...........................................No records found
California Professional Licenses..............................No records found
```

***                            DISCLAIMER                              ***

The accuracy of the data submitted by the requestor will directly determine the accuracy of the results obtained. While the information furnished is from reliable sources, its accuracy is not guaranteed and can only be verified at its original source. Use of available data may be subject to FCRA and other applicable law.

*** End of Report ***

02- 115

../NPSearch2.asp?function=SEARCH&sid=CAPROFILE&fid=2607830&ssn=554173545&lis 3/20/2002

CONFIDENTIAL - ATTORNEYS EYES ONLY

EXHIBIT 14

PAGE 202

M 0074344

```
*********************************************************************
***                                                               ***
***                      MINI PROFILE REPORT                      ***
***                                                               ***
*********************************************************************
```

Date: 9/08/2002  12:59:18 PM
SSN: 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
Reference: 02-115

Name:     FARHAD, LARIAN                              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
                                                Issued In: California
          4714 HAYVENHURST AV ENCINO, CA 91436

DOB:      No Information on file
Date Rptd: 05/01/2000

---- ALL NAMES ASSOCIATED WITH SUBJECT'S SSN

1. FARHAD, LARIAN                                     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
2. LARIAN, FARHAD                                     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

--- POSSIBLE RELATIVES AND THEIR CURRENT AND PAST ADDRESSES

No Information on file

--- MOST CURRENT REPORTED ADDRESS

Address:  4714 HAYVENHURST AV
          ENCINO, CA 91436 LOS ANGELES COUNTY
Date Rptd: 05/01/2000
Phone:    No Information on file

-- Listed Phone Numbers at 4714 HAYVENHURST AV, ENCINO CA

No Information on file

-- Individuals reported at 4714 HAYVENHURST AV, ENCINO CA

> LAGEN, GEORGANNA T                                  No SSN Rptd

> ABBOTT, JAMES W                                     No SSN Rptd

> SHARIM, FARIBA                                      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
                                                Issued In: Immigrants
> DOMIKE, DAVID ANTHONY                               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
     aka: VOMIKE, DAVID, ANTHONY                 Issued In: California
> HENKIN, SUSAN C                                     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
                                                Issued In: California

-- Possible Neighbors of 4714 HAYVENHURST AV, ENCINO CA

Name:     DOWNES, THOMAS C
DOB:      07/15/1970
Address:  4701 HAYVENHURST AV
          ENCINO, CA 91436 LOS ANGELES COUNTY           02- 115

../NPSearch2.asp?function=SEARCH&sid=CH19&fid=2608062&ssn=573532460&listid=001 3/20/2002

CONFIDENTIAL - ATTORNEYS EYES ONLY                                M 0074345

EXHIBIT    14
PAGE       203

Page 2 of 3

```
Date Rptd: 11/13/2000
Phone:     818-588-9553
------------------------------------------------
Name:      BLACK, KAREN E
           aka: ECKLEBERRY, KAREN, B
                CARSON, KAREN, B
DOB:       09/01/1941
Address:   4701 HAYVENHURST AV
           ENCINO, CA 91436 LOS ANGELES COUNTY
Date Rptd: 01/01/2000
Phone:     818-556-1730
------------------------------------------------
Name:      ROWAN, DICKEY
DOB:       No Information on file
Address:   4701 HAYVENHURST AV
           ENCINO, CA 91436 LOS ANGELES COUNTY
Date Rptd: 08/01/1998
Phone:     No Information on file
------------------------------------------------
Name:      ROWAN, E D
DOB:       No Information on file
Address:   4701 HAYVENHURST AV
           ENCINO, CA 91436 LOS ANGELES COUNTY
Date Rptd: 05/01/1970
Phone:     818-704-1768
------------------------------------------------
Name:      DOWNES, KATHLEEN K
DOB:       No Information on file
Address:   4701 HAYVENHURST AV
           ENCINO, CA 91436 LOS ANGELES COUNTY
Date Rptd: No Information on file
Phone:     818-252-8742
------------------------------------------------
Name:      BERMAN, RICHARD
DOB:       No Information on file
Address:   4702 HAYVENHURST AV
           ENCINO, CA 91436 LOS ANGELES COUNTY
Date Rptd: 12/01/2000
Phone:     No Information on file
------------------------------------------------
Name:      BERMAN, RICHARD C
DOB:       No Information on file
Address:   4702 HAYVENHURST AV
           ENCINO, CA 91436 LOS ANGELES COUNTY
Date Rptd: 01/01/2000
Phone:     818-995-6000
------------------------------------------------
Name:      TAYLOR, ROBERT L
DOB:       No Information on file
Address:   4708 HAYVENHURST AV
           ENCINO, CA 91436 LOS ANGELES COUNTY
Date Rptd: 03/02/2001
Phone:     No Information on file
------------------------------------------------
Name:      MAHER, MYRNA K
           aka: KREINBROOK, MYRNA, E
DOB:       10/10/1945
Address:   4708 HAYVENHURST AV
           ENCINO, CA 91436 LOS ANGELES COUNTY
Date Rptd: 11/13/2000
Phone:     818-583-1591
------------------------------------------------
Name:      MAHER, NORMAN A
```

02- 115

.../NPSearch2.asp?function=SEARCH&sid=CH19&fid=2608062&ssn=573532460&listid=001 3/20/2002

CONFIDENTIAL - ATTORNEYS EYES ONLY

M 0074346

EXHIBIT _____14_____

PAGE _____204_____

Page 3 of 3

```
           aka: AHER, NORMAN, A
                ALLEN, NORMAN
DOB:       12/15/1931
Address:   4708 HAYVENHURST
           ENCINO, CA 91436 LOS ANGELES COUNTY
Date Rptd: 10/01/1996
Phone:     818-583-1171
----------------------------------------------------
Name:      BUSTAN, RONIT
DOB:       05/1965
Address:   4722 HAYVENHURST AV
           ENCINO, CA 91436 LOS ANGELES COUNTY
Date Rptd: 01/01/2001
Phone:     No Information on file
----------------------------------------------------
Name:      LOGIUDICE, JACK
DOB:       No Information on file
Address:   4730 HAYVENHURST AV
           ENCINO, CA 91436 LOS ANGELES COUNTY
Date Rptd: 01/01/2001
Phone:     No Information on file
```

********************************************
***                DISCLAIMER             ***
********************************************

The accuracy of the data submitted by the requestor will directly determine the accuracy of the results obtained. While the information furnished is from reliable sources, its accuracy is not guaranteed and can only be verified at its original source. Use of available data may be subject to FCRA and other applicable law.

*** End of Report ***

02- 115

.../NPSearch2.asp?function=SEARCH&sid=CH19&fid=2608062&ssn=573532460&listid=001 3/20/2002

CONFIDENTIAL - ATTORNEYS EYES ONLY

M 0074347

EXHIBIT 14
PAGE 205

Page 1 of 2

```
*********************************************************
***                                                   ***
***                 MINI PROFILE REPORT                ***
***                                                   ***
*********************************************************
```

SSN: 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
Reference: 02-115

Name: HEDRICK, MATT                                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
                                                   Issued In: California
      237 N CAROLWOOD HOLMBY HILLS, CA 90077

DOB:        No Information on file
Date Rptd:  01/01/1999

--- ALL NAMES ASSOCIATED WITH SUBJECT'S SSN

1. HEDRICK, MATT                                   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
2. LARIAN, ISAAC E                                 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

--- POSSIBLE RELATIVES AND THEIR CURRENT AND PAST ADDRESSES

No Information on file

--- MOST CURRENT REPORTED ADDRESS

Address:    237 N CAROLWOOD
            HOLMBY HILLS, CA 90077 LOS ANGELES COUNTY
Date Rptd:  01/01/1999
Phone:      No Information on file

-- Listed Phone Numbers at 237 N CAROLWOOD, HOLMBY HILLS CA

No Information on file

-- Individuals reported at 237 N CAROLWOOD, HOLMBY HILLS CA

> LARIAN, ANGELA L                                 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
                                                   Issued In: Kentucky
> LARIAN, ISAAC E                                  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
   aka: ARIAN, ISAAC                               Issued In: California

-- Possible Neighbors of 237 N CAROLWOOD, HOLMBY HILLS CA

Name:       TAI, OI T
DOB:        09/01/1952
Address:    230 N CAROLWOOD DR
            LOS ANGELES, CA 90077 LOS ANGELES COUNTY
Date Rptd:  05/01/1994
Phone:      213/310-204-3490

Name:       STEINHART, COTRUST WILLIAM
DOB:        No Information on file
Address:    230 N CAROLWOOD DR

.../NPSearch2.asp?function=SEARCH&sid=CH19&fid=2608078&ssn=554173545&listid=00 13/20/2002
```

02- 115

CONFIDENTIAL - ATTORNEYS EYES ONLY

M 0074348

EXHIBIT 14
PAGE 206

Page 2 of 2

```
                LOS ANGELES, CA 90077 LOS ANGELES COUNTY
    Date Rptd: 02/01/1994
    Phone:     No Information on file
    -----------------------------------------------------------------
    Name:      MORSEY, COTRUSTEE BEVERLY
    DOB:       No Information on file
    Address:   230 N CAROLWOOD DR
               LOS ANGELES, CA 90077 LOS ANGELES COUNTY
    Date Rptd: 02/01/1994
    Phone:     No Information on file
    -----------------------------------------------------------------
    Name:      MORSEY, CHASE
    DOB:       No Information on file
    Address:   230 N CAROLWOOD DR
               LOS ANGELES, CA 90077 LOS ANGELES COUNTY
    Date Rptd: 12/01/1993
    Phone:     No Information on file
    -----------------------------------------------------------------
    Name:      TAI, HAK WA
                aka: WA, TAI, HAK
    DOB:       No Information on file
    Address:   230 N CAROLWOOD DR
               LOS ANGELES, CA 90077 LOS ANGELES COUNTY
    Date Rptd: 04/01/1993
    Phone:     213/310-204-3950
    -----------------------------------------------------------------
    Name:      MORSEY, C
    DOB:       No Information on file
    Address:   230 N CAROLWOOD DR
               LOS ANGELES, CA 90077 LOS ANGELES COUNTY
    Date Rptd: 10/01/1992
    Phone:     213/310-274-5961
```

****************************************************************
***                        DISCLAIMER                        ***
****************************************************************

The accuracy of the data submitted by the requestor will directly determine the
accuracy of the results obtained. While the information furnished is from
reliable sources, its accuracy is not guaranteed and can only be verified at its
original source. Use of available data may be subject to FCRA and other
applicable law.

*** End of Report ***

02- 115

.../NPSearch2.asp?function=SEARCH&sid=CH19&fid=2608078&ssn=554173545&listid=001 3/20/2002

CONFIDENTIAL - ATTORNEYS EYES ONLY

M 0074349

EXHIBIT 14
PAGE 267

www.loc8fast.com                                                                                          Page 1 of 1

3/20/2002 1:02:47 PM
Search Criteria
House No.: 16730
Street:    SCHOENBORN
City:      NORTH HILLS
State:     CA

1. Name/SSN             Address/County      Phone #    DOB/Lic#   Reported
   POULACK, CAROL D     16730 SCHOENBORN ST            12/13/1936 07/12/2001
                        NORTH HILLS, CA 91343
                        Los Angeles County

2. Name/SSN             Address/County      Phone #    DOB/Lic#   Reported
   BUTCHER, JONATHAN L  16730 SCHOENBORN ST (818) 715- 09/01/1943 06/01/2000
   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          NORTH HILLS, CA 91343 8124
                        Los Angeles County

3. Name/SSN             Address/County      Phone #    DOB/Lic#   Reported
   LARIAN, ANGELA       16730 SCHOENBORN ST                       06/01/2000
                        NORTH HILLS, CA 91343
                        Los Angeles County

4. Name/SSN             Address/County      Phone #    DOB/Lic#   Reported
   WARREN, PAUL A       16730 SCHOENBORN ST (818) 822- 08/01/1969 08/01/1999
   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          NORTH HILLS, CA 91343 6453
                        Los Angeles County

5. Name/SSN             Address/County      Phone #    DOB/Lic#   Reported
   LARIAN, SHIRIN       16730 SCHOENBORN ST (818) 718-            06/01/1997
                        NORTH HILLS, CA 91343 6263
                        Los Angeles County

6. Name/SSN             Address/County      Phone #    DOB/Lic#   Reported
   LARIAN, ISAAC Y      16730 SCHOENBORN ST (818) 373-            04/01/1996
   aka: ARIAN, ISAAC    NORTH HILLS, CA 91343 7679
   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          Los Angeles County

7. Name/SSN             Address/County      Phone #    DOB/Lic#   Reported
   MIRANI, SHIRIN LARIAN 16730 SCHOENBORN ST (818) 766-           05/01/1996
   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          NORTH HILLS, CA 91343 8018
                        Los Angeles County

8. Name/SSN             Address/County      Phone #    DOB/Lic#   Reported
   LARIAN, LISA Y       16730 SCHOENBORN ST (818) 782- 09/01/1979
   aka:                 NORTH HILLS, CA 91343 1726
   GARBRIELZADEH,       Los Angeles County
   LISA
   aka: CARIAN, LISA
   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

9. Name/SSN             Address/County      Phone #    DOB/Lic#   Reported
   LARIAN                                                         
   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

.../CHSearch.asp?page=PRINTABLE&fid=2607842&sid=CH6&Reference=02%2D115&city=3/20/2002

CONFIDENTIAL - ATTORNEYS EYES ONLY                                              M 0074350

EXHIBIT  14
PAGE     208



CONFIDENTIAL - ATTORNEYS EYES ONLY

EXHIBIT 14
PAGE 209

M 0074351

SearchBug -> The Ultimate Directory                                    Page 2 of 2

reverse by simply using a phone number.
**Nationwide Search** - Not sure where a company is located? Search the entire country by business name.
**Yellow Page Search:**
Quick | Detailed | Near Address | Reverse Lookup
United Kingdom | Others     International Yellow Pages (Denote international) (en)
Other Ways to Search:
White Pages | Classifieds | Email | Maps | Directions

make sure people know                                   topicstoy
                                                        REGISTER

Copyright © 2002, SearchBug.com, LLC
InfoSpace, the InfoSpace Logo, and related marks are trademarks of InfoSpace, Inc.
© 2002 InfoSpace, Inc. All rights reserved.
Protected by One or More of the Following Patents: U.S. Patent No. 6,018,504. Other Patents Pending.
Frequently Asked Questions | Contact InfoSpace | Legal Notices

Free E-mail   Customize   Contact Us   Report a Problem   Tell your Friend   Help   About Us

.../list.htm?&kcfg=ypus&ypinsp=0&searchtype=all&fromform=qsearch&qhqn=telequest&qn=t 3/20/2002

CONFIDENTIAL - ATTORNEYS EYES ONLY                                       M 0074352

EXHIBIT  14
PAGE     240



CONFIDENTIAL - ATTORNEYS EYES ONLY

M 0074353

EXHIBIT 14
PAGE 211

SearchBug -> The Ultimate Directory                                          Page 2 of 3

**Search Resources**
Nearby Businesses

| Restaurants | Banks |
| Drug Stores | Department Stores |
| Airports | Night Clubs |
| Auto Repair & Service | Movie Theatres |

North Hills Classifieds

| Apartments | Home Listings |
| Autos | Personals |
| Employment | More... |

Websites: North Hills

North Hills City Guide

| Weather | Schools & Colleges |
| Concerts | More... |

powered by SUPERPAGES.com
Copyright © 2001 Verizon New Media Services, Inc. All rights reserved.
data by ACXIOM Copyright © 2001 Acxiom.

International Search: Canada | United Kingdom | Others
Other: White Pages | Classifieds | Email | Maps | Directions
Get Free Quotes |

**Helpful Tools**                                              Help

Browse by Category - Not sure which category to search?
Choose from a list of our most popular categories displayed
in alphabetical order.
Near Address - Wondering what businesses are closest to
your home or office? Near Address helps you find
businesses closest to a specific address or from a city
center point.
Reverse Lookup - Find a business name & address in
reverse by simply using a phone number.
Nationwide Search - Not sure where a company is
located? Search the entire country by business name.

Yellow Page Search:
Quick | Detailed | Near Address | Reverse Lookup
International: Canada | United Kingdom | Others

Other Ways to Search:
White Pages | Classifieds | Email | Maps | Directions

**EARN TRIPLE MILES AND
a chance to win a million miles!**

Copyright © 2002, SearchBug.com,LLC
InfoSpace, the InfoSpace Logo, and related marks are trademarks of InfoSpace, Inc.
© 2002 InfoSpace, Inc. All rights reserved.
Protected by One or More of the Following Patents: U.S. Patent No. 6,016,504. Other Patents Pending.

.../detail.htm?qb=&recid=0018735833&xmlurl=http%3A%2F%2Fyp104.superpages.com%2Fx3/20/2002

CONFIDENTIAL - ATTORNEYS EYES ONLY                                       M 0074354

EXHIBIT  14
PAGE  212

SearchBug -> The Ultimate Directory

Page 3 of 3

Free E-mail    Customize    Contact Us    Report a Problem    Tell your Friend    Help    About Us

.../detail.htm?qb=&recid=0018735833&xmhurl=http%3A%2F%2Fyp104.superpages.com%2Fx3/20/2002

CONFIDENTIAL - ATTORNEYS EYES ONLY

EXHIBIT 14

PAGE 213

M 0074355

SearchBug -> The Ultimate Directory

Page 1 of 2

**CompanyFinder**

**Listings**

**Abc Group In North Hills, CA**

Results 1 of 1                                   previous | next

ALL LISTINGS

Abc Group                                        818-894-2525
16730 Schoenborn Street
North Hills, CA 91343
map | driving
directions | +address Book

Results 1 of 1                                   previous | next

powered by SUPERPAGES.com
Copyright © 2001 Verizon New Media Services, Inc. All rights reserved.
data by ACXIOM Copyright © 2001 Acxiom.

Quick Search - The fastest way to locate a business. Enter the name OR type of business and the city AND/OR state to find the business you are looking for.

Business name or category and state are required to get search results.

Search for this business:
[Abc Group]
⦿ Name of business   ○ Type of business
City [North Hills]
State [California]   (required)

International Search: Canada | United Kingdom | Others
Other: White Pages | Classifieds | Email | Maps | Directions
Get Free Quotes |

**Helpful Tools**                                Help

Browse by Category - Not sure which category to search? Choose from a list of our most popular categories displayed in alphabetical order.
Near Address - Wondering what businesses are closest to your home or office? Near Address helps you find businesses closest to a specific address or from a city center point.

**All Searches**
Auctions
CompanyFinder
Entertainment
Finance
Government
Health
Internet & IT
Jobs
Legal
Open Directory
Packages
PeopleFinder
Reference
Shopping
Sports
Travel

Find your

**Related Links**
Find It Here!
Rates Are Low!

- Low Fares!
- Travel Deals
- Home Loans
- Realestate secrets

**Other Services**
- CompanyFinder
- PeopleFinder
- Classifieds
- Search the Web

California
North Hills
- Travel Guide

../list.htm?&kcfg=ypus&ypinsp=0&searchtype=all&fromform=qsearch&qhqn=abc+group&qn=3/20/2002

CONFIDENTIAL - ATTORNEYS EYES ONLY

M 0074356

EXHIBIT 14
PAGE 214

SearchBug -> The Ultimate Directory                                              Page 2 of 2

reverse by simply using a phone number.
**Nationwide Search** - Not sure where a company is located? Search the entire country by business name.
Yellow Page Search:
Quick | Detailed | Near Address | Reverse Lookup
Australia | Canada | United Kingdom | Others

Other Ways to Search:
White Pages | Classifieds | Email | Maps | Directions

up to savings everywhere at UNITED files

Copyright © 2002, SearchBug.com, LLC
InfoSpace, the InfoSpace Logo, and related marks are trademarks of InfoSpace, Inc.
© 2002 InfoSpace, Inc. All rights reserved.
Protected by One or More of the Following Patents: U.S. Patent No. 6,016,504. Other Patents Pending.
Frequently Asked Questions | Contact InfoSpace | Legal Notices

Free E-mail   Customize   Contact Us   Report a Problem   Tell your Friend   Help   About Us

.../list.htm?&kcfg=ypus&ypinsp=0&searchtype=all&fromform=qsearch&qhqn=abc+group&qn   3/20/2002

CONFIDENTIAL - ATTORNEYS EYES ONLY

EXHIBIT 14
PAGE 215

M 0074357

SearchBug -> The Ultimate Directory                                           Page 1 of 2

**CompanyFinder**

All Searches
- Auctions
- CompanyFinder
- Entertainment
- Finance
- Government
- Health
- Internet & IT
- Jobs
- Legal
- Open Directory
- Packages
- PeopleFinder
- Reference
- Shopping
- Sports
- Travel

CompanyFinder Listings

**Micro Games Of America in CA**

Results 1 of 1                                         previous | next

ALL LISTINGS

Micro Games of America                    818-894-2525
16730 Schoenborn Street
North Hills, CA 91343
map | driving
directions | +address Book

Results 1 of 1                                         previous | next

powered by SUPERPAGES.com
Copyright © 2001 Verizon New Media Services, Inc. All rights reserved.
······· Copyright © 2001 Acxiom.

Quick Search - The fastest way to locate a business. Enter the name OR type of business and the city AND/OR state to find the business you are looking for.

Business name or category and state are required to get search results.

Search for this business:
[Micro Games Of America]

○ Name of business   ○ Type of business

City [           ]

State [California] (required)

International Search: Canada | United Kingdom | Others
Other: White Pages | Classifieds | Email | Maps | Directions
Get Free Quotes |

**Helpful Tools**                                      Help

Browse by Category - Not sure which category to search? Choose from a list of our most popular categories displayed in alphabetical order.
Near Address - Wondering what businesses are closest to your home or office? Near Address helps you find businesses closest to a specific address or from a city center point.
Reverse Lookup - Find a business name & address in

Related Links
Find It Here!
Rates Are Low!

- Low Fares!
- Find Contractors!
- Realestate secrets
- Home Loans

Other Services
- CompanyFinder
- PeopleFinder
- Classifieds
- Search the Web

California
- Travel Guide

.../list.htm?&kofg=ypus&cypinsp=0&searchtype=all&fromform=qsearch&qhgn=micro+games+ o3/20/2002

CONFIDENTIAL - ATTORNEYS EYES ONLY                                    M 0074358

EXHIBIT      14
PAGE         214

SearchBug -> The Ultimate Directory
Page 2 of 2

reverse by simply using a phone number.

**Nationwide Search** - Not sure where a company is located? Search the entire country by business name.

Yellow Page Search:
Quick | Detailed | Near Address | Reverse Lookup
International: Canada | United Kingdom | Others

Other Ways to Search:
White Pages | Classifieds | Email | Maps | Directions

up to savings everywhere at UNITED files

Copyright © 2002, SearchBug.com, LLC
InfoSpace, the InfoSpace Logo, and related marks are trademarks of InfoSpace, Inc.
© 2002 InfoSpace, Inc. All rights reserved.
Protected by One or More of the Following Patents: U.S. Patent No. 6,018,504, Other Patents Pending.
Frequently Asked Questions | Contact InfoSpace | Legal Notices

Free E-mail   Customize   Contact Us   Report a Problem   Tell your Friend   Help   About Us

.../list.htm?&kcfg=ypus&ypinsp=0&searchtype=all&fromform=qsearch&qhqu=micro+games+   3/20/2002

CONFIDENTIAL - ATTORNEYS EYES ONLY

EXHIBIT 14
PAGE 217

M 0074359