We Bring Contractors to YOU!
Service Magic

All Searches
Auctions
CompanyFinder
Entertainment
Finance
Government
Health
Internet & IT
Jobs
Legal
Open Directory
Packages
PeopleFinder
Reference
Shopping
Sports
Travel

powered by

## CompanyFinder

Listings

**Reverse Business Phone: 818-894-2525**

Results 1 - 3 of 3

previous | next

ALL LISTINGS

ABC Group
16730 Schoenborn Street
North Hills, CA 91343
map | driving directions | +address Book
818-894-2525

Micro Games of America
16730 Schoenborn Street
North Hills, CA 91343
map | driving directions | +address Book
818-894-2525

Telequest
16730 Schoenborn Street
North Hills, CA 91343
map | driving directions | +address Book
818-894-2525

Results 1 - 3 of 3

previous | next

powered by SUPERPAGES.com
Copyright © 2001 Verizon New Media Services, Inc. All rights reserved.
Copyright © 2001 Acxiom.

Find businesses

Related Links

Find It Here!

Rates Are Low!

CLICK HERE

- Juno - only $9.95/mo!
- Travel Deals
- Home Loans
- Realestate secrets

Other Services

- CompanyFinder
- PeopleFinder
- Classifieds
- Search the Web

Lookup Phone Numbers:

Enter phone number
818-894-2525

Residential(home) Business (work)

Available for U.S. only.

Use hyphens - i.e. 206-441-1388
Area codes are required.

International Search: Canada | United Kingdom | Others
Other: White Pages | Classifieds | Email | Maps | Directions
Get Free Quotes |

**Helpful Tools**

Help

Browse by Category - Not sure which category to search?

SearchBug -> The Ultimate Directory

Page 2 of 2

in alphabetical order.
Near Address - Wondering what businesses are closest to your home or office? Near Address helps you find businesses closest to a specific address or from a city center point.
Reverse Lookup - Find a business name & address in ... number.
Nationwide Search - Not sure where a company is located? Search the entire country by business name.

Yellow Page Search:
Quick | Detailed | Near Address | Reverse Lookup
International: Canada | United Kingdom | Others

Other Ways to Search:
White Pages | Classifieds | Email | Maps | Directions

Get the name you really want
www.mysite.biz

Copyright © 2002, SearchBug.com, LLC
InfoSpace, the InfoSpace Logo, and related marks are trademarks of InfoSpace, Inc.
© 2002 InfoSpace, Inc. All rights reserved.
Protected by One or More of the Following Patents: U.S. Patent No. 6,016,504. Other Patents Pending.
Frequently Asked Questions | Contact InfoSpace | Legal Notices

Free Email Customize Contact Us Report a Problem Tell your Friend Help About Us

.../list.htm?&kcfg=ypus&ypinsp=0&searchtype=all&fromform=revphone&qp=8188942525&q 3/20/2002

CONFIDENTIAL - ATTORNEYS EYES ONLY

M 0074361

EXHIBIT 14

PAGE 219

# California Business Portal

Secretary of State Bill Jones

Business Portal

California Business Portal Home Page
Starting a Business
Secretary of State Home Page
Site Search

Business Search Corporations

Corporations Main Page
FAQs
Search Tips
Field Definitions
Status Definitions
Corporate Records
Corporate Records Order Form
Certificates
Copies
Status Printouts
New Search

## Corporations

The information displayed here is current as of "MAR 15, 2002" and is updated weekly. It is not a complete or certified record of the Corporation.

For information about certification of corporate records or for additional corporate information, please refer to Corporate Records. If you are unable to locate a corporate record, you may submit a request to this office for a more extensive search. Fees and instructions for requesting this search are included on the Corporate Records Order Form.

Results of search for " abc international traders "

*Click on the name of the corporation for additional information.*

| Corp Number | Date Filed | Status | Corporation Name | Agent for Service of Process |
|---|---|---|---|---|
| C1068282 | 3/12/1982 | active | ABC INTERNATIONAL TRADERS, INC. | ISAAC E LARIAN |

Copyright ©2001 California Secretary of State. Privacy Statement.

CONFIDENTIAL - ATTORNEYS EYES ONLY

EXHIBIT 14

PAGE 220

California Business Portal

Secretary of State Bill Jones

Business Portal

Corporations

- California Business Portal Home Page
- Starting a Business
- Secretary of State Home Page
- Site Search

Business Search Corporations

- New Search
- Corporations Main Page
- FAQS
- Search Tips
- Field Definitions
- Status Definitions
- Corporate Records
- Corporate Records Order Form
  - Certificates
  - Copies
  - Status Printouts

The information displayed here is current as of "MAR 15, 2002" and is updated weekly. It is not a complete or certified record of the Corporation.

| Corporation | | |
|---|---|---|
| ABC INTERNATIONAL TRADERS, INC. | | |
| Number: C1068282 | Date Filed: 3/12/1982 | Status: active |
| Jurisdiction: California | | |
| Mailing Address | | |
| 16730 SCHOENBORN ST | | |
| NORTH HILLS, CA 91343 | | |
| Agent for Service of Process | | |
| ISAAC E LARIAN | | |
| 16730 SCHOENBORN ST | | |
| NORTH HILLS, CA 91343 | | |

New Search

- For information about certification of corporate records or for additional corporate information, please refer to Corporate Records.
- Blank fields indicate the information is not contained in the computer file.
- If the status of the corporation is "Surrender", the agent for service of process is automatically revoked. Please refer to California Corporations Code Section 2114 for information relating to service upon corporations that have surrendered.

Copyright ©2001 California Secretary of State. Privacy Statement.

CONFIDENTIAL - ATTORNEYS EYES ONLY M 0074363

# California Business Portal

Secretary of State Bill Jones

DISCLAIMER: The information displayed here is current as of MAR 15, 2002 and is updated weekly. It is not a complete or certified record of the Corporation.

| Corporation | | |
|---|---|---|
| ABC INTERNATIONAL TRADERS, INC. | | |
| Number: C1068282 | Date Filed: 3/12/1982 | Status: active |
| Jurisdiction: California | | |
| Mailing Address | | |
| 16730 SCHOENBORN ST | | |
| NORTH HILLS, CA 91343 | | |
| Agent for Service of Process | | |
| ISAAC E LARIAN | | |
| 16730 SCHOENBORN ST | | |
| NORTH HILLS, CA 91343 | | |

For information about certification of corporate records or for additional corporate information, please refer to Corporate Records. If you are unable to locate a corporate record, you may submit a request to this office for a more extensive search. Fees and instructions for requesting this search are included on the Corporate Records Order Form.

Blank fields indicate the information is not contained in the computer file.

If the status of the corporation is "Surrender", the agent for service of process is automatically revoked. Please refer to California Corporations Code Section 2114 for information relating to service upon corporations that have surrendered.

ailable only to Hoover's Online subscribers. See Samples.

ioes House, 1 Shirley Rd., Windmill Hill
nfield, Middlesex EN2 6SB, United Kingdom

Phone: +44-20-8367-6955
Fax: +44-20-8366-7042

ttp://www.tibbett-britten.com

orporate Hierarchy

ogistical nightmares? Tibbett & Britten lets its clients rest easy. The company provides a range of logistics services, including ransportation, warehousing, distribution, and e-commerce fulfillment. With 11,000 commercial vehicles and almost 50 million sq. of warehousing space, Tibbett & Britten takes goods from the raw material stage to the store shelf in more than 30 countries. It erves retailers (about 65% of its client base) and manufacturers (35%) in the automotive, consumer goods, food, clothing, and extile industries. Most of the firm's business is based on long-term contracts. Major clients include Wal-Mart, Marks and Spencer, and Unilever. Tibbett & Britten also operates rail terminals in the UK.

## Top Competitors

Exel | Hays | Li & Fung

## More Competitors

Exclusive information for subscribers

## Information Marketplace

Buy Related Books
Hoover's Company & Industry Publications

## Products & Operations By Segment

Exclusive information for subscribers

Need more information about Tibbett & Britten?
Subscribe now and access Hoover's Company Profiles for an overview, history, full lists of competitors and key people, financials, and more. Show me Sample Profiles.

## News & Commentary

Hoover's News
Current Stories Mentioning Tibbett & Britten
*(powered by NewsEdge)*

Company Press Releases

## Find Related Companies

Hoover's Online subscribers can find more companies in this country.

CONFIDENTIAL - ATTORNEYS EYES ONLY

California Business Portal

Secretary of State Bill Jones

Business Portal

California Business Portal Home Page
Starting a Business
Secretary of State Home Page
Site Search

Business Search Corporations

Corporations Main Page
FAQs
Search Tips
Field Definitions
Status Definitions
Corporate Records
Corporate Records Order Form
Certificates
Copies
Status Printouts
New Search

## Corporations

The information displayed here is current as of "MAR 15, 2002" and is updated weekly. It is not a complete or certified record of the Corporation.

For information about certification of corporate records or for additional corporate information, please refer to Corporate Records. If you are unable to locate a corporate record, you may submit a request to this office for a more extensive search. Fees and instructions for requesting this search are included on the Corporate Records Order Form.

Results of search for " mga "

*Click on the name of the corporation for additional information.*

| Corp Number | Date Filed | Status | Corporation Name | Agent for Service of Process |
|---|---|---|---|---|
| C1585429 | 5/1/1987 | forfeited | ALLIED GENERAL AGENCY, INC., WHICH WILL DO BUSINESS IN CALIFORNIA AS MGA ALLIED GENERAL INSURANCE AGENCY | MARY RAND |
| C1331887 | 2/20/1985 | dissolved | BABY MGA, INC. | GERALD B KAGAN |
| C1281046 | 7/10/1985 | suspended | M.G.A. BIO-MEDICAL TESTING & BLOOD GAS MOBILE, INC. | PRS |
| C0657046 | 7/18/1972 | suspended | M.G.A. COMPUTER CORPORATION | |
| C2196064 | 8/11/2000 | active | M.G.A. MANAGEMENT, INC. | MOSHE A YOUNG |
| C0644912 | 2/8/1972 | suspended | M.G.A. NETWORK, INC. | |
| C2161217 | 4/22/1999 | active | M.G.A., INC WHICH WILL DO BUSINESS IN CALIFORNIA AS MOVIE GALLERY, INC. | CORPORATION SERVICE COMPANY WHICH WILL DO BUSINESS IN CALIFORNIA AS CSC - LAWYERS INCORPORATING SERVICE |

EXHIBIT 14
PAGE 224

California Secretary of State - California Business Search - Corporation Search Results Page 2 of 4

| | | | | |
|---|---|---|---|---|
| C1141931 | 5/16/1983 | active | MGA AGENCY, INC. | THE PRENTICE-HA LL CORPORATION SYSTEM, INC. |
| C0131379 | 11/15/1928 | term expired | MGA ANAK NG BUKID SA CALIFORNIA | |
| C0778996 | 9/24/1976 | suspended | MGA ANAK NG WALIS | |
| C1638199 | 4/18/1989 | active | MGA ASSOCIATES | ALFRED G MARTINI |
| C0736511 | 8/18/1975 | suspended | MGA BUILDERS, INC. | GOLDIE ROSEN |
| C2024523 | 1/8/1998 | active | MGA CARPET, INC. | VAN T DU |
| C2050222 | 3/6/2000 | active | MGA COMMUNICATIONS, INC. | ANGEL GARCIA |
| C1425811 | 12/30/1987 | suspended | MGA CONSTRUCTION COMPANY, INCORPORATED | MARK G ARIZMENDI |
| C2035949 | 12/4/1997 | active | MGA CONSTRUCTION, INC. | SIAMAK BRIAN BEYZAEE |
| C1601447 | 11/23/1987 | suspended | MGA CORPORATION | SHREENIVAS MATE |
| C2065241 | 1/2/1998 | active | MGA DEVELOPMENT & ENGINEERING, INC. | ALBERT MANSI |
| C0944185 | 10/31/1979 | suspended | MGA DIESEL INDUSTRIES | M GROSSMAN |
| C0937297 | 8/3/1979 | suspended | MGA DIESEL PARTS OF AMERICA | ARAMAZD MANSOURIAN |
| C2266270 | 9/28/2000 | active | MGA ELECTRONICS MIDWEST | ROZ DEPREY |
| C1405974 | 4/30/1987 | active | MGA ELECTRONICS, INC. | ROGER T FEATHERSTON |
| C2204870 | 12/14/1999 | active | MGA EMPLOYEE SERVICES, INC. | C T CORPORATION SYSTEM |
| C2371455 | 1/2/2002 | active | MGA ENGINEERING OF CALIFORNIA CORP. | SPIEGEL & UTRERA, P.A., WHICH WILL DO BUSINESS IN CALIFORNIA AS SPIEGEL & UTRERA, P.C. |
| C0935004 | 7/6/1979 | active | MGA | MARY GRADY |

http://kepler.ss.ca.gov/corpdata/ShowList 3/20/2002

CONFIDENTIAL - ATTORNEYS EYES ONLY M 0074367

EXHIBIT 14
PAGE 225

California Secretary of State - California Business Search - Corporation Search Results Page 3 of 4

| | | | | |
|---|---|---|---|---|
| C1668362 | 8/8/1990 | suspended | MGA FINANCIAL | ALFRED G. MARTINI |
| C1591743 | 7/7/1987 | dissolved | MGA HOLDING CORPORATION | DOUGLAS B RICHARDS |
| C2248877 | 9/19/2001 | active | MGA HOSPITALITY GROUP, INC. | HARISH PATEL |
| C0836830 | 1/17/1978 | suspended | MGA INDUSTRIES | M GROSSMAN |
| C1650392 | 10/5/1989 | active | MGA INSURANCE COMPANY, INC. | KAREN HARRIS |
| C0814131 | 4/11/1977 | active | MGA INVESTMENT CO., INC. | M BRUCE WRIGHT |
| C1902248 | 5/23/1996 | suspended | MGA KULAY INTERNATIONAL, INC. | BERT P BUTINGAM |
| C1216263 | 11/14/1983 | dissolved | MGA MAIL ORDER, INC. | MARC E PETAS |
| C1944520 | 7/24/1995 | dissolved | MGA MANUFACTURING, INC. | FRED A MEYER |
| C1726683 | 8/15/1993 | suspended | MGA MEXICAN & AMERICAN PRODUCTS CO., INC. | ANTONIO GARCIA |
| C1216870 | 11/21/1983 | suspended | MGA REALTY | MEL GRODZIK |
| C2035663 | 11/13/1997 | active | MGA STRUCTURAL ENGINEERING CONSULTANTS, INC. | CARL E GRIGORIAN |
| C1689659 | 6/10/1991 | suspended | MGA TECHNOLOGIES, INC. | MICHAEL GOLDEN |
| C1159698 | 10/8/1982 | suspended | MGA TRANSPORT, INC. | MARIO J AGUILAR |
| C0889394 | 5/7/1979 | dissolved | MGA, INC. | RICHARD B FORTUNE |
| C1379410 | 7/3/1986 | active | MGA, INC. | MARK GORIN |
| C0862761 | 3/24/1978 | dissolved | MGA-FRANCE | |
| C1571799 | 1/3/1991 | suspended | NATIONAL ASSURED M.G.A. GROUP, INC. | BRUCE E. THOMSEN |
| C0724767 | 10/23/1974 | suspended | PAGKAKAISA NG MGA PILIPINO INC. | LEONARDO A FLOR |
| C1386418 | 9/19/1986 | merged out | TRINITY MGA INSURANCE SERVICES, INC. | THOMAS J GASSEN |
| C2041007 | 11/18/1998 | dissolved | UNDERWRITERS MGA OF CALIFORNIA, INC. | FRANCISCO MORENO |

http://kepler.ss.ca.gov/corpdata/ShowList 3/20/2002

CONFIDENTIAL - ATTORNEYS EYES ONLY

M 0074368

EXHIBIT 14
PAGE 226

California Secretary of State - California Business Search - Corporation Search Results Page 4 of 4

| | | | | |
|---|---|---|---|---|
| C1794518 | 11/27/1996 | active | MGA WEST, INC. | STUART M HURWITZ |
| C1410132 | 6/17/1987 | suspended | WCC/MGA, INC. | BRIAN J LOMBARDI |

Copyright ©2001 California Secretary of State. Privacy Statement.

http://kepler.ss.ca.gov/corpdata/ShowList 3/20/2002

CONFIDENTIAL - ATTORNEYS EYES ONLY

M 0074369

EXHIBIT 19

PAGE 227

# California Business Portal

Secretary of State Bill Jones

DISCLAIMER: The information displayed here is current as of MAR 15, 2002 and is updated weekly. It is not a complete or certified record of the Corporation.

| Corporation | | |
|---|---|---|
| CDX CORPORATION | | |
| Number: C1339117 | Date Filed: 5/8/1985 | Status: suspended |
| Jurisdiction: California | | |
| Mailing Address | | |
| 216 S OXFORD AVE | | |
| LOS ANGELES, CA 90004 | | |
| Agent for Service of Process | | |
| ISAAC LARIAN | | |
| 216 S OXFORD AVE | | |
| LOS ANGELES, CA 90004 | | |

For information about certification of corporate records or for additional corporate information, please refer to Corporate Records. If you are unable to locate a corporate record, you may submit a request to this office for a more extensive search. Fees and instructions for requesting this search are included on the Corporate Records Order Form.

Blank fields indicate the information is not contained in the computer file.

If the status of the corporation is "Surrender", the agent for service of process is automatically revoked. Please refer to California Corporations Code Section 2114 for information relating to service upon corporations that have surrendered.

California Secretary of State - California Busine.../ Limited Liability Company Search Result Page 1 of 1

# California Business Portal

Secretary of State Bill Jones

Business Portal
- California Business Portal Home Page
- Starting a Business
- Secretary of State Home Page
- Site Search

Business Search LP/LLC
- LLC Main Page
- LP Main Page
- LLC FAQS
- LP FAQS
- Search Tips
- Field Definitions
- Status Definitions
- Records Order Form
  - Certificates
  - Copies
  - Status Printouts
- New Search

## LP/LLC

The information displayed here is current as of "Mar 15, 2002" and is updated weekly. It is not a complete or certified record of the Limited Partnership or Limited Liability Company.

If you are unable to locate a record, you may submit a request to this office for a more extensive search. Fees and instructions for requesting the search or for the certification of Limited Partnership or Limited Liability Company records are included on the LP/LLC Records Order Form.

Results of search for "mga"

*Click on the name of the Limited Partnership or Limited Liability Company for additional information.*

| LP/LLC Number | Date Filed | Status | LP/LLC Name | Agent for Service of Process |
|---|---|---|---|---|
| 199808910077 | 3/30/1998 | active | MGA CARLSBAD GP, LLC | CORPORATION SERVICE COMPANY WHICH WILL DO BUSINESS IN CALIFORNIA |
| 199014400012 | 5/24/1990 | active | MGA CRESTVIEW PARTNERS L.P. | DANIEL R. STEGALL, ESQ. |
| 200206510146 | 2/5/2002 | active | MGA ENTERPRISES, LLC | CARVER L CLINTON CPA |
| 199014400013 | 5/24/1990 | active | MGA PARTNERS, L.P. | DANIEL R. STEGALL, ESQ |
| 200024510085 | 8/30/2000 | active | MGA VENTURES, LLC | PEYMAN COHAN, ESQ. |
| 199032400003 | 11/20/1990 | active | MGA-CRESTVIEW PARTNERS II L.P. | DANIEL R. STEGALL, ESQ. |
| 199632810044 | 11/21/1996 | canceled | STEADFAST MGA, LLC | PARACORP INCORPORATED |

Copyright ©2001 California Secretary of State. Privacy Statement.

http://kepler.ss.ca.gov/corpdata/ShowLpllcList 3/20/2002

CONFIDENTIAL - ATTORNEYS EYES ONLY

M 0074371

EXHIBIT 14

PAGE 229

**THE PAGE BATES STAMPED M 0074372 HAS BEEN REMOVED. MATTEL WILL PROVIDE A COPY OF THIS PAGE TO THE DISCOVERY MASTER FOR *IN CAMERA* REVIEW UNDER SEPARATE COVER.**

EXHIBIT 14
PAGE 230



Executive Biographies

CONFIDENTIAL - ATTORNEYS EYES ONLY

M 0074373

EXHIBIT 14

PAGE 231