# Isaac Larian

**Founder, Chairman and Chief Executive Officer**

- Founded MGA Entertainment under the name Surprise Gift Wagon in 1979 as an imported and distributor of brand name consumer electronic products

- In 1987, became the first official distributor of Nintendo® handheld LCD games in the United States

- In 1993, formally transitioned MGA from a consumer electronics company to a consumer entertainment company

- Mr. Larian oversees all divisions of the company including; product development, sales, marketing, overseas operations, production and distribution and is a major contributor to the development of new products and the vision behind MGA

- Prior to founding MGA, Mr. Larian imported textiles and brassware through his own mail-order company

CONFIDENTIAL - ATTORNEYS EYES ONLY

M 0074374

EXHIBIT 14
PAGE 232

## Isaac Larian *(Continued)*

Founder, Chairman and Chief Executive Officer

- Mr. Larian was born in 1954 in Iran and is a US Citizen

- Mr. Larian has a BS in Civil Engineering from California State University

- Mr. Larian is a member of the Toy Manufacturer's Association and the Licensing Industry's Merchandising Association

- Married for 19 years with three children (Jason 17, Yasmine 14 and Cameron 9)

- Hobbies include philanthropy work, biking, writing poetry, volleyball and camping with his family

3

CONFIDENTIAL - ATTORNEYS EYES ONLY

M 0074375

EXHIBIT 14
PAGE 233

# Thomas F. Park

**Chief Operating Officer**

- Joined MGA as Chief Operating Officer and Chief Financial Officer in November 2003

- From 2001 to 2003 served as President and Chief Operating Officer for eStyle Inc. an online catalog and retail company specializing in baby and maternity products

- From 1991 to 2001 Mr. Park had a long and distinguished career with The Walt Disney Company serving in a number of key executive roles as follows:

  - President – Disney Stores Worldwide, $1.3 Billion retail division with 750 stores and 22,0000 employees
  - Senior Vice President – Disney Direct Marketing, overseeing the Disney Catalog and The Disney Store Online
  - Vice president and General Manager – Walt Disney Art Classics, animation art and collectibles division of The Walt Disney Company
  - Vice President and Controller – Disney Consumer Products Worldwide, a $3.5 Billion global merchandising division of the company
  - Director and Controller – Walt Disney Imagineering, the R&D and development division of the company for Walt Disney Theme Parks

4

CONFIDENTIAL - ATTORNEYS EYES ONLY

M 0074376

EXHIBIT 14
PAGE 234

## Thomas F. Park (Continued)

### Chief Operating Officer

- From 1979 to 1991, Unisys Corporation, a worldwide leader in computer manufacturing. Mr. Park held numerous finance and operations positions, rising through the executive ranks to Chief Financial Officer of the company's $1 Billion disk drive engineering and manufacturing division

- Graduated from Villanova University, Villanova Pennsylvania with a B.S. in Accounting in 1979

- Mr. Park is married and has four children

CONFIDENTIAL - ATTORNEYS EYES ONLY

M 0074377

EXHIBIT 14
PAGE 235



anatomy of a hit — dialogue — JUNE 2004

# The Entrepreneur

## ISAAC LARIAN, MGA'S MAN IN CHARGE, HAS SPENT A GENERATION BUILDING HIS COMPANY'S FORTUNES



An immigrant from Iran, Isaac Larian came to the United States in 1971 to earn his civil engineering degree from Cal State Los Angeles. Now 33 years later, Larian is the president and CEO of MGA Entertainment, a company that began as a gift mail-order business in 1979, evolved into a consumer electronics firm and has morphed, in the past three years, into a multimillion-dollar consumer entertainment company with 450 employees — thanks in no small measure to the Bratz phenomena, which accounts for more than 55% of the company's business.

A firm believer in taking on new challenges, Larian's latest move is the creation of MGA Entertainment Films. The company struck a deal in February with 20th Century Fox, where the first theatrical Bratz film is in development, with a Bratz direct-to-DVD animated production in place as well.

The busy husband and father of three recently sat down in his toy-filled office at MGA's Van Nuys, Calif., headquarters for a discussion with The Hollywood Reporter's Paula Parisi and Noela Hueso, where he talked about the Bratz brand and MGA's new connection with Hollywood.

**The Hollywood Reporter:** How did you come up with the concept for Bratz?
**Isaac Larian:** We'd been looking to market something that was not just a toy but a lifestyle phenomenon (when) the concept for the Bratz dolls emerged. We fell in love with it and decided to market it almost immediately.

**THR:** You call Bratz a lifestyle phenomenon.
**Larian:** Bratz truly appeals to the lifestyles of girls ages 7-14. It's not just about the dolls, it's about the lifestyle product — the fashions, the accessories, the room decor. The girls are leading the lifestyle of Bratz — fantasizing, and they're using imagination for it. We have a CD player that is different from any CD player you've ever seen. We have a phone that's in the shape of lips!

**THR:** Do you think that Bratz tapped the lifestyle of the girls, or did the girls adapt to the Bratz lifestyle?
**Larian:** The girls of today's society are inspired and looking and using their imagination to be like Bratz. It's no longer all about Barbie. Barbie is for babies.

**THR:** We've heard that there are pop singers and celebrities who collect the dolls.
**Larian:** Paula Abdul and Jessica Alba love these dolls. So do Hilary Duff, Amanda Bynes and Jennifer Love Hewitt.

**THR:** Did you spend a lot of money marketing Bratz on the initial launch?
**Larian:** Yes, we did. I'll never forget. In September 2001, we hyped this property and placed product at Toys "R" Us. They came back and canceled a whole bunch of orders because they said (the product) wasn't trending to the numbers they were looking for. At that time, we made a decision that we were going to spend a lot more money on advertising — money we didn't really have. We went back on TV and spent more. Klasky Csupo did the animation (for our TV commercials). Basically, we said, "We're going to go for

See ENTREPRENEUR on page 30

CONFIDENTIAL - ATTORNEYS EYES ONLY

M 0074379

EXHIBIT 19
PAGE 237


CONFIDENTIAL - ATTORNEYS EYES ONLY

EXHIBIT 14

PAGE 238

M 0074380

## CONFIDENTIAL INFORMATION

Isaac E. Larian

### Personal
- Born in Iran in 1954; became a citizen of the United States in the early 1970's.
- Received BS in Civil Engineering from California State University.
- Married for 19 years. Over 10 years difference in age.
  Wife – Angela Larian, mid to late 30's
  Son – Jason 17 years
  Son – Yasmine 14 years
  Daughter – Cameron 9 years
- Wife totally devoted to him and their children's development.
- Refers to his children as his inspiration.
- Personal Residence - 237 N. Carolwood Drive, Los Angeles, CA 90077.
- September 2001 - Supporters and Donors to Beverly Hills High School and Board of Education.
- May – October 2002 – Resigned from Parent El Rodeo School Council.
- September 2003 – Larian family welcomed to Stephen S. Wise Temple, Los Angeles, CA.
- Hobbies include philanthropy works, biking, writing poetry, volleyball and camping with family.

### Career and Business
- Isaac began his business career importing textiles and brassware through his own mail-order company.
- Founded MGA Entertainment under the name "Surprise Gift Wagon" in 1979 as an importer and distributor of brand name consumer electronic products.
- In 1987, became the first official distributor of Nintendo handheld LCD games in the United States.
- In 1993, formally transitioned MGA from a consumer electronics company to a consumer entertainment company.
- Isaac oversees all divisions of the company including, product development, sales, marketing, overseas operations, production, distribution and development of new product lines for MGA.

CONFIDENTIAL - ATTORNEYS EYES ONLY

M 0074381

EXHIBIT 14
PAGE 235

### Personal Characteristic
- Large ego
  - Requires a great deal of recognition.
  - Vocal about wanting all to know that he came from Iran in the 1970's with no money and made it on his own.
  - Extremely controlling in business and family matters.
  - Hot tempered, short fuse and easy to ignite.
  - Extremely defensive if challenged.
  - Becomes enraged if told "NO".
  - Persistent and will not give up to a fault.
  - Lacks vision and short sighted.
  - Believes he is all knowing and powerful.

Case 02-115

CONFIDENTIAL - ATTORNEYS EYES ONLY

M 0074382

EXHIBIT 14

PAGE 240

```
.::Locatefast::. - Search                                                          Page 1 of 9

                                                                    NATIONWIDE INFORMATION PROVIDERS

              [ ABOUT US   SEARCHES   LOGIN   REGISTER ]
              [ ACCOUNT MANAGER | 2 PEOPLE | DATA MINER ]

***********************************************************************************
***                                                                             ***
***                           SUPER PROFILE REPORT                              ***
***                                                                             ***
***********************************************************************************

Name:      [REDACTED] ANGELA L
SSN:       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, Issued in Kentucky 1979-1980
DOB:       No Information on file

Addresses: 237 CAROLWOOD DR , LOS ANGELES CA 90077; 11/1998
           37 CAROLWOOD DR , LOS ANGELES CA 90077; 07/1998
           2045 STRADELLA RD, LOS ANGELES CA 90077; 04/1996 2X
           16732 SCHOENBORN ST, NORTH HILLS CA 91343; 02/1996
           16730 SCHOENBORN ST, SAN FERNANDO CA 91343; No Date Rptd
           216 OXFORD , LOS ANGELES CA 90004; No Date Rptd

--- ALL NAMES ASSOCIATED WITH SUBJECT'S SSN ---

LARIAN, ANGELA L
LARIAN, ANGELA

--- POSSIBLE RELATIVES AND THEIR CURRENT AND PAST ADDRESSES ---

Name:      LARIAN, FARHAD
SSN:       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, Issued in California 1978-1979
DOB:       01/03/1961

Addresses: 2142 CENTURY PARK LN 6-108, LOS ANGELES CA 90067; 06/2003
           4714 HAYVENHURST AV, ENCINO CA 91436; 06/2000
           16730 SCHOENBORN ST, NORTH HILLS CA 91343; 01/1996
           4430 WOODLEY AV, VAN NUYS CA 91436; 09/1993
           2045 STRADELLA RD, LOS ANGELES CA 90077; No Date Rptd
           705 ALPINE DR , BEVERLY HILLS CA 90210; No Date Rptd

Phone:     No Information On File

Name:      LARIAN, ISAAC B
AKA:       HEDRICK, MATT
           ARIAN, ISAAC

SSN:       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, Issued in California 1972
DOB:       03/28/1954

Addresses: 237 CAROLWOOD DR , LOS ANGELES CA 90077; 08/1997
           2045 STRADELLA RD, LOS ANGELES CA 90077; 04/1996
           16730 SCHOENBORN ST, NORTH HILLS CA 91343; 04/1996
           16732 SCHOENBORN ST, NORTH HILLS CA 91343; No Date Rptd
           7658 SHOUP AV, CANOGA PARK CA 91304; No Date Rptd

Phone:     213/310-343-5447


http://www.loc8fast.com/NPSearch2.asp?function=SUMMARY                    6/18/2004
```

CONFIDENTIAL - ATTORNEYS EYES ONLY

M 0074383



EXHIBIT 14
PAGE 241

```
.::Locatefast::. - Search                                                          Page 2 of 9

------------------------------------------------------------------
Name:    LARIAN, AGHDAS
DOB:     No Information On File

Addresses: 16730 SCHOENBORN ST, NORTH HILLS CA 91343; 09/1995

Phone:   No Information On File
------------------------------------------------------------------
Name:    LARIAN, SHOREH
DOB:     No Information On File

Addresses: 16730 SCHOENBORN ST, NORTH HILLS CA 91343; 06/1997

Phone:   818-789-8262
------------------------------------------------------------------
Name:    LARIAN, CAMRONE
DOB:     No Information On File

Addresses: 2045 STRADELLA RD, LOS ANGELES CA 90077; 09/2000

Phone:   No Information On File
------------------------------------------------------------------
--- POSSIBLE ASSOCIATES

No Information On File

--- MOST CURRENT REPORTED ADDRESS

Address: 237 CAROLWOOD DR , LOS ANGELES CA 90077; 11/1998

--- LISTED PHONE NUMBERS

No Information On File

--- PROPERTY OWNERSHIP
                    LARIAN TRUST
  Site Address:   237 CAROLWOOD DR, LOS ANGELES CA 90077; No Date Rptd
  Owner Address:  237 CAROLWOOD DR, LOS ANGELES CA 90077
  Telephone:      No Information On File
  APN:            4358005026
  Assessed Value: $3,221,117.00

--- REPORTED OCCUPANTS

  Name:      HEDRICK, MATT   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
  AKA:       LARIAN, ISAAC, E
  Date Rptd: 01/01/1999
  Phone:     213/310-271-7575
  Issued:    California; 1973

--- POSSIBLE NEIGHBORS

http://www.loc8fast.com/NPSearch2.asp?function=SUMMARY                    6/18/2004
```

CONFIDENTIAL - ATTORNEYS EYES ONLY

M 0074384



EXHIBIT 14
PAGE 242

.::Locatefast::. - Search                                                    Page 3 of 9

```
Name:     TAI, OI T  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
DOB:      09/01/1952
Address:  230 CAROLWOOD DR , LOS ANGELES CA 90077; 05/1994
Phones:   213/310-204-3490

Name:     STEINHART, COTRUST WILLIAM
Address:  230 CAROLWOOD DR , LOS ANGELES CA 90077; 02/1994

Name:     MORSEY, COTRUSTEE BEVERLY 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
Address:  230 CAROLWOOD DR , LOS ANGELES CA 90077; 02/1994

Name:     MORSEY, CHASE  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
Address:  230 CAROLWOOD DR , LOS ANGELES CA 90077; 12/1993

Name:     TAI, HAX WA 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
DOB:      09/14/1935
Address:  230 CAROLWOOD DR , LOS ANGELES CA 90077; 04/1993
Phone:    213/310-204-3950

Name:     MORSEY, C  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
Address:  230 CAROLWOOD DR , LOS ANGELES CA 90077; 10/1992
Phone:    213/310-274-5961
```

--- PREVIOUSLY REPORTED ADDRESS ---

Address: 37 CAROLWOOD DR , LOS ANGELES CA 90077; 07/1998

--- LISTED PHONE NUMBERS ---

No Information On File

--- PROPERTY OWNERSHIP ---

No Information On File

--- REPORTED OCCUPANTS ---

No Information On File

--- POSSIBLE NEIGHBORS ---

```
Name:     KANIN, MATTHEW W 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
Address:  38 CAROLWOOD DR , LOS ANGELES CA 90077; No Date Rptd
```

--- PREVIOUSLY REPORTED ADDRESS ---

Address: 2045 STRADELLA RD, LOS ANGELES CA 90077; 04/1996 2X

--- LISTED PHONE NUMBERS ---

http://www.loc8fast.com/NPSearch2.asp?function=SUMMARY                      6/18/2004

CONFIDENTIAL - ATTORNEYS EYES ONLY                                              M 0074385

EXHIBIT  14
PAGE    243

.::Locatefast::. - Search

Page 4 of 9

```
----------------------------------------------------------------
LOCKHART, JUNE K 213-393-7750
----------------------------------------------------------------
--- PROPERTY OWNERSHIP
Primary Owner:    AZARNIVAR AMIR
Secondary Owner:  AZARNIVAR MELODY F
Site Address:     2045 STRADELLA RD, LOS ANGELES, CA 90077; No Date Rptd
Owner Address:    2045 STRADELLA RD, LOS ANGELES CA 90077
Telephone:        No Information On File
APN:              4377026003
Assessed Value:   $918,739.00

----------------------------------------------------------------
--- REPORTED OCCUPANTS
----------------------------------------------------------------

Name:      AZARNIVAR, AMIR
Contact:
Phone:
Type:
Sales:     Not Available
Employees: Not Avai .

Name:      AZARNIVAR, AMIR
Contact:
Phone:     310-471-0928
Type:
Sales:     Not Available
Employees: Not Avai

Name:      AZARNIVAR, AMIR  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
Date Rptd: 01/01/2001
Phone:     No Information On File
Issued:    New York; 1987-1988

Name:      LARIAN, CAMRONE
Date Rptd: 09/01/2000
Phone:     No Information On File
Issued:    No Information On File

Name:      AZARNIVAR, MELODY F  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
Date Rptd: 06/01/2000
Phone:     213/310-471-4143
Issued:    New York; 1987-1988

Name:      LARIAN, ISAAC R  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
Date Rptd: 04/01/1996
Phone:     213/310-343-5447
Issued:    California; 1972

Name:      LARIAN, FARHAD  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
Date Rptd: No Information On File
Phone:     No Information On File
Issued:    California; 1978-1979

Name:      LOCKHART, JUNE K 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
Date Rptd: No Information On File
```

http://www.loc8fast.com/NPSearch2.asp?function=SUMMARY                  6/18/2004

CONFIDENTIAL - ATTORNEYS EYES ONLY

M 0074386

EXHIBIT 14
PAGE 244

.::Locatefast::. - Search                                      Page 5 of 9

```
Phone:     213/310-393-7750
Issued:    California; 1934-1951

Name:      HERFEH, MILAD  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
Date Rptd: No Information On File
Phones:    213/310-708-7248
Issued:    No Information On File
```

--- POSSIBLE NEIGHBORS

```
Name:      GREEN, MELINA E 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
DOB:       10/14/1965
Address:   2044 STRADELLA RD, LOS ANGELES CA 90077; 07/2001
Phone:     213/310-576-0607

Name:      PALUMBO, MELINA E 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
DOB:       10/14/1965
Address:   2044 STRADELLA RD, LOS ANGELES CA 90077; 07/2001
Phone:     213/310-783-1737

Name:      RANE, JOHN J
DOB:       02/08/1962
Address:   2044 STRADELLA RD, LOS ANGELES CA 90077; 05/2000
Phone:     213/310-476-0691

Name:      RANE, JEFFERY J
Address:   2044 STRADELLA RD, LOS ANGELES CA 90077; 07/1998

Name:      RANE, EVELYN V 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
Address:   2044 STRADELLA RD, LOS ANGELES CA 90077; 09/1993
Phone:     213/310-476-0691
```

--- PREVIOUSLY REPORTED ADDRESS

Address: 16732 SCHOENBORN ST, NORTH HILLS CA 91343; 02/1996

--- LISTED PHONE NUMBERS

LARIAN, ANGELA  818-343-5447 As Of 02/1996
LARIAN, ISAAC B 818-343-5447

--- PROPERTY OWNERSHIP

No Information On File

--- REPORTED OCCUPANTS

```
Name:      LARIAN, ISAAC B 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
Date Rptd: No Information On File
Phone:     818-343-5447
Issued:    California; 1972
```

http://www.loc8fast.com/NPSearch2.asp?function=SUMMARY                6/18/2004

CONFIDENTIAL - ATTORNEYS EYES ONLY                              M 0074387

EXHIBIT 14
PAGE 245