.::Locatefast::. - Search                                                                 Page 6 of 9

```
--- POSSIBLE NEIGHBORS ---

Name:     BUFORD, JONATHAN L  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
DOB:      10/03/1985
Address:  16730 SCHOENBORN ST, NORTH HILLS CA 91343; 05/2000
Phone:    818-715-0924

Name:     LARIAN, ISAAC E  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
DOB:      03/28/1954
Address:  16730 SCHOENBORN ST, NORTH HILLS CA 91343; 04/1996
Phone:    818-271-7575

Name:     LARIAN, FARHAD  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
DOB:      01/03/1961
Address:  16730 SCHOENBORN ST, NORTH HILLS CA 91343; No Date Rptd
Phone:    818-282-8755

Name:     FARHAD, LARIAN  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
Address:  16730 SCHOENBORN ST, NORTH HILLS CA 91343; No Date Rptd

Name:     MENDOZA, JUAN MANUEL  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
DOB:      09/01/1960
Address:  16730 SCHOENBORN ST, NORTH HILLS CA 91343; No Date Rptd
Phone:    818-893-7006

Name:     GARSON, RUSSELL A  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
DOB:      07//1945
Address:  16737 SCHOENBORN ST, NORTH HILLS CA 91343; 01/1996

Name:     ABARGHOEI, MOE  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
Address:  16739 SCHOENBORN ST, NORTH HILLS CA 91343; 04/2001

Name:     BENOIT, FRANCOISE M  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
DOB:      09/01/1953
Address:  16739 SCHOENBORN ST, NORTH HILLS CA 91343; No Date Rptd
Phone:    818-990-3977

--- PREVIOUSLY REPORTED ADDRESSES ---

Address: 16730 SCHOENBORN ST, SAN FERNANDO CA 91343; No Date Rptd

--- LISTED PHONE NUMBERS ---

LARIAN, ANGELA   818-343-5447
LARIAN, ISAAC E  818-343-5447  As Of 07/1993

--- PROPERTY OWNERSHIP ---

No Information On File

--- REPORTED OCCUPANTS ---
```

http://www.loc8fast.com/NPSearch2.asp?function=SUMMARY                               6/18/2004

CONFIDENTIAL - ATTORNEYS EYES ONLY                                               M 0074388



EXHIBIT 14
PAGE 244

.::Locatefast::. - Search                                                          Page 7 of 9

```
Name:      BUFORD, JONATHAN L 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
Date Rptd: 05/01/2000
Phone:     818-715-0924
Issued:    Georgia; 1987-1988

Name:      MEDICI, JEANNE S 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
Date Rptd: 12/01/1997
Phone:     818-340-3046
Issued:    California; 1975

Name:      LARIAN, SHOREH
Date Rptd: 06/01/1997
Phone:     818-789-8262
Issued:    No Information On File

Name:      LARIAN, ISAAC E 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
Date Rptd: 04/01/1996
Phone:     818-271-7575
Issued:    California; 1972

Name:      LARIAN, FARHAD 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
Date Rptd: 01/01/1996
Phone:     No Information On File
Issued:    No Information On File

Name:      LARIAN, AGHDAS
Date Rptd: 09/01/1995
Phone:     No Information On File
Issued:    No Information On File

Name:      MAKABI, SHIRIN
Date Rptd: 06/01/1994
Phone:     No Information On File
Issued:    No Information On File

Name:      MAKABI, SHIRIN LARIAN 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
Date Rptd: 06/01/1994
Phone:     818-784-9835
Issued:    California; 1985-1986
```

--- POSSIBLE NEIGHBORS ---

```
Name:    JONES, DORRTI 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
DOB:     08/09/1945
Address: 16700 SCHOENBORN ST, NORTH HILLS CA 91343; 07/2001

Name:    DEVRIES, HUGH J 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
DOB:     09/15/1925
Address: 16700 SCHOENBORN ST, NORTH HILLS CA 91343; 07/2001
Phone:   818-893-6906

Name:    HOYT, ROBERT A 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
Address: 16700 SCHOENBORN ST, NORTH HILLS CA 91343; 11/2000
Phone:   818-251-1955

Name:    HOYT, DOROTHY M
Address: 16700 SCHOENBORN ST, NORTH HILLS CA 91343; 07/1995
```

http://www.loc8fast.com/NPSearch2.asp?function=SUMMARY                       6/18/2004

CONFIDENTIAL - ATTORNEYS EYES ONLY                                           M 0074389

EXHIBIT  14
PAGE  247

.::Locatefast::. - Search                                                                 Page 8 of 9

```
Name:     HOYT, DEB M 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
Address:  16700 SCHOENBORN ST, NORTH HILLS CA 91343; 05/1994
Phone:    818-251-1955

Name:     SOLIVEN, DOROTEO T 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
DOB:      03/21/1945
Address:  16719 SCHOENBORN ST, NORTH HILLS CA 91343; 09/1995
Phone:    818-722-4123

Name:     GARSON, RUSSELL A 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
DOB:      07//1945
Address:  16737 SCHOENBORN ST, NORTH HILLS CA 91343; 01/1996

Name:     BENOIT, FRANCOISE M 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
DOB:      09/01/1953
Address:  16739 SCHOENBORN ST, NORTH HILLS CA 91343; 07/2001
Phone:    818-990-3977

Name:     ABARGHOEI, MOE 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
Address:  16739 SCHOENBORN ST, NORTH HILLS CA 91343; 04/2001

Name:     BENNETT, NANCY LEE 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
DOB:      12/20/1941
Address:  16745 SCHOENBORN ST, NORTH HILLS CA 91343; 11/2000
Phone:    818-999-1592

Name:     ASFOUR, KHALIL I 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
DOB:      06//1964
Address:  16755 SCHOENBORN ST, NORTH HILLS CA 91343; 05/1997

Name:     DEGUZMAN, JOSEPH L 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
Address:  16799 SCHOENBORN ST, NORTH HILLS CA 91343; 04/2001
```

--- THE FOLLOWING ADDRESSES WERE NOT SEARCHED FURTHER .

216 OXFORD , LOS ANGELES CA 90004; No Date Rptd

--- Bankruptcies, Tax Liens & Civil Judgements

```
Name:         LARIAN, ANGELA
SSN:
Address:      2045 STRADELLA RD LOS ANGELES CA 90077
Court:        LOS ANGELES MUNICIPAL - LA COUNTY, CIVIL JUDGMENT
Case Number:  96X01783
Plaintiff:    CALIFORNIS BDS BUREAU INC
Filing Date:  08/12/1996
```

--- THE FOLLOWING DATABASES WERE SEARCHED BUT YIELDED NO RESULTS
National Death Index...........................................No Records Found
Marriage Index.................................................No Records Found

http://www.loc8fast.com/NPSearch2.asp?function=SUMMARY                    6/18/2004

CONFIDENTIAL - ATTORNEYS EYES ONLY                                         M 0074390

EXHIBIT 14
PAGE 248

.:::Locatefast:::. - Search                                                                                  Page 9 of 9

```
Divorce Index..................................................No Records Found
National Real Property.........................................No Records Found
FAA Airmen.....................................................No Records Found
FAA Aircraft...................................................No Records Found
National Coast Guard Merchant Vessels..........................No Records Found
Drug Enforcement Administration................................No Records Found
```

*************************************************************************
***                              DISCLAIMER                           ***
*************************************************************************

The accuracy of the data submitted by the requestor will directly determine the accuracy of the results obtained. While the information furnished is from reliable sources, its accuracy is not guaranteed and can only be verified at its original source. Use of available data may be subject to FCRA and other applicable law.

*** End of Report ***

About Us / Searches / Logout / Register

- ©mmlv, www.loc8fast.com | www 2
- Our site requires Internet Explorer 4.01 and greater, Netscape 4.0 and greater or equivalent
- This site is for the explicit use www.loc8fast.com customers. Usage is monitored - Privacy Statement

http://www.loc8fast.com/NPSearch2.asp?function=SUMMARY                               6/18/2004

CONFIDENTIAL - ATTORNEYS EYES ONLY                                                    M 0074391

EXHIBIT 14
PAGE 249

.::Locatefast::. - Search    Page 1 of 1

6/18/2004 11:32:10 AM
Search Criteria
SSN:  402135124

| # | Name/SSN | Address/County | Phone # | DOB/Lic# | Reported |
|---|---|---|---|---|---|
| 1. | LARIAN, ANGELA L.<br>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 | 237 CAROLWOOD DR<br>LOS ANGELES, CA 90077<br>LOS ANGELES County | (213/310) 271-7575 |  | 11/01/1998 |
| 2. | LARIAN, ANGELA L<br>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 | 17 CAROLWOOD DR<br>LOS ANGELES, CA 90077<br>LOS ANGELES County | (213/310) 271-7575 |  | 07/01/1998 |
| 3. | LARIAN, ANGELA<br>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 | 2045 STRADELLA RD<br>LOS ANGELES, CA 90077<br>LOS ANGELES County | (213/310) 343-5447 |  | 04/01/1996 |
| 4. | LARIAN, ANGELA<br>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 | 16732 SCHOENBORN ST<br>NORTH HILLS, CA 91343<br>LOS ANGELES County | (818) 343-5447 |  | 02/01/1995 |
| 5. | LARIAN, ANGELA<br>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 | 16730 SCHOENBORN<br>SAN FERNANDO, CA 91343<br>LOS ANGELES County | (818) 343-5447 |  | // |
| 6. | LARIAN, ANGELA<br>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 | 216 OXFORD<br>LOS ANGELES, CA 90004<br>LOS ANGELES County | (213) 343-5447 |  | // |

http://www.loc8fast.com/CHSearch.asp?page=PRINTABLE&fid=5640369&sid=CH1&Re...   6/18/2004

CONFIDENTIAL - ATTORNEYS EYES ONLY

M 0074392

EXHIBIT  14
PAGE  250

El Rodeo School PTA - Founders Wall Donors                                    Page 1 of 4



# FOUNDERS WALL DONORS



*Special thanks to all of our families who support our school!*

Jump to:

**2002-2003**
GUARDIAN ANGEL
FLAWLESS DIAMOND EAGLE
PLATINUM EAGLE
GOLD EAGLE
SILVER EAGLE
BRONZE EAGLE

or scroll down for the whole list.

EL RODEO School
605 NORTH WHITTIER Dr.
BEV. HILLS, CA.
90210

GUARDIAN ANGEL
--------------
* THE MCALISTER FAMILY

http://er.beverlyhills.k12.ca.us/pta/fundraising-wallnames.html                5/23/2004

CONFIDENTIAL - ATTORNEYS EYES ONLY                                               M 0074393

EXHIBIT 19
      25

El Rodeo School PTA - Founders Wall Donors                Page 2 of 4

Back to top

### FLAWLESS DIAMOND EAGLE

* THE BOSSE FAMILY
* THE DUBIN/ ELLERIN FAMILY
* THE GAON FAMILY, MARIA,ALEXANDER,ZACHERY & GRANT
* WINNIE, LULU, RUDY, AND CURLY JACKSON-UKRA
* THE NEMAN BROTHERS

Back to top

### PLATINUM EAGLE

* THE GABBAY FAMILY, MYRA,ALAIN,PETER,CECE,BENJI & ETHAN
* HILDY,WALTER,MIRANDA & JOANNA HILL
* THE JANKOWSKI FAMILY
* THE JOELSON FAMILY
* THE LARIAN FAMILY, ISAAC,ANGELA,JASON,JASMIN & CAMERON
* THE RESNIKOFF FAMILY,BRUCE,CLAUDIA,NICOLE & BLAKE
* THE SALZMAN FAMILY

Back to top

### GOLD EAGLE

* THE RICK BRUCKER FAMILY
* DEB & CRAIG BRUENELL FOR BRAD & SAUL
* THE HAYOSTEK FAMILY
* THE HEBERT FAMILY
* THE HENDRY FAMILY, STEPHEN, PAM, ERICA & SARAH
* ABE & OURITE KAMARA
* THE MESHKATY FAMILY , NOOSHIN, YAR ,AZADEH, SHAHYAD& CAMYAR
* THE RAPPAPORT FAMILY, KURT, JULIETTE,JAKE & LUKE
* THE RENNIE FAMILY, MATT,EVAN, FRANNY & STEVE
* THE STONE FAMILY,RONIT, RON 72,TAMARA 05,TALIA 06 & CARLY 08

Back to top

### SILVER EAGLE

* THE AVCHEN FAMILY

http://er.beverlyhills.k12.ca.us/pta/fundraising-wallnames.html            5/23/2004

CONFIDENTIAL - ATTORNEYS EYES ONLY                                         M 0074394

EXHIBIT 19
PAGE 252

El Rodeo School PTA - Founders Wall Donors    Page 3 of 4

* THE DUBIN FAMILY, ALEX, JOSH, ELLIE & RYAN
* SHAYDA & JIMMY EBRAHIMI
* LISA, PHILIP, BRANDON & SEBASTIAN ELGHANIAN
* THE ELKOBY FAMILY, VIVIAN, MIKE, JACKY, JONNY & JESSICA,
* THE FRIEDBERG FAMILY, SUSIE, JIM, JASON & AUSTIN
* JOSZEF GRAIN AND FAMILY
* RANDI, WARREN & JORDAN GRANT
* BEN HABER & FAMILY
* ERIK HOLMBERG & RONNA KRESS
* THE KATEMAN FAMILY
* THE KESTENBAUM FAMILY, JULIE, PAUL, MAX, ELI & LEO
* THE LICHT FAMILY, LISA, ANDY, LUCY, DANNY & JOEY
* THE NEEDLEMAN FAMILY
* THE PRINCE FAMILY
* THE SHAPIRO FAMILY, STEPHEN, LEIGH, SPENCER & RILEY.
* THE WACHTEL FAMILY
* THE WEST FAMILY, DAVID, SUSAN, HENRY & CHLOE
* JEREMY, LUCAS & AMELIA WOHL & AUTUMN BRANTLEY
* THE ZADEH FAMILY

Back to top


**BRONZE EAGLE**

* HELEN & GEORGE ABE, JIMMY (CLASS OF 2000) & ROSEMERI
* THE AN FAMILY
* THE BANIHASHEMI FAMILY
* MITRA, MYLES & CALVIN BERMAN
* THE BRONSON FAMILY, BRAD, BRITTANY, McCall & MIA
* THE BRUSER/CLARK FAMILY
* THE COOK/WOODS FAMILY
* THE SAL & ALONA GABBAY FAMILY
* JODI & DOUGLAS GALEN, SAMANTHA, JOSH & RACHEL
* ANREW & HARRISON HOPP
* DANIEL, JAMIE., ZACH & ZOE HAWTOF
* THE JASON FAMILY, JUDY, BOB, JENNIFER, MICHAEL & JONATHAN
* THE KLUFT FAMILY
* LISA & IGGY KORBATOV, LAUREN, ANNA BELLA & ELIZABETH
* THE LEIB FAMILY
* THE MARMUREANU FAMILY
* SHAYESTEH & KAMRAN NEMAN
* ROBERT, CINDY, LEAH, SARA & JENNA NEWMAN
* THE O'NEILL FAMILY
* THE PERLMAN FAMILY
* THE ROSS FAMILY, NANCY, GARY, JACK & ERIC
* THE SCHKOLNICK FAMILY
* THE SHAYAN FAMILY
* MALLORY, MICAH, MARK & DIANE SMITH
* MAGGIE, FRED, DANIELLA, MICHAEL & KAYLA SOLEIMANI
* JEREMY, LUCAS & AMELIA WOHL
* SABRINA, KAMRAN, BRANDON & DIANDRA YOUNESSI

Back to top

http://er.beverlyhills.k12.ca.us/pta/fundraising-wallnames.html    5/23/2004

CONFIDENTIAL - ATTORNEYS EYES ONLY    M 0074395

EXHIBIT 14
PAGE 253

El Rodeo School PTA - Founders Wall Donors

Page 4 of 4

Other Fundraisers:
**Membership Drive**
**Annual Drive**

| Grades K-5 | Grades 6-8 | School Information | PTA | Activities | Student Work |
| HOME | What's New? |

http://er.beverlyhills.k12.ca.us/pta/fundraising-wallnames.html

5/23/2004

CONFIDENTIAL - ATTORNEYS EYES ONLY

M 0074396

EXHIBIT 14

254

02-1680

CONFIDENTIAL - ATTORNEYS EYES ONLY

M 0074397

EXHIBIT 14

PAGE 253

# Incident Report

Page: 1

| | |
|---|---|
| File #: 02-1680 | Incident #: 0000004334 0000 |

Category: 30 - Suspicious Activity
Subcategory: 01 - Unauthorized Release of Info.

Occurrence Date: 9/5/2002
Occurrence Time: 08:00
Reported Date: 9/9/2003

Building/Site: El Segundo Tower
333 Continental Blvd.
El Segundo, California
United States 90245

Status: Open

Report Taken By: de Anda, Richard
Employment Details:
Occupation: Vice President of Security
Employer: Mattel
(310) 252-5491

## Incident Person

### Incident Person Details 1 of 3
**de Anda, Richard**

Person Type: Investigator
Employment Details:
Occupation: Vice President of Security
Employer: Mattel
(310) 252-5491

### Incident Person Details 2 of 3
**Bryant, Carter**

Person Type: Suspect
Employment Details:
Employer: ex-Mattel employee

### Incident Person Details 3 of 3
**Eckert, Robert**

Person Type: Subject
Employment Details:
Occupation: Chairman & CEO
Employer: Mattel, Inc.
333 Continental Blvd.
M1-1524
El Segundo, California
United States 90245
(310) 252-5000

## Incident Narrative
On August 5, 2002, a letter addressed to "CEO" was received in Bob Eckert's office. The letter, sent by an anonymous sender, stated that former Mattel employee, Carter Bryant, sold Bratz concept to MGA.

CONFIDENTIAL - ATTORNEYS EYES ONLY

M 0074398

EXHIBIT 14
PAGE 254

**Incident Report** Page: 2

The letter was forwarded to Rich de Anda for investigation.

CONFIDENTIAL - ATTORNEYS EYES ONLY

M 0074399

EXHIBIT 14
PAGE 257

**De Anda, Richard**

To: Kaye, Alan
Subject: MGA "Bratz"

Alan,

I've received your anonymous letter originally sent to Bob Eckert regarding Carter Bryant and "Bratz". I'm aware of this situation and have been working on it for several months. My frustration in this matter was the genesis of and that is now in the hands of Robert Normile. The truth of the matter is that Carter Bryant did work for Mattel, however, according to outside attorneys.

**REDACTED**

McShane has been

We only found out during our last trip to Mexico that Mattel has a relationship with MGA. We have MGA's product in our Mexico warehouse. Evidently, Mattel Latin America has an agreement with MGA to sell there product. This is a good example that the right hand doesn't know what the left is doing.

Let me know if and how you would like me to respond to Mr. Bob.

Rich

CONFIDENTIAL - ATTORNEYS EYES ONLY        1        M 0074400

EXHIBIT 14
PAGE 258

*Alan K —*
*worth having*
*Richard explore?*
*(RA)*

CEO
Mattel, Inc.
333 Continental Blvd.
El Segundo, CA 90245

RECEIVED
AUG 05 2002
ROBERT A. ECKERT

Dear CEO:

I have information that I think Mattel should investigate. In 2000 a Mattel employee by the name of Carter Bryant was working with Mattel to design dolls. One of the dolls that he was working on creating was the Bratz dolls. MGA Entertainment found out about his creation and approached him to plan a way that he could sell the dolls to MGA and never tell Mattel. While he was working with Mattel and working to create these dolls he worked out a deal with MGA that let him collect a large sum of money each year from MGA in exchange for his secrecy about the dolls and the fact that they are rightly Mattel dolls. Carter left Mattel to live off of the money that MGA has been paying him since then. MGA tells everyone in the business that Bratz was created by MGA which is not true. MGA knew that Carter was an employee with Mattel and that it was wrong to pay him to steal this product from Mattel.

Cc: Toy Book
    Playthings

*RICHARD —*
*I GUESS START*
*W/ IUV TO SEE*
*IF THIS MAKES*
*ANY SENSE.*

CONFIDENTIAL - ATTORNEYS EYES ONLY                                          M 0074401

EXHIBIT  14
PAGE     259



CONFIDENTIAL - ATTORNEYS EYES ONLY

M 0074402

EXHIBIT 14
PAGE 260


## Incident Report

Page: 1

**File #:** 03-664   **Incident #:** 0000004208 0000

**Category:** 01 - Theft
**Subcategory:** 13 - Proprietary Information
**Occurrence Date:** 6/9/2003
**Occurrence Time:** 12:00
**Reported Date:** 6/9/2003
**Building/Site:** El Segundo Design Center
2031 Mariposa Ave
El Segundo, California
United States 90245

**Status:** Open
**Report Taken By:** de Anda, Rich
**Employment Details:**
**Occupation:** Vice President of Security
**Employer:** Mattel
(310) 252-5491

**Incident Narrative**
On June 6, 2003, Bob Eckert (Mattel CEO) forward an e-mail regarding intellectual information on FLAVAS sent to MGA. Refer to "Confidential" Case Package for further.

Mattel, Inc.   6/9/2003   (c) PPM 2000 Inc 1990-98. All Rights Reserved.

CONFIDENTIAL - ATTORNEYS EYES ONLY

M 0074403

EXHIBIT 14
PAGE 261

## INVESTIGATIVE LOG

| DATE | INFORMATION |
|------|-------------|
|      |             |

**FOLLOW UP ITEMS:**

CONFIDENTIAL - ATTORNEYS EYES ONLY

M 0074404

EXHIBIT 14
PAGE 242

## INVESTIGATIVE LOG

| DATE | INFORMATION |
|---|---|
| 6/17/03 | MEETING W/ TINA PATEL |
| | CALL W/ JOE FARNOLO |
| 6/18/03 | RESEARCH |
| 6/19/03 | MEETING PATEL |
| | " ZABLOW |
| | **REDACTED** |
| | LEFT MESSAGE W/ CASSIDY BEA-PARKS |
| | TO CALL. |
| 6/28/03 | TINA PATEL DISCLOSING |
| | CELLULAR TELEPHONE (818) 517-5220. |
| 5/10/04 | RESEARCH PHONE RECORDS FOR |
| | CONNECTION TO BRYANT. — |
| | REFER TO NOTE SECTION |
| | CROSS CASES - 02715 AND 1680 |

**FOLLOW UP ITEMS:**

CONFIDENTIAL - ATTORNEYS EYES ONLY

M 0074405

EXHIBIT 14
PAGE 263

## INVESTIGATIVE LOG

| DATE | INFORMATION |
|---|---|
| 6/11/03 | Meeting w/ Bossick, Shore, Rapp (telephone) Simonsky & Denton - Discussed scope of individuals involvement in Flavas project and need for timeline chart. |
| 6/11/03 | Arrange meeting w/ Tom Zeller *4254 regarding timeline chart. - Set for Monday 6/16/03 |
| 6/12/03 | Gather info / Interview Judy Tamburino |
| 6/13/03 | Interview - R. Quick<br>" Tina Petal<br>Interviewed Tina Petal - *3850 |
| 6/14/00 | Meeting w/ Tom Zeller - regarding Flavas schedule. |
|  | Joe Franks - RE: Timelines with his process. - Requested to prepare list. - *3873 |

**FOLLOW UP ITEMS:**
Flavas D+D with Hong Kong
Gene Ensley -
Manufactured at - MHK -
Zodiacgirlz.com (KB-Toys)
From Milt -

CONFIDENTIAL - ATTORNEYS EYES ONLY

M 0074406

EXHIBIT 14
PAGE 264