## INVESTIGATIVE LOG

| DATE | INFORMATION |
|---|---|
| 6-9-03 | MILT ZABLOW - STATEMENT - #4120 DURING THE PRE-TOY FAIR ONE OF HIS SALES PERSONS TOLD HIM THAT HE HAD HEARD FROM A K-MART BUYER THAT THIS COMPANY MAKING BRATZ (MGA) KNOW'S MATTEL'S LINE AND HAS PICTURES OF "FLAVAS". ZABLOW INTERVIEWED THE BUYER WHO TOLD HIM THAT SHE WAS AT THE BRATZ CO. AND THEY TOLD HER THAT THEY KNOW WHAT MATTEL DOES AND KNOW THE LINE AND HAVE PICTURES OF FLAVAS. HOWEVER, SHE WAS ONLY TOLD SHE NEVER SAW ANYTHING. ZABLOW WOULD NOT GIVE THE BUYERS NAME INDICATING THAT SHE DOES NOT TO BE INVOLVED. ZABLOW BELIEVES PRODUCTION OF FLAVAS STARTS NEXT WEEK AND THE SAME VENDOR MAY BE MAKING PRODUCT FOR MGA. |
| 6/10/03 | ARRANGE MEETING W/ JOE FRANKS V.P. (EXECUTIVE SALARIES D&D) 2873 <br> ~~FOLLOW UP ITEMS:~~ <br> OTHERS UNDER FRANKS: <br> LIAM LISKA - 4361 <br> GREGORIA HILL - 2478 |
| 6/9/03 | SENT E-MAIL TO VAMIE CYGIELMAN REGARDING MEETING ARRANGEMENT. |

MIKE STONE —
VICKY BOSSICK
JOE FRANKS —
CINDY RAPP —
TOM KEEFER —

CONFIDENTIAL - ATTORNEYS EYES ONLY

M 0074407

EXHIBIT    14
PAGE       265

**De Anda, Richard**

To: Eckert, Robert A.
Cc: Kaye, Alan; Bousquette, Matt; Eckroth, Joe
Subject: RE:

Bob,

Investigation started. I'll let you know what develops.

Rich

-----Original Message-----
From: Eckert, Robert A.
Sent: Friday, June 06, 2003 3:00 PM
To: De Anda, Richard
Cc: Kaye, Alan; Bousquette, Matt; Eckroth, Joe
Subject:

I would appreciate it if you could investigate something for us. We began talking to retailers last week about a significant new doll line called "FLAVAS." We have shown retailers finished samples, but have not given them any leave-behinds. One buyer told Milt Zablow that the makers of our key competitor, BRATZ, received pictures of FLAVAS 3 days ago. I believe that it is possible that the source of the leak was internal to Mattel. I just don't see how any of our retailers obtained pictures. Obviously, design center employees and/or operations folks or photographers could be candidates. Would you pls. investigate this and see if you can help identify the leak? Feel free to talk to Matt Bousquette for his perspective. Many thanks.

1

CONFIDENTIAL - ATTORNEYS EYES ONLY

M 0074408

EXHIBIT 14
PAGE 266

**De Anda, Richard**

To: Bousquette, Matt
Subject: FLAVAS Investigation

Matt,

Please let me know when you have a few minutes to talk. I need to know who else knows the FLAVAS pictures are out?

Regards,

Rich

-----Original Message-----
From: De Anda, Richard
Sent: Monday, June 09, 2003 12:22 PM
To: Eckert, Robert A.
Cc: Kaye, Alan; Bousquette, Matt; Eckroth, Joe
Subject: RE:

Bob,

Investigation started. I'll let you know what develops.

Rich

-----Original Message-----
From: Eckert, Robert A.
Sent: Friday, June 06, 2003 3:00 PM
To: De Anda, Richard
Cc: Kaye, Alan; Bousquette, Matt; Eckroth, Joe
Subject:

I would appreciate it if you could investigate something for us. We began talking to retailers last week about a significant new doll line called "FLAVAS." We have shown retailers finished samples, but have not given them any leave-behinds. One buyer told Milt Zablow that the makers of our key competitor, BRATZ, received pictures of FLAVAS 3 days ago. I believe that it is possible that the source of the leak was internal to Mattel. I just don't see how any of our retailers obtained pictures. Obviously, design center employees and/or operations folks or photographers could be candidates. Would you pls. investigate this and see if you can help identify the leak? Feel free to talk to Matt Bousquette for his perspective. Many thanks.

1

CONFIDENTIAL - ATTORNEYS EYES ONLY

M 0074409

EXHIBIT 14
PAGE 267

**De Anda, Richard**

To: Cygielman, Jamie
Subject: FLAVAS

Jamie,

I understand that your in New York. I need to discuss a confidential matter involving FLAVAS with you. I can be reached at (310) 252-5491. Please call when you have a moment.

Thanks,

Rich

CONFIDENTIAL - ATTORNEYS EYES ONLY          M 0074410

EXHIBIT 1.4
PAGE 268

Notes

CONFIDENTIAL - ATTORNEYS EYES ONLY

M 0074411

EXHIBIT 14

PAGE 269

## FLAVAS INVESTIGATION

### FACT AS KNOWN

- Mid May 2003 – MGA acquired FLAVAS sketch and line information. (Developed from confidential source).

- June 4, 2003 – information received from K-Mart customer that MGA has FLAVAS line information and photographs.

- June 17, 2003 – MGA has hard copy of Pre Toy Fair PowerPoint presentation of Barbie Galley. Given to Isaac at MGA by TRU customer. (Developed from confidential source).

- June 19, 2003 – TRU meeting with Isaac MGA on June 10, 2003 the day following TRU at Mattel Pre Toy Fair. Manny Francione tells Isaac about Mattel's product lines, encourages MGA to do something about FLAVAS and describes Mattel's entire marketing plan including dollars. This conversation was done with several TRU buyers from Canada. (Developed from confidential source).

- Mattel former employees now at MGA.

### INVESTIGATION

- Manage issue and determine opportunities regarding TRU breach of confidentiality.

- Continue to develop evidence on TRU breach.

- Develop connecting evidence with current Mattel employees to former Mattel and MGA employees. Test with misinformation.

- Harden Mattel's target and plug the leaks.

CONFIDENTIAL - ATTORNEYS EYES ONLY

M 0074412

EXHIBIT 14
PAGE 270

6/11/03

Meeting
- Jolly Bessick
- Mike Shore
- Cynthia Lapp (Call in)
- Bob Simonoah
- Rich deAnda

Wal-Mart Saw Line
Pictures of Line Taken
for Research
- USA - Spain, France, UK -
USA - mid-May
International - End of May

Research Suppliers - in LA
Mounted - Photos

Marketing - Had Hardcopy - Distribution
Right Before Wal-Mart Viewing —
Need Names of Marketing Personnel

Munistary
Lisa Talbert
Markus Higgins - Brand Mgr
Ayson Grubbard
Matt Wickland (International)

CONFIDENTIAL - ATTORNEYS EYES ONLY

M 0074413

EXHIBIT 14

PAGE 271


MGA - SHIRIN SALEMNIA @
MATTEL - DEPT ASST. RESEARCH GROUP.

RESEARCHED HARDDRIVE -
    CONTAINS PHOTOS OF PRODUCT - 9TH FLOOR

ADV - AGENT - Y&R
MATTHEWS BUTLER THOMAS GROUP

TOM KOESER -
- CUT DISK WITH IMAGES -
SENT TO INTERNATIONAL SUB'S
THE WEEK BEFORE WALMART SHOW -

* 1ST OF MAY -
NAMED PRODUCT AS FLAVAS -
PRIOR WAS ALWAYS REFERRED TO
AS "TEN GIRL"

4 - GENERATIONS OF PHOTOS -
STARTED PHOTOS IN JANUARY 03 -

CONFIDENTIAL - ATTORNEYS EYES ONLY

M 0074414

EXHIBIT 14
PAGE 272

6/23/03
Irene Torres — 4/225

1. Tong Wong –
   Wanted package – Nr top designer
   Got job w/ MGA walked out same day.

2. Steve Cheng

3. Dennis Soai

4. Venny Wu – package designer
   Let go due to down size —
   Very upset wrote letter of complaint.

5. Andre Atibade – Nr top designer –
   Let go due to down size —
   Played race card
   Sexual Harassment card —

CONFIDENTIAL - ATTORNEYS EYES ONLY                M 0074415

EXHIBIT  14
PAGE  273

PAULA TREANTFELOS — FORMER MATTEL
EMPLOYEE NOW @ MGA —
LEFT MATTEL (1999 — 2000) AFTER 30 YRS.
WAS IN BUSINESS PLANNING —
NOW HOLDS HIGH POSITION AT MGA —
WORKS IN MARKETING ON BRATZ —

IVY ROSS — STATES
OUTSIDE VENDOR HELP DEVELOP
FLAVAS CONCEPT.

CONFIDENTIAL                                         M 0074414.01

EXHIBIT 14

PAGE 274

Ravelo, Oany

| | |
|---|---|
| Subject: | Confidential Matter |
| Location: | Rotunda |
| Start: | Wed 6/11/2003 10:00 AM |
| End: | Wed 6/11/2003 11:00 AM |
| Recurrence: | (none) |
| Meeting Status: | Meeting organizer |
| Required Attendees: | De Anda, Richard; Bossick, Jerome; Shore, Michael; Rapp, Cynthia; Simoneau, Robert |

Cynthia Rapp can be reached on her cell phone (310) 480-6253.

1

CONFIDENTIAL - ATTORNEYS EYES ONLY

M 0074416

EXHIBIT 14
PAGE 275

MGA Entertainment- makers of the award winning Bratz dolls

Page 1 of 1





Site Map | About MGA | Contact Info | Cool Jobs | Privacy Policy

http://www.mgae.com/

6/10/2003

CONFIDENTIAL - ATTORNEYS EYES ONLY

M 0074417

EXHIBIT 14
PAGE 274

MGA Entertainment - Site Map                                     Page 1 of 1





### Home

### Products

### Customer Service

- Product FAQs
- Product Registration
- Product Instructions
- Order Parts

### Contests

### Where to Buy

### Corporate

- About MGA
- Contact Info
- Cool Jobs
- Privacy Policy

Site Map | About MGA | Contact Info | Cool Jobs | Privacy Policy

http://www.mgae.com/sitemap.asp                                6/10/2003

CONFIDENTIAL - ATTORNEYS EYES ONLY                              M 0074418

EXHIBIT   14
PAGE   277

MGA Entertainment - About                                                   Page 1 of 2





**MGA Entertainment**
**A Consumer Products Entertainment Company**

Leading a revolution in family and children's entertainment, MGA Entertainment develops a broad range of proprietary and licensed products by using innovative designs and new technologies applied to its products. The company's diverse product line features Award-Winning fashion dolls and accessories, remote control action vehicles, special feature plush, interactive dolls, electronic handheld and virtual reality games, girl's lifestyle products, smart toys, and consumer electronics.

2002 marks the most productive year in MGA Entertainment's history, with continued success of its proprietary fashion doll line, Bratz, first launched in June of 2001. The company has gained recognition from a number of toy experts, and has received multiple industry awards between 1998 and 2001, including The National Parenting Seal of Approval, Dr. Toy's Top 10 Best Children's Products, and two time winner of Herb Weisbaum's NBC Today Show Annual Toy Test. This year is no exception, winning the Toy Industry's most prestigious award, The People's Choice Toy of the Year for Bratz in February, followed by a second consecutive Family Fun Toy of the Year award for Bratz, this time for their newly introduced Salon N Spa play set.



MGA Entertainment was originally founded as a consumer electronics business in 1979. In 1987, the company gained entrée into the toy business by obtaining exclusive rights to sell Nintendo handheld LCD games in the United States. This event paved the way for MGA Entertainment to create innovative products for other hot licenses, including Hello Kitty and Power Rangers. This year, MGA Entertainment added Spider-Man:The Movie to its already exciting collection of licenses, with The Hulk to follow in 2003.

MGA Entertainment has also taken on the role as licensor for Bratz. Bratz licensed product debuted in spring 2002 with tween targeted apparel and footwear. Brand extensions in stationery, school supplies, video games, board games, puzzles, Halloween costumes and party goods, to name a few, will follow throughout the year and into 2003. Also, the first direct-to-video animated episode starring the Bratz has commenced production and will debut in the second half of 2003, as well.

Available in more storefronts than any other toy manufacturer, MGA Entertainment's quality family entertainment products are available in a wide variety of retail outlets, including toy, mass merchandiser, specialty, drug and grocery stores, as well as online at

http://www.mgae.com/about.asp                                               6/10/2003

CONFIDENTIAL - ATTORNEYS EYES ONLY                                         M 0074419

EXHIBIT    14
PAGE       278

MGA Entertainment - About

Page 2 of 2

most popular retailer, or "e"-tailer websites.

MGA Entertainment's corporate offices are located in North Hills, California, a suburb of Los Angeles, with affiliate offices in Hong Kong and New York.

Site Map | About MGA | Contact Info | Cool Jobs | Privacy Policy

http://www.mgae.com/about.asp

6/10/2003

CONFIDENTIAL - ATTORNEYS EYES ONLY

M 0074420

EXHIBIT 14
PAGE 279

MGA Entertainment - Contact

Page 1 of 1





**Los Angeles Corporate Office:**

MGA Entertainment
16730 Schoenborn St
North Hills, CA 91343-6122

customers@mgae.com

Privacy Policy

**Visit our Customer Service Page for:**

- Product FAQ's
- Product Instruction Manuals
- Product Registration
- Product Part Ordering

Please refer customer service and help line calls to our customer service call center.

1-800-222-4685 (8am to 5pm EST)

Site Map | About MGA | Contact Info | Cool Jobs | Privacy Policy

http://www.mgae.com/contact.asp

6/10/2003

CONFIDENTIAL - ATTORNEYS EYES ONLY

M 0074421

EXHIBIT 14
PAGE 280

MGA Entertainment - Cool Jobs                                    Page 1 of 2





**Join the team that is setting the pace in the industry.**

MGA Entertainment, leading the revolution in family entertainment has a number of outstanding job opportunities in a stimulating work environment that encourages creativity, perseverance, teamwork and a sense of responsibility.

MGA Entertainment develops a broad range of proprietary and licensed products by using new technologies never before applied to toys. The Company's diverse product line features interactive dolls, electronic handheld games, girl's lifestyle products and smart toys, including robots and interactive plush toys.

We offer an excellent compensation package including medical, dental, vision and 401(k) Plan, as well as bonus plans for designated positions. If you are a bright, goal-oriented, self-motivated person and enjoy a dynamic fast-paced work environment, we encourage you to e-mail your resume to hr@mgae.com Or, if you wish to fax or mail your resume, please send to:

 **MGA Entertainment**
Attn: Human Resources
16730 Schoenborn Street
North Hills, CA 91343-6122
Fax - 818-894-1615

MGA is an Equal Opportunity Employer

**Current Jobs:**

ASSOCIATE COPYWRITER

ASSOCIATE SALES MANAGER

CHARACTER ART MANAGER

CHARACTER ART SUPERVISOR

DATA ENTRY / EDI COORDINATOR

http://www.mgae.com/jobs/jobs.asp                          6/10/2003

CONFIDENTIAL - ATTORNEYS EYES ONLY                    M 0074422

EXHIBIT 14
PAGE 281