Feb-04-2008  05:16pm  From-SASMF                    2136875600               T-445  P.002/003  F-040

# SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

300 SOUTH GRAND AVENUE

LOS ANGELES, CALIFORNIA 90071-3144

TEL: (213) 687-5000
FAX: (213) 687-5600
www.skadden.com

DIRECT DIAL
(213) 687-5514
DIRECT FAX
(213) 621-5514
EMAIL ADDRESS
MMUMFORD@SKADDEN.COM

FIRM/AFFILIATE OFFICES
-----
BOSTON
CHICAGO
HOUSTON
NEW YORK
PALO ALTO
SAN FRANCISCO
WASHINGTON, D.C.
WILMINGTON
-----
BEIJING
BRUSSELS
FRANKFURT
HONG KONG
LONDON
MOSCOW
PARIS
SINGAPORE
SYDNEY
TOKYO
TORONTO
VIENNA

February 4, 2008

**VIA FACSIMILE**

Timothy L. Alger, Esq.
Quinn, Emanuel, Urquhart, Oliver & Hedges, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017-2543

RE:   *Mattel, Inc. v. Bryant*

Dear Timothy:

I write in response to your January 31, 2008 letter concerning document M0073472. Before responding in substance, I must address the circumstances surrounding what you've described as MGA's purportedly improper use of that document.

On December 17, 2007, I sent a letter to Jon Corey indicating that we were unable to locate any further-redacted version of M0073472 that Mattel was going to re-produce. Your firm never responded to my letter and indeed has since acknowledged that the status of the document and the additional redactions you made to it may have been "a little bit unclear." (*See* Simoneau Tr. at 99:17-105:20 (rough).)

On December 19, 2007, MGA deposed Richard De Anda, Mattel's Vice President of Global Security and Investigations. Mr. Corey and Mattel in-house counsel Jill Thomas were representing Mr. De Anda and Mattel. At the deposition, MGA introduced M0073472 as part of a larger exhibit that had previously been introduced into evidence at the deposition of Alan Kaye. Neither Mr. Corey nor Ms. Thomas objected to our use of the document. Concerning the "7/22/03" entry that you redacted in the most recent iteration of the document, Mr. De Anda testified that he wrote the entry, it concerned research of Bryant's address, and Jill Thomas was present at his deposition. (De Anda Tr. at 313:10-314:4.)

EXHIBIT 17

PAGE 301

Timothy L. Alger, Esq.
February 4, 2008
Page 2

Given these facts, as well as those documented by Michael Page of Keker & Van Nest by letter dated June 25, 2007 and by Marc Feinstein of O'Melvany & Myers on August 1, 2007, we believe any privilege with respect to the newly redacted potion of M0073472 has been waived. We consequently ask you to reconsider your request that we replace all versions of M0073472 with the version attached to your January 31, 2008 letter.

To the extent that you do not reconsider your request, please inform me of your availability to meet and confer regarding the propriety of the redactions that you made in the version of M0073472 attached to your letter, as they do not reflect those made by Mattel on the record at the deposition of Robert Simoneau.

I look forward to your prompt response.

Sincerely,

Marcus R. Mumford

cc: Michael H. Page, Esq.
    Mark E. Overland, Esq.

EXHIBIT __17__

PAGE __302__

**EXHIBIT 18**

## Timothy Alger

**From:** Timothy Alger
**Sent:** Wednesday, February 20, 2008 11:57 AM
**To:** 'Mumford, Marcus R'
**Subject:** Document M 0073472

Marcus,

Thank you for your letter of February 4, which responded to my letter of January 31, 2008. My letter requested that we meet-and-confer under the discovery master stipulation, but you did not respond to that, and you instead requested that I reconsider my request for the return of M 0073472. Please let me know when we can meet-and-confer in anticipation of a motion to compel by Mattel. I propose that we meet and confer tomorrow afternoon, after counsel complete the conference re pending motions ordered by Judge Infante, or set something up for Friday morning.

Tim

EXHIBIT 10

PAGE 303

2/27/2008

**EXHIBIT 19**

**Timothy Alger**

| | |
|---|---|
| From: | Timothy Alger |
| Sent: | Friday, February 22, 2008 5:33 PM |
| To: | 'Mumford, Marcus R' |
| Subject: | M 0074372 |
| Attachments: | M 0074372 B.pdf |

Marcus,

We spoke this evening about document M 0074372, and I informed you of Mattel's position that the 7/22/03 entry in the document needed to be redacted in its entirety, including the date. The entry reflects attorney-client communications and attorney work product relating to the Gunther-Wahl litigation. I also informed you that the portions of the de Anda and Simoneau depositions that reference the entry must be stricken and redacted from the transcripts. We did not reach agreement regarding this, and I informed you that Mattel will bring a motion to compel and for protective order.

You informed me yesterday and during our discussion today that MGA intends to use M 0074372 as an exhibit during the Mattel 30(b)(6) deposition, which is now set for tomorrow. You agreed today that MGA would use the corrected version of M 0074372 at the deposition. Although Mattel has previously provided the correctly redacted document to defendants, for certainty I am attaching it to this email. We have Bates stamped the document M 0074372B.

Please feel free to call me with any questions.

Tim


Timothy L. Alger, Esq.
Quinn Emanuel Urquhart Oliver & Hedges, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017
Direct: (213) 443-3223
Main Phone: (213) 443-3000
Main Fax: (213) 443-3100
E-mail: timalger@quinnemanuel.com
Web: www.quinnemanuel.com

EXHIBIT 19
PAGE 304

2/27/2008

**CHRONOLOGICAL RECORD**

CASE NO: 02-115          PAGE    OF

| DATE | TIME | INVESTIGATION |
|---|---|---|
| 3/15/02 | | Rec'd Case - Opened Inv. |
| 3/20 | | Met w/ Ivy Ross on this Case & Discussed TP Protection Program. |
| 3/28 | | Met w/ Cassidy Park to get more info on MGA issue. She suggested Carter Bryant as Illustrator/Former Employee who may have plagerized Design of Lilly Martinez and created "Bratz" Dolls for MGA |
| | 1500 | Checked w/HR for Bryant's File. Term Date 10/20/00. File is in Offsite Storage - Requested it be Retrieved |

REDACTED

| 4/9 | THU | Checked Schoenborn Add for Leads - Neg |
| 4/26 | FRI | Checked Schoenborn Add - Neg Results |
| 5/4 | SAT | " " " " " |
| 6-22 | SAT | Checked Schoenborn Add - Neg |
| 7-3-02 | WED | " " " " |

REDACTED

| 6/21/04 | - | Update Isaac Larian Background. |

CONFIDENTIAL

M 0074372

EXHIBIT 19
PAGE 305

M 0074372 B

# Discovery Motions

2:04-cv-09049-SGL-RNB Carter Bryant v. Mattel Inc
(RNBx), AO279, DISCOVERY, PROTORD, RELATED-G

## UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

### Notice of Electronic Filing

The following transaction was entered by Alger, Timothy on 2/29/2008 at 1:31 PM PST and filed on 2/29/2008

**Case Name:** Carter Bryant v. Mattel Inc
**Case Number:** 2:04-cv-9049
**Filer:** Mattel Inc
**Document Number:** 2372

**Docket Text:**
NOTICE OF MOTION AND MOTION to Compel MGA and Carter Bryant to Return Privileged Document and for Protective Order; And Memorandum of Points and Authorities *[Public Redacted]* filed by Defendant Mattel Inc. (Attachments: # (1) Declaration of Timothy L. Alger [Public Redacted]# (2) Exhibit 1-19 (Alger Declaration)# (3) Declaration of Jon D. Corey [Public Redacted]# (4) Exhibit 1-2 (Corey Declaration)# (5) Declaration of Jill Thomas# (6) Proof of Service)(Alger, Timothy)

**2:04-cv-9049 Notice has been electronically mailed to:**

Juan Pablo Alban   juanpabloalban@quinnemanuel.com

Timothy L Alger   timalger@quinnemanuel.com

Christa M Anderson   canderson@kvn.com

Linda M Burrow   burrow@caldwell-leslie.com

Michelle M Campana   michelle.campana@skadden.com

Jon D Corey   joncorey@quinnemanuel.com

Alexander H Cote   acote@obsklaw.com

Leah Chava Gershon   leah@spertuslaw.com

Alan Neil Goldberg   agoldberg@sgattys.com

Melissa Grant   melissagrant@quinnemanuel.com

Emil W Herich   eherich@kmwlaw.com

Diane C Hutnyan    dianehutnyan@quinnemanuel.com, andreahoeven@quinnemanuel.com

John W Keker    jkeker@kvn.com, DRoberts@kvn.com, efiling@kvn.com

Raoul D Kennedy    rkennedy@skadden.com

Alisa Morgenthaler Lever    amorgenthaler@chrisglase.com

Larry W McFarland    lmcfarland@kmwlaw.com

Nathan Meyer    nmeyer@kayescholer.com, dclow@kayescholer.com

Cyrus S Naim    cyrusnaim@quinnemanuel.com

Thomas J Nolan    tnolan@skadden.com, carl.roth@skadden.com, marcus.mumford@skadden.com

Mark E Overland    moverland@obsklaw.com

Michael H Page    mhp@kvn.com

Kenneth A Plevan    kenneth.plevan@skadden.com, drogosa@skadden.com, sumclaug@skadden.com

Brett Dylan Proctor    dylanproctor@quinnemanuel.com

John B Quinn    johnquinn@quinnemanuel.com

David C Scheper    dscheper@obsklaw.com, feseroma@obsklaw.com

Oleg Stolyar    alexstolyar@quinnemanuel.com

John Elliot Trinidad    jtrinidad@kvn.com, efiling@kvn.com, yjayasuriya@kvn.com

Audrey Walton-Hadlock    awaltonhadlock@kvn.com

Matthew M Werdegar    mmw@kvn.com

Michael T Zeller    michaelzeller@quinnemanuel.com

**2:04-cv-9049 Notice has been delivered by First Class U. S. Mail or by fax to: :**

Kien C Tiet
Stern and Goldberg
6345 Balboa Boulevard, Suite 200
Encino, CA 91316

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** \\quinnemanuel.local\DFSR_Network\Noreplicate\Users02\catherineestacio\7209 Mattel\PUBLIC Mtn to Compel Return Priv Doc 022908.pdf
**Electronic document Stamp:**

https://ecf.cacd.uscourts.gov/cgi-bin/Dispatch.pl?109329657326369    2/29/2008

[STAMP cacdStamp_ID=1020290914 [Date=2/29/2008] [FileNumber=5441490-0]
[a7fbdf66e78bae37ca82f1274982ef9cdc61afed6b98c6406ab5d52589bf81d34761
e3cccabd40515da3b8528d33bf84fd8d63be26c9eea51adbaec95ca80d68]]
**Document description:** Declaration of Timothy L. Alger [Public Redacted]
**Original filename:** \\quinnemanuel.local\DFSR_Network\Noreplicate\Users02\catherineestacio\7209 Mattel\PUBLIC Alger Declaration 022908.pdf
**Electronic document Stamp:**
[STAMP cacdStamp_ID=1020290914 [Date=2/29/2008] [FileNumber=5441490-1]
[742c407aae64f3bc7874677401a9a9ae41d7e05e99fa6cb70cab985fef96e7ec1b65
1d2b2766686d9fd31535754dcb31627785b278f5aed8f1a0787d98171f57]]
**Document description:** Exhibit 1-19 (Alger Declaration)
**Original filename:** \\quinnemanuel.local\DFSR_Network\Noreplicate\Users02\catherineestacio\7209 Mattel\PUBLIC Alger Decl Exh 1-19 022908.pdf
**Electronic document Stamp:**
[STAMP cacdStamp_ID=1020290914 [Date=2/29/2008] [FileNumber=5441490-2]
[309f9f8a1cc396691dde861dd512c9037d9c97358a31e1c5292f647aff32ff5e39b6
b148b972cb2fd90015b67ab3cfa5e6279720a02c5b65b9d7eaa4fe5ae7e6]]
**Document description:** Declaration of Jon D. Corey [Public Redacted]
**Original filename:** \\quinnemanuel.local\DFSR_Network\Noreplicate\Users02\catherineestacio\7209 Mattel\PUBLIC Corey Declaration 022908.pdf
**Electronic document Stamp:**
[STAMP cacdStamp_ID=1020290914 [Date=2/29/2008] [FileNumber=5441490-3]
[431e7f684e4b3b1fea5a9ef3bf2eeb436d7988f77be45ea400457d9a070eeb185de2
a63ae52cb877204412ffe1a4b8df7d06645658f0c20f18c3fa439e17f0ce]]
**Document description:** Exhibit 1-2 (Corey Declaration)
**Original filename:** \\quinnemanuel.local\DFSR_Network\Noreplicate\Users02\catherineestacio\7209 Mattel\PUBLIC Corey Dec Exh 1-2 022908.pdf
**Electronic document Stamp:**
[STAMP cacdStamp_ID=1020290914 [Date=2/29/2008] [FileNumber=5441490-4]
[08b247fd3f65d446d70b53ee03580b5c51c064de9faf2d66746209a572b650fda786
ba22dca09ea13faacf3d5a31f1799c5598fac19959fca1e88e3a0e07419a]]
**Document description:** Declaration of Jill Thomas
**Original filename:** \\quinnemanuel.local\DFSR_Network\Noreplicate\Users02\catherineestacio\7209 Mattel\Jill Thomas Declaration 02-22-08.pdf
**Electronic document Stamp:**
[STAMP cacdStamp_ID=1020290914 [Date=2/29/2008] [FileNumber=5441490-5]
[af6368804f46f90a043f22ab2c844b8cb60b95a5c7ec0e4ebcbb2078a62c49c25842
8e540a6a4af5513735dd27b010edd844c8c2873105fa43147adc1828aa52]]
**Document description:** Proof of Service
**Original filename:** \\quinnemanuel.local\DFSR_Network\Noreplicate\Users02\catherineestacio\7209 Mattel\POS Mtn to Compel MGA Return Priv Doc 022808.pdf
**Electronic document Stamp:**
[STAMP cacdStamp_ID=1020290914 [Date=2/29/2008] [FileNumber=5441490-6]
[b1ab3f9d7bbec34fb81c869bf719a1c8d2ede236a9ffb1835afcf84b58ca3794c35e
3f6918f9872a3b81f66f9fa3dd974a8ab90f8e5903017bfecdcf6dc6481b]]