QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
  Timothy L. Alger (Bar No. 160303)
  timalger@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with<br>Case Nos. CV 04-09059 & CV 05-2727<br><br>STIPULATION REGARDING REMOVAL OF DOCKET NO. 3819<br><br>**Phase 1**<br>Discovery Cut-Off: January 28, 2008<br>Pre-Trial Conference: May 5, 2008<br>Trial Date: May 27, 2008 |

## STIPULATION

WHEREAS, Mattel, Inc. ("Mattel") filed a [Public Redacted] Declaration of Scott B. Kidman in Support of Mattel, Inc.'s Motion Objecting to Portions of Discovery Master's December 31, 2007 Order Regarding Tax Returns, at Docket No. 3819; and

WHEREAS, Mattel included in this filing an unredacted copy of Exhibit 5; and

WHEREAS, though the parties dispute whether this document should remain under seal, the Court has not ruled on their dispute, and the document should therefore remain under seal at this time.

NOW, THEREFORE, all parties agree as follows, subject to the Court's approval:

1. Docket No. 3819, the [Public Redacted] Declaration of Scott B. Kidman in Support of Mattel, Inc.'s Motion Objecting to Portions of Discovery Master's December 31, 2007 Order Regarding Tax Returns, shall be removed from the docket in Case No. CV 04-9049.

IT IS SO STIPULATED.

DATED: May 28, 2008

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

By _____
Cyrus S. Naim
Attorneys for Mattel, Inc.

07209/2520586.1

-1-

STIPULATION RE: REMOVAL OF DOCKET NO. 3819

| | | |
|---|---|---|
| 1 | DATED: May 28, 2008 | SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP |
| 2 | | |
| 3 | | |
| 4 | | By /s/ Jeremy Ross (CSN with authorization) |
| 5 | | Jeremy Ross |
| | | Attorneys for MGA Entertainment, Inc., MGAE de Mexico, S.R.L. de C.V., MGA Entertainment (HK) Limited, and Isaac Larian |

07209/2520586.1

-2-

STIPULATION RE: REMOVAL OF DOCKET NO. 3819