O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| CARTER BRYANT, an individual, | CASE NO. CV 04-9049 SGL (RNBx) |
|---|---|
| Plaintiff, | Consolidated with<br>Case Nos. CV 04-09059 & CV 05-2727 |
| vs. | Hon. Stephen G. Larson |
| MATTEL, INC., a Delaware corporation, | ORDER GRANTING STIPULATION REGARDING DISCLOSURE OF DEMONSTRATIVES AT TRIAL |
| Defendant. | |
| AND CONSOLIDATED ACTIONS | **Phase 1**<br>Pre-Trial Conference:  May 19, 2008<br>Trial Date:  May 27, 2008 |

07209/2506089.1

[PROPOSED] ORDER

# **ORDER**

Having considered the parties' Stipulation Regarding Disclosure of Demonstratives at Trial Mattel, Inc. (the "Stipulation"):

IT IS HEREBY ORDERED THAT demonstratives, graphics and illustrative materials to be shown to the trier of fact shall be disclosed to counsel for the opposing party or parties twenty-four (24) hours prior to their use.

IT IS SO ORDERED.

DATED:  _May 23, 2008

*[signature: S.G. Larson]*

Honorable Stephen G. Larson
U.S. District Court Judge

07209/2506089.1

-2-

[PROPOSED] ORDER