THOMAS J. NOLAN (Bar No. 66992)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue
Los Angeles, CA  90071-3144
Telephone:   (213) 687-5000
Facsimile:    (213) 687-5600
E-mail:   tnolan@skadden.com

RAOUL D. KENNEDY (Bar No. 40892)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
4 Embarcadero Center, 38th Floor
San Francisco, California  94111-5974
Telephone:   (415) 984-6400
Facsimile:    (415) 984-2698
Email:         rkennedy@skadden.com

Attorneys for Counter-Defendants
MGA ENTERTAINMENT, INC., ISAAC LARIAN,
MGA ENTERTAINMENT (HK) LIMITED, and
MGAE de MEXICO S.R.L. de C.V.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual<br><br>            Plaintiff,<br><br>      v.<br><br>MATTEL, INC., a Delaware corporation<br><br>            Defendant.<br><br>Consolidated with MATTEL, INC. v. BRYANT and MGA ENTERTAINMENT, INC. v. MATTEL, INC. | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with Case No. 04-9059 and Case No. 05-2727<br><br>Hon. Stephen G. Larson<br><br>**ORDER ON STIPULATION RE: SUBPOENA TO WACHOVIA CORPORATION**<br><br>**Phase 1**<br>Discovery Cut-Off:     Jan. 28, 2008<br>Pre-Trial Conference:  May 5, 2008<br>Trial Date:                    May 27, 2008<br><br>**Phase 2**<br>Discovery Cut-Off:     N/A<br>Pre-Trial Conference:  N/A<br>Trial Date:                    N/A |

1  Based on the Stipulation regarding the subpoena to Wachovia Corporation, IT
2  IS HEREBY ORDERED that:  (1) Mattel's January 2008 document subpoena to
3  Wachovia is withdrawn without prejudice to Mattel's issuance of such subpoena
4  during Phase 2 discovery in this case; (2) the MGA Parties may assert all objections
5  to such subpoena, other than an objection that Mattel withdrew that subpoena
6  pursuant to the above referenced stipulation; and (3) the MGA Parties' motion to
7  quash the January 2008 document subpoena is hereby withdrawn without prejudice
8  to the MGA Parties' right to re-file such motion during Phase 2 discovery in this case.

DATED:  May _23, 2008

_____
Hon. Stephen G. Larson
United States District Court Judge

-1-
[PROPOSED] ORDER ON STIPULATION RE SUBPOENA TO WACHOVIA CORPORATION
Case No. CV 04-9049 SGL (RNBx)