1  Amb. Pierre-Richard Prosper (SBN 145331)
   ARENT FOX LLP
2  555 West Fifth Street, 48th Floor
   Los Angeles, CA 90013-1065
3  Telephone: 213.629.7400
   Facsimile: 213.629.7401
4

5  *Court-Appointed Settlement Officer*

FILED
CLERK, U.S. DISTRICT COURT
MAY 27 2008
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION / BY DEPUTY

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant. | Case No. CV 04-9049 SGL (RNBx)<br><br>Consolidated with Case No. 04-9059 and Case No. 05-2727<br><br>(FILED UNDER SEAL AND IN CAMERA)<br><br>**NOTICE OF FILING OF CARTER BRYANT AND MATTEL, INC.'S SETTLEMENT AGREEMENT**<br><br>Honorable Stephen G. Larson |
| AND CONSOLIDATED ACTIONS. | |

ORIGINAL

ARENT FOX LLP
ATTORNEYS AT LAW
LOS ANGELES

NOTICE OF FILING OF BRYANT AND
MATTEL, INC.'S SETTLEMENT AGT.
CV 04-9049 SGL (RNBx)

1  **TO THE PARTIES AND THEIR ATTORNEYS OF RECORD:**

2      PLEASE TAKE NOTICE that on May 27, 2008, Settlement Officer filed
3  with the Court (1) Carter Bryant and Mattel, Inc.'s Settlement Agreement, and (2)
4  Proposed Order re Carter Bryant and Mattel, Inc.'s Settlement Agreement. These
5  two documents were filed under seal and in camera.

7  Dated: May 27, 2008                ARENT FOX LLP

9  By: /s/ *[signature]*
10                           Amb. Pierre-Richard Prosper

ARENT FOX LLP
ATTORNEYS AT LAW
LOS ANGELES

- 2 -

NOTICE OF FILING OF BRYANT AND
MATTEL, INC.'S SETTLEMENT AGT.
CV 04-9049 SGL (RNBx)

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**PROOF OF SERVICE**
**USDC Case No. CV 04-9049 SGL (RNBx)**

I am a citizen of the United States. My business address is Arent Fox, 555 W. Fifth Street, 48th Floor, Los Angeles, California 90013. I am employed in the county of Los Angeles. I am over the age of 18 years, and not a party to the within cause.

On the date set forth below, according to ordinary business practice, I served the following document(s) described as:

**NOTICE OF FILING OF CARTER BRYANT AND MATTEL, INC.'S SETTLEMENT AGREEMENT**

☐ (BY FAX) I transmitted via facsimile on this date, from facsimile number (213) 629-7401, the document(s) to the person(s) listed in the attached service list at the fax number(s) set forth therein. A statement that this document was successfully transmitted without error is attached to this Proof of Service.

☐ (BY MAIL) I am readily familiar with my employer's business practice for collection and processing of correspondence for mailing with the U.S. Postal Service, and that practice is that correspondence is deposited with the U.S. Postal Service the same day as the day of collection in the ordinary course of business. On this date, I placed the document(s) in envelopes addressed to the person(s) in the attached service list, and sealed and placed the envelopes for collection and mailing following ordinary business practices.

☐ (BY E-MAIL) On this date, I caused the above documents to be delivered electronically to the e-mail address(es) of the person(s) in the attached service list.

☒ (BY PERSONAL SERVICE) On this date, I delivered by hand envelope(s) containing the document(s) to the persons(s) in the attached service list.

☐ (BY OVERNIGHT DELIVERY) On this date, I placed the documents in envelope(s) addressed to the person(s) in the attached service list, and caused those envelopes to be delivered to an overnight delivery carrier, with delivery fees provided for, for next-business-day delivery to the person(s) on the attached list.

ARENT FOX LLP
ATTORNEYS AT LAW
LOS ANGELES

PROOF OF SERVICE
CV 04-9049 SGL (RNBx)

1
2   ☒   *(*(Federal) I certify under the laws of the United States of America that the foregoing is true and correct.
3
    Executed on May 27, 2008, at Riverside, California.
4
5
6                                                    _____
                                                     Amb. Pierre-Richard Prosper
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

ARENT FOX LLP
ATTORNEYS AT LAW
LOS ANGELES

- 2 -

**PROOF OF SERVICE**
**CV 04-9049 SGL (RNBx)**

# PROOF OF SERVICE
## USDC Case No. CV 04-9049 SGL (RNBx)

### Service List

| | |
|---|---|
| John W. Keker, Esq.<br>Christa M. Anderson, Esq.<br>Matthew M. Werdegar, Esq.<br>KEKER & VAN NEST, LLP<br>710 Sansome Street<br>San Francisco, CA 94111-1704<br>(415) 391-5400<br>(415) 397-7188 fax<br><br>jkeker@kvn.com<br>canderson@kvn.com<br>mwerdegar@kvn.com | Attorneys for Plaintiff CARTER BRYANT |
| John B. Quinn, Esq.<br>Michael T. Zeller, Esq.<br>QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP<br>865 S. Figueroa Street, 10th Floor<br>Los Angeles, CA 90017-2543<br>(213) 443-3000<br>(213) 443-3100 fax<br><br>johnquinn@quinnemanuel.com<br>michaelzeller@quinnemanuel.com | Attorneys for Defendant MATTEL, INC. |
| Thomas J. Nolan, Esq.<br>Jason D. Russell, Esq.<br>Marina Bogorad, Esq.<br>Kenneth Plevan, Esq.<br>SKADDEN ARPS SLATE MEAGHER & FLOM<br>300 S. Grand Avenue, Suite 3400<br>Los Angeles, CA 90071-3144<br>(213) 687-5000<br>(213) 687-5600 fax<br><br>tnolan@skadden.com<br>jrussell@skadden.com<br>mbogorad@skadden.com<br>kplevan@skadden.com | Attorneys for MGA ENTERTAINMENT, INC., MGA ENTERTAINMENT (HK) LIMITED, MGAE DE MEXICO, S.R.L. DE C.V., AND ISSAC LARIAN |