QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 90378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:  (213) 443-3000
Facsimile:  (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>                    Plaintiff,<br><br>        vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>                    Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-2727<br><br>**DISCOVERY MATTER**<br><br>**[To be Heard by Discovery Master Hon. Edward Infante (Ret.) Pursuant to Court Order of December 6, 2006]**<br><br>[PUBLIC REDACTED] DECLARATION OF JON D. COREY IN SUPPORT OF MATTEL, INC.'S OPPOSITION TO JOINT MOTION TO COMPEL AN UNREDACTED VERSION OF M0074400, MATTEL'S INVESTIGATIVE FILE 02-299 AND THE FURTHER DEPOSITION TESTIMONY OF RICHARD DE ANDA<br><br>Date:  February 8, 2008<br>Time:  9:30 a.m.<br>Place:  Telephonic<br><br>**Phase 1**<br>Discovery Cut-Off:   Jan. 28, 2008<br>Pre-Trial Conference:  May 5, 2008<br>Trial Date:                    May 27, 2008 |

07209/2352127.1

COREY DECLARATION

## DECLARATION OF JON D. COREY

I, Jon D. Corey, declare as follows:

1. I am a member of the bar of the State of California and the District of Columbia. I am a partner at Quinn Emanuel Urquhart Oliver & Hedges, LLP, attorneys for Mattel, Inc. ("Mattel"). I make this declaration in support of Mattel's Opposition to Defendants' Joint Motion to Compel an Unredacted Version of M0074400, Mattel's Investigative File 02-299 and the Further Testimony of Richard De Anda. I make this declaration of personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify competently thereto.

2. Attached as Exhibit 1 is a true and correct copy of the Joint Stipulation of Issues in Dispute Regarding Defendant and Cross-Claimant Carter Bryant's Motion to Compel Further Deposition Testimony From Anne Driskrill and Alan Kaye and for the Appointment of a Discovery Special Master, dated February 7, 2005.

3. Attached as Exhibit 2 is a true and correct copy of Mattel, Inc.'s Report of Meeting of Counsel Regarding Mattel's Motion to Dismiss Bryant's Declaratory Relief Claim, dated July 5, 2006.

4. Attached as Exhibit 3 is a true and correct copy of relevant excerpts from the August 27, 2007 Hearing Re Bryant's Motion for Terminating Sanctions.

5. Attached as Exhibit 4 is a true and correct copy of the Order Re In Camera Review of Global Security Files, dated July 10, 2007.

6. Attached as Exhibit 5 is a true and correct copy of the Declaration of Richard De Anda in Support of Mattel, Inc.'s Opposition to Joint Motion to Compel (1) Production of Certain Documents Withheld Under a Claim of Privilege, (2) Attest to the Completeness of its February 2007 Production of March

1. 2002 Investigation Documents, and (3) De-Designate Attorneys' Eyes Only Document, dated April 19, 2007.

7. Attached as Exhibit 6 is a true and correct copy of the Order Granting in Part and Denying in Part Mattel's Motion for Protective Order Regarding "Poly Pocket" Documents, dated April 19, 2007.

8. Attached as Exhibit 7 is a true and correct copy of the Order Granting in Part and Denying in Part MGA's Motion to Compel Documents Responsive to First Set of Requests for Production of Documents Dated November 22, 2006, dated May 22, 2007.

9. Attached as Exhibit 8 is a true and correct copy of MGA's Complaint for False Designation of Origin, Affiliation, Association or Sponsorship, Unfair Competition, Dilution, and Unjust Enrichment, dated April 13, 2005.

10. Attached as Exhibit 9 is a true and correct copy of MGA's Response to Mattel, Inc.'s Amended Supplemental Interrogatory Regarding Defendants' Affirmative Defenses, dated January 7, 2007.

11. Attached as Exhibit 10 is a true and correct copy of Judge Larson's July 18, 2006 Order Granting Motions To Dismiss.

12. Attached as Exhibit 11 is a true and correct copy of relevant pages of the deposition transcript of Richard De Anda.

13. I met with Mr. De Anda to prepare him for his deposition. During those meetings Mr. De Anda did not review or discuss either (a) the unredacted version of M 0074400 or the contents thereof, or (b) Mattel's

///
///
///
///
///

07209/2352127.1

-2-

COREY DECLARATION

1  Investigative File 02-299 or the contents thereof. He did review the redacted version of
2  M0074400.
3         I declare under penalty of perjury under the laws of the United States of
4  America that the foregoing is true and correct.
5         Executed on January 14, 2008, at Los Angeles, California.

                                    _____
                                    John D. Corey