## PRELIMINARY STATEMENT

The General Response set forth herein applies to all responses that MGA Entertainment, Inc., Isaac Larian, MGA Entertainment (HK) Limited, and MGAE de Mexico S.R.L. de C. V., (the "MGA Defendants") are providing in response to the amended supplemental interrogatory regarding affirmative defenses (the "Interrogatory") or may in the future provide in response to any discovery request in this action. The Response is made without waiving, or intending to waive but, on the contrary, expressly reserving: (a) the right to object, on the grounds of competency, privilege, relevancy or materiality, or any other proper grounds, to the use of the Response, for any purpose in whole or in part, in any subsequent step or proceeding in this action or any other action; (b) the right to object on any and all grounds, at any time, to other interrogatories or other discovery procedures; and (c) the right at any time to revise, correct, add to, or clarify any of the responses propounded herein.

The Response reflects only the present state of the MGA Defendants' discovery regarding the information that Mattel seeks. Discovery and other investigation or research concerning this litigation are continuing. It is anticipated that further discovery, independent investigation, and legal research and analysis will supply additional facts and meaning to the known facts, as well as establish entirely new factual conclusions, all of which may lead the MGA Defendants to discover other information responsive to this Interrogatory. The MGA Defendants therefore reserve the right to amend or supplement this Response at any time in light of future investigation, research or analysis, and also expressly reserves the right to rely on, at any time, including trial, subsequently discovered information omitted from this Response as a result of mistake, error, oversight or inadvertence. The MGA Defendants do not hereby admit, adopt or acquiesce in any factual or legal contention, assertion or characterization contained in the Interrogatory or any particular request therein, even where the MGA Defendants have not otherwise objected to a particular interrogatory, or has agreed to provide information responsive to a particular

interrogatory.

No incidental or implied admissions are intended by this Response. These responses should not be taken as an admission that the MGA Defendants accept or admit the existence of any facts set forth or assumed by any instruction, definition or interrogatory.

**SUPPLEMENTAL INTERROGATORY:**

State the facts upon which YOU intend to rely at trial to support YOUR affirmative defenses, and IDENTIFY all PERSONS with knowledge of those facts and all DOCUMENTS that REFER OR RELATE TO those facts.

**RESPONSE TO SUPPLEMENTAL INTERROGATORY:**

A. <u>Failure to State a Claim</u>

Mattel's counterclaims fail to state a claim against the MGA Defendants upon which relief can be granted. This is a legal defense and does not require factual support.

B. <u>Unclean Hands / *in Pari Delicto*</u>

Mattel's counterclaims are barred in whole or in part by Mattel's unclean hands and wrongful acts. This affirmative defense is based, in part, on Mattel's efforts to undermine MGA's business and to "kill" Bratz at any cost which includes, but is not limited to, Mattel's efforts to infringe and dilute MGA's trade dress, copy MGA's products, packaging, themes, and advertising, and engage in other acts of unfair competition against MGA. Since the Bratz dolls were launched in 2001, Mattel has serially imitated and copied many of MGA's products, trade dress, trademarks, themes, ideas, advertising and product packaging, including, but not limited, to:

- Mattel imitated and copied the disproportionately large heads, distinctive faces with artfully made-up, heavy-lidded, sultry, almond-shaped large eyes and large, overly-lined and lipsticked lips, trendy, hip clothes and hair styles, and oversized feet of MGA's Bratz female fashion dolls with Mattel's My Scene fashion dolls. Further, Mattel has systematically

EXHIBIT 9 PAGE 132

proceeded to modify the faces of the My Scene fashion dolls since their original release to copy and imitate the distinctive faces of the Bratz fashion dolls more and more over time as detailed and illustrated with photographs in pages 10-17 of MGA's Complaint.

- Mattel imitated and copied the distinctive packaging and overall look and total image of Bratz fashion dolls, including the transparent and open style of the Bratz fashion doll packaging, the *tout ensemble*-style of the Bratz fashion doll packaging, and the "flying banner" ribbon-style slogan running across the middle of the box of the Bratz fashion dolls. Further, as detailed in pages 17-19 of MGA's complaint, Mattel has systematically proceeded to change its "My Scene" packaging to copy and imitate the Bratz doll packaging more and more over time.
- In September 2004, MGA was informed by a Wal-Mart Mexico buyer that Mattel is packing its closed out Flava dolls in a trapezoid-shaped packaging that is confusingly-similar to Bratz fashion doll packaging.
- Mattel copied and imitated the "Wintertime Wonderland" theme and concept for Brat" fashion dolls with the "Chillin' Out!" theme for "My Scene" fashion dolls, which are dressed in trendy winter clothes and are packaged with winter sport accessories.
- Mattel copied and imitated the "Formal Funk" theme and concept for Bratz fashion dolls with the "Night on the Town" theme for My Scene fashion dolls, which are dressed in trendy formal wear or evening gowns.
- Mattel copied and imitated the "Sun-Kissed Summer" theme, concept and packaging for Bratz fashion dolls with the "Jammin' in Jamaica" theme for "My Scene" fashion dolls, which are dressed in trendy bathing suits and are packaged with beach gear and water sport accessories.
- Mattel copied and imitated the "Forever Diamondz" theme and concept for Bratz fashion dolls with the "My Bling Bling" theme for "My Scene"

fashion dolls, which are packaged real diamond jewelry that can be worn by girls.

- Mattel copied and imitated Bratz television commercials for its My Scene commercials. The elements of these Bratz commercials copied and imitated by Mattel include the combination of live-action footage with cartoon or animated figures of the dolls featured in the commercial, the use of multi-ethnic, "tween"-aged female actresses to portray each of the dolls in the multi-ethnic line, "hip"- sounding theme songs or jingles repeating the name of the doll line being advertised and similar camera angles and techniques, including sweeping in to a close-up of the doll as the doll turns or twists and its hair flips in a dramatic fashion. Mattel copied and imitated these features in several "My Scene" advertisements, including those featuring the "My Scene" "Stylin' Head", the "My Scene" "My Bling Bling" theme and the "My Scene" "RollerGirls" theme.

- In April 2002, Margo Eldridge informed Isaac Larian that Mattel was intentionally trying to book the same actresses who portrayed the Bratz girls in MGA's commercials in order to interfere with MGA's ability to shoot its own commercials. Further, in June 2003, Margo Eldridge informed Isaac Larian that Mattel was contacting and attempting to hire the same essential crew members used by MGA for Mattel's commercials.

- Mattel hired at least one of the actresses who has appeared in several Bratz commercials. This actress now appears in "My Scene" commercials, including being featured prominently in the commercial for "My Scene" "My Bling Bling."

- Mattel filmed a Polly Pocket commercial in the same mall and featuring the same escalator as appeared in a previous Bratz commercial.

- Mattel copied and imitated the distinctive trapezoidal-shaped packaging for MGA's "Bratz Formal Funk Super Stylin' Runway Disco" play set with its trapezoidal-shaped packaging for its "My Scene Sound Lounge" play set.
- Mattel copied and imitated MGA's "Bratz Funky Fashion Makeover" heads with its "My Scene Stylin' Heads," which have distinctive faces with artfully made-up, heavy-lidded, almond-shaped large eyes, and large, overly-lined and lipsticked lips.
- Mattel copied and imitated a portion of the Bratz dolls famous trademarked tag line "The Girls with a Passion for Fashion" on its website for its Diva Starz dolls by asking users: "Do you have a passion for fashion?"
- Mattel copied and imitated MGA's "Bratz Petz" plush toys (including, but not limited to, "Bratz Dogz") with its "My Scene" plush pets, which have large, human-like, made-up eyes with long eye lashes and wearing trendy human clothing.
- Mattel copied and imitated MGA's packaging for "Bratz Petz" with its packaging for "My Scene" plush pets, which consists of an open box with no top and with partial side panels that slope from a narrow front panel to a higher back panel.
- Mattel copied and imitated MGA's "4-Ever Best Friends" doll line with its "Wee 3 Friends" doll line, which is a line of "little girl" fashion dolls with a number in the name of the doll line, packaged together as "friends" with themed accessories and mix-and-match outfits.
- Mattel copied and imitated MGA's packaging for the "4-Ever Best Friends" doll line with its packaging for the "Wee 3 Friends" doll line, which has the same pink and teal color schemes, rounded heart-like shape and serves as a display/carrying case.

Mattel's confusingly-similar products, packaging and commercials have confused consumers, retailers, and members of the press:

- In November 2002, confused consumers emailed MGA's customer service department, seeking information about where to buy a "Madison Bratz doll." These emails were produced to Mattel.
- On March 17, 2004, a reporter for an Oregon newspaper mistakenly identified a "My Scene Stylin' Head" as a Bratz hair and makeup doll head.
- On October 6, 2004, a BBC News Online Business Reporter listed Bratz fashion dolls as the first of the "10 top-selling toys this Christmas," but mistakenly included "My Scene Masquerade" fashion dolls (instead of Bratz fashion dolls) in the photograph illustrating the top-selling toys.
- In or around April 2005, retailers in a Target store in Atlanta, Georgia mistakenly merchandized "My Scene" pets in the middle of the "Bratz Petz" product display.
- In or around November 2006, the main AOL shopping website (shop.aol.ca) reported one of the "Top Picks by Toys 'R Us" is "Barbie Diamondz by MGA."
- In December 2006, a Kansas second-grade student asked for a "My Scene Bling Bling Bratz Head" in a letter to Santa posted on the Northeast USD 246 website.
- In an eBay posting, dated February 2, 2006, a parent asked for a "Bratz 'Madison'" doll - "preferably in mint condition. It's for my daughter of the same name. I think the company stopped making them. Or changed the name."
- In or around January 2007, on the website "La Papa," a seller advertised a "Bratz Chelsea" doll (when the pictured item was a "My Scene Chelsea" doll).

EXHIBIT 9
PAGE 136

- In or around January 2007, an eBay seller repeatedly referred to the pictured "Bratz Play Sportz Yasmin" doll as the "Barbie Bratz Doll Yasmin."
- In or around January 2007, an eBay seller described the "My Scene Convertible" that it was attempting to sell as a "Bratz My Scene Black Convertible."
- A "Customer Review" for the "My Scene Hudson" doll, dated May 26, 2003, on Amazon.com provided: "I got a Hudson for my 11th birthday and he was so nice. I thought it was a Bratz...."
- During a visit to a Toys 'R Us store in Livingston, New Jersey in or around May 2006, Dan Cooney witnessed a woman buy a "My Scene Madison" doll that she mistakenly believed was a "Bratz Sasha" doll.
- Many of Mattel's own focus group studies and consumer research analyses have revealed consumer confusion between Bratz products and My Scene products.

In a further attempt to harm MGA's business, Mattel has threatened, manipulated, improperly influenced, and intimidated many people and companies (including, but not limited to, freelancers, employees, licensees, retailers, distributors, manufacturers, raw good suppliers, and industry bodies) to prevent them from working with MGA. For example, Mattel has disseminated false information to retailers and others about MGA in order persuade retailers not to purchase MGA products and manipulate the retail market.

- Mattel falsely told Toys 'R Us that MGA was giving another major United States retailer below-market pricing.
- In August 2004, Barb Lubestine of Wal-Mart told Isaac Larian that Mattel representatives told her that Bratz is "dying" at Target and Toys 'R Us, which was false.

EXHIBIT 9

PAGE 137

- In May 2004, Lin Sherlock of Woolworths U.K. informed Isaac Larian that Mattel falsely informed her that two major U.S. retailers were delisting MGA's "4-Ever Best Friends" and that Mattel's copycat product ("Wee 3 Friends") was outselling "4-Ever Best Friends."
- In February 2005, Margo Eldridge informed Isaac Larian that Bob Moehl (creative head of Fisher Price advertising at FCB) told her that, at Toy Fair in February 2005, Mattel falsely told retailers that Bratz sales were off by 14% and that "Barbie" sales were up by 3%.
- In February 2005, Rosana Ferrer (a distributor and licensee of Bratz in Puerto Rico) informed Isaac Larian that Mattel sent an email to one of her customers, falsely stating that MGA had a big decline in sales worldwide and that Mattel was the #1 brand worldwide.
- In or around June 2005, Mattel told Dean Gianoukas, an analyst at J.P. Morgan, that Mattel was gaining share and that Bratz was slowing, even though Bratz had grown by 17%.
- In February 2006, Neil Friedman falsely reported to the press that more than 51 million people visit the Barbie.com website per month when the number is much lower.

Mattel has also threatened and pressured distributors and retailers not to distribute Bratz products.

- In February 2002, "Michael D" of JNH informed Martin Hitch of MGA that Mattel (specifically Adrienne Fontanella and Matt Bousquette) were very upset that MGA used Bandai as distributors and thus would not allow Banda representatives into the "Barbie Gallery."
- In June 2003, Jose Antonio of Bandai Spain informed Isaac Larian that Mattel was threatening retailers.
- Mattel has a relationship with Jumbo, the largest retailer in Greece. Jumbo refuses to sell MGA products, which MGA believes is due to

Mattel's improper influence and pressure. Moreover, in February 2006, Berte Dario, Managing Director of Giochi Preziosi, informed Isaac Larian that Fontini Karageorgi said that Mattel was blacklisting retailers in Greece that sold Bratz.

Mattel's manipulation of the retail market also included Mattel's efforts to tamper with retail displays and disseminate false information about the retail market. Mattel merchandisers have tampered with MGA's retail displays to replace favorably-placed MGA merchandise with Mattel merchandise.

- In July 2006, Heather Hocut of Wal-Mart informed Isaac Larian that Mattel merchandisers moved Bratz modulars from the front of a Wal-Mart store to the back and replaced the modulars in the front of the store with Barbie products. Ms. Hocut warned Erica Ashbrook that if she ever caught them doing this again Mattel merchandisers would not be allowed at Wal-Mart. Ms. Hocut also said that Ms. Ashbrook notified Connie Hibbert (or Hebert) about this issue.
- Mattel altered retails displays at Toys 'R Us by moving its products into shelves reserved for MGA products. In August 2003, Yuval Caspi visited a Toys 'R Us store in Van Nuys, California and saw Mattel's Flava dolls set up between the Bratz dolls in the section reserved for Bratz. Mattel's in-store merchandisers tampered with MGA shelf space at Toys 'R Us in Santa Monica, California in or around March or April 2004.
- In October 2002, Robin Hogel of Zellers (a Canadian retail chain) informed Mark Robinson of MGA that Mattel was pressuring Zellers to give Bratz less desirable aisle and shelf space.

Mattel has also intimidated former Mattel employees who have gone to work for MGA by sending threatening letters to them warning them not to disclose publicly-available information about Mattel.

EXHIBIT 9
PAGE 139

9

MGA'S RESPONSE TO MATTEL'S AMEND. SUPP. ROG RE AFFIRM. DEFENSES        NO. CV 04-9049 SGL (RNBx)

- On December 20, 2004, Mattel sent a letter to MGA regarding Dawn Whitaker, warning MGA that Ms. Whitaker had signed an Employee Confidential Information and Inventions ("ECII") Agreement with Mattel requiring that Ms. Whitaker maintain the secrecy of personnel information, forecasts, financial data, business strategies, product plans, marketing plans, and inventions, among other information. Mattel further warned MGA that Mattel "vigorously enforces" such agreements, including by seeking all available remedies, and that Ms. Whitaker had been so informed.
- On February 18, 2005, Mattel sent a letter to MGA regarding Alice Kao, warning MGA that Ms. Kao had signed an ECII Agreement with Mattel requiring that Ms. Kao maintain the secrecy of personnel information, forecasts, financial data, business strategies, product plans, marketing plans, and inventions, among other information. Mattel further warned MGA that Mattel "vigorously enforces" such agreements, including by seeking all available remedies, and that Ms. Kao had been so informed.
- On March 7, 2005, Mattel sent a letter to MGA regarding Joyce Kim, warning MGA that Ms. Kim had signed an ECII Agreement with Mattel requiring that Ms. Kim maintain the secrecy of personnel information, forecasts, financial data, business strategies, product plans, marketing plans, and inventions, among other information. Mattel further warned MGA that Mattel "vigorously enforces" such agreements, including by seeking all available remedies, and that Ms. Kim had been so informed.
- On March 10, 2005, Mattel sent a letter to MGA regarding Janet Han, warning MGA that Ms. Han had signed an ECII Agreement with Mattel requiring that Ms. Han maintain the secrecy of personnel information, forecasts, financial data, business strategies, product plans, marketing plans, and inventions, among other information. Mattel further warned

EXHIBIT 9
PAGE 140