1 | Pratt, Tina Tomiyama, and Evelyn Viohl.

2 |      The following documents may be relevant to the foregoing:  Leahy Depo,

3 | Cloonan Depo, Kaye Depo, De Anda Depo, Driskill Depo, Nordquist Depo, Marlow

4 | Depo, Pratt Depo Mattel's Responses and Supplemental Responses to Defendants'

5 | Interrogatories, Mattel's Internal Investigative Files regarding its investigations into

6 | Carter Bryant, MGA, or Isaac Larian, all Mattel worldwide consumer research reports

7 | produced by Mattel, internal marketing documents analyzing the performance of

8 | Bratz in the marketplace, M0001654-55, M0074397-74402, and M0074307-0074396.

9 |      O.    *De Minimus* Use

10 |      MGA Defendants deny that Mattel owns any copyright interest in the alleged

11 | works, but even if Mattel could craft a claim that the Bratz dolls incorporate an aspect

12 | of a Mattel copyrighted work, such use would be *de minimus* and noninfringing.  The

13 | original concepts contributed by Bryant to the creation of the Bratz dolls represent

14 | only one of the many factors that combined to make Bratz one of the most successful

15 | fashion dolls on the market.  The contributions made by MGA to the Bratz dolls far

16 | outweigh any contributions made by Bryant prior to October 21, 2000 in terms of the

17 | overall factors that contributed to the commercial success of Bratz.  Mattel played no

18 | role in MGA's improvements, enhancements and changes to the Bratz dolls and/or the

19 | Bratz concept.  Mattel played no role in the creation and/or selection of the Bratz

20 | slogan, "The Girls with a Passion for Fashion!" or the brand name "Bratz."  Mattel

21 | played no role in the development of the Bratz line of dolls' innovative and trend-

22 | setting packaging, the importance of which is demonstrated in part by Mattel's having

23 | copied such packaging.  Mattel played no role in MGA's development of and

24 | selection of the fashions for the Bratz dolls.  Mattel played no role in the development

25 | of other MGA Bratz spinoff, sub-brands, and other successful additions to the Bratz

26 | doll family, including, but not limited to, Bratz Boyz, Bratz Kidz, Bratz Big Kidz,

27 | Bratz Babyz, Bratz Babyz Boyz, Bratz Babyz Ponyz, Lil' Bratz, Lil' Bratz Boyz,

28 | Bratz Petz, Bratz Lil' Angelz, Itsy Bitsy Bratz, Itsy Bitsy Bratz Petz, Micro Bratz, Be-

EXHIBIT ___ 5 ___
PAGE ___ 175 ___

1 | Bratz, and Funky Fashion Makeover Heads.  Mattel played no role in the

2 | development of the myriad of accessories for the Bratz dolls.  Mattel played no role in

3 | MGA's and/or Klasky Csupo, Inc.'s creation and/or development of two-dimensional

4 | Bratz character art utilized on, for example, product packaging and licensed products.

5 | Mattel played no role in the development of the successful themes that have enhanced

6 | the popularity of the Bratz dolls.  Mattel played no role in the development of the

7 | Bratz animated TV series, Bratz TV commercials, or Bratz the movie.  Mattel played

8 | no role in the development of the myriad of Bratz licensed products.  Mattel played no

9 | role in the development of the Bratz brand.  Mattel played no role in the development

10 | of the storylines and personas associated with each of the Bratz dolls.

11 |      Additionally, neither the first generation of Bratz dolls nor any subsequent

12 | Bratz products were based on any Carter Bryant designs created on or before October

13 | 19, 2000.  MGA further contends that the first generation of Bratz dolls (and

14 | subsequent Bratz products) were "conceived of" and "reduced to practice" for

15 | purposes of design patent law, and first expressed in a tangible medium for purposes

16 | of copyright law, after October 20, 2000, as a result of original, creative efforts of

17 | artists employed by, or working on behalf of, MGA.  All first-generation Bratz dolls

18 | and subsequent Bratz products are not substantially similar to, are not a copy of, and

19 | are not derivative of, any Carter Bryant designs completed on or before October 19,

20 | 2000.

21 |      To the extent that Mattel argues that the shapes of characters in Carter Bryant's

22 | drawings that he called "Bratz" (including, but not limited to, those drawings

23 | identified by Carter Bryant in Exhibit 5 of his deposition as being sketched in August

24 | 1998) represented a conception of what could have later become a three-dimensional

25 | object that could have been the subject of a design patent, MGA contends as follows:

26 |      Carter Bryant was not a sculptor, and any effort to translate his pre-1999 two-

27 | dimensional flat art into a three-dimensional form for use as a fashion doll sculpt

28 | would have produced shapes that were different from the actual shape of the final

MGA'S RESPONSE TO MATTEL'S AMEND. SUPP. ROG RE AFFIRM. DEFENSES    NO. CV 04-9049 SGL (RNBx)

1 three-dimensional Bratz sculpt used in manufacturing the first generation of Bratz

2 dolls released on the market by MGA in or about June 2001.  Also, different sculpt

3 artists would have created different sculpts – Bryant's two-dimensional drawings did

4 not dictate a specific three-dimensional object.  The shapes of the characters in

5 Bryant's drawings bear little resemblance to the final shape of the actual Bratz dolls.

6 Differences between the drawings and the final shape of the actual Bratz dolls

7 include, but are not limited to, the following:  posture; hip-to-waist ratio; feet size

8 (dolls' feet are not as exaggerated as characters' feet in the drawings); head size

9 (dolls' heads are proportionally smaller than characters' heads in the drawings); eyes

10 (dolls' eyes are more open than characters' eyes in the drawings); other facial features

11 including lips, cheek bones, chin and forehead.

12     Moreover, the final physical shape of the first generation of Bratz dolls,

13 released on the market by MGA in or about June 2001, was conceived of by Margaret

14 Leahy, working on behalf of MGA, along with other MGA agents and employees

15 such as employees in Hong Kong and Mercedeh Ward.  The conception of this

16 physical shape was completed on or after October 20, 2000, and reduced to practice

17 no earlier than December 19, 2000.

18     Copyright infringement analysis under Ninth Circuit law requires that

19 "objective" or "extrinsic" elements that are "scènes-à-faire" in the public domain, or

20 public domain materials that Bryant was aware of and that directly or indirectly

21 influenced him in developing his concept for a new line of fashion dolls, be filtered

22 out of the subject works, and, thereafter, that the remaining "subjective" or "intrinsic"

23 elements be evaluated for substantial similarity.  Carter Bryant's 1998 drawings

24 contain many elements that must be filtered out, including but not limited to the

25 oversized head, eyes, lips, and feet of the figures in Bryant's drawings and the stock

26 model and/or doll poses.  A non-exhaustive list of examples of prior existing works

27 that incorporate such elements includes the following:  sources of inspiration

28 specifically identified by Carter Bryant, including Steve Madden advertisements and

EXHIBIT 9
PAGE 67

1  Paris Blues advertisements, which were highly visible in 1998 (various Steve Madden
2  advertisements also served as a key inspiration for Mattel's own "Toon Teens" dolls);
3  Blythe dolls; Lisa Frank designs; Takara's Jenny, Licca, and Barbie dolls; Mattel's
4  Liddle Kiddles; Margaret Keane artwork; Betty Boop; Little Miss No Name; Hello
5  Kitty; Coca-Cola advertisements; anime, including, e.g., Sailor Moon; and manga.
6      Once all of the materials that directly or indirectly influenced Bryant and all
7  "scène-à-faire" features are eliminated from the analysis, the first generation Bratz
8  dolls (and all subsequent Bratz products) are readily seen as not substantially similar
9  to Carter Bryant's 1998 drawings.  The differences between the drawings and the first
10 generation Bratz dolls include, but are not limited to, the following:

11    • Posture
12    • Hip-to-waist ratio
13    • Feet size (dolls' feet are not as exaggerated as characters' feet in the
14      drawings)
15    • Head size (dolls' heads are proportionally smaller than characters' heads
16      in the drawings)
17    • Eyes (dolls' eyes are more open than characters' eyes in the drawings)
18    • Eye to lips ratio (lips of characters in drawings are proportionally larger
19      relative to eyes than are lips of dolls)
20    • Hair (characters in drawings have much edgier hairstyles than the dolls
21      do)
22    • Shapes of eyes and eye design
23    • Shapes of lips
24    • Overall look and feel (dolls are overall softer, less extreme than
25      drawings)
26      That the dolls and the drawings are not substantially similar also is consistent
27 with the fact that Carter Bryant was not a sculptor, and, as discussed above, any effort
28 to translate his pre-1999 two-dimensional flat art into a three-dimensional form for

EXHIBIT 9 PAGE 196

68

1 use as a fashion doll sculpt would have produced shapes that were different from the

2 actual shape of the final three-dimensional Bratz sculpt used in manufacturing the first

3 generation of Bratz dolls released on the market by MGA in or about June 2001.

4 Indeed, a team of highly-skilled artists (including several that had been used by

5 Mattel) spent months developing the Bratz first-generation dolls—valuable time and

6 original creative effort that would not have been necessary if said first-generation

7 Bratz dolls were simply a copy of Bryant's designs.

8       The absence of substantial similarity is further shown in the close correlation

9 between Bryant's drawings and the inspiration he points to, including but not limited

10 to the Steve Madden and Paris Blues advertisements in the August 1998 issue of

11 *Seventeen Magazine*, as well as other advertisements in that issue, such as the Coca

12 Cola advertisement.

13      Mattel's own My Scene Barbie line of dolls provides further proof that the first

14 generation of Bratz dolls was not substantially similar to the Bryant drawings, in that

15 (i) Mattel asserts that the My Scene Barbie dolls are independent works of art, not

16 copied from Bratz, yet (ii) said dolls are far closer in appearance to Bratz dolls than

17 are Bryant's two-dimensional drawings.

18      Additional details regarding such differences will be the subject of expert

19 disclosures and will be provided in accordance with the Court's schedule for expert

20 discovery.

21      With respect to any Carter Bryant contribution to the first generation Bratz

22 product after October 4, 2000 and before October 21, 2000, MGA notes that any such

23 contribution was far outweighed by the original and/or creative input of other artists

24 working for or on behalf of MGA on the Bratz concept, which was owned by MGA as

25 a consequence of the transfer of rights from Bryant to MGA.

26      With respect to Bratz two-dimensional character art utilized on, for example,

27 Bratz product packaging and licensed products, while the initial Bratz character art

28 was derivative of Bryant's initial sketches from 1998, by no later than August, 2003,

69

EXHIBIT ___ ५
PAGE ___ १९९

1 | the Bratz character art had changed sufficiently such that it was no longer derivative
2 | of Bryant's sketches.

3 |     The following persons have knowledge of facts and circumstances surrounding
4 | the foregoing: Isaac Larian; Carter Bryant; Margaret Leahy; Veronica Marlow;
5 | Mercedeh Ward; Sarah Halpern; Paula Garcia; Steve Tarmichael; Rebecca Harris;
6 | Tina Tomiyama; Cecilia Kwok; David Dees; Jesse Ramirez; Samuel Wong; Lily
7 | Martinez; Ei Akiko Fong; John Steven Baulch; Aileen Storer; Debora Middleton;
8 | Ronan Spelman; Charlotte Broussard.

9 |     The following documents may be relevant to the foregoing:  all documents
10 | that refer to or evidence the work performed by MGA employees and freelancers
11 | toward the reduction to practice of the first generation of Bratz dolls during the period
12 | after October 20, 2000 through June 1, 2001, including but not limited to:  Carter
13 | Bryant's drawings; documents and tangible things produced by Margaret Leahy;
14 | tangible things produced by Veronica Marlow; invoices submitted by employees
15 | and/or freelance artists working for MGA for work performed on the Bratz project; all
16 | documents that constitute samples of the following items in the public domain in
17 | 1998: Blythe dolls; Lisa Frank designs; Takara's Jenny, Licca, and Barbie dolls;
18 | Mattel's Liddle Kiddles; Margaret Keane artwork; Betty Boop; Little Miss No Name;
19 | Hello Kitty; anime, including, e.g., Sailor Moon; manga; Coca-Cola advertisements;
20 | Steve Madden advertisements; and Paris Blues advertisements; Bratz prototypes,
21 | samples, sculpts, and rotocasts found in Hong Kong and produced to Mattel.  The
22 | documents evidencing this work are too numerous to identify individually.

23 |     P.   <u>Joint Authorship</u>

24 |     MGA Defendants deny that Mattel owns any copyright interest in the alleged
25 | works, but even if it did, any liability would be eliminated or greatly diminished by
26 | the doctrine of joint authorship. The original concepts contributed by Bryant to the
27 | creation of the Bratz dolls represent only one of the many factors that combined to
28 | make Bratz one of the most successful fashion dolls on the market.  The contributions

EXHIBIT
PAGE

1  made by MGA to the Bratz dolls far outweigh any contributions made by Bryant prior
2  to October 21, 2000 in terms of the overall factors that contributed to the commercial
3  success of Bratz. Mattel played no role in MGA's improvements, enhancements and
4  changes to the Bratz dolls and/or the Bratz concept. Mattel played no role in the
5  creation and/or selection of the Bratz slogan, "The Girls with a Passion for Fashion!"
6  or the brand name "Bratz." Mattel played no role in the development of the Bratz line
7  of dolls' innovative and trend-setting packaging, the importance of which is
8  demonstrated in part by Mattel's having copied such packaging. Mattel played no
9  role in MGA's development of and selection of the fashions for the Bratz dolls.
10  Mattel played no role in the development of other MGA Bratz spinoff, sub-brands,
11  and other successful additions to the Bratz doll family, including, but not limited to,
12  Bratz Boyz, Bratz Kidz, Bratz Big Kidz, Bratz Babyz, Bratz Babyz Boyz, Bratz
13  Babyz Ponyz, Lil' Bratz, Lil' Bratz Boyz, Bratz Petz, Bratz Lil' Angelz, Itsy Bitsy
14  Bratz, Itsy Bitsy Bratz Petz, Micro Bratz, Be-Bratz, and Funky Fashion Makeover
15  Heads. Mattel played no role in the development of the myriad of accessories for the
16  Bratz dolls. Mattel played no role in MGA's and/or Klasky Csupo, Inc.'s creation
17  and/or development of two-dimensional Bratz character art utilized on, for example,
18  product packaging and licensed products. Mattel played no role in the development
19  of the successful themes that have enhanced the popularity of the Bratz dolls. Mattel
20  played no role in the development of the Bratz animated TV series, Bratz TV
21  commercials, or Bratz the movie. Mattel played no role in the development of the
22  myriad of Bratz licensed products. Mattel played no role in the development of the
23  Bratz brand. Mattel played no role in the development of the storylines and personas
24  associated with each of the Bratz dolls.
25      Additionally, neither the first generation of Bratz dolls nor any subsequent
26  Bratz products were based on any Carter Bryant designs created on or before October
27  19, 2000. MGA further contends that the first generation of Bratz dolls (and
28  subsequent Bratz products) were "conceived of" and "reduced to practice" for

EXHIBIT ___7___
PAGE ___(o)___

1  purposes of design patent law, and first expressed in a tangible medium for purposes
2  of copyright law, after October 20, 2000, as a result of original, creative efforts of
3  artists employed by, or working on behalf of, MGA.  All first-generation Bratz dolls
4  and subsequent Bratz products are not substantially similar to, are not a copy of, and
5  are not derivative of, any Carter Bryant designs completed on or before October 19,
6  2000.

7       To the extent that Mattel argues that the shapes of characters in Carter Bryant's
8  drawings that he called "Bratz" (including, but not limited to, those drawings
9  identified by Carter Bryant in Exhibit 5 of his deposition as being sketched in August
10  1998) represented a conception of what could have later become a three-dimensional
11  object that could have been the subject of a design patent, MGA contends as follows:

12       Carter Bryant was not a sculptor, and any effort to translate his pre-1999 two-
13  dimensional flat art into a three-dimensional form for use as a fashion doll sculpt
14  would have produced shapes that were different from the actual shape of the final
15  three-dimensional Bratz sculpt used in manufacturing the first generation of Bratz
16  dolls released on the market by MGA in or about June 2001.  Also, different sculpt
17  artists would have created different sculpts – Bryant's two-dimensional drawings did
18  not dictate a specific three-dimensional object.  The shapes of the characters in
19  Bryant's drawings bear little resemblance to the final shape of the actual Bratz dolls.
20  Differences between the drawings and the final shape of the actual Bratz dolls
21  include, but are not limited to, the following:  posture; hip-to-waist ratio; feet size
22  (dolls' feet are not as exaggerated as characters' feet in the drawings); head size
23  (dolls' heads are proportionally smaller than characters' heads in the drawings); eyes
24  (dolls' eyes are more open than characters' eyes in the drawings); other facial features
25  including lips, cheek bones, chin and forehead.

26       Moreover, the final physical shape of the first generation of Bratz dolls,
27  released on the market by MGA in or about June 2001, was conceived of by Margaret
28  Leahy, working on behalf of MGA, along with other MGA agents and employees

MGA'S RESPONSE TO MATTEL'S AMEND. SUPP. ROG RE AFFIRM. DEFENSES          NO. CV 04-9049 SGL (RNBx)

EXHIBIT ___9___
PAGE ___202___

1 such as employees in Hong Kong and Mercedeh Ward.  The conception of this

2 physical shape was completed on or after October 20, 2000, and reduced to practice

3 no earlier than December 19, 2000.

4   Copyright infringement analysis under Ninth Circuit law requires that

5 "objective" or "extrinsic" elements that are "scènes-à-faire" in the public domain, or

6 public domain materials that Bryant was aware of and that directly or indirectly

7 influenced him in developing his concept for a new line of fashion dolls, be filtered

8 out of the subject works, and, thereafter, that the remaining "subjective" or "intrinsic"

9 elements be evaluated for substantial similarity.  Carter Bryant's 1998 drawings

10 contain many elements that must be filtered out, including but not limited to the

11 oversized head, eyes, lips, and feet of the figures in Bryant's drawings and the stock

12 model and/or doll poses.  A non-exhaustive list of examples of prior existing works

13 that incorporate such elements includes the following:  sources of inspiration

14 specifically identified by Carter Bryant, including Steve Madden advertisements and

15 Paris Blues advertisements, which were highly visible in 1998 (various Steve Madden

16 advertisements also served as a key inspiration for Mattel's own "Toon Teens" dolls);

17 Blythe dolls; Lisa Frank designs; Takara's Jenny, Licca, and Barbie dolls; Mattel's

18 Liddle Kiddles; Margaret Keane artwork; Betty Boop; Little Miss No Name; Hello

19 Kitty; Coca-Cola advertisements; anime, including, e.g., Sailor Moon; and manga.

20   Once all of the materials that directly or indirectly influenced Bryant and all

21 "scène-à-faire" features are eliminated from the analysis, the first generation Bratz

22 dolls (and all subsequent Bratz products) are readily seen as not substantially similar

23 to Carter Bryant's 1998 drawings.  The differences between the drawings and the first

24 generation Bratz dolls include, but are not limited to, the following:

25  •  Posture

26  •  Hip-to-waist ratio

27  •  Feet size (dolls' feet are not as exaggerated as characters' feet in the

28    drawings)

EXHIBIT ___9___

PAGE ___203___

MGA'S RESPONSE TO MATTEL'S AMEND. SUPP. ROG RE AFFIRM. DEFENSES     NO. CV 04-9049 SGL (RNBx)