QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>Hon. Stephen G. Larson<br><br>[PUBLIC REDACTED]<br>DECLARATION OF STEPHEN HAUSS IN SUPPORT OF MATTEL, INC.'S OPPOSITIONS TO THE MGA PARTIES' MOTIONS IN LIMINE NOS. 1-14<br><br>Date: May 21, 2008<br>Time: 1:00 p.m.<br>Place: Courtroom 1<br><br>**Phase 1**<br>Pre-Trial Conference: May 19, 2008<br>Trial Date: May 27, 2008 |

07209/2485786.1

-1-

HAUSS DECLARATION

# DECLARATION OF STEPHEN HAUSS

I, Stephen Hauss, declare as follows:

1. I am a member of the bar of the State of California and an associate with Quinn Emanuel Urquhart Oliver & Hedges, LLP, attorneys for Mattel, Inc. I make this declaration of personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify competently thereto.

2. Attached hereto as Exhibit 1 is a true and correct copy of excerpts from the Deposition of Carter Bryant, Volume 1, dated November 4, 2004.

3. Attached hereto as Exhibit 2 is a true and correct copy of excerpts from the Deposition of Carter Bryant, Volume 2, dated November 5, 2004.

4. Attached hereto as Exhibit 3 is a true and correct copy of excerpts from the Deposition of Carter Bryant, Volume 3, dated November 8, 2004.

5. Attached hereto as Exhibit 4 is a true and correct copy of excerpts from the Deposition of Carter Bryant, Volume 4, dated January 23, 2008.

6. Attached hereto as Exhibit 5 is a true and correct copy of excerpts from the Deposition of Carter Bryant, Volume 5, dated January 24, 2008.

7. Attached hereto as Exhibit 6 is a true and correct copy of excerpts from the Deposition of Elise Cloonan, dated December 14, 2007.

8. Attached hereto as Exhibit 7 is a true and correct copy of excerpts from the Deposition of Gary Funck, dated April 8, 2008.

9. Attached hereto as Exhibit 8 is a true and correct copy of excerpts from the Deposition of Paula Garcia, Volume 1, dated May 24, 2007.

10. Attached hereto as Exhibit 9 is a true and correct copy of excerpts from the Deposition of Paula Garcia, Volume 2, dated May 25, 2007.

11. Attached hereto as Exhibit 10 is a true and correct copy of excerpts from the Deposition of Paula Garcia, Volume 3, dated October 9, 2007.

12. Attached hereto as Exhibit 11 is a true and correct copy of excerpts from the Deposition of Paula Garcia, Volume 4, dated October 10, 2007.

13. Attached hereto as Exhibit 12 is a true and correct copy of excerpts from the Deposition of Erich Joachimsthaler, dated March 26, 2008.

14. Attached hereto as Exhibit 13 is a true and correct copy of excerpts from the Deposition of Samir K. Khare, Volume 1, dated August 20, 2007.

15. Attached hereto as Exhibit 14 is a true and correct copy of excerpts from the Deposition of Isaac Larian, Volume 2, dated March 26, 2008.

16. Attached hereto as Exhibit 15 is a true and correct copy of excerpts from the Deposition of Steven Linker, dated September 13, 2006.

17. Attached hereto as Exhibit 16 is a true and correct copy of excerpts from the Deposition of Veronica Marlow, dated December 28, 2007.

18. Attached hereto as Exhibit 17 is a true and correct copy of excerpts from the Deposition of Mark Menz, dated March 13, 2008.

19. Attached hereto as Exhibit 18 is a true and correct copy of excerpts from the Deposition of Paul K. Meyer, dated March 31, 2008.

20. Attached hereto as Exhibit 19 is a true and correct copy of excerpts from the Deposition of Victoria O'Connor, dated December 6, 2004.

21. Attached hereto as Exhibit 20 is a true and correct copy of excerpts from the Deposition of Ralph Oman, dated March 31, 2008.

22. Attached hereto as Exhibit 21 is a true and correct copy of excerpts from the Deposition of Rene Pasko, dated June 13, 2007.

23. Attached hereto as Exhibit 22 is a true and correct copy of excerpts from the Deposition of Carol A. Scott, dated April 3, 2008.

24. Attached hereto as Exhibit 23 is a true and correct copy of excerpts from the Deposition of Michael J. Wagner, dated March 21, 2008.

25. Attached hereto as Exhibit 24 is a true and correct copy of excerpts from the Deposition of Farhad Larian, dated February 4, 2008.

26. Attached hereto as Exhibit 25 is a true and correct copy of excerpts from the Transcript of the Arbitration Proceeding in <u>Larian v. Larian</u>, Volumes 1 and 2, dated November 16 and 17, 2005.

27. Attached hereto as Exhibit 26 is a true and correct copy of excerpts from the Deposition of Liliana Martinez, dated May 20, 2005.

28. Attached hereto as Exhibit 27 is a true and correct copy of excerpts from the Deposition of John Alex, dated April 9, 2008.

29. Attached hereto as Exhibit 28 is a true and correct copy of excerpts from the Deposition of Paula Garcia from <u>Art Attacks v. MGA Entertainment, Inc.</u>, dated January 27, 2006.

30. Attached hereto as Exhibit 29 is a true and correct copy of excerpts from the Transcript of Proceedings in <u>Fun4All Corp. v. ABC International Traders, Inc.</u>, dated May 29, 2002.

31. Attached hereto as Exhibit 30 is a true and correct copy of excerpts from the Trial Transcript in <u>Art Attacks v. MGA Entertainment, Inc.</u>, dated May 1, 2007.

32. Attached hereto as Exhibit 31 is a true and correct copy of excerpts from the Transcript of Proceedings, dated June 26, 2006.

33. Attached hereto as Exhibit 32 is a true and correct copy of excerpts from the Transcription of Audiotaped Interview of Isabel Ana Cabrera, dated January 2, 2008.

34. Attached hereto as Exhibit 33 is a true and correct copy of excerpts from the Transcription of Audiotaped Interview of Isabel Ana Cabrera, dated January 3, 2008.

35. Attached hereto as Exhibit 34 is a true and correct copy of excerpts from the Transcription of Audiotaped Interview of Beatriz Morales, dated January 14, 2008.

36. Attached hereto as Exhibit 35 is a true and correct copy of excerpts from the Transcript of Proceedings, dated January 7, 2008.

37. Attached hereto as Exhibit 36 is a true and correct copy of excerpts from the Deposition of Lisa Tonnu, Volume 4, dated January 17, 2008.

38. Attached hereto as Exhibit 37 is a true and correct copy of excerpts from the Deposition of Lisa Tonnu, Volume 5, dated January 24, 2008.

39. Attached hereto as Exhibit 38 is a true and correct copy of excerpts from the Deposition of Margaret Leahy, dated December 12, 2007.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on April 28, 2008, at Los Angeles, California.

_____
Stephen Hauss

## PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is Now Legal Service, 1301 W. 2nd Street, Suite 206, Los Angeles, CA 90026.

On April 28, 2008, I served true copies of the following document(s) described as **DECLARATION OF STEPHEN HAUSS IN SUPPORT OF MATTEL, INC.'S OPPOSITION TO THE MGA PARTIES' MOTIONS IN LIMINE NOS. 1-14 (with exhibits)** on the parties in this action as follows:

Thomas J. Nolan
**Skadden, Arps, Slate, Meageher & Flom LLP**
300 South Grand Ave., Ste. 3400
Los Angeles, CA 90071

Mark E. Overland
David C. Scheper
Alexander H. Cote
**Overland Borenstein Scheper & Kim LLP**
601 West Fifth Street, 12th Floor
Los Angeles, CA 90017

On April 28, 2008, I served true copies of the following document(s) described as **DECLARATION OF STEPHEN HAUSS IN SUPPORT OF MATTEL, INC.'S OPPOSITION TO THE MGA PARTIES' MOTIONS IN LIMINE NOS. 1-14 (without exhibits)** on the parties in this action as follows:

John W. Keker, Esq.
Michael H. Page, Esq.
Christina M. Anderson, Esq.
**Keker & Van Nest, LLP**
710 Sansome Street
San Francisco, CA 94111

**BY PERSONAL SERVICE:** I delivered such envelope(s) by hand to the office of the person(s) being served.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on April 28, 2008, at Los Angeles, California.

_Dave Quintana_ /s/
NOW LEGAL -- Dave Quintana

07209/2485896.1

## PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 865 South Figueroa Street, 10th Floor, Los Angeles, California 90017-2543.

On April 28, 2008, I served true copies of the following document(s) described as **DECLARATION OF STEPHEN HAUSS IN SUPPORT OF MATTEL, INC.'S OPPOSITION TO THE MGA PARTIES' MOTIONS IN LIMINE NOS. 1-14 (with exhibits)** on the parties in this action as follows:

John W. Keker, Esq.
Michael H. Page, Esq.
Christina M. Anderson, Esq.
**Keker & Van Nest, LLP**
710 Sansome Street
San Francisco, CA 94111

**BY MAIL:** I enclosed the foregoing into sealed envelope(s) addressed as shown above, and I deposited such envelope(s) in the mail at Los Angeles, California. The envelope was mailed with postage thereon fully prepaid.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on April 28, 2008, at Los Angeles, California.

Andrea Hoeven

07209/2217871.1