| | |
|---|---|
| 1 | A.    LINE 12, YES, THAT'S WHAT THE NEXT PAGE | |
| 2 | INDICATES. | |
| 3 | Q.    OKAY.  AND 1355 IS, AS FAR AS YOU'RE AWARE, | |
| 4 | THE PAYMENTS THAT WERE MADE TO THE MAKABI FAMILY BY | |
| 5 | M.G.A. ENTERTAINMENT? | 12:15:23 |
| 6 | A.    THE VARIOUS DIFFERENT PAYMENTS? | |
| 7 | Q.    CORRECT. | |
| 8 | A.    THERE'S ALSO PAYROLL AS WELL. | |
| 9 | Q.    OKAY.  WHICH WE HAVEN'T -- WHICH WE | |
| 10 | HAVEN'T -- WE HAVEN'T LOOKED AT.  I'M GOING TO | 12:15:36 |
| 11 | ASSUME THAT IT'S IN THE STACK THAT MR. ROTH PROVIDED | |
| 12 | TO ME. | |
| 13 | A.    YES. | |
| 14 | Q.    SO BETWEEN -- BETWEEN EXHIBIT 1355 AND | |
| 15 | PAYROLL, SETTING ASIDE -- SETTING ASIDE THE RENT, | 12:15:47 |
| 16 | WHICH WE TALKED ABOUT, ARE THERE ANY OTHER PAYMENTS | |
| 17 | THAT YOU'RE AWARE OF THAT WOULD NOT BE REFLECTED IN | |
| 18 | 1355 OR THE PAYROLL INFORMATION THAT'S BEEN | |
| 19 | PROVIDED? | |
| 20 | A.    THERE'S ALSO THE 1354 AS WELL. | 12:16:05 |
| 21 | Q.    BUT -- BUT 13- -- I THOUGHT YOU SAID BEFORE | |
| 22 | THAT 1355 SHOULD COVER ALL OF THE DISTRIBUTIONS AS | |
| 23 | WELL.  DID I -- DID I MISUNDERSTAND THAT? | |
| 24 | A.    YES.  BECAUSE 1354 HAS SOME OF THE OTHER | |
| 25 | YEARS AS WELL ON DISTRIBUTIONS. | 12:16:25 |

839

EXHIBIT ___ 34

PAGE ___ 438

```
 1        Q.   IS 1355 LIMITED TO '06 AND '07?  I MEAN,
 2   I'M CONFUSED NOW.  I'M JUST -- I'M JUST TRYING TO
 3   FIGURE OUT WHAT THE UNIVERSE OF -- OF PAYMENTS MAY
 4   BE TO -- OR WAS TO MR. MAKABI AND HIS WIFE.
 5        A.   1354 PROVIDES ALL DISTRIBUTIONS FROM '99     12:16:47
 6   THROUGH '05.
 7             1355 PROVIDES FOR ALL OTHER TYPES OF
 8   PAYMENTS, INCLUDING SOME DISTRIBUTIONS FOR ALL
 9   YEARS, BUT ON THE DISTRIBUTION SIDE IT ONLY HAS SOME
10   OF THE MORE CURRENT YEARS, LIKE, FOR EXAMPLE, IT      12:17:12
11   INCLUDES '06, WHICH -54 DOESN'T INCLUDE.
12        Q.   WHY DOES 1355 ONLY INCLUDE SOME
13   DISTRIBUTIONS?
14        A.   IT DOESN'T INCLUDE --
15             MR. ROTH:  OBJECTION --                     12:17:40
16             THE WITNESS:  SORRY.
17             MR. ROTH:  OBJECTION; VAGUE AND AMBIGUOUS.
18             THE WITNESS:  IT -- IT INCLUDES THE
19   DIVIDEND DISTRIBUTIONS UP TO 2005.
20   BY MR. COREY:                                         12:17:49
21        Q.   1354 PROVIDES DIVIDEND DISTRIBUTIONS UP TO
22   2005?
23        A.   CORRECT.
24        Q.   ALL RIGHT.  AND THEN YOU SAID 1355, AT
25   LEAST WITH RESPECT TO THE MAKABIS, CONTAINS OTHER     12:17:57
```

840

A&E COURT REPORTERS (213) 955-0070  FAX: (213) 955-0077

EXHIBIT 36
PAGE 439

```
 1   TYPES OF DISTRIBUTION -- OTHER TYPES OF TRANSFERS OF
 2   VALUE TO THEM, INCLUDING SOME DISTRIBUTIONS; IS THAT
 3   WHAT YOU SAID?
 4       A.   RIGHT.
 5       Q.   AND BY "SOME DISTRIBUTIONS" YOU MEAN IT HAS       12:18:11
 6   2006 AND 2007 DISTRIBUTIONS?
 7       A.   I BELIEVE IT'S JUST '06 ON THIS ONE.
 8       Q.   SO -- SO THE ONLY ADDITIONAL DISTRIBUTIONS
 9   ARE FOR 2006?
10       A.   YES.                                             12:18:26
11       Q.   OKAY.
12       A.   IT HAS SOME DUPLICATE INFORMATION.  LIKE IT
13   HAS '05 ON HERE TOO, BUT IT'S KIND OF DUPLICATE.
14   BECAUSE I THINK THE TRANSACTION DATE MAY BE A LITTLE
15   BIT LATER IN TIME.                                        12:18:36
16       Q.   BUT -- AND YOU'RE REFERRING SIMPLY TO THE
17   FIRST ENTRY --
18       A.   RIGHT.
19       Q.   -- ON PAGE 3787427, LINE 2?  IS THAT WHAT
20   YOU'RE REFERRING TO?                                      12:18:51
21       A.   YES.
22       Q.   ARE THERE ANY OTHER ENTRIES THAT YOU'RE
23   AWARE OF THAT ARE DUPLICATE?
24       A.   NOT THAT I'M AWARE OF.
25       Q.   DO YOU KNOW WHETHER -- I HAVE TO ASK THIS        12:19:06
```

841

EXHIBIT  36

PAGE  440

```
 1          LOS ANGELES, CALIFORNIA; THURSDAY, JANUARY 17, 2008

 2                          1:50 P.M.

 3                           -oOo-

 4

 5                        LISA TONNU,

 6          HAVING BEEN PREVIOUSLY AFFIRMED, WAS

 7             EXAMINED AND TESTIFIED AS FOLLOWS:

 8

 9                  EXAMINATION (RESUMED)

10          THE VIDEO TECHNICIAN:   GOING BACK ON THE          01:50:08

11    RECORD AT 1:50 P.M.

12          MR. COREY:   LET ME GET THIS MARKED AS -64.

13          (EXHIBIT 1364 MARKED.)

14    BY MR. COREY:

15      Q.   MY FIRST QUESTION, MS. TONNU, IS GOING TO         01:50:46

16    BE DO YOU RECOGNIZE EXHIBIT 1364?

17      A.   YES.

18      Q.   WHAT DO YOU RECOGNIZE IT TO BE?

19      A.   IT'S THE REPORT THAT WAS PROVIDED IN

20    REGARDS TO PAYMENTS TO LARIAN OR FAMILY MEMBERS.         01:50:58

21      Q.   SO THIS IS THE COROLLARY TO THE EXHIBIT

22    THAT WE LOOKED AT EARLIER RELATED TO THE MAKABI

23    FAMILY RELATED PAYMENTS?

24      A.   THAT'S CORRECT.

25      Q.   AND IS EXHIBIT 1364 SIMILARLY LIMITED BY          01:51:13
```

852

A&E COURT REPORTERS (213) 955-0070 FAX: (213) 955-0077

EXHIBIT ___36___

PAGE ___441___

```
 1   THE TIME PERIOD BETWEEN 199- -- TO THE TIME PERIOD

 2   1999 THROUGH 2005?

 3       A.   NO.  I THINK THE ONLY ONE THAT WAS LIMITED

 4   IN TIME WAS THE -- THE DISTRIBUTION ONE.

 5       Q.   OKAY.  YOU'RE RIGHT.  I MISSPOKE.            01:51:39

 6            DOES EXHIBIT 1364 HAVE 2006 OR 2007

 7   DISTRIBUTION INFORMATION IN IT?

 8       A.   I DON'T SEE ANY, NO.  OH.  THERE ARE A FEW.

 9       Q.   WHAT PAGE ARE YOU LOOKING AT?

10       A.   3787417.                                    01:52:41

11       Q.   -7417?

12       A.   -417.

13       Q.   OKAY.  GOING BACK TO THE FIRST PAGE, YOU

14   RECALL THAT WITH RESPECT TO EXHIBIT NO. 1355 I HAD

15   ASK YOU QUESTIONS ABOUT THE SIGNIFICANCE OF          01:53:54

16   INFORMATION CONTAINED IN THE VARIOUS COLUMNS.  IS

17   THE INFORMATION IN EXHIBIT 1364 ON A COLUMN BY

18   COLUMN BASIS THE SAME TYPE OF INFORMATION THAT

19   APPEARS IN EXHIBIT 1355?

20       A.   YES.                                        01:54:10

21       Q.   THE FORMAT OF THE REPORTS IS THE SAME?

22       A.   YES.

23       Q.   AND WHO PREPARED EXHIBIT 1364?

24       A.   CHAR BROOKS.

25       Q.   IF YOU LOOKED AT THE FIRST PORTION -- LET   01:54:31
```

A&E COURT REPORTERS (213) 955-0070 FAX: (213) 955-0077

EXHIBIT ___36___

PAGE ___442___

```
 1    ME TAKE -- LET ME TAKE A STEP BACK.
 2              I BELIEVE THAT WE HAVE NOW LOOKED AT ALL OF
 3    THE DOCUMENTS THAT HAVE BEEN PROVIDED FOR ME HERE
 4    TODAY REFLECTING WHAT YOU'VE COLLECTED -- WHAT
 5    YOU'VE RELIED ON TO TESTIFY ABOUT THE PAYMENTS MADE      01:55:02
 6    TO ISAAC LARIAN OR MEMBERS OF HIS FAMILY.  IS THAT
 7    CORRECT?
 8        A.   I BELIEVE SO, YES.
 9        Q.   OKAY.  NOW, HAVE YOU GONE THROUGH THESE
10    REPORTS TO DETERMINE A TOTAL AMOUNT PAID TO             01:55:15
11    MR. LARIAN?
12        A.   NO.
13        Q.   HOW WOULD YOU DO THAT?
14             MR. ROTH:  OBJECTION; VAGUE AND AMBIGUOUS.
15             THE WITNESS:  WHAT -- FOR -- CAN YOU BE         01:55:31
16    MORE SPECIFIC?
17    BY MR. COREY:
18        Q.   NO, I'M ACTUALLY -- I WANT TO BE GENERAL, I
19    WANT -- I WANT TO MAKE SURE THAT I UNDERSTAND WHAT'S
20    PRESENTED TO ME.                                        01:55:39
21             AND SO I'M SAYING -- WHAT I'M ASKING YOU IS
22    IF YOU WANTED TO COME UP WITH A TOTAL NUMBER BASED
23    ON THE INFORMATION THAT WE'VE LOOKED AT THIS MORNING
24    OF PAYMENTS TO ISAAC LARIAN, FOR EXAMPLE, WHAT
25    DOCUMENTS WOULD YOU HAVE TO LOOK AT TO MAKE SURE        01:55:52
```

854

A&E COURT REPORTERS (213) 955-0070  FAX: (213) 955-0077

EXHIBIT ___36___

PAGE ___443___

```
 1    THAT YOU CAPTURED ALL OF THOSE PAYMENTS?

 2         DO YOU UNDERSTAND MY QUESTION?

 3    A.   YES.

 4    Q.   OKAY.

 5    A.   I WOULD HAVE TO LOOK IN COMBINATION OF ALL        01:56:02

 6    THE DOCUMENTS.

 7    Q.   OKAY.  BUT WHAT -- WHAT WOULD YOU -- WHAT

 8    WOULD YOU DO SPECIFICALLY?

 9    A.   I WOULD LOOK AT, FOR EXAMPLE, HIS PAYROLL

10    INFORMATION FOR SALARY THAT'S PAID TO HIM.  I LOOK      01:56:21

11    AT THE DISTRIBUTION TO SEE WHAT TYPES OF

12    DISTRIBUTIONS WERE MADE TO HIM, AND I WOULD LOOK AT

13    THESE TYPE OF PAYMENT LOGS TO SEE WHAT OTHER -- IF

14    THERE'S ANY EXPENSES PAID TO HIM, OR INTEREST PAID

15    TO HIM.                                                 01:56:38

16    Q.   AND YOU RECALL THAT WHEN WE LOOKED AT

17    EXHIBIT 1354 THERE'S AN ENTRY THERE FOR -- THE TOP

18    ONE IS FOR AGHDAS LARIAN, AND THAT'S AN AMOUNT OF

19    $365,760.40, AND THAT'S GOING FROM A DISTRIBUTION

20    ACCOUNT.                                                01:57:08

21         DO YOU RECALL THAT ENTRY?

22    A.   YES.

23    Q.   THAT'S CATEGORIZED AS ISAAC'S LOAN TO

24    AGHDAS LARIAN.  DO YOU SEE THAT?

25    A.   YES.                                               01:57:29
```

855

EXHIBIT 36

PAGE 444

```
 1        Q.   OKAY.  SO THAT -- THAT AMOUNT WOULD BE

 2   ATTRIBUTABLE TO MR. LARIAN; IS THAT CORRECT?

 3        A.   YES.

 4        Q.   YOU WOULD INCLUDE THAT IN YOUR CALCULATION

 5   OF -- OF PAYMENTS MADE BY M.G.A. TO MR. LARIAN OR ON        01:57:38

 6   HIS BEHALF?

 7        A.   YES.

 8        Q.   NOW, IF YOU GO DOWN TO 3787376, THERE ARE

 9   SOME ENTRIES THERE.

10        A.   THIS IS ON THE 1354?                              01:58:11

11        Q.   WE'RE STILL ON 1354.

12        A.   OKAY.

13        Q.   LINE 90, FOR EXAMPLE.  IF YOU FOLLOW THAT

14   ACROSS, IT SAYS, "CHECK REQUEST SEPTEMBER RENT."  DO

15   YOU SEE WHAT I'M LOOKING AT?                                01:58:34

16        A.   YES.

17        Q.   IF YOU FOLLOWED THAT ACROSS, THAT'S IN THE

18   AMOUNT OF $50,000 -- $50,198.23.

19        A.   OKAY.

20        Q.   IF YOU FOLLOW IT ACROSS, IT SAYS, "PAYABLES       01:58:45

21   TRX ENTRY PACIFIC IND," AND THEN "PACIFIC INDUSTRIAL

22   PARTNERS LL."

23             CAN I TELL FROM THIS DOCUMENT ON WHOSE

24   BEHALF THAT DISTRIBUTION WAS MADE?

25        A.   NO.                                               01:59:07
```

A&E COURT REPORTERS (213) 955-0070  FAX: (213) 955-0077

EXHIBIT ___ 3ῶ

PAGE ___ 444

1      A.    WHEN YOU SEE COLUMN E IN THE ACTUAL GENERAL

2   LEDGER ACCOUNT NUMBER, YOU START ON LINE 164, YOU

3   SEE MORE DISTINGUISHING ACCOUNT NUMBERS.

4      Q.    OH.   SO THERE'S -- THEY'RE -- THEY'RE MAJOR

5   ACCOUNT NUMBERS.   THEY'RE MAJOR ACCOUNT NUMBERS                    02:01:10

6   WITHIN THE SERIES, THE WAY I UNDERSTAND IT?   WHEN

7   YOU -- WHEN YOU SAY "MAJOR ACCOUNT," DO YOU REFER TO

8   THE 3600 ACCOUNT?

9      A.    THAT'S -- RIGHT.

10     Q.    OKAY.   I MEAN, BECAUSE PEOPLE HAVE --                     02:01:19

11   PEOPLE HAVE DIFFERENT PARLANCE.

12          SO -- SO IS THERE -- AND I MEAN, THERE ARE

13   A NUMBER OF ENTRIES LIKE THE ONE I JUST IDENTIFIED

14   TO YOU, WITH THE PAYMENT TO PACIFIC -- EXCUSE ME --

15   PACIFIC INDUSTRIAL PARTNERS, LLC.                                  02:01:51

16     A.    WHAT WAS THE PAGE NUMBER AGAIN?

17     Q.    IT WAS 37837- -- OR IT'S 3787379, IS THE

18   ONE THAT IDENTIFIES ON LINE 90 "PACIFIC INDUSTRIAL

19   PARTNERS LL."

20     A.    OKAY.                                                      02:02:10

21     Q.    AND DO YOU KNOW WHY THAT PAYMENT WAS MADE?

22     A.    NO.

23     Q.    SO IS THERE ANY WAY TO FIGURE OUT FROM THIS

24   DOCUMENT, EXHIBIT 1354, THE AMOUNT OF DISTRIBUTIONS

25   MADE TO MR. -- ISAAC LARIAN AS OPPOSED TO                         02:02:36

858

EXHIBIT ___ 36

PAGE ___ 445

1   Q.   DO YOU KNOW WHETHER M.G.A. HAS DISTRIBUTION

2   ACCOUNTS WITH ANY OTHER BANKS CURRENTLY?

3   A.   NO, I DON'T KNOW.

4   Q.   DID YOU ASK EITHER MS. BROOKS OR MS. -- WHO

5   IS THE OTHER WOMAN YOU SPOKE WITH?                        02:05:21

6   A.   ON WHICH MATTER?

7   Q.   IN -- IN PREPARING FOR YOUR DEPOSITION, DID

8   YOU ASK ANYONE WHETHER ALL OF THE CHECKS THAT WERE

9   WRITTEN CAME FROM THE SAME DISTRIBUTION ACCOUNT?

10  A.   NO.                                                  02:05:42

11  Q.   DO YOU KNOW WHAT -- WHICH BANK HELD THE

12  DISTRIBUTION ACCOUNT PRIOR TO JOINING M.G.A.?

13  A.   NO.

14  Q.   NOW, THE -- WHICH BANK CURRENT- --

15  CURRENTLY HOLDS THE -- THE CONCENTRATION ACCOUNT?        02:06:01

16  A.   WELLS FARGO.

17  Q.   AND DO YOU KNOW HOW LONG THAT'S BEEN THE

18  CASE?

19  A.   NO.

20  Q.   DO YOU KNOW IF M.G.A. JUST HAS ONE              02:06:12

21  CONCENTRATION ACCOUNT?

22  A.   I DON'T KNOW.

23  Q.   DO YOU KNOW WHO WOULD KNOW THAT?

24  A.   NO.

25  Q.   DO YOU KNOW IF ALL OF THE PAYMENTS MADE        02:06:19

861

EXHIBIT 36

PAGE 446

```
 1              THE WITNESS:  I THINK PARAGRAPH 10 SAYS
 2    THAT HE USED AN INFRARED LIGHT.
 3    BY MS. HUTNYAN:
 4         Q.   OKAY.  AND DID YOU ASK HIM WHAT THAT
 5    INVOLVES?                                          03:53:20
 6         A.   NO.
 7         Q.   DID YOU ASK HIM WHAT EQUIPMENT WAS USED TO
 8    LOOK AT THE DOCUMENTS USING INFRARED LIGHT?
 9         A.   NO.
10         Q.   DID YOU ASK HIM WHETHER HIS EQUIPMENT FOR   03:53:27
11    THE INFRARED LIGHT WAS PROPERLY CALIBRATED?
12         A.   NO.
13         Q.   DID YOU ASK HIM ANY QUESTIONS ABOUT
14    INFRARED -- VISUAL EXAMINATION WITH INFRARED LIGHT?
15         A.   NO.                                        03:53:43
16         Q.   OKAY.  DO YOU KNOW IF HE DID ANY TESTING
17    USING ULTRAVIOLET LIGHT?
18         A.   UNLESS IT STATES IT IN THE DECLARATION, NO.
19         Q.   SO IN YOUR CONVERSATION YESTERDAY WHEN HE
20    MENTIONED -- DID YOU TALK ABOUT VISUAL EXAMINATION   03:54:02
21    AT ALL?
22         A.   NOT IN DETAIL.
23         Q.   OKAY.
24         A.   NO.
25         Q.   WHAT -- SO WHAT WAS SAID ABOUT VISUAL       03:54:12
```

EXHIBIT 36

PAGE 446.00)

1   TESTING, IF ANYTHING?

2       A.   HE JUST MENTIONED THAT HE DID INITIALLY

3   SOME VISUAL TESTING.

4       Q.   OKAY.  BUT YOU DON'T WHICH DOCUMENTS HE DID

5   THAT TO?                                                    03:54:22

6       A.   NO.

7       Q.   OKAY.  DO YOU KNOW ANY DOCUMENT THAT HE DID

8   THAT TO?

9       A.   NO.

10      Q.   OKAY.  AND THEN YOU SAID THERE WERE THREE           03:54:27

11  OTHER TESTS:  INK COMPARISON, INK AGING AND

12  IMPRESSION ANALYSIS.

13      A.   YES.

14      Q.   DID MR. SPECKIN TELL YOU WHICH DOCUMENTS HE

15  HAD DONE THESE TESTS TO?                                    03:54:38

16      A.   NO.

17      Q.   OKAY.  DO YOU HAVE ANY KNOWLEDGE ABOUT

18  WHICH DOCUMENTS HE DID INK COMPARISON TESTING ON?

19      A.   NO.

20      Q.   DO YOU HAVE ANY KNOWLEDGE AS TO WHICH              03:54:47

21  DOCUMENTS HE DID INK AGING ON?

22      A.   NO.

23      Q.   DO YOU HAVE ANY INFORMATION AS TO WHICH

24  DOCUMENTS HE DID ANY IMPRESSION ANALYSIS ON?

25      A.   NO.                                                03:54:59

929

EXHIBIT 36

PAGE 446.002

1      Q.   OKAY.  WHAT DID HE TELL YOU YESTERDAY -- IS

2    THAT THE ONLY TIME YOU'VE SPOKEN WITH MR. SPECKIN?

3      A.   YES.

4      Q.   AND WHAT DID HE TELL YOU YESTERDAY ABOUT

5    HIS INK COMPARISON TESTING?                                    03:55:10

6      A.   HE WENT THROUGH THE PROCESS IN WHICH HE

7    COMPLETED THE INK COMPARISON TESTING.

8      Q.   OKAY.  AND WHAT DID HE SAY?

9      A.   WELL, HE -- I CAN'T REMEMBER ALL THE EXACT

10   DETAILS ON IT, BUT HE TOOK MICROPLUGS ON VARIOUS               03:55:30

11   DOCUMENTS, AND I BELIEVE WHAT HE DID WAS HE PUT IT

12   ON SOME TYPE OF MACHINE WHERE -- THAT ACTUALLY --

13   AND THERE WAS SOME KIND OF RESOLUTION OR SOME TYPE

14   OF LIQUID THAT WAS PLACED ON IT, AND THEN IT

15   WOULD -- IT -- I -- I -- IT BASICALLY MADE THE INK            03:56:04

16   THAT WAS ON THE MICROPLUGS DISSOLVE ON THE MIC- --

17   THE PAPER, AND THEN FROM THERE HE WOULD COMPARE IT

18   TO DIFFERENT TYPES OF INKS THAT WAS AT HIS

19   LABORATORY.

20     Q.   OKAY.  SO IN HIS INK LIBRARY?                          03:56:25

21     A.   YES.

22          MR. ROTH:  COUNSEL, CAN WE GO OFF THE

23   RECORD FOR A SECOND?

24          MS. HUTNYAN:  SURE.

25          THE VIDEO TECHNICIAN:  GOING OFF THE RECORD            03:56:33

EXHIBIT 36

930

PAGE 446.003

```
 1              THE WITNESS:  I THINK PARAGRAPH 10 SAYS
 2    THAT HE USED AN INFRARED LIGHT.
 3    BY MS. HUTNYAN:
 4         Q.   OKAY.  AND DID YOU ASK HIM WHAT THAT
 5    INVOLVES?                                           03:53:20
 6         A.   NO.
 7         Q.   DID YOU ASK HIM WHAT EQUIPMENT WAS USED TO
 8    LOOK AT THE DOCUMENTS USING INFRARED LIGHT?
 9         A.   NO.
10         Q.   DID YOU ASK HIM WHETHER HIS EQUIPMENT FOR   03:53:27
11    THE INFRARED LIGHT WAS PROPERLY CALIBRATED?
12         A.   NO.
13         Q.   DID YOU ASK HIM ANY QUESTIONS ABOUT
14    INFRARED -- VISUAL EXAMINATION WITH INFRARED LIGHT?
15         A.   NO.                                         03:53:43
16         Q.   OKAY.  DO YOU KNOW IF HE DID ANY TESTING
17    USING ULTRAVIOLET LIGHT?
18         A.   UNLESS IT STATES IT IN THE DECLARATION, NO.
19         Q.   SO IN YOUR CONVERSATION YESTERDAY WHEN HE
20    MENTIONED -- DID YOU TALK ABOUT VISUAL EXAMINATION   03:54:02
21    AT ALL?
22         A.   NOT IN DETAIL.
23         Q.   OKAY.
24         A.   NO.
25         Q.   WHAT -- SO WHAT WAS SAID ABOUT VISUAL       03:54:12
```

928

EXHIBIT 36

PAGE 446.001

1    TESTING, IF ANYTHING?

2         A.    HE JUST MENTIONED THAT HE DID INITIALLY

3    SOME VISUAL TESTING.

4         Q.    OKAY.  BUT YOU DON'T WHICH DOCUMENTS HE DID

5    THAT TO?                                              03:54:22

6         A.    NO.

7         Q.    OKAY.  DO YOU KNOW ANY DOCUMENT THAT HE DID

8    THAT TO?

9         A.    NO.

10        Q.    OKAY.  AND THEN YOU SAID THERE WERE THREE     03:54:27

11   OTHER TESTS:  INK COMPARISON, INK AGING AND

12   IMPRESSION ANALYSIS.

13        A.    YES.

14        Q.    DID MR. SPECKIN TELL YOU WHICH DOCUMENTS HE

15   HAD DONE THESE TESTS TO?                               03:54:38

16        A.    NO.

17        Q.    OKAY.  DO YOU HAVE ANY KNOWLEDGE ABOUT

18   WHICH DOCUMENTS HE DID INK COMPARISON TESTING ON?

19        A.    NO.

20        Q.    DO YOU HAVE ANY KNOWLEDGE AS TO WHICH        03:54:47

21   DOCUMENTS HE DID INK AGING ON?

22        A.    NO.

23        Q.    DO YOU HAVE ANY INFORMATION AS TO WHICH

24   DOCUMENTS HE DID ANY IMPRESSION ANALYSIS ON?

25        A.    NO.                                          03:54:59

EXHIBIT 36

929

PAGE 446.002

1    Q.   OKAY.  WHAT DID HE TELL YOU YESTERDAY -- IS

2  THAT THE ONLY TIME YOU'VE SPOKEN WITH MR. SPECKIN?

3    A.   YES.

4    Q.   AND WHAT DID HE TELL YOU YESTERDAY ABOUT

5  HIS INK COMPARISON TESTING?                          03:55:10

6    A.   HE WENT THROUGH THE PROCESS IN WHICH HE

7  COMPLETED THE INK COMPARISON TESTING.

8    Q.   OKAY.  AND WHAT DID HE SAY?

9    A.   WELL, HE -- I CAN'T REMEMBER ALL THE EXACT

10 DETAILS ON IT, BUT HE TOOK MICROPLUGS ON VARIOUS      03:55:30

11 DOCUMENTS, AND I BELIEVE WHAT HE DID WAS HE PUT IT

12 ON SOME TYPE OF MACHINE WHERE -- THAT ACTUALLY --

13 AND THERE WAS SOME KIND OF RESOLUTION OR SOME TYPE

14 OF LIQUID THAT WAS PLACED ON IT, AND THEN IT

15 WOULD -- IT -- I -- I -- IT BASICALLY MADE THE INK    03:56:04

16 THAT WAS ON THE MICROPLUGS DISSOLVE ON THE MIC- --

17 THE PAPER, AND THEN FROM THERE HE WOULD COMPARE IT

18 TO DIFFERENT TYPES OF INKS THAT WAS AT HIS

19 LABORATORY.

20   Q.   OKAY.  SO IN HIS INK LIBRARY?                  03:56:25

21   A.   YES.

22      MR. ROTH:  COUNSEL, CAN WE GO OFF THE

23 RECORD FOR A SECOND?

24      MS. HUTNYAN:  SURE.

25      THE VIDEO TECHNICIAN:  GOING OFF THE RECORD      03:56:33

EXHIBIT 36
930
PAGE 446.003

```
 1                    DECLARATION OF WITNESS

 2

 3   I CERTIFY UNDER PENALTY OF PERJURY UNDER THE LAWS OF

 4   THE STATE OF CALIFORNIA THAT THE FOREGOING IS TRUE

 5   AND CORRECT.

 6

 7

 8   EXECUTED AT              , ON
               (PLACE)              (DATE)

 9

10

11          (SIGNATURE OF WITNESS)

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

984

A&B COURT REPORTERS (213) 955-0070  FAX: (213) 955-0077

EXHIBIT _____ 30

PAGE _____ 447

```
 1   STATE OF CALIFORNIA     )
                             )   SS.
 2   COUNTY OF RIVERSIDE     )

 3        I, PAULA A. PYBURN, CERTIFIED SHORTHAND

 4   REPORTER, CERTIFICATE NUMBER 7304, R.P.R., C.L.R., FOR

 5   THE STATE OF CALIFORNIA, HEREBY CERTIFY:

 6        THE FOREGOING PROCEEDINGS WERE TAKEN BEFORE ME

 7   AT THE TIME AND PLACE THEREIN SET FORTH, AT WHICH TIME

 8   THE WITNESS WAS PLACED UNDER OATH BY ME;

 9        THE TESTIMONY OF THE WITNESS AND ALL OBJECTIONS

10   MADE AT THE TIME OF THE EXAMINATION WERE RECORDED

11   STENOGRAPHICALLY BY ME AND WERE THEREAFTER TRANSCRIBED;

12        THE FOREGOING TRANSCRIPT IS A TRUE AND CORRECT

13   TRANSCRIPT OF MY SHORTHAND NOTES SO TAKEN;

14        I FURTHER CERTIFY THAT I AM NEITHER COUNSEL FOR

15   NOR RELATED TO ANY PARTY TO SAID ACTION NOR IN ANY WAY

16   INTERESTED IN THE OUTCOME THEREOF.

17        IN WITNESS WHEREOF, I HAVE HEREUNTO SUBSCRIBED

18   MY NAME THIS 23rd DAY OF JANUARY , 2008.

19

20              Paula A. Pyburn

21

22

23

24

25

                                              81
```

A & E COURT REPORTERS   (213) 955-0070   FAX: (213) 955-0077

EXHIBIT  86

PAGE  448

**Exhibit 37**

**CERTIFIED COPY**

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA - EASTERN DIVISION

CARTER BRYANT, AN INDIVIDUAL,    )
)
PLAINTIFF,    )
)
V.    )    NO.  CV 04-9040 SGL (RNBX)
)
MATTEL, INC., A DELAWARE    )
CORPORATION,    )
)
DEFENDANTS.    )
————————————————————)
)
AND CONSOLIDATED ACTION (S).    )
————————————————————)

# C O N F I D E N T I A L

**(PURSUANT TO PROTECTIVE ORDER, THIS TRANSCRIPT HAS BEEN
DESIGNATED CONFIDENTIAL, ATTORNEYS' EYES ONLY)**

# DEPOSITION OF LISA TONNU

# VOLUME V

# JANUARY 24, 2008



COURT REPORTERS

**REPORTED BY:**
PAULA PYBURN
CSR NO.  7304
JOB NO. 08AE047-PP

515 S. Flower Street
Suite 3600
Los Angeles, California 90071
Office: (213) 955-0070
Fax: (213) 955-0077

EXHIBIT _____ 37

PAGE _____ 449

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

CARTER BRYANT, AN                    )
INDIVIDUAL,                          )
                                     )  CASE NO.
        PLAINTIFF,                   )  CV 04-9049 SGL(RNBX)
                                     )
   V.                                )  CONSOLIDATED WITH
                                     )  CASE NO. 04-9059
MATTEL, INC., A DELAWARE             )            AND
CORPORATION,                         )  CASE NO. 05-2727
                                     )
        DEFENDANT.                   )
—————————————————————————————————)
                                     )
AND CONSOLIDATED ACTION(S)           )
—————————————————————————————————)

        CONFIDENTIAL ATTORNEYS' EYES ONLY
VIDEOTAPED DEPOSITION OF M.G.A.
ENTERTAINMENT, INC., M.G.A. (HK)
LTD., M.G.A.E. DE MEXICO, S.R.L. DE
C.V., PURSUANT TO RULE 30(B)(6)(LISA
TONNU, VOLUME V), TAKEN ON BEHALF OF
MATTEL, INC., AT 865 SOUTH FIGUEROA
STREET, 2ND FLOOR, LOS ANGELES,
CALIFORNIA, COMMENCING AT 9:46 A.M.,
THURSDAY, JANUARY 24, 2008, BEFORE
PAULA A. PYBURN, C.S.R. 7304,
R.P.R., C.L.R.

987

EXHIBIT _____ 37

PAGE _____ 450

```
 1    APPEARANCES OF COUNSEL:
 2    FOR M.G.A. ENTERTAINMENT, INC.:
 3     SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
        BY:   CARL ALAN ROTH, ESQ.
 4      BY:   RYAN WEINSTEIN, ESQ.
        300 SOUTH GRAND AVENUE
 5      LOS ANGELES, CALIFORNIA 90071
        (213) 687-5000
 6      RWEINSTE@SKADDEN.COM
        CROTH@SKADDEN.COM
 7
 8    FOR DEFENDANT MATTEL, INC.:
 9     QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
        BY:   DIANE HUTNYAN, ESQ.
10      865 SOUTH FIGUEROA STREET
        2ND FLOOR
11      LOS ANGELES, CALIFORNIA 90017-2543
        (213) 443-3000
12      DIANEHUTNYAN@QUINNEMANUEL.COM
13
      FOR CARTER BRYANT:
14
       KEKER & VAN NEST LLP
15      BY:   AUDREY WALTON-HADLOCK, ESQ.
               (NOT PRESENT)
16      710 SANSOME STREET
        SAN FRANCISCO, CALIFORNIA 94111
17      (415) 391-5400
        AWALTONHADLOCK@KVN.COM
18
19    ALSO PRESENT:
20     HEIDI FRAHM (WHERE INDICATED)
       STEVEN TOGAMI, J.T.V. LITIGATION SERVICES, INC.
21
22
23
24
25
```

988

EXHIBIT _____ 37

PAGE _____ 457

```
 1                        I N D E X
 2
 3   WITNESS:          EXAMINED BY:              PAGE:
 4   LISA TONNU
 5                     MS. HUTNYAN                996
 6                     AFTERNOON SESSION         1118
 7
 8
 9   EXHIBITS FOR IDENTIFICATION:   (BOUND SEPARATELY)
10   NUMBER:
11   1705 -    FOURTH NOTICE OF DEPOSITION OF      997
                M.G.A. ENTERTAINMENT, INC.,
12              UNNUMBERED DOCUMENT, 30 PAGES
13   1706 -    BRATZ ROYALTIES FOR THE QUARTER     998
                ENDING MARCH 31ST, 2004, BRYANT
14              12237 - BRYANT 12240, 4 PAGES
15   1707 -    LOVINS ROYALTY REPORTS, MGA        1006
                3720802 - MGA 3720805, 4 PAGES
16
17   1708 -    BARHAM PARINCHY ROYALTY REPORTS,   1011
                MGA 3720813 - MGA 3720816, 4
                PAGES
18
19   1709 -    DOMESTIC LICENSING PAYMENT LOG,    1014
                MGA 3743606 - MGA 3745687, 2,082
                PAGES (RETAINED BY MATTEL
20              COUNSEL)
21   1709A-    DOMESTIC LICENSING PAYMENT LOG,    1014
                MGA 3743606 - MGA 3743615, 10
22              PAGES
23   1710 -    M.G.A.'S CONSOLIDATED PROFIT-AND-  1032
                LOSS STATEMENT FOR THE 12 MONTHS
24              ENDING DECEMBER 31, 2005, MGA
                3710565 - MGA 3710580, 16 PAGES
25
```

EXHIBIT _____ 37

PAGE _____ 452

| | | | |
|---|---|---|---|
| 1 | EXHIBITS FOR IDENTIFICATION: (BOUND SEPARATELY) | | |
| 2 | NUMBER: (CONTINUED) | | |
| 3 | 1711 - | M.G.A. HONG KONG'S 2002 TOOLING COSTS AND DEPRECIATION SCHEDULE, MGA 3720189 - MGA 3720198, 10 PAGES | 1060 |
| 4 | | | |
| 5 | | | |
| 6 | 1712 - | M.G.A.'S WORLDWIDE SALES RETURNS BY S.K.U. FOR 2001, MGA 3717766 - MGA 3717822, 57 PAGES | 1097 |
| 7 | | | |
| 8 | 1713 - | CONSOLIDATED STATEMENT OF OPERATIONS FOR 2001, MGA 3709872 - MGA 3709924, 53 PAGES | 1100 |
| 9 | | | |
| 10 | 1714 - | SEGMENT PROFIT-AND-LOSS REPORTS, MGA 1610365 - MGA 1612386, 2,022 PAGES (RETAINED BY MATTEL COUNSEL) | 1105 |
| 11 | | | |
| 12 | 1714A- | SEGMENT PROFIT-AND-LOSS REPORTS, MGA 1610365 - MGA 161374, 10 PAGES | 1105 |
| 13 | | | |
| 14 | 1714B- | SEGMENT PROFIT-AND-LOSS REPORTS, MGA 1610365 - MGA 161374, WITH HANDWRITTEN NOTATIONS, 10 PAGES, | 1127 |
| 15 | | | |
| 16 | 1715 - | DEPRECIATION SCHEDULES, MGA 3720189 - MGA 3720741, 553 PAGES (RETAINED BY MATTEL COUNSEL) | 1119 |
| 17 | | | |
| 18 | 1716 - | AD MEDIA EXPENSE, MGA 3719906 - MGA 3719909, 4 PAGES | 1130 |
| 19 | | | |
| 20 | 1717 - | AD PRODUCTION EXPENSE REPORT, MGA 3720119 - MGA 3720122, 4 PAGES | 1136 |
| 21 | 1718 - | ITEM MASTER, MGA 3722501 - MGA 3723088, 588 PAGES (RETAINED BY MATTEL COUNSEL) | 1138 |
| 22 | | | |
| 23 | 1718A- | ITEM MASTER, MGA 3722501 - MGA 3722510, 10 PAGES | 1138 |
| 24 | | | |
| 25 | 1719 - | PRICE LIST, MGA 3721551 - MGA 3721667, 117 PAGES | 1142 |

990

EXHIBIT _____ 37

PAGE _____ 453

```
 1    EXHIBITS FOR IDENTIFICATION:  (BOUND SEPARATELY)
 2    NUMBER:  (CONTINUED)
 3    1720 -   CONSOLIDATED STATEMENT OF          1146
             OPERATIONS BY MONTH, MGA 3711608
 4            - MGA 3713506, 1,898 PAGES
             (RETAINED BY MATTEL COUNSEL)
 5
      1720A-   CONSOLIDATED STATEMENT OF          1146
 6            OPERATIONS BY MONTH, MGA 3711608
             - MGA 3711707, 100 PAGES
 7
      1721 -   ESDA TESTING DOCUMENTS,            1150
 8            UNNUMBERED DOCUMENT, 51 PAGES
 9    1722 -   INK DATING DOCUMENTS, UNNUMBERED   1150
             DOCUMENT, 6 PAGES
10
      1723 -   INK COMPARISON DOCUMENTS,          1154
11            UNNUMBERED DOCUMENT, 6 PAGES
12    1724 -   CONSOLIDATED STATEMENT OF          1158
             OPERATIONS, MGA 3713507 - MGA
13            3714339, 833 PAGES (RETAINED BY
             MATTEL COUNSEL)
14
      1724A-   CONSOLIDATED STATEMENT OF          1158
15            OPERATIONS, MGA 3713507 - MGA
             3713516, 10 PAGES
16
      1725 -   INVOICES REGARDING CARTER          1177
17            BRYANT'S REPRESENTATION, MGA
             2815502 - MGA 2815505, 4 PAGES
18
      1726 -   INVOICES REGARDING LUCY ARANT'S    1180
19            REPRESENTATION, MGA 3815499, 1
             PAGE
20
      1727 -   INVOICES REGARDING MARGARET        1180
21            LEAHY'S REPRESENTATION, MGA
             3815501, 1 PAGE
22
      1728 -   INVOICES REGARDING SARAH           1180
23            HALPERN'S REPRESENTATION MGA
             3815500, 1 PAGE
24
25
```

991

EXHIBIT _____ 37

PAGE _____ 454

```
 1    EXHIBITS FOR IDENTIFICATION:   (BOUND SEPARATELY)
 2    NUMBER:   (CONTINUED)
 3    1729 -    INVOICES REGARDING VERONICA          1180
                MARLOW'S REPRESENTATION MGA
 4              3815498, 1 PAGE
 5    1730 -    MEXICO 2005 ACTUALS, RETURNS BY      1229
                ITEM, MGA 3815394 - MGA 3815434,
 6              41 PAGES
 7    1731 -    MEXICO 2007 ACTUALS, SALES BY        1229
                CUSTOMER, MGA 3815435 - MGA
 8              3815442, 8 PAGES
 9    1732 -    MEXICO 2004 ACTUALS, SALES BY        1229
                CUSTOMER, MGA 3815258 - MGA
10              3815263, 6 PAGES
11    1733 -    MEXICO 2004 ACTUALS, RETURNS BY      1229
                ITEM, MGA 3815249 - MGA 3815257,
12              9 PAGES
13    1734 -    MEXICO 2005 ACTUALS, SALES BY        1230
                S.K.U., MGA 3815287 - MGA
14              3815308, 22 PAGES
15    1735 -    MEXICO 2006 ACTUALS, SALES BY        1230
                CUSTOMER, MGA 3815330 - MGA
16              3815337, 8 PAGES
17    1736 -    MEXICO 2007 ACTUALS, SALES BY        1230
                ITEM, MGA 3815443 - MGA 3815497,
18              55 PAGES
19    1737 -    MEXICO 2006 ACTUALS, SALES BY        1230
                S.K.U., MGA 3815338 - MGA
20              3815393, 56 PAGES
21    1738 -    MEXICO 2006 ACTUALS, RETURNS BY      1230
                ITEM, MGA 3815309 - MGA 3815329,
22              21 PAGES
23    1739 -    MEXICO 2005 ACTUALS, SALES BY        1230
                CUSTOMER, MGA 3815279 - MGA
24              3815286, 8 PAGES
25
```

992

EXHIBIT _____ 37

PAGE _____ 455

```
 1   EXHIBITS FOR IDENTIFICATION:  (BOUND SEPARATELY)
 2   NUMBER:  (CONTINUED)
 3   1740 -  MEXICO 2005 ACTUALS, RETURNS BY      1230
             ITEM, MGA 3815275 - MGA 3815278,
 4           4 PAGES
 5   1741 -  MEXICO 2004 ACTUALS, SALES BY        1231
             S.K.U., MGA 3815264 - MGA
 6           3815274, 11 PAGES
 7   1742 -  PAYMENTS MADE TO DAVID DEES, MGA     1241
             3787367 - MGA 3787371, 5 PAGES
 8
     1743 -  PAYMENTS MADE TO VERONICA MARLOW,    1241
 9           MGA 3787447 - MGA 3787464, 18
             PAGES
10
     1744 -  PAYMENTS MADE TO AMY MYERS, MGA      1241
11           3787465 - MGA 3787466, 2 PAGES
12   1745 -  CHECK STUB, WITH ATTACHMENTS, MGA    1254
             1473939 - MGA 1473949, 11 PAGES
13
     1746 -  2003 CHECK REGISTER FOR MARCH        1257
14           2003, MGA 0065717 - MGA 0065826,
             110 PAGES
15
     1747 -  BRYANT 00195 AND COPIES THEREOF,     1263
16           6 PAGES
17   1748 -  BRYANT 00201, AND COPIES THEREOF,    1269
             5 PAGES
18
     1749 -  PAYMENTS TO SARAH HALPERN, MGA       1771
19           3787398 - MGA 3787399, 2 PAGES
20   1750 -  BRYANT 00204 AND COPIES THEREOF,     1771
             4 PAGES
21
     1751 -  BRYANT 00208 AND COPIES THEREOF,     1274
22           5 PAGES
23   1752 -  BRYANT 00211 AND COPIES THEREOF,     1277
             4 PAGES
24
     1753 -  11/12/07 LETTER FROM CHRISTENSEN,    1280
25           GLASER, FINK, JACOBS, WEIL &
```

993

EXHIBIT ___ 37

PAGE ___ 456

1  QUESTIONS UNANSWERED BY WITNESS:

2                    (NONE)

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

994

EXHIBIT _____ 37

PAGE _____ 457

```
 1        LOS ANGELES, CALIFORNIA; THURSDAY, JANUARY 24, 2008
 2                        9:46 A.M.
 3
 4             THE VIDEO TECHNICIAN:  GOOD MORNING.  WE
 5     ARE BACK ON THE RECORD AT 9:46 A.M.  TODAY'S DATE IS          09:46:35
 6     JANUARY 24TH, 2008.  THIS IS TAPE NO. 1 FOR VOLUME V
 7     FOR THE CONTINUED DEPOSITION OF LISA TONNU IN THE
 8     ACTION ENTITLED "CARTER BRYANT V. MATTEL, INC.," AND
 9     CONSOLIDATED CASES.
10             MAY WE PLEASE HAVE INTRODUCTIONS FOR THE              09:46:58
11     RECORD, BEGINNING WITH THE WITNESS.
12             THE WITNESS:  LISA TONNU FROM M.G.A.
13             MR. ROTH:  CARL ROTH FROM SKADDEN ARPS ON
14     BEHALF OF M.G.A. AND THE WITNESS.
15             MR. WEINSTEIN:  RYAN WEINSTEIN FROM SKADDEN           09:47:09
16     ON BEHALF OF M.G.A. AND THE WITNESS.
17             MS. HUTNYAN:  DIANE HUTNYAN FROM QUINN
18     EMANUEL FOR MATTEL.
19             THE REPORTER:  DO YOU SOLEMNLY AFFIRM THE
20     TESTIMONY YOU ARE ABOUT TO GIVE IN THIS DEPOSITION           09:47:19
21     SHALL BE THE TRUTH, THE WHOLE TRUTH, AND NOTHING BUT
22     THE TRUTH.
23             THE WITNESS:  YES.
24     ///
25     ///                                                          09:47:31
```

995

EXHIBIT _____ 37

PAGE _____ 458

1    THAT RIGHT?

2         A.   YES.

3         Q.   AND EXHIBIT 1722 REPRESENTS THE DOCUMENTS

4    FROM WHICH SAMPLES WERE TAKEN AND THEN INK DATING

5    WAS DONE ON THOSE SAMPLES?                              06:30:55

6         A.   YES.

7         Q.   SO MR. SPECKIN SAMPLED A NUMBER OF OTHER

8    DOCUMENTS BUT CONTENDS THAT HE DID NOT DO INK -- INK

9    DATING TESTING OR INK COMPARISON TESTING TO THE

10   PLUGS THAT HE TOOK?                                     06:31:07

11        MR. ROTH:   OBJECTION TO THE EXTENT --

12   BY MS. HUTNYAN:

13        Q.   OR YOU DON'T KNOW?

14        MR. ROTH:   -- IT MISSTATES TESTIMONY.

15        MS. HUTNYAN:   I DIDN'T ASK IT BEFORE.           06:31:13

16        THE WITNESS:   I'M SORRY, REPEAT THE

17   QUESTION?

18   BY MS. HUTNYAN:

19        Q.   THESE JUST REPRESENT WHERE PLUGS WERE

20   ACTUALLY TESTED; RIGHT?   INK DATING AND INK            06:31:22

21   COMPARISON TESTING, THE TESTING WAS ACTUALLY DONE ON

22   THE PLUGS COMING FROM THESE DOCUMENTS?

23        A.   MICROPLUGS WERE TAKEN FROM THESE DOCUMENTS

24   (INDICATING).

25        Q.   OKAY.   BUT MICROPLUGS WERE TAKEN FROM OTHER  06:31:36

1266

EXHIBIT _____ 37

PAGE _____ 459

1    DOCUMENTS, BUT THE INK DATING TESTING AND THE INK

2    COMPARISON TESTING WAS NOT DONE WITH THOSE PLUGS?

3         A.   NOT THAT I'M AWARE OF.

4         Q.   IS THAT ONE OF THOSE DOUBLE NEGATIVES, LIKE

5    YES, THAT'S RIGHT?                                    06:31:48

6              MR. ROTH:   VAGUE, AMBIGUOUS.

7    BY MS. HUTNYAN:

8         Q.   ARE THERE OTHER DOCUMENTS FROM WHICH

9    MICROPLUGS WERE TAKEN THAT ARE NOT IN THESE PILES

10   BECAUSE THE MICROPLUGS WERE NEVER TESTED FOR INK       06:32:00

11   DATING OR INK COMPARISON?

12        A.   CAN YOU REPEAT THE QUESTION?   I THINK

13   YOU'RE DOING DOUBLE NEGATIVES AGAIN.

14        Q.   SURE.   ARE THERE OTHER DOCUMENTS THAT

15   AREN'T INCLUDED -- WELL, FIRST OF ALL, 1722 AND        06:32:13

16   1723, WILL YOU AGREE WITH ME THAT THE DOCUMENTS IN

17   BOTH OF THOSE EXHIBITS ARE THE SAME DOCUMENTS?

18        A.   APPEARS TO BE.

19        Q.   SO -- AND THERE ARE SIX DOCUMENTS IN EACH

20   OF THOSE EXHIBITS?                                     06:32:30

21        A.   YES.

22        Q.   AND SO THOSE SIX DOCUMENTS ARE THE ONES

23   THAT, IT IS YOUR UNDERSTANDING FROM MR. SPECKIN,

24   THAT HE TOOK PLUGS FROM AND PERFORMED INK COMPARISON

25   TESTING AND INK DATING TESTING?                        06:33:01

1267

EXHIBIT _____ 37

PAGE _____ 460

1    A.   YES.

2    Q.   DO YOU -- IS IT M.G.A.'S TESTIMONY THAT

3  EXHIBIT 1723 INCLUDES ALL DOCUMENTS FROM WHICH

4  MR. SPECKIN TOOK MICROPLUGS?

5    A.   YES.                                          06:33:18

6    Q.   SO IT IS YOUR UNDERSTANDING AS M.G.A. THAT

7  MR. SPECKIN DID NOT TAKE ANY PLUGS THAT HE DID NOT

8  LATER USE FOR TESTING, EITHER INK DATING TESTING OR

9  INK COMPARISON TESTING?

10   A.   YES.                                          06:33:34

11   Q.   AND SO IT IS M.G.A.'S CONTENTION -- I'M

12 SORRY -- IT IS M.G.A.'S TESTIMONY THAT EXHIBIT 1747,

13 THE HOLES THAT WE LOOKED AT, WERE NOT MADE BY

14 MR. SPECKIN?

15        MR. ROTH:   ARGUMENTATIVE.                    06:33:50

16        THE WITNESS:   NOT THAT I'M AWARE OF.

17 BY MS. HUTNYAN:

18   Q.   WELL, IF ALL OF THE DOCUMENTS THAT

19 MR. SPECKIN TOOK MICROPLUGS FROM ARE IN EXHIBIT

20 1723, THEN ISN'T THE ANSWER TO MY QUESTION ABOUT     06:34:14

21 1747 THAT THESE MICROPLUGS WEREN'T TAKEN BY

22 MR. SPECKIN?

23   A.   YES.

24   Q.   I MEAN, THERE IS NO DOUBT IN YOUR MIND THAT

25 THESE HOLES COULDN'T HAVE BEEN TAKEN BY HIM BECAUSE   06:34:27

1268

EXHIBIT _____ 37

PAGE _____ 461

1    THESE ARE ALL THE DOCUMENTS THAT HE TOOK PLUGS FROM

2    IN 1723; RIGHT?

3         A.   AS FAR AS I'M AWARE OF.

4         Q.   AND YOU PREPARED FOR TOPIC 41; RIGHT?

5         A.   YES.                                           06:34:44

6         Q.   YOU TALKED TO MR. SPECKIN AT LEAST TWICE?

7         A.   YES.

8         Q.   DO YOU HAVE ANY REASON TO DOUBT NOW THAT

9    EXHIBIT 1723 IS THE SUM -- WELL, IT'S GETTING

10   LATE -- CONSTITUTES THE SIX DOCUMENTS THAT            06:34:59

11   MR. SPECKIN TOOK MICROPLUGS FROM?

12        A.   NO.

13             MS. HUTNYAN:   I'D LIKE TO MARK EXHIBIT

14   1748, A SIMILAR COLLECTION THAT INCLUDES BRYANT

15   00201, A PICTURE OF THAT BATES NUMBERED DOCUMENT, A    06:35:27

16   PICTURE OF THE CORRESPONDING ORIGINAL OF THE -- THE

17   ORIGINAL THAT CORRESPONDS TO THAT BATES NUMBER, AND

18   A CLOSEUP OF THAT ORIGINAL -- TWO CLOSEUPS OF THE

19   ORIGINAL.

20             (EXHIBIT 1748 MARKED.)                        06:35:59

21   BY MS. HUTNYAN:

22        Q.   HAVE YOU SEEN THIS DOCUMENT BEFORE, ANY OF

23   THE PAGES OF IT?

24        A.   I DON'T KNOW IF IT'S IN ANY OF THESE

25   DOCUMENTS (INDICATING).   I HAVEN'T SEEN IT BEFORE, I   06:36:22

1269

EXHIBIT _____ 37

PAGE _____ 462

```
1    DON'T THINK.

2          MR. WEINSTEIN:  DIANE, JUST TO LET YOU

3    KNOW, GARY SENT AN EMAIL CONTAINING THE HALPERN

4    SPREADSHEET.

5          MS. HUTNYAN:  OKAY.                            06:36:54

6          MR. WEINSTEIN:  PRODUCTION COPY.

7          MS. HUTNYAN:  OKAY.

8          MR. WEINSTEIN:  IF YOU RECEIVED IT.

9          MS. HUTNYAN:  I WILL RUN AND GET THAT REAL

10   FAST.                                               06:37:07

11         GO OFF THE RECORD FOR A MINUTE WHILE I DO

12   THAT.

13         THE VIDEO TECHNICIAN:  THIS IS THE END OF

14   TAPE NO. 4.  GOING OFF THE RECORD AT 6:37 P.M.

15         (A RECESS WAS TAKEN FROM 6:37 TO 6:40.)      06:40:40

16         THE VIDEO TECHNICIAN:  THIS IS THE START OF

17   TAPE NO. 5.  GOING BACK ON THE RECORD AT 6:40 P.M.

18   BY MS. HUTNYAN:

19      Q.  HAVE YOU COMPARED EXHIBIT 1748 WITH THE SIX

20   DOCUMENTS IN EXHIBIT 1723?                          06:40:57

21      A.  YES.

22      Q.  AND THE SIX DOCUMENTS IN 1722?

23      A.  YES.

24      Q.  AND IT'S NOT THERE?

25      A.  NO.                                          06:41:07
```

1270

EXHIBIT _____ 37

PAGE _____ 463

1    Q.   AND YOU CAN SEE IN THIS ONE THAT MICROPLUGS

2    WERE TAKEN FROM THE NOTARY SIGNATURES AND FROM THE

3    PAPER BELOW THE SIGNATURES?  YOU SEE THAT?  IT'S

4    BEST ON THE LAST PAGE.

5    A.   YES.                                                06:41:26

6    Q.   SO IT'S M.G.A.'S TESTIMONY THAT MR. SPECKIN

7    DID NOT TAKE THESE MICROPLUGS?

8    A.   YES.

9        MS. HUTNYAN:   OKAY.

10       LET ME ALSO MARK FOR THE RECORD EXHIBIT             06:41:41

11   1749.  IT IS MGA 3787398 AND -99.

12       (EXHIBIT 1749 MARKED.)

13   BY MS. HUTNYAN:

14   Q.   IS THAT THE REPORT ABOUT ALL M.G.A.

15   PAYMENTS TO MS. HALPERN BETWEEN JANUARY 1ST, 1999,      06:41:58

16   AND THE PRESENT?

17   A.   YES.

18   Q.   AND IS -- IS IT YOUR TESTIMONY THAT THOSE

19   ARE ALL THE PAYMENTS THAT WERE MADE TO MS. HALPERN

20   BY M.G.A. IN THAT PERIOD?                               06:42:20

21   A.   YES.

22       MS. HUTNYAN:   I WOULD LIKE TO MARK FOR THE

23   RECORD EXHIBIT 1749.

24       (EXHIBIT 1750 MARKED.)

25       THE REPORTER:  -50.                                 06:42:33

1271

EXHIBIT _____ 37

PAGE _____ 464

```
 1            MS. HUTNYAN:  -50.
 2            MR. ROTH:  -50.
 3            MS. HUTNYAN:  THANKS.
 4       Q.   HAVE YOU HAD A CHANCE TO LOOK AT EXHIBIT .
 5   1750?                                                    06:43:09
 6       A.   YES.
 7       Q.   THAT ONE IS BRYANT 00204 AND A PHOTOGRAPH
 8   OF THAT BATES NUMBERED DOCUMENT AND THE
 9   CORRESPONDING ORIGINAL -- I'M SORRY, IT'S A
10   PHOTOGRAPH OF THE CORRESPONDING ORIGINAL.               06:43:22
11            DO YOU SEE THAT?
12       A.   YES.
13       Q.   HAVE YOU SEEN THIS DOCUMENT BEFORE?
14       A.   NO.
15       Q.   IT'S NOT AMONG THE DOCUMENTS IN EXHIBIT       06:43:29
16   1723 OR -22, IS IT?
17       A.   NO.
18       Q.   IS IT M.G.A.'S TESTIMONY THAT MR. SPECKIN
19   DID NOT POKE -- DID NOT TAKE MICROPLUGS FROM THE
20   ORIGINAL OF BRYANT -204?                                06:43:43
21       A.   NOT THAT I'M AWARE OF.  NOT THAT I'M AWARE
22   OF.
23       Q.   HE DIDN'T TAKE MICROPLUGS FROM THIS
24   DOCUMENT; RIGHT?
25       A.   NOT THAT --                                    06:44:01
```

                                                        1272

EXHIBIT _____ 37

PAGE _____ 465

1              MR. ROTH:  ASKED AND ANSWERED.

2              THE WITNESS:  NOT THAT I'M AWARE OF.

3    BY MS. HUTNYAN:

4         Q.   I JUST DON'T KNOW WHAT THAT MEANS.  DID HE

5    OR DIDN'T HE?                                              06:44:08

6              MR. ROTH:  ASKED AND ANSWERED,

7    ARGUMENTATIVE.

8    BY MS. HUTNYAN:

9         Q.   WELL, ALL THE ONES THAT HE TOOK PLUGS FROM

10   ARE REPRESENTED IN 1723; RIGHT?                            06:44:15

11        A.   YES.

12        Q.   SO HE COULDN'T HAVE TAKEN THE MICROPLUGS

13   FROM 1750?

14        A.   NO.

15        Q.   AND THAT'S THE TRUTH; RIGHT?                     06:44:24

16             MR. ROTH:  ARGUMENTATIVE.

17   BY MS. HUTNYAN:

18        Q.   THE BEST OF YOUR KNOWLEDGE?

19        A.   YES.

20        Q.   THE BEST OF M.G.A.'S KNOWLEDGE?                  06:44:33

21        A.   YES.

22             MS. HUTNYAN:  I WOULD LIKE TO MARK EXHIBIT

23   1751, WHICH IS A SIMILAR DOCUMENT, THIS ONE IS

24   BRYANT -208 AND PHOTOGRAPHS OF THE ORIGINAL DOCUMENT

25   THAT CORRESPONDS TO BRYANT -208.                           06:44:55

1273

EXHIBIT _____ 37

PAGE _____ 466

```
 1              (EXHIBIT 1751 MARKED.)

 2     BY MS. HUTNYAN:

 3         Q.   HAVE YOU SEEN EXHIBIT 1751?

 4         A.   NO.

 5         Q.   IT'S NOT AMONG THE DOCUMENTS -- I MEAN,      06:45:26

 6     THAT DRAWING IS NOT AMONG THE DOCUMENTS THAT ARE

 7     EXHIBIT 1723; RIGHT?

 8         A.   NO.

 9         Q.   SO THE MICROPLUGS THAT WERE TAKEN FROM THE

10     ORIGINAL OF BRYANT -208 WERE NOT TAKEN BY           06:45:39

11     MR. SPECKIN; IS THAT RIGHT?

12         A.   IS THIS ONE -208?  SORRY.

13         Q.   IT'S BRYANT -208.

14         A.   OH, THE LAST PAGE.

15         Q.   RIGHT.                                       06:45:56

16         A.   NO.

17         Q.   LET ME JUST SAY THE QUESTION AGAIN BECAUSE

18     THERE'S A DOUBLE NEGATIVE.

19              SO THE MICROPLUGS THAT WERE TAKEN FROM THE

20     ORIGINAL OF BRYANT -208 WERE NOT TAKEN BY           06:46:12

21     MR. SPECKIN?

22         A.   NOT THAT WE'RE AWARE OF, NOT TO MY

23     KNOWLEDGE.

24         Q.   SO YES, HE DIDN'T TAKE MICROPLUGS FROM

25     THIS?                                                06:46:23
```

A&E COURT REPORTERS (213) 955-0070 FAX: (213) 955-0077

EXHIBIT _____ 37

PAGE _____ 467

1    A.    CORRECT.

2    Q.    SO IF YOU LOOK AT EXHIBIT 1721 AND YOU LOOK

3    THROUGH TO A PAGE THAT IS NUMBERED AT THE BOTTOM

4    408 -- DO YOU SEE THAT DOCUMENT?

5    A.    YES.                                          06:47:56

6    Q.    THIS IS A DOCUMENT THAT I UNDERSTAND TO

7    HAVE BEEN ESDA TESTED; IS THAT RIGHT?

8    A.    CORRECT.

9    Q.    BUT THERE ARE NO ESDA TESTING RESULTS THAT

10   ARE ATTACHED TO EXHIBIT 1721 FOR THAT PARTICULAR        06:48:09

11   DOCUMENT?

12   A.    NO.

13   Q.    YES, THERE ARE NONE; RIGHT?

14   A.    NONE, THERE ARE NONE.

15   Q.    THANKS.                                        06:48:18

16   OKAY.  IF YOU GO A FEW PAGES DOWN TO -411.

17   IS IT YOUR UNDERSTANDING -- OH, NEVER MIND.  STRIKE

18   IT.  I JUST WANT TO MAKE SURE I'M NOT

19   MISUNDERSTANDING.

20   SO EXHIBIT 1721, BESIDES THE ONES --              06:49:26

21   BESIDES THE PAGES IN HERE THAT ARE THE ESDA RESULTS,

22   THE -- THE PHOTOCOPIES THAT ARE HERE ARE ACTUALLY

23   PHOTOCOPIES OF THE DOCUMENTS THAT MR. SPECKIN DID

24   ESDA TESTING ON, NOT A COLLECTION OF DOCUMENTS THAT

25   WAS ASSEMBLED TO INDICATE WHICH DRAWINGS HE DID?        06:49:55

1275

EXHIBIT _____ 37

PAGE _____ 468

1          I KNOW IT'S A LONG QUESTION.

2          MR. ROTH:   VAGUE AND AMBIGUOUS.

3     BY MS. HUTNYAN:

4       Q.   IS IT YOUR UNDERSTANDING -- LET ME JUST

5     STRIKE THAT, BREAK IT UP.                                06:50:07

6          IS IT YOUR UNDERSTANDING THAT THE DOCUMENTS

7     THAT WERE PHOTOCOPIED IN EXHIBIT 1721 WERE ACTUALLY

8     THE ONES THAT MR. SPECKIN HANDLED IN THE L.A.

9     OFFICE, L.A. CONFERENCE ROOM?

10         MR. ROTH:   VAGUE AND AMBIGUOUS, MISSTATES        06:50:28

11    TESTIMONY.

12         THE WITNESS:   CAN YOU BE MORE SPECIFIC?

13    BY MS. HUTNYAN:

14      Q.   SURE.   IF YOU LOOK AT -415, FOR EXAMPLE,

15    THE ONE THAT SAYS -415 AT THE BOTTOM, IS IT YOUR        06:50:37

16    UNDERSTANDING THAT THIS PHOTOCOPY IS A PHOTOCOPY OF

17    THE ACTUAL DOCUMENT THAT MR. SPECKIN DID ESDA

18    TESTING ON?

19      A.   YES.

20      Q.   SO THESE ARE PHOTOCOPIES THAT HE TOOK?          06:50:51

21      A.   YES.

22      Q.   YES?   OH, OKAY.   OKAY.

23         SO IF YOU LOOK AT THE ONE THAT IS -- WELL,

24    IT'S -- IT'S -404 AT THE BOTTOM, BUT IT'S CUT OFF,

25    SO IT'S BETWEEN -403 AND -405.   DO YOU SEE THAT ONE?    06:51:22

A&E COURT REPORTERS (213) 955-0070 FAX: (213) 955-0077

EXHIBIT _____ 37

PAGE _____ 469

1     A.    YES.

2     Q.    DO YOU SEE THAT IT HAS MICROPLUGS TAKEN

3   FROM THE DATE AND FROM THE PAPER BELOW IT?

4     A.    APPEARS TO BE.

5     Q.    SO AT THE TIME THAT MR. SPECKIN DID HIS          06:51:45

6   ESDA TESTING, THIS DOCUMENT ALREADY HAD MICROPLUGS

7   TAKEN OUT OF IT?

8     A.    APPEARS TO BE.

9     Q.    SAME THING ON 39 -- I'M SORRY -- 39, IT

10   LOOKS LIKE -- OH, I SEE.  WELL, IT SAYS 39, AND THEN    06:52:16

11   IT SAYS -400 IN THE CORNER BUT IT'S CUT OFF.  IT'S A

12   FEW DOCUMENTS BEFORE.  AND IT ALSO HAS A NOTARY

13   SIGNATURE ON IT.

14         DO YOU SEE THAT DOCUMENT?

15     A.    YES.                                            06:52:35

16     Q.    AND DO YOU SEE IT ALSO HAS PLUGS THAT HAVE

17   BEEN TAKEN FROM IT?

18         MR. ROTH:  OBJECTION; ASSUMES FACTS.

19         THE WITNESS:  I'M NOT SURE.

20         MS. HUTNYAN:  I WOULD LIKE TO MARK AS             06:53:40

21   EXHIBIT 1752, BRYANT 00211 AND A PHOTOGRAPH WITH

22   THAT BATES NUMBERED DOCUMENT AND A PHOTOGRAPH OF THE

23   ORIGINAL THAT CORRESPONDS TO IT AND THEN A CLOSEUP

24   OF THE ORIGINAL.

25         (EXHIBIT 1752 MARKED.)                           06:53:59

1277

EXHIBIT _____ 37

PAGE _____ 470

BY MS. HUTNYAN:

Q.   LOOK AT THE LAST PAGE OF EXHIBIT 1752.
THIS DOCUMENT WAS HELD UP TO THE LIGHT WHEN THE
PHOTOGRAPHER TOOK THE PICTURE.  IS IT M.G.A.'S
TESTIMONY THAT IT DOESN'T KNOW WHETHER HOLES WERE         06:54:37
TAKEN OUT OF THIS DOCUMENT?

A.   IT APPEARS TO BE THERE'S HOLES TAKEN OUT OF
THE DOCUMENT.

Q.   AND THIS DOCUMENT IS NOT IN EXHIBIT 1723;
RIGHT?                                                    06:54:56

A.   NO.

Q.   DOES IT LOOKS LIKE IT'S IN 1721 ON THAT
PAGE THAT I SHOWED YOU, AT LEAST PART OF IT?

MR. ROTH:   WHAT PAGE IS THAT?

MS. HUTNYAN:   THE ONE THAT HAD -39 AND THEN          06:55:14
-400 IN THE CORNER BUT WAS CUT OFF.

THE WITNESS:   PART OF IT.

BY MS. HUTNYAN:

Q.   SO THE HEAD ISN'T SHOWING ON THE ONE THAT'S
IN EXHIBIT 1721; RIGHT?                                   06:55:31

A.   CORRECT.

Q.   SO DOES IT APPEAR TO YOU THAT WHEN
MR. SPECKIN DID THE ESDA TESTING ON THAT DOCUMENT,
BRYANT -- THE ORIGINAL OF BRYANT 00211, THAT THE
MICROPLUGS HAD ALREADY BEEN TAKEN FROM THAT              06:55:52

1278

EXHIBIT _____ 37

PAGE _____ 471

1    DOCUMENT?

2        A.    YES.

3        Q.    ON PAGE -405, WILL YOU AGREE WITH ME THAT

4    THERE ARE MICROPLUGS THAT WERE TAKEN FROM THAT

5    SIGNATURE AS WELL, OR DO I NEED TO SHOW YOU THE           06:56:19

6    OTHER PICTURE OF IT?

7            I CAN REPRESENT TO YOU THAT WE HAVE A

8    PICTURE OF IT THAT HOLDS IT UP TO THE LIGHT AND

9    SHOWS THAT THERE ARE HOLES IN IT.

10       A.    OKAY.                                            06:56:32

11       Q.    AND THEN IF YOU LOOK AT -413 OF EXHIBIT

12   1721, THERE APPEAR TO BE HOLES OUT OF THAT DOCUMENT

13   AS WELL.  I CAN SHOW YOU THAT ONE.  ACTUALLY, I MAY

14   NOT BECAUSE I MAY NOT HAVE A COPY.

15           BUT IF THE ORIGINAL OF THIS DOCUMENT IN --         06:57:17

16   THAT IS -413 AS PART OF EXHIBIT -721 HAS HOLES TAKEN

17   OUT OF IT, YOU'RE QUITE SURE AS M.G.A.'S

18   REPRESENTATIVE THAT THOSE MICROPLUGS WERE NOT TAKEN

19   BY MR. SPECKIN?

20           MR. ROTH:  OBJECTION; ARGUMENTATIVE.               06:57:34

21   ARGUMENTATIVE.

22           THE WITNESS:  TO THE BEST OF MY KNOWLEDGE,

23   NO.

24   BY MS. HUTNYAN:

25       Q.    RIGHT.  HE -- HE WOULD NOT HAVE DONE THOSE       06:57:39

1279

A&E COURT REPORTERS (213) 955-0070 FAX: (213) 955-0077

EXHIBIT _____ 37

PAGE _____ 472

```
 1    MICRO- -- MICROPLUGS?

 2              MR. ROTH:  ASKED AND ANSWERED.

 3              THE WITNESS:  NOT TO THE -- MY KNOWLEDGE.

 4    BY MS. HUTNYAN:

 5       Q.   IT'S A DOUBLE NEGATIVE THING.  NO, HE          06:57:48

 6    DIDN'T TAKE THESE MICROPLUGS?

 7       A.   NOT TO MY KNOWLEDGE.

 8              MS. HUTNYAN:  I'D LIKE TO MARK AS EXHIBIT

 9    1753 --

10              (EXHIBIT 1753 MARKED.)                       06:58:51

11              MS. HUTNYAN:  -- A LETTER TO JON COREY FROM

12    M.G.A.'S FORMER LAWYERS AT CHRISTENSEN, GLASER,

13    FINK, JACOBS, WEIL & SHAPIRO, DATED NOVEMBER 12TH,

14    2007.  OH, WAIT.  THIS HAS BEEN MARKED AS AN EXHIBIT

15    BEFORE.  IT SAYS EXHIBIT 44, PAGE 892.                 06:59:13

16              MR. ROTH:  JUST FOR THE RECORD, COUNSEL, I

17    THINK THAT MAY BE AN EXHIBIT TO A -- A BRIEF OR A

18    DECLARATION.

19              MS. HUTNYAN:  GOTCHA.  OKAY.  SO IT'S

20    EXHIBIT 1753 FOR OUR PURPOSES.                         06:59:23

21       Q.   HAVE YOU SEEN THIS LETTER BEFORE?

22       A.   YES.

23       Q.   DOES THIS LETTER -- DID YOU SEE IT IN

24    DEPOSITION?

25       A.   NO.                                            06:59:42
```

1280

EXHIBIT _____ 37

PAGE _____ 473

1    STATE OF CALIFORNIA )

2    COUNTY OF RIVERSIDE )   SS.

3

4         I, PAULA A. PYBURN, CSR NO. 7304, R.P.R.,

5    C.L.R., IN AND FOR THE STATE OF CALIFORNIA, DO

6    HEREBY CERTIFY:

7         I AM THE DEPOSITION OFFICER THAT

8    STENOGRAPHICALLY RECORDED THE TESTIMONY IN THE

9    FOREGOING DEPOSITION;

10        PRIOR TO BEING EXAMINED THE DEPONENT WAS FIRST

11   DULY SWORN BY ME;

12        THE FOREGOING TRANSCRIPT IS A TRUE RECORD OF

13   THE TESTIMONY GIVEN.

14        BEFORE COMPLETION OF THE DEPOSITION, REVIEW OF

15   THE TRANSCRIPT [X] WAS [ ] WAS NOT REQUESTED.  IF

16   REQUESTED, ANY CHANGES MADE BY THE DEPONENT (AND

17   PROVIDED TO THE REPORTER) DURING THE PERIOD ALLOWED

18   ARE APPENDED HERETO.

19

20   DATED  _JANUARY 28th, 2008_

21

22

23          _Paula A. Pyburn_ (signature)

             PAULA A. PYBURN

24           C.S.R. NO. 7304, R.P.R.

             CERTIFIED LIVENOTE REPORTER

25

1328

EXHIBIT ___37___

PAGE ___474___

**Exhibit 38**

CERTIFIED COPY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - EASTERN DIVISION

CARTER BRYANT, AN INDIVIDUAL,    )
                                 )
            PLAINTIFF,            )
                                 )
     V.                          )        NO. CV 04-9040 SGL (RNBX)
                                 )
MATTEL, INC., A DELAWARE         )
CORPORATION,                     )
                                 )
            DEFENDANTS.           )
_____)
                                 )
AND CONSOLIDATED ACTION (S).     )
_____)


# C O N F I D E N T I A L

**(PURSUANT TO PROTECTIVE ORDER, THIS TRANSCRIPT HAS BEEN DESIGNATED CONFIDENTIAL, ATTORNEYS' EYES ONLY)**

# DEPOSITION OF MARGARET LEAHY

# DECEMBER 12, 2007



COURT REPORTERS

515 S. Flower Street
Suite 3600
Los Angeles, California 90071
Office: (213) 955-0070
Fax: (213) 955-0077

**REPORTED BY:**
BETH FELIX
CSR NO. 12766
JOB NO. 07AE738-BF

EXHIBIT 38

PAGE ___475___

| | | |
|---|---|---|
| 1 | UNITED STATES DISTRICT COURT | 16:00:00 |
| 2 | CENTRAL DISTRICT OF CALIFORNIA | 16:00:00 |
| 3 | EASTERN DIVISION | 16:00:00 |
| 4 | | 16:00:00 |
| 5 | CARTER BRYANT, AN INDIVIDUAL, ) | 16:00:00 |
| | ) | |
| 6 | PLAINTIFF, ) | 16:00:00 |
| | ) | |
| 7 | V. ) NO. CV04-9049SGL | 16:00:00 |
| | ) | |
| 8 | MATTEL, INC., A DELWARE ) | 16:00:00 |
| | CORPORATION, AND CONSOLIDATED ) | |
| 9 | ACCTIONS, ) | 16:00:00 |
| | ) | |
| 10 | DEFENDANTS. ) | 16:00:00 |
| | ───────────────────────────── ) | |
| 11 | | 16:00:00 |
| 12 | C O N F I D E N T I A L | 16:00:00 |
| 13 | (PURSUANT TO PROTECTIVE ORDER, THIS | 16:00:00 |
| 14 | TRANSCRIPT HAS BEEN DESIGNATED CONFIDENTIAL, | 16:00:00 |
| 15 | ATTORNEYS' EYES ONLY.) | 16:00:00 |
| 16 | PAGES 1 THROUGH 314 | 16:00:00 |
| 17 | | 16:00:00 |
| 18 | DEPOSITION OF MARGARENT LEAHY, | 16:00:00 |
| 19 | TAKEN ON BEHALF OF THE DEFENDANTS, AT 865 SOUTH | 16:00:00 |
| 20 | FIGUEROA STREET, 10TH FLOOR, LOS ANGELES, | 16:00:00 |
| 21 | CALIFORNIA, COMMENCING AT 10:11 A.M., WEDNESDAY, | 16:00:00 |
| 22 | DECEMBER 12, 2007, BEFORE BETH FELIX, CSR NO. | 16:00:00 |
| 23 | 12766. | 16:00:00 |
| 24 | | |
| 25 | | |

EXHIBIT 38    2

```
 1    APPEARANCES OF COUNSEL:                              16:00:00
 2                                                         16:00:00
 3    FOR THE WITNESS:                                     16:00:00
 4        KEATS, MC FARLAND & WILSON                       16:00:00
          BY:  LARRY W. MC FARLAND
 5        BY:  CHRISTIAN C. DOWELL                         16:00:00
          ATTORNEYS AT LAW
 6        9720 WILSHIRE BOULEVARD, PENTHOUSE SUITE         16:00:00
          BEVERLY HILLS, CALIFORNIA  90212
 7        (310) 777-3750                                   16:00:00
 8    FOR THE PLAINTIFF:                                   16:00:00
 9        KEKER & VAN NEST                                 16:00:00
          BY:  CHRISTA MARTINE ANDERSON
10        ATTORNEY AT LAW                                  16:00:00
          710 SANSOME STREET
11        SAN FRANCISCO, CALIFORNIA  94111                 16:00:00
          (415) 397-7188
12                                                         16:00:00

13    FOR DEFENDANT MATTEL:                                16:00:00

          QUINN, EMANUEL, URQUHART, OLIVER & HODGES
14        BY:  MICHAEL T. ZELLER                           16:00:00
          BY:  TAMAR BUCHAKJIAN
15        BY:  BRIDGET HAULER                              16:00:00
          ATTORNEYS AT LAW
16        865 SOUTH FIGUEROA STREET, 10TH FLOOR            16:00:00
          LOS ANGELES, CALIFORNIA  90017
17        (213) 624-7707                                   16:00:00
18    FOR DEFENDANT M.G.A.:                                16:00:00
19        SKADDEN, ARPS, SLATE, MEAGHER & FLOM             16:00:00
          BY:  MARCUS R. MUMFORD
20        BY:  KENNETH PLEVAN                              16:00:00
          ATTORNEYS AT LAW
21        300 SOUTH GRAND AVENUE                           16:00:00
          LOS ANGELES, CALIFORNIA 90071
22        (213) 687-5000                                   16:00:00
23                                                         16:00:00
24                                                         16:00:00
25                                                         16:00:00
```



```
 1    APPEARANCES (CONTINUED)                              16:00:00
 2    ALSO PRESENT:                                        16:00:00
 3         MICHAEL MOORE                                   16:00:00
           JILL THOMAS
 4         STEVEN TOGAMI, VIDEOGRAPHER                     16:00:00
 5
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

EXHIBIT ___ 4  38

PAGE ___ 478

| | | |
|---|---|---|
| 1 | WITH RESPECT TO THE PROJECT HE HAD CALLED YOU ABOUT FOR | 14:46:34 |
| 2 | M.G.A.? | 14:46:38 |
| 3 | A    YOU HAVE TO BE PATIENT WITH ME BECAUSE I | 14:46:39 |
| 4 | CAN'T -- BECAUSE THE LAWYER THING, LIKE, I CAN'T -- I | 14:46:42 |
| 5 | DON'T WANT TO SAY THE WRONG THING, SO, NO, I DON'T | 14:46:46 |
| 6 | REMEMBER EXACTLY WHAT WE SAID -- WHAT WE WERE GOING TO | 14:46:49 |
| 7 | DO.  BUT I IMAGINE WHAT HE DID WAS BRING ME HIS | 14:46:52 |
| 8 | DRAWINGS AT A LATER DATE SO WE COULD START THE JOB. | 14:46:57 |
| 9 | Q    YOU HAD AN UNDERSTANDING THAT THERE WOULD BE | 14:47:01 |
| 10 | NEXT STEPS -- | 14:47:05 |
| 11 | A    YES. | 14:47:06 |
| 12 | Q    -- AT THE CONCLUSION OF YOUR CONVERSATION WITH | 14:47:06 |
| 13 | CARTER? | 14:47:08 |
| 14 | A    YES. | 14:47:09 |
| 15 | Q    BY THE WAY, YOU AND CARTER WERE THE ONLY ONES | 14:47:10 |
| 16 | ON THIS TELEPHONE CALL? | 14:47:13 |
| 17 | A    YES. | 14:47:14 |
| 18 | Q    WHAT IS IT THEN THAT HAPPENED NEXT WITH | 14:47:23 |
| 19 | RESPECT TO THE BRATZ PROJECT? | 14:47:25 |
| 20 | A    CARTER CAME TO MY HOUSE AND SHOWED ME THE | 14:47:31 |
| 21 | DRAWINGS AND INSPIRATION TO START. | 14:47:34 |
| 22 | Q    DID HE COME BY HIMSELF? | 14:47:41 |
| 23 | A    YES. | 14:47:43 |
| 24 | Q    AND I TAKE IT THAT, AT THAT TIME, YOU AND | 14:47:45 |
| 25 | MR. BRYANT HAD A FURTHER CONVERSATION? | 14:47:50 |

132

EXHIBIT _____ 38

PAGE _____ 479

| | | | |
|---|---|---|---|
| 1 | A | YES. | 14:47:52 |
| 2 | Q | WAS ANYONE PRESENT FOR ANY OF IT? | 14:47:52 |
| 3 | A | JUST MY NEWBORN DAUGHTER. | 14:47:55 |
| 4 | Q | I TAKE IT YOUR HUSBAND WASN'T THERE? | 14:47:57 |
| 5 | A | NO. | 14:48:00 |
| 6 | Q | AND THERE WASN'T ANYONE ELSE THERE OTHER THAN | 14:48:00 |
| 7 | YOUR NEWBORN DAUGHTER? | | 14:48:03 |
| 8 | A | YES. | 14:48:05 |
| 9 | Q | YOU MENTIONED THAT HE SHOWED YOU DRAWINGS TO | 14:48:10 |
| 10 | START.  WHAT DRAWINGS DID HE SHOW YOU? | | 14:48:13 |
| 11 | A | SOME FIGURATIVE DRAWINGS, SKETCHES AND THEN | 14:48:17 |
| 12 | THERE WAS A STEVE MADDEN AD. | | 14:48:24 |
| 13 | Q | ANYTHING ELSE? | 14:48:32 |
| 14 | A | NO.  THAT'S ALL. | 14:48:34 |
| 15 | Q | WHAT DO YOU MEAN BY "FIGURATIVE DRAWINGS"? | 14:48:36 |
| 16 | A | THEY WERE DRAWINGS OF FIGURES, HUMANS. | 14:48:39 |
| 17 | Q | AND ABOUT HOW MANY OF THESE FIGURATIVE | 14:48:48 |
| 18 | DRAWINGS WERE THERE? | | 14:48:51 |
| 19 | A | I CAN'T REMEMBER SPECIFICALLY. | 14:48:52 |
| 20 | Q | WAS THERE MORE OR LESS THAN FIVE? | 14:48:53 |
| 21 | A | SOMETHING AROUND THERE. | 14:48:58 |
| 22 | Q | AROUND FIVE? | 14:48:59 |
| 23 | A | YEAH, MORE OR LESS. | 14:49:00 |
| 24 | Q | THEN YOU, ALSO, MENTIONED THAT HE SHOWED YOU | 14:49:04 |
| 25 | SOME SKETCHES? | | 14:49:06 |

133

38

PAGE _____ 480

| | | |
|---|---|---|
| 1 | A    THOSE DRAWINGS WERE THE SKETCHES. | 14:49:07 |
| 2 | Q    THE SAME THING? | 14:49:09 |
| 3 | A    YEAH. | 14:49:10 |
| 4 | Q    WHEN YOU WERE TALKING ABOUT FIGURATIVE | 14:49:11 |
| 5 | DRAWINGS AND SKETCHES EARLIER, YOU MEAN, A GROUP OF | 14:49:13 |
| 6 | DRAWINGS? | 14:49:17 |
| 7 | A    RIGHT, OF FIGURES. | 14:49:18 |
| 8 | Q    IN TOTAL, ALL THE DRAWINGS THAT MR. BRYANT | 14:49:19 |
| 9 | SHOWED YOU AT THAT TIME WERE ABOUT FIVE? | 14:49:22 |
| 10 | A    APPROXIMATELY. | 14:49:26 |
| 11 | Q    THEN YOU MENTIONED THAT MR. BRYANT SHOWED YOU | 14:49:26 |
| 12 | A STEVE MADDEN AD.  DID HE SHOW YOU THE MAGAZINE, OR | 14:49:29 |
| 13 | DID HE TEAR OUT THE AD? | 14:49:35 |
| 14 | A    IT WAS A TEAR SHEET. | 14:49:37 |
| 15 | Q    AND ABOUT HOW MANY OF THOSE TEAR SHEETS DID HE | 14:49:39 |
| 16 | SHOW YOU? | 14:49:43 |
| 17 | A    JUST ONE. | 14:49:43 |
| 18 | Q    IF YOU CAN, PLEASE, TELL ME WHAT IT IS THAT | 14:49:51 |
| 19 | YOU AND MR. BRYANT DISCUSSED DURING THIS TIME WHEN HE | 14:49:54 |
| 20 | CAME TO YOUR HOUSE? | 14:49:57 |
| 21 | A    I CAN'T REMEMBER EXACTLY. | 14:49:59 |
| 22 | Q    PLEASE, TELL ME WHAT YOU CAN RECALL. | 14:50:02 |
| 23 | A    WE, PROBABLY, DISCUSSED LOGISTICS, BUT THAT'S | 14:50:05 |
| 24 | ALL I REMEMBER. | 14:50:17 |
| 25 | Q    DID MR. BRYANT SAY ANYTHING ABOUT ANY OF THE | 14:50:19 |

EXHIBIT ____ 134   38

PAGE ____ 481

```
1    STATE OF CALIFORNIA      )
2                             ) SS.
3    COUNTY OF LOS ANGELES    )
4
5        I, BETH FELIX, CERTIFIED SHORTHAND REPORTER,
6    CERTIFICATE NO. 12766, FOR THE STATE OF CALIFORNIA,
7    HEREBY CERTIFY:
8        THE FOREGOING PROCEEDINGS WERE TAKEN BEFORE ME AT
9    THE TIME AND PLACE THEREIN SET FORTH, AT WHICH TIME THE
10   DEPONENT WAS PLACED UNDER OATH BY ME;
11       THE TESTIMONY OF THE DEPONENT AND ALL OBJECTIONS
12   MADE AT THE TIME OF THE EXAMINATION WERE RECORDED
13   STENOGRAPHICALLY BY ME AND WERE THEREAFTER TRANSCRIBED.
14   THE FOREGOING TRANSCRIPT IS A TRUE AND CORRECT
15   TRANSCRIPT OF MY SHORTHAND NOTES SO TAKEN;
16       I FURTHER CERTIFY THAT I AM NEITHER COUNSEL FOR
17   NOR RELATED TO ANY PARTY TO SAID ACTION NOR IN ANY WAY
18   INTERESTED IN THE OUTCOME THEREOF;
19       IN WITNESS WHEREOF, I HAVE HEREUNTO SUBSCRIBED MY
20   NAME THIS 12TH OF DECEMBER, 2007.
21
22                     _Beth Felix_
                       BETH FELIX
23
24
25
```

38

EXHIBIT     314
PAGE        482
A&E COURT REPORTERS (213) 955-0070  FAX: (213) 955-0077

**Exhibit 37**

**CERTIFIED COPY**

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA - EASTERN DIVISION

CARTER BRYANT, AN INDIVIDUAL,  )
                            )
          PLAINTIFF,  )
                            )
      V.  )     NO.  CV 04-9040 SGL (RNBX)
                            )
MATTEL, INC., A DELAWARE  )
CORPORATION,  )
                            )
         DEFENDANTS.  )
———————————————————)
                            )
AND CONSOLIDATED ACTION (S).  )
———————————————————)

# C O N F I D E N T I A L

**(PURSUANT TO PROTECTIVE ORDER, THIS TRANSCRIPT HAS BEEN DESIGNATED CONFIDENTIAL, ATTORNEYS' EYES ONLY)**

# DEPOSITION OF LISA TONNU

# VOLUME V

# JANUARY 24, 2008



COURT REPORTERS

**REPORTED BY:**
PAULA PYBURN
CSR NO. 7304
JOB NO. 08AE047-PP

515 S. Flower Street
Suite 3600
Los Angeles, California 90071
Office: (213) 955-0070
Fax: (213) 955-0077

EXHIBIT _____ 37

PAGE _____ 449

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, AN INDIVIDUAL, | ) ) |
| PLAINTIFF, | ) CASE NO. ) CV 04-9049 SGL(RNBX) ) |
| V. | ) CONSOLIDATED WITH ) CASE NO. 04-9059 |
| MATTEL, INC., A DELAWARE CORPORATION, | )               AND ) CASE NO. 05-2727 ) |
| DEFENDANT. | ) |
| ——————————————— | ) ) |
| AND CONSOLIDATED ACTION(S) | ) |
| ——————————————— | ) |

CONFIDENTIAL ATTORNEYS' EYES ONLY
VIDEOTAPED DEPOSITION OF M.G.A.
ENTERTAINMENT, INC., M.G.A. (HK)
LTD., M.G.A.E. DE MEXICO, S.R.L. DE
C.V., PURSUANT TO RULE 30(B)(6)(LISA
TONNU, VOLUME V), TAKEN ON BEHALF OF
MATTEL, INC., AT 865 SOUTH FIGUEROA
STREET, 2ND FLOOR, LOS ANGELES,
CALIFORNIA, COMMENCING AT 9:46 A.M.,
THURSDAY, JANUARY 24, 2008, BEFORE
PAULA A. PYBURN, C.S.R. 7304,
R.P.R., C.L.R.

987

EXHIBIT _____ 37

PAGE _____ 450

```
 1    APPEARANCES OF COUNSEL:
 2    FOR M.G.A. ENTERTAINMENT, INC.:
 3     SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
       BY:  CARL ALAN ROTH, ESQ.
 4     BY:  RYAN WEINSTEIN, ESQ.
       300 SOUTH GRAND AVENUE
 5     LOS ANGELES, CALIFORNIA 90071
       (213) 687-5000
 6     RWEINSTE@SKADDEN.COM
       CROTH@SKADDEN.COM
 7
 8    FOR DEFENDANT MATTEL, INC.:
 9     QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
       BY:  DIANE HUTNYAN, ESQ.
10     865 SOUTH FIGUEROA STREET
       2ND FLOOR
11     LOS ANGELES, CALIFORNIA 90017-2543
       (213) 443-3000
12     DIANEHUTNYAN@QUINNEMANUEL.COM
13
      FOR CARTER BRYANT:
14
       KEKER & VAN NEST LLP
15     BY:  AUDREY WALTON-HADLOCK, ESQ.
            (NOT PRESENT)
16     710 SANSOME STREET
       SAN FRANCISCO, CALIFORNIA 94111
17     (415) 391-5400
       AWALTONHADLOCK@KVN.COM
18
19    ALSO PRESENT:
20     HEIDI FRAHM (WHERE INDICATED)
       STEVEN TOGAMI, J.T.V. LITIGATION SERVICES, INC.
21
22
23
24
25
```

A&E COURT REPORTERS (213) 955-0070 FAX: (213) 955-0077

EXHIBIT _____ 37

PAGE _____ 457

```
 1                        I N D E X
 2
 3   WITNESS:          EXAMINED BY:                 PAGE:
 4   LISA TONNU
 5                     MS. HUTNYAN                   996
 6                     AFTERNOON SESSION            1118
 7
 8
 9   EXHIBITS FOR IDENTIFICATION:   (BOUND SEPARATELY)
10   NUMBER:
11   1705 -    FOURTH NOTICE OF DEPOSITION OF        997
               M.G.A. ENTERTAINMENT, INC.,
12             UNNUMBERED DOCUMENT, 30 PAGES
13   1706 -    BRATZ ROYALTIES FOR THE QUARTER       998
               ENDING MARCH 31ST, 2004, BRYANT
14             12237 - BRYANT 12240, 4 PAGES
15   1707 -    LOVINS ROYALTY REPORTS, MGA          1006
               3720802 - MGA 3720805, 4 PAGES
16
17   1708 -    BARHAM PARINCHY ROYALTY REPORTS,     1011
               MGA 3720813 - MGA 3720816, 4
18             PAGES
19   1709 -    DOMESTIC LICENSING PAYMENT LOG,      1014
               MGA 3743606 - MGA 3745687, 2,082
20             PAGES (RETAINED BY MATTEL
               COUNSEL)
21   1709A-    DOMESTIC LICENSING PAYMENT LOG,      1014
               MGA 3743606 - MGA 3743615, 10
22             PAGES
23   1710 -    M.G.A.'S CONSOLIDATED PROFIT-AND-    1032
               LOSS STATEMENT FOR THE 12 MONTHS
24             ENDING DECEMBER 31, 2005, MGA
               3710565 - MGA 3710580, 16 PAGES
25
```

                                                   989

EXHIBIT _____ 37

PAGE _____ 452

| | | | |
|---|---|---|---|
| 1 | EXHIBITS FOR IDENTIFICATION:   (BOUND SEPARATELY) | | |
| 2 | NUMBER:   (CONTINUED) | | |
| 3 | 1711 - | M.G.A. HONG KONG'S 2002 TOOLING COSTS AND DEPRECIATION SCHEDULE, MGA 3720189 - MGA 3720198, 10 PAGES | 1060 |
| 4 | | | |
| 5 | | | |
| 6 | 1712 - | M.G.A.'S WORLDWIDE SALES RETURNS BY S.K.U. FOR 2001, MGA 3717766 - MGA 3717822, 57 PAGES | 1097 |
| 7 | | | |
| 8 | 1713 - | CONSOLIDATED STATEMENT OF OPERATIONS FOR 2001, MGA 3709872 - MGA 3709924, 53 PAGES | 1100 |
| 9 | | | |
| 10 | 1714 - | SEGMENT PROFIT-AND-LOSS REPORTS, MGA 1610365 - MGA 1612386, 2,022 PAGES (RETAINED BY MATTEL COUNSEL) | 1105 |
| 11 | | | |
| 12 | 1714A- | SEGMENT PROFIT-AND-LOSS REPORTS, MGA 1610365 - MGA 161374, 10 PAGES | 1105 |
| 13 | | | |
| 14 | 1714B- | SEGMENT PROFIT-AND-LOSS REPORTS, MGA 1610365 - MGA 161374, WITH HANDWRITTEN NOTATIONS, 10 PAGES, | 1127 |
| 15 | | | |
| 16 | 1715 - | DEPRECIATION SCHEDULES, MGA 3720189 - MGA 3720741, 553 PAGES (RETAINED BY MATTEL COUNSEL) | 1119 |
| 17 | | | |
| 18 | 1716 - | AD MEDIA EXPENSE, MGA 3719906 - MGA 3719909, 4 PAGES | 1130 |
| 19 | | | |
| 20 | 1717 - | AD PRODUCTION EXPENSE REPORT, MGA 3720119 - MGA 3720122, 4 PAGES | 1136 |
| 21 | 1718 - | ITEM MASTER, MGA 3722501 - MGA 3723088, 588 PAGES (RETAINED BY MATTEL COUNSEL) | 1138 |
| 22 | | | |
| 23 | 1718A- | ITEM MASTER, MGA 3722501 - MGA 3722510, 10 PAGES | 1138 |
| 24 | | | |
| 25 | 1719 - | PRICE LIST, MGA 3721551 - MGA 3721667, 117 PAGES | 1142 |

990

EXHIBIT _____ 37

PAGE _____ 453

```
 1    EXHIBITS FOR IDENTIFICATION:  (BOUND SEPARATELY)
 2    NUMBER:   (CONTINUED)
 3    1720 -    CONSOLIDATED STATEMENT OF          1146
                OPERATIONS BY MONTH, MGA 3711608
 4              - MGA 3713506, 1,898 PAGES
                (RETAINED BY MATTEL COUNSEL)
 5
      1720A-    CONSOLIDATED STATEMENT OF          1146
 6              OPERATIONS BY MONTH, MGA 3711608
                - MGA 3711707, 100 PAGES
 7
      1721 -    ESDA TESTING DOCUMENTS,            1150
 8              UNNUMBERED DOCUMENT, 51 PAGES
 9    1722 -    INK DATING DOCUMENTS, UNNUMBERED   1150
                DOCUMENT, 6 PAGES
10
      1723 -    INK COMPARISON DOCUMENTS,          1154
11              UNNUMBERED DOCUMENT, 6 PAGES
12    1724 -    CONSOLIDATED STATEMENT OF          1158
                OPERATIONS, MGA 3713507 - MGA
13              3714339, 833 PAGES (RETAINED BY
                MATTEL COUNSEL)
14
      1724A-    CONSOLIDATED STATEMENT OF          1158
15              OPERATIONS, MGA 3713507 - MGA
                3713516, 10 PAGES
16
      1725 -    INVOICES REGARDING CARTER         1177
17              BRYANT'S REPRESENTATION, MGA
                2815502 - MGA 2815505, 4 PAGES
18
      1726 -    INVOICES REGARDING LUCY ARANT'S    1180
19              REPRESENTATION, MGA 3815499, 1
                PAGE
20
      1727 -    INVOICES REGARDING MARGARET        1180
21              LEAHY'S REPRESENTATION, MGA
                3815501, 1 PAGE
22
      1728 -    INVOICES REGARDING SARAH           1180
23              HALPERN'S REPRESENTATION MGA
                3815500, 1 PAGE
24
25
```

991

EXHIBIT _____ 37

PAGE _____ 454

```
 1    EXHIBITS FOR IDENTIFICATION:  (BOUND SEPARATELY)
 2    NUMBER:  (CONTINUED)
 3    1729 -    INVOICES REGARDING VERONICA      1180
                MARLOW'S REPRESENTATION MGA
 4              3815498, 1 PAGE
 5    1730 -    MEXICO 2005 ACTUALS, RETURNS BY  1229
                ITEM, MGA 3815394 - MGA 3815434,
 6              41 PAGES
 7    1731 -    MEXICO 2007 ACTUALS, SALES BY    1229
                CUSTOMER, MGA 3815435 - MGA
 8              3815442, 8 PAGES
 9    1732 -    MEXICO 2004 ACTUALS, SALES BY    1229
                CUSTOMER, MGA 3815258 - MGA
10              3815263, 6 PAGES
11    1733 -    MEXICO 2004 ACTUALS, RETURNS BY  1229
                ITEM, MGA 3815249 - MGA 3815257,
12              9 PAGES
13    1734 -    MEXICO 2005 ACTUALS, SALES BY    1230
                S.K.U., MGA 3815287 - MGA
14              3815308, 22 PAGES
15    1735 -    MEXICO 2006 ACTUALS, SALES BY    1230
                CUSTOMER, MGA 3815330 - MGA
16              3815337, 8 PAGES
17    1736 -    MEXICO 2007 ACTUALS, SALES BY    1230
                ITEM, MGA 3815443 - MGA 3815497,
18              55 PAGES
19    1737 -    MEXICO 2006 ACTUALS, SALES BY    1230
                S.K.U., MGA 3815338 - MGA
20              3815393, 56 PAGES
21    1738 -    MEXICO 2006 ACTUALS, RETURNS BY  1230
                ITEM, MGA 3815309 - MGA 3815329,
22              21 PAGES
23    1739 -    MEXICO 2005 ACTUALS, SALES BY    1230
                CUSTOMER, MGA 3815279 - MGA
24              3815286, 8 PAGES
25
```

992

EXHIBIT _____ 37

PAGE _____ 455

| | | | |
|---|---|---|---|
| 1 | EXHIBITS FOR IDENTIFICATION: (BOUND SEPARATELY) | | |
| 2 | NUMBER: (CONTINUED) | | |
| 3 | 1740 - | MEXICO 2005 ACTUALS, RETURNS BY ITEM, MGA 3815275 - MGA 3815278, | 1230 |
| 4 | | 4 PAGES | |
| 5 | 1741 - | MEXICO 2004 ACTUALS, SALES BY S.K.U., MGA 3815264 - MGA | 1231 |
| 6 | | 3815274, 11 PAGES | |
| 7 | 1742 - | PAYMENTS MADE TO DAVID DEES, MGA 3787367 - MGA 3787371, 5 PAGES | 1241 |
| 8 | | | |
| 9 | 1743 - | PAYMENTS MADE TO VERONICA MARLOW, MGA 3787447 - MGA 3787464, 18 PAGES | 1241 |
| 10 | | | |
| 11 | 1744 - | PAYMENTS MADE TO AMY MYERS, MGA 3787465 - MGA 3787466, 2 PAGES | 1241 |
| 12 | 1745 - | CHECK STUB, WITH ATTACHMENTS, MGA 1473939 - MGA 1473949, 11 PAGES | 1254 |
| 13 | | | |
| 14 | 1746 - | 2003 CHECK REGISTER FOR MARCH 2003, MGA 0065717 - MGA 0065826, | 1257 |
| 15 | | 110 PAGES | |
| 16 | 1747 - | BRYANT 00195 AND COPIES THEREOF, 6 PAGES | 1263 |
| 17 | 1748 - | BRYANT 00201, AND COPIES THEREOF, 5 PAGES | 1269 |
| 18 | | | |
| 19 | 1749 - | PAYMENTS TO SARAH HALPERN, MGA 3787398 - MGA 3787399, 2 PAGES | 1771 |
| 20 | 1750 - | BRYANT 00204 AND COPIES THEREOF, 4 PAGES | 1771 |
| 21 | | | |
| 22 | 1751 - | BRYANT 00208 AND COPIES THEREOF, 5 PAGES | 1274 |
| 23 | 1752 - | BRYANT 00211 AND COPIES THEREOF, 4 PAGES | 1277 |
| 24 | | | |
| 25 | 1753 - | 11/12/07 LETTER FROM CHRISTENSEN, GLASER, FINK, JACOBS, WEIL & | 1280 |

993

EXHIBIT _____ 37

PAGE _____ 456



```
 1    QUESTIONS UNANSWERED BY WITNESS:
 2                        (NONE)
 3
 4
 5
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

994

EXHIBIT _____ 37

PAGE _____ 457

```
 1        LOS ANGELES, CALIFORNIA; THURSDAY, JANUARY 24, 2008
 2                          9:46 A.M.
 3
 4           THE VIDEO TECHNICIAN:  GOOD MORNING.  WE
 5    ARE BACK ON THE RECORD AT 9:46 A.M.   TODAY'S DATE IS       09:46:35
 6    JANUARY 24TH, 2008.   THIS IS TAPE NO. 1 FOR VOLUME V
 7    FOR THE CONTINUED DEPOSITION OF LISA TONNU IN THE
 8    ACTION ENTITLED "CARTER BRYANT V. MATTEL, INC.," AND
 9    CONSOLIDATED CASES.
10           MAY WE PLEASE HAVE INTRODUCTIONS FOR THE          09:46:58
11    RECORD, BEGINNING WITH THE WITNESS.
12           THE WITNESS:  LISA TONNU FROM M.G.A.
13           MR. ROTH:  CARL ROTH FROM SKADDEN ARPS ON
14    BEHALF OF M.G.A. AND THE WITNESS.
15           MR. WEINSTEIN:  RYAN WEINSTEIN FROM SKADDEN       09:47:09
16    ON BEHALF OF M.G.A. AND THE WITNESS.
17           MS. HUTNYAN:  DIANE HUTNYAN FROM QUINN
18    EMANUEL FOR MATTEL.
19           THE REPORTER:  DO YOU SOLEMNLY AFFIRM THE
20    TESTIMONY YOU ARE ABOUT TO GIVE IN THIS DEPOSITION        09:47:19
21    SHALL BE THE TRUTH, THE WHOLE TRUTH, AND NOTHING BUT
22    THE TRUTH.
23           THE WITNESS:  YES.
24    ///
25    ///                                                      09:47:31
```

995

EXHIBIT _____ 37

PAGE _____ 458

1    THAT RIGHT?

2         A.   YES.

3         Q.   AND EXHIBIT 1722 REPRESENTS THE DOCUMENTS

4    FROM WHICH SAMPLES WERE TAKEN AND THEN INK DATING

5    WAS DONE ON THOSE SAMPLES?                              06:30:55

6         A.   YES.

7         Q.   SO MR. SPECKIN SAMPLED A NUMBER OF OTHER

8    DOCUMENTS BUT CONTENDS THAT HE DID NOT DO INK -- INK

9    DATING TESTING OR INK COMPARISON TESTING TO THE

10   PLUGS THAT HE TOOK?                                     06:31:07

11        MR. ROTH:   OBJECTION TO THE EXTENT --

12   BY MS. HUTNYAN:

13        Q.   OR YOU DON'T KNOW?

14        MR. ROTH:   -- IT MISSTATES TESTIMONY.

15        MS. HUTNYAN:   I DIDN'T ASK IT BEFORE.            06:31:13

16        THE WITNESS:   I'M SORRY, REPEAT THE

17   QUESTION?

18   BY MS. HUTNYAN:

19        Q.   THESE JUST REPRESENT WHERE PLUGS WERE

20   ACTUALLY TESTED; RIGHT?   INK DATING AND INK            06:31:22

21   COMPARISON TESTING, THE TESTING WAS ACTUALLY DONE ON

22   THE PLUGS COMING FROM THESE DOCUMENTS?

23        A.   MICROPLUGS WERE TAKEN FROM THESE DOCUMENTS

24   (INDICATING).

25        Q.   OKAY.   BUT MICROPLUGS WERE TAKEN FROM OTHER  06:31:36

1266

EXHIBIT _____ 37

PAGE _____ 459

1    DOCUMENTS, BUT THE INK DATING TESTING AND THE INK

2    COMPARISON TESTING WAS NOT DONE WITH THOSE PLUGS?

3         A.   NOT THAT I'M AWARE OF.

4         Q.   IS THAT ONE OF THOSE DOUBLE NEGATIVES, LIKE

5    YES, THAT'S RIGHT?                                          06:31:48

6              MR. ROTH:  VAGUE, AMBIGUOUS.

7    BY MS. HUTNYAN:

8         Q.   ARE THERE OTHER DOCUMENTS FROM WHICH

9    MICROPLUGS WERE TAKEN THAT ARE NOT IN THESE PILES

10   BECAUSE THE MICROPLUGS WERE NEVER TESTED FOR INK            06:32:00

11   DATING OR INK COMPARISON?

12        A.   CAN YOU REPEAT THE QUESTION?  I THINK

13   YOU'RE DOING DOUBLE NEGATIVES AGAIN.

14        Q.   SURE.  ARE THERE OTHER DOCUMENTS THAT

15   AREN'T INCLUDED -- WELL, FIRST OF ALL, 1722 AND             06:32:13

16   1723, WILL YOU AGREE WITH ME THAT THE DOCUMENTS IN

17   BOTH OF THOSE EXHIBITS ARE THE SAME DOCUMENTS?

18        A.   APPEARS TO BE.

19        Q.   SO -- AND THERE ARE SIX DOCUMENTS IN EACH

20   OF THOSE EXHIBITS?                                          06:32:30

21        A.   YES.

22        Q.   AND SO THOSE SIX DOCUMENTS ARE THE ONES

23   THAT, IT IS YOUR UNDERSTANDING FROM MR. SPECKIN,

24   THAT HE TOOK PLUGS FROM AND PERFORMED INK COMPARISON

25   TESTING AND INK DATING TESTING?                             06:33:01

1267

EXHIBIT _____ 37

PAGE _____ 460

1      A.   YES.

2      Q.   DO YOU -- IS IT M.G.A.'S TESTIMONY THAT

3   EXHIBIT 1723 INCLUDES ALL DOCUMENTS FROM WHICH

4   MR. SPECKIN TOOK MICROPLUGS?

5      A.   YES.                                              06:33:18

6      Q.   SO IT IS YOUR UNDERSTANDING AS M.G.A. THAT

7   MR. SPECKIN DID NOT TAKE ANY PLUGS THAT HE DID NOT

8   LATER USE FOR TESTING, EITHER INK DATING TESTING OR

9   INK COMPARISON TESTING?

10      A.   YES.                                             06:33:34

11      Q.   AND SO IT IS M.G.A.'S CONTENTION -- I'M

12   SORRY -- IT IS M.G.A.'S TESTIMONY THAT EXHIBIT 1747,

13   THE HOLES THAT WE LOOKED AT, WERE NOT MADE BY

14   MR. SPECKIN?

15           MR. ROTH:   ARGUMENTATIVE.                       06:33:50

16           THE WITNESS:   NOT THAT I'M AWARE OF.

17   BY MS. HUTNYAN:

18      Q.   WELL, IF ALL OF THE DOCUMENTS THAT

19   MR. SPECKIN TOOK MICROPLUGS FROM ARE IN EXHIBIT

20   1723, THEN ISN'T THE ANSWER TO MY QUESTION ABOUT     06:34:14

21   1747 THAT THESE MICROPLUGS WEREN'T TAKEN BY

22   MR. SPECKIN?

23      A.   YES.

24      Q.   I MEAN, THERE IS NO DOUBT IN YOUR MIND THAT

25   THESE HOLES COULDN'T HAVE BEEN TAKEN BY HIM BECAUSE     06:34:27

1268

EXHIBIT _____ 37

PAGE _____ 461

1    THESE ARE ALL THE DOCUMENTS THAT HE TOOK PLUGS FROM

2    IN 1723; RIGHT?

3        A.   AS FAR AS I'M AWARE OF.

4        Q.   AND YOU PREPARED FOR TOPIC 41; RIGHT?

5        A.   YES.                                          06:34:44

6        Q.   YOU TALKED TO MR. SPECKIN AT LEAST TWICE?

7        A.   YES.

8        Q.   DO YOU HAVE ANY REASON TO DOUBT NOW THAT

9    EXHIBIT 1723 IS THE SUM -- WELL, IT'S GETTING

10   LATE -- CONSTITUTES THE SIX DOCUMENTS THAT          06:34:59

11   MR. SPECKIN TOOK MICROPLUGS FROM?

12       A.   NO.

13           MS. HUTNYAN:   I'D LIKE TO MARK EXHIBIT

14   1748, A SIMILAR COLLECTION THAT INCLUDES BRYANT

15   00201, A PICTURE OF THAT BATES NUMBERED DOCUMENT, A    06:35:27

16   PICTURE OF THE CORRESPONDING ORIGINAL OF THE -- THE

17   ORIGINAL THAT CORRESPONDS TO THAT BATES NUMBER, AND

18   A CLOSEUP OF THAT ORIGINAL -- TWO CLOSEUPS OF THE

19   ORIGINAL.

20           (EXHIBIT 1748 MARKED.)

21   BY MS. HUTNYAN:                                       06:35:59

22       Q.   HAVE YOU SEEN THIS DOCUMENT BEFORE, ANY OF

23   THE PAGES OF IT?

24       A.   I DON'T KNOW IF IT'S IN ANY OF THESE

25   DOCUMENTS (INDICATING).   I HAVEN'T SEEN IT BEFORE, I    06:36:22

1269

EXHIBIT _____ 37

PAGE _____ 462

```
1    DON'T THINK.

2            MR. WEINSTEIN:  DIANE, JUST TO LET YOU

3    KNOW, GARY SENT AN EMAIL CONTAINING THE HALPERN

4    SPREADSHEET.

5            MS. HUTNYAN:  OKAY.                          06:36:54

6            MR. WEINSTEIN:  PRODUCTION COPY.

7            MS. HUTNYAN:  OKAY.

8            MR. WEINSTEIN:  IF YOU RECEIVED IT.

9            MS. HUTNYAN:  I WILL RUN AND GET THAT REAL

10   FAST.                                               06:37:07

11           GO OFF THE RECORD FOR A MINUTE WHILE I DO

12   THAT.

13           THE VIDEO TECHNICIAN:  THIS IS THE END OF

14   TAPE NO. 4.  GOING OFF THE RECORD AT 6:37 P.M.

15           (A RECESS WAS TAKEN FROM 6:37 TO 6:40.)     06:40:40

16           THE VIDEO TECHNICIAN:  THIS IS THE START OF

17   TAPE NO. 5.  GOING BACK ON THE RECORD AT 6:40 P.M.

18   BY MS. HUTNYAN:

19       Q.  HAVE YOU COMPARED EXHIBIT 1748 WITH THE SIX

20   DOCUMENTS IN EXHIBIT 1723?                          06:40:57

21       A.  YES.

22       Q.  AND THE SIX DOCUMENTS IN 1722?

23       A.  YES.

24       Q.  AND IT'S NOT THERE?

25       A.  NO.                                         06:41:07
```

1270

EXHIBIT _____ 37

PAGE _____ 463

1    Q.   AND YOU CAN SEE IN THIS ONE THAT MICROPLUGS

2    WERE TAKEN FROM THE NOTARY SIGNATURES AND FROM THE

3    PAPER BELOW THE SIGNATURES?   YOU SEE THAT?   IT'S

4    BEST ON THE LAST PAGE.

5    A.   YES.                                          06:41:26

6    Q.   SO IT'S M.G.A.'S TESTIMONY THAT MR. SPECKIN

7    DID NOT TAKE THESE MICROPLUGS?

8    A.   YES.

9        MS. HUTNYAN:   OKAY.

10       LET ME ALSO MARK FOR THE RECORD EXHIBIT        06:41:41

11   1749.   IT IS MGA 3787398 AND -99.

12       (EXHIBIT 1749 MARKED.)

13   BY MS. HUTNYAN:

14   Q.   IS THAT THE REPORT ABOUT ALL M.G.A.

15   PAYMENTS TO MS. HALPERN BETWEEN JANUARY 1ST, 1999,   06:41:58

16   AND THE PRESENT?

17   A.   YES.

18   Q.   AND IS -- IS IT YOUR TESTIMONY THAT THOSE

19   ARE ALL THE PAYMENTS THAT WERE MADE TO MS. HALPERN

20   BY M.G.A. IN THAT PERIOD?                           06:42:20

21   A.   YES.

22       MS. HUTNYAN:   I WOULD LIKE TO MARK FOR THE

23   RECORD EXHIBIT 1749.

24       (EXHIBIT 1750 MARKED.)

25       THE REPORTER:   -50.                            06:42:33

1271

A&E COURT REPORTERS (213) 955-0070 FAX: (213) 955-0077

EXHIBIT _____ 37

PAGE _____ 464

```
1              MS. HUTNYAN:  -50.
2              MR. ROTH:  -50.
3              MS. HUTNYAN:  THANKS.
4         Q.   HAVE YOU HAD A CHANCE TO LOOK AT EXHIBIT
5    1750?                                                   06:43:09
6         A.   YES.
7         Q.   THAT ONE IS BRYANT 00204 AND A PHOTOGRAPH
8    OF THAT BATES NUMBERED DOCUMENT AND THE
9    CORRESPONDING ORIGINAL -- I'M SORRY, IT'S A
10   PHOTOGRAPH OF THE CORRESPONDING ORIGINAL.              06:43:22
11            DO YOU SEE THAT?
12        A.   YES.
13        Q.   HAVE YOU SEEN THIS DOCUMENT BEFORE?
14        A.   NO.
15        Q.   IT'S NOT AMONG THE DOCUMENTS IN EXHIBIT     06:43:29
16   1723 OR -22, IS IT?
17        A.   NO.
18        Q.   IS IT M.G.A.'S TESTIMONY THAT MR. SPECKIN
19   DID NOT POKE -- DID NOT TAKE MICROPLUGS FROM THE
20   ORIGINAL OF BRYANT -204?                               06:43:43
21        A.   NOT THAT I'M AWARE OF.  NOT THAT I'M AWARE
22   OF.
23        Q.   HE DIDN'T TAKE MICROPLUGS FROM THIS
24   DOCUMENT; RIGHT?
25        A.   NOT THAT --                                  06:44:01
```

1272

EXHIBIT _____ 37

PAGE _____ 465

1          MR. ROTH:   ASKED AND ANSWERED.

2          THE WITNESS:   NOT THAT I'M AWARE OF.

3    BY MS. HUTNYAN:

4      Q.   I JUST DON'T KNOW WHAT THAT MEANS.   DID HE

5    OR DIDN'T HE?                                        06:44:08

6          MR. ROTH:   ASKED AND ANSWERED,

7    ARGUMENTATIVE.

8    BY MS. HUTNYAN:

9      Q.   WELL, ALL THE ONES THAT HE TOOK PLUGS FROM

10   ARE REPRESENTED IN 1723; RIGHT?                      06:44:15

11     A.   YES.

12     Q.   SO HE COULDN'T HAVE TAKEN THE MICROPLUGS

13   FROM 1750?

14     A.   NO.

15     Q.   AND THAT'S THE TRUTH; RIGHT?                  06:44:24

16          MR. ROTH:   ARGUMENTATIVE.

17   BY MS. HUTNYAN:

18     Q.   THE BEST OF YOUR KNOWLEDGE?

19     A.   YES.

20     Q.   THE BEST OF M.G.A.'S KNOWLEDGE?               06:44:33

21     A.   YES.

22          MS. HUTNYAN:   I WOULD LIKE TO MARK EXHIBIT

23   1751, WHICH IS A SIMILAR DOCUMENT, THIS ONE IS

24   BRYANT -208 AND PHOTOGRAPHS OF THE ORIGINAL DOCUMENT

25   THAT CORRESPONDS TO BRYANT -208.                     06:44:55

                                                          1273

EXHIBIT _____ 37

PAGE _____ 466

| | |
|---|---|
| 1 | (EXHIBIT 1751 MARKED.) |
| 2 | BY MS. HUTNYAN: |
| 3 | Q.    HAVE YOU SEEN EXHIBIT 1751? |
| 4 | A..   NO. |
| 5 | Q.    IT'S NOT AMONG THE DOCUMENTS -- I MEAN,  06:45:26 |
| 6 | THAT DRAWING IS NOT AMONG THE DOCUMENTS THAT ARE |
| 7 | EXHIBIT 1723; RIGHT? |
| 8 | A.    NO. |
| 9 | Q.    SO THE MICROPLUGS THAT WERE TAKEN FROM THE |
| 10 | ORIGINAL OF BRYANT -208 WERE NOT TAKEN BY  06:45:39 |
| 11 | MR. SPECKIN; IS THAT RIGHT? |
| 12 | A.    IS THIS ONE -208?  SORRY. |
| 13 | Q.    IT'S BRYANT -208. |
| 14 | A.    OH, THE LAST PAGE. |
| 15 | Q.    RIGHT.  06:45:56 |
| 16 | A.    NO. |
| 17 | Q.    LET ME JUST SAY THE QUESTION AGAIN BECAUSE |
| 18 | THERE'S A DOUBLE NEGATIVE. |
| 19 | SO THE MICROPLUGS THAT WERE TAKEN FROM THE |
| 20 | ORIGINAL OF BRYANT -208 WERE NOT TAKEN BY  06:46:12 |
| 21 | MR. SPECKIN? |
| 22 | A.    NOT THAT WE'RE AWARE OF, NOT TO MY |
| 23 | KNOWLEDGE. |
| 24 | Q.    SO YES, HE DIDN'T TAKE MICROPLUGS FROM |
| 25 | THIS?  06:46:23 |

1274

EXHIBIT _____ 31

PAGE _____ 467

1        A.    CORRECT.

2        Q.    SO IF YOU LOOK AT EXHIBIT 1721 AND YOU LOOK

3   THROUGH TO A PAGE THAT IS NUMBERED AT THE BOTTOM

4   408 -- DO YOU SEE THAT DOCUMENT?

5        A.    YES.                                            06:47:56

6        Q.    THIS IS A DOCUMENT THAT I UNDERSTAND TO

7   HAVE BEEN ESDA TESTED; IS THAT RIGHT?

8        A.    CORRECT.

9        Q.    BUT THERE ARE NO ESDA TESTING RESULTS THAT

10  ARE ATTACHED TO EXHIBIT 1721 FOR THAT PARTICULAR         06:48:09

11  DOCUMENT?

12       A.    NO.

13       Q.    YES, THERE ARE NONE; RIGHT?

14       A.    NONE, THERE ARE NONE.

15       Q.    THANKS.                                        06:48:18

16            OKAY.   IF YOU GO A FEW PAGES DOWN TO -411.

17  IS IT YOUR UNDERSTANDING -- OH, NEVER MIND.   STRIKE

18  IT.   I JUST WANT TO MAKE SURE I'M NOT

19  MISUNDERSTANDING.

20            SO EXHIBIT 1721, BESIDES THE ONES --           06:49:26

21  BESIDES THE PAGES IN HERE THAT ARE THE ESDA RESULTS,

22  THE -- THE PHOTOCOPIES THAT ARE HERE ARE ACTUALLY

23  PHOTOCOPIES OF THE DOCUMENTS THAT MR. SPECKIN DID

24  ESDA TESTING ON, NOT A COLLECTION OF DOCUMENTS THAT

25  WAS ASSEMBLED TO INDICATE WHICH DRAWINGS HE DID?         06:49:55

EXHIBIT _____ 37

PAGE _____ 468

1          I KNOW IT'S A LONG QUESTION.

2          MR. ROTH:   VAGUE AND AMBIGUOUS.

3    BY MS. HUTNYAN:

4      Q.   IS IT YOUR UNDERSTANDING -- LET ME JUST

5    STRIKE THAT, BREAK IT UP.                                   06:50:07

6          IS IT YOUR UNDERSTANDING THAT THE DOCUMENTS

7    THAT WERE PHOTOCOPIED IN EXHIBIT 1721 WERE ACTUALLY

8    THE ONES THAT MR. SPECKIN HANDLED IN THE L.A.

9    OFFICE, L.A. CONFERENCE ROOM?

10          MR. ROTH:   VAGUE AND AMBIGUOUS, MISSTATES          06:50:28

11   TESTIMONY.

12          THE WITNESS:   CAN YOU BE MORE SPECIFIC?

13   BY MS. HUTNYAN:

14     Q.   SURE.   IF YOU LOOK AT -415, FOR EXAMPLE,

15   THE ONE THAT SAYS -415 AT THE BOTTOM, IS IT YOUR        06:50:37

16   UNDERSTANDING THAT THIS PHOTOCOPY IS A PHOTOCOPY OF

17   THE ACTUAL DOCUMENT THAT MR. SPECKIN DID ESDA

18   TESTING ON?

19     A.   YES.

20     Q.   SO THESE ARE PHOTOCOPIES THAT HE TOOK?           06:50:51

21     A.   YES.

22     Q.   YES?   OH, OKAY.   OKAY.

23          SO IF YOU LOOK AT THE ONE THAT IS -- WELL,

24   IT'S -- IT'S -404 AT THE BOTTOM, BUT IT'S CUT OFF,

25   SO IT'S BETWEEN -403 AND -405.   DO YOU SEE THAT ONE?   06:51:22

A&E COURT REPORTERS (213) 955-0070 FAX: (213) 955-0077

EXHIBIT _____ 37

PAGE _____ 469

1      A.    YES.

2      Q.    DO YOU SEE THAT IT HAS MICROPLUGS TAKEN

3  FROM THE DATE AND FROM THE PAPER BELOW IT?

4      A.    APPEARS TO BE.

5      Q.    SO AT THE TIME THAT MR. SPECKIN DID HIS          06:51:45

6  ESDA TESTING, THIS DOCUMENT ALREADY HAD MICROPLUGS

7  TAKEN OUT OF IT?

8      A.    APPEARS TO BE.

9      Q.    SAME THING ON 39 -- I'M SORRY -- 39, IT

10 LOOKS LIKE -- OH, I SEE.  WELL, IT SAYS 39, AND THEN      06:52:16

11 IT SAYS -400 IN THE CORNER BUT IT'S CUT OFF.  IT'S A

12 FEW DOCUMENTS BEFORE.  AND IT ALSO HAS A NOTARY

13 SIGNATURE ON IT.

14         DO YOU SEE THAT DOCUMENT?

15     A.    YES.                                             06:52:35

16     Q.    AND DO YOU SEE IT ALSO HAS PLUGS THAT HAVE

17 BEEN TAKEN FROM IT?

18         MR. ROTH:  OBJECTION; ASSUMES FACTS.

19         THE WITNESS:  I'M NOT SURE.

20         MS. HUTNYAN:  I WOULD LIKE TO MARK AS              06:53:40

21 EXHIBIT 1752, BRYANT 00211 AND A PHOTOGRAPH WITH

22 THAT BATES NUMBERED DOCUMENT AND A PHOTOGRAPH OF THE

23 ORIGINAL THAT CORRESPONDS TO IT AND THEN A CLOSEUP

24 OF THE ORIGINAL.

25         (EXHIBIT 1752 MARKED.)                            06:53:59

                                                     1277

EXHIBIT _____ 37

PAGE _____ 470

BY MS. HUTNYAN:

Q.   LOOK AT THE LAST PAGE OF EXHIBIT 1752. THIS DOCUMENT WAS HELD UP TO THE LIGHT WHEN THE PHOTOGRAPHER TOOK THE PICTURE.   IS IT M.G.A.'S TESTIMONY THAT IT DOESN'T KNOW WHETHER HOLES WERE TAKEN OUT OF THIS DOCUMENT?                        06:54:37

A.   IT APPEARS TO BE THERE'S HOLES TAKEN OUT OF THE DOCUMENT.

Q.   AND THIS DOCUMENT IS NOT IN EXHIBIT 1723; RIGHT?                                           06:54:56

A.   NO.

Q.   DOES IT LOOKS LIKE IT'S IN 1721 ON THAT PAGE THAT I SHOWED YOU, AT LEAST PART OF IT?

MR. ROTH:   WHAT PAGE IS THAT?

MS. HUTNYAN:   THE ONE THAT HAD -39 AND THEN        06:55:14
-400 IN THE CORNER BUT WAS CUT OFF.

THE WITNESS:   PART OF IT.

BY MS. HUTNYAN:

Q.   SO THE HEAD ISN'T SHOWING ON THE ONE THAT'S IN EXHIBIT 1721; RIGHT?                             06:55:31

A.   CORRECT.

Q.   SO DOES IT APPEAR TO YOU THAT WHEN MR. SPECKIN DID THE ESDA TESTING ON THAT DOCUMENT, BRYANT -- THE ORIGINAL OF BRYANT 00211, THAT THE MICROPLUGS HAD ALREADY BEEN TAKEN FROM THAT        06:55:52

1278

EXHIBIT _____ 37

PAGE _____ 471

1    DOCUMENT?

2         A.    YES.

3         Q.    ON PAGE -405, WILL YOU AGREE WITH ME THAT

4    THERE ARE MICROPLUGS THAT WERE TAKEN FROM THAT

5    SIGNATURE AS WELL, OR DO I NEED TO SHOW YOU THE                06:56:19

6    OTHER PICTURE OF IT?

7              I CAN REPRESENT TO YOU THAT WE HAVE A

8    PICTURE OF IT THAT HOLDS IT UP TO THE LIGHT AND

9    SHOWS THAT THERE ARE HOLES IN IT.

10        A.    OKAY.                                               06:56:32

11        Q.    AND THEN IF YOU LOOK AT -413 OF EXHIBIT

12   1721, THERE APPEAR TO BE HOLES OUT OF THAT DOCUMENT

13   AS WELL.  I CAN SHOW YOU THAT ONE.  ACTUALLY, I MAY

14   NOT BECAUSE I MAY NOT HAVE A COPY.

15             BUT IF THE ORIGINAL OF THIS DOCUMENT IN --          06:57:17

16   THAT IS -413 AS PART OF EXHIBIT -721 HAS HOLES TAKEN

17   OUT OF IT, YOU'RE QUITE SURE AS M.G.A.'S

18   REPRESENTATIVE THAT THOSE MICROPLUGS WERE NOT TAKEN

19   BY MR. SPECKIN?

20             MR. ROTH:  OBJECTION; ARGUMENTATIVE.                06:57:34

21   ARGUMENTATIVE.

22             THE WITNESS:  TO THE BEST OF MY KNOWLEDGE,

23   NO.

24   BY MS. HUTNYAN:

25        Q.    RIGHT.  HE -- HE WOULD NOT HAVE DONE THOSE         06:57:39

                                                          1279

EXHIBIT _____ 37

PAGE _____ 472

```
 1    MICRO- -- MICROPLUGS?

 2              MR. ROTH:  ASKED AND ANSWERED.

 3              THE WITNESS:  NOT TO THE -- MY KNOWLEDGE.

 4    BY MS. HUTNYAN:

 5       Q.    IT'S A DOUBLE NEGATIVE THING.  NO, HE           06:57:48

 6    DIDN'T TAKE THESE MICROPLUGS?

 7       A.    NOT TO MY KNOWLEDGE.

 8              MS. HUTNYAN:  I'D LIKE TO MARK AS EXHIBIT

 9    1753 --

10              (EXHIBIT 1753 MARKED.)                          06:58:51

11              MS. HUTNYAN:  -- A LETTER TO JON COREY FROM

12    M.G.A.'S FORMER LAWYERS AT CHRISTENSEN, GLASER,

13    FINK, JACOBS, WEIL & SHAPIRO, DATED NOVEMBER 12TH,

14    2007.  OH, WAIT.  THIS HAS BEEN MARKED AS AN EXHIBIT

15    BEFORE.  IT SAYS EXHIBIT 44, PAGE 892.                    06:59:13

16              MR. ROTH:  JUST FOR THE RECORD, COUNSEL, I

17    THINK THAT MAY BE AN EXHIBIT TO A -- A BRIEF OR A

18    DECLARATION.

19              MS. HUTNYAN:  GOTCHA.  OKAY.  SO IT'S

20    EXHIBIT 1753 FOR OUR PURPOSES.                            06:59:23

21       Q.    HAVE YOU SEEN THIS LETTER BEFORE?

22       A.    YES.

23       Q.    DOES THIS LETTER -- DID YOU SEE IT IN

24    DEPOSITION?

25       A.    NO.                                              06:59:42
```

1280

EXHIBIT _____ 37

PAGE _____ 473

1    STATE OF CALIFORNIA )

2    COUNTY OF RIVERSIDE )  SS.

3

4        I, PAULA A. PYBURN, CSR NO. 7304, R.P.R.,

5    C.L.R., IN AND FOR THE STATE OF CALIFORNIA, DO

6    HEREBY CERTIFY:

7        I AM THE DEPOSITION OFFICER THAT

8    STENOGRAPHICALLY RECORDED THE TESTIMONY IN THE

9    FOREGOING DEPOSITION;

10       PRIOR TO BEING EXAMINED THE DEPONENT WAS FIRST

11   DULY SWORN BY ME;

12       THE FOREGOING TRANSCRIPT IS A TRUE RECORD OF

13   THE TESTIMONY GIVEN.

14       BEFORE COMPLETION OF THE DEPOSITION, REVIEW OF

15   THE TRANSCRIPT [X] WAS [ ] WAS NOT REQUESTED.  IF

16   REQUESTED, ANY CHANGES MADE BY THE DEPONENT (AND

17   PROVIDED TO THE REPORTER) DURING THE PERIOD ALLOWED

18   ARE APPENDED HERETO.

19

20   DATED   JANUARY 28th, 2008

21

22

23

              PAULA A. PYBURN

24            C.S.R. NO. 7304, R.P.R.

              CERTIFIED LIVENOTE REPORTER

25

                                              1328

EXHIBIT _____ 37

PAGE _____ 474

**Exhibit  38**

C.RTIFIED COPY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, AN INDIVIDUAL, ) | |
| ) | |
| PLAINTIFF, ) | |
| ) | |
| V. ) | NO. CV 04-9040 SGL (RNBX) |
| ) | |
| MATTEL, INC., A DELAWARE ) | |
| CORPORATION, ) | |
| ) | |
| DEFENDANTS. ) | |
| —————————————————) | |
| ) | |
| AND CONSOLIDATED ACTION (S). ) | |
| —————————————————) | |

# C O N F I D E N T I A L

**(PURSUANT TO PROTECTIVE ORDER, THIS TRANSCRIPT HAS BEEN DESIGNATED CONFIDENTIAL, ATTORNEYS' EYES ONLY)**

# DEPOSITION OF MARGARET LEAHY

# DECEMBER 12, 2007



REPORTED BY:
BETH FELIX
CSR NO. 12766
JOB NO. 07AE738-BF

515 S. Flower Street
Suite 3600
Los Angeles, California 90071
Office: (213) 955-0070
Fax: (213) 955-0077

EXHIBIT 38

PAGE _____ 475

1     UNITED STATES DISTRICT COURT   16:00:00

2    CENTRAL DISTRICT OF CALIFORNIA   16:00:00.

3      EASTERN DIVISION     16:00:00

4                 16:00:00

5 CARTER BRYANT, AN INDIVIDUAL, )    16:00:00

              )

6     PLAINTIFF,   )    16:00:00

              )

7   V.       ) NO. CV04-9049SGL 16:00:00

              )

8 MATTEL, INC., A DELWARE   )    16:00:00

 CORPORATION, AND CONSOLIDATED )

9 ACCTIONS,       )    16:00:00

              )

10     DEFENDANTS.   )    16:00:00

    _____)

11                16:00:00

12     C O N F I D E N T I A L    16:00:00

13   (PURSUANT TO PROTECTIVE ORDER, THIS  16:00:00

14  TRANSCRIPT HAS BEEN DESIGNATED CONFIDENTIAL, 16:00:00

15    ATTORNEYS' EYES ONLY.)    16:00:00

16    PAGES 1 THROUGH 314     16:00:00

17                16:00:00

18    DEPOSITION OF MARGARENT LEAHY,  16:00:00

19  TAKEN ON BEHALF OF THE DEFENDANTS, AT 865 SOUTH 16:00:00

20 FIGUEROA STREET, 10TH FLOOR, LOS ANGELES,  16:00:00

21 CALIFORNIA, COMMENCING AT 10:11 A.M., WEDNESDAY, 16:00:00

22 DECEMBER 12, 2007, BEFORE BETH FELIX, CSR NO. 16:00:00

23 12766.            16:00:00

24

25

```
 1    APPEARANCES OF COUNSEL:                                    16:00:00
 2                                                               16:00:00
 3    FOR THE WITNESS:                                           16:00:00
 4         KEATS, MC FARLAND & WILSON                            16:00:00
           BY:  LARRY W. MC FARLAND
 5         BY:  CHRISTIAN C. DOWELL                              16:00:00
           ATTORNEYS AT LAW
 6         9720 WILSHIRE BOULEVARD, PENTHOUSE SUITE              16:00:00
           BEVERLY HILLS, CALIFORNIA  90212
 7         (310) 777-3750                                        16:00:00
 8    FOR THE PLAINTIFF:                                         16:00:00
 9         KEKER & VAN NEST                                      16:00:00
           BY:  CHRISTA MARTINE ANDERSON
10         ATTORNEY AT LAW                                       16:00:00
           710 SANSOME STREET
11         SAN FRANCISCO, CALIFORNIA  94111                      16:00:00
           (415) 397-7188
12                                                               16:00:00

13    FOR DEFENDANT MATTEL:                                      16:00:00

           QUINN, EMANUEL, URQUHART, OLIVER & HODGES
14         BY:  MICHAEL T. ZELLER                                16:00:00
           BY:  TAMAR BUCHAKJIAN
15         BY:  BRIDGET HAULER                                   16:00:00
           ATTORNEYS AT LAW
16         865 SOUTH FIGUEROA STREET, 10TH FLOOR                 16:00:00
           LOS ANGELES, CALIFORNIA  90017
17         (213) 624-7707                                        16:00:00
18    FOR DEFENDANT M.G.A.:                                      16:00:00
19         SKADDEN, ARPS, SLATE, MEAGHER & FLOM                  16:00:00
           BY:  MARCUS R. MUMFORD
20         BY:  KENNETH PLEVAN                                   16:00:00
           ATTORNEYS AT LAW
21         300 SOUTH GRAND AVENUE                                16:00:00
           LOS ANGELES, CALIFORNIA 90071
22         (213) 687-5000                                        16:00:00
23                                                               16:00:00
24                                                               16:00:00
25                                                               16:00:00
```

3

EXHIBIT ___38___

PAGE ___477___

```
 1    APPEARANCES (CONTINUED)                        16:00:00
 2    ALSO PRESENT:                                  16:00:00
 3         MICHAEL MOORE                             16:00:00
           JILL THOMAS
 4         STEVEN TOGAMI, VIDEOGRAPHER               16:00:00
 5
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

| | | |
|---|---|---|
| 1 | WITH RESPECT TO THE PROJECT HE HAD CALLED YOU ABOUT FOR | 14:46:34 |
| 2 | M.G.A.? | 14:46:38 |
| 3 | A   YOU HAVE TO BE PATIENT WITH ME BECAUSE I | 14:46:39 |
| 4 | CAN'T -- BECAUSE THE LAWYER THING, LIKE, I CAN'T -- I | 14:46:42 |
| 5 | DON'T WANT TO SAY THE WRONG THING, SO, NO, I DON'T | 14:46:46 |
| 6 | REMEMBER EXACTLY WHAT WE SAID -- WHAT WE WERE GOING TO | 14:46:49 |
| 7 | DO.  BUT I IMAGINE WHAT HE DID WAS BRING ME HIS | 14:46:52 |
| 8 | DRAWINGS AT A LATER DATE SO WE COULD START THE JOB. | 14:46:57 |
| 9 | Q   YOU HAD AN UNDERSTANDING THAT THERE WOULD BE | 14:47:01 |
| 10 | NEXT STEPS -- | 14:47:05 |
| 11 | A   YES. | 14:47:06 |
| 12 | Q   -- AT THE CONCLUSION OF YOUR CONVERSATION WITH | 14:47:06 |
| 13 | CARTER? | 14:47:08 |
| 14 | A   YES. | 14:47:09 |
| 15 | Q   BY THE WAY, YOU AND CARTER WERE THE ONLY ONES | 14:47:10 |
| 16 | ON THIS TELEPHONE CALL? | 14:47:13 |
| 17 | A   YES. | 14:47:14 |
| 18 | Q   WHAT IS IT THEN THAT HAPPENED NEXT WITH | 14:47:23 |
| 19 | RESPECT TO THE BRATZ PROJECT? | 14:47:25 |
| 20 | A   CARTER CAME TO MY HOUSE AND SHOWED ME THE | 14:47:31 |
| 21 | DRAWINGS AND INSPIRATION TO START. | 14:47:34 |
| 22 | Q   DID HE COME BY HIMSELF? | 14:47:41 |
| 23 | A   YES. | 14:47:43 |
| 24 | Q   AND I TAKE IT THAT, AT THAT TIME, YOU AND | 14:47:45 |
| 25 | MR. BRYANT HAD A FURTHER CONVERSATION? | 14:47:50 |

132

38

EXHIBIT _____

PAGE _____ 479

| | | |
|---|---|---|
| 1 | A    YES. | 14:47:52 |
| 2 | Q    WAS ANYONE PRESENT FOR ANY OF IT? | 14:47:52 |
| 3 | A    JUST MY NEWBORN DAUGHTER. | 14:47:55 |
| 4 | Q    I TAKE IT YOUR HUSBAND WASN'T THERE? | 14:47:57 |
| 5 | A    NO. | 14:48:00 |
| 6 | Q    AND THERE WASN'T ANYONE ELSE THERE OTHER THAN | 14:48:00 |
| 7 | YOUR NEWBORN DAUGHTER? | 14:48:03 |
| 8 | A    YES. | 14:48:05 |
| 9 | Q    YOU MENTIONED THAT HE SHOWED YOU DRAWINGS TO | 14:48:10 |
| 10 | START.  WHAT DRAWINGS DID HE SHOW YOU? | 14:48:13 |
| 11 | A    SOME FIGURATIVE DRAWINGS, SKETCHES AND THEN | 14:48:17 |
| 12 | THERE WAS A STEVE MADDEN AD. | 14:48:24 |
| 13 | Q    ANYTHING ELSE? | 14:48:32 |
| 14 | A    NO.   THAT'S ALL. | 14:48:34 |
| 15 | Q    WHAT DO YOU MEAN BY "FIGURATIVE DRAWINGS"? | 14:48:36 |
| 16 | A    THEY WERE DRAWINGS OF FIGURES, HUMANS. | 14:48:39 |
| 17 | Q    AND ABOUT HOW MANY OF THESE FIGURATIVE | 14:48:48 |
| 18 | DRAWINGS WERE THERE? | 14:48:51 |
| 19 | A    I CAN'T REMEMBER SPECIFICALLY. | 14:48:52 |
| 20 | Q    WAS THERE MORE OR LESS THAN FIVE? | 14:48:53 |
| 21 | A    SOMETHING AROUND THERE. | 14:48:58 |
| 22 | Q    AROUND FIVE? | 14:48:59 |
| 23 | A    YEAH, MORE OR LESS. | 14:49:00 |
| 24 | Q    THEN YOU, ALSO, MENTIONED THAT HE SHOWED YOU | 14:49:04 |
| 25 | SOME SKETCHES? | 14:49:06 |

133

38

EXHIBIT

PAGE _____ 480

| 1 | A | THOSE DRAWINGS WERE THE SKETCHES. | 14:49:07 |
|---|---|---|---|
| 2 | Q | THE SAME THING? | 14:49:09 |
| 3 | A | YEAH. | 14:49:10 |

4      Q    WHEN YOU WERE TALKING ABOUT FIGURATIVE      14:49:11

5    DRAWINGS AND SKETCHES EARLIER, YOU MEAN, A GROUP OF      14:49:13

6    DRAWINGS?      14:49:17

7      A    RIGHT, OF FIGURES.      14:49:18

8      Q    IN TOTAL, ALL THE DRAWINGS THAT MR. BRYANT      14:49:19

9    SHOWED YOU AT THAT TIME WERE ABOUT FIVE?      14:49:22

10      A    APPROXIMATELY.      14:49:26

11      Q    THEN YOU MENTIONED THAT MR. BRYANT SHOWED YOU      14:49:26

12    A STEVE MADDEN AD.  DID HE SHOW YOU THE MAGAZINE, OR      14:49:29

13    DID HE TEAR OUT THE AD?      14:49:35

14      A    IT WAS A TEAR SHEET.      14:49:37

15      Q    AND ABOUT HOW MANY OF THOSE TEAR SHEETS DID HE      14:49:39

16    SHOW YOU?      14:49:43

17      A    JUST ONE.      14:49:43

18      Q    IF YOU CAN, PLEASE, TELL ME WHAT IT IS THAT      14:49:51

19    YOU AND MR. BRYANT DISCUSSED DURING THIS TIME WHEN HE      14:49:54

20    CAME TO YOUR HOUSE?      14:49:57

21      A    I CAN'T REMEMBER EXACTLY.      14:49:59

22      Q    PLEASE, TELL ME WHAT YOU CAN RECALL.      14:50:02

23      A    WE, PROBABLY, DISCUSSED LOGISTICS, BUT THAT'S      14:50:05

24    ALL I REMEMBER.      14:50:17

25      Q    DID MR. BRYANT SAY ANYTHING ABOUT ANY OF THE      14:50:19

```
 1    STATE OF CALIFORNIA     )

 2                            ) SS.

 3    COUNTY OF LOS ANGELES   )

 4

 5         I, BETH FELIX, CERTIFIED SHORTHAND REPORTER,

 6    CERTIFICATE NO. 12766, FOR THE STATE OF CALIFORNIA,

 7    HEREBY CERTIFY:

 8         THE FOREGOING PROCEEDINGS WERE TAKEN BEFORE ME AT

 9    THE TIME AND PLACE THEREIN SET FORTH, AT WHICH TIME THE

10    DEPONENT WAS PLACED UNDER OATH BY ME;

11         THE TESTIMONY OF THE DEPONENT AND ALL OBJECTIONS

12    MADE AT THE TIME OF THE EXAMINATION WERE RECORDED

13    STENOGRAPHICALLY BY ME AND WERE THEREAFTER TRANSCRIBED.

14    THE FOREGOING TRANSCRIPT IS A TRUE AND CORRECT

15    TRANSCRIPT OF MY SHORTHAND NOTES SO TAKEN;

16         I FURTHER CERTIFY THAT I AM NEITHER COUNSEL FOR

17    NOR RELATED TO ANY PARTY TO SAID ACTION NOR IN ANY WAY

18    INTERESTED IN THE OUTCOME THEREOF;

19         IN WITNESS WHEREOF, I HAVE HEREUNTO SUBSCRIBED MY

20    NAME THIS 12TH OF DECEMBER, 2007.

21

22                        _Beth Felix_

                          BETH FELIX

23

24

25
```

EXHIBIT ___314___   38

PAGE ___482___

1

<u>**PROOF OF SERVICE**</u>

2          I am employed in the County of Los Angeles, State of California.  I am over the age of eighteen years and not a party to the within action; my business address is Now Legal Service, 3     1301 W. 2nd Street, Suite 206, Los Angeles, CA 90026.

4          On April 28, 2008, I served true copies of the following document(s) described as **DECLARATION OF STEPHEN HAUSS IN SUPPORT OF MATTEL, INC.'S**
5     **OPPOSITION TO THE MGA PARTIES' MOTIONS IN LIMINE NOS. 1-14 (with exhibits)** on the parties in this action as follows:

6

7     Thomas J. Nolan                        Mark E. Overland
      **Skadden, Arps, Slate, Meageher & Flom**    David C. Scheper
8     **LLP**                                  Alexander H. Cote
      300 South Grand Ave., Ste. 3400       **Overland Borenstein Scheper & Kim**
      Los Angeles, CA 90071                  **LLP**
9                                            601 West Fifth Street, 12th Floor
                                             Los Angeles, CA 90017
10

11

12    On April 28, 2008, I served true copies of the following document(s) described as
      **DECLARATION OF STEPHEN HAUSS IN SUPPORT OF MATTEL, INC.'S**
13    **OPPOSITION TO THE MGA PARTIES' MOTIONS IN LIMINE NOS. 1-14 (without**
      **exhibits)** on the parties in this action as follows:
14

15    John W. Keker, Esq.
      Michael H. Page, Esq.
16    Christina M. Anderson, Esq.
      **Keker & Van Nest, LLP**
      710 Sansome Street
17    San Francisco, CA 94111

18

19

20    **BY PERSONAL SERVICE:**  I delivered such envelope(s) by hand to the office of the person(s) being served.
21
          I declare that I am employed in the office of a member of the bar of this Court at whose
22    direction the service was made.

23        Executed on April 28, 2008, at Los Angeles, California.

24

25        [signature] Dave Quintana
          NOW LEGAL -- Dave Quintana
26

27

28

07209/2485896.1

quinn emanuel

1

## PROOF OF SERVICE

2      I am employed in the County of Los Angeles, State of California.  I am over the age of eighteen years and not a party to the within action; my business address is 865 South Figueroa

3    Street, 10th Floor, Los Angeles, California 90017-2543.

4      On April 28, 2008, I served true copies of the following document(s) described as **DECLARATION OF STEPHEN HAUSS IN SUPPORT OF MATTEL, INC.'S**

5    **OPPOSITION TO THE MGA PARTIES' MOTIONS IN LIMINE NOS. 1-14 (with exhibits)** on the parties in this action as follows:

6

7        John W. Keker, Esq.
         Michael H. Page, Esq.
         Christina M. Anderson, Esq.

8        **Keker & Van Nest, LLP**
         710 Sansome Street

9        San Francisco, CA 94111

10   **BY MAIL:**  I enclosed the foregoing into sealed envelope(s) addressed as shown above, and I deposited such envelope(s) in the mail at Los Angeles, California.  The envelope was mailed with

11   postage thereon fully prepaid.

12      I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

13

14      Executed on April 28, 2008, at Los Angeles, California.

15

16                                    Andrea Hoeven

17

18

19

20

21

22

23

24

25

26

27

28

07209/2217871.1