QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  johnquinn@quinnemanuel.com
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
  Timothy L. Alger (Bar No. 160303)
  (timalger@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>**DISCOVERY MATTER**<br><br>[To Be Heard By Discovery Master Hon. Edward Infante (Ret.) Pursuant To The Court's Order of December 6, 2006]<br><br>[PUBLIC REDACTED] DECLARATION OF B. DYLAN PROCTOR IN SUPPORT OF MATTEL, INC.'S OPPOSITION TO NON-PARTY VERONICA MARLOW'S MOTION TO COMPEL MATTEL TO "PURGE ITSELF" OF BANK RECORDS<br><br>Date: TBA<br>Time: TBA<br>Place: TBA<br><br>**Phase I**<br>Discovery Cut-off: January 28, 2008<br>Pre-trial Conference: May 5, 2008<br>Trial Date: May 27, 2008 |

## DECLARATION OF B. DYLAN PROCTOR

I, B. Dylan Proctor, declare as follows:

1. I am a member of the bar of the State of California and a partner at Quinn Emanuel Urquhart Oliver & Hedges, LLP, attorneys for Mattel, Inc. ("Mattel"). I make this declaration of personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify competently thereto.

2. After the parties entered into a review protocol, pursuant to Ms. Marlow's request, Mattel expressly asked Wells Fargo to send Ms. Marlow's documents to her counsel, Larry McFarland. However, Wells Fargo sent those documents to Mattel on its own accord, without intervention by Mattel. Following standard procedures when documents are received pursuant to a subpoena, Mattel's paralegals then produced those documents to all parties. Upon request, Mattel then produced those documents to counsel for Ms. Marlow.

3. Attached as Exhibit 1 is a true and correct copy of Mattel's Subpoena to Wells Fargo, dated June 18, 2007.

4. Attached as Exhibit 2 is a true and correct copy of a letter from Susan Wines, my former partner, to Charles Fitzner, Wells Fargo Subpoena Processing Representative, dated June 14, 2007.

5. Attached as Exhibit 3 is a true and correct copy of a letter from Susan Wines to Larry McFarland, dated June 14, 2007.

6. Attached as Exhibit 4 is a true and correct copy of a letter I sent to Larry McFarland, dated November 29, 2007.

7. Attached as Exhibit 5 is a true and correct copy of a letter I sent to Larry McFarland, dated December 6, 2007.

8. Attached as Exhibit 6 is a true and correct copy of the Discovery Master's Order Granting Mattel's Motion to Compel Production of Documents and Interrogatory Responses by MGA, dated May 15, 2007.

07209/2387417.1

-1-
DECLARATION OF B. DYLAN PROCTOR ISO MATTEL'S OPPOSITION TO MOTION TO "PURGE"

9. Attached as Exhibit 7 is a true and correct copy of relevant excerpts from the deposition of Veronica Marlow, taken December 28, 2007.

10. Attached as Exhibit 8 is a true and correct copy of relevant excerpts from the Interview Transcript of Ana Cabrera, dated January 2, 2008.

11. Attached as Exhibit 9 is a true and correct copy of relevant excerpts from the Interview Transcript of Beatriz Morales, dated January 14, 2008.

12. Attached as Exhibit 10 is a true and correct copy of a check from Veronica Marlow to Ana Cabrera, dated January 29, 2004 and Bates-stamped WFB 0363.

13. Attached as Exhibit 11 is a true and correct copy of a check from Veronica Marlow to Beatriz Morales, dated January 29, 2004 and Bates-stamped WFB 0407.

14. Attached as Exhibit 12 is a true and correct copy of a check from Veronica Marlow to Ana Cabrera, dated March 27, 2004 and Bates-stamped WFB 0375.

15. Attached as Exhibit 13 is a true and correct copy of a check from Veronica Marlow to Beatriz Morales, dated March 27, 2004 and Bates-stamped WFB 0374.

16. Attached as Exhibit 14 is a true and correct copy of a check from MGA Entertainment, Inc. to Veronica Marlow, dated November 11, 2005 and Bates-stamped WFB 0419.

17. Attached as Exhibit 15 is a true and correct copy of a check from Carter Bryant Enterprises to Veronica Marlow, dated June 12, 2006 and Bates-stamped WFB 0442.

18. Attached as Exhibit 16 are true and correct MGA invoices for the legal bills of Keats McFarland & Wilson LLP, Bates-stamped MGA 3815499, 3815501, and 3815500.

1        19.    Attached as Exhibit 17 is a true and correct copy of the Court's
2 Civil Minute Order, dated February 4, 2008.
3        20.    Attached as Exhibit 18 is a true and correct copy of relevant
4 excerpts from MGA's Supplemental Responses to Mattel's Revised Third Set of
5 Interrogatories, dated November 30, 2007.
6       I declare under penalty of perjury under the laws of the United States of
7 America that the foregoing is true and correct.
8       Executed on February 12, 2008, at Los Angeles, California.

                                                          _____
                                                           B. Dylan Proctor

07209/2387417.1

-3-
DECLARATION OF B. DYLAN PROCTOR ISO MATTEL'S OPPOSITION TO MOTION TO "PURGE"