REDACTED

25-JUN-07

-------- THIS ITEM IS PART OF A LEGAL ORDER SUBPOENA --------------

Group:      GLPU1169626FF

| Oper: | INEVOL | | Type: | LP-MN-EM |

| Request ID | Account | Capture | Seq # | Pod # | Amount |
| 08354-13JUN07 | | 29-MAR-04 | 006927743379 | | 1,672.00/U |

REDACTED  C1    TOTAL ITEMS:    0
                COMPLETED

EXHIBIT ___13___

PAGE ___49___

CONFIDENTIAL-
ATTORNEYS' EYES ONLY

WFB0374

**Exhibit 14**

**MGA ENTERTAINMENT, INC.**
16380 ROSCOE BLVD.
VAN NUYS, CA 91406
(818) 894-2525

**WELLS FARGO BANK, N.A.**
116 HOSPITAL DRIVE
VANWERT, OH 43891
56-362/412   9600112551

27931

DATE
11/11/2005

AMOUNT
$ 215,451.73

PAY
TO THE
ORDER
OF

Two Hundred Fifteen Thousand Four Hundred Fifty One Dollars and 73 Cents

VERONICA MARLOW, INC.
DBA VERONICA MARLOW
12250 WOODLEY AVENUE
GRANADA HILLS CA   91344

TWO SIGNATURES REQUIRED
OVER $25,000.00

VOID AFTER 90 DAYS

⑈027931⑈ ⑈                    REDACTED                    ⑈00215⑉573⑈
THE REVERSE SIDE OF THIS DOCUMENT MUST HAVE AN ARTIFICIAL WATERMARK AND COLORED SAFETY PANTOGRAPH. THIS PAPER IS ALTERATION PROTECTED.

02148-15JUN07/LP-CL-MG/ASYN/15-NOV-05/160024/000526713971/215,451.73//3
15-JUN-07//9600112551/ /

-------- THIS ITEM IS PART OF A LEGAL ORDER SUBPOENA --------

Group: G01A1169626LL        EXHIBIT _____14_____

Oper: ASYN                            Type: LP-CL-PAGE  _____50_____

Request ID        Account      Capture      Seq #        Pod #      Amount
02148-15JUN07                             15-NOV-05    000526713971
215,451.73        REDACTED

WFB0419

TOTAL ITEMS:    0

CONFIDENTIAL-
ATTORNEYS' EYES ONLY                K2    REQUEST SENT TO K2 FOR RETRIEVAL

Exhibit  15

*Date: June 13, 2007*      ***Wells Fargo PhotoCopy Request***      *Page 2 of 2*

*Reference: 1000130160795:1000130167795:1000130152794*



| R/T Number | 8151546 | Processing Date | 20060614 |
| Sequence Number | 007326361771 | Amount | 223699.72 |
| Account Number | | Check Number | 1976 |

REDACTED

EXHIBIT _15_

PAGE _51_

CONFIDENTIAL-
ATTORNEYS' EYES ONLY

WFB0442

**Exhibit 16**

**ATTORNEYS' EYES ONLY**

Invoices Regarding Lucy Arant's Representation

| Payee | Invoice Date | Bill Thru Date | Invoice Number | Bill Amount | Amount Claimed | Category | Matter | Status | Wire |
|---|---|---|---|---|---|---|---|---|---|
| Keats McFarland & Wilson LLP | 12/05/07 | 11/30/07 | 35122 | $484.50 | $484.50 | MGA Corporate | Bryant v. Mattel | Under Review | |



Exhibit no. 1226
Date: [signature] Tania P. Pylam

MGA 3815499

EXHIBIT ___16___

PAGE ___52___

Invoices Regarding Margaret Leahy's Representation

| Payee | Invoice Date | | Invoice number | Amount | Amount | Leahy Representation | Status | | Date Paid |
|---|---|---|---|---|---|---|---|---|---|
| Keats McFarland & Wilson LLP | 05/07/07 | 4/30/07 | 32445-B | $1,048.88 | $1,048.88 | MGA Corporate (Bryant) | Paid | 003423 | 08/31/07 |
| | 07/10/07 | 6/30/07 | 33394 | $4,307.82 | $4,307.82 | MGA Corporate Bryant (Leahy Representation) | Paid | 003541 | 09/05/07 |
| | 08/06/07 | 7/31/07 | 33933 | $5,313.82 | $5,313.82 | MGA Corporate Leahy Representation (Bryant) | Paid | 003541 | 09/05/07 |
| | 09/05/07 | 8/31/07 | 34227 | $785.35 | $785.35 | MGA Corporate Leahy Representation (Bryant) | Paid | 003722 | 10/19/07 |
| | 10/05/07 | 9/30/07 | 34517 | $9,275.13 | $9,275.13 | MGA Corporate (Bryant) Leahy Representation | Paid | 003660 | 11/19/07 |
| | 11/05/07 | 10/31/07 | 34928 | $35,487.89 | $35,487.89 | MGA Corporate (Bryant) Leahy Representation | Pending Payment | | |
| | 12/05/07 | 11/30/07 | 35151 | $41,501.12 | $41,501.12 | MGA Corporate (Bryant) Leahy Representation | Under Review | | |

ATTORNEYS' EYES ONLY

Exhibit no. 1727
Date: 1/24/08
_Tonna_ P. Pham

MGA 3815501

EXHIBIT 16

PAGE 53

Invoices Regarding Sarah Halpern's Representation

| Keats McFarland & Wilson LLP | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 05/07/07 | 4/30/07 | 33203 | $988.55 | $988.55 | MGA Corporate | Halpern Representation (Bryant) | Paid | 003423 | 08/13/07 |
| 07/10/07 | 6/30/07 | 33391 | $4,279.75 | $3,092.25 | MGA Corporate | Bryant (Halpern Representation) | Paid | 003541 | 09/05/07 |
| 09/05/07 | 8/31/07 | 34226 | $50.15 | $50.15 | MGA Corporate | Halpern Representation (Bryant) | Paid | 003722 | 10/19/07 |
| 10/05/07 | 9/30/07 | 34516 | $646.51 | $646.51 | MGA Corporate | Halpern Representation (Bryant) | Paid | 003860 | 11/19/07 |
| 11/05/07 | 10/31/07 | 34927 | $4,793.52 | $4,793.52 | MGA Corporate | Halpern Representation (Bryant) | Paid | 003979 | 12/26/07 |
| 12/05/07 | 11/30/07 | 35121 | $125.95 | $125.95 | MGA Corporate | Halpern Representation (Bryant) | Under Review | | |

ATTORNEYS' EYES ONLY



Exhibit no. 1128
Date: ____
P. Pyoum

EXHIBIT 16

PAGE 54

**Exhibit  17**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
3470 Twelfth Street, Riverside, CA 92501
<u>CIVIL MINUTES – GENERAL</u>

Case No.   CV 04-09049 SGL(RNBx)                         Date: February 4, 2008
Title:     CARTER BRYANT -v- MATTEL, INC.
               AND CONSOLIDATED ACTIONS

========================================================================

PRESENT:   HONORABLE STEPHEN G. LARSON, UNITED STATES DISTRICT JUDGE

        Jim Holmes                                    Theresa Lanza
        Courtroom Deputy Clerk                        Court Reporter

ATTORNEYS PRESENT FOR CARTER           ATTORNEYS PRESENT FOR MATTEL:
BRYANT:

Michael Page                           John Quinn
                                       Jon D. Corey

                                       ATTORNEY PRESENT FOR CARLOS
                                       GUSTAVO MACHADO GOMEZ:

ATTORNEYS PRESENT FOR MGA:

Thomas J. Nolan
Carl A. Roth
Robert J. Harrington

ATTORNEYS PRESENT FOR THIRD-
PARTY WITNESSES

Larry W. McFarland
Scott Gizer
Ramit Mizrahi
Henry H. Gonzalez
Neal A. Potischman
John Patrick Petrullo

Alexander H. Cote

MINUTES FORM 90                                    Initials of Deputy Clerk __jh__
CIVIL -- GEN                          1            Time: 1/45

EXHIBIT __17__

PAGE __55__

PROCEEDINGS:

HEARING ON EX PARTE APPLICATIONS:

1722 EX PARTE APPLICATION to Compel Deposition of Ana Cabrera, Beatriz Morales, and Maria Salazar and Mel Woods

1724 EX PARTE APPLICATION to Compel Depositions of Daphne Gronich, Joe Tiongco, Mariana Trueba, Pablo Vargas, MGA Entertainment, Inc.

1538 EX PARTE APPLICATION for Relief from 01-07-2008 Order re Motion Hearing

1583 EX PARTE APPLICATION to Compel Production of Electronic Media from Third Parties Elise Cloonan, Margaret Hatch-Leahy, and Veronica Marlow

1624 EX PARTE APPLICATION to Enforce Court's Orders Compelling Production of Tangible Items

1628 EX PARTE APPLICATION to Stay pending Review of Discovery Master's January 11, 2008 Order Granting MGA's and Bryant's Motion to Compel

ORDER TO SHOW CAUSE DIRECTED TO COUNSEL LARRY McFARLAND

Having considered the documents submitted in support of and opposition to the applications set forth above, and having heard oral argument, the Court issues its rulings on these matters as stated on the record and as follows:

EX PARTE APPLICATIONS REGARDING DEPOSITIONS
(DOCKET #1722 AND #1724) AND ORDER TO SHOW CAUSE

These applications are DENIED IN PART, subject to the following rulings:

(1)   The Court's January 7, 2008, Order was intended to grant certain specified relief from the numerical limitations on discovery requests; it was not meant to make definitive rulings on burdensomeness, relevance, privilege, or service of discovery requests.

(2)   The Phase 1 discovery deadline has expired. Any Phase 1 discovery not properly served on or before this deadline may not now be pursued. Based on the representation of counsel that process for the letters rogatory on the Hong Kong witnesses has not been initiated, these witnesses may not be deposed on Phase 1 issues. Notwithstanding this ruling, however, the Court is concerned with the allegations by Mattel in its ex parte application regarding certain actions of Larry

Initials of Deputy Clerk __jh_____
Time: 1/45

EXHIBIT ___17_____

PAGE ___56_____

McFarland, who represents certain third-party witnesses. Mattel submits that Mr. McFarland has been deliberately evading service of a notice of deposition on him and his clients – serious allegations when made by an officer of the Court against another officer of the Court. Accordingly, Mr. McFarland is **ORDERED TO SHOW CAUSE** why he and his clients should not be ordered to appear for deposition. A written response to this OSC must be filed no later than February 11, 2008. Other parties may file written replies no later than February 19, 2008. The Court will hear the matter at 10:00 a.m., February 25, 2008, in Courtroom One of the above-referenced Court.

(3)    Phase 1 depositions that have been scheduled past the discovery deadline for the convenience of the witnesses or pursuant to the stipulation of the parties and/or witnesses may proceed as scheduled.

(4)    All discovery related to Phase 2, other than certain individual depositions that may be related to both Phase 1 and Phase 2, is STAYED until further order of the Court.

(5)    As previously ordered and reaffirmed by this Court, all discovery matters shall be presented in the first instance to the Discovery Master. The fact that the Discovery Master's ruling might impact upon the Court's scheduling order does not relieve the parties of following this procedure. For instance, motions to compel, motions to quash, or motions challenging service as to existing discovery requests shall be brought before the Discovery Master. So, too, must objections based on burdensomeness, relevancy, or privilege. In general, and on the matters touched upon herein, the Court expresses no opinion as to these issues, and instead leaves those issues to the Discovery Master to decide in the first instance.

(6)    To the extent that certain challenged depositions are within the scope of the Court's January 7, 2008, Order, and are related to Phase 1 (or to the extent that a given deposition (other than a Rule 30(b)(6) deposition) is related to both Phase 1 and Phase 2), said deposition may proceed subject to the challenges set forth in the previous paragraph. To the extent that the depositions are related to Phase 2, they are STAYED, as set forth above, notwithstanding the January 7, 2008, Order.

(7)    The parties' arguments require the Court to resolve an internal inconsistency in the Court's January 7, 2008, Order. The Court's Order was meant to grant all parts of Mattel's Motion for Leave to Take Additional Discovery (docket #1134) except the relief sought as to the deposition of Carter Bryant. The Court amends its 01.07.08 Order as follows:

    Delete: <Specifically, the Court grants Mattel's request to take the individual depositions relating to the Bratz claims (set forth in the moving papers at 9-11) and relating to the trade secret and RICO

MINUTES FORM 90
CIVIL -- GEN                                    3

Initials of Deputy Clerk __jh_____
Time: 1/45

EXHIBIT _____17_____

PAGE _____57_____

claims (set forth in the moving papers at 13).>

Replace with: <Specifically, the Court grants Mattel's request to take the individual depositions relating to the Bratz claims (set forth in the moving papers at 9-11), relating to the trade secret and RICO claims (set forth in the moving papers at 13), and relating to document preservation (set forth in the moving papers at 14 (Joe Tiongco and Daphne Gronich)).>

(8)    The Court's January 7, 2008, Order granted leave to take additional discovery over and above the previously allocated 24 depositions per side. Nevertheless, as to all other depositions, how to "count" the previously allocated depositions is left to the discretion of the Discovery Master.

(9)    At the hearing, counsel for Christensen, Glaser requested that the Court clarify that its January 7, 2008, ruling granted leave to depose it on only one issue. That is not the case, and the request is DENIED. Mattel has been granted relief from the numerical limitations that previously restricted its ability to depose those individuals and entities addressed by the Court's January 7, 2008, Order, including its ability to depose Christensen, Glaser. Unless otherwise restricted by the Discovery Master upon proper presentation of the issue to him, Mattel may depose Christensen, Glaser on any relevant, non-privileged matter.

### MACHADO GOMEZ'S EX PARTE APPLICATION RE JANUARY 7, 2008, ORDER (DOCKET # 1504)

This application is GRANTED. As noted above, Phase 2 discovery is STAYED until further order of the Court. The Court will address Phase 2 discovery, motions, pretrial, and trial dates after the conclusion of Phase 1 of the trial.

### MATTEL'S EX PARTE APPLICATION RE MOTION TO COMPEL PRODUCTION OF ELECTRONIC MEDIA FROM THIRD PARTIES (DOCKET #1538)

This application is DENIED. This matter must be addressed in the first instance by the Discovery Master.

### MATTEL'S EX PARTE APPLICATION TO ENFORCE COURT'S ORDERS COMPELLING PRODUCTION OF TANGIBLE ITEMS (#1624)

This application is GRANTED IN PART. Counsel for MGA shall employ its best efforts to arrange for shipment of those tangible things located in the Peoples' Republic of China ("PRC") to Hong Kong Special Administrative Region ("Hong Kong") for examination in conjunction with those tangible things already located in Hong Kong. Otherwise, counsel for MGA shall cooperate in the

MINUTES FORM 90
CIVIL – GEN                                    4                    Initials of Deputy Clerk __jh_____
                                                                    Time: 1/45

EXHIBIT ___17_____

PAGE ___58_____

arrangements for inspection in both Hong Kong and the PRC.   Mattel's request for costs is denied without prejudice.

Counsel are encouraged to meet and confer with the intent of reaching a stipulation regarding the supplementation of expert reports.  Absent such stipulation, at the appropriate time, the Court will entertain an ex parte application from any party regarding this issue.

## MATTEL'S EX PARTE APPLICATION TO STAY PENDING REVIEW OF DISCOVERY MASTER'S JANUARY 11, 2008 ORDER (DOCKET # 1628)

This application is GRANTED IN PART.  The Court sets the motion for hearing on February 11, 2008.  Opposition shall be filed no later than February 6, 2008; any reply shall be filed no later than February 8, 2008.  The Discovery Master's January 11, 2008, Order is stayed until the issuance of the Court's minute order regarding the February 11, 2008, hearing.

**IT IS SO ORDERED.**

MINUTES FORM 90
CIVIL -- GEN                                          5

Initials of Deputy Clerk ___jh_____
Time: 1/45

EXHIBIT _____17_____

PAGE _____59_____

Case 2:04-cv-09049-SGL-RNB      Document 1931     Filed 02/04/2008      Page 6 of 7

## NOTICE PARTY SERVICE LIST

**Case No.** CV 04-09049 SGL(RNBx)    **Case Title** Carter Bryant v. Mattel, Inc.

**Title of Document** Minute Order of February 4, 2008

| | |
|---|---|
| | Atty Sttlmnt Officer Panel Coordinator |
| | BAP (Bankruptcy Appellate Panel) |
| | Beck, Michael J (Clerk, MDL Panel) |
| | BOP (Bureau of Prisons) |
| | CA St Pub Defender (Calif. State PD) |
| | CAAG (California Attorney General's Office - Keith H. Borjon, L.A. Death Penalty Coordinator) |
| | Case Asgmt Admin (Case Assignment Administrator) |
| | Catterson, Cathy (9th Circuit Court of Appeal) |
| | Chief Deputy Admin |
| | Chief Deputy Ops |
| | Clerk of Court |
| | Death Penalty H/C (Law Clerks) |
| | Dep In Chg E Div |
| | Dep In Chg So Div |
| | Federal Public Defender |
| | Fiscal Section |
| | Intake Section, Criminal LA |
| | Intake Section, Criminal SA |
| | Intake Supervisor, Civil |
| | PIA Clerk - Los Angeles (PIALA) |
| | PIA Clerk - Riverside (PIAED) |
| | PIA Clerk - Santa Ana (PIASA) |
| | PSA - Los Angeles (PSALA) |
| | PSA - Riverside (PSAED) |
| | PSA - Santa Ana (PSASA) |
| | Schnack, Randall (CJA Supervising Attorney) |
| | Statistics Clerk |

| | |
|---|---|
| | US Attorneys Office - Civil Division -L.A. |
| | US Attorneys Office - Civil Division - S.A. |
| | US Attorneys Office - Criminal Division -L.A. |
| | US Attorneys Office - Criminal Division -S.A. |
| | US Bankruptcy Court |
| | US Marshal Service - Los Angeles (USMLA) |
| | US Marshal Service - Riverside (USMED) |
| | US Marshal Service -Santa Ana (USMSA) |
| | US Probation Office (USPO) |
| | US Trustee's Office |
| | Warden, San Quentin State Prison, CA |

| ✓ | ***ADD NEW NOTICE PARTY*** (If sending by fax, mailing address must also be provided) |
|---|---|

Name: Ambassador Pierre-Richard Prosper

Firm:

Address *(include suite or floor)*:  P.O. Box 581103

Salt Lake City, UT  84158

*E-mail: Prosper.Pierre@Arentfox.com

*Fax No.:

\* For CIVIL cases only

| ***JUDGE / MAGISTRATE JUDGE (list below):*** |
|---|
| |
| |
| |

Initials of Deputy Clerk  jh

EXHIBIT ___17___

PAGE ___60___

## NOTICE PARTY SERVICE LIST

**Case No.** CV 04-09049 SGL(RNBx)    **Case Title** Carter Bryant v. Mattel, Inc.

**Title of Document** Minute Order of February 4, 2008

| | | | |
|---|---|---|---|
| Atty Sttlmnt Officer Panel Coordinator | | US Attorneys Office - Civil Division -L.A. | |
| BAP (Bankruptcy Appellate Panel) | | US Attorneys Office - Civil Division - S.A. | |
| Beck, Michael J (Clerk, MDL Panel) | | US Attorneys Office - Criminal Division -L.A. | |
| BOP (Bureau of Prisons) | | US Attorneys Office - Criminal Division -S.A. | |
| CA St Pub Defender (Calif. State PD) | | US Bankruptcy Court | |
| CAAG (California Attorney General's Office - Keith H. Borjon, L.A. Death Penalty Coordinator) | | US Marshal Service - Los Angeles (USMLA) | |
| Case Asgmt Admin (Case Assignment Administrator) | | US Marshal Service - Riverside (USMED) | |
| Catterson, Cathy (9th Circuit Court of Appeal) | | US Marshal Service -Santa Ana (USMSA) | |
| Chief Deputy Admin | | US Probation Office (USPO) | |
| Chief Deputy Ops | | US Trustee's Office | |
| Clerk of Court | | Warden, San Quentin State Prison, CA | |

| | |
|---|---|
| Death Penalty H/C (Law Clerks) | |
| Dep In Chg E Div | |
| Dep In Chg So  Div | |
| Federal Public Defender | |
| Fiscal Section | |
| Intake Section, Criminal LA | |
| Intake Section, Criminal SA | |
| Intake Supervisor, Civil | |
| PIA Clerk - Los Angeles (PIALA) | |
| PIA Clerk - Riverside (PIAED) | |
| PIA Clerk - Santa Ana (PIASA) | |
| PSA - Los Angeles (PSALA) | |
| PSA - Riverside (PSAED) | |
| PSA - Santa Ana (PSASA) | |
| Schnack, Randall (CJA Supervising Attorney) | |

| | |
|---|---|
| Statistics Clerk | |

**ADD NEW NOTICE PARTY** ✓
(if sending by fax, mailing address must also be provided)

Name: Hon. Edward A. Infante (Ret.)

Firm:

Address (include suite or floor): Two Embarcadero Center, Suite 1500, San Francisco, CA 94111

*E-mail:

*Fax No.:

\* For CIVIL cases only

**JUDGE / MAGISTRATE JUDGE (list below):**

Initials of Deputy Clerk jh

EXHIBIT 17

PAGE 61

**Exhibit  18**

1 | THOMAS J. NOLAN (Bar No. 066992)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
2 | 300 South Grand Avenue
Los Angeles, CA  90071-3144
3 | Telephone:   (213) 687-5000
Facsimile:    (213) 687-5600
4 | E-mail:       tnolan@skadden.com

5 | RAOUL D. KENNEDY (Bar No. 40892)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
6 | Four Embarcadero Center, Suite 3800
San Francisco, CA  94111
7 | Telephone:   (415) 984-6400
Facsimile:    (415) 984-2698
8 | E-mail:       rkennedy@skadden.com

9 | Attorneys for Counter-Defendants,
MGA ENTERTAINMENT, INC., ISAAC LARIAN, MGA ENTERTAINMENT
10 | (HK) LIMITED, AND MGAE de MEXICO S.R.L. de C.V.

11 | **UNITED STATES DISTRICT COURT**

12 | **CENTRAL DISTRICT OF CALIFORNIA**

13 | **EASTERN DIVISION**

| | |
|---|---|
| CARTER BRYANT, an individual | CASE NO. CV 04-9049 SGL (RNBx) |
| Plaintiff, | Consolidated with Case No. 04-9059 and Case No. 05-2727 |
| v. | **MGAE DE MEXICO S.R.L. DE C.V.'S SUPPLEMENTAL RESPONSES TO MATTEL, INC.'S REVISED THIRD SET OF INTERROGATORIES** |
| MATTEL, INC., a Delaware corporation | |
| Defendant. | Honorable Stephen G. Larson Courtroom 1 |
| Consolidated with MATTEL, INC. v. BRYANT and MGA ENTERTAINMENT, INC. v. MATTEL, INC. | Discovery Cut-Off:  March 3, 2008 |

PROPOUNDING PARTY:   MATTEL, INC.  ("MATTEL")

RESPONDING PARTY:   MGAE DE MEXICO S.R.L. DE C.V.

SET NUMBER:   REVISED THIRD

EXHIBIT _____18_____

PAGE _____62_____

11/30

MGA MEXICO'S SUPPL. RESPONSES TO MATTEL'S REVISED 3RD SET OF ROGS          NO. CV 04-9049 SGL (RNBx)

1 | contact with such PERSON regarding potential employment or contracting, the
2 | date(s) on which such PERSON was interviewed for possible employment or
3 | contracting, each title (if any) such PERSON has held while employed by or under
4 | contract with YOU, and the date of termination (if applicable).

5 | **RESPONSE TO INTERROGATORY NO. 41:**

6 | MGA (Mexico) incorporates by reference its General Response and
7 | General Objections above, as though fully set forth herein and specifically
8 | incorporates General Objection No. 7 (regarding Definitions), including but not
9 | limited to its objections to the definitions of the term IDENTIFY and further objects
10 | to this interrogatory on the grounds that it is overbroad, unduly burdensome, vague
11 | and ambiguous both generally and specifically with respect to the terms YOU.
12 | MGA (Mexico) also objects to this interrogatory to the extent it seeks information
13 | that is not subject to disclosure under any applicable privilege, doctrine or immunity,
14 | including without limitation the attorney-client privilege, the work product doctrine,
15 | the right of privacy, and all other privileges recognized under the constitutional,
16 | statutory or decisional law of the United States of America, the State of California or
17 | any other applicable jurisdiction.

18 | Subject to and without waiving the foregoing objections, MGA
19 | (Mexico) responds as follows:  MGA (Mexico) is willing to meet and confer with
20 | Mattel regarding this interrogatory and the obligation of Mattel to supplement its
21 | responses to MGA's First Set of Interrogatories.

22 | **SUPPLEMENTAL RESPONSE TO INTERROGATORY NO. 41:**

23 | MGA (Mexico) incorporates by reference its General Response and
24 | General Objections above, as though fully set forth herein and specifically
25 | incorporates General Objection No. 7 (regarding Definitions), including but not
26 | limited to its objections to the definitions of the term IDENTIFY and further objects
27 | to this interrogatory on the grounds that it is overbroad, unduly burdensome, vague
28 | and ambiguous both generally and specifically with respect to the terms YOU.

63

**EXHIBIT** _____ 18

1  MGA (Mexico) also objects to this interrogatory to the extent it seeks information

2  that is not subject to disclosure under any applicable privilege, doctrine or immunity,

3  including without limitation the attorney-client privilege, the work product doctrine,

4  the right of privacy, and all other privileges recognized under the constitutional,

5  statutory or decisional law of the United States of America, the State of California or

6  any other applicable jurisdiction.

7          Subject to and without waiving the foregoing objections, MGA

8  (Mexico) responds as follows:  the following is a list of all former Mattel employees

9  who have been employed by MGA, MGA Entertainment (HK) Ltd., or MGA

10  (Mexico) since January 1, 1999:

11

| ACTIVE EMPLOYEES | MGA POSITION | DATES |
|---|---|---|
| Abundis, Ricardo | Dir. of Inventory/Customer Finance | 12/01/04-Present |
| Bate, Ian | Quality Assurance Mgr. | 7/31/06-Present |
| Black, Nanette | SVP, HR | 2/12/07 -Present |
| Bloodworth III, John E. | Prod. Mgr., Games | 08/21/06-Present |
| Bloomfield, Kevin | Sr. Designer | 11/25/02-Present |
| Brawer, Ron | President, Sales, Marketing & Strategic Planning | 10/05/04-Present |
| Brisbois, Janine (CANADA) | VP Nat'l Accts. | 10/04/05-Present |
| Castilla, Jorge | Mgr. Sales Planning | 04/03/06-Present |
| Chang, Suzy | Sr. Development Designer | 08/28/06-Present |
| Cheng, Steve | Sr. Designer | 04/08/02-Present |
| Cody Jr, Gerry | Sr. Designer - Boys Toys | 11/20/06-Present |
| Contreras, Nick | VP Customer Marketing | 11/29/04-Present |
| Cooney Jr., Daniel | VP National Account Mgr. | 05/15/06-Present |

EXHIBIT    18

PAGE    64

| ACTIVE EMPLOYEES | MGA POSITION | DATES |
|---|---|---|
| De La Cruz, Maria | Fashion Design Mgr., Style Guides | 2/12/07 - Present |
| Dixon, Karen | Sr. Producer | 2/19/07 - Present |
| Domingo, Luisito H | Sr. Prelim Dolls Designer | 07/07/03- Present |
| Dominguez, Greg Paul | Prod. Designer | 04/01/02- Present |
| Feldman, Joe | Design Engineer | 12/08/04- Present |
| Forrest, Craig | Prod. Mgr., Games | 5/15/06- Present |
| Garcia, Mia | Dev. Designer | 2/23/05- Present |
| Garcia, Paula | VP Girls Toy Prod. Dev. | 04/17/00- Present |
| Gonzalez, Eduardo | Sr. Dir. of Quality Assurance; Quality Assurance Mgr. | 10/16/06- Present; 1/3/05- 8/18/05 |
| Hall, Tracy | Sr. Dir. of Prod. Dev., CE/YE | 08/07/06 - Present |
| Hansen, Melody | Face Painter | 03/13/06- Present |
| Hansen, Todd | Packaging Engineer | 5/2/05- Present |
| Hatch, Jill | Sr. Dir., National Sales | 09/18/06 - Present |
| Hinh, Michael | Mgr. Category Adv. | 6/28/05- Present |
| Hsu, Janet | SVP Non Toys Prod. Dev. & Licensing | 3/9/05- Present |
| Kao, Alice | Cust. Marketing Mgr. - Hong Kong Office | 2/21/05- Present |
| Kaufman, Ken | Advertising Exec. | 01/03/05- Present |
| Keller, Pamela E | VP Supply Chain & Operations | 09/25/06 - Present |
| Keossian, Alejandro Gabriel | Gr. Designer | 08/11/03- Present |
| Kim (Lee), Joyce | Sr. Playset Designer | 2/23/05- Present |
| Kim, Young Ran | Sample Maker Specialist | 01/15/04- Present |

EXHIBIT ___ 18

PAGE ___ 65

| ACTIVE EMPLOYEES | MGA POSITION | DATES |
|---|---|---|
| Kirst, Kristen | Hair Designer | 03/31/03-Present |
| Komatsu, Ellen | Sr. Prelim Dolls Designer | 08/25/03-Present |
| Larson, Jill | Sales Associate | 12/20/06-Present |
| Law, Adrian (Chi Shing) | Dev. Design Mgr. | 05/01/06-Present |
| Lumabao, Bo | Prod. Mgr. | 2/14/05-Present |
| Marks, Dorothy | Sample Maker Specialist | 07/26/05-Present |
| Martin, Raymond John | Prod. Mgr. of Consumer Electronics | 02/23/04-Present |
| Min, Aye Aye | Hair Designer | 04/17/06-Present |
| Nakamura, Yumi | Mgr. of Style Guides | 1/22/07-Present |
| Natareno, Marvin | Jr. Project Analyst | 01/03/07-Present |
| Nigoghossian, Christine | Sr. Doll Designer | 04/25/05-Present |
| Ochoa, Laura | Trade Marketing Mgr. | 09/01/04-Present |
| Palijo, Amelia Ivy Arafiles | Sr. Sculptress | 02/23/04-Present |
| Pestonji, Danny | Dir. Prod. Dev. Preschool | 06/01/04-Present |
| Phelan, Denise | Sample Maker Specialist | 01/18/05-Present |
| Phoosopha, Poottipong | Face Painter | 12/08/03-Present |
| Pickard, Michael | Sr. Project Packaging Engineer | 03/22/04-Present |
| Rae, Ronald | SVP, National Account Sales | 03/12/07-Present |
| Ratleff, Leland | Sr. HR Dir. | 12/04/06-Present |
| Ronquillo, Desiree Elisabeth | Sr. Dev. Designer | 05/03/04-Present |
| Ruiz, Micaela | Sample Maker Specialist | 2/13/06-Present |
| Sasic-Koetsier, Natasha | Illustrator | 06/01/04-Present |
| Salazar, Maria Elena | Sample Maker Supervisor | 03/31/03-Present |

MGA MEXICO'S SUPPL. RESPONSES TO MATTEL'S REVISED 3RD SET OF ROGS

EXHIBIT 18

NO. CV 04-9049 SGL (RNBx)

PAGE _____ 66

| ACTIVE EMPLOYEES | MGA POSITION | DATES |
|---|---|---|
| Salemnia, Shirin | Research Mgr. | 02/17/03-Present |
| Scott, Harvey | Sample Maker Specialist | 08/01/05-Present |
| Smith, Steffen J. | Dir. of Package Dev. | 10/13/03-Present |
| Su, Jier | Dir. of Prod. Planning | 8/16/05-Present |
| Soai, Dennis | Dolls Dev. Design Mgr. | 03/04/02-Present |
| Thompson, Marla | Sample Sourcing & Procurement Mgr. | 04/04/05-Present |
| Tran, Chau Ngoc | Sample Maker Specialist | 05/10/04-Present |
| Trueba, Mariana | Marketing Mgr. | 04/26/04-Present |
| Umana, Esteban | Quality Engineer | 03/19/07-Present |
| Upshaw, Gail | Sample Maker Specialist | 5/23/05-Present |
| Vargas, Pablo | Dir. Sales | 04/26/04-Present |
| Wang, Chang-Chin | Assoc. Face Designer | 05/03/04-Present |
| Ward, Lance | Structural Engineer | 08/02/04-Present |
| Whittaker, Dawn | Sr. Prod. Designer | 12/06/04-Present |
| Wong, Jenny | Sr. Gr. Designer | 09/09/02-Present |

| CURRENT MGA INDEPENDENT CONTRACTORS/FREELANCERS/TEMPS | MGA POSITION | DATES |
|---|---|---|
| Augborne, Troy | Structural Engineer (Temp) | 2/26/07 – 3/2/07, 4/16/07 – Present |
| Bryant, Carter | Prod. Designer/Independent Contractor | |
| Zetino, Reyna | Samplemaker, Temp Assignment | 04/13/07 – Present |

| FORMER EMPLOYEES/FREELANCERS | MGA POSITION | DATES |
|---|---|---|
| Aryapour, Daryoush | Creative Ser. Dir. | 10/25/99-04/14/00 |

67

EXHIBIT **18**
NO. CV 04-9049 SGL (RNBx)
PAGE _____ **67**

| FORMER EMPLOYEES/FREELANCERS | MGA POSITION | DATES |
|---|---|---|
| Aguilar, Lourdes | Brand Mgr. | 9/01/04-6/11/06 |
| Blaser, Janet | Dev. Designer | 06/14/04-09/10/04 |
| Bower Violette, Mari Joanne | Prod. Mgr. | 10/13/03-03/10/06 |
| Brown, Lilia | Gr. Designer | 03/31/03-05/05/05 |
| Burlando, Gabriella | Prod. Mgr. | 03/5/02-06/27/06 |
| Chonavel, Fabienne | Marketing Mgr. | 04/10/02-08/23/02 |
| Dailey, Christine | VP Prod. Dev. | 05/07/01-11/22/02 |
| Feicht, Steve | Artist/Jr. Designer Freelancer | 07/18/02-Unknown |
| Gillmour, Kami | VP Marketing | 05/24/99-07/14/00 |
| Hardouin, Christopher | Project Mgr. | 06/04/01-07/23/04 |
| Hitch, Martin | VP Int'l Sales | 01/04/01-06/04/02 |
| Ho, Jeff | Sr. Prod. Artist Freelancer | Unknown-10/04 |
| Huntley, James | Independent Contractor – Miuchiz;<br><br>VP Marketing | 08/17/06 – Unknown;<br><br>5/23/05-08/16/06 |
| Kagan, Randi | Marketing Dir. | 09/23/02-07/22/03 |
| Koch, Andreas | Prod. Mgr. | 10/18/99-01/11/01 |
| Leahy, Margaret | Sr. Sculptor | Temp To Perm. Eff. 4/4/05 - 03/06/07 |
| Mayer, Lyn Carol | Fabric Artist | 07/21/03-05/05/05 |
| McBride, Susan | Prod. Dir., Games | 06/03/02-01/25/07 |
| Mils, Frank | Mgr. of Quality Assurance | 03/20/06-07/07/06 |
| Nguyen, Xuanlan T | Pattern Maker | 05/19/03-01/03/05 |

EXHIBIT **18**

MGA MEXICO'S SUPPL. RESPONSES TO MATTEL'S REVISED 3RD SET OF ROGS

NO. CV 04-9049 (RNBx)

PAGE **68**

| FORMER EMPLOYEES/FREELANCERS | MGA POSITION | DATES |
|---|---|---|
| O'Brien, Gary Thomas | Field Sales Dir. | 05/10/04-07/22/04 |
| Otero, Jose | Web Designer | 08/11/03-2/1/06 |
| Owen, Dan | Sr. Playset Mgr. | 08/23/04-12/13/05 |
| Parasole, Nicolletta | Gr. Designer | 01/05/04-6/27/05 |
| Parkinson, Ana Mancia | Dev. Designer | 05/10/04-01/03/07 |
| Rambeau, Roger | VP Operations | 05/13/96-04/03/98 |
| Ramirez, Andrea | Key Account Mgr. | 04/05/05-12/12/06 |
| Reed, Wendy | Soft Goods Spec. | 11/06/00-01/12/01 |
| Reyes, Scot Anthony | Sm. Doll Designer | 05/23/04-3/11/05 |
| Rhee, Anna | Doll Face Design Freelancer | 1/4/07 - 2/13/07 |
| Ross, Lon | Marketing Dir. | 11/13/00-08/03/01 |
| Schwartz, Dena | Sr. Prod. Mgr. | 05/21/01-04/08/02 |
| Shaver, Brandi | Gr. Designer | 05/03/04-06/30/06 |
| Stinnett, Holly | Sr. Brand Mgr. | 07/21/03-1/12/05 |
| Tawil, Lisa | Licensing Coord. | 04/08/02-07/18/03 |
| Terry, Gord | Dir. of Sales | 10/01/01-06/06/02 |
| Ward, Mercedeh | Sr. Prod. Designer | 10/00-1/01; 3/7/05-8/5/05 |
| Whitaker, Joseph | Consultant | 11/05/96-03/97 |
| Williams, Patrick | SVP Sales | 01/07/01-05/29/01 |
| Wong, Tong | Dev. Designer | 03/10/03-05/16/03 |
| Wright, Cherrise | Soft Goods Mgr. | 05/03/04-8/24/05 |
| Zbojniewicz, Dave | Dir. Bus. Planning/Independent Contractor | 04/04-09/04 |

EXHIBIT ___18___

NO. CV 04-9049 SGL (RNBx)

PAGE ___69___

DATED:  November 30, 2007

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

By: _____
        Thomas J. Nolan
Attorneys for Counter-Defendants, MGA
ENTERTAINMENT, INC., ISAAC LARIAN,
MGA ENTERTAINMENT (HK) Ltd., and
MGAE de MEXICO S.R.L. de C.V.

EXHIBIT    18
PAGE       70

70