1   QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
      John B. Quinn (Bar No. 90378)
2      (johnquinn@quinnemanuel.com)
      Michael T. Zeller (Bar No. 196417)
3      (michaelzeller@quinnemanuel.com)
      Jon D. Corey (Bar No. 185066)
4      (joncorey@quinnemanuel.com)
    865 South Figueroa Street, 10th Floor
5   Los Angeles, California  90017-2543
    Telephone:  (213) 443-3000
6   Facsimile:  (213) 443-3100

7   Attorneys for Plaintiff Mattel, Inc.

8                       UNITED STATES DISTRICT COURT

9                      CENTRAL DISTRICT OF CALIFORNIA

10                            EASTERN DIVISION

11   CARTER BRYANT, an individual,          CASE NO. CV 04-9049 SGL (RNBx)
                                            Consolidated with
12                  Plaintiff,              Case Nos. CV 04-09059 & CV 05-
                                            02727
13
          vs.                               Hon. Stephen G. Larson
14
15   MATTEL, INC., a Delaware               [PUBLIC REDACTED] NOTICE OF
     corporation,                           LODGING REGARDING MATTEL'S
16                                          MOTION FOR LEAVE TO TAKE
                                            ADDITIONAL DISCOVERY AND
17                  Defendant.              OBJECTIONS TO DISCOVERY
                                            MASTER ORDER OF SEPTEMBER
18                                          28, 2007

19   AND CONSOLIDATED ACTIONS               Hearing Date: January 7, 2007
                                            Time:         10:00 a.m.
                                            Courtroom:    1
20
21                                          **Phase 1**
                                            Discovery Cut-off:     January 28, 2008
22                                          Pre-trial Conference:  May 5, 2008
                                            Trial Date:            May 27, 2008

23

24

25

26

27

28

07209/2280625.1

                                                          NOTICE OF LODGING

1    TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF

2    RECORD, PLEASE TAKE NOTICE that plaintiff Mattel, Inc. hereby lodges the

3    following documents in support of its Motion for Leave to Take Additional

4    Discovery and Objections to September 28, 2007 Order:

5         1.    Motion of Plaintiff Mattel, Inc., for Additional Time and/or to

6    Reopen the Deposition of Carter Bryant for All Purposes and to Overrule Additional

7    Instructions not to Answer at the Deposition, dated August 1, 2007.

8         2.    Separate Statement in Support of Plaintiff Mattel, Inc., for

9    Additional Time and/or to Reopen the Deposition of Carter Bryant for All Purposes

10   and to Overrule Additional Instructions not to Answer at the Deposition, dated

11   August 1, 2007.

12        3.    Declaration of Michael T. Zeller in Support of Mattel's Motion to

13   Overrule Instructions Not to Answer During the Deposition of Carter Bryant, dated

14   February 1, 2007.

15        4.    Declaration of Shane McKenzie in Support of Mattel's Motion to

16   Enforce Stipulation and Compel Bryant to Make Original Documents Available,

17   dated January 22, 2007.

18        5.    Declaration of Michael T. Zeller in Support of Motion of Motion

19   of Plaintiff Mattel, Inc., for Additional Time and/or to Reopen the Deposition of

20   Carter Bryant for All Purposes and to Overrule Additional Instructions not to

21   Answer at the Deposition, dated August 1, 2007.

22        6.    Reply of Plaintiff Mattel, Inc., in Support of Motion for

23   Additional Time and/or to Reopen the Deposition of Carter Bryant for All Purposes

24   and to Overrule Additional Instructions not to Answer at the Deposition, dated

25   August 23, 2007.

26        7.    Consolidated Separate Statement in Support of Motion of

27   Plaintiff Mattel, Inc., for Additional Time and/or to Reopen the Deposition of Carter

28

07209/2280625.1

-2-

NOTICE OF LODGING

1   Bryant for All Purposes and to Overrule Additional Instructions not to Answer at the

2   Deposition, dated August 23, 2007.

3          8.    Supplemental Declaration of B. Dylan Proctor in Support of

4   Motion of Plaintiff Mattel, Inc., for Additional Time and/or to Reopen the

5   Deposition of Carter Bryant for All Purposes and to Overrule Additional

6   Instructions not to Answer at the Deposition, dated August 23, 2007.

7          9.    Declaration of Michael Moore in Support of Mattel, Inc.'s

8   Opposition to MGA Entertainment, Inc.'s Motion for Terminating Sanctions, dated

9   August 13, 2007.

10

11   DATED:  November 19, 2007      QUINN EMANUEL URQUHART OLIVER &
                              HEDGES, LLP

12

13                              ByB. Dylan Proctor /s/

14                                B. Dylan Proctor
                             Attorneys for Plaintiff

15                                Mattel, Inc.

16

17

18

19

20

21

22

23

24

25

26

27

28

07209/2280625.1

-3-