1   QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
      John B. Quinn (Bar No. 090378)
2     johnquinn@quinnemanuel.com
      Michael T. Zeller (Bar No. 196417)
3     (michaelzeller@quinnemanuel.com)
      Jon D. Corey (Bar No. 185066)
4     (joncorey@quinnemanuel.com)
      Timothy L. Alger (Bar No. 160303)
5     (timalger@quinnemanuel.com)
    865 South Figueroa Street, 10th Floor
6   Los Angeles, California  90017-2543
    Telephone:   (213) 443-3000
7   Facsimile:   (213) 443-3100

8   Attorneys for Mattel, Inc.

9

10              UNITED STATES DISTRICT COURT

11             CENTRAL DISTRICT OF CALIFORNIA

12                  EASTERN DIVISION

| | |
|---|---|
| 13   CARTER BRYANT, an individual, | CASE NO. CV 04-9049 SGL (RNBx) |
| 14         Plaintiff, | Consolidated with<br>Case No. CV 04-09059 |
| 15         vs. | Case No. CV 05-02727 |
| 16   MATTEL, INC., a Delaware corporation, | [PUBLIC REDACTED] DECLARATION OF MICHAEL T. ZELLER IN SUPPORT OF MATTEL, |
| 17 | INC.'S MOTION TO DISQUALIFY MGA ENTERTAINMENT, INC.'S |
| 18         Defendant. | COUNSEL SKADDEN ARPS AND EXPERT CHRISTINE TOMIYAMA |
| 19   AND CONSOLIDATED ACTIONS | |
| 20 | Date:    April 14, 2008<br>Time:    10:00 a.m. |
| 21 | Place:   Courtroom 1 |
| 22 | **Phase 1** |
| 23 | Discovery Cut-Off:       Jan. 28, 2008<br>Pre-Trial Conference:   May 5, 2008<br>Trial Date:                   May 27, 2008 |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

## DECLARATION OF MICHAEL T. ZELLER

I, Michael T. Zeller, declare as follows:

1.      I am a member of the bars of the States of California, New York and Illinois and a partner at Quinn Emanuel Urquhart Oliver & Hedges, LLP, attorneys for plaintiff and counter-defendant, Mattel, Inc. ("Mattel"). I make this declaration of personal, firsthand knowledge and, if called and sworn as a witness, I could and would testify competently thereto.

2.      Attached as Exhibit 1 is a true and correct copy of excerpts from the deposition of Christina Tomiyama, taken February 27, 2008.

3.      Attached as Exhibit 2 is a true and correct copy of Ms. Tomiyama's executed Employee Patent and Confidence Agreement with Mattel, dated October 21, 1991. Ms. Tomiyama's testimony authenticating this document is contained in Exhibit 1 at 345:17-346:16.

4.      Attached as Exhibit 3 is a true and correct copy of Ms. Tomiyama's executed Separation and General Release Agreement, dated February 13, 2006. Ms. Tomiyama's testimony authenticating this document is contained in Exhibit 1 at 347:7-348:5.

5.      Attached as Exhibit 4 is a true and correct copy of a letter from Robert Herrington, MGA's counsel, to Jon Corey, my partner, dated January 4, 2008.

6.      Attached as Exhibit 5 is a true and correct copy of excerpts MGA's Fifth Set of Requests for Production, dated August 3, 2007.

7.      Attached as Exhibit 6 is a true and correct copy of excerpts from MGA's Eighth Set of Requests for Production, dated December 28, 2007.

8.      Attached as Exhibit 7 is a true and correct copy of excerpts from MGA's Complaint for False Designation of Origin, Affiliation, Association or Sponsorship, Unfair Competition, Dilution, and Unjust Enrichment, dated April 13, 2005.

9.    Attached as Exhibit 8 is a true and correct copy of the Expert Report of Christina Tomiyama.

10.    Attached as Exhibit 9 is a true and correct copy of Mattel's Subpoena to Christina Tomiyama, dated February 15, 2008.

11.    Attached as Exhibit 10 is a true and correct copy of Ms. Tomiyama's Objections to Mattel's Subpoena for the Production of Documents, dated February 26, 2008.

12.    As Mattel's outside counsel, I had numerous discussions with Ms. Tomiyama when she was a Mattel employee relating to actual and potential litigation involving Mattel.  In order to provide legal advice and work product for Mattel, I have told Ms. Tomiyama Mattel's counsel's strategies, theories and impressions about those matters, including with respect to Mattel's claims against Carter Bryant and MGA's claims against Mattel.

13.    I discussed with Ms. Tomiyama Mattel's litigation against a toy company named Simba, in which I acted as counsel for Mattel.  I am familiar with the document attached as Exhibit A to Ms. Tomiyama's expert report.  That document was never provided to or shared with Simba.  Nor was it ever provided to or shared with anyone else outside of persons at Quinn Emanuel who worked with me or Mattel.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on March 18, 2008, at Los Angeles, California.

_____
Michael T. Zeller