<u>**Exhibit 1**</u>

**THIS EXHIBIT IS FILED UNDER SEAL
PURSUANT TO PROTECTIVE ORDER**

**Exhibit 2**

**THIS EXHIBIT IS FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER**

**<u>Exhibit 3</u>**

**THIS EXHIBIT IS FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER**

**Exhibit 4**

# SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

300 SOUTH GRAND AVENUE

LOS ANGELES, CALIFORNIA 90071-3144

TEL: (213) 687-5000

FAX: (213) 687-5600

www.skadden.com

DIRECT DIAL
(213) 687-5368
DIRECT FAX
(213) 621-5368
EMAIL ADDRESS
RHERRING@SKADDEN.COM

FIRM/AFFILIATE OFFICES
BOSTON
CHICAGO
HOUSTON
NEW YORK
PALO ALTO
SAN FRANCISCO
WASHINGTON, D.C.
WILMINGTON
———
BEIJING
BRUSSELS
FRANKFURT
HONG KONG
LONDON
MOSCOW
MUNICH
PARIS
SINGAPORE
SYDNEY
TOKYO
TORONTO
VIENNA

January 4, 2008

## VIA FACSIMILE & U.S. MAIL

Mr. Jon D. Corey
Mr. B. Dylan Proctor
Quinn, Emanuel, Urquhart, Oliver & Hedges, LLP
865 South Figueroa St., 10th Floor
Los Angeles, CA 90017

RE:   *Mattel v. Bryant*

Gentlemen:

We are writing to request a meet and confer session under paragraph 5 of the Discovery Master stipulation to discuss Mattel's improper objections and response to Request for Production No. 472, which is part of MGA's Request for Production Set 5.

Request No. 472 seeks "All DOCUMENTS REFERRING OR RELATING TO any SIMBA LITIGATION, including, but not limited to, all pleadings, declarations, affidavits, briefs, deposition transcripts, orders or other documents, and any English translations thereof, submitted to the court by MATTEL or SIMBA TOYS in support of its claims and defenses or any rulings or decisions issued by the court." Mattel asserts several boilerplate objections and ultimately refuses to produce any responsive documents.

This refusal is improper. The Simba litigation involved claims and facts similar to those at issue in this case, and Request No. 472 is reasonably calculated to lead to the discovery of admissible evidence. If Mattel does not withdraw its improper objections and produce the documents requested, we will seek relief from the Discovery Master. We look forward to hearing from you.

Sincerely,

Robert J. Herrington

EXHIBIT ____4____

PAGE ____75____

01-04-2009   04:49pm   From-SASMF LA 3...                    +2136977935                T-282   P.001/002   F-152

# SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

300 SOUTH GRAND AVENUE
LOS ANGELES, CALIFORNIA 90071-3144

TELEPHONE NO.: (213) 687-5000
FACSIMILE NO.: (213) 687-5600
EMAIL: rherring@skadden.com

## FACSIMILE TRANSMITTAL SHEET

PLEASE DELIVER THE FOLLOWING PAGE(S) TO:

NAME: Mr. Jon D. Corey, Mr. B. Dylan Proctor

FIRM: Quinn, Emanuel, Urquhart, Oliver & Hedges, LLP

CITY: Los Angeles                    DATE: January 4, 2008

TELEPHONE NO.: 213-443-3000

FACSIMILE NO.: 213-443-3100

FROM: Robert Herrington          FLR/RM:

                                 DIRECT DIAL: (213) 687-5368

TOTAL NUMBER OF PAGES INCLUDING COVER(S):         2

THIS FACSIMILE IS INTENDED ONLY FOR USE OF THE ADDRESSEE(S) NAMED HEREIN AND MAY CONTAIN LEGALLY PRIVILEGED AND/OR CONFIDENTIAL INFORMATION. IF YOU ARE NOT THE INTENDED RECIPIENT OF THIS FACSIMILE, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THIS FACSIMILE IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS FACSIMILE IN ERROR, PLEASE IMMEDIATELY NOTIFY US BY TELEPHONE AND RETURN THE ORIGINAL FACSIMILE TO US AT THE ADDRESS ABOVE VIA THE LOCAL POSTAL SERVICE. WE WILL REIMBURSE ANY COSTS YOU INCUR IN NOTIFYING US AND RETURNING THE FACSIMILE TO US.

MESSAGE:

EXHIBIT   4

PAGE   76

**Exhibit 5**

RECEIVED

AUG 03 2007

CALENDARED

1

2  DIANA M. TORRES (S.B. #162284)
   O'MELVENY & MYERS LLP
3  400 South Hope Street
   Los Angeles, California 90071-2899
   Telephone: (213) 430-6000
4  Facsimile: (213) 430-6407
   Email: dtorres@omm.com
5
   DALE M. CENDALI (admitted pro hac vice)
6  MICHAEL KEATS (admitted pro hac vice)
   JOHANNA SCHMITT (admitted pro hac vice)
7  O'MELVENY & MYERS LLP
   Times Square Tower
8  7 Times Square
   New York, New York 10036
9  Telephone: (212) 326-2000
   Facsimile: (212) 326-2061
10 Email: dcendali@omm.com

11 PATRICIA GLASER (S.B. # 55668)
   CHRISTENSEN, GLASER, FINK,
12 JACOBS, WEIL & SHAPIRO LLP
   10250 Constellation Boulevard, 19th Floor
13 Los Angeles, CA  90067
   Telephone:  (310) 553-3000
14 Facsimile:  (310) 556-2920
   Email: pglaser@chrisglase.com
15
   Attorneys for Plaintiff
16 MGA Entertainment, Inc.

17

18            UNITED STATES DISTRICT COURT

19            CENTRAL DISTRICT OF CALIFORNIA

20                  EASTERN DIVISION

21 CARTER BRYANT, an individual,          Case No.  CV 04-09049 SGL (RNBx)
                                          (Consolidated with CV 04-9059 and
22            Plaintiff,                  CV 05-2727)

23       v.                              MGA'S FIFTH SET OF
                                         REQUESTS FOR THE
24 MATTEL, INC., a Delaware Corporation,  PRODUCTION OF
                                         DOCUMENTS AND THINGS IN
25            Defendant                   CASE NO. 05-2727

26 CONSOLIDATED WITH                      EXHIBIT _____ **45**

27 MATTEL, INC. v. BRYANT and             PAGE _____ **77**
   MGA ENTERTAINMENT, INC. v.
28 MATTEL, INC.

                                         MGA'S FIFTH SET OF REQUESTS FOR THE
                                         PRODUCTION OF DOCUMENTS AND THINGS

1  litigation and/or litigation that any PERSON has asserted against MATTEL

2  regarding infringement by MY SCENE or DIVA STARZ, including, but not

3  limited to, cease and desist letters.

4  **REQUEST NO. 472:**

5      All DOCUMENTS REFERRING OR RELATING TO any SIMBA

6  LITIGATION, including, but not limited to, all pleadings, declarations, affidavits,

7  briefs, deposition transcripts, orders or other documents, and any English

8  translations thereof, submitted to the court by MATTEL or SIMBA TOYS in

9  support of its claims and defenses or any rulings or decisions issued by the court.

10  **REQUEST NO. 473:**

11      All DOCUMENTS REFERRING OR RELATING TO the creation and

12  development of the "We Believe in Girls" website, found at

13  www.webelieveingirls.com, that also mention BRATZ and/or MGA.

14  **REQUEST NO. 474:**

15      All DOCUMENTS REFERRING OR RELATING TO the mention of

16  BRATZ and/or MGA on the "We Believe in Girls" website, including, but not

17  limited to, any community bulletin boards.

18  **REQUEST NO. 475:**

19      Copies of all photographs taken by MATTEL (including, but not limited to,

20  MATTEL's counsel) during the course of its inspection of any DOCUMENT or

21  item made available to it by MGA or Bryant, including, but not limited to,

22  products, packaging, samples, sculptures, sketches, or drawings.

23  **REQUEST NO. 476:**

24      All DOCUMENTS RELATING TO YOUR efforts, or knowledge of any

25  efforts by any PERSONS, worldwide to monitor, "spy on" or gain knowledge of

26  MGA's trade secrets, non-public information, non-public activities, unreleased

27  products, and product development, including, but not limited to:

28

EXHIBIT ___5___

PAGE ___78___

- 9 -

MGA'S FIFTH SET OF REQUESTS FOR THE PRODUCTION OF DOCUMENTS AND THINGS

1    All DOCUMENTS that YOU (including YOUR agents and attorneys)

2   provided to law enforcement authorities in Mexico, Canada or the United States,

3   including but not limited to the United States Attorney's Office, the Department of

4   Justice and any national, regional, state or local authorities, concerning any of the

5   allegations in YOUR COUNTERCLAIMS or any other alleged taking of

6   confidential MATTEL information by MGA or persons currently or formerly

7   employed by MGA.

8   **REQUEST NO. 529:**

9    All DOCUMENTS that support the information and belief alleged in

10   paragraphs 42, 43, 47, 49, 51, 52, 68, 74 and 77 of YOUR COUNTERCLAIMS.

11   **REQUEST NO. 530:**

12    All DOCUMENTS, including but not limited to agreements, draft

13   agreements and correspondence, REFERRING OR RELATING TO the payment or

14   offer of payment of attorneys fees by MATTEL to any PERSON in connection this

15   ACTION.

16   **REQUEST NO. 531:**

17    DOCUMENTS sufficient to show YOUR fee arrangement with YOUR

18   counsel Quinn Emanuel Urquhart Oliver & Hedges LLP for services in connection

19   with this ACTION, including, but not limited to, a copy of the fee agreement or

20   retainer agreement between YOU and Quinn Emanuel Urquhart Oliver & Hedges

21   LLP.

22

23   Dated: August 3, 2007          O'MELVENY & MYERS LLP

24

25                                 *Melanie Bradley*

26                                 Melanie Bradley
                                   Attorneys for MGA Entertainment, Inc.

27

28   1704218

EXHIBIT ___5___        - 19 -        MGA'S FIFTH SET OF REQUESTS FOR THE
                                      PRODUCTION OF DOCUMENTS AND THINGS
PAGE ___79___

**<u>Exhibit 6</u>**

CALENDARED
RECEIVED

DEC 2 8 2007

1 THOMAS J. NOLAN (Bar No. 066992)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
2 300 South Grand Avenue
Los Angeles, CA  90071-3144
3 Telephone:   (213) 687-5000
Facsimile:    (213) 687-5600
4 E-mail:       tnolan@skadden.com

5 RAOUL D. KENNEDY (Bar No. 40892)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
6 Four Embarcadero Center, Suite 3800
San Francisco, CA  94111
7 Telephone:   (415) 984-6400
Facsimile:    (415) 984-2698
8 E-mail:       rkennedy@skadden.com

9 Attorneys for Counter-Defendants,
MGA ENTERTAINMENT, INC., ISAAC LARIAN, MGA ENTERTAINMENT
10 (HK) LIMITED, AND MGAE de MEXICO S.R.L. de C.V.

11                 UNITED STATES DISTRICT COURT

12                CENTRAL DISTRICT OF CALIFORNIA

13                      EASTERN DIVISION

|  |  |
|---|---|
| CARTER BRYANT, an individual<br><br>                    Plaintiff,<br><br>        v.<br><br>MATTEL, INC., a Delaware corporation<br><br>                    Defendant.<br><br>Consolidated with MATTEL, INC. v. BRYANT and MGA ENTERTAINMENT, INC. v. MATTEL, INC. | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with Case No. 04-9059 and Case No. 05-2727<br><br>**MGA'S EIGHTH SET OF REQUESTS FOR THE PRODUCTION OF DOCUMENTS AND THINGS IN CASE NO. 05-2727**<br><br>Honorable Stephen G. Larson Courtroom 1 |

24
25 **PROPOUNDING PARTY:**   **MGA ENTERTAINMENT, INC.**

26 **RESPONDING PARTY:**   **MATTEL, INC.**

**SET NUMBER:**   **EIGHT**

27 **NOs.:**   **770-797**

EXHIBIT _____ 6

PAGE _____ 80

1   MATTEL in connection with MATTEL'S review and/or selection of an advertising

2   agency for Mattel's MY SCENE brand.

3

4

5   **REQUEST NO. 781**

6       All litigation documents filed and/or served by any of the parties in <u>Mattel, Inc.</u>

7   <u>v. Woolbro (Distributors) Ltd, Simba-Toys (Hong Kong) Ltd, Simba Toys GMBH &</u>

8   <u>Co KG</u>, HC 03 CO 2684 (High Court of Justice, Chancery Division), including but

9   not limited to pleadings, motions, briefs, discovery responses, disclosures, and expert

10  reports.

11

12

13  **REQUEST NO. 782**

14

15      MATTEL'S trial presentation materials (including any and all demonstrative

16  exhibits) in <u>Mattel, Inc. v. Woolbro (Distributors) Ltd, Simba-Toys (Hong Kong) Ltd,</u>

17  <u>Simba Toys GMBH & Co KG</u>, HC 03 CO 2684 (High Court of Justice, Chancery

18  Division), including but not limited to Mattel, Inc.'s trial exhibits or presentations

19  relating to similarities and/or differences between the various dolls at issue in said

20  litigation.

21

22

23  **REQUEST NO. 783**

24      Documents identified as Exhibits 31, 32, 33, and 34 in the "Index to Bundle 6

25  Claimant's Disclosure" (M0097406- M0097408) in <u>Mattel, Inc. v. Woolbro</u>

26                                                  EXHIBIT _____ 6

27                                                  PAGE _____ 81

28  <u>MGA'S EIGHTH SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS AND THINGS</u>   NO. CV 05-2727 SGL (RNBx)

1  (Distributors) Ltd, Simba-Toys (Hong Kong) Ltd, Simba Toys GMBH & Co KG,

2  HC 03 CO 2684 (High Court of Justice, Chancery Division).

3

4

5  **REQUEST NO. 784**

6      All transcripts for each day and/or portion of a day of trial and/or analogous

7  proceeding before the court in <u>Mattel, Inc. v. Woolbro (Distributors) Ltd, Simba-</u>

8  <u>Toys (Hong Kong) Ltd, Simba Toys GMBH & Co KG</u>, HC 03 CO 2684 (High Court

9  of Justice, Chancery Division).

10

11

12

13  **REQUEST NO. 785**

14      One sample, including packaging, of each of the following dolls sold in

15  MATTEL'S MY SCENE line for each of the years 2001-2007:  Barbie, Madison,

16  Kennedy, Chelsea, Nolee, Kenzie, and Delancey.

17

18

19  **REQUEST NO. 786**

20      All DOCUMENTS REFERRING OR RELATING TO the Young and

21  Rubicam Brand Asset Valuator, or any other valuation of the BARBIE, MY SCENE

22  or BRATZ brand.

23

24

25  EXHIBIT _____6_____

26  PAGE _____82_____

27

28

1

2

3
DATED:      December 28, 2007

4

5
SKADDEN, ARPS, SLATE, MEAGHER &
6
FLOM, LLP

7

8

9
Robert J. Herrington

10
Attorneys for Counter-Defendants, MGA
11
ENTERTAINMENT, INC., ISAAC LARIAN,
MGA ENTERTAINMENT (HK) LIMITED,
12
AND MGAE de MEXICO S.R.L. de C.V.

13

14

15

16

17

18

19

20

21

22

23

24
EXHIBIT _____ 6

25

26
PAGE _____ 83

27

28
MGA'S EIGHTH SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS AND THINGS   NO. CV 05-2727 SGL (RNBx)

**Exhibit 7**

DALE M. CENDALI
(of counsel, not admitted in California)
DIANA M. TORRES (S.B. #162284)
PAULA E. AMBROSINI (S.B. #193126)
O'MELVENY & MYERS LLP
400 South Hope Street
Los Angeles, CA 90071-2899
Telephone: (213) 430-6000
Facsimile: (213) 430-6407
email:      dtorres@omm.com

PATRICIA GLASER (S.B. # 55668)
CHRISTENSEN, MILLER, FINK,
JACOBS, GLASER, WEIL &
SHAPIRO LLP
10250 Constellation Boulevard, 19th Floor
Los Angeles, CA 90067
Telephone: (310) 553-3000
Facsimile: (310) 556-2920

Attorneys for Plaintiff
MGA Entertainment, Inc.

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

CN 05-02727 CBM (RZx)

| | |
|---|---|
| MGA ENTERTAINMENT, INC., | Case No. |
| Plaintiff, | **COMPLAINT FOR FALSE DESIGNATION OF ORIGIN, AFFILIATION, ASSOCIATION OR SPONSORSHIP (15 U.S.C. § 1125 (a)); UNFAIR COMPETITION (15 U.S.C. § 1125 (a), Cal. Bus. & Prof. Code § 17200 et seq. and California Common Law); DILUTION (15 U.S.C. § 1125 (c), Cal. Bus. & Prof Code § 14330 and California Common Law); AND UNJUST ENRICHMENT** |
| v. | |
| MATTEL, INC., a Delaware Corporation, and DOES 1-10, | |
| Defendants. | |
| | **DEMAND FOR JURY TRIAL** |

EXHIBIT ____7____

PAGE ____84____

35.    These confusingly similar "BRATZ" imitators may have been originally intended to buy Mattel time while it worked to release another product the following summer, called "Flavas". MGA's founder, Isaac Larian, was quoted by the media as having predicted that the move would backfire on Mattel, and it did.  Released in July 2003, Mattel's "Flavas" dolls took the urban, "hip-hop" look too far, and were widely viewed as portraying a trampy, "bad-girl" image.  The dolls were not well-received, and rumor has it that Mattel had to sell them at below cost prices to get rid of inventory.  Most apparently wound up in discount bins, and Mattel has seemingly abandoned the line.

36.    Realizing that "My Scene" was its best bet for riding MGA's successful coattails and capitalizing on the unique and inherently distinctive look that MGA had developed in its "BRATZ" dolls   and MGA's substantial goodwill — Mattel has systematically proceeded to modify the "My Scene" dolls since their original release, particularly their eyes, to increase their similarity to "BRATZ" more and more over time.

37.    Indeed, when Mattel found out that its initial line of "My Scene" dolls had trouble competing with "BRATZ", they simply *became* "BRATZ", in every version, whether blonde, brunette or African American.  A few pictures here are worth a thousand words.

### BLONDE

| Mattel's<br>**Traditional "Barbie"** | Mattel's<br>**Original "My Scene"** | Mattel's<br>**Recent "My Scene"** |
| :---: | :---: | :---: |
|  |  |  |

11

EXHIBIT ____7____

PAGE ____85____



Mattel's Traditional "Barbie"   Mattel's Original "My Scene"   Mattel's Recent "My Scene"

**BRUNETTE**

Mattel's Traditional "Theresa"   Mattel's Original "My Scene"   Mattel's Recent "My Scene"

EXHIBIT _____ 7

PAGE _____ 86

12

# AFRICAN AMERICAN

| Mattel's Traditional "Barbie" | Mattel's Original "My Scene" | Mattel's Recent "My Scene" |



38.    The original "My Scene" eye, as shown here, for example, has recently turned into a virtual carbon-copy of the "BRATZ" eye.

## Original Mattel "My Scene" Eye



EXHIBIT ___7___

PAGE ___87___

13

39.   The "My Scene" eye pictured above, for instance, has lashes that radiate almost straight out, circumferentially, from the eyelids and, although the eye is more almond shaped than a "Barbie" eye, the eye is not so sleepy and heavy lidded as a "BRATZ" eye and is only lightly shadowed. The new "My Scene" eye, in contrast, is dramatically more similar to a "BRATZ" eye, as shown below in a side-by-side comparison. The doe-eyed innocent look of the "My Scene" eye shown above is gone; replaced with a sultrier look, characteristic of "BRATZ." The new "My Scene" eye, as shown below, boasts lashes that sweep out and away from the outer corner of the eye, just like the "BRATZ" eye. The new "My Scene" eye is also more heavy lidded and thickly lined, and the make-up is more markedly pronounced and dramatic.

**MGA's "BRATZ" Eye**               **New Mattel "My Scene" Eye**

     

40.   Indeed, the progression of the "My Scene" eye, as it has departed from "Barbie" and edged closer and closer to "BRATZ", is readily apparent from virtually every angle, as shown here:

EXHIBIT ___7___

PAGE ___88___

14



EXHIBIT _____

PAGE _____ 89

15



Mattel's
Traditional "Theresa"

Mattel's
Original "My Scene"

Mattel's
Recent "My Scene"

**AFRICAN AMERICAN**

Mattel's
Traditional "Barbie"

Mattel's
Original "My Scene"

Mattel's
Recent "My Scene"

EXHIBIT _____ 7

PAGE _____ 90

16

41.    Mattel has not stopped at the eyes, however.  Mattel has also

incrementally but steadily modified its "My Scene" packaging, and the manner in

which the dolls are displayed, to more closely mimic the packaging, trade-dress and

overall look and total image of MGA's "BRATZ".

42.    To illustrate, Mattel's "My Scene" dolls were initially marketed like

this:

### Mattel's Early "My Scene" Packaging



43.    Little by little, however, the packaging has changed, creeping ever

closer and closer to the open and transparent style of the "BRATZ" packaging.

First, the panels seen running down each side of the front of the "My Scene" box

shown above, framing the doll and giving the packaging a closed-in look, were

changed as shown here:

### Intermediate Mattel "My Scene" Packaging



17

EXHIBIT _____ 7

PAGE _____ 91

44.    Mattel replaced this intermediate packaging style with another that looked even more similar to the "BRATZ" packaging, as shown here in a side-by-side comparison:

**MGA's "BRATZ"**
**"Wintertime Wonderland" Packaging**

**Mattel's "My Scene"**
**"Chillin' Out" Packaging**





45.    Then later, Mattel changed its packaging and product display yet again to look even more closely and confusingly similar to MGA's packaging and "*tout ensemble*," as shown here

**MGA's "BRATZ"**
**"SPORTZ" Packaging**

**Mattel's Recent "My Scene"**
**"MIAMI GETAWAY" Packaging**





EXHIBIT _____7_____

PAGE _____92_____

18

46.    In this incarnation, Mattel notably abandoned the signature figure-eight style design that had appeared on its prior "My Scene" packaging, making this recent version clearer and more transparent on the front and sides than ever before, and much more like "BRATZ", accordingly.  Mattel also discarded its traditional, rectangular shaped box and, like "BRATZ", adopted an unusual, non-rectangular shaped box.  Mattel even adopted the "flying banner" ribbon-style slogan running across the middle of the box, similar to that used on the "BRATZ" packaging.

47.    As if these pointed and deliberate efforts to confuse and mislead consumers were not enough, Mattel exacerbated the confusion, and furthered the impression that the "My Scene" line and the "BRATZ" line are related, by taking up MGA's practice of regularly releasing new dolls in connection with a theme -- but not just *any* theme, often *MGA's theme.*

48.    For example, when MGA released its "Wintertime Wonderland" theme in Fall 2003, Mattel released its "Chillin Out!" theme.  Each doll in MGA's line came with winter-sports accessories, such as a snowboard or skis and ski boots.  Each doll in Mattel's line featured winter sports accessories, also including snowboards or ski and ski boots.  Even MGA's color schemes and some of the clothing styles seemed to have made their way into the Mattel products.

49.    When MGA released its "Formal Funk" theme, Mattel released its "Night on the Town" theme.  "BRATZ Formal Funk" was an elaborately themed line with its dolls in hip formalwear; so was Mattel's "Night on the Town."

50.    When MGA released its distinctive "Sun-Kissed Summer" theme, Mattel released its confusingly similar "Jammin' in Jamaica" theme.  Each line featured a bright blue-and-orange color scheme, beach accessories, such as surfboards, and beachwear clothing.  Mattel's "Jammin' in Jamaica" "Guava Gulch Tiki Lounge" playset also contained elements remarkably similar to MGA's "Sun-Kissed Summer" playset.

EXHIBIT _____7_____

19      PAGE _____93_____

51.    Mattel also began running television commercials for its "My Scene" dolls bearing a remarkable similarity to "BRATZ" commercials, combining live action with animated sequences set to similar sounding pop music and lyrics.

52.    Mattel even stooped so low as to mimic "BRATZ" accessories and related products in order to further create consumer confusion in the marketplace.

53.    For instance, when MGA came up with its distinctive "BRATZ" "Runway Disco", Mattel came out with a "My Scene" Sound Lounge with packaging that imitated MGA's trapezoidal box.

54.    Mattel's conduct cannot be explained by sheer coincidence, nor is it merely fair competition. It is a calculated and intentional effort unquestionably designed to trade off of MGA's hard work and goodwill, create confusion in the marketplace, steal MGA's thunder and momentum, and dilute and blur away the novelty and distinctiveness of MGA's products. Out of the seemingly endless possibilities that Mattel could have chosen for a new line of dolls, packaging, themes, color schemes, commercials, accessories and playsets, Mattel deliberately chose *not* to come out with something unique, new or different and has, instead, focused its efforts and resources on flooding the market with something so close to "BRATZ" that the public will, can, and does, simply mistake it for "BRATZ".

55.    As yet another example of this, when MGA came out with a "BRATZ" "Funky Fashion Makeover Head," Mattel came out with a confusingly similar – indeed, practically identical – "My Scene" styling head.

EXHIBIT _____7_____
PAGE _____94_____

20

MGA's "BRATZ"
"Funky Fashion Makeover Head"

Mattel's "My Scene"
"Stylin' Head"





56.     Indeed, Mattel's "My Scene" styling head is so close to the "BRATZ" styling head that even the press have mistakenly pictured and identified it as MGA's "BRATZ".  The picture of Mattel's "My Scene" styling head shown below, for instance, appeared in the press with a caption indicating that the child was trying out different hairstyles "on a *Bratz* hair and makeup doll head."

Hairstyle practice



21

EXHIBIT ___7___
PAGE ___95___

57.   Creating further confusion, Mattel's television commercial for its "My Scene" styling head was like watching a re-run of MGA's commercial for its "Funky Fashion Makeover Head".

58.   At one point in time, Mattel also used a portion of the "BRATZ" dolls' now-famous trademarked tag line "The Girls With a Passion for Fashion" on Mattel's' website for its "Diva Starz" dolls, asking its website users:  "Do you have a passion for fashion?"

59.   Mattel has even recently come out with a confusingly similar line of "My Scene" plush pets, which adopt the distinctive look of MGA's "BRATZ" line. The "My Scene" pets feature large, humanlike eyes and wear clothing making them remarkably and confusingly similar to "BRATZ" products, including "BRATZ PETZ", as seen in this example where the pets each wear a jacket, a cap and carry a purse:

**MGA's "BRATZ Dogz"**                **Mattel's "My Scene" dog**

    

60.   And here too, Mattel chose to package its pets the same way that MGA packaged its "BRATZ PETZ", sitting in an open box, with no top and with partial side panels that slope from a narrow front panel to a higher back panel.

61.   Indeed, the similarity of the "My Scene" pets to "BRATZ PETZ" has confused even sophisticated retailers who have mistakenly merchandised "My Scene" dogs in the middle of the "BRATZ" section of a retail display, next to and as if they were part of MGA's "BRATZ Petz" line.  It comes as no surprise that

22

EXHIBIT _____ 7
PAGE _____ 96

1    customers too have been confused.

2        62.    Indeed, Mattel's television commercials and "My Scene" products

3    have become so confusingly similar to MGA's that even advertising executives

4    have expressed concern.  One went so far as to say that although imitation is the

5    best form of flattery, what the individual had seen at Mattel's showroom, and how

6    its "My Scene" dolls now look so confusingly similar to "BRATZ", was

7    "shocking."  This person further opined that it was clear that Mattel is intending to

8    confuse customers and capture "BRATZ" market share, and even asked MGA if it

9    was considering legal action.

10       63.    The press also has taken notice of Mattel's attempts to confuse

11   consumers.  On or about February 18, 2005, a visitor to MGA's showroom from a

12   prominent news publication stated, "Oh my, I just came from Mattel's showroom

13   and their new 'My Scene' packaging is just like 'BRATZ' minus the handle."

14   Another member of the press visiting MGA's showroom offered the unsolicited

15   comment, "have you seen the new 'My Scene' dolls eyes are exactly like

16   'BRATZ'?"  Yet another opined that Mattel's "My Scene" line was exactly like

17   "BRATZ", indeed, so much so that the reporter confusingly thought that Mattel had

18   bought "BRATZ", and still another has commented on Mattel's imitation of MGA.

19   On or about February 16, 2005, during an interview of a Mattel representative on

20   local network news in New York, "My Scene Barbie" was displayed by a Mattel

21   representative.  During conversation about the dolls, the interviewer exclaimed that

22   they looked like "BRATZ".  The Mattel representative just laughed – but this is no

23   laughing matter.  This colloquy was available for replay and viewing, and was even

24   transcribed, on the internet.

25       64.    Customers too have been similarly confused.  Some actually contacted

26   MGA seeking to purchase "My Scene" dolls.

27       65.    Mattel's conduct is planned, deliberate and intentional.  Mattel has

28   systematically, copied, imitated and liberally borrowed many of the distinctive,

23

EXHIBIT _____ 7

PAGE _____ 97

1  essential elements that identify and make "BRATZ" dolls "BRATZ" dolls, diluting

2  the brand, creating customer confusion, and unfairly stifling competition.

3      66.    Ironically, Mattel sued one of its other competitors in Europe for doing

4  much the same thing: "systematically copying and borrowing elements" from "My

5  Scene", on grounds that "this conduct constitutes unfair competition and passing

6  off." Indeed it does.

7      67.    What is more, Mattel's conduct has reached beyond "BRATZ" and

8  "BRATZ"-related products to include other new MGA toy lines.

9      68.    For example, MGA's "4-Ever Best Friends" line was the obvious, and

10  well-recognized model for Mattel's "Wee 3 Friends" line. Mattel even adopted

11  changes to the color scheme of its similarly-shaped packaging to create confusion

12  with MGA's distinctive packaging.

**MGA's "4-Ever Best Friends"**     **Mattel's "Wee 3 Friends"**

     

     

24

EXHIBIT _____7_____

PAGE _____98_____

b.    unfair competition and unfair business practices; and

c.    dilution;

4.    For costs of suit and reasonable attorneys' fees;

5.    For punitive and/or exemplary damages as a result of Mattel's willful and malicious conduct to the extent allowable by law; and

6.    For such other and further relief as the Court deems just and proper.

Dated:    April 13, 2005

PATRICIA GLASER
CHRISTENSEN, MILLER, FINK,
JACOBS, GLASER, WEIL &
SHAPIRO LLP

DALE M. CENDALI
DIANA M. TORRES
PAULA E. AMBROSINI
O'MELVENY & MYERS LLP

By: _____
Diana M. Torres
Attorneys for Plaintiff
MGA ENTERTAINMENT, INC.

EXHIBIT _____7_____

PAGE _____99_____

37

## **Exhibit 8**

**THIS EXHIBIT IS FILED UNDER SEAL
PURSUANT TO PROTECTIVE ORDER**

**Exhibit 1**

AO88  (Rev. 12/06) Subpoena in a Civil Case

Issued by the

# UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

CARTER BRYANT, an individual,

**SUBPOENA IN A CIVIL CASE**

V.

MATTEL, INC., a Delaware corporation,

Case Number:[1] CV 04-9049 SGL (RNBx) Consolidated with Cases CV 04-9059 and 05-2727.

TO: Christina Tomiyama
3720 Monteith Drive
Los Angeles, CA 90043

☐ YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
| | DATE AND TIME |

☒ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.   Testimony will be recorded stenographically and by videographer.

| PLACE OF DEPOSITION Quinn Emanuel Urquhart Oliver & Hedges, LLP, 865 S. Figueroa St., 10th Fl., Los Angeles, CA 90017 | DATE AND TIME February 27, 2008 9:30 a.m. |
|---|---|

☒ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

See Attachment A.

| PLACE Quinn Emanuel Urquhart Oliver & Hedges, LLP, 865 S. Figueroa St., 10th Fl., Los Angeles, CA 90017 | DATE AND TIME February 26, 2008 9:30 a.m. |
|---|---|

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify.  Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) B. Dylan Proctor | DATE February 15, 2008 |
|---|---|

ISSUING OFFICER'S NAME ADDRESS AND TELEPHONE NUMBER
Quinn Emanuel Urquhart Oliver & Hedges, LLP, 865 S. Figueroa St., 10th Fl., Los Angeles, CA 90017, (213) 443-3112

(See Rule 45, Federal Rules of Civil Procedure, Subdivisions (c), (d), and (e), on next page)

[1] If action is pending in district other than district of issuance, state district under case number.

EXHIBIT

AO-88

| ATTORNEY OR PARTY WITHOUT ATTORNEY   (Name and Address) | TELEPHONE NUMBER | FOR COURT USE ONLY |
|---|---|---|
| QUINN EMANUEL URQUHART OLIVER<br>865 S FIGUEROA ST<br>10TH FL<br>LOS ANGELES CA 90017 | 443-3000<br><br>Ref. No. or File No.<br>7209 | |

ATTORNEY FOR

Insert name of court and name of judicial district and branch if any:

U.S DISTRICT COURT 312 N SPRING ST
CENTRAL DISTRICT LOS ANGELES CA 90012

SHORT TITLE OF CASE:

BRYANT v. MATTEL

| INVOICE NO. | DATE: | TIME: | DEP./DIV. | CASE NUMBER: |
|---|---|---|---|---|
| 194398 | 02/26/08 | 9:30AM | | CV 04-9049 |

PROOF OF SERVICE

1. I served SUBPOENA IN A CIVIL CASE by personally delivering a copy to the person served as follows:

    a.  Person Served:  CHRISTINA TOMIYAMA
    b.  Address:  3720 MONTEITH DRIVE
                  LOS ANGELES CA 90043

    c.  On:  02/17/08      d.  At:  8:40PM

    e.  Witness fees: (1) were offered or demanded and paid.  Amount $ 90.00

    f.  Fee for service $      .00

2. I received this Subpoena for service on 02/15/08.

3. The following copies were delivered to the Person Served:

    SUPBOENA IN A CIVIL CASE

4. Person Serving:  RAMON RODRIGUEZ

APEX ATTORNEY SERVICES      d.  Registered California process server
1055 W SEVENTH ST           (1) [ X ] Employee or [   ] Independent Contractor
LOS ANGELES, CA 90017     (2) Registration No. 3104
  FAX                    (3) County: LOS ANGELES
                        (4) Expiration:

I declare under penalty of perjury, under the laws of the of California, and of the United States of America that the foregoing is true and correct.

DATE: 02/15/08

SIGNATURE

EXHIBIT    9

PAGE    1/2

## ATTACHMENT A

## Documents To Be Produced

I.   DEFINITIONS

1.   "YOU" or "YOUR" means Tina Tomiyama, and any other PERSON acting on YOUR behalf, pursuant to YOUR authority or subject to YOUR control.

2.   "BRATZ" means any project, product, doll or DESIGN ever known by that name (whether in whole or in part and regardless of what such project, product or doll is or has been also, previously or subsequently called) and any product, doll or DESIGN or any portion thereof that is now or has ever been known as, or sold or marketed under, the name or term "Bratz" (whether in whole or in part and regardless of what such product, doll or DESIGN or portion thereof is or has been also, previously or subsequently called) or that is now or has ever been sold or marketed as part of the "Bratz" line, and each version or iteration of such product, doll or DESIGN or any portion thereof.  As used herein, "product, doll or DESIGN or any portion thereof" also includes without limitation any names, fashions, accessories, artwork, packaging or any other works, materials, matters or items included or associated therewith.  Without limiting the generality of the foregoing, the term "BRATZ" does not and shall not require that there be a doll existing at the time of the event, incident or occurrence that is the subject of, or otherwise relevant or responsive to, the Requests.

3.   "DESIGN" or "DESIGNS" means any and all representations, whether two-dimensional or three-dimensional, and whether in tangible, digital, electronic or other form, including but not limited to all works, designs, sewing patterns, artwork, sketches, drawings, illustrations, representations, depictions, blueprints, schematics, diagrams, images, sculptures, prototypes, models, samples, rotocasts, reductions to practice, developments, inventions and/or improvements, as well as all other items, things and DOCUMENTS in which any of the foregoing are or have been expressed, embodied, contained, fixed or reflected in any manner, whether in whole or in part.

4.   "DESIGN MATERIALS" means any and all materials used in the creation of DESIGNS, including but not limited to all fabrics, sewing patterns, clothing, and other materials used to create any doll clothing, accessories, or fashions.

EXHIBIT ___7___

PAGE ___154___

452.1

ATTACHMENT A

5.     "MGA" means MGA Entertainment Inc., any of its current or former employees, officers, directors, agents, representatives, attorneys, parents, subsidiaries, divisions, affiliates, predecessors-in-interest and successors-in-interest, and any other PERSON acting on its behalf, pursuant to its authority or subject to its control.

6.     "BRYANT" means Carter Bryant and any of his current or former agents, representatives, employees, attorneys, predecessors-in-interest and successors-in-interest, and any other PERSON acting on his behalf, pursuant to his authority or subject to his control, including but not limited to the entity known as "Carter Bryant Enterprises, Inc."

7.     "MATTEL" means Mattel, Inc., any of its current or former employees, officers, directors, agents, representatives, attorneys, parents, subsidiaries, divisions, affiliates, predecessors-in-interest and successors-in-interest, and any other PERSON acting on its behalf, pursuant to its authority or subject to its control.

8.     "PERSON" or "PERSONS" means all natural persons, partnerships, corporations, joint ventures and any kind of business, legal or public entity or organization, as well as its, his or her agents, representatives, employees, officers and directors and any one else acting on its, his or her behalf, pursuant to its, his or her authority or subject to its, his or her control.

9.     "THIS ACTION" refers to *Mattel, Inc. v. Bryant*, Case No. CV 04-9059 SGL (RNBx), filed on April 27, 2004, and the cases consolidated therewith.

10.     "DOCUMENT" means any "writing" or "recording" as defined in Federal Rule of Civil Procedure 34 and/or Federal Rule of Evidence 1001 and includes any tangible thing upon which any expression, communication or representation has been recorded, including but not limited to correspondence, e-mails, preliminary, intermediate or final drafts, memoranda, notes, reports of telephone or other oral conversations, audio or videotape recordings, computer tape, computer disk or storage media, computer printout, CD-ROM disk, optical storage disk, other electronic medium, and all other writings and recordings of any kind. "DOCUMENT" as used herein includes without limitation any tangible or three-dimensional item, including without limitation all dolls, doll clothing, doll heads, sculpts, prototypes, models, samples, molds, DESIGN MATERIALS and other tangible items.

EXHIBIT ___9___

PAGE ___155___

ATTACHMENT A

11.    "COMMUNICATION" or "COMMUNICATIONS" means and includes any disclosure, transfer or exchange of information between two or more PERSONS, whether orally or in writing, including, without limitation, any conversation or discussion by means of meeting, letter, telephone, note, memorandum, telegraph, telex, telecopier, electronic mail, or any other electronic or other medium, including without limitation in written, audio or video form.

12.    "REFER OR RELATE TO" and "REFERS OR RELATES TO" mean reflecting, identifying, describing, summarizing, evidencing, referencing, concerning, discussing or indicating in any way.

13.    Wherever used herein, the singular shall include the plural and the plural shall include the singular.

II.    <u>INSTRUCTIONS</u>

1.    YOU are to produce all DOCUMENTS requested hereby that are in YOUR possession, custody and control.

2.    If YOU contend that YOU are not required to produce certain DOCUMENTS called for by these requests on the grounds of a privilege or protection that YOU are not prepared to waive, in lieu of producing such DOCUMENTS identify each DOCUMENT and provide the following information:

    a.    The privilege or protection that you claim precludes disclosure;

    b.    The subject matter of the DOCUMENT (without revealing the content as to which the privilege or protection is claimed);

    c.    The date, author(s), addressee(s); and

    d.    Any additional facts on which YOU would base YOUR claim of privilege or protection.

3.    YOU are required to identify any and all DOCUMENTS sought by this document request that have been destroyed.

4.    YOU are required to identify the source of all DOCUMENTS produced, and the person for whom, or department, division or office for which, such DOCUMENTS are maintained.

'452.1

EXHIBIT __ *a*

PAGE _____ **156**

ATTACHMENT A

5.     Each DOCUMENT shall be produced in its original file folder, or in lieu thereof, any writing on the file folder from which each such DOCUMENT is taken shall be copied and appended to such DOCUMENT.

III.     <u>DOCUMENTS TO BE PRODUCED</u>

1.     All COMMUNICATIONS between YOU and MGA or BRYANT that REFER OR RELATE TO MATTEL, BRATZ, BRYANT or THIS ACTION, and all notes, phone logs or other DOCUMENTS that REFER OR RELATE thereto.

2.     All COMMUNICATIONS between YOU and MGA or BRYANT that REFER OR RELATE TO MATTEL, BRATZ, BRYANT or THIS ACTION since April 27, 2004, and all notes, phone logs or other DOCUMENTS that REFER OR RELATE thereto.

3.     All DOCUMENTS that REFER OR RELATE TO any agreement or contract, including any proposed, offered, discussed, negotiated or executed agreement or contract, between YOU and MGA or BRYANT that REFERS OR RELATES to this ACTION, including without limitation all drafts thereof and all COMMUNICATIONS that REFER OR RELATE thereto.

4.     All DOCUMENTS that REFER OR RELATE TO any agreement or contract, including any proposed, offered, discussed, negotiated or executed agreement or contract, between YOU and MGA, BRYANT or any MATTEL competitor during the time period(s) that YOU were employed by or were a consultant for MATTEL, including without limitation all drafts thereof and all COMMUNICATIONS that REFER OR RELATE thereto.

5.     All DOCUMENTS that REFER OR RELATE TO any work or services that YOU performed for or on behalf of MGA, BRYANT or any MATTEL competitor during the time period(s) that YOU were employed by or were a consultant for MATTEL.

6.     All DOCUMENTS that REFER OR RELATE TO any payment of money or consideration made to YOU or for YOUR benefit by any PERSON other than MATTEL, including without limitation by BRYANT or MGA, for work, activities or services that YOU performed during the time period(s) that YOU were employed by or were a consultant for MATTEL.

7.     All DOCUMENTS, including COMMUNICATIONS, that REFER OR RELATE TO any work or services pertaining to THIS ACTION that YOU performed for or on behalf of MGA or BRYANT.

8.     All DOCUMENTS that REFER OR RELATE TO any payment of money or item of value made or offered to YOU or for YOUR benefit by BRYANT or MGA, or requested or sought from BRYANT or MGA by YOU or for YOUR benefit, at any time, including without limitation since April 27, 2004.

9.     All DOCUMENTS that REFER OR RELATE TO BRATZ, including without limitation all DOCUMENTS that REFER OR RELATE TO the conception, creation, design, development, engineering or sculpting of BRATZ.

10.     All DOCUMENTS that REFER OR RELATE TO work, activities or services that YOU performed concerning BRATZ at any time, including without limitation during the time period(s) that YOU were employed by or were a consultant for MATTEL.

11.     All DOCUMENTS that REFER OR RELATE TO DESIGNS for BRATZ, including without limitation any such DESIGNS made, produced, created, authored, conceived of or reduced to practice by or for BRYANT.

12.     All agreements or contracts between YOU and MATTEL that were negotiated or executed at any time and that REFERS OR RELATES TO YOUR MATTEL employment or separation from MATTEL, including agreements or contracts that REFER OR RELATE TO YOUR rights and responsibilities as a MATTEL employee, vendor or consultant.

13.     All COMMUNICATIONS between YOU and MGA or BRYANT that REFER OR RELATE TO any agreement or contract between YOU and MATTEL that was negotiated or executed at any time that REFERS OR RELATES TO YOUR MATTEL employment or separation from MATTEL, including agreements or contracts that REFER OR RELATE TO YOUR rights and responsibilities as a MATTEL employee, vendor or consultant, and all notes, phone logs and other DOCUMENTS relating thereto.

14.     All DOCUMENTS which YOU reviewed or upon which YOU relied upon in connection with the Expert Report of Tina Tomiyama, dated February 11, 2008 (hereinafter, "YOUR REPORT").

15.     All COMMUNICATIONS that REFER OR RELATE TO, or are referenced in, YOUR REPORT, and all notes, phone logs and other DOCUMENTS that REFER OR RELATE thereto.

16.     To the extent not produced in response to any other Request herein, all DOCUMENTS referenced in YOUR REPORT.

'452.1

EXHIBIT ___9___

PAGE _____158_____     ATTACHMENT A

17.   All DOCUMENTS that REFER OR RELATE TO work that YOU performed with, for or at the request of BRYANT, including without limitation during the time that YOU and/or BRYANT were employed by MATTEL and including without limitation all DESIGNS and DESIGN MATERIALS relating thereto.

18.   All COMMUNICATIONS between YOU and Mary Bergstein, D. Jan Duffy, Erich Joachimsthaler, Peter Menell, Paul Meyer, Debora Middleton, Erich Speckin, Robert Tonner and/or any other PERSON known to YOU to have ever been retained as an expert in THIS ACTION by BRYANT or MGA, and all notes, phone logs and other DOCUMENTS that REFER OR RELATE thereto.

19.   All DOCUMENTS that YOU have received from or provided or transmitted to, whether directly or indirectly, Mary Bergstein, D. Jan Duffy, Erich Joachimsthaler, Peter Menell, Paul Meyer, Debora Middleton, Erich Speckin, Robert Tonner and/or any other PERSON known to YOU to have ever been retained as an expert in THIS ACTION by BRYANT or MGA, and all notes, phone logs and other DOCUMENTS that REFER OR RELATE thereto.

20.   All DOCUMENTS, including without limitation all COMMUNICATIONS, that REFER OR RELATE to any MATTEL project, product or potential or proposed product that was prepared, created or authored by YOU or any other PERSON while YOU or such PERSON was employed by MATTEL and that YOU either (a) shared with, transmitted to or provided to MGA or BRYANT in any manner, whether in whole or in part, or (b) sent or transmitted out of, or took or removed from MATTEL.

21.   All DOCUMENTS that REFER OR RELATE TO BRYANT's employment by or work for MATTEL.

22.   All DOCUMENTS that REFER OR RELATE TO any work or services provided by any PERSON to or for MGA or BRYANT while such PERSON was a MATTEL employee or that REFER OR RELATE to the payment of any money or item of value by MGA or BRYANT to any PERSON while such PERSON was a MATTEL employee.

23.   To the extent not produced in response to any other Request herein, all DOCUMENTS that REFER OR RELATE TO work or services provided by, or any money or item of value paid to, any PERSON in connection with BRATZ, including without limitation by or to Veronica Marlow, Margaret Hatch Leahy, Ana Cabrera, Beatriz Morales, Maria Salazar, Anna Rhee or Elise Cloonan.

452.1

EXHIBIT ___9___

PAGE ___159___                    ATTACHMENT A

24.   To the extent not produced in response to any other Request herein, all COMMUNICATIONS between YOU and any PERSON that REFER OR RELATE TO BRATZ, MGA, BRYANT or THIS ACTION at any time since January 1, 1999, and all notes, phone logs and other DOCUMENTS relating thereto.

EXHIBIT ___9___

PAGE ___160___

452.1

ATTACHMENT A

# APEX ATTORNEY SERVICES

TEL (213) 488-1500 • (310) 300-1200
FAX (213) 488-1550

☐ SPECIAL  ☑ REGULAR

DATE: 2/15/08

CONF. NO.: 194,398

REF. NO.: 07209

**CLIENT:**

Quinn Emanuel, et al.
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017

ATTY/SEC: BH/ Andi Hoeven          EXT. NO.: 3316

**DOCUMENTS TO FILE/ SERVE/COPY:**
Subpoena in a Civil Case

**SPECIAL INSTRUCTIONS:**

Please advance fees for $90.00
Please confirm service with Bridget Hauler at
(323) 829-9553

FILING FEE: $ _____
COPY FEE: $ _____

CHECK WRITTEN BY: ☐ CLIENT

| | COURT FILING | INDEX / DOC. RESEARCH | WAITING TIME STAKE OUT | MILEAGE |
|---|---|---|---|---|
| SERVICE OF PROCESS | | | | |

WITNESS FEE: $ 90.00
CHECK NO.: 6848  ☑ APEX

☐ COURT FILING  ☐ OUT OF COUNTY  ☐ SCH. P/U  ☑ SERVICE OF PROCESS  ☐ INDEX/DOC. RESEARCH  ☐ OTHER

**COURT:**

**CASE NAME:**

**CASE NO.:**

SERVE: (Please indicate name exactly as it should appear on proof of service.)

CALENDARED

FILE/COPY DOC(S) BY:

**BEST TIME:**

**ADDRESS (ES):**
Christina Tomiyama
3720 Monteith Drive
Los Angeles, CA 90043

LAST DAY TO SERVE:

**PHONE:**                    OK TO SUB-SERVE? YES ☐  NO ☑

**DESCRIPTION:**
Caucasian  female  blonde hair  colored eyes
5'7  180 lbs.  50's

**SERVER:**

**PERSON SERVED/TITLE:**

DATE/TIME SERVED: 8:40 pm  2-17-08

| | FEES ADVANCED | CHECK CHARGE | SPECIAL HANDLING | OTHER | TOTAL |
|---|---|---|---|---|---|
| | 90.00 | | | | |

SIGNATURE: _____

WHITE - APEX COPY          GOLD - CLIENT COPY

RECIPIENT'S NAME: _____

EXHIBIT 9

PAGE 161