QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 90378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:  (213) 443-3000
Facsimile:  (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>              Plaintiff,<br><br>   vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>              Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with<br>Case Nos. CV 04-09059 & CV 05-2727<br><br>**<u>DISCOVERY MATTER</u>**<br><br>**[To Be Heard By Discovery Master Hon. Edward Infante (Ret.)]**<br><br>[PUBLIC REDACTED] DECLARATION OF B. DYLAN PROCTOR IN SUPPORT OF MATTEL, INC.'S MOTION TO COMPEL MGA ENTERTAINMENT, INC., MGA ENTERTAINMENT (HK) LIMITED, ISAAC LARIAN, AND CARTER BRYANT TO RESPOND TO MATTEL, INC.'S FIRST SET OF REQUESTS FOR ADMISSION PROPOUNDED TO MGA ENTERTAINMENT, INC.; CARTER BRYANT; MGA ENTERTAINMENT (HK)LIMITED; AND ISAAC LARIAN<br><br>Date:   TBA<br>Time:   TBA<br>Place:  Telephonic<br><br>**Phase 1**<br>Discovery Cut-Off:   January 28, 2008<br>Pre-Trial Conference: May 5, 2008<br>Trial Date:          May 27, 2008 |

# **DECLARATION OF B. DYLAN PROCTOR**

I, B. Dylan Proctor, declare as follows:

1. I am a member of the bar of the State of California and a partner of Quinn Emanuel Urquhart Oliver & Hedges, LLP, attorneys for Mattel, Inc. ("Mattel") I make this declaration in support of Mattel's Motion To Compel MGA Entertainment, Inc., MGA Entertainment (HK) Limited, Isaac Larian, and Carter Bryant to Respond to Mattel, Inc.'s First Set of Requests For Admission Propounded To MGA Entertainment, Inc.; Carter Bryant; MGA Entertainment (HK)Limited; and Isaac Larian. I make this declaration of personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify competently thereto.

2. Attached as Exhibit 1 is a true and correct copy of Mattel, Inc.'s First Set of Requests for Admission to MGA Entertainment, Inc.; Carter Bryant; MGA Entertainment (HK) Limited; and Isaac Larian, dated December 27, 2007.

3. Attached as Exhibit 2 is a true and correct copy of MGA Entertainment, Inc.'s Objections and Responses to Mattel's "First" Set of Requests for Admission to MGA Entertainment, Inc.; Carter Bryant; MGA Entertainment (HK) Limited; and Isaac Larian, dated February 4, 2008.

4. Attached as Exhibit 3 is a true and correct copy of MGA Entertainment (HK) Ltd.'s Objections and Responses to Mattel's "First" Set of Requests for Admission to MGA Entertainment, Inc.; Carter Bryant; MGA Entertainment (HK) Limited and Isaac Larian, dated February 4, 2008.

5. Attached as Exhibit 4 is a true and correct copy of Isaac Larian's Objections and Responses to Mattel's "First" Set of Requests for Admission to MGA Entertainment, Inc.; Carter Bryant; MGA Entertainment (HK) Limited and Isaac Larian, dated February 4, 2008.

6. Attached as Exhibit 5 is a true and correct copy of Carter Bryant's Objections and Responses to Mattel, Inc.'s First Set of Requests for Admission, dated February 4, 2008.

7. Attached as Exhibit 6 is a true and correct copy of the Stipulation Regarding Time to Respond and Object to Requests for Admission, dated January 25, 2008.

8. Attached as Exhibit 7 is a true and correct copy of the Order Re Stipulation Regarding Extension of Time to Respond and Object to Requests for Admission, dated January 31, 2008.

9. Attached as Exhibit 8 is a true and correct copy of the Order Granting Mattel's Motion to Compel Carter Bryant to Answer Requests for Admission or to Order Requests Admitted, dated August 20, 2007.

10. Attached as Exhibit 9 is a true and correct copy of the Order Granting Mattel's Motion to Compel MGA to Answer Requests for Admission, dated August 20, 2007.

11. Attached as Exhibit 10 is a true and correct copy of the Assignment Agreement referenced in the Requests for Admission.

### Mattel's Meet and Confer Efforts

12. Attached as Exhibit 11 is a true and correct copy of my letter to Timothy A. Miller, dated February 6, 2008.

13. Attached as Exhibit 12 is a true and correct copy of Mr. Miller's response letter to me, dated February 6, 2008.

14. Attached as Exhibit 13 is a true and correct copy of my subsequent letter to Mr. Miller, dated February 6, 2008.

15. Attached as Exhibit 14 is a true and correct copy of Mr. Miller's e-mail message to me, dated February 6, 2008.

16. Attached as Exhibit 15 is a true and correct copy of my response letter to Mr. Miller, dated February 6, 2008.

17. Attached as Exhibit 16 is a true and correct copy of my letter to John Trinidad, dated February 6, 2008. Mr. Trinidad has not responded to my letter.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on February 7, 2008, at Los Angeles, California.

_____
B. Dylan Proctor