QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 90378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:  (213) 443-3000
Facsimile:  (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with<br>Case Nos. CV 04-09059 & CV 05-2727<br><br><u>Hon. Stephen G. Larson</u><br><br>[PUBLIC REDACTED] DECLARATION OF JON D. COREY IN SUPPORT OF MATTEL, INC.'S OPPOSITION TO MGA DEFENDANTS' *EX PARTE* APPLICATION TO COMPEL THE DEPOSITIONS OF MATTHEW BOUSQUETTE AND TINA PATEL<br><br>Hearing Date:   TBD<br>Time:                TBD<br>Place:              Courtroom 1<br><br>**Phase 1**<br>Discovery Cut-Off: January 28, 2008<br>Pre-Trial Conference:  May 5, 2008<br>Trial Date:   May 27, 2008 |

07209/2411934.1

DECLARATION OF JON D. COREY

# DECLARATION OF JON D. COREY

I, Jon D. Corey, declare as follows:

1. I am a member of the bar of the State of California and a partner of Quinn Emanuel Urquhart Oliver & Hedges, LLP, attorneys for Mattel, Inc. ("Mattel") I make this declaration in support of Mattel's Opposition to MGA Defendants' *Ex Parte* Application to Compel the Depositions of Matthew Bousquette and Tina Patel. I make this declaration of personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify competently thereto.

2. Attached as Exhibit 1 is a true and correct copy of MGA's and Carter Bryant's Opposition to Mattel's *Ex Parte* Applications to Compel Additional Depositions, dated January 30, 2008.

3. Attached as Exhibit 2 is a true and correct copy of excerpts from the Expert Report of Dr. Erich Joachimsthaler provided by MGA on February 11, 2008.

4. Attached as Exhibit 3 is a true and correct copy of the excerpts from the Expert Report of Robert Tonner provided by MGA on February 11, 2008.

5. Attached as Exhibit 4 is a true and correct copy of excerpts from the deposition transcripts of Robert A. Eckert, dated January 28, 2008.

6. MGAE de Mexico has failed to produce a single document in response to Mattel's document requests

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on February 22, 2008, at Los Angeles, California.

*/s/ Jon D. Corey*
Jon D. Corey

7209/2411934.1

-1-

DECLARATION OF JON D. COREY