theme ideas."[73] They were able to create innovative themes that resonated on a large scale through the product and package.[74] Throughout the years, the Bratz dolls have done everything from spending time with their friends at the hair salon to visiting the Wild West. With themes as varied as music themes, fashion themes, activities and settings; and ranging from "rock and roll" and "rodeo" to "beach party" and "funk out"[75], a girl with any type of fashion sense or personality will find a doll through which she can express herself.

53. These themes are a means of creating a unique lifestyle brand and to evoke emotions associated with this lifestyle. Hence, Bratz are an emotion piece, unlike Barbie which is more a play-with piece, as I understand from my interview with Paula Garcia. Bratz also provides an avenue of expression or self-expression. This is one of the key success factors of Bratz because MGA Entertainment recognized that the new consumer at the age of 7-12 plays less and spends more time in emulate teenagers. This form of self-expression differs from girls that play with Barbie. Barbie is more a symbolization of girls' professional aspirations – she began as a model and has had over 90 careers over the years (fashion editor, ballerina, stewardess, astronaut, doctor, nurse, and so forth).[76] Bratz, unlike Barbie which was introduced as a play-with piece, and has always been looked as a way of emulating others, with the aspirational reference target of teenagers throughout the years.[77] The self-expression, if any, of using or owning Barbie is further removed and more conceptual and works well with the 3 to 6 year old set. Hence, Barbie's themes have historically resonated with the on goings and cultural context of a "stylized" America, mostly about careers,

---

[73] My Scene Competitive Overview, August 27, 2003, M 0072014 at M0072024
[74] *Ibid*
[75] MGA Entertainment, *Awards*, http://www.mgae.com/awards/2006_awards.asp
[76] Eric Clark, *The Real Toy Story: Inside the Ruthless Battle for America's Youngest Consumers*, The Free Press, New York, NY 2007.
[77] Interview with Paula Garcia, January 29, 2008

CONFIDENTIAL – ATTORNEY'S EYES ONLY

EXHIBIT _2_

PAGE _50_

holidays and culturally significant moments.[78] She introduced concepts to young girls to aspire to in the far future, in contrast to Bratz dolls whose themes embody characteristics to which young girls are already relating to today, here and now. The different themes that the Bratz dolls embody each season strengthen the brand identity system. It captures the emotional code of the cultural context in which tweens realistically live today and hence makes the brand part of their cultural currency.

54. Another level important to understanding the brand architecture is to look at brand extensions and licensing.  These components lay out the framework for the brand, creating a mental landscape or brand territory that defines the social-situational context in which the brand resides, creates associations and manifests growth. In my opinion, it is this construction of the brand territory of the Bratz "world"[79] that truly creates the brand and the value to MGA Entertainment and consumers. The fast and effective means to create this world, to transcend a doll brand and become truly a lifestyle and entertainment brand is through brand growth strategies such as licensing and brand extensions. It matters how these growth strategies fit together, and how they connect the various elements that relate to young girls today. In my book, *Hidden in Plain Sight*, I call this progress: capturing the ecosystem of consumer demand. Kids today are interested in self-expression, technology and independence.  They want to be creative, hip, and play with toys that resemble cell phones, video games and automatic toys all while immersing themselves in a brand they think is cool.  The Bratz brand has produced hundreds of products that build this strong brand architecture.  The Bratz line consists of Bratz Petz, Bratz Kidz, clothing, safari packs, pool lounges, shoes, waterslides,

---

[78] Eric Clark, *The Real Toy Story: Inside the Ruthless Battle for America's Youngest Consumers*, The Free Press, New York, NY 2007.
[79] My Scene Competitive Overview, August 27, 2003, M 0072014 at M0072022

CONFIDENTIAL – ATTORNEY'S EYES ONLY

EXHIBIT ___2___

PAGE ___5-1___

canopy, chalk, toothpaste, bags, and stationary sets among others.[80]  Furthermore, with numerous brand products and accessories sold with the brand extensions, such as purses in the form of "quality soft goods,"[81] young girls are able to live the brand, forming strong associations about their abilities to express themselves with Bratz.

55. In conclusion, Bratz has developed a logical system of sub-brands, themes and other products, brands and innovations that reinforce the Bratz brand identity. It also creates clarity of what Bratz stands for and creates clear differentiation from Barbie or other dolls.

*Organizational Structure and Processes*

56. The third component of a system of managing the brand is the organizational structure and the processes that are in place to manage a brand from its inception to its growth. One of the most important areas is that there needs to be somebody in charge. In my book *Brand Leadership* as well as research that led to the book, I describe the various organizational structures that create responsibilities and accountabilities for managing the brand.[82] At MGA Entertainment, this effort was led by Paula Garcia and a small group of people that she worked with.[83]  In my opinion, there appears to be a loose, intuitive process of managing the product design and brand development process as it is typical for young and entrepreneurial firms.

57. In addition to the core team that had the vision for Bratz, there were host of other people involved from inside and outside the firm. For example, Paula Garcia used outside freelance and design help so there was a continuous and ongoing back and forth process on sculpting

---

[80] Outdoor Activities, Spring 2005, MGA 1675793
[81] My Scene Competitive Overview, August 27, 2003, M 0072014
[82] See for example: David A. Aaker and Erich Joachimsthaler (1999), The Lure of Global Branding, *Harvard Business Review*, November/December.
[83] Interview with Paula Garcia, January 29, 2008

CONFIDENTIAL – ATTORNEY'S EYES ONLY

EXHIBIT  2

PAGE  52

that created the final designs – there was a specialist named Margaret Leahy who created rough sculpts in an attempt to envision what the doll would be like and how it would come to life, and there were brain storming sessions that were run by Rachel Harris with design teams to create breakthrough packaging design ideas. Carter Bryant and Veronica Marlow searched for inspiration from different and new fabrics.[84]  There was also early on a sense that consumer research is important. Isaac Larian has often said that listening to young kids is important, including asking his own daughter Jasmin, whose age fell within the "tween" age bracket. Kids always tell the truth in the most honest and straight way.[85] MGA Entertainment conducted focus groups as early as 2001.[86] Often, these focus groups were designed to provide inspiration from consumers rather than merely to confirm and test existing doll concepts and to avoid risk and failure.[87]

58. These activities point to processes of managing the brand from the early inceptions of the Bratz brand. I have interviewed several executives of MGA Entertainment to further understand how these processes work today and from experience with similar entrepreneurial companies in similar industries, I conclude that MGA Entertainment has some of the important key processes, systems and structures in place to manage effectively the brand over time. There are also gaps as I would expect and as is typical in these types of firms.

*Brand-Building Programs*

59. The fourth component of a proactive system of managing a brand is the mechanism to create powerful brand-building programs that are on target and that resonate with consumers or

---

[84] *Ibid*
[85] Eric Clark, *The Real Toy Story: Inside the Ruthless Battle for America's Youngest Consumers*, The Free Press, New York, NY 2007
[86] Interviews with Paula Garcia and Steffen Smith, January 29 and 31, 2008
[87] Interview with Paula Garcia, January 29, 2008

31

CONFIDENTIAL – ATTORNEY'S EYES ONLY

EXHIBIT ___2___

PAGE ___53___

retailers.  At MGA Entertainment, there appears to be present a system that is able to consistently create a "strong branding" with the ability to "execute on irreverence."[88]  In order to do so, MGA constructed effective and unique brand-building programs that not only launched the Bratz dolls but also proved to be effective again and again. Over the years, these programs created one of the most popular doll brands today, not only able to sell dolls but to "convince consumers to buy into a higher price point."[89]  One of these ideas, for example, was the creation of a Bratz movie with live characters. At the time, this was a departure from movies that were made primarily using animation.  The movie grossed $10,005,534[90] in the United States alone and was said to be a "fun" movie with "a lot of clothes" about "spilling secrets."[91] These characteristics resonated with young girls and provided them with the level of sophistication they seek as tweens.

60. Another brand-building program that has been very effective is MGA's use of different media outlets such as radio, cable and music to reach consumers.  Music in particular allows young girls to identify the brand quickly and relate to the sounds.  When defining their approach to building brand equity, competitors state that it is imperative to use taglines, sound bites and brand music in a consistent way so girls directly recognize the advertisements.[92]  Responding to the tweens' desire to emulate older girls, MGA released its own Bratz music CD, capturing the popular sounds of today and reaching young girls looking for a piece of pop culture with which they can relate to.[93]

---

[88] My Scene & Bratz What's Working & What's Not, M 0078511 at M 0078512
[89] My Scene Competitive Overview, August 27, 2003, M 0072014 at M0072025
[90] The Numbers – Box Office Data, http://www.the-numbers.com/movies/2007/BRATZ.php, 1997 - 2007
[91] Mattel Worldwide Consumer Research Memo from Dawn Rapp, July 19, 2005, M 0077590
[92] Email from A Lago to Young & Republican, November 1, 2004, Y & R 000135 - 136
[93] Bratz Passion 4 Fashion Diamondz, Marketing Plan Authorization, Presented July 28, 2006. MGA0194218

CONFIDENTIAL – ATTORNEY'S EYES ONLY

EXHIBIT ___2___

PAGE ___5 9___

61. I reviewed the consolidated statements of operations of MGA Entertainment from 2001 to 2006 to gain a sense of how much the marketing budget weighed relative to total revenue, a metric commonly used to measure how active a company is in managing it(s) brand(s). MGA Entertainment's "marketing and sales" budget grew from 15.7 million dollars in 2001 to 54 million dollars in 2006, representing 16.4% of revenue the first year and stabilizing at an average of 8.6% the following years.[94] Over half (52.6%) of all CMOs (Chief Marketing Officer) of US-based consumer goods companies claim to spend less than 4% on sales and marketing.[95] I also reviewed Mattel's annual report over the same period of time and found that Mattel had spent on average 12% of revenue on "marketing and sales".[96] I conclude that the toy industry and in particular the fashion doll space is very competitive and that companies invest heavily in building systems for managing their brands and marketing their products. Furthermore, I conclude that MGA Entertainment followed the category and actively invested in building it(s) brand(s).

62. In conclusion, MGA Entertainment had in place all the major pieces of a successful and proactive brand management system during the early years of Bratz. The company was in a unique position of having experience in the toy industry but not necessarily with the specific category of fashion dolls. This helped Isaac Larian to attract talented people early on, something that would be more difficult for a pure start-up company. These professionals knew the effective workings and processes of building a brand, and they had access to external partners or suppliers they could trust to make the task of managing the brand consistent with their vision. The system of proactive brand management at MGA

---

[94] Financial statements (P&L) from MGA Entertainment, MGA 3709872-MGA 3709924 (2001); MGA 3710834-MGA 3711607 (2006)
[95] CMO Council. "Positive outlook on marketing spend reported by CMO council."
http://www.marketwire.com/mw/release.do?id=809857
[96] My calculations based on financial statements from MGA Entertainment.

33

CONFIDENTIAL – ATTORNEY'S EYES ONLY

EXHIBIT _2_

PAGE _55_

Entertainment is looser and more fluid than in larger companies that manages brands much like they manage financial assets using procedures, policies, guidelines and rules, for example. The more fluid system benefits from allowing decision making to be intuitive and creative not formal; fast-paced rather than lengthy with enormous time lapses; and less bureaucratic and hierarchical. It is my opinion that the success of Bratz in the market place had as much to do with the ideas around the brand as with the way it was managed proactively at MGA Entertainment. In the following section, I will describe my analysis of how MGA Entertainment built specific brand assets that together make up the strength of the Bratz brand. I also discuss how the Bratz brand has been built overtime through a powerful set of brand-building programs and marketing activities.

## C. The Strength of the Bratz Brand and its Development from 2001 until Today

63. The concept of *brand equity* emerged in the late 1980s and is based on the idea that a brand provides a quantifiable value to a company's success. This value is greater than the sum of its tangible assets (i.e., product, design and distribution capabilities). Brand equity is defined as the set of assets or liabilities that add or subtract from the value provided by a product or service.[97] The brand's equity – its ability to contribute to operation profit – is a function of its power to acquire and retain customers. It is a strategic variable to be built and enhanced by new innovations, advertising, promotions and other brand-building activities.

64. An assessment of a brand's equity focuses not just on any or all aspects of the brand but those that influence consumer response or brand performance in the market place. The most

---

[97] David A. Aaker, *Managing Brand Equity*, The Free Press, New York, NY 1991; David A. Aaker and Erich Joachimsthaler, *Brand Leadership: The Next Level of the Brand Revolution*, The Free Press, New York, NY 2000.

34

CONFIDENTIAL – ATTORNEY'S EYES ONLY

EXHIBIT ___2___

PAGE ___56___

commonly measure is the price premium, that is, the ability of a brand to charge a higher price than an unbranded equivalent charges.[98] While price premium may be a common measure of the outcome of brand equity, from a practical and a managerial perspective, it is important to decompose brand equity into the different components. David A. Aaker and I began to conceptualize these components of brand equity early on, as described in our book *Brand Leadership*. The conceptualization that we described in the book consists of at least five "asset dimensions:" awareness, associations, perceived quality, loyalty or affinity and other proprietary brand assets such as trade relationships.

*Awareness*

65. Brand awareness refers to the consumers' familiarity with the brand and its branding elements (*e.g.* name, logo, etc.). Awareness is an important asset dimension but not the most important; brands must have strong, favorable and unique associations with loyal customers to sustain brand strength. Without awareness, a brand would have little hope of establishing the other *asset dimensions* of brand strength. Therefore, awareness is a necessary but not sufficient element of brand strength. Awareness is generated through meaningful exposures to the brand. This can be achieved, for example, through advertising (TV, print, radio) or other forms or channels. Successful brand builders often utilize a variety of other brand-building programs such as complementary product offerings, giveaways, promotions, websites, point-of-purchase distribution, and tradeshows. Awareness or familiarity creates value because extant empirical research has shown "before one can like something they must

---

[98] David A. Aaker, *Managing Brand Equity*, The Free Press, New York, NY 1991; David A. Aaker, *Building Strong Brands*, New York, NY, The Free Press, 1996; Erich Joachimsthaler and Paul Green (1994), "Conjoint Analysis Takes the Guess Work Out of Pharmaceutical Marketing Decisions," *IESE Publication No.: MN-284.* and also Manjoy K. Agarwal and Vithala Rao (1996), "An Empirical Comparison of Consumer-Based Measures of Brand Equity, *Marketing Letters*, 7 (3), 237-47.

CONFIDENTIAL – ATTORNEY'S EYES ONLY

EXHIBIT __2__

PAGE __5-7__

be aware of it and have assessed some critical attributes".[99] Awareness and familiarity also makes future brand-building efforts more effective and less costly.

66. MGA Entertainment uses traditional awareness-building programs to promote the Bratz brand to consumers.  The brand was initially introduced through television commercials in the fall of 2001 using a media budget of $2.5 million and has been promoted on an on-going basis since then.[100]  The early commercials seemed to hit the mark as research on Bratz concluded: "[Bratz advertising appeared to] be on target with attitude, a passion for fashion and intrusive techniques."[101]  In a departure from traditional doll advertising, media content included aspirational girl settings, interactions with live talent (featuring boys) and the Bratz featured as a group of friends rather than one start doll.[102]  These techniques were the beginning to showcasing the Bratz dolls and their "strong accessories."[103]  Other brand-building programs included (a) print media with Nickelodeon magazine, popular among tweens, printing stories about the dolls, and the Bratz Magazine, launched in 2005, distributed in the UK, Australia and New Zealand, winning the best-selling award in the UK[104]; (b) radio with the broadcasting of a youth-focused satellite radio with regular on-air giveaways; (c) CDs released by Universal Music;  (d) television and the movies with a brand new TV series launched in 2001 and the Bratz Movie "Bratz Passion 4 Fashion Diamondz" released in September 26, 2006; and finally (e) interactive media with a video game and the numerous websites and online communities featuring Bratz, such as the Be-Bratz.com,

---

[99] Robert B. Zajonc (1980), Feeling and Thinking: Preferences Need No Inferences, *American Psychologist*, 35(February), 151-171.
[100] ABC International Traders, Inc., Business Plan Copy #1, March 2001, MGA 0047162
[101] The Bratz Brief, November 14, 2003, M 0079765 at M0079769
[102] 2003/2004 Mattel Girls Toys Competitive, MGA Entertainment, O&M 000001
[103] Brand Comparison Chart, M 0065305
[104] Bratz press release, "Bratz Magazine Wins Best Sellers Award For Best ABC Debut in the United Kingdom", February 27, 2007.

CONFIDENTIAL – ATTORNEY'S EYES ONLY

EXHIBIT __2__

PAGE __5-8__

launched in 2007, where girls can read about and interact with their doll in cyberspace. All of these brand-building activities contributed to the creation of a "Bratz world" that extended far beyond merely the doll.[105]

67. In addition to specific brand-building programs, the physical presence of the Bratz doll on shelves contributes to its high awareness. The packaging and store displays create awareness by introducing clear messages, unique shapes and specific bright colors.[106] The type of package for a toy product is important, giving impetus to many toy companies to invest in initiatives designed to drive sales momentum, such as more "open packaging."[107] Bratz has taken an "innovative" approach, with "unique pyramid shape" packaging.[108] The packaging's clear structure allows for almost the entire product to be seen on all sides and lets the doll and the accessories to shine through. Furthermore, "the Bratz front packaging has more callouts than My Scene and always has a handle."[109] Although the use of a handle on a package seems like a small feature, it makes a big difference with the young consumer. Focus groups have shown that young girls "are more attracted to structures with furry handles", giving the girls storage capability and portability."[110] Bratz's packaging has, in fact, garnered several awards: *Create Magazine*'s Editor's Pick Winner for best packaging for Bratz Genie Magic and Bratz Rodeo.

68. In addition to the design of the package, the placement and order in the aisles is also essential. The packages are lined from smaller to bigger sizes and allow for systematic decision-making and hanging displays make it easier to differentiate the products and create

---

[105] My Scene Competitive Overview, August 27, 2003, M 0082139
[106] Competitive Overview, August 27, 2003, M 0072014
[107] Mattel 10K filed March 8, 2005 at 23
[108] *Ibid*
[109] My Scene vs. Bratz Dolls, Competitive Analysis and Recommendations, M 0086622
[110] Mattel Worldwide Consumer Research 2004, My Scene waves B & C, Focus Group Report, October 13, 2003 M 0747909

CONFIDENTIAL – ATTORNEY'S EYES ONLY

EXHIBIT 2

PAGE 59

a visual flow from segment to segment.[111]   The bright, metallic colors of the consistent shelf tags, wallpaper, and packaging of the Bratz dolls enhance their edgy and trendy personalities, and create strong impact at the shelf.  In fact, Mattel talks about the need to change their packaging strategy[112] and color palette and structure[113] because it is not sufficiently "hip/cool/edgy".[114]  Other doll brands argue that packaging is an important element on which they have to work harder in order to match Bratz.[115]  By extending the Bratz branding to the store shelves, MGA Entertainment has created a whole consumer experience.

69. The Bratz dolls have achieved high awareness, especially among tweens. Global awareness tests in 2006 and 2007 indicate that the Bratz dolls hold an average of 60% unaided awareness worldwide and 71% in the US, as opposed to My Scene Barbie that averages 21% worldwide and 20% in U.S. Research shows that in 2006 girls held the Bratz brand in strong position as second most top-of-mind doll, especially in Spain, U.K., and Canada and in 2007 Bratz dolls were the most top-of-mind in the UK and Canada.[116]  In a 2006 survey conducted for MGA Entertainment, 50% of girls said they played with Barbie and 50% of girls said they played with Bratz dolls.  Furthermore, the Bratz brand in 2006 was the second best known among mothers internationally[117]

70. As I said before, achieving awareness is an important step in creating brand equity, but it is not enough.  The insurance company *Aflac* is a case that illustrates this important fact. The company uses a duck as a brand character which pronounces the word Aflac in advertising in

---

[111] Barbie Retail Experience, M0065511
[112] The house is on fire! Packaging Improvements to Save Barbie M0082011
[113] My Scene Competitive Overview, August 27, 2003, M 0082139
[114] Barbie Retail Experience M 0065497
[115] My Scene Go Forward Strategy M 0085691
[116] Bratz International A&U US, UK, & Canada, November 2007, pg. 65 MGA 3823970; Bratz International A&U December 2006 study, MGA 0295483
[117] A&U December 2006 study p. 35 – 64 MGA 0295483

CONFIDENTIAL – ATTORNEY'S EYES ONLY

EXHIBIT __2__

PAGE __60__

a unique tone of voice. The company has reported phenomenal 85% brand awareness associated with this symbol. However, while many consumers know the duck and know the sounds of the Aflac name, they still do not know what products or services the company offers or what the company stands for.  This creates a situation where there is a lot of familiarity and awareness but not real brand equity because awareness does not translate to additional sales.[118]

*Associations*

71.  A second fundamental asset dimension of a brand is for it to have strong, favorable and unique brand associations. Brand associations are anything 'linked' in memory to the brand.[119]  An association can be a visual image (Ronald McDonald for *McDonald's*), a feature (*iPod*'s distinctive design and use of color), an attribute (*Volvo*'s safety), a gesture (*Allstate*'s hand gesture associated with the tagline: You are in good hands with *Allstate*), or a benefit (*Crest*'s cavity prevention). Such associations form the core of how consumers evaluate a brand on an ongoing basis. A brand has value when the associations that consumers hold about the brand are strong, favorable, and unique.[120]

72. The Bratz brand has achieved strong, meaningful associations amongst girls and mothers. According to an A&U study conducted in 2006 with tween girls and their mothers, Bratz is considered the "coolest-looking" and most fashionable doll when compared to Barbie, Mary-Kate and Ashley, Jam 'n Glam, and Fashion Polly.  Among the positive associations, Bratz were seen as fashionable, cool, and fun or exciting.[121]  Furthermore, in the 2007 A&U Study,

---

[118] Lisa Sanders, "CMO Says: Shut the Duck Up", *Advertising Age*, February 19, 2007.
[119] David A. Aaker, *Managing Brand Equity*, New York, NY, The Free Press, 1991.
[120] Kevin Lane Keller, *Strategic Brand Management: Building, Measuring, and Managing Brand Equity*, Third Edition, Pearson Prentice Hall, Upper Saddle River, NJ, 2008.
[121] Bratz International A&U Tracking Study, 2006, Prepared by C&R Research. MGA 0295483

CONFIDENTIAL – ATTORNEY'S EYES ONLY

EXHIBIT __2__

PAGE __61__

Bratz imagery continued to be strong for being fashionable, fun and appropriate for girls ages 6 to 11 and were overwhelmingly picked as "something their friends would like."[122] Neutral associations included big features, big heads, accessories, feet and shoes. Negative associations included too much makeup, dumb, stupid, weird, and strange looking.[123] These associations are relatively strong for both Bratz and Barbie over the years.[124] Both brands however face significant competition for the preferences from young girls from newer dolls such as Hannah Montana or High School Musical.[125]

73. Mothers of tweens also have strong associations with the brand. MGA's own research study found that 69% of mothers gave positive associations, with some of the strongest associations being stylish, modern, cute, pretty, beautiful and hip and trendy. The study showed that mothers think Bratz are fashionable, age – appropriate for 6-11 year olds, fun to play with, and okay for their daughter to have. The research also showed that mothers think Bratz were the coolest dolls. Neutral associations included big features (heads, eyes, lips, and faces), babies, doll names, young, original, and different. Negative associations included ugly, expensive, too much make-up, sluttish, sleazy, weird, strange looking, rude, nasty, and mean.[126]

74. The Bratz dolls represent strong and unique associations that have captured the attention of girls and mothers alike. A recent study resulted in 9 in 10 moms and girls buying at least one Bratz doll in a stimulated shopping event[127] with 305 mom & daughter pairs in 12 geographically dispersed markets (Atlanta, Charlotte, LA, Minneapolis, New York, Omaha,

---

[122] Bratz International A&U US, UK, & Canada, November 2007, pg. 36 MGA3823970
[123] A&U December 2006 study p.41 – 42 MGA 0295483
[124] Mattel Worldwide Consumer Research 2004 – 2005, M0082100-M00821110, M0080091-M0080100.
[125] A&U Tracking Study, 2006, Prepared by C&R Research MGA 0295483
[126] A&U December 2006 study p. 79 – 81 MGA 0295483
[127] Bratz Fall '05 Girls' Line Central Location Test p. 13 MGA 0201197

CONFIDENTIAL – ATTORNEY'S EYES ONLY

EXHIBIT 2

PAGE 62

Orlando, Philadelphia, Phoenix, San Antonio, Seattle, St. Louis). The results show that key associations are both positive and negative. However, the positive associations that Bratz dolls have been able to create in the minds of consumers are in particular very powerful and meaningful to both tween girls and their mothers.  While Barbie retains its iconic status, Bratz has surpassed Barbie in terms of desirability among girls.[128]  In all but two of the countries surveyed (US, Spain, United Kingdom, Canada, France, Mexico, Benelux, Germany), girls chose Bratz more often than any other doll as the one that they are most likely to want next.  25% of girls surveyed wanted a Bratz as their next doll, whereas 17% surveyed wanted a Barbie as their next doll. This result is also confirmed in the studies by Mattel.[129]

75. It is interesting to reflect on how consumers' memories about brands are formed.  Cognitive processes of memory play an important role in decision-making since people rely on their memory when deciding which doll to buy or to play with[130].  The information stored in people's memories about brands contain the brand associations that make up a brand's identity at the consumer level.

76. With respect to consumers' memory for dolls, it is generally believed that the brand name often serves as a central node in a brand-related network.[131]  In addition, there are the many elements of the brand's identity (e.g., its design, colors, logo, and packaging) that can be so closely connected to the brand name that it operates in virtually the same way as the brand's

---

[128] Bratz International A&U December 2006, Prepared by C&R Research Services, Inc, MGA 0295483
[129] For example, Mattel Worldwide Consumer Research 2004 – 2005, M0082100-M00821110, M0080091-M0080100.
[130] J. W. Alba and J. W. Hutchinson (1987), "Dimensions of Consumer Expertise," *Journal of Consumer Research*, 13 (4), 411-54.
[131] Kevin Lane Keller, *Strategic Brand Management: Building, Measuring, and Managing Brand Equity*, Third Edition, Pearson Prentice Hall, Upper Saddle River, New Jersey, 2008

41

CONFIDENTIAL – ATTORNEY'S EYES ONLY

EXHIBIT 2

PAGE 63

central node.[132]  For example, it is possible that the tagline: "passion for fashion" immediately invokes all associations with Bratz. Other elements or nodes in a brand's memory network, sometimes called a brand's "memory trace," represent beliefs about the brand's main attributes and benefits (e.g., functionality, quality, doll personality), experiences with the product whether direct (e.g., personal experience) or indirect (e.g., word-of-mouth, advertising), and other beliefs or feelings about the brand (e.g., popularity with peers, its "cool" factor, relevance to user's personality and imagination). The figure below illustrates how brand-related memories may be organized as a network.



77. In the case of the Bratz dolls, a consumer familiar with the brand may have a memory network as follows:[133]

---

[132] Ibid
[133] A&U December 2006 study MGA 0295483

42

CONFIDENTIAL – ATTORNEY'S EYES ONLY

EXHIBIT _2_

PAGE _64_



78. As for Barbie dolls, a typical consumer's memory network may look as follows:[134]



---

[134] A&U December 2006 study, MGA 0295483

43

CONFIDENTIAL – ATTORNEY'S EYES ONLY

EXHIBIT __2__

PAGE __65__

79. The strength, favorability and uniqueness of the associations that consumers' have with the brand are reflections of the memory networks that are in consumers' mind and that influence how they purchase and play with dolls.

### *Perceived Quality*

80. Perceived quality is "the customer's perception of the overall quality or superiority of a product or service with respect to intended purpose, relative to alternatives."[135]   It is an association, but it is often separated out because of its strategic importance as the source of many brands' competitive advantage.

81. According to internal MGA Entertainment documents, the brand strength of the Bratz dolls is rooted in the attention to detail and the quality of the product.[136] In addition, the dolls are sold with numerous accessories and in theme packs, such as lifestyle packs and fashion packs.  The ability to fill out the package with lots of value has resulted in the creation of a quality brand that girls as well as moms see as superior to other doll products.[137] In the December 2006 A & U study, research showed that "When Bratz and Barbie are compared head to head, girls think that Bratz is the most fashionable and cool...having the best accessories and the most items in the box."[138]  Even further research shows that U.S. mothers alone believe that Bratz has the best accessories, finding even higher percentages among girls and mothers than in any other country.[139]

82. As early as 2001, Bratz established a strong vision for quality in terms of its accessory-merchandising program. The program was clearly designed to set itself apart from the typical

---

[135] David A. Aaker, *Managing Brand Equity*, The Free Press, New York, NY, 1991.
[136] BRATZ S.W.O.T. MGA0212252
[137] *Ibid*
[138] Bratz International A&U December 2006, Prepared by C&R Research Services, Inc, MGA 0295483
[139] *Ibid*

44

CONFIDENTIAL – ATTORNEY'S EYES ONLY

EXHIBIT ___2___

PAGE ___66___

character program.[140]  When introduced to Bratz, girls overwhelmingly believed that Bratz came with "better stuff."[141]  This belief has been upheld by much research performed by both competitors and MGA Entertainment.  Mattel research has concluded that Bratz has succeeded in part because girls think Bratz accessories are "over the top hip,"[142] and in particular, girls are enamored by the high piece count and stuff that comes with the dolls.  Despite the higher prices, moms tend to perceive the dolls as having higher value.[143]

83. The quality of the Bratz dolls comes through research on perception among girls that shows why "Bratz remains the brand with the strongest imagery in the doll category."[144] The favorable quality of the brand has translated into many awards and recognitions of excellence within the toy community.  Awards and recognition for quality include Toy of the Year 2001 by the Toy Industry Association, Family Fun's Toy of the Year 2001,[145] and TIA People's Choice Toy of the Year Award.[146]

*Loyalty*

84. Loyalty is "a measure of the attachment that a customer has to a brand. It reflects how likely a customer will be to switch to another brand." [147]  Loyalty and trust are the cornerstones of a brand's relationship with its consumer.  This relationship takes time to be built and requires continual reinforcement through advertising, product innovation, perpetual delivery of the

---

[140] Holiday Fair Bratz Dolls Marketing Plan/Licensing Proposal, MGA 0064245
[141] Mattel Worldwide Consumer Research, Girls Monthly Brand Tracking Study in the US, March 4, 2005, M 0082090
[142] Mattel Worldwide Consumer Research, Diagnostic Testing with Girls Age 6 to 9, M 0088292
[143] The Bratz Brief, November 14, 2003, M 0079765
[144] Mattel Worldwide Consumer Research, Girls Monthly Brand Tracking Study in the U.S., M 0082090
[145] Bratz Fact Sheet, MGA 0178908
[146] MGA Entertainment's passion for fashioning innovative consumer entertainment products has earned numerous awards, 2003
[147] David A. Aaker, *Managing Brand Equity*, The Free Press, New York, NY, 1991.

45

CONFIDENTIAL – ATTORNEY'S EYES ONLY

EXHIBIT _2_

PAGE _67_

brand's equity and image promise, and constant improvement of the marketing systems.[148]
Brands like Harley-Davidson exemplify the highest levels of loyalty. Few other brands have
followers so deeply loyal that they tattoo the brand logo on their skin.

85. Brand loyalty can be achieved by involving the customer in brand-building experiences. In
contrast, providing extensive information about a product through media advertising simply
cannot produce the impact that a customer's personal experience with a brand can achieve.
Consider for example "Legoland"; "McDonald's PlayPlace" or "Playland" playgrounds for
kids; and the involvement of customers in the "Nike Runner's Lounge". The Bratz Brand,
for example, has created brand-building experiences in the online world, inviting tweens to
access their *Be-Bratz.com* website with a key only found in Bratz dolls packages. Once
inside the site, Bratz owners can access a full interactive world where they are able to create
their own Bratz character, take care of a pet, and choose characteristics ranging from
personality attributes to fashion choices. The vast array of interactive activities involves the
consumer and builds the world of Bratz to include much more than just the product. Visiting
the site myself, I was able to see that the interactive life you build for your character, the
enabled chat and text messages as well as the multitude of games and activities encourages
repeat visits.

86. With websites, fan clubs and free gifts the Bratz brand has inspired popularity and loyalty
among young consumers such that most girls who own Bratz dolls, have about four on
average.[149] Consumer loyalty to Bratz has pushed retailers to devote more shelf space to
Bratz. Although challenging the iconic Barbie doll was a lofty goal, Bratz was able to win
shelf space through consumer demand that resulted in $20 million worth of Bratz dolls being

---

[148] *Ibid*
[149] A&U December 2006 study p. 32, MGA 0295483

46

CONFIDENTIAL – ATTORNEY'S EYES ONLY

EXHIBIT 2

PAGE 68

sold in the first six months they were out.[150] In the year 2007, a survey shows that moms felt that their daughters played ever less with Barbie than the previous year when Bratz were already winning for play time among young consumers.[151] For example, Bratz is given shelf space equal in size to My Scene and Flavas combined.[152] Furthermore, the Bratz website boasts a large following of loyal fans. The Bratz website (www.bratzpack.com) logs about 70 thousand fans on a regular basis[153] with over 400,000 subscribers, the majority of which are repeat visitors.[154]

87. In conclusion, MGA Entertainment engaged in the classic brand-building activities that I would expect from an entrepreneurial-minded company as such; they have achieved high awareness levels, strong associations, high perceptions of quality, and loyalty among customers. These brand-building efforts have translated to a high willingness-to-buy. For example, 56% of the dollars that moms in general are willing to spend on buying a fashion doll would be used to buy a Bratz doll; versus Barbie & My Scene's combined 42% share of dollars that moms are willing to spend on buying a fashion doll.[155] The desirability of the dolls has translated directly to high conversion rates for girls and mothers.[156] In Spain, the U.K. and Canada, the girls' conversion rate was at 75% and in the U.S., France and Mexico, the rate was at 50%-66%. Moms as well have high conversion rates, processing awareness and association into ownership; they are buying Bratz more than any other doll except Barbie – an average conversion rate of 69%[157], as opposed to a 94% conversion rate for Barbie.[158]

---

[150] Mel Duvall and Kim S. Nash, Baseline, *Mattel: How Barbie Lost her Groove*, August 4, 2005
[151] Bratz International A&U US, UK, & Canada, November 2007, pg. 65 MGA 3824035
[152] JP Morgan Securities US Equity Research – Mattel, Inc.  MGA0191335
[153] Bratz Fact Sheet MGA0178909
[154] Bratz – Mr. Pete Lipnick/OfficeMax/December 1, 2004  MGA0212217
[155] Bratz Fall '05 Girls' Line Central Location Test p. 11 MGA 0201197
[156] The conversion rate refers to the percentage of translation from mere consideration to actual purchase.
[157] A&U December 2006 study p. 70 MGA 0295483
[158] *Ibid*

47

CONFIDENTIAL – ATTORNEY'S EYES ONLY

EXHIBIT _2_

PAGE _69_

The Bratz dolls' high conversion rate exemplifies the strength of the brand in motivating consumers to purchase.

*Other Proprietary Brand Assets*

88. Other proprietary brand assets include patents, trademarks, or channel relationships that create value for the brand. An important asset dimension for MGA Entertainment and Bratz is its channel or trade relationships. This is particularly important in today's toy market where a few major companies have swallowed smaller firms and now control the toy industry.[159] They dominate distribution with key retailers. The situation is exacerbated for other manufacturers because as discussed earlier, toy retailing is highly concentrated among the top five retailers with the top three accounting for 60% of the volume while many of the specialty stores like Zany Brainy, Noodle Kidoodle or Store of Knowledge disappear. It is extremely difficult to achieve distribution with various retail formats. Strong retail channel relationships represent an important asset dimension for toy manufacturers.

89. Beginning in 2001, it is my understanding that a comprehensive retail strategy was created to launch Bratz dolls and most importantly, put them on shelves.[160]  Product samples, mock advertisements, and store end caps were drafted to present to retailers.[161] Kits were created by the sales department that included press clippings, media and promotional plans with digital photos, prospective licensees, character profiles and flash animation.[162] Obtaining shelf space in a retail environment that was used to selling only Barbie was almost an

---

[159] Eric Clark, *The Real Toy Story: Inside the Ruthless Battle for America's Youngest Consumers*, The Free Press, New York, NY, 2007.
[160] Interview with Paula Garcia, January 29, 2008.
[161] Holiday Fair Bratz Dolls Marketing Plan and Licensing Proposal, June 21, 2001. MGA 0064245
[162] *Ibid*

48

CONFIDENTIAL – ATTORNEY'S EYES ONLY

EXHIBIT __2__

PAGE __70__

impossible task, as explained by Paula Garcia.[163]  In order to get shelf space, MGA Entertainment had to present their dolls at the NY Toy Fair in hopes of impressing one of the Big Four players: Toys "R" Us, Wal-Mart, Kmart and Target.[164]  At the time, out of all major retail chains at the fair, only Target agreed to pick up the line, offering approximately one foot of shelf space compared to the 24 feet that Barbie normally occupies.[165]  Today, Bratz occupies substantial shelf space at all major retailers including Walmart, Kmart, Target and Toys "R" Us, where Bratz holds 64 feet of shelf space compared to My Scene Barbie which has 24.  Similarly, at Kmart, Bratz holds 32 feet of space whereas My Scene Barbie holds 6 feet.[166]  The efforts that were made in the early stages of the Bratz dolls' development have lead to the retail space that the brand is able to occupy today.[167]

90.  When MGA Entertainment entered the doll space, Mattel had introduced the top 5 dolls sold in 2000.  The two years previous to that, only 3 of the top 25 items and two of the top 25 items were not Barbie branded. Barbie was the #1 Fashion doll and Celebration Barbie and Millennium Barbie both had sales upwards of $50 Million.  Today, Bratz dolls are the #2 girl property and #1 girl property for 6-8 and 9-11 year olds.[168]

91.  MGA Entertainment continues to manage a comprehensive retail strategy.  This strategy focuses on selling to the most popular toy retailers including Toys R' Us, Target, Wal-Mart and Macy's, where Bratz has the same amount if not more shelf space than Barbie,[169] as well as several other channels such as mid-tier department stores, toy specialty stores, and e-

---

[163] Interview with Paula Garcia, January 29, 2008
[164] T.L. Stanley and Karen Benezra, "Toys: would she make it after all", *Brandweek*, February 09, 1998.
[165] Interview with Paula Garcia, January 29, 2008
[166] My Scene Competitive Overview, August 27, 2003, M 0072014
[167] ABC International Traders, Inc., Business Plan Copy #1, March 2001, MGA 0047162
[168] 2003/2004 Mattel Girls Toy Competitive, O&M 000002
[169] My Scene vs. Bratz Dolls Competitive Analysis & Recommendations, M 0086622

49

CONFIDENTIAL – ATTORNEY'S EYES ONLY

EXHIBIT __2__

PAGE __71__

commerce ports.[170]  Bratz dolls support these accounts through over 2,650 North America licenses, featuring Bratz shoes, high-tech radio controlled vehicles and videogames, creating the premier fashion doll lifestyle brand of today.[171]  It is not only the foot traffic that Bratz brings to retailers, but also the competitive atmosphere which promotes diversification of the doll space.  Retailers benefit from the addition of a new player, taking away their dependence on one single brand.  Furthermore, retailers had "expressed dissatisfaction" with the low margins of 20%, while Bratz reportedly had the "normal" margins of 35%.[172]

92. In conclusion, Bratz has become a strong brand in a relatively short time. This was recognized and fully analyzed by Mattel at least as early as November 14, 2003 in a briefing document that states that "within two years of its launch, Bratz awareness levels in the U.S. were impressive – in the range of 90-100%" and concludes that "the competitive threat represented by Bratz was based on an unique brand positioning and product execution that was relevant resonated with older girls"[173].  By March 16th 2004, an update to the 2004 Barbie marketing plan states that "the House is on Fire! Every Score Card measurement is down with [Barbie] market share of doll category down 7%, top 4 POS down 13% and account ad space support down 85% at Walmart and 22% at Toys "R" Us while Bratz is gaining share with core 5-8 year olds.  Since November [2003], Bratz penetration has grown from 66% to 80% with 5-6 year olds and 80 to 84% with 7-8 year olds".[174]  On April 15th 2004, another document concludes that "we must do some things differently around here"[175] since "a rival-led Barbie genocide rapidly grows. […] Product, packaging, marketing and

---

[170] ABC International Traders, Inc., Business Plan Copy #1, March 2001, MGA 0047162
[171] MGA Entertainment, Inc Licensing North America, List of Licensees and Contracts MGA 3765287-3765551
[172] The Bratz Brief, M0079765
[173] The Bratz Brief, M0079765
[174] 2004 Barbie Marketing Plan Update p.3 M0079848
[175] 2005 Barbie Spring Line Review p.4 M0079731

CONFIDENTIAL – ATTORNEY'S EYES ONLY

EXHIBIT _2_

PAGE _72_

sales must be launched that is brilliant, tactical, aggressive, revolutionary and ruthless".[176] An internal email entitled "The Barbie Call to Action" dated April 2nd, 2004 states "the old way of building the Barbie brand just doesn't work anymore", highlights that Bratz is now outselling Barbie at Mattel's largest retail account, Wal-Mart, and concludes that the marketing team will need to present new approaches to packaging, pricing, design and marketing.[177]

93. In contrast, every asset dimension of Bratz has strengthened meaningfully over the 5 years following the launch. As previously shown, a considerable number of Mattel documents admit to the brand strengths of Bratz.[178] These strengths are clearly a result of a large array of actions, new innovations and numerous successful brand-building programs that were initiated during the last seven years.  The Bratz brand strengths should translate into a significant price premium that Bratz can realize over an unbranded equivalent. In order to understand how these brand assets impact consumers and hence realizing a price premium for MGA Entertainment when buying toys, dolls, apparel and accessories, it is important to understand how consumers make those buying decisions. I turn to this issue in the next section.

---

[176] 2005 Barbie Spring Line Review p.5 M0079731
[177] Internal email M0079846
[178] Documents include but are not limited to:  The Bratz Brief, M0079765; 2004 Marketing Plan Update M0079848; 2005 Barbie Spring Line Review M0079731; 2003/2004 Mattel Girls Toy Competitive, O&M 000002; My Scene vs. Bratz Dolls Competitive Analysis & Recommendations, M 0086622; My Scene Competitive Overview, August 27, 2003, M 0072014; Mattel Worldwide Consumer Research, Girls Monthly Brand Tracking Study in the U.S., M 0082090; Mattel Worldwide Consumer Research, Diagnostic Testing with Girls Age 6 to 9, M 0088292; Mattel Worldwide Consumer Research, Girls Monthly Brand Tracking Study in the US, March 4, 2005, M 0082090; The house is on fire! Packaging Improvements to Save Barbie M0082011;Barbie Retail Experience M 0065497; My Scene Go Forward Strategy M 0085691; My Scene Competitive Overview, August 27, 2003, M 0082139; Competitive Overview, August 27, 2003, M 0072014; My Scene vs. Bratz Dolls, Competitive Analysis and Recommendations, M 0086622
Mattel Worldwide Consumer Research 2004, My Scene waves B & C, Focus Group Report, October 13, 2003 M 0747909; Barbie Retail Experience, M0065511

CONFIDENTIAL – ATTORNEY'S EYES ONLY

EXHIBIT __2__

PAGE __73__

**D. How Consumers Make Decisions for Toys, Dolls, Apparel and Accessories**

94. Consumer decision making is generally thought of as consisting of several distinct stages.[179] The first stage, called "problem recognition" or "need recognition," is the stage in which the consumer first experiences a problem or a need (e.g., "I need to buy a gift for my daughter"; "Playing helps the development of the child"), and realizes that a product of a certain category may be needed (e.g., "Maybe, I'll buy a doll" or "She needs to have some toys to play with"). A large part of this problem recognition stage is driven by parents or family members who spend more than three times (about $170 billion) on tweens than tweens spend themselves (about $51 billion) in the US. Preferences of girls, of course, influence the purchases by parents. Dolls are an extremely important toy for girls still today. One research study showed that when asked about their most favorite toy, 37% of girls age 5 to 13 list dolls as their most favorite toy, 17% list stuffed animals as their favorite toy and 15% prefer educational activities.[180] Spending on toys differs highly between parents and tweens. While parents may buy the doll, tweens spend a large amount on apparel and accessories. There are huge differences in the motivations of purchasing a doll, perhaps as a gift and purchasing fashion and accessories for a doll that is already owned. Furthermore, recent research shows that "adolescents seem to play a significant role in the final stages of decision making." [181] Increasingly, the consumption of brands in the case of children has become important in the arena of expressing ones' personality and identity. As the youth market shifts making tweens

---

[179] Wayne D. Hoyer and Deborah J. MacInnis, *Consumer Behavior* (3rd ed.). Boston, MA: Houghton Mifflin, 2003.
[180] Isabelle Cherney and Kamala London (2006), "Gender-linked Differences in the Toys, Television Shows, Computer Games and Outdoor Activities of 5 to 13-years old Children," *Sex Roles*, Springer Netherlands, May, Vol. 54, No. 9-10.
[181] Julie Tinson & Clive Nancarrow (2007), "Grow"ing up: tweens' involvement in family decision making, *Journal of Consumer Marketing*, 160-170.

CONFIDENTIAL – ATTORNEY'S EYES ONLY

EXHIBIT __2__

PAGE __74__

older in aspirations and values, their purchase intent and the influence they have on parents and older family members becomes significant.[182]

95. The second stage, called the information search, is the stage in which the consumer gathers information to make the decision. Different types of information may be searched at this stage including (a) information about what options are available (e.g., "What are the different dolls available?"), (b) information about the main attributes of the options (e.g., "Which doll has a broad range of accessories?"; "How much will the child play with it?"), and (c) information about how to make the decision (e.g., "The type of fashion that the doll can be dressed is more important than the design of the doll"; "I better ask a person from the daycare center what they recommend"). Consumers' information search can be external (e.g., seeing what other kids her age play with, browsing the web) or internal, that is, based on their knowledge and memory (e.g., "I remember seeing a great doll a while ago"). A survey of 1,306 U.S. children showed that 36% of tweens ages 8-12 agree that they often pay close attention to advertisements to make sure they buy the right products and 36% also say that they often look to see what their friends use and buy when making purchase decisions, and 62% like to buy things their friends have.[183] Often, the information search will combine both internal and external searches and is generally more extensive when the consumer is particularly motivated to make a "good decision," a notion called "consumer involvement".[184] Consumer involvement with the decision tends to be higher whenever "the stakes are high" such as when the product is expensive (e.g. buying a car), the decision has

---

[182] *Ibid*
[183] Online survey by Harris Interactive in collaboration with the University of Delaware's Lerner College of Business and Economics,
[184] Sharon E. Beatty and Scott M. Smith (1987), "External Search Effort - an Investigation across Several Product Categories," Journal of Consumer Research, 14 (1), 83-95; Erich Joachimsthaler and John Lastovicka (1985), 4MODE1 AND 4MODE2: Fortran IV Programs for the Four-Mode Components Analysis Problem, *Journal of Marketing Research*, (Computer Abstracts).

CONFIDENTIAL – ATTORNEY'S EYES ONLY

EXHIBIT ___2___

PAGE ___75___

important consequences (e.g., will she play with it), the product entails risks (e.g., choosing a brand of medicine), or the product has high symbolic or expressive value (e.g., choosing a gift or to feel grown up). The extent of the information search also depends on the amount of experience and familiarity that the consumer has with the decision and the product category whether it is a purchase of a fashion doll, apparel or accessories.

96. The fact that consumers' information search is not only external but also largely internal has important implications for this case. It is important to recognize that a large part of the information that consumers learn about brands is not learned in the context of or in relation to a specific decision. Instead, a large part of consumer's knowledge is acquired incidentally, that is, without an explicit intention to learn the specific information.[185] A consumer with no need or intent to buy a doll may still acquire, incidentally, a lot of doll-related information (e.g., seeing other people while walking in the park; noticing another child's doll while going out, seeing different types of dolls while passing by a toy store, seeing an ad for dolls while reading a magazine, etc.). Part of this information will eventually resurface if one day the same consumer does need to buy a doll and starts searching through his or her memory. This implies that differences between a brand and another have consequences that extend beyond the particular setting where the original learning about doll initially took place.  Industry experience shows, for example, that consumer take only three seconds to notice a brand on a shelf.[186]  So, when a consumer walks by a shelf in a toy store, the distinctiveness of the packaging may be one of the determining factors to ensure that a consumer encodes the doll as a Bratz doll. This incidence may influence the consumers' memory and future attitude and

---

[185] H. E. Krugman (1967). "The measurement of advertising involvement," *Public Opinion Quarterly*, 30, 583-596
[186] Interview with Steffen Smith, January 31, 2008

CONFIDENTIAL – ATTORNEY'S EYES ONLY

EXHIBIT ___2___

PAGE ___76___

behavior toward Bratz even if the consumer uses a different channel (for example, surfing the web) to buy a doll, apparel or accessories.

97. The next stage is called consideration set formation. Because product choice often involves a multitude of alternatives—Target.com, for example, carries 8 types of fashion doll characters and 267 different fashion dolls to be exact.  Toysrus.com carries 11 types of fashion dolls and 209 different fashion doll products—Consumers almost always narrow down the set of options or alternatives to a more manageable subset called the consideration set. The consideration set is the set of options that "the consumer considers seriously when making a purchase and/or consumption decision".[187] Depending on whether information is searched externally or internally, consideration sets may be formed by paring down the set of options available in the external environment (e.g., a consumer "zooming in" on a subset of toothbrushes in the aisle of a supermarket; a consumer refining his or her search from a web-shopping site) or by searching the set of options that come to mind and selecting a subset for further consideration. Consideration sets have been found to contain typically between three and six alternatives across a broad range of product categories.[188] Generally, it is only after they have narrowed down the options to this smaller set that consumers proceed with a more formal evaluation of the options.[189]

98. It is therefore extremely important for brand owners that their brands or products be included in this consideration set. If a brand is included in the consideration set, the probability that it will eventually be purchased is, of course, not 100 percent. Rather, it is more or less inversely

---

[187] John R. Hauser and Birger Wernerfelt (1990), "An Evaluation Cost Model of Consideration Sets," *Journal of Consumer Research*, 16 (4), p.393.
[188] *Ibid*
[189] J. Edward Russo and Abraham D. Horowitz (1994), "Expert Systems for Consumers." In Beherns, G., K.P. Kaas, B. Neibecker, V. Trommsdorff, and P. Weinberg (eds.), Konsumentenforschung, Munich: Verlag-Vahlen, 367; John W. Payne (1976), "Task Complexity and Contingent Processing in Decision Making: An Information Search and Protocol Analysis," *Organizational Behavior and Human Performance*, Vol. 16, 694

CONFIDENTIAL – ATTORNEY'S EYES ONLY

EXHIBIT _2_

PAGE _77_

proportional to the number of options included in the consideration set. However, if a brand is not included in the consumer's consideration set, its chances of being eventually purchased by this consumer are virtually none. Support for this proposition comes from the finding that the percentage of consumers who include a brand into their consideration set has been found to be a major predictor of this brand's market share.[190]

99. Inclusion in the consideration set is said to be driven by a number of factors. Several studies suggest that liking of objects is influenced by the ease (or difficulty) in processing information relating to the product or brand. In the case of Bratz, I believe the key brand identity elements fit well together and hence facilitate the processing of information. Bratz has a unique typography that fits well with the color scheme which fits well to the attitude that the Bratz dolls try to express. This type of consistency plays an integral role in helping consumers to narrow down one's consideration set.[191] Another factor follows from extant research that shows that people tend to buy brands with high awareness and familiarity that is often associated with established brands. Consumers invoke the cues or associations that they remember. These cues or associations can stem from information they've heard from others, from advertisements, or visual encounters.[192] In the case of fashion dolls, for example a girl may pick up a cue from friends or classmates that a new doll product is "cool." This could happen through sheer observation of someone else having a particular doll and this can give the impetus to include the doll in their consideration set.

---

[190] John R. Hauser (1978), "Testing Accuracy, Usefulness, and Significance of Probabilistic Choice Models - Information-Theoretic Approach," *Operations Research*, 26 (3), 406-21.
[191] Aparna A. Labroo (2006), "Do Products Smile? When Fluency Confers Liking and Enhances Purchase Intent, "*Advances in Consumer Research*, Volume 33.
[192] Kevin Lane Keller, *Strategic Brand Management: Building, Measuring, and Managing Brand Equity*, Third Edition, Pearson Prentice Hall, Upper Saddle River, New Jersey, 2008.

56

CONFIDENTIAL – ATTORNEY'S EYES ONLY

EXHIBIT  2

PAGE  78

100. The notion of the consideration set is particularly important for this case. As mentioned previously, an important indicator of a brand's strength at the consumer level is the degree to which the consumer is willing to consider the brand as an option, that is, whether the brand is part of this consumer's consideration set. A primary source of competitive advantage for strong brands is therefore their ability to enter into the consideration sets of a larger number of consumers. This ability stems in part from these brands' higher levels of consumer memory awareness. Everything else equal, brands that are better known (more accessible in consumers' memory) are more likely to be considered, and therefore more likely to be purchased.[193] For example, sales of Bruno Magli fashion shoes, which previously were relatively unknown, went up by 30 percent after these shoes' brand name was prominently featured in the O.J. Simpson trial, and this in spite of the fact that the shoes were mentioned as being those worn by the murderer.[194] The impeccable popularity of the High School Musical Dolls, a best-selling doll at Toys R' Us for example, is a stark indicator of how a brand that enters into a consideration set is built on memory awareness. High School Musical is extremely popular among tweens. Owned and endorsed by the Disney Corporation, the play and movie features popular songs that are currently in stores, characters that appear on Disney Channel specials regularly and High School Musical clothing among many other products that work to embed the amazing and sensational popularity of this program into consumers' minds.

101. The ability of strong brands to enter consumers' consideration sets also stems from their distinctive and compelling brand identity. For example, a consumer in the market for a new

[193] Prakash Nedungadi (1990), "Recall and Consumer Consideration Sets: Influencing Choice without Altering Brand Evaluations, *Journal of Consumer Research*, 17 (December), 263-276.
[194] A. Scot Walton (1997), "Bruno Magli: Shoe Sales are Up Because of Ad Campaign," in *The Atlanta Journal-Constitution*. Atlanta, GA

CONFIDENTIAL – ATTORNEY'S EYES ONLY

EXHIBIT 2

PAGE 79

digital (mp3) player is very likely to at least consider an iPod as an option, not just because the consumer knows the brand, but this brand stands for something compelling and distinctive in this consumer's mind (e.g., "cool", "popular"; "great design"). Therefore, any source of confusion between the brand and another or any dilution of what the brand means for the consumer severely reduces this brand's ability to enter the consumer's consideration set, and therefore the likelihood that it will eventually be chosen.

102. The notion of consideration set formation is also important in this case because, in a crowded retail environment, a major way of narrowing down the set of options for further consideration is to focus on the alternatives that one can recognize.[195] The Bratz brand has been able to set itself apart with a number of unique store aisle tactics and packaging attributes. The Bratz package uses bright metallic colors to make the product stand out and re-enforce the edgy and stylish feel of the brand in addition to the clear form, strong logo, themed handle, and similar structure that resonates throughout all products.[196] MGA Entertainment has also designed a Bratz aisle experience for the consumer that includes a cohesive color palate including wallpaper that is repeated through the entire aisle. Their products are peg-able, creating more visually appealing space that allows the consumer to see the product from all sides through the clear trapezoidal package.[197] MGA has gone so far as to place the various Bratz products in order by size from top to bottom to make choosing and buying a clearer and more appealing process.[198] These visual identifiers manifest the brand's ability to enter the consumer's consideration set and therefore the likelihood that it will be purchased.

---

[195] Wayne D. Hoyer (1984), "An Examination of Consumer Decision Making for a Common Repeat Purchase Product," *Journal of Consumer Research*, 11 (December)
[196] My Scene and Bratz: What's Working and What's Not M 0078511-12
[197] Barbie Retail Experience, M 0065497
[198] *Ibid*

58

CONFIDENTIAL – ATTORNEY'S EYES ONLY

EXHIBIT __2__

PAGE __80__

103. Once the consideration set has been formed, the consumer proceeds with a more detailed and careful evaluation of the alternatives included in this set.[199] This is the formal evaluation stage. In this evaluation stage, the options' main attributes and benefits are reviewed and compared. A consumer trying to decide between a Barbie and a Bratz doll may compare the look, construction quality, and price. In this evaluation stage, tradeoffs and comparison decisions have to be made. For instance, a young consumer might look at the package and decide that the metallic colors of the Bratz doll are more "edgy and appealing"[200] than the light pink color of Barbie and thus might pay more for the Bratz doll than for the Barbie doll.

104. Various mechanisms also favor strong brand identities at the evaluation stage. First, the brand itself may become a criterion for evaluation and a decision driver. A consumer who is comparing three digital music players, an iPod, an iRiver, and a Creative Zen player, may favor the iPod because "Apple is a cool brand," a statement that is independent of the three players' objective attributes. This applies to the Bratz brand because as Paula Garcia explains, girls use the dolls as an expression piece rather than a play piece. Second, consumers' overall liking of and attraction to a brand may also color how this consumer will perceive and interpret the brand's product attributes, a phenomenon known as "halo-effect".[201] For instance, consumers who generally like Apple as a brand might perceive the iPod song selection mechanism as a "plus," whereas other consumers who are not as partial to Apple might perceive the same mechanism as a "minus." Finally, a strong brand identity may also help when no option clearly stands out based on a comparison of their attributes.

---

[199] John W. Payne (1976), "Task Complexity and Contingent Processing in Decision Making: An Information Search and Protocol Analysis," *Organizational Behavior and Human Performance*, Vol. 16, 694; J. Edward Russo and France Leclerc (1994), "An Eye-Fixation Analysis of Choice Processes for Consumer Nondurables," *Journal of Consumer Research*, Vol. 21
[200] Barbie Retail Experience M 0065497
[201] N. E. Beckwith and D. R. Lehmann (1976), "Halo Effects in Multi-attribute Attitude Models: An Appraisal of some Unresolved Issues," *Journal of Marketing Research*, v13.

CONFIDENTIAL – ATTORNEY'S EYES ONLY

EXHIBIT 2

PAGE 81

This is clearly the case in many apparel purchases. In this case, a strong brand identity may serve as a "tie-breaking" heuristic. The formal evaluation stage generally culminates in a choice. A single product is selected and purchased.

105. It is important to note that when the formal evaluation and choice takes place, all the relevant information about the options is not necessarily externally accessible to the consumer. Consumer researchers make a distinction between "stimulus-based" choice, where the information about the options is available in front of the consumer (e.g., a consumer in a drugstore comparing different brands of shampoo on the shelf) and "memory-based" choice, where the information about the options is only available from memory (e.g., a consumer trying to decide which brand of beer to order at a bar). In a third type of situation, called "mixed-based" choice, information accessible in the immediate external environment and information available from memory are combined. Many consumer decisions fall into the third category.[202] This distinction is important because it emphasizes that memory plays a very important role in consumers' decisions.[203] Therefore, any source of confusion or dilution in consumers' memory about options has important consequences for consumers' decisions.

106. The final stage in the consumer decision making process is the post-choice or post-purchase stage. In this stage, consumers experience the product and can more fully evaluate the product's performance. Product satisfaction or dissatisfaction and purchase satisfaction or regret may arise as a result. High product satisfaction may result in consumers telling others about how pleased they are with the product through, for instance, word-of-mouth or web-

---

[202] John G. Lynch and Thomas K. Srull. (1982). "Memory and Attentional Factors in Consumer Choice: Concepts and Research Methods," *Journal of Consumer Research*, 9 (June).

[203] J. W. Alba and J. W. Hutchinson (1987), "Dimensions of Consumer Expertise," *Journal of Consumer Research*, 13 (4), 411-54.

CONFIDENTIAL – ATTORNEY'S EYES ONLY

EXHIBIT ___2___

PAGE ___82___

product review postings. Strong product dissatisfaction may have mirror effects. Again, a strong brand identity can also play an important role at this stage. As mentioned previously, a strong brand identity may further motivate the consumer to share their satisfaction with others if they are satisfied with the product's performance. A strong brand identity may also mitigate consumers' negative reactions in case of product disappointment.[204]

107.  Based on my analysis above, I conclude that the nature of the consumer decision-making process in toys, and in particular dolls, is such that a strong brand has a significant impact on how consumers make purchase decisions.

### E. The price premium commanded by the Bratz brand

108.  As discussed above, the role of the brand appears to be critical at every stage of this process and to the success of the doll in the market place. Indeed, brand equity translates into brand performance in the marketplace. A common way to measure the ability of a brand with high brand equity to influence the brand performance in the market place is the 'price premium' which I define as the ability of a brand to charge a higher price than an unbranded equivalent.[205]

109.   The estimation of the price premium can be made via the triangulation of the results from different methods. There are several dozens of methods in use today, no one method provides a perfectly accurate and numeric solution.[206] However, in my field, a good

---

[204] Kevin Lane Keller, *Strategic Brand Management: Building, Measuring, and Managing Brand Equity,* 3rd Ed, Prentice Hall, Upper Saddle River, New Jersey, 2008.
[205] Kusum L. Ailawadi, Donald R. Lehmann, & Scott A. Neslin (2003), "Revenue Premium as an Outcome Measure of Brand Equity," *Journal of Marketing,* Vol. 67 (October), 1-17.
[206] Chan Su Park and V. Srinivasan (1994), "A Survey-Based Method for Measuring and Understanding Brand Equity and Its Extendability," *Journal of Marketing Research,* Vol. XXXI (May), 271-288; Manoj K. Agarwal, and Vithala R. Rao (1996), "An Empirical Comparison of Consumer-Based Measures of Brand Equity," *Marketing*

CONFIDENTIAL – ATTORNEY'S EYES ONLY

EXHIBIT _2_

PAGE _83_

approximation of the price premium, that one can rely on with reasonable degree of confidence, can be made through triangulation, particularly when different conditions of measurement reliability and validity hold.[207] One condition is that the results hold true over different situations and/or over time. For example, if the price premium measured across two reasonably distant time periods stays the same or does not vary significantly, we have support for the reliability of the results, ceteris paribus. Another condition is that the results from very different methods converge. If the price premium converges across different methods to a similar number or range of numbers, we have support for the validity of the results. Reliability and validity are the two measurement criteria that we use in our field to conclude that the results are reasonably accurate.

110.    There are industry-level methods that assess the price premium due to the brand at the aggregate level of an industry or product category. There are also individual-level methods that assess the price premium an individual consumer is willing to pay.[208] Some methods are empirical and require data collection from consumers, others rely primarily on managerial or expert judgments, others require the collection of financial and accounting data from companies within an industry or category, and still others require strategic analyses and rely on the systematic analysis of factors that drive the price premium.

111.    Over the course of the last twenty years, I have applied nearly all methods in estimating the price premium. At my firm, I have a team of specialist brand valuation experts that help

---

*Letters, 7:3, 237-247*; Walfried Lassar, Banwari Mittal and Arun Sharma (1995), "Measuring Customer-Based Brand Equity," *Journal of Consumer Marketing,* Vol. 12, No. 4, 11-19.
[207] Erich Joachimsthaler, John Lastovicka and John P. Murry (1990), "Measurement Validity of VALS and a Custom Lifestyle Typology with Multiplicative Factoring of Multimethod- Multitrait Matrices," *Journal of Marketing Research.*
[208] Robert P. Leone, Vithala R. Rao, Kevin Lane Keller, Anita Man Luo, Leigh McAlister, and Rajendra Srivastava (2006), "Linking Brand Equity to Customer Equity, *Journal of Service Research,* Vol. 9, No. 2, November, 125-138; Tuelin Erdem, Joffre Swait and Jordan Louviere (2002), "The Impact of Brand Credibility on Consumer Price Sensitivity," *International Journal of Research in Marketing, 19, 1-19.*

CONFIDENTIAL – ATTORNEY'S EYES ONLY

EXHIBIT _2_

PAGE _84_

me in estimating the price premium for about a dozen of applications or projects every year. My firm conducts these estimations of the price premium for some companies on a one-time basis and for others on a continuous basis. When we estimate the price premium on a continuous basis, a company tends to be interested in measuring the impact of their branding efforts on the improvement of the price premium over time. Projects that we conduct on a one-off basis tend to be projects where we help companies evaluate alternative courses of action such as: determining whether or not to eliminate brands and sub-brands from a brand portfolio, or determining the required investments into brand-building programs or allocating of resources across products, brands and geographies.

112.    For the purposes of assessing the price premium of Bratz, I relied on a number of different methods. First, I relied on existing secondary research on the percent of value that intangibles represent relative to total market value in 479 companies in thirty industries including dolls and toys.[209] This secondary research also included extant research by companies such as *Interbrand* that conducts the brand valuation of the 100 best global brands on an annual basis. This league table is published annually in the well-known *Business Week* magazine. This method separates the value that is due to the brand versus the value that is due to other intangibles.[210] I corroborated these results with my brand valuation team who regularly conducts empirical studies on behalf of our clients. Absent of specific empirical research for the purposes of estimating the price premium for Bratz, I also analyzed the factors that drive the price premium and made an estimation based on the information that I

---

[209] Victor J. Cook, Jr., *Competing for Customer Capital*, Thomson Southwestern, Mason, Ohio, 2006, pp. 5-7.
[210] Raymond Perrier (1997), "The Role of Branding," in: Raymond Perrier (ed.), *Brand Valuation*, London, 43-53. Business Week's *Best Global Brand 2007 Study by Interbrand, August 7.*

CONFIDENTIAL – ATTORNEY'S EYES ONLY

EXHIBIT _2_

PAGE _85_

have collected for this report from Mattel and MGA Entertainment and the fashion doll
business. Following are some major factors that drive price premium which I analyzed:

113.    *The importance of intangibles.* The value of intangibles for consumer goods companies
tends to be in the range of 45% to 75%. Companies in highly categories like household
products tend to be on the top range while dolls and toys companies tend to be in the lower
range (52%).[211]

114.    *The role of the brand.* Studies that have shown that relative importance of brands in
industries like food and drinks, that is typical consumer goods industries is about 55% and in
luxury goods it is about 70%.[212]

115.    *The degree of social influence.* Generally, the price premium is higher for brands where
there is a larger social influence effect. That is, the consumer's choice of brand is strongly
influenced by what peers, family or friends or other relevant reference groups especially for
brands or consumption contexts that are highly conspicuous. Clearly, not all toys or dolls
have a strong influence but it is my opinion that in the case of Bratz dolls, social influence is
strong and use is highly conspicuous, seeking of peer-group acceptance among the relevant
consumers of girls is very high. In the annual MGA Entertainment A&U study, consumers
said that: ...the Bratz dolls are "something that friends would like."[213] In fact, Mattel's
research confirms what MGA Entertainment's own research says, and shows empirical
support for this social influence effect. Mattel's research estimates that approximately 50%

---

[211] Victor J. Cook, Jr., *Competing for Customer Capital,* Thomson Southwestern, Mason, Ohio, 2006, p. 7.
[212] Raymond Perrier(1997), "The Role of Branding," in: Raymond Perrier (ed.), *Brand Valuation,* London, 44.
[213] A&U December 2006 study, MGA 0295483

CONFIDENTIAL – ATTORNEY'S EYES ONLY

EXHIBIT __2__

PAGE __86__

of girls would "most want to show friends", especially in the older girls (8-10 years) surveyed.[214]

116.   *The role of culture.* The price premium that consumers are willing to pay for a brand has much to do with the cultural idiosyncrasies and the context of culture, that is how we live, work and play. Today, we live in a society where parents live with a large sense of guilt. This drives the price premium higher for dolls and toys and other means of pleasing children. Juliet Schor, a recognized expert on consumerism, economics, and family studies, argues that certain factors create a sense of guilt that stems from the growth of single parents, divorced families, and long working hours. This creates time-starved households with parents that are more susceptible to spend more "guilt money" on kids.[215]   A new toy and in particular dolls are emotional purchases – in particular those that are highly desired by the child – that are essentially a time-effective way of proving to the child that she is loved. It creates comfort in parents and reassures them that they are good parents. Hence, the prices are relatively inelastic for toys and dolls. This means that doll brands tend to have a higher price premium.

117.   The nature of consumer decision-making. I have outlined this extensively previously but here it is of value to recall the unique nature of how consumers make decisions for fashion dolls. The strong influence of the child in forming the preference should be noted here while the purchase is often made by parents. Children are strong influencers while parents are the purchasers. This split of decision-making roles tends to support a price premium and in the case of the Bratz brand, moms perceived a definite 'value for money' and were willing to

---

[214] Mattel Worldwide Consumer Reports Monthly Brand Tracking Studies:  September 2004 M0080097; February 2005 M0080259; May 2005 M008011; amongst others
[215] Juliet B. Schor, *Born to Buy*, Scribner, 2004

CONFIDENTIAL – ATTORNEY'S EYES ONLY

EXHIBIT ___2___

PAGE ___87___

justify their purchase[216] I also discussed the issue of gifting. Because the purchase is some times a gift purchase, it is my experience that this also increases the price premium.

118.    Fashion and dolls are affordable luxuries. An important trend in today's society is the growing expectations of consumers. All consumers seek luxuries. It is also called the mass-tige concept, a word comprised of mass and prestige. This trend has been rampant over the years and has affected every category of the business, ranging from beauty to fashion to coffee.[217] Starbucks is a quintessential example of this trend where consumers today are willing to pay $4 for a coffee that used to essentially cost a few cents to produce. Fashion dolls are an affordable luxury for parents. I believe every parent in this country has $20 in the pocket for a doll for their own child, every day of the week – even in the recession! This massive trend toward seeking reward and pleasure through buying affordable luxuries drives the price premium for fashion dolls up.

119.    Absent of extensive empirical research, it is difficult to put a precise estimate of the price premium of Bratz. However, I believe that my analysis of the strength of the Bratz brand, the role of the brand in consumer decision making and the specific analyses of the price premium, it is reasonable to estimate a range of price premiums for Bratz. I conclude that the price premium that the Bratz brand can realize over an unbranded equivalent ranges from 50% to 70%.

**F. The Responses of Mattel and MGA Entertainment to a Changing Toy Industry and the Root Causes of the Growth of the Bratz Brand**

---

[216] The Bratz Brief, p. 5 M0079765
[217] Michael Silverstein, *Trading Up: The New American Luxury*, Portfolio, 2005

CONFIDENTIAL – ATTORNEY'S EYES ONLY

EXHIBIT ___2___

PAGE ___8 8___

120.    In this section, I turn to describing my results concerning analyses I have conducted to understand the responses of Mattel and MGA Entertainment to the changing toy industry around 1999 until today. I was looking to understand how it was possible for MGA Entertainment to build such a strong brand in a relatively short period of time and to extend the success from a short-lived new product launch to a growing brand franchise. I did these analyses in order to see the major trends and the larger competitive and consumer context that allowed the Bratz brand to take off. I also wanted to understand why executives at Mattel, the dominant industry leader, did not see the big opportunity right in front of their noses or whether they might have seen the opportunity but did not act on it with sufficient effort for any reason.

121.    At the turn of the century and in the early years of the new century, the toy industry was experiencing important changes. Industry growth rates tended to be negative. Young consumers spent less of their time playing year after year.[218] This concerned particularly kids ages 3 to 8. Overall the average weekly time spent on playing for all consumers' ages 3 to 12 decreased from 14.30 minutes to 12.12 minutes from 1981 to 1997.[219] The consumer market for toys also was shrinking in part because of the contraction of the number of young consumers as a percentage of total population. As a result the retailing landscape was rapidly changing and consolidating. Some smaller retail stores disappeared gradually while the industry volume concentrated among a few large retailers. Manufacturers also consolidated with Mattel and Hasbro leading the industry.

---

[218] Eric Clark, *The Real Toy Story: Inside the Ruthless Battle for America's Youngest Consumers*, The Free Press, New York, NY 2007
[219] Sandra Hofferth and John F. Sandberg, "Changes in American Children's Use of Time, 1981-1997," in T. J. Owens and S. L. Hofferth, eds., *Advances in Life Course Research Series: Children at the Millenium: Where Have We Come From, Where Are We Going?* New York: Elsevier Science, pp. 193-229, 2001.

CONFIDENTIAL – ATTORNEY'S EYES ONLY

EXHIBIT __2__

PAGE __89__

122.     It is helpful to explore in more detail the drivers of these changes in the industry with particular focus on dolls. First, there was a fundamental environmental shift in the behavior of the girls of the new millennium.[220] This change is encapsulated in the acronym KGOY -- Kids Getting Older Younger – otherwise known as age compression.[221] These terms recognize the fact that contemporary children were and are now growing up faster than they ever were, as a reflection of today's societal trends. Several factors are worth mentioning here. The divorce rate in the United States is approximately 33% for first marriages within 10 years; and is as high as 50% when marriages hit 20 years.[222] Given the rising number of single-parent households and longer working hours, kids are spending more time unsupervised than ever. Children nowadays have cell phones, unlimited Internet access, their own TVs, their own money – the list does not stop there – to facilitate their increasingly independent lives. Moreover, kids are getting exposed to adult media at an earlier age. Puberty is also hitting earlier.[223] Relative to their predecessors decades ago, children know more earlier, and behave accordingly.[224]

123.     Second, there are notable changes in American lifestyles, in the relationship between parents and their children and in the role that children play in purchase decisions. Parents give in more easily to what their kids want -- 89% of tweens' parents say that they ask for their kids' opinions before buying products for them.[225] Moreover, children are becoming shoppers at an earlier age. 6-12 year olds visit stores 2-3 times per week and put 6 items in

[220] The Bratz Brief, p.2 M0079766
[221] Julie Tinson and Clive Nancarrow, "GROw"ing up: tweens' involvement in family decision making, *Journal of Consumer Marketing*, (2007)160-170
[222] Claudia and Brian Strow, "A History of Divorce and Remarriage in the United States", http://www.emeraldinsight.com/Insight/ViewContentServlet?Filename=/published/emeraldfulltextarticle/pdf/12402 20404.pdf.
[223] Jennifer Haupt, "More Girls Experience Early Puberty", *CNN*, http://archives.cnn.com/2000/HEALTH/children/03/31/early.puberty.wmd/#0
[224] Juliet B. Schor, *Born to Buy*, Scribner, New York, NY, 2004, p. 56.
[225] *Ibid.*

CONFIDENTIAL – ATTORNEY'S EYES ONLY

EXHIBIT __2__

PAGE __96__

the cart each time they go; 80% of them shop regularly with their parents.  In a 2001 survey by Hofferth and Sandberg, results show that 52% of the participating children go shopping each week, more than the time they read (42%), spend time in household conversation (32%), or play outdoors (17%).[226]  In direct correlation with the amount of time they spend shopping, children are also becoming more brand-conscious.  According to a 2001 Nickelodeon study, the average 10 year old has memorized anywhere from 300-400 brands.  In the segment of 8-14 year olds, 92% of product requests are brand-specific; another 89% consider themselves to be brand-loyal.[227]  Thus, not only do girls today grow up in a different environment from girls 10 years ago, they also behave differently.

124.    Third, girls nowadays are experiencing increasing influence from the fashion and entertainment industries.  Their worlds are continuously bombarded with adult media; as a result, they strive to mature faster in order to emulate the fashion models, actresses, and pop stars they see everywhere.  Actresses and pop stars dispense advice on make-up, hairstyles, and how to attract "your crush"; girls further scrutinize their role models' clothes.  Abigail Hirschhorn, executive at a major advertising agency, proclaimed at the 2001 Annual Marketing to Kids Conference that it is time to stop talking down to kids and start "talking up", arguing for more "glamour, fashion, style, irony, and popular music".[228]

125.    These major consumer changes have caused significant changes in the market for dolls in the US. The market used to be characterized through bifurcation, a market situation where the changes in environment, behaviors, and tastes converge to create a split into two market.  In the youth market, the market neatly divided into the 12-and -above and the 12-and-below

---

[226] *Ibid.*
[227] *Ibid.* Page 25
[228] Juliet B. Schor, *Born to Buy*, Scribner, 2004, p. 56.

69

CONFIDENTIAL – ATTORNEY'S EYES ONLY

EXHIBIT ___2___

PAGE ___91___

segment. The important change in the market was the further balkanization of the market particularly below 12 year old girls. The new market became trifurcated. The consumer market increasingly divided into the 3-6 year olds, 7-12 year olds (the tweens), and 13+ (the teenagers). [229]

126.    This trifurcation of the market is particularly noteworthy because the fragmentation created three markets with clear and marked boundaries, entirely new motivations, preferences and consumers. The introduction of Bratz crystallized the clear boundaries between the 3-6, 7-12 and 13+ markets further.  The new Bratz doll came to symbolize the doll that a 7-12 year old would want to play with or would want to show her friends.[230]  The newly emerging consumer group, the 7 to 12 year olds, were the tweens that aspired to be more like teenagers, but were not ready to leave the safety of their childhood behind (nor were they developmentally ready to become young adults). In regard to the doll space, girls 7-12 years old have evolved teenage, even adult tastes; yet they were not completely doll-averse. This segment of consumers has been changing the definition of common words like "sexy" and "cool". When Barbie pioneered the fashion doll market over 40 years ago, she was deemed "too sexy" by the society and culture of that time; but 40 years later, the tweens' idea of "sexy" had evolved *past* Barbie's unrealistic proportions and career aspirations. These girls were no longer striving to be Barbie:  her multiple careers are not just aspirations anymore, because women everywhere are now becoming teachers, dentists, astronauts, and police officers.  By the late 90's, tween girls had moved beyond wanting dolls that represented their fantasies and their futures; the fashion dolls category needed to catch up with the fact that these 7-12 year old girls now wanted their dolls to reflect the reality around

---

[229] The Bratz Brief, p.2 M0079766
[230] Mattel Worldwide Consumer Report Monthly Brand Tracking Study M0080097

CONFIDENTIAL – ATTORNEY'S EYES ONLY

EXHIBIT __2__

PAGE __92__

them – fashion, makeup, and all. As a result, these tweens were no longer interested in Barbie dolls. A sense of fatigue had settled in. And Bratz offered a positioning and a product execution that were relevant and resonated with the older girls.[231]

127.    The Bratz doll's relevance was embodied in the tween girl's notion of "cool". "Cool" is socially exclusive and/or expensive, "cool" is being older than one's actual age, "cool" is being anti-adult, and finally, "cool" is about being edgy. "Cool" is an ambiguous but important idea: a survey of 4,002 children in grades 4-8 showed that 66% define themselves as cool.[232] Being edgy and "cool", in contemporary times, is associated with "street", with ties to rap and hip-hop music, and the African-American culture.[233] When an alternative was introduced, Barbie no longer resonated with the notion of "cool".[234]

128.    It is my opinion, that when consumer markets are changing as they were during those years, it creates significant opportunity for innovation and growth for incumbents in an industry. It also creates opportunities for new entrants in market who take a new look at markets, often with the benefit of being unbiased, seeing more clearly and objectively the market opportunities. Generally, however, an industry as barriers to entry and so does the toy or doll industry. This hands the benefits of responding to changing markets to incumbents. For example, existing and dominant industry players tend to have earned strong retail and trade relationships over the years. These relationships are generally difficult to create for new entrants especially in a consolidated retail environment. This is an important advantage especially in the doll business. Another major advantage of incumbents is their capacity to rapidly innovate around new markets and consumers. Innovation, the ability to create and

---

[231] The Bratz Brief, p.4 M0079766
[232] *Ibid.* Page 47
[233] *Ibid.* Page 48.
[234] 2005 Barbie Spring Line Review p.3, April 15, 2004  M0079731

71

CONFIDENTIAL – ATTORNEY'S EYES ONLY

EXHIBIT ___2___

PAGE ___93___

launch new products, services, business models and processes especially in changing or

shrinking markets is the single most important initiative for an incumbent to ensure

continued and sustained growth. In a market that is highly concentrated as is the doll market,

innovation by the incumbent players tends to influence the entire health of the industry.

129.   This situation raises two key questions: first, did the industry-leading Mattel company see

the opportunity and what were the responses to the changing market environment and

second, what did MGA Entertainment, the new entrant in the industry do. I will describe my

analysis of these two questions in the next paragraphs.

130.   As the dominant player in the industry, Mattel felt the changing market for dolls

thoroughly, as noted by various emails explaining that, "the old way of building the Barbie

brand just doesn't work anymore."[235]  Barbie was the best-selling doll. It is estimated that

every half a second, a Barbie is sold around the world.[236] Barbie also accounted for a

significant percentage of the profits of Mattel, something upward of 30 percent.[237] A

common known fact also was that due to age compression, the relevance of Barbie was being

relegated to the 3-6 years old girls.[238] As a consequence, Barbie sales dropped in the three

consecutive years to the year 2000. Mattel ran into financial difficulties, claiming that if they

did not successfully market their products or if media or other advertising or promotional

costs increased, these factors could have a material adverse affect on Mattel's business and

financial condition.[239]

---

[235] Email from T Kilpin to R Arons, April 2, 2004, *The Barbie Call to Action*, M 0079846
[236] Eric Clark, *The Real Toy Story: Inside the Ruthless Battle for America's Youngest Consumers*, The Free Press, New York, NY 2007
[237] *Ibid*
[238] The Bratz Brief, p.3 M0079766
[239] Mattel 10 K filed March 24, 2003

CONFIDENTIAL – ATTORNEY'S EYES ONLY

EXHIBIT __2__

PAGE __94__

131.   Beyond the response of Mattel to the challenges of Barbie, there were larger issues that the Mattel company faced. I will explain these factors in more detail below. It's clear that these factors together created a situation in which Mattel did not respond decisively enough to the market challenges it was facing.

132.   It is my opinion that factors such as the changing market conditions, in particular the trifurcation of the market into three clearly distinct segments and the lack of adequate response of the industry incumbent in the particular structure of the doll industry created the big market opportunity in plain sight that MGA Entertainment took advantage of. I have studied this phenomenon over many years. In particular, I have researched how it is possible that companies appear to have all the advantages to respond to market changes and yet don't see or don't act on it properly. It happens all the time. In my book: *Hidden in Plain Sight: How to Find and Execute your Company's Next Big Growth Strategy* that was published last year by the Harvard Business School Press I describe some of the findings of my research. I want to now summarize only some of the major factors that I have analyzed specifically for the situation of Mattel and MGA Entertainment over the last 7 years.

133.   First, large companies such as Mattel do not embrace radical innovation and instead focus on sustaining innovations.  Sustaining innovations are those that improve the performance of existing products or services and are also called incremental innovations.[240] This could have been because they did not see with enough clarity the trifurcation of the market, or they were not willing to accept that this change was not merely a cyclical change but a permanent market shift. I have found that this is often the case in companies. Incumbents cannot see the

---

[240] Clayton Christensen, *The Innovator's Dilemma*, Harvard Business School Press, 1997

CONFIDENTIAL – ATTORNEY'S EYES ONLY

EXHIBIT   2

PAGE   95

long-term potential of an opportunity.[241] They view the world from their own successes and project trend lines that have proven right in the past into the future. There is so much data, research and information around that proves past successes.

134.    As a consequence, large companies tend to stick what they know, whether it involves investing in a certain market because that direction has been historically successful in offering good growth opportunities. Large companies tend to allocate resources to divisions or products that have solid track records.[242]  While these maneuvers yield favorable results, they tend to neglect the consumers - the people at the receiving end of these products.  As I write in *Hidden in Plain Sight*, "Even when a rogue designer or engineer conceives of a product or service that could be the next big venue for growth, too often the innovation is either swept into the rubric of an existing corporate strength, or it is damned with faint praise, and given some encouragement and funding but not enough to give it a fair shot in the market."[243] Especially in the usual situation where money is tight as it was at Mattel during the time, it is difficult to allocate sufficient dollars to a new radical innovation over supporting the status quo and the most successful or most profitable part of the business which was Barbie for Mattel.[244] Even for My Scene, which is considered Mattel's innovative approach to the changing tastes of the doll consumers today, received less-than-adequate funding for its advertising.[245] This tendency towards financial conservatism appeared to be the case at Mattel.

---

[241] Rosabeth Moss Kanter, *"Innovation: The Classic Traps"*, Harvard Business Review, November 2006, p. 4
[242] Gary Hamel & Liisa Valikangas, *"The Quest for Resilience"*, Harvard Business Review, September 2003, *"Liberating Resources" section*
[243] Erich Joachimsthaler. *Hidden in Plain Sight.* Harvard Business School Press, 2007.
[244] The Bratz Brief, p.3 M0079766
[245] From my understanding of Brian Hooks' deposition, Peterson, Milla, Hooks was agreeable to the ending of the Mattel relationship due to Mattel's unwillingness to spend the appropriate amounts of money on its commercials. Brian Hooks deposition transcript, pg. 34-5, at lines 19-3.

CONFIDENTIAL – ATTORNEY'S EYES ONLY

EXHIBIT __2__

PAGE __96__

135.   Mattel's launch of the Diva Starz is evidence of the fact that they were cognizant of what was happening out in the girls' world.[246]   The CEO called Diva Starz "the hottest new trend", based on what Mattel "already knew about girls and their play patterns"[247].   These dolls, a mere 8.5 inches compared to Barbie's towering 11 inches, "make a statement with an irreverent sense of style, fashion and play that has never been seen in a doll."[248]   There are four members to the Diva Starz cast, each of which "has a major personality and expresses it with her unique vocab, phat fashions and totally extreme attitude."[249]

136.   The Diva Starz were Mattel's acknowledgement of consumer trends, produced in such a fashion that they would not be a threat to the main Barbie brand. At 2.5 inches shorter than Barbie, the Diva Starz were relegated to the "small doll aisle" and were considered as an interactive toy.[250]   By default, they were never allowed to encroach upon the fashion doll space, and prohibited from cannibalizing Barbie – even though what girls wanted was a fashion doll, and not a robotic, small doll.   Instead, Mattel focused on sustaining innovations by updated Barbie while carefully preserving the heritage of the brand, despite evidence that showed the brand was losing older girls.   Barbie's personality and core values are guarded with "extreme vigilance", and there are "strict limits" as to what she is allowed to do or to be.[251]   Even Ivy Ross, head of design and development for the Girls' Division at Mattel, recognized the difficulty of revamping Barbie: "This particular toy comes infused with a lot

---

[246] The Bratz Brief, p.3 M0079766
[247] Mattel, Inc. Annual Report.  2000.
[248] Mattel, Inc. Press Release:  http://www.shareholder.com/mattel/news/20000912-43327.cfm
[249] Mattel, Inc. Press Release:  http://www.shareholder.com/mattel/news/20000912-43327.cfm
[250] Mattel, Inc. Annual Report.  2000.
[251] Eric Clark, *The Real Toy Story:  Inside the Ruthless Battle for America's Youngest Consumers*, Free Press, 2007, p. 92

CONFIDENTIAL – ATTORNEY'S EYES ONLY

EXHIBIT _2_

PAGE _97_

of baggage because it is an iconic symbol."[252] As a result, product developers at Barbie continued to provide "more or better" of the same old same old.[253]  In 2001, there was the Barbie in the Nutcracker; following that success, there was Barbie as Rapunzel in 2002.  In 2005, Mattel introduced American Idol Barbie – an answer to the American Idol craze around the country, and a move towards the pop star culture that girls had been craving since 2000.

137.    Second, executives under pressure in large companies like Mattel tend to occupy themselves with managing structures and cultures while markets are changing. Focusing inwards in times of difficulties is comforting. That's what operational managers are good at. Managers tend to focus on the kinds of strategic and operational practices that are necessary to manage an organization across multiple product lines and save jobs including their own. This creates a smokescreen that changes the company's view and blinds managers in seeing the biggest opportunities for innovation and growth in plain sight. The company fails to see the "big picture" around the changing consumer environment and market.

138.    Mattel's internal structure – including all its strategic and operational practices – was undergoing a major change in the period of time that it took for Bratz to launch.  The company was suffering from the acquisition and unsuccessful integration of the unprofitable The Learning Co., which was blamed for Mattel's $431 million loss in 2000.[254]  Then-CEO Jill Barad, who led the fateful acquisition, resigned in 2000 due to pressure from shareholders and investors over the company's disappointing financial performance.[255]

---

[252] Eric Clark, *The Real Toy Story:  Inside the Ruthless Battle for America's Youngest Consumers*, , Free Press, 2007, p. 92
[253] Erich Joachimsthaler. *Hidden in Plain Sight.* Harvard Business School, 2007.
[254] Mel Duvall and Kim S. Nash.  "Mattel: How Barbie Lost Her Groove". *Baseline.* August 4th, 2005.
[255] Business Biographies.

CONFIDENTIAL – ATTORNEY'S EYES ONLY

EXHIBIT __2__

PAGE __98__

139.   On top of Mattel's financial vulnerability, the company's culture was changing along

with the arrival of a new CEO.  The former Barbie-leader Jill Barad was replaced by former

Kraft Foods chief executive Robert Eckert, a proven executive with no experience in the toy

industry. The two executives are also a study in contrasts.  Jill Barad was characterized as

"fierce, flamboyant"[256], and synonymous with the Barbie brand[257]: She wore "Barbie-pink

suits and signature high heels", repainted the office walls in bright colors, and told Mattel's

25,000 employees on video, arms outstretched, "I love you all."[258]  In contrast to Barad's

"glamour and radiance"[259], Robert Eckert is "low-wattage"[260].  He reads from notes with his

head down; as *Fortune* magazine wrote, "Blandness becomes him."[261]  Mattel's choice of a

new CEO reflects the company's direction – with Eckert's arrival, attention was to be

focused inwards, on regaining financial stability and cleaning up the aftereffects of The

Learning Co. acquisition.[262]

140.   In light of Mattel's financial trouble and the winds of change in the upper echelons of

management, Robert Eckert focused on regaining profitability, all the while relying on tried-

and-true corporate strengths like the Barbie brand.  This also can be read in Mattel's annual

reports.  In 2000, the overall theme was "Refocus", chosen because "it describes our mission

going forward"; their strategy for the year was "returning to [their] roots".[263]  In particular,

Mattel's first priority was to maximize profitability through "improved execution of [their]

---

[256] Kathleen Morris. "The Rise of Jill Barad". *BusinessWeek.* May 25, 1998.
[257] Mel Duvall and Kim S. Nash. "Mattel: How Barbie Lost Her Groove". *Baseline.* August 4th, 2005.
[258] Eric Clark, *The Real Toy Story*, Free Press 2007, p. 83.
[259] Kathleen Morris. "The Rise of Jill Barad". *BusinessWeek.* May 25, 1998.
[260] Patricia Sellers. "The New Breed: The latest crop of CEOs is disciplined, deferential, even a bit dull.  What a relief." *Fortune.* November 18, 2002.
[261] Patricia Sellers. "The New Breed: The latest crop of CEOs is disciplined, deferential, even a bit dull.  What a relief." *Fortune.* November 18, 2002.
[262] Mattel Inc. Annual Report. 2000; "Robert Eckert", *Reference for Business,* http://www.referenceforbusiness.com/biography/A-E/Eckert-Robert-A-1954.html
[263] Mattel, Inc. Annual Report. 2000.

CONFIDENTIAL – ATTORNEY'S EYES ONLY

EXHIBIT __2__

PAGE __99__