existing toy business", which meant speed and efficiency in the supply chain, a financial realignment plan to increase pre-tax savings, and the continued identification of opportunities for "new efficiencies and cost reduction".[264] In those years, emphasis was placed on finances, rather than product development and innovation.

141.    Furthermore, in the 2001 annual report, the theme was "Optimize", defined as "to make as perfect or effective as possible; to make the most of".[265] Eckert reports on the successful accomplishment of strengthening core brand momentum both domestically and internationally, as outlined in 2000.  He attributes this to Mattel's "strong marketing programs" that promoted "product lines such as Barbie in the Nutcracker", and that looking forward for 2002, "Barbie will star in the story of Rapunzel, with a video and toy line".[266]

142.    Time and time again, Barbie is referred to as a core brand, a "time-tested favorite" that has "proven kid appeal".[267] Mattel's strategic objectives of maximizing profitability rely on staying true to the tried-and-true Barbie brand.  They use product line updates to keep the Barbie brand current[268], but the goal was not to change the face of the fashion doll space. The toymaker's corporate culture seemed to be about words like strong balance sheet, core products, proven stability, targeted consumers, multiple channels of distribution, experienced and capable management team, and repeat purchases.[269] Facing pressure from investors, shareholders, and analysts, Mattel was no longer solely about the toys but also about profitability.  Bob Eckert stated that his consistent philosophy since starting at Mattel was that "we need to build brands, cut costs and develop people and we are going to do just that,

---

[264] Mattel, Inc. Annual Report. 2000.
[265] Mattel, Inc. Annual Report 2001.
[266] Mattel, Inc. Annual Report. 2001.
[267] Mattel, Inc. Annual Report, 2000.
[268] The Bratz Brief, p.3 M0079766
[269] Eric Clark, *The Real Toy Story: Inside the Ruthless Battle for America's Youngest Consumers*, Free Press 2007.

78

CONFIDENTIAL – ATTORNEY'S EYES ONLY

EXHIBIT ___2___

PAGE ___100___

in a streamlined organization that's focused on scale, innovation and execution".[270] , Toys had become a "four-letter word not to be uttered in a Wall Street company".[271]

143.    Third, key functions tend to manage systems and processes around defined consumers needs and wants. By monitoring existing needs and wants and how they change, they don't see the complexities of the ephemeral changing ecosystem of demand. I define the ecosystem of demand in my book as the daily episodic behaviors of consumers in the social-situational context in which consumers live and how products and services loose relevance in this context. In short, by trying to fill pre-defined consumer needs, companies "miss the point, fail to anticipate the future, and tend to short-change the innovation and growth process."[272]

144.    In my opinion, it was not that Mattel lacked the resources to identify the forces behind the changing needs and wants of their target consumers' (girls, ages 7-12). It was the fact that the system of research and hence consumer understanding was geared toward a view which I call an inside-out view of the world of consumers. The toymaker boasts "an intelligence machine that would have chilled George Orwell's blood"[273]: scores of research scientists collect and analyze both internal and third-party data, using sophisticated statistical analysis and business intelligence software[274]. This data includes point-of-sale numbers, trend and demographic information from over five market research companies, impromptu interviews of girls at malls, psychographic data about how girls of different ages play, observations from the company's private focus groups at its own Child Test Center.[275]

---

[270] Q3 2005 Mattel Earnings Conference Call p.3 Exhibit 2524
[271] Eric Clark, *The Real Toy Story: Inside the Ruthless Battle for America's Youngest Consumers*, Free Press 2007.
[272] Erich Joachimsthaler. *Hidden in Plain Sight*. Harvard Business School, 2007.
[273] Eric Clark, *The Real Toy Story*, Free Press, 2007, p. 84
[274] Mel Duvall and Kim S. Nash. "Mattel: How Barbie Lost Her Groove". *Baseline*. August 4th, 2005
[275] Mel Duvall and Kim S. Nash. "Mattel: How Barbie Lost Her Groove". *Baseline*. August 4th, 2005; Eric Clark, *The Real Toy Story: Inside the Battle for America's Youngest Consumers*, Free Press, 2007, p. 84.

CONFIDENTIAL – ATTORNEY'S EYES ONLY

EXHIBIT    2

PAGE    101

145.   There is no problem with this type of research itself but I have found that in successful companies like Mattel, the research tends to reinforce an inside-out view of the world of consumers. All of this research tends to look out at their customers through the lens of their own products, processes, capabilities.  Even in conducting the most diligent of research, companies do so with their own products and services firmly in mind.  They lose their own objectivity in favor of their incentives.

146.   That seems to me what happened at Mattel – they placed the value and heritage of the Barbie brand above consumers' changing tastes and preferences.  Their intelligence unit's meticulously gathered data which was interpreted through the corporate lens, hampered by internal changes, corporate culture, strategic objectives, and brand baggage.  Product launches such as Generation Girl, Diva Starz, Mystery Squad, and Flavas were introduced as attempts to secure the older girl market.[276]  However, they failed to "capitalize on the elements that older girls found appealing and therefore the brand was unable to capture their interest."[277]  Nancy Zwiers, former head of the Barbie brand, highlights the loss of objectivity due to incentives:  "Mattel did not have an incentive to turn the fashion-doll aesthetic upside down.  Only someone trying to unseat Barbie could do that"[278]

147.   Therefore, I conclude that regardless whether or not Carter Bryant had taken the original Bratz design to Mattel, it is unlikely that Mattel would have been accepting of an idea for a new line of fashion dolls that appeared to be a radical innovation to them– the more probable scenario is that it would have been swept under the rug of stabilizing corporate finances and retaining Mattel's core values.

---

[276] The Bratz Brief, November 14, 2003, M0079765 at M0079767
[277] The Bratz Brief, November 14, 2003, M0079765 at M0079768
[278] Mel Duvall and Kim S. Nash.  "Mattel: How Barbie Lost Her Groove".  *Baseline*.  August 4th, 2005

80

CONFIDENTIAL – ATTORNEY'S EYES ONLY

EXHIBIT ___2___

PAGE ___/02___

**Conclusion**

148.    It is my opinion that MGA Entertainment saw and seized a unique opportunity that was emerging in the fashion doll market. MGA Entertainment capitalized on the new consumer segment of tween girls of the millennium, older than 6 years, a consumer base where Barbie had become culturally irrelevant. This created a huge gap in the fashion doll space – an opportunity in plain sight. The Bratz brand tapped into this elusive group of tweens, successfully capturing "the imagination of older girls, making dolls cool" again.[279]

149.    This emerging and relatively new market has clearly defined boundaries and consumer dynamics. This explains why Bratz could succeed in this market as a new market entrant. MGA Entertainment launched what can be called a radical innovation. The Bratz dolls were so different from anything else in the fashion doll space of 2000-2001. As MGA Entertainment's CEO Isaac Larian recalls, he thought the dolls were "weird" and "ugly".[280] As it happens, he asked his daughter Jasmin what she thought and she replied, "Dad, this is really good."[281] Larian was convinced by her candor, so he said, "Let's take a risk – let's go."[282]

150.    During the years of launching the Bratz dolls, MGA Entertainment was a company that was ready to take the necessary changes and risks in this new market. It also had a unique combination of people who with experience in the toy industry as well the fashion doll business created the innovations necessary to build and nurture the Bratz brand while also

[279] Holly Acland, "Long live toys", *Business Source Alumni Edition*
[280] CNBC Report, *It's War*, http://www.youtube.com/watch?v=2xxbJejTbuI
[281] Eric Clark, *The Real Toy Story: Inside the Ruthless Battle for America's Youngest Consumers*, Free Press, 2007
[282] Eric Clark, *The Real Toy Story: Inside the Ruthless Battle for America's Youngest Consumers*, Free Press, 2007

CONFIDENTIAL – ATTORNEY'S EYES ONLY

EXHIBIT ___2___

PAGE ___103___

having the discipline of managing the brand consistent with a unified vision of what the Bratz brand aspires to create and stands for.

151. I have also described in my report the consumer decision making principles and cognitive processes that have facilitated the Bratz brand to grow relatively fast and to become one of the key business-essential assets of the firm.

152. As a result, MGA Entertainment has grown the market for fashion dolls. Looking at the market through key player segments displays the areas in which the growth occurred – and this was a growth in the marketplace, rather than a stagnant market with competitors stealing shares from each other. Even Kevin Farr, Mattel's current CFO, testifies that MGA Entertainment grew the marketplace rather than merely its own share in the marketplace.[283] From the years 2002 to 2003, the Bratz brand grew $298 million dollars, four times greater than the next competitor within the dolls super category ($56M) as compared to My Scene Barbie that had a growth change of $40 million dollars (7%). The fact that Bratz dolls grew the toy industry is evident by the net sales statistics of the year 2000, when Barbie had already been declining steadily for 3 consecutive years. Mattel's sales only began to grow after Bratz released their doll and Mattel released the My Scene Barbie. The doll industry was already suffering and while Mattel does not show a great change in the years 2000 – 2006, the Bratz brand has shown great growth, at times exceeding a 160% share growth rate.

---

[283] Kevin Farr deposition, pg. 186 at lines 15-18.

CONFIDENTIAL – ATTORNEY'S EYES ONLY

EXHIBIT ___2___

PAGE ___104___

Executed this 11th day of February, 2008:


Erich Joachimsthaler

CONFIDENTIAL – ATTORNEY'S EYES ONLY

EXHIBIT __2__

PAGE __105__

**EXHIBIT 3**

# MGA Entertainment, Inc. v. Mattel, Inc., et al.

Case No. CV 05-02727

Expert Report of Robert Tonner

February 11, 2008

CONFIDENTIAL – ATTORNEYS EYES ONLY

EXHIBIT __3__

PAGE __106__

**Expert Witness Report**
**By Robert Tonner**

The Lawyers for MGA contacted me in late summer of 2007 about a lawsuit between Mattel and MGA. I have never testified as an expert witness in any other case and I am being paid for my time spent on this case in the amount of $250.00 per hour.

Naturally, being a doll manufacturer, I've known about MGA and Mattel and their products for many years and I've had the opportunity to meet a few of the Mattel designers over the years. Ann Driskill (who, I believe, is a project manager at Mattel) and I worked together for a short time on Seventh Avenue. I've never done any business with Mattel, although they put in an offer to buy my company in 1999. (I turned them down.) Although in my travels over the years in the doll/toy worlds I might have met people who worked at MGA, I don't recall ever meeting either Mr. Bryant or Mr. Larian.

**Published Articles**

1) *DOLLS* article about personal inspiration, 2003
2) *Haute Doll* article about the history Fashion Toni dolls, Oct 2005
3) *Haute Doll* article about early fashion dolls, 2004
4) Wrote "Robert Tonner Inspirations" 2006 (book)

**Biography**

I was born and raised in Bluffton, Indiana, and even as a small child I had an interest in fashion dolls.

After three years of college I left for New York City in 1973. I received a full scholarship to attend Parsons School of Design to study fashion design. I graduated from Parsons in 1975 with a Bachelor of Fine Arts degree.

After graduating from Parsons, I worked in the garment center in New York City as a fashion designer. I had a great career in the market that spanned eighteen years. Of those eighteen, I was a designer for Blassport, the sportswear division of Bill Blass, for eight years. During my time in the garment center I also did a line of clothing under my own label. In addition to designing, I taught a fashion design class at Parsons, part time, for three years in the early 1980's.

I started sculpting as a hobby around 1981 or 1982 and soon started sculpting dolls. At that time, I sought out and found doll making and collecting organizations. I joined the Manhattan Toy and Doll Collectors Club in the late seventies and became President in the mid-eighties. During the eighties, I continued my sculpting and made one-of-a-kind dolls at nights and on weekends. I was elected into the National Institute of American Doll Artists in 1988 and I spent four years (1991-1995) as standards chairman and two years as President (1995 to 1997).

After tiring of the garment center in the late eighties, I left to start my own doll company, Robert Tonner Doll Design, in 1991 and showed my first line at New York City's Toy Fair in February, 1992.

1

CONFIDENTIAL –
ATTORNEYS EYES ONLY

EXHIBIT _3_

PAGE _107_

As I built my company in the 1990's, I also did freelance design work for other manufacturers. I sculpted a doll for Madame Alexander in 1992 and designed and sculpted The Magic Attic dolls for the Georgetown Collection in 1995.

Robert Tonner Doll Design eventually became Tonner Doll Company Inc. and my company is considered a leader the field of collectible dolls. During the past sixteen years, I have won many awards and received acknowledgement from the doll and collectible industries.

- "Little Girl in a Duffle Coat" and porcelain Superman chosen for the permanent collection of the Museum of Decorative Arts at the Louvre in Paris.
- Peoples Choice Award, Disney Doll and Teddy Convention, 1999
- *The Robert Tonner Story, Dolls and Dreams*, published by Portfolio Press, 2000
- Modern Doll Convention, Lifetime Achievement Award, 2002
- United Federation of Doll Clubs Philanthropic Award, 2003
- Tonner department opens in FAO Schwarz in New York, Las Vagas, 2004
- Collectors United Industry Leadership Award, 2006
- Jones Publishing Crystal Award for Industry Leadership, 2007
- Cover stories and/or articles about my work in *DOLLS* Magazine, *Doll Reader, Contemporary Doll Collector, Doll Castel News, Disneyana, Toy Fair, Doll UK, UFDC Doll News, Mune Cas* (Spain), *Action Figure Digest, Fashion Doll Quarterly, Haute doll, Playthings, Toy Fare,* and *Toy Book*.
- Coverage in mainstream press: *People, Newsweek* and *The New York Times*
- Since 1993 I have received over fifty awards from the industry's top collector magazines, *DOLLS* and *Doll Reader* (DOTY Award and DOLLS Award of Excellence)
- Opened Tonner Company Store, our first retail store, December 2007.

In addition to industry acknowledgement for my design work, I am also well known for my charity work with dolls. In 1996, I conceptualized Dolls Have Heart, a gala event benefiting AmFar. Demi Moore hosted and the event raised over $350,000.00. Tonner Fashion dolls were dressed by every famous designer working at the time and auctioned at the event. I used the template for the AmFar event in London benefiting Action on Addiction. As a result of our donations, I have appeared on the Today show during their annual Toy Drive for the past seven years.

I was asked to be the keynote speaker at IDEX, an industry trade show, in 2004. I gave my speech, "Observations of a Reluctant Businessman".

**Why I Am Considered an Expert Witness**

Over the years, I have become an historian of the modern fashion doll, in part because I lived though it. As a small child, I was very aware of the fashion dolls on the shelves of the toy stores (also in that day, the dime store and hardware stores). Growing up, I paid attention to the dolls being produced and the companies producing them. During high school, I was less interested but my interest in dolls returned shortly after I graduated from college. As my desire to make dolls developed, I started collecting fashion dolls (with a focus on Barbie) and studied their history and eventually began researching dolls that represent a fashion figure in the modern period. Over the past few years I have been asked to speak on the history of the modern fashion doll numerous times by various doll clubs and organizations.

EXHIBIT __3__

PAGE __108__

CONFIDENTIAL –
ATTORNEYS EYES ONLY

I define the modern fashion doll as "made of plastic with a sculpted bust and a sculpted high heeled foot, dressed in teenage or adult fashion."

## Unique Qualifications

*I know how a doll is made.* Although there are other doll artists who have developed companies in the past, Tonner Doll Company Inc. is probably the most well known artist-run company currently. I am a doll sculptor and I have designed dolls from start to finish. I have finished waxes to ready the sculpt for the mold making process. I have engineered joints. I have first hand experience in mold making, casting and firing of porcelain dolls. My company sells or has sold dolls made of porcelain and rotational and injection molded plastics. I've overseen production in the US and in the Far East (China). I know the intricacies of clothing design and fabrics (18 years of fashion design in New York City) and can and have made clothing patterns and first samples for dolls. I have knowledge of the wig and hair fibers that are currently used on dolls and I have styled and designed rooting patterns for doll production. I've made doll shoes. I have created packaging design for our dolls.

*I have designed dolls for both the collectible and mass markets.* Although the main focus of my doll career has been in the collectible market, I have designed dolls for children. In 1986, I did freelance doll clothing design for Coleco, makers of the Cabbage Patch dolls. For the Georgetown Collection in the mid 90's, I designed and sculpted the Magic Attic dolls created as a competitor of the American Girl doll. For Tonner Doll Company, I designed and sculpted a princess doll for the mass market to coincide with the movie "Ella Enchanted".

*I have worked with and know many doll designers.* In addition to my extensive knowledge of commercial doll making, I have worked with many doll artists. For the Tonner Doll Company, I work with outside doll designers and sculptors. I was standards chairman for the National Institute of American Doll Artists ("NIADA"), a forty year old doll artist organization, considered one of the most prestigious in the world. My responsibility was to screen applicants for admission by judging their work in portfolio form. Admission standards to NIADA are very high; out of the dozens of applicants each year only a very few made it in. I was also President of NIADA for two years, and I am still a member.

*I know the doll business.* The Tonner Doll Company Inc. is almost seventeen years old and is arguably one of most successful in the field.

*I am considered an expert on modern fashion doll history.* Although there are many artists who have started their own companies, few, if any have grown their company to the size of the Tonner Doll Company Inc. Fewer still, if any, know fashion doll history as I do. In addition, while there may be doll historians who have as much or more knowledge of the modern fashion doll, I know of no other who also manufactures dolls. I am often asked to speak to industry and collector groups on the subject.

*I am considered an expert because of my unique mix of knowledge and experience.*

3

EXHIBIT _3_

PAGE _109_

CONFIDENTIAL –
ATTORNEYS EYES ONLY

**Company History**

After three years and three different colleges as a pre-med student, I moved to New York City in 1973 to finish my college education at Parsons School of Design under full scholarship. I graduated in 1975 at the top of my class and immediately went to work on Seventh Avenue in New York—the hub of American fashion design. After three years as an assistant to an up-and-coming designer, I was hired by Bill Blass to head up his sportswear division, Blassport. I was thrilled to be there and did very well. About six years later, I was hired away to start a line under my own name. The line was well received, but under-capitalized. I then worked for the Leslie Fay Company designing sportswear, and eventually went back to Blass. After eighteen years in fashion, I felt it was time for a change.

I started sculpting as a hobby in the early eighties always with the goal in mind of designing a doll. I finished my first doll in 1983 and although I was working in an intense business (fashion design) at the time, I spent much of my free time at night and on weekends developing my skills.

By the late eighties I was in my mid-thirties and was tired of working for other people—I felt I was no longer doing work that I was really proud of. Designing to please a boss or store buyers was starting become less and less tolerable. So, in 1991, I left the garment center and moved to upstate New York to start my new business. Although it had crossed my mind to start a clothing business, my real passion was dolls.

I taught myself how to make molds and cast porcelain, and once I was accomplished enough, I felt I had the knowledge to start the doll business.

I started my Company in the spring of 1991 with the thought of showing my dolls at the International Toy Fair in New York City in February, 1992. I did accomplish that goal—I brought a line of 12 porcelain dolls that I had made myself. I booked just a little over $100,000 in sales during the five day show. I considered Toy Fair a great success and began to build my business. I hired part-time help in the beginning and added full time help by 1994.

Although at the time my porcelain dolls were popular, the expense of the dolls ($250 to $1500) limited the market I could reach. By 1993, I was experimenting with vinyl and produced my first vinyl doll. Using vinyl, I was able to lower the price of the doll as well as make it more "playable".

In 1993 I added "Alice in Wonderland" to my line. The character is in the public domain and I quickly realized how much a famous name could help my sales. This realization prompted me to look at licensing other well known characters. We were too small for the big studios to take seriously, so I looked for characters that had been overlooked or put aside. I found two: Betsy McCall, a beloved character from McCall's magazine during the 50's and 60's, and Little Orphan Annie. Annie dolls had been produced in the past, but had never done well for larger toy companies. However, both dolls did well for us and I have included licensed products on the line since.

With the Betsy McCall doll, I reluctantly took production over to China. Although we had grown at a great pace, we were still a small company and dealing with the Far East

4

EXHIBIT _3_

PAGE _110_

CONFIDENTIAL – ATTORNEYS EYES ONLY

was intimidating. As it turned out, it was to be one of the best moves I've made. My dolls could be produced at competitive prices.

Nineteen ninety nine was a tremendous year for Tonner Doll Company. I introduced the doll that I had wanted to make since I started making dolls. The doll was named Tyler Wentworth and she was a 16 inch vinyl and hard plastic fashion doll with a story line inspired by my years as a fashion designer. The sale of those dolls changed the company overnight. Sales tripled and Tonner Doll became one of the leading collectible doll companies in the United States.

As my company became more successful, I added to my licensed products with Star Wars from Lucas Films and Titanic dolls from Universal. However, the next big breakthrough for my company was when we were granted the license for Harry Potter from Warner Brothers. Although Harry Potter dolls had been produced by Mattel and tested by Madame Alexander, my understanding was that the dolls did not perform for those companies. After the first two or three films, Warner Brothers was willing to try my lesser known company. Our Harry Potter dolls were a hit for us and that success led to licensing deals with Warner Brothers for the Wizard of Oz, Gone With the Wind and DC Comic heroes such as Wonder Woman and Superman. We were offered Disney lines such as Pirates of the Caribbean and Narnia, along with the classic properties such as Mary Poppins and Sleeping Beauty. Marvel licensed Spiderman to us and we are currently working on New Line Cinema's Golden Compass.

In 2002 I purchased the Effanbee Doll Company out of bankruptcy. Effanbee had existed since 1910 and remains a venerable contributor to the doll industry.

In 2006, I formed Wilde Imagination, a direct marketing company that currently sells a unique line of collectible dolls directly to consumers via e-commerce and mail order. **(Exhibit #1, Tonner Company Products)**


## A Condensed History of the Modern Fashion Doll

The American doll industry is relatively young. During the late nineteenth century, a majority of doll manufacturing was done in Europe, with Germany and France as industry leaders. Most doll heads were made of porcelain or papier-mâché with composition or wooden bodies. The dolls that originated in France were known for their exquisitely sculpted faces; the dolls were highly stylized and could be very expensive. The German doll manufacturers became competitive with France when they later introduced real looking (rather than stylized) dolls into the market.

At the time, American doll manufacturing was almost nonexistent. The majority of dolls were imported from Europe. A few companies did produce dolls at the time, but even fewer did their own sculpting. Doll heads and bodies would often be brought in from Europe to be dressed and sold in America.

However, all this changed during WWI. Importing from Europe became more and more difficult, so toy and novelty companies began to look to produce their own designs. The early American dolls looked similar to their European counterparts, but soon, the American-made dolls took on a look and direction of their own that dominated doll making for decades.

EXHIBIT ___3___

PAGE ___-///___

CONFIDENTIAL –
ATTORNEYS EYES ONLY

Because of the shortage of dolls during WWI, new doll companies were born. Effanbee and Ideal were probably the best known and Effanbee is still in existence today.

Around 1912, the use of composition became the most popular material for doll making. Made of wood pulp, glues and fillers, it was considered more durable for doll making than the previous porcelain.

During the second decade of the twentieth century highly stylized character dolls were popular. Dolls such as Raggedy Ann, The Campbell Kids and Kewpies did well for their manufacturers. Effanbee produced some of the first "Mama" dolls starting in 1918. The dolls were so named because of a simple voice box that said "mama" when the doll was hugged or rocked.

In the twenties, doll manufacturing in America became a thriving business. The Bye-Lo Baby was extremely popular. Made to look like a real newborn baby, the doll was revolutionary for its time. During the latter part of the decade, the Effanbee doll Company introduced Patsy, a fourteen inch composition doll, who is generally considered to be the first with an extensive wardrobe and accessories.

During this period, the only doll that could be considered a fashion doll representing an adult was the boudoir doll. Made by various companies, they were very long and very thin and were used and sold more as decorations for the bedroom or parlor rather than as toys.

The 1930's was a decade of celebrity dolls. The Shirley Temple doll by Ideal dominated toy shelves, and the licensed characters such as dolls from Gone With the Wind, Snow White and The Wizard of OZ were the best sellers. Baby dolls remained very popular. Effanbee followed up on the success of their Patsy with the Dy-Dee Baby, a doll that could wet her diaper. The forties bought huge changes to the doll world. The technical advances and especially the use of plastics during WWII changed the way dolls were made from then on. Near the end of the decade, nearly all dolls brought to market were made of plastics. In the early fifties, economically, America was doing very well and the parents of the baby boomers had more disposable income than ever before. The toy industry boomed.

Fashion dolls were almost nonexistent during the first half of the last century. The dolls produced before 1950, with a very few exceptions, were dolls representing babies or girls. Doll play seemed to be geared toward "nurturing" or "playmate" type of play patterns. After 1950 a new type of play pattern emerged and girls began to look to the future and aspirational play became popular—hence the advent of fashion dolls.

Sensing a market for a doll body that represented an adult female, Madame Alexander developed her Cissy doll in 1955. Cissy was unique in the doll world because of two things; her adult-like sculpted bust line and her permanently arched feet that were meant to accommodate high heeled shoes. The doll was revolutionary and the "inspired by" dolls entered the market in 1956. Almost every company had their versions of the adult fashion doll, with the Ideal Toy Company the most successful with their Revlon Doll. At the time, if a doll was successful, the company would produce the doll in numerous sizes. The most popular sizes of these dolls were the 10" and the 18" sizes. Hundreds of different fashion doll styles were introduced into the marketplace in the next few years and while baby dolls and child dolls were still around, the fashion doll rained supreme.

In 1959, Mattel introduced their truly groundbreaking doll, Barbie. Ruth Handler and her husband Elliot started making toys around 1945. In the mid-fifties Ruth Handler,

6

EXHIBIT ___3___

CONFIDENTIAL –
ATTORNEYS EYES ONLY

PAGE ___112___

inspired by watching her daughter, Barbie, play with grown up paper dolls, convinced her husband to develop a very grown up fashion doll. The Barbie sculpt was inspired by Lilli, a character in a German newspaper. As the story goes, Lilli was sculpted to be a sort of "naughty" toy for grown men and was sold in tobacco shops and bars. Although Lilli's look was slightly softened for Barbie, Mattel's market research confirmed that mothers hated the doll but little girls loved her. Ruth Handler decided to bet on the girls. Unique television advertising (on the Mickey Mouse Club) made Barbie the hottest doll around. It would be three years before Mattel's production of the doll would catch up with the demand.

For the competing companies at that time, mainly Ideal and American Character, it was business as usual. Barbie was certainly popular, so they decided to react as they always had—they would develop their own fashion dolls. At the time, Ideal was the biggest doll company; it had many popular dolls, such as Shirley Temple and Patty Playpal. The Revlon doll was no longer selling, so Ideal first tried a Barbie knockoff, Mitzi. Mitzi had a look similar to Barbie, but she was not nearly as well made. Girls could tell the difference and stayed away from the doll. Ideal then tried a 16" doll called Jackie; it had Barbie proportions, but again, it could not compete. In 1962, Ideal tried again to go after Barbie with Tammy. The Tammy doll had a much less developed body (more like a young teen than an adult woman) and was allegedly in answer to parents concerns about Barbie's more mature shape. Tammy did rather well for the first couple of years but by 1966 she was all but off the shelves. During this period, due to superior design, marketing and manufacturing, not a single company could compete with Mattel in the fashion doll world.

During the seventies and eighties, many companies tried to compete with Barbie with various strategies. In 1985, Hasbro introduced Jem. Jem was aimed at the Barbie audience and was introduced with a fully formed world. She had a somewhat unique look (although she still had a Barbie "feel") and an unusual story line about a rock band; she even had Saturday morning cartoons to enhance and promote the product. However, within that same year, Mattel introduced its Barbie and the Rockers line with a similar rock music focus. Barbie again won the battle. Hasbro countered a year or so later with its very tame Maxi doll. Maxi had the feel of a bland Barbie and didn't last.

In the 1980's there was a boom in doll collecting. Baby boomers started to take another look at the dolls they grew up with, and were interested in having those dolls again. Mattel and Madame Alexander benefited from this new view of their products; more and more adults started collecting dolls. Collectors were open to all kinds of new products and small doll companies sprang up seemingly overnight.

The fashion doll industry changed drastically in the 1990's. Collectors looked for alternatives to Barbie and found it in Aston Drake's Gene doll. Although Gene owed a lot to the original Barbie marketing, it was not a Barbie look-a-like—Gene was 16" tall and had her own stylized face. Collectors loved the doll and many gave up Barbie collecting for Gene. Gene's character was a glamorous movie star—Mattel countered with their Barbie Hollywood Movie Star collection. In 1999 Tonner Doll entered the fashion doll market with Tyler Wentworth, a doll with a story line (she's a fashion designer) and an extensive wardrobe. Again, collectors responded well and this time Mattel's response was its Silkstone Fashion Designer Barbie. She was a vintage looking doll with high fashion clothing.

7   EXHIBIT __3__

PAGE __113__

CONFIDENTIAL –
ATTORNEYS EYES ONLY

The marketplace was changing. Collectors were looking for something more than Barbie and the toy market gave them multiple new choices.
**(Exhibit #2, Samples of Dolls from Fashion Doll History)**

## Bratz versus Barbie

I've always enjoyed checking out the new dolls in the toy aisles, and of course, I've known about the Bratz dolls since 2001. I remember seeing the product in the stores and what caught my eye was its great packaging and design. I was also intrigued by the proportions of the doll.

I began to hear of a "feud" between Barbie and Bratz (or Mattel and MGA) some time later. And, I can't say I was surprised when I first heard that Mattel was "not happy" about the Bratz doll. Barbie was and had been the number one fashion doll for decades, and she did not take kindly to new dolls in her fashion doll aisle.

When I was contacted by lawyers for MGA in the summer of 2007, I learned that there were legal issues pertaining to Carter Bryant and his creation of the Bratz line. I have no in-house lawyer; actually, I try to stay away from lawyers. However, because of my interest in the fashion doll industry, I was intrigued. Once I came to understand what the case was about I agreed to testify as an expert on behalf of MGA. I have great respect for Mattel—it's a great company; however, after hearing Mr. Bryant's story about the creation of the Bratz line, his story rang true to me. I have had the opportunity to read Mr. Bryant's deposition and I have been asked to comment on Mr. Bryant's story about how he came up with the idea for Bratz, as well as the role that MGA played.

## "Inspired by" or "copying"

In toy design, as in fashion design, new, commercial ideas are highly coveted and valuable things. True, breakout, market-changing ideas are rare.

There is a long history in the toy industry of dolls that were "inspired by" or, in some cases, downright copied. With every hit doll, imitations were on the store shelves in a short amount of time. An early example of a doll that inspired many imitations was the Shirley Temple doll from Ideal. When the doll came out in the 30's, there were imitations on the shelves within a few months. At times, these imitators were sculpted by the same artist who did the original. **(Exhibit #3, Shirley Temple)** Rarely did a copy hurt the original. In the case of the Shirley Temple doll, Ideal had the right to the name— no other company did, so they definitely had the advantage.

The American doll industry was born in and around New York City. Practically all the manufacturers worked with the same vendors. The vinyl and plastic factories worked with a number of competing doll companies. At times, the plastic molding company would have a body sculpt created and sell it to a number of different doll makers. Heads were usually proprietary, but not always. With overlapping resources and vendors, it was difficult, at best, to keep secrets. At that time, manufacturers accepted this fact and unless a doll was a line-for-line copy, they looked the other way. A company was able to differentiate itself from others by hair and clothing design and/or unique gimmicks.

8      EXHIBIT __3__

PAGE __114__

CONFIDENTIAL – ATTORNEYS EYES ONLY

This accepted way of doing business changed in 1959 with Mattel. Mattel took its production overseas and, because it was in California, was able to better protect its ideas. The competing companies at the time, such as Ideal, did respond as they always had and made dolls to compete with the new star doll, Barbie. Many tries later, Ideal succumbed to Mattel's superior design and marketing. Ideal was not the only one. Competitor after competitor closed its door when they could no longer compete with the Barbie machine.

Dolls that change the direction of the category are rare. Mattel, with Barbie changed the way fashion dolls looked and with that change, took over the market. In one of the rarest moves in modern doll history, Mattel followed Barbie with another groundbreaking doll—Chatty Cathy. Chatty Cathy was an 18" doll who could "speak". The gimmick was great but the real change was the look of the doll. She looked like a real little girl; she had slightly protruding teeth, freckles and a natural lip color. This was revolutionary in mass market dolls. Over the next few decades there were few, if any, dolls that were true breakouts. The one that does come to mind is the Cabbage Patch line of dolls. And then Bratz. **(Exhibit #4, Milestone Dolls)**

**Design Inspiration**

During my days in the fashion business I was asked many times by people who weren't in the business, just how designers all come up with the same ideas at the same time. For example, if all the designers raised or lowered hemlines simultaneously, it would look to an outsider as if all the designers got together to make these decisions. Of course, that never happened. Fashion designers, just like toy designers, are exposed to the same set of cultural influences. They all watch television, listen to music, see movies, see or listen to the news, pay attention to all popular culture, and they usually watch what the competition is doing.

The same is true for doll design. A good doll designer needs to know what's going on in the world. A doll designer, especially one working in the mass market, must also be able to anticipate what children and collectors are going to want. This ability to anticipate potential desire for a product is what good design is all about.

Just as fashion designers create similar products at the same time, doll designers do also. A recent example of "great minds thinking alike" happened just this past year. The Madame Alexander Doll Company used their 21 inch fashion doll, Cissy, as a pirate. A few months later, Barbie did The Pirate Barbie Doll, and at the Tonner Doll Company, we will show our pirate doll at Toy Fair this year. All three companies are showing pirate fashion dolls at about the same time because that is what we all hear about. The Pirates of the Caribbean movie was a huge hit. Did Mattel copy Madame Alexander? Did we copy either one? I wouldn't presume to answer the first question, but we didn't need to copy anyone. We knew that a pirate doll was the right thing to do at this time in fashion and I assume the Mattel designers knew it too. The pirate dolls are just one example of many. **(Exhibit #5, Pirates)**

In 1998, when Mr. Bryant said that he came up with the idea for the Bratz dolls, there were a lot of changes happening in the fashion world as well as in the doll world. Fashion for teenagers and young adults was originating on the street. Kids would put together what they thought was "cool" and many times it had nothing to do with the fashion design originating in the fashion capitals. Seventh Avenue was starting to bring

9   EXHIBIT ___3___

PAGE ___115___

CONFIDENTIAL – ATTORNEYS EYES ONLY

the pant silhouette closer to the body, but on the street, kids bought and wore bigger and bigger jeans and pants. The rejection of dictated fashion gave the kids on the street a unique look.

Shoes and boots at that time were big and clunky, and models were photographed in such a way as to exaggerate the look. Hair styles were all over the place, from short cuts to long straight or curly hair. The young women in the magazines and on the runways were becoming thinner and thinner. Because of the "shrinking" body of the models, their heads and feet tended to seem bigger. The fashion proportion was changing.

The new fashion proportion was picked up not just in the fashion magazines, but also in the ads in those magazines. Most notably were the Steve Madden ads in which, at first, illustrations would be drawn with oversized feet and heads, and later real models would be digitally altered to have extremely oversized heads and feet and a tiny, shrunken body. The Steve Madden ads weren't the only ads to use this new proportion. In the *Seventeen* magazine issue that Mr. Bryant references as an inspiration for Bratz, there were many ads that had the proportion of Mr. Bryant's original sketches for the dolls. In that same *Seventeen* magazine, the Paris Blues jeans ad could have been mistaken for an early Bratz drawing. Coke also used an illustration in its advertising that had this same new look. **(Exhibit #6, 1998 *Seventeen Magazine*)**

Whereas I know for a fact that fashion designers don't get together to plan what's going to be the new look of the season, I'm also reasonably sure that the ad agencies don't get together either so they can make similar ads. They all sense what's in the air and respond in their art work, using the pop cultural references that they've been exposed to.

The exaggerated proportion of a large head, big feet and tiny body was very much in the public awareness in 1998. Mr. Bryant did not invent this proportion; he just acknowledged or pointed it out in his drawings.

As a doll designer, you couldn't help but notice this proportion—I did. I recognized it and thought it would make a great doll shape—I just didn't have the resources at the time to do anything about it. I would have been greatly surprised if all of the talented doll designers out there weren't aware of this new proportion and thinking the same thing.

In conjunction with this new fashion proportion there was an emerging new, young attitude. Hip-Hop bands and girl group rock bands, such as The Spice Girls, were extremely popular. The young women in these groups were edgier and more "in your face", and they were being covered in the teen magazines. **(Exhibit #7, Spice Girls and Dixie Chicks)**

Edgy, in your face pop culture celebrities were very much in the public awareness. Mr. Bryant did not invent this attitude; again, he just acknowledged and brought attention to it in his drawings.

## Components of Doll Design

### The Idea

Direction changing doll ideas are almost always the inspiration of single person. Ruth Handler, the creator of Barbie, is a perfect example. She did not invent the fashion doll, she did not invent high fashion paper dolls—she didn't even invent the "look" of Barbie.

CONFIDENTIAL –
ATTORNEYS EYES ONLY

What Ms. Handler did was to take the cultural elements around her and put them together in a unique way. It was the idea that was unique—not the doll.

The same example can be made of another Mattel product, American Girl. The American Girl doll was the concept of Pleasant Roland, founder of the Pleasant Company. Ms. Roland created an extremely successful company by putting together elements that were in the public awareness in a relatively new way. Ms. Roland took a German designed doll that had been around for a few years, coupled it with books and extra clothing and accessories and sold it through catalogues. None of the products that were designed for American Girl were unique. Dolls with books had been around for decades (Raggedy Ann) as were dolls with extra outfits and accessories (Patsy, Ginny and Barbie). Catalogue marketing was certainly nothing new in the late eighties. However, all these elements were put together in an uncommon and extremely tasteful way. So again, it was the idea (in this case, marketing) that was unique, not the doll.

Mr. Bryant tells much the same kind of story as did Ruth Handler. He knew about the current styles. He knew of the "modern" attitude of the current teenage girl. Just as Ruth Handler described her dawning awareness of the play patterns of her daughter, Mr. Bryant described his moment of "ah hah!" when, after seeing the teens in the school yard with all their attitude, he came up with the name for his idea, Bratz.

This is the way a new idea happens. It is a "perfect storm" of cultural influences and inspiration.

<u>Presenting the Idea</u>

A new idea has to be conveyed to the persons who can fund the development and get a doll out into the public. I understand that Mattel designers occasionally present tear sheets (pictures from magazines) to their project managers or design directors to communicate the idea of a new look (whether it's for a doll face or an outfit). I'm sure some Mattel designers sketch, and I can imagine those designers showing another manufacturer's doll as an example to get an idea across—all these methods are used. Mr. Bryant happens to be a gifted artist. The way he was able to present his idea was through an illustration. The illustration was not a schematic—it was not a technical drawing. Mr. Bryant's drawing of the Bratz characters was his way of communicating an idea; in essence, he drew a "tear sheet".

Mr. Bryant communicated the attitude for his characters with his illustrations. Many years before, Mattel did the same thing with Barbie. Barbies, in the early sixties, came packed with what is called a "cross-sell" booklet. The booklet showed various outfits that could be purchased for a child's Barbie doll. The illustrations of Barbie and her friends were not accurate depictions of the dolls—there was no way they could bend or move as they were sometimes drawn. The purpose of those illustrations was to suggest a fun, high fashion "mood". The purpose of Mr. Bryant's original sketches was the same—to evoke a mood. **(Exhibit # 7a, Barbie Illustration)**

One other thing can be said about Mr. Bryant's sketches—as he drew them, the four characters changed. Their proportions changed—they became longer, with smaller hips. This is again to my point—he presented an idea, and not an exact doll design.

I understand that there is some question as to how relevant it was that Mr. Bryant added color to his sketches sometime after he originally drew them. In my opinion, adding color to sketches means very little. His was not a color concept, it was a doll idea.

11

EXHIBIT ___3___

PAGE ___117___

CONFIDENTIAL – ATTORNEYS EYES ONLY

The only value color could add was to make his presentation look more interesting. As far as I know, Mr. Bryant may have used any color marker or pencil that he happened to have at his desk at the time and I have not heard or read anywhere that color was important to his idea. **(Exhibit #8, Carter Bryant Pitch Book)**

<u>The Sculpt</u>

The Bratz doll is beautifully stylized and sculpted. It is a very professional sculpt—well balanced, highly stylized, and very appealing and like nothing in the market at that time. The fact is that Carter Bryant did not sculpt the doll—he merely presented the concept.

The importance of the sculptor and what he/she brings to a doll cannot be over emphasized. Just as the idea or concept of a new doll is crucial, so is the ability and sensibility of the sculptor.

Many companies produce dolls made to represent the same characters. One of the most notable popular characters is Scarlett O'Hara from the movie Gone With the Wind. World Doll in the 1980's, Mattel, The Franklin Mint and Tonner Doll have all done portraits of the actress, Vivian Leigh, who portrayed Scarlett in the movie. Each of the dolls look markedly different although they are all supposed to portray the same person. The point being, that each sculptor brings his/her personal style to a project—even one as specific as Scarlett O'Hara. **(Exhibit #9, Scarlett Doll Sculpts)**

Superman is another character that has many defining features, but with each sculptor, he can look vastly different. I have had the opportunity to do a sculpt of the Superman character on two different occasions. Although I sculpted both, they do not look alike. I attribute this difference to the fact that I brought a different set of cultural references to the project (they were done a decade apart) and that I worked with two different sets of people who each saw Superman in their own unique way. The art directors for each doll had a lot to say. **(Exhibit #10, Superman Doll Sculpts)**

Scarlett O'Hara and Superman are not the only two examples. There are countless examples of the same character being sculpted by different persons at different companies with entirely different results. Other examples are Dorothy from the Wizard of Oz, Lucile Ball, Little Orphan Annie, Harry Potter and any of the Disney characters to name just a few.

If Mr. Bryant had given this project to any other sculptor (even one from Mattel) there is no way that it would have looked the same and, therefore, may or may not have been successful.

In addition, the tone of the doll was changed during sculpting. In comparing Mr. Bryant's original sketches with the final sculpt, I see important differences. The shape of the head is the most drastic change. Although the sculptor achieved a stylized sculpt that superficially resembles the illustration, the sculpt has a more childlike quality. Mr. Bryant's sketch shows a character with a more adult head whereas the sculpt has a bigger, slightly protruding forehead which is much more childlike. The tone was changed from more of an adult look to that of a younger look. The contrast of the young face shape and the dramatic makeup resulted in a startling, new image in fashion dolls. **(Exhibit #11, Blank Bratz Doll vs Carter Bryant Sketch)**

12

EXHIBIT ___3___

PAGE ___118___

CONFIDENTIAL – ATTORNEYS EYES ONLY

Fashion Design

During the period that Carter Bryant worked at Mattel in 1999 and 2000, Mattel focused on glamorous type fashion for Barbie. Glamorous fashion dolls were popular in the collector market—Mattel knew this and that knowledge was reflected in the high style and luxurious looks that dominated its Barbie designs. These glamorous designs were certainly not what real teen-agers wore. "Celebration Barbie", "Flamingo Barbie" and even Mr. Bryant's own "Grand Entrance Barbie" are all glamour dolls in ball gowns. Mattel also focused on fantasy with its "Barbie Angel" doll. Other than a doll like its "Nsync Barbie" the teenager was all but ignored. **(Exhibit #12, Glamour Barbies)**

Of course the Mattel designers knew what was going on in teen fashion—all good designers would—but that knowledge was just loosely applied to Barbie. In contrast MGA's focus was on teen age style—and it got it just right.

In looking at Mr. Bryant's "pitch book", the clothing reflected what was going on in teen fashion—the sketches got the idea across, but the final, manufactured fashions changed dramatically as the line developed. Although the look of the doll was somewhat revolutionary in 2001 compared to other dolls on the market, in retrospect, it was just the start of the look of the Bratz line. In other words, it was a jumping off place for the MGA designers. The focus—that of teen age fashion—was important in developing the Bratz message, not the styles in the original illustration.

I had the opportunity to look over a vast amount of the Bratz dolls that MGA has produced since 2001 and I noticed two things; first, the fashion design is truly amazing and spot on and second, it's changed dramatically over the years. Whoever was responsible for the clothing design is highly talented and/or had great direction. Doll clothing design is the result of dozens of decisions—the weight of the fabric, how a fabric will lay, how the fabric will respond in such a small size, how will the colors work together, how are the fabrics going to be finished, to name just a few. It takes a knowledgeable design director to be able to work with and put together all the elements for even a relatively successful product. MGA had an extremely talented project manager for the Bratz project. **(Exhibit #13, Bratz Product)**

I understand that MGA appears to have worked quickly to get Bratz out to the market and did clothing for the dolls that reflected Mr. Bryant's concept, but the real development of the dolls came the next year. This is a typical line development timetable—a line often gets better the second year. From what I have seen, Mr. Bryant seems to be a very talented designer, and I understand that he's done design work for MGA during the past five years. The work consistently gets better (and it started off at a very high level).

Not to down play Mr. Bryant's clothing design on the first year dolls, but it was more about how Bratz was positioned in the marketplace (the fact that they were teenagers with a "bratty" attitude) than what the dolls were wearing.

The Face Design

A talented face designer or painter is essential for a winning doll product. He/she must know the anatomy; they must know eye and mouth shape and how to balance color and the features for the desired look. I believe a good face painter can enhance a doll, but a great face painter can turn an ordinary doll into a spectacular doll. The combination of

13

EXHIBIT ___3___

PAGE ___11 9___

CONFIDENTIAL –
ATTORNEYS EYES ONLY

a great face painter with a great sculpt can create doll magic. The artist who designed the Bratz way used his/her own artistry to create a very new look for Bratz.

### Hair Design

I have compared Mr. Bryant's hair design for the Bratz dolls with the doll product that eventually was sold in the market place. Mr. Bryant's idea for removable skull caps, designed to change hair style and color, was not used. Also, the styles that he illustrated in his original sketches were a little edgier than the styles that made it to market. The final hair styles were age and character appropriate styles that reflected the softened version of dolls that, from my information of the process, was as a result of the project manager's input.

### The Project Manager

I understand that the project manager for Bratz was Paula Treantafelles. I believe that this project headed by anyone else could have, and in my opinion probably would have, been a disaster. Ms. Treantafelles, from what I understand, was responsible for pulling together a team to do this project. Every decision she made turned Bratz into the winning product it is. I believe it takes a singular vision and a very high taste level to develop a product like Bratz.

### The Packaging Design

The packaging design for the Bratz line was new, innovative and unique. It set the standard for toy packaging that is still being imitated today. There were two revolutionary features of the Bratz packaging that set the product apart from its competition. One was the trapezoidal shape of the box and the second, and probably the most important, was the clear plastic at the top of the box that allowed light onto the dolls face. I have no idea who was responsible for the initial packaging concept, but it showed creative, out of the doll box, thinking.

At the time, MGA's designer out-designed Mattel. **(Exhibit #14, Bratz Packaging)**

### The Marketing

Mattel has almost always been on top of the competition. I believe through rather unique circumstances, MGA was able to get Bratz into the market rather quietly, test it, and then ramp up before Mattel realized what was happening. Mattel seemed to have been distracted by the disastrous purchase of the Learning Company in 1999 and fallout from that purchase in 2000. As a result, MGA was able to debut and promote Bratz (the product got off to a great start in Spain) while Mattel was otherwise occupied.

## Prior Art

When I was a small child in the 1950's, the dolls on the shelves were generally all sculpted by or inspired by the same sculptor, Bernard Lipfert. In 1959, when Barbie was introduced, she was shockingly original for the American market. She was beautifully done and the baby boomer children loved the way she looked. Mr. Bryant, however, grew up with different set of references. He grew up with Barbie and that look of a doll was nothing unusual. He also grew up with things in the popular culture such as Japanese Anime (such as Speed Racer), the artwork of Margaret Keane, the Kenner doll

14          EXHIBIT ___3___

          PAGE ___120___

CONFIDENTIAL – ATTORNEYS EYES ONLY

Blyth, just to name a few. All of these works portrayed people with larger heads and big eyes, and in many cases, smaller bodies—very similar to the Bratz dolls. Did he see all this? There is no way I can really know, but these things were out there, the feeling was in the air, and on some level Mr. Bryant, as are all good designers, was influenced by the prior art (television, artwork, toys, ads, etc.) in the market place.
**(Exhibit #15, Prior Art)**

### Why Bratz?

When Bratz was introduced in 2001, it was a breath of fresh air in the commercial doll world. Bratz was the first truly new look in the fashion doll world in almost forty years. The quirky proportions did not try to emulate Barbie—they were unique. Bratz dolls are multi-cultural without over emphasizing ethnic differences. The name and the attitude are extremely important to the target market. And, last but certainly not least, Bratz was extremely well designed by the team Ms. Treantafelles pulled together.

### Diva Starz and Toon Teens

In 1999, Mattel was working on a doll line called Toon Teens (a product in work while Mr. Bryant was working at Mattel) and in 2000 Mattel introduced doll products called Diva Starz. I understand that Mattel alleges that Mr. Bryant was inspired by or copied these dolls. Mr. Bryant could have easily developed Bratz without seeing either of those products, or any product that Mattel had on the market or was developing. The change of the fashion proportion was in the air. Just as the designers for Diva Starz and Toon Teens felt it, so did Mr. Bryant. Further, when comparing Toon Teens and Diva Starz with the Bratz sketch, I believe that it is more likely that the Mattel products were <u>not</u> Mr. Bryant's inspiration. The focus on teen fashion and especially the new attitude were just not as evident in the Mattel products as they were in the *Seventeen* magazine that Mr. Bryant states to be his inspiration.

Interestingly, although the Mattel designers recognized the new proportion in their Diva Starz dolls, they were not able to make the line a long term success. I assume that in order to accommodate the mechanism that allowed Diva Starz to "talk" and move her eyes, the designers traded a pleasing design form for function. MGA did not include anything in the Bratz design that interfered with the sculpt. In addition, I believe the element that Mr. Bryant added to the new proportion (the "bratty" attitude) as well as Ms. Treantafelles taste level made Bratz a hit. Every choice in the design and marketing of Diva Starz and Bratz would determine how each would ultimately do in the marketplace.

And again, even more important than the look of the doll, was the change of attitude. It is my opinion that Mattel would not have produced a doll with a "bratty" attitude and therefore could never have come out with a line like Bratz.
**(Exhibit #16, Diva Starz and Toon Teens)**

### The Time It Takes to Make a Doll Prototype

EXHIBIT ___3___

PAGE ___121___

CONFIDENTIAL – ATTORNEYS EYES ONLY

I understand that in this case there is some question about MGA being able to develop a new doll in the short amount of time from early October, 2000 and have it ready to show at Hong Kong Toy Fair in January of 2001. Was it possible? The answer is absolutely, yes. Realistically, the individual steps in making a doll for mass production do not take all that long. The reason it can take a year plus to get a doll to market is because of the bureaucracy that each company has in place to create and test a new doll product. How fast or how slowly a design comes to fruition, usually depends on the powers that be to make decisions. If a product is desired to make a certain date, then it's up to those decision makers to push it along. With talented, professional people (which MGA certainly had), a new product prototype can come together pretty quickly, and certainly within three to four months. It would be a tight schedule, but absolutely doable.

A unique sculpt can be done in as little as a few hours—and of course, it all depends on the sculptor. I have sculpted a rough doll (head and body) in as little as two days. In the product development process, the next step would be approval by the project manager. When I design a doll, that takes no time—either I like it or not; if I like it, I proceed with the wax work/ engineering. If a project manager is focused on the project, comments and/or changes could be made in very little time.

The next step would be to mold the original sculpt to put into wax for refinement. Depending on how complicated the wax clean up is, a doll could be finished in a matter of a few days to a couple of weeks.

Once the wax is done, a rotational master mold can be made in as little as seven to ten days. In my experience, injected molded parts take sixty to ninety days for production, but there are numerous ways to produce a prototype body in a very short amount of time without using the production molds. (Also, this is not to say that injection molds couldn't be used—personally, I've never wanted to throw the money at it to get it done faster).

Of course, the product is not finished until face paint, hair rooting, clothing design and package design are done. All these steps can and are usually done while the doll body is being readied for mold making. These finishing steps are usually done simultaneously and can take as little as a few minutes for something like hair rooting.

**Two Very Important People**

Undeniably Mr. Bryant was important in the development of the Bratz line. However, there were two other people who were even more important: Mr. Larian and Ms. Treantafelles. Mr. Larian had the money, the manufacturing capabilities, and the good sense to let those who he hired do the job they were hired to do. Ms. Treantafelles was perhaps the most important person in the development of the project. She took an idea from an untested, unknown clothing designer (who was not a doll designer) and worked with an extremely talented staff to develop a market changing doll.

Over the years, I have witnessed what seemed to be a good ideas flop and mundane ideas do well—and it's all because of the creative people (sculptors, designers, etc.) involved. Couple the right creative people with funds to do a project properly, and there's a chance that it might work. Again, Mr. Larian and Ms. Treantafelles were those right people.

Further, it is my opinion that MGA, at the time, was probably the only company that could have turned Bratz into a hit.

16   EXHIBIT _3_

PAGE _122_

CONFIDENTIAL – ATTORNEYS EYES ONLY

### Mattel and the Doll World

Mattel, over the years, has rightfully protected its Barbie property. There are numerous examples of a competing toy company trying to knock Barbie off her shelf. Time and time again, Barbie was able to stop the challenge with great design and marketing efforts. However, Bratz did not enter the Barbie world. The Bratz dolls are not about blonde hair and blue eyes, they are not about sweetness and light, and they were not sculpted to look like or be confused with Barbie. Mattel used the approach to counter Bratz that always worked for them in the past. To knock a competitor's doll off the shelf, they used fine design and imaginative ideas. For the first time, however, this approach did not work. They tried to capture the "coolness" and "attitude" of the Bratz line with Flavas, an extremely ill advised and badly carried out line of "Hip Hop" dolls that were heavily criticized. Shortly before Flavas, Mattel countered Bratz doing something that competing companies had always done to them; they came out with something very similar to Bratz—the My Scene dolls.

My Scene dolls are a beautifully designed and sculpted answer to the Bratz line. Relying heavily on the Bratz look, Mattel was able to design and market their new dolls in a relativity short amount of time. On close examination, the My Scene dolls make use of the standard Barbie body with one change—the head. To get the new doll proportion to compete with the Bratz dolls, Mattel made the head oversized and brilliantly made "shoes" with the oversized feet sculpted in the shoes to create the look. Mattel could use the same Barbie foot, but just slip on this new "shoe" to change the proportion of the doll. **(Exhibit # 17, My Scene Foot)**

I thought the initial look of the line of dolls was great. The line had a similar look to Bratz, but at the same time, they made it their own. However, although the look and packaging of the dolls was interesting it still wasn't as new looking as the Bratz dolls. As a result of trying to compete, in my opinion, My Scene later started to look more and more like Bratz.

Throughout Barbie's history, Mattel has aggressively gone after just about every company that dares to try to compete with Barbie. Major players in toys, such as Hasbro and Kenner, could not stand up to Mattel's tactics. I believe that they had every right to do so—Barbie belongs to Mattel and they have every right to protect their product. The difference with the Bratz line is the MGA did not try to go after Barbie. MGA developed its own brand. Barbie for all intents and purposes "owns" blonde hair and blue eyes— MGA doesn't care. MGA developed a line that's more relevant to today's older girls and they didn't do it by "going into Barbie's backyard". Therefore, the Mattel tactic has not, and in my opinion, can not work.

Although Mattel probably has some of the most talented people working in dolls today, MGA has been able to out design and out market them.

### General Comments

The following is a list of documents and resources I used in preparing this report.

17    EXHIBIT _3_

PAGE _123_

CONFIDENTIAL – ATTORNEYS EYES ONLY

Note: It would be impossible to list everything that has contributed to my general knowledge of fashion design, doll design and doll manufacturer over the past thirty plus years. However, in addition to my general knowledge, I have reviewed dozens of Bratz, My Scene, and Diva Starz dolls as well as pictures of Mattel's prototype dolls for Toon Teens.

**Books**
1) Toy Wars by G Wayne Miller; Times Books, NY, NY; cpy. 1998
2) I Had That Doll! By the editors of Doll Reader; Park Lane Press, Avenel, NJ; cpy. 1996
3) More Twentieth Dolls from Bisque to Vinyl by Johana Gast Anderton; Athena Publishing Co., North Kansas City, MO; cpy. 1974
4) This is Blythe by Gina Garan; Chronicle Books LLC, San Francisco, CA; cpy. 2000

**Web Sites**
1) http://www.lapassiondesbratz.simulatus.info/
2) http://www.about.com Doll Collecting, The Barbie Start Page

**Court Documents**
1) Affidavit of Daphne Gronich
2) Mattel v. Bryant MGA Complaints Notebook
3) Transcript of portion of trial, Art Attacks Ink, LLC, vs. MGA
4) Excerpts From Interrogatory Responses In Which a Party Has Provided a Statement on Its Position
5) Exhibits from Carter Bryant Deposition, November 2004
6) Carter Bryant's Deposition 11/4/2004
7) Expert Report of John Steven Baulch
8) 2005 Barbie Spring Line Review, April 15, 2004
9) Margaret Leahy's Deposition 12/12/2007
10) Carter Bryant's Deposition, rough draft, 1/23/2008
11) Carter Bryant's Deposition, rough draft, 1/25/2008
12) Color version, pitch book
13) Color version, Exhibit 1107, 1108,1109, 1110
14) Exhibit 1330
15) August 1998 issue of Seventeen Magazine

**Other**
1) Portions of Seventeen and other fashion magazines from 1998
2) Met with Margaret Leahy's lawyer to view original Bratz sculpts and prototypes.
3) Heard from expert witness Peter S. Menell
4) Heard from expert witness Tina Tomiyama

CONFIDENTIAL –
ATTORNEYS EYES ONLY

**Conclusion**

1) I believe that Mr. Bryant's accounting of his inspiration is true, for the reasons discussed above. I believe that his inspiration for Bratz happened when and how he said it did.

2) Whereas the importance of a new idea cannot be denied, the same idea, without the help of a very talented staff, could have been a flop. I believe that the original idea for Bratz was only one part of what made a very successful doll program.

3) There was absolutely enough time for MGA to create the Bratz doll prototypes for the Hong Kong Toy Fair in 2001.

4) It is my opinion that although the illustrations that Mr. Bryant did for his pitch book certainly inspired the line, the Bratz dolls are not copies of that work.

Date: February 8, 2008

By: _____

19

EXHIBIT _3_

PAGE _125_

CONFIDENTIAL –
ATTORNEYS EYES ONLY

**EXHIBIT 4**

CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1              UNITED STATES DISTRICT COURT

 2            CENTRAL DISTRICT OF CALIFORNIA

 3                 EASTERN DIVISION              Certified Copy

 4        -----------------------------

 5     MATTEL, INC., a Delaware        )

 6     corporation,                    )

 7              Plaintiff,             )

 8        vs.                          ) No. CV04-9059

 9     CARTER BRYANT, an individual; ) NM (RNBx)

10     and DOES 1 through 10,

11     Inclusive,                      )

12              Defendants.            )

13        -------------------------)

14     AND RELATED COUNTER-CLAIM       )

15        -----------------------------

16

17          CONFIDENTIAL - ATTORNEYS' EYES ONLY

18

19     Videotaped Deposition of ROBERT A. ECKERT,

20     taken at 1985 East Grand Avenue, El Segundo,

21     California, commencing at 8:04 A.M., Monday,

22     January 28, 2008, before Kathleen E.

23     Barney, CSR No. 5698.

24

25     PAGES 1 - 196
                                                        1
```

EXHIBIT __4__

PAGE __126__

CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1     APPEARANCES OF COUNSEL:

 2

 3     FOR THE PLAINTIFF:

 4

 5         QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

 6         BY:   JOHN B. QUINN

 7               BRIDGET A. HAULER

 8         865 South Figueroa Street

 9         10th Floor

10         Los Angeles, California   90017

11         (213) 624-7707

12         johnquinn@quinnemanuel.com

13         bridgethauler@quinnemanuel.com

14

15         MATTEL, INC.

16         BY:   BOB NORMILE

17         Senior Vice President

18         General Counsel & Secretary

19         333 Continental Boulevard

20         El Segundo, California   90245

21

22

23

24

25
```

2

EXHIBIT __4__

PAGE __127__

CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1     APPEARANCES OF COUNSEL (CONTINUED):

 2

 3     FOR DEFENDANT MGA ENTERTAINMENT, INC.:

 4

 5          SKADDEN, ARPS, SLATE, MEAGHER & FLOM

 6          BY:   THOMAS J. NOLAN

 7                ROBERT J. HERRINGTON

 8          300 South Grand Avenue

 9          Los Angeles, California  90071-3144

10          (213) 687-5000

11          tnolan@skadden.com

12          rherring@skadden.com

13

14

15     ALSO PRESENT:

16

17          RYAN GULINO, VIDEOGRAPHER

18

19

20

21

22

23

24

25
                                                      3
```

EXHIBIT __4__

PAGE __128__

CONFIDENTIAL - ATTORNEYS' EYES ONLY

1   Adrienne Fontanella.

2        There may have been others, but those are

3   the ones I can recall.

4        Q.  Had you worked for any of these -- I'm

5   sorry.  Had you worked with any of these direct          08:16

6   reports prior to coming to Mattel?

7        A.  No.

8        Q.  What position did Matt Bousquette have when

9   you joined Mattel?

10       A.  I don't remember the specific title.            08:16

11       Q.  Generally do you have an idea of what his

12   area of responsibility was?

13       A.  Yes.

14       Q.  What was that?

15       A.  Boys toys and perhaps international.             08:16

16       Q.  What about Neil Friedman, what was his area

17   of responsibility?

18       A.  Fisher Price brands and manufacturing.

19       Q.  And same question for Adrienne Fontanella,

20   what was her area of responsibility?                     08:17

21       A.  Girls toys.

22       Q.  Responsibility for girls toys, would that

23   include the Barbie line?

24       A.  Yes.

25       Q.  As part of your responsibility as chairman      08:17
                                                               15

EXHIBIT ___4___

PAGE ___129___

CONFIDENTIAL - ATTORNEYS' EYES ONLY

08:26

)8:26

REDACTED

8:27

3:27

:27
23

Merrill National Deposition & Litigation Services
866 299-5127

EXHIBIT 4
PAGE 30

CONFIDENTIAL - ATTORNEYS' EYES ONLY

1

2

3

4

5                                                                          08:28

6

7

8

9

10                                                                         08:28

11

12

13                        REDACTED

14

15                                                                         08:28

16

17

18

19

20                                                                         08:28

21

22

23

24

25                                                                         08:28
                                                                              24

EXHIBIT  4
PAGE  31