1 QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 90378)
2   (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
3   (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
4   (joncorey@quinnemanuel.com)
  865 South Figueroa Street, 10th Floor
5 Los Angeles, California  90017-2543
  Telephone:  (213) 443-3000
6 Facsimile:  (213) 443-3100

7 Attorneys for Mattel, Inc.

8 UNITED STATES DISTRICT COURT

9 CENTRAL DISTRICT OF CALIFORNIA

10 EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with<br>Case Nos. CV 04-09059 & CV 05-2727<br><br>**DISCOVERY MATTER**<br><br>**[To Be Heard By Discovery Master Hon. Edward Infante (Ret.) Pursuant To The Court's Order Of December 6, 2006]**<br><br>[PUBLIC REDACTED] DECLARATION OF JON D. COREY IN SUPPORT OF REPLY OF MATTEL, INC. IN SUPPORT OF ITS MOTION FOR PROTECTIVE ORDER RE: MATTHEW BOUSQUETTE<br><br>Hearing Date: TBA<br>Time: TBA<br>Place: Telephonic<br><br>**Phase 1**<br>Discovery Cut-Off:   January 28, 2008<br>Pre-Trial Conference: May 5, 2008<br>Trial Date:    May 27, 2008 |

07209/2463063.1

DECLARATION OF JON D. COREY

# DECLARATION OF JON D. COREY

I, Jon D. Corey, declare as follows:

1. I am a member of the bars of the State of California and the District of Columbia. I am a partner at Quinn Emanuel Urquhart Oliver & Hedges, LLP, attorneys for Mattel, Inc. ("Mattel"). I make this declaration in support of Mattel's Reply in support of its Motion for Protective Order Re: Matthew Bousquette. I make this declaration of personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify competently thereto.

2. Attached as Exhibit 1 is a true and correct copy of excerpts from the March 31, 2008 Hearing Transcript.

3. Attached as Exhibit 2 is a true and correct copy of the Motion of MGA Parties for Clarification Regarding Portions of February 15, 2008 Order Granting in Part and Denying in Part Mattel's Motion to Compel Responses to Interrogatory Nos. 27-44 and 46-50 by the MGA Parties, dated March 3, 2008.

4. Attached as Exhibit 3 is a true and correct copy of excerpts from the March 10, 2008 Hearing Transcript.

5. Attached as Exhibit 4 is a true and correct copy of excerpts from the Deposition of Robert Eckert, dated January 28, 2008.

6. Attached as Exhibit 5 is a true and correct copy of the Expert Report of Paul K. Meyer, dated February 11, 2008.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

1      7.    Attached as Exhibit 6 is a true and correct copy of a letter I sent to Michael H. Page, counsel for Carter Bryant, and Paul Eckles, counsel for the MGA Parties, dated March 4, 2008.

    I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

    Executed on April 8, 2008, at Los Angeles, California.

_____
Jon D. Corey

-2-

DECLARATION OF JON D. COREY