Expert Report of Paul K. Meyer

---

### *Many People From MGA Contributed To Bratz Sales And Profits*

32.    The success of the Bratz product line is attributable to significant contributions made by MGA in the development, launch and growth of the Bratz product line.  The development of the Bratz product line was a collaborative effort involving contributions from numerous people working on various aspects of product development.[29, 30]

33.    For example, Veronica Marlow, a pattern maker and seamstress, worked to develop the Bratz fashions.  As Ms. Marlow explained in her deposition, "the final product ended up being a product of many people working on the project...the [final] doll turn[ed] out to be different than his [Mr. Bryant's] original idea, because a lot of people had input on the doll."[31]  Likewise, Margaret Leahy, the sculptor who developed the first Bratz-related sculpts, testified that "Carter [Bryant] initially came up with a design, and Paula [Garcia] carried it out...She was responsible for the final product and the way it looked on the shelves...You can have a good sculpt, but if you have a paint, bad hair, bad fashions, bad pack out and bad marketing, it won't go anywhere. Paula was the mastermind behind making Bratz what it is and putting it all together."[32]  Similarly, Isaac Larian confirmed that the development of the Bratz doll "was a collaboration."[33]

---

February 10, 2008, p. 4, 22.  To the extent the Court accepts certain positions of Dr. Menell, this may put downward pressure on the apportionment percentages summarized in Section C.

[28] I understand that Robert Tonner, Tina Tomiyama and others will testify on behalf of MGA that the Bratz doll as actually designed and developed includes significant differences and enhancements over the accused copyrighted property.  Expert Reports of Robert Tonner and Tina Tomiyama.  In his expert report, Mr. Tonner states that "the importance of the sculptor and what he/she brings to a doll cannot be over emphasized.  Just as the idea or concept of a new doll is crucial, so is the ability and sensibility of the sculptor....the tone of the doll was changed during sculpting.  In comparing Mr. Bryant's original sketches with the final sculpt, I see important differences.  The shape of the head is the most drastic change.  Although the sculptor achieved a stylized sculpt that superficially resembles the illustration, the sculpt has a more childlike quality."  In addition, Mr. Tonner states, "I believe a good face painter can enhance a doll, but a great face painter can turn an ordinary doll into a spectacular doll.  The combination of a great face painter with a great sculpt can create doll magic.  The artist [Anna Rhee] who designed the Bratz way used his/her own artistry to create a very new look for Bratz."  Expert Witness Report by Robert Tonner, February 8, 2008, p. 12-14.  In her expert report, Ms. Tomiyama comments that the Bratz sculpt was "a very fine piece of work," and that it allowed the face painter "considerable freedom to create faces with different configurations, different eye shapes, different lip fullness, etc.  Thus, each of the Bratz characters can be differentiated via the face paint, even though all four initial characters used the same sculpt."  Ms. Tomiyama also states, "Certainly to the face designer, the face paint is the key component of the appeal of the doll...most of the 'personality' of the doll is conveyed by the face paint."  Expert Report of Tina Tomiyama, February 8, 2008, p. 7-8.  To the extent the Court accepts positions of Mr. Tonner and Ms. Tomiyama on these issues, this may put downward pressure on the apportionment percentages summarized in Section C.

[29] Discussions with Paula Garcia and Aileen Storer.

[30] Mr. Tonner concludes in his expert report, "Whereas the importance of a new idea cannot be denied, the same idea, without the help of a very talented staff, could have been a flop.  I believe that the original idea for Bratz was only one part of what made a very successful doll program."  Expert Witness Report by Robert Tonner, February 8, 2008, p. 19.

[31] Deposition of Veronica Marlow, December 28, 2007, p. 177.

[32] Deposition of Margaret Leahy, December 12, 2007, p. 205-206.

[33] Deposition of Isaac Larian, July 18, 2006, p. 127-128.

---

*CONFIDENTIAL – ATTORNEYS' EYES ONLY*

EXHIBIT __5__
PAGE __47__

Expert Report of Paul K. Meyer

Mr. Larian testified that Carter Bryant, Veronica Marlow, Paula Garcia and "the Hong Kong team" were all involved in the development of the fashions for the Bratz dolls. Carter Bryant also testified that Mercedeh Ward, Paula Garcia, Veronica Marlow, Anna Rhee and Steve Tarmichael worked on the development of the Bratz project.[34]

34.     Based on my review of this and other deposition testimony, production schedules produced in this matter and discussions with Paula Garcia, I understand that at least twelve people provided creative contributions into the initial Bratz doll. These individuals include Carter Bryant, Margaret Leahy, Veronica Marlow, Mercedeh Ward, Anna Rhee, Aileen Storer, Paula Garcia, Charles O'Connor, Sarah Halpern, Steve Tarmichael, David Dees and Rachel Harris. These people and their roles in the development of the initial Bratz dolls are summarized on **ATTACHMENT 6**.

35.     Subsequent to the initial Bratz dolls, MGA has continued to create new Bratz characters, themes, fashions and packaging. Consequently, MGA has continued to devote substantial resources to create new Bratz products and expand the Bratz product line. These efforts have involved continuing creative contributions from these and other individuals.[35]

*Many Factors Contributed To Bratz Sales And Profits*

36.     Bratz's success derives from a combination of numerous aspects beyond the scope of the accused copyrighted property. Mattel, which analyzed the success of the Bratz doll line, has attributed Bratz's success to a variety of factors. For example, a presentation included in Mattel's documents entitled, "My City, My Style, My Scene: Competitive Analysis" dated August 2003, identifies factors that contributed to the success of the Bratz product line. Under the heading, "Why Is Bratz Successful?," the following reasons were listed:

- "Brand name is easy for girls to pronounce and they understand meaning
- Appeals to older girls who have outgrown Barbie
- Hip, cool, fun, trendy image
- Color scheme is appealing and creates presence
- Fashions and accessories are 'over the top' hip

---

[34] Deposition of Carter Bryant, November 5, 2004, p. 278. See also Deposition of Carter Bryant, November 5, 2004, p. 281-282.
[35] Discussions with Paula Garcia.

*CONFIDENTIAL – ATTORNEYS' EYES ONLY*

13

EXHIBIT _5_
PAGE _48_

Expert Report of Paul K. Meyer

- Packaging is innovative
- Themes are all fashion driven"[36]

37.     Similarly, a Mattel document titled "My Scene vs. Bratz Dolls, Competitive Analysis &
Recommendations" listed numerous suggestions on how Mattel's My Scene could more
effectively compete with Bratz.   The suggestions highlighted Bratz's focus on fashion/soft
goods, accessories and packaging.  **TABLE I** below summarizes some of the recommendations.

**TABLE I – Mattel Recommendations**[37]

| Section Heading | Mattel Recommendation | Bratz Execution |
|---|---|---|
| Doll Fashions | "Glitter, sparkle or shine on every fashion – girls notice pop more than detail.<br><br>a.   Soft goods purses have more play value (put things inside)<br><br>b.   Soft goods have more perceived value than tchotch" | • "Bratz always offers <u>soft goods</u> purse<br><br>• Bratz girl <u>fashions</u> use a lot of glitter and sequins/studs.  Every outfit adorned with something that shines.<br><br>• Bratz offers <u>more soft goods</u> in pack than My Scene<br><br>• Bratz offers <u>more fashions</u> than My Scene" (emphasis added) |
| Piece Count | "1.  Fewer pieces of metallic piece count is better than lots of plastic<br><br>2.  Keep tchotch pieces thematic and innovative" | • "Bratz jewelry has <u>more metal/VUM</u> than My Scene and has more 'eye-catching' tchotch (e.g., fuzzy cell phone)." (emphasis added) |
| Packaging | "1.  More callouts on front packaging to highlight key selling points and points of differentiation v. Bratz.<br><br>2.  Thematic handles.  Even if there is no theme, have a handle." | • "Bratz front <u>packaging has more call-outs</u> than My Scene.<br><br>• Bratz <u>packaging always has a handle</u> – though not always thematic." (emphasis added) |

---

[36] "My City, My Style, My Scene: Competitive Analysis," August 2003, M0082139-46 at 39.
[37] "My Scene vs. Bratz Dolls, Competitive Analysis & Recommendations," M0086622-3.

*CONFIDENTIAL – ATTORNEYS' EYES ONLY*

14

EXHIBIT ___5___
PAGE ___49___

Expert Report of Paul K. Meyer

38.    In its Second Amended Answer and Counterclaims, Mattel recognizes that the design and development of new products depends on a variety of creative talent, resources, "intellectual infrastructure" and collaboration:

> "Critical to Mattel's success is its ability to design and develop new products.   Mattel invests millions of dollars in product design and development and introduces hundreds of new products each year.  Mattel maintains a 180,000 square-foot design center in El Segundo, California, that houses hundreds of <u>designers, sculptors, painters and other artists, who work exclusively to create the products</u> on which Mattel's business depends.

> Mattel also has invested substantial amounts over many years to develop its business methods and practices, including, without limitation, its marketing and advertising research, plans, methods and processes; its business research and forecasts; its costs, budgets, pricing, credit terms, deal terms and finances; its manufacturing, distribution, and sales methods and processes; and its inventory methods and processes.  These represent a <u>material part of the intellectual infrastructure of Mattel and are highly valuable</u>."[38]  (emphasis added)

39.    Based on review of documents and information, review of deposition testimony and discussions with MGA management and other experts retained on behalf of MGA, the success of the Bratz fashion dolls resulted from a variety of important contributing factors, including: (1) the design of the doll; (2) the development of the characters associated with the doll line; (3) the themes associated with the dolls; (4) the development of fashions sold with the dolls; (5) the development of accessories sold as part of the doll line; (6) the packaging in which the dolls are sold; and (7) MGA's branding, marketing and advertising efforts.[39]  All of these factors include creative contributions.[40]

    1.    **Design Of The Doll**

40.    Based on discussions with Paula Garcia, Robert Tonner and Tina Tomiyama and review of deposition testimony and documents produced in this case, I understand that a variety of design

---

[38] Mattel's Second Amended Answer And Counterclaims, July 12, 2007, p. 33.
[39] Paula Garcia and Robert Tonner concurred that these seven factors were the major factors contributing to Bratz's sales and profits.
[40] Mr. Tonner addresses critical components of doll design in his expert report dated February 8, 2008, including "presenting the idea," "the sculpt," "fashion design," "the face design," "hair design," "the project manager," "the packaging design" and "the marketing."  Expert Witness Report by Robert Tonner, February 8, 2008, p. 10-14.

*CONFIDENTIAL – ATTORNEYS' EYES ONLY*

Expert Report of Paul K. Meyer

steps are critical in the development of a Bratz doll and contribute to MGA's generation of Bratz sales and profits.

41.  The "design of the doll" refers to a variety of developmental steps, each of which involves substantial creative contributions.  These steps include:  (a) Carter Bryant's drawings, both before and after his departure from Mattel, (b) the sculpts for the Bratz dolls created by Margaret Leahy, (c) the engineering concepts that allowed for production of the doll, (d) the face painting of the dolls by Anna Rhee, and (e) the Bratz dolls hair rooting and hairstyling by Steve Tarmichael.  All of these doll development steps were overseen by Ms. Garcia.  Mr. Tonner recognizes the importance of Ms. Garcia's role in this process.[41]

42.  First, Mr. Bryant's drawings provided inspiration and guidance for the creation of the Bratz dolls.[42]  I understand that a portion of these drawings were prepared by Mr. Bryant prior to his consulting agreement with MGA.[43]  In addition, I understand that the drawings Mr. Bryant created after he entered his agreement with MGA reflected an effort by Mr. Bryant and Ms. Garcia to "soften" Mr. Bryant's original drawings.[44]  Ms. Garcia concluded that while Mr. Bryant's original drawings could serve as inspiration for a fashion doll line that appealed to an older group of girls, those drawings were too extreme for a mainline fashion doll.  The drawings had to be softened considerably before they could be sold successfully to 7 to 10 year old girls.[45]  Moreover, I understand that the postures and shapes of the characters in Mr. Bryant's original drawings could not be replicated in a doll.  Thus, the drawings Mr. Bryant created while working with MGA were designed to help MGA create bodies for the Bratz characters that could be translated into a doll.

43.  Second, the sculpts for the Bratz dolls created by Margaret Leahy represented a substantial creative contribution beyond Mr. Bryant's drawings.  I understand that the sculpting process

---

[41] "Ms. Treantafelles [Garcia] was perhaps the most important person in the development of the project.  She took an idea from an untested, unknown clothing designer (who was not a doll designer) and worked with an extremely talented staff to develop a market changing doll."  Expert Witness Report by Robert Tonner, February 8, 2008, p. 16.
[42] Discussions with Paula Garcia.
[43] I further understand that there is considerable dispute in this case about whether the drawings prepared by Mr. Bryant were prepared while Mr. Bryant was employed by Mattel and whether Mattel has some ownership interest in those drawings.  I am offering no opinion on this subject.  I also understand that the parties dispute whether the drawings are subject to copyright protection.  See Expert Report of Professor Peter S. Menell, February 10, 2008.
[44] See Deposition of Carter Bryant, November 5, 2004, p. 279-280.
[45] Based on discussions with Paula Garcia, for example, the portfolio drawings for one of Mr. Bryant's characters were so extreme as to look "gangster-like."

*CONFIDENTIAL – ATTORNEYS' EYES ONLY*

16

EXHIBIT 5
PAGE 51

**Expert Report of Paul K. Meyer**

involves creating a three-dimensional rendering of the doll from the two-dimensional drawings. I further understand that this process draws extensively on the expertise, judgment and creative expression of the sculptor.[46]

44.   According to Ms. Leahy's deposition testimony, "Carter gave me the drawings and said, 'Here's what I've done. Let's see what you come up with.'"[47]   Ms. Leahy also stated that Mr. Bryant's initial drawings were "inspirations for me to get started sculpting" and that they were "not actual working drawings so I had to come up with the sculpt on my own given the inspiration he gave me. It's kind of a big leap."[48]   Ms. Leahy further stated, "From a sculptor's standpoint, these drawings [weren't] really usable."[49]   After completing her initial sculpt, Ms. Leahy met with Mr. Bryant several times, during which Mr. Bryant would provide feedback and create additional drawings based on Ms. Leahy's sculpt.[50]

45.   Ms. Leahy further testified that her own artistic inputs contributed greatly to the overall look of the doll that she ultimately sculpted:

> Q: So you don't believe that the faces that Carter Bryant drew here on this page…looks, in terms of their appearance, like the face of the Bratz doll that you sculpted; is that true?
>
> A: Correct.
>
> Q: So where did the face come from?
>
> A: It came from me.
>
> Q: You completed [sic] devised it on your own?
>
> A: I sculpted it, so in large part, it was from me.[51]
>
> * * *
>
> Q: In your view then, are you the person who created the appearance of the Bratz head?
>
> A: Yes.[52]
>
> * * *

---

[46] Discussions with Robert Tonner.
[47] Deposition of Margaret Leahy, December 12, 2007, p. 152.
[48] Deposition of Margaret Leahy, December 12, 2007, p. 149.
[49] Deposition of Margaret Leahy, December 12, 2007, p. 155.
[50] Deposition of Margaret Leahy, December 12, 2007, p. 149, 153-157. Both Ms. Leahy and Ms. Marlow testified that the drawings prepared by Mr. Bryant prior to working with MGA did not resemble the final Bratz product.
[51] Deposition of Margaret Leahy, December 12, 2007, p. 269.
[52] Deposition of Margaret Leahy, December 12, 2007, p. 275.

*CONFIDENTIAL – ATTORNEYS' EYES ONLY*

EXHIBIT 5
PAGE 52

Expert Report of Paul K. Meyer

Q: Do you believe that any drawings that Carter Bryant created that you have seen are substantially similar in appearance to the Bratz sculptures that you have created?

A: No.[53]

46.    Deposition testimony from Mr. Bryant corroborates Ms. Leahy's position that the drawings which he provided to her were to serve as inspiration. Mr. Bryant stated, "To the best of my knowledge I did the drawing and then Margaret added her own spin on doing the sculpt...I did not expect her to take this drawing and do it verbatim. I really was counting on Margaret's own artistic input to create something that, you know, had her own sensibilities sort of infused in her work...My expectation was that...she would take this drawing, interpret it in her own way with her own vision. That was my expectation." Mr. Bryant stated that the drawing was supposed to give her guidance on size and pose and "was just a general guide."[54]

47.    Third, I understand that the sculpt prepared by Ms. Leahy needed to be altered so that it could be manufactured as a doll. In particular, I understand the doll design needed to be modified so the limbs of the doll could move and the clothing could be put on the doll. According to Mr. Bryant, Ms. Leahy's first sculpt had to be "pretty much completely" redone after Mercedeh Ward, Senior Director of Product Development, joined the Bratz project.[55] Mr. Bryant testified, "She saw the work that Margaret had done and said this is not going to work, we need to start again...Mercedeh was really the one that knew how to put a doll together. She knew how to form the joints. She knew how to construct a doll. None of us really did, so she was the one that said this sculpt is not going to work, we're going to need to start from scratch."[56] Mr. Larian confirmed Mr. Bryant's testimony, stating that Ms. Ward was "very instrumental to making the [Bratz] project – product come to market."[57]

48.    According to Mr. Bryant, "the body had to be resculpted, the face needed to be resculpted, the fashions were redesigned, the size of the doll was changed, the colors of the hair were changed from the original look of the 1998 drawings. The face design overall was made softer..."[58] Ms.

[53] Deposition of Margaret Leahy, December 12, 2007, p. 293.
[54] Deposition of Carter Bryant, November 8, 2005, p. 559-560.
[55] Deposition of Carter Bryant, November 4, 2004, p. 120-121.
[56] Deposition of Carter Bryant, November 4, 2004, p. 120-121.
[57] Deposition of Isaac Larian, July 18, 2006, p. 144.
[58] Deposition of Carter Bryant, November 5, 2004, p. 279.

*CONFIDENTIAL – ATTORNEYS' EYES ONLY*

18

EXHIBIT ___5___
PAGE ___53___

**Expert Report of Paul K. Meyer**

Leahy's second sculpt resulted in a "more neutral pose" with a straighter, slimmer body, a narrower torso, narrower legs, longer arms and more "ambivalent" features in its face, all of which Mr. Bryant believed were "significant" changes.[59]   According to Ms. Garcia, the new sculpt had a different head, lips, ears, eyes and "the angularity in the face was changed."[60]

49.   Fourth, after the sculpt is prepared, I understand that face painting, hair rooting and hairstyling are applied to the doll head, or rotocast.  These are additional creative contributions.  Anna Rhee had primary responsibility for the Bratz face paint.  Ms. Rhee added facial features to the doll including the skin tone, eyes, mouth, nose and ears as well as other creative elements such as makeup.  Mr. Bryant confirmed that the Bratz doll ended up with a face design that Ms. Rhee had come up with.[61]   Steve Tarmichael was responsible for the hair of the Bratz doll which includes creative elements such as hair styling, coloring and rooting to the rotocast.

### 2.   Themes Associated With The Dolls

50.   Based on discussions with Paula Garcia and Robert Tonner and reviewing documents produced in this case, as well as the review of research and deposition testimony in this matter,  I understand that fashion dolls are marketed with various themes.  For example, Barbie themes have included "California Girl," "Princess World," "Fairy World," "Kelly World," "Happy Family," "Pop" and "Essentials."[62]   Bratz themes have included "Sun-Kissed Summer," "Wintertime Wonderland" and "Formal Funk," as examples.[63]

51.   The themes associated with fashion dolls play a large role in MGA's generation of Bratz sales and profits.   Sales of themed Bratz products vary significantly, demonstrating that theme selection plays an important role in the success of a Bratz fashion doll.  This concept is further described in Section C.7.

52.   An MGA presentation titled, "Bratz, Fashion Doll Competition," listed as one of Bratz's strengths: "Themes lend to Bratz strong and sexy personas, which allow characters to exude confidence, individuality, femininity, and overall girl power emotion."[64]

---

[59] Deposition of Carter Bryant, November 4, 2004, p. 122; Deposition of Carter Bryant, November 5, 2004, p. 352.
[60] Deposition of Paula Garcia, October 10, 2007, p. 1298.
[61] Deposition of Carter Bryant, November 4, 2004, p. 116.
[62] "Barbie 2004 Marketing Plan," October 28, 2003, M0284970-96 at 85.
[63] MGA's Complaint, April 13, 2005, p. 19.
[64] "Bratz, Fashion Doll Competition," MGA0212249-60 at 53.

*CONFIDENTIAL – ATTORNEYS' EYES ONLY*

EXHIBIT ___5___
PAGE ___54___

Expert Report of Paul K. Meyer

53.  Mattel also acknowledged the contribution of the Bratz's themes to the doll line's success.  A
Mattel document titled "My Scene & Bratz: What's Working & What's Not" listed a variety of
ways that the Bratz's themes contributed to the success of Bratz, including:

- "Innovative themes" (emphasis added)
- "Themes well & FULLY executed throughout product & package"
  (emphasis added)
- "Executing a theme consistently on a large scale throughout
  product, consumer products, & content"[65] (emphasis added)

54.  In "The Bratz Brief," a Mattel document dated November 14, 2003, the author wrote that
"research highlighted insights which explained older girls' interest in Bratz. Most important was
the observation from older girls who had grown tired of Barbie – they saw Bratz as the teenage
aspirational dolls that allowed them to act out 'irreverent' storylines."[66]

55.  In the presentation "My City, My Style, My Scene: Competitive Overview," dated August 27,
2003, one "Bratz Topline Strategy" identified in the presentation was that MGA "continually
conduct[ed] focus groups" and was "constantly tapping into fan base for theme ideas."[67]

56.  In addition, Tim Kilpin, Mattel's Senior Vice President of Marketing and Design for Girls from
October 2003 to October 2005, testified that Bratz "delivered on fashion play," or "the ability for
a girl to interact with a doll with specific fashions and playing with the doll's hair."[68]
Furthermore, he testified that he believed that one of the reasons for the success of Bratz was its
fashion driven themes.  Mr. Kilpin testified:

"Q:  Sure.  Did you believe that the Bratz themes were all focused on
fashion or they were all fashion driven?

A:  I believe that's an accurate statement.

Q:  And that was one of the items that made it successful?

A:  I would agree with that, yes."[69]

---

[65] "My Scene & Bratz: What's Working & What's Not," M0078511-2.
[66] "The Bratz Brief," November 14, 2003, M0079765-71 at 69.
[67] "My City, My Style, My Scene: Competitive Overview," August 27, 2003, M0072014-60 at 24.
[68] Deposition of Timothy Kilpin (rough), January 25, 2008, p. 120.
[69] Deposition of Timothy Kilpin (rough), January 25, 2008, p. 297.

CONFIDENTIAL – ATTORNEYS' EYES ONLY

20

EXHIBIT _5_

PAGE _55_

Expert Report of Paul K. Meyer

57.   Not only did Mattel acknowledge the importance of themes to the success of Bratz, Mattel also recognized that Barbie's success was dependent on its storylines. For example, Mr. Kilpin confirmed that themes contribute significantly to a doll line's success. In an April 16, 2004 article in the Wall Street Journal, Mr. Kilpin is quoted as saying, "It used to be I'd walk into a product meeting and say, 'Show me the toy'...Now I start by saying, 'Tell me a story.'"[70]

58.   The importance of themes associated with dolls is also evident in Mattel's efforts to reinvigorate Barbie sales. Beginning in 2004, Mattel pursued a "worlds of" strategy for Barbie that placed Barbie in a variety of themes.[71] Specifically, Mattel wanted to "establish [a] unifying brand message across all advertising vehicles, while reinforcing each World's unique point of difference."[72] According to Mr. Kilpin, "The concept of the worlds theme was to pull together across a broad range of product both Mattel and licensees, a range of product that would be relevant to a certain theme. It might be a beach theme. It might be a party theme. It could be any number of themes. The idea is to tell a cohesive story about that theme and about the character and the brand's relationship to that story across a broad range of product."[73] As was the case with Bratz, the success of the dolls depended upon the themes developed by Mattel. Kevin Farr, Mattel's CFO, testified that Mattel's strategy was "to have a story" built around Barbie and to have a "Barbie product line built around that story."[74] Mr. Farr explained that girls, "by buying the product line could bring that story to life play pattern."[75]

59.   A Mattel Worldwide Consumer Research memo dated December 15, 2003 with the subject "2004 Girls Full Year U.S. Viability Testing Report," explained why Mattel believed that themes were crucial to the success of Barbie. "An examination of the worlds' strategy suggests that advertising and merchandising a world of products together is effective at creating a greater depth of purchase, particularly for some worlds of product...Content delivery will be very important to developing this type of lift for worlds with complementary items that need their storyline and context expanded to stimulate interest (i.e., Cali Girl and Fairytopia)."[76]

---

[70] Deposition of Timothy Kilpin (rough), January 25, 2008, p. 316-318; "Toy Makers Think Small to Reach Big Girls With Web Sagas," The Wall Street Journal, April 16, 2004, M0095772.
[71] "Barbie 2004 Marketing Plan," October 28, 2003, M0284970-96 at 85.
[72] "Barbie 2004 Marketing Plan," October 28, 2003, M0284970-96 at 87.
[73] Deposition of Timothy Kilpin (rough), January 25, 2008, p. 181-182.
[74] Deposition of Kevin Farr (rough), January 28, 2008, p. 199, 213.
[75] Deposition of Kevin Farr (rough), January 28, 2008, p. 199, 213.
[76] "2004 Girls Full Year U.S. Viability Testing Report," December 15, 2003, M0045646-707 at 646.

*CONFIDENTIAL – ATTORNEYS' EYES ONLY*

EXHIBIT ___5___
PAGE ___56___

Expert Report of Paul K. Meyer

60.   Mattel's "worlds of" strategy was important to the Barbie product line and warranted mention in Mattel's 10-K for the period ended December 31, 2003:

> "Mattel has announced plans to increase its focus on revenue growth in 2004…Management intends to re-establish the Barbie brand into content-driven product lines pursuant to a 'worlds of' strategy in which stories will be told through movies, books, magazines and music. Product lines, including dolls and accessories, will be created to complement these stories. The eight worlds of Barbie to be introduced in 2004 will be geared to different age segments in an attempt to maintain the brand's broad appeal among girls and their parents. For instance, for the younger girls, there will be stories and products with a fantasy theme such as princesses and fairies, while for older girls, the My Scene line will include the launch of a full-length DVD accompanies by a product line that targets fashion play and shopping."[77] (emphasis added)

61.   Mattel also mentioned its "worlds of" strategy in its earnings calls in 2003 and 2004. In its earnings call for the fourth quarter of 2003, Robert Eckert, Mattel's Chairman and CEO at the time, stated that "The new mantra for Barbie is not about a multitude of SKUs but a strategy based on story telling with technology and age-appropriate aspiration. The content-driven strategy is being expanded to encompass virtually every segment of Barbie."[78] During the next earnings call for the first quarter of 2004, Mr. Eckert again stressed the importance of the "worlds of" strategy, "We have a lot of confidence that this Worlds Of strategy is the right strategy. It goes back to looking at what has done well even in Barbie's tough period, that is, the entertainment properties like Swan Lake or Rapunzel or Nutcracker as well as My Scene,…this content driven strategy we know appeals to girls."[79]

62.   Mattel's senior management also emphasized the importance of the "worlds of" strategy to Barbie sales. In an email dated April 2, 2004 from Mr. Kilpin to various Mattel employees with the subject "Re: Confidential: The Barbie Call to Action – Road Trip Results," Mr. Kilpin wrote, "As you know, I've asked the team to accelerate development of our brand campaign, our package redesign, and our Spring 05 Worlds. The Barbie design, marketing, packaging and consumer products teams – along with help from our research and engineering teams – are

---

[77] Mattel Inc. Form 10-K for the period ended December 31, 2003, p. 17.
[78] Mattel Q4 2003 Earnings Call Transcript, p. 2.
[79] Mattel Q1 2004 Earnings Call Transcript, p. 11.

**CONFIDENTIAL – ATTORNEYS' EYES ONLY**

EXHIBIT ___5___
PAGE ___57___

moving together quickly to address these issues. Simply stated, the old way of building the Barbie brand just doesn't work anymore. We have been out-thought and out-executed."[80]

63.   In response to Mr. Kilpin's email, Steve Ross of Mattel, replied, in an email dated April 2, 2002, "We will be strategic and relentless in creating innovative, world-class content that results in a competitive advantage. My personal promise to you is that we will NOT rest until Barbie regains both relevance and share!!"[81]

64.   A Mattel presentation titled "2005 Barbie Spring Line Review," dated April 15, 2004, also acknowledged the importance of the "worlds of" strategy to Barbie sales. On a slide called "Fight Fire With Fire!," one suggestion for how Mattel should "regain market share" was to "[l]aunch new 'wow' Worlds."[82] Other suggestions included "[d]evelop content that engages girls in the characters & stories" and "expand older girl Worlds."[83]

65.   Mattel's Form 10-Q for the period ending September 30, 2004 commented on the importance of the "worlds of" strategy. "During the first half of 2004, approximately one-third of the Barbie products available at retail were developed using the 'worlds of' strategy, which should increase to approximately two-thirds during the 2004 holiday season. The full product line available to customers in 2005 will reflect the new strategy."[84] Mattel's CEO, Robert Eckert, addressed the effectiveness of the "worlds of" strategy in Mattel's earnings call for the third quarter of 2005":

> "Following the improved trend in Barbie sales at the end of last year, we haven't sustained or built upon the positive momentum into 2005. I believe part of the solution is providing additional resources behind our 'worlds of' strategy, then increasing the bandwidth in the Barbie organization...But that's just part of it. Beyond more and stronger 'worlds,' we also need to do a better job of tying the 'worlds' together, reintroducing products that satisfy play patterns that aren't covered in the 'worlds', and communicating to girls the essence of the Barbie brand."
>
> * * *
>
> "[O]ur 'worlds of' product approach has been hit or miss. We've missed too many segments. Clearly, one of the things we are looking forward to as we go forward is to improve the execution of the brand. That is getting the 'worlds' right, get the play patterns between the 'world' and tie

---

[80] Email, "FW: Confidential: The Barbie Call to Action – Road Trip Results," April 2, 2004, M0079846-47 at 46.
[81] Email, "FW: Confidential: The Barbie Call to Action – Road Trip Results," April 2, 2004, M0079846-7.
[82] "2005 Barbie Spring Line Review," April 15, 2004, M0079731-58 at 40.
[83] "2005 Barbie Spring Line Review," April 15, 2004, M0079731-58 at 42.
[84] Mattel Inc. Form 10-Q for the period ended September 30, 2004, p. 19.

*CONFIDENTIAL – ATTORNEYS' EYES ONLY*

Expert Report of Paul K. Meyer

together the brand in a statement to consumers…We have not done a good
enough job of that with Barbie."[85]

66.     Third parties also corroborate the importance of themes to Barbie sales.  In an August 10, 2000
analyst report from Salomon Smith Barney, Jill Krutick wrote that "lifestyle builds brand equity.
Building a 'lifestyle' around each brand will be a key element of this strategy."[86]  Ms. Krutik
specifically addresses Mattel's "worlds of" strategy in a February 19, 2004 Salomon Smith
Barney analyst report, writing, "After experiencing declining sales for Barbie in 2003, Mattel has
completely changed direction with this leading Girls brand for 2004 and beyond…Barbie is now
focused on creating Barbie 'worlds' that incorporate stories (e.g., content), dolls, and
accessories…Each line is unique but contains common elements of story-telling to engage girls
of different ages."[87]

### 3.     Fashions Sold With The Dolls

67.     Based on discussions with Paula Garcia and Robert Tonner and reviewing documents produced
in this matter, as well as review of research and deposition testimony, I understand that fashions
and softgoods are important to MGA's generation of Bratz sales and profits.

68.     Bratz and Barbie are fashion dolls, which means that girls play with them in part by changing the
dolls' fashions.  Thus, the dolls' fashions are significant contributors to the dolls' success.  For
example, a presentation produced in Mattel's documents entitled, "My City, My Style, My
Scene: Competitive Analysis" dated August 2003, identifies factors that contributed to the
success of the Bratz product line.  Under the heading, "Why Is Bratz Successful?," one of the
factors listed was "Fashions and accessories are 'over the top' hip."[88]  Doll fashions may play an
even greater role in doll sales over time.[89]  I understand the Bratz doll rotocast and body have
generally not changed since introduction to the market, yet the Bratz fashions have continued
evolving, keeping up with current and popular fashion trends.[90]

---

[85] Mattel Q3 2005 Earnings Call Transcript.
[86] "MAT: Beauty is More than Skin Deep; Analyst Meeting Review," Jill Krutik, Salomon Smith Barney, August 10, 2000,
p.3.
[87] "MAT: New Worlds of Product Impress," Jill Krutik, Salomon Smith Barney, February 19, 2004, p. 2.
[88] "My City, My Style, My Scene: Competitive Analysis," August 2003, M0082139-46 at 39.
[89] Ms. Garcia believes the importance of fashion to the Bratz doll line has increased since its introduction.
[90] Discussions with Paula Garcia.

*CONFIDENTIAL – ATTORNEYS' EYES ONLY*                                                                    24

EXHIBIT ___5___
PAGE ___59___

**Expert Report of Paul K. Meyer**

69.   Bratz fashions reflect at least three different creative elements: (a) swatch selection, (b) pattern development and (c) graphic print application.  Mr. Bryant played an active role with swatch selection which includes identification of fabrics and colors.  Ms. Marlow was responsible for creating patterns for the dolls and both Ms. Marlow and Ms. Ward would evaluate and alter the fit of the patterns onto the doll.  Sarah Halpern, a graphic artist, created prints that would be applied to the fashions.  Ms. Garcia would provide input and creative direction in these areas.[91]

70.   In November 2007, a third party research study commissioned by MGA entitled "Bratz International A&U, US, UK, & Canada" found that "[a]cross all three countries, Bratz dolls are the most fashionable."[92]  The study added, "In a head-to-head comparison, more moms agree that Bratz is the most fashionable doll."[93]  A similar international study undertaken by the same third party research group in December 2006, found that 72% of US girls surveyed and 67% of US mothers surveyed described Bratz as "fashionable."[94]  These percentages were even higher for girls and mothers in other countries.[95]

71.   Ms. Marlow, who worked on the fashions for the Bratz dolls, stated that she believed that the fashions of the Bratz dolls is one of the reasons for its success.  Ms. Marlow stated, "It's a fashion doll, so it's all about the fashion."[96]  Ms. Marlow also stated, "Girls love clothes…for themselves and the dolls because it's a fantasy thing.  So while they are dressing up the dolls, they feel like they're dressing up themselves."[97]  According to Ms. Marlow, fashion is the "No. 1" feature for a fashion doll.[98]

72.   Furthermore, Ms. Marlow stated that the fashions also influenced the ultimate shape of the doll body.  When Ms. Marlow began making fashions for the first doll body she was given, she experienced problems getting the right fit for the clothing.  For example, Ms. Marlow testified:

> "We could not move one leg apart.  Because if the leg was movable, we could move it out and we could drape around it and get it right.  But this

---

[91] Discussions with Paula Garcia.
[92] "Bratz International A&U, US, UK, & Canada," C&R Research Services, Inc., November 2007, MGA3823970-4075 at 4011.  "A&U" refers to Attitude & Usage, see MGA3823970-4075 at 3972.
[93] "Bratz International A&U, US, UK, & Canada," C&R Research Services, Inc., November 2007, MGA3823970-4075 at 4045.
[94] "Bratz International A&U" C&R Research Services, Inc., December 2006, MGA295483-640 at 496.
[95] "Bratz International A&U" C&R Research Services, Inc., December 2006, MGA295483-640 at 497-503.
[96] Deposition of Veronica Marlow, December 28, 2007, p. 384.
[97] Deposition of Veronica Marlow, December 28, 2007, p. 398.
[98] Deposition of Veronica Marlow, December 28, 2007, p. 398.

*CONFIDENTIAL – ATTORNEYS' EYES ONLY*

EXHIBIT   5
PAGE   60

start[ed] getting really complicated when you cannot move the butt around."[99]

\* \* \*

"And of course with these feet and—if you can imagine the width of her waist, something that had to fit in here (indicating) is really small, but at the same time had to fit here to go here (indicating).  So imagine something being this big (indicating), okay, this big (indicating), and then I had to fit in here.  So I had to open all the way down, and it looked horrible."[100]

73.    MGA provided her a revised doll body, which Ms. Marlow described as a "totally completely different animal," which permitted the fashions she had designed to fit better.[101]   Ms. Marlow described the revisions as follows: "You saw the difference of the body, how the shape was completely different, her hips, the length of the legs, the shape of the legs, the thickness of the legs, the hip shape."[102]   MGA provided Ms. Marlow another revised doll body, which incorporated more changes, including differences in the shape of the bodice and a broader shoulder, "otherwise...we don't have enough room to do a seam allowance for the neck or the armhole."[103]

74.    Numerous internal MGA documents recognize that one of Bratz's strengths was MGA's attention to detail and high quality fashions.  In a document titled "Bratz Brainstorm 2002, Meeting Notes," two of the strengths listed were:

- "Attention to detail – BRATZ has been very strong in this area.  Using quality materials, detailed stitching, and fashion forward designs has been one of the most successful features on the BRATZ brand."

- "High quality – Again, quality and attention to detail, differentiates us from the competition."[104]

A MGA presentation called "Bratz, The Girls With A Passion For Fashion!" also stressed that Bratz fashions were "driven by detail and quality."[105]   Another MGA presentation, "Bratz, Fashion Doll Competition, listed the following strengths:

---

[99] Deposition of Veronica Marlow, December 28, 2007, p. 341.
[100] Deposition of Veronica Marlow, December 28, 2007, p. 342.
[101] Deposition of Veronica Marlow, December 28, 2007, p. 343.
[102] Deposition of Veronica Marlow, December 28, 2007, p. 343.
[103] Deposition of Veronica Marlow, December 28, 2007, p. 351.
[104] "Bratz Brainstorm 2002," January 22, 2001, MGA0186385-90 at 85.

*CONFIDENTIAL – ATTORNEYS' EYES ONLY*

EXHIBIT  5
PAGE  61

Expert Report of Paul K. Meyer

- "Attention to detail and quality"
- "Balance of fashion first, then theme lifestyle"
- "Never seen before approach to alternative looks and eclectic styles through fashion, hair and face deco"[106]

In addition, a MGA presentation titled "MGA Entertainment Welcomes Wal-Mart," confirmed that Bratz's "self expression and fashion savvy" qualities, along with "attention to details" were reasons for Bratz's success.[107]

75.   Mr. Kilpin, Mattel's former Senior Vice President of Design & Marketing for the Girls division, testified that he believed the Bratz's fashions were "hip." Mr. Kilpin testified:

> "Q: What about here that the fashions and accessories are over the top hip? Would you agree that the Bratz fashions and accessories were over the top hip?
>
> A: It's not – I don't know how anybody is defining over the top. Would I agree that they're hip? Yes."[108]

76.   Mattel documents acknowledge the importance of fashion to Bratz's success. In the presentation "My City, My Style, My Scene: Competitive Analysis" dated August 2003 that is discussed above, two of the reasons listed as to "Why Is Bratz Successful?" were the "fashions are...'over the top' hip" and the "themes are all fashion driven."[109]

77.   Similarly, a Mattel Worldwide Consumer Research memorandum dated December 24, 2004, with the subject "Girls Monthly Brand Tracking Study in the U.S. –  November 2004" demonstrated that girls ages 8 to 10 consistently select Bratz dolls as having "clothes [they] most want to wear."[110]  Another "Girls Monthly Brand Tracking Study in the U.S. – February 2005," dated March 4, 2005, observed that "Bratz clearly dominates in most areas, most notably, play value, 'coolness,' and having appealing fashions and accessories..."[111]  The same study showed

[105] "Bratz, The Girls With A Passion For Fashion!," MGA0215156-261 at 181.
[106] "Bratz, Fashion Doll Competition," MGA0212249-60 at 52-53.
[107] "MGA Entertainment Welcomes Wal-Mart," MGA0203321-50 at 23.
[108] Deposition of Timothy Kilpin (rough), January 25, 2008, p. 293.
[109] "My City, My Style, My Scene: Competitive Analysis," August 2003, M0082139-46 at 39.
[110] "Girls Monthly Brand Tracking Study in the U.S. – November 2004," December 24, 2004, M0080101-110 at 106.
[111] "Girls Monthly Brand Tracking Study in the U.S. – February 2005," March 4, 2005, M0082090-99 at 90.

EXHIBIT   5
PAGE   62

Expert Report of Paul K. Meyer

that girls ages 8 to 10 continued to choose Bratz dolls over Barbie and My Scene as most effectively displaying this attribute.[112]

78.     Furthermore, a Mattel memorandum with the subject "State of Girls Report – Addendum," dated November 5, 2004 from Allison Willensky recognized that "consistently girls mention that Bratz have 'cooler' hairstyles and outfits than Barbie. This is also reflected in the tracking study where Barbie continues to be rated lower than Bratz on this key measure of appeal. The bar for Barbie has clearly been raised. Going forward, Barbie's aesthetics for transitional girls must pass this 'acid test' on hairstyles and outfits relative to Bratz."[113]    In addition, Mattel's "Brand Comparison Chart," listed one of Bratz's "strengths" as "Status to own," "Edgy," "Trendy," and "Fashionable."[114]

79.     Additionally, a Mattel presentation titled "2005 Barbie Spring Line Review," dated April 15, 2004, also acknowledged the importance of the fashion to Barbie sales. On a slide called "Fight Fire With Fire!," one suggestion for how Mattel should "regain market share" was to "[r]einvent key segments of Fashions, Accys, Kelly, and Essentials."[115]   Other suggestions included "[b]e on top of the latest fashion styles and trends."[116]

            **4.      Accessories Sold With The Dolls**

80.     Based on discussions with Paula Garcia and Robert Tonner and reviewing documents produced in this matter, as well as research and deposition testimony, I understand that doll accessories are important to MGA's generation of Bratz sales and profits.

81.     According to the "Bratz International A&U, US, UK, & Canada" study prepared by C&R Research Services, Inc. in November 2007, "By far, girls feel that Bratz have the best accessories."[117]   The survey added, "Not only do girls feel that Bratz comes with the best accessories, they also feel they come with the most accessories."[118]  The December 2006 "Bratz International A&U" study, which covered the U.S., Spain, the UK, Canada, France, Mexico,

---

[112] "Girls Monthly Brand Tracking Study in the U.S. – February 2005," March 4, 2005, M0082090-99 at 95.
[113] "State of Girls Report – Addendum," November 5, 2004, M0082065.
[114] "Brand Comparison Chart," M006505.
[115] "2005 Barbie Spring Line Review," April 15, 2004, M0079731-58 at 40.
[116] "2005 Barbie Spring Line Review," April 15, 2004, M0079731-58 at 42.
[117] "Bratz International A&U, US, UK, & Canada," C&R Research Services, Inc., November 2007, MGA3823970-4075 at 4014.  "A&U" refers to Attitude & Usage, see MGA3823970-4075 at 3972.
[118] "Bratz International A&U, US, UK, & Canada," C&R Research Services, Inc., November 2007, MGA3823970-4075 at 4019.

*CONFIDENTIAL – ATTORNEYS' EYES ONLY*

EXHIBIT _5_
PAGE _63_

Expert Report of Paul K. Meyer

Benelux and Germany, found that 56% of US girls surveyed and 48% of US mothers surveyed believed Bratz had the "best accessories."[119] These percentages were even higher in other countries.[120]

82. As part of its theme and concept development, MGA expends significant creative resources to develop accessories. Accessories included with Bratz dolls vary from shoes and purses to musical instruments and sporting equipment. The accessories play an important role in emphasizing the theme.[121]

83. Numerous documents produced by Mattel confirm that Bratz accessories played a large role in their success. For example, the presentation "My City, My Style, My Scene: Competitive Analysis" dated August 2003 that is discussed above, one of the reasons listed as to "Why Is Bratz Successful?" was that the "[f]ashions and accessories are 'over the top' hip."[122] Likewise, an internal Mattel memorandum dated July 29, 2003 with the subject, "Diagnostic Testing With Girls Ages 6 To 9," summarized the results of a focus group in which girls ages 6 to 9 were shown a prospective My Scene commercial. One of the recommendations arising out of the focus group highlighted the importance of accessories. "If possible,…more clearly communicate that accessories, such as purses, cell phones, make-up and perfume are included with the dolls. Prior research has indicated that girls find extensive piececount (eg. The numerous accessories accompanying the Bratz dolls) to be particularly appealing."[123]

84. Another Mattel document dated November 14, 2003 and titled "The Bratz Brief" acknowledged the importance of accessories to the success of Bratz. "Girls were enamored by the piece count and 'stuff' that accompanied the dolls. Despite the high price points, moms perceived a definite 'value for money' and were willing to justify their purchase. Moms also endorsed the brand due to its whimsical humor that compensated for the irreverent attitude."[124] In Mattel's "Brand Comparison Chart" which lists Barbie's, My Scene's and Bratz's strengths, limitations and potential, "strong accessories" is listed as a strength under Bratz.[125]

---

[119] "Bratz International A&U" C&R Research Services, Inc., December 2006, MGA295483-640 at 496.
[120] "Bratz International A&U" C&R Research Services, Inc., December 2006, MGA295483-640 at 497-503.
[121] Discussions with Paula Garcia.
[122] "My City, My Style, My Scene: Competitive Analysis," August 2003, M0082139-46 at 39.
[123] "Diagnostic Testing With Girls Ages 6 To 9," July 29, 2003, Y&R000204-205.
[124] "The Bratz Brief," November 14, 2003, M0079765-71 at 69.
[125] "Brand Comparison Chart," M0065305.

CONFIDENTIAL – ATTORNEYS' EYES ONLY

29

EXHIBIT 5
PAGE 64

85.  A Mattel Worldwide Consumer Research memorandum dated March 4, 2005, with the subject "Girls Monthly Brand Tracking Study in the U.S. – February 2005," showed that girls between ages 8-10 overwhelmingly believe Bratz "comes with better stuff."[126]  The memorandum also stated "Bratz clearly dominates in most areas, most notably, play value, 'coolness,' and having appealing fashions and accessories, although as seen previously, the brand posts slightly weaker scores on aesthetics."[127]    In addition, another Mattel Worldwide Consumer Research memorandum dated June 10, 2005 with the subject "Girls Monthly Brand Tracking Study in the U.S. – May 2005," showed that girls ages 8-10 consistently selected Bratz as having the "best accessories."[128]

### 5.    Characters Associated With The Doll Line

86.  Based on discussions with Paula Garcia and Robert Tonner and reviewing documents produced in this matter, as well as research and review of deposition testimony, characters and character development are important to MGA's generation of Bratz sales and profits.

87.  MGA has introduced numerous Bratz doll characters since 2001 which are designed to emphasize different personalities, interests and ethnic backgrounds.[129,130]  Offering a variety of characters allows MGA's target consumers to identify with certain Bratz doll personalities and diversities.  An MGA presentation titled, "MGA Entertainment Welcomes Wal-Mart," stated that one reason for the "Power of the brand" was Bratz's "Universal appeal through multi-cultural demographics."[131]    In addition, girls saw Bratz as "girls who were teens that could do anything."[132]  Kumi Croom, an Associate Account Director at Young & Rubicam, an advertising agency that worked with Mattel on the marketing of Mattel's Flavas and My Scene doll lines, stated that one of the strengths of the Bratz doll line was that "they had found a niche with girls. In their strategy of being the girls with attitude, girls gravitated toward that…Their themes resonated well with girls."[133]

---

[126] "Girls Monthly Brand Tracking Study in the U.S. – February 2005," March 4, 2005, M0082090-99 at 97.
[127] "Girls Monthly Brand Tracking Study in the U.S. – February 2005," March 4, 2005, M0082090-99 at 90.
[128] "Girls Monthly Brand Tracking Study in the U.S. – May 2005," June 10, 2005, M0080111-120 at 118.
[129] Discussions with Paula Garcia and review of MGA sales data.
[130] Based on discussions with Paula Garcia, I understand that Charles O'Connor was responsible for writing the copy on the initial Bratz packaging, including developing and expanding the characters' personalities.
[131] "MGA Entertainment Welcomes Wal-Mart," MGA0203321-50 at 23.
[132] "Diagnostics With Girls Ages 7 To 9," May 24, 2004, Y&R000238-39.
[133] Deposition of Kumi Croom, December 20, 2007, p. 6-7, 21, 23-24, 32-33, 39-40.

*CONFIDENTIAL – ATTORNEYS' EYES ONLY*                                                                    30

EXHIBIT 5
PAGE 65

Expert Report of Paul K. Meyer

88.     Dominique Deiterman, a senior brand manager at Young & Rubicam, echoed this sentiment in a
November 17, 2005 email that she sent to her supervisor, Susan Chittum.[134]  Attached to the
email was a memorandum in which Ms. Deiterman wrote:

> "Girls ages 8-10 can't wait to grow up and therefore can't wait to step into
> their next life stage of being a teenager...MGA capitalized on this insight
> and invented Bratz – a teenage fashion doll. As Bratz was first to enter the
> teenage fashion doll category, they picked the most relevant and most
> aspirational aspect of being a teenage girl: Having a rebellious attitude.
> This is their leading thought that navigates their brand – starting with the
> brand name 'Bratz.'"[135]

89.     Internal Mattel documents also underscore the notion that older girls were growing older at faster
rates than in the past.  In a November 14, 2003 document titled "The Bratz Brief," Mattel
acknowledged that in 2001, "the impact of media, TV, music and other external factors were
pushing girls to mature faster than ever...They were aspiring to become teenagers and be
associated with things that represented that stage in a girl's life."[136]   The document also
recognized that "girls were more discriminating about the product and demanded more
uniqueness and greater product differentiation.  Products that seemed to pique girls' interests
possessed the ideal combination of content **and** features."[137]  (emphasis not added)

90.     In addition, Kevin Farr, Mattel's CFO since 2000, stated at his deposition that he believed that
MGA "increased the market [for] fashion dolls" by "attracting girls at older ages that weren't
buying fashion dolls."[138]

91.     The success of the Bratz dolls was, in part, due to the ability of MGA to differentiate the dolls'
characters from those of more traditional fashion dolls, such as Barbie and My Scene.  A Mattel
presentation titled "2004 Marketing Plan Update," dated March 16, 2004, which Mr. Kilpin
authored, further confirmed this belief.  Under the heading, "The House Is On Fire!," Mr. Kilpin
wrote that "Barbie is perceived as more grown-up and more like a princess," while "Bratz has
surpassed Barbie in appearance and aspiration, and play value."[139]   In the same presentation,

---

[134] Deposition of Kumi Croom, December 20, 2007, p. 16.
[135] Email, "My Scene," November 17, 2005, Y&R000152-154 at 153.
[136] "The Bratz Brief," November 14, 2003, M0079765-71 at 66.
[137] "The Bratz Brief," November 14, 2003, M0079765-71 at 67.
[138] Deposition of Kevin Farr (rough), January 28, 2008, p. 183-186.
[139] "2004 Marketing Plan Update," March 16, 2004, M0079848-55 at 53.

*CONFIDENTIAL – ATTORNEYS' EYES ONLY*

31

EXHIBIT _5_
PAGE _66_

Bratz led categories such as "Is more like a teenager," "Clothes you'd most want to wear," "Most want to be like," "More fun for pretending stories" and "Is more fun to play with." Barbie, on the other hand, led categories such as "Is more like a princess," "Is more grown up" and "Mom's Favorite."[140]

92.    The "Bratz Brief" also acknowledged that "Bratz was unique" and different from Barbie.[141]

> "Aesthetically, Bratz had a completely different animated look...In terms of the positioning, Bratz had a unique tone and manner as bratty teenagers, with a 'passion for fashion.' Older girls perceived them as the 'snotty popular' girls and saw them as anti-Barbie. In this case the competitive threat was based on a unique branding positioning and product execution that was relevant and resonated with older girls."[142]

93.    An April 25, 2005 Young & Rubicam presentation to Mattel titled "My Scene: Brand Platform" highlighted the differences that eight- to ten-year-old girls saw between Barbie, My Scene and Bratz.[143] According to the presentation, girls viewed Bratz as "Sexy, Rebellious Girls" and used words such as "rockstar," "rich," "cool," "stylish," "younger" and "who I want to be" to describe the dolls.[144] Barbie, on the other hand, was seen as "Pink and Adult" and was described as "older," "helpful," "boring," "smart," "nice" and "perfect."[145] Girls viewed My Scene as "Nice Shopping Girls" and used words such as "actress," "most like teens," "girly girl" and "trendy" to describe them.[146]

94.    Third parties also corroborate the notion that Bratz dolls were able to differentiate themselves from Barbie. In an article appearing in *The New York Times* on February 9, 2006, Michael Barbaro recognized that Bratz "hit the shelves wearing belly shirts, leggy skirts and a wide variety of other racy fashions that children's doll makers had long viewed as out of bounds."[147] Mr. Barbaro interviewed Jim Silver, "a longtime toy industry analyst," who said, "Bratz saw the trend and really pushed the envelope." Mr. Silver went on to say that Bratz appealed to older girls "who had begun to shun Barbie" because Bratz "struck the right mix of fashion and

---

[140] "2004 Marketing Plan Update," March 16, 2004, M0079848-55 at 53.
[141] "The Bratz Brief," November 14, 2003, M0079765-71 at 68.
[142] "The Bratz Brief," November 14, 2003, M0079765-71 at 68.
[143] "My Scene: Brand Platform," April 25, 2005, Y&R000032-62.
[144] "My Scene: Brand Platform," April 25, 2005, Y&R000032-62 at 40, 41.
[145] "My Scene: Brand Platform," April 25, 2005, Y&R000032-62 at 38, 39.
[146] "My Scene: Brand Platform," April 25, 2005, Y&R000032-62 at 42, 43.
[147] "A Makeover of a Romance," Michael Barbaro, *The New York Times*, February 9, 2006.

EXHIBIT  5
PAGE   67

**Expert Report of Paul K. Meyer**

attitude."[148]  Furthermore, a research report titled "The U.S. Tween Market" written in February 2001 acknowledged that "tweens rejected Barbie's traditional outfits and packaging in favor of licensed dolls with a 'cool attitude' and hipper edge."[149]

95.    Not only was MGA successful in differentiating the Bratz's characters from Barbie and My Scene, MGA was also successful at creating characters with which older girls were able to identify.  An internal Mattel memorandum dated July 19, 2004 with the subject, "Qualitative Research On The Bratz Video: Starrin' & Stylin' – Report," highlighted the key learnings garnered by showing the 60-minute video to girls ages 7 to 10.  Among the findings were:

> "Girls were often able to identify themselves with <u>one or more of the characters</u> based on their specific interests (e.g., fashion, school, shopping, music, writing, prom committee) and hair color.
>
> > - 'They're just like us.  They do things that we would do or will do when we go to high school,' one girl explained.
> >
> > - 'I'm most like Cloe because I like to shop and I have blond hair,' mentioned another girl."[150] (emphasis added)

> \* \* \*

> "...<u>The individual portrayals of each character</u> further helped girls to identify with at least one or two characters.
>
> > - After the video, girls were able to recite most of the girls [sic] nicknames, further enhancing depth of identification with the Bratz characters."[151]  (emphasis added)

96.    A Mattel Worldwide Consumer Research memorandum dated November 1, 2004, with the subject "State of Girls – Report," stated, "As found with My Scene and Bratz, girls like to be able to name and identify with different characters, i.e., 'she's like me, we both have brown hair' or 'I have a friend named Madison.'"[152]

97.    A Mattel Worldwide Consumer Research memorandum dated July 19, 2004, with the subject "Qualitative Research on the Bratz Video: Starrin' & Stylin' – Report," acknowledged that "Some non-Bratz girls responded [to] being more interested in Bratz after seeing the video

[148] "A Makeover of a Romance," Michael Barbaro, *The New York Times*, February 9, 2006.
[149] "The U.S. Tween Market," Packaged Facts, February 2001, p. 128.
[150] "Qualitative Research On The Bratz Video: Starrin' & Stylin' – Report," July 19, 2004, Y&R000240-41.
[151] "Qualitative Research On The Bratz Video: Starrin' & Stylin' – Report," July 19, 2004, Y&R000240-41.
[152] "State of Girls – Report," November 1, 2004, M0066490-93 at 92.

*CONFIDENTIAL – ATTORNEYS' EYES ONLY*

EXHIBIT ___5___
PAGE ___68___

because these girls were more easily able to identify with the style and personalities of the characters."[153]

98.     Another Mattel Worldwide Consumer Research memorandum dated July 26, 2004, with the subject "Ad Testing with Girls Ages 7 To 10, Diagnostics With Girls Ages 7 To 10," recognized that "girls thought it was important to highlight the different piececount with each doll, because as witnessed with learnings from the Bratz movie: Starrin' & Stylin', girls enjoy learning about the dolls' interests, style and personality as it helps them to better identify with each character."[154]   Another Mattel Worldwide Consumer Research memorandum dated July 19, 2005, stated that "furthermore, consistent with previous research conducted with girls on the Bratz movie, girls enjoyed watching Bratz dolls star in a movie and getting to know the dolls on a more intimate basis."[155]

99.     A Mattel memorandum dated October 13, 2003, with the subject "2004 My Scene Waves B & C Focus Group Report," emphasized that girls were able to recall the names of the Bratz characters, thereby demonstrating girls' familiarity with Bratz.   This document highlights Mattel's awareness of the importance of characters to the success of a fashion doll line.   The memorandum stated:

> "While there was some discussion of adding another character to My Scene, it has been subsequently determined that the focus of the brand should be to further develop existing character storylines (Barbie, Madison, Chelsea and Nolee) and soon to be launched dolls (Delancy and Kennedy), rather than introduce a new, younger character to the brand.   This decision was based on girls' current lack of developed knowledge of the individual My Scene characters (i.e., girls are only able to name one to two of the dolls and are not able to expand on their personalities or interests).   In fact, girls' knowledge of all the Bratz characters, personalities and interests is more apparent.   It should be noted that girls are more familiar with all the Bratz dolls and are somewhat knowledgeable of each character's interests."[156] (emphasis added)

---

[153] "Qualitative Research On The Bratz Video: Starrin' & Stylin' – Report," July 19, 2004, Y&R000240-1.
[154] "Ad Testing with Girls Ages 7 To 10, Diagnostics With Girls Ages 7 To 10," July 26, 2004, Y&R000164-167 at 165.
[155] "Qualitative Research on the *My Scene Goes To Hollywood* Video – Report," July 19, 2005, M0077590-95 at 92.
[156] "2004 My Scene Waves B & C Focus Group Report," October 13, 2003, M0747909-914 at 909.

Expert Report of Paul K. Meyer

6.    **Packaging In Which The Dolls Are Sold**

100.    Based on discussions with Paula Garcia, Aileen Storer, Steffen Smith and Robert Tonner and the review of business and marketing documents produced in this matter, as well as research and review of deposition testimony in this matter, I understand that packaging is important to MGA's generation of Bratz sales and profits.

101.    MGA devotes significant resources to developing and producing packaging for Bratz dolls. According to Ms. Garcia, packaging accounts for approximately one-third of the total product cost, with the cost for more intricate packages accounting for over 40% of the total product cost. I understand that Packaging consists of two primary creative processes: (a) package design consisting of the package shape, graphics and product placement, and (b) copy that conveys attributes of the product.[157]

102.    Aileen Storer, with assistance from others, developed the initial trapezoidal package shape for the Bratz products and has continued to develop award-winning, innovative packaging designs.[158] Ms. Storer developed the concept of including handles on the Bratz products, which also served as items for the consumer on certain packages.[159]    Additionally, Ms. Storer developed the Bratz logo.[160] Charles O'Connor developed the copy for the Bratz products and is credited for creating the "Passion for Fashion" tag line.[161]

103.    Key elements of MGA's packaging of Bratz products consist of using innovative shapes, such as a trapezoid, and clear packaging offering superior visibility of the package contents, and using unique colors and lettering printed directly to the plastic package.[162]

104.    Mr. Kilpin, Mattel's former Senior Vice President of Design & Marketing for Girls, testified that he liked the Bratz packaging because of how the packaging displayed a Bratz doll's accessories, "I thought they displayed the piece count nicely."[163]

105.    Documents produced by Mattel emphasize the effect of the Bratz packaging on the success of the Bratz dolls.    A presentation entitled, "My City, My Style, My Scene: Competitive Analysis"

---

[157] Discussions with Paula Garcia and Aileen Storer.
[158] Discussions with Aileen Storer.
[159] Discussions with Aileen Storer.
[160] Discussions with Aileen Storer.
[161] Discussions with Paula Garcia; Deposition of Carter Bryant, November 5, 2004, p. 287.
[162] Discussions with Paula Garcia and Aileen Storer.
[163] Deposition of Timothy Kilpin (rough), January 25, 2008, p. 295-296.

*CONFIDENTIAL – ATTORNEYS' EYES ONLY*                                                                35

EXHIBIT ___5___
PAGE ___70___

dated August 2003, identifies factors that contributed to the success of the Bratz product line. Under the heading, "Why Is Bratz Successful?," one of the answers was "packaging is innovative."[164]   Under the section called "Bratz Topline Strategy" in the same presentation, Mattel acknowledged that:

> "Packaging: Unique Pyramid shape packaging with TOTY sticker
> - Consistent line look with illustrations
> - Embellish collector packaging with soft goods
> - Color focus: raspberry and dark blue"[165]

106.   A Mattel presentation titled "The House Is On Fire! Packaging Improvement To Save Barbie" identified a "new packaging strategy" that was designed to "DRIVE SALES" of Barbie.[166] Among the suggestions to improve Barbie's packaging were:

> - "All acetate boxes to show the details of the doll"
> - "Add acetate to package sides to open the package and showcase the product"
> - "A new innovative structure the [sic] gives girls a way to display & store their dolls"
> - "Allows girls to keep their dolls special"
> - "Create packaging that is innovative and reusable (i.e., end caps that become a storage box)"
> - "Distinctive new shape"
> - "Plush & jeweled handles"
> - "Unique shape"
> - "Plush/jeweled handle tied to theme"[167]

107.   A Mattel presentation titled "2005 Barbie Spring Line Review" dated April 15, 2004 also acknowledged the importance of packaging to improving Barbie's sales.

> - "Product, packaging, marketing, and sales must be launched that is brilliant, tactical, aggressive, revolutionary, and ruthless"
> - "Doing What It Takes...Packaging Innovation"

[164] "My City, My Style, My Scene: Competitive Analysis," August 2003, M0082139-46 at 39.
[165] "My City, My Style, My Scene, Competitive Analysis," August 11, 2003, M0082139-46 at 40.
[166] "The House Is On Fire! Packaging Improvements To Save Barbie," M0082011-8.
[167] "The House Is On Fire! Packaging Improvements To Save Barbie," M0082011-8.

*CONFIDENTIAL – ATTORNEYS' EYES ONLY*

Expert Report of Paul K. Meyer

- Under "The Mission" of "Regain market share," Mattel listed "Create exciting, innovative packaging"[168]

108. Another Mattel presentation called "Barbie Retail Experience" listed a variety of reasons why the Bratz packaging was a key to the success of Bratz:

- "Metallics and bright colors"
- "Cohesive color palette in shelf tags, wallpaper, packages – throughout the entire aisle"
- "Visual flow from segment to segment"
- "Edgy & appealing"
- "Peg-ables!"
- "Different packaging see more product all side except the back"
- "Overhead and hanging large displays"
- "Licensed product, room décor, lifestyle product merchandised together with dolls/all cohesive and consistent"
- "Smaller to bigger sizes of packages from top to bottom shelves (easy to merch)"[169]

109. The Mattel document titled "My Scene & Bratz: What's Working & What's Not" emphasized other ways that MGA's packaging innovations contributed to the success of Bratz, including:

- "Clear packaging equities: themed handle, structure (shapes always similar even if not identical), strong logo"
- "Package copy is very in-line with brand positioning (very edgy)"
- "Copy on package"
- "Traded product cost (i.e. piececount) for packaging"
- "Packaging" [170]

110. Finally, a Mattel memorandum dated October 13, 2003 with the subject "2004 My Scene Waves B & C Focus Group Report" also pointed out the uniqueness of the Bratz packaging. "Girls, however, were more attracted to structures with furry handles, storage capability and portability (i.e., Bratz packaging). Therefore, efforts should continue to explore unique and innovative

[168] "2005 Barbie Spring Line Review," April 15, 2004, M0079731-58 at 35, 37, 40.
[169] "Barbie Retail Experience," M0065497-538 at 511.
[170] "My Scene & Bratz: What's Working & What's Not," M0078511-2.

*CONFIDENTIAL – ATTORNEYS' EYES ONLY*                    37

EXHIBIT 5
PAGE 72

packaging structures, while keeping in mind girls uses for storage and the ability to take them 'on the go.'"[171]

111.   Mattel documents also highlight the shortcomings of the Barbie and My Scene packaging and demonstrate that Mattel wanted to create packaging that was more similar to that of the Bratz dolls. A Mattel presentation called "Barbie Retail Experience" contained a section on "How Do We Create Our Own Experience At Retail?," that recognized that Barbie packaging is not sufficiently "hip/cool/edgy."[172]   A later section in the same Mattel presentation listed new strategies for packaging that highlight the innovation of the Bratz packaging, including:

- "Competition has different shape and size of box (able to reach in and grab a box without hitting other boxes), ours is only square shaped"
- "Color: competition has holographic"
- "Pastels (ours) vs. cooler darker colors of the competition"[173]

112.   The Mattel document called "My Scene Go Forward Strategy" also underscored the effectiveness of the Bratz packaging.   Under the section titled "Strategies," one of the recommendations was to "focus on developing clear segmented hooks with great packaging that have a pop off the shelf consumer appeal. Totally agree that packaging has to work much harder for us, as Bratz's does."[174] Another presentation, "My City, My Style, My Scene, Competitive Analysis," dated August 27, 2003, recommended "chang[ing] color palette and structure."[175]

113.   Third parties also corroborate the importance of packaging to Barbie sales.   In an August 10, 2000 analyst report from Salomon Smith Barney, Jill Krutick wrote that "Barbie's resurgence this year is in part tied to this with new packaging, logo and look helping to drive sales."[176]

### 7.   MGA's Branding, Marketing And Advertising Efforts

114.   Based on discussions with Erich Joachimsthaler, Ph.D., Ken Kaufman and Robert Tonner and the review of documents produced in this matter, I understand that MGA's advertising and

---

[171] "2004 My Scene Waves B & C Focus Group Report," October 13, 2003, M0747909-14 at 9, 13.
[172] "Barbie Retail Experience," M0065497-538 at 502.
[173] "Barbie Retail Experience," M0065497-538 at 524.
[174] "My Scene Go Forward Strategy," M0086591-2.
[175] "My City, My Style, My Scene, Competitive Analysis," August 27, 2003, M0072014-60 at 45.
[176] "MAT: Beauty is More than Skin Deep; Analyst Meeting Review," Jill Krutik, Salomon Smith Barney, August 10, 2000, p.3.

*CONFIDENTIAL – ATTORNEYS' EYES ONLY*

EXHIBIT ___5___
PAGE ___73___

Expert Report of Paul K. Meyer

marketing strategy was important to MGA's generation of Bratz sales and profits. MGA devoted significant resources toward marketing and advertising. For example, between 2001 and 2006, MGA spent over $180 million for advertising media and production (see ATTACHMENT 8.C).

115. I also understand from Erich Joachimsthaler, Ph.D., another expert retained on behalf of MGA, that MGA's Bratz branding efforts were important to the success of Bratz dolls. Dr. Joachimsthaler will address the importance of the Bratz brand, the price premium associated with the brand and the efforts undertaken by MGA to build its brand.

116. A Mattel document titled "My Scene & Bratz: What's Working & What's Not" listed a variety of ways that MGA's marketing efforts contributed to the success of Bratz, including:

- "Strong branding"
- "Ability to execute on irreverence"
- "Product, packaging, & communication fit with brand image"
- "Girls & retailers clearly understand brand positioning"
- "High brand awareness"
- "Girl-relevant promos using/cross-selling Bratz lifestyle"
- "Relevant music in ads"
- "Strong placement at retail"
- "Good pricing strategies"
- "Strong relationship with Wal-Mart"
- "Good POP/merchandising"
- "Advertising highlights theme & brand name very clearly across the board"[177]

117. One reason the Bratz dolls resonated with girls is that MGA has been able to establish Bratz as a "lifestyle" through its licensing program. For example, an MGA presentation titled, "MGA Entertainment Welcomes Wal-Mart," stated that one reason for the "Magic Behind Bratz" was MGA's licensing program for Bratz property. The presentation noted that MGA had over 350 licensees in over 65 countries for the Bratz property. Later in the presentation, on a slide called

---

[177] "My Scene & Bratz: What's Working & What's Not," M0078511-2.

*CONFIDENTIAL – ATTORNEYS' EYES ONLY*

EXHIBIT 5
PAGE 74

"BRATZ – Beyond Dolls…," one of the strategies identified was "Define Bratz as a 'lifestyle' brand – Not a 'Toy' brand.'"[178]

118.   According to a presentation titled "My City, My Style, My Scene, Competitive Analysis," dated August 11, 2003, the "Bratz world is expanding beyond the toy aisle by launching consumer electronics, sporting goods, stationary, home décor & cosmetics…Bratz is creating a 'world' with licensed products."[179]   A later presentation dated August 27, 2003 called "My City, My Style, My Scene, Competitive Overview" pointed out that the "Bratz Overall Strategy" included creating "a 'world' through licensed products sold in & out of [the] toy aisle."[180]   Another Mattel document, "Barbie Retail Experience" emphasized the importance of licensing under the section "How Do We Create Our Own Retail Experience?"   "Licensing to have better shelf product…let's get more stuff on shelf, bags, make-up, clothes…Competition gets away with it, why can't we?"[181]

119.   Kumi Croom, an associate account director at Young & Rubicam Brands, an advertising agency that worked with Mattel on the marketing of Mattel's Flavas and My Scene doll lines, stated that "the Bratz line was marketing beyond dolls."[182]   For instance, a January 25, 2005 presentation created by Young & Rubicam for Mattel titled "My Scene Session 2005, Brand, Advertising and Media Perceptions of Girls Ages 7-12" included a section highlighting the fact that Bratz's marketing extended to a variety of other products.   In the section titled "Bratz: Being present in a girl's day, beyond play time" were pictures of a sleeping bag, a backpack, a chair, a video game and a toothbrush and toothpaste.[183]   According to Ms. Croom, this kind of marketing contributed to the strength of Bratz's brand identity.[184]

120.   Another reason why Bratz dolls have been so successful is the effectiveness of the Bratz television commercials.   In a November 1, 2004 email from Alexandra Legro (a Mattel employee) to Young & Rubicam regarding storyboards that Young & Rubicam had proposed for potential My Scene commercials, Ms. Legro expressed her critiques of the storyboards.   Ms.

---

[178] "MGA Entertainment Welcomes Wal-Mart," MGA0203321-50 at 26, 34.   See also MGA0203323.
[179] "My City, My Style, My Scene, Competitive Analysis," August 11, 2003, M0082139-46 at 39, 41.   See also "My City, My Style, My Scene, Competitive Overview," August 27, 2003, M0072014-60 at 17.
[180] "My City, My Style, My Scene, Competitive Overview," August 27, 2003, M0072014-60 at 22.
[181] "Barbie Retail Experience," M0065491-538 at 525.
[182] Deposition of Kumi Croom, December 20, 2007, p. 6-7, 16, 21, 23-24, 32-33, 58.
[183] Deposition of Kumi Croom, December 20, 2007, p. 56-59; "My Scene Session 2005, Brand, Advertising and Media Perceptions of Girls Ages 7-12," January 25, 2005, Y&R 000001-31 at 16.
[184] Deposition of Kumi Croom, December 20, 2007, p. 58-59.

*CONFIDENTIAL – ATTORNEYS' EYES ONLY*

Legro often compared the shortcomings of the My Scene storyboards with the successes of the Bratz commercials:

> "In order to build brand equity we also need to make sure we use our tag lines & soundbites/Brand music in a consistent way so girls directly recognize MS Ads from the rest. **This has been one of the strengths of Bratz TVC.**"[185] (emphasis added)
>
> * * *
>
> "In current boards and also in MM edits, the product line branding prevails over My Scene branding which can result in girls not understanding which brand we are talking about. **In Bratz TVC the [B]ratz branding dominates over the product line, resulting in girls directly knowing which brand it is!**"[186] (emphasis added)
>
> * * *
>
> "Not driving character recognition. We know that girls like to know the names & personality behind each character and collect the different characters. **This is also something that Bratz does consistently and why girls can name and want all characters driving brand loyalty.**"[187] (emphasis added)

121.    Furthermore, an internal Mattel memorandum dated June 19, 2003 regarding "Ad Testing With Girls Ages 5 To 10, Diagnostics With Girls Ages 7 To 10," in which two prospective My Scene commercials were compared to a Bratz commercial, addressed another reason why Bratz commercials were effective. "Findings from previous diagnostic research conducted on Bratz advertising suggested that animation, integration of animation with real people, appropriate teenage settings, live action boys, edgy music, group shots of the dolls and memorable tagline were all elements that contributed to the appeal of the commercials."[188] In addition, "The Bratz Brief," also acknowledged that "Bratz advertising also appeared to be on target, with attitude, 'a passion for fashion' and intrusive techniques. The positioning, packaging and advertising were remarkably focused on luring the older girls away from Barbie."[189]

122.    Third party documents also confirm that one of the factors that contributed to the success of Bratz dolls was consumer awareness. The "Bratz International A&U," study commissioned by

---

[185] Email, "Re: My Scene – Spring 05 Boards," November 1, 2004, Y&R000134-140 at 136.
[186] Email, "Re: My Scene – Spring 05 Boards," November 1, 2004, Y&R000134-140 at 136.
[187] Email, "Re: My Scene – Spring 05 Boards," November 1, 2004, Y&R000134-140 at 137.
[188] "Ad Testing With Girls Ages 5 To 10, Diagnostics With Girls Ages 7 To 10," June 19, 2003, Y&R000195-203 at 198.
[189] "The Bratz Brief," November 13, 2004, M0079765-71 at 68.

EXHIBIT _5_
PAGE _76_

MGA in December 2006 found that "Bratz has a very strong share of girls' minds and hearts...Given the vast difference in how long each have been in the marketplace, awareness, ownership and overall appeal of Bratz is very strong compared to Barbie...Bratz enjoys strong awareness among girls and moms and is top-of-mind for many girls."[190]  In addition, an internal Ogilvy memorandum from Kristine Hodgkin of Ogilvy (an advertising agency) to Anne Parducci, in which Mattel personnel were copied, with the subject "Short Term Bratz Defense," dated March 14, 2002, stated that "Ultimately, Mattel cannot compete with Bratz with Barbie. Bratz stands for an attitude that is inappropriate for Barbie and too risky for the Barbie brand."[191]

### C.    Apportionment Approaches

123.    As addressed in Section B, Apportionment Factors And Considerations, MGA contributed significant creative elements to the Bratz fashion doll line that were critical to MGA's generation of Bratz sales and profits.  The purpose of apportionment analyses in this matter is to determine the portion of MGA's profits attributable to the accused copyrighted property relative to the profits attributable to other factors, such as MGA's contributions.  As addressed earlier, the copyright statute allows the party accused of copyright infringement to prove "the elements of profit attributable to factors other than the copyrighted work."[192]  Apportioning profit to the accused copyrighted property is based on a variety of approaches.

124.    The apportionment percentages which result from the analyses in this Section C may be considered relative to the application of a profit-split approach, also referred to as the "25% Rule."[193]  The "25% Rule" is an analytical technique that shares profits derived from the sale of a product that utilizes a subject proprietary property between the property owner and the accused party.  In applying the "25% Rule," a percentage of profit is essentially apportioned to the accused intellectual property with the remaining profit apportioned to the accused party to cover other contributions provided by that entity.  The approach generally provides for using 25.0% of the accused product's operating profits as a starting point indicator of the financial benefits attributable to the subject intellectual property.  This profit split percentage is then adjusted, as

---

[190] "Bratz International A&U," C&R Research Services, Inc., December 2006, MGA0295483-640 at 487.
[191] "Short Term Bratz Defense," March 14, 2002, M0253419.
[192] 17 U.S.C. § 504(b).
[193] The "25% Rule" finds support as a starting point for apportioning profits (such as through determination of a royalty rate) when analyzing intellectual property under certain circumstances.  Goldscheider, Jarosz and Mulhern, *Use Of The 25 Per Cent Rule In Valuing IP*, les Nouvelles, December 2002, p. 123-33.

the particular circumstances warrant, to account for relative contributions of the subject property and other contributions provided by the accused party.

125.    In this Report, I identify various approaches to apportion MGA's profits attributable to the accused copyrighted property ("the copyrighted work"), including analysis and consideration of the following:

1.    Mattel's studies of "Key Fashion Doll Attributes" in conjunction with the creative elements to develop a fashion doll;

2.    Royalties paid by MGA to Mr. Bryant for his contributions to the Bratz doll line;

3.    Work tasks to develop the original Bratz doll;

4.    MGA's Bratz product development contributions;

5.    MGA's "licensing in" and "licensing out" royalty rates;

6.    MGA's investments in the Bratz product line; and

7.    Sales variation among Bratz products.

126.    These approaches yield apportionment percentages that may be applied to MGA's profits on the sales of allegedly infringing products to calculate MGA's profits attributable to the accused copyrighted property.[194,195]    These apportionment approaches are described in the following paragraphs and summarized in **TABLE VII** below.

1.    **Apportionment Approach: Mattel's studies of "Key Fashion Doll Attributes" in conjunction with the creative elements to develop a fashion doll**

127.    Beginning in the fall of 2003, Mattel initiated a monthly study to measure the appeal of "key fashion doll attributes" in the United States.    Mattel's Worldwide Consumer Research group conducted and prepared a "Girls Monthly Brand Tracking Study."    These studies addressed eight

---

[194] Mattel acts as a licensor in connection with its fashion dolls, including Barbie and My Scene.  To date, I understand that Mattel has produced licensing deals with royalty rates redacted.  Without this Mattel information, I have not been able to perform analysis in this area.  If Mattel produces unredacted licensing agreements, I may analyze those agreements in conjunction with relevant industry licensing information, if any, to determine whether this information would be instructive in the context of developing an apportionment percentage under the facts and circumstances of this case related to the accused copyrighted property.

[195] These apportionment analyses generally apply to use of the accused copyrighted property in a fashion doll.  Identification of the specific products accused by Mattel and/or its experts may result in an update to the apportionment percentages.

*CONFIDENTIAL – ATTORNEYS' EYES ONLY*

EXHIBIT ___5___
PAGE ___78___

Expert Report of Paul K. Meyer

"key attributes" for fashion dolls and recorded responses from 225 girls age five to ten for Barbie, Bratz and My Scene dolls.[196]

128.    The eight key fashion doll attributes studied by Mattel relate to specific aspects of the doll (such as its fashion), or to more intangible areas potentially reflecting several aspects of the doll.[197] The eight key attributes are listed in **TABLE II** below.

**TABLE II – Mattel's Key Fashion Doll Attributes**

| |
|---|
| 1.   Is More Fun To Play With |
| 2.   Is Cooler Than Other Dolls |
| 3.   Is Prettier Than Other Dolls |
| 4.   Clothes You'd Most Want To Wear |
| 5.   Most Want To Show Your Friends |
| 6.   Comes With Better Stuff |
| 7.   Most Want To Be Like |
| 8.   Prettiest Hair |

129.    The results of Mattel's monthly studies have been analyzed for the period November 2003 through June 2005 and are presented on **ATTACHMENT 7**.[198]   Mattel's study results demonstrate that Bratz dolls exhibited significant strength across the eight key fashion doll attributes identified by Mattel.   For the eight key attributes, Bratz scored the highest (compared to Barbie and My Scene) for a substantial number of the 20 months analyzed.   **TABLE III** below summarizes the number of months out of the twenty months analyzed where Bratz received the highest ranking for each attribute.

---

[196] "Mattel Girls Monthly Tracking Study in the U.S. – May 2005," June 10, 2005, M0080111-20 at 11.
[197] Mattel's studies indicate that "intangible areas" include coolness, play value and being socially acceptable. "Mattel Girls Monthly Tracking Study in the U.S. – May 2005," June 10, 2005, M0080111-20 at 11.
[198] The detailed results of Mattel's Girls Monthly Brand Tracking Studies for July and August 2005 have not been provided. Subsequent studies, if any, have also not been provided.

*CONFIDENTIAL – ATTORNEYS' EYES ONLY*

Expert Report of Paul K. Meyer

TABLE III – Summary Of Bratz Key Attribute Rankings[199]

| Key Fashion Doll Attribute | Number Of Months Bratz Ranked Highest (Out Of 20 Months) | Percent Of Months Bratz Ranked Highest |
|---|---|---|
| 1. Is More Fun To Play With | 20 | 100% |
| 2. Is Cooler Than Other Dolls | 19 | 95% |
| 3. Is Prettier Than Other Dolls | 15 | 75% |
| 4. Clothes You'd Most Want To Wear | 20 | 100% |
| 5. Most Want To Show Your Friends | 19 | 95% |
| 6. Comes With Better Stuff | 18 | 90% |
| 7. Most Want To Be Like | 19 | 95% |
| 8. Prettiest Hair | 15 | 75% |

These results indicate that Bratz scored well on key fashion doll attributes that contribute to MGA's sales and profits. However, Bratz received its lowest scores on the attribute "Is Prettier Than Other Dolls" (see **ATTACHMENT 7**).[200]  Mattel's study for the month of February 2005 acknowledged these results, stating, "Bratz clearly dominates in most areas, most notably, play value, 'coolness,' and having appealing fashions and accessories, although as seen previously, the brand posts slightly weaker scores on aesthetics."[201]

130.    Based on discussions with Robert Tonner and review of Mattel's Girls Monthly Brand Tracking Study summaries of key findings, each key fashion doll attribute identified by Mattel has been categorized as relating to one or more specific aspect of the doll.  These aspects correspond to six of the seven creative apportionment factors contributing to the success of the Bratz fashion doll addressed in Section B (Apportionment Factors And Considerations) above.  For example, the attribute "Clothes You'd Most Want To Wear" corresponds primarily to the apportionment factor/consideration "Fashions Sold With The Doll."   Similarly, the attribute "Comes With Better Stuff" corresponds primarily to the apportionment factor/consideration "Accessories Sold As Part Of The Doll Line."   Some of the key attributes are more intangible and may relate to several of the apportionment factors.  Based on discussions with Robert Tonner, the key fashion doll attributes have been categorized into six of the seven apportionment factors (packaging not included) and are presented in **TABLE IV** below.

---

[199] Rankings are based on study results for girls ages 8 to 10 years old, which comprise Bratz's primary target consumer.
[200] Bratz's approximate scores for each attribute were compiled for the 20-month period, with the attribute "Is Prettier Than Other Dolls" scoring the lowest.
[201] "Girls Monthly Brand Tracking Study in the U.S. – February 2005," March 4, 2005, M0082090-99 at 90.

EXHIBIT ___5___
PAGE ___80___

Expert Report of Paul K. Meyer

---

**TABLE IV – Identification Of Key Fashion Doll Attributes To Apportionment Factors**

| Key Fashion Doll Attribute | Apportionment Factor[202] | | | | | | |
|---|---|---|---|---|---|---|---|
| | Doll Design (No Hair) | Design / Hair | Themes | Fashions | Accessories | Characters | Marketing |
| 1. Fun | √ | √ | √ | √ | √ | √ | |
| 2. Cooler | √ | | √ | √ | | √ | √ |
| 3. Prettier | √ | | | √ | | | |
| 4. Clothes | | | | √ | | | |
| 5. Friends | √ | | √ | √ | √ | √ | √ |
| 6. Stuff | | | | | √ | | |
| 7. Be Like | | | √ | √ | | √ | √ |
| 8. Hair | | √ | | | | | |
| Total | 4 | 2 | 4 | 6 | 3 | 4 | 3 |

131.   The results of the doll attribute monthly studies were important to Mattel and used by Mattel to set future product plans.  For example, Mattel's "2004 Marketing Plan Update," indicated that Barbie had its "worse attribute ratings in 45 years" on a slide titled "The House is on Fire!"[203] Another Mattel presentation, "2005 Barbie Spring Line Review," stated that "Barbie is losing key attribute ratings with girls."[204]  As discussed with Robert Tonner, since these eight key fashion doll attributes identified by Mattel relate to factors that determine the success of a fashion doll, they can also be used as a basis to apportion Bratz profits.

132.   Out of the seven apportionment factors, the accused copyrighted property relates primarily to the design of the doll category.  As addressed previously, the design of the doll category includes significant MGA development contributions in addition to the accused copyrighted property.  Based on the identification of the apportionment factors related to each of the eight key fashion doll attributes summarized in **TABLE IV** above, 4 out of a total of 26 entries relate to the apportionment factor "design of the doll."  This analysis indicates an apportionment percentage of approximately 15.4% of MGA's profits to the accused copyrighted property.

133.   The key attributes identified by Mattel do not include consideration of the contribution of product packaging to generating sales and profits.   As described in Section B, Mattel

---

[202] For purposes of this analysis, the apportionment factor called "Packaging" has not been considered.
[203] "2004 Marketing Plan Update," March 16, 2004, M0079848-55 at 55.
[204] "2005 Barbie Spring Line Review," M0079731-58 at 33.

*CONFIDENTIAL – ATTORNEYS' EYES ONLY*

EXHIBIT   5
PAGE   81

Expert Report of Paul K. Meyer

acknowledges that Bratz product packaging assisted in generating MGA's sales and profits. Consideration of Bratz packaging would lower the apportionment percentage determined above based on Mattel's study of key fashion doll attributes.

### 2. Apportionment Approach: Royalties paid by MGA to Mr. Bryant for his contributions to the Bratz doll line

134. The financial terms of Mr. Bryant's Consulting Agreement provide information instructive to apportioning MGA's profits to the accused copyrighted property. Mr. Bryant's Consulting Agreement was negotiated between willing parties and reflects the actual percentage of profit that MGA was willing to pay for the accused copyrighted property and other significant contributions made by Mr. Bryant.

135. Mr. Bryant entered a Consulting Agreement with MGA dated September 18, 2000 (the "Consulting Agreement").[205] Pursuant to the Consulting Agreement, Mr. Bryant was to consult with and advise MGA "on the design and development by MGA of a line of dolls presently known as "Bratz" (the MGA Products)." In exchange for his contributions, Mr. Bryant was to be paid a monthly fee of $5,500 for the first six months, and $5,000 for the next three months. Mr. Bryant was also to be paid a royalty equal to 3.0% of net sales of products developed by MGA on which Mr. Bryant provided his consulting services.[206]

136. MGA and Mr. Bryant executed a "Modification And Clarification" to the September 18, 2000 Consulting Agreement in February 2004.[207] This modification and clarification defined Mr. Bryant's services to include "all creative and production services and materials used to develop, create, design, render, produce, or deliver the Projects."[208]

---

[205] The Consulting Agreement indicates a print date of October 4, 2000. MGA Entertainment Consulting Agreement with Carter Bryant, September 18, 2000, MGA000001-6 at 1. Additionally, Mr. Bryant testified that the MGA Consulting Agreement was signed on October 4, 2000. Deposition of Carter Bryant, November 4, 2004, p. 43.
[206] The monthly consulting fees were to be credited against future royalties due to Mr. Bryant under the Consulting Agreement. MGA Entertainment Consulting Agreement with Carter Bryant, September 18, 2000, M000001-6 at 2.
[207] Modification And Clarification Of The Agreement Dated September 18, 2000, MGA0008951-6 at 56.
[208] "Projects" are defined to include any and all projects worked on by Mr. Bryant with respect to the Bratz property. MGA would own all property resulting from the consulting services provided by Mr. Bryant, including the Bratz characters (including Sasha, Cloe, Dana, Yasmin, Jade and Meygan) and associated intellectual property and industrial rights, such as copyrights, patents, trademarks, industrial designs, design rights and trade dress. The "materials" subject to Mr. Bryant's consulting services included all additions, deletions, alterations, revisions, drafts, notes, concepts, ideas, suggestions and approaches. Other "materials" such as artwork, sketches, specifications, designs, drawings, models, prototypes, sculptures, works of artistic craftsmanship or other tangible work developed, produced, created or furnished by Mr. Bryant were also included in the property owned by MGA. Modification And Clarification Of The Agreement Dated September 18, 2000, MGA0008951-6.

*CONFIDENTIAL – ATTORNEYS' EYES ONLY*

47

EXHIBIT ___5___
PAGE ___82___

137. The modification and clarification to the Consulting Agreement illustrates the extent of the continuing support and development of the Bratz product line provided by Mr. Bryant in exchange for the 3.0% royalty payment. Mr. Bryant provided on-going consulting and assistance in many areas beyond the scope of the accused copyrighted property.[209]

138. Since the accused copyrighted property only represents a portion of the contributions provided by Mr. Bryant, the 3.0% royalty Mr. Bryant receives would represent the maximum value of the accused copyrighted property, prior to splitting the royalty payments between the accused copyrighted property and other contributions provided by Mr. Bryant.[210] The 3.0% royalty rate reflects a percentage of net sales MGA was willing to pay for the total contributions of Mr. Bryant, including the accused copyrighted property.[211] This apportionment analysis will be converted to a percentage of profits after MGA's profits for the relevant products are determined. For illustrative purposes, assuming a MGA profit margin of 20.0% would yield an apportionment percentage of 15.0%.[212]

### 3. Apportionment Approach: Work tasks to develop the original Bratz doll

139. This approach compares the total work tasks of Mr. Bryant to the overall creative work tasks incurred by MGA to develop the original Bratz dolls. I compiled information related to developing the original Bratz dolls through interviews with MGA management personnel, review of MGA documents and correspondence and review of deposition transcripts. The approach to summarizing the total creative work tasks incurred by MGA in developing the initial Bratz dolls is described below. The resulting work task development schedule details the many creative contributions to the development of the initial Bratz dolls, illustrates the many tasks required to create a doll, and provides an indication of the time and effort dedicated to certain work tasks.

---

[209] For example, Mr. Bryant provided assistance in determining the strategy for the product, developing new products, fashions, character sketches and edits to doll samples.

[210] Under the Consulting Agreement, Mr. Bryant has been paid approximately $31.5 million from 2001 through 2006 (see **ATTACHMENT 8**).

[211] In exchange for the 3.0% royalty, MGA acquired exclusive rights to products where Mr. Bryant was involved with the development. The Consulting Agreement was an "arm's length" transaction between a willing licensor and a willing licensee and is indicative of a market royalty rate for the accused copyrighted property (including the other contributions of Mr. Bryant). Mattel released "Other Girl Brands" such as Diva Starz, Flavas and My Scene. Furthermore, a third party market research company wrote, "In a major effort to win back tween girls, in 2000 Mattel embarked on a makeover of Barbie…The first effort by Mattel to age up the Barbie brand occurred in 1999. The new line, called Generation Girl, included skateboards, urban fashion, and one doll with a pierced nose." "The U.S. Tween Market," Packaged Facts, February 2001, p. 128. In addition, Mr. Tonner states in his expert report, "It is my opinion that MGA, at the time, was probably the only company that could have turned Bratz into a hit." Expert Witness Report by Robert Tonner, February 8, 2008, p. 16.

[212] Calculated as 3.0% / 20.0% = 15.0%.

*CONFIDENTIAL – ATTORNEYS' EYES ONLY*

EXHIBIT 5
PAGE 83

140. In performing my analysis, MGA doll development schedules detailing the major areas of development and associated work tasks were analyzed. The general areas of creative contribution were summarized based on the "final Bratz schedule" dated January 2, 2001 and discussions with MGA personnel.[213] MGA's final development schedule for the Bratz doll set forth five major product development areas for the doll, including initial concept, design of the doll (or rotocast, which includes sculpting, painting and hair rooting and styling), tooling, fashions (softgoods) and packaging.[214] For purposes of this analysis, tooling-related product development activities are not considered creative contributions to the Bratz doll. Additionally, the review, edit and approval of counter-samples received from Hong Kong were not included as creative activities. The duration of the creative activities and individuals involved were then summarized based on the lead times presented in the final Bratz schedule and discussions with Paula Garcia.

141. At least twelve people provided creative input into the initial Bratz dolls, including Carter Bryant, Margaret Leahy, Veronica Marlow, Mercedeh Ward, Anna Rhee, Aileen Storer, Paula Garcia, Charles O'Connor, Sarah Halpern, Steve Tarmichael, David Dees and Rachel Harris. The work task development schedule reflects a total development time of 103 weeks and is summarized by person by task over a 25-week period (see **ATTACHMENT 6**).[215]

142. Mr. Bryant's time contributing to creative elements of the Bratz dolls during this development period totals approximately 21 weeks. Mr. Bryant's work efforts also include the initial two weeks he testified it took to develop the accused copyrighted property.[216] As addressed elsewhere, Mr. Bryant's efforts were related to both the accused copyrighted property and other contributions to the Bratz dolls. Including Mr. Bryant's estimate of the time he took to complete the sketches Mattel asserts are its copyrighted property of approximately "a couple of weeks,"[217] Mr. Bryant worked for a total of approximately 23 weeks. Mr. Bryant's development time

---

[213] "Final Bratz Schedule," January 2, 2001, MGA000358-361; Discussions with Paula Garcia.
[214] MGA's marketing and branding efforts are not addressed in the final Bratz product development schedule.
[215] Based on discussions with Paula Garcia, I understand a doll prototype could be prepared in a shorter timeframe. A third party source also indicated a shorter timeframe would be possible. In a Salomon Smith Barney analyst report dated June 18, 2003, Jill Krutik wrote, "Mattel is launching a new doll line (from inception to launch was a remarkable 19 weeks, instead of the more typical one-year cycle)..." "MAT: Rising to the Challenge; Marketing Blitz Expected to Pay Off," Jill Krutik, Salomon Smith Barney, June 18, 2003, p. 3.
[216] Deposition of Carter Bryant, November 4, 2004, p. 146-147.
[217] Deposition of Carter Bryant, November 4, 2004, p. 146-147.

EXHIBIT __5__
PAGE __84__

compared to the development time of 103 total weeks for the original Bratz dolls yields an apportionment percentage of approximately 22.3% (23 weeks divided by 103 weeks).

### 4.    Apportionment Approach: MGA's Bratz product development contributions

143.    As described in detail above, many factors other than the accused copyrighted property are important to generating the profits earned by MGA from the sale of Bratz products. I described in detail in Section B of this Report these factors, including: (1) the design of the doll; (2) the development of the characters associated with the doll line; (3) the themes associated with the dolls; (4) the development of fashions sold with the dolls; (5) the development of accessories sold with the dolls; (6) the packaging in which the dolls are sold; and (7) MGA's branding, marketing and advertising efforts.

144.    I understand that all seven MGA development activities and creative contributions are critical to MGA's generation of Bratz sales and profits. Therefore, MGA's profits can be apportioned based on these factors. Since each factor is critical to Bratz's success, weighting each of these doll development contributions equally would indicate an apportionment percentage of approximately 14.3% (or 1 factor out of 7) of MGA's profits to the accused copyrighted property.

### 5.    Apportionment Approach: MGA's "licensing in" and "licensing out" royalty rates

145.    MGA's Consulting Agreement with Mr. Bryant provided for MGA to own the rights to any products developed with Mr. Bryant. The Consulting Agreement provided that MGA would pay Mr. Bryant a royalty rate of 3.0% of net sales for any MGA products developed by MGA on which Mr. Bryant consulted. The cost to MGA of "licensing in" Mr. Bryant's contributions was a 3.0% royalty.

146.    MGA enters into licenses with third parties for rights to use MGA's Bratz property for royalty rates generally ranging between 10.0% and 16.0% of net sales ("licensing out"). These licenses have related to a variety of products over the last several years. MGA is able to achieve these enhanced levels of royalty rates in its "licensing out" agreements due to the many contributions MGA has made to design, develop, market and sell Bratz dolls. These MGA efforts have been significant, as described in other sections of this Report.

EXHIBIT ___5___
PAGE ___85___

147. Comparing the "licensing in" royalty rate paid to Mr. Bryant to the average "licensing out" royalty rates for the Bratz property of approximately 12.0% (see **ATTACHMENT 9**) provides for an apportionment percentage of approximately 25.0%.[218]   This apportionment percentage recognizes MGA's significant contributions beyond the scope of the accused copyrighted property.

6.   **Apportionment Approach**: **MGA's investments in the Bratz product line**

148. Comparing MGA's costs to acquire the accused copyrighted property to MGA's costs associated with developing and marketing the products alleged to embody the copyrighted work provides a method to apportion profits.  Economically, the profits a company earns may be viewed as a return on the investments required to generate the profits.  Therefore, MGA's profits may be attributed to the investments MGA made to develop and sell the Bratz doll line.

149. This approach to apportioning profits is calculated based on comparing the costs of Mr. Bryant's Consulting Agreement to MGA's costs for product development and advertising.[219]   MGA's total costs for product development (including Mr. Bryant's royalties) and advertising represent MGA's investment in activities to develop the Bratz doll line and brand.[220]   The royalties paid to Mr. Bryant reflect MGA's investment in the accused copyrighted property, as well as other contributions from Mr. Bryant.   MGA's investment in the accused copyrighted property compared to MGA's investment for product development and advertising indicates an apportionment percentage of 24.3% (see **ATTACHMENT 8**).

150. Additionally, this method of apportioning profits does not reflect substantial financial and business risk MGA bore related to the developing and supporting the Bratz doll line.  MGA made other investments that have contributed to the success of the Bratz products, such as establishing distribution channels and maintaining inventory.  As stated by Mr. Larian in an email he wrote to Victoria O'Connor dated September 12, 2000, "We [MGA] are going to RISK and spend MILLIONS to make this brand and line happen."[221]

---

[218] Calculated as 3.0% / 12.0% = 25.0%.  The average "licensing out" percentage of approximately 12.0% includes executed license agreements and does not reflect non-refundable advances and guaranteed minimum royalty payments, which may increase the effective royalty rate and decrease the apportionment percentage.
[219] The scope of Mr. Bryant's Consulting Agreement was broader than the accused copyrighted property.
[220] MGA's product development and advertising costs have been allocated to the products on which Mr. Bryant received royalty payments based on sales revenue.
[221] Email, "Re: Carter Bryant," September 12, 2000, MGA001474.

EXHIBIT __5__
PAGE __86__

151.   In its Second Amended Answer and Counterclaims, Mattel also recognized that in addition to advertising and marketing, other functions are part of the company's "intellectual infrastructure" and are "highly valuable." [222]   Mattel's Second Amended and Counterclaims states:

> "Mattel also has invested substantial amounts over many years to develop its business methods and practices, including, without limitation, its marketing and advertising research, plans, methods and processes; its business research and forecasts; its costs, budgets, pricing, credit terms, deal terms and finances; its manufacturing, distribution, and sales methods and processes; and its inventory methods and processes. These represent a material part of the intellectual infrastructure of Mattel and are highly valuable."[223]   (emphasis added)

152.   As described earlier, Mr. Bryant continued contributing to the Bratz product line after working on the initial Bratz doll.  This apportionment percentage does not distinguish between Mr. Bryant's ongoing creative contributions and the accused copyrighted property.  Consideration of this factor would decrease the apportionment percentage.

7.     **Apportionment Approach: Sales variation among Bratz products**

153.   Since 2001, MGA has introduced hundreds of Bratz dolls, each with generally the same doll design (rotocast and body).  Although each of these dolls may contain the same accused copyrighted property, they do not collectively contain the same themes, fashions, packaging and characters. Therefore, variation in sales revenue levels among the different Bratz doll SKUs containing the same doll design (rotocast and body) can be attributed to factors other than the accused copyrighted property.  Bratz doll sales over time can be segregated by SKU, by themes and by characters.  Within a particular sales segregation, comparisons can be made between higher and lower sales revenue SKUs.  This sales data may indicate an apportionment percentage for the accused copyrighted property by examining the sales patterns and levels between product SKUs in a particular segregation (e.g., May 2005 release and by theme) as compared against the segregation's overall sales statistics.

154.   **TABLE V** below identifies seven Bratz doll themes that were sold by MGA beginning in May 2005.  Total sales of Bratz dolls within these six themes range from $3.2 million to $38.8

---

[222] Mattel's Second Amended Answer And Counterclaims, July 12, 2007, p. 33.
[223] Mattel's Second Amended Answer And Counterclaims, July 12, 2007, p. 33.

EXHIBIT __5__
PAGE __87__

million.[224]   The theme with the lowest Bratz doll sales, Bratz Midnight Dance, contains the accused copyrighted property as does the theme with the highest Bratz doll sales, Bratz Rock Angelz.  Therefore, the difference in sales between these two themes represents sales attributable to factors other than the accused property, such as themes. [225]   In this circumstance, the accused copyrighted property may contribute up to 10% of the sales for Bratz Rock Angelz themed Bratz dolls ($3.2 million of the total $38.8 million sales).[226]   This table demonstrates wide variation in sales among Bratz doll themes and supports my opinion that Bratz doll sales and profits are attributable to factors other than the accused copyrighted property.

**TABLE V – Bratz Doll Sales By Theme First Sold in May 2005**[227]

| Bratz Doll Theme | Total Bratz Doll Sales (May 2005 Through October 2007) |
|---|---|
| Bratz Midnight Dance | $3,200,000 |
| Bratz Step Out | $6,900,000 |
| Bratz Birthday Bash | $12,500,000 |
| Bratz Campfire | $13,300,000 |
| Bratz Feelin' Pretty | $17,500,000 |
| Bratz Wild Wild West | $17,600,000 |
| Bratz Rock Angelz | $38,800,000 |

155.   I also studied the variation of Bratz doll sales within the same theme.  Within a theme, MGA may offer different Bratz doll characters.  In **TABLE VI** below, sales of Bratz characters sold in connection with the Winter Wonderland theme are presented.[228]   The first sales of each character in the Winter Wonderland Theme occurred in June 2003.

156.   Sales of Bratz doll characters within the Winter Wonderland theme ranged from $1.0 million to $4.4 million.   The character with the lowest Bratz doll sales, Jade, contains the accused copyrighted property as does the character with the highest Bratz doll sales, Sasha.   Therefore, the difference in sales between these two characters represents sales attributable to factors other

---

[224] Includes sales between May 2005 and October 2007.
[225] Based on discussions with Ms. Garcia, dolls sold in connection with each theme may contain different characters, packaging, fashions and accessories.
[226] The Bratz Midnight Dance themed doll includes creative elements beyond the scope of the accused copyrighted property, including fashions, packaging and accessories.
[227] MGA Targit sales data.
[228] Excludes sales of Winter Wonderland-themed Bratz dolls with insufficient data to determine the Bratz character.

*CONFIDENTIAL – ATTORNEYS' EYES ONLY*

EXHIBIT 5
PAGE 88

Expert Report of Paul K. Meyer

than the accused copyrighted property, such as the Bratz doll character and fashions.[229]  **TABLE VI** further demonstrates that sales of Bratz dolls within a theme can vary significantly and also supports my opinion that Bratz doll sales and profits are attributable to factors other than the accused copyrighted property.

**TABLE VI – Bratz Doll Sales By Character for Winter Wonderland Theme[230]**

| Bratz Character | Total Sales |
|---|---|
| Jade | $1,000,000 |
| Dana | $1,400,000 |
| Yasmin | $1,500,000 |
| Cloe | $1,500,000 |
| Sasha | $4,400,000 |

157.    Data related to lower sales-achieving SKUs within a particular product segregation is instructive to determining apportionment percentages related to the accused copyrighted property.  As Mattel has not identified the accused products in this case, my apportionment calculations in this section would be based on additional information produced by Mattel.  Accordingly, at this time, I have not calculated an apportionment percentage for this approach.

**8.    Summary Of Apportionment Analyses**

158.    Sections C.1 through C.7 above discuss various methods of apportioning MGA's profits to the accused copyrighted property.  These approaches yield apportionment percentages that may be applied to MGA's profits earned on the sales of allegedly infringing products to calculate MGA's profits attributable to the accused copyrighted property.

---

[229] Based on discussions with Ms. Garcia, each character within a specific theme is sold with different fashions particular to the character's style and personality.  The Jade character in the Winter Wonderland theme includes creative elements beyond the scope of the accused copyrighted property, including fashions, packaging and accessories.
[230] MGA Targit sales data.

*CONFIDENTIAL – ATTORNEYS' EYES ONLY*

54

EXHIBIT  5
PAGE  89

159.   **TABLE VII** below provides a summary of the various apportionment methods and the resulting apportionment percentages.

### TABLE VII – Summary Of Apportionment Approaches And Percentages

| Apportionment Approach | Profit Apportionment Percentage |
|---|---|
| 1.  Mattel's studies of "Key Fashion Doll Attributes" in conjunction with the creative elements to develop a fashion doll | 15.4% |
| 2.  Royalties paid by MGA to Mr. Bryant for his contributions to the Bratz doll line | Approx. 15.0%[231] (3.0% of net sales) |
| 3.  Work tasks to develop the original Bratz doll | 22.3% |
| 4.  MGA's Bratz product development contributions | 14.3% |
| 5.  MGA's "licensing in" and "licensing out" royalty rates | 25.0% |
| 6.  MGA's investments in the Bratz product line | 24.3% |
| 7.  Sales variation among Bratz products [232] | TBD |
| Range[233, 234, 235, 236] | 14.3% - 25.0% |

---

[231] For illustrative purposes, assuming a MGA profit margin of 20.0% would yield an apportionment percentage of 15.0%.

[232] As Mattel has not identified the accused products in this case, my apportionment calculations in this section would be based on additional information produced by Mattel. Accordingly, at this time, I have not calculated an apportionment percentage for this factor.

[233] The range of apportionment percentages of 14.3% to 25.0% is reasonable when considered in the context of the "25% Rule," which indicates a starting point is generally 25.0% of operating profits. See Section C, paragraph 124.

[234] I understand that Peter Menell, Ph.D., a professor of law at UC Berkeley and an expert for MGA, will testify that MGA's Bratz dolls do not infringe copyright in the Carter Bryant doll sketches. To the extent the Court accepts certain positions of Dr. Menell, this may put downward pressure on the apportionment percentages summarized above in Section C, indicating percentages on the lower end of the range may be more appropriate under those circumstances. See Section B, paragraph 31.

[235] I understand that Robert Tonner, Tina Tomiyama and others will testify on behalf of MGA that the Bratz doll as actually designed and developed includes significant differences and enhancements over the accused copyrighted property. See additional observations in Section B, paragraph 31. To the extent the Court accepts positions of Mr. Tonner and Ms. Tomiyama on these issues, this may put downward pressure on the apportionment percentages summarized above in Section C, indicating percentages on the lower end of the range may be more appropriate under those circumstances.

[236] I have considered the importance of branding in Section B.7 (MGA's Branding, Marketing and Advertising Efforts). I understand that Erich Joachimsthaler, an expert retained on behalf of MGA, will testify that MGA developed the Bratz brand, and that the Bratz brand is an extremely significant contributor to MGA's success, sales and profits (e.g., allowing Bratz to obtain product pricing advantages). To the extent the Court accepts positions of Mr. Joachimsthaler on these issues, this may put downward pressure on the apportionment percentages summarized above in Section C, indicating percentages on the lower end of the range may be more appropriate under those circumstances.

*CONFIDENTIAL – ATTORNEYS' EYES ONLY*

EXHIBIT 5
PAGE 90

**Exhibit  6**

**quinn emanuel** trial lawyers | los angeles

865 South Figueroa Street, 10th Floor, Los Angeles, California 90017 | TEL 213-443-3000 FAX 213-443-3100

March 4, 2008

VIA FACSIMILE AND U.S. MAIL

Michael H. Page, Esq.
Keker & Van Nest, LLP
710 Sansome Street
San Francisco, CA 94111

Paul Eckles, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
300 South Grand Ave., Suite 3400
Los Angeles, CA 90071

Re: Bryant v. Mattel, Inc.

Dear Counsel:

I write pursuant to Local Rule 7-3 to invite you to meet and confer regarding Mattel's contemplated motion (a) to strike from MGA's Phase 1 expert reports, and (b) to preclude any MGA Phase 1 expert from testifying regarding any facts, materials, opinions or subject matter that, according to Judge Larson's phasing orders, belong in Phase 2. Please let me know when you are available to discuss this

Best regards,

Jon D. Corey

Jon D. Corey

07209/2423551.1

**quinn emanuel urquhart oliver & hedges, llp**

NEW YORK | 51 Madison Avenue, 22nd Floor, New York, New York 10010 | TEL 212-849-7000 FAX 212-849-7100
SAN FRANCISCO | 50 California Street, 22nd Floor, San Francisco, California 94111 | TEL 415-875-6600 FAX 415-875-6700
SILICON VALLEY | 555 Twin Dolphin Drive, Suite 560, Redwood Shores, California 94065 | TEL 650-801-5000 FAX 650-801-5100

EXHIBIT 6
PAGE __9__

```
*********************
***  TX REPORT   ***
*********************

TRANSMISSION OK

TX/RX NO              3109
RECIPIENT ADDRESS     9414#007209#12136875800
DESTINATION ID
ST. TIME              03/04 14:14
TIME USE              00'44
PAGES SENT            2
RESULT                OK
```

# QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

**NEW YORK**
51 Madison Avenue, 22nd Floor
New York, NY 10010
(212) 849-7000
Facsimile: (212) 849-7100

**LOS ANGELES**
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017
(213) 443-3000
Facsimile: (213) 443-3100

**SAN FRANCISCO**
50 California Street, 22nd Floor
San Francisco, CA 94111
(415) 875-6600
Facsimile: (415) 875-6700

**TOKYO**
Akasaka Twin Tower Main Building, 6th Floor
17-22 Akasaka 2-Chome
Minato-ku, Tokyo 107-0052, Japan
+81 3 5561-1711
Facsimile: +81 3 5561-1712

**SILICON VALLEY**
555 Twin Dolphin Drive, Suite 560
Redwood Shores, CA 94065
(650) 801-5000
Facsimile: (650) 801-5100

## LOS ANGELES OFFICE
# FACSIMILE TRANSMISSION

**DATE:**  March 4, 2008

**NUMBER OF PAGES, INCLUDING COVER: 2**

| NAME/COMPANY | PHONE NO. | FAX NO. |
|---|---|---|
| Michael H. Page, Esq.<br>Keker & Van Nest LLP | (415) 391-4500 | (415) 397-7188 |
| Paul Eckles, Esq.<br>Skadden Arps Slate Meagher & Flom LLP | (213) 687-5000 | (213) 687-5600 |

**FROM:**  Jon D. Corey

**RE:**  MGA Entertainment, Inc. v. Mattel, Inc.

**MESSAGE:**

EXHIBIT 6
PAGE 92

```
                    ******************************
                    ***    MULTI TX/RX REPORT    ***
                    ******************************
TX/RX NO            3107
PGS.                  2
TX/RX INCOMPLETE
                    (2)   9414#007209#12136875600
TRANSACTION OK
                    (1)   9414#007209#14153977188
ERROR INFORMATION
                    -----
```

# QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

**NEW YORK**
51 Madison Avenue, 22nd Floor
New York, NY 10010
(212) 849-7000
Facsimile: (212) 849-7100

**LOS ANGELES**
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017
(213) 443-3000
Facsimile: (213) 443-3100

**SAN FRANCISCO**
50 California Street, 22nd Floor
San Francisco, CA 94111
(415) 875-6600
Facsimile: (415) 875-6700

**TOKYO**
Akasaka Twin Tower Main Building, 6th Floor
17-22 Akasaka 2-Chome
Minato-ku, Tokyo 107-0052, Japan
+81 3 5561-1711
Facsimile: +81 3 5561-1712

**SILICON VALLEY**
555 Twin Dolphin Drive, Suite 560
Redwood Shores, CA 94065
(650) 801-5000
Facsimile: (650) 801-5100

## LOS ANGELES OFFICE
# FACSIMILE TRANSMISSION

**DATE:**    March 4, 2008

**NUMBER OF PAGES, INCLUDING COVER: 2**

| NAME/COMPANY | PHONE NO. | FAX NO. |
|---|---|---|
| Michael H. Page, Esq.<br>Keker & Van Nest LLP | (415) 391-4500 | (415) 397-7188 |
| Paul Eckles, Esq.<br>Skadden Arps Slate Meagher & Flom LLP | (213) 687-5000 | (213) 687-5600 |

**FROM:**    Jon D. Corey

**RE:**    MGA Entertainment, Inc. v. Mattel, Inc.

**MESSAGE:**

EXHIBIT
PAGE 9