**EXHIBIT 1**

CONFIDENTIAL                                    1

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA


MATTEL, INC., a Delaware corporation, )   CASE NO.
                                      )   CV 04-9059 DDP (AJWx)
                    Plaintiff,        )
                                      )
          vs.                         )
                                      )
CARTER BRYANT, an individual, and     )
DOES 1 through 10, inclusive,         )
                                      )
                    Defendants.       )
_____
CARTER BRYANT, on behalf of himself,  )
all present and former employees of   )
Mattel, Inc., and the general public, )
                                      )
                    Cross-Complainant,)
                                      )
          vs.                         )
                                      )
MATTEL, INC., a Delaware corporation, )
                                      )
                    Cross-Defendant.  )


VOLUME I
THE VIDEOTAPED DEPOSITION OF CARTER BRYANT,
produced, sworn, and examined on Thursday, November 4, 2004,
at 9:10 a.m. of that day, pursuant to Notice to Take
Deposition at the University Plaza, Executive Boardroom,
333 South John Q. Hammons Parkway, in the City of Springfield,
County of Greene, State of Missouri, before Sherrie L. Hunt,
Certified Court Reporter, and Notary Public, in a certain
cause now pending in the United States District Court for the
Central District of California, wherein the parties are as
above set forth; taken on behalf of the Plaintiff and
Cross-Defendant.


COURT REPORTERS OF THE MIDWEST, INC.
P.O. Box 4282
Springfield, MO 65808 (417) 889-2079

EXHIBIT ___1___
PAGE ___12 A___

CONFIDENTIAL                                        2

A P P E A R A N C E S

For Plaintiff and                MR. JOHN B. QUINN
Cross-Defendant:                 MR. MICHAEL T. ZELLER
                                 MS. TANIA KREBS
                                 Quinn, Emanuel, Urquhart,
                                   Oliver & Hedges
                                 865 South Figueroa Street
                                 10th Floor
                                 Los Angeles, California 90017

For Defendants and               MR. DOUGLAS A. WICKHAM
Cross-Complainant:               Littler Mendelson
                                 2049 Century Park East
                                 5th Floor
                                 Los Angeles, California 90067

Also Present:                    Ms. Dale M. Cendali
                                 Mr. Michael Moore

Videotaped by:                   Mr. Donald Gifford
                                 Mr. Donald Gifford, II
                                 1528 East Glenwood
                                 Springfield, Missouri 65804


I N D E X

WITNESS:  CARTER BRYANT                              Page
Direct Examination by Mr. Quinn .................    4
Notarial Certificate and Costs ..................    262

* * *


E X H I B I T S

DEPOSITION EXHIBIT          DESCRIPTION              IDENTIFIED

(NONE)


Phonetic spelling:  (Ph.)
Exactly as stated:  (Sic)

EXHIBIT
13

CONFIDENTIAL                                              8

| | | | |
|---|---|---|---|
| 1 | Q | You don't recall one way or the other? | 09:17 |
| 2 | A | No. | |
| 3 | Q | Do you have any understanding as to how long she had been | |
| 4 | | working on those two projects for MGA? | |
| 5 | A | No, I don't. | 09:17 |
| 6 | Q | Do you know whether or not the projects she was ever -- | |
| 7 | | that those projects she was working on for MGA ever | |
| 8 | | actually became MGA products? | |
| 9 | A | I believe they did, yes. | |
| 10 | Q | Both the baby doll and the angel doll? | 09:18 |
| 11 | A | Yes. | |
| 12 | Q | Do you know when MGA began to offer those two dolls to the | |
| 13 | | public? | |
| 14 | A | I don't. | |
| 15 | Q | Can you tell us the context in which Ms. Marlow first | 09:18 |
| 16 | | spoke to you about MGA in July of 2000? | |
| 17 | A | I spoke with her.  I told her that I had a project that I | |
| 18 | | was interested in possibly doing something with, and I | |
| 19 | | spoke to her and asked her if she could possibly -- or if | |
| 20 | | she had any leads or if she could possibly help me pitch | 09:18 |
| 21 | | this idea. | |
| 22 | Q | So you contacted her? | |
| 23 | A | Yes. | |
| 24 | Q | And in response to that query what did she say? | |
| 25 | A | She told me that she had been working for a company called | 09:19 |

EXHIBIT 1

PAGE 14

CONFIDENTIAL                                        9

```
 1        MGA and that they, in fact, were looking for new doll          09:19
 2        projects.
 3    Q   And is it true that you had never heard of MGA before?
 4    A   I had not.
 5    Q   What was the project that you were referring to?             09:19
 6    A   The Bratz.
 7    Q   And how did you describe it to her when you described this
 8        project that you were working on that you were interested
 9        in doing something with?
10    A   I don't remember exactly how the conversation went but it    09:19
11        was something to the effect that they were a group of teen
12        dolls with funky clothes and disproportionate features.
13    Q   Do you recall anything else that you told her when you
14        were describing this project to her?
15    A   I don't recall right at this time.                           09:20
16    Q   And what response did she make when you told her about
17        this project that you were interested in pursuing?
18    A   I don't recall exactly what she said.
19    Q   Well, in general can you recall what her response was?
20    A   In general I think she expressed interest, and she told me   09:20
21        that she had been working with MGA and that they might
22        possibly be interested.
23    Q   Do you recall anything else that she said?
24    A   No, not at this time I don't.
25    Q   Did she -- what was the next step in your presenting this    09:20
```

EXHIBIT ___1___

PAGE ___15___

CONFIDENTIAL                                      10

1    to MGA?  And by "this," I'm referring to the Bratz        09:21

2    project.

3  A  The next step was that Veronica put me in touch with one

4    of the product managers at MGA, Paula Treantafelles, and

5    helped set up a meeting time for me to meet with Paula and    09:21

6    to show her the project.

7  Q  Did you know Paula?

8  A  No, I did not.

9  Q  And do you recall -- did you actually meet with Paula?

10 A  Yes.                                                       09:21

11 Q  And can you recall approximately when that was?

12 A  Excuse me.  It was toward the end of August of 2000.

13 Q  And do you recall where that meeting took place?

14 A  Yes.  It took place at the MGA offices.

15 Q  Besides yourself and Paula, did anybody else participate    09:21

16    in that meeting?

17 A  Veronica was present and also a woman named Victoria

18    O'Connor.

19 Q  Was Victoria O'Connor an MGA employee at the time?

20 A  Yes.                                                       09:22

21 Q  And what was your understanding about what her position

22    was at MGA?

23 A  I understood that she was the director of licensing, that

24    she -- she was the one responsible for bringing in outside

25    projects.                                                  09:22

EXHIBIT _____ 1

PAGE _____ 16

CONFIDENTIAL                                    11

```
 1    Q    So was that -- in that meeting was it just you, Victoria,   09:2
 2         Paula?   Just the three of you?
 3    A    And Veronica.
 4    Q    And Veronica?
 5    A    Yes.                                                         09:22
 6    Q    How long did that meeting last?
 7    A    Oh, approximately 45 minutes.
 8    Q    And did you bring with you any sketches or illustrations
 9         or prototypes to show them what this idea was that you
10         had?                                                        09:23
11    A    I brought drawings, yes.
12    Q    Anything else?
13    A    No.
14    Q    Were those drawings in a three-ring binder or folder or --
15    A    They were in a portfolio.                                   09:23
16    Q    Just sort of loose?
17    A    No.   They were in plastic sleeves.
18    Q    Between the time that Veronica first told you about MGA
19         and the time that you had this meeting --
20    A    Yes.                                                        09:23
21    Q    -- did you learn anything else about MGA?
22    A    What do you mean specifically?
23    Q    Well, for example, did you look them up on the web or did
24         you try to get any information about what this MGA company
25         was?                                                        09:23
```

EXHIBIT __1__

PAGE ____17____

CONFIDENTIAL                                    12

```
 1   A   No, I didn't.                                         09:2?
 2   Q   So is it true that you didn't learn anything else about
 3       MGA between the time that Veronica first spoke to you
 4       about it and the time of this first meeting?
 5   A   I don't recall learning anything else about them.     09:23
 6   Q   Did you know at the time that they were in the toy
 7       business?
 8   A   I did not.  The introduction by Veronica was the first
 9       time I had ever heard of MGA.
10   Q   All right.  But she told you that she was working on doll   09:24
11       projects for MGA?
12   A   Yes.
13   Q   And she told you that she thought that MGA might be
14       interested in your doll project?
15   A   Yes.                                                  09:24
16   Q   Did she tell you anything else about MGA or its business
17       or what its products were?
18   A   I don't recall.
19   Q   One way or the other?
20   A   No, I don't recall.                                   09:24
21   Q   Was it your understanding that at the time you had had
22       this meeting with MGA that they were in the toy business?
23   A   Yes.
24   Q   So you understood that they were a competitor of Mattel's?
25           MR. WICKHAM:  Objection, lacks foundation,         09:24
```

EXHIBIT _1_

PAGE _18_

CONFIDENTIAL                                      20

1     not to respond.                                              09:4

2  Q    (By Mr. Quinn)  Have you seen some agreement which

3     purports to be a joint defense agreement between yourself

4     and MGA?

5              MR. WICKHAM:  Objection, attorney-client            09:41

6     privilege, joint defense privilege.  Instruct the witness

7     not to respond.  Counsel, I'll stipulate that any issues

8     that you want to ask to probe the witness on his knowledge

9     of things that are of a privileged nature pertaining to

10    the joint defense, I will be instructing on that, so we     09:41

11    can take that up at another point in time in a

12    meet-and-confer session in advance of any motion the

13    plaintiff may seek to bring.  I just would prefer that we

14    proceed with Mr. Bryant's deposition on the things that

15    are germane to this action.                                 09:41

16             MR. QUINN:  I appreciate that and that is

17    helpful.  I just wanted to make sure that I understood the

18    contours of the area in which you thought was appropriate

19    to instruct the witness not to answer, and what you said

20    is helpful on that.  Let me just ask a couple of related    09:41

21    questions.

22  Q    (By Mr. Quinn)  Is MGA paying your attorneys' fees --

23             MR. WICKHAM:  Objection.

24  Q    (By Mr. Quinn)  -- in this case?

25             MR. WICKHAM:  Objection, attorney-client           09:41

EXHIBIT _____ 1

PAGE _____ 19

<u>CONFIDENTIAL</u>                                    21

```
 1        privilege, joint defense privilege.  Instruct the witness      09:4
 2        not to respond.
 3   Q    (By Mr. Quinn)  Is MGA indemnifying you for any losses
 4        that you may incur as a result of this case?
 5   A    No, they are not.                                              09:4
 6   Q    Is somebody else indemnifying you?
 7   A    No, not to my knowledge.
 8   Q    Do you have any -- to your knowledge are there any written
 9        agreements between you and MGA relating to this case?
10                  MR. WICKHAM:  Objection, attorney-client            09:42
11        privilege, joint defense privilege.  Instruct the witness
12        not to respond.
13                  MR. QUINN:  Am I leaving anything out?
14                  MR. ZELLER:  (Shakes head).
15   Q    (By Mr. Quinn)  At any time, Mr. Bryant, did you represent    09:42
16        to MGA that you owned the rights to Bratz to your
17        knowledge?
18                  MR. WICKHAM:  I'll object on the grounds
19        that it -- that it calls for a legal conclusion in that
20        it's ambiguous as phrased.                                    09:43
21   Q    (By Mr. Quinn)  Whenever he does that, it's for the
22        record.  You still get to answer.
23   A    Yes.  I understand.  I'm not sure I understand your
24        question, though.
25   Q    Okay.  Did you ever tell MGA that you -- that you own the     09:43
```

EXHIBIT 1

PAGE 20

CONFIDENTIAL                                                    22

1      rights to Bratz?                                              09:4:

2   A  Well, I'm not sure that I used those exact words.  I told

3      MGA that that -- that Bratz were my creation.

4   Q  And did you tell that to them in writing?

5   A  I don't -- I don't recall.                                    09:4:

6   Q  Did you ever enter into an agreement with MGA which

7      provided in your understanding that you are promising to

8      MGA that you own the rights to Bratz?

9                    MR. WICKHAM:  Object to the extent that it

10     calls for a legal conclusion.                                 09:43

11  A  Yes, I did.

12  Q  (By Mr. Quinn)  And when did you do that?

13  A  That was in October of 2000.

14  Q  And did you -- do you understand that if that turned out

15     not to be true, that you might have some liability to        09:44

16     MGA?

17                   MR. WICKHAM:  Objection, attorney-client

18     privilege.  Instruct the witness not to respond.

19  Q  (By Mr. Quinn)  Do you have any understanding -- I'm

20     focusing my question now on your agreement with MGA.  Do     09:44

21     you understand?

22  A  Yes.

23  Q  Is it your understanding that under your agreement that if

24     it turned out that you did not, in fact, own the rights to

25     Bratz as you represented, that you would have some           09:44

EXHIBIT _____
PAGE _____ 2 / _____

CONFIDENTIAL                                23

| | | |
|---|---|---|
| 1 | | potential liability to MGA? | 09:44 |

1       potential liability to MGA?                          09:44

2               MR. WICKHAM:   Calls for a legal conclusion.

3    A   I don't know.  I don't know if that's the case.

4    Q   (By Mr. Quinn)  Did that ever occur to you?

5    A   No, I don't think it ever did occur to me.          09:44

6    Q   And to this day it's never occurred to you that you might

7        have some liability to MGA under that agreement; is that

8        true?

9               MR. WICKHAM:   Objection, overbroad,

10       potentially invades the attorney-client privilege.  To the   09:45

11       extent that his question calls for any information that

12       you received from counsel, I instruct you not to respond.

13       To the extent that you have any understanding other than

14       obtained from your attorneys, you can respond.

15   A   Can you restate your question?                       09:45

16   Q   (By Mr. Quinn)  Sure.  The question was about whether it

17       ever occurred to you that you might have some liability to

18       MGA if it turned out that you didn't own the rights to

19       Bratz.  Do you understand that much?

20   A   Yes.                                                 09:45

21   Q   And I had asked you before whether that ever occurred to

22       you and you said no, and I -- then I said to this day is

23       it true that that never occurred to you, and your counsel

24       said, well, in answering just leave out anything your

25       lawyers have told you.                               09:45

EXHIBIT ____1____

PAGE ____22____

CONFIDENTIAL                                    24

```
 1   A   Well -- I'm sorry.  No, it hadn't occurred to me          09:4!
 2       because --
 3                    MR. WICKHAM:  You've answered.
 4                    MR. QUINN:  Let him -- no.  Let him finish.
 5       You really should not raise your hand like that and cut a   09:46
 6       witness off when he's answering the question.
 7                    MR. WICKHAM:  Counsel, when the witness has
 8       answered the question, he's answered the question.
 9   Q   (By Mr. Quinn)  You may finish your answer, please.
10   A   I -- in my mind I own the rights -- I owned the rights to   09:46
11       the Bratz and felt perfectly comfortable assigning them to
12       MGA.
13   Q   And is it true that to this day it's never occurred to you
14       that you might have some liability to MGA if it turned out
15       that you didn't own the rights?  Is that true?            09:46
16                    MR. WICKHAM:  Objection, asked and answered,
17       harassing, burdensome.  It's about the fourth or fifth
18       time that you've asked that question.  At this point in
19       time I'll instruct the witness not to respond.
20                    MR. QUINN:  Well, he hasn't answered the       09:46
21       question, so it's going to be hard to complete this
22       deposition with all the instructions not to answer we're
23       racking up.  Do you have something to write me notes
24       with?
25                    MR. ZELLER:  Yes.                             09:47
```

EXHIBIT ___1___

PAGE ___23___

CONFIDENTIAL                                              25

1           MR. QUINN:  Feel free to do that.                    09:4

2           MR. ZELLER:  Okay.

3    Q   (By Mr. Quinn)  In your understanding of the agreement

4        that you had with Mattel while you were working at Mattel,

5        would it be acceptable for you to do work for a Mattel      09:47

6        competitor while you were employed by Mattel?

7               MR. WICKHAM:  Objection, lacks foundation,

8        calls for a legal conclusion.

9    A   I wasn't particularly sure of what the terms of the

10       agreement were.                                          09:47

11   Q   (By Mr. Quinn)  So, I mean, that may be the answer, that

12       you don't know one way or another.  I'm just trying to

13       find out what your understanding was.  So my question to

14       you, sir, is, in your understanding of your agreement with

15       Mattel that you had while you worked at Mattel, was it    09:47

16       acceptable for you to work for a competitor while you were

17       employed by Mattel?

18              MR. WICKHAM:  Counsel, your continued

19       reference to an agreement is the subject of the

20       witness's -- of Mr. Bryant's cross-complaint where he is  09:48

21       making a number of different claims challenging the

22       document that purports to be an agreement, Number 1, and,

23       Number 2, that there were a number of different pieces of

24       paper over the course of his --

25              MR. QUINN:  Is this an objection or is this        09:48

EXHIBIT ____1____

PAGE ____24____

CONFIDENTIAL                                                    44

```
 1        you showed it to anyone else on earth?                        10:1
 2   A    Yes.  I had shown it to my mother.  I had shown it to my
 3        partner, Richard.  My mother informs me that she had shown
 4        the drawings to my father, and I showed it to Veronica,
 5        Veronica Marlow.                                              10:1
 6   Q    What is Richard's last name?
 7   A    Irmen, I-R-M-E-N.
 8   Q    And where does he reside?
 9   A    He resides here in Springfield.
10   Q    Could you give us his address, please.                       10:14
11   A    1303 South Farm Road 115.
12   Q    Is that your residence as well?
13   A    Yes.
14   Q    And when was it that you showed this to Mr. Irmen?
15   A    It was when I was returning to California from Missouri.      10:14
16        I believe it was New Year's Eve when I was unpacking my
17        things.
18   Q    New Year's Eve in what year?
19   A    1998.
20   Q    So you were unpacking in California?                         10:14
21   A    Yes.
22   Q    And you showed it to him on December 31st, 1998?
23   A    Yes.  He was living in California at the time.
24   Q    So, as I understand it, in 1998 for some period of time
25        you had come back here to live; is that true?               10:15
```

EXHIBIT 1

PAGE 24.001

CONFIDENTIAL                                    45

```
 1    A    Yes.                                                    10:1
 2    Q    "Here" meaning Springfield, Missouri?
 3    A    Yes.  Springfield area, yes.
 4    Q    And Mr. Irmen had remained in California during that
 5         period?                                                 10:1
 6    A    Yes.
 7    Q    When was it that you showed the Bratz concept to your
 8         mother?
 9    A    It was sometime in August, late August 1998.
10    Q    And how is it that you remember that particular month?  10:1
11    A    That's when I created them.
12    Q    And it's your recollection that you showed them to her at
13         the time that you created them?
14    A    Yes.
15    Q    And were you living with your mother at the time?       10:15
16    A    Yes.
17    Q    And does your father reside there as well?
18    A    Yes.
19    Q    And what address was that?
20    A    That was 1-A Sycamore Drive, Kimberling City.           10:16
21    Q    Missouri?
22    A    Missouri.
23    Q    Does your mother still reside at that address?
24    A    No.
25    Q    Where does your mother reside now?                      10:16
```

EXHIBIT  1

PAGE 24.002

CONFIDENTIAL                                              52

```
1        when you showed them to her again?                        10:3

2                MR. WICKHAM:  Objection, vague as to time,

3        overbroad.

4   A    Can you restate your question?

5   Q    (By Mr. Quinn)  Yeah.  I'm trying to -- I understand that  10:35

6        you can't recall when --

7   A    Yes.

8   Q    -- in 1999 the other occasions.  What my question is, even

9        though you can't recall when, can you recall what the

10       context was when you happened to be showing them to her     10:35

11       again, like she might have asked you, gee, Carter, I would

12       really love to see those things again, or you might have

13       said, oh, would you like to see it again or -- you know,

14       what's the context?  How did it happen?

15               MR. WICKHAM:  Objection, asked and answered.        10:36

16  A    I don't recall.  I don't recall.

17  Q    (By Mr. Quinn)  You just don't have any information that

18       you can remember about what the circumstances were when

19       Elise saw these drawings again; is that true?

20  A    Yes, that's true.                                          10:36

21  Q    The first time that you showed them to Elise where were

22       you physically?  Your home, at Mattel, Starbucks?

23  A    We were --

24               MR. WICKHAM:  Compound.

25  A    We were at home.                                           10:36
```

EXHIBIT __1__

PAGE __25__

CONFIDENTIAL                                    53

1    Q    (By Mr. Quinn)  And this is just something -- in terms of       10:3

2         your purpose, this is just something you wanted to share

3         with her as a -- as your friend?

4    A    Yes.

5    Q    Who is Ramone Prince?                                          10:3

6    A    Ramona Prince?

7    Q    Ramona Prince.

8    A    She was a friend, a coworker from Mattel.

9    Q    By the way, during the last break did you speak with Ms.

10        Cendali?                                                        10:3

11                  MR. WICKHAM:  Objection, attorney-client

12        privilege, joint defense privilege.  Instruct the witness

13        not to respond.

14   Q    (By Mr. Quinn)  What was Ramona's position?

15   A    She was -- I believe she was an assistant to the secretary     10:37

16        of the VP in Barbie collectibles.

17   Q    She's an assistant to a secretary?

18   A    I think -- I think so, yes.

19   Q    Assistant to an assistant?

20   A    Yes.                                                            10:37

21   Q    And what was your purpose in sharing the Bratz materials

22        to her?

23   A    I wanted to get them notarized.

24   Q    And why did you want to get them notarized?

25   A    Well, I had started thinking that I might want to send         10:38

EXHIBIT ___(___

PAGE ___2 6___

CONFIDENTIAL                                           54

```
 1      this out to somebody who might be able to help me do         10:3
 2      something with it, to pitch it or something.  I felt like
 3      I needed some kind of protection.  I didn't really know
 4      anything about copyright or anything like that.  I figured
 5      if I had them notarized, at least that they would show      10:38
 6      that they were created, you know, as of that date.
 7   Q  Had somebody suggested to you that you get them notarized?
 8   A  No.
 9   Q  This was your idea?
10   A  Yes.                                                         10:38
11   Q  And did Ramona notarize them?
12   A  Yes.
13   Q  And did you show her the same 13 drawings that you had
14      shown Elise?
15   A  Yes.                                                         10:38
16   Q  And did she notarize them all?
17   A  Yes.
18   Q  Do you recall -- did she just see them on the one
19      occasion?
20              MR. WICKHAM:  You're referring to Ms.                10:39
21      Prince?
22              MR. QUINN:  Yes.
23   A  Yes.
24   Q  (By Mr. Quinn)  And do you recall anything she said in
25      reaction to the drawings?                                    10:39
```

EXHIBIT ___1___

PAGE ___27___

CONFIDENTIAL                                    55

```
 1    A   Nothing terribly specific other than the fact that she     10:3
 2        liked them.  She thought they were very original.
 3    Q   Have you spoken with Ramona Prince since then?
 4    A   I spoke to her after that, you know, at work and things
 5        like that, and she subsequently left the company and I     10:3
 6        haven't spoken to her since then.
 7    Q   Did she leave at the time -- did she leave before you left
 8        Mattel?
 9                  MR. WICKHAM:  Objection, lacks foundation,
10        calls for speculation.                                     10:39
11    A   I don't know.  I don't remember.
12    Q   (By Mr. Quinn)  You just don't know whether she was still
13        working there on your last day?
14    A   I don't remember.
15    Q   And what was your last day of employment at Mattel?       10:40
16                  MR. WICKHAM:  Objection, calls for a legal
17        conclusion.
18    A   The last day I was actually at Mattel was October 19th.
19    Q   (By Mr. Quinn)  And was that the last day of your
20        employment?                                                10:40
21    A   Yes.
22    Q   What did you -- when you got these drawings notarized by
23        Ms. Prince, do you recall what you said to her?
24    A   I recall that I told her that these were drawings that I
25        had done while I was in Missouri and that I was thinking   10:40
```

EXHIBIT 1

PAGE 28

| | | |
|---|---|---|
| 1 | | sculpting? | 10:59 |

1   sculpting?

2 A  Yes.  She would be sculpting an element for the project.

3 Q  And do you recall what element that was?

4 A  We were going to have her sculpt a deer.

5 Q  Anything else?                                    10:59

6 A  No.

7 Q  Did she continue to remain employed by Mattel at the time

8    that you left?

9            MR. WICKHAM:  Objection, lacks foundation,

10   calls for speculation.                            10:59

11 A  To the best of my recollection she left before I did.

12 Q  (By Mr. Quinn)  And do you recall when it was roughly that

13   she left?

14 A  I believe it was in August or September.

15 Q  And do you know what she went to do after she left Mattel?  11:00

16           MR. WICKHAM:  Objection, lacks foundation.

17 A  All I knew was what she told me was that she was going to

18   be a stay-at-home mom.

19 Q  (By Mr. Quinn)  Do you know whether she did any work in

20   the toy field after she left Mattel?              11:00

21 A  Yes.

22 Q  And what do you know in that regard?

23 A  I know that she did sculptings for toys.

24 Q  Do you know any particular toys that she did sculptings

25   for?                                              11:00

EXHIBIT 1
PAGE 29

CONFIDENTIAL                                        71

1   A   I believe she worked on some Disney projects and she also      11:00
2       sculpted the Bratz doll.
3   Q   And was there a particular component of the Bratz doll
4       that she sculpted?
5   A   She sculpted it entirely.                                      11:01
6   Q   The head and the body?
7   A   Yes.
8   Q   How did you learn that, that she sculpted the head and the
9       body of the Bratz doll?
10  A   I had asked her if she would be interested in working on       11:01
11      the project.
12  Q   And when was it that you asked her that?
13  A   I believe it was in September.
14  Q   Is it true that at the time you started work at MGA she
15      had already sculpted the head for the Bratz doll?             11:01
16              MR. WICKHAM:  Objection, lacks foundation.
17              MS. CENDALI:  Objection, mischaracterizes
18      his testimony, assumes facts not in evidence.
19  Q   (By Mr. Quinn)  Is that true?
20  A   I'm sorry.  Can you restate the question?                     11:02
21  Q   You started work at MGA at some point?
22              MR. WICKHAM:  Objection, lacks foundation.
23  A   I was not an MGA -- MGA employee.  I was just doing work
24      for them.
25  Q   (By Mr. Quinn)  All right.  At the time that you              11:02

EXHIBIT ___1___
PAGE ___30___

CONFIDENTIAL                                                    72

| | | |
|---|---|---|
| 1 | | started -- I mean, after your Mattel employment ended -- | 11:02 |
| 2 | A | Uh-huh. |
| 3 | Q | Right? |
| 4 | A | Uh-huh. |
| 5 | Q | You're doing work for MGA? | 11:02 |
| 6 | A | Uh-huh. |
| 7 | Q | Have to ask you if that's yes. |
| 8 | A | Yes.  Sorry. |
| 9 | Q | At that time when you started doing that had she already |
| 10 | | sculpted the head for the Bratz doll? | 11:02 |
| 11 | | MS. CENDALI:  Objection. |
| 12 | A | She had done some very preliminary work on the sculpting |
| 13 | | of the head. |
| 14 | Q | (By Mr. Quinn)  How long does it take to sculpt a head for |
| 15 | | a doll in your experience? | 11:02 |
| 16 | | MR. WICKHAM:  Objection, lacks foundation, |
| 17 | | calls for speculation. |
| 18 | A | I would have no idea.  I'm not a sculptor. |
| 19 | Q | (By Mr. Quinn)  You can't -- can you give us a range |
| 20 | | about, oh, it takes at least this amount of time but it | 11:02 |
| 21 | | ordinarily ought to be completed within this other amount |
| 22 | | of time?  Can you give us -- |
| 23 | | MS. CENDALI:  Objection, foundation. |
| 24 | | MR. QUINN:  Folks, let me finish the |
| 25 | | question.  Sorry. | 11:03 |

EXHIBIT _____
PAGE ____ 31 ____

CONFIDENTIAL                                            73

| | | |
|---|---|---|
| 1 | Q | (By Mr. Quinn)  Can you give us any kind of range as to |
| 2 | | how much time it takes to sculpt a head? |
| 3 | | MR. WICKHAM:  Objection, lacks foundation, |
| 4 | | call for speculation. |
| 5 | A | As I said before, I'm not a sculptor. . I wouldn't have the |
| 6 | | first clue of how long it takes to sculpt anything. |
| 7 | Q | (By Mr. Quinn)  So the answer to my question is you cannot |
| 8 | | give us a range; is that true? |
| 9 | A | That's true. |
| 10 | Q | And you called her and asked her if she would like to work |
| 11 | | at this in September on the Bratz doll? |
| 12 | A | Yes. |
| 13 | Q | What made you think of calling her? |
| 14 | A | I knew that she had left and was an independent |
| 15 | | contractor. |
| 16 | Q | Uh-huh. |
| 17 | A | And she was really the only person that I knew who was an |
| 18 | | independent sculptor. |
| 19 | Q | Where were you when you called her? |
| 20 | | MR. WICKHAM:  Objection, lacks foundation, |
| 21 | | calls for speculation. |
| 22 | A | I don't remember. |
| 23 | Q | (By Mr. Quinn)  Did you call her during the day? |
| 24 | A | I don't recall. |
| 25 | Q | You might have called her during the day, you might not |

11:03
11:03
11:03
11:03
11:04
11:04

EXHIBIT    1
PAGE        32

CONFIDENTIAL                                                    74

```
 1        have called her during the day, you just don't recall?       11:04
 2   A    Right.
 3   Q    Was it -- did you call her on a -- did you call her on a
 4        weekday or on a weekend?
 5                MR. WICKHAM:  Objection, lacks foundation,            11:04
 6        calls for speculation.
 7   A    Again, I don't -- I don't recall.
 8   Q    (By Mr. Quinn)  You might have called her in the middle of
 9        the business day or you might not, you just don't recall;
10        is that true?                                                 11:04
11   A    That's true.
12   Q    Now, is it true that before you -- your last day of
13        employment at Mattel Margaret Leahy had shown you a sculpt
14        for the head of the Bratz doll?
15                MR. WICKHAM:  Objection, ambiguous.                   11:04
16                MS. CENDALI:  Objection, assumes facts not
17        in evidence.
18                MR. QUINN:  Now, ma'am, you said you wanted
19        to be here to protect trade secrets and that was the basis
20        for your being here.  So far I haven't heard anything         11:05
21        about trade secrets.  I hear garden variety deposition
22        objections and, you know, you're not a party -- MGA is not
23        a party to this case and I'd request that you limit any of
24        your comments to what was stated to be the reason you were
25        going to be here --                                          11:05
```

EXHIBIT  1

PAGE  33

CONFIDENTIAL                                     75

1            MS. CENDALI:  MGA's --                        11:05
2            MR. QUINN:  -- trade secrets.
3            MS. CENDALI:  MGA's trade secrets include
4    the creation of the Bratz doll, which is its property.
5            MR. QUINN:  Okay.  But I don't think we        11:05
6    should be hearing garden variety objections to the form of
7    the question and things like that, so I would ask you,
8    please, not to make those kinds of comments.
9            MS. CENDALI:  And I will do what's necessary
10   to protect MGA's trade secrets.  Your question           11:05
11   mischaracterizes his testimony and mischaracterizes the
12   nature of MGA's trade secrets at that time.
13           MR. QUINN:  We're just going to have to
14   disinvite you from future sessions.
15   Q  (By Mr. Quinn)  So did she show you a sculpt before your  11:05
16      last day of employment at Mattel?
17           MS. CENDALI:  Objection, assumes facts not
18   in evidence, lack of foundation.
19   A  She showed me --
20   Q  (By Mr. Quinn)  She really doesn't want you to answer this  11:06
21      question, but go ahead.
22   A  She showed me something very preliminary.
23   Q  What was it?  A sculpt?
24   A  It was a clay -- it was a clay model, yes.
25   Q  All right.  Of what?                                 11:06

EXHIBIT    1
PAGE    34

CONFIDENTIAL                                          76

| | | | |
|---|---|---|---|
| 1 | A | It was a model based on my 1998 drawings. | 11:06 |
| 2 | Q | A model of the Bratz doll? | |
| 3 | A | A very preliminary model, yes. | |
| 4 | Q | Was it just the head or the entire body? | |
| 5 | A | I don't recall. | 11:06 |
| 6 | Q | Can you tell me -- can you narrow down at all the date | |
| 7 | | when she showed this to you? | |
| 8 | A | I honestly can't remember. | |
| 9 | Q | Physically where was it that she showed this to you? | |
| 10 | A | She showed it to me at her home. | 11:06 |
| 11 | Q | When you say in the answer you just said it was based on | |
| 12 | | your 1998 drawings -- | |
| 13 | A | Yes. | |
| 14 | Q | -- is that the 13 drawings that you've been referring to? | |
| 15 | A | Yes. | 11:07 |
| 16 | Q | And she showed this to you before your last day of | |
| 17 | | employment at Mattel? | |
| 18 | A | Yes. | |
| 19 | Q | Can you recall how long before your last day of employment | |
| 20 | | it was that she showed this to you? | 11:07 |
| 21 | A | I don't recall. | |
| 22 | Q | When she showed this to you, did you understand that this | |
| 23 | | was something she was doing as an MGA project? | |
| 24 | | MR. WICKHAM:  Objection, calls for | |
| 25 | | speculation. | 11:07 |

EXHIBIT ____1____

PAGE ____35____

CONFIDENTIAL                                          77

```
 1    A    I thought that I had made that clear to her.              11:07

 2    Q    (By Mr. Quinn)  So the answer is, yes, you knew it was for

 3         an MGA project?

 4    A    I thought that that -- I thought that that was her

 5         understanding.                                            11:07

 6    Q    And it was your understanding as well?

 7    A    Yes.

 8    Q    Did you tell anybody at Mattel that you had engaged

 9         Margaret Leahy to do a sculpt for this Bratz doll?

10              MR. WICKHAM:  Objection, lacks foundation,           11:08

11         assumes facts not in evidence.

12    Q    (By Mr. Quinn)  Your turn.

13    A    No.

14    Q    Did it occur to you that maybe you ought to tell your

15         employer that you were doing this?                        11:08

16              MR. WICKHAM:  Objection, lacks foundation,

17         ambiguous.

18    A    No.

19    Q    (By Mr. Quinn)  Did you understand that if -- that the

20         Bratz doll, if it were brought to market, would compete   11:08

21         with Mattel products?

22              MS. CENDALI:  Objection, vague and

23         ambiguous.

24    A    Can you be more specific as to what kind of products?

25    Q    (By Mr. Quinn)  Any Mattel products.  Was it your         11:08
```

EXHIBIT \_\_\_1_____

PAGE \_\_\_36_____

CONFIDENTIAL                              106

1    than 13.  What was the second part of your question?  I'm      11:57

2    sorry.

3  Q  (By Mr. Quinn)  I was trying to find out whether there --

4    I had understood you to say that there was a set of 13

5    drawings.  Did you refer to 13 drawings at one point this      11:58

6    morning?

7  A  I think I did.

8  Q  Are you telling me now that that number is not accurate?

9    That's just an estimate or --

10             MR. WICKHAM:  He referred showing 13                 11:58

11   drawings and having 13 drawings presented to Ms. Prince.

12             MR. QUINN:  Well, I don't think that's what

13   he said, but let's let the witness answer.

14  A  I think that that was just an estimate of how many

15   drawings.                                                      11:58

16  Q  (By Mr. Quinn)  So there were some number of drawings that

17   you created in the spring of 19 -- I'm sorry.  There are

18   some number of drawings that you created in 1998?

19  A  Yes.

20  Q  And you just don't know how many there are, there were in    11:58

21   that that you created in 1998?

22  A  No.  There were -- there were quite a few.

23  Q  All right.  You just don't know how many?

24  A  I don't know how many.

25  Q  Do you still have copies of all of those?                    11:58

EXHIBIT ____1____

PAGE ____37____

CONFIDENTIAL                                                     107

| 1  | A | I have copies of some of them, yes. | 11:58 |

```
 1   A   I have copies of some of them, yes.                    11:58

 2   Q   But not all of them?

 3   A   I don't know if I have all of them.

 4   Q   But to get back to the question I was asking you, you did

 5       leave some of the drawings with Victoria at this first    11:59

 6       meeting that you had with MGA at the end of August 2000;

 7       is that true?

 8   A   Yes.

 9   Q   And then the second meeting was the meeting with six

10       people, including Mr. Larian and his daughter?            11:59

11   A   Yes.

12   Q   And did they have there present those drawings that you

13       had left?

14   A   I don't recall.  I recall that I brought my portfolio back

15       in.                                                       11:59

16   Q   So at least there were the drawings that you brought with

17       you --

18   A   Yes.

19   Q   -- on that occasion?  If I can go back to the Margaret

20       Leahy, do you know when Margaret Leahy actually started on 11:59

21       the Bratz sculpt?

22                  MR. WICKHAM:  Objection, foundation.

23   A   I don't recall exactly.

24   Q   (By Mr. Quinn)  Do you recall generally when she started

25       on it?                                                    12:00
```

EXHIBIT ____1____

PAGE ___38___

CONFIDENTIAL                                      108

 1   A   I think it may have been sometime in September.                    12:00
 2   Q   Do you recall you gave her -- did you -- are you the one
 3       who gave her the assignment regarding the sculpt?
 4               MR. WICKHAM:  Objection, foundation.
 5               MS. CENDALI:  Mischaracterizes his                          12:00
 6       testimony.
 7   A   Not so much as I was the person who kind of said we have,
 8       you know, this new project I'm hoping to maybe do with
 9       MGA, and my role was more to give art direction than to
10       give her the assignment.  That was MGA's role.                      12:00
11   Q   (By Mr. Quinn)  Did you give her -- you gave her art
12       direction?
13   A   Yes.
14   Q   And what did you -- what do you mean by "art direction"?
15   A   I just -- I simply gave her a drawing, one of my 1998            12:00
16       drawings, and she based her work on that.
17   Q   When you gave her the drawing did you also give her some
18       oral instructions?  Did you talk to her about the look?
19               MS. CENDALI:  Objection, vague.
20   A   I don't remember exactly what was said.                            12:01
21   Q   (By Mr. Quinn)  Well, even though you don't remember
22       exactly what was said, do you recall that you gave her
23       some oral instructions or direction -- art direction?
24               MR. WICKHAM:  Objection, foundation, calls
25       for speculation.                                                    12:01

EXHIBIT ___1___
PAGE ___39___

CONFIDENTIAL                                                    109

```
 1   A   Yeah.  I don't remember,                              12:01

 2   Q   (By Mr. Quinn)  You might have, you might not have, you

 3       just don't recall?

 4   A   Right.

 5   Q   Do you think it's likely that you just gave her the   12:01

 6       drawings and said nothing further?

 7               MR. WICKHAM:  Objection, speculation,

 8       foundation.

 9   A   I really don't remember if I said anything to her other

10       than that this is the drawing, this is kind of what I want  12:01

11       it to look like.

12   Q   (By Mr. Quinn)  All right.  When you gave her feedback

13       when she showed you the preliminary sculpt --

14   A   Yes.

15   Q   -- did you -- can you recall anything at all that you  12:02

16       said?

17   A   Well, I think that I -- I think I told her that I thought

18       it was pretty good.  I think I was being a little bit

19       generous, maybe, with my comments that ultimately was not

20       so good.  Ultimately we basically had to start over, so I  12:02

21       think I was just kind of trying to be nice, trying to be

22       generous and give her some -- make her at least feel good.

23   Q   Can you recall anything at all that you said?

24               MS. CENDALI:  Objection, asked and answered.

25   A   I don't recall.                                       12:03
```

EXHIBIT ___1___

PAGE ___40___

CONFIDENTIAL                                    110

1    Q    (By Mr. Quinn)  So you don't recall anything at all that          12:03

2         you said; is that true?

3    A    I don't recall my comments, no.

4    Q    Any of them?

5    A    No.                                                                12:03

6    Q    My statement is correct?  You don't recall any of them?  I

7         don't want to get caught in a double negative, which can

8         happen.

9              MR. WICKHAM:  Asked and answered about two

10        or three times.                                                    12:03

11   A    Statements -- yes, your statement is true.

12   Q    (By Mr. Quinn)  Thank you.  Did Victoria, when she asked

13        you about your agreement with Mattel, did she tell you why

14        she wanted to see it?

15   A    I believe that she told me that she wanted to have MGA's           12:04

16        attorneys take a look at it to see if there would be any

17        potential problems.

18   Q    Do you recall anything else that she said on that subject?

19   A    Not right offhand, no.

20   Q    Do you recall -- I mean, you've told me that -- you said          12:04

21        you didn't have a copy of it.  That's what you told her?

22   A    Right.

23   Q    Did you have any discussion with her about what the terms

24        were of your agreement with Mattel?

25             MR. WICKHAM:  Objection, asked and answered.                  12:04

EXHIBIT  1

PAGE  41

CONFIDENTIAL                                    111

```
 1              MS. CENDALI:  Objection, vague.  Which      12:04
 2      agreement?
 3   A  I'm sorry.  Which agreement are you referring to?
 4   Q  (By Mr. Quinn)  Any agreement.  Was there any discussion
 5      that you had with her about the terms of any of your     12:04
 6      agreements with Mattel?
 7   A  I don't remember.
 8   Q  One way or the other?
 9   A  No.
10   Q  Did you give her any reassurance that this would -- the  12:05
11      activities that you were doing would not be a problem
12      under any agreement that you had with Mattel?  Did you say
13      that to her?
14   A  I don't remember if I said that to her but that was my
15      thought.  I thought that, you know, this was a project    12:05
16      that I had created while I was not employed with Mattel,
17      so I didn't think there would be a problem.
18   Q  And is that -- did you tell that to Victoria?
19   A  I may have.  I don't remember exactly.
20                 (Pause in proceedings.)                        12:05
21   Q  (By Mr. Quinn)  Did you know a -- do you know a woman by
22      the name of Anna Rhee?
23   A  Yes.
24   Q  Who is she?
25   A  She was a face painter.  She was a friend of mine.        12:06
```

EXHIBIT ___1___

PAGE ___42___

CONFIDENTIAL                                        117

```
 1    A    Yes.  We worked on one project together.            12:12

 2    Q    And what were her job duties when she was at Mattel?

 3              MR. WICKHAM:  Objection, foundation.

 4    A    I think that she was a -- she was a designer in the

 5         accessories group, so I don't know exactly what her job   12:12

 6         duties were.  That wasn't my department.

 7    Q    (By Mr. Quinn)  So what does a designer in the accessories

 8         group do?

 9              MR. WICKHAM:  Objection, foundation, calls

10         for speculation.                                    12:13

11    A    Mainly they would work on the projects that were things

12         like the Barbie houses or the cars or things of that sort

13         or, you know, horses, things like that.

14    Q    (By Mr. Quinn)  What was the project that the two of you

15         worked together on?                                 12:13

16    A    It was the pink Barbie project that I mentioned earlier.

17    Q    And what was her contribution to that project?

18    A    She created a -- the doll consisted of the doll and then

19         the doll would stand on a heart-shaped powder box, and she

20         created the powder puff that would go inside.  She also   12:13

21         created some little -- I think she created some little

22         purses that went with it.

23    Q    Did she get -- did she do some work on the Bratz project?

24    A    What do you mean specifically?

25    Q    Any work at all.                                    12:14
```

EXHIBIT ___1___

PAGE ___Y3___

CONFIDENTIAL                                        118

| | | | |
|---|---|---|---|
| 1 | A | Yes. | 12:14 |
| 2 | Q | And what did she do? | |
| 3 | A | She helped create the fashions. | |
| 4 | Q | "Fashions" means clothes? | |
| 5 | A | The clothes, yes. | 12:14 |
| 6 | Q | And was she an independent contractor when she did that or | |
| 7 | | an MGA employee? | |
| 8 | A | She was an independent contractor. | |
| 9 | Q | Did she do any of that work before the last day of your | |
| 10 | | employment at Mattel? | 12:14 |
| 11 | A | I believe she did some very preliminary work based on my | |
| 12 | | 1998 drawings.  We ultimately ended up not using any of | |
| 13 | | those fashions. | |
| 14 | Q | And how did she get the assignment to start doing this | |
| 15 | | preliminary work on the designs for the clothes? | 12:15 |
| 16 | | MS. CENDALI:  Objection to form. | |
| 17 | A | I believe MGA had asked her to start working on the | |
| 18 | | fashions. | |
| 19 | Q | (By Mr. Quinn)  Did you -- prior to your last day of | |
| 20 | | employment at Mattel did you see any of the designs she | 12:15 |
| 21 | | had come up with? | |
| 22 | A | I don't recall. | |
| 23 | Q | One way or the other? | |
| 24 | A | No. | |
| 25 | Q | You might have seen them, might not have seen them, you | 12:15 |

EXHIBIT ___1___

PAGE ___44___

CONFIDENTIAL                                    119

```
1       just don't recall?                                12:15
2   A   I don't recall.
3   Q   Do you recall at some point that you did see some
4       preliminary fashion designs she had done for Bratz?
5   A   Yes.                                              12:15
6   Q   And did you give some feedback on that?
7   A   Yes.
8   Q   Do you know a Jesse Ramirez?
9   A   Jesse Ramirez.  I know the name.
10  Q   Do you know what context you know the name from?   12:16
11  A   I believe Margaret used him as a mold maker, some sort of
12      a model maker.
13  Q   A mold -- can you tell me what a mold maker does as it
14      relates -- I assume it relates to dolls.
15  A   I couldn't tell you specifically what he does because I've  12:16
16      never had any personal contact with him.  I don't know
17      what -- what he does.
18  Q   You've never met him?
19  A   I've never met him.
20  Q   But it's your understanding that he worked with Margaret   12:16
21      relating to some molds or something like that?
22  A   I believe he made some fastcasts for Margaret at some
23      point.
24  Q   What are fastcasts?
25  A   They are hard casts of a sculpture that are made from      12:17
```

EXHIBIT 1
PAGE 45

CONFIDENTIAL                                          132

```
 1                  MR. WICKHAM:  Objection, ambiguous, lacks       12:34
 2        foundation, calls for speculation.
 3    A   I don't remember telling anybody that, no.
 4    Q   (By Mr. Quinn)  Before -- before your conversations with
 5        Margaret Leahy about working on the Bratz sculpt had you   12:34
 6        ever heard of Jesse Ramirez?
 7    A   No.
 8    Q   Do you have any understanding as --
 9                  (Pause in proceedings.)
10    Q   (By Mr. Quinn)  Do you have any understanding as to how   12:34
11        MGA came to ask Veronica Marlow to work on the Bratz doll?
12    A   No, I don't.
13    Q   Okay.  Before -- before you reached your agreement with
14        MGA is it true that you never told anyone that Bratz would
15        be shown at the New York Toy Fair?                        12:35
16                  MR. WICKHAM:  Objection, foundation, calls
17        for speculation.
18    A   To the best of my recollection that's true.
19    Q   (By Mr. Quinn)  Are you familiar with a company called
20        Universal, which I think is the Far East somewhere?       12:35
21    A   Yes.
22    Q   And what do they do to your knowledge?
23    A   They -- well, I don't know the full range of what they do,
24        but I know that they do make doll hair.
25    Q   How did you first become acquainted with that company?    12:36
```

EXHIBIT ___(___
PAGE _____ 96

CONFIDENTIAL                                                              133

```
 1    A    They supplied the hair to Mattel or some of the hair that      12:36
 2         we used on Mattel dolls.
 3    Q    So is it true that you became aware of the existence of
 4         that company and what they did in connection with your
 5         Mattel employment?                                             12:36
 6                    MR. WICKHAM:  Objection, overbroad,
 7         misstates the witness's testimony.
 8    A    I'm sorry.  Can you restate that question?
 9    Q    (By Mr. Quinn)  Is it true that you learned about the
10         existence of this company Universal in connection with        12:36
11         your Mattel employment?
12                    MS. CENDALI:  Objection, mischaracterizes
13         his testimony.
14    A    That's how I came to understand that that's what they did,
15         yes.                                                           12:36
16    Q    (By Mr. Quinn)  And that's how you learned they were a
17         supplier of doll hair?
18    A    Yes.
19    Q    Did they work -- do any work on the Bratz doll or provide
20         any hair or anything else?                                    12:37
21    A    Yes, they did.
22    Q    And what exactly was their involvement with the Bratz
23         project?
24    A    They supplied hair.
25    Q    And who engaged them to do that?                              12:37
```

EXHIBIT ___1___

PAGE ___47___

CONFIDENTIAL                                              134

```
 1    A     I first initially contacted them about working on the    12:37
 2          project.
 3    Q     Did you tell them that you had a project that was going to
 4          require a large quantity of hair?
 5    A     I don't remember what I told them exactly.               12:37
 6    Q     You might have said that, you might not have said that,
 7          you just don't recall one way or the other; is that true?
 8    A     That's true.
 9    Q     And did you have your first contact with Universal about
10          providing hair for the Bratz project while you were still  12:37
11          employed by Mattel?
12    A     I believe I did, yes.
13    Q     And to the best of your recollection when did you have
14          your first contact with Universal with respect to the
15          Bratz project?                                           12:38
16    A     I believe it was sometime in late September.
17    Q     How is it that you remember that?
18                MS. CENDALI:  Objection.
19    A     I just remember.
20    Q     (By Mr. Quinn)  Okay.  What was your first contact with   12:38
21          Universal on the subject of the Bratz project?
22    A     What exactly do you mean?
23    Q     I just want to know what the first contact was.  You
24          called them, you wrote them, you, you know, faxed them,
25          sent them an E-mail.                                     12:38
```

EXHIBIT  1

PAGE       44

CONFIDENTIAL                                          135

```
 1              MR. WICKHAM:  Objection, foundation.          12:38
 2    A   I believe I called them.
 3    Q   (By Mr. Quinn)  And what was your purpose in calling them
 4        when you had your first contact with them?
 5    A   I wanted to know if they would be able to send samples of  12:38
 6        the doll hair.
 7    Q   Do you recall who you spoke to?
 8    A   I don't recall the person's name.
 9    Q   Is it somebody you had spoken to before?
10    A   No.                                                 12:39
11    Q   How did you get the phone number to call?
12    A   I don't recall exactly.  I don't recall exactly how I got
13        it.
14    Q   Do you have any idea?
15              MS. CENDALI:  Objection, calls for             12:39
16        speculation.
17    A   Yeah.  I just don't remember exactly how I got that phone
18        number.
19    Q   (By Mr. Quinn)  Did you ask anyone at Mattel for the
20        number?                                             12:39
21    A   I believe I may have, yes.
22    Q   Who do you think you might have asked?
23              MR. WICKHAM:  Objection, speculation,
24        foundation.
25    A   I may have asked -- I may have asked the manager of the  12:40
```

EXHIBIT 1
PAGE 79

CONFIDENTIAL                                    136

1        hair department, Jennifer Shaw.                     12:40

2   Q    (By Mr. Quinn)  Did you tell her the reason that you

3        wanted the phone number?

4   A    I don't recall what I said to her.

5   Q    Do you think you told her that you wanted to get a quote   12:40

6        for -- or get samples of hair for this Bratz project?

7   A    No.

8   Q    Why don't you think you told her that?

9             MS. CENDALI:  Objection to form.

10  A    I just don't recall telling her that.                12:40

11  Q    (By Mr. Quinn)  That wasn't something you were talking to

12       people at Mattel about; is that true?

13            MS. CENDALI:  Objection.

14  A    I wasn't trying to advertise, no.

15  Q    (By Mr. Quinn)  Not only you weren't trying to advertise  12:40

16       what you were doing on the Bratz project, you didn't want

17       people at Mattel to know that you were working on that;

18       isn't that true?

19            MS. CENDALI:  Objection, mischaracterizes

20       his testimony.                                        12:41

21  A    No, I don't think that is true.  I think that I just --

22       was just not saying a lot.

23  Q    (By Mr. Quinn)  Okay.  So you were actually indifferent as

24       to whether or not people at Mattel knew that you were

25       working on this Bratz project with MGA; is that true?    12:41

EXHIBIT |
PAGE    50

CONFIDENTIAL                                    137

| | | |
|---|---|---|
| 1 | | MR. WICKHAM:   Objection -- | 12:41 |
| 2 | | MS. CENDALI:   Objection. |
| 3 | | MR. WICKHAM:   -- mischaracterizes the |
| 4 | | witness's testimony. |
| 5 | A | I don't know that I was indifferent.  I just was not | 12:41 |
| 6 | | saying anything. |
| 7 | Q | (By Mr. Quinn)  And was there a reason that you weren't |
| 8 | | saying anything to people at Mattel about your work with |
| 9 | | MGA on the Bratz project? |
| 10 | A | I don't recall. | 12:41 |
| 11 | Q | You don't recall whether there was a reason or not? |
| 12 | A | I don't recall why I didn't talk about it. |
| 13 | Q | Isn't it true that you didn't talk about it because you |
| 14 | | thought that it might be inconsistent with your employment |
| 15 | | obligations to Mattel? | 12:41 |
| 16 | | MR. WICKHAM:   Objection. |
| 17 | | MS. CENDALI:   Objection, mischaracterizes |
| 18 | | his testimony. |
| 19 | A | I didn't think I was doing anything wrong. |
| 20 | Q | (By Mr. Quinn)  Did you place the call to Universal from | 12:42 |
| 21 | | Mattel's workplace? |
| 22 | A | No.  I believe I called them from my home. |
| 23 | Q | Did you ever have any telephone calls with Universal on |
| 24 | | the subject of Bratz from Mattel's workplace? |
| 25 | A | Not to my recollection, no. | 12:42 |

EXHIBIT   1
PAGE   51

CONFIDENTIAL                              139

```
1                    MS. CENDALI:  Objection.                      12:43
2    A  I don't recall.
3    Q  (By Mr. Quinn)  Did you review any yesterday?
4                    MR. WICKHAM:  Objection.  If you reviewed
5       any documents in connection with preparation for your    12:43
6       deposition for purposes of refreshing your memory -- you
7       know what, you've already asked this question about 14
8       times.  Objection, attorney-client privilege.  Instruct
9       the witness not to respond.  Harassing, burdensome.
10                   MR. QUINN:  Okay.  On that note why don't we  12:44
11      break for lunch.
12                   VIDEOGRAPHER:  We're off the record.  The
13      time's 12:40 --
14                   MR. QUINN:  Wait.  Wait.  One hour enough?
15                   MR. WICKHAM:  That's fine.                    12:44
16                   MR. QUINN:  Okay.
17                   VIDEOGRAPHER:  The time is 12:44.
18                   (Break in proceedings.)
19                   VIDEOGRAPHER:  Back on the record.  Time is
20      1:47.                                                     01:47
21   Q  (By Mr. Quinn)  Good afternoon, Mr. Bryant.
22   A  Good afternoon.
23   Q  You've told us this morning that you first came up with
24      the Bratz concept, as I understand it, in 1998; is that --
25   A  Yes.
```

EXHIBIT ___1___
PAGE ___52___

CONFIDENTIAL                                                    140

```
 1   Q   -- correct?                                              01:47
 2   A   Yes.
 3   Q   We've used the "Bratz" name.  Did you come up with the
 4       "Bratz" name as well?
 5   A   Yes.                                                     01:47
 6   Q   And when did you come up with the name?
 7   A   About the time of the creation of the Bratz.  About the
 8       same time.
 9   Q   Can you tell me as best you can recall when it was that
10       you created the Bratz?                                   01:47
11   A   Yes.  Let's see.  I was driving by a high school.  I
12       believe it was on my way home from work, and there were --
13       the kids were getting out of school and I was just kind of
14       struck by the way they looked.  They were wearing kind of,
15       you know, oversized clothes, big, baggy jeans.  They had   01:48
16       on backpacks and -- I don't know.  There was just
17       something very interesting and exciting about their energy
18       and just got me to kind of thinking, you know, wouldn't it
19       be cool if there were some characters that kind of
20       accurately represented today's teenager.                 01:48
21           And so when I got home I started doing a little bit
22       of sketching and sketched some characters fairly quickly.
23       I had also kind of been looking at magazines and things
24       like that.  There were some advertising things that were
25       going on at the same time that kind of all melded together  01:49
```

EXHIBIT _____ 1
PAGE _____ 53

CONFIDENTIAL                                     141

1     and kind of gave me the idea.  There was a Paris Blues ad.        01:49

2     There was -- 17 Magazine had a Steve Madden ad.  There was

3     an ad for the Dixie Chicks' album and it said "Chicks with

4     Attitude" on it, and it all just kind of came together and

5     it all just kind of really struck me when I drove by that        01:49

6     high school.

7  Q  Can you place this in a month in 1998?

8  A  It was in late August.

9  Q  And do you recall the high school?

10 A  I believe it was Kickapoo High.                                   01:49

11 Q  Kickapoo?

12 A  Uh-huh.

13 Q  Is that here in Springfield?

14 A  Yes.

15 Q  And there is a street that you were driving on that              01:50

16    actually fronts right on this high school?

17 A  Yes.

18 Q  And do you recall what the name of that street is?

19 A  I think it's Primrose.

20 Q  So school was in session in late August?                         01:50

21 A  Yes, as far as I know.

22 Q  And did these kids seem to be coming out of school?

23 A  Yeah.  They seemed like they were getting out of school,

24    going to their cars, whatever.

25 Q  It wasn't just one or two kids?  There was a whole bunch         01:50

EXHIBIT _____ 1
PAGE _____ 54

CONFIDENTIAL                                    142

```
 1        of kids like the school was empty?                    01:50
 2    A   There were, yeah, quite a few kids.
 3    Q   And this would have been what time of day?
 4    A   I don't recall.  Maybe around -- I don't know -- two
 5        o'clock or so.                                         01:50
 6    Q   And you said that you were coming home from work; is that
 7        right?
 8    A   You know, I think I was coming home from work, but I'm not
 9        sure whether it was going or coming.
10    Q   And where were you working at that time?              01:51
11    A   I was working at Old Navy at the mall.
12    Q   Which mall would that -- would that be?
13    A   Battlefield Mall.
14    Q   Battlefield?
15    A   Uh-huh.                                               01:51
16    Q   Is that a yes?
17    A   Yes.  I'm sorry.
18    Q   And do you recall what shift you were working?
19    A   I don't.
20    Q   Did you sometimes work days, sometimes swing different 01:51
21        hours or --
22    A   Yes.  I think sometimes it was days, sometimes it was
23        evenings, but I don't recall.
24    Q   And did you say that that very day you went home and
25        actually did some sketches?                           01:51
```

EXHIBIT _____ 1

PAGE _____ 55

CONFIDENTIAL                                                      143

```
1    A    Yes.                                                        01:51
2    Q    Now, had you been doing -- this is obviously the time
3         period in between the two stints of employment that you
4         had at Mattel?
5    A    Yes.                                                        01:51
6    Q    And during that -- this interlude in your two stints of
7         Mattel employment had you done any other design work?
8                    MR. WICKHAM:  Object as ambiguous.
9    A    What do you mean exactly by "design work"?
10   Q    (By Mr. Quinn)  Just any kind of design work.  I didn't    01:52
11        have a specialized meaning in my --
12   A    I had done -- I had been doing a lot of greeting cards.  I
13        had done some freelance work for the Ashton-Drake
14        Galleries, but the greeting cards and -- well, what I
15        should say is the Ashton-Drake Galleries is really the     01:52
16        only design work that I actually got paid -- paid for.
17   Q    And this was design work for dolls?
18   A    Yes.  It wasn't actually so much design work as it was
19        really just illustration.  I was taking direction from the
20        designers at the company and doing illustrations for them. 01:53
21   Q    Where was Ashton-Drake located?
22   A    They're located in Chicago.
23   Q    And is there a particular person there at Ashton-Drake who
24        was chiefly responsible for giving you instruction or who
25        you dealt with the most?                                   01:53
```

EXHIBIT _____ 1

PAGE _____ 52

CONFIDENTIAL                                              144

1    A    Yes.  I believe her name was Sandra Herrmann.              01:53
2    Q    Did you -- in connection with this work did you enter into
3         any type of nondisclosure or rights agreement with respect
4         to the work that you did?
5                   MR. WICKHAM:  Are you referring --               01:53
6         objection, ambiguous.  Are you referring to Ashton-Drake
7         or what are you referring to?
8                   MR. QUINN:  Ashton-Drake.
9    A    With Ashton-Drake I don't recall.
10   Q    (By Mr. Quinn)  One way or the other?                      01:53
11   A    No.
12   Q    Presumably you looked and you don't have a copy of an
13        agreement you entered into with Ashton-Drake; is that
14        true?
15   A    That's true.                                               01:54
16   Q    And you said you also did some greeting cards?
17   A    Right.
18   Q    And was that for a particular company?
19   A    No.  I was just really doing those on my own.  I was not
20        getting paid for them.  It was just something that I was   01:54
21        doing.  Mainly that's -- that was my chief interest during
22        that time was trying to get into that business, so I was
23        doing a lot of -- a lot of drawing at that time.
24   Q    Did you submit those card designs to anybody?
25   A    I did.                                                     01:54

EXHIBIT _____1_____
PAGE _____57_____

CONFIDENTIAL                                                    145

| 1 | Q | Who did you submit them to? | 01:54 |
| 2 | A | The only one -- the only company that I can remember in | |
| 3 | | particular that I submitted them to was Hallmark.  I don't | |
| 4 | | remember any other companies right offhand. | |
| 5 | Q | Where was Hallmark located? | 01:55 |
| 6 | A | Hallmark was in Kansas City. | |
| 7 | Q | Was there a particular person you dealt with there? | |
| 8 | A | I don't remember. | |
| 9 | Q | Let me ask you the same question.  Did you enter any into | |
| 10 | | agreements with Hallmark, nondisclosure agreements or idea | 01:55 |
| 11 | | submission agreements? | |
| 12 | A | No. | |
| 13 | Q | What was your reason for leaving Mattel the first time and | |
| 14 | | coming back to Springfield? | |
| 15 | A | I had been sort of frustrated with my work at Mattel a | 01:55 |
| 16 | | little bit and really started feeling like I would maybe | |
| 17 | | like to pursue a career in freelance artwork and I really | |
| 18 | | missed my family.  I missed living that far away from | |
| 19 | | them. | |
| 20 | Q | I mean, did your -- did you and your partner split up at | 01:56 |
| 21 | | that time? | |
| 22 | A | He stayed behind in California and I came out here to | |
| 23 | | Missouri. | |
| 24 | Q | Was there a split between the two of you? | |
| 25 | | MR. WICKHAM:  Objection.  Do you want to | 01:56 |

EXHIBIT ___1___

PAGE ___58___

```
 1    proffer why that's relevant to the issues in this case?     01:56
 2                    MR. QUINN:  It may be relevant to
 3    credibility issues.
 4                    MR. WICKHAM:  I'll object on privacy
 5    grounds.                                                     01:56
 6  Q  (By Mr. Quinn)  If you would rather not answer, just tell
 7    me.
 8                    MR. WICKHAM:  I'll allow him to answer that
 9    one particular question but if you probe further I might
10    start instructing.                                           01:56
11  A  Yes, we had split up at the time.
12  Q  (By Mr. Quinn)  But at some point you reconciled?
13  A  Yes.
14  Q  You indicated that you went home that very day and -- the
15    day you had passed the high school and you had noticed the  01:57
16    appearance of these high school kids and you went home and
17    that very day did some sketches; is that true?
18  A  Uh-huh.
19  Q  Is that yes?
20  A  Yes.                                                        01:57
21  Q  Do you still have those original first sketches that you
22    did?
23  A  They've been turned over to our legal team, but yes.
24  Q  Did you -- after that first day did you continue to work
25    on this idea and refine it?                                  01:57
```

EXHIBIT 1
PAGE 59

CONFIDENTIAL                                          147

```
 1   A   Yes.                                                              01:57
 2   Q   Can you describe that process to us?
 3   A   I just did some more sketches of how the characters might
 4       look in more detail.  I just tried to flesh out their
 5       figures and their faces and come up with some fashion        01:58
 6       ideas and some hairstyle ideas, what their shoes might
 7       look like.
 8   Q   And for how long a time did you work on refining these
 9       sketches and these ideas?
10   A   It wasn't a terribly long period of time.  I think I did     01:58
11       it fairly quickly.
12   Q   So if you drew your first sketches when you got home on
13       this late August -- this day in late August, can you give
14       us some approximation about when you think that, you know,
15       you might have stopped working on it?                         01:58
16   A   Maybe first week of September.
17   Q   So it really was just a matter of maybe a few days or a
18       couple of weeks?
19   A   Yeah.   Yes.
20   Q   Why did you stop working on the project at that time?        01:59
21   A   I was getting close to turning 30 and I was really kind of
22       feeling like, you know, my life isn't really going
23       anywhere.  I felt like I needed to return to full-time
24       work.  I needed to get serious about returning to some
25       kind of full-time work and I felt like, you know, I might    01:59
```

EXHIBIT  1
PAGE       60

CONFIDENTIAL                                        148

```
 1        want to go back and do something in the fashion doll         01:59
 2        industry and I felt like maybe I needed to update my
 3        portfolio.  You know, I was kind of thinking about
 4        applying to Ashton-Drake and thought about maybe applying
 5        to Mattel and just kind of felt like I needed to update my   02:00
 6        portfolio to reflect things that might be of interest to
 7        them.
 8    Q   Is "fashion doll" a recognized term in the toy industry?
 9        Does that describe a particular market segment or
10        particular type of product?                                  02:00
11                    MS. CENDALI:  Objection.
12                    MR. WICKHAM:  Objection, compound,
13        ambiguous, lacks foundation.
14    A   Well, I suppose.
15    Q   (By Mr. Quinn)  I mean, what to you is a fashion doll?        02:00
16        Can you give us some description?
17    A   Basically a doll whose fashions can be removed and put
18        back on the doll.  Usually those fashions are made out of
19        fabric.
20    Q   I mean, would Bratz qualify as a fashion doll?               02:00
21    A   I would say so.
22    Q   Does Mattel also make fashion dolls?
23    A   Yes.
24    Q   What would be examples of fashion dolls that Mattel makes?
25    A   Well, Barbie, obviously.  As far as other fashion dolls      02:01
```

EXHIBIT 1

PAGE 6l

CONFIDENTIAL                                                    149

```
 1        that they make, I'm not really sure.                        02:01
 2    Q   But, as I understand it, you worked on this Bratz idea for
 3        some number of days or maybe a couple of weeks and then
 4        you set it aside?
 5    A   Yes.                                                         02:01
 6    Q   And physically where -- where did you put these drawings
 7        that you had done?
 8    A   I had a flat portfolio that I normally kept drawings in.
 9    Q   Were these drawings -- they were in what medium?  Ink,
10        crayon, pencil?                                              02:02
11    A   Some of them were in pencil, some were in ink.
12    Q   Were any of them in color?
13    A   No.
14    Q   So they were all just black and white or --
15    A   Yes.                                                         02:02
16    Q   During this time period when you did this original set of
17        drawings, did you show them to anybody at that time?
18    A   Yes.  I showed them to my mom and I think that she showed
19        them to my dad and I think Richard saw them at the end of
20        the year when I went back.                                   02:03
21    Q   Is there some reason why -- I mean, when you first drew
22        these were you excited about them?
23    A   I was excited about them.
24    Q   Did you think this was an idea that had some potential?
25    A   Sure.                                                        02:03
```

EXHIBIT 1

PAGE 62

CONFIDENTIAL                                    150

1   Q   Is there a reason that you didn't try to present them to        02:03
2       some company that might run with the idea then?
3                MR. WICKHAM:  Objection, vague as to time.
4       Are you talking about '98?
5                MR. QUINN:  Yes.                                       02:03
6   A   Well, as I said earlier, I kind of felt like this was just
7       something that I came up with.  It was an idea that I
8       really didn't know how to do anything with.  I felt like I
9       needed to get back to full-time work.  I felt like it was
10      important for me to really think about if I was going to     02:03
11      continue in the fashion doll industry, to update my
12      portfolio to make sure that it was relevant to, you know,
13      maybe Mattel or Ashton-Drake, and I also had gotten very
14      busy with my job at Old Navy.  I was working quite a bit.
15  Q   (By Mr. Quinn)  So would it be true to say that after        02:04
16      working on these drawings for some number of days or maybe
17      a couple of weeks, you put them in your portfolio and set
18      them aside and there was a long period of time, then,
19      before you did anything with them?
20               MR. WICKHAM:  Objection, vague as to the             02:04
21      characterization, mischaracterizes the witness's
22      testimony.
23  Q   (By Mr. Quinn)  Well, you tell me.  I'm just trying to
24      find out what you did.
25  A   Can you restate your question?                               02:04

EXHIBIT ___1_____
PAGE _____63_____

CONFIDENTIAL                                    168

```
 1   A   I don't know.  I got rid of it.  I didn't need it.  We          02:29
 2       never did anything with the dummy, so --
 3   Q   When was it approximately that you disposed of the dummy?
 4           MS. CENDALI:  Objection, mischaracterizes
 5       his testimony.                                                   02:30
 6           MR. WICKHAM:  Objection, lacks foundation.
 7   A   I believe -- it was a long time ago.
 8   Q   (By Mr. Quinn)  Year 2000?
 9           MR. WICKHAM:  Objection, calls for
10       speculation.                                                    02:30
11   A   Yeah.  I don't remember exactly.  All I know it was
12       just -- it was quite a while ago.
13   Q   (By Mr. Quinn)  Would your best approximation be that you
14       got rid of it in the year 2000?
15           MR. WICKHAM:  Objection, lacks foundation,                  02:30
16       calls for speculation.
17   A   Like I said, I don't remember exactly when I got rid of
18       it.
19   Q   (By Mr. Quinn)  Would that be the best of your
20       recollection, that it was back in the year 2000?               02:30
21           MR. WICKHAM:  Objection, lacks foundation,
22       calls for speculation.
23   Q   (By Mr. Quinn)  I understand you don't remember exactly.
24   A   Yeah.
25   Q   But to the best of your recollection was it back in the        02:30
```

EXHIBIT 1

PAGE 64

CONFIDENTIAL                                    169

1        year 2000?                                             02:30

2                MR. WICKHAM:  And, Counsel, if he doesn't

3        remember at all, then he would be speculating to say it

4        was in 2000, 1999, or 2004, so your question for the third

5        time asks him to speculate.  Objection, calls for        02:31

6        speculation, lacks foundation.

7    Q   (By Mr. Quinn)  Best of your recollection, sir.

8    A   I don't know.  2001, maybe.

9    Q   All right.  So the best of your recollection would be

10       2001?                                                   02:31

11   A   Yes.

12   Q   How did you get rid of it?

13               MR. WICKHAM:  Objection, lacks foundation,

14       calls for speculation.

15   A   I don't remember.  I think I just threw it in the trash.  02:31

16   Q   (By Mr. Quinn)  At work or at home or --

17   A   I believe it was at home.

18   Q   Did you give any explanation to Carmen or Sheila as to

19       what this was, this dummy was to be used for?

20               MR. WICKHAM:  Objection, compound, lacks         02:31

21       foundation, mischaracterizes the witness's testimony.

22   A   Well, I thought I had made it clear that I was doing this

23       as just a -- or that they would be doing this as just a

24       personal favor for me.

25   Q   (By Mr. Quinn)  Is that -- is that what you told both    02:32

EXHIBIT 1

PAGE        65

CONFIDENTIAL                                    170

| | | |
|---|---|---|
| 1 | | Carmen and Sheila? | 02:32 |
| 2 | A | To the best of my recollection, yes. |
| 3 | Q | So you told them this did not relate to any Mattel |
| 4 | | project? |
| 5 | | MR. WICKHAM:  Objection, lacks foundation, | 02:32 |
| 6 | | calls for speculation, mischaracterizes the witness's |
| 7 | | testimony. |
| 8 | A | I don't remember what I said to them exactly, but I |
| 9 | | thought that I had made it clear that it was for a project |
| 10 | | of my own. | 02:32 |
| 11 | Q | (By Mr. Quinn)  Did you have any conversation with them as |
| 12 | | to what the nature of this personal project was? |
| 13 | A | I don't recall. |
| 14 | Q | One way or the other? |
| 15 | A | No. | 02:32 |
| 16 | Q | When Victoria called you to set up the meeting with Mr. |
| 17 | | Larian -- |
| 18 | A | Yes. |
| 19 | Q | -- did she call you at work? |
| 20 | A | I don't recall. | 02:33 |
| 21 | Q | You're just not sure one way or the other? |
| 22 | A | I'm not sure if it was at work or at home. |
| 23 | Q | Did she ever call you at Mattel? |
| 24 | A | Yes, she did. |
| 25 | Q | That fall? | 02:33 |

EXHIBIT 1
PAGE 66

CONFIDENTIAL                                     171

```
 1    A    Yes.                                              02:33

 2    Q    Regarding the Bratz project?

 3    A    Yes.

 4    Q    Did you ever call her from Mattel?

 5    A    I don't recall any specific instances, but I may have.   02:33

 6    Q    Regarding the Bratz project?

 7    A    I may have, yes.

 8    Q    Do you recall that there was anybody who you called from

 9         your telephone at work at Mattel where you had a

10         discussion regarding the Bratz project?            02:33

11    A    I'm sorry.  I don't understand your question.

12    Q    Yeah.  Did you recall that there was anybody who you

13         called from Mattel --

14    A    Uh-huh.

15    Q    -- where you talked about the Bratz project?        02:34

16    A    Yes.  I think I made some phone calls probably to Paula.

17         As I said before, possibly some to Victoria.

18    Q    Anybody else?

19    A    Not that I can remember at this time.

20    Q    How about to any of the independent contractors or      02:34

21         consultants who worked on the Bratz project?  Did you call

22         any of them from Mattel?

23    A    Yes.  I think I -- I may have, yes.

24    Q    Which ones did you call?

25    A    I believe I made some calls to Margaret, to Veronica.    02:34
```

EXHIBIT _____ 1

PAGE _____ 67

CONFIDENTIAL                                                          207

| | | | |
|---|---|---|---|
| 1 | | were leaving Mattel? | 03:33 |
| 2 | A | Yes. | |
| 3 | Q | When -- when did you give that notice? | |
| 4 | A | I believe it was right after I signed the contract. | |
| 5 | Q | Within days or same day? | 03:33 |
| 6 | A | I think it was the same day. | |
| 7 | Q | All right.  And who did you tell? | |
| 8 | A | I told Ann Driskill. | |
| 9 | Q | Anybody else? | |
| 10 | A | I eventually told Ron Longsdorf. | 03:33 |
| 11 | Q | Who's Ron Longsdorf? | |
| 12 | A | He was the -- I think he was the senior VP of Barbie | |
| 13 | | collectibles. | |
| 14 | Q | Anybody else that you told at Mattel? | |
| 15 | A | That I was quitting? | 03:34 |
| 16 | Q | Yes, sir. | |
| 17 | A | I believe I told Mina Markosmy (ph.).  I believe I told | |
| 18 | | the other designers on my team.  That's all I can remember | |
| 19 | | at this time. | |
| 20 | Q | Who's Mina Markosmy? | 03:34 |
| 21 | A | She was the visual design development director. | |
| 22 | Q | Did you have a -- I mean, some employers, they have an | |
| 23 | | exit interview. | |
| 24 | A | Yes. | |
| 25 | Q | Did you have one of those? | 03:34 |

EXHIBIT  1

PAGE  68

CONFIDENTIAL                                      208

```
1    A    Yes.                                                          03:34

2    Q    And do you recall who you did that with?

3    A    I don't recall her name.

4    Q    Somebody from HR, presumably?

5    A    Yes.                                                          03:35

6    Q    Did you -- do you recall how much notice you gave that you

7         were quitting?

8    A    Yes.  I gave about two and a half weeks of notice.

9    Q    Did you tell any of these people that you were going to

10        work with MGA on the Bratz project?                          03:35

11   A    I don't recall.

12   Q    One way or the other?

13   A    No.

14   Q    You might have told them, might not have told them, you

15        just don't recall?                                           03:35

16   A    I don't recall.

17   Q    My statement's correct?

18   A    Yes.

19   Q    Did you tell -- do you recall what you told the individual

20        in your exit interview about what you were going to be       03:35

21        doing?

22   A    I believe I told her that I was going to start my own

23        freelancing business, that I was going to be working for

24        myself doing design and developing.

25   Q    Anything else?                                               03:36
```

EXHIBIT 1

PAGE 69

CONFIDENTIAL                                        209

```
 1    A    That's all I can remember.                              03:36
 2    Q    Did you tell anyone at Mattel that you were leaving to
 3         engage in a noncompetitive business?
 4    A    I don't think so.  I don't remember ever saying anything
 5         like that.                                              03:36
 6    Q    Can you rule -- is your memory sufficiently definite that
 7         you can rule that out?
 8    A    Like I said, I don't remember ever saying that to anybody.
 9    Q    Okay.  But my question is, is your memory sufficiently
10         definite that you can say you know you never said that?  03:36
11    A    I can sufficiently say I never said that to anybody.
12    Q    Did you tell anybody at Mattel what you were really going
13         to do?
14              MS. CENDALI:  Objection, mischaracterizes
15         his testimony.                                          03:36
16    A    I did tell Mattel people what I was going to do, which was
17         to go create my own business and be a freelance designer.
18    Q    (By Mr. Quinn)  Did you tell anybody that you were going
19         to be working with MGA?
20              MS. CENDALI:  Asked and answered.                  03:37
21    A    I don't remember.
22    Q    (By Mr. Quinn)  One way or the other?
23    A    No.
24    Q    Did you tell anybody that you were going to be working on
25         your Bratz project?                                     03:37
```

EXHIBIT ____1____

PAGE ____70____

CONFIDENTIAL                                              210

```
 1                    MS. CENDALI:  Asked and answered.           03:37

 2    A    I don't -- I don't recall.

 3    Q    (By Mr. Quinn)  One way or the other?

 4    A    No.

 5    Q    My statement's correct?                                03:37

 6    A    Yes.

 7    Q    Did you tell anybody at Mattel that you were going to be

 8         working on a doll?

 9    A    I think I may have.  I think I may have told Mina Markosmy

10         and I may have told Susan Bryant.                      03:37

11    Q    Who is Susan Bryant?

12    A    She was one of the hair rooters in the hair department who

13         I considered to be a fairly good friend.

14    Q    What's your best recollection of what you told Susan?

15    A    I believe I told her that I was getting the opportunity to  03:38

16         go and work on my own doll line.

17    Q    And did you give her any more detail than that?

18    A    No.

19    Q    Was she like a senior hair rooter or a medium hair rooter

20         or a lower level hair rooter?                          03:38

21                    MS. CENDALI:  Objection.

22    A    I don't know.

23    Q    (By Mr. Quinn)  Was she a member of management?

24    A    Not to my knowledge.

25    Q    And the other person who you said that you may have told?  03:38
```

EXHIBIT ___1___

PAGE ___71___

CONFIDENTIAL                                        211

| | | | |
|---|---|---|---|
| 1 | A | Mina Markosmy. | 03:38 |
| 2 | Q | And what's your best recollection of what you told her? | |
| 3 | A | Basically just the same thing, that I had a chance to go | |
| 4 | | work on my own doll line, be an independent contractor. | |
| 5 | Q | Was she a member of management? | 03:39 |
| 6 | A | She was a member of management, yes. | |
| 7 | Q | Did she ask you any questions? | |
| 8 | A | Not that I can remember. | |
| 9 | Q | Did any of those folks who you've identified as people who | |
| 10 | | you gave notice to ask you any questions about what you | 03:39 |
| 11 | | were going to be doing? | |
| 12 | | MR. WICKHAM:  Objection, overbroad. | |
| 13 | A | I think they were curious.  They were curious.  I don't | |
| 14 | | remember exactly what was said, what was asked. | |
| 15 | Q | (By Mr. Quinn)  So you think some or all of them asked you | 03:39 |
| 16 | | what you were going to be doing? | |
| 17 | | MS. CENDALI:  Objection, mischaracterizes | |
| 18 | | his testimony. | |
| 19 | A | Some of them may have.  I don't remember who exactly. | |
| 20 | Q | (By Mr. Quinn)  May have, may not have, you just don't | 03:40 |
| 21 | | recall? | |
| 22 | A | Right. | |
| 23 | Q | Did you ever go to Ms. Wang's offices? | |
| 24 | A | Physically you mean did I ever go to her office? | |
| 25 | Q | (Nods head). | 03:40 |

EXHIBIT ___1___

PAGE _____72__

CONFIDENTIAL                                                212

| | | | |
|---|---|---|---|
| 1 | A | Yes. | 03:40 |
| 2 | Q | Lawyer's office. | |
| 3 | A | Yes. | |
| 4 | Q | Once or more than once? | |
| 5 | A | I believe it was more than once. | 03:40 |
| 6 | Q | How many times? | |
| 7 | A | I think maybe twice. | |
| 8 | Q | And when was that? | |
| 9 | A | That was in 2000 when -- after I had -- or before -- I'm | |
| 10 | | sorry.  Before I had shown the project to MGA. | 03:40 |
| 11 | Q | So before that first meeting at the end of August you went | |
| 12 | | to Ms. Wang's office? | |
| 13 | A | Yes. | |
| 14 | Q | And when was the second occasion when you went to Ms. | |
| 15 | | Wang's office? | 03:41 |
| 16 | A | I don't recall.  I don't recall. | |
| 17 | Q | Was it before or after you signed your agreement with MGA? | |
| 18 | A | Well, I'm not really even sure that I went to her office | |
| 19 | | for a second occasion, so it would be hard for me to say. | |
| 20 | Q | It's pretty hazy? | 03:41 |
| 21 | A | Yes. | |
| 22 | Q | You're just not sure if it happened at all? | |
| 23 | A | No. | |
| 24 | Q | Do you know a person by the name of Ivy Ross? | |
| 25 | A | Yes. | 03:41 |

EXHIBIT ___1___

PAGE ___70___

CONFIDENTIAL                                        261

DEPONENT'S SIGNATURE PAGE


RE:  Mattel, Inc., vs. Carter Bryant, et al.
     Carter Bryant vs. Mattel, Inc.
     Case No. CV 04-9059 DDP (AJWx)
     Deposition taken on November 4, 2004


        I do hereby certify that the foregoing is a true and
correct transcript of the deposition in the foregoing-styled
and numbered cause, and I now sign the same as true and
correct, with the exception of the corrections which I have
noted on the correction sheet provided.


                                _____
                                     CARTER BRYANT



        Subscribed and sworn to before me this 2nd day of
_____, 20 05 .


                                _____
                                     Notary Public


My Commission Expires:

Dec. 31, 2008

CESCLY THOMAS-MCKOY
Commission # 1539977
Notary Public - California
Los Angeles County
My Comm. Expires Dec 31, 2008


EXHIBIT _____1_____
PAGE _____74_____

CONFIDENTIAL                                        262

NOTARIAL CERTIFICATE


STATE OF MISSOURI      )
                       )  ss.
COUNTY OF GREENE       )


          I, Sherrie L. Hunt, Certified Court Reporter, and
Notary Public within and for the State of Missouri, do
hereby certify that on November 4, 2004, pursuant to Notice,
the above witness, CARTER BRYANT, was by me first duly sworn
to testify the truth, the whole truth, and nothing but the
truth in the case aforesaid; and that the deposition by him
was reduced to writing by me in stenotype, and thereafter
transcribed by me, and is fully and accurately set forth in
the preceding pages; that presentment by me to the witness for
signature was waived; and that the deposition will be
thereafter by the witness read, signed, and sworn to on or
before the date of trial.

          I do further certify that I am not related to, nor
attorney for, nor employed by any of the said parties, nor
otherwise interested in the event of said action.


┌─────────────────────────────┐
│      Sherrie L. Hunt         │        _Sherrie L. Hunt_
│      Notary Public           │        Sherrie L. Hunt
│      Greene County           │        Certified Court Reporter
│      State of Missouri       │        C.C.R. Number 1027
│ My Commission Expires May 17, 2005 │   Notary Public
└─────────────────────────────┘


My commission expires:  May 17, 2005



Costs:  To Plaintiff and Cross-Defendant $1,399.25
        To Defendants and Cross-Complainant $422.65



COURT REPORTERS OF THE MIDWEST, INC.
P.O. Box 4282
Springfield, MO 65808 (417) 889-2079


EXHIBIT  1
PAGE     75

<u>Confidential; Subject to Protective Order</u>

CORRECTIONS TO THE DEPOSITION OF

CARTER BRYANT

VOLUME I

_____

RE:   Mattel, Inc., vs. Carter Bryant, et al.
      Carter Bryant vs. Mattel, Inc.
      Case No. CV 04-9059 NM (RNBx)
      Deposition taken on November 4, 2004

| <u>Page/Line</u> | <u>Change Requested</u> |
|---|---|
| 86:5 | Delete: "I may have." Insert: "I don't recall." |
| 124:1 and 3 | Delete: "No." Insert: "Other than my communications with Universal, I don't recall that I did." |
| 131:19 | Delete: "No, I did not." Insert: "Other than my communications with Universal, I don't recall that I did." |
| 132:3 | Delete: "I don't remember telling anybody that, no." Insert: "*Other than my communications with Universal, I don't recall* telling anybody that." |
| 132:18 | Delete: "To the best of my recollection that's true." Insert: "To the best of my recollection, other than my communications with Universal, that's true." |
| 195:24 | Insert: "I also received expense reimbursements from MGA and an advance against royalties." |
| 252:24 | Delete: "No." Insert: "No. I interpreted your question as asking whether I was employed by MGA at that time and the answer is no." |
| 253:20 | Delete: "I don't remember that, no." Insert: "Other than my communications with Universal, I don't remember that." |
| 253:22 | Delete: "That – as far as I can remember that never happened." Insert: "Other than my communications with Universal, as far as I can remember, that never happened." |

EXHIBIT 1

PAGE 76

253:25                        Delete: "No."  Insert: "Other than my communications with
                              Universal, no that I remember."

2

EXHIBIT ___1___

PAGE ___77___

**EXHIBIT 2**

CONFIDENTIAL                                        264

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA


MATTEL, INC., a Delaware corporation, )  CASE NO.
                                      )  CV 04-9059 DDP (AJWx)
            Plaintiff,                )
                                      )
        vs.                           )
                                      )
CARTER BRYANT, an individual, and     )
DOES 1 through 10, inclusive,         )
                                      )
            Defendants.               )
_____)
CARTER BRYANT, on behalf of himself,  )
all present and former employees of   )
Mattel, Inc., and the general public, )
                                      )
            Cross-Complainant,        )
                                      )
        vs.                           )
                                      )
MATTEL, INC., a Delaware corporation, )
                                      )
            Cross-Defendant.          )


VOLUME II
THE VIDEOTAPED DEPOSITION OF CARTER BRYANT,
produced, sworn, and examined on Friday, November 5, 2004,
at 9:10 a.m. of that day, pursuant to Notice to Take
Deposition at the University Plaza, Executive Boardroom,
333 South John Q. Hammons Parkway, in the City of Springfield,
County of Greene, State of Missouri, before Sherrie L. Hunt,
Certified Court Reporter, and Notary Public, in a certain
cause now pending in the United States District Court for the
Central District of California, wherein the parties are as
above set forth; taken on behalf of the Plaintiff and
Cross-Defendant.


COURT REPORTERS OF THE MIDWEST, INC.
P.O. Box 4282
Springfield, MO 65808 (417) 889-2079

EXHIBIT 2

PAGE 78

CONFIDENTIAL                                    265

                    A P P E A R A N C E S

For Plaintiff and                MR. JOHN B. QUINN
Cross-Defendant:                 MR. MICHAEL T. ZELLER
                                 MS. TANIA KREBS
                                 Quinn, Emanuel, Urquhart,
                                   Oliver & Hedges
                                 865 South Figueroa Street
                                 10th Floor
                                 Los Angeles, California 90017

For Defendants and              MR. DOUGLAS A. WICKHAM
Cross-Complainant:              MS. DIBA RASTEGAR
                                 Littler Mendelson
                                 2049 Century Park East
                                 5th Floor
                                 Los Angeles, California 90067

Also Present:                    Ms. Dale M. Cendali
                                 Mr. Michael Moore

Videotaped by:                   Mr. Donald Gifford
                                 Mr. Donald Gifford, II
                                 1528 East Glenwood
                                 Springfield, Missouri 65804


                        I N D E X

WITNESS:  CARTER BRYANT                          Page

Direct Examination (Cont.) By Mr. Quinn .........   267

Notarial Certificate and Costs ...................   495

                        * * *


Phonetic spelling:  (Ph.)
Exactly as stated:  (Sic)

EXHIBIT

PAGE _____ 79

CONFIDENTIAL                                              267

```
 1                    VIDEOGRAPHER:  And we're back on the record.     09:10

 2        The date is November 5th, 2004.  The time is 9:10 a.m.

 3                    DIRECT EXAMINATION (CONTINUED)

 4    BY MR. QUINN:

 5    Q    Good morning, Mr. Bryant.                                   09:10

 6    A    Good morning.

 7    Q    At any time before your last day of employment at Mattel

 8         did anybody from MGA ask you whether Mattel knew about

 9         your Bratz project?

10    A    Not that I can recall.                                      09:11

11    Q    Did they ask -- did anybody from MGA ever ask you when you

12         had developed the Bratz idea?

13    A    I believe at the pitch meeting they asked when I had

14         developed the idea.

15    Q    Which meeting would that have been?                        09:11

16    A    I think it was at the -- I think it was actually at both

17         meetings we talked about it.

18    Q    In the first meeting at the end of August did Paula ask

19         you that?

20    A    I can't recall exactly if it was Paula or might have been  09:11

21         Victoria.

22    Q    One of the two of them?

23    A    Yeah.  I think so.

24    Q    And you basically told them that you had created this back

25         in 1998?                                                    09:11
```

EXHIBIT _____ 2

PAGE _____ 80

<u>CONFIDENTIAL</u>                                        268

```
 1   A    Yes.                                              09:11

 2   Q    And then that subject came up again in the six-person

 3        meeting with Mr. Larian?

 4   A    I believe it did, yes.

 5   Q    Do you recall who asked you that?                 09:12

 6   A    I think Isaac may have asked.

 7   Q    And you gave the same answer, that you --

 8   A    Yeah.

 9   Q    -- did this back in 1998?

10   A    Yes.                                              09:12

11   Q    Do I understand correctly that during the first six months

12        of 2000 you didn't do any Bratz -- Bratz sketches; is that

13        true?

14   A    That's true.

15   Q    And you didn't -- during the first six months of 2000, as  09:12

16        I understand it, you didn't do any work on the Bratz idea

17        or project; is that true?

18   A    That's true.

19   Q    I mean, you didn't send the sketches or show the sketches

20        to anybody during that six-month period?            09:12

21   A    No, I did not.

22   Q    You indicated that you met with your counsel the day

23        before yesterday to prepare for your deposition.

24   A    Yes.

25   Q    And how much time did you meet with your counsel?    09:12
```

EXHIBIT _____ 2

PAGE _____ 8/

CONFIDENTIAL                                          269

| | | | |
|---|---|---|---|
| 1 | A | We spent a good part of the day. | 09:12 |
| 2 | Q | Is that eight hours, six hours, four hours? | |
| 3 | A | I don't remember exactly.  I think maybe it was about -- | |
| 4 | | maybe about six hours. | |
| 5 | Q | And had you met with your counsel to prepare for your | 09:13 |
| 6 | | deposition last week as well? | |
| 7 | A | Yes. | |
| 8 | Q | And how much time did you spend last week? | |
| 9 | A | We spent two full days. | |
| 10 | Q | Last week? | 09:13 |
| 11 | A | Yes. | |
| 12 | Q | Did they videotape you? | |
| 13 | A | No. | |
| 14 | Q | Other than the six hours the day before yesterday and the | |
| 15 | | two full days last week, did you spend any other time with | 09:13 |
| 16 | | your counsel preparing for your deposition? | |
| 17 | A | Those were the two days -- or the three days that I spent | |
| 18 | | preparing for the deposition. | |
| 19 | Q | And there wasn't any time other than that? | |
| 20 | A | No. | 09:13 |
| 21 | Q | Was Ms. Cendali present during any of those sessions? | |
| 22 | A | Only at the one day before yesterday. | |
| 23 | Q | What was said in her presence? | |
| 24 | | MR. WICKHAM:  Objection, attorney-client | |
| 25 | | privilege, joint defense privilege.  Instruct the witness | 09:14 |

EXHIBIT _____ 2

PAGE _____ 82

CONFIDENTIAL                                        273

```
 1        Peter Marlow about the marketability of the Bratz       09:17

 2        project?

 3                    MR. WICKHAM:  Objection, foundation.

 4   A    No, not that I remember.

 5   Q    (By Mr. Quinn)  Did you tell MGA about Universal?       09:18

 6                    MS. CENDALI:  Asked and answered.

 7   A    Yes.

 8   Q    (By Mr. Quinn)  And do you recall which meeting you -- or

 9        when you told them about Universal?

10   A    I don't recall right offhand.                           09:18

11   Q    Did you tell them about Universal before you signed your

12        contract with MGA?

13   A    I think I may have, yes.

14   Q    Who did you tell?

15   A    I believe I told Paula.                                 09:18

16   Q    And what did you tell Paula about Universal?

17   A    I believe I told her that they would be a good vendor for

18        hair.

19   Q    Did you tell her that you had worked with them while you

20        were at Mattel?                                         09:18

21   A    No.

22   Q    At your deposition preparation session the day before

23        yesterday who was present besides Mr. Wickham and Ms.

24        Cendali?

25   A    No one.                                                 09:19
```

EXHIBIT 2

PAGE 83

CONFIDENTIAL                                        274

```
 1    Q   And the two days of deposition preparation last week who     09:19

 2        was present?

 3    A   Mr. Wickham and Keith Jacoby.

 4    Q   Do you know an individual by the name of Sarah Halpern?

 5    A   Yes.                                                          09:19

 6    Q   In what context do you know her from?

 7    A   She was a coworker at Mattel.

 8    Q   What was her job?

 9    A   She was a graphic artist.  She mainly did textile design.

10    Q   Was she a member of management or a supervisor?              09:19

11    A   No, not to my knowledge.

12    Q   When did you meet her?

13    A   I met her when I began working the collectibles department

14        in 1999.

15    Q   When was the last time you spoke with her?                   09:20

16    A   Maybe 2001.

17    Q   Was she still employed by Mattel at the time you left

18        Mattel?

19    A   I don't recall.  I don't think she was.

20    Q   Do you know where she went to work after she left Mattel?    09:20

21    A   Not exactly sure, no.

22    Q   Did she ever do any work relating to the Bratz doll?

23    A   Yes.  She helped create some of the fabric art.

24    Q   And when did she do that?

25    A   She did that in 2000.  I think it was October.               09:20
```

EXHIBIT   2

PAGE      84

CONFIDENTIAL                                   275

| | | |
|---|---|---|
| 1 | Q | Did she do that -- did she start helping to create some of |
| 2 | | the fabric art for Bratz before the last day of your |
| 3 | | employment? |
| 4 | A | I don't think so. |
| 5 | Q | Are you sure about that? |
| 6 | A | I'm pretty sure because the fashions weren't developed |
| 7 | | until quite a bit later in the year. |
| 8 | Q | But the reason I ask is you indicated you think she |
| 9 | | started in October. |
| 10 | A | Well, I think maybe I'm -- I was mistaken.  I think maybe |
| 11 | | she actually started a little bit later. |
| 12 | Q | And is it your best recollection that at the time that she |
| 13 | | started to do that work on the fabric art she was no |
| 14 | | longer a Mattel employee? |
| 15 | A | Yes. |
| 16 | Q | Are you the one that enlisted her to do that work? |
| 17 | | MR. WICKHAM:  Objection, ambiguous. |
| 18 | A | I asked if she could help.  MGA was actually the one who |
| 19 | | hired her to do the work. |
| 20 | Q | (By Mr. Quinn)  Are you the one that identified her to |
| 21 | | MGA? |
| 22 | A | Yes. |
| 23 | Q | And you did have a conversation with her where you asked |
| 24 | | her if she could help? |
| 25 | A | Yes. |

09:21
09:21
09:21
09:21
09:21
09:22
09:22

EXHIBIT 2
PAGE 85

CONFIDENTIAL                                    285

1    Q   (By Mr. Quinn)  So I'm using it in the same sense that I   09:36
2        used in that question.
3                    MS. CENDALI:  But there's a difference
4        because of the contract.  Object, vague, ambiguous,
5        overbroad, indecipherable.                                09:36
6    Q   (By Mr. Quinn)  You get to answer now.
7    A   To the best of my understanding of your question, no.
8    Q   And I want to make sure we've communicated here.  When you
9        answered my question when I asked you whether MGA ever
10       commissioned you to do any drawings and you said, well,    09:36
11       yes, the angel project -- do you recall telling me that?
12   A   Yes.
13   Q   What -- when you were answering that question, what was
14       your understanding of what the word "commission" meant?
15   A   Just work for hire.                                        09:37
16   Q   So using that same definition -- were you using that same
17       definition when you asked my -- answered my question about
18       whether MGA ever commissioned you to do any drawings
19       relating to Bratz?
20   A   To the best of my understanding, no.                       09:37
21   Q   They never did that?
22   A   No.
23   Q   My statement's correct?
24   A   Yes.
25   Q   Did you work with Veronica Marlow on any Mattel project in  09:37

EXHIBIT    2
PAGE    86

CONFIDENTIAL                                                    286

1      the year 2000?                                                09:37

2   A  No.

3   Q  Are you familiar with the phrase "passion for fashion"?

4   A  Yes.

5   Q  Do you know anything about the origin of that phrase?        09:37

6   A  That came from one of MGA's employees.

7   Q  You didn't have anything to do with the realization of

8      that --

9   A  No.

10  Q  -- phrase?                                                   09:38

11             MR. WICKHAM:  Objection, foundation, calls

12     for speculation.

13             MR. QUINN:  I don't know who would know if

14     he doesn't.

15  Q  (By Mr. Quinn)  Did you --                                   09:38

16             MS. CENDALI:  Well, there are a lot of

17     people.

18  Q  (By Mr. Quinn)  So would you work -- while you were

19     employed by Mattel, did you work for any other Mattel

20     competitor?                                                  09:38

21             MS. CENDALI:  Objection, mischaracterizes

22     his testimony.

23  A  Other than the things that I've already described about

24     doing for MGA, no.

25  Q  (By Mr. Quinn)  Are you aware of any Mattel employees       09:38

EXHIBIT 2

PAGE 87