CONFIDENTIAL                                                287

| | | | |
|---|---|---|---|
| 1 | | besides yourself who worked for MGA while employed by | 09:38 |
| 2 | | Mattel? | |
| 3 | | MR. WICKHAM:  Objection, mischaracterizes | |
| 4 | | the witness's testimony. | |
| 5 | A | I am not. | 09:38 |
| 6 | Q | (By Mr. Quinn)  Before signing your contract with MGA, did | |
| 7 | | you do any research or investigation or due diligence | |
| 8 | | regarding MGA? | |
| 9 | | MR. WICKHAM:  Objection, asked and answered. | |
| 10 | A | What do you mean by "due diligence"? | 09:39 |
| 11 | Q | (By Mr. Quinn)  Oh, it's one of these legalisms that we | |
| 12 | | lapse into.  Basically I'm just trying to find out whether | |
| 13 | | you did any investigation to find out more about the | |
| 14 | | company or tried to find out who they were, what their | |
| 15 | | history is, what their reputation was, what they did, any | 09:39 |
| 16 | | kind of investigation to learn about the company.  That's | |
| 17 | | what I mean. | |
| 18 | | MS. CENDALI:  Objection to form. | |
| 19 | A | I don't believe that I did, no. | |
| 20 | Q | (By Mr. Quinn)  Okay.  Suppose we'll look at some | 09:39 |
| 21 | | documents. | |
| 22 | A | Okay. | |
| 23 | Q | Could you identify for us the MJ -- MGA employee who came | |
| 24 | | up with the phrase "passion for fashion"? | |
| 25 | A | I believe his name is Charles O'Connor. | 09:40 |

EXHIBIT 2

PAGE 88

CONFIDENTIAL                                              288

```
 1                    (Pause in proceedings.)                    09:40
 2                MR. QUINN:  Madam Reporter, if it's okay
 3       with you, I'm just going to mark these with a number and
 4       then you can apply your stickers all at once at the end,
 5       if that's okay.                                          09:40
 6                COURT REPORTER:  Sure.
 7                MR. QUINN:  And we haven't allocated exhibit
 8       numbers in this case, have we, or have we?
 9                MR. WICKHAM:  We have not yet.
10                MR. QUINN:  So should we just start with 1,     09:41
11       start at the beginning?
12                MR. WICKHAM:  Sounds good to me.
13                MR. QUINN:  All right.  I'm going to ask the
14       reporter to mark as Exhibit 1 a multi-page document.
15                MR. WICKHAM:  Are you going to keep that one    09:41
16       or give it to the reporter?  What's your pleasure?
17                MR. QUINN:  I'll probably give it -- well,
18       let's see.  One, two, three.  You need those three, so I
19       will give it to the reporter.
20    Q   (By Mr. Quinn)  This is a multi-page document bearing   09:41
21       Bates numbers 26 -- Bryant 262 to 272.  I would ask you,
22       Mr. Bryant, to please take a look at this document that
23       we're marking as Exhibit 1, and my question for you, sir,
24       is whether you can identify this for us.
25                MR. WICKHAM:  Before we do so, the documents    09:41
```

EXHIBIT **2**

PAGE ___**89**___

CONFIDENTIAL                                              292

```
 1        what it was that you created for that meeting, so maybe      09:45
 2        you're going to tell me it was also 8 1/2 by 11 or maybe
 3        you're going to tell me it was much larger.  I'm just
 4        trying to find out the size of what -- what the original
 5        document was.                                                09:46
 6   A    I believe the size of the original document was this same
 7        size.
 8   Q    And was the original document --
 9                  MR. WICKHAM:  Just for clarity sake, when
10        the witness said the size of the folder was this size, he   09:46
11        was referring to Exhibit 1 and the 8 1/2 by 11 pages
12        included in Exhibit 1.
13   A    Right.
14   Q    (By Mr. Quinn)  Now, the original version of Exhibit 1
15        that you provided, was -- was it in color or it was in     09:46
16        black and white or what?
17   A    It was in color.
18   Q    And is it true, sir, that everything that we see here in
19        Exhibit 1 is your work product; is that true?
20   A    Yes.                                                        09:46
21   Q    Nobody else contributed to anything that's in here; is
22        that true?
23   A    That's -- the only thing that's here that anybody else
24        contributed to was Elise Cloonan had done up the logo on
25        her computer and I applied that on there.                   09:47
```

EXHIBIT 2

PAGE 89.001

CONFIDENTIAL                                              293

```
 1   Q   I see.  And did she do that on her computer at home or at          09:47
 2       work or what?
 3   A   I believe she did that on her computer at home.
 4   Q   Had somebody suggested to you that it would be a good
 5       thing to do to put this copyright notice on here?                  09:47
 6   A   No.
 7   Q   That was your idea?
 8   A   Yes.
 9   Q   Yesterday you described to us some original drawings that
10       you made back in 1998 and then some color drawings that           09:47
11       you created in 1999.  Can you -- these drawings that are
12       reflected in Exhibit 1, are these copies of one of those
13       two earlier sets?
14               MS. CENDALI:  Objection, mischaracterizes
15       his testimony.                                                     09:48
16   Q   (By Mr. Quinn)  You tell me.
17   A   What these are are the 1998 drawings that I had added
18       color to in 1999.
19   Q   So these -- all these drawings that we see here existed
20       before the year 2000?  There was nothing new that you             09:48
21       created here in 2000 for purpose of creating this Exhibit
22       1; is that true?
23   A   That's true.
24   Q   Was this -- you've got some text here and I would assume
25       that this was -- this document was, in some fashion,              09:48
```

EXHIBIT 2

PAGE 89.002

CONFIDENTIAL                                      295

```
 1                  MS. CENDALI:  Objection, asked and answered.    09:50
 2    A    Nothing.
 3    Q    (By Mr. Quinn)  So what was it that you put together?
 4                  MS. CENDALI:  Objection, asked and answered.
 5    A    This booklet.                                            09:50
 6    Q    (By Mr. Quinn)  Okay.  You're saying you just pulled
 7         together these different elements to create the booklet in
 8         2000?
 9    A    Yes.
10    Q    Did you -- this Bratz logo that appears on the first page 09:50
11         of Exhibit 1, you said that Elise came up with that; is
12         that true?
13    A    Are you talking about did she come up with the name or are
14         you just --
15    Q    No, no.  Just the logo.  I understand the name is your    09:50
16         idea.
17    A    Yes, she came up with the logo.
18    Q    Did you contribute to that at all?
19    A    No.
20                  (Pause in proceedings.)                         09:51
21    Q    (By Mr. Quinn)  Can you tell us which of the elements of
22         Exhibit 1 were created in 1999?
23                  MR. WICKHAM:  Objection, asked and answered.
24    A    Nothing was really created in 1999.  Everything existed.
25         The only thing that I did in 1999 was to add color to the 09:51
```

EXHIBIT ___2___

PAGE ___90___

CONFIDENTIAL                                    296

| | | |
|---|---|---|
| 1 | | drawings and type up this text. | 09:51 |
| 2 | | MR. QUINN:  Do we have another document to |
| 3 | | look at? |
| 4 | Q | (By Mr. Quinn)  I'll ask the reporter to mark as Exhibit 2 |
| 5 | | another set of drawings bearing Bates numbers Bryant 310 | 09:51 |
| 6 | | through 319.  Mr. Bryant, I've -- you've been handed a |
| 7 | | copy of Exhibit 2, and my question to you is whether you |
| 8 | | can identify this document. |
| 9 | A | Yes.  These were simply copies of the color renderings of |
| 10 | | the characters. | 09:52 |
| 11 | Q | That you created in 1999? |
| 12 | | MR. WICKHAM:  Objection, mischaracterizes |
| 13 | | the witness's testimony. |
| 14 | A | No.  I only added the color in 1999. |
| 15 | Q | (By Mr. Quinn)  And there's some handwriting on every | 09:52 |
| 16 | | page? |
| 17 | A | Yes. |
| 18 | Q | Is that your handwriting? |
| 19 | A | Yes. |
| 20 | Q | What was your purpose in writing those notes on these | 09:52 |
| 21 | | pages? |
| 22 | | MR. WICKHAM:  Objection, ambiguous, |
| 23 | | foundation. |
| 24 | A | I don't recall exactly. |
| 25 | Q | (By Mr. Quinn)  Do you recall when you made those notes on | 09:53 |

EXHIBIT 2
PAGE 91

CONFIDENTIAL                                        297

| | | | |
|---|---|---|---|
| 1 | | these pages? | 09:53 |
| 2 | A | I don't. | |
| 3 | | MR. QUINN:  By the way, Doug, do we have the | |
| 4 | | originals of any of these here yet?  I know Keith said he | |
| 5 | | was going to Federal Express some things. | 09:53 |
| 6 | | MR. WICKHAM:  I've got to sort through some | |
| 7 | | of them but they're in transit. | |
| 8 | | MR. QUINN:  Okay. | |
| 9 | Q | (By Mr. Quinn)  When did you put Exhibit 2 together? | |
| 10 | A | I don't really recall when I put this together. | 09:53 |
| 11 | Q | Can you narrow it down to a year?  2000, '99? | |
| 12 | A | I think it was in '99. | |
| 13 | Q | And do you recall for what purpose you put this together? | |
| 14 | A | I don't. | |
| 15 | Q | Was a computer used to put this together? | 09:54 |
| 16 | A | No. | |
| 17 | Q | We're done with Exhibit 2.  I'll ask the reporter to mark | |
| 18 | | as Exhibit 3 another set of drawings bearing Bates numbers | |
| 19 | | Bryant 222 through 234.  Can you identify Exhibit 3 for | |
| 20 | | us? | 09:55 |
| 21 | A | I think these are just more -- more of the same.  It looks | |
| 22 | | like the eveningwear fashions -- or some of the | |
| 23 | | eveningwear fashions were included in this -- in this | |
| 24 | | booklet. | |
| 25 | Q | So this is -- we're looking at a photocopy of a booklet | 09:55 |

EXHIBIT    2

PAGE    92

CONFIDENTIAL                                          298

1      you prepared?                                          09:55

2              MR. WICKHAM:  Objection, foundation,

3      mischaracterizes the witness's testimony.

4  A   No.  This is not a booklet that I put together.  This is

5      just -- these are just random copies.                 09:55

6  Q   (By Mr. Quinn)  All right.  So you don't identify this

7      particular collection of drawings as being part of some

8      particular booklet or collection that you put together for

9      a particular purpose?

10 A   No.                                                    09:56

11 Q   I see on the first page there's a date there in the lower

12     right, 8/1998.  Is that in your handwriting?

13 A   Yes.

14 Q   And do you recall when you added that date there?

15 A   I don't recall.                                        09:56

16 Q   Are these copies of the 1999 color versions?

17             MR. WICKHAM:  Objection, mischaracterizes

18     the witness's testimony.

19 A   As far as I can tell these are copies of the drawings that

20     were created in '98, color added in '99.  There's a couple  09:56

21     of drawings in here that were done in 2000.  Those were

22     the eveningwear kind of looks.

23 Q   (By Mr. Quinn)  Well, let's start with the first page.  As

24     near as you can tell is the first page a photocopy of the

25     color-added drawings, '99 drawings?                    09:57

EXHIBIT _____ 7

PAGE _____ 93

CONFIDENTIAL                                                    299

1   A   Yes.                                                        09:57

2   Q   And what is it that -- obviously we're looking at black

3       and white images here.

4   A   Yes.

5   Q   I mean, what is it that indicates to you that this is a    09:57

6       copy of color versions from '99?

7   A   I'm not sure I understand what you mean.

8   Q   We're looking at a black and white version --

9   A   Yes.

10  Q   -- which I understood you to say you thought was a copy --  09:57

11      a black and white copy of the color version.  Right?

12  A   Right.

13  Q   And my question to you is, looking at this black and white

14      version, what is it that makes you think that this is a

15      photocopy of the color version?                            09:57

16  A   Because of the shading and, you know, there's obvious

17      midtones in there.

18  Q   You do not recall -- or you did add this 8/1998?

19  A   Yes.

20  Q   You just don't recall when you added that?                 09:58

21              MS. CENDALI:  Asked and answered.

22  A   I don't recall.

23  Q   (By Mr. Quinn)  Do you recall for what purpose you added

24      it?

25  A   No, I don't.                                               09:58

EXHIBIT _____ 2 _____

PAGE _____ 94 _____

CONFIDENTIAL                                    300

| | | |
|---|---|---|
| 1 | Q | Can you even tell us what year you wrote that on there? | 09:58 |
| 2 | | MS. CENDALI:  Asked and answered. |
| 3 | A | I don't recall. |
| 4 | Q | (By Mr. Quinn)  I'm looking at the second page now that |
| 5 | | bears the number in the lower right 223. | 09:58 |
| 6 | A | Uh-huh. |
| 7 | Q | And we see we've got some text there about Zoe? |
| 8 | A | Uh-huh. |
| 9 | Q | Is that the same text -- does that same text appear in |
| 10 | | Exhibit 1? | 09:58 |
| 11 | | MR. WICKHAM:  Well, let's put Exhibit 1 in |
| 12 | | front of the witness. |
| 13 | Q | (By Mr. Quinn)  Is this new text that you -- or different |
| 14 | | text that you created at some other occasion? |
| 15 | A | No.  It's the same. | 09:59 |
| 16 | Q | So this is -- as I understand your testimony, this text |
| 17 | | relating to these dolls was created back in 1998 when you |
| 18 | | did the original sketches? |
| 19 | A | That's right. |
| 20 | Q | And I see also on this second page that's numbered 223 | 09:59 |
| 21 | | you've also got that 8/98 date written there.  Do you see |
| 22 | | that? |
| 23 | A | Yes. |
| 24 | Q | And, in fact, that date appears on some of the other pages |
| 25 | | in this particular collection as well. | 09:59 |

EXHIBIT  2

PAGE  95

CONFIDENTIAL                                    301

```
 1   A   Yes.                                                     09:59

 2   Q   And if I asked you the questions I asked you before about

 3       when you put that date on there and why you did it, your

 4       answers would be the same?

 5   A   Yes.                                                     09:59

 6   Q   That you just don't recall?

 7   A   I don't recall.

 8   Q   I'm going to guess about which was the evening -- I forgot

 9       what you called it.  Evening fashion?

10   A   Evening fashion.                                         10:00

11   Q   The one on -- the third one -- or the fourth one, 225, I'm

12       from Pasadena and that looks like a Rose Queen to me,

13       except for the bare midriff.  We wouldn't permit that, but

14       the evening fashion I would guess is 232, third to the

15       last page?                                               10:00

16               MR. WICKHAM:  Are you going to start with

17       225?

18               MR. QUINN:  No.  I'm looking at 232.

19   A   That was a rough sketch of page 225, actually.

20   Q   (By Mr. Quinn)  All right.  Why don't you tell me which    10:00

21       are the ones that you refer to as evening fashion since

22       I'm not going to be able to guess this.

23   A   225 --

24   Q   Okay.

25   A   -- 228 and 232 is a rough sketch of the 225.             10:01
```

EXHIBIT 2

PAGE 96

CONFIDENTIAL                                    302

```
 1   Q   All right.  So those are the ones that are the evening      10:01
 2       fashion --
 3   A   Yes.
 4   Q   -- in this collection?  And yesterday you told us that
 5       you -- you know, between your first meeting with the MGA   10:01
 6       representatives and your second meeting with the MGA
 7       representatives you created four additional evening
 8       fashion designs.  Do you recall telling us that?
 9                   MR. WICKHAM:   Objection, mischaracterizes
10       the witness's testimony.                                   10:01
11   A   No.  I think what I said was that I created them before
12       either of those meetings.
13   Q   (By Mr. Quinn)  All right.  You just added them to the
14       booklet?
15   A   Yes.                                                       10:01
16   Q   When did you create those evening fashion designs?
17   A   Those were created in 2000.
18   Q   And can you tell us when in 2000 they were created?
19   A   Sometime before the pitch.  I'm going to say maybe July.
20   Q   Can you tell us how many evening fashion designs in total 10:02
21       you created in the year 2000?
22   A   There were four.
23   Q   So we've got two of them here?
24   A   Yes.
25   Q   And a third, which is a prior rendering of one of the     10:02
```

EXHIBIT 2

PAGE 97

CONFIDENTIAL                                          303

| | | | |
|---|---|---|---|
| 1 | | other two? | 10:02 |
| 2 | A | Right. | |
| 3 | |       MR. QUINN:  Do you got anything else? | |
| 4 | Q | (By Mr. Quinn)  I said we're going to look at documents. | |
| 5 | | I'll ask the reporter to mark as Exhibit 4 another | 10:02 |
| 6 | | collection of drawings bearing Bates numbers Bryant 238 | |
| 7 | | through 261.  Can you identify Exhibit 4 for us? | |
| 8 | A | Yes.  These were drawings that I created after I had left | |
| 9 | | Mattel's employment.  Some of them were created in | |
| 10 | | December and some of them were created in January, I | 10:03 |
| 11 | | believe. | |
| 12 | Q | December 2000 and January 2001? | |
| 13 | A | Yes. | |
| 14 | Q | Is Exhibit 4 a -- is this a copy of a particular | |
| 15 | | collection of drawings that you created or are these just | 10:03 |
| 16 | | more random drawings from a certain time period? | |
| 17 | A | These are rather random drawings.  Some of them are | |
| 18 | | drawings that I had done for the package design.  Some of | |
| 19 | | them are drawings that I had done for a presentation that | |
| 20 | | Paula was giving. | 10:04 |
| 21 | Q | Paula was giving to who? | |
| 22 | A | I don't recall.  I think an internal sales meeting. | |
| 23 | Q | So you had different purposes in doing different of these | |
| 24 | | drawings? | |
| 25 | A | Yes. | 10:04 |

EXHIBIT _2_

PAGE _98_

CONFIDENTIAL                                         304

1    Q   Perhaps you could -- if you would, just page through this        10:04
2        and tell us as to each drawing what it was created for.
3    A   The first page was created for packaging art.  The second
4        page was created for this sales meeting, same with the
5        third page, same with the fourth page, same with the        10:04
6        fifth, same with the sixth, same with the seventh, same
7        with the eighth, same with the ninth.  The tenth was
8        created for packaging and the remainder of this booklet
9        was package drawings, packaging drawings.
10                   MR. QUINN:  Are we all done with this?        10:05
11                   MR. ZELLER:  Uh-huh.
12                   MR. QUINN:  Moving right along here.
13                   (Pause in proceedings.)
14                   MR. WICKHAM:  We've been going for an hour.
15       Do you want to take a break?        10:06
16                   MR. QUINN:  You know, if you would like to
17       take a break, that's fine.  Otherwise I'm prepared to do
18       this.  I'll just give you the copy and I'll read upside
19       down.  It's a good skill for a lawyer, actually.
20                   MR. WICKHAM:  Any possibility that we could        10:07
21       take a ten-minute break --
22                   MR. QUINN:  If you want to.
23                   MR. WICKHAM:  -- and run a quick copy?
24                   MR. QUINN:  If you want to, that's fine.  I
25       have no problem with that.

EXHIBIT   2
PAGE   29

CONFIDENTIAL                                    314

1    Q   154?

2    A   Yes.  This was -- this was a sketch for I think the Jade

3        doll.

4    Q   Can you tell whether -- whether these sketches are final

5        or near final or --                                        10:30

6    A   I think this was a near final sketch.

7    Q   And that's your handwriting along the left-hand side?

8    A   Yes.

9    Q   155, same time period, same activity?

10   A   Yes.                                                        10:30

11   Q   This one says final.

12   A   Yes.

13   Q   And what doll is this for?

14   A   That was for the Yasmin character.

15   Q   And 156?                                                    10:31

16   A   This is just a cleaned-up version of that final design.

17   Q   And your handwriting all along the left-hand side, sir?

18   A   Yes.

19   Q   157?

20   A   Same thing.  Just random sketches for -- for final         10:31

21       designs.

22   Q   Created in November or December?

23   A   Created in November or December, yes.

24   Q   Just making a wild guess here, these look like photocopies

25       of a page that actually had fabric swatches on it.         10:31

EXHIBIT   2

PAGE   100

CONFIDENTIAL                                          315

| | | | |
|---|---|---|---|
| 1 | A | Yes. | 10:31 |
| 2 | Q | Who came up with those swatches? | |
| 3 | A | I did. | |
| 4 | Q | Those were ideas for -- that you had for fabric to be used | |
| 5 | | in the clothes for the doll? | 10:31 |
| 6 | A | Yes. | |
| 7 | Q | 158? | |
| 8 | A | Same thing. | |
| 9 | Q | 159? | |
| 10 | A | Same thing. | 10:32 |
| 11 | Q | 160? | |
| 12 | A | Same thing. | |
| 13 | Q | Fabric swatches you came up with? | |
| 14 | A | Yes. | |
| 15 | Q | 161? | |
| 16 | A | Same thing. | |
| 17 | Q | 162? | |
| 18 | A | Same thing. | |
| 19 | Q | 163? | |
| 20 | A | These I think were actually a little bit earlier.  These | 10:32 |
| 21 | | were rough sketches that I had done for the evening | |
| 22 | | outfits from 2000. | |
| 23 | Q | So you did these while you were still employed by Mattel? | |
| 24 | A | Yes. | |
| 25 | Q | Can you place in time when it was that you created these? | 10:32 |

EXHIBIT 2
PAGE 101

CONFIDENTIAL                                                316

| | | | |
|---|---|---|---|
| 1 | A | I think maybe in July 2000. | 10:32 |
| 2 | Q | Is there something that caused you to create these in | |
| 3 | | July? | |
| 4 | A | I knew that the pitch meeting was coming up, and I thought | |
| 5 | | it might be good to have some eveningwear outfits to show | 10:33 |
| 6 | | in the group of drawings. | |
| 7 | Q | As of the time that you wrote these drawings -- I mean, | |
| 8 | | how long before the time that you created these drawings | |
| 9 | | was the pitch meeting set up? | |
| 10 | A | I don't recall. | 10:33 |
| 11 | Q | Can you give me an estimate? | |
| 12 | A | A couple of weeks, maybe. | |
| 13 | Q | So the pitch meeting was set up perhaps -- your best | |
| 14 | | recollection is a couple of weeks before you created these | |
| 15 | | drawings? | 10:33 |
| 16 | A | Yes, possibly. | |
| 17 | Q | And by "these drawings," we're referring to page 163? | |
| 18 | A | Yes. | |
| 19 | Q | Did the Bratz dolls end up having eveningwear? | |
| 20 | A | No, they did not. | 10:33 |
| 21 | Q | Didn't do an evening fashion version? | |
| 22 | A | No. | |
| 23 | Q | 164? | |
| 24 | A | That's kind of the same thing as the previous page.  It's | |
| 25 | | rough sketches for those eveningwear outfits. | 10:34 |

EXHIBIT 2

PAGE 102

CONFIDENTIAL                                        317

| | | | |
|---|---|---|---|
| 1 | Q | Created at the same time? | 10:34 |
| 2 | A | Yes. | |
| 3 | Q | And 165? | |
| 4 | A | This was a final design for a fashion pak for the original | |
| 5 | | release, and I believe this was done in December of 2000. | 10:34 |
| 6 | Q | What -- what is a fashion pak? | |
| 7 | A | Fashion pak was basically just a package that sold the | |
| 8 | | fashion only.  It didn't come with the doll. | |
| 9 | Q | I see.  And was this all your idea, 165, the Pajama Power | |
| 10 | | fashion pak? | 10:35 |
| 11 | A | Yes. | |
| 12 | Q | What is 166? | |
| 13 | A | This is more random sketches done in the November, | |
| 14 | | December time period. | |
| 15 | Q | Is that your handwriting on 166? | 10:35 |
| 16 | A | Yes. | |
| 17 | Q | 167? | |
| 18 | A | I believe these are the final designs of the backpacks for | |
| 19 | | the dolls. | |
| 20 | Q | And is this all your drawing? | 10:35 |
| 21 | A | Yes. | |
| 22 | Q | With your handwriting? | |
| 23 | A | Yes. | |
| 24 | Q | It's -- what time period was this created? | |
| 25 | A | I think this was in December of 2000. | 10:35 |

EXHIBIT 2

PAGE 103

318

| | | | |
|---|---|---|---|
| 1 | Q | And why -- why do you think that? | 10:35 |
| 2 | A | Because these were the final designs and the final designs | |
| 3 | | for the fashions weren't finished until December of 2000. | |
| 4 | Q | I see that there's a fax header on the top that says April | |
| 5 | | 10th, 2000, 7:57 a.m. -- | 10:35 |
| 6 | A | Yes. | |
| 7 | Q | -- page 3.  Do you see that? | |
| 8 | A | Yes. | |
| 9 | Q | Do you have any recollection or knowledge or information | |
| 10 | | you can share with us about this being faxed or the | 10:36 |
| 11 | | circumstances or -- | |
| 12 | A | I don't really remember, but if it had anything to do with | |
| 13 | | my fax machine at home, my fax machine was not set | |
| 14 | | correctly. | |
| 15 | Q | So if it was sent from your fax machine, the date on your | 10:36 |
| 16 | | machine wasn't set right? | |
| 17 | A | Right. | |
| 18 | Q | It was off by some -- by some number of months? | |
| 19 | A | Yes. | |
| 20 | Q | Do you know? | 10:36 |
| 21 | A | I don't -- I don't recall. | |
| 22 | Q | The -- | |
| 23 | | MR. QUINN:  Maybe counsel can tell us.  Has | |
| 24 | | some information been redacted from the fax header here? | |
| 25 | | It looks like there's -- it says from blank, fax number | 10:36 |

EXHIBIT   2

PAGE   104

CONFIDENTIAL                                    327

```
 1    Q   Let's look at 175.                                        10:48
 2    A   This is one of the very first drawings that I did of the
 3        Bratz in 1998.
 4    Q   So this is one of those that was on the tissue or thin
 5        paper?                                                    10:48
 6    A   I don't remember what kind of paper I used, but this was
 7        just a quick idea sketch.
 8    Q   So is this one of the drawings that you think you did that
 9        day that you drove by the high school?
10    A   I don't know if I did it that day or if I did it maybe the  10:48
11        day after.
12    Q   So pet?  What's the pet Dalmatian?
13    A   Oh, I was just writing down like ideas of, you know, if
14        she had a pet, what would it be.
15    Q   Uh-huh.  Okay.  176?                                      10:48
16    A   That was just another rough quick sketch from the 1998
17        period.
18    Q   177?
19    A   Same thing.
20    Q   178?                                                     10:49
21    A   This was also one of the first rough pose sketches that I
22        did that ultimately ended up being part of the group
23        drawing.
24    Q   Was this vintage 1998?
25    A   Yes.                                                     10:49
```

EXHIBIT 2

PAGE 105

CONFIDENTIAL                                    328

1    Q    And "pose sketch," what does that connote?                    10:49

2    A    Just showing the pose, how I wanted the figure to be

3         posed.

4    Q    179?

5    A    This was one of the very first -- this was one of the        10:49

6         drawings that I did on my notebook paper in 1998.

7    Q    All right.  Did you do the very, very first drawings on

8         notebook paper?

9    A    Yes, and that was one of them.

10   Q    Do you still have that original notebook?                     10:50

11   A    No, I don't.

12   Q    Do you know where that is?

13   A    I have no idea.

14   Q    You tossed it at some point?

15   A    More than likely.                                             10:50

16   Q    Could be in the Smithsonian now.

17   A    I doubt it.

18   Q    180?

19   A    This is the same thing.  This was from that very first set

20        of drawings that I did.                                       10:50

21   Q    Are these all from the same notebook?

22   A    Yes.

23   Q    181?

24   A    Same thing.  One of the very first drawings, the girls.

25   Q    182?                                                          10:51

EXHIBIT 2

PAGE 106

CONFIDENTIAL                                          329

```
 1    A    Same thing.  One of the very first drawings.              10:51

 2    Q    183?

 3    A    This was some of the original text that I had written that

 4         I later retyped that just kind of went through each girl's

 5         sort of look and personality.                             10:51

 6    Q    So you created this back in 1998?

 7    A    Yes.

 8    Q    Was that also in the notebook, also?

 9    A    I don't remember.  I don't think so.  I think this was

10         written on a separate piece of paper.                     10:51

11    Q    184?

12    A    I think this was more sketches from the November, December

13         2000 time period.

14    Q    185?

15    A    Same thing.                                                10:52

16    Q    186?

17    A    These were some of the 1998 pose drawings that I did for

18         the characters.

19    Q    187?

20    A    This was more just fashion sketches from the December --   10:52

21         November, December time period 2000.

22    Q    188?

23    A    Same thing.

24    Q    189?

25    A    This was a sketch that I had done in 1998.  I think I -- I  10:52
```

EXHIBIT     2

PAGE     107

CONFIDENTIAL                                    330

1      think I did that along with the -- let's see.  I did that        10:52
2      along with this 175.
3    Q  Was this in the notebook?  Or it looks like it wasn't on
4      lined paper.
5    A  No.  I think this was in different paper.                       10:53
6    Q  Do you still have any of these 1998 drawings, the
7      originals?
8    A  I don't know.
9    Q  When -- when did you last see them?
10   A  The originals?                                                  10:53
11   Q  Yes, sir.
12   A  I don't remember.
13   Q  You just don't know whether you threw them away or what
14      you did with them?
15   A  I don't know what I've done with them, no.                      10:53
16   Q  And the 1999 colored-in versions, the originals of those I
17      think you told us yesterday that MGA has?
18   A  As far as I know.
19   Q  Do you have any of your original drawings dating from 1998
20      or 1999?                                                        10:54
21   A  I think all of that has been turned over to the legal
22      counsel.
23   Q  So you did have some of them but you've given them to
24      counsel in connection with this case?
25   A  Yes.                          EXHIBIT ___2___                   10:54

                                      PAGE ___108___

CONFIDENTIAL                                            333

| | | |
|---|---|---|
| 1 | A | I think at the time of the creation. | 10:56 |
| 2 | Q | I can't really read the Bates number on this one.  It |
| 3 | | looks like it might be 195.  195.  It's just a face that |
| 4 | | says Val. |
| 5 | A | Yeah.  I had also concepted some boys in 1998 and this was | 10:57 |
| 6 | | one of the face concepts. |
| 7 | Q | 196? |
| 8 | A | This was a pose sketch from 1998. |
| 9 | Q | Does that relate to a boy? |
| 10 | A | No.  That's one of the girls. | 10:57 |
| 11 | Q | 197? |
| 12 | A | This was -- I had revised one of the group pictures, one |
| 13 | | of the group characters, and this was just a revision of |
| 14 | | the hairstyle and the shoe of one of the other characters. |
| 15 | Q | Okay.  So this is a revised hairstyle for Lupe and revised | 10:57 |
| 16 | | shoe for Jade? |
| 17 | A | Yes. |
| 18 | Q | And when was this created? |
| 19 | A | This was also created in '98. |
| 20 | Q | We have the date there of 8/27/99.  Is that in your | 10:58 |
| 21 | | handwriting? |
| 22 | A | Yes. |
| 23 | Q | Do you recall when you put that date on there? |
| 24 | A | I don't. |
| 25 | Q | Do you know why you put that date on there? | 10:58 |

EXHIBIT 2

PAGE 109

CONFIDENTIAL                                    334

1    A    I don't.                                                10:58
2    Q    Does the date August 27th, 1999, have any significance for
3         you?
4    A    No.
5    Q    Just draw a complete blank on that?                     10:58
6    A    I really do.
7    Q    198?
8    A    This was another pose drawing for the figures from 1998.
9    Q    199?
10   A    This was also one of the character drawings from 1998.  10:58
11   Q    200?
12   A    This was one of the group drawings that I had done in 1998
13        showing the poses together.
14   Q    201?
15   A    This was a drawing of one of the characters from 1998.  10:59
16   Q    202?
17   A    This was also a pose drawing from 1998.
18   Q    203?
19   A    This was a preliminary group drawing from 1998.
20   Q    204?                                                    10:59
21   A    Also a drawing from 1998 of one of the characters.
22   Q    205?
23   A    This was a very preliminary sketch that I had sort of done
24        for one of the boy's bodies in 1998.
25   Q    Did the boys idea go anywhere ever?                     10:59

EXHIBIT 2

PAGE 110

CONFIDENTIAL                                                      335

| | | | |
|---|---|---|---|
| 1 | A | Eventually, yes, we did the boys.  I think they were | 11:00 |
| 2 | | released in the fall of 2002. | |
| 3 | Q | But I take it -- I mean, in the meetings that you had | |
| 4 | | before you left Mattel, you didn't show any sketches of | |
| 5 | | boys? | 11:00 |
| 6 | A | No. | |
| 7 | Q | And 205 was created back in '98? | |
| 8 | A | Yes. | |
| 9 | Q | 206? | |
| 10 | A | Another drawing that was created in '98 of one of the | 11:00 |
| 11 | | characters. | |
| 12 | Q | 207? | |
| 13 | A | Another boy's face concept created in 1998. | |
| 14 | Q | 208? | |
| 15 | A | Another character drawing that was created in 1998. | 11:00 |
| 16 | Q | 209? | |
| 17 | A | This was a body and some hairstyles for the boys from '98. | |
| 18 | Q | 210? | |
| 19 | A | I think this is the same, the same picture.  Same thing. | |
| 20 | Q | Same as 209? | 11:01 |
| 21 | A | Yeah. | |
| 22 | | (Pause in proceedings.) | |
| 23 | Q | (By Mr. Quinn)  Yeah.  One's notarized and one isn't. | |
| 24 | A | Right. | |
| 25 | Q | Have any significance to you? | 11:01 |

EXHIBIT __2__

PAGE ___1/1___

CONFIDENTIAL                                          338

```
 1    Q    On this copy it was blocked out in part.  Is that how it    11:04
 2         appears to you?
 3    A    Yes.
 4    Q    216?
 5    A    These were some shoe sketches from '98.                      11:04
 6    Q    217?
 7    A    This was kind of showing an idea of how the removable hair
 8         feature might work.
 9    Q    When did you create this?
10    A    Back in '98.                                                 11:04
11    Q    218?
12    A    These were just some sketches for hairstyles.  I think
13         these were also created in '98.
14    Q    I'm going to reveal my ignorance now.  Do the Bratz dolls
15         have removable hair?                                         11:05
16    A    No, they don't.  That was -- after Mercedeh came on board
17         after October 20th we -- she really tried to make that
18         happen but it just wasn't working, so she ultimately made
19         the decision that we should move forward without that
20         feature.                                                     11:05
21    Q    Are you aware of any other dolls that had removable hair?
22    A    No.
23              MS. CENDALI:  And I reiterate that
24         particularly with someone here from Mattel that this
25         portion of the exam in particular is highly confidential.    11:05
```

EXHIBIT ___2___

PAGE ___1/2___

CONFIDENTIAL                                    339

```
1                 MR. QUINN:  That removable hair doesn't          11:05
2      work?
3                 MS. CENDALI:  I would hate to see it come
4      out on a Mattel doll next week.  Let's put it that way.
5      Or maybe I'd like it if it doesn't work.                   11:06
6                 MR. ZELLER:  If it doesn't work.
7   Q   (By Mr. Quinn)  So 218?
8   A   These were hairstyle ideas from the '98 period.
9   Q   Okay.  We have a jump in sequence here.  The next page is
10      220.                                                      11:06
11                MR. QUINN:  What happened to 219?
12                (Pause in proceedings.)
13  Q   (By Mr. Quinn)  Oh.  It wasn't a drawing.  Okay.  So the
14      next page in this exhibit is numbered 220.  Can you tell
15      us what that is?                                          11:06
16  A   Yes.  That's the colored version of one of the '98
17      characters.
18  Q   So this is one of those colored versions that you created
19      in 1999?
20  A   That I colored in 1999, yes.                              11:06
21  Q   And, again, this has got the date -- 1998 date on it which
22      you added?
23  A   Yes.
24  Q   But you don't know when you added it or why?
25  A   I don't recall, but the color was added in '99 based on   11:06
```

EXHIBIT _____2_____

PAGE _____113_____

CONFIDENTIAL                                                    340

```
 1      the '98 drawing.                                        11:07

 2   Q  221?

 3   A  This is one of the formalwear fashions that I had created

 4      in 2000.

 5   Q  This is one of the formalwear fashions that you created in  11:07

 6      anticipation of the first pitch meeting with MGA?

 7   A  Yes.

 8   Q  We have a break in sequence again to -- the next page is

 9      Number 235.

10   A  That is a preliminary sketch of the previous drawing that  11:07

11      we just looked at.

12   Q  And 236?

13   A  This was a preliminary sketch for one of those formalwear

14      fashions.

15   Q  Also created in 2000 in anticipation of the first MGA     11:07

16      pitch meeting?

17   A  Yes.

18   Q  237?

19   A  The same thing, one of the formalwear fashions created in

20      2000.                                                     11:08

21   Q  Then we have a break in sequence to 273.

22   A  This is a copy of one of the formalwear fashions that was

23      created in 2000.

24   Q  274?

25   A  Another of the formalwear fashions.                      11:08
```

EXHIBIT    2

PAGE    114

CONFIDENTIAL                                          341

1    Q   Created in 2000?                                    11:08

2    A   Created in 2000.

3    Q   In anticipation of the MGA pitch meeting?

4    A   Yes.

5    Q   275?                                                11:08

6    A   This is just another copy of one that we had just looked

7        at, 221.

8    Q   This is another one of the formalwear?

9    A   Yes.

10   Q   Things that you created in 2000?                    11:08

11   A   Yes.

12   Q   During your Mattel employment?

13   A   Yes.

14   Q   In anticipation of the first MGA pitch meeting?

15   A   Yes.                                                11:09

16   Q   276, same thing?

17   A   Yes.

18   Q   277?

19   A   This is a copy of one of the poses that I had created in

20       '98.  I believe this is what I gave to Margaret.   11:09

21   Q   That you gave to Margaret while you were employed by

22       Mattel to get her started on the sculpting?

23                   MS. CENDALI:   Objection, mischaracterizes

24       his testimony.

25   A   I'm not exactly sure when I gave this to her.       11:09

EXHIBIT   2

PAGE   115

CONFIDENTIAL                                                    393

| | | | |
|---|---|---|---|
| 1 | A | I think these were some suggestions that Paula had made | 12:49 |
| 2 | | for some SKU's that might -- that go -- that might go | |
| 3 | | along with the introduction of the dolls. | |
| 4 | Q | And do you recall when this was created? | |
| 5 | A | I don't. | 12:50 |
| 6 | Q | Are these some notes that you made as part of a | |
| 7 | | conversation that you had with Paula? | |
| 8 | A | Yes. | |
| 9 | Q | Do you recall whether this was before or after you left | |
| 10 | | Mattel? | 12:50 |
| 11 | A | After. | |
| 12 | Q | Then 330, what is this? | |
| 13 | A | This is a drawing of an idea that we had for a backpack | |
| 14 | | that the child who bought the dolls could actually wear. | |
| 15 | Q | And when did you do this? | 12:50 |
| 16 | A | I believe this was created in November or December. | |
| 17 | Q | And 331? | |
| 18 | A | This shows what that backpack might look like when it was | |
| 19 | | opened up, that it might be in a playset. | |
| 20 | Q | Also created in November or December? | 12:50 |
| 21 | A | Yes. | |
| 22 | Q | And then 332? | |
| 23 | A | I think these are just notes on the -- on the previous | |
| 24 | | page of what might come in that -- in that playset. | |
| 25 | Q | 333? | 12:51 |

EXHIBIT 2

PAGE 1/6

CONFIDENTIAL                                    394

```
 1   A   These look like actually some notes from a project that I      12:51
 2       worked on at Mattel.
 3   Q   And this is large angel?
 4   A   Yes.
 5   Q   That's the Mattel project?                                     12:51
 6   A   Yes.  I did a project that was -- I don't remember what it
 7       was called but it was a large-size Barbie as an angel.
 8   Q   Can you tell me what you did on that project?
 9   A   I created the fashion.  I created the look for the
10       hairstyle and the look for the face.                          12:51
11   Q   And can you explain what these notes mean here?
12   A   These were just notes to myself on, you know, what might
13       be elements of the doll.
14   Q   Can you explain them?
15   A   The shimmery hair stuff, I don't remember what that was.      12:52
16       Ken hair was just an idea to possibly use -- I guess they
17       used a different type of hair for Ken than they did for
18       Barbie.  Stained glass, I don't know.  That was just a --
19       just an idea.  17th/18th Century, that was just -- I was
20       just thinking of what time period the look might be           12:52
21       inspired by.  Empire waist look is just a note on how the
22       fashion might be cut.
23   Q   Do you recall when -- when you made these notes?
24   A   I don't.  I believe it was in '99.
25   Q   Okay.  334?                                                   12:53
```

EXHIBIT 2

PAGE 117

CONFIDENTIAL                                                 395

1   A   This is a sketch I made for a project for Mattel.        12:53

2   Q   Do you recall what the project was?

3   A   I believe it was a jewel-themed project.

4   Q   For Barbie?

5   A   Yes, for Barbie.                                          12:53

6   Q   Were these -- this -- these pages obviously come from

7       lined paper.

8   A   Yes.

9   Q   Was this from the same notebook that those Bratz materials

10      were in that we've been looking at?                      12:53

11              MR. WICKHAM:  Objection, lacks foundation,

12      calls for speculation.

13  A   I don't know.  I don't think so.

14  Q   (By Mr. Quinn)  Do you still have this original

15      notebook --                                              12:53

16              MR. WICKHAM:  Objection.

17  Q   (By Mr. Quinn)  -- that, for example, 334 came from?

18  A   Not to my knowledge.

19  Q   Did you keep copies, then, of the pages?  Is that why we

20      have a copy here?                                        12:53

21  A   I suppose or it came from the original notebook.  I don't

22      know.

23  Q   Whatever you had, you gave to your counsel?

24  A   Yes.

25  Q   You just don't remember if that was an original or a copy?  12:54

EXHIBIT  2
PAGE  114

CONFIDENTIAL                                        396

| | | | |
|---|---|---|---|
| 1 | A | That's right. | 12:54 |
| 2 | Q | 335, more of the same? | |
| 3 | A | More of the same. | |
| 4 | Q | 336; more of the same? | |
| 5 | A | More of the same, yes. | 12:54 |
| 6 | Q | As well as 337? | |
| 7 | A | Yes. | |
| 8 | Q | 338? | |
| 9 | A | Yes. | |
| 10 | Q | 339? | 12:54 |
| 11 | A | Yes. | |
| 12 | Q | 340? | |
| 13 | A | Yes. | |
| 14 | Q | 341, Jiminy Cricket. | |
| 15 | A | This is -- this is a drawing that I did -- I think this | 12:54 |
| 16 | | was from '98, a sketch for the Bratz. | |
| 17 | Q | Was this one of those first -- | |
| 18 | A | Yes.  This is from those first -- | |
| 19 | Q | -- first drawings? | |
| 20 | A | Yes. | 12:54 |
| 21 | Q | Does that come from the same notebook as the other early | |
| 22 | | 1998 drawings that are on lined paper comes from? | |
| 23 | | MR. WICKHAM;  Objection, lacks foundation, | |
| 24 | | calls for speculation. | |
| 25 | A | I don't recall. | 12:55 |

EXHIBIT 2

PAGE 119

CONFIDENTIAL                                                413

```
1    Q   And what use was made of this?                           02:48

2    A   I really don't know.  MGA was the one who created these,

3        simply used my artwork.

4    Q   And did you have a copy of this in your files?

5    A   I believe so.                                            02:49

6    Q   And did you create this for this particular purpose?  Did

7        you create this drawing for this particular invitation?

8    A   No.

9    Q   What purpose did you create it for?

10   A   This was created for packaging art.                      02:49

11   Q   All right.

12           MR. QUINN:  Next exhibit, Mr. Zeller?  It

13       would be a good idea to create a record of what it is, the

14       originals that have been provided.  I just wanted to make

15       sure our reporter had a complete set.                    02:50

16           MR. WICKHAM:  That's what I'm trying to do.

17           MR. QUINN:  Yeah.  Shall we set these over

18       here as the reporter stack?

19           MR. WICKHAM:  Why don't you leave them here

20       just so that -- in the event that the witness needs to   02:50

21       refer back to them?  I'll be able to facilitate that.

22           MR. QUINN:  Okay.  I'm all in favor of

23       facilitation.

24   Q   (By Mr. Quinn)  I'll hand you these documents and I'll

25       request that the reporter mark as Exhibit 8 some oversized  02:50
```

EXHIBIT _____

PAGE _____ /2 0

CONFIDENTIAL                                    414

```
 1     pages, multi-page document bearing Bates numbers MGA 455      02:50

 2     through 464.

 3            .        MR. WICKHAM:  Just for clarity of the

 4     record, so far every single exhibit that you've presented

 5     at the deposition consistently and entirely contains         02:51

 6     documents that have been marked as "attorney's eyes only"

 7     and should be treated as such by the court reporter and by

 8     all parties in connection with the deposition.

 9                     MR. QUINN:  I'm not sure that's true.

10                     MR. WICKHAM:  I take it back.               02:51

11                     MR. QUINN:  The last Exhibit 7 --

12                     MR. WICKHAM:  7 is not.

13                     MR. QUINN:  -- I just see "confidential" on

14     it.

15                     MR. QUINN:  Certainly what we're now marking 02:51

16     as Exhibit 8 is attorney's eyes only.

17  Q  (By Mr. Quinn)  And let me ask you, sir, if you can

18     identify this document for us.

19  A  These look like -- these look like copies of the color

20     copies -- or I should say the color drawings that I used   02:51

21     in the original pitch, the drawings that I created in

22     1998.

23  Q  And is this the actual size of the originals?

24  A  I believe it is.

25  Q  And I note again that on some of these we have the date of 02:52
```

EXHIBIT _2_

PAGE _121_

CONFIDENTIAL                                               415

| | | | |
|---|---|---|---|
| 1 | | 8/98.  Do you see -- | 02:52 |
| 2 | A | Yes. | |
| 3 | Q | Do you see that on some of those pages? | |
| 4 | A | Yes. | |
| 5 | Q | Again, it's my understanding that you do not recall when | 02:52 |
| 6 | | you put that on there or why you put that on there.  Is | |
| 7 | | that true? | |
| 8 | A | I don't recall exactly. | |
| 9 | Q | Well, I mean, do you recall generally when you put it on | |
| 10 | | there? | 02:52 |
| 11 | | MR. WICKHAM:  Objection, asked and answered. | |
| 12 | A | I don't. | |
| 13 | | MR. QUINN:  Do you have something on that, | |
| 14 | | Mr. Zeller? | |
| 15 | A | Should I put these in this pile here (indicating)? | 02:52 |
| 16 | | MR. QUINN:  Are those going to be yours or | |
| 17 | | the reporter's? | |
| 18 | | MR. WICKHAM:  The reporter's. | |
| 19 | | MR. QUINN:  Okay.  Because I've been giving | |
| 20 | | mine to the reporter. | 02:53 |
| 21 | | MR. WICKHAM:  Oh. | |
| 22 | | MR. QUINN:  The reporter's going to have | |
| 23 | | surplus of -- | |
| 24 | | MR. WICKHAM:  You didn't give her an Exhibit | |
| 25 | | 5 because you didn't have an Exhibit 5. | 02:53 |

EXHIBIT _____ 2

PAGE _____ 122

CONFIDENTIAL                                      416

```
1    Q    (By Mr. Quinn)  Okay.  Some have dates, some don't?  Some      02:53
2         of the pages have dates and some of them don't have dates.
3         Is there any rhyme or reason to that?
4                   MR. WICKHAM:  Are you asking questions about
5         Exhibit 8?                                                     02:53
6                   MR. QUINN:  I am, sir.
7                   MR. WICKHAM:  Well, let's put Exhibit 8 in
8         front of the witness, see what he's referring to.
9                   MR. QUINN:  If you would facilitate that, I
10        would appreciate it.                                           02:53
11   A    I don't know why some have dates and some don't.
12   Q    (By Mr. Quinn)  Did -- Mr. Bryant, sir, did you have a
13        practice about when you put dates on drawings and when you
14        didn't?
15                  MR. WICKHAM:  Objection, overbroad, vague,           02:54
16        ambiguous.
17   A    No, not really.
18                  MR. WICKHAM:  That's yours.
19                  MR. QUINN:  I don't want any.  Next in
20        order?                                                         02:54
21   Q    (By Mr. Quinn)  Okay.  I'll ask the reporter to mark as
22        Exhibit 9 documents bearing Bates numbers MGA 465 through
23        481.
24   A    These look like more of the same.
25   Q    Let me -- let me ask the question first.                       02:55
```

EXHIBIT 2

PAGE  123

CONFIDENTIAL                                              417

1   A   I'm sorry.                                                    02:55

2           MR. WICKHAM:  Actually, let's put a clip up

3   here, and I would ask the witness to please review the

4   documents (indicating).

5           MR. QUINN:  That's a good practice.                       02:55

6   Q   (By Mr. Quinn)  And my question is, as you anticipated, is

7   going to be, what is this?  You have to go to law school

8   to think of questions like this, Mr. Bryant.

9           MR. WICKHAM:  Do you want to go page by

10  page?                                                             02:55

11          MR. QUINN:  Well, maybe it won't be

12  necessary.  Maybe he's going to tell me this is the same

13  thing we just looked at but maybe he's going to say

14  there's some differences and then we'll go look at the

15  differences.                                                      02:55

16  A   This is basically the same at the beginning.  I'd say

17  document 465 through 474 are basically the same documents

18  that we just reviewed.

19  Q   (By Mr. Quinn)  It's the same as Exhibit 8 that we just

20  looked at, in other words?                                        02:56

21  A   Yes.

22  Q   And then after 474 what do we have?

23  A   This first drawing is one of the formalwear drawings that

24  was done in 2000.

25  Q   That's 475?                                                   02:57

EXHIBIT  2

PAGE  124

CONFIDENTIAL                                                418

| | | |
|---|---|---|
| 1 | A | Yes.  476 is the same.  477 is the same.  478 I think is | 02:57 |
| 2 | | another version of another -- I think it was another color |
| 3 | | version of Number 472. |
| 4 | Q | So when did you create 478? |
| 5 | A | The actual drawing itself was created in 1998, while the | 02:58 |
| 6 | | color was applied in 1999. |
| 7 | Q | So when you applied the color, you created two different |
| 8 | | colored versions of that particular character? |
| 9 | A | Yes. |
| 10 | Q | All right.  And then we have 479. | 02:58 |
| 11 | A | I think this was a drawing that I had done at Paula's |
| 12 | | request for some meeting that she was having showing the |
| 13 | | piece count of the doll. |
| 14 | Q | Do you recall when you did this? |
| 15 | A | I don't recall exactly.  I think maybe November of -- | 02:58 |
| 16 | Q | 2000? |
| 17 | A | -- 2000.  Yes. |
| 18 | Q | Is that your handwriting that's on 479? |
| 19 | A | Yes. |
| 20 | Q | And then 480 looks familiar. | 02:59 |
| 21 | A | This looks like copies of the original 1998 face designs. |
| 22 | Q | 481 looks familiar. |
| 23 | A | Yes.  It looks like a copy of the body that was designed |
| 24 | | in 1998. |
| 25 | Q | If you look at the second page, 466 -- | 02:59 |

EXHIBIT _____ 2

PAGE _____ 125

CONFIDENTIAL                                           419

1   A   Yes.                                                              02:59

2   Q   -- you'll see above the year, 8/1998, there's a C in a

3       circle.

4   A   Yes.

5   Q   And I think if -- if I'm not mistaken, if you look at            02:59

6       Exhibit 8, a copy of that, which is the second page, 456

7       does not have that C in the circle.  Do you see that?

8   A   Yes.

9   Q   Did you put that C in the circle on 466?

10  A   I don't think so.                                                03:00

11  Q   What is it that leads you to believe that you did not add

12      that?

13  A   I'm sorry?

14  Q   What is it that leads you to believe that you did not add

15      that?                                                           03:00

16  A   I just don't think there would have been any particular

17      reason for me to have added that.

18  Q   Do you have any knowledge as to how that C came to be on

19      there?

20  A   No, I don't.                                                    03:00

21  Q   And then below that there's a stamp and a signature, which

22      doesn't appear in the copies in Exhibit 8.

23  A   Okay.

24  Q   It says, all rights assigned to ABC International Traders,

25      et cetera.  Do you see that?                                    03:00

EXHIBIT      2

PAGE    126

CONFIDENTIAL                                    420

| | | | |
|---|---|---|---|
| 1 | A | Yes. | 03:00 |
| 2 | Q | Do you have any idea, you know, when that was added or | |
| 3 | | why? | |
| 4 | A | I do not. | |
| 5 | Q | Had you ever seen a copy of this drawing with that stamp | 03:00 |
| 6 | | on it before this case? | |
| 7 | A | Not to my recollection. | |
| 8 | Q | Under that there's a notation that says contract date | |
| 9 | | 9/18/00.  Do you see that? | |
| 10 | A | Yes. | 03:01 |
| 11 | Q | That's not your handwriting? | |
| 12 | A | No, it is not. | |
| 13 | Q | Do you have any idea how that came to be added? | |
| 14 | A | I do not. | |
| 15 | Q | If I asked you the same questions about the other drawings | 03:01 |
| 16 | | that have that stamp and signature on it and a couple of | |
| 17 | | them also have the little C in the circle -- | |
| 18 | A | Uh-huh. | |
| 19 | Q | -- would your answers be the same? | |
| 20 | A | Yes, they would. | 03:01 |
| 21 | Q | That is to say, you don't know anything about how or when | |
| 22 | | or why those were added? | |
| 23 | A | That's right. | |
| 24 | Q | Down on 477 -- | |
| 25 | A | Okay. | 03:02 |

EXHIBIT       2

PAGE       127

CONFIDENTIAL                                        421

```
 1    Q    -- the date there is -- it says June 2000?            03:02

 2    A    June 2000.  Okay.

 3    Q    Does the date June 2000, as far as you're concerned,

 4         relate to this drawing in some way?

 5    A    That could have been the month that I created it.  I'm not   03:02

 6         sure.  I didn't write that in there.

 7    Q    I think you did tell us that in anticipation of the

 8         pitch -- first pitch meeting with MGA you created some of

 9         these evening fashion designs?

10    A    Yes.                                                   03:02

11    Q    And that might have been when you did it?

12                    MR. WICKHAM:  Objection, lacks foundation,

13         calls for speculation.

14                    MS. CENDALI:  Asked and answered,

15         mischaracterizes his testimony.                        03:02

16    Q    (By Mr. Quinn)  June of 2000 might have been when you --

17         when you created these fashion designs --

18                    MR. WICKHAM:  Objection.

19                    MS. CENDALI:  Objection, mischaracterizes

20         his testimony, asked and answered.                     03:02

21    Q    (By Mr. Quinn)  -- for eveningwear?

22    A    I'm not sure when I created these.  It was sometime in

23         anticipation of the meeting.

24    Q    All right.  But does -- other than the fact that these

25         were created -- these eveningwear designs were created   03:03
```

EXHIBIT 2

PAGE 128

CONFIDENTIAL                                          494

## DEPONENT'S SIGNATURE PAGE

RE:  Mattel, Inc., vs. Carter Bryant, et al.
     Carter Bryant vs. Mattel, Inc.
     Case No. CV 04-9059 DDP (AJWx)
     Deposition taken on November 5, 2004

        I do hereby certify that the foregoing is a true and

correct transcript of the deposition in the foregoing-styled

and numbered cause, and I now sign the same as true and

correct, with the exception of the corrections which I have

noted on the correction sheet provided.

_____
                CARTER BRYANT


        Subscribed and sworn to before me this 2nd day of

_____Mrch_____, 200$5$.


_____
                Notary Public


My Commission Expires:

_Dec. 31, 2008_                

EXHIBIT      2

PAGE      129

CONFIDENTIAL                                              495

## NOTARIAL CERTIFICATE

STATE OF MISSOURI      )
                       )  ss.
COUNTY OF GREENE       )


    I, Sherrie L. Hunt, Certified Court Reporter, and Notary Public within and for the State of Missouri, do hereby certify that on November 5, 2004, pursuant to Notice, the above witness, CARTER BRYANT, was by me first duly sworn to testify the truth, the whole truth, and nothing but the truth in the case aforesaid; and that the deposition by him was reduced to writing by me in stenotype, and thereafter transcribed by me, and is fully and accurately set forth in the preceding pages; that presentment by me to the witness for signature was waived; and that the deposition will be thereafter by the witness read, signed, and sworn to on or before the date of trial.

    I do further certify that I am not related to, nor attorney for, nor employed by any of the said parties, nor otherwise interested in the event of said action.


> Sherrie L Hunt
> Notary Public
> Greene County
> State of Missouri
> My Commission Expires May 17, 2005

                              Sherrie L. Hunt
                              Certified Court Reporter
                              C.C.R. Number 1027
                              Notary Public


My commission expires:  May 17, 2005


Costs:  To Plaintiff and Cross-Defendant $1,344.45
        To Defendants and Cross-Complainant $430.85


          COURT REPORTERS OF THE MIDWEST, INC.
                    P.O. Box 4282
          Springfield, MO 65808 (417) 889-2079

EXHIBIT __2__
PAGE __130__

**Confidential: Subject to Protective Order**

CORRECTIONS TO THE DEPOSITION OF

CARTER BRYANT

VOLUME II

_____

RE:    Mattel, Inc., vs. Carter Bryant, et al.
       Carter Bryant vs. Mattel, Inc.
       Case No. CV 04-9059 NM (RNBx)
       Deposition taken on November 5, 2004

Page/Line                    Change Requested

346:6                        Delete: Yes, I believe I did." Insert: "I am not sure."

422:14                       Add: "or August." after "June."

EXHIBIT _____ 2

PAGE _____ 131

**EXHIBIT  3**

CONFIDENTIAL                                    497

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA


MATTEL, INC., a Delaware corporation, )   CASE NO.
                                      )   CV 04-9059 DDP (AJWx)
                 Plaintiff,           )
                                      )
         vs.                          )
                                      )
CARTER BRYANT, an individual, and     )
DOES 1 through 10, inclusive,         )
                                      )
                 Defendants.          )
_____ )
CARTER BRYANT, on behalf of himself,  )
all present and former employees of   )
Mattel, Inc., and the general public, )
                                      )
                 Cross-Complainant,   )
                                      )
         vs.                          )
                                      )
MATTEL, INC., a Delaware corporation, )
                                      )
                 Cross-Defendant.     )


VOLUME III
THE VIDEOTAPED DEPOSITION OF CARTER BRYANT,
produced, sworn, and examined on Monday, November 8, 2004,
at 10:27 a.m. of that day, pursuant to Notice to Take
Deposition at the University Plaza, Executive Boardroom,
333 South John Q. Hammons Parkway, in the City of Springfield,
County of Greene, State of Missouri, before Sherrie L. Hunt,
Certified Court Reporter, and Notary Public, in a certain
cause now pending in the United States District Court for the
Central District of California, wherein the parties are as
above set forth; taken on behalf of the Plaintiff and
Cross-Defendant.


COURT REPORTERS OF THE MIDWEST, INC.
P.O. Box 4282
Springfield, MO 65808 (417) 889-2079

EXHIBIT ____3____

PAGE ____/32____

CONFIDENTIAL                                        498

## A P P E A R A N C E S

For Plaintiff and              MR. JOHN B. QUINN
Cross-Defendant:               MR. MICHAEL T. ZELLER
                               MS. TANIA KREBS
                               Quinn, Emanuel, Urquhart,
                                 Oliver & Hedges
                               865 South Figueroa Street
                               10th Floor
                               Los Angeles, California 90017

For Defendants and             MR. DOUGLAS A. WICKHAM
Cross-Complainant:             Littler Mendelson
                               2049 Century Park East
                               5th Floor
                               Los Angeles, California 90067

Also Present:              ** Ms. Dale M. Cendali
                           ** Mr. Michael Moore

Videotaped by:                 Mr. Donald Gifford
                               Mr. Donald Gifford, II
                               1528 East Glenwood
                               Springfield, Missouri 65804

** Not continuously present.

## I N D E X

WITNESS:  CARTER BRYANT                          Page
Direct Examination (Cont.) By Mr. Quinn .........   500
Notarial Certificate and Costs ..................   727

                              *  *  *

ANSWERS REQUESTED TO BE MARKED:     PAGE     LINE
                                    646       4
                                    646      15

Phonetic spelling:  (Ph.)
Exactly as stated:  (Sic)

EXHIBIT __3_____

PAGE _____/ɔɔ_____

CONFIDENTIAL                                              630

```
 1        have a name that you gave to it at that time?            02:27

 2    A   I don't recall.

 3    Q   Eventually did you give that character a name?

 4              MS. CENDALI:  Objection, assumes facts not

 5        in evidence.                                              02:27

 6    A   I think eventually I gave it a name.

 7    Q   (By Mr. Quinn)  And what was that?

 8    A   I think it was Lupe.

 9    Q   From the very -- from the first conception were the Bratz

10        characters of different ethnicities?                     02:27

11    A   Yes.

12    Q   Did you see high school kids of different ethnicities when

13        you first saw these kids on that occasion at the Kickapoo

14        school?

15    A   I don't recall.                                          02:27

16    Q   One way or the other?

17    A   No.

18    Q   Did you ever discuss -- did you ever discuss the -- what

19        you've told us this occasion where you saw these kids, the

20        origin of your idea for the Bratz dolls, with anyone other 02:28

21        than your attorneys?

22    A   I don't remember.  I may have.

23    Q   As you sit here right now you just don't recall one way or

24        the other?

25    A   I don't.                                                 02:28
```

EXHIBIT ____3____

PAGE ____134____

CONFIDENTIAL                                    631

| | | |
|---|---|---|
| 1 | Q | Okay.  Let's go back and -- I think we've gotten -- | 02:28 |
| 2 | | MR. QUINN:  Have we gotten a better copy of |
| 3 | | Exhibit 20 -- 25? |
| 4 | | MR. ZELLER:  (Complies with request). |
| 5 | | MR. QUINN:  With everybody's consent maybe | 02:28 |
| 6 | | we can substitute this larger copy as Exhibit 25. |
| 7 | | MR. WICKHAM:  Mark it as 25A. |
| 8 | | MR. QUINN:  Okay.  25A. |

| | | |
|---|---|---|
| 9 | Q | (By Mr. Quinn)  Marking as 25A a marginally enlarged copy |
| 10 | | of 25.  You told me -- we were going through the events | 02:29 |
| 11 | | leading up to your becoming employed at Mattel on the |
| 12 | | second occasion and you told me that somebody sent you an |
| 13 | | offer letter. |
| 14 | A | Yes. |
| 15 | Q | And when -- after you received that letter did you -- what | 02:29 |
| 16 | | was your next communication with anybody at Mattel? |
| 17 | | MR. WICKHAM:  We examined that entire course |
| 18 | | of events extensively on Friday.  Objection, asked and |
| 19 | | answered. |
| 20 | Q | (By Mr. Quinn)  Your turn. | 02:29 |
| 21 | A | I don't remember. |
| 22 | Q | What was the next contact you had with Mattel that you do |
| 23 | | remember after you received the offer letter? |
| 24 | A | I think that I -- I think that I spoke with Lynne Robinson |
| 25 | | or I left her a message.  I don't recall whether it was | 02:30 |

EXHIBIT _____3_____

PAGE _____135_____

CONFIDENTIAL                                      632

| | | |
|---|---|---|
| 1 | | left on her answering machine or whether I spoke to her in |
| 2 | | person. |
| 3 | Q | But basically to say that you were accepting the offer? |
| 4 | A | Yes. |
| 5 | Q | What was the next contact you had with anybody at Mattel? |
| 6 | A | I don't recall. |
| 7 | Q | What's the next one that you do recall? |
| 8 | A | The next contact that I recall was going in on my first |
| 9 | | day back to work. |
| 10 | Q | At the design center? |
| 11 | A | Yes. |
| 12 | Q | At some point as part of your being rehired at Mattel were |
| 13 | | you asked to sign some forms and documents relating to |
| 14 | | your employment? |
| 15 | A | Yes. |
| 16 | Q | And when was that? |
| 17 | A | I don't recall exactly.  I think it was the day of the |
| 18 | | orientation. |
| 19 | Q | So you went through another orientation similar to the one |
| 20 | | you had gone through during your first employment with |
| 21 | | Mattel? |
| 22 | A | Yes. |
| 23 | Q | When was that orientation the second time around in |
| 24 | | relation to your first day at work? |
| 25 | A | I don't recall. |

02:30
02:30
02:30
02:31
02:31
02:31

EXHIBIT ___3___

PAGE ___136___

CONFIDENTIAL                                        633

1    Q   Was it your recollection that you had actually been          02:31
2        working there for some period of time before you had the
3        second orientation?
4    A   Again, I don't recall.  It could have been.
5    Q   You just have no idea whether the second orientation took   02:31
6        place on your first day of work during your second stint
7        at Mattel or some number of days or weeks later?
8    A   I don't -- I don't recall.
9    Q   Do you recall who conducted the second orientation?
10   A   No, I don't.                                                 02:31
11   Q   Do you actually have a recollection of the second
12       orientation?
13   A   I have a very hazy recollection of it.
14   Q   Do you recall how many presenters there were, people --
15       persons leading the orientation?                            02:32
16   A   I believe it was just one.
17   Q   And again was this something that took better part of a
18       morning or most of the day or how long did it take?
19   A   I believe it took -- I believe it took the better part of
20       the day.                                                    02:32
21   Q   Did they cover basically the same topics that they had
22       covered in the first orientation?
23   A   Basically they covered benefits and things like that, yes.
24   Q   How many people were in the room?
25   A   Probably about the same number, about 15 or 20.             02:32

EXHIBIT ____3____

PAGE ____137____

CONFIDENTIAL                                    634

```
 1    Q   As in the first orientation, do you have a recollection        02:32
 2        that there was a package of documents that was passed out?
 3    A   I believe so, yes.
 4    Q   Did this include information on benefits?
 5    A   Yes.                                                            02:33
 6    Q   Did it include an employee handbook?
 7    A   Yes.
 8    Q   Some forms for you to sign?
 9    A   Yes.
10    Q   Any agreements for you to sign?                                 02:33
11    A   I believe so, yes.
12    Q   Do you recall what those agreements were?
13              MS. CENDALI:   Asked and answered.
14    A   The only agreement that I can remember signing at that
15        time was some sort of confidentiality agreement.              02:33
16    Q   (By Mr. Quinn)  The confidentiality agreement, did you
17        actually sign it during the course of the meeting?
18    A   I believe so.
19    Q   So when you left the orientation you left behind a signed
20        copy?                                                          02:33
21    A   I'm not sure.  I don't recall.
22    Q   Well, do you think you might have signed it and taken it
23        with you?
24    A   I don't recall.
25    Q   So you just don't know whether you signed it during that       02:33
```

EXHIBIT 3

PAGE 138

1    meeting or not?                                              02:33

2  A    No.

3  Q    My statement's correct?

4  A    Yes.

5  Q    I take it you really don't have a recollection of when you    02:34

6       signed this confidentiality agreement?

7  A    I don't.

8  Q    And you have no recollection of ever signing -- focusing

9       still on your second period of employment at Mattel.  You

10      don't have any recollection of ever signing any other        02:34

11      agreement with Mattel other than this confidentiality

12      agreement?

13              MS. CENDALI:  Objection to the reference to

14      "this."  He didn't specify what -- it mischaracterizes his

15      testimony to the extent you're referring to Exhibit 25A.      02:34

16      There's been no testimony on that.

17  Q    (By Mr. Quinn)  I'm referring to the -- whatever

18      confidentiality agreement you signed.  You have no

19      recollection of signing any agreement with Mattel other

20      than the confidentiality agreement that you signed during     02:34

21      the second period of your employment with Mattel?

22  A    That's true.

23  Q    Who did you -- who was your supervisor during the second

24      period of your employment with Mattel?

25  A    I answered that question yesterday.                          02:35

EXHIBIT ___3___

PAGE ___139___

CONFIDENTIAL                                                  636

```
 1    Q   Who was it?                                              02:35

 2    A   Ann Driskill.

.3    Q   Okay.  And did she remain your supervisor during the

 4        entire period?

 5    A   Yes.

 6                MS. CENDALI:  Asked and answered.

 7    A   Yes, she did.

 8    Q   (By Mr. Quinn)  Can you give me some examples of -- just

 9        like you did this morning for the first period.  Give me

10        some examples of projects that you worked on in your      02:35

11        second period of your employment.

12                MR. WICKHAM:  Objection, asked and answered.

13    A   I worked on a Jewel series.  I worked on a Hollywood

14        Barbie series.  I worked on a Garden of the Fairy -- or

15        Fairy of the Garden project.  I worked on a project of    02:35

16        elements, specifically fire.  I worked on a Swan Barbie.

17        I worked on many, many, many projects.

18    Q   (By Mr. Quinn)  Are those, the ones you've listed, the

19        only ones that you can recall right now?

20    A   I also worked on -- let's see.  I worked on a doll called 02:36

21        the Grand Entrance doll.  I worked on a series of dolls

22        based on Greek mythology, Greek and Roman mythology.  I

23        worked on a Mermaid doll.  I worked on a Flower series

24        doll -- or, I'm sorry, a series of Flower dolls.

25    Q   All you can remember right now?                          02:36
```

EXHIBIT ___3___

PAGE ___140___

CONFIDENTIAL                                         637

1    A   Right at this point, yes.                             02:36

2                (Pause in proceedings.)

3    Q   (By Mr. Quinn)  Did you ever work on any project with a

4        woman by the name of Kitty Black Perkins?

5    A   During my first stint of employment, yes.            02:37

6    Q   Which project was that?

7    A   I don't recall the exact name of the project, but I think

8        the theme was something to do with fruit.

9    Q   Okay.  All right.  You recall that being during the first

10       period of your employment and not the second period of   02:38

11       your employment?

12   A   Yes.

13   Q   So to the best of your recollection you never worked with

14       her during the second period of your employment; is that

15       true?                                                 02:38

16   A   Not to my recollection.

17   Q   Did you work with anybody in main line during the second

18       period of your employment?

19              MR. WICKHAM:  Objection, vague, ambiguous.

20   Q   (By Mr. Quinn)  Do you know what I mean by "main line"?  02:38

21   A   Yes.

22   Q   Did you work with anybody in main line during the second

23       period of your employment?

24   A   No.

25   Q   Would you take a look at Exhibit 25A, please, and I'm    02:39

EXHIBIT _____3_____

PAGE _____141_____

CONFIDENTIAL                                    638

```
 1       going to read to you some language from the first              02:39
 2       paragraph.  It says, I acknowledge that Mattel, Inc., the
 3       company, operates in a competitive environment.  Do you
 4       understand that?
 5                       MR. WICKHAM:  Objection, ambiguous, lacks       02:39
 6       foundation.
 7    Q  (By Mr. Quinn)  And that it enhances its opportunities to
 8       exceed (sic) by establishing certain policies.  Do you
 9       understand that?
10                       MS. CENDALI:  Objection, time frame,            02:39
11       relevance.
12    A  I understood the first part of the sentence.  I'm not sure
13       I understand the second part.
14    Q  (By Mr. Quinn)  The part that I just read?
15    A  Yes.                                                            02:39
16    Q  Where I said "and that it enhances its opportunities to
17       succeed by establishing certain policies"?  Excuse me.
18       You don't understand that part?
19    A  I'm not sure that I do, no.
20    Q  Are there particular words there that you don't               02:40
21       understand?
22    A  Just the way the words are grouped together.
23    Q  Is there a particular phrase or passage there or
24       combinations of words --
25                       MS. CENDALI:  Objection, calls for --          02:40
```

EXHIBIT _____3_____

PAGE _____142_____

CONFIDENTIAL                                        639

```
 1   Q   (By Mr. Quinn)  -- that you --
 2              MS. CENDALI:  -- a legal conclusion.
 3   Q   (By Mr. Quinn)  -- that you don't understand?
 4              MS. CENDALI:  Objection, asked and answered,
 5       calls for a legal conclusion, time frame.              02:40
 6   A   I just don't understand that sentence.
 7   Q   (By Mr. Quinn)  It says -- it goes on.  The next sentence,
 8       it says this agreement is designed to make clear that.  Do
 9       you understand that much?
10   A   Yes.                                                    02:40
11   Q   And then one little I, I will maintain the confidentiality
12       of the company's trade secrets.  Do you understand that?
13              MR. WICKHAM:  Objection.  To the extent that
14       you have an understanding of this language or this
15       document based on advice of counsel, I instruct you not to  02:40
16       respond.
17   A   Well, then I'm not going to respond.
18   Q   (By Mr. Quinn)  Is it true that you have no understanding
19       of this sentence that I just read other than what your
20       attorneys have told you?                               02:41
21              MS. CENDALI:  Asked and answered.
22   A   Yes.
23   Q   (By Mr. Quinn)  Okay.  Second item, it says I will use
24       those trade secrets for the exclusive benefit of the
25       company.                                               02:41
```

EXHIBIT ___3___

PAGE ___143___

CONFIDENTIAL                                    640

```
 1              MR. WICKHAM:  Objection.  Go ahead.          02:41

 2              MR. QUINN:  Thank you.

 3    Q   (By Mr. Quinn)  Do you understand that sentence?

 4              MR. WICKHAM:  Objection, attorney-client

 5    privilege.  To the extent that your understanding is based   02:41

 6    upon advice of counsel, I instruct you not to respond.

 7              MS. CENDALI:  And I also object as to form

 8    and the ability to parse phrases and words in an overall

 9    legal document.

10    Q   (By Mr. Quinn)  Your turn.                          02:41

11    A   I'm not going to respond to that.

12    Q   You have no understanding of what that means except for

13    what your attorneys have told you?

14    A   Yes.

15    Q   Are there particular words there that you find confusing  02:42

16    or not intelligible?

17              MS. CENDALI:  Objection to form.  Objection,

18    mischaracterizes his testimony.

19    Q   (By Mr. Quinn)  Your turn.

20              MR. WICKHAM:  Objection, attorney-client      02:42

21    privilege.  To the extent that you have an understanding

22    of any of these terms based on -- of these terms or this

23    sentence based on advice of counsel, I instruct you not to

24    respond.

25    Q   (By Mr. Quinn)  And the question is whether there's   02:42
```

EXHIBIT ___3___

PAGE ___144___

CONFIDENTIAL                                        645

| | | | |
|---|---|---|---|
| 1 | A | Uh-huh. | 02:47 |

1   A   Uh-huh.

2   Q   My question to you there is, are there any words there

3       that you did not understand without the aid of counsel?

4   A   There are not any words that I didn't understand.  I just

5       didn't understand the way they were put together without     02:47

6       the aid of counsel.

7   Q   Was it your understanding, sir, that in this first

8       paragraph we've been reading from at the time you signed

9       this that you were making certain promises to Mattel?

10                  MR. WICKHAM:  Objection, asked and answered.      02:48

11                  MS. CENDALI:  Objection, mischaracterizes

12      his testimony.  He's already plainly testified that he did

13      not --

14                  MR. QUINN:  Are you going to tell him how

15      you want him to testify now, Counsel?                         02:48

16                  MS. CENDALI:  Yes, because it's misleading.

17      When a witness answers -- when a witness answers that he

18      doesn't even remember signing a document and then a lawyer

19      then says -- ignores that and asks him the question, you

20      know, presupposing that he does remember signing, I don't    02:48

21      think that's proper.  You have to at a minimum lay your

22      foundation.

23   Q  (By Mr. Quinn)  Sir, addressing your attention to the

24      first paragraph there, when you signed this did you

25      understand that you were making certain promises to          02:48

EXHIBIT _____3_____

PAGE _____145_____

CONFIDENTIAL                                                    646

```
 1        Mattel?                                                    02:48

 2              MR. WICKHAM:  Objection, mischaracterizes

 3        the document.

 4   A    I did not understand this document at all.  I don't even

 5        remember reviewing it.  I don't remember signing it.  I   02:48

 6        don't remember being given a chance to take it home and

 7        look at it.  I don't remember having the chance to have a

 8        lawyer look at it.  I didn't understand it.  I was simply

 9        told sign this agreement so that you can start work and I

10        needed a job.                                             02:49

11   Q    (By Mr. Quinn)  And specifically you didn't have any

12        understanding as to the first paragraph as to whether or

13        not you were making promises; is that true?

14              MS. CENDALI:  Asked and answered.

15   A    I did not understand the first paragraph or any other     02:49

16        paragraphs on this page.

17              MR. WICKHAM:  Could the reporter please mark

18        that -- those two prior responses.  We may need to come

19        back to them.

20   Q    (By Mr. Quinn)  Next in order would be Exhibit 26.  We    02:49

21        marked as Exhibit 26 a one-page document Bates number

22        M 1621.  Mr. Bryant, is this your signature on this

23        document?

24   A    Yes.

25   Q    And you dated this January 4, '98?                        02:50
```

EXHIBIT ___3___

PAGE ___146___

CONFIDENTIAL                                    647

1    A    Yes.                                                          02:50

2    Q    Does it seem to you that this is one of the documents that

3         you received at the time of that orientation that you told

4         us about?

5              MR. WICKHAM:  Objection, asked and answered.            02:50

6    A    I believe it was.

7    Q    (By Mr. Quinn)  Do you believe that you received this

8         document at the same time you received that last one that

9         we just looked at, Exhibit 25A?

10             MS. CENDALI:  Objection, mischaracterizes               02:50

11        his testimony.

12   A    I don't recall.

13   Q    (By Mr. Quinn)  The reason I ask that is I note they're

14        both dated the same date.

15   A    Oh.                                                          02:50

16             MR. WICKHAM:  Actually, you may want to look

17        at the two documents more carefully, Counsel.

18             MR. QUINN:  Well, let's see.

19             (Pause in proceedings.)

20   Q    (By Mr. Quinn)  Does it seem to you -- I mean, back          02:51

21        January 4th, 1998, were you working for Mattel then?

22   A    No.  That was misdated.

23   Q    Does it seem to you that both of these documents should

24        probably be dated January 4, 1999?

25             MR. WICKHAM:  Objection, lacks foundation,              02:51

EXHIBIT ___3___

PAGE ___147___

CONFIDENTIAL                                        648

| | | | |
|---|---|---|---|
| 1 | | calls for speculation. | 02:51 |
| 2 | A | They should have both been dated '99, yes. | |
| 3 | Q | (By Mr. Quinn)  Exhibit 26, did you read that document | |
| 4 | | before you signed it? | |
| 5 | A | I believe I glanced through the first part of it and | 02:51 |
| 6 | | answered the yes or no questions. | |
| 7 | Q | And did you have -- do you recall having any difficulty in | |
| 8 | | understanding this document? | |
| 9 | | MR. WICKHAM:  At the time in '99? | |
| 10 | | MR. QUINN:  Yes. | 02:51 |
| 11 | A | I don't recall. | |
| 12 | Q | (By Mr. Quinn)  One way or the other? | |
| 13 | A | One way or the other. | |
| 14 | Q | In that last paragraph just before the signature it | |
| 15 | | says -- and I quote -- I also agree to notify my superior | 02:52 |
| 16 | | immediately of any changes in my situation that would | |
| 17 | | cause me to answer any of the above questions differently, | |
| 18 | | closed quote.  Do you see that? | |
| 19 | A | No, I don't. | |
| 20 | Q | It's just above the signature. | 02:52 |
| 21 | A | Okay. | |
| 22 | Q | Here (indicating).  It's the second to last sentence. | |
| 23 | | Begins at the right-hand side, I would -- "I also agree to | |
| 24 | | notify." | |
| 25 | A | Okay.  Uh-huh. | 02:52 |

EXHIBIT ___3___

PAGE ___148___

CONFIDENTIAL                                                    649

| 1 | Q | Do you see that? | 02:52 |

1    Q    Do you see that?                                           02:52

2              MR. WICKHAM:   Which line is that on?

3              MR. QUINN:   It begins at the end of the

4    second line.  Do you want me to show you?

5              MR. WICKHAM:   Just is it --                          02:52

6              MR. QUINN:   "I also agree to notify."

7              MR. WICKHAM:   Okay.  I'm having the same

8    problems with this document as the other because it looks

9    like this particular exhibit has been reduced in size, but

10   I'll trust that your eyesight is better than mine.          02:53

11   Q    (By Mr. Quinn)  Do you see what I'm referring to?

12   A    Yes, I do.

13   Q    Quote, I also agree to notify my superior immediately of

14   any changes in my situation that would cause me to answer

15   any of the above questions differently, closed quote.  Do    02:53

16   you see that, sir?

17   A    Yes.

18   Q    Did you understand that at the time you signed this --

19   A    No.

20   Q    -- that -- that sentence?                               02:53

21   A    No.

22   Q    Do you understand it now?

23              MR. WICKHAM:   Objection, attorney-client

24   privilege.  To the extent your understanding now is based

25   on advice of counsel, I instruct you not to respond.        02:53

EXHIBIT ___3___

PAGE ___149___

CONFIDENTIAL                                           650

1    A    I don't understand it now either.                    02:53

2    Q    (By Mr. Quinn)  Do you have any understanding of that

3         sentence which is not based on what your attorneys have

4         told you?

5              MS. CENDALI:  Asked and answered.  He said       02:53

6         he doesn't understand it.

7    A    I don't understand these -- I don't understand that

8         sentence.

9    Q    (By Mr. Quinn)  Okay.  So even putting aside what your

10        attorneys told -- putting aside what your attorneys told  02:53

11        you, you have no understanding of that sentence, correct?

12             MR. WICKHAM:  Objection, asked and answered.

13        Could the reporter please read back the witness's last

14        response.

15   Q    (By Mr. Quinn)  Is that true?  You don't understand it?   02:54

16             MR. WICKHAM:  Would the reporter please read

17        back the witness's prior response.

18             COURT REPORTER;  ANSWER:  I don't understand

19        that sentence.

20   Q    (By Mr. Quinn)  With or without the help of lawyers, you   02:54

21        have no understanding of the sentence; is that true?

22             MR. WICKHAM:  Objection, asked and answered.

23        Instruct the witness not to respond with regard to any

24        understanding that you received from counsel.

25   A    I don't understand that sentence at all.              02:54

EXHIBIT   3

PAGE      150

1              MR. QUINN:  Actually, that question just                    02:54

2     called for a yes or no answer and it doesn't call for any

3     attorney-client communications.

4  Q   (By Mr. Quinn)  I mean, the question is, with or without

5     the benefit of legal advice, it's true that you have no           02:55

6     understanding of what that means?

7              MR. QUINN:  He can tell me, yes, I

8     understand it, and then we've closed the loop.  We

9     understand his understanding is based solely on what               02:55

10    counsel has told him.  That's the end of inquiry, but you          02:55

11    really can't tell him that he can't answer the question I

12    posed.

13             MS. CENDALI:  Counsel --

14             MR. QUINN:  It does not --

15             MR. WICKHAM:  Wait.  Wait.  Counsel --

16             MR. QUINN:  It does not -- it does not get

17    into the substance of any confidential communication.

18             MR. WICKHAM:  Time-out, Counsel.  He

19    answered the question.  Okay.  I gave him an instruction.

20    He answered your question.  Please move on.                        02:55

21             MR. QUINN:  What I'm trying to find out is

22    whether there is anything behind the invocation of

23    privilege, whether he has an understanding with the advice

24    of counsel.

25             MS. CENDALI:  Could you please read back               02:55

EXHIBIT _____3_____

PAGE _____/5/_____

CONFIDENTIAL                                          655

1    Q    (By Mr. Quinn)  Okay.  Mr. Bryant, you've written in here          02:59

2         on the -- I assume this is in your handwriting where

3         you've got explanations for your answers to 4 and 5.  Do

4         you see that?

5    A    Yes.                                                               02:59

6    Q    And you've written in here some -- a reference to

7         Ashton-Drake.  Do you see that?

8    A    Yes.

9    Q    Why did you put that information in there?

10   A    I felt like it was pertinent to the questions that were           03:00

11        being asked on 4 and 5.

12   Q    And did you have a -- okay.  I understand.  I mean, did

13        you think that Mattel had a legitimate interest in asking

14        you about any activities you had had with a competitor?

15              MS. CENDALI:  Objection to form.                             03:00

16              MR. WICKHAM:  Objection, relevance,

17        ambiguous.  I don't see that even in the document here.

18   Q    (By Mr. Quinn)  Your turn.

19              MS. CENDALI:  Legal conclusion.

20   A    I don't understand your question.                                  03:00

21   Q    (By Mr. Quinn)  You see question 5?

22   A    Yes.

23   Q    It says "have you" and then it's relatives, et cetera, et

24        cetera, acted for any Mattel competitor in any capacity.

25        I've obviously taken out a lot of material in the middle           03:01

EXHIBIT ___3___

PAGE _____/52_____

CONFIDENTIAL                                          656

| | | |
|---|---|---|
| 1 | | of that sentence. | 03:01 |
| 2 | A | Yes. |
| 3 | Q | Did you think that Mattel had a legitimate interest in |
| 4 | | asking you whether you had ever acted for a Mattel |
| 5 | | competitor? | 03:01 |
| 6 | | MR. WICKHAM:  Objection, ambiguous, lacks |
| 7 | | foundation, calls for a legal conclusion. |
| 8 | | MS. CENDALI:  Form. |
| 9 | A | I don't know.  I just answered the question to the best of |
| 10 | | my ability. | 03:01 |
| 11 | | (Pause in proceedings.) |
| 12 | Q | (By Mr. Quinn)  When you answered these questions, did you |
| 13 | | feel like you understood them at the time? |
| 14 | | MS. CENDALI:  Asked and answered. |
| 15 | | MR. WICKHAM:  Objection, foundation, asked | 03:02 |
| 16 | | and answered. |
| 17 | A | To the best of my recollection I felt like I answered |
| 18 | | these yes and no questions.  I mean, I felt like I |
| 19 | | understood these yes and no questions. |
| 20 | | (Pause in proceedings.) | 03:02 |
| 21 | Q | (By Mr. Quinn)  What is it about Ashton-Drake that made it |
| 22 | | a competitor of Mattel in your own understanding? |
| 23 | | MS. CENDALI:  Objection, foundation, form, |
| 24 | | assumes facts not in evidence. |
| 25 | A | I didn't really know if Ashton-Drake was a competitor.  I | 03:02 |

EXHIBIT ___3___

PAGE ___153___

CONFIDENTIAL                                          657

| | | |
|---|---|---|
| 1 | | was just divulging the information that I thought I was | 03:02 |
| 2 | | being asked. | |
| 3 | Q | (By Mr. Quinn)  And you thought you were being asked about | |
| 4 | | activities with competitors? | |
| 5 | A | Yes. | 03:02 |
| 6 | Q | So you thought that Ashton-Drake was a competitor? | |
| 7 | | MR. WICKHAM:  Objection, asked and answered. | |
| 8 | | MS. CENDALI:  Objection, mischaracterizes | |
| 9 | | his testimony. | |
| 10 | A | I'm not sure that I thought that or that I knew that but I | 03:02 |
| 11 | | was just divulging that information. | |
| 12 | | (Pause in proceedings.) | |
| 13 | Q | (By Mr. Quinn)  I'll ask the reporter to mark as Exhibit | |
| 14 | | 27 a one-page document bearing Mattel M 1604.  Let me just | |
| 15 | | ask you, Mr. Bryant, if this is -- this document bears | 03:03 |
| 16 | | your signature. | |
| 17 | A | Yes. | |
| 18 | Q | Is this a document that you signed on the last day of your | |
| 19 | | employment at Mattel? | |
| 20 | A | To the best of my recollection, yes. | 03:03 |
| 21 | Q | Did you read this document before you signed it? | |
| 22 | A | I don't recall. | |
| 23 | Q | One way or the other? | |
| 24 | A | One way or the other. | |
| 25 | Q | Do you have a recollection that you had an understanding | 03:04 |

EXHIBIT ___3___

PAGE ___154___

1      for speculation, assumes facts not in evidence as to the   03:41

2      existence or nonexistence of a practice.

3  A   I don't know that I have a practice of that sort.

4  Q   (By Mr. Quinn)  Did you have a practice one way or another

5      as to whether or not you understand agreements before you   03:41

6      sign them?

7            MR. WICKHAM:  Objection.

8            MR. QUINN:  I'm asking if he has a practice.

9      You objected on that ground.

10  Q   (By Mr. Quinn)  Do you have a practice --   03:41

11            MS. CENDALI:  Asked and answered.

12  Q   (By Mr. Quinn)  -- as to whether or not you understand

13      agreements before you sign them?

14            MS. CENDALI:  Asked and answered.

15  A   I don't know that I -- that I do.   03:41

16  Q   (By Mr. Quinn)  Do you have any understanding, sir, as to

17      what project this agreement which we've marked as Exhibit

18      29 relates to?

19            MR. WICKHAM:  Objection, foundation.

20            MS. CENDALI:  Calls for a legal conclusion.   03:42

21  A   I don't.

22  Q   (By Mr. Quinn)  Sir, did you discuss this confidentiality

23      agreement with Victoria O'Connor?

24  A   I don't remember.

25  Q   Did you discuss it with anybody at MGA?   03:42

EXHIBIT _____3_____

PAGE _____155_____

CONFIDENTIAL                                    680

```
1    A    I don't remember.                                      03:43
2    Q    Do you recall the circumstances under which you signed
3         this agreement?
4              MS. CENDALI:  Asked and answered.
5    A    I don't recall.                                        03:43
6    Q    (By Mr. Quinn)  Do you recall where you were when you
7         signed it?
8    A    I don't.
9    Q    Do you recall how the agreement first came into your
10        possession?                                            03:43
11   A    I don't recall.
12             MR. QUINN:  Satisfied?
13   Q    (By Mr. Quinn)  Okay.  30.  Mr. Bryant, we'll ask the
14        reporter to mark as Exhibit 30 what appear to be a series
15        of E-mails or letters bearing Bates numbers Bryant 0200  03:44
16        through -- I'm sorry, 01200 through 01203, and if we look
17        first at the first page, Mr. Bryant, is this a copy of the
18        letter that you sent to a Mr. Kinuyo at Universal?
19             MR. WICKHAM:  Objection, foundation, calls
20        for speculation.                                       03:44
21   A    To the best of my recollection, yes.
22             MR. WICKHAM:  Are you going to be asking him
23        about the entire document?
24             MR. QUINN:  Why?
25             MR. WICKHAM:  Are you going to answer my          03:44
```

EXHIBIT _____3_____

PAGE _____15 6_____

CONFIDENTIAL                                         681

```
 1     question?                                                    03:44
 2                    MR. QUINN:  No.
 3                    MR. WICKHAM:  Mr. Bryant, before you answer
 4     any questions about the document, I'd ask that you please
 5     review it.                                                   03:45
 6                    (Pause in proceedings.)
 7                    MR. QUINN:  That question would be asked and
 8     answered, Mr. Zeller.  I refuse to ask the same question
 9     again.
10                    (Pause in proceedings.)                       03:45
11  Q  (By Mr. Quinn)  So, Mr. Bryant, does reading this document
12     refresh your recollection that as of September 18th, 2000,
13     you were working with MGA Entertainment?
14                    MR. WICKHAM:  Objection, lacks foundation,
15     mischaracterizes the witness's testimony.                    03:46
16  A  No, I was not working with MGA at the time.  I was simply
17     trying to provide a connection.
18  Q  (By Mr. Quinn)  And is there -- what you wrote to Mr.
19     Kinuyo -- or maybe that's his first name.
20  A  I think it was a woman, actually.                            03:46
21  Q  Ms.
22  A  Ms.
23  Q  When you wrote to -- let's just say Kinuyo.
24  A  Uh-huh.
25  Q  What you wrote is, quote, the company I am working with is  03:46
```

EXHIBIT ___3___

PAGE ___157___

CONFIDENTIAL                                    726

### DEPONENT'S SIGNATURE PAGE

RE:  Mattel, Inc., vs. Carter Bryant, et al.
     Carter Bryant vs. Mattel, Inc.
     Case No. CV 04-9059 DDP (AJWx)
     Deposition taken on November 8, 2004


        I do hereby certify that the foregoing is a true and

correct transcript of the deposition in the foregoing-styled

and numbered cause, and I now sign the same as true and

correct, with the exception of the corrections which I have

noted on the correction sheet provided.

                        _____
                               CARTER BRYANT


        Subscribed and sworn to before me this __2nd__ day of

__March_____, 20 05 .


                        _____
                               Notary Public


My Commission Expires:

__Dec. 31, 2008__




EXHIBIT ___3___

PAGE ___158___

CONFIDENTIAL                                                727

## NOTARIAL CERTIFICATE

STATE OF MISSOURI          )
                           )  ss.
COUNTY OF GREENE           )


    I, Sherrie L. Hunt, Certified Court Reporter, and
Notary Public within and for the State of Missouri, do
hereby certify that on November 8, 2004, pursuant to Notice,
the above witness, CARTER BRYANT, was by me first duly sworn
to testify the truth, the whole truth, and nothing but the
truth in the case aforesaid; and that the deposition by him
was reduced to writing by me in stenotype, and thereafter
transcribed by me, and is fully and accurately set forth in
the preceding pages; that presentment by me to the witness for
signature was waived; and that the deposition will be
thereafter by the witness read, signed, and sworn to on or
before the date of trial.

    I do further certify that I am not related to, nor
attorney for, nor employed by any of the said parties, nor
otherwise interested in the event of said action.


```
Sherrie L Hunt
Notary Public
Greene County
State of Missouri
My Commission Expires May 17, 2005
```

Sherrie L. Hunt
Certified Court Reporter
C.C.R. Number 1027
Notary Public


My commission expires:  May 17, 2005


Costs:   To Plaintiff and Cross-Defendant $1,243.65
         To Defendants and Cross-Complainant $420.00



COURT REPORTERS OF THE MIDWEST, INC.
P.O. Box 4282
Springfield, MO 65808 (417) 889-2079


EXHIBIT ___3___

PAGE ___159___

CONFIDENTIAL                                              728

CORRECTIONS TO THE DEPOSITION OF

CARTER BRYANT

VOLUME III

RE:  Mattel, Inc., vs. Carter Bryant, et al.
     Carter Bryant vs. Mattel, Inc.
     Case No. CV 04-9059 DDP (AJWx)
     Deposition taken on November 8, 2004

| Page | Line | Change Requested and Reason |
|------|------|------------------------------|
|      |      |                              |
|      |      |                              |
|      |      |                              |
|      |      |                              |
|      |      |                              |
|      |      |                              |
|      |      |                              |
|      |      |                              |
|      |      |                              |
|      |      |                              |
|      |      |                              |
|      |      |                              |
|      |      |                              |

_____(Date)_____          ___CARTER BRYANT___

EXHIBIT ___3___
PAGE ___160___

**EXHIBIT 4**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION


CARTER BRYANT, an individual,

      Plaintiff,

   vs.

MATTEL INC., a
Delaware Corporation,

      Defendant.

No. C04-09049 SGL (RNBx)
Consolidated with
No. CV 04-09059
CV 05-2727

CERTIFIED
COPY

_____

AND CONSOLIDATED ACTIONS.
_____


HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

VIDEOTAPED DEPOSITION OF CARTER BRYANT

San Francisco, California

Wednesday, January 23, 2008

Volume 4


Reported by:
JODI L. BOSETTI
CSR No. 11316, RPR

JOB No. 81227


EXHIBIT _____4_____

PAGE _____161_____

1              UNITED STATES DISTRICT COURT
              CENTRAL DISTRICT OF CALIFORNIA
2                    EASTERN DIVISION

3

4    CARTER BRYANT, an individual,

5            Plaintiff,

6        vs.                    No. C04-09049 SGL (RNBx)
                                Consolidated with
7    MATTEL INC., a             No. CV 04-09059
     Delaware Corporation,          CV 05-2727

8            Defendant.

9

10   _____

12   AND CONSOLIDATED ACTIONS.
     _____

13

14

15           Deposition of CARTER BRYANT, Volume 4, taken

16   on behalf of Mattel, Inc., at 50 California Street,

17   22nd Floor, San Francisco, California, beginning at

18   12:05 p.m. and ending at 3:33 p.m., on Wednesday,

19   January 23, 2008, before JODI L. BOSETTI, Certified

20   Shorthand Reporter No. 11316.

21

22

23

24                    EXHIBIT _____4_____

25                    PAGE _____162_____

                                                    730

```
 1    APPEARANCES:
 2
 3    For Mattel Corporation:
 4           QUINN, EMANUEL, URQUHART, OLIVER & HEDGES
              BY:   JOHN QUINN
 5                  BRIDGET A. HAULER
                    MICHAEL T. ZELLER
 6           Attorneys at Law
             865 S. Figueroa Street, 10th Floor
 7           Los Angeles, California 90017-2543
             (213) 443-3000
 8
 9    For Carter Bryant:
10           KEKER & VAN NEST LLP
             BY:   MATTHEW M. WERDEGAR
11                  REBEKAH PUNAK
             Attorneys at Law
12           710 Sansome Street
             San Francisco, California 94111-1704
13           (415) 391-5400
14
      For MGA Corporation:
15
             SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
16           BY:   MICHELLE M. CAMPANA
             Attorney at Law
17           Four Times Square
             New York 10036-6522
18           (212) 735-3000
19
      Videographer:
20
             RAY TYLER
21           SARNOFF COURT REPORTERS AND LEGAL
             TECHNOLOGIES
22           450 Sansome Street, Suite 1550,
             San Francisco, California 94111
23           (415) 274-9977
24
25
```

EXHIBIT _____4_____

PAGE _____163_____

731