1        THE VIDEOGRAPHER:  13, YEAH.

2        MR. WERDEGAR:  OKAY.  I DON'T THINK I HAVE ANY

3   OTHER QUESTIONS FOR YOU AT THIS TIME.

4          MS. CLOONAN, THANK YOU SO MUCH.

5        THE DEPONENT:  OKAY.                          07:18:37

6        MR. ZELLER:  I HAVE MORE QUESTIONS.

7

8                FURTHER EXAMINATION

9   BY MR. ZELLER:

10       Q.    DO YOU HAVE ANY PERSONAL KNOWLEDGE AS     07:18:44

11   TO -- WELL, LET ME ASK THIS:  DID YOU COME UP WITH

12   THE NAME TOON TEENS?

13       A.    NO.

14       Q.    DID YOU -- WERE YOU THERE WHEN PEOPLE

15   CAME UP WITH THE NAME TOON TEENS?                  07:18:54

16       A.    DEBBIE CAME UP WITH THE NAME TOON TEENS.

17       Q.    DEBBIE HASTEY?

18       A.    YES.  TOON TEENS.

19       Q.    AND WERE YOU THERE AT THAT TIME?

20       A.    YES.                                     07:19:03

21       Q.    WAS THAT PART OF A BRAINSTORMING SESSION?

22       A.    I DON'T THINK SO.  BECAUSE WE WERE

23   CALLING IT LILY PADS FOR THE LONGEST TIME.

24       Q.    ARE THERE OTHER NAMES THAT YOU REMEMBER

25   BEING USED IN CONNECTION WITH TOON TEENS OR LILY   07:19:18

EXHIBIT ____ 17

PAGE ____ 347

319

1   YOU PROVIDE PREVIOUSLY AS TO PERSONAL REASONS THAT

2   YOU HAVE FOR THINKING THAT SHE'S CONFUSED OR HAS A

3   BAD MEMORY?

4        A.   SHE DOES STUFF LIKE THAT A LOT.

5        Q.   WHAT ELSE?                              07:23:54

6        A.   THE TIME -- THE HOUSES THAT SHE BUYS, THE

7   CARS THAT SHE BUYS.  SHE RETURNED A CAR AND LOST SO

8   MUCH MONEY ON IT.  SHE'S -- SHE HAS TO CONSTANTLY

9   MOVE INTO A NEW HOUSE EVERY TWO YEARS.  I MEAN,

10  SELL AND BUY A NEW ONE.                           07:24:13

11       Q.   ANYTHING ELSE?

12       A.   JUST -- YOU KNOW, JUST STUFF LIKE THAT.

13       Q.   ANY OTHER SPECIFIC EXAMPLES?

14       A.   FORGETTING SHE DOESN'T KNOW HOW TO GET

15  FROM ONE PLACE TO ANOTHER.  SHE GETS LOST CON- --   07:24:28

16  SHE CALLS ME CONSTANTLY, BECAUSE SHE'S LOST AND

17  NEEDS TO KNOW HOW TO GET SOMEWHERE.

18       Q.   ANY OTHER SPECIFICS?

19       A.   NOT OFF THE TOP OF MY HEAD, NO.

20       Q.   THAT'S ALL YOU CAN THINK OF?            07:24:43

21       A.   UH-HUH.

22            THAT'S NOT ENOUGH?

23       Q.   BUT MY QUESTION IS:  IS THERE ANYTHING

24  ELSE?

25       A.   NO.                                     07:24:51

324



EXHIBIT ___A___

PAGE ___398___

```
 1        Q.    YOU TALKED ABOUT HOW CASSIDY ASKED YOU IF

 2   YOU KNEW WHETHER OR NOT CARTER BRYANT HAD

 3   INVOLVEMENT WITH BRATZ.

 4        A.    YES.

 5        Q.    DO YOU RECALL THAT?                        07:25:18

 6        A.    YES.

 7        Q.    AND WHAT DID YOU TELL HER?

 8        A.    I SAID, "CARTER AND I DON'T TALK ABOUT

 9   WORK.  I DON'T KNOW WHAT HE DID FOR A FACT."

10        Q.    AND IS THAT THE SAME ANSWER THAT YOU GAVE  07:25:23

11   TO EVERYONE ELSE THAT YOU MENTIONED:  ROXANNA, BILL

12   GREENING, LILY, BILL MARTINEZ, MICHAEL HASTEY,

13   ROBERT BEST, ANN DRISCOLL, JOE FRANKE, AND THE

14   OTHERS WHO YOU NAMED?

15        A.    IT WAS THE GIST OF WHAT I SAID TO THEM,    07:25:37

16   IN ONE FORM OR ANOTHER.

17        Q.    AND THE GIST OF THAT WAS YOU DIDN'T KNOW?

18        A.    I'M NOT SURE WHAT CARTER IS DOING IS THE

19   GIST OF IT.

20        Q.    BACK WHEN YOU WERE WORKING THERE AT        07:25:46

21   MATTEL, YOU HAD A GENERAL UNDERSTANDING THAT PEOPLE

22   WHO WERE RESIGNING FROM MATTEL OR LEAVING MATTEL TO

23   GO TO A COMPETITOR OF ANY KIND, WERE TYPICALLY NOT

24   ALLOWED TO STAY IN THE DESIGN CENTER AFTER THEY --

25   THEY INFORMED THE COMPANY OR TENDERED THEIR          07:26:20
```

325

EXHIBIT ___ /2

PAGE ___ 349

1    RESIGNATION; RIGHT?

2        A.    CORRECT.

3        MR. MCFARLAND:  OBJECTION.

4        MR. PLEVAN:  WHAT WAS THE ANSWER?

5            (THE RECORD WAS READ AS FOLLOWS:          07:26:26

6            A    CORRECT.)

7        MR. ZELLER:  I'M SORRY?

8        MR. MCFARLAND:  OBJECTION; LEADING.

9        THE DEPONENT:  YES.

10   BY MR. ZELLER:                                    07:26:37

11       Q.    SO IT'S FAIR TO SAY THAT MGA WASN'T THE

12   ONLY COMPETITOR WHO MATTEL HAD THAT POLICY ABOUT;

13   IS THAT TRUE?

14       MR. MCFARLAND:  OBJECTION; CALLS FOR

15   SPECULATION.                                      07:26:48

16       THE DEPONENT:  I GUESS.

17   BY MR. ZELLER:

18       Q.    THAT'S YOUR BEST UNDERSTANDING AND

19   RECOLLECTION?

20       MR. MCFARLAND:  OBJECTION; CALLS FOR          07:26:53

21   SPECULATION.

22       THE DEPONENT:  THE ONLY PERSONAL KNOWLEDGE I

23   HAVE WITH IS MGA, BECAUSE THAT'S WHAT CASSIDY ASKED

24   ME SPECIFICALLY.  I DON'T KNOW WHAT SHE ASKED OTHER

25   PEOPLE WHEN THEY LEFT.     EXHIBIT _____ A _____   07:27:03

                                PAGE _____ 350 _____

                                                        326

DECLARATION OF DEPONENT

1
2
3      I CERTIFY UNDER PENALTY OF PERJURY UNDER THE
4  LAWS OF THE STATE OF CALIFORNIA THAT THE FOREGOING
5  IS TRUE AND CORRECT.
6
7
8  EXECUTED AT_____, ON_____
                  (PLACE)                (DATE)
9
10
11        _____
                  (SIGNATURE OF DEPONENT)
12
13
14
15
16
17
18
19
20
21
22
23
24        EXHIBIT _____ 17
25        PAGE _____ 351

                                          339

1    STATE OF CALIFORNIA      )

                             )   SS.

2    COUNTY OF LOS ANGELES   )

3            I,    RENEE A. PACHECO    , CERTIFIED

4    SHORTHAND REPORTER, CERTIFICATE NUMBER 11564, FOR

5    THE STATE OF CALIFORNIA, HEREBY CERTIFY:

6            THE FOREGOING PROCEEDINGS WERE TAKEN

7    BEFORE ME AT THE TIME AND PLACE THEREIN SET FORTH,

8    AT WHICH TIME THE DEPONENT WAS PLACED UNDER OATH BY

9    ME;

10           THE TESTIMONY OF THE DEPONENT AND ALL

11   OBJECTIONS MADE AT THE TIME OF THE EXAMINATION WERE

12   RECORDED STENOGRAPHICALLY BY ME AND WERE THEREAFTER

13   TRANSCRIBED;

14           THE FOREGOING TRANSCRIPT IS A TRUE AND

15   CORRECT TRANSCRIPT OF MY SHORTHAND NOTES SO TAKEN;

16           I FURTHER CERTIFY THAT I AM NEITHER

17   COUNSEL FOR NOR RELATED TO ANY PARTY TO SAID ACTION

18   NOR IN ANY WAY INTERESTED IN THE OUTCOME THEREOF.

19           IN WITNESS WHEREOF, I HAVE HEREUNTO

20   SUBSCRIBED MY NAME THAT _78th_ DAY OF

21   _DECEMBER_____, 2007.

22

23                _Renee Pacheco_

24                        EXHIBIT ___12___

25                        PAGE ___355___

340

# EXHIBIT 18

CERTIFIED COPY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - EASTERN DIVISION

CARTER BRYANT, AN INDIVIDUAL,  )
                                     )
          PLAINTIFF,  )
                                     )
   V.  )        NO.  CV 04-9040 SGL (RNBX)
                                     )
MATTEL, INC., A DELAWARE  )
CORPORATION,  )
                                     )
         DEFENDANTS.  )
————————————————)
                                     )
AND CONSOLIDATED ACTION (S).  )
————————————————)

# C O N F I D E N T I A L

(PURSUANT TO PROTECTIVE ORDER, THIS TRANSCRIPT HAS BEEN
DESIGNATED CONFIDENTIAL, ATTORNEYS' EYES ONLY)

## DEPOSITION OF MARGARET LEAHY

## DECEMBER 12, 2007



REPORTED BY:
BETH FELIX
CSR NO. 12766
JOB NO. 07AE738-BF

COURT REPORTERS
515 S. Flower Street
Suite 3600
Los Angeles, California 90071
Office: (213) 955-0070
Fax: (213) 955-0077

EXHIBIT    18

PAGE    356

```
 1              UNITED STATES DISTRICT COURT          16:00:00
 2             CENTRAL DISTRICT OF CALIFORNIA         16:00:00
 3                   EASTERN DIVISION                 16:00:00
 4                                                    16:00:00
 5    CARTER BRYANT, AN INDIVIDUAL, )                 16:00:00
                                    )
 6                 PLAINTIFF,       )
                                    )                 16:00:00
 7        V.                        ) NO. CV04-9049SGL
                                    )                 16:00:00
 8    MATTEL, INC., A DELWARE       )
      CORPORATION, AND CONSOLIDATED )                 16:00:00
 9    ACCTIONS,                     )
                                    )                 16:00:00
10                 DEFENDANTS.      )
                                    )                 16:00:00
11    _____)
                                                      16:00:00
12            C O N F I D E N T I A L                 16:00:00
13        (PURSUANT TO PROTECTIVE ORDER, THIS         16:00:00
14      TRANSCRIPT HAS BEEN DESIGNATED CONFIDENTIAL,  16:00:00
15             ATTORNEYS' EYES ONLY.)                 16:00:00
16            PAGES 1 THROUGH 314                     16:00:00
17                                                    16:00:00
18            DEPOSITION OF MARGARENT LEAHY,          16:00:00
19    TAKEN ON BEHALF OF THE DEFENDANTS, AT 865 SOUTH 16:00:00
20    FIGUEROA STREET, 10TH FLOOR, LOS ANGELES,       16:00:00
21    CALIFORNIA, COMMENCING AT 10:11 A.M., WEDNESDAY,16:00:00
22    DECEMBER 12, 2007, BEFORE BETH FELIX, CSR NO.   16:00:00
23    12766.                                          16:00:00
24
25
```

2

EXHIBIT 18

PAGE 357

| | | |
|---|---|---|
| 1 | APPEARANCES OF COUNSEL: | 16:00:00 |
| 2 | | 16:00:00 |
| 3 | FOR THE WITNESS: | 16:00:00 |
| 4 | KEATS, MC FARLAND & WILSON | 16:00:00 |
| | BY:  LARRY W. MC FARLAND | |
| 5 | BY:  CHRISTIAN C. DOWELL | 16:00:00 |
| | ATTORNEYS AT LAW | |
| 6 | 9720 WILSHIRE BOULEVARD, PENTHOUSE SUITE | 16:00:00 |
| | BEVERLY HILLS, CALIFORNIA  90212 | |
| 7 | (310) 777-3750 | 16:00:00 |
| 8 | FOR THE PLAINTIFF: | 16:00:00 |
| 9 | KEKER & VAN NEST | 16:00:00 |
| | BY:  CHRISTA MARTINE ANDERSON | |
| 10 | ATTORNEY AT LAW | 16:00:00 |
| | 710 SANSOME STREET | |
| 11 | SAN FRANCISCO, CALIFORNIA  94111 | 16:00:00 |
| | (415) 397-7188 | |
| 12 | | 16:00:00 |
| 13 | FOR DEFENDANT MATTEL: | 16:00:00 |
| 14 | QUINN, EMANUEL, URQUHART, OLIVER & HODGES | 16:00:00 |
| | BY:  MICHAEL T. ZELLER | |
| | BY:  TAMAR BUCHAKJIAN | |
| 15 | BY:  BRIDGET HAULER | 16:00:00 |
| | ATTORNEYS AT LAW | |
| 16 | 865 SOUTH FIGUEROA STREET, 10TH FLOOR | 16:00:00 |
| | LOS ANGELES, CALIFORNIA  90017 | |
| 17 | (213) 624-7707 | 16:00:00 |
| 18 | FOR DEFENDANT M.G.A.: | 16:00:00 |
| 19 | SKADDEN, ARPS, SLATE, MEAGHER & FLOM | 16:00:00 |
| | BY:  MARCUS R. MUMFORD | |
| 20 | BY:  KENNETH PLEVAN | 16:00:00 |
| | ATTORNEYS AT LAW | |
| 21 | 300 SOUTH GRAND AVENUE | 16:00:00 |
| | LOS ANGELES, CALIFORNIA 90071 | |
| 22 | (213) 687-5000 | 16:00:00 |
| 23 | | 16:00:00 |
| 24 | | 16:00:00 |
| 25 | | 16:00:00 |

3

EXHIBIT _18_

PAGE _358_



| | | |
|---|---|---|
| 1 | APPEARANCES (CONTINUED) | 16:00:00 |
| 2 | ALSO PRESENT: | 16:00:00 |
| 3 | MICHAEL MOORE | 16:00:00 |
| | JILL THOMAS | |
| 4 | STEVEN TOGAMI, VIDEOGRAPHER | 16:00:00 |
| 5 | | |
| 6 | | |
| 7 | | |
| 8 | | |
| 9 | | |
| 10 | | |
| 11 | | |
| 12 | | |
| 13 | | |
| 14 | | |
| 15 | | |
| 16 | | |
| 17 | | |
| 18 | | |
| 19 | | |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |

4

A&E COURT REPORTERS (213) 955-0070  FAX: (213) 955-0077

EXHIBIT ___18___

PAGE ___359___

| | | |
|---|---|---|
| 1 | Q    YOU DID NOT USE IT? | 15:33:33 |
| 2 | A    NO, I DID NOT USE IT. | 15:33:35 |
| 3 | Q    AND IS THE SAME TRUE OF EXHIBIT 1129? | 15:33:36 |
| 4 | A    I DID NOT USE THIS DRAWING EITHER.  I HAD | 15:33:41 |
| 5 | ALREADY FINISHED THE SCULPTING THAT THIS DRAWING WAS | 15:33:44 |
| 6 | DONE FROM. | 15:33:49 |
| 7 | Q    FOCUSING ON THE -- WELL, LET'S GO BACK TO THAT | 15:33:56 |
| 8 | INITIAL MEETING YOU HAD WITH CARTER BRYANT, WHICH HE | 15:34:02 |
| 9 | PROVIDED YOU WITH THE DRAWINGS AND THE STEVE MADDEN AD. | 15:34:06 |
| 10 | THEN I TAKE IT, AT SOME POINT, HE LEFT YOUR HOUSE AFTER | 15:34:10 |
| 11 | THAT MEETING; RIGHT?  WHAT HAPPENED NEXT? | 15:34:13 |
| 12 | MR. MC FARLAND:  MAKE SURE YOU ANSWER YES OR | 15:34:18 |
| 13 | NO. | 15:34:22 |
| 14 | (RECORD READ.) | 15:34:34 |
| 15 | THE WITNESS:  RIGHT. | 15:34:35 |
| 16 | BY MR. ZELLER: | 15:34:36 |
| 17 | Q    WHAT IS IT THAT HAPPENED NEXT THEN IN | 15:34:36 |
| 18 | CONNECTION WITH WHAT YOU DID ON THE BRATZ PROJECT OR | 15:34:38 |
| 19 | WHAT BECAME KNOWN TO YOU AS THE BRATZ PROJECT? | 15:34:42 |
| 20 | A    I STARTED SCULPTING -- RENDERING A ROUGH -- | 15:34:46 |
| 21 | VERY QUICK ROUGH, MORE OF A STATUE-TYPE FIGURINE, LIKE, | 15:34:49 |
| 22 | A 3-D SKETCH OF IT SO YOU CAN SEE IT IN 3-D. | 15:34:58 |
| 23 | Q    WHEN YOU MEAN A 3-D SKETCH, IT'S AN ACTUAL | 15:35:03 |
| 24 | SCULPTURE? | 15:35:08 |
| 25 | A    YES. | 15:35:08 |

157

EXHIBIT   18

PAGE   360

| | | |
|---|---|---|
| 1 | Q   WHAT DID YOU MAKE THAT OUT OF? | 15:35:09 |
| 2 | A   CLAY. | 15:35:12 |
| 3 | Q   AND HOW SOON AFTER YOU HAD THAT INITIAL | 15:35:15 |
| 4 | MEETING WITH CARTER BRYANT AT YOUR HOUSE DID YOU START, | 15:35:18 |
| 5 | ACTUALLY, WORKING ON THIS CLAY SCULPT? | 15:35:22 |
| 6 | A   IT WAS RIGHT AFTER. | 15:35:24 |
| 7 | Q   LIKE, THE SAME DAY OR NEXT DAY? | 15:35:26 |
| 8 | A   PROBABLY, THE SAME DAY.  I WAS VERY EXCITED. | 15:35:28 |
| 9 | Q   AS OF THAT TIME, DID YOU HAVE AN UNDERSTANDING | 15:35:32 |
| 10 | AS TO WHO WAS GOING TO BE PAYING YOU FOR YOUR WORK? | 15:35:35 |
| 11 | A   YES. | 15:35:38 |
| 12 | Q   WHO IS IT, BY YOUR UNDERSTANDING, WOULD BE | 15:35:39 |
| 13 | PAYING FOR IT? | 15:35:42 |
| 14 | A   M.G.A. | 15:35:43 |
| 15 | Q   HOW DID YOU OBTAIN THAT UNDERSTANDING? | 15:35:44 |
| 16 | A   OUR FIRST PHONE CONVERSATION HE SAID HE WAS | 15:35:47 |
| 17 | WORKING WITH M.G.A., SO THEY'RE THE COMPANY THAT WOULD | 15:35:50 |
| 18 | BE PAYING ME. | 15:35:53 |
| 19 | Q   IS THAT WHAT HE SAID DURING THE FIRST | 15:35:55 |
| 20 | CONVERSATION?  IN OTHER WORDS, THAT M.G.A. WOULD, | 15:35:57 |
| 21 | ACTUALLY, BE PAYING YOU? | 15:36:00 |
| 22 | A   WELL, THE WORD "PAYING" DIDN'T COME UP.  IT, | 15:36:01 |
| 23 | USUALLY, DOESN'T WHEN YOU'RE ACCEPTING WORK.  IT'S JUST | 15:36:04 |
| 24 | ASSUMED. | 15:36:09 |
| 25 | Q   IN THIS FIRST SCULPT THAT YOU BEGAN TO WORK ON | 15:36:17 |

158.

EXHIBIT _____ 18

PAGE _____ 361

| | | |
|---|---|---|
| 1 | RIGHT AFTER YOU HAD THE MEETING WITH CARTER AT YOUR | 15:36:21 |
| 2 | HOUSE, WAS THAT BOTH OF THE BODY AND THE HEAD? | 15:36:23 |
| 3 | A    YES. | 15:36:27 |
| 4 | Q    WHEN IS IT THAT YOU STARTED WORKING ON THAT | 15:36:33 |
| 5 | SCULPTURE? | 15:36:36 |
| 6 | MR. MC FARLAND:  OBJECTION.  ASKED AND | 15:36:37 |
| 7 | ANSWERED. | 15:36:38 |
| 8 | BY MR. ZELLER: | 15:36:39 |
| 9 | Q    THE DATE? | 15:36:39 |
| 10 | A    I'D HAVE TO LOOK AT MY BOOK. | 15:36:41 |
| 11 | MR. ZELLER:  PLEASE, MARK AS EXHIBIT 1132, A | 15:37:47 |
| 12 | MULTIPAGE DOCUMENT BEARING BATES NUMBERS KML00077 | 15:37:52 |
| 13 | THROUGH 105.  FOR THE RECORD, IT APPEARS TO BE PAGES | 15:37:59 |
| 14 | FROM A BOOK OR PLANNER OR CALENDAR. | 15:38:03 |
| 15 | (DEFENDANTS' EXHIBIT 1132 WAS MARKED FOR | 15:38:34 |
| 16 | IDENTIFICATION BY THE COURT REPORTER.) | 15:38:34 |
| 17 | MR. ZELLER:  PLEASE, MARK AS EXHIBIT 1133 A | 15:38:35 |
| 18 | MULTIPAGE DOCUMENT BEARING BATES NUMBERS SABW-L0001 | 15:38:38 |
| 19 | THROUGH 12, WHICH, ALSO, APPEAR TO BE PAGES FROM A | 15:38:47 |
| 20 | CALENDAR ON PLANNER. | 15:38:56 |
| 21 | (DEFENDANTS' EXHIBIT 1133 WAS MARKED FOR | 15:39:28 |
| 22 | IDENTIFICATION BY THE COURT REPORTER.) | 15:39:28 |
| 23 | BY MR. ZELLER: | 15:39:28 |
| 24 | Q    DO YOU RECOGNIZE WHAT WE MARKED AS EXHIBIT | 15:39:28 |
| 25 | 1132? | 15:39:31 |

159

EXHIBIT ___18___

PAGE ___362___

| | | |
|---|---|---|
| 1 | 2007. IT WOULD HAVE BEEN 2005, MAYBE, 2004. NO. IT | 16:21:50 |
| 2 | WOULDN'T BE 2004. IT WOULD HAVE BEEN 2005. | 16:21:57 |
| 3 | Q   AS OF THE TIME THAT YOU LEFT MATTEL, DID YOU | 16:22:06 |
| 4 | HAVE A BUSINESS? | 16:22:10 |
| 5 | A   NO. I STARTED MY BUSINESS AFTER I LEFT. | 16:22:13 |
| 6 | Q   THAT WAS 3-D DESIGN? | 16:22:16 |
| 7 | A   YES. I STARTED AS A -- WHAT DO THEY CALL | 16:22:20 |
| 8 | THAT? SOLE PROPRIETOR. | 16:22:25 |
| 9 | Q   IS 3-D DESIGN STILL IN EXISTENCE NOW? | 16:22:34 |
| 10 | A   NO. | 16:22:37 |
| 11 | Q   WHEN WAS IT LAST IN EXISTENCE? | 16:22:38 |
| 12 | A   I DON'T REMEMBER. I INCORPORATED, AND I DON'T | 16:22:40 |
| 13 | KNOW IF THEY SHUT IT DOWN THEN OR -- | 16:22:43 |
| 14 | Q   WAS 3-D DESIGN EXISTING AS OF APRIL 4TH, 2005, | 16:22:52 |
| 15 | WHEN YOU BEGAN WORKING AS AN EMPLOYEE FOR M.G.A.? | 16:22:58 |
| 16 | MR. MC FARLAND: OBJECTION. CALLS FOR A LEGAL | 16:23:01 |
| 17 | CONCLUSION AS TO WHETHER THE CORPORATION WAS IN | 16:23:03 |
| 18 | EXISTENCE. | 16:23:06 |
| 19 | BY MR. ZELLER: | 16:23:07 |
| 20 | Q   I CAN TRY IT THIS WAY: WERE YOU STILL | 16:23:07 |
| 21 | OPERATING A BUSINESS THAT WAS CALLED 3-D DESIGN AS OF | 16:23:13 |
| 22 | THE TIME THAT YOU STARTED AT M.G.A. IN APRIL 2005? | 16:23:17 |
| 23 | A   I DIDN'T SHUT DOWN THE CORPORATION, BUT I | 16:23:22 |
| 24 | DIDN'T TAKE ON ANY MORE WORK BECAUSE THAT'S A CONFLICT | 16:23:26 |
| 25 | OF INTEREST. | 16:23:30 |

A&E COURT REPORTERS (213) 955-0070 FAX: (213) 955-007 EXHIBIT __18__

PAGE __362. 001__

| 1  | Q    WHAT DO YOU MEAN A "CONFLICT OF INTEREST"? | 16:23:31 |
| 2  | A    GENERALLY, WHEN YOU'RE WORKING FOR A TOY | 16:23:34 |
| 3  | COMPANY, YOU CAN'T WORK FOR A COMPETITOR. | 16:23:36 |
| 4  | Q    AND IS THAT SOMETHING YOU WERE AWARE AS OF | 16:23:40 |
| 5  | APRIL 2005 WHEN YOU STARTED THERE AT M.G.A.? | 16:23:42 |
| 6  | A    YES. | 16:23:46 |
| 7  | Q    WAS THAT SOMETHING THAT YOU WERE AWARE OF WHEN | 16:23:47 |
| 8  | YOU WERE WORKING AT MATTEL? | 16:23:49 |
| 9  | A    YES. | 16:23:51 |
| 10 | Q    DID YOU WHEN YOU WERE WORKING THERE AT M.G.A. | 16:23:52 |
| 11 | -- I'M SORRY.  STRIKE THAT. | 16:23:56 |
| 12 | DID YOU WHEN YOU WERE WORKING THERE AT MATTEL | 16:23:57 |
| 13 | WORK FOR ANY MATTEL COMPETITOR? | 16:24:00 |
| 14 | A    YES, I DID. | 16:24:03 |
| 15 | Q    WHO DID YOU WORK FOR? | 16:24:04 |
| 16 | A    I DID A FREE-LANCE JOB FOR HANNA-BARBERA. | 16:24:05 |
| 17 | Q    AND WHAT DID YOU DO? | 16:24:14 |
| 18 | A    IT WAS A PENELOPE PIT STOP. | 16:24:16 |
| 19 | Q    WHEN DID YOU DO THIS? | 16:24:20 |
| 20 | A    I DON'T REMEMBER. | 16:24:25 |
| 21 | Q    WAS IT SOMETIME IN 2000? | 16:24:25 |
| 22 | A    IT WOULD HAVE BEEN BEFORE THAT. | 16:24:29 |
| 23 | Q    YOUR BEST ESTIMATE IS 1999 OR EARLIER? | 16:24:31 |
| 24 | A    THAT'S MY BEST ESTIMATE. | 16:24:37 |
| 25 | Q    OTHER THAN THIS INSTANCE THAT YOU MENTIONED | 16:24:45 |

180

EXHIBIT __18__

PAGE __362.002__

| | | |
|---|---|---|
| 1 | FOR HANNA-BARBERA, DID YOU DO ANY WORK FOR ANY MATTEL | 16:24:47 |
| 2 | COMPETITOR WHILE YOU WERE WORKING FOR MATTEL? | 16:24:53 |
| 3 | A    I DID WORK, BUT I DIDN'T KNOW WHO IT WAS FOR | 16:24:57 |
| 4 | ALL THE TIME. | 16:25:01 |
| 5 | Q    WHAT OTHER WORK DID YOU DO? | 16:25:02 |
| 6 | A    I DID WORK FOR A VENDOR WHO WOULD GIVE ME THE | 16:25:05 |
| 7 | WORK, AND I WOULD DO IT, AND I DIDN'T KNOW WHO IT WAS | 16:25:11 |
| 8 | FOR.  I JUST DID IT FOR HER.  IT WAS HER RUN-OFF WORK. | 16:25:14 |
| 9 | Q    WHO WAS THE VENDOR? | 16:25:19 |
| 10 | A    AM I ALLOWED TO SAY? | 16:25:21 |
| 11 | MR. MC FARLAND:  YES, YOU CAN ANSWER. | 16:25:23 |
| 12 | THE WITNESS:  IT WAS ILANA RAYNES. | 16:25:25 |
| 13 | BY MR. ZELLER: | 16:25:27 |
| 14 | Q    CAN YOU SPELL THAT, PLEASE? | 16:25:27 |
| 15 | A    I-L-A-N-A R-A-Y-N-E-S. | 16:25:30 |
| 16 | Q    WAS SHE -- WAS SHE A MATTEL VENDOR AT THAT | 16:25:41 |
| 17 | TIME? | 16:25:43 |
| 18 | A    YEAH.  SHE WAS A FREE-LANCE SCULPTOR. | 16:25:44 |
| 19 | Q    HOW IS IT YOU CAME TO BECOME AWARE OF HER? | 16:25:49 |
| 20 | A    MICHAEL KNEW HER SOMEHOW -- MICHAEL HEBDEN. | 16:25:55 |
| 21 | Q    SO YOU WERE INTRODUCED TO HER THROUGH MATTEL? | 16:26:03 |
| 22 | A    YES. | 16:26:05 |
| 23 | Q    DOES MS. RAYNES -- I SHOULD SAY, AT THAT TIME, | 16:26:10 |
| 24 | WAS MS. RAYNES LIVING IN SOUTHERN CALIFORNIA? | 16:26:14 |
| 25 | A    YES. | 16:26:18 |

181

EXHIBIT _18_

PAGE 362.003

| | | |
|---|---|---|
| 1 | Q    WHERE? | 16:26:18 |
| 2 | A    SHE LIVED IN THE HOLLYWOOD HILLS IN TWO | 16:26:19 |
| 3 | DIFFERENT PLACES. | 16:26:24 |
| 4 | Q    AND IF I UNDERSTOOD YOUR TESTIMONY CORRECTLY, | 16:26:26 |
| 5 | SHE WOULD HAVE -- SHE WOULD HIRE YOU ON TO DO WORK FOR | 16:26:29 |
| 6 | OTHER COMPANIES, BUT YOU WEREN'T SURE OF THE IDENTITY | 16:26:34 |
| 7 | OF THE OTHER COMPANIES? | 16:26:37 |
| 8 | A    RIGHT. | 16:26:39 |
| 9 | Q    WHAT WAS -- WHAT WAS THE KIND OF WORK THAT YOU | 16:26:39 |
| 10 | DID? | 16:26:42 |
| 11 | A    IT WAS YOUR STANDARD MOONLIGHTING SCULPTING | 16:26:43 |
| 12 | THINGS. | 16:26:48 |
| 13 | Q    WHAT I GUESS I'M DRIVING AT IS WHAT WERE THE | 16:26:52 |
| 14 | PROJECTS? | 16:26:55 |
| 15 | A    I REMEMBER ONE WAS SOME TARZAN THINGS, BUT I | 16:27:00 |
| 16 | DON'T REMEMBER THE OTHER ONES SPECIFICALLY. | 16:27:05 |
| 17 | Q    OTHER THAN THE WORK FOR HANNA-BARBERA THAT YOU | 16:27:13 |
| 18 | MENTIONED AND THEN THE WORK THROUGH ILANA RAYNES WAS | 16:27:18 |
| 19 | THERE ANY OTHER WORK THAT YOU DID FOR ANY MATTEL | 16:27:24 |
| 20 | COMPETITOR DURING THE TIME THAT YOU WERE EMPLOYED BY | 16:27:27 |
| 21 | MATTEL? | 16:27:31 |
| 22 | A    NOT THAT I REMEMBER. | 16:27:31 |
| 23 | Q    THERE MIGHT HAVE BEEN OTHER INSTANCES, BUT | 16:27:32 |
| 24 | YOU'RE NOT SURE? | 16:27:35 |
| 25 | A    THERE MIGHT HAVE BEEN, BUT I'D HAVE TO REALLY | 16:27:36 |

182

EXHIBIT 18

PAGE 362.004

| | | |
|---|---|---|
| 1 | RACK MY BRAIN. | 16:27:39 |
| 2 | Q    DID YOU TELL OTHER PEOPLE AT MATTEL THAT YOU | 16:27:41 |
| 3 | WERE DOING THIS? | 16:27:44 |
| 4 | A    YES. | 16:27:46 |
| 5 | Q    WHO DID YOU TELL? | 16:27:47 |
| 6 | A    WE ALL TALKED ABOUT IT.  WE ALL DID IT. | 16:27:48 |
| 7 | Q    WHEN YOU SAY "WE ALL DID IT," YOU'RE TALKING | 16:27:53 |
| 8 | ABOUT THE PEOPLE IN THE SCULPTING DEPARTMENT? | 16:27:56 |
| 9 | A    YES. | 16:27:58 |
| 10 | Q    WHO ELSE DO YOU KNOW THERE AT MATTEL WHO WAS | 16:27:58 |
| 11 | DOING WORK FOR COMPETITORS AT THE TIME THAT THEY WERE | 16:28:03 |
| 12 | EMPLOYED BY MATTEL? | 16:28:07 |
| 13 | A    I CAN'T SAY ANYBODY SPECIFICALLY BECAUSE | 16:28:09 |
| 14 | NOBODY OFFICIALLY CAME OUT AND SAID ANYTHING.  WE JUST | 16:28:11 |
| 15 | ALL KNEW WE WERE ALL DOING IT. | 16:28:17 |
| 16 | Q    PLEASE, TELL ME WHO YOU SPOKE WITH ON THAT | 16:28:19 |
| 17 | SUBJECT. | 16:28:22 |
| 18 | A    EVERYBODY. | 16:28:23 |
| 19 | Q    YOU CAN'T TELL ME THE NAME OF ANYONE? | 16:28:24 |
| 20 | A    MICHAEL HEBDEN, FREDERICK JACKSON, RAY MOORE, | 16:28:28 |
| 21 | JOE BENET TO NAME A FEW. | 16:28:36 |
| 22 | Q    WERE THERE OTHER NAMES THAT YOU KNOW? | 16:28:41 |
| 23 | A    THAT'S ALL I CAN THINK OF RIGHT NOW | 16:28:43 |
| 24 | OFFICIALLY. | 16:28:46 |
| 25 | Q    WHEN YOU SAY "OFFICIALLY," DO I HAVE YOUR | 16:28:47 |

A&E COURT REPORTERS (213) 955-0070 FAX: (213) 955-0077   EXHIBIT __18__

PAGE __362.005__

| | | |
|---|---|---|
| 1 | COMPLETE TESTIMONY ON THAT, OR ARE THERE OTHER PEOPLE | 16:28:49 |
| 2 | YOU REMEMBER BY NAME? | 16:28:52 |
| 3 | MR. MC FARLAND:  GIVE YOURSELF TIME. | 16:28:54 |
| 4 | THE WITNESS:  OKAY. | 16:28:56 |
| 5 | THE WITNESS:  CAROLYN OROS.  GOSH, EVEN HUNG | 16:28:59 |
| 6 | LEE DID IT. | 16:29:08 |
| 7 | MR. PLEVAN:  I'M SORRY. | 16:29:11 |
| 8 | THE WITNESS:  HUNG LEE.  HUNG LEE. | 16:29:12 |
| 9 | BY MR. ZELLER: | 16:29:17 |
| 10 | Q   ANYONE ELSE? | 16:29:17 |
| 11 | A   I WAS TRYING TO GO THROUGH EVERYBODY IN THE | 16:29:18 |
| 12 | DEPARTMENT.  THAT'S EVERYBODY I CAN REMEMBER. | 16:29:21 |
| 13 | Q   SINCE WE'RE BACK TO MATTEL, I'M GOING TO ASK | 16:29:37 |
| 14 | THAT M.G.A.'S IN-HOUSE COUNSEL BE EXCLUDED. | 16:29:41 |
| 15 | NOW, OF THESE PEOPLE WHO YOU MENTIONED, DID | 16:29:58 |
| 16 | YOU TELL ANY OF THEM SPECIFICALLY THAT YOU WERE DOING | 16:30:02 |
| 17 | WORK FOR HANNA-BARBERA OR THROUGH ILANA RAYNES? | 16:30:06 |
| 18 | A   I TALKED TO FREDERICK ABOUT THE WORK THROUGH | 16:30:11 |
| 19 | HANNA-BARBERA. | 16:30:14 |
| 20 | Q   WHAT'S FREDERICK'S NAME? | 16:30:19 |
| 21 | A   FREDERICK JACKSON. | 16:30:22 |
| 22 | Q   DID YOU DISCUSS EITHER THE HANNA-BARBERA WORK | 16:30:29 |
| 23 | OR THE WORK THROUGH ILANA RAYNES WITH ANYONE ELSE AT | 16:30:33 |
| 24 | MATTEL? | 16:30:38 |
| 25 | A   I THINK MICHAEL KNEW ABOUT THE WORK FOR ILANA. | 16:30:39 |

184

EXHIBIT 18

PAGE 362.006

| | | |
|---|---|---|
| 1 | Q   AND WHY DO YOU SAY THAT? | 16:30:47 |
| 2 | A   I THINK I REMEMBER TALKING TO HIM ABOUT IT. | 16:30:50 |
| 3 | Q   DID YOU TELL HIM BEFORE YOU WERE DOING IT OR | 16:30:55 |
| 4 | AFTER? | 16:30:59 |
| 5 | A   HE TOLD ME HOW TO DO IT. | 16:31:00 |
| 6 | Q   SO IT MICHAEL HEBDEN WHO INTRODUCED YOU TO | 16:31:04 |
| 7 | ILANA RAYNES SO THAT YOU COULD DO WORK FOR A MATTEL | 16:31:10 |
| 8 | COMPETITOR WHEN YOU WERE THERE AT MATTEL? | 16:31:15 |
| 9 | A   THAT'S NOT WHY HE INTRODUCED ME TO ILANA | 16:31:18 |
| 10 | RAYNES. | 16:31:21 |
| 11 | Q   WELL, WE'RE TALKING ABOUT SPECIFICALLY | 16:31:22 |
| 12 | INSTANCES IN WHICH YOU TOLD OR YOU DISCUSSED THIS WORK | 16:31:26 |
| 13 | FOR COMPETITORS WHILE YOU WERE STILL EMPLOYED BY | 16:31:31 |
| 14 | MATTEL.  YOUR ANSWER ABOUT MICHAEL HEBDEN SEEMED TO | 16:31:35 |
| 15 | SUGGEST THAT HE WAS THE ONE WHO ENABLED OR FACILITATED | 16:31:40 |
| 16 | OR SOMEHOW SET UP YOUR WORK WITH ILANA RAYNES? | 16:31:43 |
| 17 | A   HE DIDN'T SET IT UP.  I DIDN'T MAKE A LOT OF | 16:31:47 |
| 18 | MONEY BACK THEN, AND I NEEDED TO PAY THE BILLS, AND HE | 16:31:51 |
| 19 | SUGGESTED A WAY OF GETTING FREE-LANCE WORK. | 16:31:57 |
| 20 | Q   SO MICHAEL HEBDEN WAS THE ONE WHO SAID TO YOU | 16:32:02 |
| 21 | WHY DON'T YOU TRY GETTING FREE-LANCE WORK THROUGH ILANA | 16:32:06 |
| 22 | RAYNES? | 16:32:10 |
| 23 | A   NO.  HE NEVER SAID ILANA.  HE NEVER SAID | 16:32:10 |
| 24 | ANYBODY SPECIFICALLY. | 16:32:14 |
| 25 | Q   HE JUST TOLD YOU TO GO OFF AND GET FREE-LANCE | 16:32:14 |

185

EXHIBIT 18

PAGE 362.007

| | | |
|---|---|---|
| 1 | WORK? | 16:32:18 |
| 2 | A WELL, HE SUGGESTED A WAY OF DOING IT. | 16:32:18 |
| 3 | Q AND HOW DID HE DO THAT? | 16:32:21 |
| 4 | A WELL, JUST LIKE I TOLD YOU, TALK TO THE | 16:32:23 |
| 5 | VENDORS WHO ARE DOING WORK AND SEE IF THEY HAVE EXTRA | 16:32:26 |
| 6 | WORK THAT THEY CAN'T DO. | 16:32:31 |
| 7 | Q DID YOU HAVE ONE CONVERSATION WITH MR. HEBDEN | 16:32:36 |
| 8 | ABOUT THIS OR MORE THAN ONE? | 16:32:40 |
| 9 | A PROBABLY, MORE THAN ONE, BUT I CAN'T TELL YOU | 16:32:42 |
| 10 | HOW MANY. | 16:32:44 |
| 11 | Q WHEN DID THOSE CONVERSATIONS OCCUR? | 16:32:45 |
| 12 | A I DON'T REMEMBER. | 16:32:47 |
| 13 | Q YOU CAN'T TELL ME A YEAR? | 16:32:48 |
| 14 | A I CAN'T TELL YOU. | 16:32:50 |
| 15 | Q WHERE DID THEY TAKE PLACE? | 16:32:53 |
| 16 | A IN THE DEPARTMENT. | 16:32:56 |
| 17 | Q THERE IN THE MATTEL DESIGN CENTER? | 16:32:59 |
| 18 | A YES. | 16:33:01 |
| 19 | Q SO THEN OTHER THAN THE FREE-LANCE JOB THAT YOU | 16:33:08 |
| 20 | MENTIONED FOR HANNA-BARBERA AND THE WORK THAT YOU DID | 16:33:13 |
| 21 | THROUGH ILANA RAYNES -- WELL, I'M SORRY. I'LL TRY IT | 16:33:17 |
| 22 | THIS WAY: | 16:33:23 |
| 23 | DURING THE TIME THAT YOU WERE DOING THAT | 16:33:25 |
| 24 | FREE-LANCE WORK THAT YOU DESCRIBED WHILE YOU WERE | 16:33:28 |
| 25 | EMPLOYED BY MATTEL THROUGH HANNA-BARBERA AND THROUGH | 16:33:31 |

186

EXHIBIT _18_

PAGE _362_ . _008_

| | | |
|---|---|---|
| 1 | ILANA RAYNES, YOU WERE AWARE THAT WAS INCONSISTENT WITH | 16:33:34 |
| 2 | YOUR MATTEL EMPLOYMENT AGREEMENT; IS THAT TRUE? | 16:33:38 |
| 3 | A    YES. | 16:33:41 |
| 4 | Q    AND YOU KNEW THAT AT THE TIME? | 16:33:41 |
| 5 | A    YES. | 16:33:43 |
| 6 | Q    PRIOR TO THE TIME THAT YOU TOOK ON ANY OF | 16:33:52 |
| 7 | THOSE JOBS, DID YOU GO AND GET APPROVAL FROM ANY MATTEL | 16:33:54 |
| 8 | EXECUTIVE IN WHICH YOU SAID SPECIFICALLY YOU WERE GOING | 16:33:59 |
| 9 | TO BE WORKING ON THOSE PROJECTS FOR A COMPETITOR? | 16:34:02 |
| 10 | A    NO. | 16:34:06 |
| 11 | Q    DID YOU EVER DISCLOSE TO ANYONE SENIOR VICE | 16:34:10 |
| 12 | PRESIDENT LEVEL OR ABOVE THERE AT MATTEL THAT YOU WERE | 16:34:16 |
| 13 | DOING THIS WORK? | 16:34:20 |
| 14 | MR. MC FARLAND:  OBJECT TO THE | 16:34:21 |
| 15 | CHARACTERIZATION OF THE LEVEL AND THE LACK OF | 16:34:22 |
| 16 | FOUNDATION AS TO WHAT MR. HEBDEN'S TITLE WAS, WHO WAS | 16:34:24 |
| 17 | HER SUPERVISOR. | 16:34:28 |
| 18 | THE WITNESS:  CAN YOU ASK THAT QUESTION AGAIN? | 16:34:30 |
| 19 | MR. ZELLER:  IF WE CAN READ IT BACK. | 16:34:32 |
| 20 | (RECORD READ.) | 16:34:43 |
| 21 | THE WITNESS:  NO. | 16:34:43 |
| 22 | BY MR. ZELLER: | 16:34:57 |
| 23 | Q    WHAT WAS, APPROXIMATELY, THE OVERALL TIME | 16:34:57 |
| 24 | PERIOD WHEN YOU WERE DOING THIS WORK FOR COMPETITORS | 16:35:03 |
| 25 | WHILE EMPLOYED BY MATTEL?  ARE WE TALKING A MATTER OF | 16:35:09 |

187

EXHIBIT  18

PAGE 362.009

| | | |
|---|---|---|
| 1 | WEEKS? A MATTER OF MONTHS? LONGER? | 16:35:14 |
| 2 | A HERE AND THERE THROUGHOUT THE WHOLE COURSE OF | 16:35:16 |
| 3 | WORKING AT MATTEL. | 16:35:18 |
| 4 | Q DID YOU DO SOME OF THE WORK THAT 2000 -- WORK | 16:35:19 |
| 5 | FOR COMPETITORS WHILE EMPLOYED BY MATTEL? | 16:35:24 |
| 6 | A POSSIBLY. | 16:35:28 |
| 7 | Q DURING THE TIME THAT YOU WERE OUT ON FAMILY | 16:35:29 |
| 8 | LEAVE, DID YOU DO ANY WORK FOR MATTEL COMPETITORS? | 16:35:31 |
| 9 | A NO, I DID NOT. I DIDN'T DO ANY WORK AT ALL. | 16:35:35 |
| 10 | Q OTHER THAN YOURSELF, DO YOU KNOW ANY PERSON | 16:35:53 |
| 11 | THERE AT MATTEL WHO WAS A MATTEL EMPLOYEE BY NAME WHO | 16:35:56 |
| 12 | WAS, ALSO, DOING WORK FOR A COMPETITOR AT THE SAME | 16:36:01 |
| 13 | TIME? | 16:36:05 |
| 14 | A I DON'T KNOW ANYBODY BY NAME. | 16:36:14 |
| 15 | Q DURING THE TIME WHEN YOU WERE WORKING ON THIS | 16:36:24 |
| 16 | PROJECT FOR HANNA-BARBERA, DID YOU DO ANY OF THAT WORK | 16:36:27 |
| 17 | AT THE MATTEL DESIGN CENTER? | 16:36:32 |
| 18 | A NO. | 16:36:34 |
| 19 | Q YOU DID IT ALL AT HOME? | 16:36:36 |
| 20 | A YES. | 16:36:39 |
| 21 | Q DID YOU USE ANY MATTEL SUPPLIES FOR IT? | 16:36:40 |
| 22 | A NO. | 16:36:43 |
| 23 | Q AND HOW DO YOU KNOW? | 16:36:44 |
| 24 | A BECAUSE THE PENELOPE PIT STOP HAD ALREADY BEEN | 16:36:46 |
| 25 | SCULPTED AND THEY JUST WANTED ME TO FIX IT. | 16:36:54 |

188

EXHIBIT _18_

PAGE _362_ D/O

| | | |
|---|---|---|
| 1 | Q    WITH RESPECT TO THE PROJECTS THAT YOU DID | 16:36:57 |
| 2 | THROUGH ILANA RAYNES, DID YOU DO ANY OF THAT WORK AT | 16:36:59 |
| 3 | THE MATTEL DESIGN CENTER? | 16:37:02 |
| 4 | A    NO. | 16:37:05 |
| 5 | Q    DID YOU USE ANY MATTEL SUPPLIES FOR THAT? | 16:37:05 |
| 6 | A    I MIGHT HAVE USED SOME WAX. | 16:37:09 |
| 7 | Q    WAX THAT YOU OBTAINED FROM THE MATTEL DESIGN | 16:37:11 |
| 8 | CENTER? | 16:37:15 |
| 9 | A    YES. | 16:37:15 |
| 10 | Q    THE WAX THAT YOU'RE REFERRING TO IS THE WAX | 16:37:16 |
| 11 | FOR THE SCULPTING YOU USED ON THOSE PROJECTS FOR | 16:37:18 |
| 12 | COMPETITORS? | 16:37:21 |
| 13 | A    YES. | 16:37:21 |
| 14 | Q    DID YOU TELL ANYONE AT MATTEL AT THE SENIOR | 16:37:26 |
| 15 | VICE PRESIDENT LEVEL OR ABOVE THAT YOU WERE TAKING | 16:37:29 |
| 16 | THOSE MATTEL SUPPLIES TO USE ON THOSE PROJECTS? | 16:37:33 |
| 17 | A    NO. | 16:37:36 |
| 18 | Q    DID YOU GET PERMISSION FROM ANYONE? | 16:37:37 |
| 19 | A    NO. | 16:37:39 |
| 20 | Q    WHERE DID YOU GET THE WAX, MORE SPECIFICALLY, | 16:37:39 |
| 21 | FROM THE DESIGN CENTER? | 16:37:42 |
| 22 | A    WELL, THE WAX WAS MADE IN THE MODEL SHOP. | 16:37:44 |
| 23 | Q    SO YOU WENT TO THE MODEL SHOP TO GET IT? | 16:37:49 |
| 24 | A    NO.  IT WAS ALWAYS -- WE HAD IT IN THE | 16:37:53 |
| 25 | SCULPTING DEPARTMENT. | 16:37:56 |

189

| | | |
|---|---|---|
| 1 | Q   AND THAT'S WHERE YOU GOT THE WAX THAT YOU WERE | 16:38:05 |
| 2 | TALKING ABOUT WAS WAX THAT WAS ALREADY THERE IN THE | 16:38:08 |
| 3 | SCULPTING DEPARTMENT AS OPPOSED TO GOING TO THE MODEL | 16:38:11 |
| 4 | SHOP TO GET IT? | 16:38:14 |
| 5 | A   YES. | 16:38:16 |
| 6 | Q   DO YOU REMEMBER WHAT KIND OF WAX IT WAS? | 16:38:16 |
| 7 | A   IT WAS THE MATTEL WAX. | 16:38:19 |
| 8 | Q   PLEASE, TELL US WHAT YOU MEAN BY "THE MATTEL | 16:38:22 |
| 9 | WAX." | 16:38:26 |
| 10 | A   IT'S WAX THAT THEY FORMULATED TO SCULPT DOLLS | 16:38:27 |
| 11 | OUT OF AND TOYS. | 16:38:31 |
| 12 | Q   AS OF THE TIME THAT YOU LEFT MATTEL, DID YOU | 16:38:41 |
| 13 | HAVE ANY OF THAT MATTEL WAX? | 16:38:44 |
| 14 | A   CHRIS GAVE ME A BUCKET BEFORE I LEFT. | 16:38:46 |
| 15 | Q   CHRIS SESTO? | 16:38:51 |
| 16 | A   UH-HUH. | 16:38:52 |
| 17 | Q   THAT'S A YES? | 16:38:53 |
| 18 | A   YES. | 16:38:54 |
| 19 | Q   AND DID YOU END UP USING THAT MATTEL WAX FOR | 16:38:59 |
| 20 | ANY OF THE WORK THAT YOU DID AFTER YOU LEFT MATTEL? | 16:39:03 |
| 21 | A   NO, BECAUSE HE JUST GAVE ME A LITTLE BIT. | 16:39:06 |
| 22 | Q   WHAT HAPPENED TO THAT WAX? | 16:39:14 |
| 23 | A   IT GOT USED UP WHEN I DID THE QUEEN OF HEARTS | 16:39:16 |
| 24 | WITH MY FRIEND. | 16:39:20 |
| 25 | Q   I'M SORRY.  YOU DID THE? | 16:39:21 |

190

EXHIBIT _18_

PAGE _362.012_

| | | |
|---|---|---|
| 1 | A    QUEEN OF HEARTS WITH MY FRIEND. | 16:39:23 |
| 2 | Q    WITH RESPECT TO THE BRATZ SCULPTURES THAT YOU | 16:39:30 |
| 3 | DID IN 2000 AND 2001, SOME OF THOSE SCULPTURES WERE | 16:39:34 |
| 4 | WAX? | 16:39:39 |
| 5 | A    YES. | 16:39:40 |
| 6 | Q    AND WHERE DID YOU GET THAT WAX? | 16:39:40 |
| 7 | A    GENTLE GIANT POURED IT FOR ME.  I DON'T KNOW | 16:39:43 |
| 8 | WHERE THEY GOT IT. | 16:39:46 |
| 9 | Q    IS IT SOMETHING THAT YOU ASKED THEM FOR? | 16:39:49 |
| 10 | A    YEAH. | 16:39:53 |
| 11 | Q    THE WAX? | 16:39:54 |
| 12 | A    THE WAX, YES. | 16:39:55 |
| 13 | Q    WHEN IS IT THAT YOU ASKED GENTLE GIANT FOR | 16:40:01 |
| 14 | THAT WAX? | 16:40:04 |
| 15 | MR. PLEVAN:  CAN WE PAUSE SO I CAN GET | 16:40:07 |
| 16 | MR. HOLDEN BACK IN?  CAN I HAVE THE QUESTION READ? | 16:40:09 |
| 17 | (RECORD READ.) | 16:40:22 |
| 18 | THE WITNESS:  WHEN THEY DID THE MOLD OF THE | 16:40:22 |
| 19 | FIRST SCULPT. | 16:40:29 |
| 20 | BY MR. ZELLER: | 16:40:30 |
| 21 | Q    AND WHAT KIND OF MOLD DID THEY DO OF THE FIRST | 16:40:30 |
| 22 | SCULPT? | 16:40:34 |
| 23 | A    THE SILICONE MOLD. | 16:40:35 |
| 24 | Q    IT WAS A RUBBER MOLD? | 16:40:37 |
| 25 | A    YEAH, SILICONE RUBBER. | 16:40:38 |

191

A&E COURT REPORTERS (213) 955-0070 FAX: (213) 955-0077

EXHIBIT _18_

PAGE _362_.013

```
 1      Q    AND WHY DO YOU SAY THAT?                      16:30:47

 2      A    I THINK I REMEMBER TALKING TO HIM ABOUT IT.   16:30:50

 3      Q    DID YOU TELL HIM BEFORE YOU WERE DOING IT OR  16:30:55

 4   AFTER?                                                16:30:59

 5      A    HE TOLD ME HOW TO DO IT.                      16:31:00

 6      Q    SO IT MICHAEL HEBDEN WHO INTRODUCED YOU TO    16:31:04

 7   ILANA RAYNES SO THAT YOU COULD DO WORK FOR A MATTEL   16:31:10

 8   COMPETITOR WHEN YOU WERE THERE AT MATTEL?             16:31:15

 9      A    THAT'S NOT WHY HE INTRODUCED ME TO ILANA      16:31:18

10   RAYNES.                                               16:31:21

11      Q    WELL, WE'RE TALKING ABOUT SPECIFICALLY        16:31:22

12   INSTANCES IN WHICH YOU TOLD OR YOU DISCUSSED THIS WORK 16:31:26

13   FOR COMPETITORS WHILE YOU WERE STILL EMPLOYED BY      16:31:31

14   MATTEL.   YOUR ANSWER ABOUT MICHAEL HEBDEN SEEMED TO  16:31:35

15   SUGGEST THAT HE WAS THE ONE WHO ENABLED OR FACILITATED 16:31:40

16   OR SOMEHOW SET UP YOUR WORK WITH ILANA RAYNES?        16:31:43

17      A    HE DIDN'T SET IT UP.   I DIDN'T MAKE A LOT OF 16:31:47

18   MONEY BACK THEN, AND I NEEDED TO PAY THE BILLS, AND HE 16:31:51

19   SUGGESTED A WAY OF GETTING FREE-LANCE WORK.           16:31:57

20      Q    SO MICHAEL HEBDEN WAS THE ONE WHO SAID TO YOU 16:32:02

21   WHY DON'T YOU TRY GETTING FREE-LANCE WORK THROUGH ILANA 16:32:06

22   RAYNES?                                               16:32:10

23      A    NO.   HE NEVER SAID ILANA.   HE NEVER SAID    16:32:10

24   ANYBODY SPECIFICALLY.                                 16:32:14

25      Q    HE JUST TOLD YOU TO GO OFF AND GET FREE-LANCE 16:32:14
```

A&E COURT REPORTERS (213) 955-0070  FAX: (213) 955-0077

EXHIBIT ___18___

PAGE ___363___

| | | |
|---|---|---|
| 1 | WORK? | 16:32:18 |
| 2 | A    WELL, HE SUGGESTED A WAY OF DOING IT. | 16:32:18 |
| 3 | Q    AND HOW DID HE DO THAT? | 16:32:21 |
| 4 | A    WELL, JUST LIKE I TOLD YOU, TALK TO THE | 16:32:23 |
| 5 | VENDORS WHO ARE DOING WORK AND SEE IF THEY HAVE EXTRA | 16:32:26 |
| 6 | WORK THAT THEY CAN'T DO. | 16:32:31 |
| 7 | Q    DID YOU HAVE ONE CONVERSATION WITH MR. HEBDEN | 16:32:36 |
| 8 | ABOUT THIS OR MORE THAN ONE? | 16:32:40 |
| 9 | A    PROBABLY, MORE THAN ONE, BUT I CAN'T TELL YOU | 16:32:42 |
| 10 | HOW MANY. | 16:32:44 |
| 11 | Q    WHEN DID THOSE CONVERSATIONS OCCUR? | 16:32:45 |
| 12 | A    I DON'T REMEMBER. | 16:32:47 |
| 13 | Q    YOU CAN'T TELL ME A YEAR? | 16:32:48 |
| 14 | A    I CAN'T TELL YOU. | 16:32:50 |
| 15 | Q    WHERE DID THEY TAKE PLACE? | 16:32:53 |
| 16 | A    IN THE DEPARTMENT. | 16:32:56 |
| 17 | Q    THERE IN THE MATTEL DESIGN CENTER? | 16:32:59 |
| 18 | A    YES. | 16:33:01 |
| 19 | Q    SO THEN OTHER THAN THE FREE-LANCE JOB THAT YOU | 16:33:08 |
| 20 | MENTIONED FOR HANNA-BARBERA AND THE WORK THAT YOU DID | 16:33:13 |
| 21 | THROUGH ILANA RAYNES -- WELL, I'M SORRY.  I'LL TRY IT | 16:33:17 |
| 22 | THIS WAY: | 16:33:23 |
| 23 | DURING THE TIME THAT YOU WERE DOING THAT | 16:33:25 |
| 24 | FREE-LANCE WORK THAT YOU DESCRIBED WHILE YOU WERE | 16:33:28 |
| 25 | EMPLOYED BY MATTEL THROUGH HANNA-BARBERA AND THROUGH | 16:33:31 |

186

A&E COURT REPORTERS (213) 955-0070  FAX: (213) 955-0077

EXHIBIT 18

PAGE 364

| | | |
|---|---|---|
| 1 | ILANA RAYNES, YOU WERE AWARE THAT WAS INCONSISTENT WITH | 16:33:34 |
| 2 | YOUR MATTEL EMPLOYMENT AGREEMENT; IS THAT TRUE? | 16:33:38 |
| 3 | A    YES. | 16:33:41 |
| 4 | Q    AND YOU KNEW THAT AT THE TIME? | 16:33:41 |
| 5 | A.   YES. | 16:33:43 |
| 6 | Q    PRIOR TO THE TIME THAT YOU TOOK ON ANY OF | 16:33:52 |
| 7 | THOSE JOBS, DID YOU GO AND GET APPROVAL FROM ANY MATTEL | 16:33:54 |
| 8 | EXECUTIVE IN WHICH YOU SAID SPECIFICALLY YOU WERE GOING | 16:33:59 |
| 9 | TO BE WORKING ON THOSE PROJECTS FOR A COMPETITOR? | 16:34:02 |
| 10 | A    NO. | 16:34:06 |
| 11 | Q    DID YOU EVER DISCLOSE TO ANYONE SENIOR VICE | 16:34:10 |
| 12 | PRESIDENT LEVEL OR ABOVE THERE AT MATTEL THAT YOU WERE | 16:34:16 |
| 13 | DOING THIS WORK? | 16:34:20 |
| 14 | MR. MC FARLAND:  OBJECT TO THE | 16:34:21 |
| 15 | CHARACTERIZATION OF THE LEVEL AND THE LACK OF | 16:34:22 |
| 16 | FOUNDATION AS TO WHAT MR. HEBDEN'S TITLE WAS, WHO WAS | 16:34:24 |
| 17 | HER SUPERVISOR. | 16:34:28 |
| 18 | THE WITNESS:  CAN YOU ASK THAT QUESTION AGAIN? | 16:34:30 |
| 19 | MR. ZELLER:  IF WE CAN READ IT BACK. | 16:34:32 |
| 20 | (RECORD READ.) | 16:34:43 |
| 21 | THE WITNESS:  NO. | 16:34:43 |
| 22 | BY MR. ZELLER: | 16:34:57 |
| 23 | Q   WHAT WAS, APPROXIMATELY, THE OVERALL TIME | 16:34:57 |
| 24 | PERIOD WHEN YOU WERE DOING THIS WORK FOR COMPETITORS | 16:35:03 |
| 25 | WHILE EMPLOYED BY MATTEL?  ARE WE TALKING A MATTER OF | 16:35:09 |

187

EXHIBIT    18

PAGE    365

| | | |
|---|---|---|
| 1 | WEEKS?   A MATTER OF MONTHS?   LONGER? | 16:35:14 |
| 2 | A   HERE AND THERE THROUGHOUT THE WHOLE COURSE OF | 16:35:16 |
| 3 | WORKING AT MATTEL. | 16:35:18 |
| 4 | Q   DID YOU DO SOME OF THE WORK THAT 2000 -- WORK | 16:35:19 |
| 5 | FOR COMPETITORS WHILE EMPLOYED BY MATTEL? | 16:35:24 |
| 6 | A   POSSIBLY. | 16:35:28 |
| 7 | Q   DURING THE TIME THAT YOU WERE OUT ON FAMILY | 16:35:29 |
| 8 | LEAVE, DID YOU DO ANY WORK FOR MATTEL COMPETITORS? | 16:35:31 |
| 9 | A   NO, I DID NOT.   I DIDN'T DO ANY WORK AT ALL. | 16:35:35 |
| 10 | Q   OTHER THAN YOURSELF, DO YOU KNOW ANY PERSON | 16:35:53 |
| 11 | THERE AT MATTEL WHO WAS A MATTEL EMPLOYEE BY NAME WHO | 16:35:56 |
| 12 | WAS, ALSO, DOING WORK FOR A COMPETITOR AT THE SAME | 16:36:01 |
| 13 | TIME? | 16:36:05 |
| 14 | A   I DON'T KNOW ANYBODY BY NAME. | 16:36:14 |
| 15 | Q   DURING THE TIME WHEN YOU WERE WORKING ON THIS | 16:36:24 |
| 16 | PROJECT FOR HANNA-BARBERA, DID YOU DO ANY OF THAT WORK | 16:36:27 |
| 17 | AT THE MATTEL DESIGN CENTER? | 16:36:32 |
| 18 | A   NO. | 16:36:34 |
| 19 | Q   YOU DID IT ALL AT HOME? | 16:36:36 |
| 20 | A   YES. | 16:36:39 |
| 21 | Q   DID YOU USE ANY MATTEL SUPPLIES FOR IT? | 16:36:40 |
| 22 | A   NO. | 16:36:43 |
| 23 | Q   AND HOW DO YOU KNOW? | 16:36:44 |
| 24 | A   BECAUSE THE PENELOPE PIT STOP HAD ALREADY BEEN | 16:36:46 |
| 25 | SCULPTED AND THEY JUST WANTED ME TO FIX IT. | 16:36:54 |

A&E COURT REPORTERS (213) 955-0070  FAX: (213) 955-0077

EXHIBIT ___18___

PAGE ___366___

| | | |
|---|---|---|
| 1 | Q    DID GENTLE GIANT, ALSO, DO A SCAN OF THAT | 16:40:40 |
| 2 | SCULPT? | 16:40:44 |
| 3 | A    NO. | 16:40:45 |
| 4 | Q    DID GENTLE GIANT DO A SCAN -- A DIGITAL SCAN | 16:40:45 |
| 5 | OF ANY OF THE BRATZ SCULPTURES THAT YOU DID? | 16:40:50 |
| 6 | A    AT ONE POINT, THEY SCANNED THE HEAD LATER. | 16:40:53 |
| 7 | Q    HOW MUCH LATER? | 16:40:58 |
| 8 | A    AFTER MERCEDAH CAME INTO THE PICTURE. | 16:40:59 |
| 9 | Q    AFTER JESSE RAMIREZ? | 16:41:09 |
| 10 | A    MERCEDAH WARD. | 16:41:13 |
| 11 | Q    OH, MERCEDAH.  I MISUNDERSTOOD.  WHEN YOU SAY | 16:41:15 |
| 12 | SHE CAME INTO THE PICTURE, THAT WAS WHEN SHE STARTED | 16:41:16 |
| 13 | WORKING THERE AT M.G.A.? | 16:41:18 |
| 14 | A    YES, AFTER SHE STARTED WORKING THERE. | 16:41:20 |
| 15 | Q    DID GENTLE GIANT GIVE YOU A DIGITAL FILE OF | 16:41:23 |
| 16 | THAT HEAD SCAN? | 16:41:28 |
| 17 | A    NO. | 16:41:29 |
| 18 | Q    DO YOU HAVE ANY KNOWLEDGE OR INFORMATION AS TO | 16:41:30 |
| 19 | WHERE THE DIGITAL FILES ARE FOR THAT HEAD SCAN? | 16:41:32 |
| 20 | A    NO. | 16:41:34 |
| 21 | Q    HAS ANYONE EVER ASKED YOU FOR THEM? | 16:41:35 |
| 22 | MR. MC FARLAND:  OTHER THAN ATTORNEYS.  YOU DO | 16:41:38 |
| 23 | NOT TALK ABOUT ANY CONVERSATIONS YOU'VE HAD WITH ANY | 16:41:40 |
| 24 | ATTORNEYS. | 16:41:44 |
| 25 | THE WITNESS:  NOBODY HAS ASKED ME FOR THE | 16:41:45 |

192



EXHIBIT ___18___

PAGE ___317___

| | | |
|---|---|---|
| 1 | FILES. | 16:41:47 |
| 2 | BY MR. ZELLER: | 16:41:48 |
| 3 | Q   WHAT WAS YOUR UNDERSTANDING AS TO WHY GENTLE | 16:41:48 |
| 4 | GIANT MADE A DIGITAL SCAN OF THE BRATZ HEAD? | 16:41:51 |
| 5 | A   AFTER I SHOWED IT TO MERCEDAH, THEY THOUGHT | 16:41:54 |
| 6 | THE HEAD WAS TOO SMALL, AND IT NEEDED TO BE UPSIZED TO | 16:41:58 |
| 7 | ACCOMMODATE FOR THE SHRINKAGE IN THE VINYL. | 16:42:10 |
| 8 | Q   ARE YOU THE ONE WHO TOOK THE HEAD TO GENTLE | 16:42:15 |
| 9 | GIANT TO HAVE IT SCANNED? | 16:42:18 |
| 10 | A   YES. | 16:42:20 |
| 11 | Q   DID YOU, ACTUALLY, GO TO THEIR FACILITIES | 16:42:22 |
| 12 | THERE IN BURBANK TO DO THAT? | 16:42:25 |
| 13 | A   YES. | 16:42:27 |
| 14 | MR. ZELLER:  LET'S, PLEASE, MARK AS EXHIBIT | 16:42:45 |
| 15 | 1134 A ONE-PAGE DOCUMENT, WHICH IS AN INVOICE FROM | 16:42:47 |
| 16 | GENTLE GIANT STUDIOS TO MARGARET LEAHY, DATED OCTOBER | 16:42:52 |
| 17 | 11, 2000, KWL00425. | 16:42:56 |
| 18 | (DEFENDANTS' EXHIBIT 1134 WAS MARKED FOR | 16:43:00 |
| 19 | IDENTIFICATION BY THE COURT REPORTER.) | 16:43:00 |
| 20 | BY MR. ZELLER: | 16:43:19 |
| 21 | Q   HAVE YOU HAD A CHANCE TO LOOK AT EXHIBIT 1134? | 16:43:39 |
| 22 | A   YES. | 16:43:43 |
| 23 | Q   DO YOU RECOGNIZE THIS AS AN INVOICE THAT YOU | 16:43:44 |
| 24 | RECEIVED FROM GENTLE GIANT STUDIOS ON OR ABOUT OCTOBER | 16:43:46 |
| 25 | 11TH, 2000? | 16:43:51 |

193

EXHIBIT ___18___

PAGE ___367___

| | | |
|---|---|---|
| 1 | A    YES. | 16:43:52 |
| 2 | Q    AND I TAKE IT THAT THIS INVOICE RELATES TO THE | 16:43:53 |
| 3 | BRATZ PROJECT OR THE PROJECT THAT YOU LATER LEARNED WAS | 16:43:55 |
| 4 | CALLED GRRLZ AND THEN BRATZ? | 16:44:00 |
| 5 | A    YES. | 16:44:03 |
| 6 | Q    SO WHEN IT TALKS ABOUT THE DOLL, THAT'S | 16:44:03 |
| 7 | REFERRING TO BRATZ? | 16:44:06 |
| 8 | A    YES. | 16:44:07 |
| 9 | Q    AND HEAD, BODY, TWO ARMS? | 16:44:08 |
| 10 | A    YES. | 16:44:11 |
| 11 | Q    THAT'S BRATZ; IS THAT CORRECT? | 16:44:11 |
| 12 | A    THAT'S CORRECT. | 16:44:13 |
| 13 | Q    YOU'LL SEE THE FIRST ITEM SAYS, "MOLDING." | 16:44:15 |
| 14 | WHAT'S THAT REFERRING TO? | 16:44:19 |
| 15 | A    MAKING A MOLD -- A SILICONE RUBBER MOLD. | 16:44:21 |
| 16 | Q    AND THEN BELOW THAT ARE TWO ENTRIES FOR | 16:44:24 |
| 17 | CASTING.  WHAT'S YOUR UNDERSTANDING OF THAT TERM? | 16:44:27 |
| 18 | A    THEY CAST A HARD RESIN. | 16:44:30 |
| 19 | Q    SO IT'S, ESSENTIALLY, A COPY OF THE DOLL? | 16:44:35 |
| 20 | A    YES. | 16:44:38 |
| 21 | Q    IN HARD CASTING FORM? | 16:44:39 |
| 22 | A    YES. | 16:44:41 |
| 23 | Q    I SEE ON HERE THAT THERE'S NO ADDRESS ON THIS | 16:44:48 |
| 24 | PARTICULAR INVOICE.  IT JUST HAS YOUR NAME. | 16:44:51 |
| 25 | A    YES. | 16:44:54 |

194

EXHIBIT  18

PAGE  369

| | | |
|---|---|---|
| 1 | Q    HOW IS IT YOU RECEIVED THIS INVOICE? | 16:44:55 |
| 2 | A    I DON'T REMEMBER. | 16:44:57 |
| 3 | Q    IS THIS THE FIRST INVOICE THAT YOU EVER | 16:45:01 |
| 4 | RECEIVED FROM GENTLE GIANT IN CONNECTION WITH THE | 16:45:03 |
| 5 | PROJECT THAT YOU LATER CAME TO KNOW OR CAME TO KNOW WAS | 16:45:06 |
| 6 | BRATZ? | 16:45:10 |
| 7 | A    I DON'T KNOW.  I'D HAVE TO LOOK AT MY INVOICE | 16:45:11 |
| 8 | BOOK. | 16:45:14 |
| 9 | Q    THERE MIGHT HAVE BEEN ONES EARLIER; YOU'RE NOT | 16:45:16 |
| 10 | SURE? | 16:45:19 |
| 11 | MR. MC FARLAND:  OBJECTION.  MISSTATES HER | 16:45:19 |
| 12 | TESTIMONY. | 16:45:21 |
| 13 | THE WITNESS:  I'D HAVE TO LOOK AT MY INVOICE | 16:45:22 |
| 14 | BOOK.  I DON'T REMEMBER. | 16:45:23 |
| 15 | BY MR. ZELLER: | 16:45:26 |
| 16 | Q    DID YOU LOOK THROUGH YOUR INVOICE BOOK IN | 16:45:26 |
| 17 | CONNECTION WITH THIS CASE TO FIND DOCUMENTS PERTAINING | 16:45:29 |
| 18 | TO BRATZ? | 16:45:32 |
| 19 | A    YES. | 16:45:33 |
| 20 | Q    YOU FOUND THIS INVOICE THAT WE'VE MARKED AS | 16:45:35 |
| 21 | 1134; IS THAT TRUE? | 16:45:38 |
| 22 | A    YES. | 16:45:40 |
| 23 | Q    DO YOU RECALL SEEING ANY EARLIER INVOICES? | 16:45:41 |
| 24 | A    I HANDED MY WHOLE INVOICE BOOK OVER, SO, | 16:45:46 |
| 25 | ACTUALLY, I DIDN'T GO THROUGH EVERY INVOICE. | 16:45:50 |

195

EXHIBIT 

PAGE    3-70

| | | |
|---|---|---|
| 1 | MR. ZELLER:  I'M ASKING IF EXHIBIT 1136 | 17:41:22 |
| 2 | CONTAINS ACCURATE DEPICTIONS OF THE THREE-DIMENSIONAL | 17:41:24 |
| 3 | OBJECT THAT SHE HAS IN FRONT OF HER, NAMELY, THE HEAD, | 17:41:28 |
| 4 | THE BODY AND THE TWO ARMS. | 17:41:32 |
| 5 | MR. MC FARLAND:  OBJECTION.  LACKS FOUNDATION. | 17:41:34 |
| 6 | SHE WASN'T THERE WHEN THE PICTURES WERE TAKEN. | 17:41:34 |
| 7 | THE WITNESS:  THIS IS A PICTURE OF ANOTHER | 17:41:42 |
| 8 | CAST THAT CAME OUT OF THE SAME MOLD. | 17:41:45 |
| 9 | BY MR. ZELLER: | 17:41:49 |
| 10 | Q    1136 IS? | 17:41:49 |
| 11 | A    YES.  1136 IS A PICTURE OF A DIFFERENT CAST | 17:41:52 |
| 12 | THAT CAME OUT OF THE SAME MOLD THAT THIS ONE CAME FROM. | 17:41:56 |
| 13 | Q    SO IT'S A DIFFERENT THREE-DIMENSIONAL OBJECT | 17:42:00 |
| 14 | BUT -- | 17:42:03 |
| 15 | A    IT'S A DIFFERENT COPY. | 17:42:04 |
| 16 | Q    IT'S A DIFFERENT COPY.  SO THEN DIRECTING YOUR | 17:42:05 |
| 17 | ATTENTION TO THE THREE-DIMENSIONAL ITEM THAT YOU HAVE | 17:42:13 |
| 18 | IN FRONT OF YOU, IT, OF COURSE, HAS A BRATZ HEAD; | 17:42:17 |
| 19 | RIGHT? | 17:42:22 |
| 20 | MR. MC FARLAND:  OBJECTION.  CALLS FOR -- | 17:42:22 |
| 21 | MISSTATES THE WITNESS'S TESTIMONY.  MISSTATES THE FACTS | 17:42:24 |
| 22 | OF THE CASE. | 17:42:27 |
| 23 | MS. ANDERSON:  IT'S VAGUE. | 17:42:28 |
| 24 | THE WITNESS:  THIS IS THE THIRD ITERATION OF | 17:42:32 |
| 25 | THE SCULPT I STARTED WITH CARTER ON GRRLZ BEFORE IT | 17:42:35 |

A&E COURT REPORTERS (213) 955-0070 FAX: (213) 955-0077

EXHIBIT _18_ 

PAGE _391_

| | | |
|---|---|---|
| 1 | BECAME BRATZ AT SOME POINT. | 17:42:41 |
| 2 | BY MR. ZELLER: | 17:42:43 |
| 3 | Q   SO WAS THAT THE ITERATION OF THE BRATZ | 17:42:43 |
| 4 | SCULPTURE THAT YOU SHOWED ON YOUR HOUSE ON OCTOBER 6TH, | 17:42:49 |
| 5 | 2000, OR WAS IT AFTER THAT? | 17:42:53 |
| 6 | MR. MC FARLAND: DO WE WANT TO START WORKING | 17:42:59 |
| 7 | WITH THE ORIGINAL -- THE UNREDACTED? | 17:43:00 |
| 8 | MS. HAULER:   I'M MAKING SURE THEY DIDN'T SKIP | 17:43:10 |
| 9 | ANY PAGES. | 17:43:14 |
| 10 | THE WITNESS:   CAN YOU ASK THE AGAIN? | 17:43:27 |
| 11 | MR. ZELLER:   CAN WE READ IT BACK? | 17:43:39 |
| 12 | (RECORD READ.) | 17:43:41 |
| 13 | THE WITNESS:   THIS IS AFTER 2006.   THIS IS | 17:43:41 |
| 14 | INCORPORATION -- NOT 2006.   EXCUSE ME.   THIS IS AFTER | 17:43:44 |
| 15 | OCTOBER 6TH INCORPORATING THE CHANGES THAT WERE MADE. | 17:43:47 |
| 16 | BY MR. ZELLER: | 17:43:51 |
| 17 | Q.   SO THE GRAY SCULPTURE THAT YOU HAVE IN FRONT | 17:43:51 |
| 18 | OF YOU WAS THE RESULT OF THE MEETING THAT YOU HAD AT | 17:43:57 |
| 19 | YOUR HOUSE ON OCTOBER 6TH, 2000? | 17:44:00 |
| 20 | MS. ANDERSON:   LACKS FOUNDATION. | 17:44:03 |
| 21 | MR. MC FARLAND:   MISSTATES THE TESTIMONY. | 17:44:04 |
| 22 | THE WITNESS:   I HAD THIS SCULPT -- A | 17:44:05 |
| 23 | VERSION -- A PREVIOUS VERSION OF THIS SCULPT ON OCTOBER | 17:44:08 |
| 24 | 6TH.   EVERYBODY THERE MADE COMMENTS, AND I INCORPORATED | 17:44:11 |
| 25 | THEIR COMMENTS. | 17:44:16 |

221

EXHIBIT   18

PAGE   372

```
 1    BY MR. ZELLER:                                          17:44:17

 2         Q   IN THE SCULPTURE?                              17:44:17

 3         A   IN THE SCULPTURE.                              17:44:18

 4         Q   AND THE COMMENTS THAT WERE GIVEN ARE REFLECTED 17:44:19

 5    IN THE SCULPT THAT YOU HAVE IN FRONT OF YOU THAT'S THE  17:44:22

 6    GRAY ONE?                                               17:44:26

 7         A   YES.                                           17:44:27

 8         Q   YOU RECEIVED THOSE COMMENTS ON THE CHANGES TO  17:44:27

 9    THE SCULPT FROM PAULA TREANTAFELLES AND CARTER BRYANT;  17:44:30

10    IS THAT CORRECT?                                        17:44:36

11         A   AND VERONICA.                                  17:44:37

12         Q   SO IT WAS ALL THREE OF THEM?                   17:44:38

13         A   YES.                                           17:44:41

14         Q   CARTER BRYANT, VERONICA MARLOW AND PAULA       17:44:42

15    TREANTAFELLES?                                          17:44:46

16         A   YES.                                           17:44:47

17         Q   THOSE ARE THE COMMENTS THAT YOU RECEIVED AT    17:44:47

18    THE MEETING AT YOUR HOUSE ON OCTOBER 6TH, 2000?         17:44:49

19         A   YES.                                           17:44:54

20         Q   WE, OF COURSE, HAVE HERE VARIOUS OTHER         17:44:54

21    TANGIBLE ITEMS AND SCULPTS AND THE LIKE.  AMONG THE     17:44:58

22    MATERIALS THAT YOU HAVE HERE WITH YOU, DO YOU HAVE ANY  17:45:02

23    EARLIER VERSION, ITERATION OR WHATEVER THE TERM IS YOU  17:45:06

24    MAY WANT TO USE, OF THE DOLL THAT YOU LATER CAME TO     17:45:11

25    KNOW AS GRRLZ AND THEN BRATZ?                           17:45:17
```

222

EXHIBIT ___18___

PAGE ___373___

| | | |
|---|---|---|
| 1 | BY MR. ZELLER: | 17:44:17 |
| 2 | Q   IN THE SCULPTURE? | 17:44:17 |
| 3 | A   IN THE SCULPTURE. | 17:44:18 |
| 4 | Q   AND THE COMMENTS THAT WERE GIVEN ARE REFLECTED | 17:44:19 |
| 5 | IN THE SCULPT THAT YOU HAVE IN FRONT OF YOU THAT'S THE | 17:44:22 |
| 6 | GRAY ONE? | 17:44:26 |
| 7 | A   YES. | 17:44:27 |
| 8 | Q   YOU RECEIVED THOSE COMMENTS ON THE CHANGES TO | 17:44:27 |
| 9 | THE SCULPT FROM PAULA TREANTAFELLES AND CARTER BRYANT; | 17:44:30 |
| 10 | IS THAT CORRECT? | 17:44:36 |
| 11 | A   AND VERONICA. | 17:44:37 |
| 12 | Q   SO IT WAS ALL THREE OF THEM? | 17:44:38 |
| 13 | A   YES. | 17:44:41 |
| 14 | Q   CARTER BRYANT, VERONICA MARLOW AND PAULA | 17:44:42 |
| 15 | TREANTAFELLES? | 17:44:46 |
| 16 | A   YES. | 17:44:47 |
| 17 | Q   THOSE ARE THE COMMENTS THAT YOU RECEIVED AT | 17:44:47 |
| 18 | THE MEETING AT YOUR HOUSE ON OCTOBER 6TH, 2000? | 17:44:49 |
| 19 | A   YES. | 17:44:54 |
| 20 | Q   WE, OF COURSE, HAVE HERE VARIOUS OTHER | 17:44:54 |
| 21 | TANGIBLE ITEMS AND SCULPTS AND THE LIKE.  AMONG THE | 17:44:58 |
| 22 | MATERIALS THAT YOU HAVE HERE WITH YOU, DO YOU HAVE ANY | 17:45:02 |
| 23 | EARLIER VERSION, ITERATION OR WHATEVER THE TERM IS YOU | 17:45:06 |
| 24 | MAY WANT TO USE, OF THE DOLL THAT YOU LATER CAME TO | 17:45:11 |
| 25 | KNOW AS GRRLZ AND THEN BRATZ? | 17:45:17 |

222

EXHIBIT   18

PAGE   374

| | | |
|---|---|---|
| 1 | MR. MC FARLAND: OBJECTION TO THE | 17:45:19 |
| 2 | CHARACTERIZATION OF IT AS A DOLL. I THINK SHE, ALSO, | 17:45:21 |
| 3 | SAID IT'S A FIGURINE. | 17:45:24 |
| 4 | THE WITNESS: I DON'T HAVE ANYTHING EARLIER | 17:45:27 |
| 5 | THAN THIS. NOTHING EXISTS. | 17:45:29 |
| 6 | BY MR. ZELLER: | 17:45:31 |
| 7 | Q SO THEN THE RECORD IS CLEAR, THE CASTING THAT | 17:45:31 |
| 8 | YOU HAVE THERE -- THE GRAY CASTING THAT WE HAVE | 17:45:36 |
| 9 | DEPICTED IN THE PHOTOGRAPHS AS EXHIBIT 1135 IS THE | 17:45:40 |
| 10 | EARLIEST THREE-DIMENSIONAL ITEM THAT YOU HAVE THAT | 17:45:44 |
| 11 | RELATES TO THE BRATZ PROJECT; IS THAT TRUE? | 17:45:48 |
| 12 | A 1135 OR 1136? | 17:45:51 |
| 13 | Q 1135. | 17:45:55 |
| 14 | MR. PLEVAN: 1135 BEING THE ONE THAT'S SITTING | 17:45:57 |
| 15 | IN FRONT OF HER NOW. | 17:45:59 |
| 16 | THE WITNESS: OKAY. SO THIS IS THIS. CAN YOU | 17:46:02 |
| 17 | ASK THE QUESTION ONE MORE TIME? | 17:46:06 |
| 18 | MR. ZELLER: SURE. CAN WE READ IT BACK, | 17:46:27 |
| 19 | PLEASE? | 17:46:31 |
| 20 | (RECORD READ.) | 17:46:31 |
| 21 | THE WITNESS: YES. | 17:46:31 |
| 22 | BY MR. ZELLER: | 17:46:32 |
| 23 | Q DIRECTING YOUR ATTENTION TO -- BY THE WAY, THE | 17:46:32 |
| 24 | GRAY OBJECT THAT YOU HAVE IN FRONT OF YOU -- THE | 17:46:35 |
| 25 | THREE-DIMENSIONAL THING -- THAT'S A CASTING; RIGHT? | 17:46:39 |

223

EXHIBIT _____ 18

PAGE _____ 375

```
 1                      DEPONENT'S DECLARATION

 2

 3    STATE OF CALIFORNIA      )

 4                            ) SS.

 5    COUNTY OF LOS ANGELES   )

 6

 7         I, _____ , DO

 8    HEREBY CERTIFY UNDER PENALTY OF PERJURY THAT THE

 9    FOREGOING DEPOSITION IS TRUE AND CORRECT.

10

11

12

13

14    EXECUTED AT_____.

15                         (PLACE)

16

17

18    ON_____.

19                         (DATE)

20

21

22

23                    _____

24

25
```

313

EXHIBIT 18
PAGE 376

```
 1    STATE OF CALIFORNIA      )

 2                             ) SS.

 3    COUNTY OF LOS ANGELES    )

 4

 5         I, BETH FELIX, CERTIFIED SHORTHAND REPORTER,

 6    CERTIFICATE NO. 12766, FOR THE STATE OF CALIFORNIA,

 7    HEREBY CERTIFY:

 8         THE FOREGOING PROCEEDINGS WERE TAKEN BEFORE ME AT

 9    THE TIME AND PLACE THEREIN SET FORTH, AT WHICH TIME THE

10    DEPONENT WAS PLACED UNDER OATH BY ME;

11         THE TESTIMONY OF THE DEPONENT AND ALL OBJECTIONS

12    MADE AT THE TIME OF THE EXAMINATION WERE RECORDED

13    STENOGRAPHICALLY BY ME AND WERE THEREAFTER TRANSCRIBED.

14    THE FOREGOING TRANSCRIPT IS A TRUE AND CORRECT

15    TRANSCRIPT OF MY SHORTHAND NOTES SO TAKEN;

16         I FURTHER CERTIFY THAT I AM NEITHER COUNSEL FOR

17    NOR RELATED TO ANY PARTY TO SAID ACTION NOR IN ANY WAY

18    INTERESTED IN THE OUTCOME THEREOF;

19         IN WITNESS WHEREOF, I HAVE HEREUNTO SUBSCRIBED MY

20    NAME THIS 12TH OF DECEMBER, 2007.

21

22                    _Beth Felix_

                          BETH FELIX

23

24

25
```

314

EXHIBIT __18__

PAGE __377__

# EXHIBIT 19

ORIGINAL

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

MATTEL, INC., A DELAWARE CORPORATION, )
                                      )
              PLAINTIFF,              )
                                      )
        VS.                           )    NO. CV 04-9059
                                      )        NM(RNBX)
CARTER BRYANT, AN INDIVIDUAL; AND     )
DOES 1 THROUGH 10, INCLUSIVE,         )
                                      )
              DEFENDANTS.             )
_____)
CARTER BRYANT, ON BEHALF OF HIMSELF,  )
ALL PRESENT AND FORMER EMPLOYEES OF   )
MATTEL, INC., AND THE GENERAL PUBLIC, )
                                      )
              COUNTER-CLAIMANT,       )
                                      )
        VS.                           )
                                      )
MATTEL, INC., A DELAWARE CORPORATION, )
                                      )
              COUNTER-DEFENDANT.      )
_____)

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

DEPOSITION OF ANN DRISKILL

LOS ANGELES, CALIFORNIA

WEDNESDAY, DECEMBER 15, 2004

REPORTED BY:

BARBARA A. STAUFFER, RPR
CSR NO. 12282

JOB NO.
39820LMF

**LUDWIG KLEIN**
REPORTERS & VIDEO, INC.
10868 KLING STREET
TOLUCA LAKE, CALIFORNIA 91602
800.540.0681        Fax 818.508.6326
e-mail:  lois@ludwigklein.com

EXHIBIT ___19___

PAGE ___378___

LUDWIG KLEIN REPORTERS & VIDEO, INC.   800.540.0681

1                    UNITED STATES DISTRICT COURT

2                    CENTRAL DISTRICT OF CALIFORNIA

3

4

5    MATTEL, INC., A DELAWARE CORPORATION, )
                                          )
6                    PLAINTIFF,           )
                                          )
7         VS.                             )   NO. CV 04-9059
                                          )       NM(RNBX)
8    CARTER BRYANT, AN INDIVIDUAL; AND    )
     DOES 1 THROUGH 10, INCLUSIVE,        )
9                                         )
                                          )
10                   DEFENDANTS.          )
     _____)
11   CARTER BRYANT, ON BEHALF OF HIMSELF, )
     ALL PRESENT AND FORMER EMPLOYEES OF  )
12   MATTEL, INC., AND THE GENERAL PUBLIC,)
                                          )
13                   COUNTER-CLAIMANT,    )
                                          )
14        VS.                             )
                                          )
15   MATTEL, INC., A DELAWARE CORPORATION,)
                                          )
16                   COUNTER-DEFENDANT.   )
     _____)

17

18        DEPOSITION OF ANN DRISKILL, TAKEN ON BEHALF OF

19        DEFENDANT AND COUNTER-CLAIMANT CARTER BRYANT AT

20        400 SOUTH HOPE STREET, LOS ANGELES, CALIFORNIA,

21        COMMENCING AT 9:46 A.M. ON WEDNESDAY,

22        DECEMBER 15, 2004, BEFORE BARBARA A. STAUFFER, RPR,

23        CSR NO. 12282, A CERTIFIED SHORTHAND REPORTER IN

24        AND FOR THE COUNTY OF LOS ANGELES, STATE OF

25        CALIFORNIA.

                                                          2

HIGHLY CONFIDENTIAL TRANSCRIPT - ATTORNEYS EYES ONLY

EXHIBIT _____19_____

PAGE _____379_____

LUDWIG KLEIN REPORTERS & VIDEO, INC.   800.540.0681

1  APPEARANCES:

2

3  FOR THE PLAINTIFF AND COUNTER-DEFENDANT:

4          QUINN EMANUEL
        BY:  MICHAEL T. ZELLER
5             ATTORNEY AT LAW
                AND
6           TANIA KREBS
        865 SOUTH FIGUEROA STREET
7       10TH FLOOR
        LOS ANGELES, CALIFORNIA  90017
8       213.624.7707

9

10 FOR THE PLAINTIFF AND COUNTER-DEFENDANT:

        BY:  MICHAEL MOORE
11           ATTORNEY AT LAW
        333 CONTINENTAL BOULEVARD
12      EL SEGUNDO, CALIFORNIA  90245-5012
        310.252.2000
13

14 FOR THE DEFENDANT AND COUNTER CLAIMANT CARTER BRYANT:

15         LITTLER MENDELSON
        BY:  KEITH A. JACOBY
16           ATTORNEY AT LAW
        2049 CENTURY PARK EAST
17      5TH FLOOR
        LOS ANGELES, CALIFORNIA  90067
18      310.553.0308

19

20 FOR THE DEFENDANT M.G.A. ENTERTAINMENT, INC.:

        O'MELVENY & MYERS
21      BY:  DIANA TORRES
             ATTORNEY AT LAW
22      400 SOUTH HOPE STREET
        5TH FLOOR
23      LOS ANGELES, CALIFORNIA  90071-2899
        213.430.3600
24

25

3

HIGHLY CONFIDENTIAL TRANSCRIPT - ATTORNEYS EYES ONLY

EXHIBIT _____ 19

PAGE _____ 380

LUDWIG KLEIN REPORTERS & VIDEO, INC.   800.540.0681

1                          I N D E X

2    EXAMINATION BY                                      PAGE

3        MR. JACOBY                                        5

4        MS. TORRES                                       307

5                        E X H I B I T S

6    DEFENDANT'S                                         PAGE

7      50     EMPLOYEE CONFIDENTIAL INFORMATION AND        83
             INVENTIONS AGREEMENT (1 PG.)
8
       51     EXIT INTERVIEW REPORT (2 PGS.)              164
9
       52     DOCUMENT BATE STAMPED M 0001601 (1 PG.)     223
10
       53     CONFLICT OF INTEREST QUESTIONNAIRE (1 PG.)  224
11

12                      QUESTIONS MARKED

13                      PAGE     LINE

14                      100       3
                        114       6
15                      116       3
                        248      21
16                      255       3
                        280       1
17

18              INFORMATION TO BE SUPPLIED

19                        (NONE)

20

21

22

23

24

25

HIGHLY CONFIDENTIAL TRANSCRIPT - ATTORNEYS EYES ONLY

                                                          4

EXHIBIT _____ 19

PAGE _____ 381

LUDWIG KLEIN REPORTERS & VIDEO, INC.   800.540.0681

| 1 | Q | WHAT ABOUT THE CONFLICT OF INTEREST | 10:16:07 |

2   QUESTIONNAIRE?  DO YOU RECALL ANYONE GOING OVER THE   10:16:09

3   GIST OF THAT?   10:16:11

4        A    SORT OF THE SAME THING.   10:16:15

5        Q    A VAGUE RECOLLECTION?   10:16:17

6        A    YES.   10:16:18

7        Q    DID YOU UNDERSTAND THAT YOU NEEDED TO   10:16:19

8   SIGN THOSE AGREEMENTS TO START WORKING AT MATTEL?   10:16:20

9            MR. ZELLER:  I'M GOING TO OBJECT TO THE   10:16:24

10   FORM OF THE QUESTION WHEN YOU SAY "NEED."   10:16:25

11            MR. JACOBY:  BY "NEED" I MEAN "REQUIRE."   10:16:27

12            MR. ZELLER:  SAME OBJECTION AS TO   10:16:29

13   "REQUIRE."   10:16:30

14            THE WITNESS:  I UNDERSTOOD THAT WE WERE   10:16:33

15   EXPECTED TO SIGN IT -- OR THAT I WAS.   10:16:34

16   BY MR. JACOBY:   10:16:40

17        Q    OKAY.  DO YOU RECALL THE GIST OF WHAT WAS   10:16:40

18   EXPLAINED TO YOU ABOUT THE INVENTIONS AND ASSIGNMENT   10:16:42

19   AGREEMENT?   10:16:44

20        A    I RECALL THE GIST OF IT.  WHETHER THAT   10:16:46

21   WAS THROUGH AN EXPLANATION OR MY READING IT, I DON'T   10:16:48

22   KNOW.   10:16:53

23        Q    OKAY.  WHAT WAS THE GIST OF IT AS YOU   10:16:54

24   BEST RECOLLECT?   10:16:55

25        A    THE CONFLICT OF INTEREST?   10:16:57

33

HIGHLY CONFIDENTIAL TRANSCRIPT - ATTORNEYS EYES ONLY

EXHIBIT ___19___

PAGE ___302___

LUDWIG KLEIN REPORTERS & VIDEO, INC.   800.540.0681

1      Q      START WITH THE INVENTIONS AND ASSIGNMENT        10:16:59
2   AGREEMENT.                                                10:17:01
3      A      BASICALLY THAT WHATEVER YOU CREATE OR           10:17:03
4   INVENT AS A DESIGNER AT MATTEL MATTEL OWNS.               10:17:07
5      Q      WHILE YOU'RE AT MATTEL?                         10:17:12
6          MR. ZELLER:  I'M GOING TO OBJECT TO THE            10:17:14
7   FRAME -- FORM OF THE QUESTION WHEN YOU SAY "WHILE AT      10:17:15
8   MATTEL."  YOU MEAN THE TIME PERIOD?                       10:17:17
9          MR. JACOBY:  YES.                                  10:17:19
10          THE WITNESS:  MY UNDERSTANDING IS THAT,           10:17:21
11   IF YOU CREATE IT WHILE YOU'RE AT MATTEL, MATTEL OWNS     10:17:22
12   IT INDEFINITELY.                                         10:17:26
13   BY MR. JACOBY:                                           10:17:28
14      Q      IS THAT TRUE IRRESPECTIVE IF WHETHER YOU       10:17:28
15   CREATE IT AT HOME OR AT WORK?                            10:17:30
16          MR. ZELLER:  YOU'RE TALKING AGAIN STILL           10:17:32
17   DURING THE TERM OF EMPLOYMENT?                           10:17:33
18          MR. JACOBY:  DURING THE TERM OF                   10:17:35
19   EMPLOYMENT.                                              10:17:36
20      Q      AND I'M JUST ASKING FOR YOUR                   10:17:37
21   UNDERSTANDING.                                           10:17:39
22      A      MY UNDERSTANDING OF THAT IS THAT, IF YOU       10:17:40
23   CREATE SOMETHING DIRECTLY COMPETITIVE EVEN WHILE         10:17:41
24   YOU'RE AT HOME, THAT MATTEL STILL OWNS THAT.             10:17:45
25      Q      WHAT DO YOU MEAN BY "DIRECTLY                  10:17:49

34

HIGHLY CONFIDENTIAL TRANSCRIPT - ATTORNEYS EYES ONLY

EXHIBIT _____ 19

PAGE _____ 383

LUDWIG KLEIN REPORTERS & VIDEO, INC.   800.540.0681

1    COMPETITIVE"?                                              10:17:50

2        A    WELL, IN MY INSTANCE IT WOULD BE A               10:17:50

3    FASHION DOLL.                                             10:17:54

4        Q    OKAY.  SO MY UNDERSTANDING IS YOU HAD            10:17:55

5    WORKED IN THE WOMEN'S CLOTHING INDUSTRY FOR YEARS         10:18:04

6    BEFORE JOINING MATTEL; CORRECT?                           10:18:07

7        A    RIGHT.                                           10:18:09

8        Q    WOULD IT BE YOUR UNDERSTANDING THAT, IF          10:18:09

9    YOU DESIGNED A WOMAN'S DRESS, THAT THAT WOULD NOT BE      10:18:11

10   DIRECTLY COMPETITIVE WITH MATTEL?                         10:18:15

11        MR. ZELLER:  FIRST OF ALL, I'M GOING TO              10:18:21

12   OBJECT TO THE FORM OF THE QUESTION.  I'M ALSO GOING       10:18:21

13   TO OBJECT AS TO LACK OF FOUNDATION.  AND CALLS FOR A      10:18:21

14   LEGAL CONCLUSION.                                         10:18:24

15        MR. JACOBY:  YOU CAN ANSWER.                         10:18:24

16        THE WITNESS:  I THINK THAT'S NOT SO                  10:18:26

17   CLEAR.                                                    10:18:32

18   BY MR. JACOBY:                                            10:18:33

19        Q    OKAY.  YOU'RE NOT SURE ONE WAY OR THE           10:18:33

20   OTHER?                                                    10:18:35

21        A    RIGHT.                                          10:18:36

22        Q    OKAY.  AND HAVE YOU EVER -- OTHER THAN          10:18:37

23   THIS FIRST MEETING IN 1991 BEFORE -- AND I'M NOT          10:18:40

24   MAKING ANY ASSUMPTIONS ABOUT WHAT YOU TALKED ABOUT        10:18:44

25   WITH YOUR ATTORNEYS -- CAN YOU RECALL ANY DISCUSSION      10:18:47

                                                              35
HIGHLY CONFIDENTIAL TRANSCRIPT - ATTORNEYS EYES ONLY

EXHIBIT _____ 19

PAGE _____ 384

LUDWIG KLEIN REPORTERS & VIDEO, INC.   800.540.0681

| 1 | THE NEW YORK TOY FAIR? | 14:14:46 |

1   THE NEW YORK TOY FAIR?                                    14:14:46

2       A   NO.                                               14:14:48

3       Q   IS THE -- COULD YOU EXPLAIN FOR ME -- TOY        14:14:49

4   FAIR IS A CENTRAL SITE WHERE WARES OF VARIOUS TOY        14:14:52

5   COMPANIES ARE DISPLAYED; CORRECT?  WHAT I'M TRYING       14:14:59

6   TO ESTABLISH IS THAT SOMEONE OUTSIDE M.G.A. COULD        14:15:02

7   SEE THE BRATZ DOLLS IF THEY WERE AT THE TOY FAIR.        14:15:04

8           MR. ZELLER:  WELL, I GUESS PART OF IT IS         14:15:07

9   IS, FIRST OF ALL, SHE'S TESTIFIED TO THE INTERNAL        14:15:09

10  TOY FAIRS.                                               14:15:12

11          I PRESUME THE BRATZ DOLLS WERE NOT AT THE        14:15:14

12  MATTEL TOY FAIR.                                         14:15:16

13          THE WITNESS:  CORRECT.                           14:15:19

14          MR. ZELLER:  I ASSUME YOU'RE NOT ASKING          14:15:19

15  ABOUT THOSE.                                             14:15:20

16          MR. JACOBY:  LET'S TRY IT A DIFFERENT            14:15:21

17  WAY.                                                     14:15:23

18      Q   WHEN MATTEL -- DID MATTEL HAVE A DISPLAY         14:15:23

19  AT THE NEW YORK TOY FAIR?                                14:15:26

20      A   WELL, THIS IS -- MATTEL HAS THEIR OWN TOY        14:15:28

21  FAIR ALSO IN NEW YORK.  THEY HAVE THEM HERE AND IN       14:15:29

22  NEW YORK.  SO SOME YEARS I'VE GONE TO THE BIG            14:15:33

23  NEW YORK TOY FAIR THAT HAS OTHER COMPANIES --            14:15:38

24      Q   RIGHT.                                           14:15:40

25      A   -- THERE.  AND I DON'T KNOW IF I WENT TO         14:15:41

174

HIGHLY CONFIDENTIAL TRANSCRIPT - ATTORNEYS EYES ONLY

EXHIBIT   19

PAGE   385

LUDWIG KLEIN REPORTERS & VIDEO, INC.   800.540.0681

| | | | |
|---|---|---|---|
| 1 | | THAT ONE IN 2001 OR NOT. | 14:15:42 |
| 2 | Q | OKAY.  SO -- | 14:15:44 |
| 3 | A | I'VE GONE TO SOME AND NOT GONE TO OTHERS. | 14:15:44 |
| 4 | Q | SO YOU MAY HAVE GONE TO A NEW YORK TOY | 14:15:46 |
| 5 | | FAIR THAT WAS MATTEL ONLY? | 14:15:48 |
| 6 | A | RIGHT. | 14:15:50 |
| 7 | Q | OKAY.  YOU DON'T RECALL WHETHER YOU WENT | 14:15:50 |
| 8 | | TO A NEW YORK TOY FAIR THAT HAD OTHER VENDORS? | 14:15:52 |
| 9 | A | THAT YEAR I DON'T RECALL. | 14:15:56 |
| 10 | Q | OKAY.  DO YOU RECALL HOW IT WAS THAT YOU | 14:15:57 |
| 11 | | FIRST SAW A BRATZ DOLL? | 14:16:02 |
| 12 | A | NO. | 14:16:08 |
| 13 | Q | AT SOME POINT DID YOU LEARN THAT CARTER | 14:16:09 |
| 14 | | BRYANT HAD SOME INVOLVEMENT IN THE CREATION OF THE | 14:16:11 |
| 15 | | BRATZ DOLLS? | 14:16:14 |
| 16 | A | YES. | 14:16:15 |
| 17 | Q | HOW DID YOU COME TO LEARN THAT? | 14:16:16 |
| 18 | A | SOMEONE TOLD ME. | 14:16:17 |
| 19 | Q | WHO? | 14:16:19 |
| 20 | A | I CAN'T REMEMBER WHO. | 14:16:20 |
| 21 | Q | WAS IT SOMEONE AT MATTEL? | 14:16:21 |
| 22 | A | PROBABLY -- YES.  BUT I CAN'T REMEMBER | 14:16:23 |
| 23 | | WHO. | 14:16:26 |
| 24 | Q | WAS IT AT MATTEL? | 14:16:26 |
| 25 | A | I THINK SO. | 14:16:28 |

175

HIGHLY CONFIDENTIAL TRANSCRIPT - ATTORNEYS EYES ONLY

EXHIBIT 19

PAGE 386

LUDWIG KLEIN REPORTERS & VIDEO, INC. 800.540.0681

| 1 | Q | WAS IT SOMEONE IN COLLECTIBLES? | 14:16:29 |
| 2 | A | I REALLY DON'T KNOW. | 14:16:30 |
| 3 | Q | DO YOU REMEMBER WHEN IT WAS? | 14:16:32 |
| 4 | A | WHEN? | 14:16:33 |
| 5 | Q | YES. | 14:16:34 |
| 6 | A | AFTER THE DOLLS CAME OUT. | 14:16:35 |

7      Q      WHAT DO YOU RECOLLECT ABOUT THAT      14:16:38

8 CONVERSATION?      14:16:40

9      A      REALLY NOTHING MORE THAN WHOEVER TELLING      14:16:42

10 ME, SAYING CARTER IS THE -- DESIGNED IT.      14:16:44

11      Q      AND WHAT DID YOU THINK OF THAT?      14:16:49

12      A      I DON'T KNOW.  I MEAN -- I THOUGHT IT WAS      14:16:53

13 INTERESTING.      14:16:55

14      Q      DID YOU THINK BACK TO HIS -- HIM NOT      14:16:56

15 TELLING YOU WHAT HE WAS DOING?  DID YOU KIND OF      14:17:02

16 REFLECT BACK ON YOUR CONVERSATION IN OCTOBER OF      14:17:05

17 2000?      14:17:07

18      A      I DON'T THINK I DID.      14:17:10

19      Q      OKAY.  DID YOU FOLLOW UP WITH THAT      14:17:11

20 DISCUSSION WITH ANYONE ELSE?      14:17:14

21           MR. ZELLER:  I'LL OBJECT TO THE TERM      14:17:19

22 "FOLLOW UP."      14:17:20

23 BY MR. JACOBY:      14:17:21

24      Q      IN OTHER WORDS, DID YOU HAVE SUBSEQUENT      14:17:21

25 DISCUSSIONS WITH PEOPLE ABOUT CARTER BRYANT BEING      14:17:22

176

HIGHLY CONFIDENTIAL TRANSCRIPT - ATTORNEYS EYES ONLY

EXHIBIT _____ 19

PAGE _____ 387

LUDWIG KLEIN REPORTERS & VIDEO, INC.   800.540.0681

| | | |
|---|---|---|
| 1 | INVOLVED IN THE CREATION OF BRATZ AT THE TIME THE | 14:17:26 |
| 2 | PERSON FIRST TOLD YOU ABOUT IT? | 14:17:29 |
| 3 | THE WITNESS:  I DON'T KNOW ABOUT AT THE | 14:17:32 |
| 4 | TIME.  BUT AT SOME POINT. | 14:17:33 |
| 5 | Q   OKAY.  SO AT THE TIME YOU WERE TOLD, YOU | 14:17:36 |
| 6 | DON'T RECALL DOING ANYTHING ABOUT -- DOING ANYTHING | 14:17:38 |
| 7 | WITH THE KNOWLEDGE YOU JUST OBTAINED? | 14:17:40 |
| 8 | A   RIGHT. | 14:17:43 |
| 9 | Q   OKAY.  WHAT WAS THE NEXT TIME THE SUBJECT | 14:17:43 |
| 10 | OF CARTER AND BRATZ CAME UP IN YOUR LIFE? | 14:17:51 |
| 11 | A   I GUESS WHEN I FOUND OUT ABOUT THE | 14:18:00 |
| 12 | LAWSUIT. | 14:18:04 |
| 13 | Q   OKAY.  I'LL REPRESENT TO YOU -- EXCUSE | 14:18:05 |
| 14 | ME.  WAS THE CONVERSATION YOU HAD WITH SOMEONE ELSE | 14:18:08 |
| 15 | ABOUT CARTER'S INVOLVEMENT WITH BRATZ, | 14:18:18 |
| 16 | CONTEMPORANEOUS WITH YOU -- WITH THE DOLLS COMING | 14:18:20 |
| 17 | OUT? | 14:18:24 |
| 18 | A   IT WAS CLOSE TO THAT TIME.  I DON'T KNOW. | 14:18:27 |
| 19 | Q   OKAY.  SO THE NEXT TIME THAT CARTER AND | 14:18:30 |
| 20 | THE BRATZ CAME UP IN YOUR LIFE WAS WHEN YOU LEARNED | 14:18:36 |
| 21 | ABOUT THE LAWSUIT? | 14:18:39 |
| 22 | A   I THINK SO. | 14:18:41 |
| 23 | Q   OKAY.  I'LL REPRESENT TO YOU THAT THERE'S | 14:18:42 |
| 24 | BEEN TESTIMONY THAT AN ANONYMOUS LETTER WAS SENT IN | 14:18:44 |
| 25 | AUGUST OF 2002 THAT DISCUSSED THE SUBJECT OF CARTER | 14:18:51 |

177

HIGHLY CONFIDENTIAL TRANSCRIPT - ATTORNEYS EYES ONLY

EXHIBIT _____ 19
PAGE _____ 334

LUDWIG KLEIN REPORTERS & VIDEO, INC.   800.540.0681

1

2

3

4                    WITNESS'S CERTIFICATE

5

6

7

8              I AM THE WITNESS IN THE FOREGOING DEPOSITION.

9    HAVE READ THE FOREGOING DEPOSITION AND HAVING MADE SUCH

10   CHANGES AND CORRECTIONS AS I DESIRE, I CERTIFY THAT THE SAME

11   IS TRUE OF MY OWN KNOWLEDGE, EXCEPT AS TO THOSE MATTERS WHIC

12   ARE THEREIN STATED UPON MY INFORMATION OR BELIEF, AND AS TO

13   THOSE MATTERS, I BELIEVE IT TO BE TRUE.

14              I DECLARE UNDER PENALTY OF PERJURY UNDER THE

15   LAWS OF THE STATE OF CALIFORNIA THAT THE FOREGOING IS TRUE

16   AND CORRECT.

17              EXECUTED ON  March 10, 2005            ,

18   AT        El Segundo, CA                    .

19

20

21                    _____
                      ANN DRISKILL

22

23

24

25

HIGHLY CONFIDENTIAL TRANSCRIPT - ATTORNEYS EYES ONLY

337

EXHIBIT _____ 19

PAGE _____ 389

LUDWIG KLEIN REPORTERS & VIDEO, INC.   800.540.0681

1                    REPORTER'S CERTIFICATE

2

3

4            I, BARBARA A. STAUFFER, CSR NO. 12282, A

5    CERTIFIED SHORTHAND REPORTER IN AND FOR THE STATE OF

6    CALIFORNIA, DO HEREBY CERTIFY:

7              THAT PRIOR TO BEING EXAMINED, THE WITNESS

8    NAMED IN THE FOREGOING PROCEEDINGS WAS BY ME DULY

9    SWORN TO TESTIFY TO THE TRUTH, THE WHOLE TRUTH, AND

10   NOTHING BUT THE TRUTH;

11             THAT SAID PROCEEDINGS WERE TAKEN BY ME IN

12   SHORTHAND AT THE TIME AND PLACE HEREIN NAMED AND WAS

13   THEREAFTER TRANSCRIBED INTO TYPEWRITING UNDER MY

14   DIRECTION, SAID TRANSCRIPT BEING A TRUE AND CORRECT

15   TRANSCRIPTION OF MY SHORTHAND NOTES.

16             I FURTHER CERTIFY THAT I HAVE NO INTEREST

17   IN THE OUTCOME OF THIS ACTION.

18                    JANUARY 3, 2005

19

20

21

22             _Barbara A Stauffer_
                BARBARA A. STAUFFER,
23              CSR 12282

24

25

                                        338

                    EXHIBIT ____19____

                    PAGE ____390____

ERRATA SHEET

CHANGES TO TESTIMONY

| PAGE | LINE | FROM | TO |
|------|------|------|-----|
| 333 | 5 | Insert: "Without regard to any documents" | |

_____          3 - 10 - 0 5
SIGNATURE OF WITNESS                    DATE


EXHIBIT _____ 19

___ 391

# EXHIBIT 20

*COPY*

# Transcript of the Testimony of
# **Janet Bryant, Vol. I**

### **Date:** September 25, 2007

### **Case:** Bryant v. Mattel
CV-04-9049-SGL (RNBx); USDC

ALPHA REPORTING SERVICE
Phone: 417-887-4110
Fax: 417-889-4246
Email: schedule@alphareportingservice.com
www.alphareportingservice.com

EXHIBIT _____ 2⁰ _____

PAGE _____ 3 9 3 _____

CONFIDENTIAL TESTIMONY        9/25/2007        ATTORNEYS' EYES ONLY

1

1        IN THE UNITED STATES DISTRICT COURT

2          CENTRAL DISTRICT OF CALIFORNIA

3                EASTERN DIVISION

4

5    CARTER BRYANT, an
     individual,
                                Case No. CV 04-9049
6          Plaintiff,           SGL (RNBx)
                                Consolidated with:
7     vs.
                                Case No.
8    MATTEL, INC., a Delaware   CV 04-09059
     corporation,
9                               Case No.
           Defendant.          CV 05-02727
10

11

12     VIDEOTAPED DEPOSITION OF MS. JANET L. BRYANT

13   produced, sworn, and examined on Tuesday,

14   September 25, 2007, at 9 a.m. of that day, at

15   the University Plaza Hotel & Convention Center,

16   333 John Q Hammons Parkway, in the City of

17   Springfield, County of Greene, and State of

18   Missouri, before me, KELLY R. HEISDORFFER, RPR,

19   CSR, CCR, in the above-captioned cause; taken on

20   behalf of the Defendant.

21

22

23        ALPHA REPORTING SERVICE
          3230-G South National
24        Springfield, Missouri 65807
          (417) 887-4110              EXHIBIT ____ 20

25
                                      PAGE ____ 393

CONFIDENTIAL TESTIMONY     9/25/2007     ATTORNEYS' EYES ONLY

2

1           A P P E A R A N C E S

2     For Plaintiff:      MR. MICHAEL H. PAGE
                          KEKER & VAN NEST LLP
3                         710 Sansome Street
                          San Francisco, CA 94111-1704
4

5

6     For Defendant:      MR. MICHAEL T. ZELLER
                          TAMAR BUCHAKJIAN, ESQ.
7                         QUINN EMANUEL URQUHART
                          OLIVER & HEDGES, LLP
8                         865 South Figueroa Street,
                          10th Floor
9                         Los Angeles, CA 90017-2543

10

11    Videotaped by:      MR. BEN COPELAND
                          SOUTHWEST AUDIO VIDEO
12                        241 South Union
                          Springfield, MO 65802
13

14

15    Also present:      Mr. Michael Moore, Mattel
                          Corporation
16

17

18

19

20

21

22

23

24

25

EXHIBIT  20

PAGE  394

22

1        told me about?

2   A.   Not that I recall.

3   Q.   What time period did Carter live with you in

4        Kimberling City, Missouri?

5   A.   I believe it was 1997 through '98.

6   Q.   Can you tell me any more specifically in terms

7        of the months that he was there?

8   A.   No.

9   Q.   Is it your recollection he was there with you

10       living in Kimberling City the entirety of 1998

11       and 1997 or was it something less than that?

12  A.   I don't recall.

13  Q.   So you can't be sure?

14  A.   No, I can't.

15  Q.   Back in this 1997 and 1998 time period when

16       Carter was living with you in Kimberling City,

17       was he there one continuous period of time, or

18       was he living there during different periods?

19  A.   He came with me from Idaho Falls and then he

20       left and he came back, but those two particular

21       years I think he was there that entire time.

22  Q.   So it was a continuous block of time that Carter

23       was living with you during that 1997 and 1998

24       time period in Kimberling City?

25  A.   Yes.

EXHIBIT

PAGE _____ 395

23

1    Q.    Back during that time period when Carter was

2          living with you in Kimberling City, Missouri,

3          did anyone else live in the house?

4    A.    My husband and Carter's two dogs.

5    Q.    I'm sorry.  His dogs.

6    A.    Yeah.

7    Q.    So the people that were there in the house were

8          you, your husband, Tom, and Carter; is that

9          correct?

10   A.    Yes.

11   Q.    Was anyone -- were there any other people living

12         in the house?

13   A.    No.

14   Q.    And back in that time period when Carter was

15         living with you in Kimberling City, Missouri,

16         what was your understanding as to why he had

17         moved back?

18   A.    I think he was tired of corporate life.  I don't

19         know all of his reasons.

20   Q.    Now, I understand you may not know all of his

21         reasons.  If you could please tell me your best

22         understanding of why?

23   A.    I think he had burnout, was tired, wanted to do

24         something on his own.

25   Q.    I take it that back in that time period when

EXHIBIT 20

PAGE 396

24

1          Carter was living with you in Kimberling City,

2          Missouri you had understood that he had worked

3          at Mattel; is that right?

4     A.   Yes.

5     Q.   And when you say that he wanted to do something

6          on his own, was it your understanding he wanted

7          to do something on his own with respect to

8          design work, or what was it that you understood

9          he wanted to do on his own?

10    A.   He had talked about opening a -- trying to start

11         a card business at one time, but something to

12         use his art in some way. It just was his gift.

13    Q.   And when you say that he had talked about

14         opening a card business, that was a greeting

15         card business?

16    A.   Yes.

17    Q.   And was that something that Carter had talked

18         about prior to the time that he moved to

19         Kimberling City and lived there with you, or was

20         it during that time period or both?

21    A.   Both.

22    Q.   So it's fair to say you recall during that time

23         period when Carter was living with you in

24         Kimberling City that he at that time talked

25         about potentially opening up a greeting card

EXHIBIT 20

PAGE 397

25

1          business?

2     A.   Some day, yes.

3     Q.   Was there any other kind of business or design

4          work that he talked about potentially doing in

5          that time period?

6     A.   Possibly illustrating children's books.

7     Q.   Anything else?

8     A.   Not that I recall.

9     Q.   Were there any times that you can recall Carter

10         talking with you about maybe doing some sort of

11         fashion design, and I mean fashion for people?

12    A.   I don't recall him talking about doing that at

13         that period.

14    Q.   My question was a little bit broader than that.

15         I was asking really at any time.  Do you recall

16         Carter ever talking about potentially doing

17         something like that?

18    A.   Fashion design?

19    Q.   Yes, for people.

20    A.   In his entire life?

21    Q.   Yes.

22    A.   Well, that had been his dream for as long as I

23         can remember.  From a child he drew people and

24         fashion and was always interested in fashion

25         design and so, yes.

EXHIBIT

PAGE _____ 378

CONFIDENTIAL TESTIMONY 9/25/2007 ATTORNEYS' EYES ONLY

26

1   Q.   And you said that was something you recall that

2        he was always interested in even as a child;

3        right?

4   A.   Yes.

5   Q.   Did Carter ever mention potentially going to

6        school in fashion design?

7   A.   Yes.

8   Q.   And was that something that he also talked about

9        even when he was younger?

10  A.   Yes.

11  Q.   And what did he say about that?

12  A.   He was going to be a famous fashion designer

13       some day.  That was his dream.

14  Q.   Well, there I was actually asking something a

15       little bit narrower, all right.

16            Did he ever talk about going to school for

17       fashion design?

18  A.   Yes.

19  Q.   And my question was:  Even when he was a child

20       he did that, or was that later on?

21  A.   I don't recall as a child.  It was later on in

22       high school maybe.

23  Q.   And what did Carter say about potentially going

24       to school for fashion design?

25  A.   He was interested in going to school.

82

1        MR. PAGE:  Let me object as vague and

2    ambiguous.  You are asking for her recollection

3    then or now?

4        MR. ZELLER:  No, I'm asking for -- I'm, of

5    course, asking for her recollection, but I'm

6    also trying to find out if it was her

7    understanding and if she recalls that it was her

8    understanding that Carter was still working at

9    Mattel when he had these two conversations with

10   her talking about presenting the doll idea.

11   A.   I don't remember if he had quit Mattel then or

12        not.  I do not remember.

13   Q.   Did you ever ask Carter why he didn't present

14        Bratz to Mattel?

15   A.   No, I never asked him that.

16   Q.   Has he ever said -- ever given you a reason as

17        to why he didn't present the Bratz to Mattel

18        instead of MGA?

19   A.   Yes.  He told me that it was his idea and he

20        wanted royalties.

21   Q.   Did he give any other reason?

22   A.   No.

23   Q.   Has Carter ever said to you in words or

24        substance that he ever did show Bratz to anyone

25        at Mattel when he was working at Mattel.

83

1    A.    No.

2    Q.    I know a little bit earlier you had mentioned

3          that in your discussion with Carter about the

4          presentation that he made to MGA that he had

5          mentioned Isaac Larian --

6    A.    Yes.

7    Q.    -- specifically liked the drawings.  Did he

8          mention anyone else by name?

9    A.    By name?

10   Q.    Right.  In connection with that presentation

11         that he had made?

12   A.    Isaac's little daughter.

13   Q.    Anyone else?

14   A.    I don't know her name.  No, no one that I

15         recall.

16   Q.    Other than what you've told me about so far

17         today, is there anything else that you have ever

18         had a discussion with Carter -- I'm sorry,

19         strike that.

20         Other than what you have already told me

21         about with respect to your conversations with

22         Carter about his contract with MGA, have you

23         ever had any other discussions with Carter about

24         his contract with MGA?

25   A.    Yes.

84

1  Q.   And what other conversations or communications

2       have you had with Carter about his contract?

3  A.   When he was not employed and he was trying to

4       figure out a way to earn money, I suggested

5       maybe doing some sketches and selling them, and

6       he just said that would interfere with my

7       contract and I don't want to do that.  I

8       wouldn't ever -- he was very conscientious about

9       that.

10 Q.   And when you say "his contract," do you mean his

11      contract with MGA?

12 A.   With Mattel, you know, when he was

13      subcontracting to them.  He was very

14      conscientious about that.

15 Q.   And so in your prior answer when you were

16      talking about would interfere with his contract,

17      you were talking about -- Carter was talking

18      about his contract with Mattel?

19 A.   Right.  Because he was always trying to -- you

20      know.

21        MR. PAGE:  I think his question was

22      actually about his contract with MGA.

23 Q.   (By Mr. Zeller)  But now I'm asking about her

24      answer, and so you were saying about this

25      conversation you had with Carter regarding his

EXHIBIT _____

PAGE _____ 402

85

1     Mattel contract.

2          To be clear I'll come back to the MGA part

3     of it, but I'm just trying to clarify your

4     answer about the Mattel contract part.

5  A.  He never wanted to do anything that was

6     unethical.

7  Q.  What was it that Carter said in connection with

8     his Mattel contract that would be considered

9     unethical?

10         MR. PAGE:  Objection.  Misstates her prior

11    testimony.

12 A.  Doing any work while he was employed by them.

13 Q.  (By Mr. Zeller)  Any work for a Mattel

14    competitor?

15 A.  Yes.

16 Q.  And this was I assume -- correct me if I'm

17    wrong -- but this was a conversation you had

18    with Carter at some point?

19 A.  Yes.

20 Q.  And was this back when he was working with

21    Mattel or for Mattel?

22 A.  I don't recall.  I just recall that specific

23    conversation and that he was -- always wanted to

24    do what was the right thing, what he considered

25    to be the right thing.

86

1   Q.   And so let me make sure I understand your

2        answers on this.

3             So at one point you suggested to Carter

4        that he figure out a way to sell sketches that

5        he had made?

6   A.   Yeah.

7   Q.   And he said, well, I can't do that because it

8        would interfere with my contract with Mattel?

9   A.   Right.

10  Q.   And it's fair to say that when you had this

11       conversation with Carter, it was your

12       understanding that he was still employed by

13       Mattel?

14  A.   Yes.  Exactly when it was, I don't remember.

15            MR. PAGE:  Object.  It's vague and

16       ambiguous.

17            THE WITNESS:  I need coffee.

18  Q.   (By Mr. Zeller)  Did Carter ever say to you, you

19       know, in words or substance at any time that he

20       was confused by his Mattel contract or he didn't

21       understand what it meant?

22  A.   I don't recall that.

23  Q.   And I take that back when he was working at

24       Mattel, you had conversations with Carter about

25       his job; right?

EXHIBIT
PAGE     404

87

1    A.    Occasionally.

2    Q.    And what did Carter say about working at Mattel?

3    A.    Some of the time he was really up and some of

4          the time he was frustrated.

5    Q.    Did he say anything else?

6    A.    Other than just banter, I don't recall specific

7          conversations.  He would talk about work.  I

8          would talk about what I was doing.

9    Q.    Did Carter ever tell you reasons why he left

10         Mattel the second time?

11   A.    I think he just was tired.

12   Q.    The second time?

13   A.    I think so, yes.

14   Q.    So it's your understanding that the first time

15         that Carter left Mattel and then moved back with

16         you there in Kimberling City he left Mattel that

17         first time because he was tired and burnt out I

18         think was the term that you used and that that

19         was also the same reason as to why he left the

20         second time?

21   A.    Yeah.

22   Q.    And that's what Carter told you; is that right?

23   A.    As far as I can recall, yes, he was just tired.

24   Q.    Did Carter ever say that or whether or not MGA

25         had anything to do with him leaving Mattel the

EXHIBIT

PAGE _____ 405

159

1    A.   I don't believe so.

2    Q.   This was one of the ones later on?

3    A.   Yes.   This has clothes on.

4    Q.   And so it's fair to say that you're able to

5         distinguish the first drawing that you saw of

6         the doll that you subsequently learned was

7         called Bratz as opposed to Exhibit 711 because

8         the very first one you saw was the shape and

9         didn't have clothes on it?

10   A.   Right, yes.

11   Q.   And didn't have a face?

12   A.   Yes.

13        MR. ZELLER:   Please mark as Exhibit 712 a

14        one-page document bearing Bates number Bryant

15        163.

16        (Exhibit 712 marked.)

17   Q.   (By Mr. Zeller)  Do you recognize what we've

18        marked as Exhibit 712?

19   A.   Yes.

20   Q.   Is this a drawing that Carter showed you when he

21        was living in Kimberling City, Missouri?

22   A.   Yes.

23   Q.   And so you remember this drawing specifically as

24        one that Carter showed you?

25   A.   Yes.

EXHIBIT 20

PAGE 506

160

1    Q.   During that time period when he was living with

2         you?

3    A.   Yes, I do.

4    Q.   Was this the first one he showed you?

5    A.   No.

6    Q.   So it was sometime after the first one, but

7         before he moved back to California?

8    A.   Yes.

9    Q.   He moved out of Kimberling City?

10   A.   Yeah.

11             THE WITNESS:  I need to take a break.

12             MR. ZELLER:  Sure.  Absolutely.

13        (Break taken from 3:13 p.m. to 3:22 p.m.)

14             MR. ZELLER:  Please mark as Exhibit 713 a

15        one-page document bearing Bates number Bryant

16        164.

17             (Exhibit 713 marked.)

18   Q.   (By Mr. Zeller)  Have you had a chance to take a

19        look at Exhibit 713?

20   A.   Yes.

21   Q.   Is this a drawing that you saw while Carter was

22        living with you there in Kimberling City?

23   A.   I can't say for certain.  I believe so.

24   Q.   Is it your best recollection that you saw it

25        then?

EXHIBIT ___ 20

PAGE ___ 407

161

1   A.   Yes.

2   Q.   Was this the first one that you saw?

3   A.   The first Bratz drawing?

4   Q.   Right.

5   A.   No.

6   Q.   So it was sometime after the first Bratz drawing

7        and then sometime prior to the time that he

8        moved away from Kimberling City, Missouri and

9        went back to California?

10  A.   Yes, as I recall.

11            MR. ZELLER:  Please mark as Exhibit 714 a

12       one-page document bearing Bates number Bryant

13       232.  We're marking as Exhibit 714 a document

14       bearing Bates number Bryant 232.

15            (Exhibit 714 marked.)

16  Q.   (By Mr. Zeller)  Have you had a chance to look

17       at Exhibit 714?

18  A.   Yes.

19  Q.   Is this a drawing that you saw when Carter was

20       living in Kimberling City, Missouri?

21  A.   I can't say.

22  Q.   This one you're not sure about?

23  A.   No, I'm not.

24  Q.   Do you think you have ever seen this one before?

25  A.   Yes, possibly, but I can't say for sure.

EXHIBIT _____

PAGE _____

CONFIDENTIAL TESTIMONY          9/25/2007          ATTORNEYS' EYES ONLY

162

1   Q.   Do you have any knowledge or information as to

2        when you first saw it?

3   A.   No.

4   Q.   Do you have any knowledge or information about

5        when this drawing was created or the

6        circumstances under which it was created?

7   A.   No.

8   Q.   Do you know anything about this drawing we've

9        marked as Exhibit 714?

10  A.   No, I can't say that I did.

11  Q.   That speeds it along.

12  A.   I'm sorry?

13          MR. PAGE:  You found the secret button.

14          MR. ZELLER:  Please mark as Exhibit 715 a

15       one-page document bearing Bates number Bryant

16       236.

17          (Exhibit 715 marked.)

18  Q.   (By Mr. Zeller)  If I asked you the same

19       questions about Exhibit 715 that I asked you

20       about 714, would you gave me the same answers?

21  A.   Yes, I would.  Same outfit, different hand bag.

22          MR. ZELLER:  Please mark as Exhibit 716 a

23       one-page document bearing Bates number Bryant

24       273.

25          While I'm at it, I'm going to show you a

EXHIBIT _____ 20

PAGE _____ 409

197

1    A.    Yes.

2          MR. ZELLER:   Please mark as Exhibit 749 a

3    one-page document bearing Bates number Bryant

4    1112.  Let's please mark as Exhibit 750 a

5    photograph of the drawing that we've marked as

6    Exhibit 749.

7          (Exhibit 749-750 marked.)

8    Q.    (By Mr. Zeller)   Do you recognize the drawing

9    that we've marked as Exhibit 749 and 750?

10   A.    They look very familiar, not necessarily the

11   clothes, but this stance and the no eyes and

12   face, yes.

13   Q.    Do you recognize this as a drawing that you saw

14   back during the time period when Carter was

15   living with you in Kimberling City?

16   A.    I'm not certain.

17   Q.    So you're not sure one way or another about this

18   drawing we've marked as Exhibit 749 and 750; is

19   that correct?

20   A.    No.

21   Q.    That's correct?

22   A.    That's correct.

23   Q.    And I take it you don't have any knowledge or

24   information about when this drawing was created

25   or the circumstances under which it was created;

EXHIBIT _____ 20

PAGE _____ 410

CONFIDENTIAL TESTIMONY        9/25/2007        ATTORNEYS' EYES ONLY

198

1        is that true?

2    A.    That's true.  I wish I did.

3              MR. ZELLER:  Please mark as Exhibit 751 a

4        one-page document bearing Bates number Bryant

5        179.

6              (Exhibit 751 marked.)

7    Q.    (By Mr. Zeller)  Is Exhibit 751 a drawing that

8        you saw back at the time when Carter was living

9        with you in Kimberling City?

10   A.    I can't say for sure.

11   Q.    So you don't know one way or another?

12   A.    No.

13             MR. ZELLER:  I'm going to mark as

14       Exhibit 752 a photograph of the drawing that

15       we've marked as Exhibit 751.

16             (Exhibit 752 marked.)

17   Q.    (By Mr. Zeller)  As I just mentioned, this is a

18       photograph of Exhibit 751 which we marked as

19       Exhibit 752.  Do you see that?

20   A.    Yes.

21   Q.    Does seeing the photograph of the original help

22       your recollection in any way as to whether or

23       not you saw this drawing that's depicted here in

24       Exhibit 752 during the time when Carter was

25       living with you in Kimberling City?

EXHIBIT 20

PAGE         411

CONFIDENTIAL TESTIMONY        9/25/2007        ATTORNEYS' EYES ONLY

199

1    A.   It looks so familiar to me, but I can't say

2         absolutely, no.

3    Q.   And when you say you can't say absolutely, you

4         can't tell me under oath one way or another

5         whether you saw it back in that time period; is

6         that true?

7         MR. PAGE:  Object.  Misstates her prior

8         testimony.

9    A.   Correct.

10   Q.   (By Mr. Zeller)  Do you know if you've ever seen

11        Exhibit 752 before, I mean the drawing, of

12        course, that's depicted here?

13   A.   I think I have.

14   Q.   But you're not sure?

15   A.   But when I don't know.

16        MR. ZELLER:  Please mark as Exhibit 753 a

17        one-page document bearing Bates number Bryant

18        180.  And while we're at it, let's please mark

19        as Exhibit 754 a photograph of Exhibit 753.

20        (Exhibit 753-754 marked.)

21        MR. PAGE:  I didn't get 754.  Wait, I have

22        seen this before.

23   Q.   (By Mr. Zeller)  Did you see the drawing that's

24        depicted here in Exhibit 753 and 754 --

25   A.   Yes.

EXHIBIT 20

PAGE 412

CONFIDENTIAL TESTIMONY        9/25/2007        ATTORNEYS' EYES ONLY

249

1

2                          DEPONENT'S SIGNATURE PAGE

3

4        In Re:  Bryant vs. Mattel

5                CV 04-9049 SGL (RNBx); United States
                 District Court Central District of
6                California Eastern Division

7

8        Taken: September 25, 2007

9

10       _____

11                    JANET L. BRYANT

12

13       Subscribed and sworn to before me this        day

14       of_____, 2007.

15

16

17

18       _____

19                            NOTARY PUBLIC

20

21       My Commission Expires:

22       _____

23

24

25



250

1                    REPORTER'S CERTIFICATE

2

3     STATE OF MISSOURI    )
                          )  ss
      COUNTY OF GREENE     )
4

5         I, KELLY R. HEISDORFFER, Registered
      Professional Reporter, Certified Shorthand
6     Reporter, and Certified Court Reporter, do
      hereby certify that the witness was duly sworn
7     by me; that the facts stated by me in the
      caption hereof are true; that the said witness
8     did make the above and foregoing answers in
      response to questions propounded as shown; that
9     I did, in stenotype, report said proceedings;
      and that the above and foregoing typewritten
10    pages contain a full, true, and correct
      transcription of my shorthand notes taken on
11    such occasion.  That presentment by me to the
      witness for signature was waived; that the
12    deposition will be thereafter by the witness
      read over, signed, and sworn to on or before the
13    date of trial; that said deposition is now
      herewith returned.
14

15        I further certify that I am neither attorney
      for, nor counsel for, nor related to, nor
16    employed by any of the parties to the action in
      which this deposition was taken; and, further,
17    that I am not a relative or employee of any
      attorney or counsel employed by the parties
18    hereto, or financially interested in the action.

19

20

21                    _____
                      KELLY R. HEISDORFFER, RPR, CSR, CCR
22                                CCR No. 1025

23                    ALPHA REPORTING SERVICE
                         3230-G South National
24                    Springfield, Missouri  65807
                         (417) 887-4110
25

414

# EXHIBIT 21

CERTIFIED COPY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA - EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, AN INDIVIDUAL, ) | |
| ) | |
| PLAINTIFF, ) | |
| ) | |
| V. ) | NO. CV 04-9040 SGL (RNBX) |
| ) | |
| MATTEL, INC., A DELAWARE ) | |
| CORPORATION, ) | |
| ) | |
| DEFENDANTS. ) | |
| ——————————————— ) | |
| ) | |
| AND CONSOLIDATED ACTION (S). ) | |

# C O N F I D E N T I A L

(PURSUANT TO PROTECTIVE ORDER, THIS TRANSCRIPT HAS BEEN DESIGNATED CONFIDENTIAL, ATTORNEYS' EYES ONLY)

# DEPOSITION OF VERONICA MARLOW

# DECEMBER 28, 2007

REPORTED BY:
PAULA A. PYBURN
CSR NO. 7304
JOB NO. 07AE765-PP



COURT REPORTERS

515 S. Flower Street
Suite 3600
Los Angeles, California 90071
Office: (213) 955-0070
Fax: (213) 955-0077

EXHIBIT _____ 21

PAGE _____ 414.1

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

CARTER BRYANT, AN                )
INDIVIDUAL,                      )
                                 ) CASE NO.
        PLAINTIFF,               ) CV 04-9049 SGL(RNBX)
                                 )
    V.                           ) CONSOLIDATED WITH
                                 ) CASE NO. 04-9059
MATTEL, INC., A DELAWARE         )           AND
CORPORATION,                     ) CASE NO. 05-2727
                                 )
        DEFENDANT.               )
_____)
                                 )
AND CONSOLIDATED ACTION(S)       )
_____)


CONFIDENTIAL ATTORNEYS' EYES ONLY
VIDEOTAPED DEPOSITION OF VERONICA
MARLOW, TAKEN ON BEHALF OF MATTEL,
INC., AT 865 SOUTH FIGUEROA STREET,
10TH FLOOR, LOS ANGELES, CALIFORNIA,
COMMENCING AT 10:14 A.M., FRIDAY,
DECEMBER 28, 2007, BEFORE PAULA A.
PYBURN, C.S.R. 7304, R.P.R., C.L.R.

2

EXHIBIT ___21___

PAGE ___4/5___

```
 1    APPEARANCES OF COUNSEL:
 2    FOR M.G.A. ENTERTAINMENT, INC.:
 3     SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
        BY:  KENNETH PLEVAN, ESQ.
 4     FOUR TIMES SQUARE
        NEW YORK, NEW YORK 10036-6522
 5      (212) 735-3000
        KPLEVAN@SKADDEN.COM
 6
 7    FOR MATTEL, INC.:
 8     QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
        BY:  MICHAEL T. ZELLER, ESQ.
 9      BY:  BRIDGET A. HAULER, ESQ.
        865 SOUTH FIGUEROA STREET
10      10TH FLOOR
        LOS ANGELES, CALIFORNIA 90017-2543
11      (213) 443-3000
        MICHAELZELLER@QUINNEMANUEL.COM
12      BRIDGETHAULER@QUINNEMANUEL.COM
13
      FOR CARTER BRYANT:
14
       KEKER & VAN NEST LLP
15      BY:  CHRISTA MARTINE ANDERSON, ESQ.
        710 SANSOME STREET
16      SAN FRANCISCO, CALIFORNIA 94111
        (415) 391-5400
17      CANDERSON@KVN.COM
18
      FOR THE WITNESS:
19
       KEATS, MCFARLAND & WILSON LLP
20      BY:  LARRY W. MCFARLAND, ESQ.
        BY:  CHRISTIAN C. DOWELL, ESQ.
21      9720 WILSHIRE BOULEVARD
        PENTHOUSE SUITE
22      BEVERLY HILLS, CALIFORNIA 90212
        (310) 777-3749
23      LMCFARLAND@KMWLAW.COM
        CDOWELL@KMWLAW.COM
24
25
```

3

EXHIBIT ___21___

PAGE ___416___

```
 1   ALSO PRESENT:

 2    PETER MARLOW

      MICHAEL MOORE, SENIOR COUNSEL, MATTEL, INC.

 3    STEVEN TOGAMI, J.T.V. LITIGATION SERVICES, INC.

 4

 5

 6

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

4

EXHIBIT _____ 21

PAGE _____ 417

```
 1    THAT.  WOULD JUST BE KIDDING AROUND AND HAVING FUN

 2    BECAUSE, YOU KNOW, DIVA STAR WAS FUNNY LOOKING.

 3         Q.   WHEN YOU SAY THAT "THE WHOLE GROUP" WAS

 4    TALKING ABOUT DIVA STARZ, YOU'RE TALKING ABOUT

 5    DESIGNERS WITHIN MATTEL?                          10:46:52

 6         A.   YES.

 7         Q.   YOU SAW A PROTOTYPE MODEL OF DIVA STARZ?

 8         A.   YES, I DID.

 9         Q.   AND WHAT WERE THE CIRCUMSTANCES UNDER WHICH

10    YOU SAW THAT?                                      10:47:05

11         A.   WE WERE ALL AROUND THE TABLE AND THEY

12    BROUGHT THE -- THE MODEL WHEN IT WAS DONE AND WERE

13    SHOWING IT TO US, AND -- AND WE THOUGHT IT WAS FUN

14    LOOKING AND I START LAUGHING.

15         Q.   AND DO YOU KNOW WHO BROUGHT IT IN?        10:47:26

16         A.   I DON'T RECALL IT.

17         Q.   DO YOU RECALL IF THIS WAS A ROUGH PROTOTYPE

18    MODEL OR WHAT LOOKED LIKE A MORE FINISHED ONE?

19              MR. MCFARLAND:  OBJECTION; VAGUE AND

20    AMBIGUOUS.                                         10:47:48

21              THE WITNESS:  IT WAS MORE LIKE A PROTOTYPE,

22    I WOULD SAY.

23    BY MR. ZELLER:

24         Q.   WELL, WAS IT A LOOKS-LIKE MODEL?

25              MR. MCFARLAND:  OBJECTION; VAGUE AND       10:47:57
```

33

EXHIBIT _21_

PAGE _417.001_

```
 1    AMBIGUOUS, IF YOU'RE FINISHED.

 2    BY MR. ZELLER:

 3        Q.   I'M SORRY, DID YOU ANSWER THE QUESTION?

 4            MR. MCFARLAND:  DO YOU UNDERSTAND THE

 5    QUESTION?  IF YOU UNDERSTAND IT, YOU CAN ANSWER.        10:48:13

 6            THE WITNESS:  I -- I ANSWER BEFORE, IT WAS

 7    A PROTOTYPE MODEL.  IT WASN'T LIKE A PRODUCTION,

 8    LET'S SAY DONE, WAS -- YOU KNOW, IT WAS PRETTY -- IT

 9    WAS GOOD, IT WAS GOOD FOR PRESENTATION, IT WAS

10    READY, BUT --                                          10:48:35

11    BY MR. ZELLER:

12        Q.   WELL, LET ME TRY IT THIS WAY:  DID IT HAVE

13    HAIR?

14        A.   YES.

15        Q.   DID IT HAVE FACE PAINT ON?                    10:48:39

16        A.   IT WAS MOLDED, MOLDED.  EVERYTHING WAS HARD

17    PLASTIC.

18        Q.   DID IT HAVE COLORING OR WAS IT CLEAR?

19        A.   COLORING.

20        Q.   HAD COLOR.                                    10:48:55

21            DO YOU RECALL WHO ELSE WAS AT THAT

22    PRESENTATION?

23        A.   A LOT OF PEOPLE.  I DON'T REMEMBER EXACTLY

24    THE -- THE PERSONS, YOU KNOW, EXACTLY WHO WAS AT THE

25    MEETING.  THE USUAL PEOPLE WHO WORK IN THE GROUP.      10:49:15
```

34

```
 1        Q.    IN THE GROUP THAT YOU WORKED IN?

 2        A.    YEAH, THAT WERE WORKING AT THE TIME.

 3        Q.    ARE THERE THE NAMES OF ANY PEOPLE YOU CAN

 4   REMEMBER?

 5        A.    WELL, AT THE TIME WIKE WORKED THERE.          10:49:27

 6   ANYONE ELSE?   THAT'S ALL I REMEMBER.   THE MODEL

 7   MAKERS, TIM CORREA, JERRY RICHARDSON, AND -- I DON'T

 8   KNOW.

 9        Q.    DID YOU DO ANY WORK ON DIVA STARZ?

10        A.    NO, I DID NOT.                                10:50:00

11        Q.    DO YOU RECALL DIVA STARZ BEING CALLED BY

12   ANY OTHER NAMES?

13        A.    NO.

14        Q.    HAVE YOU EVER HEARD OF COOL TALKING TEENS?

15        A.    NO.                                           10:50:17

16        Q.    THAT'S NOT FAMILIAR TO YOU?

17        A.    NO, IT'S NOT.

18        Q.    OR CHAT GIRLS?

19        A.    NO.

20        Q.    DO YOU KNOW A STEVE LINKER?                   10:50:23

21        A.    NEVER HEARD OF IT, NO.

22        Q.    DO YOU KNOW A RENEE PASKO?

23        A.    NO.

24        Q.    DO YOU KNOW A MAUREEN MULLEN?

25        A.    NO.                                           10:50:50
```

35

EXHIBIT 21

PAGE 417.003

```
 1            MR. MCFARLAND:  YOU ANSWERED THE QUESTION.
 2     BY MR. ZELLER:
 3        Q.   DO YOU KNOW IF -- IF PEDRO WORKED WITH
 4     ANYBODY ON THE BRATZ PROJECT AT THAT TIME?  IN OTHER
 5     WORDS, DID HE HAVE ANY EMPLOYEES WHO WERE WORKING ON      05:27:23
 6     IT WITH HIM?
 7        A.   YES, HE HAD EMPLOYEES, YES.
 8        Q.   DO YOU KNOW BY NAME ANY OF THOSE PEOPLE?
 9        A.   NO.
10        Q.   DID YOU ONLY DEAL DIRECTLY WITH PEDRO?          05:27:33
11        A.   YES.
12        Q.   WAS HE THE ONLY SUBCONTRACTOR OR VENDOR YOU
13     WERE USING IN CONNECTION WITH BRATZ AS OF THE TIME
14     THAT YOU HAD RECEIVED THE -- THE GRAY CASTING?
15        A.   THE GRAY CAS- -- BEGINNING, YES, WAS ONLY        05:27:54
16     HIM THE BEGINNING.
17        Q.   AND -- AND HE ACTUALLY STARTED WORKING ON
18     THE BRATZ PROJECT FOR YOU PRIOR TO THE TIME THAT YOU
19     GOT THAT -- WHAT YOU CALLED A GREAT GRAY CASTING?
20        A.   WHAT IS THE QUESTION?  HE WORK WITH ME           05:28:12
21     BEFORE --
22        Q.   ON BRATZ?
23        A.   ON BRATZ?  NO, ONLY AFTER I HAD THE BODY.
24        Q.   ONLY AFTER YOU GOT THAT ONE?
25        A.   YEAH.                                            05:28:21
```

285

EXHIBIT ___21___

PAGE ___418___

1        Q.    OKAY.   SO IT WAS SOMETIME IN BETWEEN WHEN

2    YOU GOT THAT FIRST CASTING, THE GRAY ONE,

3    PHOTOGRAPHS WE'VE MARKED AS EXHIBIT 1231 [SIC], AND

4    THE TIME THAT YOU GOT THE SECOND CASTING, THE

5    PHOTOGRAPHS WE'VE MARKED AS EXHIBIT 1231?   IT WAS IN        05:28:32

6    BETWEEN THOSE TWO TIMES?

7        A.    YES.

8        Q.    SO IN BETWEEN THOSE TWO TIMES, DID YOU HAVE

9    ANYONE OTHER THAN PEDRO WORKING DIRECTLY WITH YOU --

10   OR FOR YOU, I SHOULD SAY, ON BRATZ?                          05:28:45

11       A.    YES.

12       Q.    WHO ELSE?

13       A.    ANA ISABEL CABRERA.

14       Q.    COULD YOU SPELL HER NAME, PLEASE?

15       A.    ANA, A-N-A, ISABEL, I-S-A-B-E-L, CABRERA,          05:28:57

16   C-A-B-R-E-R-A.

17       Q.    FOCUSING STILL ON THAT TIME PERIOD, ANYONE

18   ELSE OTHER THAN PEDRO SALAZAR AND ANA ISABEL

19   CABRERA?

20            MR. MCFARLAND:   WHAT -- I'M SORRY, I'M             05:29:26

21   CONFUSED.   WHAT TIME PERIOD?   WHAT TIME PERIOD ARE

22   WE TALKING ABOUT?

23            MR. ZELLER:   WE'RE TALKING ABOUT THE TIME

24   PERIOD WHEN -- IN BETWEEN WHEN SHE RECEIVED THE

25   FIRST CASTING, THE GRAY ONE, AND THE TIME SHE               05:29:34

286

A&E COURT REPORTERS (213) 955-0070  FAX: (213) 955-0077

EXHIBIT ___21___

PAGE ___9/9___

1   RECEIVED THE SECOND CASTING, PHOTOGRAPHS WE'VE

2   MARKED AS EXHIBIT 1231.

3           MR. MCFARLAND:  OKAY.  I WOULD JUST OBJECT

4   THAT THERE ARE DOCUMENTS THAT -- THAT SET FORTH

5   THESE DATES, BUT YOU CAN GIVE YOUR BEST                    05:29:45

6   RECOLLECTION.

7           THE WITNESS:  LIKE I SAID, I WORK WITH

8   PEDRO AND I WORK WITH ISABEL CABRERA.

9   BY MR. ZELLER:

10      Q.   RIGHT.  AND I'M -- I'M TRYING TO FIND OUT,        05:29:56

11  IS THERE ANYONE ELSE WHO YOU HIRED ON OR HAD -- YOU

12  HAD WORK FOR YOU IN CONNECTION WITH THE BRATZ

13  PROJECT OTHER THAN THOSE TWO DURING THAT TIME

14  PERIOD?

15      A.   NO.                                               05:30:06

16      Q.   JUST THOSE TWO?

17      A.   YEAH.

18      Q.   AND WHERE DOES -- DOES SHE GO BY "ANA" OR

19  "ISABEL"?

20      A.   BOTH.  I CALL HER ISABEL, BUT SOME PEOPLE         05:30:16

21  CALL HER ANA, ANITA.

22      Q.   WHERE DOES MS. CABRERA LIVE?

23      A.   HAWTHORNE.  I THINK IT'S HAWTHORNE.

24      Q.   AND HAD SHE EVER DONE ANY WORK FOR YOU

25  PRIOR TO THE BRATZ PROJECT?                                05:30:37

                                                          287

EXHIBIT ____ 21

PAGE ____ 420

| | |
|---|---|
| 1 | A.   THINK.   NO, I DON'T RECALL. |
| 2 | Q.   HOW IS IT YOU -- YOU CAME TO HIRE HER ON? |
| 3 | A.   I CALLED AND ASK HER IF SHE WILL BE |
| 4 | INTERESTED IN HELPING ME OUT. |
| 5 | Q.   DID YOU GET HER NAME FROM SOMEONE? |
| 6 | A.   NO.   FROM HER.   I -- I KNEW HER FROM MATTEL |
| 7 | WHEN I WORK AT MATTEL. |
| 8 | Q.   I SEE.   SO MS. CABRERA WAS AT -- WAS AT |
| 9 | MATTEL AT SOME POINT? |
| 10 | A.   YES. |
| 11 | Q.   DO YOU HAVE A GENERAL UNDERSTANDING AS TO |
| 12 | WHAT SHE DID AT MATTEL? |
| 13 | A.   SHE'S A SEAMSTRESS. |
| 14 | Q.   AND I TAKE IT YOU CALLED HER UP TO -- TO |
| 15 | GET HER ONTO THE PROJECT? |
| 16 | A.   YES. |
| 17 | Q.   WAS SHE STILL AT MATTEL AT THAT TIME? |
| 18 | A.   YES. |
| 19 | Q.   DID YOU CALL HER AT MATTEL OR DID -- DID |
| 20 | YOU CALL HER AT HOME? |
| 21 | A.   AT HOME.   I -- I -- SHE'S MY FRIEND, SO I |
| 22 | HAD HER PHONE -- HOME PHONE NUMBER. |
| 23 | Q.   SO YOU CALLED HER AT HOME AND ASKED HER TO |
| 24 | WORK ON BRATZ? |
| 25 | A.   YES. |

05:31:00

05:31:19

05:31:43

05:31:51

05:31:59

288

EXHIBIT ____ 21

PAGE ____ 421

```
 1              MR. MCFARLAND:  OBJECTION; MISSTATES HER

 2    TESTIMONY.

 3              THE WITNESS:  I DIDN'T SAY TO WORK ON

 4    BRATZ.  I ASK -- I TOLD HER I HAD SOME WORK, IF SHE

 5    WAS WILLING TO HELP ME.                              05:32:13

 6    BY MR. ZELLER:

 7         Q.   AND DID SHE IN FACT DO WORK ON THE BRATZ

 8    PROJECT?

 9         A.   YES, SHE DID.

10         Q.   WHAT DID SHE DO?                           05:32:24

11         A.   SHE WOULD SEW THE OUTFITS.

12         Q.   HOW LONG DID SHE WORK ON THE BRATZ PROJECT

13    FOR YOU?

14         A.   SHE WORKED FROM THAT PERIOD UNTIL THEY --

15    UNTIL I STOPPED WORKING FOR BRATZ.                   05:32:49

16         Q.   I SEE.  SO THE -- THE WHOLE TIME PERIOD YOU

17    WERE DOING WORK FOR M.G.A. ON BRATZ, YOU HAD HER

18    DOING WORK FOR YOU?

19         A.   YES.

20         Q.   THAT WAS ON THE BRATZ PROJECT?             05:33:00

21         A.   THAT'S CORRECT.

22         Q.   DID YOU EVER TELL HER IT WAS THE BRATZ

23    PROJECT?

24         A.   NO, I DID NOT AT FIRST.

25         Q.   WELL, WHEN I SAY "EVER," I MEANT EVER.     05:33:08
```

A&E COURT REPORTERS (213) 955-0070  FAX: (213) 955-0077

EXHIBIT ___21___

PAGE ___422___

```
 1        A.    EVER, OH, NO, EVER, BUT NOT --

 2        Q.    AT SOME POINT YOU TOLD HER?

 3        A.    YES.

 4        Q.    WHEN DID YOU FIRST TELL HER?

 5        A.    WELL, ACTUALLY SHE TOLD ME.  BECAUSE AFTER          05:33:17

 6   THE BRATZ CAME OUT SHE START SEEING BRATZ DOLLS ALL

 7   OVER MATTEL IN DIFFERENT CUBICLES, AND SHE

 8   RECOGNIZED THE FASHIONS THAT SHE HAD WORK ON.  AND

 9   SO, YOU KNOW, SHE TOLD ME THAT SHE HAD SEEN THEM,

10   THAT IT WAS ALL OVER THE PLACE, THE DESIGNER HAD          05:33:43

11   TAKEN THEM OUT OF THE BOX, WAS LOOKING AT THE

12   FASHIONS AND STUFF LIKE THAT.

13             SO I SAID THAT'S RIGHT.

14        Q.    DO YOU HAVE -- DO YOU HAVE RECORDS SHOWING

15   THE PARTICULAR FASHIONS THAT SHE WORKED ON?               05:33:58

16        A.    RECORDS?

17        Q.    YES.

18        A.    SHE WORKS ON -- ON MOST OF THEM, I WOULD

19   SAY.  SO --

20        Q.    SHE WORKED ON MOST OF THE BRATZ FASHIONS?       05:34:12

21        A.    YES.

22        Q.    DID SHE WORK ON ALL THE BRATZ FASHIONS THAT

23   YOU WORKED ON?

24        A.    LIKE I SAID, MOST OF THEM.

25        Q.    AND -- AND MY PARTICULAR QUESTION IS, THEN,     05:34:21
```

290

A&E COURT REPORTERS (213) 955-0070 FAX: (213) 955-0077

EXHIBIT ___21___

PAGE ___423___

1  DO YOU HAVE RECORDS THAT WOULD SHOW WHICH PARTICULAR

2  FASHIONS SHE WORKED ON, SUCH AS BROKEN DOWN BY DOLL

3  OR IDENTIFIED IN SOME WAY?

4     A.   NO, I DON'T HAVE IT WRITTEN LIKE THAT.  I

5  WOULD TAKE THE FASHIONS TO HER, AND I WOULD WORK          05:34:41

6  WITH HER, AND -- AND I WORK WITH PEDRO, AND SO -- I

7  WORKED BY MYSELF, DID SOME STUFF MYSELF, SO I DON'T

8  HAVE WRITTEN DOWN ESPECIALLY EACH DOLL, SO...

9     Q.   DOES SHE -- WAS SHE WORKING IN THE MATTEL

10  DESIGN CENTER?                                          05:35:09

11    A.   YES.

12    Q.   DO YOU KNOW WHERE SHE DID ANY OF THE -- THE

13  WORK SHE DID ON THE FASHIONS FOR BRATZ?

14    A.   YES.

15    Q.   WHERE DID SHE DO IT?                             05:35:16

16    A.   SHE DID -- WHERE SHE WORK ON THE BRATZ?

17    Q.   RIGHT.

18    A.   AT HER HOUSE.

19    Q.   AND HOW DO YOU KNOW THAT?

20    A.   BECAUSE I WOULD DRIVE TO HER HOUSE EVERY         05:35:23

21  EVENING AND I WORK WITH HER, BECAUSE THERE WILL BE

22  CUTTING THE FASHION, MAKING THE PATTERNS, AND I

23  WOULD HAVE HER SEW THEM AND, YOU KNOW, TRY ON A

24  DOLL, SEE IF IT WORK, AND STUFF LIKE THAT.  SO I WAS

25  THERE WITH HER THE WHOLE TIME.                          05:35:40

291

EXHIBIT ___21___

PAGE ___424___

1              MR. MCFARLAND:  ASKED AND ANSWERED.

2              THE WITNESS:  NO, I DIDN'T.

3      BY MR. ZELLER:

4          Q.    YOU ONLY TALKED TO HER AT HOME?

5          A.    YES.                                        05:39:06

6          Q.    DID YOU EVER CALL HER ON HER CELL PHONE?

7          A.    COUPLE TIMES, BUT NOT DURING THE DAY.

8          Q.    AND IS THERE A REASON YOU DIDN'T CALL HER

9      DURING THE DAY?

10         A.    BECAUSE SHE WOULD BE BUSY WORKING, I DIDN'T    05:39:21

11     WANT TO BOTHER HER.  AND I WOULD BE SEEING HER AT

12     NIGHT, WHY WOULD I CALL HER.

13         Q.    ANY OTHER REASON?

14         A.    NO.

15         Q.    DID YOU EVER TELL ANYONE AT M.G.A. THAT YOU    05:39:30

16     HAD MS. CABRERA WORKING ON BRATZ FASHIONS?

17         A.    NO.

18         Q.    WAS THERE A REASON FOR THAT?

19         A.    WAS NONE OF THEIR BUSINESS.  THEY CONTRACT

20     ME, AND I WOULD PUT WHATEVER -- WHOEVER I WANTED TO     05:39:48

21     WORK ON THE PROJECT.  I DIDN'T HAVE TO TELL THEM WHO

22     WAS -- WAS WORKING FOR ME.

23         Q.    DID ANYONE AT M.G.A. EVER ASK YOU?

24         A.    UH-HUH, MEL WOODS.

25         Q.    OTHER -- OTHER THAN MEL WOODS, WE'VE TALKED    05:40:08

                                                         295

EXHIBIT ___21___

425

1    ABOUT THAT.

2              (SIMULTANEOUS SPEAKERS.)

3              (INTERRUPTION IN PROCEEDINGS.)

4              THE REPORTER:  I'M SORRY, WAIT.  YOU GUYS.

5    I CAN'T -- YOU GUYS ARE ALL YELLING AND I CAN'T TAKE          05:40:10

6    DOWN FIVE PEOPLE AT ONCE.

7              MR. ZELLER:  LET ME REPHRASE THE QUESTION.

8              MS. ANDERSON:  WE'RE YELLING HAPPILY, FOR

9    THE RECORD.

10             MR. ZELLER:  I WILL REPHRASE THE QUESTION.          05:40:24

11        Q.   OTHER THAN THE INCIDENT WITH MEL WOODS THAT

12   YOU HAD DESCRIBED PREVIOUSLY, DID ANYONE AT M.G.A.

13   EVER ASK YOU ABOUT WHO YOU HAD WORKING ON BRATZ

14   FASHIONS?

15        A.   NO.                                                  05:40:39

16        Q.   DID CARTER BRYANT EVER ASK YOU?

17        A.   NO, NOT THAT I RECALL.

18        Q.   DO YOU KNOW OR HAVE AN UNDERSTANDING AS TO

19   WHETHER OR NOT CARTER KNOWS MS. CABRERA?

20        A.   HE DOES KNOW HER.                                    05:40:53

21        Q.   AND WHAT'S YOUR UNDERSTANDING AS TO HOW HE

22   KNOWS HER?

23        A.   BECAUSE SHE WORK IN THE SAME GROUP THAT HE

24   DID.

25        Q.   AND WHEN YOU SAY "THE SAME GROUP," ARE YOU           05:41:05

296

A&E COURT REPORTERS (213) 955-0070  FAX: (213) 955-0077

EXHIBIT ___21___

PAGE ___426___

```
1    TALKING ABOUT WHEN HE WAS WORKING IN COLLECTORS?

2        A.    COLLECTORS, YES.

3            MR. PLEVAN:  I'M SORRY?  I --

4            THE WITNESS:  WHEN HE WORK FOR THE

5    COLLECTORS GROUP AT MATTEL.                               05:41:16

6            MR. PLEVAN:  THANK YOU.

7            THE WITNESS:  SHE ALSO WORKS FOR THE

8    COLLECTORS GROUP AT MATTEL.  OKAY.

9    BY MR. ZELLER:

10       Q.    DID YOU EVER HAVE MS. CABRERA SIGN ANYTHING   05:41:29

11   LIKE A CONTRACT OR AN AGREEMENT REGARDING THE WORK

12   THAT SHE DID ON -- ON BRATZ FASHIONS?

13       A.    SHE WOULD SIGN THE -- THE RECEIPT WHEN I

14   PAID HER, THAT SHE GOT PAID FOR IT, FOR THE WORK SHE

15   DID.  NO CONTRACT.                                       05:41:46

16       Q.    SO THERE WAS NEVER AN AGREEMENT AS TO WHO

17   OWNED THE WORK THAT SHE DID; IS THAT CORRECT?

18           MR. MCFARLAND:  OBJECTION; CALLS FOR A

19   LEGAL CONCLUSION AND ASSUMES FACTS NOT IN EVIDENCE.

20           THE WITNESS:  CORRECT.                           05:41:59

21   BY MR. ZELLER:

22       Q.    NOW, DID YOU MENTION THAT THERE WERE SOME

23   KIND OF RECEIPTS?

24       A.    I -- WE PROVIDE TO YOU ALL THE TIME SHEETS.

25   I PROVIDE TO YOU ALL THE TIME SHEETS AND ALL THE --     05:42:12
```

297

EXHIBIT     21

427