**EXHIBIT 36**

Carter Bryant
1A Sycamore Dr.
Kimberling City, MO 65686
(417)739-1338 Fax (417)739-2248

Human Resources
Hasbro Toy Group
615 Elsinore Place
Cincinnati, OH 45202

July 14, 1998

Dear Ladies and Gentlemen at Hasbro Toy Group,

Hello. Recently I submitted a resume and a sampling of my portfolio work to your company. I am writing to amend my original cover letter which stated that I would be interested in working with your company on a freelance basis. I would now also like to inform you that I would also be interested in a full-time position with your company. As I stated in my original letter, I am a former designer for the Barbie mainline doll brand at Mattel, Inc.  and I feel I would be a beneficial employee at your company, having accomplished several milestones for Mattel and Barbie including the designing of the new body and designing the Teen Skipper lines. As I also stated in my original letter, I am particularly interested in working with the Sindy doll line, and would be very receptive to working overseas. I would be glad to re-submit my portfolio or samples from it if needed.

Sincerely,

Carter H. Bryant

EXHIBIT  30
PAGE  553

ATTORNEY'S EYES
ONLY

BRYANT 00377

**EXHIBIT 37**

# EXHIBIT 37

# Carter H. Bryant

1-A Sycamore Drive
Kimberling City, MO 65686
(417)739-1338office (417)739-2248FAX

## Professional Objective

To utilize and expand on the training and experience I have gained thus far in a creative and
challenging manner. To provide my employer with the best possible in creative ideas, designs
and/or illustrations which will hopefully enhance the overall quality of their product line.

## Education

Otis college of Art and Design, Los Angeles, CA
1994
Fashion Design/Illustration Major

## Professional Experience

### Most Recent Position

**September 1995-April 1998**
Mattel, Inc.
333 Continental Blvd.
El Segundo, CA 90245
Title: **Designer, Barbie Mainline Fashion Dolls**
Responsibilities:
Developing doll/toy concepts from initial idea to the pre-production development stage. This
included the full range of design, from the  design of the fashions and accessories, which included
shoes/hats/bags, etc. to the design of the hairstyle/hair color, face design, which included
designing of the dolls' "makeup"  and the conceptual  design of the "feature" (or 'play pattern') of
the toy which usually included any accessory that was to be included with the doll, such as a
skateboard or a horse or a bicycle, etc. Concepts were first presented in illustration form, using
sketches/illustrations and concept boards, and, upon approval, translated to the 3-Dimensional
prototype stage.
**Special Accomplishments**
Designer of the "Teen Skipper" dolls, marketed in 1997. The Teen Skipper dolls became Mattel's
best selling doll in the Barbie doll line for the first half of 1997, outselling all advertised dolls in
the Barbie Line. (The Skipper dolls were *un*-advertised during the first half of 1997.)

Designer of the "new" Barbie body which will be introduced this year. The new body received
media attention in the *Wall Street Journal*, as well as *Good Morning America*, and was also
covered in various news programs around the country. Was also instrumental in bringing in a new
face design/sculpt for the 1998 Barbie line after 20 years of Mattel's use of the same sculpt.

My original fashion illustrations for the "Teen Skipper" dolls were reproduced to appear in a
cover-story article on the Teen Skipper dolls for the *'Barbie Bazaar'* magazine's July/August

BRYANT 00871

CONFIDENTIAL

EXHIBIT _____ 37

PAGE _____ 554

1997 issue. This article included a report on how I was involved in the design of the Teen Skipper dolls. *"Barbie Bazaar"* is an internationally distributed magazine.

## Toys Currently on the Market

Several of my toy designs are currently on the market and are visible in the "Barbie Aisle" and adjacent aisles of most large toy stores. (See photos included)

**1998 Barbie doll line**
*Cool Blue Barbie/Extreme Green Teen Skipper/Perfect Pink Teresa/Purple Panic Christie
These dolls were introduced in May of 1998 and are currently Mattel's *top selling dolls*.

**1997 Barbie doll line**
*Teen Skipper/Teen Courtney/Teen Nikki. See comments under *special accomplishments*. Also see tear sheets included from magazine article.
* Bicyclin' Stacie/Whitney/Janet
* Flower Fun Barbie. A low priced Barbie doll.
* "Clueless" dolls, Cher, Amber and Dionne. I designed a second Cher doll which was approved by Mattel and the TV shows' producers, but due to the shows' cancellation, was never put into production. This toy concept was very well received, however, within the toy industry of Mattel's customers/retailers.

**Upcoming**
As mentioned earlier, the "new" Barbie body should be introduced later this year on a product with a yet-to-be-determined name. The working name of this line was "Really Rad", and included the characters Barbie/Christie/Teresa and Kira.

EXHIBIT ___37___    **CONFIDENTIAL**    **BRYANT 00872**

PAGE ___555___

**EXHIBIT 38**

**Carter H. Bryant**
1A Sycamore Dr.
Kimberling City, MO 65686
(417)739-1338 home  (417)739-2248fax

Leggett & Platt, Inc.                                          May 27, 1998
No.1 Leggett Road
Carthage, MO 64836

Dear Employment Coordinator,

Hello and thank you for the opportunity to contact you in regards to your recent advertisement for a graphic artist/designer. Enclosed you will find my resume and a small sample of my portfolio. May I also tell you a bit about myself and present the following qualifications.

   I have recently moved to the southern Missouri area to be closer to my family. My most recent employer was Mattel Toys, Inc. where my position was designer for the Barbie brand. I have several toy designs currently on the market, including the new 'Cool Blue' Barbie group (Four dolls in all), and from the 1997 line, the 'Teen Skipper' group , 'Bicyclin' Stacie' group, 'Clueless' group (from the TV series), and 'Flower Fun' Barbie group, as well as one other Barbie series which Mattel will introduce later this year. My experience at Mattel included all aspects of 2-D and 3-D design and illustration and gave me a very solid experience in working in a highly creative field with tight deadlines, basically working under my own direction after getting general directives from design management.  I have also done freelance illustration work for the Ashton-Drake Galleries, a collectible doll company located in Illinois.  Technically, most of my work is designed and executed by hand techniques although I am familiar with airbrush technique. My illustration work has also been published in the July/August issue of 'Barbie Bazaar' magazine, an internationally distributed publication. I am a highly self-motivated person  and work best in an independent environment.

   Thank you for your consideration.
Sincerely,

Carter H. Bryant

**CONFIDENTIAL**                              **Attorney's Eyes Only**        BRYANT 04674

EXHIBIT  38

PAGE  556

**EXHIBIT 39**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION


CARTER BRYANT, an individual,

       Plaintiff,

  vs.              No.  CV04-9049 SGL (RNBx)

MATTEL, INC., a Delaware
corporation,

       Defendants.

**CERTIFIED
COPY**

_____

AND CONSOLIDATED ACTIONS.
_____


VIDEOTAPED DEPOSITION OF RICHARD IRMEN

San Francisco, California

Friday, September 28, 2007


REPORTED BY:
MONICA LEPE-GEORG
CSR No. 11976

Job No. 1-74003

EXHIBIT _____39_____

PAGE _____557_____

1             UNITED STATES DISTRICT COURT
            CENTRAL DISTRICT OF CALIFORNIA
2                  EASTERN DIVISION

3

4   CARTER BRYANT, an individual,

5                Plaintiff,

6        vs.              No.  CV04-9049 SGL (RNBx)

7   MATTEL, INC., a Delaware
    corporation,
8
                 Defendants.
9

10

11   _____

12   AND CONSOLIDATED ACTIONS.
    _____
13

14

15       VIDEOTAPED DEPOSITION OF RICHARD IRMEN,

16   taken on behalf of Plaintiff, at Keker & Van Nest,

17   710 Sansome Street, San Francisco, California

18   beginning at 9:36 a.m. and ending at 7:18 p.m., on

19   Friday, September 28, 2007, before Monica

20   Lepe-Georg, Certified Shorthand Reporter No. 11976

21

22

23

24

25

                                                        2

EXHIBIT _____ 39

PAGE _____ 558

```
 1   APPEARANCES:

 2   For the Plaintiff:

 3           KEKER & VAN NEST
             Attorneys at Law
 4           710 Sansome Street
             San Francisco, California 94111-1704
 5           BY:  CHRISTA MARTINE ANDERSON, ESQ.
             415.391.5400
 6           E-mail:  canderson@kvn.com

 7   For the Defendants:

 8           QUINN EMANUEL URQUHART OLIVER & HEDGES
             Attorneys at Law
 9           865 S. Figueroa Street
             10th Floor
10           Los Angeles, California 90017
             BY:  MICHAEL T. ZELLER, ESQ.
11               BRIDGET A. HAULER, ESQ.
             213.624.7707
12           E-mail:  michaelzeller@quinnemanuel.com
                      bridgethauler@quinnemanuel.com
13
     Also present:
14
             VINCENT SPANIER, Videographer
15

16

17

18

19

20

21

22

23

24

25
```

3

EXHIBIT _____ 39

PAGE _____ 559

RICHARD IRMEN                          09/28/07

BY MR. ZELLER:

10:54:14  Q.  Well, other than greeting cards, do you
know of a particular other area of design that he
was interested in pursuing as of that time?

MS. ANDERSON:  Calls for speculation.

THE WITNESS:  Well, as an illustrator is
one.  As a -- he's been interested in fashion
design.

BY MR. ZELLER:

10:54:47  Q.  Any other that you know of?

10:54:49  A.  Well, he was a doll designer for Mattel so
I would assume that that would be something he may
pursue.

10:54:57  Q.  Any others?

10:55:08  A.  Not to my knowledge.

10:55:09  Q.  You mentioned illustrator, was it your
understanding that he was interested in pursuing a
freelance career in illustration in a particular
field or area?

MS. ANDERSON:  Calls for speculation.

THE WITNESS:  I know of no particular field
or anything like that.

BY MR. ZELLER:

10:55:28  Q.  And then the other one you mentioned was
fashion design.  Did you mean by that designs for

45

EXHIBIT _____ 39

PAGE _____ 560

1    adult fashions or fashions for people?

2            MS. ANDERSON:  Compound.

3            THE WITNESS:  I -- fashions for people,

4    yes.

5    BY MR. ZELLER:

10:55:48  6       Q.  And then the other category you mentioned

7    was you said as a doll designer and then you said

8    that's what you were assuming.  So my follow-up

9    question on that is:  Is that something Carter

10   specifically told you or was it -- was it in fact an

11   assumption?

12           MS. ANDERSON:  Vague as to time.

13   BY MR. ZELLER:

10:56:08  14      Q.  We're focused on this time period when --

15   and the reasons that Mr. Irmen understood were those

16   as to why Carter moved from California to Missouri.

10:56:21  17      A.  That was an assumption on my part.

10:56:23  18      Q.  So you don't really know that?

10:56:26  19      A.  I do not know that.

10:56:29  20      Q.  Is it fair to say that the ones that Carter

21   told you as what he was interested in pursuing as a

22   potential freelance career was in greeting cards, as

23   an illustrator and in fashion design?

24           MS. ANDERSON:  Mischaracterizes testimony.

25           THE WITNESS:  Yes.

46

BY MR. ZELLER:

10:56:56

    Q.   Other than to pursue a freelance career, as we were talking about, do you know of any other reasons why it is that Carter moved from California to Missouri?

        MS. ANDERSON:   Calls for speculation.

        THE WITNESS:   Those were his main reasons. I don't know of really any other.

BY MR. ZELLER:

10:57:18

    Q.   As of that time, do you know if he -- if he had any complaints or issues with Mattel?

        MS. ANDERSON:   Calls for speculation.

        THE WITNESS:   No, not -- like he was beat up on the job or something, but he never liked the corporate structure of 9:00 to 5:00.  He's not a 9:00 to 5:00 type of person.  Most artist aren't, but nothing -- no grievance, no grievance or nothing like that.  He's just not a 9:00 to 5:00 person.

BY MR. ZELLER:

10:58:02

    Q.   Is it fair to say that Carter didn't express to you, didn't say to you that he was unhappy and didn't want to be at Mattel for some specific reason?

        MS. ANDERSON:   Question is vague.

        THE WITNESS:   No.

47

EXHIBIT _____ 39

PAGE _____ 562

1    BY MR. ZELLER:

2        Q.  I'm sorry, that's fair to say?

3            MS. ANDERSON:  Same objection.

4    BY MR. ZELLER:

5        Q.  I was --

6        A.  You lost me.

7        Q.  I asked you a question is it fair to say

8    something and then you said no so it sounded like

9    you were disagreeing with my statement.

10       A.  Then I misunderstood your question.

11   Restate it.

12       Q.  Okay.

13           Let me try it this way, did Carter ever say

14   to you in words or substance that he was leaving

15   Mattel because he was unhappy with Mattel?

16       A.  No.

17       Q.  Going back for a moment to the purchase of

18   that property at 160th Street in Gardena, was Carter

19   the one who bought that house or was it you and

20   Carter together?

21       A.  It was, I believe, me and Carter.

22       Q.  And were you both on the title of the

23   house?

24       A.  Yes, I believe so.

25       Q.  And were you both parties to the mortgage

48

EXHIBIT _____ 39

PAGE _____ 563

RICHARD IRMEN                    09/28/07

```
          1    for the house?
10:59:21  2         A.   Yes.
10:59:22  3         Q.   And when Carter left to go back to
          4    Kimberling City or to move in with his parents there
          5    at Kimberling City, what happened with the house?
10:59:34  6         A.   Your time lines are off.
10:59:36  7         Q.   They are, okay.
10:59:39  8         A.   Carter --
10:59:40  9         Q.   Oh, I see the house -- that was later --
10:59:43 10         A.   Yeah, we bought the second house.
10:59:45 11         Q.   Right.
10:59:45 12         A.   You're at the first house.
10:59:46 13         Q.   I see.
10:59:47 14         A.   So --
10:59:48 15         Q.   I got confused because I hadn't known about
         16    the two time periods about Gardena.
10:59:52 17         A.   Right.
10:59:53 18         Q.   So I apologize.  I see what you're saying.
         19    So that was -- that was later.  Okay.
         20              Where was Carter living at that time, then,
         21    when he left California and went to Kimberling City?
11:00:06 22         A.   He was living in Kimberling City.
11:00:08 23         Q.   No, when he was in California, where did he
         24    live when he was still in California right before he
         25    moved to Kimberling City?
```

49

EXHIBIT ___ 39

PAGE ___ 564

1           CERTIFICATE OF WITNESS

2

3           I, RICHARD IRMEN, hereby declare under

4   penalty of perjury that I have read the foregoing

5   deposition testimony; and that the same is a true

6   and correct transcription of my said testimony

7   except as I have corrected pursuant to my rights

8   under Section 2025(q)(1) of the California Code of

9   Civil Procedure.

10

11

12

13

14

15                          _____

16                          RICHARD IRMEN

17

18                          _____

19                          Date

20

21

22

23

24

25

329

EXHIBIT_____39

PAGE_____565

1        I, the undersigned, a Certified Shorthand

2   Reporter of the State of California, do hereby certify:

3        That the foregoing proceedings were taken

4   before me at the time and place herein set forth; that

5   any witnesses in the foregoing proceedings, prior to

6   testifying, were duly sworn; that a record of the

7   proceedings was made by me using machine shorthand

8   which was thereafter transcribed under my direction;

9   that the foregoing transcript is a true record of the

10   testimony given.

11        Further, that if the foregoing pertains to

12   the original transcript of a deposition in a Federal

13   Case, before completion of the proceedings, review of

14   the transcript [  ] was [ X ] was not requested.

15        I further certify I am neither financially

16   interested in the action nor a relative or employee

17   of any attorney or party to this action.

18        IN WITNESS WHEREOF, I have this date

19   subscribed my name.

20

21   Dated:   **OCT 12 2007**

22

23

                  MONICA LEPE-GEORG

24                 CSR No. 11976

25

EXHIBIT _____ 35

PAGE _____ 566

**EXHIBIT 40**



Pen-Tab Industries, Inc.
Front Royal, VA 22630
New York, Chicago, Los Angeles



Attorney's
Eyes Only
Bryant 01625

**120** **SHEETS** 10½" x 8"
**3 SUBJECT**
**NOTEBOOK**
**COLLEGE RULE**

ITEM #71220



ATTORNEY'S EYES ONLY

BRYANT 00171

EXHIBIT 40

PAGE 568



EXHIBIT 40

PAGE 569



ATTORNEY'S EYES ONLY

EXHIBIT 40

BRYANT 00172

PAGE 570



EXHIBIT 40

PAGE 571

Attorney's
Eyes Only

Bryant 01627

EXHIBIT 4D

PAGE 572

Attorney's
Eyes Only
Bryant 01628

EXHIBIT ___40___

PAGE ___573___



Attorney's
Eyes Only
Bryant 01629

EXHIBIT ___40___

PAGE ___574___

Notes / Ideas on Casey Angel —

- Shimmery hair stuff
- Vers Hair ??
- Stained glass ?
- 17/18th Century
- Empire waist look

ATTORNEY'S EYES ONLY

EXHIBIT 40

PAGE 575

BRYANT 00333

Notes/Ideas on Cassy Angel –

- Shimmery hair stuff
- Ken Hair ??
- Stained glass ?
- 17/18th Century
- Empire waist look

EXHIBIT 40

PAGE 576

Attorney's
Eyes Only

Bryant 01630

EXHIBIT ____40____

PAGE ____577____

Attorney's
Eyes Only
Bryant 01631

EXHIBIT___40
PAGE___578



ATTORNEY'S EYES ONLY

EXHIBIT _40_

PAGE _579_

BRYANT 00334



EXHIBIT ___40___

PAGE ___580___



Jewel ?

ATTORNEY'S EYES ONLY

EXHIBIT___40___   BRYANT 00335

PAGE___581

Jewel 1

EXHIBIT 40

PAGE 582



EXHIBIT ___40___

583

ATTORNEY'S EYES ONLY

BRYANT 00336



EXHIBIT 4D
PAGE 584



ATTORNEY'S EYES ONLY

EXHIBIT ___40___

PAGE ___585___

BRYANT 00337



EXHIBIT 40

PAGE 586

EXHIBIT ___HD___

PAGE ___587___

ATTORNEY'S EYES
ONLY

BRYANT 00339

EXHIBIT ___40___

PAGE ___588___



EXHIBIT __4D__

PAGE __589__

ATTORNEY'S EYES ONLY

BRYANT 00338



EXHIBIT 4D

PAGE 590

Attorney's
Eyes Only

Bryant 01632

EXHIBIT 40
PAGE 591

Attorney's
Eyes Only

Bryant 01633

EXHIBIT 40
PAGE 592



EXHIBIT ___40___

PAGE _____

ATTORNEY'S EYES ONLY

BRYANT 00340



EXHIBIT 40

PAGE 593

Attorneys Eyes
Only
Bryant 01634

EXHIBIT _____ 40
PAGE _____ 594

EXHIBIT 40

ATTORNEY'S EYES
ONLY

BRYANT 00341

PAGE 595

EXHIBIT ___ 40

PAGE ___ 596

Attorney's Eyes
Only
Bryant 01635

EXHIBIT ___40___

PAGE ___597___

Attorney's Eyes
Only
Bryant 01636

EXHIBIT ___40___

PAGE ___598___