Attorneys Eyes
Only
Bryant 01637

EXHIBIT ___40___

PAGE ___599___

Attorney's eyes
only
Bryant 01638

EXHIBIT ___40___

PAGE ___600___

Attorneys
Eyes Only

Bryant 01639

EXHIBIT _____ 4D _____

PAGE _____ 601 _____

C

8 -.

$\frac{14}{24}$
4

3
5
8
16
18

$\frac{87}{12}$
99
10
109

A

15
12
12
25
33
26
8
95
7

Attorneys Eyes
Only
Bryant  01640

EXHIBIT ___ 40 ___

PAGE ___ 602 ___



Attorney's
Eyes Only

Bryant 01641

EXHIBIT _____ 40
PAGE _____ 603



Attorney's
Eyes Only

Bryant 01642

EXHIBIT ___40___

PAGE ___604___



Attorneys Eyes
Only
Bryant   01643

EXHIBIT __40__

PAGE __605__

7/11

Checking - ~~deposits~~

2,111.52

429.60

DEPOSITS TO SAVINGS

7/16 1,506.58
7/1 1,506.54
6/18 1,506.56
6/4 1,497.11

1.681.92

DEPOSITS TO SAVINGS

DEPOSITS TO CHECKING

7/16   2,098.50 TRANSFER
7/16   13.02
7/16   200.00
7/15   36.49
7/08   56,52
7/07   405.

Attorneys Eyes
Only
Bryant 01644

EXHIBIT ___4D___

PAGE ___606___

Amex charges

$1197.90



552.00
484.02
_____
67.98

Harbor View
12856 Capital Dr.
P.V. 90732
(800) 442-7368
EXT 41666
or
310-833-1131

1 Bdrm $989. - $1160
2 Bdrm $1235 - 1509

Takes Pets

Attorney's
Eyes Only
Bryant 01645

EXHIBIT     40
PAGE     607

Amex charges

$1197.90



552.00
484.02
—————
67.98

Harbor View
1286 Capital Dr,
R.P.V. 90732
1800 442-7368
   EXT 41666
      or
310-833-1131

1 Bdrm $989.-$1160
2 Bdrm $1235-1509

takes Pets

Attorney's
Eyes Only
Bryant 01645

EXHIBIT ___40___

PAGE ___608___

Attorney's
Eyes Only

EXHIBIT 40
PAGE 609

Bryant 01646

Attorney's
Eyes Only
Bryant 01647

EXHIBIT ___40___

PAGE ___610___

Attorney's
Eyes only
Bryant 01648

EXHIBIT ___40___

PAGE ___611___

Attorney's
Eyes Only

Bryant 01649

EXHIBIT _____ 40 _____

PAGE _____ 612 _____

Attorney's
Eyes Only

Bryant 01650

EXHIBIT ___40___

PAGE ___613___



Attorney's
Eyes Only

Bryant 01651

EXHIBIT ___40___

PAGE ___614___

Attorneys Eyes
only
Bryant 01652

EXHIBIT _____40_____

PAGE _____615_____



Attorney's
Eyes Only

Bryant 0653

EXHIBIT __40__

PAGE __616__

Attorneys Eyes
Only
Bryant 01654

EXHIBIT ___40___

PAGE ___617___

Attorneys Eyes
Only
Bryant 01655

EXHIBIT ___40___

PAGE ___618___

Mom & Dad,

Thanks for everything.
Here's a 'little' grocery money.
We enjoyed our stay so much.
This place is so beautiful.
We look forward to coming
back again in the next few weeks.

Love you so.....

Wade, Lisa, Christopher
& Allison

Attorneys eyes
Only
Bryant   01656

EXHIBIT 40
PAGE 619

Attorneys Eyes
Only
Bryant 01657

EXHIBIT ___40___
PAGE ___620___

Attorneys Eyes
Only
Bryant 9657

EXHIBIT ___40___

PAGE ___621___

Attorneys Eyes
Only
Bryant 01658

EXHIBIT ___40___

PAGE ___622___

Attorney's
Eyes Only
Bryant 01659

EXHIBIT 40
PAGE 623

Attorney's
Eyes Only
Bryant 01660

EXHIBIT __40__
PAGE __624__

Attorney's
Eyes Only

Bryant 01661

EXHIBIT __40__

PAGE __625__

Attorney's
Eyes Only

Bryant 0162

EXHIBIT 40
PAGE 626

Attorneys eyes
Only
Bryant 01663

EXHIBIT ___40___

PAGE ___627___

EXHIBIT ___40___

PAGE ___628___

www. sco. ca
www. FoxllLA. com

T-129182

Attorney's
Eyes Only
expert C.R.



EXHIBIT ___40___
PAGE ___630___



40
631



ATTORNEY'S EYES ONLY

BRYANT 00179

40

632

PAGE



ATTORNEY'S EYES ONLY          BRYANT 00179

40

633

Paris, France
and spain
+ an
exchange student

Studies:
French
Acting
Political Science

EXHIBIT 4D
PAGE 634



40
635



Plays Drums
and Spins
the
turntable

Studies:
French
Acting
Political Science

ATTORNEY'S EYES
ONLY

BRYANT 00180
EXHIBIT  40
PAGE  636



ATTORNEY'S EYES
ONLY

BRYANT 00180

40
637



EXHIBIT _____ 40

PAGE _____ 638



40
639