06:27:54  1    with the exhibits and the rest of the normal

         2    stipulation will apply which is we'll make

         3    available the original upon request by the

         4    party in the litigation.

06:27:54  5         In the event that the original is lost,

         6    destroyed, misplaced, whatever the case may be,

         7    then a certified copy can be used just as if it

         8    were an original.

         9         MR. ECKLES:  Great.

06:27:54 10         MR. ZELLER:  Also, since it's California,

        11    the parties waive any Code requirements.

        12         (Whereupon, at 6:32 p.m., the Examination

        13    of this Witness was concluded.)

        14

        15         I, NANA ASHONG, do hereby declare

        16    under penalty of perjury that I have read the foregoing

        17    transcript; that I have made any corrections as appear

        18    noted, in ink, initialed by me, or attached hereto;

        19    that my testimony as contained herein, as corrected, is

        20    true and correct.

        21         EXECUTED this_____day of_____,

        22    20___, at_____, _____.
                                (City)              (State)
        23

        24         _____

        25                    NANA ASHONG

SARNOFF COURT REPORTERS AND LEGAL TECHNOLOGIES
877.955.3855       EXHIBIT ____71____

PAGE ___1126___

1    CERTIFICATION

2    STATE OF NEW YORK    )

3                     :  SS.:

4    COUNTY OF NEW YORK  )

5            I, CHANDRA D. BROWN, a Notary Public for

6    and within the State of New York, do hereby certify:

7            That the witness whose examination is

8    hereinbefore set forth was duly sworn and that such

9    examination is a true record of the testimony given

10   by that witness.

11           I further certify that I am not related to

12   any of the parties to this action by blood or by

13   marriage and that I am in no way interested in the

14   outcome of this matter.

15           IN WITNESS WHEREOF, I have hereunto set my

16   hand the 7th day of January, 2008.

17

18                    *Chandra D. Brown*

19                    CHANDRA D. BROWN, RPR

20

21

22

23                              EXHIBIT _____ 21

24
                               PAGE _____ 1127
25

**EXHIBIT 72**

CONFIDENTIAL

TO: MGA Eentertainment

| NAME | ANNA RHEE | SHIP TO | |
| ADDRESS | 1613 FORD AVE. | ADDRESS | |
| CITY, STATE, ZIP | REDONDO BCH, CA·90278 | CITY, STATE, ZIP | |

| ORDER NUMBER | DEPT. | SALESMAN | WHEN SHIP | TERMS | HOW SHIP | DATE |
|---|---|---|---|---|---|---|
| | | | | 30 DAYS | | 6/12 00 |

| QUANTITY | DESCRIPTION | | PRICE | AMOUNT |
|---|---|---|---|---|
| 2 | Angel Baby Doll Heads | price→ | $ | 400. 00 |
| | | tax→ | $ | 33. 00 |
| | TOTAL PRICE → | | $ | 433. 00 |
| | INCLUDING TAX | | | |
| | PAID | | | |
| | | | | |
| | Request by | | | |
| | Kerri Legg | | | |

EXHIBIT
Rhee
201
2/3/05

BUYER:

CONFIDENTIAL

TO: MGA Entertainment

| NAME | ANNA RHEE | SHIP TO | |
|---|---|---|---|
| ADDRESS | 1613 FORD AVE. | ADDRESS | 16730 Schoenborn St. |
| CITY, STATE, ZIP | REDONDO BCH CA. 90278 | CITY, STATE, ZIP | North Hills. CA. 91343 |

| ORDER NUMBER | DEPARTMENT | SALESPERSON | WHEN SHIP | TERMS | HOW SHIP | DATE |
|---|---|---|---|---|---|---|
| | | | | 30 DAYs | | 8/29/00 |

| QUANTITY | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| 4 | ~~Aut~~ Angel Faces (4 Vertions)   price → | | 800 00 |
| | tax → | | 66 00 |
| | TOTAL PRICE → INCLUDING TAX | | 866 00 |

Request by Paula Treantafilos

BUYER:

Adams
00

KEEP THIS SLIP FOR REFERENCE

2c 1-2

AR 0002

EXHIBIT 72

PAGE 1129

CONFIDENTIAL

| ADDRESS 1613 FORD AVE. | ADDRESS 16730 Schoenborn St. |
|---|---|
| CITY, STATE, ZIP REDONDO BCH CA. 90278 | CITY, STATE, ZIP North Hill, CA. 91343 |

| ORDER NUMBER | DEPARTMENT | SALESPERSON | WHEN SHIP | TERMS | HOW SHIP | DATE |
|---|---|---|---|---|---|---|
| | | | | 30 DAYS | | 9/8/00 |

| QUANTITY | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| 5 | Angel Faces ($200. each | $ | 1000.00 |
| | | $ | 82.50 |
| | | $ | 1,082.50 |
| | | | |
| | | | |
| | PAID | | |
| | | | |
| | Request by Paula Treantafeles | | |

BUYER:

Adams 100

KEEP THIS SLIP FOR REFERENCE

201-3

AR.0003

EXHIBIT  72

PAGE  1130

CONFIDENTIAL

| SOLD TO | | | | SHIP TO | | | |
|---|---|---|---|---|---|---|---|
| NAME | ANNA RHEE | | | | | | |
| ADDRESS | 1613 FORD AVE. | | | ADDRESS | 16730 Schoenborn St | | |
| CITY, STATE, ZIP | REDONDO BCH. CA 90278 | | | CITY, STATE, ZIP | North Hill, CA 91343 | | |

| ORDER NUMBER | DEPARTMENT | SALESPERSON | WHEN SHIP | TERMS | | HOW SHIP | DATE |
|---|---|---|---|---|---|---|---|
| | | | | 30 DAYS | | | 9/12/00 |

| QUANTITY | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| 2 | Angel Faces (A.S.A.P. RUSH) overnight | price → $ tax → $ | 600 00 / 49 50 |
| | | TOTAL PRICE → INCLUDING TAX | $ 649.50 |
| | | | |
| | | | |
| | | | |
| | Request by Paula Trantafoles | | |

KEEP THIS SLIP FOR REFERENCE

dams

201-4

AR 0004

EXHIBIT     72

PAGE     1131

CONFIDENTIAL

TO: MGA ENTERTAINMENT

| NAME | | | | | | | |
|------|--|--|--|--|--|--|--|
| ANNA RHEE | | | | SHIP TO | | | |
| ADDRESS | | | | ADDRESS | | | |
| 1613 FORD AVE. | | | | 16730 Schoenborg St. | | | |
| CITY, STATE, ZIP | | | | CITY, STATE, ZIP | | | |
| REDONDO BCH CA. 90278 | | | | North Hills, CA, 91343 | | | |

| ORDER NUMBER | DEPARTMENT | SALESPERSON | WHEN SHIP | TERMS | HOW SHIP | DATE |
|---|---|---|---|---|---|---|
| | | | | 30 DAYS | | 9/18 00 |

| QUANTITY | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| 2 | Angel Black Faces (A.s.a.p RUSH) | | $ 600. 00 |
| 1 | Lips on another blk doll overnight | | $ 20. 00 |
| | | | |
| | | | |
| | price → | | $ 620.00 |
| | tax → | | $ 51. 15 |
| | TOTAL PRICE → | | $ 671. 15 |
| | INCLUDING TAX | | |
| | | | |
| | Request by Paula Trantafales | | |

BUYER:

Adams 8100

KEEP THIS SLIP FOR REFERENCE

201-5

AR 0005

EXHIBIT _____ 72

PAGE _____ 1132

CONFIDENTIAL

Book #2

EXHIBIT __72__

PAGE ____1133____

CONFIDENTIAL

052651

TO: MGA ENTERTAINMENT

| NAME | | | SHIP TO | | | |
|---|---|---|---|---|---|---|
| ANNA RHEE | | | | | | |
| **ADDRESS** | | | **ADDRESS** | | | |
| 1613 FORD AVE. | | | 16730 Schoen borg St. | | | |
| **CITY, STATE, ZIP** | | | **CITY, STATE, ZIP** | | | |
| R. B. CA. 90278 | | | North Hills, CA. 91343 | | | |
| ORDER NUMBER | DEPARTMENT | SALESPERSON | WHEN SHIP | TERMS | HOW SHIP | DATE |
| | | | | 30 DAYS | | 9/19/00 |

| QUANTITY | DESCRIPTION | | PRICE | AMOUNT |
|---|---|---|---|---|
| 3 | Doll face Lips redone      price → | | $ 50. | 00 |
| | tax → | | $ 4. | 13 |
| | TOTAL PRICE → | | $ 54. | 13 |
| | INCLUDING TAX | | | |
| | | | | |
| | | | | |
| | Request by Paula Trantafals | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

'YER:

Adams
100

KEEP THIS SLIP FOR REFERENCE

201-7
AR 0007

EXHIBIT ___72___

PAGE ___1134___

CONFIDENTIAL

052657

TO: MGA ENTERTAINMENT

| NAME | ANNA RHEE | SHIP TO | |
|---|---|---|---|
| ADDRESS | 1613 FORD AVE. | ADDRESS | 16730 Schoenborg St |
| CITY, STATE, ZIP | REDONDO BCH, CA · 90278 | CITY, STATE, ZIP | North Hills, CA· 91343 |

| ORDER NUMBER | DEPARTMENT | SALESPERSON | WHEN SHIP | TERMS | HOW SHIP | DATE |
|---|---|---|---|---|---|---|
| | | | | 30 DAYS | | 10 / 17 / 00 |

| QUANTITY | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| 1 | detailed scetch of Angel's face | $ | 75.00 |
| 1 | touch-up | $ | 25.00 |
| 2 | set of color swatches & specification | $ | 100.00 |
| | | | |
| | price → | $ | 200.00 |
| | tax → | $ | 6.50 |
| | TOTAL PRICE → INCLUDING TAX | | $216.50 |
| | | | |
| | | | |
| | Request by Paula Trantatuless | | |

BUYER:

Adams
R100

KEEP THIS SLIP FOR REFERENCE

201-8

AR 0008

EXHIBIT 72

PAGE 1135

CONFIDENTIAL

052661

(818) 894-2525

M.G.A. Entertainment

| NAME | ANNA RHEE | SHIP TO | 16730 Schoenborn St. |
| ADDRESS | 1613 FORD AVE. | ADDRESS | North Hills, ca. 91343-6122 |
| CITY, STATE, ZIP | REDONDO BCH, CA. 90278 | CITY, STATE, ZIP | |

| ORDER NUMBER | DEPARTMENT | SALESPERSON | WHEN SHIP | TERMS | HOW SHIP | DATE |
|---|---|---|---|---|---|---|
| | | | | 30 DAYS | | 11/16/06 |

| QUANTITY | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| 3 | pairs of shoes | | $250.00 |
| 2 | animated doll faces | | $400.00 |
| 1 | jumping rope face | | $200.00 |
| 1 | touch-up (removal of old face paint) | | $10.00 |
| | | price → | $860.00 |
| | | tax → | $70.95 |
| | TOTAL PRICE → | | $930.95 |
| | INCLUDING TAX | | |
| | | | |
| | PAID | | |
| | | | |
| | Request by Paula Treantafelles | | |

BUYER:

J.Adams 3100

KEEP THIS SLIP FOR REFERENCE

21-7
AR 0009

EXHIBIT ___72___

PAGE ___1136___

CONFIDENTIAL

052664

TO: MGA ENTERTAINMENT

| NAME | ADDRESS | CITY, STATE, ZIP |
|------|---------|------------------|
| ANNA RHEE | 1613 FORD AVE. | REDONDO BCH, CA. 90278 |

SHIP TO
ADDRESS 16730 Schoenburg St.
CITY, STATE, ZIP North Hills, CA. 91343

| ORDER NUMBER | DEPARTMENT | SALESPERSON | WHEN SHIP | TERMS | HOW SHIP | DATE |
|---|---|---|---|---|---|---|
| | | | | 30 DAYS | | 11/20/00 |

| QUANTITY | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| 2 | touch-up (color change & shap alterations) Faces | price → $ | 150.00 |
| | | tax → $ | 12.38 |
| | | TOTAL PRICE → $ | 162.38 |
| | INCLUDING TAX | | |

(PAID)

Request by Paula Trantafales

IYER:

Adams
4100

KEEP THIS SLIP FOR REFERENCE

LC 1-10

EXHIBIT 72
PAGE 1137

AR 0010

CONFIDENTIAL



052665

TO: MGA ENTERTAINMENT

| NAME | | | | SHIP TO | | | |
|---|---|---|---|---|---|---|---|
| ANNA RHEE | | | | | | | |
| ADDRESS | | | | ADDRESS | | | |
| 1613 FORD AVE | | | | 16730 Schoenburg St. | | | |
| CITY, STATE, ZIP | | | | CITY, STATE, ZIP | | | |
| REDONDO BCH CA. 9008 | | | | North Hills, CA. 91343 | | | |

| ORDER NUMBER | DEPARTMENT | SALESPERSON | WHEN SHIP | TERMS | HOW SHIP | DATE |
|---|---|---|---|---|---|---|
| | | | | 30 DAYs | | 11/28/00 |

| QUANTITY | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| 2 | jump rope dolls                    price → | $ | 400.00 |
| | tax → | $ | 33.00 |
| | TOTAL PRICE → | $ | 433.00 |
| | INCLUDING TAX | | |
| | PAID | | |
| | Request by Paula Trantafahr | | |

BUYER:

ADAMS
1100

KEEP THIS SLIP FOR REFERENCE

EXHIBIT 72

PAGE 1138

><1-11

AR 0011

CONFIDENTIAL

052666

TO: MGA ENTERTAINMENT

| NAME ANNA RHEE | SHIP TO |
|---|---|
| ADDRESS /613  FORD AVE. | ADDRESS /6730  Schoenburg  St. |
| CITY, STATE, ZIP REDONDO  BCH, CA. 90278 | CITY, STATE, ZIP North Hills, CA.  91343 |

| ORDER NUMBER | DEPARTMENT | SALESPERSON | WHEN SHIP | TERMS | HOW SHIP | DATE |
|---|---|---|---|---|---|---|
| | | | | 30 DAYS | | 11 / 25/00 |

| QUANTITY | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| 1 | set of color swatches & specifications    price→ | | $100.00 |
| 1 | Lip color redue | | |
| | tax→ | | $ 8.25 |
| | TOTAL PRICE→ INCLUDING TAX | | $108.25 |

Request by Paula Trantafales

| BUYER: | |
|---|---|

Acame
8100

KEEP THIS SLIP FOR REFERENCE

EXHIBIT 72

PAGE 1139

AR 0012



CONFIDENTIAL

052671

TO: MGA ENTERTAINMENT

| NAME | | | SHIP TO | | | |
|------|---|---|---------|---|---|---|
| ANNA RHEE | | | | | | |
| **ADDRESS** 1613 FORD AVE. | | | **ADDRESS** 16730 Schoenborg St. | | | |
| **CITY, STATE, ZIP** REDONDO BCH CA 90278 | | | **CITY, STATE, ZIP** North Hills, CA 91343 | | | |

| ORDER NUMBER | DEPARTMENT | SALESPERSON | WHEN SHIP | TERMS | HOW SHIP | DATE |
|---|---|---|---|---|---|---|
| | | | | 30 DAYS | | 12/7/00 |

| QUANTITY | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| 4 | asian, hispanic, white, black doll faces    price → | $ | 800.00 |
| | tax → | $ | 66.00 |
| | TOTAL PRICE → | $ | 866.00 |
| | INCLUDING TAX | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | Request by Paula Trantafiles | | |
| | & | | |
| | Carter Bryant | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

BUYER:

EXHIBIT ___72___

PAGE ___1140___

201-13
AR 001

CONFIDENTIAL

052672

TO: MGA ENTERTAINMENT

| NAME | SHIP TO | |
|---|---|---|
| ANNA RHEE | | |
| ADDRESS | ADDRESS | |
| 1613 FORD AVE. | 16730 Schoenborg St. | |
| CITY, STATE, ZIP | CITY, STATE, ZIP | |
| REDOND o BCH, CA. 90278 | NORTH Hills, CA. 91343 | |

| ORDER NUMBER | DEPARTMENT | SALESPERSON | WHEN SHIP | TERMS | HOW SHIP | DATE |
|---|---|---|---|---|---|---|
| | | | | 30 DAYs | | 12/7/00 |

| QUANTITY | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| 2 | Jumping Rope dolls | $ | 900.00 |
| 1 | pair shoes | $ | 75.00 |
| | | | |
| | price → | $ | 475.00 |
| | tax → | $ | 39.19 |
| | | | |
| | TOTAL PRICE → | $ | 514.19 |
| | INCLUDING TAX | | |
| | | | |
| | | | |
| | | | |
| | Request by Paula Trentatiles | | |
| | & | | |
| | Maureen | | |

BUYER:

KEEP THIS SLIP FOR REFERENCE

ACBTS
8100

201-14

AR 0014

EXHIBIT 72

PAGE 1141

CONFIDENTIAL

TO: MGA ENTERTAINMENT

| NAME ANNA RHEE | SHIP TO |
|---|---|
| ADDRESS 1613 FORD AVE. | ADDRESS 16730 Schoenborg St. |
| CITY, STATE, ZIP REDONDO BCH, CA. 90278 | CITY, STATE, ZIP North Hills, CA. 91343 |

| ORDER NUMBER | DEPARTMENT | SALESPERSON | WHEN SHIP | TERMS 30 DAYs | HOW SHIP | DATE 12/8/00 |
|---|---|---|---|---|---|---|

| QUANTITY | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| 1 | Large doll face          price → | $ | 200.00 |
| | tax → | $ | 16.50 |
| | TOTAL PRICE → | $ | 216.50 |
| | INCLUDING TAX | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | Request by Paula Trantafalou | | |
| | & | | |
| | Mercedeh Ward | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

BUYER:

ⓦAdams
100

KEEP THIS SLIP FOR REFERENCE

201-15

AR 0015

EXHIBIT ___72___

PAGE ___1142___

CONFIDENTIAL

052675

## ▲ G.A. ENTERTAINMENT

| NAME ANNA RHEE | | | SHIP TO | | | | |
|---|---|---|---|---|---|---|---|
| ADDRESS 1613 FORD AVE. | | | ADDRESS | | | | |
| CITY, STATE, ZIP REDONDO BCH, C1. 90278 | | | CITY, STATE, ZIP | | | | |

| ORDER NUMBER | DEPARTMENT | SALESPERSON | WHEN SHIP | TERMS 30 DAYS | HOW SHIP | DATE 12/12/00 | |
|---|---|---|---|---|---|---|---|

| QUANTITY | DESCRIPTION | | PRICE | AMOUNT |
|---|---|---|---|---|
| 2 | touch-up designs | | $ | 150. 00 |
| 1 | touch up scratches on skin (no charge) | | | |
| 1 | shoes | | $ | 75. 00 |
| | | | $ | 225. 00 |
| | | | | 18. 56 |
| | | | $ | 243.56 |
| | | | | |
| | Request by Carter Bryant | | | |

YER:

Adams
00

KEEP THIS SLIP FOR REFERENCE

201-16

EXHIBIT ___72___

AR 0016

PAGE ___1143___

CONFIDENTIAL

052678

(818) 894-2525 X 105

M.G.A. ENTERTAINMENT

| NAME | | SHIP TO | | | | | |
|------|--|---------|--|--|--|--|--|
| ANNA CORHEE | | | | | | | |
| ADDRESS 1613 F. FORD AVE. | | ADDRESS 30 KURT R. | | | | | |
| CITY, STATE, ZIP REDONDO BCH, CA. 90278 | | CITY, STATE, ZIP | | | | | |
| ORDER NUMBER | DEPARTMENT | SALESPERSON | WHEN SHIP | TERMS 30 DAYS | HOW SHIP | | DATE 12/13/00 |

| QUANTITY | DESCRIPTION | PRICE | | AMOUNT | |
|----------|-------------|-------|--|--------|--|
| 1 | Peek-a-Boo doll            price→ | $ | 200 | 00 |
| | tax→ | | 16 | 50 |
| | TOTAL PRICE | | 216 | 50 |
| | INCLUDING TAX | | | |

PAID

Request by Mercedez Ward

20177
AR 0017

EXHIBIT 72
PAGE 1144

CONFIDENTIAL

M.G.A. ENTERTAINMENT

| NAME | ANNA RHEE | SHIP TO | | | | |
|---|---|---|---|---|---|---|
| ADDRESS | 1613 FORD AVE. | ADDRESS | | | | |
| CITY, STATE, ZIP | REDONDO BCH, CA. 90278 | CITY, STATE, ZIP | | | | |

| ORDER NUMBER | DEPARTMENT | SALESPERSON | WHEN SHIP | TERMS 30 DAYS | HOW SHIP | DATE 12/22/00 |
|---|---|---|---|---|---|---|

| QUANTITY | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| 4 | Peek-a-Boo doll | $ | 800.00 |
| 1 | Walking, growing type doll | $ | 200.00 |
| | | price → $ | 1000.00 |
| | | tax → $ | 82.50 |
| | TOTAL PRICE → INCLUDING TAX | $ | 1,082.50 |
| | Request by Mersedeh Ward | | |

BUYER:

KEEP THIS SLIP FOR REFERENCE

201-18

AR 0018

EXHIBIT ___72___

PAGE ___1145___

CONFIDENTIAL

M.G.A. ENTERTAINMENT

| NAME | | | SHIP TO | | | |
|---|---|---|---|---|---|---|
| ANNA RHEE | | | | | | |
| ADDRESS | | | ADDRESS | | | |
| 1613 FORD AVE. | | | 16730 Schoenborn St. | | | |
| CITY, STATE, ZIP | | | CITY, STATE, ZIP | | | |
| REDONDO BCH, CA. 90278 | | | North Hills, CA. 91343 | | | |

| ORDER NUMBER | DEPARTMENT | SALESPERSON | WHEN SHIP | TERMS | HOW SHIP | DATE |
|---|---|---|---|---|---|---|
| | | | | 30 DAYS | | 12/27/00 |

| QUANTITY | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| 4 | Bodies painted | | 60 00 |
| 11 | pairs of shoes | | 825 00 |
| 4 | Faces | | 800 00 |
| | | | |
| | price → | # | 1 685 06 |
| | tax → | # | 139 01 |
| | TOTAL PRICE → | # | 1 829 01 |
| | INCLUDING TAX | | |
| | | | |
| | | | |
| | | | |
| | Request by Carter Bryant | | |
| | | | |
| | PAID | | |

BUYER:

EXHIBIT 72

PAGE 1140

AR 0019

CONFIDENTIAL

M.G.A. ENTERTAINMENT

| NAME | ANNA RHEE | SHIP TO | |
|------|-----------|---------|---|
| ADDRESS | 1618 FORD AVE. | ADDRESS | 16730 Schoenborg St. |
| CITY, STATE, ZIP | REDONDO BCH CA. 90278 | CITY, STATE, ZIP | North Hills, CA. 91343 |

| ORDER NUMBER | DEPARTMENT | SALESPERSON | WHEN SHIP | TERMS | HOW SHIP | DATE |
|--------------|-----------|-------------|-----------|-------|----------|------|
| | | | | 30 DAYS | | 12/27/00 |

| QUANTITY | DESCRIPTION | PRICE | AMOUNT |
|----------|-------------|-------|--------|
| 5 | Large jump rope dolls | | 1,000.00 |
| 2 | Large braided hair dolls | | 800.00 |
| | | | |
| | price → | $ | 1,400.00 |
| | tax → | $ | 115.50 |
| | TOTAL PRICE → | $ | 1,515.50 |
| | INCLUDING TAX | | |

Request by Paula Trantafales

Mercedeh Ward

PAID

Adams 8100

EXHIBIT 72

PAGE 1147

201-26

AR 0020

CONFIDENTIAL

122001

M. G. A. ENTERTAINMENT

| NAME ANNA RHEE | | | SHIP TO | | | |
|---|---|---|---|---|---|---|
| ADDRESS 1613 FORD AVE. | | | ADDRESS | | | |
| CITY, STATE, ZIP REDONDO B.H CA.90278 | | | CITY, STATE, ZIP | | | |

| ORDER NUMBER | DEPARTMENT | SALESPERSON | WHEN SHIP | TERMS 30 DAYS | HOW SHIP | DATE 1/4/00 |
|---|---|---|---|---|---|---|

| QUANTITY | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| 2 | Jump Rope (Blk.) dolls (PAINT MASTERS) price → | $ | 400.00 |
| | tax → | $ | 32.00 |
| | TOTAL PRICE | $ | 432.00 |
| | INCLUDING TAX | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | Request by Paula Treantafelles | | |
| | | | |

BUYER:

Adams 8100

KEEP THIS SLIP FOR REFERENCE

261-21

EXHIBIT 78

PAGE 1148

CONFIDENTIAL

122002

M.G.A. ENTERTAINMENT

| NAME | ANNA RHEE | | SHIP TO | 16730 Schoenborn St. | |
|---|---|---|---|---|---|
| ADDRESS | | | ADDRESS | North Hills. | |
| CITY, STATE, ZIP | | | CITY, STATE, ZIP | CA. 91343 - 6122 | |

| ORDER NUMBER | DEPARTMENT | SALESPERSON | WHEN SHIP | TERMS | HOW SHIP | DATE |
|---|---|---|---|---|---|---|
| | | | | 30 DAYS | | 1 18 00 |

| QUANTITY | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| 1 | set of paint master swatches | price→ $125.00 | |
| | and color specks | tax→ $10.00 | |
| | | TOTAL PRICE→ INCLUDING TAX | $135.00 |
| | | | |
| | | | |
| | | | |
| | Request by Paula Treantafeles | | |

BUYER:

W. Adams
P100

KEEP THIS SLIP FOR REFERENCE

EXHIBIT  72

PAGE  1149

261-22

AR 0022

CONFIDENTIAL

122002

M.G.A. ENTERTAINMENT

| NAME | | | SHIP TO | | | |
|------|--|--|---------|--|--|--|
| ANNA RHEE | | | 16730 Schoenborn St. | | | |
| **ADDRESS** | | | **ADDRESS** North Hill, | | | |
| **CITY, STATE, ZIP** | | | **CITY, STATE, ZIP** CA. 91343 - 6122 | | | |

| ORDER NUMBER | DEPARTMENT | SALESPERSON | WHEN SHIP | TERMS | HOW SHIP | DATE |
|--------------|------------|-------------|-----------|-------|----------|------|
| | | | | 30 DAYS | | 1 18 00 |

| QUANTITY | DESCRIPTION | PRICE | AMOUNT |
|----------|-------------|-------|--------|
| 1 | Set of paint master swatches    price → | $ | 125.00 |
| | and color specks    tax → | $ | 10.00 |
| | TOTAL PRICE → INCLUDING TAX | $ | 135.00 |
| | | | |
| | | | |
| | | | |
| | | | |
| | Request by Paula Treantafeles | | |

BUYER:

W Adams
P100

KEEP THIS SLIP FOR REFERENCE

EXHIBIT ____72____

PAGE ____1149____

201-22

AR 0022

CONFIDENTIAL

122003

M.G.A. ENTERTAINMENT

| NAME | ANNA RHEE | SHIP TO | | | | |
|---|---|---|---|---|---|---|
| ADDRESS | 1113 FORD AVE. | ADDRESS | | | | |
| CITY, STATE, ZIP | R.B.CA., 90278 | CITY, STATE, ZIP | | | | |

| ORDER NUMBER | DEPARTMENT | SALESPERSON | WHEN SHIP | TERMS 30 DAYS | HOW SHIP | DATE 1/11/01 |
|---|---|---|---|---|---|---|

| QUANTITY | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| 4 | Bratz Paint Masters | | 800.00 |
| 4 | sets of color chips | | 400.00 |
| | | price → | $ 1200.00 |
| | | tax → | $ 96.00 |
| | | TOTAL PRICE → | $ 1,296.00 |
| | INCLUDING TAX | | |
| | | | |
| | | | |
| | Request by Paula Treantafiles | | |

BUYER:

Adams 8100

KEEP THIS SLIP FOR REFERENCE

201-23
AR 0023

EXHIBIT 72

PAGE 1150

CONFIDENTIAL

122004

M.G.A. ENTERTAINMENT

| NAME ANNA RHEE | SHIP TO | | | | | |
|---|---|---|---|---|---|---|
| ADDRESS 1613 FORD AVE. | ADDRESS | | | | | |
| CITY, STATE, ZIP REDONDO BCH, CA. 90278 | CITY, STATE, ZIP | | | | | |

| ORDER NUMBER | DEPARTMENT | SALESPERSON | WHEN SHIP | TERMS 30 DAYS | HOW SHIP | DATE 1/4/00 |
|---|---|---|---|---|---|---|

| QUANTITY | DESCRIPTION | | PRICE | AMOUNT |
|---|---|---|---|---|
| 4 | Brats Sample Faces | price → | $ | 800.00 |
| | | tax → | $ | 64.00 |
| | | TOTAL PRICE → | | 864.00 |
| | | INCLUDING TAX | | |
| | | | | |
| | Request by Paula Treantafelles | | | |

BUYER:

⌐Adams
8100                    KEEP THIS SLIP FOR REFERENCE

201-2

AR 0024

EXHIBIT ___72___

PAGE ___1101___

CONFIDENTIAL

I22005

M. G. A. ENTERTAINMENT

| NAME ANNA RHEE | SHIP TO | | | | | |
|---|---|---|---|---|---|---|
| ADDRESS 1613 FORD AVE. | ADDRESS 16730 Schoenborn St | | | | | |
| CITY, STATE, ZIP REDONDO BCH. CA. 90278 | CITY, STATE, ZIP North Hills, CA. 91343-6122 | | | | | |
| ORDER NUMBER | DEPARTMENT | SALESPERSON | WHEN SHIP | TERMS 30 DAYS | HOW SHIP | DATE 1/17/00 |

| QUANTITY | DESCRIPTION | | PRICE | AMOUNT |
|---|---|---|---|---|
| 5 | Dream Baby II          price→ | | | $1,000.00 |
| | tax→ | | | 80.00 |
| | TOTAL PRICE → | | | $1,080.00 |
| | INCLUDING TAX | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | Request by Paula Treantafeles | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

BUYER:

Adams
8100

KEEP THIS SLIP FOR REFERENCE

201-25
AR 0025

EXHIBIT 72

PAGE 1152

CONFIDENTIAL

122006

M.G.A. ENTERTAINMENT

| NAME | ANNA RHEE | SHIP TO | | | | |
|---|---|---|---|---|---|---|
| ADDRESS | 1613     FORD AVE. | ADDRESS | | | | |
| CITY, STATE, ZIP | REDONDO   BCH, CA. 90278 | CITY, STATE, ZIP | | | | |
| ORDER NUMBER | DEPARTMENT | SALESPERSON | WHEN SHIP | TERMS 30 DAYS | HOW SHIP | DATE 1/25/01 |

| QUANTITY | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| 5 | Scooter dolls (touch-up) | | 250.00 |
| 2 | color swatches | | 20.00 |
| | | price → | $ 270.00 |
| | | tax → | $ 21.60 |
| | TOTAL   PRICE → | | $ 291.60 |
| | INCLUDING TAX | | |
| | | | |
| | Request by Paula Treantafelles | | |

BUYER:

Adams
8100

KEEP THIS SLIP FOR REFERENCE

201-26
AR.0026

EXHIBIT    72

PAGE    1153

CONFIDENTIAL

122007

**M. G. A. ENTERTAINMENT**

| NAME | | | SHIP TO | | | | |
|---|---|---|---|---|---|---|---|
| ANNA   RHEE | | | | | | | |
| ADDRESS | | | ADDRESS | | | | |
| 16/3 · FORD AVE. | | | | | | | |
| CITY, STATE, ZIP | | | CITY, STATE, ZIP | | | | |
| REDONDO BCH  CA. 90278 | | | | | | | |

| ORDER NUMBER | DEPARTMENT | SALESPERSON | WHEN SHIP | TERMS | HOW SHIP | DATE | |
|---|---|---|---|---|---|---|---|
| | | | | 30 DAYs | | 1/30/01 | |

| QUANTITY | DESCRIPTION | PRICE | AMOUNT | |
|---|---|---|---|---|
| 2 | 2 HRs.  MISALANEOUS  WORK | | 100. | 00 |
| 20 | Bratz  Faces | | 4000. | 00 |
| | | | | |
| | price→ | | $ 4100. | 00 |
| | tax→ | | $ 328. | 00 |
| | TOTAL  PRICE  → | | $ 4428. | 00 |
| | INCLUDING  TAX | | | |
| | | | | |
| | | | | |
| | | | | |
| | Request by Carter Bryant | | | |
| | | | | |
| | Paul  Treantafelles | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

BUYER:

Adams
810C

KEEP THIS SLIP FOR REFERENCE

2i1-27

EXHIBIT   72

AR 0027

PAGE   1154

CONFIDENTIAL

122008

M.G.A. ENTERTAINMENT

| NAME | ANNA RHEE | SHIP TO | |
|---|---|---|---|
| ADDRESS | 1613 FORD AVE. | ADDRESS | |
| CITY, STATE, ZIP | REDONDO BCH, CA-90278 | CITY, STATE, ZIP | |

| ORDER NUMBER | DEPARTMENT | SALESPERSON | WHEN SHIP | TERMS | HOW SHIP | DATE |
|---|---|---|---|---|---|---|
| | | | | 30 DAYS | | 1/26/01 |

| QUANTITY | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| 1 | Toddler Tabitha Face | | 200.00 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | Request by Paula Treantetelis | | |
| | | | |

BUYER:

Adams
8100

CONFIDENTIAL

122009

M.G.A. ENTERTAINMENT

| NAME | ANNA RHEE | SHIP TO | | | |
|------|-----------|---------|---|---|---|
| ADDRESS | 1613 FORD AVE. | ADDRESS | | | |
| CITY, STATE, ZIP | REDONDO BCH, CA. 90278 | CITY, STATE, ZIP | | | |

| ORDER NUMBER | DEPARTMENT | SALESPERSON | WHEN SHIP | TERMS | HOW SHIP | DATE |
|---|---|---|---|---|---|---|
| | | | | 30 DAYS | | 1/30/01 |

| QUANTITY | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| 2 | Toiler Tabitha Face | | 400.00 |
| 3 | Lips on Large Head | | 100.00 |
| | | | |
| | price → | $ | 500.00 |
| | tax → | $ | 41.25 |
| | TOTAL PRICE → INCLUDING TAX | $ | 541.25 |
| | | | |
| | Request by Paula Treantafilles | | |

BUYER:

Adams
810C

KEEP THIS SLIP FOR REFERENCE

EXHIBIT 72

PAGE 1156

201-27
AR 0029

CONFIDENTIAL

122010

M G A   ENTERTAINMENT

| NAME | ANNA RHEE | SHIP TO | |
|---|---|---|---|
| ADDRESS | 1613 FORD AVE. | ADDRESS | |
| CITY, STATE, ZIP | REDONDO BCH, CA. 90278 | CITY, STATE, ZIP | |

| ORDER NUMBER | DEPARTMENT | SALESPERSON | WHEN SHIP | TERMS | HOW SHIP | DATE |
|---|---|---|---|---|---|---|
| | | | | 30 DAYS. | | 2/7/01 |

| QUANTITY | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| 1 | World Wrestling Federation doll | | |
| | body painted, face painted, fully assembled | price → | 300.00 |
| | | tax → | 24.00 |
| | TOTAL PRICE → INCLUDING TAX | | 324.00 |
| | Request by Leanne & Marlene | | |

BUYER:

201-30
AR 0030

EXHIBIT 72

PAGE 1157

CONFIDENTIAL

M.G.A. ENTERTAINMENT

| NAME | ANNA RHEE | | SHIP TO | | | |
|---|---|---|---|---|---|---|
| ADDRESS | 1613 FORD AVE. | | ADDRESS | | | |
| CITY, STATE, ZIP | REDONDO BCH, CA. 90278 | | CITY, STATE, ZIP | | | |

| ORDER NUMBER | DEPARTMENT | SALESPERSON | WHEN SHIP | TERMS | HOW SHIP | DATE |
|---|---|---|---|---|---|---|
| | | | | 30 DAYS | | 3/29/01 |

| QUANTITY | DESCRIPTION | | PRICE | AMOUNT |
|---|---|---|---|---|
| 2 | Brats Faces            price→ | | $ | 400 00 |
| | tax→ | | $ | 33 00 |
| | TOTAL PRICE → | | $ | 433 00 |
| | INCLUDING TAX | | | |
| | | | | |
| | Request by Carter Bryant | | | |

BUYER:

Adams 8100

KEEP THIS SLIP FOR REFERENCE

EXHIBIT 72

PAGE 1158

2<1-31

AR 0031

CONFIDENTIAL

M·G·A· ENTERTAINMENT

| NAME | | | | SHIP TO | | | |
|------|------|------|------|------|------|------|------|
| ANNA RHEE | | | | | | | |
| ADDRESS | | | | ADDRESS | | | |
| 1613 FORD AVE. | | | | | | | |
| CITY, STATE, ZIP | | | | CITY, STATE, ZIP | | | |
| R.B. CA. 90278 | | | | | | | |

| ORDER NUMBER | DEPARTMENT | SALESPERSON | WHEN SHIP | TERMS | HOW SHIP | DATE |
|------|------|------|------|------|------|------|
| | | | | 30 DAYS | | 3/2/01 |

| QUANTITY | DESCRIPTION | | PRICE | AMOUNT |
|------|------|------|------|------|
| 2 | Sets of shoes | price → | $ | 200.00 |
| | | tax → | $ | 16.00 |
| | | TOTAL PRICE → | $ | 216.00 |
| | | INCLUDING TAX | | |
| | | | | |
| | | | | |
| | | | | |
| | Request by Carter Bryant | | | |
| | | | | |

BUYER:

Adams
9100

KEEP THIS SLIP FOR REFERENCE

201-32

EXHIBIT 72
PAGE 1159

MR0012

CONFIDENTIAL

## M.G.A. ENTERTAINMENT

| NAME | ANNA RHEE | | | SHIP TO | | | |
|---|---|---|---|---|---|---|---|
| ADDRESS | 1613 FORD AVE. | | | ADDRESS | | | |
| CITY, STATE, ZIP | REDONDO BCH. CA. 90278 | | | CITY, STATE, ZIP | | | |

| ORDER NUMBER | DEPARTMENT | SALESPERSON | WHEN SHIP | TERMS | HOW SHIP | DATE |
|---|---|---|---|---|---|---|
| | | | | 30 DAYS | | 5/9/01 |

| QUANTITY | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| 1 | Blk. doll Face | | 200.00 |
| 1 | Monkey — See Face | | 200.00 |
| 1 | Hands & Feet painted e mix skin color | | 50.00 |
| 1 | Set of swatches for Blk. doll | | 100.00 |
| 1 | Set of sketches for Monkey see — Monkey do | | 60.00 |
| 2 | touch-ups for Blk. doll e wte. doll | | 100.00 |
| | | | |
| | price → | $ | 720.00 |
| | tax → | $ | 57.60 |
| | TOTAL PRICE → | $ | 777.60 |
| | INCLUDING TAX | | |
| | | | |
| | | | |
| | | | |
| | Request by Paula Trantafales | | |
| | & | | |
| | Lara Alancantra | | |

BUYER:

Adams
9100

KEEP THIS SLIP FOR REFERENCE

2C1-33

AR 0033

EXHIBIT 72

PAGE 1160

CONFIDENTIAL

M.G.A. ENTERTAINMENT

| NAME ANNA RHEE | SHIP TO | | | | | |
|---|---|---|---|---|---|---|
| ADDRESS 1613 FURD AVE | ADDRESS | | | | | |
| CITY, STATE, ZIP REDONDO BCH, CA. 90278 | CITY, STATE, ZIP | | | | | |

| ORDER NUMBER | DEPARTMENT | SALESPERSON | WHEN SHIP | TERMS | HOW SHIP | DATE |
|---|---|---|---|---|---|---|
| | | | | 30 DAYS | | 5/13/01 |

| QUANTITY | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| 2 | Magic Muffin Heads | | 400.00 |
| 2 | Bodies painted | | 180.00 |
| 2 | Hats with decor | | 140.00 |
| | | price → | 640.00 |
| | | tax → | 51.30 |
| | TOTAL PRICE → $ 691.30 | | |
| | INCLUDING TAX | | |
| | | | |
| | | | |
| | | | |
| | Request by Lena Macontra | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

BUYER:

Adams
8100

CONFIDENTIAL

M. G. A . ENTERTAINMENT

| NAME ANNA RHEE | SHIP TO |
| ADDRESS 1613 FORD AVE. | ADDRESS |
| CITY, STATE, ZIP R. B. CA. 90278 | CITY, STATE, ZIP |

| ORDER NUMBER | DEPARTMENT | SALESPERSON | WHEN SHIP | TERMS | HOW SHIP | DATE |
|---|---|---|---|---|---|---|
| | | | | 30 DAYS | | 5 / 14 / 01 |

| QUANTITY | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| | Monkey-See Monkey Do Eye-ball sample | price → $ | 225. 00 |
| | renderings | tax → $ | 18. 00 |
| | TOTAL PRICE → | $ | 243. 00 |
| | INCLUDING TAX | | |
| | | | |
| | Request by Laya Albconter | | |

BUYER:

C Adams
.100

KEEP THIS SLIP FOR REFERENCE

201-35
AR 0035

EXHIBIT 72

PAGE 1162

CONFIDENTIAL

M. G.A. ENTERTAINMENT

| NAME | | | SHIP TO | | | |
|------|--|--|---------|--|--|--|
| ANNA RHEE | | | | | | |
| ADDRESS | | | ADDRESS | | | |
| 1613 FORD AVE. | | | | | | |
| CITY, STATE, ZIP | | | CITY, STATE, ZIP | | | |
| REDONDO BCH, CA. 90278 | | | | | | |

| ORDER NUMBER | DEPARTMENT | SALESPERSON | WHEN SHIP | TERMS | HOW SHIP | DATE |
|--------------|------------|-------------|-----------|-------|----------|------|
| | | | | 30 DAYS | | 5/17/01 |

| QUANTITY | DESCRIPTION | PRICE | AMOUNT |
|----------|-------------|-------|--------|
| 2 | Monkey-See Monkey-do (paint twister & appear. def.) | | 400.00 |
| 1 | set of color chips | | 100.00 |
| | | | |
| | | prices | $ 500.00 |
| | | tax | $ 40.00 |
| | TOTAL PRICE → | | $ 540.00 |
| | INCLUDING TAX | | |
| | | | |
| | | | |
| | Request by Lara Alacantra | | |

BUYER:

Adams
8100

KEEP THIS SLIP FOR REFERENCE

221-36

AR 0036

EXHIBIT ___72___

PAGE ___1103___

CONFIDENTIAL

M.G.A. ENTERTAINMENT

| NAME ANNA RHEE | SHIP TO | | | | | |
|---|---|---|---|---|---|---|
| ADDRESS 16 13 FORD AVE. | ADDRESS | | | | | |
| CITY, STATE, ZIP R. B. CA. 90278 | CITY, STATE, ZIP | | | | | |

| ORDER NUMBER | DEPARTMENT | SALESPERSON | WHEN SHIP | TERMS | HOW SHIP | DATE |
|---|---|---|---|---|---|---|
| | | | | 30 DAYS | | 5/20/01 |

| QUANTITY | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| 14 | Pairs of "Brat" shoes | $ | 1,050.00 |
| 23 | All swatch colors | $ | 180.00 |
| | | | |
| | price → | $ | 1,230.00 |
| | tax → | $ | 98.00 |
| | | | |
| | TOTAL PRICE → | $ | 1,328.40 |
| | INCLUDING TAX | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | Requested by Carter Bryant | | |

BUYER:

EXHIBIT 72

PAGE 1164

CONFIDENTIAL

TO: M.G.A. ENTERTAINMENT

| NAME ANNA RHEE | SHIP TO | | | | | | |
|---|---|---|---|---|---|---|---|
| ADDRESS 1613 FORD AVE. | ADDRESS | | | | | | |
| CITY, STATE, ZIP REDONDO BCH, CA. 90270 | CITY, STATE, ZIP | | | | | | |

| ORDER NUMBER | DEPARTMENT | SALESPERSON | WHEN SHIP | TERMS | HOW SHIP | DATE |
|---|---|---|---|---|---|---|
| | | | | 30 DAYS | | 6/27/01 |

| QUANTITY | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| 1 | Muffin face        price → | $ | 200.00 |
| | tax → | $ | 16.00 |
| | TOTAL PRICE → | $ | 216.00 |
| | INCLUDING TAX. | | |
| | | | |
| | Request by Paula Treantafelles | | |

BUYER:

Adams
810

CONFIDENTIAL

M.G.A. ENTERTAINMENT

| NAME | SHIP TO |
|---|---|
| ANNA RHEE | |
| ADDRESS | ADDRESS |
| 1613 FORD AVE. | |
| CITY, STATE, ZIP | CITY, STATE, ZIP |
| R. B. CA. 90278 | |

| ORDER NUMBER | DEPARTMENT | SALESPERSON | WHEN SHIP | TERMS | HOW SHIP | DATE |
|---|---|---|---|---|---|---|
| | | | | 30 DAY | | 7/22/01 |

| QUANTITY | DESCRIPTION | | PRICE | AMOUNT |
|---|---|---|---|---|
| 1 | Mermaid Body | price → | $ | 400.00 |
| | | tax → | $ | 32.00 |
| | TOTAL PRICE → | | $ | 432.00 |
| | INCLUDING TAX | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | Request by Paula Treant afather | | | |

BUYER:

T. Adams
100

KEEP THIS SLIP FOR REFERENCE

201-39
AR 0034

EXHIBIT 72

PAGE 1166

CONFIDENTIAL

TO: MGA ENTERTAINMENT

| NAME ANNA RHEE | SHIP TO | | | | | |
|---|---|---|---|---|---|---|
| ADDRESS 1613 FORD AVE. | ADDRESS | | | | | |
| CITY, STATE, ZIP REDONDO BCH, CA. 90278 | CITY, STATE, ZIP | | | | | |

| ORDER NUMBER | DEPARTMENT | SALESPERSON | WHEN SHIP | TERMS | HOW SHIP | DATE |
|---|---|---|---|---|---|---|
| | | | | 30 DAYS | | 5/20/01 |

| QUANTITY | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| 9 | Pairs of "BRAT" shoes           price→ | | 675.00 |
| | tax→ | | 54.00 |
| | TOTAL PRICE → | | 729.00 |
| | INCLUDING TAX. | | |
| | | | |
| | | | |
| | | | |
| | Request by Carter Bryant | | |

BUYER:

Acme 3100

KEEP THIS SLIP FOR REFERENCE

201-40

AR 0040

EXHIBIT 72

PAGE 1167

CONFIDENTIAL

TO: MGA ENTERTAINMENT

| NAME ANNA RHEE | | | | SHIP TO | | | |
|---|---|---|---|---|---|---|---|
| ADDRESS 1613 FORD AVE. | | | | ADDRESS | | | |
| CITY, STATE, ZIP REDONDO BCH, CA. 90278 | | | | CITY, STATE, ZIP | | | |
| ORDER NUMBER | DEPARTMENT | SALESPERSON | WHEN SHIP | TERMS 30 DAYS | HOW SHIP | | DATE 5 /25 /01 |

| QUANTITY | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| 5 | Pairs of "BRAT" SHOES | | 375. 00 |
| 23 | All swatch colors | | 180. 00 |
| | | | |
| | price → | | $ 555. 00 |
| | tax → | | $ 44. 40 |
| | TOTAL PRICE → | | $ 599. 40 |
| | INCLUDING TAX | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | Request by   Carter Bryant | | |

BUYER:

Adams
3100

CONFIDENTIAL

M.G.A. ENTERTAINMENT

| NAME | ANNA RHEE | SHIP TO | | | |
|---|---|---|---|---|---|
| ADDRESS | 1613 FORD AVE. | ADDRESS | | | |
| CITY, STATE, ZIP | REDONDO BCH, CA. 90278 | CITY, STATE, ZIP | | | |

| ORDER NUMBER | DEPARTMENT | SALESPERSON | WHEN SHIP | TERMS | HOW SHIP | DATE |
|---|---|---|---|---|---|---|
| | | | | 30 DAYS | | 8/29/01 |

| QUANTITY | DESCRIPTION | | PRICE | AMOUNT |
|---|---|---|---|---|
| 4 | Mini Bratz Paint Masters | price → | $ | 400.00 |
| | | tax → | $ | 32.00 |
| | | TOTAL PRICE → | $ | 432.00 |
| | | INCLUDING TAX | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | Request by Paula Treantafelles | | | |
| | | | | |

BUYER:

Jams
8100

KEEP THIS SLIP FOR REFERENCE

2-01-42

EXHIBIT ___72___

PAGE ____1169____

AR 0042

CONFIDENTIAL

M.G.A. ENTERTAINMENT

| NAME ANNA RHEE | SHIP TO |
| ADDRESS 16/3 FORD AVE. | ADDRESS |
| CITY, STATE, ZIP REDONDO BCH, CA. 90278 | CITY, STATE, ZIP |

| ORDER NUMBER | DEPARTMENT | SALESPERSON | WHEN SHIP | TERMS | HOW SHIP | DATE |
|---|---|---|---|---|---|---|
| | | | | 30 DAYS | | 8/24/01 |

| QUANTITY | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| 1 | mermaid paint master swatches & | price → | 100.00 |
| | drawing | tax → | 8.00 |
| | | TOTAL PRICE INCLUDING TAX | 108.00 |

Request by Paula Treantafelles

BUYER:

Adams
8100

KEEP THIS SLIP FOR REFERENCE

EXHIBIT 72

PAGE 1170

261-43

CONFIDENTIAL

TO: MGA ENTERTAINMENT

| NAME ANNA RHEE | SHIP TO | | | | |
|---|---|---|---|---|---|
| ADDRESS 1613 FORD AVE. | ADDRESS | | | | |
| CITY, STATE, ZIP REDONDO BCH, CA. 90278 | CITY, STATE, ZIP | | | | |

| ORDER NUMBER | DEPARTMENT | SALESPERSON | WHEN SHIP | TERMS 30 DAYS | HOW SHIP | DATE 9/10/01 |
|---|---|---|---|---|---|---|

| QUANTITY | DESCRIPTION | | PRICE | AMOUNT |
|---|---|---|---|---|
| 2 | doll faces (Brown eyes) | price → | $ | 400.00 |
| | | tax → | | 32.00 |
| | | TOTAL PRICE → INCLUDING TAX | $ | 432.00 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | Request by Maureen Mullen | | | |

BUYER:

T. Adams
8100

CONFIDENTIAL

TO: M G A . ENTERTAINMENT

| NAME ANNA RHEE | SHIP TO | | | | | |
|---|---|---|---|---|---|---|
| ADDRESS 1613 FORD AVE. | ADDRESS | | | | | |
| CITY, STATE, ZIP REDONDO BCH. CA. 90278 | CITY, STATE, ZIP | | | | | |

| ORDER NUMBER | DEPARTMENT | SALESPERSON | WHEN SHIP | TERMS | HOW SHIP | DATE |
|---|---|---|---|---|---|---|
| | | | | 30 DAYS | | 9/12/01 |

| QUANTITY | DESCRIPTION | | PRICE | AMOUNT |
|---|---|---|---|---|
| 2 | Angel dolls | price → | | $400.00 |
| | | tax → | | $32.00 |
| | | TOTAL PRICE → | | $432.00 |
| | | INCLUDING TAX | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | Request of Nanett | | |

BUYER:

Adams
810C

KEEP THIS SLIP FOR REFERENCE

EXHIBIT 72

PAGE 1172

201-45

AR 0045

CONFIDENTIAL

TO: M.G.A. ENTERTAINMENT

| NAME ANNA RHEE | SHIP TO | | | | | |
|---|---|---|---|---|---|---|
| ADDRESS /6 /3 FORD AVE. | ADDRESS | | | | | |
| CITY, STATE, ZIP R.B. CA. 90278 | CITY, STATE, ZIP | | | | | |

| ORDER NUMBER | DEPARTMENT | SALESPERSON | WHEN SHIP | TERMS | HOW SHIP | DATE |
|---|---|---|---|---|---|---|
| | | | | 30DAYS | | 9/18/01 |

| QUANTITY | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| 3 | Micro Bratz Heads | $ | 600.00 |
| 3 | Bodies painted | $ | 150.00 |
| 3 | pairs of shoes | $ | 175.00 |
| | | | |
| | price → | $ | 925.00 |
| | tax → | $ | 74.00 |
| | TOTAL PRICE → | | $999.00 |
| | INCLUDING TAX | | |
| | | | |
| | Request by Paula Treantafelles | | |

BUYER:

Adams
8100

CONFIDENTIAL

TO: M.G.A. ENTERTAINMENT

| NAME ANNA RHEE | SHIP TO | | | | | |
|---|---|---|---|---|---|---|
| ADDRESS 1613 FORD AVE. | ADDRESS | | | | | |
| CITY, STATE, ZIP REDONDO BCH, CA. 90278 | CITY, STATE, ZIP | | | | | |
| ORDER NUMBER | DEPARTMENT | SALESPERSON | WHEN SHIP | TERMS 30 DAYS | HOW SHIP | DATE 9/9/01 |

| QUANTITY | DESCRIPTION | PRICE | AMOUNT | |
|---|---|---|---|---|
| 3 | BRATZ HEADS | | 600. | 00 |
| 4 | Pairs of Shoes | | 300. | 00 |
| | | | | |
| | price → | | ¢ 900. | 00 |
| | tax → | | ¢ 72. | 00 |
| | TOTAL PRICE → | | ¢ 972. | 00 |
| | INCLUDING TAX | | | |

Request of Carter Bryant

BUYER:

E·Z Adams
8100

KEEP THIS SLIP FOR REFERENCE

20147

AR 0047

EXHIBIT ___72___

PAGE ___1174___