```
****************************************************************
***                                                        ***
***              CALIFORNIA PROFILE REPORT                  ***
***                                                        ***
****************************************************************
```

Date:        3/20/2002 12:36:21 PM
SSN:         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
Reference:   02-115

Name:    ~~LARIAN, ISAAC E~~                        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
         aka: ARIAN, ISAAC                     Issued In: California
         237 N CAROLWOOD DR LOS ANGELES, CA 90077
         16730 SCHOENBORN ST NORTH HILLS, CA 91343
         2045 STRADELLA RD LOS ANGELES, CA 90077
         16730 SCHOENBORN ST SAN FERNANDO, CA 91343
         7658 SHOUP AV CANOGA PARK, CA 91304

DOB:         No Information on file
Date Rptd: 08/01/1997

------------------------------------------------------------
---- ALL NAMES ASSOCIATED WITH SUBJECT'S SSN
------------------------------------------------------------

1. HEDRICK, MATT                               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
2. LARIAN, ISAAC E                             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

Name:    ████████████                          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
                                           Issued In: Kentucky

         237 N CAROLWOOD DR LOS ANGELES, CA 90077
         37 N CAROLWOOD LOS ANGELES, CA 90077
         16730 SCHOENBORN SAN FERNANDO, CA 91343
         216 S OXFORD LOS ANGELES, CA 90004
         2045 STRADELLA RD LOS ANGELES, CA 90077

DOB:         No Information on file
Date Rptd: 11/01/1998

Name:    ████████████                          No SSN Rptd

         2045 STRADELLA RD LOS ANGELES, CA 90077

DOB:         No Information on file
Date Rptd: 09/01/2000
Phone:       No Information on file
------------------------------------------------------------
Name:    ████████████                          No SSN Rptd

         16730 SCHOENBORN ST NORTH HILLS, CA 91343

DOB:         No Information on file
Date Rptd: 04/01/2000
Phone:       No Information on file
------------------------------------------------------------
Name:    ████████████                          No SSN Rptd

02- 115

...INPSearch2.asp?function=SEARCH&sid=CAPROFILE&fid=2607830&ssn=55417354S&list3/20/2002

CONFIDENTIAL - ATTORNEYS EYES ONLY

EXHIBIT 86

1342

M 0074331

16730 SCHOENBORN ST NORTH HILLS, CA 91343

DOB:             No Information on file
Date Rptd:       06/01/1997
Phone:           818-789-8262

---

Name:            ▓▓▓▓▓▓▓▓▓▓▓                              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
AKA:             ▓▓▓▓▓▓▓▓▓▓                         Issued In: California

2142 CENTURY PARK LN LOS ANGELES, CA 90067
4714 HAYVENHURST AV ENCINO, CA 91436
4830 WOODLEY AV VAN NUYS, CA 91436
2045 STRADELLA RD LOS ANGELES, CA 90077
16730 SCHOENBORN ST NORTH HILLS, CA 91343
16730 SCHOENBORN ST SAN FERNANDO, CA 91343

DOB:             09/01/1943
Date Rptd:       No Information on file
Phone:           818-282-8755

---

Name:            ▓▓▓▓▓▓▓▓▓▓▓                              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
AKA:             ▓▓▓▓▓▓▓▓▓▓                         Issued In: Unknown

2142 CENTURY PARK LN #610B LOS ANGELES, CA 90067
2142 CENTURY PARK LN #6 LOS ANGELES, CA 90067
4714 HAYVENHURST AV ENCINO, CA 91436
6655 HOLLYWOOD BV LOS ANGELES, CA 90028
16730 SCHOENBORN ST NORTH HILLS, CA 91343

DOB:             09/01/1974
Date Rptd:       No Information on file
Phone:           818-282-8755

---

Address ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
        ▓▓▓▓ CA 90067 LOS ANGELES COUNTY
Date Rptd: 08/01/1997
Phone:   213/310-271-3535                    Phone:   213/310 271-1575

▓▓▓▓▓▓▓▓▓▓▓▓▓FIC BELL
VILLALOBOS, ACENETH

---

Primary Owner:    LARIAN ISAAC E
Secondary Owner:  LARIAN ANGELA
Site Address:     ▓▓▓▓▓▓▓▓▓▓
                  LOS ANGELES CA 90077-3535
Owner Address:    237 N CAROLWOOD
                  LOS ANGELES CA 90077-3535
Telephone:        None Reported
APN:              4358-005-026
Assessed Value:   $3,096,039.00

02- 115

..../NPSearch2.asp?function=SEARCH&sid=CAPROFILE&fid=2607830&ssn=554173545&lis 3/20/2002

CONFIDENTIAL - ATTORNEYS EYES ONLY

EXHIBIT 86
1343

M 0074332

---

--- Individuals reported at 237 N CAROLWOOD DR, LOS ANGELES CA

---

> HEDRICK, MATT
```
                                              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
                                   Issued In: California
                                              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
                                   Issued In: Kentucky
```

---

```
Name:       TAI, OI T
DOB:        09/01/1952
Address:    230 N CAROLWOOD DR
            LOS ANGELES, CA 90077 LOS ANGELES COUNTY
Date Rptd:  05/01/1994
Phone:      213/310-204-3490
```

---

```
Name:       STEINHART, COTRUST WILLIAM
DOB:        No Information on file
Address:    230 N CAROLWOOD DR
            LOS ANGELES, CA 90077 LOS ANGELES COUNTY
Date Rptd:  02/01/1994
Phone:      No Information on file
```

---

```
Name:       MORSEY, COTRUSTEE BEVERLY
DOB:        No Information on file
Address:    230 N CAROLWOOD DR
            LOS ANGELES, CA 90077 LOS ANGELES COUNTY
Date Rptd:  02/01/1994
Phone:      No Information on file
```

---

```
Name:       MORSEY, CHASE
DOB:        No Information on file
Address:    230 N CAROLWOOD DR
            LOS ANGELES, CA 90077 LOS ANGELES COUNTY
Date Rptd:  12/01/1993
Phone:      No Information on file
```

---

```
Name:       TAI, HAK WA
            aka: WA, TAI, HAK
DOB:        No Information on file
Address:    230 N CAROLWOOD DR
            LOS ANGELES, CA 90077 LOS ANGELES COUNTY
Date Rptd:  04/01/1993
Phone:      213/310-204-3950
```

---

```
Name:       MORSEY, C
DOB:        No Information on file
Address:    230 N CAROLWOOD DR
            LOS ANGELES, CA 90077 LOS ANGELES COUNTY
Date Rptd:  10/01/1992
Phone:      213/310-274-5961
```

---

```
Address:
Date Rptd:  04/01/1996
Phone:      818-271-7575
```

02- 115

---

CONFIDENTIAL - ATTORNEYS EYES ONLY

M 0074333

EXHIBIT ___86___

PAGE ___1344___

-- Listed Phone Numbers at 16730 SCHOENBORN ST, NORTH HILLS CA

No Information on file

-- Property Ownership at 16730 SCHOENBORN ST, NORTH HILLS CA

Primary Owner:    16730 SCHOENBORN PROPERTIES L
Secondary Owner:  )P
Site Address:     16730 SCHOENBORN
                  NORTH HILLS CA 91343-6108
Owner Address:    16730 SCHOENBORN
                  NORTH HILLS CA 91343-6108
Telephone:        None Reported
APN:              2689-011-020
Assessed Value:   $2,375,000.00

-- Individuals reported at 16730 SCHOENBORN ST, NORTH HILLS CA

> BUFORD, JONATHAN L                              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
                                          Issued In: Georgia
> LARIAN, ANGELA                              No SSN Rptd

> LARIAN, FARHAD                                 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
   aka: FARHAD, LARIAN               Issued In: California

-- Possible Neighbors of 16730 SCHOENBORN ST, NORTH HILLS CA

Name:      DEVRIES, HUGH J
           aka: VRIES, HUGH, DE
DOB:       09/15/1925
Address:   16700 SCHOENBORN ST
           NORTH HILLS, CA 91343 LOS ANGELES COUNTY
Date Rptd: 07/13/2001
Phone:     818-893-6906
---------------------------------------------------------------
Name:      HOYT, DOROTHY M
DOB:       No Information on file
Address:   16700 SCHOENBORN ST
           NORTH HILLS, CA 91343 LOS ANGELES COUNTY
Date Rptd: 07/01/1995
Phone:     No Information on file
---------------------------------------------------------------
Name:      HOYT, DEE M
DOB:       No Information on file
Address:   16700 SCHOENBORN ST
           NORTH HILLS, CA 91343 LOS ANGELES COUNTY
Date Rptd: 05/01/1994
Phone:     818-251-1955
---------------------------------------------------------------
Name:      HOYT, ROBERT A
DOB:       No Information on file
Address:   16700 SCHOENBORN ST
           NORTH HILLS, CA 91343 LOS ANGELES COUNTY
Date Rptd: No Information on file
Phone:     818-251-1955
---------------------------------------------------------------
Name:      JONES, TODD M
DOB:       09/01/1959
Address:   16714 SCHOENBORN ST
           NORTH HILLS, CA 91343 LOS ANGELES COUNTY

02- 115

CONFIDENTIAL - ATTORNEYS EYES ONLY

EXHIBIT    816
PAGE       1345

M 0074334

```
Date Rptd: 03/01/1999
Phone:     818-905-8325
-----------------------------------------------------------
Name:      GARSON, RUSSELL A
DOB:       07/1945
Address:   16737 SCHOENBORN ST
           NORTH HILLS, CA 91343 LOS ANGELES COUNTY
Date Rptd: 01/00/1996
Phone:     No Information on file
-----------------------------------------------------------
Name:      ABARGHOEI, MOE
DOB:       No Information on file
Address:   16739 SCHOENBORN ST
           NORTH HILLS, CA 91343 LOS ANGELES COUNTY
Date Rptd: 04/01/2001
Phone:     No Information on file
-----------------------------------------------------------
Name:      ASFOUR, KHALIL I
DOB:       06/1964
Address:   16755 SCHOENBORN ST
           NORTH HILLS, CA 91343 LOS ANGELES COUNTY
Date Rptd: 05/00/1997
Phone:     No Information on file
-----------------------------------------------------------
Name:      DEGUZMAN, JOSEPH L
DOB:       No Information on file
Address:   16799 SCHOENBORN ST
           NORTH HILLS, CA 91343 LOS ANGELES COUNTY
Date Rptd: 04/01/2001
Phone:     No Information on file
-----------------------------------------------------------
```

---- PREVIOUSLY REPORTED ADDRESS ----

```
Address:   2045 STRADELLA RD
           LOS ANGELES, CA 90077 LOS ANGELES COUNTY
Date Rptd: 09/01/1993
Phone:     213/310-343-5447
```

-- Listed Phone Numbers at 2045 STRADELLA RD, LOS ANGELES CA

```
310-471-0928   GTE CALIFORNIA INCORPORATED - CA
AZARNIVAR, AMIR                              AZARNIVAR, AMIR
```

-- Property Ownership at 2045 STRADELLA RD, LOS ANGELES CA

```
Primary Owner:   AZARNIVAR AMIR
Secondary Owner: AZARNIVAR MELODY F
Site Address:    2045 STRADELLA
                 LOS ANGELES CA 90077-2322
Owner Address:   2045 STRADELLA
                 LOS ANGELES CA 90077-2322
Telephone:       310-471-4143
APN:             4377-026-003
Assessed Value:  $883,065.00
```

-- Individuals reported at 2045 STRADELLA RD, LOS ANGELES CA

```
> AZARNIVAR, AMIR                           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
                                     Issued In: New York
```

02- 115

...JNPSearch2.asp?function=SEARCH&sid=CAPROFILE&fid=2607830&ssn=554173545&lis 3/20/2002

CONFIDENTIAL - ATTORNEYS EYES ONLY

EXHIBIT ___86___

PAGE ___1346___

M 0074335

> LARIAN, CAMRONE                                    No SSN Rptd

> ASARNIVAR, MELODY P                                     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
                                                     Issued In: New York
> ASARNIVAR, AMIR                                        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
                                                     Issued In: New York
> LARIAN, ANGELA L                                       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
                                                     Issued In: Kentucky
> HERFEH, MILAD                                          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
                                                     Issued In: Immigrants

--------------------------------------------------------------
-- Possible Neighbors of 2045 STRADELLA RD, LOS ANGELES CA
--------------------------------------------------------------
Name:      GREEN, MELINA E
             aka: GREEN, MELINO, E
DOB:       10/14/1965
Address:   2044 STRADELLA RD
           LOS ANGELES, CA 90077 LOS ANGELES COUNTY
Date Rptd: 07/13/2001
Phone:     213/310-576-0607
--------------------------------------------------------------
Name:      GREEN, MELINA E
DOB:       10/14/1965
Address:   2044 STRADELLA RD
           LOS ANGELES, CA 90077 LOS ANGELES COUNTY
Date Rptd: 07/13/2001
Phone:     No Information on file
--------------------------------------------------------------
Name:      GREEN, MELINA E
             aka: GREEN, MELINO, ELISE
                  MELINA, PALUMBO
DOB:       10/14/1965
Address:   2044 STRADELLA RD
           LOS ANGELES, CA 90077 LOS ANGELES COUNTY
Date Rptd: 07/13/2001
Phone:     213/310-783-1737
--------------------------------------------------------------
Name:      RANE, JOHN J
DOB:       No Information on file
Address:   2044 STRADELLA RD
           LOS ANGELES, CA 90077 LOS ANGELES COUNTY
Date Rptd: 05/01/2000
Phone:     213/310-576-0607
--------------------------------------------------------------
Name:      RANE, JEFFERY J
DOB:       No Information on file
Address:   2044 STRADELLA RD
           LOS ANGELES, CA 90077 LOS ANGELES COUNTY
Date Rptd: 07/01/1998
Phone:     No Information on file
--------------------------------------------------------------
Name:      RANE, JOHN W
DOB:       No Information on file
Address:   2044 STRADELLA RD
           LOS ANGELES, CA 90077 LOS ANGELES COUNTY
Date Rptd: 05/01/1994
Phone:     213/310-559-5660
--------------------------------------------------------------
Name:      RANE, EVELYN V
DOB:       No Information on file
Address:   2044 STRADELLA RD
           LOS ANGELES, CA 90077 LOS ANGELES COUNTY

02- 115

.../NPSearch2.asp?function=SEARCH&sid=CAPROFILE&fid=2607830&ssn=554173545&lis 3/20/2002

CONFIDENTIAL - ATTORNEYS EYES ONLY

M 0074336

EXHIBIT 86
PAGE 1347

Date Rptd: 09/01/1993
Phone:     213/310-476-0691

---

---- PREVIOUSLY REPORTED ADDRESS                                    ---

Address:  16730 SCHOENBORN ST
          SAN FERNANDO, CA 91343 LOS ANGELES COUNTY
Date Rptd: 07/01/1993
Phone:     818-343-5447

---

-- Listed Phone Numbers at 16730 SCHOENBORN ST, SAN FERNANDO CA

No Information on file

---

-- Property Ownership at 16730 SCHOENBORN ST, SAN FERNANDO CA

No Information on file

---

-- Individuals reported at 16730 SCHOENBORN ST, SAN FERNANDO CA

> BUFORD, JONATHAN L                                  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
                                              Issued In: Georgia
> LARIAN, ANGELA                                    No SSN Rptd

> LARIAN, FARHAD                                      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
    aka: FARHAD, LARIAN                      Issued In: California

---

-- Possible Neighbors of 16730 SCHOENBORN ST, SAN FERNANDO CA

Name:      DEVRIES, HUGH J
           aka: VRIES, HUGH, DE
DOB:       09/15/1925
Address:   16700 SCHOENBORN ST
           NORTH HILLS, CA 91343 LOS ANGELES COUNTY
Date Rptd: 07/13/2001
Phone:     818-893-6906

Name:      HOYT, DOROTHY M
DOB:       No Information on file
Address:   16700 SCHOENBORN ST
           NORTH HILLS, CA 91343 LOS ANGELES COUNTY
Date Rptd: 07/01/1995
Phone:     No Information on file

Name:      HOYT, DEE M
DOB:       No Information on file
Address:   16700 SCHOENBORN ST
           NORTH HILLS, CA 91343 LOS ANGELES COUNTY
Date Rptd: 05/01/1994
Phone:     818-251-1955

Name:      HOYT, ROBERT A
DOB:       No Information on file
Address:   16700 SCHOENBORN ST
           NORTH HILLS, CA 91343 LOS ANGELES COUNTY
Date Rptd: No Information on file
Phone:     818-251-1955

02- 115

CONFIDENTIAL - ATTORNEYS EYES ONLY

M 0074337

EXHIBIT ___810___

PAGE ___1348___

```
Name:        JONES, TODD M
DOB:         09/01/1959
Address:     16714 SCHOENBORN ST
             NORTH HILLS, CA 91343 LOS ANGELES COUNTY
Date Rptd:   03/01/1999
Phone:       818-905-8325
```
---
```
Name:        GARSON, RUSSELL A
DOB:         07/1945
Address:     16737 SCHOENBORN ST
             NORTH HILLS, CA 91343 LOS ANGELES COUNTY
Date Rptd:   01/00/1996
Phone:       No Information on file
```
---
```
Name:        ABARGHOEI, MOE
DOB:         No Information on file
Address:     16739 SCHOENBORN ST
             NORTH HILLS, CA 91343 LOS ANGELES COUNTY
Date Rptd:   04/01/2001
Phone:       No Information on file
```
---
```
Name:        ASFOUR, KHALIL I
DOB:         06/1964
Address:     16755 SCHOENBORN ST
             NORTH HILLS, CA 91343 LOS ANGELES COUNTY
Date Rptd:   05/00/1997
Phone:       No Information on file
```
---
```
Name:        DEGUZMAN, JOSEPH L
DOB:         No Information on file
Address:     16799 SCHOENBORN ST
             NORTH HILLS, CA 91343 LOS ANGELES COUNTY
Date Rptd:   04/01/2001
Phone:       No Information on file
```
---

--- PREVIOUSLY REPORTED ADDRESS
---
```
Address:     7658 SHOUP AV
             CANOGA PARK, CA 91304 LOS ANGELES COUNTY
Date Rptd:   No Information on file
Phone:       818-343-5447
```
---
-- Listed Phone Numbers at 7658 SHOUP AV, CANOGA PARK CA
---
No Information on file
---

-- Property Ownership at 7658 SHOUP AV, CANOGA PARK CA
---
```
Primary Owner:    MAZALIAN FARIBORZ D
Secondary Owner:  MAZALIAN MICHELLE J
Site Address:     7658 SHOUP
                  CANOGA PARK CA 91304-5420
Owner Address:    7658 SHOUP
                  CANOGA PARK CA 91304-5420
Telephone:        None Reported
APN:              2012-020-016
Assessed Value:   $231,240.00
```
---
-- Individuals reported at 7658 SHOUP AV, CANOGA PARK CA

02- 115

CONFIDENTIAL - ATTORNEYS EYES ONLY

M 0074338

EXHIBIT _86_

PAGE _1349_

```
> MAZALIAN, MICHELLE                                    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
                                              Issued In: California
> WIZMAN, MARCEL                                        No SSN Rptd

> MAZALIAN, MICHELLE J                                  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
                                              Issued In: California
> MAZALIAN, FARIBORZ                                    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
                                              Issued In: California

-------------------------------------------------------------------
-- Possible Neighbors of 7658 SHOUP AV, CANOGA PARK CA
-------------------------------------------------------------------
Name:       NGUYEN, SHELLEY
DOB:        No Information on file
Address:    7650 SHOUP AV
            CANOGA PARK, CA 91304 LOS ANGELES COUNTY
Date Rptd:  04/01/2001
Phone:      No Information on file
-------------------------------------------------------------------
Name:       NGUYEN, SHELLEY
DOB:        No Information on file
Address:    7650 SHOUP AV
            CANOGA PARK, CA 91304 LOS ANGELES COUNTY
Date Rptd:  01/01/2001
Phone:      No Information on file
-------------------------------------------------------------------
Name:       NGUYEN, SHELLEY
DOB:        No Information on file
Address:    7650 SHOUP AV
            CANOGA PARK, CA 91304 LOS ANGELES COUNTY
Date Rptd:  05/01/2000
Phone:      818-883-0397
-------------------------------------------------------------------
Name:       NGUYEN, SHELLY
DOB:        No Information on file
Address:    7650 SHOUP AV
            CANOGA PARK, CA 91304 LOS ANGELES COUNTY
Date Rptd:  04/01/2000
Phone:      818-883-0397
-------------------------------------------------------------------
Name:       NGUYEN, SHELLEY A
            aka: NGUYEN, SHELLEY
DOB:        No Information on file
Address:    7650 SHOUP AV
            CANOGA PARK, CA 91304 LOS ANGELES COUNTY
Date Rptd:  11/01/1997
Phone:      818-883-6756
-------------------------------------------------------------------
Name:       NGUYEN, HUONG M
            aka: NGUYEN, HUONG
                 NGUYEN, HUONG, N
DOB:        02/24/1930
Address:    7650 SHOUP AV
            CANOGA PARK, CA 91304 LOS ANGELES COUNTY
Date Rptd:  05/01/1997
Phone:      818-996-2966
-------------------------------------------------------------------
Name:       NGUYEN, DUONG THUY
DOB:        09/01/1975
Address:    7650 SHOUP AV
            CANOGA PARK, CA 91304 LOS ANGELES COUNTY
Date Rptd:  06/01/1996
```

02- 115

../NPSearch2.asp?function=SEARCH&sid=CAPROFILE&fid=2607830&ssn=554173545&lis 3/20/2002

CONFIDENTIAL - ATTORNEYS EYES ONLY

M 0074339

EXHIBIT 86

PAGE 1350

Page 10 of 14

Phone:    No Information on file

```
--- NATIONAL REAL PROPERTY BY NAME AND STATE                          ---
```

Primary Owner:
Secondary Owner:          ANGELA
Site Address:

Owner Address:    237 N CAROLWOOD
                  LOS ANGELES CA 90077-3535
Telephone:        None Reported
APN:              4358-005-026
Assessed Value:   $3,096,039.00

Primary Owner:                    & SHIRIN L
Secondary Owner:
Site Address:

Owner Address:    15750 VARDEN
                  ENCINO CA 91436-3464
Telephone:        818-784-9835
APN:              2283-007-041
Assessed Value:   $447,059.00

```
--- BANKRUPTCIES, TAX LIENS & CIVIL JUDGMENTS                         ---
```

Court Name:    LOS ANGELES MUNICIPAL - LA COUNTY
Filing Type:   CIVIL JUDGMENT
Case No:       96K01783
Filing Date:   1996/08/12
Plaintiff:     CALIFORNIS BUS BUREAU INC
Release Date:  1996/10/18
Defendant:     LARIAN, ISAAC
Amount:        $394.00
Def Address:   2045 STRADELLA RD, LOS ANGELES, CA,
Assets:        $0.00

Groom Name:  LARIAN, ISAAC
Groom Age:   30
Bride Name:  NEMAN, ANGELA
Bride Age:   21
State:       CA
Date:        19840703

```
--- CALIFORNIA CIVIL                                                  ---
```

Name:
Case No:     NWC 15133
Case Type:   CIVIL
Party:
Date:            /30/1985
County:      LOSANGELES

02- 115

...NP.Search2.asp?function=SEARCH&sid=CAPROFILE&fid=2607830&ssn=554173545&is 3/20/2002

CONFIDENTIAL - ATTORNEYS EYES ONLY

M 0074340

EXHIBIT ___810___

PAGE ___1351___

```
-----------------------------------------
Name:       LARIAN ISAAC
Case No:    BC 122117
Case Type:  CIVIL
Party:      PLAINTIFF
Date:       02/16/1995
County:     LOSANGELES
-----------------------------------------
Name:       LARIAN ISAAC
Case No:    SC 1184
Case Type:  CIVIL
Party:      DEFENDANT
Date:       07/02/1990
County:     LOSANGELES
-----------------------------------------
Name:       LARIAN ISAAC
Case No:    BC 95862
Case Type:  CIVIL
Party:      DEFENDANT
Date:       12/29/1993
County:     LOSANGELES
-----------------------------------------
Name:       LARIAN ISAAC
Case No:    BC 120082
Case Type:  CIVIL
Party:      PLAINTIFF
Date:       01/17/1995
County:     LOSANGELES
-----------------------------------------
Name:       LARIAN ISAAC
Case No:    BC 70814
Case Type:  CIVIL
Party:      DEFENDANT
Date:       12/16/1992
County:     LOSANGELES
-----------------------------------------
Name:       LARIAN ISAAC
Case No:
Case Type:  CIVIL
Party:      DEFENDANT
Date:       04/08/1994
County:     LOSANGELES
-----------------------------------------
Name:       LARIAN ISAAC
Case No:    LC 1210
Case Type:  CIVIL
Party:      DEFENDANT
Date:       06/18/1990
County:     LOSANGELES
-----------------------------------------
Name:       LARIAN ISAAC E
Case No:    NWC 28122
Case Type:  CIVIL
Party:      DEFENDANT
Date:       04/28/1987
```

02- 115.

.../JNPSearch2.asp?function=SEARCH&sid=CAPROFILE&fid=2607830&ssn=554173545&lis 3/20/2002

CONFIDENTIAL - ATTORNEYS EYES ONLY

EXHIBIT    86

PAGE    1352

M 0074341

```
County:     LOSANGELES


Name:       LARIAN ISAAC E
Case No:    WEC 103795
Case Type:  CIVIL
Party:      DEFENDANT
Date:       08/04/1986
County:     LOSANGELES


Name:       LARIAN ISAAC E
Case No:    WEC 101082
Case Type:  CIVIL
Party:      DEFENDANT
Date:       02/21/1986
County:     LOSANGELES


--- CALIFORNIA CORPORATIONS


Corp Name:                      CDX CORPORATION
Mail Address:                   216 S OXFORD AVE
                                LOS ANGELES CA 90004
President:                      ISAAC LARIAN
President Addr:                 216 S OXFORD AVE
                                LOS ANGELES CA 90004
Agent:                          ISAAC LARIAN
Agent Addr:                     216 S OXFORD AVE
                                LOS ANGELESCA 90004
File No:                        01339117
Inc. Date:                      05/08/1985
Tax Base:                       STOCK
FTB Suspension:                 S
FTB Suspension Date:            19870701
Statement of Officers File No:  0000184
Statement of Officers File Date: 01/02/1986


Corp Name:                      ABC INTERNATIONAL TRADERS, INC.
Mail Address:                   16730 SCHOENBORN ST
                                NORTH HILL CA 91343
President:                      ISAAC LARIAN
President Addr:                 2045 STRADELLA ST
                                LOS ANGELES CA 90077
Agent:                          ISAAC LARIAN
Agent Addr:                     2045 STRADELLA ST
                                LOS ANGELESCA 90077
File No:                        01068282
Inc. Date:                      03/12/1982
Tax Base:                       STOCK
FTB Suspension:                 No Information on file
FTB Suspension Date:            0
Statement of Officers File No:  0143444
Statement of Officers File Date: 04/14/1995


Corp Name:                      ABC INTERNATIONAL TRADERS, INC.
Mail Address:                   16730 SCHOENBORN ST
                                NORTH HILLS CA 91343
President:                      ISAAC E LARIAN
President Addr:                 16730 SCHOENBORN ST
```

02- 115

...ANPSearch2.asp?function=SEARCH&sid=CAPROFILE&fid=2607830&ssn=554173545&lis 3/20/2002

CONFIDENTIAL - ATTORNEYS EYES ONLY

EXHIBIT ___86___

PAGE ___1353___

M 0074342

```
                              NORTH HILLS CA 91343
     Agent:                   ISAAC E LARIAN
     Agent Addr:              16730 SCHOENBORN ST
                              NORTH HILLSCA 91343
     File No:                 01068282
     Inc. Date:               03/12/1982
     Tax Base:                STOCK
     FTB Suspension Date:     No Information on file
     FTB Suspension Date:     0
     Statement of Officers File No:    0122761
     Statement of Officers File Date:  03/13/1996


     ---------------------------------------------------------
     --- CALIFORNIA FBN                                    ---
     ---------------------------------------------------------


     File No:                 89
     File Date:               11/06/1989
     Abandon Date:            No Information on file
     President Address:
     DBA Name:                LIRA ENTRPRS
     Address:                 10850 WILSHIRE BLVD #800          , CA
     Owner:                   LARIAN ISAAC
     Owner Address:
     County:                  LOS ANGELES
     Business Type:           f
     Phone:                   No Information on file


     File No:                 91
     File Date:               05/15/1991
     Abandon Date:            No Information on file
     President Address:
     DBA Name:                OXFORD LTD
     Address:                 216 S OXFORD ST                   , CA
     Owner:                   LARIAN ISAAC
     Owner Address:
     County:                  LOS ANGELES
     Business Type:           f
     Phone:                   No Information on file


     File No:                 92
     File Date:               04/09/1992
     Abandon Date:            No Information on file
     President Address:
     DBA Name:                SCHOENBORN PARTNERS
     Address:                 16730 SCHOENBORN ST    , NORTH HILLS   , CA
     Owner:                   LARIAN ISAAC
     Owner Address:
     County:                  LOS ANGELES
     Business Type:           f
     Phone:                   No Information on file


     File No:                 84
     File Date:               08/27/1984
     Abandon Date:            No Information on file
     President Address:
     DBA Name:                OXFORD LTD
     Address:                 216 S OXFORD AVE                  , CA
     Owner:                   LARIAN ISAAC E
     Owner Address:
```

02- 115

CONFIDENTIAL - ATTORNEYS EYES ONLY

M 0074343

EXHIBIT ___ 816

PAGE ___ 1354

```
County:            LOS ANGELES
Business Type:     f
Phone:             No Information on file

------------------------------------------------------------------------
---  CALIFORNIA EQX                                                   ---
------------------------------------------------------------------------

Business Name:     ELECTRONICS SUPERMARKET
Tax Program:       R
Account No:
Owner:             ISAAC ESHAGH LARIAN
Address:           513 E 7TH STREET, LOS ANGELES, CA; 90014
Start Date:        9103
Active/Inactive:   INACTIVE

------------------------------------------------------------------------
---  THE FOLLOWING DATABASES WERE SEARCHED BUT YIELDED NO RESULTS     ---
------------------------------------------------------------------------
National Death Index.........................................No records found
Drug Enforcement Agency......................................No records found
FAA Airmen...................................................No records found
FAA Aircraft.................................................No records found
National Coast Guard Merchant Vessels........................No records found
Divorce Index................................................No records found
California Criminal...........................................No records found
California Professional Licenses.............................No records found


************************************************************************
***                        DISCLAIMER                              ***
************************************************************************

The accuracy of the data submitted by the requestor will directly determine the
accuracy of the results obtained. While the information furnished is from
reliable sources, its accuracy is not guaranteed and can only be verified at its
original source. Use of available data may be subject to FCRA and other
applicable law.

                       *** End of Report ***
```

02- 115

.../NPSearch2.asp?function=SEARCH&sid=CAPROFILE&fid=2607830&ssn=554173545&lis 3/20/2002

CONFIDENTIAL - ATTORNEYS EYES ONLY

M 0074344

EXHIBIT _86_

PAGE _1385_

Page 1 of 5

```
************************************************************
***                                                    ***
***                 MINI PROFILE REPORT                 ***
***                                                    ***
************************************************************
```

SSN:
Reference: 02-115

| Name: | FARHAD, LARIAN | 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 |
|---|---|---|
| | 4714 HAYVENHURST AV ENCINO, CA 91436 | Issued In: California |

DOB:        No Information on file
Date Rptd: 05/01/2000

---

--- ALL NAMES ASSOCIATED WITH SUBJECT'S SSN ---

1. FARHAD, LARIAN                                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
2. LARIAN, FARHAD                                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

---

-- POSSIBLE RELATIVES AND THEIR CURRENT AND PAST ADDRESSES ---

No Information on file

---

--- MOST CURRENT REPORTED ADDRESS ---

Address:    4714 HAYVENHURST AV
            ENCINO, CA 91436 LOS ANGELES COUNTY
Date Rptd: 05/01/2000
Phone:      No Information on file

---

-- Listed Phone Numbers at 4714 HAYVENHURST AV, ENCINO CA

No Information on file

---

-- Individuals reported at 4714 HAYVENHURST AV, ENCINO CA

> LAGEN, GEORGANNA T                          No SSN Rptd

> ABBOTT, JAMES W                             No SSN Rptd

> SHARIM, FARIBA                              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
                                             Issued In: Immigrants
> DOMIKE, DAVID ANTHONY                       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
  aka: VOMIKE, DAVID, ANTHONY                 Issued In: California
> BENKIN, SUSAN C                             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
                                             Issued In: California

---

-- Possible Neighbors of 4714 HAYVENHURST AV, ENCINO CA

Name:      DOWNES, THOMAS C
DOB:       07/15/1970
Address:   4701 HAYVENHURST AV
           ENCINO, CA 91436 LOS ANGELES COUNTY

02- 115

../NPSearch2.asp?function=SEARCH&sid=CH19&fid=2608062&ssn=573532460&listid=0013/20/2002

CONFIDENTIAL - ATTORNEYS EYES ONLY

EXHIBIT ___86___

PAGE ___1356___

M 0074345

```
Date Rptd: 11/13/2000
Phone:     818-588-9553
-------------------------------------------------
Name:      BLACK, KAREN E
           aka: ECKLEBERRY, KAREN, B
                 CARSON, KAREN, B
DOB:       09/01/1941
Address:   4701 HAYVENHURST AV
           ENCINO, CA 91436 LOS ANGELES COUNTY
Date Rptd: 01/01/2000
Phone:     818-556-1730
-------------------------------------------------
Name:      ROWAN, DICKEY
DOB:       No Information on file
Address:   4701 HAYVENHURST AV
           ENCINO, CA 91436 LOS ANGELES COUNTY
Date Rptd: 08/01/1998
Phone:     No Information on file
-------------------------------------------------
Name:      ROWAN, E D
DOB:       No Information on file
Address:   4701 HAYVENHURST AV
           ENCINO, CA 91436 LOS ANGELES COUNTY
Date Rptd: 05/01/1970
Phone:     818-704-1768
-------------------------------------------------
Name:      DOWNES, KATHLEEN K
DOB:       No Information on file
Address:   4701 HAYVENHURST AV
           ENCINO, CA 91436 LOS ANGELES COUNTY
Date Rptd: No Information on file
Phone:     818-252-8742
-------------------------------------------------
Name:      BERMAN, RICHARD
DOB:       No Information on file
Address:   4702 HAYVENHURST AV
           ENCINO, CA 91436 LOS ANGELES COUNTY
Date Rptd: 12/01/2000
Phone:     No Information on file
-------------------------------------------------
Name:      BERMAN, RICHARD C
DOB:       No Information on file
Address:   4702 HAYVENHURST AV
           ENCINO, CA 91436 LOS ANGELES COUNTY
Date Rptd: 01/01/2000
Phone:     818-995-6000
-------------------------------------------------
Name:      TAYLOR, ROBERT L
DOB:       No Information on file
Address:   4708 HAYVENHURST AV
           ENCINO, CA 91436 LOS ANGELES COUNTY
Date Rptd: 03/01/2001
Phone:     No Information on file
-------------------------------------------------
Name:      MAHER, MYRNA K
           aka: KREINBROOK, MYRNA, E
DOB:       10/10/1945
Address:   4708 HAYVENHURST AV
           ENCINO, CA 91436 LOS ANGELES COUNTY
Date Rptd: 11/13/2000
Phone:     818-583-1591
-------------------------------------------------
Name:      MAHER, NORMAN A
```

02- 115

.../NPSearch2.asp?function=SEARCH&sid=CH19&fid=2608062&ssn=573532460&listid=001 3/20/2002

CONFIDENTIAL - ATTORNEYS EYES ONLY

EXHIBIT 66

PAGE 1357

M 0074346

Page 3 of 3

```
         aka: AHER, NORMAN, A
               ALLEN, NORMAN
DOB:          12/15/1931
Address:      4708 HAYVENHURST
              ENCINO, CA 91436 LOS ANGELES COUNTY
Date Rptd:    10/01/1996
Phone:        818-583-1171
```

```
Name:         BUSTAN, RONIT
DOB:          05/1965
Address:      4722 HAYVENHURST AV
              ENCINO, CA 91436 LOS ANGELES COUNTY
Date Rptd:    01/01/2001
Phone:        No Information on file
```

```
Name:         LOGIUDICE, JACK
DOB:          No Information on file
Address:      4730 HAYVENHURST AV
              ENCINO, CA 91436 LOS ANGELES COUNTY
Date Rptd:    01/01/2001
Phone:        No Information on file
```

```
**********************************************************************
***                        DISCLAIMER                             ***
**********************************************************************
```

The accuracy of the data submitted by the requestor will directly determine the
accuracy of the results obtained. While the information furnished is from
reliable sources, its accuracy is not guaranteed and can only be verified at its
original source. Use of available data may be subject to FCRA and other
applicable law.

                    *** End of Report ***

02- 115

.../NPSearch2.asp?function=SEARCH&sid=CH19&fid=2608062&ssn=573532460&listid=001 3/20/2002

CONFIDENTIAL - ATTORNEYS EYES ONLY

EXHIBIT   86        M 0074347

PAGE   1358

```
*************************************************************************
***                                                                 ***
***                    MINI PROFILE REPORT                          ***
***                                                                 ***
*************************************************************************
```

Reprinted on 3/20/2002 4:00:39 PM
SSN:        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
Reference: 02-115

Name:     HEDRICK, MATT                                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
                                                    Issued In: California
          237 N CAROLWOOD HOLMBY HILLS, CA 90077

DOB:      No Information on file
Date Rptd: 01/01/1999

--------------------------------------------------------------------------
--- ALL NAMES ASSOCIATED WITH SUBJECT'S SSN                          ---
--------------------------------------------------------------------------
1. HEDRICK, MATT                                       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
2. LARIAN, ISAAC E                                     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

--------------------------------------------------------------------------
-- POSSIBLE RELATIVES AND THEIR CURRENT AND PAST ADDRESSES           ---
--------------------------------------------------------------------------
   No Information on file

--------------------------------------------------------------------------
-- MOST CURRENT REPORTED ADDRESS                                     ---
--------------------------------------------------------------------------
Address:   237 N CAROLWOOD
           HOLMBY HILLS, CA 90077 LOS ANGELES COUNTY
Date Rptd: 01/01/1999
Phone:     No Information on file

--------------------------------------------------------------------------
-- Listed Phone Numbers at 237 N CAROLWOOD, HOLMBY HILLS CA
--------------------------------------------------------------------------
   No Information on file

--------------------------------------------------------------------------
-- Individuals reported at 237 N CAROLWOOD, HOLMBY HILLS CA
--------------------------------------------------------------------------
   > LARIAN, ANGELA L                                  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
                                                    Issued In: Kentucky
   > LARIAN, ISAAC E                                   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
     aka: ARIAN, ISAAC                             Issued In: California

--------------------------------------------------------------------------
-- Possible Neighbors of 237 N CAROLWOOD, HOLMBY HILLS CA
--------------------------------------------------------------------------
Name:      TAI, OI Y
DOB:       09/01/1952
Address:   230 N CAROLWOOD DR
           LOS ANGELES, CA 90077 LOS ANGELES COUNTY
Date Rptd: 05/01/1994
Phone:     213/310-204-3490

Name:      STEINBART, COTRUST WILLIAM
DOB:       No Information on file
Address:   230 N CAROLWOOD DR
```

02- 115

...INPSearch2.asp?function=SEARCH&sid=CH19&fid=2608078&ssn=554173545&listid=0013/20/2002

CONFIDENTIAL - ATTORNEYS EYES ONLY

M 0074348

EXHIBIT  86

PAGE  1389

```
                    LOS ANGELES, CA 90077 LOS ANGELES COUNTY
     Date Rptd: 02/01/1994
     Phone:     No Information on file
     --------------------------------------------------------------------
     Name:      MORSEY, COTRUSTEE BEVERLY
     DOB:       No Information on file
     Address:   230 N CAROLWOOD DR
                LOS ANGELES, CA 90077 LOS ANGELES COUNTY
     Date Rptd: 02/01/1994
     Phone:     No Information on file
     --------------------------------------------------------------------
     Name:      MORSEY, CHASE
     DOB:       No Information on file
     Address:   230 N CAROLWOOD DR
                LOS ANGELES, CA 90077 LOS ANGELES COUNTY
     Date Rptd: 12/01/1993
     Phone:     No Information on file
     --------------------------------------------------------------------
     Name:      TAI, HAX WA
                aka: WA, TAI, HAK
     DOB:       No Information on file
     Address:   230 N CAROLWOOD DR
                LOS ANGELES, CA 90077 LOS ANGELES COUNTY
     Date Rptd: 04/01/1993
     Phone:     213/310-204-3950
     --------------------------------------------------------------------
     Name:      MORSEY, C
     DOB:       No Information on file
     Address:   230 N CAROLWOOD DR
                LOS ANGELES, CA 90077 LOS ANGELES COUNTY
     Date Rptd: 10/01/1992
     Phone:     213/310-274-5961
```

```
**********************************************************************
***                         DISCLAIMER                            ***
**********************************************************************
```

The accuracy of the data submitted by the requestor will directly determine the
accuracy of the results obtained. While the information furnished is from
reliable sources, its accuracy is not guaranteed and can only be verified at its
original source. Use of available data may be subject to FCRA and other
applicable law.

*** End of Report ***

02- 115

CONFIDENTIAL - ATTORNEYS EYES ONLY

M 0074349

EXHIBIT ___86___

PAGE ___1360___

www.loc8fast.com

3/20/2002 1:02:47 PM
Search Criteria
House No.: 16720
Street: SCHOENBORN
City: NORTH HILLS
State: CA

**1.** Name/SSN — Address/County Phone # DOB/Lic# Reported
FORLOW, CAROL D — 16720 SCHOENBORN ST, NORTH HILLS, CA 91343 — 12/23/1938   07/13/2001
Los Angeles County

**2.** Name/SSN — Address/County Phone # DOB/Lic# Reported
NYKER, JONATHAN L  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 — 16720 SCHOENBORN ST (818) 735-  09/01/1943   05/01/2000
Los Angeles County

**3.** Name/SSN — Address/County Phone # DOB/Lic# Reported
LARIAN, ANGELA — 16720 SCHOENBORN ST   04/01/2000
Los Angeles County

**4.** Name/SSN — Address/County Phone # DOB/Lic# Reported
WEBBER, PAUL A  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 — 16720 SCHOENBORN ST (818) 892- 09/01/1969  06/01/1999
Los Angeles County

**5.** Name/SSN — Address/County Phone # DOB/Lic# Reported
LARIAN, STEVEN — 16720 SCHOENBORN ST   06/01/1997
Los Angeles County

**6.** Name/SSN — Address/County Phone # DOB/Lic# Reported
LARIAN, ISAAC E  aka: ARIAN, ISAAC — 16720 SCHOENBORN ST (818) 771-  04/01/1996
Los Angeles County

**7.** Name/SSN — Address/County Phone # DOB/Lic# Reported
MAYANI, MICHER LARIAN  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 — 16720 SCHOENBORN ST (818) 784-  06/01/1994
Los Angeles County

**8.** Name/SSN — Address/County Phone # DOB/Lic# Reported
aka: GARBRIELZALEH, LISA  aka: CARIAN, LISA — 16720 SCHOENBORN ST (818) 1976  09/01/1976
Los Angeles County

**9.** Name/SSN — Address/County Phone # DOB/Lic# Reported
LARIAN, LISA P  aka: FARHAD LARIAN  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 — Los Angeles County

CONFIDENTIAL - ATTORNEYS EYES ONLY

EXHIBIT 86   M 0074350
PAGE 1361

We Bring Contractors to YOU!

Service Media

**Company Finder**

All Searches
Auctions
CompanyFinder
Entertainment
Finance
Government
Health
Internet & IT
Jobs
Legal
Open Directory
Packages
PeopleFinder
Reference
Shopping
Sports
Travel

Listings

**Telequest in North Hills, CA**

Results 1 of 1                          previous | next

ALL LISTINGS

Telequest                                      818-894-2535
16730 Schoenborn Street
North Hills, CA 91343
map | driving
directions | +address Book

Results 1 of 1                          previous | next

powered by SUPERPAGES.com

Copyright © 2001 Verizon New Media Services, Inc. All rights reserved.
data by ACXIOM Copyright © 2001 Acxiom.

**Quick Search** - The fastest way to locate a business. Enter
the name OR type of business and the city AND/OR state
to find the business you are looking for.

Business name or category and state are required to get
search results.

Search for this business:
[ Telequest ]
⦿ Name of business  ○ Type of business
City [ North Hills ]
State [ California ]  (required)
[ SEARCH ]

International Search: Canada | United Kingdom | Others
Other: White Pages | Classifieds | Email | Maps | Directions
Get Free Quotes |

**Helpful Tools**                                      Help
**Browse by Category** - Not sure which category to search?
Choose from a list of our most popular categories displayed
in alphabetical order.
**Near Address** - Wondering what businesses are closest to
your home or office? Near Address helps you find
businesses closest to a specific address or from a city
center point.

Add some SPEED

**Related Links**
Find It Here!
Rates Are Low!

CLICK HERE!
NOW IS THE TIME

A Delta
spring
Sale  $178

• Low Fares!
• Find Contractors!
• Home Loans
• Realestate
  secrets

**Other Services**
• CompanyFinder
• PeopleFinder
• Classifieds
• Search the Web

California
North Hills
• Travel Guide

...list.htm?&kofg=ypus&ypinsp=0&searchtype=all&frform=qsearch&qhqn=telequest&qn=t3/20/2002

CONFIDENTIAL - ATTORNEYS EYES ONLY                          M 0074351

EXHIBIT 86
PAGE 1362

SearchBug - > The Ultimate Directory                                    Page 2 of 2

reverse by simply using a phone number.

**Nationwide Search** - Not sure where a company is
located? Search the entire country by business name.

**Yellow Page Search:**
Quick  | Detailed  | Near Address | Reverse Lookup
International Search United Kingdom | Others

**Other Ways to Search:**
White Pages | Classifieds | Email | Maps | Directions

make sure people know                    register
www.                                     REGISTER

Copyright © 2002, SearchBug.com, LLC.
InfoSpace, the InfoSpace Logo, and related marks are trademarks of InfoSpace, Inc.
© 2002 InfoSpace, Inc. All rights reserved.
Protected by One or More of the Following Patents: U.S. Patent No. 6,018,504. Other Patents Pending.
Frequently Asked Questions | Contact InfoSpace | Legal Notices

Free E-mail    Customize    Contact Us    Report a Problem    Tell your Friend    Help    About Us

...//list.htm?&kcfg=ypus&ypinsp=0&searchtype=all&fromform=qsearch&qhqn=telequest&qn=  3/20/2002

CONFIDENTIAL - ATTORNEYS EYES ONLY

EXHIBIT 86

1363

M 0074352

**SearchBug**

Service Maps

**CompanyFinder**

All Searches
Auctions
CompanyFinder
Entertainment
Finance
Government
Health
Internet & IT
Jobs
Legal
Open Directory
Packages
PeopleFinder
Reference
Shopping
Sports
Travel

Add some *SPEED*

**Listing Detail**

Telequest                                   818-894-2525
16750 Schoenborn
Street
North Hills, CA  91343
+address Book

Nearby Businesses | Directions

**Related Links**

Find It Here!

Rates Are Low!

**Map of North Hills, CA**

Navigate the map
Click anywhere on the map to center on a point and use
the arrows to move in any direction.

NW     N     NE

CLICK HERE!
NORTH THE TIME!

Delta

Low Fares!
Travel Deals
Home Loans
Realestate
secrets

W     E

SW     S     SE

Printable Map

Zoom Level                Map Size

Click anywhere on map to center on that point

**Other Services**
CompanyFinder
PeopleFinder
Classifieds
Search the Web

California
North Hills
Travel Guide

**Directions to this location**

Where are you coming from?

Address/Intersection [        ]

DO NOT include apartment/suite
number

City [North Hills]

State [Choose a State]

ZIP Code: [        ]

.../detail.htm?qb=&recid=0018735833&xmlurl=http%3A%2F%2Fyp104.superpages.com%2F3/20/2002

CONFIDENTIAL - ATTORNEYS EYES ONLY                    M 0074353

EXHIBIT   86
PAGE   1364

## Search Resources

**Nearby Businesses**

| | |
|---|---|
| Restaurants | Banks |
| Hotels & Motels | Department Stores |
| Airports | Night Clubs |
| Auto Repair & Service | Movie Theatres |

**North Hills Classifieds**

| | |
|---|---|
| Apartments | Home Listings |
| Autos | Personals |
| Employment | More... |

**Websites:** North Hills

**North Hills City Guide**

| | |
|---|---|
| Weather | Schools & Colleges |
| Concerts | More... |

powered by **SUPERPAGES**.com

Copyright © 2001 Verizon New Media Services, Inc. All rights reserved.
data by **ACXIOM** Copyright © 2001 Acxiom.

International Search: Canada | United Kingdom | Others
Other: White Pages | Classifieds | Email | Maps | Directions
Get Free Quotes |

## Helpful Tools                                   Help

**Browse by Category** - Not sure which category to search? Choose from a list of our most popular categories displayed in alphabetical order.

**Near Address** - Wondering what businesses are closest to your home or office? Near Address helps you find businesses closest to a specific address or from a city center point.

**Reverse Lookup** - Find a business name & address in reverse by simply using a phone number.

**Nationwide Search** - Not sure where a company is located? Search the entire country by business name.

**Yellow Page Search:**
Quick | Detailed | Near Address | Reverse Lookup
International: Canada | United Kingdom | Others

**Other Ways to Search:**
White Pages | Classifieds | Email | Maps | Directions

**EARN TRIPLE MILES** AND
a chance to win a million miles!

Copyright © 2002, SearchBug.com, LLC
InfoSpace, the InfoSpace Logo, and related marks are trademarks of InfoSpace, Inc.
© 2002 InfoSpace, Inc. All rights reserved.
Protected by One or More of the Following Patents: U.S. Patent No. 6,018,504, Other Patents Pending.

...detail.htm?qb=&recid=0018735833&xmlurl=http%3A%2F%2Fyp104.superpages.com%2Fx3/20/2002

CONFIDENTIAL - ATTORNEYS EYES ONLY                              M 0074354

EXHIBIT    86

PAGE       1305

| | Free E-mail | Customize | Contact Us | Report a Problem | Tell your Friend | Help | About Us |
|---|---|---|---|---|---|---|---|

.../detail.htm?qb=&recid=0018735833&xmlurl=http%3A%2F%2Fyp104.superpages.com%2Fx3/20/2002.

CONFIDENTIAL - ATTORNEYS EYES ONLY

EXHIBIT 86

13166

M 0074355



...list.htm?&kcfg=ypus&ypinsp=0&searchtype=all&fromform=qsearch&qhqn=abc+group&qn=3/20/2002

CONFIDENTIAL - ATTORNEYS EYES ONLY

EXHIBIT    86
PAGE    1367

M 0074356

reverse by simply using a phone number.

**Nationwide Search** - Not sure where a company is
located? Search the entire country by business name.

**Yellow Page Search:**
Quick | Detailed | Near Address | Reverse Lookup
International | Canada | United Kingdom | Others

**Other Ways to Search:**
White Pages | Classifieds | Email | Maps | Directions

up to 65% savings
everywhere at UNITED Tiles

Copyright © 2002, SearchBug.com, LLC
InfoSpace, the InfoSpace Logo, and related marks are trademarks of InfoSpace, Inc.
© 2002 InfoSpace, Inc. All rights reserved.
Protected by One or More of the Following Patents: U.S. Patent No. 6,018,604. Other Patents Pending.
Frequently Asked Questions | Contact InfoSpace | Legal Notices

Free E-mail     Customize     Contact Us     Report a Problem     Tell your Friend     Help     About Us

.../list.htm?&kcfg=ypus&ypinsp=0&searchtype=all&fromform=qsearch&qhqn=abc+group&qn 3/20/2002

CONFIDENTIAL - ATTORNEYS EYES ONLY                    EXHIBIT    816          M 0074357

1360B

**SearchBug**

Find a pro: Remodeling    Enter ZIP code:

**⊕ CompanyFinder**

All Searches
Auctions
CompanyFinder    **LISTINGS**          Add some *SPEED*
Entertainment    **Micro Games Of America in CA**    **Related Links**
Finance          Results 1 of 1          previous | next    **Find It Here!**
Government
Health                **ALL LISTINGS**          *Rates Are Low!*
Internet & IT    Micro Games Of America    818-894-2525
Jobs             16730 Schoenborn Street
Legal            North Hills, CA  91343
Open Directory   map | driving
Packages         directions | +address Book
PeopleFinder
Reference        Results 1 of 1          previous | next
Shopping
Sports
Travel           powered by SUPERPAGES.com
                 Copyright © 2001 Verizon New Media Services, Inc. All rights reserved.
**FircDog**      Copyright © 2001 Acxiom.

*powered by*    **Quick Search** - The fastest way to locate a business. Enter    • Low Fares!
**Info**        the name OR type of business and the city AND/OR state    • Find Contractors!
**Space**       to find the business you are looking for.                    • Realestate
                                                                             secrets
                Business name or category and state are required to get      • Home Loans
                search results.
                                                                        **Other Services**
                Search for this business:                                • CompanyFinder
                Micro Games Of America                                   • PeopleFinder
                                                                         • Classifieds
                ⊙ Name of business  ○ Type of business                   • Search the Web

                City                                                 **California**
                                                                         • Travel Guide
                State California          (required)

                International Search: Canada | United Kingdom | Others
                Other: White Pages | Classifieds | Email | Maps | Directions
                       Get Free Quotes |

                **Helpful Tools**                    Help
                Browse by Category - Not sure which category to search?
                Choose from a list of our most popular categories displayed
                in alphabetical order.
                Near Address - Wondering what businesses are closest to
                your home or office? Near Address helps you find
                businesses closest to a specific address or from a city
                center point.
                Reverse Lookup - Find a business name & address in

...list.htm?&kcfg=ypus&ypinsp=0&searchtype=all&fromform=qsearch&qhgn=micro+games+o3/20/2002

CONFIDENTIAL - ATTORNEYS EYES ONLY

EXHIBIT  816          M 0074358

PAGE  1369

reverse by simply using a phone number.

**Nationwide Search** - Not sure where a company is located? Search the entire country by business name.

**Yellow Page Search:**
Quick | Detailed | Near Address | Reverse Lookup
International: Canada | United Kingdom | Others

Other Ways to Search:
White Pages | Classifieds | Email | Maps | Directions

up to ✦✦ savings
everywhere ✈ U N I T E D flies

Copyright © 2002, SearchBug.com, LLC
InfoSpace, the InfoSpace Logo, and related marks are trademarks of InfoSpace, Inc.
© 2002 InfoSpace, Inc. All rights reserved.
Protected by One or More of the Following Patents: U.S. Patent No. 6,015,504. Other Patents Pending.
Frequently Asked Questions | Contact InfoSpace | Legal Notices

Free E-mail    Customize    Contact Us    Report a Problem    Tell your Friend    Help    About Us

CONFIDENTIAL - ATTORNEYS EYES ONLY

EXHIBIT   86

PAGE   1370

M 0074359

**SearchBug** — We Bring Contractors to YOU!
Service Mark

**CompanyFinder**

All Searches
Auctions
CompanyFinder        Listings
Entertainment
Finance               **Reverse Business Phone: 818-894-2525**
Government
Health                Results 1 - 3 of 3
Internet & IT
Jobs                            ALL LISTINGS
Legal
Open Directory        ABC Group                    818-894-2525
Packages              16730 Schoenborn Street
PeopleFinder          North Hills, CA  91343
Reference             map | driving
Shopping              directions | +address Book
Sports
Travel                Micro Games of America       818-894-2525
                      16730 Schoenborn Street
                      North Hills, CA  91343
                      map | driving
                      directions | +address Book

                      Telequest                    818-894-2525
                      16730 Schoenborn Street
                      North Hills, CA  91343
                      map | driving
                      directions | +address Book

Find businesses
Related Links
Find it Here!
Rates Are Low!

Juno - only $9.95/mo!
• Travel Deals
• Home Loans
• Realestate secrets

Results 1 - 3 of 3          previous | next

Other Services
• CompanyFinder
• PeopleFinder
• Classifieds
• Search the Web

powered by SUPERPAGES.com
Copyright © 2001 Verizon New Media Services, Inc. All rights reserved.
data: © Copyright © 2001 Acxiom.

Lookup Phone Numbers:

Enter phone number            Available for U.S. only.
[818-894-2525]                Use hyphens - i.e. 206-441-1388
○ Residential(home) ◉ Business(work)   Area codes are required.

International Search: Canada | United Kingdom | Others
Other: White Pages | Classifieds | Email | Maps | Directions
Get Free Quotes |

**Helpful Tools**                              Help
Browse by Category - Not sure which category to search?

...list.htm?&kcfg=ypus&ypinsp=0&searchtype=all&fromform=revphone&qp=8188942525&qp3/20/2002

CONFIDENTIAL - ATTORNEYS EYES ONLY

M 0074360

EXHIBIT   86
PAGE   1371

in alphabetical order.
*Near Address* - Wondering what businesses are closest to your home or office? Near Address helps you find businesses closest to a specific address or from a city center point.
*Reverse Lookup* - Find a business name & address in reverse by simply entering a phone number.
*Nationwide Search* - Not sure where a company is located? Search the entire country by business name.

**Yellow Page Search:**
Quick | Detailed | Near Address | Reverse Lookup
International: Canada | United Kingdom | Others

**Other Ways to Search:**
White Pages | Classifieds | Email | Maps | Directions

Get the name you really want          register .com!
www.myste.biz                                    search

Copyright © 2002, SearchBug.com, LLC
InfoSpace, the InfoSpace Logo, and related marks are trademarks of InfoSpace, Inc.
© 2002 InfoSpace, Inc. All rights reserved.
Protected by One or More of the Following Patents: U.S. Patent No. 6,016,504. Other Patents Pending.
Frequently Asked Questions | Contact InfoSpace | Legal Notices

Free E-mail     Customize     Contact Us     Report a Problem     Tell your Friend     Help     About Us

...list.htm?&kcfg=ypus&ypinsp=0&searchtype=all&fromform=revphone&qp=8188942525&q  3/20/2002

CONFIDENTIAL - ATTORNEYS EYES ONLY

M 0074361

EXHIBIT ___ 86
PAGE ___ 1312

California Secretary of State - California Business Search - Corporation Search Results   Page 1 of 1

## California Business Portal

Secretary of State Bill Jones

### Corporations

The information displayed here is current as of "MAR 15, 2002" and is updated weekly. It is not a complete or certified record of the Corporation.

For information about certification of corporate records or for additional corporate information, please refer to Corporate Records. If you are unable to locate a corporate record, you may submit a request to this office for a more extensive search. Fees and instructions for requesting this search are included on the Corporate Records Order Form.

Results of search for " abc international traders "

Click on the name of the corporation for additional information:

| Corp Number | Date Filed | Status | Corporation Name | Agent for Service of Process |
|---|---|---|---|---|
| C1068282 | 3/12/1982 | active | ABC INTERNATIONAL TRADERS, INC. | ISAAC E LARIAN |

Copyright ©2001 California Secretary of State. Privacy Statement.

Business Portal
California Business Portal Home Page
Starting a Business
Secretary of State Home Page
Site Search

Business Search Corporations
Corporations Main Page
FAQS
Search Tips
Field Definitions
Status Definitions
Corporate Records
Corporate Records Order Form
Certificates
Copies
Status Printouts
New Search

http://kepler.ss.ca.gov/corpdata/ShowList   3/20/2002

CONFIDENTIAL - ATTORNEYS EYES ONLY

EXHIBIT ___86___

PAGE ___1313___

M 0074362

California Secretary of State - California Business Search - Corporation Search Results          Page 1 of 1

# California Business Portal

### Secretary of State Bill Jones

Business Portal
California Business Portal Home Page
Starting a Business
Secretary of State Home Page
Site Search

## Corporations

The information displayed here is current as of "MAR 15, 2002" and is updated weekly. It is not a complete or certified record of the Corporation.

Business Search
Corporations

New Search
Corporations Main Page
FAQS
Search Tips
Field Definitions
Status Definitions
Corporate Records
Corporate Records Order Form
Certificates
Copies
Status Printouts

| Corporation |
|---|
| ABC INTERNATIONAL TRADERS, INC. |
| Number: C1068282  Date Filed: 3/12/1982  Status: active |
| Jurisdiction: California |
| Mailing Address |
| 18730 SCHOENBORN ST |
| NORTH HILLS, CA 91343 |
| Agent for Service of Process |
| ISAAC E LARIAN |
| 18730 SCHOENBORN ST |
| NORTH HILLS, CA 91343 |

New Search

- For information about certification of corporate records or for additional corporate information, please refer to Corporate Records.
- Blank fields indicate the information is not contained in the computer file.
- If the status of the corporation is "Surrender", the agent for service of process is automatically revoked. Please refer to California Corporations Code Section 2114 for information relating to service upon corporations that have surrendered.

Copyright ©2001 California Secretary of State. Privacy Statement.

http://kepler.ss.ca.gov/corpdata/ShowAllList?QueryCorpNumber=C1068282          3/20/2002

CONFIDENTIAL - ATTORNEYS EYES ONLY                                        M 0074363

EXHIBIT ___86___

PAGE ___1374___

California Business Search

# California Business Portal
## Secretary of State Bill Jones

DISCLAIMER: The information displayed here is current as of MAR 15, 2002 and is in the form of a current or complete or certified record of the Corporation.

| Corporation |
|---|
| ABC INTERNATIONAL TRADERS, INC. |

| Number: C1068282 | Date Filed: 3/12/1982 | Status: active |
|---|---|---|
| Jurisdiction: California | | |

| Mailing Address |
|---|
| 16730 SCHOENBORN ST |
| NORTH HILLS, CA 91343 |

| Agent for Service of Process |
|---|
| ISAAC B LARIAN |
| 16730 SCHOENBORN ST |
| NORTH HILLS, CA 91343 |

For information about certification of corporate records or for additional corporate information, please refer to Corporate Records. If you are unable to locate a corporate record, you may submit a request to this office for a more extensive search. Fees and instructions for requesting this search are included on the Corporate Records Order Form.

Blank fields indicate the information is not contained in the computer file.

If the status of the corporation is "Surrender", the agent for service of process is automatically revoked. Please refer to California Corporations Code Section 2114 for information relating to service upon corporations that have surrendered.

CONFIDENTIAL - ATTORNEYS EYES ONLY

EXHIBIT 86

PAGE 1315

M 0074364



Tibbett & Britten Group plc Capsule - Hoover's Online                                    Page 1 of 1

Available only to Hoover's Online subscribers. See Samples.

Ross House, 1 Shirley Rd., Windmill Hill                          Phone: +44-20-8367-9655
Enfield, Middlesex EN2 8SB, United Kingdom                        Fax: +44-20-8366-7042

http://www.tibbett-britten.com

Corporate Hierarchy

Logistical nightmares? Tibbett & Britten lets its clients rest easy. The company provides a range of logistics services, including transportation, warehousing, distribution, and e-commerce fulfillment. With 11,000 commercial vehicles and almost 50 million sq. ft. of warehousing space, the distribution firm takes products — from raw material stage to the store shelf — in more than 30 countries. It serves retailers (about 65% of its client base) and manufacturers (35%) in the automotive, consumer goods, food, clothing, and textile industries. Most of the firm's business is based on long-term contracts. Major clients include Wal-Mart, Marks and Spencer, and Unilever. Tibbett & Britten also operates rail terminals in the UK.

## Top Competitors

Exel | Hays | Li & Fung

## More Competitors

Exclusive Information for subscribers ☜

## Information Marketplace

Buy Related Books
Hoover's Company & Industry Publications

## Products & Operations By Segment

Exclusive Information for subscribers ☜

---

Need more information about Tibbett & Britten?

Subscribe now and access Hoover's Company Profiles for an overview, history, full lists of competitors and key people, financials, and more. Show me Sample Profiles.

## News & Commentary

Hoover's News
Current Stories Mentioning Tibbett & Britten
(powered by NewsEdge)

Company Press Releases

## Find Related Companies

☜ Hoover's Online subscribers can find more companies in this country.

CONFIDENTIAL - ATTORNEYS EYES ONLY                 EXHIBIT ___ B16                M 0074365

PAGE ___ 1316

California Secretary of State - California Business Search - Corporation Search Results     Page 1 of 4

## California Business Portal

**Secretary of State Bill Jones**

### Corporations

The information displayed here is current as of "MAR 15, 2002" and is updated weekly. It is not a complete or certified record of the Corporation.

For information about certification of corporate records or for additional corporate information, please refer to Corporate Records. If you are unable to locate a corporate record, you may submit a request to this office for a more extensive search. Fees and instructions for requesting this search are included on the Corporate Records Order Form.

**Business Portal**
California Business
Portal Home Page
Starting a Business
Secretary of State Home Page
Site Search

**Business Search Corporations**
Corporations Main Page
FAQS
Search Tips
Field Definitions
Status Definitions
Corporate Records
Corporate Records Order Form
 Certificates
 Copies
 Status Printouts
New Search

Results of search for " mga "
· Click on the name of the corporation for additional information.

| Corp Number | Date Filed | Status | Corporation Name | Agent for Service of Process |
|---|---|---|---|---|
| C1585429 | 5/1/1987 | forfeited | ALLIED GENERAL AGENCY, INC., WHICH WILL DO BUSINESS IN CALIFORNIA AS MGA ALLIED GENERAL INSURANCE AGENCY | MARY RAND |
| C1331887 | 2/20/1985 | dissolved | BABY MGA, INC. | GERALD B KAGAN |
| C1281046 | 7/10/1985 | suspended | M.G.A. BIO-MEDICAL TESTING & BLOOD GAS MOBILE, INC. | PRS |
| C0657046 | 7/18/1972 | suspended | M.G.A. COMPUTER CORPORATION | |
| C2196064 | 8/11/2000 | active | M.G.A. MANAGEMENT, INC. | MOSHE A YOUNG |
| C0644912 | 2/8/1972 | suspended | M.G.A. NETWORK, INC. | |
| C2161217 | 4/22/1999 | active | M.G.A., INC WHICH WILL DO BUSINESS IN CALIFORNIA AS MOVIE GALLERY, INC. | CORPORATION SERVICE COMPANY WHICH WILL DO BUSINESS IN CALIFORNIA AS CSC - LAWYERS INCORPORATING SERVICE |

http://kepler.ss.ca.gov/corpdata/ShowList

3/20/2002

CONFIDENTIAL - ATTORNEYS EYES ONLY

EXHIBIT 86

1377

M 0074366

California Secretary of State - California Business Search - Corporation Search Results          Page 2 of 4

| | | | | |
|---|---|---|---|---|
| C1141931 | 5/16/1983 | active | MGA AGENCY, INC. | THE PRENTICE-HALL CORPORATION SYSTEM, INC. |
| C0131379 | 11/15/1928 | term expired | MGA ANAK NG BUKID SA CALIFORNIA | |
| C0778996 | 9/24/1976 | suspended | MGA ANAK NG WALIS | |
| C1638199 | 4/18/1989 | active | MGA ASSOCIATES | ALFRED G MARTINI |
| C0738511 | 6/18/1975 | suspended | MGA BUILDERS, INC. | GOLDIE ROSEN |
| C2024523 | 1/8/1998 | active | MGA CARPET, INC. | VAN T DU |
| C2050222 | 3/6/2000 | active | MGA COMMUNICATIONS, INC. | ANGEL GARCIA |
| C1425811 | 12/30/1987 | suspended | MGA CONSTRUCTION COMPANY, INCORPORATED | MARK G ARIZMENDI |
| C2035949 | 12/4/1997 | active | MGA CONSTRUCTION, INC. | SIAMAK BRIAN BEYZAEE |
| C1601447 | 11/23/1987 | suspended | MGA CORPORATION | SHREENIVAS MATE |
| C2065241 | 1/2/1998 | active | MGA DEVELOPMENT & ENGINEERING, INC. | ALBERT MANSI |
| C0944185 | 10/31/1979 | suspended | MGA DIESEL INDUSTRIES | M GROSSMAN |
| C0937297 | 8/3/1979 | suspended | MGA DIESEL PARTS OF AMERICA | ARAMAZD MANSOURIAN |
| C2266270 | 9/28/2000 | active | MGA ELECTRONICS MIDWEST | ROZ DEPREY |
| C1405974 | 4/30/1987 | active | MGA ELECTRONICS, INC. | ROGER T FEATHERSTON |
| C2204870 | 12/14/1999 | active | MGA EMPLOYEE SERVICES, INC. | C T CORPORATION SYSTEM |
| C2371455 | 1/2/2002 | active | MGA ENGINEERING OF CALIFORNIA, CORP. | SPIEGEL & UTRERA, P.A., WHICH WILL DO BUSINESS IN CALIFORNIA AS SPIEGEL & UTRERA, P.C. |
| C0935004 | 7/6/1979 | active | MGA | MARY GRADY |

http://kepler.ss.ca.gov/corpdata/ShowList                                3/20/2002

CONFIDENTIAL - ATTORNEYS EYES ONLY          EXHIBIT 86     M 0074367

PAGE 1378

| | | | | |
|---|---|---|---|---|
| C1666362 | 6/8/1990 | suspended | MGA FINANCIAL | ALFRED G. MARTINI |
| C1591743 | 7/7/1987 | dissolved | MGA HOLDING CORPORATION | DOUGLAS B RICHARDS |
| C2248877 | 9/19/2001 | active | MGA HOSPITALITY GROUP, INC. | HARISH PATEL |
| C0836830 | 1/17/1978 | suspended | MGA INDUSTRIES | M GROSSMAN |
| C1650392 | 10/5/1989 | active | MGA INSURANCE COMPANY, INC. | KAREN HARRIS |
| C0814131 | 4/11/1977 | active | MGA INVESTMENT CO., INC. | M BRUCE WRIGHT |
| C1902248 | 5/23/1996 | suspended | MGA KULAY INTERNATIONAL, INC. | BERT P BUTINGAM |
| C1216263 | 11/14/1983 | dissolved | MGA MAIL ORDER, INC. | MARC E PETAS |
| C1944520 | 7/24/1995 | dissolved | MGA MANUFACTURING, INC. | FRED A MEYER |
| C1728683 | 8/15/1993 | suspended | MGA MEXICAN & AMERICAN PRODUCTS CO., INC. | ANTONIO GARCIA |
| C1216870 | 11/21/1983 | suspended | MGA REALTY | MEL GRODZIK |
| C2035883 | 11/13/1997 | active | MGA STRUCTURAL ENGINEERING CONSULTANTS, INC. | CARL E GRIGORIAN |
| C1689659 | 6/10/1991 | suspended | MGA TECHNOLOGIES, INC. | MICHAEL GOLDEN |
| C1159698 | 10/8/1982 | suspended | MGA TRANSPORT, INC. | MARIO J AGUILAR |
| C0889994 | 5/71/1979 | dissolved | MGA, INC. | RICHARD B FORTUNE |
| C1379410 | 7/3/1986 | active | MGA, INC. | MARK GORIN |
| C0852761 | 3/24/1978 | dissolved | MGA-FRANCE | |
| C1571799 | 1/3/1991 | suspended | NATIONAL ASSURED M.G.A. GROUP, INC. | BRUCE E. THOMSEN |
| C0724787 | 10/23/1974 | suspended | PAGKAKAISA NG MGA PILIPINO INC. | LEONARDO A FLOR |
| C1386418 | 9/19/1986 | merged out | TRINITY MGA INSURANCE SERVICES, INC. | THOMAS J GASSEN |
| C2041007 | 11/18/1996 | dissolved | UNDERWRITERS MGA OF CALIFORNIA, INC. | FRANCISCO MORENO |

CONFIDENTIAL - ATTORNEYS EYES ONLY

EXHIBIT    86

PAGE    1379

M 0074368

California Secretary of State - California Business Search - Corporation Search Results          Page 4 of 4

| | | | | | |
|---|---|---|---|---|---|
| C1794516 | 11/27/1996 | active | MGA WEST, INC. | | HURWITZ |
| C1410132 | 6/17/1987 | suspended | WCC/MGA, INC. | | BRIAN J LOMBARDI |

Copyright ©2001 California Secretary of State. Privacy Statement.

CONFIDENTIAL - ATTORNEYS EYES ONLY

EXHIBIT    86

PAGE    1380

M 0074369

California Business Search

# California Business Portal
### Secretary of State Bill Jones

DISCLAIMER: The information displayed here is current as of MAR 15, 2002 and is updated weekly. It is not a complete or certified record of the Corporation.

| Corporation | | |
|---|---|---|
| CDX CORPORATION | | |
| Number: C1339117 | Date Filed: 5/8/1985 | Status: suspended |
| Jurisdiction: California | | |
| Mailing Address | | |
| 216 S OXFORD AVE | | |
| LOS ANGELES, CA 90004 | | |
| Agent for Service of Process | | |
| ISAAC LARIAN | | |
| 216 S OXFORD AVE | | |
| LOS ANGELES, CA 90004 | | |

For information about certification of corporate records or for additional corporate information, please refer to Corporate Records. If you are unable to locate a corporate record, you may submit a request to this office for a more extensive search. Fees and instructions for requesting this search are included on the Corporate Records Order Form.

Blank fields indicate the information is not contained in the computer file.

If the status of the corporation is "Surrender", the agent for service of process is automatically revoked. Please refer to California Corporations Code Section 2114 for information relating to service upon corporations that have surrendered.

http://kepler.ss.ca.gov/corpdata/ShowAllList?QueryCorpNumber=C1339117&printer=yes      3/20/2002

CONFIDENTIAL - ATTORNEYS EYES ONLY

EXHIBIT __86__

PAGE __1381__

M 0074370

California Secretary of State - California Busine.../ Limited Liability Company Search Result   Page 1 of 1

# California Business Portal

**Secretary of State Bill Jones**

## LP/LLC

The information displayed here is current as of "Mar 15, 2002" and is updated weekly. It is not a complete or certified record of the Limited Partnership or Limited Liability Company.

If you are unable to locate a record, you may submit a request to this office for a more extensive search. Fees and instructions for requesting the search or for the certification of Limited Partnership or Limited Liability Company records are included on the LP/LLC Records Order Form.

### Results of search for "mga"

Click on the name of the Limited Partnership or Limited Liability Company for additional information.

| LP/LLC Number | Date Filed | Status | LP/LLC Name | Agent for Service of Process |
|---|---|---|---|---|
| 199808910077 | 3/30/1998 | active | MGA CARLSBAD GP, LLC | CORPORATION SERVICE COMPANY WHICH WILL DO BUSINESS IN CALIFORNIA |
| 199014400012 | 5/24/1990 | active | MGA CRESTVIEW PARTNERS L.P. | DANIEL R. STEGALL, ESQ. |
| 200206510148 | 2/5/2002 | active | MGA ENTERPRISES, LLC | CARVER L CLINTON CPA |
| 199014400013 | 5/24/1990 | active | MGA PARTNERS, L.P. | DANIEL R. STEGALL, ESQ. |
| 200024510085 | 8/30/2000 | active | MGA VENTURES, LLC | PEYMAN COHAN, ESQ. |
| 199032400003 | 11/20/1990 | active | MGA-CRESTVIEW PARTNERS II L.P. | DANIEL R. STEGALL, ESQ. |
| 199632610044 | 11/21/1996 | canceled | STEADFAST MGA, LLC | PARACORP INCORPORATED |

Copyright ©2001 California Secretary of State. Privacy Statement.

http://kepler.ss.ca.gov/corpdata/ShowLpllcList                    3/20/2002

CONFIDENTIAL - ATTORNEYS EYES ONLY

EXHIBIT 86

PAGE 1382

M 0074371

CHRONOLOGICAL RECORD

CASE NO: 02- 115                                                          PAGE        OF

| DATE | TIME | INVESTIGATION |
|------|------|---------------|
| 3/15/02 | | Rec'd Case — Opened Inv. |
| 3/20 | | Met w/ Ivy Ross On This Case & Discussed TP Protection Program. |
| 3/28 | | Met w/ Cassidy Park To Get More Info On MGA Issue. She Suggested Carter Bryant As Illustrator/Former Employee Who May Have Plagerized Design Of Lilly Martinez And Created "Bratz" Dolls For MGA |
| | 1500 | Checked w/ HR For Bryant's File Term Date 10/20/00. File Is In Offsite Storage — Requested It Be Retrieved. |

<div align="center">REDACTED</div>

| DATE | TIME | INVESTIGATION |
|------|------|---------------|
| 4/9 | THU | Checked Schoenborn Add For Leads — Neg. |
| 4/26 | FRI | Checked Schoenborn Add — Neg Results |
| 5/4 | SAT | " " " |
| 6-22 | SAT | Checked Schoenborn Add — Neg. |
| 7-3-02 | WED | " " " " |

<div align="center">REDACTED</div>

| DATE | TIME | INVESTIGATION |
|------|------|---------------|
| 6/21/04 | — | Up Date Isaac Larian Background. |

CONFIDENTIAL

M 0074372

Exhibit 86

Page 1383

M 0074372 B

# Executive Biographies

CONFIDENTIAL - ATTORNEYS EYES ONLY

EXHIBIT ___86___

PAGE ___1384___

M 0074373

# Isaac Larian

## Founder, Chairman and Chief Executive Officer

- Founded MGA Entertainment under the name Surprise Gift Wagon in 1979 as an importer and distributor of brand name consumer electronic products

- In 1987, became the first official distributor of *Nintendo*® handheld LCD games in the United States

- In 1993, formally transitioned MGA from a consumer electronics company to a consumer entertainment company

- Mr. Larian oversees all divisions of the company including product development, sales, marketing, overseas operations, production and distribution, and is a major contributor to the development of new products and the vision behind MGA

- Prior to founding MGA, Mr. Larian imported textiles and brassware through his own mail-order company

2

CONFIDENTIAL - ATTORNEYS EYES ONLY

EXHIBIT _86_

PAGE _1385_

M 0074374

# Isaac Larian *(Continued)*

## Founder, Chairman and Chief Executive Officer

- Mr. Larian was born in 1954 in Iran and is a US Citizen

- Mr. Larian has a BS in Civil Engineering from California State University

- Mr. Larian is a member of the Toy Manufacturer's Association and the Licensing Industry's Merchandising Association

- Married for 19 years with three children (Jason 17, Yasmine 14 and Cameron 9)

- Hobbies include philanthropy work, biking, writing poetry, volleyball and camping with his family

3

CONFIDENTIAL - ATTORNEYS EYES ONLY

EXHIBIT 86

PAGE 1386

M 0074375

# Thomas F. Park

## Chief Operating Officer

- Joined MGA as Chief Operating Officer and Chief Financial Officer in November 2003

- From 2001 to 2003 served as President and Chief Operating Officer for eStyle Inc. an online catalog and retail company specializing in baby and maternity products

- From 1991 to 2001 Mr. Park had a long and distinguished career with The Walt Disney Company serving in a number of key executive roles as follows:

  ➢ President – Disney Stores Worldwide, $ 1.3 Billion retail division with 7 50 s tores and 22,0000 employees

  Senior Vice President – Disney Direct Marketing, overseeing the Disney Catalog and The Disney Store Online

  Vice president and General Manager – Walt Disney Art Classics, animation art and collectibles division of The Walt Disney Company

  Vice President and Controller – Disney Consumer Products Worldwide, a $3.5 Billion global merchandising division of the company

  Director and Controller – Walt Disney Imagineering, the R&D and development division of the company for Walt Disney Theme Parks



4

CONFIDENTIAL - ATTORNEYS EYES ONLY

EXHIBIT __86__

PAGE __1387__

M 0074376

# Thomas F. Park (Continued)

## Chief Operating Officer

- From 1979 to 1991, Unisys Corporation, a worldwide leader in computer manufacturing. Mr. Park held numerous finance and operations positions, rising through the executive ranks to Chief Financial Officer of the company's $1 Billion disk drive engineering and manufacturing division

- Graduated from Villanova University, Villanova Pennsylvania with a B.S. in Accounting in 1979

- Mr. Park is married and has four children

CONFIDENTIAL - ATTORNEYS EYES ONLY

EXHIBIT ___86___

PAGE ___1388___

M 0074377



CONFIDENTIAL - ATTORNEYS EYES ONLY

EXHIBIT   86

PAGE   1389

M 0074378

anatomy of a hit... ga:

JUNE 2004

# The Entrepreneur

## ISAAC LARIAN, MGA's MAN IN CHARGE, HAS SPENT A GENERATION BUILDING HIS COMPANY'S FORTUNES

An immigrant from Iran, Isaac Larian came to the United States in 1971 to earn his civil engineering degree from Cal State Los Angeles. Now 33 years later, Larian is the president and CEO of MGA Entertainment, a company that began as a gift mail-order business in 1979, evolved into a consumer electronics firm and has morphed, in the past three years, into a multimillion-dollar consumer entertainment company with 450 employees — thanks in no small measure to the Bratz phenomena, which accounts for more than 55% of the company's business.

A firm believer in taking on new challenges, Larian's latest move is the creation of MGA Entertainment Films. The company struck a deal in February with 20th Century Fox, where the first theatrical Bratz film is in development, with a Bratz direct-to-DVD animated special in release first.

The busy husband and father of three recently sat down in his toy-filled office at MGA's Van Nuys, Calif., headquarters for a discussion with The Hollywood Reporter's Paula Parisi and Noela Hueso, where he talked about the Bratz brand and MGA's new connection with Hollywood.



dialogue

**The Hollywood Reporter:** How did you come up with the concept for Bratz?

**Isaac Larian:** We'd been looking to market something that was not just a toy but a lifestyle phenomenon (when) the concept for the Bratz dolls emerged. We fell in love with it and decided to market it almost immediately.

**THR:** You call Bratz a lifestyle phenomenon.

**Larian:** Bratz truly appeals to the lifestyles of girls ages 7-14. It's not just about the dolls, it's about the lifestyle product — the fashions, the accessories, the room decor. The girls are leading the lifestyle of Bratz — fantasizing, and they're using imagination for it. We have a CD player that is different

from any CD player you've ever seen. We have a phone that's in the shape of lips!

**THR:** Do you think that Bratz tapped the lifestyle of the girls, or did the girls adapt to the Bratz lifestyle?

**Larian:** The girls of today's society are inspired and looking and using their imagination to be like Bratz. It's is no longer all about Barbie. Barbie is for babies.

**THR:** We've heard that there are pop singers and celebrities who collect the dolls. **Larian:** Paula Abdul and Jessica Alba love these dolls. So do Hilary Duff, Amanda Bynes and Jennifer Love Hewitt.

**THR:** Did you spend a lot of money marketing Bratz on the initial launch? **Larian:** Yes, we did. I'll never forget. In September 2001, we hyped this property and placed product at Toys "R" Us. They came back and canceled a whole bunch of orders because they said (the product) wasn't trending in the numbers they were looking for. At that time, we made a decision that we were going to spend a lot more money on advertising — money we didn't really have. We went back on TV and spent more. Klasky Csupo did the animation (for our TV commercials). Basically, we said, "We're going to go for

*See ENTREPRENEUR on page 30*

6

CONFIDENTIAL - ATTORNEYS EYES ONLY    EXHIBIT ___86___    M 0074379

PAGE ___1390___



CONFIDENTIAL - ATTORNEYS EYES ONLY

EXHIBIT ___86___

PAGE ___1391___

M 0074380