# CONFIDENTIAL INFORMATION

Isaac E. Larian

## Personal

- Born in Iran in 1954; became a citizen of the United States in the early 1970's.
- Received BS in Civil Engineering from California State University.
- Married for 19 years.   Over 10 years difference in age.
  Wife – Angela Larian, mid to late 30's
  Son – Jason 17 years
  Son – Yasmine 14 years
  Daughter – Cameron 9 years
- Wife totally devoted to him and their children's development.
- Refers to his children as his inspiration.
- Personal Residence - 237 N. Carolwood Drive, Los Angeles, CA 90077.
- September 2001 - Supporters and Donors to Beverly Hills High School and Board of Education.
- May – October 2002 – Resigned from Parent El Rodeo School Council.
- September 2003 – Larian family welcomed to Stephen S. Wise Temple, Los Angeles, CA.
- Hobbies include philanthropy works, biking, writing poetry, volleyball and camping with family.

## Career and Business

- Isaac began his business career importing textiles and brassware through his own mail-order company.
- Founded MGA Entertainment under the name "Surprise Gift Wagon" in 1979 as an importer and distributor of brand name consumer electronic products.
- In 1987, became the first official distributor of Nintendo handheld LCD games in the United States.
- In 1993, formally transitioned MGA from a consumer electronics company to a consumer entertainment company.
- Isaac oversees all divisions of the company including, product development, sales, marketing, overseas operations, production, distribution and development of new product lines for MGA.

## Personal Characteristic

- Large ego.
  - Requires a great deal of recognition.
  - Vocal about wanting all to know that he came from Iran in the 1970's with no money and made it on his own.
  - Extremely controlling in business and family matters.
  - Hot tempered, short fuse and easy to ignite.
  - Extremely defensive if challenged.
  - Becomes enraged if told "NO".
  - Persistent and will not give up to a fault.
  - Lacks vision and short sighted.
  - Believes he is all knowing and powerful.

Case 02-115

CONFIDENTIAL - ATTORNEYS EYES ONLY

EXHIBIT __80__

PAGE __1393__

M 0074382

.::Locatefast::. - Search                                                    Page 1 of 9

NATIONWIDE INFORMATION PROVIDERS

SUPER PROFILE REPORT

```
Name:      ANDERSON, ANGELA L
SSN:       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, Issued in Kentucky 1979-1980
DOB:       No Information on file

Addresses: 237 CAROLWOOD DR , LOS ANGELES CA 90077; 11/1998
           37 CAROLWOOD DR , LOS ANGELES CA 90077; 07/1998
           2045 STRADELLA RD, LOS ANGELES CA 90077; 04/1996 2X
           16732 SCHOENBORN ST, NORTH HILLS CA 91343; 02/1996
           16730 SCHOENBORN ST, SAN FERNANDO CA 91343; No Date Rptd
           216 OXFORD , LOS ANGELES CA 90004; No Date Rptd
```

```
--- ALL NAMES ASSOCIATED WITH SUBJECT'S SSN
```

```
LARIAN, ANGELA L
LARIAN, ANGELA
```

```
--- POSSIBLE RELATIVES AND THEIR CURRENT AND PAST ADDRESSES          ---
```

```
Name:      LARIAN, FARHAD
SSN:       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, Issued in California 1978-1979
DOB:       01/03/1961

Addresses: 2142 CENTURY PARK LN 6-108, LOS ANGELES CA 90067; 05/2003
           4714 HAYVENHURST AV, ENCINO CA 91436; 06/2000
           16730 SCHOENBORN ST, NORTH HILLS CA 91343; 01/1996
           4839 WOODLEY AV, VAN NUYS CA 91436; 09/1993
           2045 STRADELLA RD, LOS ANGELES CA 90077; No Date Rptd
           705 ALPINE DR , BEVERLY HILLS CA 90210; No Date Rptd.

Phone:     No Information On File
```

```
Name:      LARIAN, ISAAC B
AKA:       HEDRICK, MATT
           ARIAN, ISAAC

SSN:       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, Issued in California 1972
DOB:       03/28/1954

Addresses: 237 CAROLWOOD DR , LOS ANGELES CA 90077; 08/1997
           2045 STRADELLA RD, LOS ANGELES CA 90077; 04/1996
           16730 SCHOENBORN ST, NORTH HILLS CA 91343; 04/1996
           16732 SCHOENBORN ST, NORTH HILLS CA 91343; No Date Rptd
           7658 SHOUP AV, CANOGA PARK CA 91304; No Date Rptd

Phone:     213/310-343-5447
```

CONFIDENTIAL - ATTORNEYS EYES ONLY          EXHIBIT ___86___          M 0074383

                                            PAGE ___1394___

```
------------------------------------------------------------------
Name:       LARIAN, AGHDAS
DOB:        No Information On File

Addresses: 16730 SCHOENBORN ST, NORTH HILLS CA 91343; 09/1995

Phone:      No Information On File
------------------------------------------------------------------
Name:       LARIAN, SHOREH
DOB:        No Information On File

Addresses: 16730 SCHOENBORN ST, NORTH HILLS CA 91343; 06/1997

Phone:      818-789-8262
------------------------------------------------------------------
Name:       LARIAN, CAMRONE
DOB:        No Information On File

Addresses: 2045 STRADELLA RD, LOS ANGELES CA 90077; 09/2000

Phone:      No Information On File

------------------------------------------------------------------
--- POSSIBLE ASSOCIATES                                        ---
------------------------------------------------------------------
No Information On File

------------------------------------------------------------------
--- MOST CURRENT REPORTED ADDRESS                              ---
------------------------------------------------------------------
Address: 237 CAROLWOOD DR , LOS ANGELES CA 90077; 11/1998

------------------------------------------------------------------
--- LISTED PHONE NUMBERS                                       ---
------------------------------------------------------------------
No Information On File

------------------------------------------------------------------
--- PROPERTY OWNERSHIP                                         ---
------------------------------------------------------------------
Site Address:    237 CAROLWOOD DR, LOS ANGELES CA 90077; No Date Rptd.
Owner Address:   237 CAROLWOOD DR, LOS ANGELES CA 90077
Telephone:       No Information On File
APN:             4358005026
Assessed Value:  $3,221,117.00

------------------------------------------------------------------
--- REPORTED OCCUPANTS                                         ---
------------------------------------------------------------------
Name:       HEDRICK, MATT  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
AKA:        LARIAN, ISAAC, E
Date Rptd:  01/01/1999
Phone:      213/310-271-7575
Issued:     California; 1972

------------------------------------------------------------------
--- POSSIBLE NEIGHBORS                                         ---
```

CONFIDENTIAL - ATTORNEYS EYES ONLY

EXHIBIT __860__

PAGE __1395__

M 0074384

.::Locatefast::. - Search                                      Page 3 of 9

-----------------------------------------------------------------------
Name:       TAI, OY T 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
DOB:        09/01/1952
Address:    230 CAROLWOOD DR , LOS ANGELES CA 90077; 05/1994
Phone:      213/310-204-3490

Name:       STEINHART, COTRUST WILLIAM
Address:    230 CAROLWOOD DR , LOS ANGELES CA 90077; 02/1994

Name:       MORSEY, COTRUSTEE BEVERLY 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
Address:    230 CAROLWOOD DR , LOS ANGELES CA 90077; 02/1994

Name:       MORSEY, CHASE  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
Address:    230 CAROLWOOD DR , LOS ANGELES CA 90077; 12/1993

Name:       TAI, HAK WA 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
DOB:        09/14/1935
Address:    230 CAROLWOOD DR , LOS ANGELES CA 90077; 04/1993
Phone:      213/310-204-3950

Name:       MORSEY, C  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
Address:    230 CAROLWOOD DR , LOS ANGELES CA 90077; 10/1992
Phone:      213/310-274-5961

-----------------------------------------------------------------------
--- PREVIOUSLY REPORTED ADDRESS                                     ---
-----------------------------------------------------------------------
Address: 37 CAROLWOOD DR , LOS ANGELES CA 90077; 07/1998

-----------------------------------------------------------------------
--- LISTED PHONE NUMBERS                                            ---
-----------------------------------------------------------------------
No Information On File

-----------------------------------------------------------------------
--- PROPERTY OWNERSHIP                                              ---
-----------------------------------------------------------------------
No Information On File

-----------------------------------------------------------------------
--- REPORTED OCCUPANTS                                              ---
-----------------------------------------------------------------------
No Information On File

-----------------------------------------------------------------------
--- POSSIBLE NEIGHBORS                                              ---
-----------------------------------------------------------------------
Name:       KANIN, MATTHEW W 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
Address:    38 CAROLWOOD DR , LOS ANGELES CA 90077; No Date Rptd

-----------------------------------------------------------------------
--- PREVIOUSLY REPORTED ADDRESS                                     ---
-----------------------------------------------------------------------
Address: 2045 STRADELLA RD, LOS ANGELES CA 90077; 04/1996 2X

-----------------------------------------------------------------------
--- LISTED PHONE NUMBERS                                            ---
-----------------------------------------------------------------------

CONFIDENTIAL - ATTORNEYS EYES ONLY

EXHIBIT     86

PAGE        1396

M 0074385

```
------------------------------------------------------------------------
LOCKHART, JUNE K 213-393-7750
------------------------------------------------------------------------
--- PROPERTY OWNERSHIP                                                ---
------------------------------------------------------------------------
Primary Owner:    AZARNIVAR AMIR
Secondary Owner:  AZARNIVAR MELODY F
Site Address:     2045 STRADELLA RD, LOS ANGELES, CA 90077; No Date Rptd
Owner Address:    2045 STRADELLA RD, LOS ANGELES CA 90077
Telephone:        No Information On File
APN:              4377026003
Assessed Value:   $918,739.00

------------------------------------------------------------------------
--- REPORTED OCCUPANTS                                                ---
------------------------------------------------------------------------

Name:      AZARNIVAR, AMIR
Contact:
Phone:
Type:
Sales:     Not Available
Employees: Not Avai

Name:      AZARNIVAR, AMIR
Contact:
Phone:     310-471-0928
Type:
Sales:     Not Available
Employees: Not Avai

Name:      AZARNIVAR, AMIR  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
Date Rptd: 01/01/2001
Phone:     No Information On File
Issued:    New York; 1987-1988

Name:      LARIAN, CAMRONE
Date Rptd: 09/01/2000
Phone:     No Information On File
Issued:    No Information On File

Name:      AZARNIVAR, MELODY F  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
Date Rptd: 08/01/2000
Phone:     213/310-471-4143
Issued:    New York; 1987-1988

Name:      LARIAN, ISAAC B 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
Date Rptd: 04/01/1996
Phone:     213/310-343-5447
Issued:    California; 1972

Name:      LARIAN, FARHAD  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
Date Rptd: No Information On File
Phone:     No Information On File
Issued:    California; 1978-1979

Name:      LOCKHART, JUNE K 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
Date Rptd: No Information On File
```

CONFIDENTIAL - ATTORNEYS EYES ONLY

EXHIBIT ___86___        M 0074386

PAGE ___1397___

.::Locatefast::. - Search                                                    Page 5 of 9

        Phone:      213/310-393-7750
        Issued:     California; 1934-1951

        Name:       HERYEH, MILAD  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
        Date Rptd:  No Information On File
        Phone:      213/310-208-7748
        Issued:     No Information On File

        --------------------------------------------------------------
        --- POSSIBLE NEIGHBORS                                       ---
        --------------------------------------------------------------

        Name:       GREEN, MELINA B 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
        DOB:        10/14/1965
        Address:    2044 STRADELLA RD, LOS ANGELES CA 90077; 07/2001
        Phone:      213/310-576-0607

        Name:       PALUMBO, MELINA E 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
        DOB:        10/14/1965
        Address:    2044 STRADELLA RD, LOS ANGELES CA 90077; 07/2001
        Phone:      213/310-783-1737

        Name:       RANE, JOHN J
        DOB:        02/08/1962
        Address:    2044 STRADELLA RD, LOS ANGELES CA 90077; 05/2000
        Phone:      213/310-476-0691

        Name:       RANE, JEFFERY J
        Address:    2044 STRADELLA RD, LOS ANGELES CA 90077; 07/1998

        Name:       RANE, EVELYN V 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
        Address:    2044 STRADELLA RD, LOS ANGELES CA 90077; 09/1993
        Phone:      213/310-476-0691

        --------------------------------------------------------------
        --- PREVIOUSLY REPORTED ADDRESS                             ---
        --------------------------------------------------------------

        Address: 16732 SCHOENBORN ST, NORTH HILLS CA 91343; 02/1996

        --------------------------------------------------------------
        --- LISTED PHONE NUMBERS                                    ---
        --------------------------------------------------------------

        LARIAN, ANGELA  818-343-5447 As Of 02/1996
        LARIAN, ISAAC B 818-343-5447

        --------------------------------------------------------------
        --- PROPERTY OWNERSHIP                                      ---
        --------------------------------------------------------------

        No Information On File

        --------------------------------------------------------------
        --- REPORTED OCCUPANTS                                      ---
        --------------------------------------------------------------

        Name:       LARIAN, ISAAC B 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
        Date Rptd:  No Information On File
        Phone:      818-343-5447
        Issued:     California; 1972

    http://www.loc8fast.com/NPSearch2.asp?function=SUMMARY                6/18/2004

CONFIDENTIAL - ATTORNEYS EYES ONLY

EXHIBIT ___ 86

PAGE ___ 1398

M 0074387

```
------------------------------------------------------------------
--- POSSIBLE NEIGHBORS                                         ---
------------------------------------------------------------------

Name:      BUFORD, JONATHAN L 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
DOB:       10/03/1985
Address:   16730 SCHOENBORN ST, NORTH HILLS CA 91343; 05/2000
Phone:     818-715-0924

Name:      LARIAN, ISAAC E 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
DOB:       03/28/1954
Address:   16730 SCHOENBORN ST, NORTH HILLS CA 91343; 04/1996
Phone:     818-271-7575

Name:      LARIAN, FARHAD 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
DOB:       01/03/1961
Address:   16730 SCHOENBORN ST, NORTH HILLS CA 91343; No Date Rptd
Phone:     818-282-8755

Name:      FARHAD, LARIAN 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
Address:   16730 SCHOENBORN ST, NORTH HILLS CA 91343; No Date Rptd

Name:      MENDOZA, JUAN MANUEL 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
DOB:       09/01/1960
Address:   16730 SCHOENBORN ST, NORTH HILLS CA 91343; No Date Rptd
Phone:     818-893-7006

Name:      GARSON, RUSSELL A 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
DOB:       07//1945
Address:   16737 SCHOENBORN ST, NORTH HILLS CA 91343; 01/1996

Name:      ABARGHOEI, MOE  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
Address:   16739 SCHOENBORN ST, NORTH HILLS CA 91343; 04/2001

Name:      BENOIT, FRANCOISH M 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
DOB:       09/01/1953
Address:   16739 SCHOENBORN ST, NORTH HILLS CA 91343; No Date Rptd
Phone:     818-990-3977

------------------------------------------------------------------
--- PREVIOUSLY REPORTED ADDRESS                                ---
------------------------------------------------------------------
Address: 16730 SCHOENBORN ST, SAN FERNANDO CA 91343; No Date Rptd

------------------------------------------------------------------
--- LISTED PHONE NUMBERS                                       ---
------------------------------------------------------------------
LARIAN, ANGELA  818-343-5447
LARIAN, ISAAC E 818-343-5447 As Of 07/1993

------------------------------------------------------------------
--- PROPERTY OWNERSHIP                                         ---
------------------------------------------------------------------
No Information On File

------------------------------------------------------------------
--- REPORTED OCCUPANTS                                         ---
------------------------------------------------------------------
```

http://www.loc8fast.com/NPSearch2.asp?function=SUMMARY                6/18/2004

CONFIDENTIAL - ATTORNEYS EYES ONLY       EXHIBIT ___86___       M 0074388

PAGE ___1399___

.::Locatefast::. - Search

```
Name:       BUFORD, JONATHAN L 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
Date Rptd:  05/01/2000
Phone:      818-715-0924
Issued:     Georgia; 1987-1988

Name:       MEDICI, JEANNE S 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
Date Rptd:  12/01/1997
Phone:      818-340-3046
Issued:     California; 1975

Name:       LARIAN, SHOREH
Date Rptd:  06/01/1997
Phone:      818-789-8262
Issued:     No Information On File

Name:       LARIAN, ISAAC E 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
Date Rptd:  04/01/1996
Phone:      818-271-7575
Issued:     California; 1972

Name:       LARIAN, FARHAD  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
Date Rptd:  01/01/1996
Phone:      No Information On File
Issued:     No Information On File

Name:       LARIAN, AGHDAS
Date Rptd:  09/01/1995
Phone:      No Information On File
Issued:     No Information On File

Name:       MAKABI, SHIRIN
Date Rptd:  06/01/1994
Phone:      No Information On File
Issued:     No Information On File

Name:       MAKABI, SHIRIN LARIAN 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
Date Rptd:  06/01/1994
Phone:      818-784-9835
Issued:     California; 1985-1986
```

-------------------------------------------------------------
--- POSSIBLE NEIGHBORS
-------------------------------------------------------------

```
Name:       JONES, DORRTI 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
DOB:        08/09/1945
Address:    16700 SCHOENBORN ST, NORTH HILLS CA 91343; 07/2001

Name:       DEVRIES, HUGH J 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
DOB:        09/15/1925
Address:    16700 SCHOENBORN ST, NORTH HILLS CA 91343; 07/2001
Phone:      818-893-6906

Name:       HOYT, ROBERT A 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
Address:    16700 SCHOENBORN ST, NORTH HILLS CA 91343; 11/2000
Phone:      818-251-1955

Name:       HOYT, DOROTHY M
Address:    16700 SCHOENBORN ST, NORTH HILLS CA 91343; 07/1995
```

CONFIDENTIAL - ATTORNEYS EYES ONLY

EXHIBIT _____ 86

PAGE _____ 1400

M 0074389

.::Locatefast::. - Search

```
Name:     HOYT, DEB M 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
Address:  16700 SCHOENBORN ST, NORTH HILLS CA 91343; 05/1994
Phone:    818-251-1955

Name:     SOLIVEN, DOROTEO T 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
DOB:      03/21/1945
Address:  16719 SCHOENBORN ST, NORTH HILLS CA 91343; 09/1995
Phone:    818-722-4123

Name:     GARSON, RUSSELL A 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
DOB:      07//1945
Address:  16737 SCHOENBORN ST, NORTH HILLS CA 91343; 01/1996

Name:     BENOIT, FRANCOISE M 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
DOB:      09/01/1953
Address:  16739 SCHOENBORN ST, NORTH HILLS CA 91343; 07/2001
Phone:    818-990-3977

Name:     ABARGHOEI, MOE  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
Address:  16739 SCHOENBORN ST, NORTH HILLS CA 91343; 04/2001

Name:     BENNETT, NANCY LEE 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
DOB:      12/20/1941
Address:  16745 SCHOENBORN ST, NORTH HILLS CA 91343; 11/2000
Phone:    818-999-1592

Name:     ASPOUR, KHALIL I 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
DOB:      06//1964
Address:  16755 SCHOENBORN ST, NORTH HILLS CA 91343; 05/1997

Name:     DEGUZMAN, JOSEPH L 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
Address:  16799 SCHOENBORN ST, NORTH HILLS CA 91343; 04/2001
```

-------------------------------------------------------------------
---       THE FOLLOWING ADDRESSES WERE NOT SEARCHED FURTHER      ---
-------------------------------------------------------------------
216 OXFORD , LOS ANGELES CA 90004; No Date Rptd

--- Bankruptcies, Tax Liens & Civil Judgements                  ---

```
Name:         LARIAN,ANGELA
SSN:
Address:      2045 STRADELLA RD LOS ANGELES CA 90077
Court:        LOS ANGELES MUNICIPAL - LA COUNTY, CIVIL JUDGMENT
Case Number:  96K01783
Plaintiff:    CALIFORNIA BUS BUREAU INC
Filing Date:  08/12/1996
```

-------------------------------------------------------------------
---   THE FOLLOWING DATABASES WERE SEARCHED BUT YIELDED NO RESULTS  ---
-------------------------------------------------------------------
National Death Index.............................................No Records Found
Marriage Index...................................................No Records Found

CONFIDENTIAL - ATTORNEYS EYES ONLY

EXHIBIT  86

PAGE  1401

M 0074390

```
Divorce Index..................................................No Records Found
National Real Property.........................................No Records Found
FAA Airmen.....................................................No Records Found
FAA Aircraft...................................................No Records Found
National Coast Guard Mechant Vessels...........................No Records Found
Drug Enforcement Administration................................No Records Found
```

```
*******************************************************************************
***                             DISCLAIMER                                 ***
*******************************************************************************
```

The accuracy of the data submitted by the requestor will directly determine the
accuracy of the results obtained. While the information furnished is from
reliable sources, its accuracy is not guaranteed and can only be verified at its
original source. Use of available data may be subject to FCRA and other
applicable law.

*** End of Report ***

About Us / Searches / Logout / Register

- ©mmlv, www.loc8fast.com | www 2
- Our site requires Internet Explorer 4.01 and greater, Netscape 4.0 and greater or equivalent
- This site is for the explicit use www.loc8fast.com customers. Usage is monitored - Privacy Statement

CONFIDENTIAL - ATTORNEYS EYES ONLY     EXHIBIT \_\_\_\_86\_\_\_\_       M 0074391

PAGE \_\_\_\_1402\_\_\_\_

.::Locatefast::. - Search

6/18/2004 11:32:10 AM
Search Criteria
SSN:        402235124

| | Name/SSN | Address/County | Phone # | DOB/Lic# | Reported |
|---|---|---|---|---|---|
| 1. | LARIAN, ANGELA L<br>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 | 237 CAROLWOOD DR<br>LOS ANGELES, CA 90077<br>LOS ANGELES County | (213/310) 271-7575 | | 11/01/1998 |
| 2. | LARIAN, ANGELA L<br>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 | 37 CAROLWOOD DR<br>LOS ANGELES, CA 90077<br>LOS ANGELES County | (213/310) 271-7575 | | 07/01/1998 |
| 3. | LARIAN, ANGELA<br>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 | 2045 STRADELLA RD<br>LOS ANGELES, CA 90077<br>LOS ANGELES County | (213/310) 343-5447 | | 04/01/1996 |
| 4. | LARIAN, ANGELA<br>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 | 16732 SCHOENBORN ST<br>NORTH HILLS, CA 91343<br>LOS ANGELES County | (818) 343-5447 | | 02/01/1996 |
| 5. | LARIAN, ANGELA<br>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 | 16730 SCHOENBORN<br>SAN FERNANDO, CA 91343<br>LOS ANGELES County | (818) 343-5447 | | // |
| 6. | LARIAN, ANGELA<br>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 | 216 OXFORD<br>LOS ANGELES, CA 90004<br>LOS ANGELES County | (213) 343-5447 | | // |

CONFIDENTIAL - ATTORNEYS EYES ONLY

EXHIBIT ___86___

PAGE ___1403___

M 0074392



# FOUNDERS WALL DONORS



*Special thanks to all of our families who support our school!*

*Jump to:*

**2002-2003**

GUARDIAN ANGEL
FLAWLESS DIAMOND EAGLE
PLATINUM EAGLE
GOLD EAGLE
SILVER EAGLE
BRONZE EAGLE

**or scroll down for the whole list.**

*EL RODEO SCHOOL*
*605 NORTH WHITTIER DR.*
*BEV. HILLS, CA.*
*90210*

GUARDIAN ANGEL

* THE MCALISTER FAMILY

http://cr.beverlyhills.k12.ca.us/pta/fundraising-wallnames.html              5/23/2004

CONFIDENTIAL - ATTORNEYS EYES ONLY

EXHIBIT __86__        M 0074393

PAGE __1404__

El Rodeo School PTA - Founders Wall Donors                              Page 2 of 4

Back to top

## FLAWLESS DIAMOND EAGLE

* THE BOSSE FAMILY
* THE DUBIN/ ELLERIN FAMILY
* THE GAON FAMILY, MARIA ,ALEXANDER,ZACHERY & GRANT
* WINNIE, LULU, RUDY, AND CURLY JACKSON-UKRA
* THE NEMAN BROTHERS

Back to top

## PLATINUM EAGLE

* THE GABBAY FAMILY, MYRA,ALAIN,PETER,CECE,BENJI & ETHAN
* HILDY,WALTER,MIRANDA & JOANNA HILL
* THE JANKOWSKI FAMILY
* THE JOELSON FAMILY
* THE LARIAN FAMILY, ISAAC,ANGELA,JASON,JASMIN & CAMERON
* THE RESNIKOFF FAMILY,BRUCE,CLAUDIA,NICOLE & BLAKE
* THE SALZMAN FAMILY

Back to top

## GOLD EAGLE

* THE RICK BRUCKER FAMILY
* DEB & CRAIG BRUENELL FOR BRAD & SAUL
* THE HAYOSTEK FAMILY
* THE HEBERT FAMILY
* THE HENDRY FAMILY, STEPHEN, PAM , ERICA & SARAH
* ABE & OURITE KAMARA
* THE MESHKATY FAMILY , NOOSHIN, YAR ,AZADEH, SHAHYAD& CAMYAR
* THE RAPPAPORT FAMILY, KURT, JULIETTE,JAKE & LUKE
* THE RENNIE FAMILY, MATT,EVAN, FRANNY & STEVE
* THE STONE FAMILY,RONIT, RON 72,TAMARA 05,TALIA 06 & CARLY 08

Back to top

## SILVER EAGLE

* THE AVCHEN FAMILY

http://er.beverlyhills.k12.ca.us/pta/fundraising-wallnames.html                5/23/2004

CONFIDENTIAL - ATTORNEYS EYES ONLY

EXHIBIT ___86___          M 0074394
PAGE ___1405___

El Rodeo School PTA - Founders Wall Donors                                    Page 3 of 4

* THE DUBIN FAMILY, ALEX,JOSH,ELLIE & RYAN
* SHAYDA & JIMMY EBRAHIMI
* LISA , PHILIP, BRANDON & SEBASTIAN ELGHANIAN
* THE ELKOBY FAMILY, VIVIAN,MIKE, JACKY, JONNY& JESSICA,
* THE FRIEDBERG FAMILY,SUSIE,JIM, JASON & AUSTIN
* JOSZEF GRAIN AND FAMILY
* RANDI, WARREN & JORDAN GRANT
* BEN HABER & FAMILY
* ERIK HOLMBERG & RONNA KRESS
* THE KATEMAN FAMILY
* THE KESTENBAUM FAMILY, JULIE , PAUL , MAX,ELI & LEO
* THE LICHT FAMILY , LISA ,ANDY,LUCY,DANNY & JOEY
* THE NEEDLEMAN FAMILY
* THE PRINCE FAMILY
* THE SHAPIRO FAMILY , STEPHEN,LEIGH, SPENCER & RILEY
* THE WACHTEL FAMILY
* THE WEST FAMILY , DAVID, SUSAN, HENRY & CHLOE
* JEREMY ,LUCAS  & AMELIA WOHL & AUTUMN BRANTLEY
* THE ZADEH FAMILY

Back to top


BRONZE EAGLE

* HELEN & GEORGE ABE, JIMMY ( CLASS OF 2000) & ROSEMERI
* THE AN FAMILY
* THE BANIHASHEMI FAMILY
* MITRA, MYLES & CALVIN BERMAN
* THE BRONSON FAMILY, BRAD, BRITTANY, McCall& MIA
* THE BRUSER/CLARK FAMILY
* THE COOK/ WOODS FAMILY
* THE SAL & ALONA GABBAY FAMILY
* JODI& DOUGLAS GALEN,SAMANTHA, JOSH & RACHEL
* ANREW & HARRISON HOPP
* DANIEL, JAMIE ,ZACH & ZOE HAWTOF
* THE JASON FAMILY, JUDY, BOB,JENNIFER,MICHAEL & JONATHAN
* THE KLUFT FAMILY
* LISA & IGGY KORBATOV,LAUREN,ANNA BELLA & ELIZABETH
* THE LEIB FAMILY
* THE MARMUREANU FAMILY
* SHAYESTEH & KAMRAN NEMAN
* ROBERT,CINDY,LEAH,SARA& JENNA NEWMAN
* THE O'NEILL FAMILY
* THE PERLMAN FAMILY
* THE ROSS FAMILY,NANCY,GARY,JACK & ERIC
* THE SCHKOLNICK FAMILY
* THE SHAYAN FAMILY
* MALLORY,MICAH,MARK & DIANE SMITH
* MAGGIE, FRED, DANIELLA, MICHAEL & KAYLA SOLEIMANI
* JEREMY,LUCAS& AMELIA WOHL
* SABRINA, KAMRAN, BRANDON & DIANDRA YOUNESSI


Back to top

CONFIDENTIAL - ATTORNEYS EYES ONLY

EXHIBIT ____ 86

PAGE ____ 1406

M 0074395

El Rodeo School PTA – Founders Wall Donors

**Other Fundraisers:**
**Membership Drive**
**Annual Drive**

| Grades K-5 | Grades 6-8 | School Information | PTA | Activities | Student Work |
| HOME | What's New? |

CONFIDENTIAL - ATTORNEYS EYES ONLY

EXHIBIT __B6__

PAGE __1407__

M 0074396

**EXHIBIT 87**

1   QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
    John B. Quinn (Bar No. 090378)
2     johnquinn@quinnemanuel.com
    Michael T. Zeller (Bar No. 196417)
3     (michaelzeller@quinnemanuel.com)
    Jon D. Corey (Bar No. 185066)
4     (joncorey@quinnemanuel.com)
    Timothy L. Alger (Bar No. 160303)
5     (timalger@quinnemanuel.com)
  865 South Figueroa Street, 10th Floor
6   Los Angeles, California 90017-2543
  Telephone: (213) 443-3000
7   Facsimile: (213) 443-3100

8   Attorneys for Mattel, Inc.

9

10               UNITED STATES DISTRICT COURT

11             CENTRAL DISTRICT OF CALIFORNIA

12                  EASTERN DIVISION

| | |
|---|---|
| 13   CARTER BRYANT, an individual, | CASE NO. CV 04-09049 SGL (RNBx) |
| 14         Plaintiff, | Consolidated with Case Nos. CV 04-9059 and CV 05-2727 |
| 15     vs. | |
| 16   MATTEL, INC., a Delaware corporation, | Hon. Stephen G. Larson |
| 17        Defendant. | SUPPLEMENTAL RESPONSES TO MGA'S FIRST SET OF INTERROGATORIES TO MATTEL, INC. |
| 18 | |
| 19   AND CONSOLIDATED ACTIONS. | |

20

21

22   PROPOUNDING PARTY:     MGA ENTERTAINMENT, INC.

23   RESPONDING PARTY:     MATTEL, INC.

24   SET NO.:             ONE (1)

25

26               **ATTORNEY'S EYES ONLY --**

27            **SUBJECT TO PROTECTIVE ORDER**

                              EXHIBIT **B7**

28                                PAGE **1408**

07209/2267105.11

SUPPLEMENTAL RESPONSES AND OBJECTIONS TO MGA'S FIRST SET OF INTERROGATORIES

## Preliminary Statement

Mattel has not yet completed its investigation of the facts relating to this action, has not yet reviewed all documents relating to this action, has not yet interviewed all witnesses in this action, and has yet to receive requested discovery from defendants Carter Bryant and from defendant MGA Entertainment, Inc. ("MGA") with regard to this action.  Consequently, Mattel reserves the right to amend and/or supplement its responses if and when additional facts or documents are discovered.  Additionally, because Mattel's responses are based on facts and documents that Mattel has identified to date, they do not preclude Mattel from later relying on facts or documents discovered or generated pursuant to subsequent investigation or discovery.  Mattel's partial response to any of MGA's First Set of Interrogatories (the "Interrogatories") is not to be construed as a waiver of any of its objections or its right to object to any other Interrogatory or discovery request.

## General Objections

Mattel generally objects to each of the Interrogatories on each and every one of the following grounds, which are incorporated into and made a part of Mattel's response to each and every individual Interrogatory:

1.    Mattel objects to the Interrogatories on the grounds that they seek to impose obligations upon Mattel beyond those imposed by the Federal Rules of Civil Procedure.

2.    Mattel objects to the Interrogatories on the grounds that they call for the disclosure of information subject to the attorney-client privilege, the attorney work-product doctrine, or any other applicable privilege, including the privilege against disclosure of the identities and work product of consulting experts.  Such information and documents will not be produced.

3.    Mattel objects to the Interrogatories on the grounds that they seek the disclosure of information or documents that are in the possession, custody and control of independent parties over whom Mattel has no control, including

07209/2267105.11

-2-

1 | without limitation to defendants Carter Bryant and MGA Entertainment Inc.

2 | ("MGA"), and seek the disclosure of information or documents that are in the

3 | possession, custody and control of defendants or are publicly available and hence

4 | equally available to all parties to this litigation.

5 |     4.    Mattel objects to the Interrogatories on the grounds that they

6 | seek information that is neither relevant to the claims or defenses of any party to the

7 | pending action nor reasonably calculated to lead to the discovery of admissible

8 | evidence.

9 |     5.    Mattel objects to the Interrogatories on the grounds that they are

10 | unduly burdensome and oppressive.

11 |     6.    Mattel objects to the Interrogatories on the grounds that they

12 | seek the disclosure of information or documents in violation of the terms of

13 | agreements or protective orders entered into with third parties, or in violation of the

14 | privacy, contractual, or other rights of third parties.

15 |     7.    Mattel objects to the Interrogatories on the grounds that the

16 | definition of "Mattel" is overbroad, vague and ambiguous and unduly burdensome.

17 | **Specific and General Objections and Supplemental Responses**

18 |     Each of the following objections and responses to the Interrogatories is

19 | expressly made subject to the above Preliminary Statement and General Objections,

20 | all of which are incorporated in each of the following objections and responses to

21 | specific Interrogatories.

22 |

23 | **INTERROGATORY NO. 1:**

24 |     State all facts, with particularity, and IDENTIFY all DOCUMENTS

25 | that support YOUR contention, if YOU so contend, that YOU have suffered harm as

26 | a result of any act or omission of MGA.

27 |

28 |

EXHIBIT __87__

PAGE __1410__

07209/2267105.11

-3-

SUPPLEMENTAL RESPONSES AND OBJECTIONS TO MGA'S FIRST SET OF INTERROGATORIES

1    By way of further answer, pursuant <u>to Federal Rule of Civil Procedure</u>

2  <u>33(d)</u>, Mattel has produced responsive, non-privileged documents and tangible items

3  in its possession, custody or control from which the answer to this Interrogatory may

4  be derived.

5    Mattel continues its factual investigation and currently has outstanding

6  discovery requests to Bryant and to MGA, as well as motions to compel Bryant and

7  MGA to disclose information relevant to this subject.  Mattel reserves the right to

8  supplement this response and, consistent with its obligations under <u>Federal Rule of</u>

9  <u>Civil Procedure</u> 26(e), Mattel will supplement this response if Mattel receives

10  additional responsive information.

11

12  **INTERROGATORY NO. 10:**

13    State, with particularity, when and how MATTEL first learned that

14  BRYANT performed work for MGA.

15

16  **SUPPLEMENTAL RESPONSE TO INTERROGATORY NO. 10:**

17    In addition to the general objections stated above, Mattel specifically

18  objects to this Interrogatory as unreasonably burdensome, overbroad and

19  incomprehensible in that it defines "Mattel" to include "past . . . employees,"

20  including but not limited to defendant Carter Bryant and a number of other former

21  Mattel employees who worked with Carter Bryant to design and develop Bratz after

22  each had been a Mattel employee and who, at that time, had no relationship with

23  Mattel that would have required those persons to disclose to Mattel the development

24  of the Bratz dolls.  Mattel further objects to this interrogatory on the grounds that it

25  is vague and ambiguous with regard to the phrase "first learned that BRYANT

26  performed work for MGA."  Mattel further objects to this Interrogatory on the

27  grounds that it calls for information that is neither relevant to the claims or defenses

28  of any party to the pending action nor reasonably calculated to lead to the discovery

-111-    EXHIBIT  **81**

SUPPLEMENTAL RESPONSES AND OBJECTIONS TO MGA'S FIRST SET OF INTERROGATORIES

**1411**

1 | of admissible evidence.  Mattel further objects to this Interrogatory on the grounds
2 | that it calls for the disclosure of information subject to the attorney-client privilege,
3 | the attorney work-product doctrine and other applicable privileges.  Mattel
4 | continues its factual investigation and currently awaits MGA's compliance with
5 | multiple Court Orders compelling MGA to produce documents, to answer
6 | Interrogatories and to produce witnesses for deposition which MGA still has not
7 | complied with and indeed that the Court has found MGA violated.  Mattel also has
8 | pending motions to compel against defendants MGA, Bryant, Machado and others
9 | associated with defendants, including to compel them to produce documents, to
10 | appear for deposition and to answer requests for admissions.  In addition, the
11 | depositions of certain witnesses, including without limitation Carter Bryant and
12 | various MGA representatives, have yet to be completed, and other witnesses,
13 | including various MGA representatives such as Gustavo Machado, Ron Brawer,
14 | Mariana Trueba, Pablo Vargas, Janine Brisbois, Shirin Salemnia, as well as
15 | Veronica Marlow, Margaret Hatch-Leahy and Elise Cloonan, have yet to be
16 | produced for deposition.  Furthermore, although MGA's original production in this
17 | case regarding the alleged origins and development of Bratz consisted of only a few
18 | thousand pages, and only after multiple Court Orders compelling MGA and Bryant
19 | to produce their documents, MGA and other Defendants have begun to produced
20 | voluminous documents only in recent weeks, including documents that Mattel has
21 | been unable to access or review because of technical deficiencies in MGA's
22 | production that MGA only recently corrected.  Furthermore, despite prior Court
23 | Order directing MGA to provide documents in unredacted form, MGA has failed to
24 | comply and thus continues to deny Mattel information that the Court has ruled
25 | Mattel is entitled to.  The review of MGA's, Bryant's and other Defendants' belated,
26 | and still incomplete, productions continues.  Mattel reserves the right to supplement
27 | this response consistent with <u>Federal Rule of Civil Procedure</u> 26(e).
28 |

07209/2267105.11

-112-

EXHIBIT 87

1412

1        Subject to and without waiving the foregoing general and specific

2  objections, Mattel responds as follows:

3        Excluding from this response defendant Carter Bryant and those former

4  Mattel employees who worked with defendant Carter Bryant to design and develop

5  Bratz, Mattel states as follows:  Bryant and MGA acted to conceal, including by

6  Bryant's affirmative misrepresentations to Mattel during his Mattel employment,

7  Bryant's involvement with Bratz.  To Mattel's knowledge, Bryant was first publicly

8  and definitively confirmed as the Bratz designer in the July 18, 2003 <u>Wall Street</u>

9  <u>Journal</u> article, in which Isaac Larian also indicated that Bryant had been involved in

10  some manner with MGA in or about "late 1999."

11        After Bryant left Mattel, but prior to the July 18, 2003 article, there was

12  rumor and innuendo that Bryant may be working with MGA on Bratz.  Mattel

13  conducted an investigation in Spring 2002 based on allegations that Bryant may

14  have plagiarized "Toon Teens" and created Bratz dolls for MGA, and later in

15  August 2002 based on an anonymous letter sent to Mattel.  The letter's author

16  (whoever it was) offered no evidence for his or her allegations.  The potential claims

17  investigated in 2002 have not been asserted in this case.  In March 2002, Mattel

18  investigated allegations of possible copyright infringement of "Toon Teens" designs,

19  not whether Mr. Bryant created Bratz or worked with MGA during his Mattel

20  employment.  The potential claims investigated in 2002 did not give Mattel any

21  knowledge, or even reason to believe, that Bryant worked for MGA and/or

22  conceived of Bratz while a Mattel employee.

23        Subsequently, on November 24, 2003, Mattel obtained a copy of a

24  contract between defendant Carter Bryant and defendant MGA.  That contract--

25  which Bryant and MGA had entered into while Bryant was employed by Mattel--

26  required Bryant to provide design services to MGA on a "top priority" basis, in

27  conflict with his then-existing obligations to Mattel.  It also purported to grant MGA

28  ownership of works produced by Bryant both before and after the agreement's

07209/2267105.11

-113-

EXHIBIT __81__

1   effective date, in further contravention of his obligations to Mattel.  Through this

2   agreement, Mattel first determined that it was likely that Bryant worked as a

3   designer for a Mattel competitor, MGA, while being employed and paid by Mattel

4   for his exclusive services as a designer.

5         Also, and as the Court determined in its Order denying defendant's

6   Motion for Termination Sanctions dated August 29, 2007 — one of defendants'

7   unsuccessful attempts to avoid a trial on the merits of Mattel's claims — that

8   "November 24, 2003, marks the date when litigation between Mattel and Bryant

9   became more than merely speculative and in fact became probable. . . . Although

10   prior to this date an internal investigation may have raised suspicion on Mattel's part

11   that litigation might arise, there was no evidence presented to the Court that Mattel

12   should have known it had a viable claim against Bryant before November 2003."

13         Answering further, the fact that Bryant worked with MGA while

14   employed by Mattel was confirmed for the first time by Bryant at his deposition in

15   November 2004, which took place only after Bryant had refused to be deposed for

16   months and only after the Court entered two Orders compelling him to testify.  At

17   that time, he acknowledged that he worked on the "Bratz" project and an ostensibly

18   separate project that defendants purport to call "Angel" during the time of his Mattel

19   employment.

20         By way of a further answer, the deposition of Jill Nordquist was taken

21   in this action from which the answer to this Interrogatory may be further derived.

22         By way of further answer, pursuant to Federal Rule of Civil Procedure

23   33(d), Mattel has produced responsive, non-privileged documents and tangible items

24   in its possession, custody or control from which the answer to this Interrogatory may

25   be derived, including the documents identified in response to Interrogatory No. 1.

26         By way of further answer, this topic may be the subject of expert

27   testimony, which will be disclosed in the manner, and at the time, required for

28   expert disclosures pursuant to the Federal and Local Rules.

EXHIBIT __81__

-114-

PAGE __1414__

1   Mattel continues its factual investigation and currently has outstanding

2   discovery requests to Bryant and to MGA, as well as motions to compel Bryant and

3   MGA to disclose information relevant to this subject.  Mattel reserves the right to

4   supplement this response and, consistent with its obligations under Federal Rule of

5   Civil Procedure 26(e), Mattel will supplement this response if Mattel receives

6   additional responsive information.

7

8   **INTERROGATORY NO. 11:**

9   State, with particularity, when and how MATTEL first learned that

10   BRYANT conceived of the BRATZ CONCEPT.

11

12   **SUPPLEMENTAL RESPONSE TO INTERROGATORY NO. 11:**

13   In addition to the general objections stated above, Mattel specifically

14   objects to this Interrogatory on the grounds that it calls for the disclosure of

15   information subject to the attorney-client privilege, the attorney work-product

16   doctrine and other applicable privileges.  Mattel further objects to this Interrogatory

17   as unreasonably burdensome and overbroad in that it purports to require Mattel to

18   summarize all facts on this subject, including without limitation facts that are known

19   to or in the possession, custody and control of defendants and non-parties, including

20   non-parties associated with defendants.  Mattel further objects to this interrogatory

21   on the grounds that it is vague and ambiguous with regard to the phrase "first

22   learned that BRYANT conceived of the BRATZ CONCEPT."  Mattel further

23   objects to this interrogatory on the grounds that it is unreasonably burdensome and

24   overbroad in that it defines "Mattel" to include "past . . . employees," including but

25   not limited to defendant Carter Bryant and a number of other former Mattel

26   employees who worked with Carter Bryant to design and develop Bratz after each

27   had been a Mattel employee and who, at that time, had no relationship with Mattel

28   that would have required those persons to disclose to Mattel the development of the

EXHIBIT __ **87**

**1415**

1  Bratz dolls.  Mattel further objects to this Interrogatory on the grounds that it calls

2  for information that is neither relevant to the claims or defenses of any party to the

3  pending action nor reasonably calculated to lead to the discovery of admissible

4  evidence.  Mattel further objects to this Interrogatory because defendant Bryant

5  refuses to allow the completion of his deposition and because defendant MGA

6  refuses to produce any witness for deposition.  Moreover, defendants have refused

7  for months, despite Mattel's requests, to provide the originals of their drawings,

8  including those that they performed unauthorized destructive testing on, and thus

9  continue to withhold and conceal from Mattel information necessary for it to

10  evaluate and take discovery as to the drawings and thus to respond to this

11  Interrogatory.  Mattel continues its factual investigation and currently awaits MGA's

12  compliance with multiple Court Orders compelling MGA to produce documents, to

13  answer Interrogatories and to produce witnesses for deposition which MGA still has

14  not complied with and indeed that the Court has found MGA violated.  Mattel also

15  has pending motions to compel against defendants MGA, Bryant, Machado and

16  others associated with defendants, including to compel them to produce documents,

17  to appear for deposition and to answer requests for admissions.  In addition, the

18  depositions of certain witnesses, including without limitation Carter Bryant and

19  various MGA representatives, have yet to be completed, and other witnesses,

20  including various MGA representatives such as Gustavo Machado, Ron Brawer,

21  Mariana Trueba, Pablo Vargas, Janine Brisbois, Shirin Salemnia, as well as

22  Veronica Marlow, Margaret Hatch-Leahy and Elise Cloonan, have yet to be

23  produced for deposition.  Furthermore, although MGA's original production in this

24  case regarding the alleged origins and development of Bratz consisted of only a few

25  thousand pages, and only after multiple Court Orders compelling MGA and Bryant

26  to produce their documents, MGA and other Defendants have begun to produced

27  voluminous documents only in recent weeks, including documents that Mattel has

28  been unable to access or review because of technical deficiencies in MGA's

EXHIBIT  87

PAGE  1416

1  production that MGA only recently corrected.  Furthermore, despite prior Court

2  Order directing MGA to provide documents in unredacted form, MGA has failed to

3  comply and thus continues to deny Mattel information that the Court has ruled

4  Mattel is entitled to.  The review of MGA's, Bryant's and other Defendants' belated,

5  and still incomplete, productions continues.  Mattel reserves the right to supplement

6  this response consistent with Federal Rule of Civil Procedure 26(e).

7         Subject to and without waiving the foregoing general and specific

8  objections, Mattel responds as follows: See response to Interrogatory No. 10.

9         By way of further answer, this topic may be the subject of expert

10  testimony, which will be disclosed in the manner, and at the time, required for

11  expert disclosures pursuant to the Federal and Local Rules.

12         Mattel continues its factual investigation and currently has outstanding

13  discovery requests to Bryant and to MGA, as well as motions to compel Bryant and

14  MGA to disclose information relevant to this subject.  Mattel reserves the right to

15  supplement this response and, consistent with its obligations under Federal Rule of

16  Civil Procedure 26(e), Mattel will supplement this response if Mattel receives

17  additional responsive information.

18

19  DATED:  December 7, 2007         QUINN EMANUEL URQUHART OLIVER & HEDGES. LLP

20

21

22                                  By _____

23                                     B. Dylan Proctor
                                       Attorneys for Plaintiff Mattel, Inc.

24

25

26

27                                  EXHIBIT __81__

28                                  PAGE __1417__

07209/2267105.11

-117-

SUPPLEMENTAL RESPONSES AND OBJECTIONS TO MGA'S FIRST SET OF INTERROGATORIES

**PROOF OF SERVICE**

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is Now Legal Service, 1301 W. 2nd Street, Suite 206, Los Angeles, CA 90026.

On December 10, 2007, I served true copies of the following document(s) described as **SUPPLEMENTAL RESPONSES TO MGA'S FIRST SET OF INTERROGATORIES TO MATTEL, INC.** on the parties in this action as follows:

Thomas Nolan, Esq.                    Michael H. Page, Esq.
**SKADDEN ARPS SLATE MEAGHER**       **KEKER & VAN NEST, LLP**
**& FLOM, LLP**                       710 Sansome Street
300 South Grand Avenue, Suite 3400    San Francisco, CA 94111
Los Angeles, CA 90071

**BY PERSONAL SERVICE:** I delivered such envelope(s) by hand to the office of the person(s) being served.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on December 10, 2007, at Los Angeles, California.

_____
NOW LEGAL -- Dave Quintana

EXHIBIT ___81___

07209/2316715.1                    -1-                    PAGE 1418

1

**PROOF OF SERVICE**

2      I am employed in the County of Los Angeles, State of California.  I am over the age of eighteen years and not a party to the within action; my business address is 865 South Figueroa

3    Street, 10th Floor, Los Angeles, California 90017-2543.

4    On December 10, 2007, I served true copies of the following document(s) described as **SUPPLEMENTAL RESPONSES TO MGA'S FIRST SET OF INTERROGATORIES TO**

5    **MATTEL, INC.** on the parties in this action as follows:

6        Mark E. Overland, Esq.
         David C. Scheper, Esq.

7        Alexander H. Cote
         **OVERLAND BORENSTEIN**

8        **SCHEPER & KIM LLP**
         300 South Grand Avenue, Suite 2750

9        Los Angeles, CA 90071-3144

10   **BY MAIL:**  I enclosed the foregoing into sealed envelope(s) addressed as shown above, and I deposited such envelope(s) in the mail at Los Angeles, California.  The envelope was mailed with

11   postage thereon fully prepaid.

12        I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

13

14        Executed on December 10, 2007, at Los Angeles, California.

15

16                                      _____
                                        Charlene Ho

17

18

19

20

21

22

23

24

25

26

27

28

07209/2316731.1

EXHIBIT ___87___

PAGE ___1419___

**EXHIBIT 88**



To give Zoe a whole new look for
night, change her short dark
brown hairstyle to her long
blonde hairdo (included), change
her pants to a skirt (also
included) and change her
sneakers to platform sandals (you
get those too!)

8/1998

EXHIBIT __80__

PAGE __1420__

MGA000455

ATTORNEY'S EYES
ONLY

DEPOSITION
EXHIBIT
9
11-5-04        SH



8/1998

ATTORNEY'S EYES ONLY

MGA000456

EXHIBIT _88_

PAGE _1421_



ATTORNEY'S EYES
ONLY

MGA000457

EXHIBIT _____ 88

PAGE _____ 1422



8/1998

ATTORNEY'S EYES
ONLY

MGA000458

EXHIBIT ___ 88 ___

PAGE ___ 1423 ___



8/1998

ATTORNEY'S EYES
ONLY

MGA000459

EXHIBIT __88__

PAGE __1424__



ATTORNEY'S EYES
ONLY

MGA000460

EXHIBIT _____ 88

PAGE ___ 1425



8/998

ATTORNEY'S EYES ONLY

MGA000461

EXHIBIT 88

PAGE 1426



8/1998

ATTORNEY'S EYES
ONLY

MGA000462

88

1427



8/1998

ATTORNEY'S EYES
ONLY

MGA000463

EXHIBIT ___88___

PAGE ___1428___



ATTORNEY'S EYES ONLY

MGA000464

EXHIBIT __88__

PAGE __1429__

**EXHIBIT 89**



To give Zoe a whole new look for night, change her short dark brown hairstyle to her long blonde hairdo (included), change her pants to a skirt (also included) and change her sneakers to platform sandals (you get those too!)

8/1998

EXHIBIT 89

PAGE 1430

MGA000465

ATTORNEY'S EYES ONLY

DEPOSITION EXHIBIT
9



8/1998

ATTORNEY'S EYES ONLY

All Rights Assigned to ABC International Traders
d/b/a MGA Entertainment.

Isaac Larian, CEO

MGA000466

Contract date: 9/18/00

EXHIBIT __89__

PAGE __1431__



All Rights Assigned to ABC International Traders
d/b/a MGA Entertainment.



Isaac Larian, CEO

Contract date: 9/18/00

ATTORNEY'S EYES
ONLY

MGA000467

EXHIBIT ___89___

PAGE ___1432___



8/1998

ATTORNEY'S EYES ONLY

All Rights Assigned to ABC International Traders d/b/a MGA Entertainment.

Isaac Larian, CEO

Scanned date: 9/5/00

MGA000468

EXHIBIT 89

PAGE 1433



© 1998

ATTORNEY'S EYES ONLY

MGA000489

All Rights Assigned to ABC International Traders d/b/a MGA Entertainment.

Isaac Larian, CEO

Contract date: 9/1/00

EXHIBIT 89

PAGE 1434



©
8/1998

MGA000470

ATTORNEY'S EYES
ONLY

All Rights Assigned to ABC International Traders
d/b/a MGA Entertainment.

Isaac Larian, CEO

Contract date  9/12/00

EXHIBIT ___89___

PAGE ___1435___



8/1998

MGA000471

All Rights Assigned to ABC International Traders
d/b/a MGA Entertainment.



Isaac Larian, CEO

Contract date   9/18/00

ATTORNEY'S EYES
ONLY

EXHIBIT   89

1436



MGA000472

All Rights Assigned to ABC International Traders
d/b/a MGA Entertainment.

Isaac Larian, CEO

ATTORNEY'S EYES
ONLY

Contract date : 9/12/00

EXHIBIT 89

PAGE 1437



8/1998

MGA000473

All Rights Assigned to ABC International Traders
d/b/a MGA Entertainment.

Isaac Larian, CEO

ATTORNEY'S EYES
ONLY

Contract date  9/18/00

EXHIBIT ___ 89

PAGE ___ 1438



All Rights Assigned to ABC International Traders dba MGA Entertainment.

Isaac Larian, CEO

Correct and true · 9/18/00

ATTORNEY'S EYES ONLY

MGA000474

EXHIBIT 89

PAGE 1439



MGA000475

All Rights Assigned to ABC International Traders d/b/a MGA Entertainment.

Isaac Larian, CEO

ATTORNEY'S EYES ONLY

EXHIBIT __89__

PAGE __1440__



MGA000476

All Rights Assigned to ABC International Traders
d/b/a MGA Entertainment.

Isaac Larian, CEO

Contract du to  9/15/00

ATTORNEY'S EYES
ONLY

EXHIBIT   89

1441



MGA000477

All Rights Assigned to ABC International Traders
d/b/a MGA Entertainment.

Isaac Larian, CEO

June 2000
Contract date . 4/13/2001

ATTORNEY'S EYES
ONLY

EXHIBIT 89

PAGE 1442



MGA000478

All Rights Assigned to ABC International Traders d/b/a MGA Entertainment.

Isaac Larian, CEO

Contract date: 9/18/00

ATTORNEY'S EYES ONLY

EXHIBIT __89__

PAGE __1443__



BASIC DOLL PIECE COUNT

HAIRSTYLE #1

LONG TEE

SHORT TEE

JEANS

SNEAKERS

HAIRSTYLE #2

MARY JANES

TOTAL PIECES*
. LONG SLEEVED TEE SHIRT
. CUFFED "JEANS"
. SHORT SLEEVED TEE SHIRT
. SKIRT
. POP-ON/OFF SNEAKERS
. POP-ON/OFF MARY JANES
. BACKPACK
. LONG HAIRSTYLE "WIG" (POP-ON/OFF)
. SHORT HAIRSTYLE "WIG" (POP-ON/OFF)
. DOLL BODY/HEAD

* DESIGN SUBJECT TO CHANGE

DRAWINGS NOT TO ACTUAL SIZE

ATTORNEY'S EYES ONLY

MGA000479

EXHIBIT 89

PAGE 1444



LUPE

<2E

ATTORNEY'S EYES
ONLY

MGA000480

EXHIBIT 89

PAGE 1445



ATTORNEY'S EYES ONLY

MGA000481

EXHIBIT 89

PAGE 1446

**EXHIBIT 90**



EXHIBIT

(e0

12-21-04    KRB

EXHIBIT _____ 90 _____

PAGE _____ 1447 _____

EXHIBIT 90

PAGE 1448



Journal of Notarial Acts

OFFICIAL

NATIONAL NOTARY ASSOCIATION ®

This Journal is an important official record of notarial acts.

Unauthorized destruction, defacing or concealment of this book may be a serious violation of law. If found, please return immediately to the Notary named on Page ii or, if applicable, to the city, county or state office responsible for keeping records of Notaries.

Copyright © 1994 by the National Notary Association, 8236 Remmet Ave., P.O. Box 7184, Canoga Park, CA 91309-7184. All rights reserved. ISBN 0-933134-33-9

EXHIBIT ___90___

PAGE ___1449___



EXHIBIT __90__

PAGE __1450__

# Introduction

Maintaining a complete and accurate Journal record of all official acts is one of the Notary Public's most important responsibilities. Its value to the public as well as the Notary simply cannot be overemphasized.

The Notary's official *Journal of Notarial Acts* serves as a valuable public record often relied upon as evidence in courts of law.

The process of completing the Journal entry — recording document and signer information plus obtaining a signature — effectively deters fraud. And for the Notary, a Journal record can minimize liability by showing that reasonable care was exercised.

A Journal signature provides hard-to-refute evidence that the signer actually appeared before the Notary. It also provides the Notary with a sample to compare with signatures on ID cards and on the document itself. Plus, it gives the Notary an opportunity to spot a forger who must labor over a counterfeit signature.

The additional step of requiring the document signer to leave a fingerprint in the Journal provides even greater fraud protection and security from possible liability.

A Journal print has four positive effects. First, it discourages criminal impostors from having forged signatures notarized. Second, it deters signers with second thoughts from claiming they never appeared before the Notary and that their signature was forged. Third, it alerts all signers to the seriousness of the document they are about to execute. And fourth, should there ever be any question regarding the notarization, the fingerprint supports the Notary, providing incontrovertible evidence that a particular person appeared and requested a notarial act.

While it is never improper to record too much information about a notarial act, it may be damaging to both the Notary and the public not to record enough. Countless times, an accurate, detailed Notary recordbook has prevented or derailed a lawsuit.

The *Journal of Notarial Acts* was developed by the National Notary Association through many years of dialogue with Notaries of diverse backgrounds, as well as with Notary-regulating officials, attorneys, fraud investigators and document recorders. The result is the most logically organized Notary recordkeeping system that complies with or exceeds requirements in every state.

The NNA Journal has a durably sewn binding and chronologically numbered pages. These features deter removal of pages or insertion of false entries and make this recordbook much more convincing evidence than a loose-leaf, glued or staple-bound book.

All Journal entries should be written legibly in ink. Any corrections should be lined through and initialed by the Notary.

When not in use the Notary's official Journal should be kept secure in a locked, and, ideally, fireproof drawer or safe.

In the event of the Notary permanently leaving office, or in the event of the Notary's death, state law may require delivery of this Journal to a city, county or state office responsible for keeping records of Notaries. The proper disposition of the Notary's records makes them available for appropriate public review, use by courts of law and official investigations.

# About the Publisher

A non-profit educational organization, the National Notary Association serves the nation's more than 4 million Notaries as a clearinghouse for information on notarial laws, customs and practices. The National Notary Association is perhaps most widely known as the preeminent publisher of literature for and about Notaries in the United States. These publications include:

• *The National Notary* magazine, a full-color publication that provides NNA members with informative "how-to" articles plus features on notarial issues and developments across the nation.

• *The Notary Bulletin*, a newsletter that keeps NNA members up to date on the latest legislative and administrative changes affecting Notary practices and procedures and provides local notarial news and insightful columns by state officials.

• State-specific *Notary Law Primers*, explaining Notary laws in easy-to-understand terms.

• *Sorry, No Can Do!*, a book that helps Notaries explain to signers what can and cannot be notarized and why.

• *Notary Public Practices & Glossary*, widely hailed as the Notary's "bible," a definitive reference book covering notarial procedures and history.

• *The Notary Home Study Course*, a work-at-your-own-pace course that covers every facet of notarization with simple and complete explanations and easy-to-follow examples.

• *The Notary Seal & Certificate Verification Manual*, the complete guide to notarial seals, certificates and all significant regulations affecting notarial acts for all 50 states.

• *The Model Notary Act*, prototype legislation conceived in 1973 and updated in 1984 by a National Notary Association panel of secretaries of state, legislators and attorneys and widely used by states in revising outdated Notary laws.

• *What Is A Notary Public?*, in English and Spanish, and other pamphlets that inform the public about the important role of the Notary Public.

• Position papers on vital issues affecting Notaries and the general public.

In addition, the National Notary Association serves its members with educational seminars, an annual conference, a Notary Information Service and high-quality professional supplies, including Notary seals, fingerprinting devices and notarial certificates.

EXHIBIT 90

PAGE 1451

# Instructions for Making Journal Entries

| Month/Day/Year/Time of Notarization | Notarial Type of Notarization | Document Date (if notarial type requires) | Document or Item or Type | Name and Address of Signer |
|---|---|---|---|---|
| 2/16/04 2:15pm | Acknowledgment | | Grant Deed | John R. Allen 510 Doheny Drive Beverly Hills, CA 90409 |
| | | | | Mary S. Allen 510 Doheny Drive Beverly Hills, CA 90409 |
| 2/16/04 | Jurat | | Affidavit of Forgery | Samuel Curran 625 Park Ave. New York, NY 10642 |

**1.** Actual date and time the person appeared before the Notary to sign or acknowledge the document or to take the oath or affirmation.

**2.** Type of notarial act, such as acknowledgment, jurat, copy certification, oath of office, process, etc.

**3.** Actual date of the document. When this date indicates the date of signing, it may precede or coincide with the date in "Month/Day/Year/Time of Notarization" column but NOT follow it.

**4.** Type of document, such as grant deed, power of attorney, affidavit of joint tenancy, etc.

**5.** Complete name and address — street number, city, state, and zip code — of the person whose signature is notarized.

**Checklist of Entries for Depositions:**
1. Date of official act.
2. Title of cause or proceeding.
3. Court in which proceeding is pending.
4. Place where deposition was taken.
5. Names and addresses of witnesses sworn.
6. Signatures of witnesses.
7. Kind of identification presented by witnesses, if any.
8. Any other entries required by state law.

**Checklist of Entries for Protests:**
1. Date, time and place of official act.
2. Detailed description and amount of negotiable instrument.
3. Names of all banks, endorsers and holders in due course.
4. Kind of official act — protest, demand, etc.
5. Reason for official act.
6. Method of performing official act — by mail, by personal service, etc.
7. Name and address of person to whom original was mailed or served.
8. Name and address of persons to-whom copies were mailed or served.
9. Whether Notary has retained copy in record file.
10. Any other entries required by state law.

EXHIBIT 90

PAGE 1452