

| Identity of Signer | Additional Information | Notary Fee | Right Thumbprint of Signer | |
|---|---|---|---|---|
| Driver License 2066 Exp. 9/23/95 | Signers are husband-wife certificate stapled to document | $10.00 | | 1 |
| Michael Smith | Credible witness address: 345 S. Westlake Ave. L.A., CA 90057 | $10.00 | | 2 |
| CA Driver License 51654722 Exp. 4/12/96 | | $10.00 | | 3 |

**6.** Indicate how the signer was identified.
• ID cards are used...
• Include a description of each card with serial number, issuing agency and expiration date. Carefully compare the signature on the card with the signatures on the document and in the Journal.
• A credible witness is vouching for the signer's identity...
The Notary should personally know the witness and the witness should personally know the signer, except where pairs of witnesses may be identified through ID cards, as specified by state law. Use the "Additional Information" column for witnesses' names and addresses.

**7.** Additional entries required by law may be included here, as well as any other information considered important, such as:
• Signer's representative capacity, such as "President of XYZ, Inc." or "Attorney-in-Fact for John Doe."
• Place where the act was performed, if not the Notary's office.
• Names and addresses of any witnesses to the signing.
• Number of loose certificates attached to the document.
• Any additions or corrections made to the document in the Notary's presence.
• Title of legal action or proceeding and name of court.
• Any fraud-deterrent precautions taken by Notary or signer, such as use of an embosser or initialing pages.
• Unusual circumstances, such as signer's extreme nervousness.

**8.** Fee charged for the notarial act.

**9.** Signature of person whose signature is notarized.

**10.** The signer's right thumbprint is affixed here. If a right thumbprint is not available, use the left thumb or any available finger and indicate next to the print which other finger is used. To prevent overinking, first make a test print on scrap paper.
NOTE: While a thumbprint may be requested of any signer, only in California, where a thumbprint is required for Los Angeles County property deeds, may the refusal to leave a print be cause for refusing to notarize.

EXHIBIT _____90_____

PAGE _____1453_____

| Received/Day/Year/Time of Memorandum | Kind or Type of Memorandum | Document Date (Month/Day/Year) | Document Kind or Type | Name and Address of Subject |
|---|---|---|---|---|
| 4/15/04 4/15/04 | Acknowledgment | | Letter of Authorization | John Kocir ℅ Western States Mechanical 1005 W. 190th St. Gardena CA 90248 16 |
| 4/25/04 | Acknowledgment | | Deauthorization Release | Rick Loff ℅ SMARDAN |
| | | | | 14009 Halldale Ave. Gardena, CA 90249 |
| 5/6/04 | General Release | | General Release for Turner Construction | Karen Roach ℅ Western States Mechanical 1005 w. 190th St. Gardena CA 90248 |
| 5/25/04 | Affidavit/Declaration for California Accident/Deposit Account | | For the beneficiary | Kurt Welch 4944 Miracle Rd. Rancho Palos Verdes CA 90275 |
| 5/7/04 | Acknowledgment | | Letter of Authorization | John Kocir ℅ Western States Mechanical 1005 W. 190th Street Gardena, CA 90248 |
| 4/12/04 | Acknowledgment | | Letter of Authorization | John Kocir ℅ Western States Mechanical 1005 W. 190th Street Gardena CA |
| 5/21/04 | General Release Acknowledgment | | Unconditional Release | Rick Loff ℅ SMARDAN 14009 Halldale Ave Gardena CA 90249 |
| 5/13/04 | Acknowledgment | | Letter of Authorization | Lewis Johnson ℅ Western States Mechanical 1005 W. 190th Street Gardena |

EXHIBIT 90

PAGE 1454

Right Thumbprint of Signer — Signature of Signer — Notary Fee — Additional Information — Description of Signer

| # | Notary Fee | Additional Information |
|---|---|---|
| 1 | N/A | |
| 2 | N/F | Rick is V.P. for Smucker |
| 3 | N/F | |
| 4 | N/F | |
| 5 | N/F | |
| 6 | N/F | |
| 7 | N/F | |
| 8 | N/F | V.P. for Western States |

EXHIBIT 90

PAGE 1455

| Month/Day/Year/Time of Notarization | Kind or Type of Notarization | Document Date (Month/Day/Year) | Document Kind or Type | Name and Address of Signer |
|---|---|---|---|---|
| 1 | Acknowledgement | | Letter of Authorization | Lewis Johnson, c/o Western States Mechanical, 1005 W. 190th St., Gardena, CA 90248  10 |
| 2 | Acknowledgement | | Letter of Authorization, City of LA | Steve Makarewski, c/o Western States, 1005 w. 190th Street, Gardena CA 90248 |
| 3 | Acknowledgement | | Letter of Authorization, City of LA | Levi Johnson, c/o Western States, 1005 W. 190th St, Gardena CA 90248 |
| 4 | " " | | " " , City of Mandate Bel. | Lew Johnston, c/o Western States |
| 5 | " " | | Contractor's Appln Payment | Karen Road, c/o Western States Mechanical, 1005 W. 190th, Gardena, CA |
| 6 | " | | Letter of Authorization, City of ___ | Lew Johnson, c/o Western States Mechanical |
| 7 | Oath | | Proof of Claim, Bank of San Pedro (4613) | John Kosin |
| 8 | Acknowledgement | | Grant Deed | John T Kossi, c/o Western States Mechanical |

EXHIBIT    90

PAGE    1456

| # | Identification of Signer | Additional Information | Notary Fee | Signature of Signer | Right Thumbprint of Signer |
|---|---|---|---|---|---|
| 1 | ☐ Personally Known by me Notary<br>☐ Describe each card below<br>☐ Witness(es) — Include signature of each witness | V.P. for U.S.M | N/A<br>Ø | | Top of thumb here |
| 2 | ☐ Personally Known by me Notary<br>☐ Describe each card below<br>☐ Witness(es) — Include signature of each witness | V.P. of Medical Facilities<br>Western States Mech. | N/A<br>Ø | | Top of thumb here |
| 3 | ☐ Personally Known by me Notary<br>☐ Describe each card below<br>☐ Witness(es) — Include signature of each witness | V.P. Implant Facilities | N/A<br>Ø | | Top of thumb here |
| 4 | ☐ Personally Known by me Notary<br>☐ Describe each card below<br>☐ Witness(es) — Include signature of each witness | '' '' | '' '' | | Top of thumb here |
| 5 | ☐ Personally Known by me Notary<br>☐ Describe each card below<br>☐ Witness(es) — Include signature of each witness | Cystrella | N/A<br>Ø | | Top of thumb here |
| 6 | ☐ Personally Known by me Notary<br>☐ Describe each card below<br>☐ Witness(es) — Include signature of each witness | V.P. Implant Facilities | N/A<br>Ø | | Top of thumb here |
| 7 | ☐ Personally Known by me Notary<br>☐ Describe each card below<br>☐ Witness(es) — Include signature of each witness | President for Western States | N/A<br>Ø | | Top of thumb here |
| 8 | ☐ Personally Known by me Notary<br>☐ Describe each card below<br>☐ Witness(es) — Include signature of each witness | '' '' '' | N/A<br>Ø | | Top of thumb here |

EXHIBIT ___90___

PAGE ___1457___

| # | Month/Day/Year of Recordation | Kind or Type of Notarization | Document Date | Document Kind or Type | Name and Address of Signer |
|---|---|---|---|---|---|
| 5 | | Acknowledgment | | Grant Deed | Elizabeth Anne Kocis |
| 1 | | | | | 14 |
| 2 | | Acknowledgment | 7/30/03 | Mechanic's Lien | Lewis Johnson, Vice President / Western Poster M, 1005 W. 192th Street, Gardena CA 90248 |
| 3 | | Acknowledgment | 7-28-03 | Mechanic's Lien | John Kocis, Western Poster Mechanics, 1005 W. 192th, Gardena CA 90249 |
| 4 | | Affidavit / Acknowledgment | | Affidavit | Daniel Funk, % Image Media International, Inc, 1635 16th Street, Santa Monica CA 90404 |
| 5 | | Acknowledgment | | Affidavit | Daniel Funk, % Image Media International, Inc, 1635 16th Street, Santa Monica CA 90404 |
| 6 | | Acknowledgment | | Affidavit | Daniel Funk, % Image Media " ", " " " |
| 7 | | Acknowledgment | | Power of Attorney | Mark J. Kubicek |
| 8 | | " " | | Proof of Loss | Joseph " " " |

| # | Right Thumbprint of Signer | Signature of Signer | Notary Fee | Additional Information | Identification of Signer |
|---|---|---|---|---|---|
| 1 | Top of thumb here | | N/F Ø | | Known by the Notary / Describe each card below / Witness(es) — include signature of each witness |
| 2 | Top of thumb here | | N/F Ø | | Known by the Notary / Describe each card below / Witness(es) — include signature of each witness |
| 3 | Top of thumb here | | N/F Ø | | Known by the Notary / Describe each card below / Witness(es) — include signature of each witness |
| 4 | Top of thumb here | | 10⁰⁰ | | Known by the Notary / Describe each card below / Witness(es) — include signature of each witness |
| 5 | Top of thumb here | | 5⁰⁰ | | Known by the Notary / Describe each card below / Witness(es) — include signature of each witness |
| 6 | Top of thumb here | | 5⁰⁰ | | Known by the Notary / Describe each card below / Witness(es) — include signature of each witness |
| 7 | Top of thumb here | | 10⁰⁰ | | Known by the Notary / Describe each card below / Witness(es) — include signature of each witness |
| 8 | Top of thumb here | | 10⁰⁰ | | Known by the Notary / Describe each card below / Witness(es) — include signature of each witness |

EXHIBIT ___90___

PAGE ___1459___

| # | Month/Day/Year date of Notarization | Kind or Type of Notarization | Document Date | Document Kind or Type | Name and Address of Signer |
|---|---|---|---|---|---|
| 1 | | Acknowledgment | | Affidavit | Amber Shirley % Mattel  333 Continental Blvd El Segundo Ct  90245 |
| 2 | | " | | License Agreement Registration of IP (Mattel) | Tim Wagner 16 % Mattel 3.33 Continental Blvd. El Segundo, CA |
| 3 | | " | | Declaration of Hamilton | " |
| 4 | | " | | Spousal Consent "Waiver of Qualified Joint Employment, Form of Profit" | Patricia Nunziati 2227 Roland Ave., Unit B Redondo Beach, CA 90278 |
| 5 | | " | | Release of Mechanic Lien | Ed Tibbitt Supervisor Fabrication |
| 6 | | " | | Release of Mechanic Lien | Carrie Machel Instructional Flow Technologies |
| 7 | | " | 6/10/99 | Power or Attorney for/of Diane McMillen | Diane McMillen 1310 S. Parkcrest Mesa, AZ  85206 |
| 8 | | Acknowledgment Power of Attorney | | Power of Attorney for Josef Kubšel | Josef Kubšel 3001 Airport Redondo Beach, CA |

EXHIBIT _____90_____

PAGE _____1460_____

4/25/97

Candy,

Please have Ed signed the bottom of this note and return to me. His signature needed to be notarized. I went ahead and my friend to do that. I need his signature for my friend's book.

Thanks for all your patience.

Karen

_Ed Tibbals_

4/25/97

Jackie,

Please have Carrie signed the bottom of this note and return to me. Her signature needed to be notarized. I went ahead and asked my friend to do that. I need to give her Carrie's signature for her book.

Thanks for all your patience.

Karen

_Carrie Maichel_

EXHIBIT __90__

PAGE __1461__

| | Identification of Signer | Additional Information | Notary Fee | Signature of Signer | Right Thumbprint of Signer |
|---|---|---|---|---|---|
| 1 | Personally Known by the Notary / ID Cards — Describe each card below / Credible Witness(es) — Include signature of each witness | | Ø | | Top of thumb here |
| 2 | Personally Known by the Notary / ID Cards — Describe each card below / Credible Witness(es) — Include signature of each witness | 2 signatures of same exact document. | Ø | | Top of thumb here |
| 3 | Personally Known by the Notary / ID Cards — Describe each card below / Credible Witness(es) — Include signature of each witness | 1 signature. | Ø | | Top of thumb here |
| 4 | Personally Known by the Notary / ID Cards — Describe each card below / Credible Witness(es) — Include signature of each witness | 1 signature. | Ø | | Top |
| 5 | Personally Known by the Notary / ID Cards — Describe each card below / Credible Witness(es) — Include signature of each witness | | Ø | | Top of thumb here |
| 6 | Personally Known by the Notary / ID Cards — Describe each card below / Credible Witness(es) — Include signature of each witness | | Ø | | Top of thumb here |
| 7 | Personally Known by the Notary / ID Cards — Describe each card below / Credible Witness(es) — Include signature of each witness / Driver's License / Social Security Card | 2 signatures of same exact document | | | Top of thumb here |
| 8 | Personally Known by the Notary / ID Cards — Describe each card below / Credible Witness(es) — Include signature of each witness | 6 signatures of same exact document | $60.00 | | Top of thumb here |

EXHIBIT 90

PAGE 1462

| # | Month/Day/Year of Notarization | Name and Address of Signer | Document Notarized | Acknowledgment |
|---|---|---|---|---|
| 1 | | Power of Attorney — Transfer from son-Mark J. Kuhlick | Don Antonioli, Redondo Beach CA | Acknowledgment |
| 2 | | Power of Attorney — transfer from Olga Loblum of Florida | To verify Joseph Kuhlick saw Harry J. Benson to signature | |
| 3 | | Power of Attorney International Trade Customs & Forwarding | 450 N. Rossmore Ave Los Angeles | |
| 4 | | Marital Settlement Agreement | 918 S. Leland St San Pedro | |
| 5 | | Judgement Dissolution of Marriage | " " | |
| 6 | | Dept of Motor Vehicle Di: AZ | Victoria Palzia, Anza, Torrance CA | |
| 7 | | Claim Form | Sharon Zuckerman 444 2nd Street #131 Hermosa Beach CA 90254 | |
| 8 | | Declaration Pursuant to California Probate code §13100 | Robert Allen Coleman | |

EXHIBIT ____90____

PAGE ____1463____

| 10 | Right Thumbprint of Signer | | Signature of Signer | Notary Fee | Additional Information | Signature of Signer |
|---|---|---|---|---|---|---|
| 1 | | Top of thumb here | | | | By the Notary — each card below — Include signature of each witness |
| 2 | | Top of thumb here | | | 316-0995 | Drivers License — By the Notary — each card below — Include signature of each witness |
| 3 | | Top of thumb here | | | To release an antique chinese table that Ron ordered. | By the Notary — each card below — Include signature of each witness |
| 4 | | Top of thumb here | | | | By the Notary — each card below — Include signature of each witness |
| 5 | | Top of thumb here | | | | By the Notary — each card below — Include signature of each witness |
| 6 | | Top of thumb here | | | | By the Notary — each card below — Include signature of each witness |
| 7 | | Top of thumb here | | | | By the Notary — each card below — Include signature of each witness |
| 8 | | Top of thumb here | | | | By the Notary — each card below — Include signature of each witness |

EXHIBIT ___90___

PAGE ___1464___

| Month/Day/Year/Time of Notarization | Kind or Type of Notarization | Document Date (Month/Day/Year) | Document Kind or Type | Name and Address of Signer |
|---|---|---|---|---|
| 11 | Acknowledged | | Original sketches of Bill Item - changed - Bratz - Menu getsten - Eggs Intelligence, Jade, Lindo | Carter Bryant 1319 W. 160th St Gardena, CA 90247 |
| 1 | Acknowledged | | Power of Attorney | Joseph Jose Kobiak |
| 2 | Acknowledged | | Letter | Victoria Polzin |
| 3 | Acknowledged | | | |
| 4 | | | | |
| 5 | | | | |
| 6 | | | | |
| 7 | | | | |
| 8 | | | | |

EXHIBIT   90

PAGE   1465

Right Thumbprint of Signer

Signature of Signer

Notary Fee

Additional Information

...cation of Signer

12 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8

Top of thumb here

Handwritten note:

13 drawings
Each drawing stamped
& signed to adm. sig. of taker
Pages — same document
signature notarized.

EXHIBIT 90

PAGE 1466



EXHIBIT 90

PAGE 1467

EXHIBIT ___90___

PAGE ___146B___

```
's - the copy center (310) 379-7433
4 ARTESIA BLVD
ATTAN BEACH, CA 90266

NTITY UNIT PRICE   DISC.      AMOUNT

  1      1.00      0.00        1.00
AX LOCAL SEWE

        SUB-TOTAL              1.00
        TAX                    0.00
        TOTAL                  1.00
        CASH SALE              1.00
        CHANGE                 0.00

Receipt Number : 597075     Register 4
Date           : 01/13/97
Time           : 9:11 PM
Co-Worker      : 164
Kinko's Thanks You For Your Patronage
```

EXHIBIT ___90___

PAGE ___1469___

.1 17:07 FAX 3106471940          TLR LAX                                    ☒002

# *TLR* International Trade Services

Total Logistics Resource, Inc
Customs and Forwarding Power of Attorney

IRS# _____ or
Social Security # _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_

Check appropriate line
X  Individual
___ Partnership
___ Corporation
___ Sole Proprietor

KNOW ALL MEN BY THESE PRESENTS:

That _Ron Longsdorf_, a corporation doing business under the laws of the State of _CALIF._ or a _____ doing business as _Ron Longsdorf_ residing at _450 N Rossmore BLVD, LA_ having its office and place of business at _N/A_, hereby constitutes and appoints each of the following persons TLR - Total Logistics Resource, Inc. and individuals specifically authorized for said Corporation by power of attorney filed with the District Director of Customs as a true and lawful agent and attorney of the grantor named above for and in the name, place, and stead of said grantor from this date and in all Customs Districts, and in no other name, to make, endorse, sign, declare, or swear to any entry, withdrawal, declaration, certificate, bill of lading, carnet or other document required by law or regulation in connection with the importation, transportation, or exportation of any merchandise shipped or consigned by or to said grantor, to perform any act or condition which may be required by law or regulation in connection with such merchandise; to receive any merchandise deliverable to said grantor.

To make endorsements on bills of lading conferring authority to transfer title, make entry or collect drawback, and to make, sign, declare, or swear to any statement, supplemental statement, schedule, supplemental schedule, certificate of delivery, certificate of manufacture, certificate of manufacture and delivery, abstract of manufacturing records, declaration of proprietor on drawback entry, declaration of exporter on drawback entry, or any other affidavit or document which may be required by law or regulation for drawback purposes, regardless of whether such bill of lading, sworn statement, schedule, certificate, abstract, declaration, or other affidavit or document is intended for filing in any customs district;

To sign, seal, and deliver for and as the act of said grantor any bond required by law or regulation in connection with the entry or withdrawal of imported merchandise or merchandise exported with or without benefit of drawback, or in connection with the entry, clearance, lading, unlading or navigation of any vessel or other means of conveyance owned or operated by said grantor, and any and all bonds which may be voluntarily given and accepted under applicable laws and regulations, consignee's and owners declarations provided for in section 485, Tariff Act of 1930, as amended, or affidavits in connection with entry of merchandise;

To sign and swear to any document and to perform any act that may be necessary or required by law or regulation in connection with the entering, clearing, lading, unlading, or operation of any vessel or other means of conveyance owned or operated by said grantor;

To authorize other Customs Brokers to act as grantor's agent; to receive, endorse and collect, checks issued for Customs duty refunds in grantor's name drawn on the Treasurer of the United States, if the grantor is a nonresident of the United States, to accept service of process on behalf of the grantor.

And generally to transact at the customhouses in any district any and all customs business, including making, signing, and filing or protests under section 514 of the Tariff Act of 1930, in which said grantor is or may be concerned or interested and which may properly be transacted or performed by an agent and attorney, giving to said agent and attorney full power and authority to do anything whatever requisite and necessary to be done in the premises as fully as said grantor could do if present and acting, hereby ratifying and confirming all that the said agent and attorney shall lawfully do by virtue of these presents; The foregoing power of attorney to remain in full force and effect until the ____ day of _N/A_, 19___, or until notice of revocation in writing is duly given to and received by a District Director of Customs. If the donor of this power of attorney is a partnership, the said power shall in no case have any force or effect after the expiration of 2 years from the date of its execution.

If you are the importer of record, payment to the broker will not relieve you of liability for customs charges (duties, taxes, or other debts owed customs) in the event the charges are not paid by the broker. Therefore, if you pay by check, customs charges may be paid with a separate check payable to the "U.S. Customs Service" which shall be delivered to customs by the broker.

Designation of Forwarding Agent: be it known that the grantor designates TLR - Total Logistics Resource, Inc. FMC License 1560-R, authority to sign our name on all documentation necessary to handle all export shipments.

IN WITNESS WHEREOF, the said _Ron Longsdorf_ has caused these presents to be sealed and signed (Signature) _____
(Capacity) _Individual_ (Date) _(8-)1-98_
WITNESS: _J. Ramona Prince_
(Corporate seal)

## INDIVIDUAL OR PARTNERSHIP CERTIFICATION

CITY _Los Angeles_
COUNTY _of Los Angeles_
STATE _California_

On this _11th_ day of _August_, 19_98_ personally appeared before me, _Ron Longsdorf_ residing at _450 N Rossmore BLVD, LA_, personally known or sufficiently identified to me, who certified that _Ron Longsdorf_ (is/are) the individual(s) who executed the foregoing instrument and acknowledge it to be _____ free act and deed.

Notary Public
G:\Sales\PA.Doc

JACQUELINE RAMONA PRINCE
Commission # 1081832
Notary Public — California
Los Angeles County
My Comm Expires Dec 25,1999

EXHIBIT _90_

PAGE _1410_



**WESTERN STATES MECHANICAL**

1005 W. 190th Street • Gardena, California 90248     (310) 532-3152 • FAX (310) 532-1056

December 1, 1995

*Example*

City of Los Angeles

To Whom it May Concern:

The names listed below have authorization to obtain permits for Western States Mechanical:

Allen, Tom

Blake, Richard

Capul, Phil

Costello, Chris

Goss, Tony

Hernandez, Faustino, Jr.

Johnson, Lewis

Mahan, David

Malczewski, Steve

If you have any questions regarding the above, please contact me at 310-532-3152.

Sincerely,

John Kocsis
President

JK\rp

*Stamp Seal*

EXHIBIT ___90___

PAGE ___1471___

# CALIFORNIA ALL-PURPOSE ACKNOWLEDGMENT

State of _California_

County of _Los Angeles_

On _Dec 1, 1995_ before me, _Irene M. Freitas, Notary Public_
　　　Date　　　　　　　　　　　　　　　Name and Title of Officer (e.g., "Jane Doe, Notary Public")

personally appeared _JOHN JOSEPH KOCSIS_
　　　　　　　　　　　　　　　Name(s) of Signer(s)

☐ personally known to me – OR – ☑ proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

```
IRENE M. FREITAS
COMM. # 963964
NOTARY PUBLIC-CALIFORNIA
LOS ANGELES COUNTY
My Comm. Exp. June 16, 1995
```

WITNESS my hand and official seal.

_Irene M. Freitas_
Signature of Notary Public

----------------- OPTIONAL -----------------

*Though the information below is not required by law, it may prove valuable to persons relying on the document and could prevent fraudulent removal and reattachment of this form to another document.*

## Description of Attached Document

Title or Type of Document: _Auth. to Obtain Permits_

Document Date: _Dec 1, 1995_　　　　　　Number of Pages: _1_

Signer(s) Other Than Named Above: _none_

## Capacity(ies) Claimed by Signer(s)

Signer's Name: _____

☐ Individual
☑ Corporate Officer
　　Title(s): _President_
☐ Partner — ☐ Limited ☐ General
☐ Attorney-in-Fact
☐ Trustee
☐ Guardian or Conservator
☐ Other: _____

RIGHT THUMBPRINT OF SIGNER
Top of thumb here

Signer Is Representing:
_Western State Mechanical_

Signer's Name: _____

☐ Individual
☐ Corporate Officer
　　Title(s): _____
☐ Partner — ☐ Limited ☐ General
☐ Attorney-in-Fact
☐ Trustee
☐ Guardian or Conservator
☐ Other: _____

RIGHT THUMBPRINT OF SIGNER
Top of thumb here

Signer Is Representing:
_____

© 1994 National Notary Association • 8236 Remmet Ave., P.O. Box 7184 • Canoga Park, CA 91309-7184　　Prod. No. 5907　　Reorder: Call Toll-Free 1-800-876-6827

EXHIBIT __90__

PAGE __1472__

 **WESTERN STATES MECHANICAL**

1005 W. 190th Street • Gardena, California 90248    (310) 532-3152 • FAX (310) 532-1056

January 15, 1996

City of Santa Ana

To Whom it May Concern:

The names listed below have authorization to obtain permits for Western States Mechanical:

Allen, Tom

Blake, Richard

Capul, Phil

Costello, Chris

Goss, Tony

Hernandez, Faustino, Jr.

Johnson, Lewis

Mahan, David

Malczewski, Steve

If you have any questions regarding the above, please contact me at 310-532-3152.

Sincerely,

John Kocsis
President

JK\rp

JACQUELINE RAMONA PRINCE
Commission # 1081832
Notary Public — California
Los Angeles County
My Comm. Expires Dec 26, 1999

EXHIBIT ___90___

PAGE ___1473___

# CALIFORNIA ALL-PURPOSE ACKNOWLEDGMENT

State of _California_

County of _Los Angeles_

On _January 15, 1996_ before me, _Jacqueline Ramona Prince , Notary Public_
    Date                  Name and Title of Officer (e.g., "Jane Doe, Notary Public")

personally appeared _John Kocsis_
                                  Name(s) of Signer(s)

☒ personally known to me – OR – ☐ proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal.

**JACQUELINE RAMONA PRINCE**
**Commission # 1061832**
**Notary Public — California**
**Los Angeles County**
**My Comm. Expires Dec 25, 1999**

_Jacqueline Ramona Prince_
Signature of Notary Public

---

## OPTIONAL

*Though the information below is not required by law, it may prove valuable to persons relying on the document and could prevent fraudulent removal and reattachment of this form to another document.*

## Description of Attached Document

Title or Type of Document: _Authorization to Obtain Permits_

Document Date: _January 15, 1996_      Number of Pages: _1_

Signer(s) Other Than Named Above: _None_

## Capacity(ies) Claimed by Signer(s)

| Signer's Name: _____ | Signer's Name: _____ |
|---|---|
| ☐ Individual | ☐ Individual |
| ☒ Corporate Officer | ☐ Corporate Officer |
|     Title(s): _President_ |     Title(s): _____ |
| ☐ Partner — ☐ Limited ☐ General | ☐ Partner — ☐ Limited ☐ General |
| ☐ Attorney-in-Fact | ☐ Attorney-in-Fact |
| ☐ Trustee | ☐ Trustee |
| ☐ Guardian or Conservator | ☐ Guardian or Conservator |
| ☐ Other: _____ | ☐ Other: _____ |

RIGHT THUMBPRINT OF SIGNER — Top of thumb here

Signer Is Representing:
_Western States Mechanical_

Signer Is Representing:
_____

© 1994 National Notary Association • 8236 Remmet Ave., P.O. Box 7184 • Canoga Park, CA 91309-7184    Prod. No. 5907    Reorder: Call Toll-Free 1-800-876-6827

EXHIBIT _90_

PAGE _1474_

**...NIA ALL-PURPOSE ACKNOWLEDGMENT**

State of _California_

County of _Los Angeles_

On _February 29, 1996_ before me, _Jacqueline Ramona Prince, Notary_
                      Date                              Name and Title of Officer (e.g., "Jane Doe, Notary Public")

personally appeared _Kurt Weston_
                                    Name(s) of Signer(s)

☒ personally known to me – OR – ☐ proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal.

_[notary seal: JACQUELINE RAMONA PRINCE / Commission # 1081832 / Notary Public — California / Los Angeles County / My Comm. Expires Dec 25, 1999]_

_[signature]_
                    Signature of Notary Public

─────────────────── OPTIONAL ───────────────────

*Though the information below is not required by law, it may prove valuable to persons relying on the document and could prevent fraudulent removal and reattachment of this form to another document.*

**Description of Attached Document**

Title or Type of Document: _Affidavit / Declaration for Collection of Decedents Deposit Account_

Document Date: _11/29/95_                     Number of Pages: _1_

Signer(s) Other Than Named Above: _None_

**Capacity(ies) Claimed by Signer(s)**

| | |
|---|---|
| Signer's Name: _____ | Signer's Name: _____ |
| ☐ Individual | ☐ Individual |
| ☐ Corporate Officer | ☐ Corporate Officer |
| Title(s): _____ | Title(s): _____ |
| ☐ Partner — ☐ Limited ☐ General | ☐ Partner — ☐ Limited ☐ General |
| ☐ Attorney-in-Fact | ☐ Attorney-in-Fact |
| ☐ Trustee | ☐ Trustee |
| ☐ Guardian or Conservator | ☐ Guardian or Conservator |
| ☐ Other: _____ | ☐ Other: _____ |
| RIGHT THUMBPRINT OF SIGNER / Top of thumb here | RIGHT THUMBPRINT OF SIGNER / Top of thumb here |
| Signer Is Representing: | Signer Is Representing: |

© 1994 National Notary Association • 8236 Remmet Ave., P.O. Box 7184 • Canoga Park, CA 91309-7184          Prod. No. 5907          Reorder: Call Toll-Free 1-800-876-6827

EXHIBIT _90_

PAGE _1475_

## AFFIDAVIT/DECLARATION FOR COLLECTION OF DECEDENT'S DEPOSIT ACCOUNT(S) AND/OR SAFE DEPOSIT BOX CONTENTS

State of  CALIFORNIA  } SS.
County of  LOS ANGELES

ne of the following persons named here,  Kurt Weston  ("affiant/declarant," the singular includes the plural), first being duly sworn certifies that:

City of  RPV  , County of  LA

MARGARET ANDERSON  ("decedent") died in the
State of  CA  on  11-29-95 , 19 95 .

1. At least 40 days have elapsed since the death of the decedent, as shown in a certified copy of the decedent's death certificate attached to this affidavit/declaration.
2. No proceeding is now being or has been conducted in California for administration of the decedent's estate.
3. The gross value of the decedent's real and personal property in California, excluding property described in Section 13050 of the California Probate Code, does not exceed sixty thousand dollars ($60,000).

(Check one)
☐ The estate of the decedent does not include any real property (aside from any real property held by the decedent in joint tenancy or otherwise excluded in determining the value of the decedent's estate under California Probate Code Section 13050).
☑ The estate of the decedent includes real property in this state (other than real property held in joint tenancy or otherwise excluded in determining the value of the decedent's estate under California Probate Code Section 13050). An inventory and appraisement of such real property is attached in accordance with California Probate Code Section 13103.

6. When the decedent died, the decedent owned a deposit account(s) and/or the contents of a safe deposit box(es) held at Bank of America NT&SA:

| Deposit Account No. | Branch Name | Amount |
|---|---|---|
|  |  |  |
|  |  |  |

| Safe Deposit Box No. | Branch Name |
|---|---|
|  |  |
|  |  |

7. (Check One)
☑ The affiant/declarant is the successor of the decedent (as defined in Section 13006 of the California Probate Code) to the decedent's interest in the described property.
("Successor of the decedent" means: If the decedent died leaving a will, the sole beneficiary or all of the beneficiaries who succeed to the described property under the decedent's will. For the purposes of this part, the trustee of a trust created during the decedent's lifetime is a beneficiary under the decedent's will if the trust succeeds to the described property under the decedent's will. If the decedent dies without a will, the sole person or all of the persons who succeed to the described property of the decedent under California Probate Code Sections 6401 and 6402 (which may include decedent's spouse, child/children, parent(s), brother(s), sister(s), etc.) or, if the law of a sister state or foreign nation governs succession to the described property, under the law of the sister state or foreign nation.)
☐ The affiant/declarant is authorized under Section 13051 of the California Probate Code to act on behalf of the successor of the decedent (as defined in Section 13006 of the California Probate Code) with respect to the decedent's interest in the described property.
[California Probate Code Section 13051 relates to the powers of guardians, conservators, trustees, custodians and sister state personal representatives.]
The name(s) of the successor(s) of the decedent is/are:

EXHIBIT 90
PAGE 1476

# California All-Purpose Acknowledgments

On January 1, 1993, the so-called "all-purpose" acknowledgment wording, as prescribed in California Civil Code Section 1189(a), became mandatory for all acknowledgments taken in the state, regardless of whether the acknowledger is signing as an individual or a representative (partner, corporate officer, attorney-in-fact, trustee, etc.).

If any agency outside California refuses to accept the all-purpose certificate, or to insist that another acknowledgment form be used, it should be explained that the California Notary (or other

state-empowered notarial official) has no choice but to use this wording for acknowledgments. Use of any other form would be illegal and would subject the Notary to possible disciplinary action. (You may photocopy this instruction sheet and give as reference to an out-of-state agency, who may also wish to contact the National Notary Association or the California Secretary of State's Notary Division for further verification.)

The all-purpose certificate should not be used for jurats or for proofs of execution by a

subscribing witness.

The optional sections at the bottom are to describe the notarized document and specify the signer's capacity. This is for the benefit of persons relying on the attached and makes fraudulent reattachment of the form more difficult. However, the information in "Capacity Claimed by Signer," "Description of Attached Document" and "Thumbprint of Signer" is not required by California law. Failure to fill out these sections will not affect the validity of the certificate.

## Instructions:

**①** & **②** NAME OF STATE & NAME OF COUNTY where Notary performs notarization.

**③** DATE OF NOTARIZATION. Actual month, day and year in which signer(s) appear(s) before Notary.

**④** NAME & TITLE OF NOTARIZING OFFICER. In the case of a Notary, "Notary Public" would be the title.

**⑤** NAME(S) OF SIGNER(S) appearing before Notary. Initials and spelling of all names should agree with document and identification document signatures.

**⑥** HOW SIGNER WAS IDENTIFIED. Check left box if signer is personally known to Notary. Check right box if Notary identifies signer through either (a) identification documents or (b) oath of one personally known credible witness or of two credible witnesses with acceptable identification.

**⑦** NUMBER AND GENDER OF SIGNER(S). Cross out letters and words that do not apply — person(s), name(s), is/are, he/she/they, his/her/their, capacity(ies), signature(s) — or circle words that apply, to agree with number and gender of signer(s) in space 5.

**⑧** SIGNATURE OF NOTARY exactly as name appears on commissioning papers, in space 4 and in seal.

**⑨** NOTARY SEAL IMPRINT, clearly and legibly affixed.

*SPACES 10–13 ARE OPTIONAL. Omission of information here will not affect document's validity. However, completing these spaces can deter fraudulent reattachment of certificate to an unintended document.*

**⑩** TITLE OR TYPE OF DOCUMENT notarized, such as "Deed of Trust."

**⑪** DATE OF DOCUMENT notarized. Most but not all documents will have a date, usually at the top or following the signature. If none, insert "no date."

**⑫** NUMBER OF PAGES in notarized document. Do not count the certificate as a page. (However, the certificate will be regarded as a page by recording officials in assessing recording fees.)

**⑬** SIGNER(S) OTHER THAN NAMED IN SPACE 5. Since all signers might not be named on the same notarial certificate, insert name(s) of signer(s) here that appear(s) or will appear on other certificates — as many as space allows. If none, insert "no other signers."

*SPACES 14–18 ARE OPTIONAL. While California law does not obligate the Notary to fill in this important data, its inclusion may be very useful to any person relying on the attached document. (Spaces provided for two signers' data.)*

**⑭** NAME OF SIGNER from space 5 whose capacity, representation and thumbprint follow.

**⑮** CAPACITY CLAIMED BY SIGNER. Check appropriate box to indicate whether signer is signing as individual (on his or her own behalf), or as corporate officer (indicate corporate title), partner (indicate whether "limited" or "general" partner), attorney-in-fact, trustee, guardian/conservator, or in any other capacity.

**⑯** DESCRIPTION OF OTHER CAPACITY(IES). A single capacity, such as "executor," may be indicated here; or a multiple capacity, such as "corporate officer signing for partnership in which corporation is partner."

**⑰** NAME OF PERSON OR LEGAL ENTITY that signer is representing. It could, for example, be name of absent person represented by attorney-in-fact. It could be name of condominium association, such as "Blue Lagoon Condo Assn." Or it could be multiple entities, such as "XYZ Corp., partner in Mutual Enterprises, a partnership."

**⑱** RIGHT THUMBPRINT OF SIGNER. Having the signer affix a thumbprint on the certificate can prevent fraud and forgery.

CALIFORNIA ALL-PURPOSE ACKNOWLEDGMENT

State of **①** California
County of **②** Los Angeles
On **③** 7-19-94 before me, **④** Pat R. Jones, Notary Public
personally appeared **⑤** John R. Allen

WITNESS my hand and official seal.

Signature **⑧** Pat R. Cruz

OPTIONAL

**Description of Attached Document**
Title or Type of Document: **⑩** Grant Deed
Document Date: **⑪** 7-19-94    Number of Pages: **⑫** 4
Signer(s) Other Than Named Above: **⑬** No Other Signers

**Capacity(ies) Claimed by Signer(s)**
Signer's Name: **⑭** John R. Allen    Signer's Name:

☐ Individual    ☐ Individual
☐ Corporate Officer    ☐ Corporate Officer
  Title(s)      Title(s)
☐ Partner — ☐ Limited ☐ General    ☐ Partner — ☐ Limited ☐ General
☐ Attorney-in-Fact    ☐ Attorney-in-Fact
☐ Trustee    ☐ Trustee
☐ Guardian or Conservator    ☐ Guardian or Conservator
☐ Other:    ☐ Other:

Signer Is Representing:    Signer Is Representing:
**⑰** Mary S. Allen



NATIONAL NOTARY ASSOCIATION
8236 Remmet Ave., P.O. Box 7184
Canoga Park, CA 91309-7184
Telephone: 818-713-4000

© 1994 National Notary Association    Prod. No. 5907

EXHIBIT ___90___

PAGE ___1477___

## CALIFORNIA ALL-PURPOSE ACKNOWLEDGMENT

State of _____

County of _____

On _____ before me, _____
           Date                                 Name and Title of Officer (e.g., "Jane Doe, Notary Public")

personally appeared _____
                                        Name(s) of Signer(s)

☐ personally known to me – OR – ☐ proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal.

_____
                          Signature of Notary Public

———————————— OPTIONAL ————————————
*Though the information below is not required by law, it may prove valuable to persons relying on the document and could prevent fraudulent removal and reattachment of this form to another document.*

### Description of Attached Document

Title or Type of Document: _____

Document Date: _____ Number of Pages: _____

Signer(s) Other Than Named Above: _____

### Capacity(ies) Claimed by Signer(s)

Signer's Name: _____

☐ Individual
☐ Corporate Officer
  Title(s): _____
☐ Partner — ☐ Limited ☐ General
☐ Attorney-in-Fact
☐ Trustee
☐ Guardian or Conservator
☐ Other: _____

_____

Signer Is Representing:

_____

_____

Signer's Name: _____

☐ Individual
☐ Corporate Officer
  Title(s): _____
☐ Partner — ☐ Limited ☐ General
☐ Attorney-in-Fact
☐ Trustee
☐ Guardian or Conservator
☐ Other: _____

_____

Signer Is Representing:

_____

_____

RIGHT THUMBPRINT OF SIGNER
Top of thumb here

RIGHT THUMBPRINT OF SIGNER
Top of thumb here

© 1994 National Notary Association • 8236 Remmet Ave., P.O. Box 7184 • Canoga Park, CA 91309-7184      Prod. No. 5907      Reorder: Call Toll-Free 1-800-876-6827

EXHIBIT ___90___

PAGE ___1478___



Sixteenth Edition

THE 1996 CALIFORNIA NOTARY LAW PRIMER

All the hard-to-find information every California Notary Public needs to know!

**National Notary Association**
A Nonprofit Educational Organization



EXHIBIT 90

PAGE 1479

**EXHIBIT 91**

# LIVENOTE | **World Service**℠

### *A new perspective on court reporting.*

## United States District Court
## Central Division of California

Deposition of

Liliana Martinez

May 20, 2005

## Mattel, Inc.,

## V.

## Carter Bryant, an individual and MGA Entertainment

EXHIBIT _____ 91

PAGE _____ 1480          ORIGINAL

*A LiveNote World Service Transcript. Reported by CLSP, Network Deposition Services*
LiveNote Inc. • 221 Main Street, Suite # 1250, San Francisco, California 94105 • 1-800-LIVENOTE

Martinez, Liliana 5/20/2005

1          UNITED STATES DISTRICT COURT

2        CENTRAL DISTRICT OF CALIFORNIA

3

4    ------------------------------)

5    MATTEL, INC., a Delaware        )

6    Corporation,                    )

7                    Plaintiff,      ) Case No.

8              vs.                   ) CV 04-9059NM (RNBx)

9    CARTER BRYANT, an individual    ) VOLUME I

10   and MGA ENTERTAINMENT, INC.,    )

11   a California Corporation,       )

12   Defendants and                  )

13   Defendants-in-Intervention.     )

14   ------------------------------)

15   AND RELATED COUNTERCLAIMS       )

16   ------------------------------)

17

18        Deposition of LILIANA MARTINEZ, at 1999

19        Avenue of the Stars, Suite 700, Los Angeles,

20        California, 90067, commencing at 8:38 A.M.,

21        Friday, May 20, 2005, before Judith

22        Schlussel, CSR No. 4307.

23

24

25

EXHIBIT ___91___

PAGE ___1481___                          **Page 1**

Martinez, Liliana  5/20/2005

1       APPEARANCES OF COUNSEL:

2

3           FOR THE PLAINTIFF:

4

5               QUINN EMANUEL URQUHART OLIVER & HEDGES

6               BY: MICHAEL ZELLER, ESQ.

7               TANIA KREBS, ESQ.

8               865 S. Figueroa Street

9               10th Floor

10              Los Angeles, California 90017

11              213 443-3000

12

13          FOR THE DEFENDANT CARTER BRYANT:

14

15              LITTLER MENDELSON, APC

16              BY: KEITH A. JACOBY, ESQ.

17              2049 Century Park East

18              Fifth Floor

19              Los Angeles, California 90067

20              310 553-0308

21

22

23

24

25

EXHIBIT ___91___

PAGE ___1482___                    Page 2

Martinez, Liliana 5/20/2005

```
1        APPEARANCES OF COUNSEL (CONTINUED):

2

3            FOR THE DEFENDANT-IN-INTERVENTION MGA

4            ENTERTAINMENT, INC.:

5

6                O'MELVENY & MYERS, LLP

7                BY:  DALE M. CENDALI, ESQ.

8                Times Square Tower

9                7 Times Square

10               New York, New York 10036

11               212 326-2000

12                  -AND-

13               O'MELVENY & MYERS, LLP

14               BY:  BENJAMIN A. KIM, ESQ.

15               400 S. Hope Street

16               Los Angeles, California 90071

17               213 430-6000

18

19

20       ALSO PRESENT:

21

22               CARTER BRYANT

23               MICHAEL MOORE, Mattel Senior Counsel

24

25
```

EXHIBIT ____91____

PAGE ____1483____

Page 3

Martinez, Liliana  5/20/2005

```
 1                      INDEX

 2

 3   FRIDAY, MAY 20, 2005

 4

 5   WITNESS                      EXAMINATION

 6

 7   LILIANA MARTINEZ

 8              (By Ms. Cendali)    13, 160, 357

 9              (By Mr. Jacoby)          297

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

EXHIBIT ___91___

PAGE ___1484___

**Page 4**

1   any other.

2       Q.   Do you consider --

3       A.   Any other doll in the doll aisle.

4       Q.   You don't consider Bratz to be any more

5   significant a competitor than any other product?

6       A.   I don't know that.

7       Q.   Okay.  Ms. Martinez, when you first saw

8   Bratz, what was your reaction?

9       A.   My reaction was hmmm, they look

10  interestingly like my dolls, the Toon Teens.

11      Q.   And what made you say that?

12      A.   Because of the face, especially the face,

13  the proportions of the doll, big head, big feet.

14      Q.   Did you mention this thought to anyone?

15      A.   No.  It was actually brought to my

16  attention.  "Hey, Lily, doesn't this look like your

17  stuff?  It looks like you."

18      Q.   Who brought it to your attention?

19      A.   I don't remember who brought me the doll

20  or -- I don't remember.

21      Q.   Was it a lawyer?

22      A.   No.  No.  It was a designer.  It was

23  somebody in like the design center.

24      Q.   Was it Debbie Meyer?

25      A.   I don't know.  I don't think so.  I don't

EXHIBIT ____91____

PAGE ____1485____

**Page 208**

Martinez, Liliana  5/20/2005

1   remember.

2        Q.   And what did you do after this

3   conversation?

4        A.   Nothing.  I was like "oh.  Ooh."

5        Q.   Did you mention to anyone that you thought

6   that Bratz looked like Toon Teens?

7        A.   No.  No.

8        Q.   Why not?

9        A.   Because I don't know nothing about -- I

10  don't know.  Tell them what?

11       Q.   Well, did you tell anybody that you thought

12  that there was similarity between Bratz and Toon

13  Teens and somebody should look into it?

14       A.   No.  I didn't tell anybody.

15       Q.   Why not?

16       A.   'Cause --

17            MR. ZELLER:  Asked and answered.

18            THE WITNESS:  'Cause I just told you, I

19  didn't.

20       Q.   BY MS. CENDALI:  Do you have any e-mails

21  about Bratz?

22       A.   Not that I recall.

23       Q.   Have you ever in your life written an

24  e-mail that mentioned the word Bratz?

25       A.   I don't remember.

EXHIBIT ___91___

PAGE ___1486___

Page 209

**Martinez, Liliana 5/20/2005**

1    Q.   Do you use e-mails in the course of your

2  work as a designer at Mattel?

3    A.   Yes.

4    Q.   Do you receive e-mails in the course of

5  your work as a designer at Mattel?

6    A.   Sure.  Yes.

7    Q.   Were any of those e-mails ever about Toon

8  Teens?

9    A.   I don't remember.

10   Q.   Were any of those e-mails ever about Bratz?

11   A.   What e-mails?  When?

12   Q.   Any e-mails?

13   A.   But when?  Like --

14   Q.   How about in 2000 and 2000 -- in the years

15  2000 to 2002?

16   A.   I don't, I don't remember.

17   Q.   You testified that you had a conversation

18  with this person and you can't recall at all the

19  name of this person?

20   A.   No.  I can't.

21   Q.   Does this person still work at Mattel?

22   A.   I don't know.  It was like a passing, like

23  somebody just passed by and showed me something.  I

24  didn't like stop and had a conversation.  So I don't

25  remember.

EXHIBIT _____91_____

PAGE _____1487_____

**Page 210**

Martinez, Liliana 5/20/2005

1          I declare under penalty of perjury

2      under the laws of the State of California

3      that the foregoing is true and correct.

4          Executed on _____, 2005,

5      at _____, _____.

6

7

8

9

10

11          _____

12              SIGNATURE OF THE WITNESS

13

14

15

16

17

18

19

20

21

22

23

24

25

EXHIBIT _____91_____

PAGE _____1488_____