1  THOMAS J. NOLAN (Bar No. 66992)
   (tnolan@skadden.com)
2  SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
   300 South Grand Avenue
3  Los Angeles, CA  90071-3144
   Tel.: (213) 687-5000/Fax: (213) 687-5600
4
   RAOUL D. KENNEDY (Bar No. 40892)
5  (rkennedy@skadden.com)
   SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
6  4 Embarcadero Center, 38th Floor
   San Francisco, CA  94111-5974
7  Tel.: (415) 984-6400 / Fax: (415) 984-2698
8  Attorneys for MGA Entertainment, Inc., MGA Entertainment (HK) Limited,
   MGAE de Mexico, S.R.L. DE C.V., and Isaac Larian
9
10               UNITED STATED DISTRICT COURT
11              CENTRAL DISTRICT OF CALIFORNIA
12
13  CARTER BRYANT, an individual,        )  CASE NO. CV 04-9049 SGL (RNBx)
                                         )
14                    Plaintiff,         )  **DISCOVERY MATTER**
                                         )  [PUBLIC REDACTED]
15          v.                           )  SUPPLEMENTAL DECLARATION
                                         )  OF MARCUS R. MUMFORD IN
16  MATTEL, INC., a Delaware             )  FURTHER SUPPORT OF MGA'S
    corporation,                         )  MOTION TO OVERRULE
17                                       )  MATTEL'S RELEVANCE
                      Defendant.         )  OBJECTION AND COMPEL
18                                       )  DISCOVERY RELEVANT TO
                                         )  STATUTE OF LIMITATIONS AND
19  AND CONSOLIDATED ACTIONS             )  LACHES DEFENSES (RFP, RFA &
                                         )  INTERROGATORIES)
20
                                            [To be heard by Discovery Master
21                                          Hon. Edward Infante (Ret.) Pursuant
                                            to Court Order of December 6, 2006]
22
                                            Hearing Date: February 11, 2008
23                                          Time: TBD
24
25
26
27
28

I, Marcus R. Mumford, declare and state as follows:

I am an attorney with Skadden, Arps, Slate, Meagher & Flom, LLP ("Skadden"), counsel of record for MGA Entertainment, Inc. ("MGA"), and Isaac Larian.

1. On November 26, 2007, Jon Corey, Esq. of Quinn, Emmanuel, Urquhart, Oliver & Hedges, LLP sent a letter addressed to Raoul Kennedy, Esq. of Skadden regarding various pending discovery disputes. A true and correct copy of this letter is attached hereto as **Exhibit A**.

2. On January 28, 2008, MGA took the deposition of Robert Simoneau. A true and correct copy of excerpts from the certified reporter's rough transcript of that proceeding is attached hereto as **Exhibit B**.

3. On December 19, 2007, MGA took the deposition of Richard De Anda. A true and correct copy of excerpts from the certified reporter's transcript of that proceeding is attached hereto as **Exhibit C**.

4. Mattel has produced through discovery in this litigation documents bates-stamped "M0155946-47." True and correct copies are attached hereto as **Exhibit D**.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed on February 5, 2008, at Los Angeles, California.

By: _____
Marcus R. Mumford

# EXHIBIT A

11-26-07   04:14pm   From-SKADDEN ,ARPS PALO ALTO          16504704576          T-204   P.02/03   F-173

QUINN EMANUEL trial lawyers | los angeles
865 South Figueroa Street, 10th Floor, Los Angeles, California 90017 | TEL 213-443-3000 FAX 213-443-3100

November 26, 2007

VIA FACSIMILE AND U.S. MAIL

Raoul Kennedy, Esq.
Skadden Arps Slate Meagher & Flom, LLP
Four Embarcadero Center Suite 3800
San Francisco, California 94111

Re:    Mattel v. Bryant

Dear Raoul:

I write to follow up on our discussion regarding the deposition of Ron Brawer. As you will recall, at the status conference before Judge Infante, I informed him that he should not focus on the motion to compel the deposition of Mr. Brawer. Also, when you and I spoke, I informed you that Mattel would be withdrawing that motion without prejudice. On November 16, 2007, however, you offered to make Mr. Brawer available for deposition for one day on December 18, 19, 20 or December 24 or 25.

MGA has pointed out that Mattel has six remaining depositions under the 24-deposition limit. Based on our current information, Mr. Brawer would not be a witness testifying in Phase 1, and Mattel is reserving most of its remaining depositions for witnesses testifying in Phase 1, including for example Bryant's recently disclosed witness, Jeanne Galvano. That said, Mattel would prefer to take Mr. Brawer's deposition on December 20, but before Mattel will agree to do so, there would need to be an agreement with MGA that this deposition will not count against the current 24-deposition limit. In its motion for leave to take additional discovery, Mattel has made its showing of why Mattel should be given leave above and beyond the 24-deposition limit to take Mr. Brawer's deposition. Absent MGA's agreement in this regard, Mattel will await a ruling on the motion for leave to take additional discovery, and will notice Mr. Brawer's deposition when it has been granted leave. I look forward to your prompt confirmation as to whether the deposition can proceed on December 20. If that is agreeable, then I will provide you with a stipulation reflecting that agreement.

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
NEW YORK | 51 Madison Avenue, 22nd Floor  New York, New York 10010 | TEL 212-849-7000 FAX 212-849-7100
SAN FRANCISCO | 50 California Street, 22nd Floor, San Francisco, California 94111 | TEL 415-875-6600 FAX 415-875-6700
SILICON VALLEY | 555 Twin Dolphin Drive, Suite 560, Redwood Shores, California 94065 | TEL 650-801-5000 FAX 650-801-5100

07209/2303551 1

Exhibit  A , P.  2

If you have any questions regarding the foregoing, please do not hesitate to call.

Best regards,

Jon D. Corey

cc:    Christa Anderson, Esq.

U7209/2303531.1

# EXHIBIT B

128bratz.txt

1               UNITED STATES DISTRICT COURT

2             CEDNTRAL DISTRICT OF CALIFORNIA

3                    EASTERN DIVISION

4

5     ------------------------------)

6     CARTER BRYANT,                )

7                       Plaintiff,  ) No.

8               vs.                 ) CV 04-9049SGL(rnbX)

9     MATTEL, INC., a Delaware      )

10    corporation,                  )

11                     Defendant.   )

12    ------------------------------)

13    Consolidated with MATTEL, INC.)

14    v. BRYANT and MGA             )

15    ENTERTAINMENT, INC. V. MATTEL,)

16    INC.                          )

17    ------------------------------)

18

19          Deposition of WITNAME, at 300 S. Grand

20    Avenue, Suite 3200, Los Angeles, California 90071,

21    commencing at time A.M., Monday, January 28, 2008,

22    before Judith Schlussel, CSR No. 4307.

23

24

25
                                              1

☐

1     APPEARANCES OF COUNSEL:

Page 1

Exhibit _B_, P. _4_

128bratz.txt

2

3          FOR THE PLAINTIFF:

4

5                  FIRM

6                  BY: ^, ESQ.

7                  Address

8                  ^

9                  City, California zip

10                 telephone

11

12         FOR THE DEFENDANT ^:

13

14                 FIRM

15                 BY: ^, ESQ.

16                 Address

17                 ^

18                 City, California zip

19                 telephone

20

21

22

23

24

25

                                                    2

0

1          APPEARANCES OF COUNSEL (CONTINUED):

2

3                  FOR THE COUNTER-DEFENDANTS MGA

4                  ENTERTAINMENT, INC., ISAAC LARIAN, MGA

5                  ENTERTAINMENT (HK) LIMITED, AND MGAE de
                                Page 2

Exhibit _B_, P. _5_

128bratz.txt

```
6      MEXICO S.R.L. de C.V:

7

8            SKADDEN ARPS SLATE MEAGHER & FLOM, LLP

9            BY:  MARCUS R. MUMFORD, ESQ.

10           300 South Grand Avenue

11           Los Angeles, California 90071-3144

12           213 687-5000

13           mmumford@skadden.com

14

15     ALSO PRESENT:

16

17               ^

18

19

20

21

22

23

24

25                                          09:22:45

                                        3
```

D

```
1          THE VIDEOGRAPHER:  Good morning.  We're on

2      the record at approximately 9:25 A.M. on January

3      28th, 2008 for the videotaped deposition of Robert

4      Simoneau.  We're taping this deposition at 300 South

5      Grand Avenue in Los Angeles, California on behalf of     09:25:48

6      the counterdefendants in the action entitled Carter

7      Bryant versus Mattel, Incorporated and Consolidated.

8      Case No. CV-04-09049SGL.  Our court reporter for
```

Exhibit _B_, P. _6_

128bratz.txt

13    myself.

14         Q.    So let's go through that then.  The first

15    entry, how much time did you, did you spend                02:10:52

16    receiving the case and opening the investigation?

17         A.    Sir, I told you before, I can't recall

18    meeting with these people so I don't know how long I

19    talked with them.  It doesn't take long for a person

20    to make an allegation like that.  They could have        02:11:10

21    discussed it with me for a while, they could have

22    just made a brief allegation.  I'm sorry, I would

23    like to answer it more accurately but that's what I

24    know.

25         Q.    Let's go to the April 9th entries, the        02:11:49

                                                      140


1     entries that begin April 9th.

2          A.    Okay.

3          Q.    What does that say?

4          A.    It says 4-9, Tuesday, checked Schoenborn

5     address for leads.                                        02:12:15

6          Q.    What does that reflect?

7          A.    That would indicate that on Tuesday of

8     April 9th, I went to 16730 Schoenborn Street in

9     North Hills.

10         Q.    What do you base that on?                      02:12:45

11         A.    The entry in the chronological log.

12         Q.    How do you know that's the, how do you know

13    that's the address on Schoenborn that you went to?

14         A.    That's the address that I put in the

15    incident report for MGA Entertainment.                    02:13:06

Page 125

Exhibit __6__, P. _7__

128bratz.txt

16      Q.   So this entry on the log says that on April

17   9th, you checked MGA's address for leads?

18      A.   It says I checked the Schoenborn address

19   for leads with negative results.

20      Q.   The address that you were checking for          02:13:25

21   leads was MGA headquarters?

22      A.   MGA Entertainment, 16730 Schoenborn.

23      Q.   What kind of leads were you looking for?

24      A.   I was -- I don't recall specifically, but

25   it's likely that I would be looking for obvious          02:13:44

                                                        141

1   things that I would recognize, real basic things

2   like maybe a Mattel car or something that would

3   identify somebody as a Mattel employee.

4       MR. PAGE:   Backed up to the loading door

5   with Mattel on the side.                                 02:14:04

6       THE WITNESS:   It could happen.

7       Q.   BY MR. MUMFORD:  How much time would you

8   have spent checking?

9       A.   I specifically can't tell you how much time

10   I spent on each one of these, and I don't recall        02:14:21

11   going there.  It could have been brief if there was

12   no activity; if there's nobody around.  Because I

13   don't have recorded the time of day so I don't know.

14   I don't know.  I mean if it was busy, I might have

15   stayed longer.  If it looked promising, I may have      02:14:40

16   stayed longer.  If it did not look promising, it

17   might have been brief.*  So I don't know.

18      Q.   What would have been your practice, how

19   long?                          Page 126

Exhibit __B__, P. __8__

128bratz.txt

| | | |
|---|---|---|
| 20 | A.   It's like hunting.  It's likelihood of | 02:14:53 |
| 21 | success.  If there is no deer, don't go hunting.  I | |
| 22 | can't tell you how long I was there, I don't know. | |
| 23 | I don't recall the event.  I just have a remark that | |
| 24 | I was there on that day, and I had negative results. | |
| 25 | It would have been probably no less than a half hour | 02:15:11 |

                                                    142


| | | |
|---|---|---|
| 1 | and any amount of time longer than that. | |
| 2 | Q.   And the same with respect to April 26? | |
| 3 | A.   Yes, sir. | |
| 4 | Q.   You -- would there have been anything | |
| 5 | different about the second time that you would go to | 02:15:33 |
| 6 | an address to, what, stake them out? | |
| 7 | MR. GORDON:  Objection; calls for | |
| 8 | speculation.  Vague and ambiguous. | |
| 9 | THE WITNESS:  Your question again, sir? | |
| 10 | Q.   BY MR. MUMFORD:  Would there have been | 02:15:51 |
| 11 | anything different about the second time that you | |
| 12 | would go to an address on a stakeout? | |
| 13 | A.   No, sir, not necessarily.  It wasn't really | |
| 14 | a stakeout.  It was just a cursory observation of | |
| 15 | that location. | 02:16:06 |
| 16 | Q.   And what makes you -- well, what about this | |
| 17 | log makes you think it was just a cursory | |
| 18 | observation? | |
| 19 | A.   Well, nothing says I staked it out.  That's | |
| 20 | a hole different, in my mind that's a different | 02:16:18 |
| 21 | concept.  It's a different investigative activity. | |
| 22 | Q.   So again, somewhere between a half hour to | |

Page 127

Exhibit _B_ , P. _9_

128bratz.txt

23    several hours probably on April 26?

24      A.   I would say somewhere from the minimum of

25    around a half hour, 25, 30 minutes to, I don't know     02:16:42

                           143

1    what beyond that.  I would not have put down checked

2    it if it had been a lengthy visit to that location.

3      Q.   What's the longest time you would have

4    spent somewhere and only said that you were checking

5    it out as opposed to some other word?     02:17:08

6      A.   Probably an hour or less.

7      Q.   So somewhere between a half hour to an

8    hour?

9      A.   Maybe, yeah.  That could be 75 minutes, it

10    could be 45 minutes.     02:17:19

11      Q.   Now, if you had negative results the first

12    time, why would you go back for a second time?

13      A.   I don't know, maybe the fish were biting

14    the second time.  I would go back for that reason,

15    just to see if there were, you know, it's a     02:17:34

16    different day, maybe a different time.  I don't

17    recall the time.  And I have no recollection of it,

18    but typically, if I was looking for activity that

19    would support the investigation, I would try

20    different days, different times to see if there was     02:17:50

21    something happening then.

22      Q.   Okay.  I think we need to just take a

23    break?

24      THE VIDEOGRAPHER:  This is the end of Tape

25    2.  We're going off the record at approximately 2:18     02:18:02

                           144

Exhibit  B , P. 10

128bratz.txt

1    P.M.

2              (Recess taken.)

3              THE VIDEOGRAPHER:  We're on the record at

4    approximately 2:20 P.M.  This is the beginning of

5    Tape 3 in the deposition of Robert Simoneau.          02:20:35

6         Q.   BY MR. MUMFORD:  Turning your attention

7    back to M 0074732, what happened next in your

8    investigation after the second time that you checked

9    MGA headquarters on April 26?

10        A.   Well, the chron log indicates that on 5-4,    02:21:10

11   6-22 and 7-3 I again checked that address with

12   negative results.

13        Q.   What does it mean that that was the third

14   time that you went to check the, that you went to

15   check MGA headquarters as part of your               02:21:33

16   investigation?

17        A.   I don't understand your question.  What do

18   you mean?

19        Q.   Does that indicate to you something about

20   the, the significance of this case?                 02:21:42

21        A.   Well, it's unclear.  You mentioned third

22   time.  Can you explain?  Reask your question.

23        Q.   Sure.  You went to -- you checked out --

24   what word do you want to use, checked out?

25        A.   I checked, yeah, I checked the location.     02:22:02

                                                    145

1         Q.   Because it was between a half hour and an

                         Page 129

Exhibit _B_, P. _11_

# EXHIBIT C

CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1            UNITED STATES DISTRICT COURT

 2          CENTRAL DISTRICT OF CALIFORNIA          Certified Copy

 3               EASTERN DIVISION

 4

 5     ---------------------------------

 6     MATTEL, INC., a Delaware        )

 7     Corporation,                    )

 8              Plaintiff,             )

 9         vs.                         )  No. CV 04-9059 NM

10     CARTER BRYANT, an individual;   )  (RNBx)

11     and DOES 1 through 10,          )  VOLUME I

12     Inclusive,                      )

13              Defendants.            )

14     ---------------------------------)

15     (COMPLETE CAPTION ON NEXT PAGE.)

16

17          CONFIDENTIAL - ATTORNEYS' EYES ONLY

18

19     Videotaped deposition of RICHARD N. DE ANDA,

20     taken at 300 South Grand Street, Los Angeles,

21     California, commencing at 9:17 A.M.,

22     Wednesday, December 19, 2007, before

23     Wendy S. Schreiber, CSR No. 3558, RPR, CLR.

24

25     PAGES 1 - 332
```

1

Exhibit _C_, P. _12_

CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1              UNITED STATES DISTRICT COURT
 2            CENTRAL DISTRICT OF CALIFORNIA
 3                    EASTERN DIVISION
 4
 5        --------------------------------
 6    MATTEL, INC., a Delaware           )
 7    Corporation,                       )
 8                Plaintiff,             )
 9                vs.                    )  No. CV 04-9059 NM
10    CARTER BRYANT, an individual;      )     (RNBx)
11    and DOES 1 through 10,             )
12    Inclusive,                         )
13                Defendants.            )
14    -------------------------------    )
15    CARTER BRYANT, on behalf of        )
16    himself, all present and           )
17    former employees of Mattel,        )
18    Inc., and the general public,      )
19                Counter-Claimants,     )
20                vs.                    )
21    MATTEL, INC., a Delaware           )
22    Corporation,                       )
23                Counter-Defendant. )
24    --------------------------------
25                                                      2
```

CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1    APPEARANCES OF COUNSEL:

 2

 3         FOR THE PLAINTIFF:

 4

 5         QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

 6         BY:   JON COREY, ESQ.

 7         865 South Figueroa Street, Tenth Floor

 8         Los Angeles, California 90017

 9         (213) 443-3000

10         joncorey@quinnemanuel.com

11

12                   -AND-

13

14         MATTEL, INC.

15         BY:   JILL THOMAS, ESQ.

16         333 Continental Boulevard

17         El Segundo, California 90245-5012

18         (310) 252-2000

19         jill.thomas@mattel.com

20

21

22

23

24

25                                              3
```

CONFIDENTIAL - ATTORNEYS' EYES ONLY

1
2                    REDACTED
3
4
5
6
7
8
9                 REDACTED
10
11
12
13
14
15               REDACTED
16
17
18
19
20
21
22               REDACTED
23
24
25

179

Exhibit _C_ , P. _15_

CONFIDENTIAL - ATTORNEYS' EYES ONLY

1

2

3          REDACTED

4

5

6

7

8

9

10          REDACTED

11

12

13

14

15

16          REDACTED

17

18

19

20

21          REDACTED

22

23

24

25

180

CONFIDENTIAL - ATTORNEYS' EYES ONLY

1          IN WITNESS WHEREOF, I have subscribed my

2    name this 26th day of December, 2007.

3

4

5

6    _____

7          WENDY S. SCHREIBER, CSR No. 3558, RPR

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Exhibit _C_, P. _17_

330

# EXHIBIT D



**Notes: vol. 6**
Oct. 24, 2002

| Date/Time/Place: | Thursday, October 24, 2002 / 1:00–2:00 / Catalina Room | | | |
|---|---|---|---|---|
| **Attendees:** | Marketing<br>• Debbie<br>• Jean<br>• Galite | Design<br>• Cassidy<br>• Barb<br>• Lily<br>• Erika<br>• Izzy | Licensing<br>• Richard<br>• Lisa | Merchandising |
| | Packaging<br>• Monica | Research<br>• Allison | Strat Planning<br>• Matt<br>• Cassandra | PR<br>• Ria<br>• Julia |
| | Creative<br>• Cynthia<br>• Michael<br>• Christie | Promotions<br>• Michelle | Prod. Planning<br>• Gail | Acct. Planning |
| | Website<br>• Marie<br>• Patrick | International<br>• Jill | Retail Planning<br>• Kathy | Agency<br>• Claudine |
| **Proposed Agenda:** | 1. My Scene Brand Update<br>  • Media Update: Change in TV dates<br>  • Teen Panel: Discuss criteria and goals<br><br>2. Brainstorm My Scene product ideas for wave 3 and ES 2004 | | | |
| **Homework:** | My Scene: How do we continue to innovate within the product line? Outside the doll?<br>a. For the Oct. 24 meeting, please bring in a product, image, idea, etc. as inspiration for possible extensions to the My Scene brand. Where can we go with the Brand/the product and how/how far can we extend? | | | |

## 1.  My Scene Brand Update:

Product:
- "Nolee" approved worldwide
- "Bryant" cleared worldwide as well, but Lily pointed out that the former Mattel designer who is a creator of Bratz was named Bryant.
- 9/1 dolls could have New Year's eve theme

Advertising:
- Doll spots will begin airing Oct. 30, eleven days prior to planned dates.
- For Toy Fair, the My Scene brand spot featuring illustrations will be completed along with the accompanying Barbie webisode.
- Rolling rack with TV monitors need 3–15 sec. VHS loop

Teen Panel:
- Need to determine goals of panel, list of questions and desired criteria of panel participants

PR:
- Nick Jr. magazine (over 1 million readers) mention as one of the hottest toys in 2002

Oct. 24, 2002

Exhibit _D_, P. _19_

CONFIDENTIAL - ATTORNEYS' EYES ONLY

**2.  My Scene Product Brainstorm:**

Places where people did their inspiration shopping:
- Stores:  3rd St. Promenade (Urban Outfitters, Anthropologie, Fred Segal), West LA (Giant Robot), Manhattan Beach (The Bee Hive), West 3rd St. (Paul Frank, Plastica, Zipper)
- Online:  girlshop.com, fifiandromeo.com, puma.com, nike.com

My Scene Product Development:  Plan of action
- What?...determine what My Scene products should be developed
- Who?...which groups will lead which project
- By whom?...developed internally or licensed out?
- Where at retail?...Once product list is determined, need Sales input (Milt) on where it would be placed at retail and which buyers would be approached

What will happen to actual toy product? Evolution plan
- 15 months from now, will the sculpt change?  What kind of changes?  Bigger feet?
- Increase ethnic flavor of dolls.  Balance the reality of lesser selling ethnic dolls with the brand statement of having dolls that are more true to the diversity of population

Toy Product Ideas
- Tied to the theme, retail cute stuff for the dolls and for the Girl (mirror what is in the My Scene doll package to products available at retail for the Girl to actually use in her world)
    - i.e. for My Scene "Date Scene that features a dog", create real dog collars and accessory for the Girl's pet or "Costume Party," create wigs for both dolls and girls

Girl Product Ideas
- Little undies/t-shirts
- Sweatshirts
- T-shirt packs
- Cosmetic bags
- Room accessories
- Customization kits:  create their own necklace/jewelry, flip flops, belts, accessory packs, bracelets
- Fabric stationary
- Scrap-booking
- Wacky stickers
- Customize your own shoe, lifestyle kits, rubber bands, cards, hair accessories
- Fitness, health diet, yoga mats,
- Little purse with photo holder
- Magnets with teen words
- Picture frames
- Candles, room décor, soap, aromatherapy

Design Ideas
- Luxury logo design motif on product
- Denim

PR/Promotion Ideas
- Editor to design "the look for My Scene girls"
- Work with magazine combining the My Scene illustrations with on-trend real "looks"/clothing
- Teen Panel with fashion expert, Jorge Ramon, Teen People fashion director

- 2 -

Exhibit _D_, P. 19

CONFIDENTIAL · ATTORNEYS' EYES ONLY

M 0155947