QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  johnquinn@quinnemanuel.com
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
  Timothy L. Alger (Bar No. 160303)
  (timalger@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>　　　　Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09039<br>Case No. CV 05-02727<br><br>Hon. Stephen G. Larson<br><br>[PUBLIC REDACTED]<br>DECLARATION OF JON COREY IN SUPPORT OF MATTEL, INC.'S MOTIONS IN LIMINE NOS. 1-14<br><br>Date: May 21, 2008<br>Time: 1:00 p.m.<br>Place: Courtroom 1<br><br>**Phase 1:**<br>Pre-Trial Conference: May 5, 2008<br>Trial Date:　　　　　May 27, 2008 |

07209/2469542.1

-1-

COREY DECLARATION

# DECLARATION OF JON D. COREY

I, Jon D. Corey, declare as follows:

1. I am a member of the bar of the State of California and a member of Quinn Emanuel Urquhart Oliver & Hedges, LLP, attorneys for Mattel, Inc. I make this declaration of personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify competently thereto.

2. Attached hereto as Exhibit 1 is a true and correct copy of excerpts from the Deposition of Adrienne Fontanella, dated January 16, 2008.

3. Attached hereto as Exhibit 2 is a true and correct copy of excerpts from the Deposition of Carter Bryant, Volume 4, dated January 23, 2008.

4. Attached hereto as Exhibit 3 is a true and correct copy of excerpts from the Deposition of Janet Bryant, dated September 25, 2007.

5. Attached hereto as Exhibit 4 is a true and correct copy of excerpts from the Deposition of Margaret Hatch Leahy, dated December 12, 2007.

6. Attached hereto as Exhibit 5 is a true and correct copy of excerpts from the Deposition of Elise Cloonan, dated December 14, 2007.

7. Attached hereto as Exhibit 6 is a true and correct copy of excerpts from the Deposition of Isaac Larian, dated July 18, 2006.

8. Attached hereto as Exhibit 7 is a true and correct copy of excerpts from the Deposition of David Rosenbaum, dated January 25, 2008.

9. Attached hereto as Exhibit 8 is a true and correct copy of excerpts from the Deposition of Victoria O'Connor, dated December 6, 2004.

10. Attached hereto as Exhibit 9 is a true and correct copy of excerpts from the Deposition Transcript of Ivy Ross, dated January 17, 2008.

11. Attached hereto as Exhibit 10 is a true and correct copy of excerpts from the Deposition Transcript of Mary Bergstein, dated April 7, 2008.

12. Attached hereto as Exhibit 11 is a true and correct copy of excerpts from the Deposition Transcript of Carter Bryant, Volume 1, dated November 4, 2004.

13. Attached hereto as Exhibit 12 is a true and correct copy of excerpts from the Deposition Transcript of Christina Tomiyama, dated February 27, 2008.

14. Attached hereto as Exhibit 13 is a true and correct copy of excerpts from the Deposition Transcript of Peter S. Menell, dated April 1, 2008.

15. Attached hereto as Exhibit 14 is a true and correct copy of excerpts from the Deposition Transcript of Rebecca Harris, Volume 2, dated January 22, 2008.

16. Attached hereto as Exhibit 15 is a true and correct copy of excerpts from the Deposition Transcript of Sarah Chui, dated September 28, 2007.

17. Attached hereto as Exhibit 16 is a true and correct copy of excerpts from the Deposition Transcript of Robert Tonner, dated March 21, 2008.

18. Attached hereto as Exhibit 17 is a true and correct copy of excerpts from the Deposition Transcript of Deborah Middleton, dated March 19, 2008.

19. Attached hereto as Exhibit 18 is a true and correct copy of excerpts from the Deposition Transcript of Hoi Hoffman-Briggs, dated January 21, 2008.

20. Attached hereto as Exhibit 19 is a true and correct copy of excerpts from the Deposition Transcript of Ron Brawer, dated February 5, 2008.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on April 14, 2008, at Los Angeles, California.

*Jon D. Corey*
Jon D. Corey

-3-

COREY DECLARATION