EXHIBIT 1

CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1              UNITED STATES DISTRICT COURT
 2             CENTRAL DISTRICT OF CALIFORNIA
 3                    EASTERN DIVISION
 4                                            Certified Copy
 5    ---------------------------
 6    MATTEL, INC., a Delaware      )
 7    Corporation,                  )
 8              Plaintiff,          )
 9         vs.                      ) No. CV 04-9059
10    CARTER BRYANT, an individual; )    NM (RNBx)
11    and DOES 1 through 10,        ) VOLUME I
12    Inclusive,                    )
13              Defendants.         )
14    --------------------------- )
15    (COMPLETE CAPTION ON NEXT PAGE.)
16
17         CONFIDENTIAL - ATTORNEYS' EYES ONLY
18
19    Videotaped Deposition of ADRIENNE FONTANELLA,
20    taken at 300 South Grand Street, Los Angeles,
21    California, commencing at 9:10 A.M.,
22    Wednesday, January 16, 2008, before
23    Wendy S. Schreiber, CSR No. 3558, RPR, CLR.
24
25    PAGES 1 - 260
```

1

CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1            UNITED STATES DISTRICT COURT
 2           CENTRAL DISTRICT OF CALIFORNIA
 3                  EASTERN DIVISION
 4
 5      ---------------------------------
 6     MATTEL, INC., a Delaware          )
 7     Corporation,                      )
 8              Plaintiff,               )
 9              vs.                      ) No. CV 04-9059
10     CARTER BRYANT, an individual;     )    NM (RNBx)
11     and DOES 1 through 10,            )
12     Inclusive,                        )
13              Defendants.              )
14     --------------------------------- )
15     CARTER BRYANT, on behalf of       )
16     himself, all present and          )
17     former employees of Mattel,       )
18     Inc., and the general public,     )
19              Counter-Claimants,      )
20              vs.                      )
21     MATTEL, INC., a Delaware          )
22     Corporation,                      )
23              Counter-Defendant.       )
24     ---------------------------------
25
                                                          2
```

EXHIBIT 1
PAGE 5
Veritext National Deposition & Litigation Services
866 299-5127

CONFIDENTIAL - ATTORNEYS' EYES ONLY

1   the licensing side of the business?
2         MR. PLEVAN: Yes. That was what the intent
3   of the question was.
4         THE WITNESS: Yeah.
5   Q.   When you became President of Girls, what was            09:37AM
6   happening in terms of the sales of Barbie dolls?
7   A.   I came in in February of '99 so the plan had
8   already been done and I vaguely remember Barbie was
9   doing about $1.8 billion in sales.
10  Q.   And over the next several years?                         09:38AM
11  A.   When I left in 2003, I think worldwide sales
12  were $2.1 billion or $2.2 billion.
13  Q.   Now, did the $2.1 billion, $2.2 billion did
14  that include a line called My Scene?
15  A.   Yes.                                                     09:38AM
16  Q.   And do you recall what portion of the $2.1
17  billion to $2.2 billion worldwide --
18        MR. ZELLER: I'm sorry, this is as of the
19  time she left?
20        MR. PLEVAN: Yes.                                        09:39AM
21  Q.   -- was accounted for by My Scene?
22  A.   It was not very big.
23  Q.   You referred to the Design Center. I think
24  you indicated Ms. Ivy Ross was in charge of the
25  Design Center.                                                09:39AM

25

Veritext National Deposition & Litigation Services
866 299-5127

EXHIBIT 1
PAGE 6

CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1      A.    Yes.
 2      Q.    What is the -- what is the Design Center?
 3      A.    The Design Center for Mattel at the time was
 4  a separate building and there was -- there were both
 5  Girls and Boys division designers, sculptors,              09:39AM
 6  Packaging, Planning, I think Electronics, Modeling.
 7  There were a number of departments.
 8      Q.    Approximately how many employees were there
 9  in the Design Center when you were at Girls?
10      A.    In excess of 200.                                09:40AM
11      Q.    When you went to Mattel in 19 -- what did we
12  agree, '96 --
13      A.    Yes.
14      Q.    -- did you sign an employment agreement?
15      A.    Yes.                                             09:40AM
16      Q.    And what -- what did that consist of?
17      A.    I remember maybe three things. I had a
18  contract. I signed a form employee inventors kind
19  of confidentiality agreement and then maybe another
20  form document.                                             09:41AM
21      Q.    The contract was a specific employment
22  contract related to you personally and your salary?
23      A.    I'm trying to think did I have a contract.
24  I think -- I believe, yes.
25      Q.    Did you -- well, let me withdraw that.           09:41AM
                                                                  26
```

CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1           You referred to a form employee inventors
 2   kind of confidentiality agreement.
 3       A.   Uh-huh.
 4       Q.   What did that look like?  Do you recall?
 5       A.   I just remember that I disclosed -- it asked    09:42AM
 6   and talked about whatever happened at Mattel Mattel
 7   owned and you weren't able to do anything else while
 8   you were working at Mattel.  And I disclosed that I
 9   had a company January Productions, Inc. and
10   basically wanted to keep it -- did not want to close    09:42AM
11   it and wanted to make sure that there was no problem
12   with the agreement and the fact that I had this
13   company.  So it was disclosed.  It was up to Mattel
14   to determine if it was competitive or contradicted
15   the document at all.                                    09:43AM
16       Q.   And did someone eventually get back to you
17   on that point?
18       A.   Oh, absolutely.  Absolutely.
19       Q.   Who was that?
20       A.   It was reviewed by many people.  Jean          09:43AM
21   McKenzie, it was reviewed by Human Resource, it was
22   reviewed by -- I mean, it was -- yes.  It was
23   reviewed by a number of people.
24       Q.   Who got back to you and said it was okay?
25       A.   Generally things came through the Human        09:43AM
                                                                  27
```

CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1   Resource department but I believe it was both Jean
 2   McKenzie and whoever I was dealing with in the Human
 3   Resource department.
 4       Q.   Do you remember the actual time you received
 5   what you referred to as the form agreements for          09:44AM
 6   signature?
 7       A.   No.
 8       Q.   Was this something you received for your
 9   review prior to actually moving to California?  I
10   take it you moved to California when you started at     09:44AM
11   Mattel?
12       A.   I didn't.
13       Q.   Did not?
14       A.   I did not.
15       Q.   Let me ask you, where do you live today?       09:44AM
16       A.   Today I live in California.
17       Q.   What's your home address?
18       A.   1475 Chastain Parkway West.
19       Q.   I'm sorry, maybe someone else knows that
20   but --                                                   09:44AM
21       A.   1475 Chastain Parkway West in Pacific
22   Palisades.
23       Q.   And how long have you lived there?
24       A.   Since June of 2002.
25       Q.   And where did you live prior to that?          09:44AM
```

28

CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1      A.   I lived in Marina Del Rey.  I don't
 2   remember -- on Privateer Street.
 3      Q.   And before that?
 4      A.   I lived on 200 East 90th Street.
 5      Q.   At what point did you move to California?   09:45AM
 6      A.   In November of 1999.  November of 1999.
 7      Q.   Do you recall whether or not you received
 8   those form agreements prior to your becoming an
 9   employee of Mattel?
10      A.   I don't recall but I would assume that I    09:45AM
11   did.
12      Q.   This was part of the negotiations relating
13   to accepting the position?
14      A.   Yes.
15      Q.   Did you review those form agreements with   09:45AM
16   your -- with an attorney?
17      A.   They were pretty clear to me.  I don't think
18   so.  I mean, my attorney was really more involved in
19   my contract.  I think that -- I don't recall exactly
20   but I believe that it was pretty explicit to me and  09:46AM
21   I just disclosed January Productions and that was
22   the end of it.
23      Q.   Who were you represented by at the time?
24      A.   I really wasn't represented.  Again, it was
25   just a very simple, simple, simple, simple employee  09:46AM
                                                              29
```

CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | |
|---|---|
| 1    incorporated just the way boys kind of like Lego and | |
| 2    building and I wanted to really pick up on girls and | |
| 3    architecture. And basically created an assignment | |
| 4    and Ivy assigned a group of designers. I don't | |
| 5    remember where they each came from but they came | 10:49AM |
| 6    from different places. | |
| 7        Q. Where was Little Mommy developed? | |
| 8        A. Little Mommy came from I -- let's see if I | |
| 9    can remember the dates of this. I had my first | |
| 10   child in October of 2000 and became very familiar | 10:50AM |
| 11   very quickly with Fisher Price products and Neil was | |
| 12   extremely generous and I was kind of the test mommy | |
| 13   and we also in terms of the flanker business really | |
| 14   wanted to diversify ourselves as I said outside of | |
| 15   the doll -- Barbie doll business and so large dolls | 10:50AM |
| 16   was a proprietary -- was an important piece that we | |
| 17   were trying to develop and I think as we were | |
| 18   looking at -- we had a doll called Miracle Baby that | |
| 19   was also -- had a lot of technology in it but was a | |
| 20   very high price point and we wanted to continue to | 10:51AM |
| 21   build our large doll business with a doll that | |
| 22   utilized Fisher Price products for mommies so that | |
| 23   we were licensing within the company and not paying | |
| 24   a royalty promoting, you know, our own company and | |
| 25   creating a role-play doll that utilized Fisher | 10:51AM |

EXHIBIT _____
PAGE  11
Veritext National Deposition & Litigation Services
866 299-5127

CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1   Price.  So you had Big Mommy, you know, Real Mommy
 2   and you had Little Mommy.
 3       Q.   Now, in addition to the flanker brands that
 4   got marketed were there others that were under
 5   development that didn't make the final cut?            10:52AM
 6       A.   There were many, many.  I mean, that was --
 7   that was the business that we were in is coming up
 8   with ideas.
 9       Q.   And so for each one that got marketed I take
10   it there were a number that did not?                   10:52AM
11       A.   Yes.
12       Q.   Do you recall any specific ones that come to
13   mind that may have gotten far along?
14       A.   Yeah, I remember we were on this little kick
15   about animal people.  You know, we realized that we    10:52AM
16   obviously owned the -- the -- you know, the plastic
17   bodies and models and what if we put fur on them and
18   we had like a cat family and a dog family and it was
19   kind of all comical.
20            There was like Perfect Family.                10:52AM
21            We had Tune Teens which was a -- there were
22   meetings that were called Blue Sky meetings where I
23   would see maybe 20 concepts.  Tune Teens was another
24   one that was kind of an edgier-looking doll and --
25   with her own furniture and clothes and a kind of       10:53AM
```

EXHIBIT
Veritext National Deposition & Litigation Services
866 299-5127
PAGE 12

CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1   look.
 2              There were a lot of, you know, large -- I
 3   think we had these bendable animals like poodles and
 4   cats -- I forget what we called them -- where that
 5   may have eventually launched.  There were all sorts        10:53AM
 6   of little teeny dolls.  There were lots of concepts.
 7        Q.   Do you know what happened to Tune Teens, why
 8   it wasn't -- it didn't make the final cut?
 9        A.   What would happen is that we would look at
10   all the concepts and we would determine maybe the          10:54AM
11   top five and then we would research them and put a
12   lot -- you know, put some money behind the research
13   and really delve further into what their appeal was
14   with girls.  And I believe that Tune Teens, probably
15   What's Her Face and I think maybe there were five          10:54AM
16   concepts that ended up getting researched and then
17   based on the research we would determine what had
18   the most likelihood of success.
19        Q.   And so in the decision picking among the top
20   five you would be guided by the research?                  10:54AM
21        A.   Yes.
22        Q.   What kind of research are you referring to?
23        A.   I think that it was mostly focus group
24   research.
25        Q.   Who was responsible or what group at Mattel     10:55AM
```

68

CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1   BY MR. PLEVAN:
 2       Q.   Well, you recall it was launched as a
 3   product.
 4       A.   Right.  So the launch or --
 5       Q.   Sometime before that you learned that there    11:16AM
 6   was something under development that ended up being
 7   the My Scene brand.
 8       A.   Right.  What I remember is we were always
 9   looking at heads and bodies and all sorts of
10   different concepts.  I mean -- you know, I keep        11:16AM
11   saying we were in the business of ideas and were
12   interested in every idea put forth and were always
13   combining and looking at various iterations and in
14   the case of My Scene we had another -- it may have
15   even been a flanker brand but a group that was         11:17AM
16   presented called Glamour Maids and I think it was
17   using -- there were a lot of -- there were a lot of
18   sculpts of Barbie's face and there were different
19   sculpts that people would use that were able to take
20   a different kind of paint or you would be able to do   11:17AM
21   different things with their face, but the Glamour
22   Maids was a very appealing look and I believe that
23   they were on a mermaid body.  And I think that the
24   first time that I saw Glamour Maids I really liked
25   the head but thought that the idea of a mermaid body   11:17AM
```

74

CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1  was limiting in terms of appeal and that we should
 2  look at the head on another body.  And that was my
 3  recollection of the beginnings of My Scene.
 4      Q.  So it was your impetus that started the
 5  Design Team down the road towards what became My          11:18AM
 6  Scene Barbie?
 7      A.  My job was to always challenge the group to
 8  come up with new ideas.  So we were always looking
 9  at new ideas.
10      Q.  There was no -- nothing particularly              11:18AM
11  different about My Scene Barbie's development than
12  any of the other products you talked about?
13          MR. ZELLER:  The question is overbroad,
14  ambiguous.
15          THE WITNESS:  Can you rephrase that for me?       11:18AM
16  BY MR. PLEVAN:
17      Q.  Do you recall when My Scene Barbie was
18  introduced?
19      A.  Oh, wow.
20          MR. ZELLER:  By the way, just as a point of       11:18AM
21  clarification, you're asking her -- you're using the
22  term "My Scene Barbie."  Are you asking about that
23  particular doll or are you talking about the line?
24  BY MR. PLEVAN:
25      Q.  Was there a line and, if so, what was its        11:19AM
```

75

CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1   name?  I'll let you tell me what the right
 2   terminology is rather than relying on my own
 3   interpretation.
 4        A.   Okay, there was specifically a My Scene    11:19AM
 5   Barbie doll and there were I think two other dolls
 6   that were My Scene So-and-So, My Scene So-and-So.  I
 7   think we initially launched with three
 8   personalities.  We had launched a line called
 9   Generation Girl I think in 1998 that was very, very,
10   very, very successful and it was a flanker brand.    11:19AM
11   It was another very important flanker brand and it
12   was probably the first time that we had assigned a
13   personality and different characters to different
14   dolls and they were certainly targeted at an older
15   market just by virtue of what they were wearing and  11:20AM
16   what they were doing and I think they were in high
17   school.  Their Website was -- had a personality to
18   it commensurate with the different personalities of
19   the girls and I think that that launched in '98.  It
20   may have been around in '99.  And then we trickled   11:20AM
21   out of that because girls always are looking for new
22   things and that's why we were always looking for new
23   concepts and iterations of things and -- I mean, new
24   was really important to us.  And in thinking about
25   My Scene, I think we wanted to go back to another    11:20AM
```

76

CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1   iteration of Generation Girl where we developed
 2   personalities that targeted older girls.
 3       Q.   When you say "older girls," what do you
 4   mean?
 5       A.   Anything under ten.                          11:21AM
 6       Q.   Now, Generation Girls was withdrawn from the
 7   market because you wanted -- Mattel wanted to do --
 8   because girls were looking for something new?
 9       A.   Generation Girl was introduced into the
10   market to appeal to older girls and it did that and   11:21AM
11   it did that very successfully and girls are very
12   fickle and are always looking for something new.
13   And they were looking for the next Generation Girl.
14   They wanted something new.
15       Q.   What I'm trying to understand is you took a  11:21AM
16   brand that was very successful.  At the time it was
17   successful you withdrew it?
18       A.   We didn't withdrew it.  It trickled out.
19       Q.   What does that mean?
20       A.   It -- it -- sales volume decreased and it    11:22AM
21   was time to do something new.
22       Q.   So what was the total life of Generation
23   Girls?
24       A.   I don't remember exactly.  I mean, it was --
25   I think it was actually developed and launched        11:22AM
                                                              77
```

Veritext National Deposition & Litigation Services
866 299-5127

EXHIBIT 1
PAGE 17

CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1   before I became President.  But I would say three or
 2   four seasons.
 3        Q.   Three or four seasons would be two years?
 4        A.   Yes.
 5        Q.   Roughly two seasons a year?                    11:22AM
 6        A.   Right.
 7        Q.   So was Generation Girls, if you know,
 8   introduced with the notion it would only last
 9   several years?
10        MR. ZELLER:  I'm sorry, can I have the              11:22AM
11   question read back?
12        (The pending question was read as follows:
13           "Q.   So was Generation Girls,
14        if you know, introduced with the
15        notion it would only last several                   11:22AM
16        years?")
17        MR. ZELLER:  The question is vague.
18        THE WITNESS:  I can't address specifically
19   Generation Girl but I can tell you that when things
20   were -- didn't reach a certain volume and a certain      11:23AM
21   level of profitability then we moved on to something
22   that did reach certain financial --
23   BY MR. PLEVAN:
24        Q.   Targets?
25        A.   -- targets, yes.                               11:23AM
                                                                  78
```

Veritext National Deposition & Litigation Services
866 299-5127

EXHIBIT 1
PAGE 18