CARTER BRYANT, V. 4    01/23/08
HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY

```
15:09 1   any of those?
15:09 2       A   Not specifically, no.  It was just kind of a
15:09 3   general rumor.
15:09 4       Q   And it was your understanding -- what you're
15:09 5   telling me is, it was your understanding that at
15:09 6   Mattel it was perfectly okay to do that, to be a
15:09 7   Mattel employee and also work for another toy company
15:10 8   or to create toys to benefit some other company?  That
15:10 9   was perfectly okay?
15:10 10      MR. WERDEGAR:  Objection.  Misstates prior
15:10 11  testimony, argumentative, leading.
15:10 12      THE WITNESS:  Yeah, that's not what I said.  What
15:10 13  I said is that I had heard that, you know, people
15:10 14  moonlighted, but as to whether I thought it was okay,
15:10 15  I mean, you know, I didn't really have an opinion one
15:10 16  way or another.
15:10 17  BY MR. QUINN:
15:10 18      Q   All right.  Did you have an opinion as to
15:10 19  whether Mattel thought it was okay one way or another?
15:10 20      MR. WERDEGAR:  Objection.  Lacks foundation.
15:10 21  BY MR. QUINN:
15:10 22      Q   Just so I'm clear on what you just said, you
15:10 23  just had no opinion yourself as to whether it was okay
15:10 24  for a Mattel employee to do competitive work for
15:10 25  another toy company while they were employed by
```

869

SARNOFF COURT REPORTERS AND LEGAL TECHNOLOGIES
877.955.3855

EXHIBIT _____2_____

PAGE _____33_____

| | |
|---|---|
| 15:10 1 | Mattel? You just had no opinion on that; is that |
| 15:10 2 | true? |
| 15:10 3 | MR. WERDEGAR: Objection. Misstates prior |
| 15:10 4 | testimony, argumentative, leading. |
| 15:10 5 | THE WITNESS: I didn't really -- I didn't really |
| 15:10 6 | have an opinion. |
| 15:10 7 | BY MR. QUINN: |
| 15:10 8 | Q   Do you now? |
| 15:10 9 | MR. WERDEGAR: I'll just caution you not to |
| 15:10 10 | reveal anything you might have learned through |
| 15:10 11 | communications with your counsel. |
| 15:11 12 | THE WITNESS: No. |
| 15:11 13 | BY MR. QUINN: |
| 15:11 14 | Q   If you look, please, at your MGA agreement. |
| 15:11 15 | That's Exhibit 15. |
| 15:11 16 | A   Okay. |
| 15:11 17 | Q   And we looked at this phrase before, numbered |
| 15:11 18 | paragraph one on the first page. The first sentence |
| 15:11 19 | where it says, and I quote, "MGA retains Bryant to |
| 15:11 20 | provide his services to consult with MGA and advise |
| 15:11 21 | MGA on the design and development by MGA of a line of |
| 15:11 22 | dolls presently known as Bratz, the MGA products," in |
| 15:11 23 | parenthesis. Do you see that, sir? |
| 15:11 24 | A   Yes. |
| 15:11 25 | Q   When it refers in this document dated |

```
 1          I, the undersigned, a Certified Shorthand
 2   Reporter of the State of California, do hereby certify:
 3          That the foregoing proceedings were taken
 4   before me at the time and place herein set forth; that
 5   any witnesses in the foregoing proceedings, prior to
 6   testifying, were duly sworn; that a record of the
 7   proceedings was made by me using machine shorthand
 8   which was thereafter transcribed under my direction;
 9   that the foregoing transcript is a true record of the
10   testimony given.
11          Further, that if the foregoing pertains to
12   the original transcript of a deposition in a Federal
13   Case, before completion of the proceedings, review of
14   the transcript [ ] was [X] was not requested.
15          I further certify I am neither financially
16   interested in the action nor a relative or employee
17   of any attorney or party to this action.
18          IN WITNESS WHEREOF, I have this date
19   subscribed my name.
20
21   Dated:    JAN 3 0 2008
22
23                        _____
                          JODI L. BOSETTI
24                        CSR No. 11316
25
```

EXHIBIT 2
PAGE 35

EXHIBIT 3

COPY

# Transcript of the Testimony of
# Janet Bryant, Vol. I

**Date:** September 25, 2007

**Case:** Bryant v. Mattel
CV-04-9049-SGL (RNBx); USDC

ALPHA REPORTING SERVICE
Phone: 417-887-4110
Fax: 417-889-4246
Email: schedule@alphareportingservice.com
www.alphareportingservice.com

EXHIBIT 3
PAGE 36

CONFIDENTIAL TESTIMONY            9/25/2007            ATTORNEYS' EYES ONLY

82

1    MR. PAGE: Let me object as vague and
2    ambiguous. You are asking for her recollection
3    then or now?
4    MR. ZELLER: No, I'm asking for -- I'm, of
5    course, asking for her recollection, but I'm
6    also trying to find out if it was her
7    understanding and if she recalls that it was her
8    understanding that Carter was still working at
9    Mattel when he had these two conversations with
10   her talking about presenting the doll idea.
11 A. I don't remember if he had quit Mattel then or
12   not. I do not remember.
13 Q. Did you ever ask Carter why he didn't present
14   Bratz to Mattel?
15 A. No, I never asked him that.
16 Q. Has he ever said -- ever given you a reason as
17   to why he didn't present the Bratz to Mattel
18   instead of MGA?
19 A. Yes. He told me that it was his idea and he
20   wanted royalties.
21 Q. Did he give any other reason?
22 A. No.
23 Q. Has Carter ever said to you in words or
24   substance that he ever did show Bratz to anyone
25   at Mattel when he was working at Mattel.

1   A.   No.
2   Q.   I know a little bit earlier you had mentioned
3        that in your discussion with Carter about the
4        presentation that he made to MGA that he had
5        mentioned Isaac Larian --
6   A.   Yes.
7   Q.   -- specifically liked the drawings. Did he
8        mention anyone else by name?
9   A.   By name?
10  Q.   Right. In connection with that presentation
11       that he had made?
12  A.   Isaac's little daughter.
13  Q.   Anyone else?
14  A.   I don't know her name. No, no one that I
15       recall.
16  Q.   Other than what you've told me about so far
17       today, is there anything else that you have ever
18       had a discussion with Carter -- I'm sorry,
19       strike that.
20       Other than what you have already told me
21       about with respect to your conversations with
22       Carter about his contract with MGA, have you
23       ever had any other discussions with Carter about
24       his contract with MGA?       EXHIBIT ___3___
                                      PAGE ___38___
25  A.   Yes.

1  Q.  And what other conversations or communications
2      have you had with Carter about his contract?
3  A.  When he was not employed and he was trying to
4      figure out a way to earn money, I suggested
5      maybe doing some sketches and selling them, and
6      he just said that would interfere with my
7      contract and I don't want to do that. I
8      wouldn't ever -- he was very conscientious about
9      that.
10 Q.  And when you say "his contract," do you mean his
11     contract with MGA?
12 A.  With Mattel, you know, when he was
13     subcontracting to them. He was very
14     conscientious about that.
15 Q.  And so in your prior answer when you were
16     talking about would interfere with his contract,
17     you were talking about -- Carter was talking
18     about his contract with Mattel?
19 A.  Right. Because he was always trying to -- you
20     know.
21     MR. PAGE:  I think his question was
22     actually about his contract with MGA.
23 Q.  (By Mr. Zeller) But now I'm asking about her
24     answer, and so you were saying about this
25     conversation you had with Carter regarding his

CONFIDENTIAL TESTIMONY          9/25/2007          ATTORNEYS' EYES ONLY

85

1    Mattel contract.
2         To be clear I'll come back to the MGA part
3    of it, but I'm just trying to clarify your
4    answer about the Mattel contract part.
5  A. He never wanted to do anything that was
6    unethical.
7  Q. What was it that Carter said in connection with
8    his Mattel contract that would be considered
9    unethical?
10        MR. PAGE: Objection. Misstates her prior
11   testimony.
12 A. Doing any work while he was employed by them.
13 Q. (By Mr. Zeller) Any work for a Mattel
14   competitor?
15 A. Yes.
16 Q. And this was I assume -- correct me if I'm
17   wrong -- but this was a conversation you had
18   with Carter at some point?
19 A. Yes.
20 Q. And was this back when he was working with
21   Mattel or for Mattel?
22 A. I don't recall. I just recall that specific
23   conversation and that he was -- always wanted to
24   do what was the right thing, what he considered
25   to be the right thing.

1  Q.  And so let me make sure I understand your
2      answers on this.
3          So at one point you suggested to Carter
4      that he figure out a way to sell sketches that
5      he had made?
6  A.  Yeah.
7  Q.  And he said, well, I can't do that because it
8      would interfere with my contract with Mattel?
9  A.  Right.
10 Q.  And it's fair to say that when you had this
11     conversation with Carter, it was your
12     understanding that he was still employed by
13     Mattel?
14 A.  Yes. Exactly when it was, I don't remember.
15         MR. PAGE: Object. It's vague and
16     ambiguous.
17         THE WITNESS: I need coffee.
18 Q.  (By Mr. Zeller) Did Carter ever say to you, you
19     know, in words or substance at any time that he
20     was confused by his Mattel contract or he didn't
21     understand what it meant?
22 A.  I don't recall that.
23 Q.  And I take that back when he was working at
24     Mattel, you had conversations with Carter about
25     his job; right?

CONFIDENTIAL TESTIMONY   9/25/2007   ATTORNEYS' EYES ONLY

87

```
1    A.   Occasionally.
2    Q.   And what did Carter say about working at Mattel?
3    A.   Some of the time he was really up and some of
4         the time he was frustrated.
5    Q.   Did he say anything else?
6    A.   Other than just banter, I don't recall specific
7         conversations. He would talk about work. I
8         would talk about what I was doing.
9    Q.   Did Carter ever tell you reasons why he left
10        Mattel the second time?
11   A.   I think he just was tired.
12   Q.   The second time?
13   A.   I think so, yes.
14   Q.   So it's your understanding that the first time
15        that Carter left Mattel and then moved back with
16        you there in Kimberling City he left Mattel that
17        first time because he was tired and burnt out I
18        think was the term that you used and that that
19        was also the same reason as to why he left the
20        second time?
21   A.   Yeah.
22   Q.   And that's what Carter told you; is that right?
23   A.   As far as I can recall, yes, he was just tired.
24   Q.   Did Carter ever say that or whether or not MGA
25        had anything to do with him leaving Mattel the
```

CONFIDENTIAL TESTIMONY          9/25/2007          ATTORNEYS' EYES ONLY

250

1                    REPORTER'S CERTIFICATE

2
         STATE OF MISSOURI    )
3                             ) ss
         COUNTY OF GREENE     )
4

5        I, KELLY R. HEISDORFFER, Registered
     Professional Reporter, Certified Shorthand
6    Reporter, and Certified Court Reporter, do
     hereby certify that the witness was duly sworn
7    by me; that the facts stated by me in the
     caption hereof are true; that the said witness
8    did make the above and foregoing answers in
     response to questions propounded as shown; that
9    I did, in stenotype, report said proceedings;
     and that the above and foregoing typewritten
10   pages contain a full, true, and correct
     transcription of my shorthand notes taken on
11   such occasion. That presentment by me to the
     witness for signature was waived; that the
12   deposition will be thereafter by the witness
     read over, signed, and sworn to on or before the
13   date of trial; that said deposition is now
     herewith returned.

14
         I further certify that I am neither attorney
15   for, nor counsel for, nor related to, nor
     employed by any of the parties to the action in
16   which this deposition was taken; and, further,
     that I am not a relative or employee of any
17   attorney or counsel employed by the parties
     hereto, or financially interested in the action.

18

19

20        _____
          KELLY R. HEISDORFFER, RPR, CSR, CCR
21                                  CCR No. 1025

22

23        ALPHA REPORTING SERVICE      EXHIBIT  3
          3230-G South National
24        Springfield, Missouri  65807
              (417) 887-4110           PAGE  43

25

ALPHA REPORTING SERVICE
Phone: 417-887-4110     www.alphareportingservice.com     Fax: 417-889-4246

EXHIBIT 4

**CERTIFIED COPY**

### UNITED STATES DISTRICT COURT

### CENTRAL DISTRICT OF CALIFORNIA - EASTERN DIVISION

CARTER BRYANT, AN INDIVIDUAL, )
)
        PLAINTIFF, )
)
V. )   NO. CV 04-9040 SGL (RNBX)
)
MATTEL, INC., A DELAWARE )
CORPORATION, )
)
        DEFENDANTS. )
_____ )
)
AND CONSOLIDATED ACTION (S). )
_____ )

# CONFIDENTIAL

(PURSUANT TO PROTECTIVE ORDER, THIS TRANSCRIPT HAS BEEN DESIGNATED CONFIDENTIAL, ATTORNEYS' EYES ONLY)

## DEPOSITION OF MARGARET LEAHY

## DECEMBER 12, 2007



COURT REPORTERS

REPORTED BY:
BETH FELIX
CSR NO. 12766
JOB NO. 07AE738-BF

EXHIBIT 4
PAGE 44

515 S. Flower Street
Suite 3600
Los Angeles, California 90071
Office: (213) 955-0070
Fax: (213) 955-0077

```
 1     Q    AND WHY DO YOU SAY THAT?                              16:30:47
 2     A    I THINK I REMEMBER TALKING TO HIM ABOUT IT.           16:30:50
 3     Q    DID YOU TELL HIM BEFORE YOU WERE DOING IT OR          16:30:55
 4  AFTER?                                                        16:30:59
 5     A    HE TOLD ME HOW TO DO IT.                              16:31:00
 6     Q    SO IT MICHAEL HEBDEN WHO INTRODUCED YOU TO            16:31:04
 7  ILANA RAYNES SO THAT YOU COULD DO WORK FOR A MATTEL           16:31:10
 8  COMPETITOR WHEN YOU WERE THERE AT MATTEL?                     16:31:15
 9     A    THAT'S NOT WHY HE INTRODUCED ME TO ILANA              16:31:18
10  RAYNES.                                                       16:31:21
11     Q    WELL, WE'RE TALKING ABOUT SPECIFICALLY                16:31:22
12  INSTANCES IN WHICH YOU TOLD OR YOU DISCUSSED THIS WORK        16:31:26
13  FOR COMPETITORS WHILE YOU WERE STILL EMPLOYED BY              16:31:31
14  MATTEL.  YOUR ANSWER ABOUT MICHAEL HEBDEN SEEMED TO           16:31:35
15  SUGGEST THAT HE WAS THE ONE WHO ENABLED OR FACILITATED        16:31:40
16  OR SOMEHOW SET UP YOUR WORK WITH ILANA RAYNES?                16:31:43
17     A    HE DIDN'T SET IT UP.  I DIDN'T MAKE A LOT OF          16:31:47
18  MONEY BACK THEN, AND I NEEDED TO PAY THE BILLS, AND HE        16:31:51
19  SUGGESTED A WAY OF GETTING FREE-LANCE WORK.                   16:31:57
20     Q    SO MICHAEL HEBDEN WAS THE ONE WHO SAID TO YOU         16:32:02
21  WHY DON'T YOU TRY GETTING FREE-LANCE WORK THROUGH ILANA       16:32:06
22  RAYNES?                                                       16:32:10
23     A    NO.  HE NEVER SAID ILANA.  HE NEVER SAID              16:32:10
24  ANYBODY SPECIFICALLY.                                         16:32:14
25     Q    HE JUST TOLD YOU TO GO OFF AND GET FREE-LANCE         16:32:14
```

185

A&E COURT REPORTERS (213) 955-0070  FAX: (213) 955-0077

EXHIBIT 4

PAGE 45

| | | |
|---|---|---|
| 1 | WORK? | 16:32:18 |
| 2 | A    WELL, HE SUGGESTED A WAY OF DOING IT. | 16:32:18 |
| 3 | Q    AND HOW DID HE DO THAT? | 16:32:21 |
| 4 | A    WELL, JUST LIKE I TOLD YOU, TALK TO THE | 16:32:23 |
| 5 | VENDORS WHO ARE DOING WORK AND SEE IF THEY HAVE EXTRA | 16:32:26 |
| 6 | WORK THAT THEY CAN'T DO. | 16:32:31 |
| 7 | Q    DID YOU HAVE ONE CONVERSATION WITH MR. HEBDEN | 16:32:36 |
| 8 | ABOUT THIS OR MORE THAN ONE? | 16:32:40 |
| 9 | A    PROBABLY, MORE THAN ONE, BUT I CAN'T TELL YOU | 16:32:42 |
| 10 | HOW MANY. | 16:32:44 |
| 11 | Q    WHEN DID THOSE CONVERSATIONS OCCUR? | 16:32:45 |
| 12 | A    I DON'T REMEMBER. | 16:32:47 |
| 13 | Q    YOU CAN'T TELL ME A YEAR? | 16:32:48 |
| 14 | A    I CAN'T TELL YOU. | 16:32:50 |
| 15 | Q    WHERE DID THEY TAKE PLACE? | 16:32:53 |
| 16 | A    IN THE DEPARTMENT. | 16:32:56 |
| 17 | Q    THERE IN THE MATTEL DESIGN CENTER? | 16:32:59 |
| 18 | A    YES. | 16:33:01 |
| 19 | Q    SO THEN OTHER THAN THE FREE-LANCE JOB THAT YOU | 16:33:08 |
| 20 | MENTIONED FOR HANNA-BARBERA AND THE WORK THAT YOU DID | 16:33:13 |
| 21 | THROUGH ILANA RAYNES -- WELL, I'M SORRY.  I'LL TRY IT | 16:33:17 |
| 22 | THIS WAY: | 16:33:23 |
| 23 | DURING THE TIME THAT YOU WERE DOING THAT | 16:33:25 |
| 24 | FREE-LANCE WORK THAT YOU DESCRIBED WHILE YOU WERE | 16:33:28 |
| 25 | EMPLOYED BY MATTEL THROUGH HANNA-BARBERA AND THROUGH | 16:33:31 |

| | | |
|---|---|---|
| 1 | ILANA RAYNES, YOU WERE AWARE THAT WAS INCONSISTENT WITH | 16:33:34 |
| 2 | YOUR MATTEL EMPLOYMENT AGREEMENT; IS THAT TRUE? | 16:33:38 |
| 3 | A   YES. | 16:33:41 |
| 4 | Q   AND YOU KNEW THAT AT THE TIME? | 16:33:41 |
| 5 | A   YES. | 16:33:43 |
| 6 | Q   PRIOR TO THE TIME THAT YOU TOOK ON ANY OF | 16:33:52 |
| 7 | THOSE JOBS, DID YOU GO AND GET APPROVAL FROM ANY MATTEL | 16:33:54 |
| 8 | EXECUTIVE IN WHICH YOU SAID SPECIFICALLY YOU WERE GOING | 16:33:59 |
| 9 | TO BE WORKING ON THOSE PROJECTS FOR A COMPETITOR? | 16:34:02 |
| 10 | A   NO. | 16:34:06 |
| 11 | Q   DID YOU EVER DISCLOSE TO ANYONE SENIOR VICE | 16:34:10 |
| 12 | PRESIDENT LEVEL OR ABOVE THERE AT MATTEL THAT YOU WERE | 16:34:16 |
| 13 | DOING THIS WORK? | 16:34:20 |
| 14 | MR. MC FARLAND:   OBJECT TO THE | 16:34:21 |
| 15 | CHARACTERIZATION OF THE LEVEL AND THE LACK OF | 16:34:22 |
| 16 | FOUNDATION AS TO WHAT MR. HEBDEN'S TITLE WAS, WHO WAS | 16:34:24 |
| 17 | HER SUPERVISOR. | 16:34:28 |
| 18 | THE WITNESS:   CAN YOU ASK THAT QUESTION AGAIN? | 16:34:30 |
| 19 | MR. ZELLER:   IF WE CAN READ IT BACK. | 16:34:32 |
| 20 | (RECORD READ.) | 16:34:43 |
| 21 | THE WITNESS:   NO. | 16:34:43 |
| 22 | BY MR. ZELLER: | 16:34:57 |
| 23 | Q   WHAT WAS, APPROXIMATELY, THE OVERALL TIME | 16:34:57 |
| 24 | PERIOD WHEN YOU WERE DOING THIS WORK FOR COMPETITORS | 16:35:03 |
| 25 | WHILE EMPLOYED BY MATTEL?  ARE WE TALKING A MATTER OF | 16:35:09 |

| | | |
|---|---|---|
| 1 | WEEKS? A MATTER OF MONTHS? LONGER? | 16:35:14 |
| 2 | A    HERE AND THERE THROUGHOUT THE WHOLE COURSE OF | 16:35:16 |
| 3 | WORKING AT MATTEL. | 16:35:18 |
| 4 | Q    DID YOU DO SOME OF THE WORK THAT 2000 -- WORK | 16:35:19 |
| 5 | FOR COMPETITORS WHILE EMPLOYED BY MATTEL? | 16:35:24 |
| 6 | A    POSSIBLY. | 16:35:28 |
| 7 | Q    DURING THE TIME THAT YOU WERE OUT ON FAMILY | 16:35:29 |
| 8 | LEAVE, DID YOU DO ANY WORK FOR MATTEL COMPETITORS? | 16:35:31 |
| 9 | A    NO, I DID NOT. I DIDN'T DO ANY WORK AT ALL. | 16:35:35 |
| 10 | Q    OTHER THAN YOURSELF, DO YOU KNOW ANY PERSON | 16:35:53 |
| 11 | THERE AT MATTEL WHO WAS A MATTEL EMPLOYEE BY NAME WHO | 16:35:56 |
| 12 | WAS, ALSO, DOING WORK FOR A COMPETITOR AT THE SAME | 16:36:01 |
| 13 | TIME? | 16:36:05 |
| 14 | A    I DON'T KNOW ANYBODY BY NAME. | 16:36:14 |
| 15 | Q    DURING THE TIME WHEN YOU WERE WORKING ON THIS | 16:36:24 |
| 16 | PROJECT FOR HANNA-BARBERA, DID YOU DO ANY OF THAT WORK | 16:36:27 |
| 17 | AT THE MATTEL DESIGN CENTER? | 16:36:32 |
| 18 | A    NO. | 16:36:34 |
| 19 | Q    YOU DID IT ALL AT HOME? | 16:36:36 |
| 20 | A    YES. | 16:36:39 |
| 21 | Q    DID YOU USE ANY MATTEL SUPPLIES FOR IT? | 16:36:40 |
| 22 | A    NO. | 16:36:43 |
| 23 | Q    AND HOW DO YOU KNOW? | 16:36:44 |
| 24 | A    BECAUSE THE PENELOPE PIT STOP HAD ALREADY BEEN | 16:36:46 |
| 25 | SCULPTED AND THEY JUST WANTED ME TO FIX IT. | 16:36:54 |

```
 1    STATE OF CALIFORNIA     )
 2                            ) SS.
 3    COUNTY OF LOS ANGELES   )
 4
 5        I, BETH FELIX, CERTIFIED SHORTHAND REPORTER,
 6    CERTIFICATE NO. 12766, FOR THE STATE OF CALIFORNIA,
 7    HEREBY CERTIFY:
 8        THE FOREGOING PROCEEDINGS WERE TAKEN BEFORE ME AT
 9    THE TIME AND PLACE THEREIN SET FORTH, AT WHICH TIME THE
10    DEPONENT WAS PLACED UNDER OATH BY ME;
11        THE TESTIMONY OF THE DEPONENT AND ALL OBJECTIONS
12    MADE AT THE TIME OF THE EXAMINATION WERE RECORDED
13    STENOGRAPHICALLY BY ME AND WERE THEREAFTER TRANSCRIBED.
14    THE FOREGOING TRANSCRIPT IS A TRUE AND CORRECT
15    TRANSCRIPT OF MY SHORTHAND NOTES SO TAKEN;
16        I FURTHER CERTIFY THAT I AM NEITHER COUNSEL FOR
17    NOR RELATED TO ANY PARTY TO SAID ACTION NOR IN ANY WAY
18    INTERESTED IN THE OUTCOME THEREOF;
19        IN WITNESS WHEREOF, I HAVE HEREUNTO SUBSCRIBED MY
20    NAME THIS 12TH OF DECEMBER, 2007.
21
22                              _____
                                       BETH FELIX
23
24
25                              EXHIBIT  4
                                PAGE     49
```

EXHIBIT 4
PAGE 49

EXHIBIT 5