1   STATE OF CALIFORNIA      )
                             )  SS.
2   COUNTY OF LOS ANGELES    )

3        I, PAULA A. PYBURN, CERTIFIED SHORTHAND

4   REPORTER, CERTIFICATE NUMBER 7304, RPR, FOR THE

5   STATE OF CALIFORNIA, HEREBY CERTIFY:

6            THE FOREGOING PROCEEDINGS WERE TAKEN BEFORE

7   ME AT THE TIME AND PLACE THEREIN SET FORTH, AT WHICH

8   TIME THE DEPONENT WAS PLACED UNDER OATH BY ME;

9            THE TESTIMONY OF THE DEPONENT AND ALL

10  OBJECTIONS MADE AT THE TIME OF THE EXAMINATION WERE

11  RECORDED STENOGRAPHICALLY BY ME AND WERE THEREAFTER

12  TRANSCRIBED;

13           THE FOREGOING TRANSCRIPT IS A TRUE AND

14  CORRECT TRANSCRIPT OF MY SHORTHAND NOTES SO TAKEN;

15           I FURTHER CERTIFY THAT I AM NEITHER COUNSEL

16  FOR NOR RELATED TO ANY PARTY TO SAID ACTION NOR IN

17  ANY WAY INTERESTED IN THE OUTCOME THEREOF.

18           IN WITNESS WHEREOF, I HAVE HEREUNTO

19  SUBSCRIBED MY NAME THIS _____ DAY OF_____,

20  2006.

21

22

23

24

25

A & E COURT REPORTERS   (213)955-0070   FAX: (213)955-0077

EXHIBIT

PAGE /C

BLUEBIRD
OFFICE SUPPLIES
(888) 477-1
www.bluebird-b.

**EXHIBIT  9**

CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1        UNITED STATES DISTRICT COURT
 2       CENTRAL DISTRICT OF CALIFORNIA
 3            EASTERN DIVISION
 4   -----------------------------        Certified Copy
 5   MATTEL, INC., a Delaware      )
 6   Corporation,                  )
 7              Plaintiff,         )
 8              vs.                ) No. CV 04-9059
 9   CARTER BRYANT, an individual; )    NM (RNBx)
10   and DOES 1 through 10,        ) VOLUME I
11   Inclusive,                    )
12              Defendants.        )
13   -----------------------------  )
14   (COMPLETE CAPTION ON NEXT PAGE.)
15
16     CONFIDENTIAL - ATTORNEYS' EYES ONLY
17
18     Videotaped Deposition of IVY ROSS,
19     taken at 300 South Grand Street,
20     Los Angeles, California, commencing
21     at 9:17 A.M., Thursday, January 17,
22     2008, before Ricki Q. Melton,
23     CSR No. 9400, RPR No. 45429.
24
25   PAGES 1 - 258
```

1

EXHIBIT 9
PAGE 111

CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
1              UNITED STATES DISTRICT COURT

2             CENTRAL DISTRICT OF CALIFORNIA

3                    EASTERN DIVISION

4

5     -------------------------------

6    MATTEL, INC., a Delaware            )

7    Corporation,                        )

8                   Plaintiff,           )

9              vs.                       ) No. CV 04-9059

10   CARTER BRYANT, an individual;       )    NM (RNBx)

11   and DOES 1 through 10,              )

12   Inclusive,                          )

13                  Defendants.          )

14   -------------------------------     )

15   CARTER BRYANT, on behalf of         )

16   himself, all present and            )

17   former employees of Mattel,         )

18   Inc., and the general public,       )

19              Counter-Claimants,       )

20              vs.                      )

21   MATTEL, INC., a Delaware            )

22   Corporation,                        )

23              Counter-Defendant.       )

24   -------------------------------

25                                                          2
```

EXHIBIT _____

PAGE __112__

CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 1 | (Document referred to above was | 09:38:13 |
| 2 | marked as Defendants' Exhibit 1290 | 09:38:13 |
| 3 | for identification by the reporter | 09:38:13 |
| 4 | and is attached hereto.) | 09:38:14 |
| 5 | BY MR. PLEVAN: | 09:38:14 |
| 6 | Q. Ms. Ross, do you recognize this document? | 09:38:14 |
| 7 | A. It appears to be an organizational chart | 09:38:16 |
| 8 | of mine at one point in time. | 09:38:18 |
| 9 | Q. And here again I take it you recognize the | 09:38:21 |
| 10 | names that are -- and the positions that are on | 09:38:24 |
| 11 | this chart? | 09:38:27 |
| 12 | A. Yes. | 09:38:28 |
| 13 | Q. Now, where -- looking at this chart, where | 09:38:37 |
| 14 | would those departments fall you mentioned before? | 09:38:40 |
| 15 | Collector -- | 09:38:42 |
| 16 | A. So Cassidy Beal-Park was main line Barbie. | 09:38:43 |
| 17 | Evelyn Viohl was large and small dolls. Ann | 09:38:50 |
| 18 | Driskill was collector, Joe Franke was always | 09:38:58 |
| 19 | accessories, and I don't -- we changed the name all | 09:39:06 |
| 20 | the time, but accessories and sometimes it was | 09:39:10 |
| 21 | called new brands. Sometimes it was called | 09:39:13 |
| 22 | electronics. So I can't remember at this time what | 09:39:16 |
| 23 | we called it. | 09:39:19 |
| 24 | Ruthie was always my secretary. Kelly was | 09:39:21 |
| 25 | always in charge of packaging. David Kuehler ran a | 09:39:27 |

21

EXHIBIT 7
PAGE 113

CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 1 | program for me called Project Platypus.  Matthew | 09:39:31 |
| 2 | Phelps was the engineer that I spoke of earlier | 09:39:41 |
| 3 | that was product development, and Diane was an | 09:39:46 |
| 4 | admin that focused on budget and bills and tracking | 09:39:53 |
| 5 | documents relating to budget. | 09:40:00 |
| 6 | Q.   What did "main line" refer to? | 09:40:08 |
| 7 | A.   Main line was the name that referred to | 09:40:11 |
| 8 | everything that wasn't a large and small doll.  So | 09:40:14 |
| 9 | it was all the other brands that we had that we did | 09:40:22 |
| 10 | not categorize -- categor -- into large and small | 09:40:27 |
| 11 | dolls.  So it included things like Barbie, What's | 09:40:32 |
| 12 | Her Face, Generation Girl. | 09:40:38 |
| 13 | Q.   What was the distinction between main line | 09:40:47 |
| 14 | and collector? | 09:40:55 |
| 15 | MR. PROCTOR:  Vague and ambiguous, | 09:40:55 |
| 16 | overbroad. | 09:40:55 |
| 17 | THE WITNESS:  It wasn't -- there was some | 09:40:55 |
| 18 | generalities, but it wasn't that clear in that we | 09:40:55 |
| 19 | often swapped. | 09:40:58 |
| 20 | Sometimes designers would do projects -- | 09:40:59 |
| 21 | because I was head of everything, it was up to me | 09:41:02 |
| 22 | to sometimes cross-pollinate and move people, but | 09:41:04 |
| 23 | in general, I would say collector was around a | 09:41:08 |
| 24 | certain price point, but that wasn't always | 09:41:16 |
| 25 | necessarily true because sometimes in collector we | 09:41:22 |
| | | 22 |

EXHIBIT _____ 7

PAGE _____ 114

CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 1 | would have dolls that were actually in the same | 09:41:26 |
| 2 | price point as the main line dolls.  So it was | 09:41:29 |
| 3 | really not that cut and dry. | 09:41:36 |
| 4 | BY MR. PLEVAN: | 09:41:36 |
| 5 | Q.   Collector price point normally being | 09:41:41 |
| 6 | higher than main line? | 09:41:43 |
| 7 | A.   Normally but not always. | 09:41:44 |
| 8 | Q.   Are you familiar with the term "flanker | 09:41:50 |
| 9 | brand"? | 09:41:53 |
| 10 | A.   It's a term that was used at Mattel, yes. | 09:41:54 |
| 11 | Q.   And what did it refer to? | 09:41:58 |
| 12 | A.   It's -- | 09:42:01 |
| 13 | MR. PROCTOR:  Overbroad and vague and | 09:42:03 |
| 14 | ambiguous. | 09:42:04 |
| 15 | THE WITNESS:  -- open to interpretation. | 09:42:04 |
| 16 | I mean, you know, everyone can have | 09:42:04 |
| 17 | what -- the way I saw it was a flanker brand was | 09:42:06 |
| 18 | anything that flanked another brand on either side | 09:42:09 |
| 19 | or sat on either side.  So it -- in my term, in my | 09:42:13 |
| 20 | mind, it meant another brand.  That's really all it | 09:42:17 |
| 21 | means to me. | 09:42:25 |
| 22 | BY MR. PLEVAN: | 09:42:26 |
| 23 | Q.   During the time you were at Mattel, were | 09:42:26 |
| 24 | there brands that were introduced that were | 09:42:28 |
| 25 | referred to as flanker brands? | 09:42:34 |

23

EXHIBIT ___9___

PAGE ___115___

CONFIDENTIAL - ATTORNEYS' EYES ONLY

1          I declare under penalty of perjury

2      under the laws of the State of California

3      that the foregoing is true and correct.

4

5          Executed on _Feb 4_____ , 2008,

6      at _____, _____.

7

8 .

9

10      _____

11          SIGNATURE OF THE WITNESS

12

13

14

15

16

17

18

19

20

21

22

23

24

25

251

Veritext National Deposition & Litigation Services
866 299-5127

EXHIBIT ___9___

PAGE ___116___

CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1      STATE OF CALIFORNIA     ) ss:

 2      COUNTY OF LOS ANGELES   )

 3

 4         I, RICKI Q. MELTON, CSR No. 9400, RPR No. 45429,

 5      do hereby certify:

 6

 7         That the foregoing deposition testimony of

 8      IVY ROSS was taken before me at the

 9      time and place therein set forth, at which time the

10      witness was placed under oath and was sworn by me to

11      tell the truth, the whole truth, and nothing but the

12      truth;

13

14         That the testimony of the witness and all objections

15      made by counsel at the time of the examination were

16      recorded stenographically by me and were thereafter

17      transcribed under my direction and supervision, and

18      that the foregoing pages contain a full, true, and

19      accurate record of all proceedings and testimony to

20      the best of my skill and ability.

21

22         I further certify that I am neither counsel for

23      any party to said action nor am I related to any

24      party to said action, nor am I in any way interested

25      in the outcome thereof.

                                                       252
```

EXHIBIT _____ 9

PAGE _____ 117

CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1          IN WITNESS WHEREOF, I have subscribed my name

 2     this 21st day of January, 2008.

 3

 4

 5

 6     _____

 7          RICKI Q. MELTON, CSR No. 9400

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25                                                    253
```

EXHIBIT 9

PAGE 18

**EXHIBIT 10**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION


CARTER BRYANT, an individual,

            Plaintiff,

                          CASE NO.
            vs.               CV 04-9040 SGL(RNBx)
                          Consolidated with
                          CV 04-09059 and
                          CV 05-02727

MATTEL, INC., a Delaware
corporation,

            Defendant.           CERTIFIED
                                 COPY

_____

AND CONSOLIDATED ACTIONS

_____


CONFIDENTIAL - ATTORNEYS EYES' ONLY

DEPOSITION OF MARY BERGSTEIN

New York, New York

Monday, April 7, 2008



Reported by:
Steven Neil Cohen, RPR


JOB No. 85523

EXHIBIT ___ 10 ___

PAGE ___ 119 ___

| 09:20:32 | 1 | O'Melveny & Myers? |
| | 2 | A.    Ms. Draper. |
| | 3 | Q.    Do you remember her first name? |
| | 4 | A.    Dia is what she went by. |
| 09:20:42 | 5 | Q.    D-I-A? |
| | 6 | A.    Yes. |
| | 7 | Q.    Draper, D-R-A-P-E-R? |
| | 8 | A.    Correct. |
| | 9 | Q.    Did you ever meet with any of the |
| 09:20:47 | 10 | folks at O'Melveny? |
| | 11 | A.    No. |
| | 12 | Q.    Do you recall when you were first |
| | 13 | contacted by Ms. Draper? |
| | 14 | A.    No, not -- no, I don't. |
| 09:21:04 | 15 | Q.    Did you have telephone |
| | 16 | communication with Ms. Draper? |
| | 17 | A.    Yes. |
| | 18 | Q.    Did you learn at any point how |
| | 19 | O'Melveny came to contact you? |
| 09:21:15 | 20 | A.    No. |
| | 21 | Q.    You don't have any understanding |
| | 22 | here today as to what led O'Melveny to |
| | 23 | contact you? |
| | 24 | A.    No. |
| 09:21:47 | 25 | Q.    You have described a meeting in |

12

EXHIBIT _____ 10

PAGE _____ 120

MARY BERGSTEIN                                    04/07/08
CONFIDENTIAL ATTORNEYS' EYES ONLY

09:21:49  1    preparation for your deposition yesterday
          2    and then two prior meetings with the folks
          3    at Skadden at their offices.
          4            Are there any other meetings you
09:21:58  5    have had with counsel for MGA?
          6        A.    No.
          7        Q.    You have had telephone
          8    communications with counsel for MGA,
          9    however, correct?
09:22:04 10        A.    Yes.
         11        Q.    And e-mail communications?
         12        A.    Yes.
         13        Q.    Other than counsel for MGA have
         14    you discussed your deposition today with
09:22:17 15    anyone?
         16        A.    No.
         17        Q.    Did you review any deposition
         18    transcripts in preparation for today's
         19    deposition?
09:22:32 20        A.    No.
         21        Q.    Have you reviewed any deposition
         22    transcripts at all in this case?
         23        A.    No.
         24        Q.    So you have not read Carter
09:22:50 25    Bryant's deposition transcript?

                                                          13

| | | |
|---|---|---|
| 09:22:52 | 1 | A.    No. |
| | 2 | Q.    Have you read Lee Loetz's |
| | 3 | deposition transcript? |
| | 4 | A.    No. |
| 09:22:59 | 5 | Q.    Do you know who Lee Loetz is? |
| | 6 | A.    Yes. |
| | 7 | Q.    Have you read any of the materials |
| | 8 | submitted by any of the parties in |
| | 9 | conjunction with the motions for summary |
| 09:23:09 | 10 | judgment? |
| | 11 | A.    Could you repeat that? |
| | 12 | Q.    Yes. |
| | 13 |        Just to set that up a little bit, |
| | 14 | we have, both sides, have filed motions for |
| 09:23:19 | 15 | summary judgment in this case. |
| | 16 | A.    I don't know what "summary |
| | 17 | judgment" means. |
| | 18 | Q.    It is a motion where the judge has |
| | 19 | to decide some aspects of the case and some |
| 09:23:26 | 20 | declarations were prepared for those |
| | 21 | motions. |
| | 22 | A.    Yes. |
| | 23 | Q.    Have you read any of those |
| | 24 | declarations? |
| 09:23:31 | 25 | A.    No. |

14

EXHIBIT _____ 10
PAGE _____ 122

MARY BERGSTEIN                    04/07/08
CONFIDENTIAL ATTORNEYS' EYES ONLY

09:24:04  1        Q.    So my understanding is, if I got
          2   this right, my understanding is you were
          3   contacted once by Dia Draper at O'Melveny,
          4   correct?
09:24:12  5        A.    Yes.
          6        Q.    Just one telephone conversation?
          7        A.    Two telephone conversations.
          8        Q.    Do you recall when those occurred?
          9             MS. AGUIAR:  Objection.  Asked and
09:24:22 10   answered.
         11             THE WITNESS:  Not exactly, no.
         12   BY MR. ALGER:
         13        Q.    Can you give me a rough estimate
         14   of when those occurred?
09:24:34 15        A.    I would say they occurred during
         16   the summer.
         17        Q.    Do you know whether -- was it your
         18   understanding during those conversations,
         19   was it your understanding that during the
09:24:46 20   period of time that you were talking to the
         21   folks at O'Melveny that you had been engaged
         22   as an expert in the case?
         23             MS. AGUIAR:  Objection.
         24             THE WITNESS:  I hadn't been
09:24:57 25   engaged at that time.

                                                       15

EXHIBIT _____ 10

PAGE _____ 123

MARY BERGSTEIN                    04/07/08
CONFIDENTIAL ATTORNEYS' EYES ONLY

```
11:05:02  1              I don't quite remember.
          2       Q.      What is the document?  Why don't
          3   you tell us that?
          4       A.      Well, it is some xerox copies
11:05:10  5   made, or photocopies made, from a Lisa Frank
          6   coloring book.
          7       Q.      The first page is the cover?
          8       A.      Yes.
          9       Q.      What is the second page?
11:05:28 10       A.      It must be the title page.
         11       Q.      I take it there were more pages,
         12   there were 400 pages of coloring fun?
         13       A.      That is correct.
         14       Q.      Did you happen to purchase this or
11:05:42 15   did some -- did you come upon it in some
         16   other way?
         17       A.      I bought it.
         18       Q.      What caused you to buy it?
         19       A.      What caused me to buy it is I
11:06:02 20   wanted to compare the Lisa Frank whole
         21   enterprise with Mr. Bryant's drawings of his
         22   four characters.
         23       Q.      What led you to Lisa Frank?
         24       A.      I don't quite remember.  I had
11:06:37 25   heard her name mentioned.
```

77

EXHIBIT ___10___

PAGE ___124___

| | | |
|---|---|---|
| 11:06:40 | 1 | Q.     Did counsel for MGA tell you about |
| | 2 | Lisa Frank? |
| | 3 | A.     I don't remember. |
| | 4 | Q.     Did -- have you ever spoken to |
| 11:06:51 | 5 | Carter Bryant? |
| | 6 | A.     No. |
| | 7 | Q.     Have you ever had any e-mail |
| | 8 | exchanges with Carter Bryant? |
| | 9 | A.     No, no. |
| 11:07:10 | 10 | Q.     Do you have any reason to believe |
| | 11 | that Carter Bryant was exposed to Lisa Frank |
| | 12 | drawings before he did the sketches of the |
| | 13 | Bratz that you were shown? |
| | 14 | A.     Yes. |
| 11:07:21 | 15 | Q.     What is the basis for that |
| | 16 | understanding? |
| | 17 | A.     The basis for that understanding |
| | 18 | is that these were in the culture that |
| | 19 | Carter Bryant inhabited. |
| 11:07:42 | 20 | Q.     Other than the drawings by Lisa |
| | 21 | Frank being in the culture that Carter |
| | 22 | Bryant inhabited do you have any other basis |
| | 23 | for your belief that Carter Bryant was |
| | 24 | influenced by Lisa Frank's drawings? |
| 11:07:59 | 25 | A.     His age bracket. |

78

MARY BERGSTEIN                               04/07/08
CONFIDENTIAL ATTORNEYS' EYES ONLY

11:08:07   1        Q.      What do you mean by that?

2        A.      I think he was young when Lisa

3    Frank products were circulating in society

4    and they are for young people, they are for

11:08:26   5    children.

6        Q.      Do you have any other reason to

7    believe that Carter Bryant was influenced by

8    Lisa Frank drawings?

9        A.      No.

11:08:47  10              You mean in general or in

11    particular?

12        Q.      In any respect.

13        A.      Well, I think he was influenced by

14    them visually as types, or could have been.

11:09:18  15              It is very hard to talk about

16    cause and effect as influenced by.  That, I

17    don't know.

18              But I think that consciously or

19    not he had probably encountered these

11:09:30  20    figures in illustrations and so forth and

21    that he -- and that whether or not it is a

22    direct influence, his drawings do embody the

23    same typological theme, visual development,

24    as Lisa Frank's images.

11:10:01  25        Q.      What was the phrase you used,

79

```
11:10:03    1        "typological?"

            2             A.      Yes.

            3             Q.      T-Y-P-O-L-O-G-I-C-A-L?

            4             A.      That is correct.

11:10:13    5             Q.      What does that mean?

            6             A.      Seeing things according to their

            7        types, either an architecture, sculpture,

            8        graphic design, anything visual.

            9             Q.      Did you ever ask to speak to

11:10:43   10        Carter Bryant?

           11             A.      No.

           12             Q.      Did -- and did MGA's counsel ever

           13        offer to make him available to you?

           14             A.      No.

11:10:53   15             Q.      Did you think it would be helpful

           16        in determining what were the influences of

           17        Carter Bryant to talk to Carter Bryant?

           18             A.      Not at all.

           19                     I am -- my subject of expertise --

11:11:03   20        my expertise is in analysis of culture and

           21        history of art and I think that my degree of

           22        remove helps me see what Carter Bryant was

           23        actually influenced by more than hearing it

           24        from him as an individual.

11:11:25   25                     One of the things we -- well, the
```

EXHIBIT _____ 10.

PAGE _____ 127

MARY BERGSTEIN                          04/07/08
CONFIDENTIAL ATTORNEYS' EYES ONLY

```
11:26:06   1            report and you said three or four times
           2        we are getting there very soon.
           3                MR. ALGER:  Okay.
           4                MS. AGUIAR:  This witness would
11:26:10   5        like a copy of her own report.
           6   BY MR. ALGER:
           7        Q.    Is there something in your report
           8   that you need to refer to regarding the
           9   question that I just asked?
11:26:17  10        A.    Yes.
          11        Q.    What is that?
          12        A.    I have some citations in my report
          13   and I am not sure whether they were things I
          14   got from this book or another book.
11:26:30  15        Q.    Okay.
          16        A.    I don't want to get the two or
          17   three authors confused.
          18                MR. ALGER:  Okay.
          19                Let's go on to the next in order,
11:26:40  20        5077.
          21                (Photocopy of a cover of a book,
          22        the title page and ISBN page was marked
          23        Exhibit 5077 for identification)
          24   BY MR. ALGER:
11:27:16  25        Q.    Do you recognize this?
```

                                                          92

EXHIBIT _____ 10
PAGE _____ 28