MARY BERGSTEIN                    04/07/08
CONFIDENTIAL ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 11:27:17 | 1 | A.    Yes, I do. |
| | 2 | Q.    This is what? |
| | 3 | A.    It is a photocopy of a cover of a |
| | 4 | book, the title page and ISBN page. |
| 11:27:40 | 5 | Q.    Did you purchase this book also? |
| | 6 | A.    Yes, I did. |
| | 7 | Q.    That was during the course of this |
| | 8 | work you did for Skadden, Arps? |
| | 9 | A.    That's correct. |
| 11:27:46 | 10 | Q.    Did you read it cover to cover? |
| | 11 | A.    Yes. |
| | 12 | Q.    Did you rely on this book at all |
| | 13 | for the formation of your opinions? |
| | 14 | A.    I am not sure I would say I relied |
| 11:28:09 | 15 | on it. |
| | 16 | Q.    What influence, if any, did it |
| | 17 | have on the formation of your opinions? |
| | 18 | A.    In some ways what I cited in my |
| | 19 | report stands in for a general climate of |
| 11:28:32 | 20 | opinion that verifies my personal or my |
| | 21 | intellectual opinion so I am pointing to |
| | 22 | these as publications as examples. |
| | 23 | Q.    Examples of what? |
| | 24 | A.    In this case, examples of cultural |
| 11:29:01 | 25 | studies of Barbie. |

93

EXHIBIT _____ 10
PAGE _____ 129

MARY BERGSTEIN                                    04/07/08
CONFIDENTIAL ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 11:29:11 | 1 | Q.   Why did you think it was -- would |
| | 2 | be helpful to you to read cultural studies |
| | 3 | of Barbie? |
| | 4 | A.   I wanted to see what was out |
| 11:29:38 | 5 | there. |
| | 6 | Q.   Why did you want to see what was |
| | 7 | out there about Barbie? |
| | 8 | A.   I was curious. |
| | 9 | Q.   Why were you curious? |
| 11:29:53 | 10 | A.   Why was I curious? |
| | 11 |     I was curious because I was |
| | 12 | researching fashion dolls. |
| | 13 | Q.   Were you engaged by Skadden, Arps |
| | 14 | to provide an opinion regarding Barbie? |
| 11:30:19 | 15 | A.   No.  Not really. |
| | 16 | Q.   Are you going to be offering an |
| | 17 | opinion at trial regarding Barbie? |
| | 18 | A.   I may. |
| | 19 | Q.   What opinion are you going to |
| 11:30:28 | 20 | offer at trial regarding Barbie? |
| | 21 | A.   I don't know. |
| | 22 | Q.   So you may offer an opinion at |
| | 23 | trial but you are not sure what it is |
| | 24 | regarding Barbie? |
| 11:30:40 | 25 | A.   Correct. |

94

EXHIBIT _____ 10

PAGE _____ 130

MARY BERGSTEIN                                    04/07/08
CONFIDENTIAL ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 11:30:52 | 1 | Q.    Have you formed any opinions at |
| | 2 | all regarding Barbie? |
| | 3 | MS. AGUIAR:  Objection. |
| | 4 | THE WITNESS:  I have been |
| 11:31:13 | 5 | interested in Barbie for a long time. |
| | 6 | BY MR. ALGER: |
| | 7 | Q.    Okay. |
| | 8 | Have you formed any opinions about |
| | 9 | Barbie? |
| 11:31:23 | 10 | MS. AGUIAR:  Objection.  In |
| | 11 | general or as it relates to this case? |
| | 12 | It is vague and ambiguous. |
| | 13 | I don't understand how she can |
| | 14 | answer that question. |
| 11:31:37 | 15 | BY MR. ALGER: |
| | 16 | Q.    Can you answer the question? |
| | 17 | A.    Have I formed any opinions about |
| | 18 | Barbie? |
| | 19 | Q.    Yes. |
| 11:31:46 | 20 | A.    Yes. |
| | 21 | Q.    What are your opinions about |
| | 22 | Barbie? |
| | 23 | MS. AGUIAR:  Objection.  Same |
| | 24 | objections. |
| 11:31:54 | 25 | THE WITNESS:  I am not sure how |

95

EXHIBIT _____ 10
PAGE _____ 131

MARY BERGSTEIN                    04/07/08
CONFIDENTIAL ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 11:31:55 | 1 | long of an answer you want me to give. |
| | 2 | BY MR. ALGER: |
| | 3 | Q.    As long as it takes. |
| | 4 | A.    You want me to talk about Barbie |
| 11:32:01 | 5 | for the duration? |
| | 6 | Q.    No, I don't want you to talk about |
| | 7 | Barbie for the duration, but I want to know |
| | 8 | what your opinions about Barbie are since |
| | 9 | you haven't been able to tell me what you |
| 11:32:10 | 10 | are going to testify to at trial. |
| | 11 | A.    I can't tell you everything at |
| | 12 | once. |
| | 13 | Q.    Okay. |
| | 14 | A.    But I can tell you that Barbie was |
| 11:32:20 | 15 | the predominant fashion doll before the |
| | 16 | advent of Bratz. |
| | 17 | Barbie has her own cultural |
| | 18 | history. |
| | 19 | If you could ask me some specific |
| 11:32:59 | 20 | questions it would help.  I don't quite know |
| | 21 | what to say. |
| | 22 | Q.    The problem is I can't ask |
| | 23 | specific questions because I haven't gotten |
| | 24 | a specific answer from you. |
| 11:33:07 | 25 | What opinions do you have |

96

She

MARY BERGSTEIN                    04/07/08
CONFIDENTIAL ATTORNEYS' EYES ONLY

| | |
|---|---|
| 11:33:08 | 1 |
| | 2 |
| | 3 |
| | 4 |
| 11:33:20 | 5 |
| | 6 |
| | 7 |
| | 8 |
| | 9 |
| 11:33:31 | 10 |
| | 11 |
| | 12 |
| | 13 |
| | 14 |
| 11:33:51 | 15 |
| | 16 |
| | 17 |
| | 18 |
| | 19 |
| 11:34:02 | 20 |
| | 21 |
| | 22 |
| | 23 |
| | 24 |
| 11:34:13 | 25 |

1  regarding Barbie being the predominant

2  fashion doll before the advent of Bratz?

3          MS. AGUIAR:  Objection.

4          THE WITNESS:  It is remarkable.

5  BY MR. ALGER:

6      Q.    Remarkable in what respect?

7      A.    It was a remarkable social

8  phenomenon.

9      Q.    Simply because there were a lot of

10  Barbies sold?

11      A.    Yes.

12      Q.    Anything else?

13          MS. AGUIAR:  Objection.

14          I think this is going beyond the

15  scope of her report as it relates -- she

16  does mention Barbie in her report but it

17  specifically relates to Bratz and to the

18  issues in this case.

19          I think we are getting far afield

20  here so I don't think this is where we

21  need to go.

22          It is your seven hours but this

23  does not pertain to either her opinions

24  or her report or the issues in this

25  case.

97

EXHIBIT _____ 10

PAGE _____ 133

MARY BERGSTEIN                    04/07/08
CONFIDENTIAL ATTORNEYS' EYES ONLY

```
11:37:41   1   Ms. Bergstein, regarding Barbie's own
           2   cultural history?
           3            You said it was interesting.
           4       A.    I think she was a post World War
11:37:55   5   II phenomenon.
           6       Q.    Anything else?
           7       A.    I would say she was very present
           8   in the American imagination.
           9       Q.    Anything else?
11:39:05  10       A.    Not at the moment.
          11            MS. AGUIAR:  I would like to take
          12   a break.
          13            We have been going about an hour.
          14            MR. ALGER:  Thank you.
11:39:17  15            THE VIDEOGRAPHER:  The time is
          16   11:39 a.m.
          17            We are off the record.
          18            (Discussion off the record)
          19            THE VIDEOGRAPHER:  The time is
11:51:53  20   11:51 a.m.
          21            We are back on the record.
          22            MS. AGUIAR:  Do you want to
          23   proceed?
          24            MR. ALGER:  We had -- counsel and
11:52:09  25   I had a discussion outside during the
```

102

EXHIBIT    10
PAGE    134

| | | |
|---|---|---|
| 11:52:11 | 1 | break regarding the scope of |
| | 2 | Ms. Bergstein's opinions regarding |
| | 3 | Barbie and you wanted to state something |
| | 4 | on the record. |
| 11:52:23 | 5 | MS. AGUIAR:  I wanted to state I |
| | 6 | believe that there was a |
| | 7 | misunderstanding between the witness and |
| | 8 | the examining attorney regarding the |
| | 9 | question of whether she intends to |
| 11:52:36 | 10 | express "opinions" about Barbie at |
| | 11 | trial. |
| | 12 | So what I wanted to make clear, |
| | 13 | and you can ask whatever follow up |
| | 14 | questions you like, that Ms. Bergstein |
| 11:52:47 | 15 | does not intend to offer opinions at |
| | 16 | trial that are outside the confines of |
| | 17 | the report that she submitted. |
| | 18 | There are references to Barbie in |
| | 19 | that report but for a specific reason |
| 11:53:01 | 20 | and they relate to the two core opinions |
| | 21 | that she expresses in that report. |
| | 22 | I am sure Mr. Alger will ask |
| | 23 | questions regarding those Barbie |
| | 24 | references in the report but she does |
| 11:53:17 | 25 | not intend to express any opinions |

103

11:53:21 1  regarding Barbie per se at trial and

2  certainly nothing that is not expressed

3  already in her report.

4    MR. ALGER:  When you say "no

11:53:35 5  opinions regarding Barbie per se," what

6  do you mean?

7    MS. AGUIAR:  You asked a series of

8  about 20 minutes worth of questions

9  regarding her opinions regarding Barbie

11:53:43 10  and you did not tether any of those

11  questions to Bratz and you didn't tether

12  any of those questions to this case.

13    That is what I mean.

14    She doesn't intend to express any

11:53:56 15  opinions regarding Barbie, per se.

16    If she were to use Barbie as a

17  reference it would pertain to her

18  opinions about the development of Bratz

19  in the larger popular culture and the

11:54:14 20  comparison of Carter Bryant's

21  preliminary sketches to the Bratz dolls

22  so that the Barbie references are there

23  specifically to inform those two

24  opinions which pertain to this case, to

11:54:29 25  this litigation and to Bratz.

104

MARY BERGSTEIN                          04/07/08
CONFIDENTIAL ATTORNEYS' EYES ONLY

```
11:54:33   1   BY MR. ALGER:
           2        Q.    Okay.
           3              Ms. Bergstein, how did Barbie --
           4   how did Barbie's -- how does your
11:54:44   5   understanding of Barbie affect your opinions
           6   related to development of Bratz?
           7        A.    Well, as comparative material, as
           8   comparenda.
           9        Q.    And why did you view Barbie as
11:55:00  10   comparative material?
          11        A.    In my report I characterize the
          12   drawings by Carter Bryant as anti Barbie and
          13   so I am defining -- trying to define his
          14   preliminary drawings and the Bratz in terms
11:55:32  15   of what they are not, comparing them to what
          16   prevailed earlier.
          17        Q.    In what respects are Carter
          18   Bryant's drawings anti Barbie?
          19        A.    One respect is that they are less
11:56:15  20   sexualized than Barbie.
          21              These are Bryant's sketches we are
          22   talking about?
          23        Q.    Yes, ma'am.
          24        A.    They are less sexualized than
11:56:31  25   Barbie, they are less demure than Barbie.
```

105

EXHIBIT _____ 10

PAGE _____ 137

| | | |
|---|---|---|
| 11:56:50 | 1 | They are more assertive than Barbie. |
| | 2 | They are depicted as being an |
| | 3 | action and they have a stance of defiance. |
| | 4 | Q.     Anything else? |
| 11:57:18 | 5 | A.     Not that I can think of at the |
| | 6 | moment. |
| | 7 | Q.     What is the basis for your |
| | 8 | conclusion that the Bratz are less |
| | 9 | sexualized than Barbie? |
| 11:57:30 | 10 | MS. AGUIAR:  Objection.  I think |
| | 11 | she was talking about the sketches. |
| | 12 | BY MR. ALGER: |
| | 13 | Q.     Okay.  Sketches. |
| | 14 | Let me rephrase the question. |
| 11:57:37 | 15 | What is the basis for your |
| | 16 | contention -- what is the basis for your |
| | 17 | conclusion that Bryant's sketches are less |
| | 18 | sexualized than Barbie? |
| | 19 | A.     Bryant's sketches, the figures |
| 11:57:57 | 20 | represented in Bryant's sketches have no |
| | 21 | bosoms. |
| | 22 | That is one thing. |
| | 23 | Q.     Anything else? |
| | 24 | A.     They do not wear high heels. |
| 11:58:24 | 25 | Q.     Anything else? |

EXHIBIT _____ 10

PAGE _____ 138

MARY BERGSTEIN                    04/07/08
CONFIDENTIAL ATTORNEYS' EYES ONLY

11:58:31  1        A.    They have funky outfits.

          2        Q.    Funky are not sexual?

          3        A.    Not in this case, no.

          4        Q.    Anything else?

11:59:06  5        A.    They have less traditionally

          6    pretty features.

          7        Q.    What do you mean by that?

          8        A.    In my view Barbie is the

          9    stereotype of a traditionally pretty woman,

11:59:31 10    kind of Miss America.

         11              Carter Bryant's drawings show

         12    girls that might be pre-teens instead of

         13    even teen-aged who take a rebellious stance.

         14        Q.    Are they less pretty than Barbie?

12:00:13 15        A.    We are still talking about the

         16    drawing only?

         17        Q.    Yes, yes.

         18              MS. AGUIAR:  Objection.

         19              THE WITNESS:  Are they less pretty

12:00:35 20        than Barbie?

         21              They are less sweet.  They are

         22        more tart, piquant, and less

         23        traditionally pretty.

         24    BY MR. ALGER:

12:00:57 25        Q.    Any other basis for your

107

EXHIBIT _____ 10

PAGE _____ 139

| | | |
|---|---|---|
| 12:01:00 | 1 | conclusion that the Bryant's sketches were |
| | 2 | less sexualized than Barbie? |
| | 3 | A.    Not at the moment I can't think of |
| | 4 | anything else. |
| 12:01:23 | 5 | They are general proportions. |
| | 6 | Q.    In what respect are the general -- |
| | 7 | do the general proportions bear on sexuality |
| | 8 | of the dolls, doll designs? |
| | 9 | A.    Well, very pronounced large bosom |
| 12:01:59 | 10 | tends to -- it is a kind of -- tends to be |
| | 11 | sexy, at least in the American post war |
| | 12 | mentality to which these dolls belong. |
| | 13 | MS. AGUIAR:  Are we still talking, |
| | 14 | Tim, about the sketches because your |
| 12:02:23 | 15 | last question said the dolls? |
| | 16 | MR. ALGER:  I added "design" at |
| | 17 | the end.  I hope the court reporter |
| | 18 | caught it. |
| | 19 | Yes, we have been talking just the |
| 12:02:34 | 20 | sketches. |
| | 21 | THE WITNESS:  Just the sketches. |
| | 22 | BY MR. ALGER: |
| | 23 | Q.    Did you use Barbie as comparative |
| | 24 | material in relationship to the dolls, the |
| 12:02:43 | 25 | Bratz dolls? |

108

EXHIBIT _____ 10

PAGE _____ 140

MARY BERGSTEIN                    04/07/08
CONFIDENTIAL ATTORNEYS' EYES ONLY

```
12:02:47   1          A.    Yes.
           2          Q.    In what respect did you use the --
           3     in what respect did you use Barbie as
           4     comparative material to the Bratz dolls?
12:03:12   5          A.    I used it as a kind of -- in a
           6     kind of social comparison having to do with
           7     race and ethnicity.
           8          Q.    What did you conclude?
           9          A.    I concluded that Barbie was
12:03:43  10     singular, white, in parentheses,
          11     fundamentally white in her -- that she
          12     represents white culture, in quotes, white,
          13     and we are talking about the dolls now?
          14          Q.    Yes, ma'am.
12:04:02  15          A.    And that the Bratz dolls are four
          16     kind of equal partners and that they are
          17     racially flexible.
          18               They are interethnic, as I call
          19     them.
12:04:18  20               They represent a kind of
          21     interracial or interethnic look.
          22          Q.    Is there a difference between
          23     interracial and interethnic look in your
          24     view in the manner in which you are using
12:04:38  25     those terms?
```

SARNOFF COURT REPORTERS AND LEGAL TECHNOLOGIES
877.955.3855

EXHIBIT _____ 10

PAGE _____ 141

MARY BERGSTEIN                    04/07/08
CONFIDENTIAL ATTORNEYS' EYES ONLY

```
12:04:48   1        A.    Yes, there is.

           2        Q.    What is the difference?

           3        A.    In America when we talk about race

           4   we are usually talking about African

12:04:59   5   descent.

           6        Q.    Then interethnic, what do you mean

           7   by that?

           8        A.    Should I give you an example?

           9        Q.    Yes, ma'am; however you wish to

12:05:32  10   answer the question.

          11        A.    Interethnic, I would say, for

          12   example, someone would be a combination of

          13   an Askenazic Jew and a south Asian parent so

          14   they would be ethnically mixed.

12:06:09  15        Q.    So is it correct that your view is

          16   that the Bratz dolls portray girls who were

          17   the product of interracial or interethnic

          18   parents?

          19        A.    Sure.

12:06:43  20        Q.    You distinguish that in your

          21   report from dolls that are specialized for

          22   different racial or ethnic groups; is that

          23   right?

          24        A.    That's correct.

12:07:05  25        Q.    A moment ago you talked about
```

110

EXHIBIT _____ 16

PAGE _____ 142

| | | |
|---|---|---|
| 12:07:07 | 1 | Barbie being singular, fundamentally white. |
| | 2 | Do you recall that testimony? |
| | 3 | A.    Yes. |
| | 4 | Q.    What do you mean by that? |
| 12:07:16 | 5 | A.    By "singular" I mean she is the |
| | 6 | star.  It is Barbie is at the center, a |
| | 7 | single character versus the Bratz dolls we |
| | 8 | are now talking about which are four |
| | 9 | characters and even more. |
| 12:07:44 | 10 | Q.    Then you mentioned -- you used the |
| | 11 | phrase "fundamentally white" and then I |
| | 12 | think you went on and said she represents |
| | 13 | white culture. |
| | 14 | Do you remember that testimony? |
| 12:07:55 | 15 | A.    Yes. |
| | 16 | Q.    What did you mean by that? |
| | 17 | A.    Well, my terminology "white |
| | 18 | culture" is also cited by Mary Rogers.  I |
| | 19 | believe it is Mary Rogers.  I don't want to |
| 12:08:23 | 20 | get her confused with M.G. Lord.  I am sorry |
| | 21 | if I do. |
| | 22 | "White culture" meaning the |
| | 23 | dominant steering class of society and its |
| | 24 | particular aesthetic. |
| 12:08:51 | 25 | Q.    You share that view? |

111

EXHIBIT ___10___

PAGE ___143___

MARY BERGSTEIN                                    04/07/08
CONFIDENTIAL ATTORNEYS' EYES ONLY

```
12:08:53   1              MS. AGUIAR:  Objection.

           2              Personally or in her opinion?

           3              MR. ALGER:  Yes.  Both.

           4              MS. AGUIAR:  I don't think her
12:09:05   5        personal opinion is relevant.

           6              I think the opinions she expresses

           7        in her report are what we are here to

           8        discuss.

           9              MR. ALGER:  That is fine.
12:09:12  10              THE WITNESS:  That is what is

          11        getting me a bit confused when you asked

          12        me my opinion on things.

          13   BY MR. ALGER:

          14        Q.    Your counsel is right.
12:09:19  15              We have been talking about your

          16        opinions that you are going to testify to in

          17        front of the jury.

          18              You understand that?

          19        A.    Yes.
12:09:25  20        Q.    You have been operating under that

          21        all day here.

          22              We are here to elicit your

          23        opinions that you formed based on your

          24        engagement -- your retention by the Skadden,
12:09:33  25        Arps firm, right?
```

112

EXHIBIT _____ 10

PAGE _____ 144

MARY BERGSTEIN                                      04/07/08
CONFIDENTIAL ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 12:11:36 | 1 | They are attached sort of |
| | 2 | backwards in some cases. |
| | 3 | Q.    Just so we have the complete |
| | 4 | document, the last page I have has figure 32 |
| 12:11:44 | 5 | on it? |
| | 6 | A.    That's correct. |
| | 7 | Q.    Let's go to -- we are going to |
| | 8 | dive right into page 10. |
| | 9 | A.    Okay.  Yes. |
| 12:12:21 | 10 | Q.    Actually, let's go to page 9. |
| | 11 | The second full paragraph begins, |
| | 12 | "You see." |
| | 13 | Do you see that paragraph? |
| | 14 | A.    Yes. |
| 12:12:40 | 15 | Q.    So it begins, and I will quote it, |
| | 16 | "You see, whereas Mattel's Barbie started |
| | 17 | out singular and white, the Bratz dolls were |
| | 18 | conceived from their launch as a quartet of |
| | 19 | interethnic, interracial types, Fig. 14, in |
| 12:12:56 | 20 | parentheses.  It is precisely the |
| | 21 | significant departure from the Barbie ethos |
| | 22 | that seems to have driven the Bratz dolls |
| | 23 | success in the toy market." |
| | 24 | Do you see that paragraph? |
| 12:13:08 | 25 | A.    Yes, I do. |

114

EXHIBIT _____ 10
PAGE _____ 145

MARY BERGSTEIN                                    04/07/08
CONFIDENTIAL ATTORNEYS' EYES ONLY

12:13:09  1        Q.    You have already answered my
          2   questions about what you meant by singular
          3   and white; is that correct?
          4        A.    Yes.
12:13:14  5        Q.    Do you have anything more to add?
          6        A.    No.
          7        Q.    Then I want to focus very quickly
          8   on the last sentence in this paragraph.
          9             It says -- you are talking here
12:13:30 10   about the Bratz dolls success in the toy
         11   market.  Do you see that?
         12        A.    Yes.
         13        Q.    When you talk about the Bratz doll
         14   success in the toy market what are you using
12:13:39 15   as a benchmark for that?
         16             What do you mean by "success in
         17   the toy market?"
         18        A.    Well, it was a huge financial
         19   success.
12:13:49 20             They sold lots of Bratz, and, as
         21   far as I know, they are still selling lots
         22   of Bratz.
         23        Q.    They are still selling lots of
         24   Barbies too, right?
12:13:57 25        A.    Not as many as they were pre-Bratz

115

EXHIBIT _____ 10
PAGE _____ 146

MARY BERGSTEIN                    04/07/08
CONFIDENTIAL ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 12:14:00 | 1 | as far as I can understand. |
| | 2 | Q.    Do you know whether more Bratz are |
| | 3 | sold than Barbies? |
| | 4 | A.    No, I don't. |
| 12:14:07 | 5 | Q.    Has MGA provided you with any |
| | 6 | sales reports? |
| | 7 | A.    No, they haven't. |
| | 8 | Q.    You haven't seen any sales reports |
| | 9 | that disclose one way or the other who is |
| 12:14:20 | 10 | selling more dolls? |
| | 11 | A.    No, I haven't. |
| | 12 | Q.    What is the basis for your |
| | 13 | understanding that MGA is selling lots of |
| | 14 | Bratz dolls? |
| 12:14:30 | 15 | A.    Well, I had read some testimony |
| | 16 | that talked about the profits that were made |
| | 17 | from Bratz dolls, and, to me, they seemed -- |
| | 18 | I don't remember the figure but they seemed |
| | 19 | enormous. |
| 12:14:40 | 20 | Q.    What testimony was that? |
| | 21 | A.    It was -- it is in my list of |
| | 22 | references and it is from one of the two |
| | 23 | binders containing Art Attacks Ink. I-N-K. |
| | 24 | Q.    Did you read the transcripts of |
| 12:15:01 | 25 | the Art Attacks trial? |

116

EXHIBIT _____ 10

PAGE _____ 187

MARY BERGSTEIN                                    04/07/08
CONFIDENTIAL ATTORNEYS' EYES ONLY

12:15:03  1        A.    Yes, I did.

          2        Q.    All of them?

          3        A.    I don't know how many there are.

          4    I read some.

12:15:07  5        Q.    What witnesses do you recall

          6    reading from Art Attacks?

          7        A.    I read Isaac Larian and Carter

          8    Bryant.  Parts of.  I don't know whether it

          9    was the whole thing.

12:15:18 10        Q.    Anybody else?

         11              Any other witnesses in the Art

         12    Attacks trial?

         13        A.    Not that I can remember at the

         14    moment.

12:15:26 15        Q.    When did you receive those

         16    transcripts?

         17        A.    Oh, I received them, I don't

         18    remember.

         19        Q.    Was it before you were engaged?

12:15:44 20              We have had a problem with that

         21    word.

         22              Was it before you were retained by

         23    Skadden?

         24        A.    No.

12:15:49 25        Q.    It was after you were retained by

117

EXHIBIT ____ 10

PAGE ____ 148

| | | |
|---|---|---|
| 12:15:51 | 1 | Skadden? |
| | 2 | A.     Yes.   That's correct. |
| | 3 | Q.     Who provided those to you? |
| | 4 | A.     Skadden attorneys. |
| 12:16:03 | 5 | Q.     Who specifically, do you know? |
| | 6 | A.     Michelle Campana, I believe. |
| | 7 | Q.     Did she tell you why she gave them |
| | 8 | to you? |
| | 9 | A.     No. |
| 12:16:16 | 10 | Q.     Do you have any understanding as |
| | 11 | to why you were asked to read them? |
| | 12 | A.     Yes. |
| | 13 | Q.     What is your understanding? |
| | 14 | A.     I think that -- that some of the |
| 12:16:43 | 15 | narrative of the case that we are talking |
| | 16 | about here is represented in them in nuce. |
| | 17 | Q.     What is the last word? |
| | 18 | A.     In nuce, N-U-C-E, in a nutshell, |
| | 19 | in brief. |
| 12:17:08 | 20 | Q.     You testified earlier that you |
| | 21 | have not read Carter Bryant's deposition |
| | 22 | transcript, right? |
| | 23 | A.     Right. |
| | 24 | Q.     You haven't read the Isaac Larian |
| 12:17:18 | 25 | transcripts either? |

118

EXHIBIT _____ 10
PAGE _____ 149