MARY BERGSTEIN                                    04/07/08
CONFIDENTIAL ATTORNEYS' EYES ONLY

| | | | |
|---|---|---|---|
| 12:17:19 | 1 | A. | No. |
| | 2 | Q. | Have you ever asked for them? |
| | 3 | A. | No. |
| | 4 | Q. | Why? |
| 12:17:24 | 5 | A. | Never occurred to me to ask for |

6    them.

7         Q.    In what respect have your opinions
8    been based on Carter Bryant's story
9    regarding the origins of the Bratz designs?

12:18:03 10       A.    I think in one or two respects.

11         Q.    What respects are those?

12         A.    One, that he attended art school.

13         Q.    Okay.

14              Anything else?

12:18:24 15       A.    And that his study in art school
16    was, I believe, illustration at the OTIS in
17    California.

18         Q.    Anything else?

19         A.    No.

12:18:37 20       Q.    Were any of your opinions
21    influenced in any respect by Mr. Bryant's
22    contention that he prepared the Bratz
23    drawings in 1998?

24         A.    Yes.

12:18:54 25       Q.    In what respect were your opinions

119

EXHIBIT _____ 10
PAGE _____ 150

| | | |
|---|---|---|
| 12:18:56 | 1 | influenced by that claim? |
| | 2 | A.    Well, I was able to consult the |
| | 3 | document that he referred to, the Seventeen |
| | 4 | Magazine from August 1998, and I was able |
| 12:19:12 | 5 | to, therefore, find this whole treasure |
| | 6 | chest of comparenda, with regard to the |
| | 7 | ambiance of the drawings he made, were |
| | 8 | concerned. |
| | 9 | It could just as easily have been |
| 12:19:27 | 10 | 1997 or 1999, probably, but that was a good |
| | 11 | sampling of comparenda for me to work with. |
| | 12 | MR. ALGER:  Can you read back her |
| | 13 | answer please? |
| | 14 | (Record read) |
| 12:20:29 | 15 | BY MR. ALGER: |
| | 16 | Q.    Why did you think -- did you think |
| | 17 | that the 1998 -- the August 1998 Seventeen |
| | 18 | Magazine was a more appropriate or less |
| | 19 | appropriate edition of the magazine to |
| 12:20:45 | 20 | examine? |
| | 21 | A.    More appropriate.  The most |
| | 22 | appropriate. |
| | 23 | Q.    Why? |
| | 24 | A.    Well, because Carter Bryant stated |
| 12:20:49 | 25 | that he found his inspiration in that issue. |

120

EXHIBIT _____ 1 0

PAGE _____ 151

MARY BERGSTEIN                                04/07/08
CONFIDENTIAL ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 12:20:53 | 1 | Q.    You accepted that? |
| | 2 | A.    It appeared to me to be true.  I |
| | 3 | don't have any problem accepting that. |
| | 4 | Q.    You previously testified you have |
| 12:21:06 | 5 | not looked at the Seventeen Magazine for any |
| | 6 | point in 1999, right? |
| | 7 | A.    Right. |
| | 8 | Q.    You don't know whether there are |
| | 9 | similar Steve Madden advertisements in the |
| 12:21:19 | 10 | 1999 editions of Seventeen Magazine? |
| | 11 | A.    I don't know that. |
| | 12 | Q.    You don't know whether there might |
| | 13 | be similar Paris Blues advertisements in |
| | 14 | 1999 editions of Seventeen Magazine? |
| 12:21:34 | 15 | A.    No, I don't. |
| | 16 | Q.    Did you ever ask to see Seventeen |
| | 17 | Magazines from 1999? |
| | 18 | A.    I don't remember. |
| | 19 | Q.    Did you ever ask to see Seventeen |
| 12:21:51 | 20 | Magazines from the year 2000? |
| | 21 | A.    Did I ever ask to see Seventeen |
| | 22 | Magazines from the year 2000? |
| | 23 | I don't remember that either. |
| | 24 | Q.    In what other respect, if any, did |
| 12:22:11 | 25 | Mr. Bryant's story about the creation of |

121

EXHIBIT ___10___

PAGE ___152___

| | | |
|---|---|---|
| 12:22:14 | 1 | Bratz in 1999 -- sorry. |
| | 2 | Let me start again. |
| | 3 | In what other respect, if any, did |
| | 4 | Mr. Bryant's claim that he drew the Bratz in |
| 12:22:28 | 5 | August of 1998 influence the opinion you |
| | 6 | reached in this case? |
| | 7 | MS. AGUIAR:  Objection. |
| | 8 | THE WITNESS:  Could you rephrase |
| | 9 | that one more time? |
| 12:22:41 | 10 | I am awfully sorry. |
| | 11 | BY MR. ALGER: |
| | 12 | Q.   Yes. |
| | 13 | MR. ALGER:  Can you read it back? |
| | 14 | THE WITNESS:  I just need to hear |
| 12:22:48 | 15 | it again. |
| | 16 | (Record read) |
| | 17 | MR. ALGER:  Let's change the tape. |
| | 18 | THE VIDEOGRAPHER:  The time is |
| | 19 | 12:22 p.m., Monday, April 7, 2008. |
| 12:23:08 | 20 | This is the end of tape number 2 |
| | 21 | of the videotaped deposition of Ms. Mary |
| | 22 | Bergstein. |
| | 23 | We are off the record. |
| | 24 | (Discussion off the record) |
| 12:24:17 | 25 | THE VIDEOGRAPHER:  The time is |

122

EXHIBIT _____ 10

PAGE _____ 153

12:30:00  1            Q.    Why three or four months later?

          2            A.    Well, because 1998 would turn to

          3     1999 -- August, September, October,

          4     November, December, that is four months

12:30:11  5     later.

          6            Q.    So you would have looked at the

          7     January 1999 edition of Seventeen Magazine?

          8            A.    Perhaps.

          9            MS. AGUIAR:    Objection.

12:30:20 10     BY MR. ALGER:

         11            Q.    What else would you have done, if

         12     anything, differently?

         13            A.    I don't really think anything

         14     because I think -- I think that Carter

12:30:49 15     Bryant's drawing attention to the

         16     August 1998 issue of this journal, whether

         17     or not he made the drawings either directly

         18     from it or in 1998 or 1999, 1997, is such a

         19     good sampling from the cultural field that

12:31:08 20     we don't really need to look at Seventeen

         21     Magazines from months ahead or months

         22     behind.

         23            In other words, I think that

         24     those -- all of those -- he was -- all of

12:31:21 25     what we looked at in the August 1998

                                                                    127

EXHIBIT    10
PAGE    154

|  |  |  |
|---|---|---|
| 12:31:28 | 1 | Seventeen was in the culture at the time |
|  | 2 | this idea was brewing in Carter Bryant's |
|  | 3 | head and it is more than enough evidence as |
|  | 4 | far as I can see from my point of view to |
| 12:31:48 | 5 | see how his particular contribution relates |
|  | 6 | to the general culture. |
|  | 7 | Q.     So it is your testimony then that |
|  | 8 | the fact that the August 1998 Seventeen |
|  | 9 | Magazines had these images in it does not |
| 12:32:05 | 10 | establish that he did the drawings in |
|  | 11 | August 1998? |
|  | 12 | MS. AGUIAR:  Objection. |
|  | 13 | THE WITNESS:  Not necessarily. |
|  | 14 | It shows that he did the drawings |
| 12:32:21 | 15 | with those particular images in mind, |
|  | 16 | consciously or not. |
|  | 17 | BY MR. ALGER: |
|  | 18 | Q.     Okay. |
|  | 19 | So, therefore, he could have |
| 12:32:28 | 20 | prepared the drawings with those images in |
|  | 21 | mind six months later, right? |
|  | 22 | A.     I suppose. |
|  | 23 | MS. AGUIAR:  Objection. |
|  | 24 | She shouldn't speculate. |
| 12:32:51 | 25 | THE WITNESS:  It all gets rather |

128

EXHIBIT

PAGE    155

| | | |
|---|---|---|
| 12:32:52 | 1 | nebulous as to what stays in one's mind |
| | 2 | of visual images. |
| | 3 | Supposedly everything. |
| | 4 | BY MR. ALGER: |
| 12:32:59 | 5 | Q.    He could have prepared the |
| | 6 | drawings a year later, right? |
| | 7 | MS. AGUIAR:  Objection. |
| | 8 | I will caution the witness not to |
| | 9 | speculate. |
| 12:33:04 | 10 | THE WITNESS:  I don't know. |
| | 11 | MR. ALGER:  Let the record reflect |
| | 12 | that we are getting a lot of coaching |
| | 13 | going on here. |
| | 14 | BY MR. ALGER: |
| 12:33:11 | 15 | Q.    I am going to ask the questions |
| | 16 | and you just listen. |
| | 17 | I asked you a series of questions |
| | 18 | about the magazine.  You looked at the |
| | 19 | August 1998 Seventeen magazine. |
| 12:33:23 | 20 | A.    That is correct. |
| | 21 | Q.    Your testimony is that those |
| | 22 | images -- you believe that those images |
| | 23 | influenced Carter Bryant, right? |
| | 24 | A.    I think they correspond to his |
| 12:33:36 | 25 | drawing; his preparatory sketch, yes. |

129

EXHIBIT ___10___

PAGE ___156___

MARY BERGSTEIN                                04/07/08
CONFIDENTIAL ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 12:33:40 | 1 | Q.    The fact that they -- the fact |
| | 2 | that they appeared in the August 1998 |
| | 3 | edition of Seventeen Magazine doesn't, in |
| | 4 | your view, establish that he actually drew |
| 12:33:54 | 5 | his Bratz drawings in August of 1998, right? |
| | 6 | MS. AGUIAR:  Objection. |
| | 7 | THE WITNESS:  It doesn't establish |
| | 8 | it as proof positive, no. |
| | 9 | BY MR. ALGER: |
| 12:34:13 | 10 | Q.    It doesn't establish it at all, |
| | 11 | does it? |
| | 12 | MS. AGUIAR:  Objection. |
| | 13 | You have been emphasizing that |
| | 14 | this witness is here as an expert now |
| 12:34:22 | 15 | and you want to turn her into a fact |
| | 16 | witness so -- |
| | 17 | MR. ALGER:  The narratives are |
| | 18 | improper. |
| | 19 | BY MR. ALGER: |
| 12:34:28 | 20 | Q.    Can you answer the question |
| | 21 | please? |
| | 22 | MS. AGUIAR:  It is not a |
| | 23 | narrative.  It is a valid objection. |
| | 24 | THE WITNESS:  Could you rephrase |
| 12:34:36 | 25 | the question? |

130

EXHIBIT ___10___

PAGE _____191_____

| | | |
|---|---|---|
| 12:34:38 | 1 | BY MR. ALGER: |
| | 2 | Q.     Yes. |
| | 3 | A.     Sorry. |
| | 4 | MR. ALGER:  Can you just read the |
| 12:34:43 | 5 | question? |
| | 6 | (Record read) |
| | 7 | THE WITNESS:  I don't know if |
| | 8 | something can be established to a |
| | 9 | certain extent or not. |
| 12:35:19 | 10 | I don't know what to say to that. |
| | 11 | BY MR. ALGER: |
| | 12 | Q.     Things that are in the culture -- |
| | 13 | A.     Yes. |
| | 14 | Q.     Why don't you describe for us in |
| 12:35:26 | 15 | your own words what you mean by "things that |
| | 16 | are in the culture?" |
| | 17 | A.     In this case we are talking about |
| | 18 | images, two-dimensional images in the |
| | 19 | culture, and they circulate in a fluid |
| 12:35:42 | 20 | manner. |
| | 21 | Advertising art -- an advertising |
| | 22 | campaign can last many years or it can last |
| | 23 | for just one -- as far as I know, I am not |
| | 24 | an expert on advertising art, but the way I |
| 12:35:55 | 25 | see it is very fluid, one particular ad. |

131

EXHIBIT 10

PAGE 158

12:35:58    1              I use advertising art in my

            2    teaching sometimes and I know that certain

            3    ads are repeated over and over and over

            4    again throughout the years if they are

12:36:06    5    successful, certain images.

            6    BY MR. ALGER:

            7         Q.    Indeed even beyond the publication

            8    of ads in current magazines images that are

            9    created by advertising remain in the culture

12:36:21   10    even after they are not being circulated

           11    anymore, right?

           12         A.    Sure.  Absolutely.

           13              They remain in people's conscious

           14    and unconscious minds.

12:36:31   15              Images never vanish.

           16         Q.    So I remember a commercial from 20

           17    years ago where the guy complains that he

           18    ate too much and he needed the Alka Seltzer,

           19    right?

12:36:41   20         A.    Yes.

           21         Q.    And so these are images that

           22    remain in our consciousness as human beings

           23    that have lived in the culture, is that what

           24    your testimony is?

12:36:52   25         A.    What you are talking about is a

EXHIBIT _____ 10

PAGE _____ 157

| | | |
|---|---|---|
| 12:36:54 | 1 | word-image combination. |
| | 2 | Q. Okay. |
| | 3 | A. And so I think images last longer |
| | 4 | than word-image combinations. |
| 12:37:01 | 5 | Q. Okay. |
| | 6 | But there are ads -- so that |
| | 7 | wasn't the best example from your view but |
| | 8 | let's talk about just images, advertisements |
| | 9 | that were published a long time ago. |
| 12:37:13 | 10 | Just because they were in a |
| | 11 | magazine that was published, say, ten years |
| | 12 | ago doesn't mean that they are no longer in |
| | 13 | the culture, right? |
| | 14 | A. That's correct. |
| 12:37:21 | 15 | Q. So Mr. Bryant in 1999 could have |
| | 16 | just as easily have been influenced by |
| | 17 | images that were in a 1998 edition of |
| | 18 | Seventeen Magazine as from a 1999 edition of |
| | 19 | Seventeen Magazine, right? |
| 12:37:40 | 20 | MS. AGUIAR: Objection. Calls for |
| | 21 | speculation. |
| | 22 | THE WITNESS: I know what I have |
| | 23 | seen. |
| | 24 | To quote Courbet, there is a |
| 12:37:53 | 25 | Courbet exhibition on now at the |

133

EXHIBIT 10

PAGE 160

| | | |
|---|---|---|
| 12:37:55 | 1 | Metropolitan Museum. |
| | 2 | His motto was, show me an angel |
| | 3 | and I will paint one. |
| | 4 | If I haven't seen one I can't |
| 12:38:01 | 5 | really talk about it. |
| | 6 | MR. ALGER:  Can you read the |
| | 7 | question back? |
| | 8 | (Record read) |
| | 9 | MS. AGUIAR:  Objection. |
| 12:38:32 | 10 | Calls for speculation and I think |
| | 11 | it actually goes beyond the scope of her |
| | 12 | opinion. |
| | 13 | BY MR. ALGER: |
| | 14 | Q.    Can you answer the question? |
| 12:38:41 | 15 | MS. AGUIAR:  Asked and answered. |
| | 16 | BY MR. ALGER: |
| | 17 | Q.    I think it just calls for a yes or |
| | 18 | no. |
| | 19 | A.    Yes. |
| 12:39:05 | 20 | Q.    If he did the drawings in 2000 he |
| | 21 | could just as easily have been influenced by |
| | 22 | images he saw in Seventeen Magazine in -- |
| | 23 | from 1998 as something that was published in |
| | 24 | 2000, right? |
| 12:39:18 | 25 | MS. AGUIAR:  Objection. |

134

EXHIBIT _____ 10

PAGE _____ 16

| | | |
|---|---|---|
| 12:39:19 | 1 | Calls for speculation and it goes |
| | 2 | beyond the scope of the opinion that she |
| | 3 | is offering in this case. |
| | 4 | THE WITNESS:  I am not able to |
| 12:39:28 | 5 | measure that kind of thing in such a |
| | 6 | specific way. |
| | 7 | BY MR. ALGER: |
| | 8 | Q.    Okay. |
| | 9 | Can you rule out Mr. Bryant -- can |
| 12:39:37 | 10 | you rule out Mr. Bryant doing the Bratz |
| | 11 | pitch drawings that he took to Isaac Larian |
| | 12 | in 2000? |
| | 13 | MS. AGUIAR:  Objection. |
| | 14 | BY MR. ALGER: |
| 12:39:48 | 15 | Q.    I will rephrase the question. |
| | 16 | Based on your area of expertise -- |
| | 17 | A.    Yes. |
| | 18 | Q.    -- as a professor of visual |
| | 19 | culture do you have any basis to contend |
| 12:39:59 | 20 | that Mr. Bryant prepared the sketches that |
| | 21 | he took to Isaac Larian in -- strike that. |
| | 22 | I am going to back up all the way |
| | 23 | again.  Okay? |
| | 24 | Based on your area of expertise as |
| 12:40:16 | 25 | a professor of visual culture do you have |

135

EXHIBIT _____ 10
PAGE _____ 162

| | | |
|---|---|---|
| 12:40:18 | 1 | any basis to conclude that Mr. Bryant |
| | 2 | prepared the drawings that he took to Isaac |
| | 3 | Larian back in 1998? |
| | 4 | A.    Yes. |
| 12:40:31 | 5 | Q.    What is that? |
| | 6 | A.    There is a lot of visual evidence |
| | 7 | that supports his statement. |
| | 8 | Q.    What is that visual evidence? |
| | 9 | A.    The visual evidence is the |
| 12:40:42 | 10 | advertising art, most of it advertising, in |
| | 11 | the 1998 August issue of Seventeen Magazine. |
| | 12 | Q.    Anything else? |
| | 13 | A.    Well, there is his -- there is the |
| | 14 | artist's biography. |
| 12:40:59 | 15 | The artist doesn't always get the |
| | 16 | right answer about his or her own career. |
| | 17 | If he said -- he referred to |
| | 18 | specific advertising art in that issue that |
| | 19 | he said he was inspired by at that moment. |
| 12:41:12 | 20 | I don't see any reason to deny |
| | 21 | that. |
| | 22 | Q.    You have some familiarity with |
| | 23 | what this lawsuit is about, right? |
| | 24 | A.    Yes. |
| 12:41:23 | 25 | Q.    What is your understanding of what |

136

EXHIBIT   10
PAGE   163

| | | |
|---|---|---|
| 12:41:25 | 1 | this lawsuit is about? |
| | 2 | A.    Okay.  Let me -- if I could just |
| | 3 | refer to my own -- |
| | 4 | MS. AGUIAR:  After this answer, |
| 12:41:38 | 5 | you indicated that you had one or two |
| | 6 | questions before the lunch break. |
| | 7 | MR. ALGER:  Go ahead. |
| | 8 | THE WITNESS:  Mattel maintains |
| | 9 | that Carter Bryant made those |
| 12:41:50 | 10 | proprietary sketches while he was under |
| | 11 | contract to them and that therefore they |
| | 12 | would own those -- the rights to -- they |
| | 13 | would own the rights to those sketches. |
| | 14 | BY MR. ALGER: |
| 12:42:03 | 15 | Q.    Do you have any reason to believe |
| | 16 | that the August 1998 edition of Seventeen |
| | 17 | Magazine wasn't available to Carter Bryant |
| | 18 | in 1999? |
| | 19 | MS. AGUIAR:  Objection. |
| 12:42:13 | 20 | Calls for speculation.  It is |
| | 21 | beyond the scope of her expert opinion. |
| | 22 | THE WITNESS:  I would say it is |
| | 23 | way beyond the scope of my expert |
| | 24 | opinion because I can analyze the visual |
| 12:42:26 | 25 | evidence but I can't make an argument, a |

137

EXHIBIT ___ 10
PAGE ___ 164

|          |    |                                          |
|----------|----|------------------------------------------|
| 12:42:30 | 1  | negative argument out of the same        |
|          | 2  | evidence.                                |
|          | 3  | MR. ALGER:  Can you read the             |
|          | 4  | question again please?                   |
| 12:42:37 | 5  | I think it calls for a yes or no.        |
|          | 6  | MS. AGUIAR:  No.  It calls for           |
|          | 7  | speculation is what it calls for.        |
|          | 8  | (Record read)                            |
|          | 9  | MS. AGUIAR:  Same objections.            |
| 12:43:12 | 10 | THE WITNESS:  Any reason to              |
|          | 11 | believe that it wasn't available to him  |
|          | 12 | in 1999?                                 |
|          | 13 | Yes.                                     |
|          | 14 | I would say the visual evidence          |
| 12:43:24 | 15 | indicates that that was available to him |
|          | 16 | in 1998 when he made the drawings.       |
|          | 17 | MR. ALGER:  That is not my               |
|          | 18 | question.                                |
|          | 19 | Can you read the question back?          |
| 12:43:35 | 20 | (Record read)                            |
|          | 21 | MS. AGUIAR:  Same objection.             |
|          | 22 | Calls for speculation and goes beyond    |
|          | 23 | her expert opinions.                     |
|          | 24 | She has answered it now twice.           |
| 12:44:15 | 25 | THE WITNESS:  It would be                |

EXHIBIT ____10____

PAGE ____165____

```
12:44:15   1            speculation as to what I remember from
           2            Carter Bryant's testimony.
           3                I know that at one point I read
           4            that he described -- that he said he
12:44:25   5            threw out or abandoned or got rid of
           6            that magazine after he made that
           7            preparatory sketch but I don't recall
           8            when, at what point, anything like that.
           9       BY MR. ALGER:
12:44:37  10            Q.    I am not asking you about what
          11       Carter Bryant testified.
          12                You understand that there is a
          13       dispute about whether Carter Bryant is
          14       telling the truth, right?
12:44:46  15            A.    Yes.
          16            Q.    So what I am eliciting from you is
          17       what is the basis for your opinions, and to
          18       what extent your opinions are based on
          19       Mr. Bryant's testimony.
12:44:54  20                Right now what I am doing is I am
          21       asking you whether you have a basis to
          22       believe that this August 1998 edition of
          23       Seventeen Magazine which you have evaluated,
          24       at least in part, was not available to
12:45:05  25       Mr. Bryant when -- in 1999?
```

                                                                  139

EXHIBIT _____ 10

PAGE _____ 166

12:45:10 1          MS. AGUIAR:  Objection.  That is

2          not even a question.

3          You know what, I am sorry.  I

4          really --

12:45:14 5          MR. ALGER:  We are not taking a

6          break until I am finished with this line

7          of questions.

8          MS. AGUIAR:  You can ask her one

9          more question and then I am requesting a

12:45:23 10         lunch break.

11         I am not feeling well.  I asked

12         you -- let me finish.

13         I asked you before we changed the

14         tape and said I would like to take a

12:45:30 15        break.

16         You said I just want to nail down

17         a few questions and then we will take a

18         break.

19         We are now about 25 minutes past

12:45:37 20        having changed the tape.

21         You can ask her this question and

22         then I would like to take a break.  I

23         need to take a break.

24         MR. ALGER:  Maybe you can advise

12:45:47 25        your client to answer the question and

140

EXHIBIT _____ 10

PAGE _____ 167

MARY BERGSTEIN
CONFIDENTIAL ATTORNEYS' EYES ONLY                    04/07/08

| | | |
|---|---|---|
| 12:45:49 | 1 | then we can move on and you can take |
| | 2 | your break. |
| | 3 | MS. AGUIAR:  She has been |
| | 4 | answering your questions to the best of |
| 12:45:56 | 5 | her ability, and, very honestly, I might |
| | 6 | say. |
| | 7 | MR. ALGER:  I think the record |
| | 8 | speaks for itself. |
| | 9 | Can you read back the ultimate |
| 12:46:02 | 10 | question again? |
| | 11 | (Record read) |
| | 12 | MS. AGUIAR:  Same objections. |
| | 13 | Asked and answered now three |
| | 14 | times. |
| 12:47:05 | 15 | THE WITNESS:  Yes. |
| | 16 | From Carter Bryant's testimony, |
| | 17 | and I am not in any way qualified to say |
| | 18 | whether he was telling the truth or |
| | 19 | inventing, I just am not able -- that |
| 12:47:16 | 20 | would be like a day dream so I can't |
| | 21 | comment on that. |
| | 22 | BY MR. ALGER: |
| | 23 | Q.    Other than Mr. Bryant's testimony |
| | 24 | you don't have any facts one way or another |
| 12:47:26 | 25 | regarding the availability of the 1998 |

141

EXHIBIT _____ 10

PAGE _____ 168

```
12:47:30   1        Seventeen Magazine to Mr. Bryant in 1999?

           2        A.      Well, he would have had to have it

           3    with him in his possession for several

           4    years.  Ab initzio, go out and buy it, no, I

12:47:51   5    don't think it is possible to do that.

           6            Find it in a dentist's office,

           7    perhaps.

           8            MR. ALGER:  We will take a break.

           9            Thank you.

12:47:58  10            THE VIDEOGRAPHER:  The time is

          11        12:47 p.m.

          12            We are off the record.

          13            (Luncheon recess: 12:47 p.m.)

          14

          15

          16

          17

          18

          19

          20

          21

          22

          23

          24

          25
```

142

EXHIBIT ___10___

PAGE ___169___

MARY BERGSTEIN                                    04/07/08
CONFIDENTIAL ATTORNEYS' EYES ONLY

```
14:17:15   1    it was drawn with rapidity --
           2         A.    Yes.
           3         Q.    You don't have a basis for that
           4    conclusion, do you?
14:17:21   5              MS. AGUIAR:  Objection.
           6         Mischaracterizes all of the prior
           7         testimony on that subject.
           8              THE WITNESS:  Could you repeat
           9         that?
14:17:39  10    BY MR. ALGER:
          11         Q.    So when you testified earlier that
          12    the drawing was created with rapidity --
          13         A.    Yes.
          14         Q.    You don't have any basis for that
14:17:47  15    conclusion, do you?
          16              MS. AGUIAR:  Same objections.
          17              THE WITNESS:  I do have basis for
          18         that conclusion.
          19    BY MR. ALGER:
14:17:52  20         Q.    The basis for the conclusion is
          21    simply because you think it is what?
          22              MS. AGUIAR:  Objection.  Asked and
          23         answered.  A significant amount of
          24         testimony on this topic.
14:18:15  25              THE WITNESS:  I think, as I said
```

178

EXHIBIT _____ 10

PAGE _____ 170