MARY BERGSTEIN                         04/07/08
CONFIDENTIAL ATTORNEYS' EYES ONLY

```
14:18:16   1          before, there is a formulaic kind of
           2          drawing going on here and, again, I
           3          would direct your attention to the hand
           4          of the second from the right and I think
14:18:28   5          it is really, really obvious in that
           6          particular passage, even to the
           7          untrained eye, that it didn't take the
           8          artist -- that he scribbled that in a
           9          hurry.
14:18:39  10     BY MR. ALGER:
          11          Q.    A quickie, right, a quick job?
          12          A.    Yes.
          13          Q.    Have you ever seen any testimony
          14     by Mr. Bryant explaining how long he took to
14:19:10  15     prepare the drawing?
          16          A.    No.
          17          Q.    If this figure 2 were to become a
          18     drawing what would you expect to happen to
          19     it?
14:19:40  20          A.    I would expect it to be more
          21     analytical for one thing.
          22          Q.    What do you mean?
          23          A.    I would expect the individual
          24     parts to be more highly developed.
14:20:08  25          Q.    Give me an example please.
```

179

EXHIBIT _____ 10
PAGE _____ 171

14:20:09  1    A.    Well, I would say the hands of the

       2    figure at the left and the hands of the

       3    figure second from right.

       4    Q.    Anything else?

14:20:41  5    A.    Well, I would have expected them

       6    to have been situated in a more convincing

       7    spatial setting.

       8    Q.    Why?

       9    A.    Well, for one thing because I

14:21:10 10    think it would have established a

      11    perspectival depth that would be helpful in

      12    an analytical way of establishing statics

      13    and scale in these figures.

      14    Q.    Is it your understanding that a

14:21:31 15    more convincing spatial setting is necessary

      16    to convey a doll concept?

      17    A.    I think a doll concept could

      18    probably just be conveyed in words.

      19           MR. ALGER:  Can you read the

14:22:14 20           question back again, Mr. Reporter?

      21           (Record read)

      22           MS. AGUIAR:  I am going to object

      23    to the question.

      24           It hadn't come out clearly.

14:22:45 25           Now that I got it I am putting in

                                                      180

EXHIBIT ___ 10
PAGE ___ 172

```
14:36:46   1   BY MR. ALGER:
           2        Q.    Can you answer my question though?
           3        A.    Could you repeat it again?
           4        Q.    Do you have any estimate on how
14:36:59   5   long it took the artist to prepare the
           6   illustration?
           7             MS. AGUIAR:  Objection.  Same
           8        objections as with the prior one.
           9             THE WITNESS:  Well, what I really
14:37:17  10        think is that he had probably been
          11        making some of these stock characters,
          12        stock characters, for a while and that
          13        he had a great facility at drawing this
          14        kind of thing.
14:37:31  15             And so I think he could throw
          16        something like this down in a very short
          17        period of time.
          18             MR. ALGER:  Let's take a break.
          19        He has to change the tape.
14:37:44  20             THE VIDEOGRAPHER:  The time is
          21        2:37 p.m., Monday, April 7, 2008.
          22             This is the end of tape number 3
          23        of the videotaped deposition of Ms. Mary
          24        Bergstein.
14:37:56  25             We are off the record.
```

190

EXHIBIT _10_

PAGE _173_

14:38:00  1              (Recess)

2                  THE VIDEOGRAPHER:  The time is

3          2:45 p.m., Monday, April 7, 2008.

4                  This is tape number 4 of the

14:45:29  5          videotaped deposition of Ms. Mary

6          Bergstein.

7                  We are back on the record.

8    BY MR. ALGER:

9          Q.    Ms. Bergstein, would you please go

14:45:41 10    to page 7 of your report?

11          A.    Sure, yes.

12          Q.    I want to go to the end of the

13    first full paragraph where you make

14    reference to the Spice Girls song Wannabe.

14:46:03 15          A.    Yes.

16          Q.    Do you have any reason to believe

17    Mr. Bryant was aware of this song when he

18    developed the Bratz?

19          A.    Do I have any evidence?

14:46:21 20                  As far as I know everybody knew

21    this song, whether consciously or not.

22          Q.    You don't have any evidence that

23    Mr. Bryant actually heard the song, do you?

24          A.    No.

14:46:37 25          Q.    The next paragraph you have a

191

EXHIBIT  10

PAGE  174

MARY BERGSTEIN                                        04/07/08
CONFIDENTIAL ATTORNEYS' EYES ONLY

14:46:40   1      statement here that, "Noelle Howey coined
           2      the term 'bubble gum feminism' with regard
           3      to the Spice Girls mentality.  This too
           4      appeared in the August 1998 issue of
14:46:54   5      Seventeen."  You have P132.
           6          A.      Right.
           7          Q.      Was there some reference to
           8      "bubble gum feminism" in the Seventeen
           9      Magazine for August 1998?
14:47:09  10          A.      Yes; this statement by Noelle
          11      Howey.
          12          Q.      Was it used for the first time at
          13      Seventeen Magazine in August 1998?
          14          A.      I don't know.
14:47:20  15          Q.      This was part of an article?
          16          A.      Yes.
          17          Q.      Do you know whether Mr. Bryant
          18      read the article that made reference to
          19      bubble gum feminism?
14:47:37  20          A.      No.  I have no idea.
          21          Q.      Let's go back a page in your
          22      report, page 6.
          23                  You are referring to, I think, the
          24      same picture, the same illustration that we
14:48:09  25      have been discussing on the cover of the

192

EXHIBIT _____ 10
PAGE _____ 175

MARY BERGSTEIN                                    04/07/08
CONFIDENTIAL ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 15:08:51 | 1 | Q.    Did you give her the illustration |
| | 2 | or did she find it? |
| | 3 | A.    The Minoan Snake Goddess? |
| | 4 | Q.    Yes. |
| 15:09:02 | 5 | A.    I think Jordan Fierman found it |
| | 6 | but it is exactly what I had in mind. |
| | 7 | Q.    Okay. |
| | 8 |       Then we got Barbie on the left, |
| | 9 | right? |
| 15:09:17 | 10 | A.    Correct. |
| | 11 | Q.    Is this the Barbie that you own |
| | 12 | that you mentioned in your report? |
| | 13 | A.    No. |
| | 14 | Q.    Is this a Barbie that Skadden, |
| 15:09:26 | 15 | Arps found? |
| | 16 |       MS. AGUIAR:  Objection. |
| | 17 |       THE WITNESS:  I don't really know |
| | 18 |    the source of this Barbie. |
| | 19 | BY MR. ALGER: |
| 15:09:45 | 20 | Q.    Have you used this illustration in |
| | 21 | your classes? |
| | 22 | A.    Not this particular illustration. |
| | 23 | Q.    Have you used other illustrations |
| | 24 | in classes with Barbie? |
| 15:09:54 | 25 | A.    Oh, yes.  I have used actual |

207

EXHIBIT _____ 10
PAGE _____ 76

| | | |
|---|---|---|
| 15:09:57 | 1 | dolls. |
| | 2 | Normally, I would use an actual |
| | 3 | doll for this, to make this point. |
| | 4 | Q.    What is the point that is being |
| 15:10:05 | 5 | made with this illustration, combination on |
| | 6 | figure 1? |
| | 7 | A.    Okay. |
| | 8 | It is -- when I introduce students |
| | 9 | in Art 101, usually, their very first year, |
| 15:10:18 | 10 | to the concept of archeology and I talk |
| | 11 | about art of the Aegean, Minoan art on the |
| | 12 | Island of Crete, and there are very few of |
| | 13 | these, this is a 13-inch, approximately, |
| | 14 | statuette made of faience which is that kind |
| 15:10:40 | 15 | of low fire glass. |
| | 16 | I don't know if you are familiar |
| | 17 | with faience.  It is like the plastic of |
| | 18 | antiquity. |
| | 19 | And my point to the students is |
| 15:10:53 | 20 | that archaeologists deal in objects rather |
| | 21 | than literature. |
| | 22 | So this figure comes from the |
| | 23 | Island of Crete and it is supposedly -- and |
| | 24 | it comes without any -- without any literary |
| 15:11:13 | 25 | explanation. |

208

EXHIBIT _____ 10
PAGE _____ 177

15:11:14   1          It doesn't seem to conform to any

         2    myth or legend or anything like that.

         3          There has been a lot of

         4    speculation about what figures like this

15:11:21   5    mean.

         6          Some say that she is a Goddess,

         7    that they had a matrilineal -- what do you

         8    call it, not matrilineal -- matriarchal

         9    society and that their deities were females.

15:11:43  10          You can see that she has these

        11    prominent breasts and their breasts are,

        12    kind of exposed, and then she wears this

        13    long dress and she has very prominently

        14    outlined eyes and holds up these two things

15:12:02  15    which might be snakes and has a kind of

        16    crazy crown.

        17          And so what I asked the students

        18    to think about is, okay, let's -- we don't

        19    know whether it was a tidal wave or volcanic

15:12:18  20    eruption or what destroyed Knossos in about

        21    1600 B.C. but I ask them to think, okay,

        22    this shows up.  What is it all about?  Is it

        23    a Goddess, is it a preistess, is it a slave,

        24    is it a concubine, just from looking at it?

15:12:38  25          Then they kind of -- they wonder,

209

EXHIBIT _____ 10

PAGE _____ 178

MARY BERGSTEIN                                          04/07/08
CONFIDENTIAL ATTORNEYS' EYES ONLY

| | |
|---|---|
| 15:12:41 | 1 | and then I would take out a Barbie doll |
| | 2 | looking kind of like this one, the one I got |
| | 3 | at the Salvation Army, my own personal |
| | 4 | collection, a used Barbie, and I say, "What |
| 15:12:53 | 5 | about this?  This is about the same height, |
| | 6 | has many of the same characteristics. Now, |
| | 7 | is this in -- when we get wiped out, will |
| | 8 | this be a Goddess, a concubine, a preistess, |
| | 9 | maybe she is the deity that we worship," and |
| 15:13:08 | 10 | that makes my point -- |
| | 11 |      Q.    Okay. |
| | 12 |      A.    -- to students. |
| | 13 |      Q.    Thank you. |
| | 14 |           The Barbie that is on the left, |
| 15:13:14 | 15 | her arms are up in the same position as the |
| | 16 | Minoan Snake Goddess, right? |
| | 17 |      A.    Yes. |
| | 18 |      Q.    Do you know whether when Barbie -- |
| | 19 | that Barbie was sold in the stores she had |
| 15:13:26 | 20 | her arms up in the same position as the |
| | 21 | Minoan Snake Goddess? |
| | 22 |      A.    Oh, I don't know. |
| | 23 |      Q.    Do you think somebody may have |
| | 24 | manipulated Barbie so her hands are in the |
| 15:13:37 | 25 | same position to prove a point? |

210

EXHIBIT    10
PAGE       179

| | | |
|---|---|---|
| 15:13:39 | 1 | A.       Sure. |
| | 2 | Q.       This Barbie has a fair amount of |
| | 3 | hair, right? |
| | 4 | MS. AGUIAR:  Objection. |
| 15:13:48 | 5 | THE WITNESS:  She is differently |
| | 6 | proportioned than the Bratz. |
| | 7 | She has plenty of hair but I |
| | 8 | wouldn't say it goes down below her |
| | 9 | waist. |
| 15:13:57 | 10 | BY MR. ALGER: |
| | 11 | Q.       That is not my question. I am |
| | 12 | asking just about her right now. |
| | 13 | She has a fair amount of hair, |
| | 14 | right? |
| 15:14:04 | 15 | MS. AGUIAR:  Objection. |
| | 16 | THE WITNESS:  A fair amount of |
| | 17 | hair? |
| | 18 | She has a hair style.  I don't |
| | 19 | know what else -- |
| 15:14:16 | 20 | BY MR. ALGER: |
| | 21 | Q.       What do you understand a fashion |
| | 22 | doll to be? |
| | 23 | A.       What do I understand a fashion |
| | 24 | doll to be? |
| 15:14:23 | 25 | Q.       Yes. |

211

EXHIBIT _____ 10

PAGE _____ 180

MARY BERGSTEIN                                    04/07/08
CONFIDENTIAL ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 15:14:24 | 1 | What is your definition of a |
| | 2 | "fashion doll?" |
| | 3 | A.    My definition of a fashion doll. |
| | 4 | Well, since I am trained in |
| 15:14:34 | 5 | cultural history I can speak in historical |
| | 6 | terms. |
| | 7 | I can say that -- for example, one |
| | 8 | of the first fashion dolls that I ever knew |
| | 9 | about. |
| 15:14:43 | 10 | Q.    Let me interrupt.  I only have so |
| | 11 | much time today. |
| | 12 | A.    Okay. |
| | 13 | Q.    Let's take it out of history for |
| | 14 | the moment.  Let's take it, what, today, |
| 15:14:51 | 15 | 2008, what is your definition of a fashion |
| | 16 | doll? |
| | 17 | A.    Dolls in which the clothing -- the |
| | 18 | fashionable clothing is very important. |
| | 19 | Q.    Anything else? |
| 15:15:09 | 20 | A.    They also have a certain aura of |
| | 21 | glamour about them. |
| | 22 | Q.    Anything else? |
| | 23 | A.    No. |
| | 24 | Q.    Have you ever heard the phrase |
| 15:15:22 | 25 | "play pattern." |

212

EXHIBIT ___10___
PAGE ___181___

MARY BERGSTEIN                    04/07/08
CONFIDENTIAL ATTORNEYS' EYES ONLY

15:27:32  1        Q.    Do you have any other evidence for
          2    your position that Barbie is tired?
          3              MS. AGUIAR:  Objection.
          4    BY MR. ALGER:
15:27:44  5        Q.    Tired looking.
          6        A.    No.
          7              I don't mean she is tired looking.
          8    I mean it is a tired idea.
          9        Q.    It is a tired idea?
15:27:52 10        A.    That's right.
         11              I don't mean that she looks
         12    physically tired, clearly.
         13        Q.    Okay.
         14              So let's focus it down again then.
15:28:00 15              Do you have any basis to believe
         16    that young girls consider the Barbie doll to
         17    be a tired concept?
         18              MS. AGUIAR:  Objection.  Asked and
         19        answered.
15:28:27 20              THE WITNESS:  In my personal
         21        experience?
         22    BY MR. ALGER:
         23        Q.    Anything you want to offer.
         24        A.    Much of my personal experience
15:28:36 25    with dolls has taken place in Italy where I

                                                          222

EXHIBIT _____ 10
PAGE _____ 182

| | | |
|---|---|---|
| 15:28:39 | 1 | have spent a great deal of time. |
| | 2 | And I have nieces there who -- I |
| | 3 | have two generations of nieces there who |
| | 4 | prefer dolls with a more Mediterranean look. |
| 15:28:56 | 5 | Q.    Okay. |
| | 6 | How about in the United States? |
| | 7 | A.    That, I don't know, but I can only |
| | 8 | assume that the same thing is operative |
| | 9 | here. |
| 15:29:09 | 10 | Q.    You haven't done any research as |
| | 11 | to what kind of dolls -- you haven't done |
| | 12 | any research, have you, as to what skin |
| | 13 | tones are preferred for dolls in the United |
| | 14 | States? |
| 15:29:25 | 15 | A.    No. |
| | 16 | Q.    No? |
| | 17 | A.    You mean, preferred in general, do |
| | 18 | I have any statistics on that? |
| | 19 | Q.    Yes. |
| 15:29:33 | 20 | A.    Zero. |
| | 21 | Q.    Have you ever been exposed to any |
| | 22 | sales reports that show the sales of fashion |
| | 23 | dolls of different ethnicities? |
| | 24 | A.    No. |
| 15:29:42 | 25 | Q.    You don't know whether African |

223

EXHIBIT _____ 16
PAGE _____ 183

MARY BERGSTEIN
CONFIDENTIAL ATTORNEYS' EYES ONLY

04/07/08

15:29:46
1    American dolls sell equally or more than
2    white fashion dolls?
3        A.    Whether African American dolls,
4    for example -- could you give me an example?
15:30:00
5            I mean, I don't know, but could
6    you give me an example.
7        Q.    Let's focus on MGA.  Let's focus
8    on MGA.
9            Have you seen any statistics
15:30:10
10   showing whether -- what the relative sales
11   are for the various Bratz dolls?
12       A.    No.
13       Q.    You haven't seen any sales figures
14   for Mattel's dolls that include African
15:30:25
15   American and Asian fashion dolls?
16       A.    No, no figures, no facts and
17   figures on that.
18       Q.    You have characterized Barbie as
19   white, correct?
15:30:34
20       A.    Yes.
21       Q.    You are aware that there have been
22   a number of Mattel fashion dolls that have
23   been sold under the Barbie name?
24       A.    Right.
15:30:44
25           MS. AGUIAR:  Let him finish his

224

EXHIBIT _____ / 0

PAGE _____ / 84

15:30:45  1    question.

2      THE WITNESS:  Sorry.

3  BY MR. ALGER:

4    Q. That include African Americans,

15:30:49  5  right?

6    A. Yes.

7    Q. And Asian Americans, right?

8    A. Yes.

9    Q. And Hispanics, right?

15:30:56  10    A. Oh, yes.

11    Q. And that there have been dolls,

12  fashion dolls, sold by Mattel under the

13  Barbie name that have had black hair and

14  brown hair, right?

15:31:05  15    A. Yes.

16    Q. So what is the basis for your

17  contention that Barbie is white?

18      MS. AGUIAR:  Objection.

19      THE WITNESS:  When I first used

15:31:34  20  the word "white," I used it with

21  quotation marks which I realize may have

22  been confusing, but that Barbie was

23  representative of the steering or upper

24  social echelons of American society

15:31:51  25  which are white.

225

EXHIBIT ___10___

PAGE _____185_____

MARY BERGSTEIN                           04/07/08
CONFIDENTIAL ATTORNEYS' EYES ONLY

```
15:31:54    1            She is at the center of a
            2     configuration where she is the star and
            3     then she has sidekicks of different
            4     ethnicities.
15:32:09    5            Especially with the -- as far as I
            6     can remember, okay, I am not an expert
            7     on this.
            8            As far as I can remember she had
            9     an African American sidekick who was
15:32:21   10     secondary to Barbie in the scheme of
           11     that narrative.
           12  BY MR. ALGER:
           13     Q.    Okay.
           14            Any other basis for your
15:32:30   15  contention that Barbie is white?
           16     A.    I would like to think for a
           17  second.
           18     Q.    Sure.
           19     A.    My analysis of the fact that
15:33:04   20  Barbie was white has been kind of confirmed
           21  to me by what is in the air.
           22            David Levinthal, for example,
           23  talks about Barbie as the Aryan virgin.
           24            Mary F. Rogers has a chapter in
15:33:25   25  her book called White Skinned Barbie.
```

226

EXHIBIT _____ 10

PAGE _____ 186

MARY BERGSTEIN                    04/07/08
CONFIDENTIAL ATTORNEYS' EYES ONLY

15:33:41  1         Barbie was presented as a figure

2   that is kind of -- the white Barbie was

3   presented as a kind of figure that is an

4   absolute feminine ideal of American post

15:33:57  5   war -- of the American post war culture.

6      Q.    The bottom of page 9, the very

7   last paragraph, says, "These differences cut

8   deeply through American culture.  Indeed,

9   Barbie's whiteness has been the subject of

15:34:25 10   serious cultural commentary."

11        Right?

12      A.    Yes.

13      Q.    Then you cite to Levinthal's book

14   Barbie Millicent Roberts?

15:34:40 15      A.    Yes.

16      Q.    And then at the end of that first

17   paragraph of the top of page 10 you say,

18   "His photographs at this time began to

19   critique the idea of Barbie as the Aryan

15:34:52 20   virgin."

21        Do you see that?

22      A.    Yes.

23      Q.    Do you agree that Barbie is the

24   Aryan virgin?

15:34:57 25        MS. AGUIAR:  Objection.

227

EXHIBIT _____10____

PAGE _____187____

MARY BERGSTEIN                              04/07/08
CONFIDENTIAL ATTORNEYS' EYES ONLY

```
15:35:02  1              THE WITNESS:  It is a way of
          2         saying clearly -- that is a quote from
          3         Levinthal, that is a way of saying.
          4              It is not to be taken literally.
15:35:14  5   BY MR. ALGER:
          6         Q.   My question is:  Did you -- my
          7   question is:  Do you agree that Barbie is
          8   the Aryan virgin?
          9              MS. AGUIAR:  Objection.  Asking
15:35:29 10         for her personal opinion?
         11              THE WITNESS:  I don't know.
         12              It is not the kind of phrase that
         13         you can say literally that, yes, she is
         14         an Aryan virgin.
15:35:41 15              I mean, it is a doll so --
         16   BY MR. ALGER:
         17         Q.   Why did you choose to include this
         18   quote in your report?
         19         A.   I thought it was a good contrast
15:35:54 20   for the way the Bratz are perceived.
         21         Q.   You are contrasting the Bratz
         22   reception in the marketplace to the
         23   commentary of Mr. Levinthal in his book
         24   Barbie Millicent Roberts?
15:36:09 25              MS. AGUIAR:  Objection.
```

228

SARNOFF COURT REPORTERS AND LEGAL TECHNOLOGIES
877.955.3855

EXHIBIT _____ 10

PAGE _____ 188

15:36:24  1               THE WITNESS:  I am contrasting

2         what I think Barbie stood for in

3         American society with what I think the

4         Bratz represent.

15:36:33  5    BY MR. ALGER:

6         Q.    Okay.

7               Have you seen any serious

8         scholarly commentary on the Bratz?

9         A.    No.

15:36:43 10    Q.    Do you have any idea why?

11              MS. AGUIAR:  Objection.

12              THE WITNESS:  I don't know why.

13        It may exist.  I don't know.

14    BY MR. ALGER:

15:36:56 15    Q.    Do you know of anybody that has

16        written anything that has been peer reviewed

17        that describes the Bratz as dolls for the

18        21st Century, trendy, cool, interethnic,

19        interracial, friends, gamine girls who are

15:37:21 20        fully formed in response to the tired Miss

21        America look of Mattel's Barbie.

22        A.    Peer reviewed, no, but I hardly

23        think that David Levinthal's photos were

24        peer reviewed.

15:37:37 25    Q.    I am not talking about David

EXHIBIT        10

PAGE        188

15:37:39  1    Levinthal.

2         A.    Okay.

3         Q.    I am talking about scholarly

4    writings.

15:37:43  5         There have been a fair amount of

6    scholarly writings about Barbie?

7         A.    Yes, there have.

8         Q.    Peer reviewed articles about

9    Barbie?

15:37:51 10         A.    Yes.

11         Q.    Let's go on to -- back to page 10

12    and then we have a discussion here about

13    Mary Rogers.

14         Mary Rogers, you have got a quote

15:38:07 15    here.

16         You mentioned that she has a

17    chapter called white skinned Barbie and then

18    you have a quote, page 47, "Although Barbie

19    has had friends of color since the 1960s and

15:38:19 20    has herself been marketed in African

21    American, Asian and Hispanic versions over

22    the past 15 years, Barbie is stubbornly

23    white."

24         Do you agree with that?

15:38:31 25         MS. AGUIAR:   Objection.

230

EXHIBIT _____ 10

PAGE _____ 190

MARY BERGSTEIN                    04/07/08
CONFIDENTIAL ATTORNEYS' EYES ONLY

15:43:29   1              Did I read that right?

2          A.    Yes.

3          Q.    Those are your words?

4          A.    Right.

15:43:33   5              That is my paraphrasing of Rogers

6      from 47 to 57.

7          Q.    You are agreeing that she

8      establishes this statement, correct?

9          A.    Yes.

15:43:48  10          Q.    You wouldn't have included this in

11     the report unless you agreed with it, right?

12             MS. AGUIAR:   Objection.

13             THE WITNESS:   I include them

14         because I think they are pertinent to

15:44:11  15         the description of Bratz.

16     BY MR. ALGER:

17         Q.    You are describing Barbie here,

18     right?

19         A.    Well, I am pointing to a

15:44:21  20     sociologist that analyzed Barbie, yes.

21         Q.    You are agreeing with the

22     sociologist who analyzed Barbie?

23             MS. AGUIAR:   Objection.

24             THE WITNESS:   I am pointing to her

15:44:33  25         book chapter.

236

EXHIBIT _____ 10

PAGE _____ 191