MARY BERGSTEIN                    04/07/08
CONFIDENTIAL ATTORNEYS' EYES ONLY

15:44:35 | 1 | BY MR. ALGER:

2      Q.    You are going to offer an opinion

3 in court in this matter to the effect that

4 Barbie represents white privilege and white

15:44:45 | 5 | aesthetic; is that correct?

6          MS. AGUIAR:   Objection.

7          The report speaks for itself and

8          the opinions, I think, are pretty clear.

9          THE WITNESS:   The material on

15:45:01 | 10 |          Barbie is secondary and complimentary to

11          the material on the Bratz.

12 BY MR. ALGER:

13      Q.    Are you going to opine to a jury?

14      A.    I see in some ways that Barbie was

15:45:16 | 15 | the predecessor of the Bratz.

16      Q.    Are you going to opine to the

17 jury -- are you going to testify to the jury

18 that Barbie represents white culture or

19 anything to that, in that regard?

15:45:34 | 20 |          MS. AGUIAR:   Objection.   Again,

21          her two opinions are set out in her

22          report.

23          THE WITNESS:   Could you repeat the

24          question?

15:45:58 | 25 |          MR. ALGER:   Can you read the

237

EXHIBIT _____ / 0

PAGE _____ / 9 2

MARY BERGSTEIN                    04/07/08
CONFIDENTIAL ATTORNEYS' EYES ONLY

```
15:45:59   1            question back?
           2                    (Record read)
           3                    THE WITNESS:  My opinion is
           4            basically about Bratz and not centered
15:46:33   5            on Barbie.
           6    BY MR. ALGER:
           7            Q.    I understand that, ma'am.
           8                    What I am asking you is what are
           9       you going to testify about Barbie.
15:46:41  10                    MS. AGUIAR:  Objection.
          11                    You can't ask her now what all her
          12            testimony is going to be at trial.
          13                    It is improper.
          14                    MR. ALGER:  I sure can.
15:46:50  15    BY MR. ALGER:
          16            Q.    What are you going to tell the
          17       jury about Barbie?
          18                    MS. AGUIAR:  Objection.
          19                    That is not a fair question in a
15:46:54  20            deposition.
          21                    THE WITNESS:  It would depend what
          22            I was asked.
          23    BY MR. ALGER:
          24            Q.    What opinions do you have
15:46:59  25       regarding Barbie?
```

238

SARNOFF COURT REPORTERS AND LEGAL TECHNOLOGIES
877.955.3855

EXHIBIT _____ 10 _____
PAGE _____ 193 _____

MARY BERGSTEIN                                    04/07/08
CONFIDENTIAL ATTORNEYS' EYES ONLY

```
15:47:00    1              MS. AGUIAR:  Objection.
            2         We have gone over this.  You are
            3    now wasting your time on the record.
            4         We have gone over this.
15:47:05    5         She -- her opinions in this report
            6    are not about Barbie.  I made that clear
            7    and she made that clear.
            8         You are the one now going back and
            9    asking something we have already
15:47:13   10    clarified.
           11              MR. ALGER:  I will suggest again
           12    that you stipulate that she is not going
           13    to testify about Barbie at trial.
           14              MS. AGUIAR:  I have told you and
15:47:19   15    when we went back on the record this
           16    morning and you didn't have any problem
           17    with what I said on the record this
           18    morning, that her opinions are in her
           19    report.
15:47:29   20              MR. ALGER:  Counsel, you can say
           21    whatever you want on the record.
           22         I am trying to elicit from her
           23    what opinions she is going to offer to a
           24    jury about Barbie.
15:47:38   25              MS. AGUIAR:  Her opinions are the
```

239

EXHIBIT _____ 10

PAGE _____ 194

MARY BERGSTEIN                              04/07/08
CONFIDENTIAL ATTORNEYS' EYES ONLY

15:47:39  1      ones expressed here in her report and
          2      those are clear.
          3              MR. ALGER:  Are you stipulating
          4      that she is not going to testify as to
15:47:45  5      any of the opinions offered about Barbie
          6      in her report?
          7              MS. AGUIAR:  These are not
          8      opinions about Barbie in her report and
          9      I think you know that.
15:47:51 10  BY MR. ALGER:
         11      Q.    What opinions do you have about
         12  Barbie?
         13              MS. AGUIAR:  Now we are back to
         14      this morning down this line?
15:47:58 15      I am going to object on the same
         16      grounds, her personal opinions or her --
         17      or anything about her being an expert in
         18      this case, because if it is the former I
         19      am going to instruct her not to answer.
15:48:09 20      If it is the latter we have
         21      already been down this road.
         22  BY MR. ALGER:
         23      Q.    Do you intend to tell the jury
         24  that Barbie represents the whole
15:48:17 25  phenomenon -- the Barbie culture phenomenon

240

EXHIBIT ___ 10

PAGE ___ 195

15:48:21    1      foregrounds white privilege and a white

2      aesthetic?

3                   MS. AGUIAR:  Objection.

4                   Same objections.

15:48:30    5                   THE WITNESS:  I think it is

6      incidental to what I was asked to form

7      opinions about.

8                   Opinions being as I now understand

9      them, the points of my -- I mean the

15:48:44   10      points of my report.

11   BY MR. ALGER:

12      Q.   Can you answer my question?

13                   MS. AGUIAR:  She just answered it.

14                   MR. ALGER:  Mr. Reporter, can you

15:48:53   15      read the question back again?

16                   (Record read)

17                   MS. AGUIAR:  Asked and answered.

18                   THE WITNESS:  I can't anticipate

19      what I would tell the jury.

15:49:28   20   BY MR. ALGER:

21      Q.   If asked would you confirm your

22      view to a jury that the whole phenomenon of

23      Barbie culture foregrounds white privilege

24      and white aesthetic?

15:49:45   25                   MS. AGUIAR:  Objection.

241

EXHIBIT _____ 10

PAGE _____ 196

15:49:45  1          She didn't say that was her view.

2          THE WITNESS:  Everything I have

3     said about Barbie is comparative to

4     Bratz and has been used for that reason.

15:50:00  5          So compared to the Bratz, I mean,

6     I concentrate on the Bratz as being kind

7     of interracial, interethnic, as you

8     know, flexible kind of characters, and

9     Barbie was a single doll on her own, the

15:50:24 10     star which embodies a different feminine

11     ideal than the Bratz.

12  BY MR. ALGER:

13          Q.    If asked are you going to tell a

14     jury that the whole phenomenon of Barbie

15:50:47 15     culture foregrounds white privilege and a

16     white aesthetic?

17          A.    The whole phenomenon, no.

18          Q.    Do you believe that Barbie

19     represents white domination?

15:50:59 20          MS. AGUIAR:  Objection.  Same

21     objections.

22          THE WITNESS:  Not only, no.

23  BY MR. ALGER:

24          Q.    Are you going to testify in any

15:51:12 25     respect that Barbie represents white

242

EXHIBIT _____ 10

PAGE _____ 197

MARY BERGSTEIN                           04/07/08
CONFIDENTIAL ATTORNEYS' EYES ONLY

15:51:15    1     culture?

            2          A.     I don't know.

            3          Q.     Are you prepared to tell me today

            4     that you are not going to testify that

15:51:24    5     Barbie represents white culture?

            6               MS. AGUIAR:   Objection.

            7               THE WITNESS:   I have never been a

            8          witness in a courtroom before.

            9               I have no idea what the questions

15:51:34   10          posed to me will be.

           11               MR. ALGER:   Do you want to take a

           12          five-minute break?

           13               MS. AGUIAR:   Sure.

           14               THE VIDEOGRAPHER:   The time is

15:51:48   15     3:51 p.m., Monday, April 7, 2008.

           16               This is the end of tape number 4

           17     of the videotaped deposition of Ms. Mary

           18     Bergstein.

           19               (Recess)

16:01:59   20               THE VIDEOGRAPHER:   The time is

           21     4:01 p.m., Monday, April 7, 2008.

           22               This is tape number 5 of the

           23     videotaped deposition of Ms. Mary

           24     Bergstein.

16:02:15   25               We are back on the record.

243

EXHIBIT _____ 10

PAGE _____ 198

MARY BERGSTEIN                          04/07/08
CONFIDENTIAL ATTORNEYS' EYES ONLY

```
16:02:15   1    BY MR. ALGER:

           2         Q.    Do you believe that the dolls

           3    that Bryant envisioned could not be, in your

           4    words, imagined as Mediterranean, Middle

16:02:35   5    Eastern, African, Chinese, Eastern European

           6    or Latin American?

           7              MS. AGUIAR:  Objection.

           8              THE WITNESS:  The dolls that --

           9         you mean the drawings that Bryant made,

16:02:49  10         the sketches in the pitch book?

          11    BY MR. ALGER:

          12         Q.    I asked you about the dolls that

          13    Bryant envisioned.

          14              MS. AGUIAR:  Objection.

16:03:01  15              THE WITNESS:  His character images

          16         were that of a Latina, an Anglo, an

          17         African American and an Asian American

          18         contained discreetly in each of those

          19         characters.

16:03:20  20    BY MR. ALGER:

          21         Q.    Is that something you picked up

          22    from the drawings themselves?

          23         A.    From a close analysis of the

          24    drawings and some of his words.

16:03:35  25         Q.    Why don't we go through the pitch
```

244

EXHIBIT _____ 10

PAGE _____ 199

MARY BERGSTEIN                    04/07/08
CONFIDENTIAL ATTORNEYS' EYES ONLY

16:27:13  1    make the dolls interethnic; is that right?
          2        A.    Lupe was changed to Jasmin, yes.
          3        Q.    And was it your understanding that
          4    that was done to make the dolls more
16:27:32  5    interethnic?
          6        A.    I reviewed this last night and
          7    some of the testimony I had been relying on,
          8    and actually Isaac Larian named -- changed
          9    the name to have it be named after his
16:27:46 10    daughter Jasmin, J-A-S-M-I-N.
         11        Q.    Mr. Larian selected the name
         12    because he liked it because his daughter had
         13    a similar name, right?
         14        A.    I think he named it directly after
16:28:01 15    his daughter, yes.
         16        Q.    It wasn't your opinion that Yasmin
         17    was designed to make the dolls more
         18    interethnic was incorrect, right?
         19            MS. AGUIAR:   Objection.
16:28:34 20            Can I --
         21            MR. ALGER:   Can I have the
         22        question read back again?
         23            (Record read)
         24            THE WITNESS:   What I said in my
16:29:05 25        report was whether it was by accident or

                                                     262

EXHIBIT _____ 10
PAGE _____ 200

MARY BERGSTEIN                    04/07/08
CONFIDENTIAL ATTORNEYS' EYES ONLY

16:29:10  1    design, substituting the name Lupe,

2    which is strictly a Spanish name as far

3    as I know, I don't know any Anglos named

4    Lupe or -- the name Yasmin is, which is

16:29:30  5    what the doll is, Y-A-S-M-I-N, I

6    believe, does in fact render that doll

7    more interethnic.

8  BY MR. ALGER:

9    Q.    A page 13 of your report the very

16:30:30 10  bottom paragraph you talk about, "Fiesta

11  style Hispanic Barbie, a stereotype Latina."

12    Do you see that?

13    A.    Yes.

14    Q.    And then you quote -- you say,

16:30:42 15  "M.G. Lord describes Hispanic Barbie as a

16  refugee from an amateur production of

17  Carmen."

18    Do you agree with that statement?

19    MS. AGUIAR:  Objection.

16:31:25 20    THE WITNESS:  I think that a

21  Hispanic Barbie wearing a lace mantilla

22  and carrying a rose represents a very

23  stereotyped and outdated version of a

24  Latin woman.

25

263

EXHIBIT _____ 10

PAGE _____ 201

| | | |
|---|---|---|
| 16:31:43 | 1 | BY MR. ALGER: |
| | 2 | Q.    Have you examined this particular |
| | 3 | doll? |
| | 4 | A.    No, I haven't. |
| 16:31:50 | 5 | Q.    You say that M.G. Lord identified |
| | 6 | this as a 1979 doll, right? |
| | 7 | A.    Yes. |
| | 8 | Q.    So that is 29 years ago? |
| | 9 | A.    Correct. |
| 16:32:09 | 10 | Q.    That would be outdated, wouldn't |
| | 11 | it, 29 years ago? |
| | 12 | A.    In my view it was outdated even in |
| | 13 | 1979. |
| | 14 | It would have been outdated 1979. |
| 16:32:24 | 15 | Q.    Are you going to express an |
| | 16 | opinion about that at trial? |
| | 17 | MS. AGUIAR:   Objection. |
| | 18 | Same objections as before. |
| | 19 | THE WITNESS:   I don't know. |
| 16:32:35 | 20 | BY MR. ALGER: |
| | 21 | Q.    The final sentence says, "No |
| | 22 | wonder she did not appeal to real American |
| | 23 | girls, Hispanic or other." |
| | 24 | Did I read that right? |
| 16:32:46 | 25 | A.    Yes. |

264

EXHIBIT _____ 10

PAGE _____ 202

MARY BERGSTEIN                    04/07/08
CONFIDENTIAL ATTORNEYS' EYES ONLY

16:32:46   1        Q.    Do you know whether she had any
           2   appeal to real American girls, Hispanic or
           3   other?
           4        A.    I think the doll was undersold.
16:32:58   5        Q.    What is your basis for that?
           6        A.    I don't remember.
           7        Q.    Do you have -- have you been
           8   exposed to any sales statistics as to how
           9   Hispanic Barbie did in the marketplace?
16:33:10  10        A.    No.
          11        Q.    You don't have any basis for that
          12   opinion at all, right?
          13             MS. AGUIAR:  Objection.  Asked and
          14        answered.
16:33:18  15             THE WITNESS:  I have some basis
          16        for it.
          17             I think it was -- perhaps it was
          18        in M.G. Lord's book.
          19   BY MR. ALGER:
16:33:24  20        Q.    To the extent you know anything
          21   about this doll it totally depends on what
          22   M.G. Lord wrote about it, correct?
          23        A.    Yes, and M.G. Lord's description
          24   of the doll.
16:33:37  25        Q.    You are parroting M.G. Lord here,

                                                    265

EXHIBIT _____ 10

PAGE _____ 203

16:46:28  1          that I use which I testified about this

          2          morning actually.

          3              I made a list of the different

          4          approaches I use and I wasn't asked to

16:46:43  5          comment on the spectrum of fashion

          6          dolls, whether they were -- the extent

          7          to which they were sexualized.  I didn't

          8          undertake that.  That wasn't part of my

          9          task here.

16:46:59 10    BY MR. ALGER:

         11        Q.    Do you have any views as to

         12    whether Bratz dolls are sexualized?

         13        A.    The view I expressed in my report

         14    is that they are a little more sexualized

16:47:33 15    than Carter Bryant's character images.

         16        Q.    Do you have any other view

         17    regarding the sexualization of Bratz dolls?

         18        A.    They are less sexualized than some

         19    other fashion dolls.

16:48:16 20        Q.    What other fashion dolls are more

         21    sexualized than Bratz?

         22        A.    Barbie.

         23        Q.    Anything else?

         24        A.    Not that I can think of at the

16:48:35 25    moment.

                                                        275

EXHIBIT _____ 10

PAGE _____ 204

| | | |
|---|---|---|
| 16:48:35 | 1 | Q.    What is the basis for your |
| | 2 | conclusion that Barbie is more sexualized |
| | 3 | than Bratz? |
| | 4 | A.    She seems to represent an older |
| 16:48:47 | 5 | individual, has a very large and pronounced |
| | 6 | bosom, as I already said. |
| | 7 | Q.    Anything also? |
| | 8 | A.    She has larger -- well, |
| | 9 | proportionately, all of this is |
| 16:49:12 | 10 | proportionate. |
| | 11 | She has proportionately larger |
| | 12 | hips than the Bratz. |
| | 13 | Q.    Anything else? |
| | 14 | A.    She has feet that can only wear |
| 16:49:31 | 15 | high heels and Barbie cannot stand up on her |
| | 16 | own two feet. |
| | 17 | The Bratz can stand on their own |
| | 18 | two feet even when they are wearing high |
| | 19 | heels.  The statics are such that they can |
| 16:49:46 | 20 | stand up. |
| | 21 | Q.    Bratz dolls do on occasion wear |
| | 22 | high heels, right? |
| | 23 | A.    Right. |
| | 24 | I experimented with it.  They can |
| 16:49:56 | 25 | still stand when they are wearing those high |

276

EXHIBIT _____ _10_

PAGE _____ 205

16:49:58   1   heels.

2       Q.    You agree that Bratz dolls

3   sometimes wear high heels?

4       A.    Yes.

16:50:02   5   Q.    You agree, don't you, that Barbies

6   don't always wear high heels?

7       A.    Barbies feet are shaped in such a

8   way that she can't stand up on her own

9   statics.

16:50:18  10   Q.    Have you ever seen any Barbie

11   footwear other than high heels?

12       A.    I think I have seen some sneakers.

13       Q.    Anything else?

14       A.    I can't be sure.  I can imagine

16:50:37  15   that I have seen other things but I can't

16   name what they are.

17       Q.    You mentioned that you have a

18   Barbie, right?

19       A.    Oh, yes.

16:50:42  20   Q.    You bought it at, did you say, the

21   Goodwill store?

22       A.    Salvation Army.

23       Q.    Was it complete and in the box?

24       A.    No.

16:50:50  25   Q.    Do you know what year it was

277

EXHIBIT ____10____

PAGE ____206____

```
17:35:27   1      for fashion dolls before Carter Bryant came

           2      to visit him, right?

           3                  MS. AGUIAR:   Same objection.

           4                  THE WITNESS:   He was in the toy

17:35:33   5          business is all I know.

           6      BY MR. ALGER:

           7          Q.    Do you intend to testify to any

           8      opinions other than those that are stated in

           9      your report?

17:35:54  10          A.    No.

          11          Q.    Have you formed any opinions since

          12      preparing your report?

          13          A.    No.

          14          Q.    Have you reviewed Nick Mirzoeff's

17:36:04  15      report?

          16          A.    Yes.

          17          Q.    Do you have any opinions regarding

          18      Nick Mirzoeff's report?

          19          A.    Yes.

17:36:11  20                I would like to see a copy of it

          21      to refamiliarize myself just to go through

          22      it.

          23                  THE VIDEOGRAPHER:   Counsel --

          24      BY MR. ALGER:

17:36:42  25          Q.    Do you have some general views on
```

EXHIBIT        10

PAGE        207

17:36:44  1      Mr. Mirzoeff's report?

        2          A.      Yes.

        3          Q.      What are those?

        4          A.      I believe he was endeavoring to

17:36:54  5      argue with my report.

        6                  And I can fault him on two of the

        7      things that he takes issue with.

        8                  One is that at a certain point

        9      when I am discussing Lisa Frank images he

17:37:13 10      notices that I got my information from a

       11      Wikipedia entry and a very, you know,

       12      breathing a kind of higher ether he

       13      dismisses that and says I forbid my students

       14      to look things up in Wikipedia.

17:37:30 15                  I forbid my students to look

       16      things up in Wikipedia too when it comes to

       17      serious historical matters.

       18                  When it comes to very recent pop

       19      culture I think Wikipedia is at least where

17:37:44 20      you can take the pulse of generally what

       21      people think.

       22                  So I wasn't consulting Wikipedia

       23      for facts.  I was consulting Wikipedia

       24      for -- to take the kind of general pulse of

17:38:01 25      what people think about Lisa Frank versus

                                                        304

EXHIBIT      10

PAGE      208

| | | |
|---|---|---|
| 17:38:04 | 1 | Bratz. |
| | 2 | Should I go on? |
| | 3 | Q.    Yes. |
| | 4 | Go ahead. |
| 17:38:26 | 5 | A.    Another part of his report that I |
| | 6 | felt was extraneous to the issues at hand is |
| | 7 | where he talks about two well-known |
| | 8 | sculptors, Rodin and Richard Serra, and he |
| | 9 | talks about the fact that they had |
| 17:38:52 | 10 | assistants who helped them to produce |
| | 11 | certain of their pieces. |
| | 12 | And I don't think that can be -- I |
| | 13 | don't think it has anything to do with |
| | 14 | industrial production of toys or anything |
| 17:39:08 | 15 | nowadays. |
| | 16 | Those works were not multiples. |
| | 17 | They were not meant to be sold. |
| | 18 | Well, at least Tilted Arc was not |
| | 19 | meant to be sold on the market and what you |
| 17:39:21 | 20 | have there is the tradition of the artist |
| | 21 | being the head of his own studio and using |
| | 22 | assistants for technical help. |
| | 23 | And no one would claim that -- no |
| | 24 | one would claim that the work of art |
| 17:39:50 | 25 | couldn't have been made without person X, Y |

305

PAGE          209

| | | |
|---|---|---|
| 17:39:54 | 1 | or Z, without such and such a steel worker |
| | 2 | or such and such a bronze caster. |
| | 3 | My point in talking about that at |
| | 4 | MGA was that there was a whole series of |
| 17:40:09 | 5 | people who worked on designing Bratz all |
| | 6 | with their own particular skills and |
| | 7 | creativity. |
| | 8 | Q.   Anything else in Nick Mirzoeff's |
| | 9 | report that you disagreed with? |
| 17:40:25 | 10 | A.   I would have to see it. |
| | 11 | MS. AGUIAR:  She asked to see a |
| | 12 | copy of it. |
| | 13 | MR. ALGER:  I will give you my |
| | 14 | copy -- hold on a second -- since I |
| 17:40:33 | 15 | don't have an extra one. |
| | 16 | THE VIDEOGRAPHER:  Two minutes. |
| | 17 | MR. ALGER:  Change it while she is |
| | 18 | looking at the report. |
| | 19 | THE VIDEOGRAPHER:  The time is |
| 17:40:58 | 20 | 5:40 p.m., Monday, April 7, 2008. |
| | 21 | This is end of tape number 5 of |
| | 22 | the videotaped deposition of Ms. Mary |
| | 23 | Bergstein. |
| | 24 | We are off the record. |
| 17:41:14 | 25 | (Recess) |

306

EXHIBIT _____ 10

PAGE _____ 210

17:47:21   1              Did you know that?

          2        A.    I am not sure.

          3        Q.    You could see what people --

          4    changes people have made to that entry?

17:47:27   5        A.    Yes.

          6        Q.    Sometimes people even actually put

          7    obscenities or other derogatory comments on

          8    Wikipedia entries?

          9        A.    No.  I didn't know that. I never

17:47:37  10    encountered that.

         11        Q.    You don't have any knowledge for

         12    the source of this statement that is quoted

         13    in your report, right?

         14        A.    Correct.

17:47:44  15        Q.    You have no knowledge about why --

         16    if you accept what I am telling you, you

         17    have no knowledge as to why this statement

         18    has been taken down from the Lisa Frank

         19    posting on Wikipedia, right?

17:47:58  20        A.    Which statement is that?

         21        Q.    The statement I just read, "Lisa

         22    Frank's influence on pop culture has been

         23    considerable with her highly recognized

         24    style spawning many imitators.  The popular

17:48:09  25    Bratz line of toys are stylistically

EXHIBIT 10

PAGE 211

MARY BERGSTEIN                    04/07/08
CONFIDENTIAL ATTORNEYS' EYES ONLY

17:48:12  1    imitative of Lisa Frank's work."
          2         A.     That is a quote from Wikipedia.
          3         Q.     Right.   I am informing you it is
          4    not there anymore.
17:48:18  5         A.     Uh-huh.
          6         Q.     So my question is:   Do you have
          7    any knowledge at all as to why it is not
          8    there anymore?
          9         A.     I suppose it could be that the
17:48:40 10    cause and effect relationship was not
         11    correct.
         12            In my view, doing research for my
         13    project on this pop culture I pointed to
         14    Wikipedia as the kind of general climate of
17:48:55 15    opinion, not as a fact.
         16            It was my only resource for this
         17    and I think I cited it correctly.
         18            It was all I could do.
         19         Q.     Thank you.
17:49:07 20            Why don't we go back to
         21    Mr. Mirzoeff's report and you were going --
         22    you asked for the opportunity to look at his
         23    report before answering my question as to
         24    whether you disagreed with anything else in
17:49:16 25    his report.

310

EXHIBIT _____ 10

PAGE _____ 212