17:49:18    1          Do you have anything further to

2    say on that?

3        A.    Yes.

4              I disagree with -- turning to page

17:49:23    5    8 of his report, he says as a subheading, in

6    italics, "The Bratz dolls are not the result

7    of Ali McBeal and Sex in the City television

8    series."

9              I think he is mischaracterizing my

17:49:38   10    report.  I would never say that the Bratz

11    were the result of Ali McBeal or Sex in the

12    City TV shows.

13             But I would say that they were --

14    I would once again withdraw from that

17:50:00   15    statement and I would return to my

16    theoretical premise which is that art and

17    the ability to understand it are an object,

18    and the ability to understand it are made in

19    the same society, so what I was saying was

17:50:20   20    that the Ali McBeal show and Sex in the City

21    were part and parcel of the same society

22    that spawned Carter Bryant's drawings.

23             Carter Bryant must have known of

24    these things even if he doesn't remember now

17:50:44   25    that he knew of them.

311

17:53:34   1        A.     That change, whether it is
           2    profound or superficial, can't be part --
           3    the essence is that which remains the
           4    nucleus, and I just -- that sentence didn't
17:53:47   5    make sense to me.
           6        Q.     I see.
           7               Your view is that the essence of
           8    the Bratz is unchangeable?
           9               MS. AGUIAR:  Objection.
17:53:57  10               THE WITNESS:  I didn't say that.
          11    BY MR. ALGER:
          12        Q.     That is what I am trying to clear
          13    up and bear with me.
          14        A.     No.  I am not saying anything
17:54:05  15    about -- I am not opining about any doll or
          16    anything else.
          17               I just found that that sentence
          18    contradicted itself --
          19        Q.     Okay.
17:54:15  20        A.     -- in my view.
          21        Q.     Okay.
          22               Anything else?
          23        A.     Not at the moment.
          24               MR. ALGER:  Thank you very much.
17:54:22  25               Thanks for taking the time today.

314

EXHIBIT    10

PAGE    214

MARY BERGSTEIN                                    04/07/08
CONFIDENTIAL ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 17:54:23 | 1 | I appreciate it. |
| | 2 | THE WITNESS:  Sure thing. |
| | 3 | MS. AGUIAR:  I have one clarifying |
| | 4 | question. |
| | 5 | EXAMINATION |
| | 6 | BY MS. AGUIAR: |
| | 7 | Q.    There was a series of questions |
| | 8 | that Mr. Alger asked you earlier today |
| | 9 | regarding the timing of when Mr. Bryant made |
| 17:54:48 | 10 | his initial sketches, whether it was '98, |
| | 11 | '99, 2000 or sometime before or after that. |
| | 12 | A.    Yes. |
| | 13 | Q.    Do you recall that series of |
| | 14 | questions? |
| 17:54:58 | 15 | A.    Yes, I do. |
| | 16 | Q.    My question is:  Is the timing of |
| | 17 | when Mr. Bryant made those first sketches |
| | 18 | important to the conclusions that you reach |
| | 19 | in your expert report? |
| 17:55:09 | 20 | MS. AGUIAR:  Objection.  Leading. |
| | 21 | THE WITNESS:  No.  Not at all.  I |
| | 22 | think I made that clear before. |
| | 23 | I tried to make it as clear as |
| | 24 | possible that, no, it has absolutely no |
| 17:55:22 | 25 | bearing on the -- my report, on the |

315

EXHIBIT _____ 10

PAGE _____ 215

17:55:26  1              opinions in my report.

          2                   MS. AGUIAR:  I have nothing

          3              further.

          4                   MR. ALGER:   Thank you.

17:55:37  5                   THE VIDEOGRAPHER:  The time is

          6              5:55 p.m., Monday, April 7, 2008.

          7                   This is the end of tape number 6

          8              and completes the videotaped deposition

          9              of Ms. Mary Bergstein.

17:55:49 10                   We are off the record.

         11                   (Discussion off the record)

         12                   (Time noted:  5:55 p.m.)

         13

         14                   I, MARY BERGSTEIN, do hereby declare

         15              under penalty of perjury that I have read the

         16              foregoing transcript; that I have made any

         17              corrections as appear noted, in ink, initialed

         18              by me, or attached hereto; that my testimony as

         19              contained herein, as corrected, is true and

         20              correct.

         21                   EXECUTED this_____day of_____,

         22              20___, at_____, _____.
                                        (City)                (State)

         23

         24                   _____

         25                        MARY BERGSTEIN

                                                                    316

17:56:07 1                    CERTIFICATE

2       STATE OF NEW YORK )
                         :  Ss
3       COUNTY OF NEW YORK)

4                   I, Steven Neil Cohen, a Registered

17:56:07 5       Professional Reporter and Notary Public

6       within and for the State of New York, do

7       hereby certify:  That MARY BERGSTEIN, the

8       witness whose deposition is herein before

9       set forth, was duly sworn by me and that

17:56:07 10      such deposition is a true record of the

11      testimony given by such witness.

12                  I further certify that I am not

13      related to any of the parties to this action

14      by blood or marriage and that I am in no way

17:56:07 15      interested in the outcome of this matter.

16                  I further certify that neither the

17      deponent nor a party requested a review of

18      the transcript pursuant to Federal Rule of

19      Civil Procedure 30(e) before the deposition

17:56:07 20      was completed.

21                  In witness whereof, I have

22      hereunto set my hand this 8th day of April

23      2008.

24      _____
                STEVEN NEIL COHEN, RPR

17:56:07 25

EXHIBIT ___ 10
PAGE ___ 217

**EXHIBIT 11**

CONFIDENTIAL                                    1

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA


MATTEL, INC., a Delaware corporation, )   CASE NO.
                                      )   CV 04-9059 DDP (AJWx)
              Plaintiff,              )
                                      )
      vs.                             )
                                      )
CARTER BRYANT, an individual, and     )
DOES 1 through 10, inclusive,         )
                                      )
              Defendants.             )
_____
CARTER BRYANT, on behalf of himself,  )
all present and former employees of   )
Mattel, Inc., and the general public, )
                                      )
              Cross-Complainant,      )
                                      )
      vs.                             )
                                      )
MATTEL, INC., a Delaware corporation, )
                                      )
              Cross-Defendant.        )


VOLUME I

THE VIDEOTAPED DEPOSITION OF CARTER BRYANT,
produced, sworn, and examined on Thursday, November 4, 2004,
at 9:10 a.m. of that day, pursuant to Notice to Take
Deposition at the University Plaza, Executive Boardroom,
333 South John Q. Hammons Parkway, in the City of Springfield,
County of Greene, State of Missouri, before Sherrie L. Hunt,
Certified Court Reporter, and Notary Public, in a certain
cause now pending in the United States District Court for the
Central District of California, wherein the parties are as
above set forth; taken on behalf of the Plaintiff and
Cross-Defendant.


COURT REPORTERS OF THE MIDWEST, INC.
P.O. Box 4282
Springfield, MO 65808 (417) 889-2079

EXHIBIT _____ 11
PAGE _____ 2/8

CONFIDENTIAL                                    135

1            MR. WICKHAM:  Objection, foundation.          12:38

2   A  I believe I called them.

3   Q  (By Mr. Quinn)  And what was your purpose in calling them

4      when you had your first contact with them?

5   A  I wanted to know if they would be able to send samples of   12:38

6      the doll hair.

7   Q  Do you recall who you spoke to?

8   A  I don't recall the person's name.

9   Q  Is it somebody you had spoken to before?

10  A  No.                                                          12:39

11  Q  How did you get the phone number to call?

12  A  I don't recall exactly.  I don't recall exactly how I got

13     it.

14  Q  Do you have any idea?

15            MS. CENDALI:  Objection, calls for                    12:39

16     speculation.

17  A  Yeah.  I just don't remember exactly how I got that phone

18     number.

19  Q  (By Mr. Quinn)  Did you ask anyone at Mattel for the

20     number?                                                      12:39

21  A  I believe I may have, yes.

22  Q  Who do you think you might have asked?

23            MR. WICKHAM:  Objection, speculation,

24     foundation.

25  A  I may have asked -- I may have asked the manager of the     12:40

EXHIBIT _____ 11 _____

PAGE _____ 219

CONFIDENTIAL

136

| | | | |
|---|---|---|---|
1 | | hair department, Jennifer Shaw. | 12:40
2 | Q | (By Mr. Quinn) Did you tell her the reason that you |
3 | | wanted the phone number? |
4 | A | I don't recall what I said to her. |
5 | Q | Do you think you told her that you wanted to get a quote | 12:40
6 | | for -- or get samples of hair for this Bratz project? |
7 | A | No. |
8 | Q | Why don't you think you told her that? |
9 | | MS. CENDALI: Objection to form. |
10 | A | I just don't recall telling her that. | 12:40
11 | Q | (By Mr. Quinn) That wasn't something you were talking to |
12 | | people at Mattel about; is that true? |
13 | | MS. CENDALI: Objection. |
14 | A | I wasn't trying to advertise, no. |
15 | Q | (By Mr. Quinn) Not only you weren't trying to advertise | 12:40
16 | | what you were doing on the Bratz project, you didn't want |
17 | | people at Mattel to know that you were working on that; |
18 | | isn't that true? |
19 | | MS. CENDALI: Objection, mischaracterizes |
20 | | his testimony. | 12:41
21 | A | No, I don't think that is true. I think that I just -- |
22 | | was just not saying a lot. |
23 | Q | (By Mr. Quinn) Okay. So you were actually indifferent as |
24 | | to whether or not people at Mattel knew that you were |
25 | | working on this Bratz project with MGA; is that true? | 12:41

EXHIBIT _____ 11

PAGE _____ 220

CONFIDENTIAL                                            137

```
 1                    MR. WICKHAM:  Objection --              12:41
 2                    MS. CENDALI:  Objection.
 3                    MR. WICKHAM:  -- mischaracterizes the
 4        witness's testimony.
 5    A   I don't know that I was indifferent.  I just was not  12:41
 6        saying anything.
 7    Q   (By Mr. Quinn)  And was there a reason that you weren't
 8        saying anything to people at Mattel about your work with
 9        MGA on the Bratz project?
10    A   I don't recall.                                      12:41
11    Q   You don't recall whether there was a reason or not?
12    A   I don't recall why I didn't talk about it.
13    Q   Isn't it true that you didn't talk about it because you
14        thought that it might be inconsistent with your employment
15        obligations to Mattel?                               12:41
16                    MR. WICKHAM:  Objection.
17                    MS. CENDALI:  Objection, mischaracterizes
18        his testimony.
19    A   I didn't think I was doing anything wrong.
20    Q   (By Mr. Quinn)  Did you place the call to Universal from  12:42
21        Mattel's workplace?
22    A   No.  I believe I called them from my home.
23    Q   Did you ever have any telephone calls with Universal on
24        the subject of Bratz from Mattel's workplace?
25    A   Not to my recollection, no.                          12:42
```

EXHIBIT _11_

PAGE _221_

CONFIDENTIAL                                      138

1    Q    Did they send you some samples?                    12:42

2    A    Yes.

3    Q    Did you receive those before the last day of your

4         employment at Mattel?

5    A    I don't recall.                                    12:42

6    Q    One way or the other?

7    A    I don't recall when I got them.

8    Q    But whenever you got them, you then shared them with MGA?

9    A    Yes.

10   Q    Who -- who did you provide them to?                12:42

11   A    I believe I provided them to Paula Treantafelles.

12   Q    Did you have any communication with Universal other than

13        this phone call where you asked for samples and their

14        sending you samples?

15   A    Not to my recollection, no.                        12:43

16   Q    Did you ever have any written communications with

17        Universal?

18   A    I may have.  I don't recall what they were, but I may

19        have.

20   Q    During the time that you were employed by Mattel did    12:43

21        you -- do you recall receiving any written communications

22        from Universal?

23   A    I may have, but I don't remember.

24   Q    Have you reviewed any written communications between you

25        and Universal in preparation for your deposition?     12:43

EXHIBIT _____11_____

PAGE _____222_____

CONFIDENTIAL                                    177

```
 1   A   I think she was around nine.                              02:41
 2   Q   Do you recall anything else that you said at this meeting
 3       that you haven't already told me about?
 4   A   Not at this time I don't.
 5   Q   Was there any discussion about the terms on which MGA     02:42
 6       might pursue this project?
 7   A   I believe there was.  Again, I would be kind of
 8       paraphrasing, but I believe that Isaac said if we -- if we
 9       were to do this project, I would like you to be involved,
10       help develop it with our team.  That's about all I         02:42
11       remember.
12   Q   Was there any discussion about financial terms?
13   A   No, not at that time.
14   Q   All right.  And did you make any response to him when he
15       indicated that he would like you to be involved in the     02:43
16       development of the project?
17   A   I told him that I would be glad to help, that I thought it
18       would be -- since it was my original idea, it would be
19       good to be involved, but I was of the understanding that I
20       would be working with the team, that I would be taking my  02:43
21       direction from MGA.
22   Q   Was there any discussion of any projects that you might
23       work on for MGA other than Bratz?
24               MR. WICKHAM:  This is at the September 1
25       meeting?                                                   02:43
```

EXHIBIT ___11___

PAGE ___223___

CONFIDENTIAL                                          178

1              MR. QUINN:  Yes, sir.                        02:4_

2    A   No.

3    Q   (By Mr. Quinn)  At any time prior to the last day of your

4        employment at Mattel did you have any discussion with MGA

5        about any projects you might work on with them other than   02:43

6        Bratz?

7    A   I did sort of a tryout kind of a project for them.  It was

8        an angel project.  It was actually not my project.  It was

9        Veronica's project, and I did some face designs for them,

10       just some drawings, and I don't know if they used any of    02:44

11       them or not, but it was my -- excuse me, my understanding

12       that this was kind of a test to see how well I would do,

13       you know, with working with the team, working with

14       direction.

15   Q   And this work that you did on face designs for the angel    02:44

16       project, that's work that you did before your last day of

17       employment at Mattel?

18   A   Yes.

19   Q   All right.  When you entered into your agreement with MGA,

20       was it your understanding at that point that you were       02:45

21       being engaged to work with them on the Bratz project?

22   A   Yes.

23   Q   There was -- at that point was there any other project

24       which you understood you were being engaged to work on?

25   A   No.                                                         02:45

EXHIBIT ____11____

PAGE ____224____

CONFIDENTIAL                                    179

1    Q    The work that you were going to do with MGA as          02:45

2         contemplated by you at that time was just Bratz?

3    A    That's right.

4                   MR. QUINN:  Okay.  We need to change tape.

5                   VIDEOGRAPHER:  Off the record.  The time's    02:45

6         2:45.

7                   (Break in proceedings.)

8                   VIDEOGRAPHER:  Back on the record.  Time is

9         2:53.

10   Q    (By Mr. Quinn)  Mr. Bryant, at any time during your     02:53

11        discussions with MGA leading up to the agreement that you

12        entered into with MGA, did you contemplate that you would

13        be working with MGA on anything other than the Bratz

14        project?

15   A    No, not at that time.                                   02:53

16   Q    And basically this was -- as far as you were concerned,

17        these discussions all related to the potential

18        exploitation of the Bratz idea?

19   A    Yes.

20   Q    Did you contemplate that if MGA -- if you were able to  02:54

21        reach an agreement with MGA that, you know, this would

22        require all your time?

23                  MR. WICKHAM:  Objection --

24                  MS. CENDALI:  Objection.

25                  MR. WICKHAM:  -- vague -- vague as to time,    02:54

EXHIBIT ___11___

PAGE ___225___

CONFIDENTIAL                          262

NOTARIAL CERTIFICATE

STATE OF MISSOURI      )
                       )  ss.
COUNTY OF GREENE       )


    I, Sherrie L. Hunt, Certified Court Reporter, and
Notary Public within and for the State of Missouri, do
hereby certify that on November 4, 2004, pursuant to Notice,
the above witness, CARTER BRYANT, was by me first duly sworn
to testify the truth, the whole truth, and nothing but the
truth in the case aforesaid; and that the deposition by him
was reduced to writing by me in stenotype, and thereafter
transcribed by me, and is fully and accurately set forth in
the preceding pages; that presentment by me to the witness for
signature was waived; and that the deposition will be
thereafter by the witness read, signed, and sworn to on or
before the date of trial.

    I do further certify that I am not related to, nor
attorney for, nor employed by any of the said parties, nor
otherwise interested in the event of said action.


┌─────────────────────────────┐
│      Sherrie L Hunt          │        [signature]
│      Notary Public           │    ─────────────────────────
│      Greene County           │    Sherrie L. Hunt
│      State of Missouri       │    Certified Court Reporter
│ My Commission Expires May 17, 2005 │  C.C.R. Number 1027
└─────────────────────────────┘    Notary Public


My commission expires:  May 17, 2005


Costs:  To Plaintiff and Cross-Defendant $1,399.25
        To Defendants and Cross-Complainant $422.65


            COURT REPORTERS OF THE MIDWEST, INC.
                      P.O. Box 4282
            Springfield, MO 65808 (417) 889-2079


EXHIBIT _____ \\
PAGE _____ 226

**EXHIBIT 12**

CERTIFIED COPY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - EASTERN DIVISION

CARTER BRYANT, AN INDIVIDUAL,  )
                                )
        PLAINTIFF,  )
                                )     CASE NO.
    V.                  )     CV 04-9040 SGL (RNBX)
                                )
MATTEL, INC., A DELAWARE  )
CORPORATION, ET AL.,  )
                                )
       DEFENDANTS.  )
————————————————————  )
                                )
AND CONSOLIDATED ACTION (S).  )
————————————————————  )

# C O N F I D E N T I A L

**(PURSUANT TO PROTECTIVE ORDER, THIS TRANSCRIPT HAS BEEN
DESIGNATED CONFIDENTIAL, ATTORNEYS' EYES ONLY)**

# DEPOSITION OF CHRISTINA TOMIYAMA

# FEBRUARY 27, 2008



REPORTED BY:
MICHELLE HUTTON
CSR NO. 7322
JOB NO. 08AE154-MH

COURT REPORTERS
515 S. Flower Street
Suite 3600
Los Angeles, California 90071
Office: (213) 955-0070
Fax: (213) 955-0077

EXHIBIT _____ 12

PAGE _____ 227

1  CONSIDER TO BE YOUR EXPERTISE IN THAT COMPARISON

2  OPINION YOU'RE OFFERING?

3      A.   I SUPPOSE MY ENTIRE ART EDUCATION COULD BE

4  OFFERED AS PART OF MY EXPERTISE.  MY PARENTS WERE

5  BOTH ARTISTS.  I'VE BEEN EDUCATED AS AN ARTIST FROM          09:29AM

6  A VERY EARLY AGE.  I WENT TO ART CENTER COLLEGE OF

7  DESIGN.  I MARRIED ANOTHER ARTIST.  VARIOUS FAMILY

8  MEMBERS ARE ARTISTS.

9          ARTISTS ARE ALWAYS LOOKING AT THINGS AND

10  MAKING JUDGMENTS ABOUT, YOU KNOW, SHAPES IN THE LIFE          09:29AM

11  DRAWING CLASS AND TRYING TO FIGURE OUT IF SHAPES ARE

12  SIMILAR OR DISSIMILAR.

13      Q.   ANYTHING ELSE IN TERMS OF YOUR EXPERTISE ON

14  THIS?

15      A.   I THINK THAT'S PLENTY.  THANKS.          09:29AM

16      Q.   WELL, AGAIN, WHETHER IT'S PLENTY OR NOT IS

17  NOT --

18      A.   OKAY.

19      Q.   -- IT'S NOT WHAT I'M ASKING.

20      A.   YES.  NOTHING ELSE.          09:29AM

21      Q.   OKAY.  NOW'S A GOOD TIME TO TAKE A FEW

22  MINUTES.

23      A.   THANK YOU.

24          THE VIDEOGRAPHER:  THE TIME IS 9:30 A.M.,

25  AND WE ARE OFF THE RECORD.          09:30AM

76

EXHIBIT _____ 12

PAGE _____ 228

```
 1              (RECESS TAKEN.)

 2              THE VIDEOGRAPHER:  THE TIME IS 9:43 A.M.,       09:42AM

 3      AND WE ARE ON THE RECORD.

 4      BY MR. ZELLER:

 5         Q.   BASED UPON YOUR EXPERIENCES AT MATTEL, ARE      09:42AM

 6      YOU FAMILIAR WITH A PHRASE "BLUE SKY"?

 7         A.   I THINK I'VE HEARD IT BEFORE.  BLUE SKY,

 8      YES, I THINK I'VE HEARD THE PHRASE BEFORE, ALTHOUGH

 9      IT WASN'T USED A GREAT DEAL IN COLLECTIBLES.

10              MR. PLEVAN:  I'M SORRY, IT WASN'T USED A        09:43AM

11      GREAT DEAL IN --

12              THE WITNESS:  IT WASN'T USED A GREAT DEAL

13      IN THE BARBIE COLLECTIBLES.

14              MR. PLEVAN:  OH, THANK YOU.  KEEP YOUR

15      VOICE UP, TOO.

16              THE WITNESS:  THANK YOU.

17      BY MR. ZELLER:

18         Q.   WELL, WHEN YOU SAY IT WASN'T USED A GREAT

19      DEAL IN BARBIE COLLECTIBLES, THAT'S AS FAR AS YOU

20      KNOW?                                                  09:43AM

21         A.   AS FAR AS I KNOW, CORRECT.

22         Q.   WHAT IS BLUE SKY?

23         A.   TO MY KNOWLEDGE, AND, AGAIN, I'M NOT

24      SKILLED IN THIS, I BELIEVE BLUE SKY REFERRED TO

25      BRAINSTORMS THAT DIDN'T GIVE PROBLEMS TO SOLVE OR      09:43AM
```

77

EXHIBIT _____ 12

PAGE _____ 279

1  DIDN'T GIVE PARAMETERS FOR THE DESIGN.  I BELIEVE

2  BLUE SKY WAS -- REFERRED TO A BRAINSTORM THAT

3  ANYTHING GOES IN.  I WAS NEVER ACTUALLY INVITED TO

4  ONE OF THOSE.

5      Q.    SO YOU'LL AGREE WITH ME THAT BACK IN THE          09:43AM

6  1999-2000 TIME PERIOD, THERE WERE BRAINSTORMS THERE

7  AT MATTEL CALLED BLUE SKY IN WHICH PARAMETERS WERE

8  NOT GIVEN; IS THAT CORRECT?

9      A.    AGAIN, TO MY LIMITED KNOWLEDGE, THERE WERE.

10     Q.    YOU DON'T HAVE ANY REASON TO -- THEY WERE          09:44AM

11 NOT GIVEN PARAMETERS; CORRECT?

12     A.    AGAIN, I CAN'T REALLY SAY TO MY -- OF MY

13 OWN FULL KNOWLEDGE.  I UNDERSTAND THAT CERTAIN

14 THINGS WERE CALLED BLUE SKY AND THAT MY

15 UNDERSTANDING OF THE PHRASE "BLUE SKY" WAS THAT THE          09:44AM

16 DESIGNERS WEREN'T GIVEN PARAMETERS, BUT HAVING NEVER

17 PARTICIPATED IN ANY OF THOSE AND NOT EVEN KNOWING

18 SOMEONE WHO HAD, I CAN'T SAY WHETHER THAT REALLY

19 HAPPENED ONCE THEY GOT INTO THE BRAINSTORM

20 ENVIRONMENT.                                                 09:44AM

21     Q.    SO IF I UNDERSTAND YOUR TESTIMONY

22 CORRECTLY --

23     A.    UH-HUH.

24     Q.    -- YOU'RE AWARE BY YOUR UNDERSTANDING AT

25 LEAST OF SITUATIONS BACK IN THE 1999-2000 TIME              09:44AM

78

EXHIBIT _____ 12

PAGE _____ 230

1   PERIOD IN WHICH THERE WERE BRAINSTORMS, SOMETIMES

2   CALLED BLUE SKY, WHERE DESIGNERS WERE NOT GIVEN

3   PARAMETERS; IS THAT TRUE?

4          MR. PLEVAN:  THAT'S NOT WHAT SHE TESTIFIED,

5   BUT ANSWER THE QUESTION IF YOU UNDERSTAND IT.  LET'S        09:45AM

6   HAVE IT READ BACK.

7          THE WITNESS:  YES, PLEASE.

8          (RECORD READ AS FOLLOWS:

9          "Q.  SO IF I UNDERSTAND YOUR

10      TESTIMONY CORRECTLY, YOU'RE AWARE BY

11      YOUR UNDERSTANDING AT LEAST OF SITUATIONS

12      BACK IN THE 1999-2000 TIME PERIOD IN

13      WHICH THERE WERE BRAINSTORMS, SOMETIMES

14      CALLED BLUE SKY, WHERE DESIGNERS WERE NOT

15      GIVEN PARAMETERS; IS THAT TRUE?")                        09:45AM

16          THE WITNESS:  I'M AWARE THAT THESE WERE

17   MENTIONED.  I DON'T KNOW THAT THEY EVER ACTUALLY

18   HAPPENED.

19   BY MR. ZELLER:

20      Q.  YOU DON'T KNOW ONE WAY OR ANOTHER?                  09:45AM

21      A.  I DON'T KNOW ONE WAY OR ANOTHER.

22      Q.  SO IS IT TRUE THAT YOU DO NOT KNOW ONE WAY

23   OR ANOTHER WHETHER BACK IN THE 1999 AND 2000 TIME

24   PERIOD THERE WERE MATTEL BRAINSTORMS THAT DID NOT

25   PROVIDE PARAMETERS TO THE DESIGNERS?                       09:45AM

79

EXHIBIT _17_

PAGE _231_