```
1        A.    NO.

2        Q.    SO IT'S -- BEST OF YOUR UNDERSTANDING,

3   THIS IS REFERRING TO ANOTHER PRODUCT?

4        A.    I WOULD THINK SO, YES.

5        Q.    NOW, UNDERNEATH THAT YOU'LL SEE THERE'S A      02:20:55

6   REFERENCE, IT'S A LITTLE HARD TO MAKE OUT, BUT

7   IT'S -- IT REFERS TO RETAIL PRESENTATION?

8        A.    YES.

9        Q.    THEN ALSO JUST -- AND WE'LL COME BACK AND

10  TIE SOME OF THESE THINGS TOGETHER IN A SECOND, BUT     02:21:13

11  JUST TO DIRECT YOUR ATTENTION, THEN, TO THE ENTRY

12  ON NOVEMBER 27, 2000, YOU'LL SEE IT SAYS "TARGET

13  PRESENTATION," AND UNDERNEATH THERE "BRATZ"?

14       A.    YES.

15       Q.    DO YOU SEE THAT?                             02:21:26

16             THEN DIRECTING YOUR ATTENTION TO THE NEXT

17  PAGE OF EXHIBIT 536, YOU'LL SEE THAT THERE'S TWO

18  ENTRIES FROM A NOVEMBER OF 2000 PLANNER?

19       A.    YES.

20       Q.    FIRST, DO YOU RECOGNIZE THIS PAGE?          02:21:37

21       A.    THE HANDWRITING?

22       Q.    WELL, LET'S START WITH THE HANDWRITING.

23       A.    NO.

24       Q.    DO YOU KNOW WHOSE PAGE THIS IS?

25       A.    I DO NOT.                                    02:21:47
```

1      Q.    YOU'LL SEE HERE THAT THERE'S A REFERENCE

2   TO 11-7 PRESENTATION.

3      A.    CORRECT.

4      Q.    AND THEN YOU'LL SEE 11-27 TARGET

5   PRESENTATION.                                        02:22:00

6      A.    CORRECT.

7      Q.    IS IT YOUR UNDERSTANDING THAT THE 11-27

8   TARGET PRESENTATION REFERENCE IS A -- A REFERENCE

9   TO AN MGA PRESENTATION TO TARGET OF BRATZ?

10     A.    WELL, I WOULD THINK SO, GOING BACK TO OUR    02:22:11

11  FIRST PAGE, WHICH IS STATING THAT ON THE 27TH WE

12  ARE PRESENTING BRATZ.  AND I -- I DO KNOW THAT I

13  READ E-MAILS THAT THERE WAS A PRESENTATION THAT

14  BRATZ WAS SHOWN TO THEM IN NOVEMBER.

15     Q.    IS THE BEST OF YOUR INFORMATION THAT THE     02:22:27

16  TARGET PRESENTATION OF BRATZ WAS MADE BY MGA TO

17  TARGET ON OR ABOUT NOVEMBER 27, 2000?

18     A.    I KNOW IT WAS IN NOVEMBER 2000.

19     Q.    WITH REFERENCE TO THESE FIRST TWO PAGES

20  OF EXHIBIT 536, DO YOU HAVE ANY KNOWLEDGE OR        02:22:57

21  INFORMATION REGARDING WHAT PRESENTATION IS BEING

22  REFERENCED AS OF NOVEMBER 7TH?

23     A.    I HAVE NO IDEA.

24     Q.    YOU MENTIONED THAT ONE RETAIL

25  PRESENTATION THAT MGA MADE OF BRATZ TO A RETAILER    02:23:32

372

EXHIBIT ___14___

PAGE ___294___

```
1    WAS WAL-MART IN NOVEMBER OF 2000?

2        A.    YES.

3        Q.    AND WHERE DID THAT PRESENTATION TAKE

4    PLACE?

5        A.    I BELIEVE IN BENTONVILLE.                    02:23:43

6        Q.    IN ARKANSAS?

7        A.    YES.

8        Q.    WHO ATTENDED THAT ON BEHALF OF MGA?

9        A.    I BELIEVE IT WAS HELENE BARTELS.

10       Q.    IS SHE STILL WITH MGA?                       02:24:05

11       A.    NO.

12       Q.    DO YOU KNOW WHERE SHE IS NOW?

13       A.    I DON'T.

14       Q.    DO YOU HAVE ANY KNOWLEDGE OR INFORMATION

15   AS TO WHERE SHE IS NOW?  AND I DON'T MEAN THIS        02:24:15

16   SECOND.  I MEAN JUST GENERALLY WHERE SHE WENT AFTER

17   SHE LEFT MGA.

18       A.    SHE -- I UNDERSTAND SHE OPENED -- SHE

19   WENT INTO PARTNERSHIP WITH ANOTHER COMPANY -- I

20   MEAN, YOU KNOW, THEY STARTED A COMPANY.               02:24:29

21       Q.    DID ANYONE OTHER THAN HELENE BARTELS

22   ATTEND THE WAL-MART PRESENTATION, IN NOVEMBER OF

23   2000, ON MGA'S BEHALF?

24       A.    I'M SURE THERE WERE OTHER PEOPLE.  I

25   DON'T RECALL WHO THEY WERE.                           02:24:49
```

A&E COURT REPORTERS (213) 955-0070 FAX: (213) 955-0072

EXHIBIT _____ 14

PAGE _____ 295

1        Q.    DO YOU HAVE ANY KNOWLEDGE OR INFORMATION

2   AS TO WHO THEY WERE?

3        A.    I BELIEVE THERE IS AN E-MAIL THAT WOULD

4   STATE EXACTLY WHO WAS THERE.

5        Q.    OTHER THAN WHAT'S IN THAT E-MAIL, DO YOU        02:25:05

6   HAVE ANY KNOWLEDGE OR INFORMATION ABOUT IT?

7        A.    NO.

8        Q.    THAT IS WHAT YOU WOULD RELY UPON?

9        A.    THAT IS CORRECT.

10       Q.    WHO IS IT WHO ATTENDED ON BEHALF OF            02:25:14

11  WAL-MART THAT PRESENTATION?

12       A.    FROM MGA'S SIDE?

13       Q.    NO, NO, I'M SORRY, FOR WAL-MART.

14             LET ME TAKE IT STEP BY STEP.  I ASSUME

15  THAT THERE WERE WAL-MART REPRESENTATIVES PRESENT AT       02:25:30

16  THE BRATZ PRESENTATION THAT MGA MADE TO WAL-MART IN

17  NOVEMBER OF 2000.

18       A.    YES.

19       Q.    WHO ATTENDED ON BEHALF OF WAL-MART?

20       A.    AGAIN, YOU KNOW, WE COULD FIND THE E-MAIL      02:25:41

21  AND THAT WILL STATE WHAT BUYERS WERE THERE.

22       Q.    AND AGAIN, THEN, THE TOTALITY OF YOUR

23  INFORMATION ON THAT IS IN THAT E-MAIL?

24       A.    THAT IS CORRECT.

25       Q.    AND YOU WOULD RELY ON THAT ON BEHALF OF        02:25:54

374

EXHIBIT ___14___

PAGE ___296___

1     MGA AS TO STATE WHO WAS PRESENT FOR THAT MEETING?

2         A.    I WOULD.

3         Q.    IS THERE ANY OTHER SOURCE OF INFORMATION?

4         A.    NO.

5         Q.    DID YOU OR ANYONE AT MGA, TO YOUR                    02:26:09

6     KNOWLEDGE, MAKE ANY EFFORT TO TRACK DOWN HELENE

7     BARTELS?

8         A.    NO.

9         Q.    IS SHE SOMEONE YOU WORKED WITH?

10        A.    YES.                                                 02:26:22

11        Q.    DID SHE LEAVE THE COMPANY ON GOOD TERMS,

12    AS FAR AS YOU KNOW?

13        A.    SHE DID.

14        Q.    IS IT YOUR UNDERSTANDING SHE'S STILL IN

15    THE L.A. AREA?                                                 02:26:30

16        A.    I BELIEVE SO.

17        Q.    YOU MENTIONED THAT SHE WENT TO ANOTHER

18    COMPANY OR WENT INTO PARTNERSHIP WITH ANOTHER

19    COMPANY?

20        A.    CORRECT.                                             02:26:38

21        Q.    WAS IT IN THE TOY INDUSTRY?

22        A.    I THINK THEY ARE KIND OF A MIX BETWEEN

23    TOYS AND CANDY ACTUALLY.

24        Q.    HEALTHY COMBINATION.

25              BUT I TAKE IT YOU DON'T REMEMBER THE NAME           02:26:59

A&E COURT REPORTERS (213) 955-0070 FAX: (213) 955-0071

EXHIBIT _____ 14

PAGE _____ 297

1   OF IT?

2        A.    I DON'T.

3        Q.    WHAT, IF ANYTHING, DID MGA PRESENT TO

4   WAL-MART THAT DEPICTED BRATZ AT THAT PRESENTATION

5   WE'VE BEEN DISCUSSING?                                  02:27:15

6        A.    WHAT WOULD HAVE BEEN PRESENTED WAS

7   BOARDS, LIKE CHARACTER ART BOARDS.

8        Q.    ANYTHING ELSE?

9        A.    THEY COULD HAVE SHOWN OTHER PRODUCT AS

10  WELL, BUT I'M FOCUSING ON THE BRATZ PORTION.          02:27:38

11       Q.    RIGHT.  I'M JUST FOCUSED ON THE BRATZ

12  PORTION RIGHT NOW.

13            SO JUST TO BE CLEAR, THEN, THE -- AT THE

14  WAL-MART PRESENTATION IN NOVEMBER OF 2000, INSOFAR

15  AS IT PERTAINED TO BRATZ, MGA SHOWED WAL-MART         02:27:53

16  CHARACTER ART BOARDS?

17       A.    CORRECT.

18       Q.    WAS THERE ANYTHING ELSE THAT MGA PROVIDED

19  OR SHOWED WAL-MART AT THAT PRESENTATION?

20       A.    NOT IN REGARDS TO BRATZ.                    02:28:06

21       Q.    DID ANYTHING ELSE PERTAIN TO OTHER

22  PRODUCTS?

23       A.    I KNOW THERE WERE OTHER PRODUCTS IN OTHER

24  CATEGORIES SHOWN.

25       Q.    AND WHAT IS THE BASIS FOR YOUR TESTIMONY    02:28:20

1    THAT MGA SHOWED WAL-MART CHARACTER ART BOARDS AT

2    THAT NOVEMBER 2000 PRESENTATION?

3         A.    BECAUSE THAT'S ALL THAT WE HAD AVAILABLE

4    TO SHOW THEM.

5         Q.    ANY OTHER BASIS?                              02:28:49

6         A.    NO.

7         Q.    I'M SORRY?

8         A.    NO.

9         Q.    DIDN'T HEAR YOU.

10              AND -- AND WHAT IS IT -- WHAT'S YOUR         02:28:58

11   BASIS FOR SAYING THAT THAT WAS ALL THAT MGA HAD

12   AVAILABLE TO -- TO SHOW WAL-MART AT THAT TIME?

13        A.    WELL, BECAUSE AT THAT TIME THERE -- THERE

14   WERE NO SAMPLES.  THE SAMPLES WERE STILL BEING MADE

15   AND MODIFIED AT THE END OF DECEMBER.                   02:29:19

16        Q.    DID MGA AS OF THAT TIME HAVE ANY

17   PROTOTYPES OF THREE-DIMENSIONAL BRATZ DOLLS?

18        MR. PLEVAN:  LET ME HAVE THE QUESTION READ

19   BACK.

20              (THE RECORD WAS READ AS FOLLOWS:            02:29:41

21         Q     DID MGA AT THAT TIME HAVE ANY

22        PROTOTYPES OF THREE-DIMENSIONAL BRATZ

23        DOLLS?)

24        THE DEPONENT:  AT THAT TIME THEY POSSIBLY COULD

25   HAVE BEEN WORKING ON A SCULPT.  BUT THE ANSWER        02:29:56

377

EXHIBIT _____ 14

PAGE _____ 299

1   WOULD BE NO, BECAUSE IT WASN'T DEVELOPED AT THAT

2   TIME TO BE ABLE TO SHOW ANYBODY.

3   BY MR. ZELLER:

4        Q.   GENERALLY SPEAKING, WERE YOU AWARE THAT,

5   ACCORDING TO CARTER BRYANT, HE HAD A MODEL OF SOME        02:30:21

6   TYPE OF BRATZ THAT HE HAD GIVEN, OR SHOWN I SHOULD

7   SAY, AT A PITCH MEETING TO MGA, ON OR ABOUT

8   SEPTEMBER 1ST, 2000?

9        MR. PLEVAN:   OBJECT TO THE FORM OF THE

10  QUESTION, MISSTATES THE RECORD FACTS.                     02:30:36

11           IF YOU CAN ANSWER, PLEASE DO.

12           LET'S HAVE THE QUESTION READ BACK.

13           (THE RECORD WAS READ AS FOLLOWS:

14           Q    GENERALLY SPEAKING, WERE YOU

15       AWARE THAT, ACCORDING TO CARTER                      02:30:19

16       BRYANT, HE HAD A MODEL OF SOME TYPE

17       OF BRATZ THAT HE HAD GIVEN, OR SHOWN

18       I SHOULD SAY, AT A PITCH MEETING TO

19       MGA, ON OR ABOUT SEPTEMBER 1ST,

20       2000?)                                               02:30:35

21       THE DEPONENT:   CAN I -- ARE YOU ASKING ME THAT

22  HE HAD AN ACTUAL DOLL?

23  BY MR. ZELLER:

24       Q.   I'M NOT TRYING TO --

25       A.   OR A BOARD?                                     02:31:05

378

EXHIBIT _____ 14

PAGE _____ 300

1    REVISIONS, WHEN WERE FIRST SAMPLES MADE, THE

2    SAMPLES LEADING UP TO TOY FAIR, HER KNOWLEDGE OF

3    THAT THERE WAS NO SAMPLES -- THERE COULDN'T HAVE

4    BEEN ANY SAMPLES IN 2000 TO SHOW RETAILERS, BECAUSE

5    THEY WEREN'T COMPLETE.                              05:30:58

6              THE DOLLS IN -- THAT WERE PRESENTED AT

7    TOY FAIR -- AT HONG KONG TOY FAIR, OF HOW THEY

8    SCRAMBLED, YOU KNOW, TO PUT THEM TOGETHER AND TO

9    HAVE THEM, YOU KNOW, PRESENTABLE.

10             SHE ALSO TALKED ABOUT, YOU KNOW, HER      05:31:18

11   REJECTING USING THE SAMPLES THAT WERE MADE BY EARLY

12   LIGHT, BECAUSE HOW BAD THEY WERE.

13             WE TALKED ABOUT FASHION PACKS NOT BEING

14   SHOWN AT HONG KONG.  WE -- AND THAT THERE WAS NO

15   PACKAGING IN HONG KONG FOR THE DOLLS AS WELL.  WE   05:31:38

16   TALKED ABOUT NEW YORK TOY FAIR.  WE TALKED ABOUT

17   THE CHARACTER ART PEOPLE.  THAT'S A PRETTY GOOD

18   SUMMARY.

19        Q.   ANYTHING ELSE YOU REMEMBER?

20        A.   I THINK I DID GOOD AT THAT SUMMARY.       05:32:16

21        Q.   ANYTHING ELSE YOU CAN REMEMBER?

22        A.   NO.

23        Q.   I'M GOING TO SHOW YOU WHAT WAS PREVIOUSLY

24   MARKED AS EXHIBIT 12.  IT'S AN AFFIDAVIT OF ISAAC

25   LARIAN DATED JULY 5TH, 2002.                        05:32:29

475

A&E COURT REPORTERS (213) 955-0070 FAX: (213) 955-0077

EXHIBIT ___14___

PAGE ___301___

1      WHAT I'D LIKE TO DO IS DIRECT YOUR

2   ATTENTION TO PAGE 5, TYPED NUMBER 5 AT THE BOTTOM,

3   WHICH IS M 0001562.

4      A.   OKAY.

5      Q.   IN PARTICULAR FOCUSING YOUR ATTENTION ON          05:33:00

6   PARAGRAPH 13, WHERE IT SAYS, QUOTE:

7           "THE BRATZ DOLLS WERE FIRST

8        EXHIBITED IN THE USA IN NOVEMBER

9        2000," END QUOTE.

10          DO YOU SEE THAT PART?                             05:33:12

11     A.   I DO.

12     Q.   AND IT GOES ON TO SAY:

13          "THEY WERE FURTHER EXHIBITED IN

14       HONG KONG IN JANUARY 2001," END

15       QUOTE.                                               05:33:18

16          DO YOU SEE THAT PART?

17     A.   I DO.

18     Q.   DO YOU HAVE AN UNDERSTANDING AS TO WHAT

19   BRATZ DOLLS WERE FIRST EXHIBITED IN THE

20   UNITED STATES IN NOVEMBER OF 2000?                       05:33:24

21     A.   THEY WERE THE BOARDS.

22     Q.   SO THE BOARDS WERE THE SAME THING AS THE

23   DOLLS?

24     A.   WELL, THE BOARDS WERE SKETCHES OF THE

25   DOLLS.                                                   05:33:36

476

EXHIBIT _____ 14

PAGE _____ 302

```
 1        MR. PLEVAN:  WHAT WAS THIS NUMBER?  I'M SORRY.

 2   EXHIBIT --

 3        MR. ZELLER:  THIS WAS PREVIOUSLY MARKED AS

 4   EXHIBIT 12.

 5        MR. PLEVAN:  12.  THANK YOU.                   05:33:58

 6   BY MR. ZELLER:

 7        Q.    LET ME SHOW YOU WHAT WAS PREVIOUSLY

 8   MARKED AS EXHIBIT 1100.

 9             FOR THE RECORD, THIS IS A TWO-PAGE

10   E-MAIL, BEARING BATES NOS. MGA HK 0009776 THROUGH   05:34:23

11   77.

12             PLEASE LET ME KNOW WHEN YOU'VE HAD A

13   CHANCE TO TAKE A LOOK AT EXHIBIT 1100.

14             (DOCUMENT REVIEWED BY THE DEPONENT.)

15        THE DEPONENT:  OKAY.                           05:35:58

16   BY MR. ZELLER:

17        Q.    YOU'LL SEE IN THIS E-MAIL PREVIOUSLY

18   MARKED AS EXHIBIT 1100 THAT THERE'S A REFERENCE TO

19   THIS DISCUSSION ABOUT THE HAIR FEATURE, THE TOP

20   E-MAIL.                                             05:36:09

21        A.    CORRECT.

22        Q.    AND IT SAYS, QUOTE:

23             "THIS WAS DEFINITELY THE FEATURE

24        THAT CAUSED THE GIRLS TO FEEL A BIT

25        UNCOMFORTABLE WHEN THEY SAW THE DOLLS          05:36:15
```

477

EXHIBIT _____14_____

PAGE _____303_____

1   STATE OF CALIFORNIA      )

                            )   SS.

2   COUNTY OF LOS ANGELES   )

3            I,    RENEE A. PACHECO      , CERTIFIED

4   SHORTHAND REPORTER, CERTIFICATE NUMBER 11564, FOR

5   THE STATE OF CALIFORNIA, HEREBY CERTIFY:

6            THE FOREGOING PROCEEDINGS WERE TAKEN

7   BEFORE ME AT THE TIME AND PLACE THEREIN SET FORTH,

8   AT WHICH TIME THE DEPONENT WAS PLACED UNDER OATH BY

9   ME;

10            THE TESTIMONY OF THE DEPONENT AND ALL

11   OBJECTIONS MADE AT THE TIME OF THE EXAMINATION WERE

12   RECORDED STENOGRAPHICALLY BY ME AND WERE THEREAFTER

13   TRANSCRIBED;

14            THE FOREGOING TRANSCRIPT IS A TRUE AND

15   CORRECT TRANSCRIPT OF MY SHORTHAND NOTES SO TAKEN;

16            I FURTHER CERTIFY THAT I AM NEITHER

17   COUNSEL FOR NOR RELATED TO ANY PARTY TO SAID ACTION

18   NOR IN ANY WAY INTERESTED IN THE OUTCOME THEREOF.

19            IN WITNESS WHEREOF, I HAVE HEREUNTO

20   SUBSCRIBED MY NAME THIS _4th_ DAY OF

21   _February_, 2008.

22

23                    _Renee Pacheco_

24

25

507

EXHIBIT _14_

PAGE _304_

**EXHIBIT 15**

**CERTIFIED COPY**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - EASTERN DIVISION

CARTER BRYANT, AN INDIVIDUAL, )
)
PLAINTIFF, )
)
V. )          NO.  CV 04-9040 SGL (RNBX)
)
MATTEL, INC., A DELAWARE )
CORPORATION, )
)
DEFENDANTS. )
_____ )
)
AND CONSOLIDATED ACTION (S). )
_____ )

# C O N F I D E N T I A L

### (ATTORNEYS' EYES ONLY)

## DEPOSITION OF MEI WAH (SARAH) CHUI

## SEPTEMBER 28, 2007



REPORTED BY:
J'ANA SIEGERS
CSR NO.  10845
JOB NO. 07AE626-JS

515 S. Flower Street
Suite 3600
Los Angeles, California 90071
Office: (213) 955-0070
Fax: (213) 955-0077

EXHIBIT _____ 15

PAGE _____ 305

| | | |
|---|---|---|
| 03:22:36 | 1 | WAS THAT CLEAR. |
| 03:22:38 | 2 |       **MR. PROCTOR:**  LET ME TRY IT AGAIN. |
| 03:22:39 | 3 |    Q.   DO YOU HAVE ANY KNOWLEDGE OF MATTEL |
| 03:22:42 | 4 | ALLEGEDLY HAVING THREATENED ANYONE OR INDUCED ANYONE |
| 03:22:50 | 5 | NOT TO LICENSE BRATZ OR A BRATZ PRODUCT? |
| 03:23:08 | 6 |       **MR. FEINSTEIN:**  SAME OBJECTIONS. |
| 03:23:14 | 7 |       **THE DEPONENT:**  WHETHER I HAVE ANY |
| 03:23:15 | 8 | KNOWLEDGE?  LET ME THINK. |
| 03:23:36 | 9 |     NOT SURE.  I'M NOT SURE. |
| 03:23:37 | 10 | BY MR. PROCTOR: |
| 03:23:53 | 11 |    Q.   DO YOU HAVE ANY KNOWLEDGE ABOUT MATTEL'S |
| 03:23:57 | 12 | RELATIONSHIP WITH CARU? |
| 03:24:04 | 13 |    A.   (*IN ENGLISH*)  WHO IS CARU? |
| 03:24:05 | 14 |    Q.   THE CHILDREN'S ADVERTISING REVIEW UNIT. |
| 03:24:10 | 15 |    A.   (*IN ENGLISH*)  ADVERTISING -- WHERE? |
| 03:24:15 | 16 |    Q.   MY QUESTION IS JUST IF YOU HAVE ANY |
| 03:24:17 | 17 | KNOWLEDGE ABOUT MATTEL'S RELATIONSHIP WITH CARU. |
| 03:24:20 | 18 |    A.   (*IN ENGLISH*)  NO.  I DON'T KNOW. |
| 03:24:22 | 19 |    Q.   DO YOU HAVE ANY KNOWLEDGE ABOUT MATTEL |
| 03:24:23 | 20 | ALLEGEDLY HAVING TRIED TO KEEP MGA FROM BECOMING A |
| 03:24:29 | 21 | SPONSOR OF THE KIDS' CHOICE AWARDS? |
| 03:24:45 | 22 |    A.   NO, I HAVE NOT HEARD OF IT. |
| 03:24:48 | 23 |    Q.   DO YOU HAVE ANY KNOWLEDGE ABOUT MATTEL |
| 03:24:50 | 24 | ALLEGEDLY HAVING INSTIGATED A CHANGE IN THE RULES |
| 03:24:55 | 25 | REGARDING THE "TOY OF THE YEAR" AWARD? |

170

EXHIBIT 15

PAGE 306

CONFIDENTIAL DEPOSITION OF MEI WAH (SARAH) CHUI

03:25:10  1      A.    I WAS NOT AWARE OF THAT.

03:25:38  2      Q.    ARE YOU AWARE OF ANY CHANGES THAT HAVE
03:25:39  3   BEEN MADE IN THE BRATZ DOLL SCULPT OVER TIME?

03:25:50  4          MR. FEINSTEIN:  OBJECTION.  LACK OF
03:25:50  5   FOUNDATION.  CALLS FOR SPECULATION.

03:25:54  6          THE DEPONENT:  (IN ENGLISH)  NOT SURE.

03:25:58  7   BY MR. PROCTOR:

03:25:58  8      Q.    AND THE SCULPTING OF THE BRATZ DOLLS IS
03:26:02  9   SOMETHING THAT'S HANDLED IN LOS ANGELES, NOT IN
03:26:04 10   HONG KONG?

03:26:09 11          MR. FEINSTEIN:  OBJECTION.  LACK OF
03:26:10 12   FOUNDATION.  CALLS FOR SPECULATION.

03:26:17 13          THE DEPONENT:  I'M NOT SURE ABOUT THAT
03:26:28 14   EITHER, BECAUSE I WASN'T THE PERSON WHO IS
03:26:28 15   RESPONSIBLE FOR THAT OR TO FOLLOW UP ON.

16          (DEFENDANT'S EXHIBIT 918 WAS
17          MARKED FOR IDENTIFICATION BY THE
18          DEPOSITION OFFICER AND IS BOUND UNDER
19          SEPARATE COVER.)

03:27:05 20   BY MR. PROCTOR:

03:27:08 21      Q.    MARKED AS EXHIBIT 918 IS A TWO-PAGE E-MAIL
03:27:12 22   CHAIN, AT THE TOP FROM FRANKI TSANG TO SARAH CHUI,
03:27:17 23   ERIC YIP, AND STEPHEN LEE, DATED NOVEMBER 8, 2000.
03:27:31 24          DO YOU RECOGNIZE THIS DOCUMENT, MA'AM?
03:27:35 25      A.    YES, I SEE IT.

171

A & E Court Reporters    (213) 955-0070    Fax: (213) 955-0077

EXHIBIT 15
PAGE 307

| | | |
|---|---|---|
| 03:27:37 | 1 | Q. DO YOU RECALL THIS IS AN E-MAIL CHAIN THAT |
| 03:27:40 | 2 | YOU WERE A PART OF, THAT YOU RECEIVED? |
| 03:27:47 | 3 | A. MAY I FIRST READ THE ENTIRE THING FIRST? |
| 03:27:50 | 4 | Q. OF COURSE. |
| 03:27:51 | 5 | A. (IN ENGLISH) OKAY. |
| 03:29:18 | 6 | (IN ENGLISH) OKAY. |
| 03:29:19 | 7 | Q. OKAY. DO YOU REMEMBER RECEIVING AND |
| 03:29:21 | 8 | SENDING THESE E-MAILS? |
| 03:29:26 | 9 | A. YES. |
| 03:29:34 | 10 | Q. YOU SEE IN THE E-MAIL ON THE BOTTOM OF THE |
| 03:29:36 | 11 | FIRST PAGE, CECILIA KWOK SENT YOU AN E-MAIL ON |
| 03:29:41 | 12 | NOVEMBER 7, 2000, SUBJECT LINE: "PHOTOS/RENDERING |
| 03:29:44 | 13 | FOR SALES"? |
| 03:29:45 | 14 | A. (IN ENGLISH) YES. |
| 03:29:49 | 15 | Q. DO YOU KNOW WHY MS. KWOK WAS SENDING YOU |
| 03:29:51 | 16 | AN E-MAIL ABOUT SALES? |
| 03:29:57 | 17 | A. (IN ENGLISH) I THINK WE ARE PREPARING THE |
| 03:29:59 | 18 | TOY FAIR, SO SHE NEED TO SEND SOME OTHER KINDS OF |
| 03:30:04 | 19 | PROJECT AND FOR ME TO FOLLOW UP FOR THE TOY FAIR. |
| 03:30:07 | 20 | Q. OKAY. BUT YOU WEREN'T ACTUALLY INVOLVED |
| 03:30:09 | 21 | IN THE SALES? |
| 03:30:11 | 22 | A. (IN ENGLISH) BUT THE TOY FAIR IS FOR |
| 03:30:14 | 23 | SALES, RIGHT? |
| 03:30:14 | 24 | Q. OKAY. SO YOU WERE INVOLVED IN |
| 03:30:15 | 25 | PREPARING -- WE COVERED THIS BEFORE. YOU WERE |

EXHIBIT 15
308
PAGE

172

03:30:17   1   INVOLVED IN PREPARING THE TOY FAIR SHOWROOM

03:30:20   2   DECORATION FOR THE BRATZ PRESENTATION, BUT YOU

03:30:22   3   WEREN'T INVOLVED IN THE ACTUAL SALES ASPECT OF IT;

03:30:26   4   IS THAT RIGHT?

03:30:26   5       A.   (*IN ENGLISH*)   YEAH.   YES.

03:30:27   6       Q.   OKAY.   DID YOU PREPARE -- DO YOU RECALL

03:30:33   7   WHAT OTHER PRODUCTS MGA DISPLAYED AT THE HONG KONG

03:30:37   8   TOY FAIR IN THE BEGINNING OF 2001?

03:30:39   9       A.   (*IN ENGLISH*)   FROM THIS LIST, AT LEAST, I

03:30:49  10   THINK.

03:30:49  11       Q.   THIS IS THE LIST OF STUFF?

03:30:50  12       A.   (*IN ENGLISH*)   YEAH.   A LIST, RIGHT?

03:30:59  13       Q.   YOU SEE IN THE MIDDLE OF THE SECOND PAGE,

03:31:00  14   MS. KWOK WROTE TO YOU:

03:31:06  15         "BRATZ:   HK DID NOT HAVE ANY

03:31:07  16       SAMPLE FOR THIS, BUT WE HAVE SOME

03:31:09  17       DESIGN DRAWINGS/RENDERINGS.   PLEASE

03:31:11  18       ADVISE IF YOU NEED THESE."

03:31:13  19       A.   (*IN ENGLISH*)   YES, I SAW THAT.

03:31:16  20       Q.   DO YOU RECALL IF YOU ASKED TO SEE THOSE

03:31:18  21   DESIGN DRAWINGS OR RENDERINGS?

03:31:23  22       A.   (*IN ENGLISH*)   YOU MEAN -- CAN YOU REPEAT

03:31:32  23   ONE MORE?

03:31:33  24       Q.   SURE.

03:31:34  25       DO YOU RECALL IF YOU ASKED TO SEE THE

EXHIBIT _____ 15

PAGE 309

173

CONFIDENTIAL DEPOSITION OF MEI WAH (SARAH) CHUI

| | | |
|---|---|---|
| 03:31:35 | 1 | DESIGN DRAWINGS OR RENDERINGS THAT MS. KWOK SAID MGA |
| 03:31:39 | 2 | HONG KONG HAD FOR BRATZ? |
| 03:31:57 | 3 | A.   YES, THAT'S WHAT'S IN HERE. |
| 03:32:00 | 4 | Q.   MY QUESTION IS A LITTLE DIFFERENT. |
| 03:32:02 | 5 | DO YOU RECALL IF YOU ASKED IN RESPONSE TO |
| 03:32:03 | 6 | THIS TO SEE THE DESIGN DRAWINGS OR RENDERINGS THAT |
| 03:32:06 | 7 | MGA HONG KONG HAD FOR BRATZ AS OF NOVEMBER 7, 2000? |
| 03:32:28 | 8 | A.   I ASKED -- ASKED -- LOOKED -- ASKED TO SEE |
| 03:32:33 | 9 | WHAT THE INFORMATION SHOWS.  CECILIA KWOK HAS SOME |
| 03:32:43 | 10 | DESIGN DRAWINGS AND RENDERINGS OF BRATZ.  IT ASK |
| 03:32:52 | 11 | WHETHER I NEED TO HAVE THEM DISPLAYED FOR SHOWROOM |
| 03:32:57 | 12 | PURPOSE. |
| 03:32:57 | 13 | Q.   OKAY.  AND DID YOU ASK TO -- DO YOU RECALL |
| 03:33:01 | 14 | RESPONDING TO THIS ASIDE FROM THE RESPONSE THAT'S |
| 03:33:04 | 15 | LISTED ON THE FIRST PAGE? |
| 03:33:09 | 16 | A.   I NEED TO PREPARE THEM. |
| 03:33:10 | 17 | Q.   OKAY.  SO YOU ASKED TO SEE THE DESIGN |
| 03:33:13 | 18 | DRAWINGS OR RENDERINGS, THEN, THAT WERE OFFERED TO |
| 03:33:15 | 19 | YOU? |
| 03:33:21 | 20 | MR. FEINSTEIN:  OBJECTION. |
| 03:33:22 | 21 | MISCHARACTERIZES THE WITNESS'S TESTIMONY. |
| 03:33:26 | 22 | THE DEPONENT:  WHETHER I ASKED TO SEE |
| 03:33:28 | 23 | THEM?  THAT MEANS THAT I WILL SOON RECEIVE THEM. |
| 03:33:41 | 24 | BY MR. PROCTOR: |
| 03:33:42 | 25 | Q.   YOU SEE MS. KWOK WROTE:  "PLEASE ADVISE IF |

EXHIBIT _____ 15

PAGE _____ 310

174

A & E Court Reporters     (213) 955-0070     Fax: (213) 955-0077

CONFIDENTIAL DEPOSITION OF MEI WAH (SARAH) CHUI

| | | |
|---|---|---|
| 03:33:46 | 1 | YOU NEED THESE"? |
| 03:33:47 | 2 | A.   (*IN ENGLISH*)   YES. |
| 03:33:50 | 3 | Q.   DO YOU SEE THAT? |
| 03:33:51 | 4 | A.   (*IN ENGLISH*)   I SAW THAT. |
| 03:33:52 | 5 | Q.   OKAY.   DO YOU RECALL WHAT YOU RESPONDED TO |
| 03:33:53 | 6 | THAT? |
| 03:34:04 | 7 | A.   I BELIEVE ALL OF THE ITEMS THAT WERE |
| 03:34:05 | 8 | LISTED UNDER "DEVELOPMENT," I NEED TO RECEIVE THOSE |
| 03:34:13 | 9 | INFORMATION, INCLUDING BRATZ. |
| 03:34:39 | 10 | Q.   DO YOU STILL HAVE IN YOUR OFFICE ANYWHERE |
| 03:34:41 | 11 | IN HONG KONG ANY OF THE INFORMATION WHICH YOU HAD |
| 03:34:44 | 12 | BACK IN LATE 2000 OR EARLY 2001 RELATING TO BRATZ? |
| 03:35:00 | 13 | **MR. FEINSTEIN:**   OBJECTION.   VAGUE. |
| 03:35:03 | 14 | **THE DEPONENT:**   (*IN ENGLISH*)   I DON'T |
| 03:35:04 | 15 | BELIEVE SO.   YEAH. |
| 03:35:04 | 16 | **BY MR. PROCTOR:** |
| 03:35:07 | 17 | Q.   BUT YOU DON'T KNOW BECAUSE YOU HAVEN'T |
| 03:35:08 | 18 | SEARCHED FOR IT? |
| 03:35:16 | 19 | A.   IT IS BECAUSE IT HAS BEEN SO LONG.   MAYBE |
| 03:35:23 | 20 | SOME OF THOSE WE JUST FELT THAT THERE WERE NO NEED |
| 03:35:28 | 21 | TO HAVE THEM KEPT, SO THEY COULD HAVE BEEN |
| 03:35:31 | 22 | DISCARDED. |
| 03:35:32 | 23 | Q.   OKAY.   AND DO YOU KNOW WHEN THAT MIGHT |
| 03:35:33 | 24 | HAVE HAPPENED? |
| 03:35:39 | 25 | **MR. FEINSTEIN:**   OBJECTION.   VAGUE AS TO |

EXHIBIT _____15_____

PAGE _____311_____

175

A & E Court Reporters     (213) 955-0070     Fax: (213) 955-0077

| 03:35:40 | 1 | WHAT ITEMS YOU'RE TALKING ABOUT. |
| 03:35:42 | 2 | **THE DEPONENT:** YEAH. POSSIBLY A LONG TIME |
| 03:35:48 | 3 | AGO BECAUSE THIS IS SOMETHING THAT HAPPENED IN YEAR |
| 03:35:50 | 4 | 2000. |
| 03:35:51 | 5 | **BY MR. PROCTOR:** |
| 03:35:51 | 6 | Q.   OKAY.  IN ANY CASE, YOU HAVEN'T SEARCHED |
| 03:35:53 | 7 | FOR THESE BRATZ-RELATED ITEMS FROM LATE 2000 OR |
| 03:35:57 | 8 | EARLY 2001 IN YOUR OFFICE IN HONG KONG? |
| 03:36:00 | 9 | A.   NO, NOT INTENTIONALLY. |
| 03:36:13 | 10 | Q.   OKAY.  ON THE BOTTOM OF MS. KWOK'S E-MAIL |
| 03:36:18 | 11 | TO YOU ON THE SECOND PAGE, YOU SEE SHE WRITES: |
| 03:36:23 | 12 | "FYI:  PER ISAAC'S INSTRUCTION, |
| 03:36:26 | 13 | THE KEY PRODUCTS LISTED BELOW WILL NOT |
| 03:36:29 | 14 | BE SHOWED UNTIL NEW YORK TOY FAIR |
| 03:36:32 | 15 | EXCEPT SOME KEY CUSTOMERS." |
| 03:36:34 | 16 | AND THEN SHE LISTS A COUPLE OF PRODUCTS, |
| 03:36:36 | 17 | INCLUDING BRATZ? |
| 03:36:47 | 18 | A.   THAT'S WHAT'S WRITTEN HERE. |
| 03:37:00 | 19 | Q.   DO YOU RECALL THAT MR. LARIAN WAS |
| 03:37:02 | 20 | ORIGINALLY INSTRUCTING THAT BRATZ WOULD NOT BE SHOWN |
| 03:37:07 | 21 | UNTIL THE NEW YORK TOY FAIR AND WOULD NOT BE SHOWN |
| 03:37:10 | 22 | AT THE HONG KONG TOY FAIR? |
| 03:37:19 | 23 | **MR. FEINSTEIN:** OBJECTION.  VAGUE. |
| 03:37:26 | 24 | **THE DEPONENT:** BUT THE POINT HERE IS THAT |
| 03:37:27 | 25 | "EXCEPT SOME KEY CUSTOMERS." |

EXHIBIT _____ 15 _____

PAGE _____ 312 _____

176