CONFIDENTIAL DEPOSITION OF MEI WAH (SARAH) CHUI

| | |
|---|---|
| 03:37:29 | 1 |

**BY MR. PROCTOR:**

03:37:29   2        Q.   OKAY.  AND WHAT -- WHAT DO YOU UNDERSTAND

03:37:32   3    THAT CLAUSE TO MEAN?  WHERE IT SAYS "EXCEPT SOME KEY

03:37:34   4    CUSTOMERS," WHAT DOES THAT MEAN?

03:37:46   5        A.   WHAT DO YOU MEAN?  FOR EXAMPLE, IF

03:37:51   6    WAL-MART, THAT MEANS IT'S SOME OF OUR KEY BUYERS,

03:38:00   7    THAT WE WILL SHOW THEM TO THEM.

03:38:02   8        Q.   OKAY.

03:38:10   9             WHEN A PRODUCT IS DISPLAYED AT THE

03:38:12   10   HONG KONG TOY FAIR, IT'S DISPLAYED TO MORE THAN JUST

03:38:15   11   A HANDFUL OF KEY CUSTOMERS, TRUE?

03:38:33   12       A.   OTHER PRODUCTS, IF THEY WERE NOT LISTED ON

03:38:35   13   THIS LIST, THEN SUPPOSED TO BE -- THEY SUPPOSEDLY

03:38:44   14   CAN BE SHOWN TO OTHER CUSTOMERS.

03:38:46   15       Q.   CAN BE SHOWN TO EVERYONE AT THE HONG KONG

03:38:47   16   TOY FAIR, RIGHT?

03:38:50   17       A.   JUST THE BUYER.  ONLY BUYER.

03:38:51   18       Q.   OKAY.  BUT CAN BE SHOWN AT THE HONG KONG

03:38:53   19   TOY FAIR?

03:38:54   20       A.   (IN ENGLISH)  YES.

03:38:54   21       Q.   OKAY.  AND BRATZ WAS INCLUDED HERE, AND SO

03:38:59   22   ORIGINALLY MR. LARIAN WAS INSTRUCTING THAT BRATZ

03:39:01   23   WOULD NOT BE SHOWN AT HONG KONG TOY FAIR?

03:39:12   24       A.   (IN ENGLISH)  YES, BUT THE POINT IS --

03:39:12   25       MR. FEINSTEIN:  OBJECTION.

EXHIBIT ___15___

PAGE ___313___                    177

A & E Court Reporters      (213) 955-0070      Fax: (213) 955-0077

| | | |
|---|---|---|
| 03:39:12 | 1 | MISCHARACTERIZES THE DOCUMENT. |
| 03:39:12 | 2 | **THE DEPONENT:** YEAH, BUT THE POINT IS HE |
| 03:39:12 | 3 | SAID "EXCEPT SOME KEY CUSTOMER." THAT MEAN IF THE |
| 03:39:16 | 4 | BUYER OR CUSTOMER, SHE BUYS A LOT, SO WE CAN -- AND |
| 03:39:21 | 5 | THE POTENTIAL WILL BE BUY A LOT, SO WE CAN SHOW TO |
| 03:39:25 | 6 | THEM. |
| 03:39:35 | 7 | **BY MR. PROCTOR:** |
| 03:39:35 | 8 | Q.   OKAY.  AND WHO SEES -- STEP BACK. |
| 03:39:42 | 9 | BEGINNING OF 2001, YOU'RE AT THE HONG KONG |
| 03:39:45 | 10 | TOY FAIR DISPLAYING BRATZ, RIGHT? |
| 03:39:47 | 11 | A.   (*IN ENGLISH*)  2001, YES. |
| 03:39:48 | 12 | Q.   OKAY.  WHO CAN SEE THE PRODUCT THERE?  WHO |
| 03:39:53 | 13 | SAW BRATZ AT THAT TIME? |
| 03:39:57 | 14 | **MR. FEINSTEIN:** ARE YOU ASKING WHAT |
| 03:39:59 | 15 | CUSTOMERS SAW IT? |
| 03:40:00 | 16 | **MR. PROCTOR:** SURE. |
| 03:40:01 | 17 | **THE DEPONENT:** (*IN ENGLISH*)  CUSTOMER. |
| 03:40:02 | 18 | **BY MR. PROCTOR:** |
| 03:40:03 | 19 | Q.   WHICH CUSTOMER, IF THERE ARE PARTICULAR |
| 03:40:05 | 20 | CUSTOMERS? |
| 03:40:05 | 21 | A.   (*IN ENGLISH*)  I DON'T KNOW.  THIS IS SALES |
| 03:40:06 | 22 | BUSINESS, NOT ME. |
| 03:40:07 | 23 | Q.   DO YOU HAVE ANY IDEA? |
| 03:40:08 | 24 | A.   (*IN ENGLISH*)  NO IDEA. |
| 03:40:08 | 25 | Q.   IS IT A LIMITED -- YOU KNOW, A HANDFUL OF |

EXHIBIT _____15_____

PAGE _____314_____

178

| | | |
|---|---|---|
| 03:40:11 | 1 | CUSTOMERS, OR IS IT A BIG GROUP OF PEOPLE THAT CAN |
| 03:40:13 | 2 | SEE IT AT THE HONG KONG TOY FAIR? |
| 03:40:15 | 3 | A. (*IN ENGLISH*) THEY ARE BY -- |
| 03:40:16 | 4 | MR. FEINSTEIN: OBJECTION. VAGUE AND |
| 03:40:17 | 5 | AMBIGUOUS. LACK OF FOUNDATION. CALLS FOR |
| 03:40:18 | 6 | SPECULATION. |
| 03:40:18 | 7 | THE DEPONENT: (*IN ENGLISH*) THEY ARE BY |
| 03:40:20 | 8 | APPOINTMENT. |
| 03:40:22 | 9 | BY MR. PROCTOR: |
| 03:40:22 | 10 | Q. BY APPOINTMENT? |
| 03:40:23 | 11 | A. YES. |
| 03:40:23 | 12 | Q. OKAY. AND DO YOU RECALL HOW MANY |
| 03:40:26 | 13 | APPOINTMENTS WERE MADE TO SEE BRATZ AT THE HONG KONG |
| 03:40:28 | 14 | TOY FAIR BEGINNING OF 2001? |
| 03:40:30 | 15 | MR. FEINSTEIN: OBJECTION. LACK OF |
| 03:40:30 | 16 | FOUNDATION. |
| 03:40:31 | 17 | THE DEPONENT: (*IN ENGLISH*) I DON'T KNOW. |
| 03:40:31 | 18 | BY MR. PROCTOR: |
| 03:40:32 | 19 | Q. DO YOU HAVE ANY IDEA? |
| 03:40:32 | 20 | A. (*IN ENGLISH*) NO IDEA. |
| 03:40:36 | 21 | Q. WAS IT PUBLICLY AVAILABLE IN THE SENSE |
| 03:40:38 | 22 | THAT YOU DID NOT NEED AN APPOINTMENT TO SEE IT, OR |
| 03:40:42 | 23 | ONLY THOSE WITH APPOINTMENTS COULD SEE IT? |
| 03:40:45 | 24 | MR. FEINSTEIN: OBJECTION. LACK OF |
| 03:40:45 | 25 | FOUNDATION. |

EXHIBIT ___15___

PAGE ___315___

179

CONFIDENTIAL DEPO      ON OF MEI WAH (SARAH) CHUI

| | | |
|---|---|---|
| 03:40:45 | 1 | THE DEPONENT:  (*IN ENGLISH*)  ONLY THOSE |
| 03:40:46 | 2 | HAVE APPOINTMENT. |
| 03:40:47 | 3 | BY MR. PROCTOR: |
| 03:41:00 | 4 | Q.   SEE AT THE VERY TOP ON THE FIRST PAGE, |
| 03:41:03 | 5 | MR. TSANG WROTE TO YOU AND MR. YIP -- |
| 03:41:07 | 6 | A.   (*IN ENGLISH*)  MM-HMM. |
| 03:41:08 | 7 | Q.   -- "I THINK THAT ISAAC/HELENE. |
| 03:41:11 | 8 | WILL PRESENT TO WAL-MART/K-MART ON |
| 03:41:14 | 9 | NOVEMBER 9"? |
| 03:41:17 | 10 | SEE THAT? |
| 03:41:17 | 11 | A.   (*IN ENGLISH*)  YES. |
| 03:41:19 | 12 | Q.   WHO IS HELENE? |
| 03:41:23 | 13 | A.   (*IN ENGLISH*)  I DON'T KNOW.  MAYBE |
| 03:41:24 | 14 | SALESPEOPLE.  MAYBE OUR SALESPEOPLE.  I DON'T KNOW. |
| 03:41:29 | 15 | Q.   AND YOU UNDERSTOOD FROM THIS THAT |
| 03:41:31 | 16 | MR. TSANG WAS SAYING THAT BRATZ WOULD BE PRESENTED |
| 03:41:34 | 17 | TO WAL-MART OR K-MART ON NOVEMBER 9, 2000? |
| 03:41:36 | 18 | A.   (*IN ENGLISH*)  YEAH, FROM THIS DOCUMENT. |
| 03:41:38 | 19 | Q.   OKAY.  ARE YOU AWARE OF WHETHER IT WAS |
| 03:41:41 | 20 | ACTUALLY PRESENTED TO WAL-MART OR K-MART ON |
| 03:41:45 | 21 | NOVEMBER 9, 2000? |
| 03:41:47 | 22 | MR. FEINSTEIN:  OBJECTION.  LACK OF |
| 03:41:49 | 23 | FOUNDATION. |
| 03:41:54 | 24 | THE DEPONENT:  (*IN ENGLISH*)  YOU MEAN ONLY |
| 03:41:56 | 25 | WAL-MART AND K-MART? |

EXHIBIT ___15___

PAGE ___3|6___

180

A & E. Court Reporters      (213) 955-0070      Fax: (213) 955-0077

| | | |
|---|---|---|
| 03:41:58 | 1 | BY MR. PROCTOR: |
| 03:41:58 | 2 | Q.   WELL, SURE. |
| 03:41:59 | 3 | I MEAN, YOU SEE THAT HIS E-MAIL WAS |
| 03:42:01 | 4 | WRITTEN ON NOVEMBER 8, 2000? |
| 03:42:02 | 5 | A.   (*IN ENGLISH*)   MM-HMM. |
| 03:42:03 | 6 | Q.   SEE THAT? |
| 03:42:03 | 7 | A.   (*IN ENGLISH*)   YEAH. |
| 03:42:04 | 8 | Q.   OKAY.  SO YOU SEE HE'S WRITING THAT HE |
| 03:42:06 | 9 | THINKS EITHER ISAAC OR HELENE IS GOING TO PRESENT |
| 03:42:09 | 10 | BRATZ TO WAL-MART OR K-MART THE NEXT DAY? |
| 03:42:14 | 11 | DO YOU UNDERSTAND THAT? |
| 03:42:15 | 12 | A.   (*IN ENGLISH*)   OKAY.   YES. |
| 03:42:15 | 13 | Q.   OKAY.   AND MY QUESTION IS SIMPLY:   DO YOU |
| 03:42:18 | 14 | KNOW IF THAT HAPPENED OR NOT? |
| 03:42:19 | 15 | A.   (*IN ENGLISH*)   I DON'T KNOW IF THAT HAPPEN |
| 03:42:21 | 16 | OR NOT. |
| 03:42:21 | 17 | Q.   IN THE NEXT SENTENCE, HE WRITES: |
| 03:42:25 | 18 | "STILL, WE BETTER NOT SHOW TO |
| 03:42:26 | 19 | P.R.E.L. OR CONSULT ISAAC OF THIS." |
| 03:42:29 | 20 | DO YOU SEE THAT? |
| 03:42:29 | 21 | A.   (*IN ENGLISH*)   P.R.E.L. IS? |
| 03:42:35 | 22 | Q.   THAT WAS GOING TO BE MY QUESTION FOR YOU. |
| 03:42:38 | 23 | A.   (*IN ENGLISH*)   MY QUESTION TO -- THIS |
| 03:42:41 | 24 | QUESTION SHOULD -- ERIC YIP.   YEAH.   I DON'T KNOW. |
| 03:42:48 | 25 | Q.   YOU DON'T KNOW? |

EXHIBIT ___15___

PAGE ___317___

181

CONFIDENTIAL DEPOSITION OF MEI WAH (SARAH) CHUI

| | | |
|---|---|---|
| 03:42:48 | 1 | A.   (*IN ENGLISH*)  YEAH. |
| 03:43:02 | 2 | Q.   WHO IS DAVID MARTIN? |
| 03:43:03 | 3 | A.   WHO? |
| 03:43:04 | 4 | Q.   DAVID MARTIN. |
| 03:43:05 | 5 | A.   (*IN ENGLISH*)  DAVID MARTIN? |
| 03:43:13 | 6 | THE INTERPRETER:  "DAVID MARTIN?" |
| 03:43:13 | 7 | THE DEPONENT:  (*IN ENGLISH*)  I DON'T KNOW. |
| | 8 | (*DEFENDANT'S EXHIBIT 919 WAS* |
| | 9 | *MARKED FOR IDENTIFICATION BY THE* |
| | 10 | *DEPOSITION OFFICER AND IS BOUND UNDER* |
| | 11 | *SEPARATE COVER.*) |
| 03:43:41 | 12 | BY MR. PROCTOR: |
| 03:43:41 | 13 | Q.   MARKED AS EXHIBIT 919 IS AN E-MAIL CHAIN. |
| 03:43:44 | 14 | THE TOP ONE IS FROM LIV DESIGN TO VICTORIA |
| 03:43:48 | 15 | O'CONNOR -- |
| 03:43:49 | 16 | A.   (*IN ENGLISH*)  OH. |
| 03:43:49 | 17 | Q.   -- PAULA TREANTAFELLES, AND SARAH CHUI -- |
| 03:43:53 | 18 | A.   (*IN ENGLISH*)  YES. |
| 03:43:53 | 19 | Q.   -- DATED DECEMBER 2000. |
| 03:43:56 | 20 | DO YOU RECOGNIZE THIS, MA'AM? |
| 03:43:57 | 21 | A.   (*IN ENGLISH*)  YES. |
| 03:43:57 | 22 | Q.   AND DOES THIS -- |
| 03:44:01 | 23 | MR. FEINSTEIN:  TAKE YOUR TIME TO REVIEW |
| 03:44:02 | 24 | IT, PLEASE. |
| 03:44:03 | 25 | THE DEPONENT:  (*IN ENGLISH*)  OKAY. |

EXHIBIT   15

PAGE   318

182

A & E Court Reporters      (213) 955-0070      Fax: (213) 955-0077

CONFIDENTIAL DEPOSITION OF MEI WAH (SARAH) CHUI

| | | |
|---|---|---|
| 03:44:03 | 1 | **BY MR. PROCTOR:** |
| 03:44:04 | 2 | Q. IS THIS AN E-MAIL THAT YOU RECALL |
| 03:44:05 | 3 | RECEIVING? |
| 03:44:08 | 4 | A. (*IN ENGLISH*) YEAH, I SAW THAT. |
| 03:44:13 | 5 | (*THROUGH THE INTERPRETER*) LET ME FINISH |
| 03:44:14 | 6 | READING IT. |
| 03:44:15 | 7 | Q. SURE. |
| 03:45:33 | 8 | A. (*IN ENGLISH*) OKAY. YEAH. |
| 03:45:34 | 9 | Q. DO YOU RECALL RECEIVING THIS? |
| 03:45:35 | 10 | A. (*IN ENGLISH*) YEAH, SHOULD BE. |
| 03:45:37 | 11 | Q. AND WHAT IS THIS? |
| 03:45:40 | 12 | A. (*IN ENGLISH*) THIS IS THE LAYOUT, YEAH, |
| 03:45:44 | 13 | RELATED TO SHOWROOM. |
| 03:45:49 | 14 | Q. LAYOUT RELATED TO THE SHOWROOM -- |
| 03:45:50 | 15 | A. (*IN ENGLISH*) YEAH. |
| 03:45:50 | 16 | Q. -- OF THE BRATZ DOLLS OF THE JANUARY '01 |
| 03:45:55 | 17 | HONG KONG TOY FAIR? |
| 03:45:56 | 18 | A. (*IN ENGLISH*) YES. |
| 03:45:58 | 19 | Q. AND IT LOOKS LIKE DAVID MARTIN WORKS FOR A |
| 03:46:02 | 20 | COMPANY CALLED LIV DESIGN? |
| 03:46:05 | 21 | A. (*IN ENGLISH*) I THINK IT'S KIND OF |
| 03:46:07 | 22 | FREELANCE, RIGHT? BECAUSE LIV DESIGN, I HAVE NO |
| 03:46:12 | 23 | IDEA ABOUT THIS COMPANY. |
| 03:46:15 | 24 | Q. DO YOU REMEMBER DAVID MARTIN NOW THAT |
| 03:46:17 | 25 | YOU'VE SEEN THIS E-MAIL? |

EXHIBIT _____ 15

PAGE _____ 319

183

CONFIDENTIAL DEPOSITION OF MEI WAH (SARAH) CHUI

| | | |
|---|---|---|
| 03:46:18 | 1 | A. (*IN ENGLISH*) WHEN I SEE THAT -- WHEN I |
| 03:46:18 | 2 | SAW THAT, I REMEMBER, BUT YEAH, THIS NOT -- MAYBE I |
| 03:46:23 | 3 | ONLY CONTACT ONE OR TWO TIMES. |
| 03:46:24 | 4 | Q. OKAY. AND DO YOU RECALL WHAT EXACTLY HE |
| 03:46:29 | 5 | DID FOR MGA IN CONNECTION WITH BRATZ? |
| 03:46:35 | 6 | A. (*IN ENGLISH*) YEAH. THIS LAYOUT. |
| 03:46:36 | 7 | Q. OKAY. AND THAT'S IT? |
| 03:46:37 | 8 | A. (*IN ENGLISH*) YEAH. |
| 03:46:39 | 9 | Q. DO YOU KNOW WHY HE WAS HIRED TO DO THIS |
| 03:46:41 | 10 | LAYOUT? |
| 03:46:41 | 11 | MR. FEINSTEIN: OBJECTION. LACK OF |
| 03:46:42 | 12 | FOUNDATION. |
| 03:46:42 | 13 | THE DEPONENT: (*IN ENGLISH*) MAYBE SOMEONE |
| 03:46:44 | 14 | DECIDED, BUT I DON'T KNOW. |
| 03:46:49 | 15 | BY MR. PROCTOR: |
| 03:46:49 | 16 | Q. YOU WEREN'T INVOLVED IN THAT? |
| 03:46:50 | 17 | A. (*IN ENGLISH*) YEAH. |
| 03:46:59 | 18 | Q. WERE YOU INVOLVED IN NEW YORK TOY FAIR IN |
| 03:47:03 | 19 | 2001? |
| 03:47:03 | 20 | A. (*IN ENGLISH*) NO. |
| 03:47:10 | 21 | Q. WERE YOU INVOLVED IN HONG KONG TOY FAIR IN |
| 03:47:12 | 22 | 2000? |
| 03:47:13 | 23 | A. (*IN ENGLISH*) 2000? PROBABLY NOT. |
| 03:47:20 | 24 | Q. NO? |
| 03:47:20 | 25 | A. (*IN ENGLISH*) 2000, YOU MEAN? |

EXHIBIT _15_

PAGE _320_

184

CONFIDENTIAL DEPOSITION OF MEI WAH (SARAH) CHUI

| 03:47:22 | 1 | **Q.** YEAR 2000. |
| 03:47:24 | 2 | **A.** (*IN ENGLISH*) MAYBE JUST HELP SOME KIND OF |
| 03:47:29 | 3 | LITTLE BIT SET UP, BUT, YOU KNOW, NOT ALL THE |
| 03:47:30 | 4 | SHOWROOM. |
| 03:47:32 | 5 | **Q.** DO YOU RECALL WHAT PRODUCTS MGA DISPLAYED |
| 03:47:34 | 6 | AT THE HONG KONG TOY FAIR IN THE YEAR 2000? |
| 03:47:39 | 7 | **A.** (*IN ENGLISH*) NO. YEAH. |
| 03:47:40 | 8 | **Q.** DO YOU RECALL PEOPLE'S REACTIONS TO THE |
| 03:47:41 | 9 | BRATZ DISPLAY AT THE HONG KONG TOY FAIR IN 2001? |
| 03:47:46 | 10 | **MR. FEINSTEIN:** OBJECTION. LACK OF |
| 03:47:47 | 11 | FOUNDATION. |
| 03:47:56 | 12 | **THE DEPONENT:** DO YOU MEAN REACTION? |
| 03:47:58 | 13 | **BY MR. PROCTOR:** |
| 03:47:59 | 14 | **Q.** YEAH. |
| 03:48:05 | 15 | **MR. FEINSTEIN:** OBJECTION. LACK OF |
| 03:48:06 | 16 | FOUNDATION. CALLS FOR SPECULATION. |
| 03:48:08 | 17 | **THE DEPONENT:** (*IN ENGLISH*) I DON'T KNOW |
| 03:48:09 | 18 | BECAUSE I DIDN'T DO ANY RESEARCH. |
| 03:48:11 | 19 | **BY MR. PROCTOR:** |
| 03:48:12 | 20 | **Q.** I'M JUST ASKING IF YOU RECALL PEOPLE'S |
| 03:48:15 | 21 | REACTIONS. |
| 03:48:19 | 22 | YOU WERE THERE, RIGHT? |
| 03:48:20 | 23 | **A.** (*IN ENGLISH*) YEAH, BUT I'M NOT IN THE |
| 03:48:21 | 24 | SHOW. I JUST SET UP, AND THEN I NEED TO GO BACK TO |
| 03:48:24 | 25 | WORK. YEAH. |

EXHIBIT ___15___

PAGE ___321___

185

CONFIDENTIAL DEPOSITION OF MEI WAH (SARAH) CHUI

03:48:25  1      Q.   OKAY.  SO YOU DIDN'T STAY AT THE TOY FAIR?

03:48:27  2      A.   (*IN ENGLISH*)  YEAH, SURE.

03:48:28  3      Q.   YOU DID STAY?  DID NOT STAY?

03:48:28  4      A.   (*IN ENGLISH*)  I DIDN'T STAY.  I DID NOT

03:48:37  5  STAY.

03:48:37  6      Q.   OKAY.  SO YOU SET UP THE DISPLAY FOR THE

03:48:37  7  BRATZ DOLLS AT THE TOY FAIR --

03:48:37  8      A.   (*IN ENGLISH*)  YEAH.

03:48:37  9      Q.   -- BUT THEN WENT BACK TO MGA'S OFFICES?

03:48:37 10      A.   (*IN ENGLISH*)  YEAH.  THIS IS ONLY THE SAME

03:48:38 11  OFFICE BUT IN OTHER AREA.

03:48:41 12      Q.   WHERE WAS -- STRIKE THAT.

03:48:44 13           WHERE WAS THE HONG KONG TOY FAIR IN 2001?

03:48:47 14  PHYSICALLY WHERE WAS IT LOCATED?

03:48:52 15      A.   (*IN ENGLISH*)  INSIDE THE COMPANY.

03:48:54 16      Q.   INSIDE MGA?

03:48:54 17      A.   (*IN ENGLISH*)  YEAH, INSIDE MGA OFFICE.

03:48:56 18      Q.   OKAY.  AND SO YOU WENT TO A DIFFERENT MGA

03:48:59 19  OFFICE AND SET UP THE BRATZ DISPLAY AND THEN WENT

03:49:02 20  BACK TO YOUR OWN OFFICE AFTERWARDS?

03:49:04 21      A.   (*IN ENGLISH*)  YEAH.  ONCE I SET UP, WHEN

03:49:07 22  THE SETUP IS DONE, SO I WENT BACK TO THE SEAT AND

03:49:11 23  KEPT GOING ON.

03:49:12 24      Q.   AND YOU HAVE NO IDEA WHICH POTENTIAL

03:49:14 25  BUYERS WERE INVITED TO COME LOOK AT THE DISPLAY AT

EXHIBIT ___15___

PAGE ___372___

186

CONFIDENTIAL DEPOSITION OF MEI WAH (SARAH) CHUI

| | | |
|---|---|---|
| 03:49:17 | 1 | THAT TIME? |
| 03:49:17 | 2 | A. (*IN ENGLISH*) YEAH. NO INTENTION. |
| 03:49:36 | 3 | Q. WHO'S COLLEEN O'HIGGINS? COLLEEN |
| 03:49:40 | 4 | O'HIGGINS. |
| 03:49:40 | 5 | A. (*IN ENGLISH*) COLLEEN O'HIGGINS? COLLEEN? |
| 03:49:50 | 6 | (*THROUGH THE INTERPRETER*) SOME |
| 03:49:50 | 7 | RECOLLECTION ABOUT THAT. |
| 03:49:53 | 8 | Q. DO YOU RECALL WHO SHE IS? |
| 03:49:54 | 9 | A. (*IN ENGLISH*) COLLEEN? HOW DO YOU SPELL? |
| 03:49:58 | 10 | Q. O'HIGGINS? "O," APOSTROPHE, |
| 03:50:00 | 11 | H-I-G-G-I-N-S. |
| 03:50:10 | 12 | A. (*IN ENGLISH*) NOT SURE. |
| 03:50:18 | 13 | (*THROUGH THE INTERPRETER*) MAYBE I MAY |
| 03:50:18 | 14 | HAVE SOME RECOLLECTION ABOUT THAT. |
| | 15 | (*DEFENDANT'S EXHIBIT 920 WAS* |
| | 16 | *MARKED FOR IDENTIFICATION BY THE* |
| | 17 | *DEPOSITION OFFICER AND IS BOUND UNDER* |
| | 18 | *SEPARATE COVER.*) |
| 03:50:47 | 19 | BY MR. PROCTOR: |
| 03:50:54 | 20 | Q. MARKED AS EXHIBIT 920 IS AN E-MAIL CHAIN, |
| 03:50:57 | 21 | AT THE TOP FROM JANET LAM TO PAULA TREANTAFELLES AND |
| 03:51:01 | 22 | OTHERS, DATED JANUARY 2, 2001. |
| 03:51:05 | 23 | AFTER YOU'VE HAD A CHANCE TO LOOK AT THIS, |
| 03:51:06 | 24 | PLEASE LET ME KNOW IF YOU RECOGNIZE IT. |
| 03:51:11 | 25 | A. LET ME READ IT FIRST. |

EXHIBIT _____ 15

PAGE _____ 323

187

| | | |
|---|---|---|
| 03:52:07 | 1 | (*IN ENGLISH*) OKAY. YEAH. |
| 03:52:08 | 2 | Q. DO YOU RECOGNIZE THIS? |
| 03:52:09 | 3 | A. (*IN ENGLISH*) YES. |
| 03:52:10 | 4 | Q. DO YOU RECALL RECEIVING THIS E-MAIL? |
| 03:52:12 | 5 | A. (*IN ENGLISH*) YES. |
| 03:52:16 | 6 | Q. DO YOU SEE THE BOTTOM, ON DECEMBER 28, |
| 03:52:18 | 7 | 2000, MS. TREANTAFELLES SENT TO YOU AND OTHERS AN |
| 03:52:22 | 8 | E-MAIL SAYING: |
| 03:52:24 | 9 | "PLEASE NOTE THAT I SENT TO YOU |
| 03:52:25 | 10 | TODAY: 7 BRATZ BOARDS FOR THE |
| 03:52:28 | 11 | HONG KONG TOY FAIR SHOWROOM"? |
| 03:52:29 | 12 | A. (*IN ENGLISH*) YES. |
| 03:52:33 | 13 | (*THROUGH THE INTERPRETER*) THAT'S HOW IT |
| 03:52:34 | 14 | IS WRITTEN HERE. |
| 03:52:37 | 15 | Q. AND THEN SHE WROTE BELOW THAT THAT SHE |
| 03:52:45 | 16 | ALSO SENT BRATZ ISSUE DECO INFORMATION FOR |
| 03:52:48 | 17 | PRODUCTION. DO YOU SEE THAT? |
| 03:52:49 | 18 | A. (*IN ENGLISH*) YES. |
| 03:52:50 | 19 | Q. DO YOU SEE SHE WROTE BELOW THAT: |
| 03:52:52 | 20 | "PLEASE NOTE THAT SINCE THE |
| 03:52:54 | 21 | BRATZ SAMPLES ARE SO FRAGILE, I AM |
| 03:52:56 | 22 | GOING TO HAVE COLLEEN HAND CARRY |
| 03:52:59 | 23 | THEM"? |
| 03:53:00 | 24 | A. (*IN ENGLISH*) YES. |
| 03:53:02 | 25 | Q. DO YOU KNOW -- DO YOU KNOW WHY THE BRATZ |

EXHIBIT _15_

PAGE _324_

188

CONFIDENTIAL DEPOSITION OF MEI WAH (SARAH) CHUI

| 03:53:04 | 1 | SAMPLES WERE FRAGILE AND WHICH SAMPLES WERE BEING |
| 03:53:07 | 2 | REFERRED TO? |
| 03:53:10 | 3 | A.   IT'S BECAUSE THEY WERE HAND SAMPLES AND |
| 03:53:20 | 4 | BECAUSE USUALLY THIS MATERIAL IS NOT THAT -- IS NOT |
| 03:53:27 | 5 | THAT STURDY.   YEAH, MORE OR LESS IT WAS LIKE THAT. |
| 03:53:32 | 6 | Q.   OKAY.   BECAUSE THEY WERE THE HANDMADE -- |
| 03:53:36 | 7 | THE SAMPLES THAT -- THIS GOES BACK TO WHAT WE WERE |
| 03:53:39 | 8 | TALKING ABOUT EARLIER.   THE SAMPLES THAT YOU SHOWED |
| 03:53:41 | 9 | AT HONG KONG TOY FAIR JANUARY 2001 WERE HANDMADE |
| 03:53:44 | 10 | DOLLS AS OPPOSED TO MASS-PRODUCED DOLLS? |
| 03:53:58 | 11 | A.   YEAH.   I BELIEVE THEY WERE HAND SAMPLES. |
| 03:54:01 | 12 | Q.   OKAY.   AND WHAT'S THE PRODUCTION PROCESS |
| 03:54:02 | 13 | FOR A HAND SAMPLE LIKE THAT? |
| 03:54:08 | 14 | MR. FEINSTEIN:   OBJECTION.   LACK OF |
| 03:54:08 | 15 | FOUNDATION.   CALLS FOR SPECULATION.   VAGUE. |
| 03:54:19 | 16 | THE DEPONENT:   ARE YOU SAYING THAT THE |
| 03:54:21 | 17 | GENERAL HAND SAMPLE?   GENERAL HAND SAMPLE? |
| 03:54:25 | 18 | BY MR. PROCTOR: |
| 03:54:26 | 19 | Q.   SURE. |
| 03:54:27 | 20 | A.   THERE ARE VERY MANY DIFFERENT WAYS OF |
| 03:54:29 | 21 | MAKING THEM. |
| 03:54:30 | 22 | Q.   OKAY.   DO YOU RECALL BEING TOLD THAT THE |
| 03:54:34 | 23 | HAND SAMPLE BRATZ DOLLS YOU WERE GIVEN FOR HONG KONG |
| 03:54:37 | 24 | TOY FAIR BEGINNING OF 2001 WERE, IN FACT, FRAGILE? |
| 03:54:51 | 25 | MR. FEINSTEIN:   OBJECTION.   THE DOCUMENT |

EXHIBIT _____ 15 _____ 189

PAGE _____ 325

A & E Court Reporters     (213) 955-0070     Fax: (213) 955-0077

CONFIDENTIAL DEPOSITION OF MEI WAH (SARAH) CHUI

1  DEPONENT.  [FED. R. CIV. P. 30(F)(1)].

2       BEFORE COMPLETION OF THE DEPOSITION, REVIEW OF

3  THE TRANSCRIPT [X] WAS [ ] WAS NOT REQUESTED.  IF

4  REQUESTED, ANY CHANGES MADE BY THE DEPONENT (AND

5  PROVIDED TO THE REPORTER) DURING THE PERIOD ALLOWED

6  ARE APPENDED HERETO.  [FED. R. CIV. P. 30(E)].

7

8

9  DATED:  OCTOBER 16, 2007.

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

EXHIBIT _____ 15

PAGE _____ 326       232

A & E Court Reporters     (213) 955-0070     Fax: (213) 955-0077

**EXHIBIT 16**

1          UNITED STATES DISTRICT COURT

           CENTRAL DISTRICT OF CALIFORNIA

2             EASTERN DIVISION

3                    .

4      CARTER BRYANT, an individual,

5              Plaintiff,

                    CASE NO.

6         vs.        CV 04-9040 SGL(RNBx)

                    Consolidated with

7                   Case No. CV 04-09059

                    Case No. CV 05-02727

8

       MATTEL, INC., a Delaware

9      corporation,

10             Defendant.

11

       _____

12     AND CONSOLIDATED ACTIONS

       _____

13

14

15        DEPOSITION OF ROBERT ALLEN TONNER

16           New York, New York

17         Friday, March 21, 2008

18

19

20

21     Reported by:

       Steven Neil Cohen, RPR

22

23     JOB NO. 84793

24

25

EXHIBIT ___/ 6___

PAGE ___327___

Tonner, Robert - Vol 1

1          March 21, 2008

2              10:00 a.m.

3

4          Videotaped Deposition of ROBERT

5     ALLEN TONNER, taken by Defendant, pursuant

6     to stipulation, at the offices of Quinn

7     Emanuel Urquhart Oliver & Hedges, LLP, 51

8     Madison Avenue, New York, New York, before

9     Steven Neil Cohen, a Registered Professional

10    Reporter and Notary Public of the State of

11    New York.

12

13

14

15

16

17

18

19

20

21

22

23

24

25

EXHIBIT _____ 16

PAGE _____ 328

Unsigned                                    Page 2

Tonner, Robert - Vol 1

1          APPEARANCES

2

3     SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

4     Four Times Square

5     New York, New York 10036

6        Attorneys for MGA and Robert Allen

7        Tonner

8     BY:   KENNETH A. PLEVAN

9

10    QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

11    865 South Figueroa Street

12    10th Floor

13    Los Angeles, California 90017

14

         Attorneys for Defendant

15

        BY:   JON COREY, ESQ.

16

17

18    ALSO PRESENT:

19        Thomas DelVecchio, Videographer

20

21

22

23

24

25

EXHIBIT _____ 16
PAGE _____ 329

1   it I told them what I thought.

2       They said, talk about this in your

3   report.

4       Q.   Who wrote your report?

5       A.   I did.

6       Q.   Did the lawyers provide any

7   commentary on it?

8       A.   When they did it was more like

9   clarity.  What do you mean by this?  What

10  exactly do you mean by this?  Or is this

11  what you meant, that sort of thing.

12      Q.   Did they mark it up?  Were there

13  drafts going back and forth?

14      A.   No.  It was, you know, there

15  wasn't a lot either but I would get a call

16  and do you mean this or whatever.  Do you

17  mean this or do you mean this?

18      Q.   Can you remember a specific

19  example?

20      A.   No.

21      Q.   What are the opinions that you are

22  offering?

23      A.   What are the opinions that I am

24  offering?

25      Q.   Yes.

EXHIBIT _____ 16 _____

PAGE _____ 330 _____

Tonner, Robert - Vol 1

1       A.    That from all the stuff I have

2    read and looked at that what -- how Carter

3    Bryant, and when he came up with the idea

4    for Bratz, rang true to me.  That was one of

5    the opinions.

6            My opinion on input from other

7    people, when you are putting a doll project

8    together, the sculptor, the designers, the

9    project manager, that sort of thing, you

10   know, how important I thought that was or

11   wasn't.

12           Those were the opinions.

13      Q.    Any others?

14      A.    There might be but I would have to

15   look at my report.

16      Q.    We will look at your report -- we

17   will look at your report in just a minute.

18      A.    Okay.

19      Q.    With respect to the first opinion

20   that you are offering that Carter Bryant's,

21   the how and why of Carter Bryant's creation

22   of Bratz rang true, what do you understand

23   that story to be?

24      A.    That in 1998 Carter's doodling or

25   whatever, and he is driving back and forth

EXHIBIT ___1b___

PAGE ___331___

Tonner, Robert - Vol 1

1    from Old Navy where he was working and he

2    saw some kids hanging out at a schoolyard,

3    you know, and he thought that that attitude

4    is really cool, that would make a great

5    doll, so he went home and sketched the group

6    of dolls.

7        To me that is a very real way

8    inspiration comes about.

9    Q.   What do you mean by that, that is

10    a real way that inspiration comes about?

11    A.   Well, I believe that inspiration

12    doesn't -- it just doesn't pop out -- most

13    times there is influences all around you and

14    you know what looks like a good idea or what

15    looks like a totally unique thing is usually

16    not.

17        There is stuff around, there is

18    prior stuff that it all kind of comes

19    together.

20        For instance, Ruth Handler with

21    Barbie.  That was a ground breaking genius

22    doll but the doll was -- had already been

23    out there.

24        It was a German doll.  The -- she

25    saw her daughter, from what I understand

EXHIBIT ___16___

PAGE ___332___

Unsigned                      Page  59