Tonner, Robert - Vol 1

1    from the stories, she saw her daughter

2    playing with paper dolls and they

3    represented adult figures and these adult

4    figures, she saw how the kids loved playing

5    with these more grown up things.

6         The dolls out there at the time

7    were very baby-like and so she kind of had

8    this uh-huh moment where the doll should be

9    more grown up, it should look more real, and

10   that is when I think she went looking for

11   the doll.

12       It is kind of that inspirational

13   a-ha sort of thing.

14   Q.   So for a designer like this there

15   is going to be some kind of visual stimulus

16   or some kind of event that is going to put

17   them in a creative mode to come up with

18   something?

19   A.   I think for most artists there are

20   and it is how you put what you see out

21   there, you know.

22       You know, different references

23   from growing up and from this and that,

24   something hits you and oh, that is a good

25   idea.

EXHIBIT _____ 16

PAGE _____ 333

Unsigned                              Page 60

1          Mr. Robert Tonner.

2              We are off the record.

3              (Recess)

4              THE VIDEOGRAPHER:  The time is

5          11:33 a.m., Friday, March 21, 2008.

6              This is tape number 2 of the

7          videotaped deposition of Mr. Robert

8          Tonner.

9              We are back on the record.

10         BY MR. COREY:

11             Q.    I will just remind you, Mr.

12         Tonner, that you remain under oath.

13             A.    Right.

14             Q.    When we took the break you had

15         identified for me the two inspirations that

16         you understood Mr. Bryant was relying on for

17         the creation of Bratz in 1998 and those were

18         the seeing the kids in the schoolyard and

19         Seventeen Magazine; is that right?

20             A.    That is right, but I do want to

21         say something else to that.

22             Those are the ones I remember.  I

23         would have to go through the depositions and

24         all of that to really -- to pinpoint any

25         others but what I said all along and what I

EXHIBIT _____ 16
PAGE _____ 334

Unsigned                          Page 64

Tonner, Robert - Vol 1

1    believe to be true is that, you know, an

2    artist brings all kinds of stuff with him.

3           Even if he is not mentioning it,

4    it is stuff that is around, it is stuff in

5    the air.

6           That is what Carter's inspiration

7    was.  That is what was out there at the

8    time.

9    Q.    What do you understand he has

10   identified as the inspiration?

11   A.    The two things I remember off the

12   top of my head are the schoolyard meeting

13   and fashion and stuff that was around at the

14   time.

15   Q.    Meaning the Seventeen Magazine?

16   A.    Right.

17   Q.    I understand that we all live in

18   the world and we see things everyday.

19          That is how advertisers make their

20   money.

21   A.    Right.

22   Q.    But I want to draw a distinction

23   between kind of the ambient things that he

24   may have been exposed to and the things that

25   he specifically identified.

EXHIBIT _____ 16

PAGE _____ 335

Tonner, Robert - Vol 1

```
1              I want to talk about the things

2     that he specifically identified.

3              With respect to the Seventeen

4     Magazine, was -- do you understand there to

5     be specific things in the Seventeen Magazine

6     that he relied on or just generally the

7     magazine itself?

8         A.   Yes.

9              I understood that there were

10    certain things that sparked his interest in

11    that magazine.

12        Q.   What do you understand those to

13    be?

14        A.   One was a picture of the Dixie

15    Chicks, I believe he said.

16             He named some ads like the Steve

17    Madden ad, Paris Blues ad, a Coke ad, and

18    then from my -- from my recollection he kind

19    of stated kind of the whole magazine.  It

20    was full of images like that.

21        Q.   Do you know whether he subscribed

22    to Seventeen Magazine?

23        A.   I have no idea.

24        Q.   Do you subscribe to Seventeen

25    Magazine?
```

EXHIBIT ___1 b___

PAGE ___336___

Tonner, Robert - Vol 1

1    Then as far as the other part goes

2    I think what -- no one had asked me what is

3    his contribution worth until that January 3

4    meeting and then Paul Meyer I believe asked

5    me what I thought and that is when it kind

6    of gelled in me that it was -- I mean, I had

7    been thinking along that line.

8    Q.   So Mr. Meyer kind of asked you

9    point-blank to put a number on it?

10    A.   Point-blank --

11    Q.   I will withdraw the question.

12    What did Mr. Meyer ask you to do

13    or what did he ask you?

14    A.   From what I remember it was just a

15    general discussion on what I thought the

16    worth of the idea was.

17    Q.   So you had reached that conclusion

18    or that opinion at the January 3 meeting?

19    A.   That is the first time anybody

20    asked me about it, but, you know, it was

21    never -- I didn't go through this process

22    and at one time go, oh, yes, that is what I

23    know.

24    I mean, the way the business works

25    is that, you know, there is an idea, there

EXHIBIT _____ 16

PAGE _____ 337

1    is different parts of it and that is what I

2    have always believed, that the idea can be

3    great but if people don't -- can't follow it

4    through it is worthless.

5        So that percentage thing was not

6    something that, you know, I was asked to

7    decide or whatever.  It was something that I

8    come to over years of being in this

9    business.

10   Q.   Is that true for -- is the

11   designer's input always worth 15 to

12   20 percent?

13   A.   Well, I think mine is worth more,

14   and I say that -- I am joking, but I do say

15   that in that I do more than that.

16       I come up with the idea but then I

17   sculpt it and then sometimes I design it.

18   Q.   I understand that in your company

19   you wear more than one of these hats.

20   A.   At times, yes.

21   Q.   My question is different.

22       As an industry standard is the

23   designer's input always worth 15 to

24   20 percent?

25   A.   The idea percent you mean?

EXHIBIT _16_

PAGE _338_

Tonner, Robert - Vol 1

1      Q.   Yes.

2      A.   I would say so.

3      Q.   So for -- do you know what other

4   products MGA carries?

5      A.   There is multiple fashionee or

6   sort of little girl dolls.

7           They do this thing, three hearts

8   or two little girls together in a heart

9   shaped box.  They have done that.

10          There is this long fashion doll

11  that they have come out with.

12          They have done a few kind of, I

13  think, kind of trying to expand their --

14  they have done princesses, stuff like that.

15          I should finish a sentence, right?

16          Princesses and things like that

17  that -- where they are trying to build their

18  presence in the Toys-R-Us sort of

19  environment.

20     Q.   It is your opinion that

21  industry-wide, regardless of the product,

22  fashion doll product, that the designer's

23  portion is 15 to 20 percent?

24     A.   Right.

25     Q.   That is true whether it is a game

EXHIBIT  _16_

PAGE  _339_

Unsigned                                Page  105

1    changing doll like Bratz or whether it is

2    the next doll that wets, the next baby that

3    wets?

4        A.    Well, I think you are talking

5    about two different things.

6        Q.    That is right.

7             Let's limit it to MGA's, the two

8    girls in the heart shaped box that you

9    identified.

10            Is that a game changing product?

11       A.    No.

12       Q.    Is the designer's -- how much is

13   the designer's input worth on that, the idea

14   designer?

15       A.    In retrospect, probably even less

16   than 15 to 20 percent.

17       Q.    Is there any instances where you

18   can think of that the designer's input is

19   worth less than 15 to 20 percent?

20       A.    Not off -- I don't believe so.

21       Q.    How are you breaking this down?

22            Are you breaking this down on kind

23   of the time spent or what they are paid or

24   what is the standard?

25       A.    I am using it as the springboard

EXHIBIT ___16___

PAGE ___340___

Tonner, Robert – Vol 1

1    great packaging and design," referring to

2    Bratz.

3          What does "design" mean in that

4    sentence?

5          A.   I am referring to the whole look

6    of it.  I am referring to the doll, the

7    clothes, the color, the weight of the

8    cardboard, the whole package.

9          Again, by "package" I don't mean

10   the outside covering.  I mean everything

11   that went into this product.

12         Q.   Did you have any conversations

13   with anyone after you saw Bratz the first

14   time; what a great product this is, look how

15   unique it is?

16         A.   With other collectors I am sure I

17   did at the time.  I can't remember a

18   specific period but we talked about it.

19         Q.   Do you own any Bratz dolls?

20         A.   Yes.

21         Q.   Is it part of your collection or

22   is that something different?

23         A.   Yes.  It is part of my collection.

24         I collect all kinds of fashion

25   dolls.

EXHIBIT _____ 16 _____

PAGE _____ 341 _____

Tonner, Robert - Vol 1

1        I have a lot of Barbies and

2        anything else that is new and interesting

3        that comes into the marketplace so I bought

4        Bratz.

5        Q.    Then you say here that the, you

6        said this before, toward the bottom of the

7        last paragraph of that section that Mr. --

8        "After hearing Mr. Bryant's story about the

9        creation of the Bratz line, his story rang

10       true to me."

11       Have you been asked to determine

12       whether his story, his creation story, is

13       actually true?

14       A.    Actually true?

15       Q.    Yes.

16       A.    I have no way -- I mean, I have no

17       way of knowing that.

18       No.  No one has asked is that

19       actually true.

20       From the information that is

21       available to me, it sounds right on.  It

22       sounds perfect.

23       Can I know that everything is

24       100 percent true?  There is no way I can

25       know that.

EXHIBIT ___16___

PAGE ___342___

Tonner, Robert - Vol 1

1       Q.   Have you looked at -- would your

2   opinion change if it could be demonstrated

3   that the drawings forensically can be dated

4   to 1999 and 2000?

5       A.   What part of my --

6       Q.   Whether the story rang true.

7       A.   Well, yes and no, and I will

8   explain that.

9            You know what?  He -- the idea for

10   Bratz could have happened even if the

11   sketches weren't done until later.

12           That idea could have come to him

13   at that time so that is -- that is the, you

14   know, the part that I would still, you know,

15   I believe that.  It makes perfect sense.

16           To me it is an interesting thing

17   that he nailed that moment, that one moment

18   where he came up with the idea.

19           That is what really -- so if the

20   sketch was done right at that moment when he

21   got home or if it was done a few months

22   later it still could ring true to me that

23   that is when he came up with the idea.

24       Q.   You saw in his depositions that he

25   said that he made the sketches when he went

EXHIBIT ____16____

PAGE ____343____

Unsigned                              Page  124

1      home?

2      A.    Right after, yes.

3            MR. PLEVAN:  Let him finish his

4      question because then I can't hear you.

5            I don't know if you want to go

6      back on that.

7            MR. COREY:  Off the record.

8            THE VIDEOGRAPHER:  The time is

9      12:46 p.m., Friday, March 21, 2008.

10           This is the end of tape number 2

11     of the videotaped deposition of

12     Mr. Robert Tonner.

13           We are off the record.

14           (Recess)

15           THE VIDEOGRAPHER:  The time is

16     12:56 p.m., Friday, March 21, 2008.

17           This is tape number 3 of the

18     videotaped deposition of Mr. Robert

19     Tonner.

20           We are back on the record.

21     BY MR. COREY:

22     Q.    So let me ask you again, if it can

23     be shown that the drawings were, in fact,

24     created in 1999 and 2000, would that change

25     your opinion about the creation story?

EXHIBIT _____ /6

PAGE _____ 344

Unsigned                              Page  125

Tonner, Robert - Vol 1

1     A.   It would not change my opinion

2     about the -- where the idea came from, no.

3        Q.   Your opinion would continue to be

4     that that is a plausible creation story?

5     A.   Correct.

6        Q.   Have you been shown any of the

7     expert reports that Mattel submitted dating

8     the drawings?

9     A.   No.

10       Q.   Have you been told that MGA took

11    steps to conceal that Carter Bryant was the

12    creator of Bratz?

13    A.   No.

14       Q.   Would that change your opinion if

15    that were true?

16    A.   No.

17       Q.   When did you first learn that

18    Carter Bryant created Bratz?

19    A.   When we started talking about this

20    case, with the prior law firm.

21       Q.   With O'Melveny & Myers?

22    A.   Right.

23       Q.   You didn't know before you talked

24    to Ms. Cendali that he was the creator of

25    Bratz?

EXHIBIT _____ 16

PAGE _____ 345

Tonner, Robert - Vol 1

1    A.   No, I didn't.

2    Q.   Did that strike you curious that

3    you didn't know who the creator was?

4    A.   No.  You know, it depends on the

5    company and on the way they want to handle

6    who creates what.

7         Whether or not they are going to

8    let a person out there or not and you know

9    how much a person has going forward, how

10   much -- if a company buys a product, if the

11   person leaves or goes out of the business or

12   something, they want to focus their whole

13   business on a person that may or may be

14   there later.

15   Q.   Do you own any Carter Bryant

16   Barbie dolls?

17   A.   Well, possibly.  I can't say for

18   sure, but I may -- I don't know exactly what

19   he did.

20        I know there was, in and around

21   2000 or maybe 1999 or sometime, they were

22   promoting their designers at Mattel for the

23   collectible market and I know he came out

24   with -- there was a Barbie doll with his

25   picture on it, and whether or not I bought

EXHIBIT _____16_____

PAGE _____346_____

Unsigned                                    Page  127

1    the same time as Bratz is a phenomena like

2    you identified of the Pirates dolls being

3    created as a result of the Pirates of the

4    Caribbean?

5        A.   Yes.

6        Q.   Do you know whether Carter Bryant

7    had access to either the Diva Starz or Toon

8    Teens design before he created Bratz?

9        A.   I have no idea.

10       Q.   But it is your opinion that Bratz

11   was neither -- was not copied by Mr. Bryant

12   to create Bratz?

13       A.   I am sorry.

14       Q.   It is your opinion that Mr. Bryant

15   did not copy Toon Teens to create Bratz?

16       A.   Yes.  It is my opinion that he did

17   not copy Toon Teens to do Bratz.

18          I think I got that right.

19       Q.   It is also your opinion that he

20   was not inspired by Toon Teens to create

21   Bratz?

22       A.   Correct.

23       Q.   What do you base those on?

24       A.   First of all, there is, like, just

25   what we have talked about.

EXHIBIT _____ 16

PAGE _____ 347

1          There is all this stuff out there.

2     So the fact that a few different people come

3     up with something that was vaguely similar

4     that had some sort of stuff that was like

5     other stuff, there is a such huge

6     differences in my way of looking at Toon

7     Teens versus Bratz, that it doesn't, I mean

8     it is apples and oranges.

9          There is very little to connect

10     them and, you know, I mean, Toon Teens is --

11     I haven't seen them in person but Toon Teens

12     is a soft sort of thing.

13          I did just yesterday see a sketch

14     of a Toon Teen and it has this little girl

15     body as opposed to the Bratz body.

16          This has cartoon features, cartoon

17     hair, all that sort of stuff.

18          I think that they have very little

19     relation to each other, very little

20     similarities.

21          I can't see -- I can't see Carter

22     using this as an inspiration.

23     Q.    You think it is more likely that

24     he used the Seventeen Magazine materials?

25     A.    I think, yes.  It is more likely

EXHIBIT _____ 16

PAGE _____ 348

Tonner, Robert - Vol 1

1    that he pulled from what was around him,

2    yes.

3         Q.    If you turn the page there is a

4    page 10.

5             Look at the top couple paragraphs

6    there.  If you want to look at those --

7             MR. PLEVAN:  Out of the exhibits,

8    back to the text.

9             THE WITNESS:  Okay.

10            MR. PLEVAN:  Sorry.

11   BY MR. COREY:

12        Q.    I would like you to look at a

13   couple of paragraphs starting with shoes and

14   boots at the top of page 10.

15            I will have some questions about

16   that.

17        A.    Just that paragraph?

18        Q.    And the next one.

19            Have you had a chance to look at

20   those paragraphs?

21        A.    Yes.

22        Q.    Now is it your opinion that the --

23   is it the appearance of some of the ads in

24   Seventeen Magazine in August of 1998 that

25   support your conclusion about the timing of

EXHIBIT _____ 16

PAGE _____ 349

Unsigned                        Page  135

Tonner, Robert - Vol 1

1       the creation of Bratz?

2           A.   It is -- wait.  Sorry.  Do that

3       again.

4           Q.   Sure.

5               You said that one of the things

6       that you are aware of that Mr. Bryant

7       identified as being his inspiration was the

8       1998 issue of Seventeen Magazine.

9           A.   Right.

10          Q.   My question is, it is the timing

11      of that particular magazine that you are

12      relying on to support your conclusion that

13      the creation story is plausible?

14          A.   I think the creation started well

15      before that.

16              Again, it is the stuff that is

17      around.  I think what that magazine did for

18      Carter Bryant was gel it.

19              It just -- it helped cement these

20      things floating in his head or whatever,

21      these things that were around that were out

22      there.

23              That magazine kind of said -- made

24      him focus on it.  That is how I see that.

25              There were multiple images in that

EXHIBIT _____ 16

PAGE _____ 350

Unsigned                                    Page  136

**EXHIBIT 17**

CERTIFIED COPY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - EASTERN DIVISION

CARTER BRYANT, AN INDIVIDUAL, )
)
PLAINTIFF, )
)      CASE NO.
V. )      CV 04-9040 SGL (RNBX)
)
MATTEL, INC., A DELAWARE )
CORPORATION, ET AL., )
)
DEFENDANTS. )
_____)
)
AND CONSOLIDATED ACTION (S). )
)

# C O N F I D E N T I A L

**(THIS TRANSCRIPT HAS BEEN DESIGNATED CONFIDENTIAL, ATTORNEYS' EYES ONLY)**

# DEPOSITION OF DEBORA MIDDLETON

# MARCH 19, 2008

**REPORTED BY:**
APRIL CRUZ CACULITAN
CSR NO. 12437
JOB NO. 08AE211-AC

EXHIBIT _____ 17
PAGE _____ 351

A&E COURT REPORTERS
515 S. Flower Street
Suite 3600
Los Angeles, California 90071
Office: (213) 955-0070
Fax: (213) 955-0077

1      Q     DID THE -- DID THE -- WAS THERE A DISCUSSION

2   ABOUT THE PROPOSAL INSIDE MGA?

3      A     I WASN'T PRIVY TO THE DISCUSSION.

4      Q     AND DO YOU KNOW WHETHER THERE WERE ANY

5   MEETINGS -- DID YOU EVER TALK TO ISAAC LARIAN ABOUT IT?

6      A     NO.

7      Q     DID YOU HAVE ANY MEETING -- SO YOU WEREN'T

8   INVOLVED ANY MEETINGS WITH ISAAC LARIAN ABOUT IT?

9      A     NO.

10     Q     OKAY.  AND ULTIMATELY THEY APPROVED IT;

11  RIGHT?

12     A     YES.

13     Q     OKAY.  AND WHO TOLD YOU THAT THEY APPROVED

14  IT?

15     A     I DON'T REMEMBER EXACTLY.

16     Q     AND THEN WHAT DID YOU DO AFTER YOU FOUND

17  THAT -- AFTER YOU LEARNED THAT YOUR PROPOSAL HAD BEEN

18  APPROVED?

19     A     I BEGAN LOOKING FOR ARTISTS WHO MIGHT BE

20  INTERESTED IN WORKING FOR MGA.

21     Q     AND HOW MANY PEOPLE DID YOU HIRE?  I THINK

22  YOU DESCRIBED THE GROUP GROWING QUITE A BIT IN YOUR

23  REPORT.

24     A     YES.

25     Q     OKAY.  SO YOU DON'T HAVE TO TELL ME EVERY

40

EXHIBIT _17_

PAGE _357_