| # | Time |
|---|---|
| 1 | 6:08 |
| 2 | 6:10 |
| 3 | 6:11 |
| 4 | 5:13 |
| 5 | 5:17 |
| 6 | :18 |
| 7 | :21 |
| 8 | 21 |
| 9 | 24 |
| 10 | 27 |
| 11 | 29 |
| 12 | 30 |
| 13 | 33 |
| 14 | 5 |
| 15 | 0 |
| 16 | 1 |
| 17 | 7 |
| 18 | 8 |
| 19 | 8 |
| 20 | 8 |
| 21 | 8 |
| 22 | 8 |
| 23 | 6 |
| 24 | 6 |
| 25 | 6 / 03 |

**REDACTED**



1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

REDACTED

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

REDACTED

| # | | Time |
|---|---|---|
| 1 | | 11:59:57 |
| 2 | | 11:59:57 |
| 3 | | 12:00:05 |
| 4 | | 12:00:13 |
| 5 | | 12:00:13 |
| 6 | | 12:00:16 |
| 7 | | 12:00:20 |
| 8 | | 12:00:21 |
| 9 | | 12:00:22 |
| 10 | REDACTED | 12:00:24 |
| 11 | | 12:00:24 |
| 12 | | 12:00:28 |
| 13 | | 12:00:32 |
| 14 | | 12:00:33 |
| 15 | | 12:00:34 |
| 16 | | 12:00:41 |
| 17 | | 12:00:42 |
| 18 | | 12:00:42 |
| 19 | | 12:00:43 |
| 20 | | 12:00:47 |
| 21 | | 12:00:48 |
| 22 | | 12:00:50 |
| 23 | | 12:00:54 |
| 24 | | 12:00:57 |
| 25 | | 12:01:00 |

106

| | |
|---|---|
| 1 | 1:00 |
| 2 | 1:02 |
| 3 | 1:03 |
| 4 | 1:04 |
| 5 | 1:05 |
| 6 | 1:07 |
| 7 | 1:09 |
| 8 | 1:10 |
| 9 | :13 |
| 10 | :19 |
| 11 | REDACTED :20 |
| 12 | :21 |
| 13 | :27 |
| 14 | :39 |
| 15 | :39 |
| 16 | 41 |
| 17 | 48 |
| 18 | 52 |
| 19 | 52 |
| 20 | 55 |
| 21 | 57 |
| 22 | 57 |
| 23 | 57 |
| 24 | )0 |
| 25 | )0 07 |

| |
|---|
| 1 |
| 2 |
| 3 |
| 4 |
| 5 |
| 6 |
| 7 |
| 8 |
| 9 |
| 10 |
| 11 |
| 12 |
| 13 |
| 14 |
| 15 |
| 16 |
| 17 |
| 18 |
| 19 |
| 20 |
| 21 |
| 22 |
| 23 |
| 24 |
| 25 |

REDACTED

Veritext National Deposition & Litigation Services
866 299-5127

EXHIBIT 18
PAGE 378

CONFIDENTIAL - ATTORNEYS' EYES ONLY

# REDACTED

| | | | |
|---|---|---|---|
| 4 | Q. | Can you describe for me -- we were talking | 12:03:39 |
| 5 | | earlier about we had -- you have been a sample | 12:03:42 |
| 6 | | maker; right? | 12:03:45 |
| 7 | A. | Yes. | 12:03:45 |
| 8 | Q. | You have been a pattern maker? | 12:03:46 |
| 9 | A. | Yes. | 12:03:48 |
| 10 | Q. | And you worked with Carter Bryant and | 12:03:48 |
| 11 | | other designers? | 12:03:50 |
| 12 | A. | Yes. | 12:03:51 |
| 13 | Q. | Can you describe for me the process, when | 12:03:51 |
| 14 | | you were a pattern maker in 1999 and 2000, of how | 12:03:55 |
| 15 | | you were assigned to a project. I'm trying to | 12:04:01 |
| 16 | | understand. | 12:04:01 |
| 17 | | Did Carter say, "I want to work with you," | 12:04:05 |
| 18 | | or how did that process work? | 12:04:07 |
| 19 | | MR. ZELLER: The question is vague. | 12:04:09 |
| 20 | | THE WITNESS: Like I told you before, when | 12:04:11 |
| 21 | | 1999 we got back from the Christmas break, I just | 12:04:16 |
| 22 | | come -- I saw Carter there. So I come in, and I | 12:04:22 |
| 23 | | told him, "I'm the pattern maker. So you need some | 12:04:24 |
| 24 | | work to be done? Give it to me." | 12:04:27 |
| 25 | | Nobody even desire to me. It's supposed | 12:04:29 |

109

CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 1 | to be the director who say, "Okay. You work with | 12:04:36 |
| 2 | this designer," "You work with this designer," but | 12:04:41 |
| 3 | with Carter, I just did that. | 12:04:45 |
| 4 | Q.   So you did that and worked a lot with | 12:04:50 |
| 5 | Carter? | 12:04:53 |
| 6 | A.   Yes. | 12:04:53 |
| 7 | Q.   Okay.  Do you know if Carter worked with | 12:04:56 |
| 8 | any of the other pattern makers in '99 and 2000? | 12:04:59 |
| 9 | A.   Not -- | 12:05:04 |
| 10 | MR. ZELLER:  The question is vague. | 12:05:05 |
| 11 | THE WITNESS:  I didn't know it.  I'm not | 12:05:06 |
| 12 | sure. | 12:05:10 |
| 13 | BY MR. HERRINGTON: | 12:05:11 |
| 14 | Q.   It says here -- if you look at that list | 12:05:12 |
| 15 | again on the first page, you see Denise Paulino on | 12:05:14 |
| 16 | the -- where it say says "sample maker"? | 12:05:19 |
| 17 | A.   Yes. | 12:05:23 |
| 18 | Q.   Then there's a little parenthetical.  It | 12:05:23 |
| 19 | says "Disney Designer too." | 12:05:26 |
| 20 | A.   Okay.  Sometimes -- | 12:05:29 |
| 21 | MR. ZELLER:  Is there a question?  I'm | 12:05:32 |
| 22 | not -- | 12:05:33 |
| 23 | MR. HERRINGTON:  My question is if she | 12:05:34 |
| 24 | knows -- | 12:05:36 |
| 25 | Q.   Do you know what that is referring to? | 12:05:37 |

110

CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
1    STATE OF CALIFORNIA    ) ss:
2    COUNTY OF LOS ANGELES  )
3
4        I, RICKI Q. MELTON, CSR No. 9400, RPR No. 45429,
5    do hereby certify:
6
7        That the foregoing deposition testimony of
8    HOI HOFFMAN-BRIGGS was taken before me at the
9    time and place therein set forth, at which time the
10   witness was placed under oath and was sworn by me to
11   tell the truth, the whole truth, and nothing but the
12   truth;
13
14       That the testimony of the witness and all objections
15   made by counsel at the time of the examination were
16   recorded stenographically by me and were thereafter
17   transcribed under my direction and supervision, and
18   that the foregoing pages contain a full, true, and
19   accurate record of all proceedings and testimony to
20   the best of my skill and ability.
21
22       I further certify that I am neither counsel for
23   any party to said action nor am I related to any
24   party to said action, nor am I in any way interested
25   in the outcome thereof.
```

262

Veritext National Deposition & Litigation Services
866 299-5127

EXHIBIT 18

PAGE 381

1   IN WITNESS WHEREOF, I have subscribed my name
2   this 28th day of January, 2008.
3
4
5   _____
6   RICKI Q. MELTON, C.S.R. No. 9400

EXHIBIT 18
PAGE 382

**EXHIBIT 19**

CONFIDENTIAL - ATTORNEYS' EYES ONLY
RONALD BRAWER

Page 1

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

- - - - - - - - - - - - - - - - - -X
IN THE MATTER OF                   )
                                   )
CARTER BRYANT                      )
              Plaintiff,           )
                                   )Case No:
v.                                 )CV 04-9049 SGL(RNBX)
                                   )
MATTEL, INC.                       )
              Defendant.           )
- - - - - - - - - - - - - - - - - -X

C O N F I D E N T I A L

VIDEOTAPED DEPOSITION OF MR. RONALD BRAWER

VOLUME I

Tuesday, February 5, 2008

AT: 9:54 a.m.

Taken at:

Skadden, Arps, Slate, Meagher & Flom
40 Bank Street
Canary Wharf
London, E14 5DS
United Kingdom

Court Reporter:

MRS. CHANELLE MALLIFF
Accredited Real-time Reporter

MERRILL LEGAL SOLUTIONS
(800) 325-3376            www.MerrillCorp.com

EXHIBIT 19
PAGE 383

CONFIDENTIAL - ATTORNEYS' EYES ONLY
RONALD BRAWER

Page 230

| Timecode | Line | Text |
|---|---|---|
| 06:29:20:25 | 1 | you can recall as you sit here today? |
| 06:29:22:12 | 2 | A. Not without going back and researching various |
| 06:29:24:27 | 3 | meetings. |
| 06:29:25:06 | 4 | Q. What would you research? |
| 06:29:26:12 | 5 | A. What numbers were presented versus the actuals. |
| 06:29:30:27 | 6 | Q. Are you aware of any negative PR that Mattel has |
| 06:29:38:27 | 7 | disseminated about the Bratz line being sexual? |
| 06:29:44:15 | 8 | A. I believe we talked about this before. The |
| 06:29:46:15 | 9 | negative -- the only thing I know about negative PR and |
| 06:29:50:22 | 10 | where I learnt the concept, frankly, is in a conversation |
| 06:29:53:22 | 11 | with Matt Bousquette where the discussion came up as one of |
| 06:29:57:19 | 12 | our marketing tactics: should it be negative PR? To which, |
| 06:30:01:07 | 13 | for whatever reason, I believe he claimed that Bob actually |
| 06:30:05:19 | 14 | knew somebody who did that. I remember it just because it |
| 06:30:09:24 | 15 | was new to me. I'd never thought of it and that was the |
| 06:30:14:09 | 16 | first time I heard of it so it's where I learnt the concept. |
| 06:30:18:21 | 17 | I think you then asked me if I'd ever actually seen the plan |
| 06:30:22:03 | 18 | implemented or knew specifically if it had been implemented |
| 06:30:25:06 | 19 | and my answer to that would be "no". |
| 06:30:27:13 | 20 | Q. Now let's return to the topic of litigation as a |
| 06:30:31:18 | 21 | business strategy that is designed to impose cost on smaller |
| 06:30:39:00 | 22 | competitors and that is also designed to distract |
| 06:30:43:15 | 23 | competitors' management from the business of running the |
| 06:30:46:21 | 24 | company? |
| 06:30:47:25 | 25 | A. I'd add one more: intimidate employees from leaving |

CONFIDENTIAL - ATTORNEYS' EYES ONLY
RONALD BRAWER

Page 231

| Timecode | Line | Text |
|---|---|---|
| 06:30:52:15 | 1 | the company. |
| 06:31:12:12 | 2 | Q. Have you ever talked to Mr. Larian about this topic |
| 06:31:14:27 | 3 | that we've just identified? |
| 06:31:18:12 | 4 | MR. DICANIO: Make sure you are excluding any |
| 06:31:20:13 | 5 | conversations that may have been had in the presence of |
| 06:31:22:12 | 6 | counsel for the company. |
| 06:31:24:22 | 7 | A. The answer would be "yes". |
| 06:31:28:28 | 8 | BY MR. SURPRENANT: |
| 06:31:29:19 | 9 | Q. Without lawyers being around what have you |
| 06:31:31:22 | 10 | discussed with Mr. Larian about that topic? |
| 06:31:34:03 | 11 | A. That I believe that Mattel was -- that some of the |
| 06:31:37:18 | 12 | motivation for Mattel's litigation was to bury the company |
| 06:31:40:27 | 13 | in litigation. To "bury" them, meaning financially a burden |
| 06:31:49:24 | 14 | on management. |
| 06:31:52:21 | 15 | Q. And that was your perception and Mr. Larian's |
| 06:31:56:15 | 16 | perception of what Mattel was doing; is that correct? |
| 06:31:59:06 | 17 | A. No, that was my perception of what Mattel was |
| 06:32:01:12 | 18 | doing. |
| 06:32:02:18 | 19 | Q. Okay. Was that perception based on anything you |
| 06:32:05:21 | 20 | observed or were told while you were at Mattel? |
| 06:32:08:15 | 21 | A. No, it was based on the fact that Mattel chose to |
| 06:32:11:21 | 22 | sue me ten days after I left Mattel and follow up with some |
| 06:32:13:24 | 23 | absolutely ridiculous or some outrageous sort of |
| 06:32:24:00 | 24 | racketeering charges that I heard were thrown around and it |
| 06:32:28:06 | 25 | just seemed like an endless amount of litigation that was |

MERRILL LEGAL SOLUTIONS
(800) 325-3376          www.MerrillCorp.com

EXHIBIT 19
PAGE 385

CONFIDENTIAL - ATTORNEYS' EYES ONLY
RONALD BRAWER

Page 232

| | | |
|---|---|---|
| 06:32:31:19 | 1 | coming at MGA. |
| 06:32:35:28 | 2 | Q. Other than the fact that Mattel sued you when you |
| 06:32:44:27 | 3 | left and the fact that they've pursued claims against MGA, |
| 06:32:55:15 | 4 | do you have any other basis for your testimony that Mattel |
| 06:33:01:06 | 5 | has pursued litigation as a business strategy? |
| 06:33:07:15 | 6 | A. I believe that -- well, while I was at Mattel the |
| 06:33:14:28 | 7 | term -- the terminology or the phrase "litigation" as a |
| 06:33:19:15 | 8 | business strategy was often bantered about. |
| 06:33:24:22 | 9 | Q. And who were the banterers? |
| 06:33:28:09 | 10 | A. The one that used it the most was Matt Bousquette. |
| 06:33:31:22 | 11 | The person I know who echoed him quite often would be |
| 06:33:35:00 | 12 | Drew Vollero who was our chief -- he wasn't the chief |
| 06:33:38:27 | 13 | financial officer. He was head of financing in our |
| 06:33:41:15 | 14 | division, but he obviously had a good grasp of what was |
| 06:33:44:18 | 15 | going on. |
| 06:33:51:27 | 16 | Q. What was the second gentleman's name? |
| 06:33:54:04 | 17 | A. D-r-e-w and his second name is Vollero, |
| 06:33:56:09 | 18 | V-o-l-l-e-r-o. |
| 06:34:05:16 | 19 | Q. What specifically have you heard Mr. Bousquette say |
| 06:34:08:19 | 20 | on the topic of using litigation as a business strategy? |
| 06:34:15:00 | 21 | A. Let me think about. You're saying specifically. |
| 06:34:23:28 | 22 | When we would sit in staff meetings, which happened weekly |
| 06:34:33:24 | 23 | and for hours and hours at end with Matt, we would review |
| 06:34:39:24 | 24 | the business and the dynamics going on in the business. |
| 06:34:43:06 | 25 | This would be taking place 2002, 2003, 2004. I can't |

MERRILL LEGAL SOLUTIONS
(800) 325-3376                          www.MerrillCorp.com

EXHIBIT 19
PAGE 386

CONFIDENTIAL - ATTORNEYS' EYES ONLY
RONALD BRAWER

Page 247

```
 1
 2                    CERTIFICATE OF DEPONENT
 3
 4    I, MR. RONALD BRAWER, hereby certify that I have read the
      foregoing pages, numbered 1 through 246, of my deposition of
 5    testimony taken in these proceedings on Tuesday, February 5,
      2008 and, with the exception of the changes listed on the
 6    next page and/or corrections, if any, find them to be a true
      and accurate transcription thereof.
 7
 8
 9
10
11    Signed:  ........................
12    Name:    MR. RONALD BRAWER
13    Date:    ........................
14
15
16
17
18
19
20
21
22
23
24
25
```

MERRILL LEGAL SOLUTIONS
(800) 325-3376              www.MerrillCorp.com

EXHIBIT 19
PAGE 387

CONFIDENTIAL - ATTORNEYS' EYES ONLY
RONALD BRAWER

Page 248

```
 1              CERTIFICATE OF COURT REPORTER
 2
 3     I, MRS. CHANELLE MALLIFF, an Accredited Real-time Reporter,
 4     hereby certify that the testimony of the witness MR. RONALD
 5     BRAWER in the foregoing transcript, numbered pages 1 through
 6     246, taken on this 5th day of February, 2008 was recorded by
 7     me in machine shorthand and was thereafter transcribed by
 8     me; and that the foregoing transcript is a true and accurate
 9     verbatim record of the said testimony.
10
11
12     I further certify that I am not a relative, employee,
13     counsel or financially involved with any of the parties to
14     the within cause, nor am I an employee or relative of any
15     counsel for the parties, nor am I in any way interested in
16     the outcome of the within cause.
17
18
19     Signed:  ............ Cacain M
20     Name:    MRS. CHANELLE MALLIFF
21     Date:    ................ 11/2/8
22
23
24
25
```

MERRILL LEGAL SOLUTIONS
(800) 325-3376          www.MerrillCorp.com

EXHIBIT 19
PAGE 388

CONFIDENTIAL - ATTORNEYS' EYES ONLY
RONALD BRAWER

Page 249

```
 1                        ERRATA SHEET

 2    Case Name:        Carter Bryant  vs.  Mattel, Inc.
      Witness Name:     MR. RONALD BRAWER
 3    Date:             02/05/2008

 4    Page/Line         From                    To

 5    ____/_____        _____     _____

 6    ____/_____        _____     _____

 7    ____/_____        _____     _____

 8    ____/_____        _____     _____

 9    ____/_____        _____     _____

10    ____/_____        _____     _____

11    ____/_____        _____     _____

12    ____/_____        _____     _____

13    ____/_____        _____     _____

14    ____/_____        _____     _____

15    ____/_____        _____     _____

16    ____/_____        _____     _____

17    ____/_____        _____     _____

18    ____/_____        _____     _____

19    ____/_____        _____     _____

20    ____/_____        _____     _____

21    Subscribed and sworn to before

22    me this 5th day of February, 2008.

23                    _____

24                    MR. RONALD BRAWER

25
```

MERRILL LEGAL SOLUTIONS
(800) 325-3376          www.MerrillCorp.com

EXHIBIT   19
PAGE      389

# PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is Now Legal Service, 1301 W. 2nd Street, Suite 206, Los Angeles, CA 90026.

On April 14, 2008, I served true copies of the following document(s) described as **DECLARATION OF JON COREY IN SUPPORT OF MATTEL, INC.'S MOTIONS IN LIMINE NOS. 1-13 (with exhibits)** on the parties in this action as follows:

Thomas J. Nolan, Esq.
**Skadden, Arps, Slate, Meagher & Flom LLP**
300 South Grand Avenue, Suite 3400
Los Angeles, CA 90071

Mark E. Overland, Esq.
David E. Scheper, Esq.
Alexander H. Cote, Esq.
**Overland Borenstein Scheper & Kim, LLP**
601 W. Fifth Street, 12th Floor
Los Angeles, CA 90017

**DECLARATION OF JON COREY IN SUPPORT OF MATTEL, INC.'S MOTIONS IN LIMINE NOS. 1-13 (without exhibits)** on the parties in this action as follows:

John W. Keker, Esq.
Michael H. Page, Esq.
Christina M. Anderson, Esq.
**Keker & Van Nest, LLP**
710 Sansome Street
San Francisco, CA 94111

**BY PERSONAL SERVICE:** I delivered such envelope(s) by hand to the office of the person(s) being served.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on April 14, 2008, at Los Angeles, California.

_____
NOW LEGAL - - Dave Quintana

07209/2470145.1

PROOF OF SERVICE

Case No. CV 04-9049 SGL (RNBx)

## PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 865 South Figueroa Street, 10th Floor, Los Angeles, California 90017-2543.

On April 14, 2008, I served true copies of the following document(s) described as **DECLARATION OF JON COREY IN SUPPORT OF MATTEL, INC.'S MOTIONS IN LIMINE NOS. 1-13 (with exhibits)** on the parties in this action as follows:

John W. Keker, Esq.
Michael H. Page, Esq.
Christina M. Anderson, Esq.
**Keker & Van Nest, LLP**
710 Sansome Street
San Francisco, CA 94111

**BY FEDEX:** I deposited such document(s) in a box or other facility regularly maintained by FedEx, or delivered such document(s) to a courier or driver authorized by FedEx to receive documents, in sealed envelope(s) or package(s) designated by FedEx with delivery fees paid or provided for, addressed to the person(s) being served.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on April 14, 2008, at Los Angeles, California.

*/s/ Laura Kinsey*
Laura Kinsey

07209/2470145.1

PROOF OF SERVICE — -2- — Case No. CV 04-9049 SGL (RNBx)