1  QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
   John B. Quinn (Bar No. 90378)
2  (johnquinn@quinnemanuel.com)
   Michael T. Zeller (Bar No. 196417)
3  (michaelzeller@quinnemanuel.com)
   Jon D. Corey (Bar No. 185066)
4  (joncorey@quinnemanuel.com)
   865 South Figueroa Street, 10th Floor
5  Los Angeles, California 90017-2543
   Telephone: (213) 443-3000
6  Facsimile: (213) 443-3100

7  Attorneys for Mattel, Inc.

8              UNITED STATES DISTRICT COURT
9              CENTRAL DISTRICT OF CALIFORNIA
10                   EASTERN DIVISION

| CARTER BRYANT, an individual, | CASE NO. CV 04-9049 SGL (RNBx) |
|---|---|
| Plaintiff, | Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727 |
| vs. | MATTEL, INC.'S AND MGA PARTIES' JOINT NOTICE OF LODGING OF [PROPOSED] ORDER REGARDING THE COURT'S RULINGS ON DISCOVERY MOTIONS, APPLICATIONS AND OTHER MATTERS HEARD BY THE COURT ON MAY 27, 2008 |
| MATTEL, INC., a Delaware corporation, | |
| Defendant. | |
| AND CONSOLIDATED ACTIONS | **Phase 1**<br>Pre-Trial Conference: May 19, 2008<br>Trial Date: May 27, 2008 |

07209/2521455.1

NOTICE OF LODGING RE [PROPOSED] ORDER

1  PLEASE TAKE NOTICE that pursuant to the Court's request dated
2  May 27, 2008, Mattel, Inc. ("Mattel") and MGA Entertainment, Inc., Isaac Larian,
3  MGA Entertainment (HK) Limited, MGAE de Mexico, S.R.L. de C.V. (collectively,
4  the "MGA Parties") hereby jointly lodge a [Proposed] Order regarding the Court's
5  rulings on the various discovery motions, applications and other matters heard by
6  the Court on May 27, 2008, the Honorable Stephen G. Larson presiding.

8  DATED: May 28, 2008         QUINN EMANUEL URQUHART OLIVER &
                               HEDGES, LLP

           By /s/ Oleg Stolyar
              Oleg Stolyar
              Attorneys for Mattel, Inc.