**Exhibit 4**

Yonemoto , Sandy  5/30/2007  9:57:00 AM

1    UNITED STATES DISTRICT COURT

2    CENTRAL DISTRICT OF CALIFORNIA

3    EASTERN DIVISION

4

5    ----------------------------

6    MATTEL, INC., a Delaware    )

7    Corporation,          )

8        Plaintiff,    )

       vs.         ) No. CV 04-9059

9    CARTER BRYANT, an individual; )    NM (RNBx)

10   and DOES 1 through 10,     )

11   Inclusive,         )

12       Defendants.    )

13   ----------------------------)

14   (COMPLETE CAPTION ON NEXT PAGE.)

15

16   CONFIDENTIAL - ATTORNEYS' EYES ONLY

17

18   Videotaped 30(b)(6) deposition of SANDY

19   YONEMOTO, taken at 400 South Hope Street,

20   Los Angeles, California, commencing at

21   10:19 A.M., Wednesday, May 30, 2007,

22   before Wendy S. Schreiber, CSR No. 3558,

23   RPR, CLR.

24

25   PAGES 1 - 188

Yonemoto , Sandy  5/30/2007  9:57:00 AM

1              UNITED STATES DISTRICT COURT

2              CENTRAL DISTRICT OF CALIFORNIA

3                  EASTERN DIVISION

4       ------------------------

5       MATTEL, INC., a Delaware        )

6       Corporation,                    )

7              Plaintiff,               )

8              vs.               ) No. CV 04-9059

9       CARTER BRYANT, an individual;  )     NM (RNBx)

10      and DOES 1 through 10,          )

11      Inclusive,                      )

12             Defendants.              )

13      ----------------------- )

14      CARTER BRYANT, on behalf of  )

15      himself, all present and        )

16      former employees of Mattel,     )

17      Inc., and the general public,   )

18             Counter-Claimants, )

19             vs.               )

20      MATTEL, INC., a Delaware        )

21      Corporation,                    )

22             Counter-Defendant. )

23      ----------------------------

24

25

MGA v. MATTEL              None              88              Page  2

Yonemoto , Sandy  5/30/2007  9:57:00 AM

1    APPEARANCES OF COUNSEL:

2

3

4    FOR THE PLAINTIFF:

5

6    QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

7    BY:  MICHAEL ZELLER, ESQ.

8    865 South Figueroa Street, Tenth Floor

9    Los Angeles, California 90017

10    (213) 443-3000

11    mzeller@quinnemanuel.com

12

13    -AND-

14

15    MATTEL, INC.

16    BY:  MICHAEL MOORE, ESQ.

17    333 Continental Boulevard

18    El Segundo, California 90245-5012

19    (310) 252-2000

20    michael.moore@mattel.com

21

22

23

24

25

Yonemoto , Sandy  5/30/2007  9:57:00 AM

1      APPEARANCES OF COUNSEL (CONTINUED):

2

3          FOR THE DEFENDANT AND COUNTERCLAIMANT

4      CARTER BRYANT:

5

6          KEKER & VAN NEST LLP

7          BY:  CHRISTA MARTINE ANDERSON, ESQ.

8          710 Sansome Street

9          San Francisco, Califonria 94111-1704

10         (415) 391-5400

11         Canderson@kvn.com

12

13

14     FOR DEFENDANT MGA ENTERTAINMENT, INC.:

15

16         O'MELVENY & MYERS LLP

17         BY:  JAMES JENAL, ESQ.

18         400 South Hope Street

19         Los Angeles, California 90071-2899

20         (213) 430-6000

21         jjenal@omm.com

22

23     ALSO PRESENT:

24

25         RYAN GULINO, VIDEO OPERATOR

MGA v. MATTEL               None               90               Page  4

Yonemoto , Sandy  5/30/2007  9:57:00 AM

1      Q.  Who was present during the first session?

2      A.  Mr. Zeller.

3      Q.  Anybody else?

4      A.  It was mainly Mr. Zeller and myself.

5      Q.  Did anyone join during part of the meeting?  10:25AM

6      A.  Mr. Moore.

7      Q.  I'd just like a "yes" or "no" to the

8      following question.  Did you review any documents in

9      preparing for your deposition during that first

10     session?                              10:25AM

11     A.  Yes.

12     Q.  Did any of those documents refresh your

13     recollection?

14     A.  Yes.

15     Q.  Which documents did you see during the first 10:26AM

16     session that refreshed your recollection?

17     A.  I looked at the Employee Confidential

18     Information and Inventions Agreement, the Conflict

19     of Interest agreement, Proprietary Information

20     Checkout form and the Exit Interview Report.    10:26AM

21     Q.  Any other documents you recall that

22     refreshed your recollection in that first session?

23     A.  That's all I can think of right now.

24     Q.  The Employee Confidentiality agreement that

25     you referenced earlier in your answer, was it signed  10:26AM

Yonemoto , Sandy  5/30/2007  9:57:00 AM

1      Paula's depo was 405.  Do with that as you will.  I

2      just want to get us up to par.

3          MS. ANDERSON:  Given the abundance of

4      numbers and the shortage of paper in the world we'll

5      keep the sticker on there and move forward with 413.  10:30AM

6          Q.   Drawing your attention to Exhibit 413,

7      Ms. Yonemoto, have you seen this document before?

8          A.   Briefly, yes.

9          Q.   Do you understand that you've been

10     designated to testify as a 30(b)(6) representative   10:30AM

11     on certain topics in this deposition notice?

12         A.   Yes.

13         Q.   And in particular -- and take your time

14     looking at this exhibit -- but is it true that

15     you're here as a representative on topics 2 through   10:30AM

16     7, 22, 23, 54, 55 and 56?

17         A.   I do know that I'm here to represent the

18     facts in this matter so I can speak to that.

19         Q.   But in particular -- and, again, take your

20     time -- but is it your understanding that you're      10:31AM

21     here to testify as a 30(b)(6) representative on

22     topics 2 through 7, 22, 23, 54 to 56?

23         MR. ZELLER:  I'm not sure if 54 is -- when

24     it says "job summary report," I'm not sure what

25     document that is offhand.                  10:31AM

MGA v. MATTEL                    None                     Page 14

92

1      MS. ANDERSON:  I can show it to you.

2           MR. ZELLER:  We can perhaps do that during a

3    break but I'm not sure what this is referring to so

4    it may or may not be within the scope of what she's

5    being designated on.                  10:31AM

6           MS. ANDERSON:  We'll take it up at a break.

7    We can look at it.

8         Q.   Aside from 54 which we'll address

9    separately, do you understand that you're the

10   representative on the other topics I listed?        10:31AM

11        A.   Can you read those numbers a little bit

12   slower for me so I can take a look?

13        Q.   Two through 7 which is grouped together on

14   the page you're looking at.

15        A.   And what else, I'm sorry?        10:32AM

16        Q.   Twenty-two, 23 and then 55 and 56 for now.

17        A.   I can speak to the facts as outlined.

18        Q.   Are you here to testify based on your

19   personal knowledge of events that might relate to

20   those subjects?                  10:32AM

21        A.   I'm here based on what our business records

22   have shown related to this case.

23        Q.   Besides reviewing business records, did you

24   do anything else to educate yourself about the

25   topics that we just covered in the deposition        10:33AM

Yonemoto, Sandy  5/30/2007  9:57:00 AM

1    notice?

2        A.  I'm not sure what you mean by "anything

3    else."

4        Q.  For example, did you go interview other

5    Mattel employees to find out what they might know    10:33AM

6    about those other topics?

7        A.  No, I did not.

8        Q.  Besides the documents that you identified in

9    regard to your prep sessions, did you review any

10   other business records to prepare for your    10:33AM

11   deposition today?

12        MR. ZELLER:  This is asked and answered.

13        THE WITNESS:  I reviewed the documents we

14   discussed.

15   BY MS. ANDERSON:    10:33AM

16       Q.  And no other ones, right?

17       A.  No.

18       Q.  Did you do anything to assist lawyers in

19   preparing documents in this case?

20        MR. ZELLER:  The question is vague.    10:33AM

21        THE WITNESS:  I'm not sure, "assist."

22   BY MS. ANDERSON:

23       Q.  Did you do anything to help lawyers in the

24   process of collecting documents in regard to

25   producing things in this case?    10:34AM

Yonemoto, Sandy, 5/30/2007 9:57:00 AM

1   as Exhibit 23 in this case.  Have you ever seen this

2   document before?

3        MR. ZELLER:  Do you have an extra copy of

4   that?

5        MS. ANDERSON:  Yes.  Sorry about that.    10:36AM

6        THE WITNESS:  I've not seen this particular

7   document, no.

8        Q.  Do you have any knowledge about the

9   circumstances under which Mr. Bryant came to work

10   for Mattel in or around 1995?              10:36AM

11        A.  No, I do not.

12        Q.  Do you have any knowledge about Mattel's

13   practices in regard to orientation of employees in

14   or around 1995?

15        A.  No, I did not at that time.       10:36AM

16        Q.  When did you first begin to work for Mattel?

17        A.  1995.

18        Q.  What month did you start working at Mattel?

19        A.  It was June of 1995.

20        Q.  What was your first position with Mattel?    10:37AM

21        A.  It was in Human Resources.  I can't recall

22   my exact title.  I believe it was administrator, HR

23   administrator.

24        Q.  What office did you report to?  What

25   location of Mattel did you report to when you first   10:37AM

MGA v. MATTEL                    None                        Page  18

Yonemoto , Sandy  5/30/2007  9:57:00 AM

1      Q.   You can put it aside.

2           (Exhibit 24 previously marked.)

3      BY MS. ANDERSON:

4      Q.   I'm showing you what has been marked as

5      Exhibit 24 to your deposition -- actually, to        10:51AM

6      another deposition in this case but you get the

7      privilege of looking at it again.  Have you ever

8      seen Exhibit 24 before?

9      A.   No, I haven't.

10     Q.   In preparing for your deposition today did   10:51AM

11     you gather any information surrounding the

12     circumstances under which Exhibit 24 was signed?

13     A.   No, I did not.

14     Q.   Did you -- strike that.

15          Do you have any information about any        10:52AM

16     statements Mattel may have made to Mr. Bryant in

17     connection with the signing of Exhibit 24 before

18     you?

19     A.   No, I do not.

20     Q.   Do you have any information about any        10:52AM

21     statements that Mr. Bryant might have made in

22     connection with his coming to work for Mattel in

23     1995?

24     A.   No, I do not.

25          (Deposition Exhibit 414 was marked.        10:52AM

1    for identification and is annexed hereto.)

2    BY MS. ANDERSON:

3    Q.   I'm going to show you what we're going to

4    mark as Exhibit 414 to your deposition.  Have you

5    ever seen Exhibit 414 before?        10:53AM

6    A.   Yes, the form looks familiar.

7    Q.   Did this document refresh your recollection

8    in any way in your preparation for your deposition

9    today?

10    A.   No.        10:53AM

11    Q.   Is that your signature on the document?

12    A.   Yes, it is.

13    Q.   Did you sign this document on March 10th,

14    1997?

15    A.   That is the date there, yes.    10:53AM

16    Q.   What is Exhibit 414?

17    A.   If my memory serves me correct, we called

18    this a turn-around document during that time and it

19    was used for transactional changes to an employee's

20    record.        10:54AM

21    Q.   What transactional change does this Exhibit

22    414 reflect?

23    A.   It's on the topic of a personal leave of

24    absence.  The employee's first day worked would have

25    been January 5th, '98.  The actions were to cancel   10:54AM

Yonemoto , Sandy   5/30/2007  9:57:00 AM

1    the personal leave.  The employee is instead going

2    on a reduced-hour schedule.

3        Q.  I saw that you are reading from the document

4    which I thank you for but I want to know exactly

5    what you recall and what you're sort of just reading  10:54AM

6    from a document.  So I'm going to ask you a few

7    questions to find that out.

8        First of all, do you recall having filled

9    this form out in 1997?

10       A.  No.                          10:55AM

11       Q.  Do you recall having any communications with

12   anyone at Mattel about making a transactional change

13   to Mr. Bryant's record back in 1997?

14       A.  No, I don't recall.

15       Q.  Is it your -- strike that.        10:55AM

16       Is all of the handwriting on this document

17   your handwriting?

18       A.  No.

19       Q.  So just to make sure that I'm clear on what

20   you do or do not recall, do you have any          10:55AM

21   recollection of collecting any data for the purposes

22   of filling out Exhibit 414?

23       A.  I do not recall.

24       Q.  In 1997 when you filled out Exhibit 414 did

25   you have any regular business practice about what     10:55AM

Yonemoto , Sandy  5/30/2007  9:57:00 AM

1       A.  No.  I would have taken direction from my

2   boss at the time.

3       Q.   But do you understand that Exhibit 414

4   relates to a transactional change concerning Carter

5   Bryant's employee record?                    10:57AM

6       A.   Yes, I see his name on the form.

7       Q.   As you sit here today, do you have any

8   knowledge about any cancellation of personal leave

9   by Carter Bryant in or around 1997?

10       MR. ZELLER:  When you say any information,   10:57AM

11   are you asking about her recollection at this point

12   or are you asking her her understanding of the

13   document?

14       MS. ANDERSON:  Let me be clear, yes.

15       Q.   I know you're here as a 30(b)(6)          10:57AM

16   representative so -- and I know you've said you

17   don't have any recollection of anything -- any sort

18   of discussions you might have had about filling out

19   this form or the like but what I'm trying to figure

20   out is perhaps in your work preparing to become a    10:58AM

21   30(b)(6) representative you might have gathered some

22   documents or otherwise information about Mattel's

23   knowledge about the subject of personal leave or

24   going on a reduced schedule.  You may not.  I'm just

25   trying to figure out what you know and what you      10:58AM

Yonemoto , Sandy  5/30/2007  9:57:00 AM

1       don't know.

2               With that in mind, aside from what one can

3       plainly read from the face of Exhibit 414, do you

4       have any information about the circumstances under

5       which Carter Bryant's personal leave was canceled in   10:58AM

6       or around 1997?

7       A.   No, I do not.

8       Q.   And aside from what one can simply read from

9       the face of Exhibit 414, do you have any information

10      about circumstances under which Mr. Bryant may have   10:58AM

11      gone on a reduced-hour schedule?

12              MR. ZELLER:  Other than what she talked

13      about in terms of the procedures?

14              MS. ANDERSON:  Yes, other than what you've

15      already testified to.                    10:59AM

16              THE WITNESS:  No, I do not.

17              (Exhibit 25 previously marked.)

18      BY MS. ANDERSON:

19      Q.   I'm going to show you what has been marked

20      previously as Exhibit 25.  Have you ever seen   10:59AM

21      Exhibit 25 before?

22      A.   Yes, I have.

23      Q.   When was the first time you saw Exhibit 25?

24      A.   A couple of weeks ago.

25      Q.   Who is Teresa Newcomb?          11:00AM

MGA v. MATTEL                    None                          Page  33

Yonemoto , Sandy  5/30/2007  9:57:00 AM

1      A.  Ms. Newcomb works in our Corporate Staffing

2    department.

3      Q.  Do you understand that to be her signature

4    on Exhibit 25?

5      A.  Yes.                          11:00AM

6      Q.  Do you know what her position was in January

7    of 1999?

8      A.  No, I couldn't tell you exactly.

9      Q.  Do you have any knowledge about -- strike

10   that.                            11:00AM

11       Do you have any knowledge about the rehiring

12   of Carter Bryant in or around January of 1999?

13     A.  No, I do not.

14     Q.  Just to be clear, as a 30(b)(6)

15   representative did you do anything to gather any     11:00AM

16   information about the circumstances under which

17   Carter Bryant was rehired in January of 1999?

18     A.  No, I did not.

19     Q.  Did you -- strike that.

20       Do you have knowledge about Mattel's      11:01AM

21   practices with respect to having employees sign

22   agreements in the form that is reflected in Exhibit

23   25?

24     A.  Can you clarify what you mean by -- I'm not

25   sure I understand your question.        11:01AM

Yonemoto , Sandy  5/30/2007  9:57:00 AM

1      Q.   During what period of time did Mattel use

2    this form of agreement to onboard employees?

3         MR. ZELLER:  Just so I'm clear, I haven't

4    been objecting to this being outside the scope of

5    the designation since I assume you're looking to      11:03AM

6    find out what her areas of knowledge are but so it's

7    clear, the onboarding procedures as she talks about

8    is not within the scope of her designation, but you

9    can go ahead.

10        THE WITNESS:  Okay.  Beyond the fact that   11:03AM

11   this form has been dated by Mr. Bryant in '99 I can

12   speak to the fact that it was used in '99, but I

13   don't have full knowledge as to exactly when this

14   form was in use.

15        MS. ANDERSON:  You know, I don't want to      11:03AM

16   get into a long colloquy on the record but I do

17   think this relates to the subject matters we're

18   talking about and I'm trying to figure out what her

19   scope of knowledge is.  I know you have an objection

20   and you've stated it and I just want you to know      11:03AM

21   that I'm being silent to try to move it along, not

22   because I sort of acquiesce in your position.

23        MR. ZELLER:  Well, I don't want to get into

24   a colloquy but just two quick points.

25        No. 1, we had extensive discussions, and I   11:03AM

Yonemoto , Sandy  5/30/2007  9:57:00 AM

1      know this was before you were involved, with Carter

2      Bryant's counsel about the scope of these topics and

3      everything else because they're phrased in legal

4      conclusionary terms and so we had extensive

5      discussions and negotiations about what the meaning    11:04AM

6      of those topics were.

7           No. 2, we have said that Sandy is here to

8      talk about the exit interview.  I mean, that's what

9      she participated in with respect to Mr. Bryant.

10     You're, again, free to explore any areas you want    11:04AM

11     but just so it's clear, we have designated her

12     because she has information about issues that are

13     part and parcel of those topics as they were

14     negotiated and narrowed and understood through that

15     process.                    11:04AM

16          MS. ANDERSON:  Sure, and I understand there

17     may come a day when we have to fight about it but I

18     just want you to know I understand you're putting

19     your objections on the record.  I'm still going to

20     ask the questions.                11:04AM

21          MR. ZELLER:  Sure.

22          MS. ANDERSON:  I'm not going to argue back

23     to you for the rest of the deposition about scope.

24     It's something we can argue about later.

25          MR. ZELLER:  I understand.        11:04AM

1    BY MS. ANDERSON:

2        Q.   So talking about Mattel and the use of the

3    form that's in Exhibit 25, do you have knowledge

4    based on your long experience in the HR department

5    about what period of time did Mattel use the form    11:05AM

6    that's reflected in Exhibit 25?

7        MR. ZELLER:  Asked and answered.

8        THE WITNESS:  As I stated previously, I can

9    speak to the fact that the form was used in 1999

10   because Mr. Bryant did date it, but I don't have the  11:05AM

11   knowledge of the time frame from beginning to end of

12   when it was used.

13   BY MS. ANDERSON:

14       Q.   Can you give me any reasonable estimation of

15   the time period during which the form that's          11:05AM

16   reflected in Exhibit 25 was used by Mattel?

17       MR. ZELLER:  Asked and answered.

18       THE WITNESS:  No, I cannot.

19   BY MS. ANDERSON:

20       Q.   Do you have any recollection as you sit here  11:05AM

21   today about when, if ever, Mattel stopped using

22   Exhibit 25's format and moved on to a different

23   format for Confidential Information and Inventions

24   Agreements?

25       A.   Can you restate that question?              11:05AM

Yonemoto , Sandy  5/30/2007 9:57:00 AM

1       Q.   Sure. Do you have any recollection based on

2    your experience in the HR department as you sit here

3    today about when, if ever, Mattel stopped using the

4    form that we see in Exhibit 25 and moved on to using

5    a different form with new employees?          11:06AM

6       A.   I believe they're still using the form as

7    it's titled but I believe there has been at least

8    one update since this form, this version.

9       Q.   When was that update?

10      A.   I really don't know the exact date.     11:06AM

11      Q.   What is your best estimation of the date?

12      A.   I honestly could not tell you.

13      Q.   Do you believe it was within the last five

14    years?

15      A.   I'd have to do some research on my own     11:06AM

16    before I could answer that accurately for you.

17      Q.   Did you participate at all in the decision

18    to change the form?

19      A.   No, I did not.

20      Q.   Are there any instances that you are aware  11:06AM

21    of in which current employees were asked to sign a

22    new and different form of Confidential Information

23    and Inventions Agreement?

24      A.   No.

25           (Exhibit 26 previously marked.)          11:07AM

Yonemoto , Sandy  5/30/2007  9:57:00 AM

1    BY MS. ANDERSON:

2        Q.   I'm showing you what has been marked --

3    actually, I have a better copy for you.  Let me not

4    strain your eyes with this squishy faxed version

5    because, trust me, I think I did eye damage last      11:07AM

6    night trying to look at it.

7            Now I am showing you a more legible version

8    of Exhibit 26.  Have you ever seen Exhibit 26

9    before?

10       A.   Yes, I have.                    11:08AM

11       Q.   When was the first time that you saw Exhibit

12   26?

13       A.   Approximately a couple of weeks ago.

14       Q.   Do you have any knowledge about the

15   circumstances under which Exhibit 26 was signed?      11:08AM

16       A.   No, I do not.

17       Q.   Do you have any knowledge about any

18   statements made by Mattel to Mr. Bryant in

19   connection with Exhibit 26?

20       A.   No, I do not.                    11:08AM

21       Q.   Do you have any knowledge of any statements

22   made by Mr. Bryant to Mattel in connection with

23   Exhibit 26?

24       A.   No, I do not.

25       Q.   Drawing your attention to the language      11:08AM

MGA v. MATTEL                    None                **106**                Page  40

Yonemoto , Sandy  5/30/2007  9:57:00 AM

1      A.   No, I don't think so.

2      Q.   As you can see from the cover of Exhibit

3   417, this document is entitled "Plaintiff Mattel,

4   Inc.'s Objections and Supplemental Responses to

5   Defendant's First Set of Interrogatories."  Do you   12:02PM

6   see that?

7      A.   Yes.

8      Q.   I'm going to just ask you a few questions

9   about some of the information that Mattel included

10   in these responses to see if you have any knowledge   12:02PM

11   of what is stated therein and if you don't you can

12   tell me that.  Okay?

13      A.   Okay.

14      Q.   Drawing your attention to page 39 which for

15   some mysterious reason doesn't have 39 on it but you   12:02PM

16   can find it by locating page 40 --

17      A.   Yes, I've got it.

18      Q.   -- do you see where on this exhibit

19   following interrogatory No. 10 it says "State all

20   facts supporting YOUR contention that Bryant failed   12:02PM

21   to meet his obligations under the MATTEL "Employee

22   Confidential and Inventions Agreement" attached to

23   the Complaint as Exhibit 'A.'"

24        Do you see that?

25      A.   I see that.                    12:02PM

Yonemoto , Sandy   5/30/2007 9:57:00 AM

1        Q.   Mattel stated some things in response to

2    that question and I want to see if you know anything

3    about it.

4            Drawing your attention to page 42 and it

5    actually starts on the previous page, there's a          12:03PM

6    paragraph that starts "Although discovery and

7    Mattel's investigation are on-going..."  Do you see

8    that?

9        A.   What page are you on?

10       Q.   41, line 17.                    12:03PM

11       A.   Yep, I see that.

12       Q.   Mattel lists a number of things and it says

13   on line 23 "...Bryant testified that," and you see a

14   No. 1?

15       A.   Yes.                        12:03PM

16       Q.   And a No. 2?

17       A.   Yes.

18       Q.   And a No. 3?

19       A.   Yes.

20       Q.   Go to the next page, 3(a).  Mattel's          12:03PM

21   response states "Obtaining information about a

22   Mattel hair vendor, which Bryant then contacted for

23   his own and MGA's benefit..."  Do you see that?

24       A.   I do see that.

25       Q.   Do you have any knowledge about Mr. Bryant   12:03PM

Yonemoto , Sandy  5/30/2007  9:57:00 AM

1      allegedly obtaining information about a Mattel hair

2      vendor?

3         A.   No, I do not.

4         Q.   And then item (b) right below there --

5         A.   Okay.                          12:04PM

6         Q.   -- it says "identifying others who Bryant

7      knew as a consequence of his Mattel employment..."

8      Do you see that?

9         A.   Yes, I do.

10        Q.   Do you have any information about Mr. Bryant 12:04PM

11     contacting people that he knew as a consequence of

12     his Mattel employment?

13        A.   I'm sorry, go ahead.

14        Q.   Go ahead.

15        A.   I want to make sure I answer the question   12:04PM

16     correctly.

17        Q.   I'll restate it.

18         Do you have any information about Mr. Bryant

19     contacting people that he knew as a consequence of

20     his Mattel employment and using that information in  12:04PM

21     connection with development of the Bratz dolls?

22        A.   No, I do not.

23        Q.   And then item 4 right below there it says

24     "he worked on what Bryant characterized as a 'test

25     project' to aid and assist MGA."  Do you see that?  12:05PM

Yonemoto , Sandy   5/30/2007  9:57:00 AM

1       A.  Yes.

2           Q.   Do you have any information about Mr. Bryant

3    allegedly working on a test project separate and

4    apart from the work that he was doing for Mattel

5    during the time of his employment from Mattel?        12:05PM

6           MR. ZELLER:  The question is vague.

7           THE WITNESS:  When you say "do you have any

8    information," can you clarify what you mean by that?

9    BY MS. ANDERSON:

10      Q.   Do you know of any facts that relate to      12:05PM

11   that?  Let me restate it so it's clear.

12          Do you have any knowledge about Mr. Bryant

13   allegedly working on a test project separate and

14   apart from the work that he did for Mattel during

15   the time of his employment with Mattel?        12:05PM

16          MR. ZELLER:  The question is still vague.

17          THE WITNESS:  Other than what -- the fact

18   that the complaint was brought up, that's all the

19   knowledge that I have.

20   BY MS. ANDERSON:                       12:05PM

21      Q.   When you say "the complaint was brought up,"

22   are you talking about the complaint that was filed

23   in connection with this case?

24      A.  Yes.

25      Q.   So other than what it says on the face of    12:06PM

Yonemoto, Sandy  5/30/2007  9:57:00 AM

1    the complaint you don't know any other facts,

2    correct?

3        A.   That's correct.

4            MR. ZELLER:  As it relates to this?

5            MS. ANDERSON:  As it relates to this        12:06PM

6    subject, yes.

7        Q.   And then under item 5 it says "he entered

8    into his agreement with MGA during the term of his

9    Mattel employment and used Mattel resources in

10   connection with the negotiation and execution of      12:06PM

11   that agreement."  Do you see that?

12       A.   I see that, yes.

13       Q.   Do you have any knowledge of Mr. Bryant

14   using Mattel resources in connection with any

15   MGA-related project?                        12:06PM

16       A.   Again, other than the complaint itself, no,

17   I do not.

18       Q.   Do you have any knowledge of any

19   communications Mr. Bryant may have had with Ivy Ross

20   about his departure from Mattel's employment?      12:07PM

21       A.   No, I do not.

22       Q.   And aside from what you've written expressly

23   on the Exit Interview form, do you know of any other

24   statements that Mr. Bryant made to you during the

25   exit interview?                          12:07PM

MGA v. MATTEL                    None              111              Page 77

Yonemoto , Sandy   5/30/2007  9:57:00 AM

1          MR. ZELLER:  Can I have the question read

2     back, please.

3          (The pending question was read as follows:

4          "Q.   And aside from what

5          you've written expressly on the Exit      12:07PM

6          Interview form, do you know of any

7          other statements that Mr. Bryant made

8          to you during the exit interview?")

9          MR. ZELLER:  The question is vague.  Also

10    asked and answered.                        12:07PM

11         THE WITNESS:  I don't have a personal

12    recollection of that meeting.  I would just defer to

13    the business records.

14    BY MS. ANDERSON:

15       Q.  In regard to that exit interview -- and feel 12:08PM

16    free to pull it out again if you would like to --

17    did you paraphrase what Mr. Bryant said to you or

18    were you writing verbatim what he said to you?

19       A.  I did paraphrase.

20       Q.  Do you know what you paraphrased and what    12:08PM

21    you didn't?  Strike that.  Let me ask it in a less

22    compound way.

23         Do you believe you paraphrased every

24    response that you indicated you received from

25    Mr. Bryant on the exit interview form?          12:08PM

MGA v. MATTEL                    None              112              Page  78

1      A.  You know, I don't have a personal

2    recollection of that meeting so I couldn't tell you

3    for sure.

4      Q.  Would you have any idea or would you just be

5    guessing?                        12:08PM

6      MR. ZELLER:  Objection to "any idea."

7      THE WITNESS:  I don't have a personal

8    recollection of that meeting so I couldn't tell you.

9      MS. ANDERSON:  Why don't we take a quick

10    break for lunch and then come back and we'll not be   12:09PM

11    much longer.

12      VIDEO OPERATOR:  This is the end of tape 1.

13    We are off the record at 12:09 p.m.

14

15      (At the hour 12:09 p.m. the luncheon

16      recess was taken.)

17

18

19

20

21

22

23

24

25

Yonemoto , Sandy  5/30/2007  9:57:00 AM

1    receives the information from Human Resources.

2    BY MS. ANDERSON:

3       Q.  Aside from what you've already testified to

4    today, do you have any knowledge about any of the

5    transaction changes that are reflected in Exhibit    01:16PM

6    418?

7       A.  Can you just restate -- so I answer it

8    correctly can you please just restate your question?

9       Q.  Just to be clear, there's a preface to it.

10   I'm not asking you to restate everything you've    01:16PM

11   already said today.

12      A.  Right.

13      Q.  With that in mind, aside from what you have

14   already testified to today, do you have any

15   knowledge about any of the transaction changes that    01:17PM

16   are reflected in Exhibit 418 concerning Carter

17   Bryant?

18      A.  I don't have any personal memory of that

19   other than the business records of which we've

20   discussed.                                01:17PM

21      Q.  Does Mattel conduct code of conduct --

22   strike that.

23      During the period of time between 1995 and

24   the end of 2000, did Mattel conduct code of conduct

25   training with respect to its employees?      01:17PM

MGA v. MATTEL                    None                          Page  84

114

Yonemoto , Sandy  5/30/2007  9:57:00 AM

1         MR. ZELLER:  The question is vague, outside

2     the designation.

3         THE WITNESS:  Yes, Mattel did have code of

4     conduct training.

5     BY MS. ANDERSON:                              01:17PM

6         Q.  Do you have any knowledge about what kind of

7     training was involved in the code of conduct

8     training provided by Mattel to its employees during

9     that period?

10        A.  There was a document to review.          01:18PM

11        Q.  What was that document called?

12        A.  I can't give you an exact title because I

13    would need to see it.  It's been -- it's been

14    awhile.  I can't recall the exact title of the

15    document other than code of conduct.            01:18PM

16        Q.  Besides providing a document to the

17    employees during this period, are you aware of any

18    other kind of code of conduct training that Mattel

19    conducted with respect to its employees during that

20    time period?                                    01:18PM

21        MR. ZELLER:  Outside the designation, vague.

22        THE WITNESS:  I don't recall.

23    BY MS. ANDERSON:

24        Q.  Do you have any knowledge whether Carter

25    Bryant received any code of conduct training in the  01:19PM

MGA v. MATTEL                  None                    Page  85

Yonemoto , Sandy  5/30/2007  9:57:00 AM

1      course of his employment at Mattel?

2            MR. ZELLER:  Outside the designation.

3            THE WITNESS:  Mr. Bryant along with all

4      employees would have received code of conduct -- the

5      code of conduct document while he was at Mattel.    01:19PM

6      BY MS. ANDERSON:

7          Q.   When you say that Mr. Bryant would have

8      received the code of conduct training -- strike

9      that.

10           When you say that Mr. Bryant would have      01:19PM

11     received the code of conduct document while he was

12     at Mattel, on what do you base that statement?

13         A.   That was our practice.  That would have been

14     a company practice to provide that to our employees.

15         Q.   Who do you understand to have been      01:19PM

16     responsible for providing that document to Mattel

17     employees during the time period 1995 through the

18     end of 2000?

19           MR. ZELLER:  The question is overbroad,

20     outside the designation.      01:20PM

21           THE WITNESS:  I know the code of conduct was

22     a partnership between our Legal and HR department so

23     I can't recall the exact disseminator of the

24     information.

25     BY MS. ANDERSON:      01:20PM

1       Q.   Do you have an understanding based on your

2    experience at Mattel as to when employees typically

3    received a copy of this code of conduct document

4    that you refer to?

5           MR. ZELLER:  Outside the designation.        01:20PM

6           THE WITNESS:  Are you referring to a certain

7    time frame?

8    BY MS. ANDERSON:

9       Q.   I'm talking about the time period 1995 to

10   the end of 2000, and I'm trying to assess whether     01:21PM

11   there is some particular juncture during an

12   employee's employment at which Mattel would

13   typically give this document to the employee.

14          MR. ZELLER:  Same objections.

15   BY MS. ANDERSON:                                      01:21PM

16      Q.   Do you understand my question?

17      A.   Yes.  I don't recall at what time -- well, I

18   do know that it was provided.  I don't recall

19   exactly at what point it was normally distributed.

20      Q.   So you're not sure if it was at the very      01:21PM

21   inception of the employment, correct?

22          MR. ZELLER:  Same objections.

23          THE WITNESS:  I'd have to go back and check.

24   I don't recall exactly the time frame of when it was

25   provided for employees.                               01:22PM

MGA v. MATTEL                    None                          Page 87

                                   **117**

Yonemoto , Sandy   5/30/2007  9:57:00 AM

1        Q.   Do you have any understanding about Mattel's

2     practices with respect to following up on

3     information provided in a Conflict of Interest

4     Questionnaire at the inception of employment during

5     the period 1998 through the end of 2000?            01:57PM

6            MR. ZELLER:  The question is vague, outside

7     the scope of the designation.

8            THE WITNESS:  That would not be part of my

9     responsibilities at that time.

10    BY MS. ANDERSON:                              01:58PM

11       Q.   Do you know who, if anyone, was responsible

12    for that?

13           MR. ZELLER:  Outside the designation, vague,

14    and this is asked and answered as well.

15           THE WITNESS:  This Conflict of Interest    01:58PM

16    Questionnaire is provided during the onboarding

17    process and is handled by our -- at the time was

18    handled by our Corporate Staffing department who

19    would have been the responsible party.

20    BY MS. ANDERSON:                              01:58PM

21       Q.   And when I asked you earlier whether you had

22    any understanding about Mattel's practices with

23    respect to following up on information in these

24    forms, you said that it was not part of your

25    responsibility at the time, correct?          01:58PM

1      MR. ZELLER:  She's asked and answered.

2      THE WITNESS:  With regard to the Conflict of

3    Interest Questionnaire?

4   BY MS. ANDERSON:

5      Q.   Right.                            01:58PM

6      A.   Yes, this is part of the onboarding forms

7    that Corporate Staffing disseminated to the

8    employee.

9      Q.   Whether or not it was part of your

10   responsibility, do you have knowledge about the      01:59PM

11   practices that were followed in that regard?

12      MR. ZELLER:  This is asked and answered.

13      THE WITNESS:  I couldn't speak to that

14   accurately.  I was not part of that -- I wasn't part

15   of the Corporate Staffing group.                01:59PM

16   BY MS. ANDERSON:

17      Q.   I'd just like to know if you have any

18   knowledge about Mattel's practices in that regard

19   during that time period.

20      MR. ZELLER:  The question is vague, asked      01:59PM

21   and answered.

22      MS. ANDERSON:  Strike that.  Let me rephrase

23   that.

24      Q.   Did you ever observe what Mattel did with

25   respect to following up on information in conflict   01:59PM

Yonemoto , Sandy   5/30/2007  9:57:00 AM

1      of interest questionnaires in the period 1998

2      through 2000?

3           MR. ZELLER:  The question is vague.

4           THE WITNESS:  I personally did not have

5      involvement in that area.                    02:00PM

6      BY MS. ANDERSON:

7           Q.  I just don't want us speaking around each

8      other because when you say "I didn't have

9      involvement," I don't know exactly what you're

10     saying.                                       02:00PM

11          A.  Okay.

12          Q.  Do you -- strike that.

13               Is it correct to say that you do not know

14     what Mattel did with respect to following up on

15     information in conflict of interest questionnaires   02:00PM

16     during the period 1998 through 2000?

17          MR. ZELLER:  The question is vague.

18          THE WITNESS:  That's not exactly accurate.

19     I would say that this form was -- again, not to keep

20     repeating but is part of the ongoing process of the   02:00PM

21     employee.  It was the responsibility of the

22     Corporate Staffing department to note any of the

23     issues that you're talking about and to -- it would

24     have been under their umbrella of responsibility.

25     BY MS. ANDERSON:                             02:00PM

MGA v. MATTEL              None              **120**              Page  111

Yonemoto, Sandy  5/30/2007  9:57:00 AM

1      Q.  Besides what you have already told me, do

2   you have any more specific information about what

3   Mattel would do in following up on such information?

4      MR. ZELLER:  The question is vague.

5      THE WITNESS:  What do you mean what Mattel   02:01PM

6   would do?

7   BY MS. ANDERSON:

8      Q.  For example, if Mattel saw something of

9   concern on a filled-out questionnaire, would that

10   get handled in a different way than a questionnaire   02:01PM

11   that raised no concerns for Mattel, et cetera?  I'm

12   just trying to figure out what is the extent of your

13   knowledge about how these things were handled during

14   that time period.

15      MR. ZELLER:  Outside the designation, lacks   02:01PM

16   foundation.

17      MS. ANDERSON:  That wasn't a question.

18      Q.  My question is:  Besides what you've already

19   told me, do you have any more specific information

20   to provide about what Mattel's practices were in   02:01PM

21   following up on information reflected in conflict of

22   interest questionnaires during the period 1998

23   through 2000?

24      MR. ZELLER:  The question is vague, asked

25   and answered.                           02:01PM

1          THE WITNESS:  Again, I don't have any other

2     information other than it would start with the

3     Corporate Staffing department.

4          MS. ANDERSON:  No further questions.

5          MR. JENAL:  Let's go off the record, please. 02:02PM

6          VIDEO OPERATOR:  We're off the record at

7     2:02.

8              (Brief recess.)

9          VIDEO OPERATOR:  We're back on the record

10    at 2:12 p.m.                        02:12PM

11

12              FURTHER EXAMINATION

13    BY MR. JENAL:

14    Q.   Ms. or Mrs.?

15    A.   Ms.                          02:13PM

16    Q.   Very well.  Ms. Yonemoto, you realize you're

17    still under oath?

18    A.   Yes, I do.

19    Q.   My name is Jim Jenal.  I'm an attorney at

20    O'Melveny here and we represent MGA and I'd like to   02:13PM

21    ask you just a few questions.  I don't have a whole

22    lot and we'll get out of here fairly quickly, I

23    think, but let me see if I can come at a subject

24    that we've been dancing around a little bit with a

25    different approach.                  02:13PM

1    Notice to capture information that could then be

2    entered into the PeopleSoft system?

3        MR. ZELLER:  Same objections.

4        THE WITNESS:  Yes.  The information on the

5    HR Action Notice was used to then input the data        02:54PM

6    into the PeopleSoft system.

7    BY MR. JENAL:

8        Q.  Now, I notice that at the bottom of this

9    page there's a Web address.  Do you see that?  It

10   starts "https" and then goes "peoplesoft" blah,        02:54PM

11   blah, blah.  I'm sorry, I'm on 418.  Do you see

12   that?

13       A.  Yes.

14       Q.  At the very end of that there's a date.  Do

15   you see that?  8/2/2004.                02:54PM

16       A.  Yes.

17       Q.  Is it your understanding from that that that

18   would be the date that this inquiry and producing

19   this screen shot would have been made?

20       MR. ZELLER:  Lacks foundation, outside the   02:55PM

21   designation.

22       THE WITNESS:  I don't know for sure.  I

23   don't think I can answer that accurately.  I don't

24   know for sure if that's the date that it was

25   printed.                    02:55PM

MGA v. MATTEL                    None                    Page 144

123

Yonemoto , Sandy  5/30/2007  9:57:00 AM

1    BY MR. JENAL:

2        Q.  In the time when you were doing exit

3    interviews for Mattel, if you had wanted to find

4    this information for a particular employee, is that

5    something you could have asked people to run a query  02:55PM

6    if you will to PeopleSoft and get this information

7    returned to you?

8        MR. ZELLER:  Lacks foundation, vague.

9        THE WITNESS:  I could have asked someone in

10   Employee Services to do a print screen such as this  02:56PM

11   if I needed it, yes.

12   BY MR. JENAL:

13       Q.  So let me ask you this.  If you wanted --

14   let's say back in 2000 if you had wanted to get a

15   listing of every employee who is terminated for     02:56PM

16   other position, right, term OTP -- right -- could

17   you have asked somebody in Employee Services to have

18   run that kind of a query and give you that kind of

19   report?

20       MR. ZELLER:  Lacks foundation, vague,        02:56PM

21   outside the designation.

22       THE WITNESS:  I would have to go back and

23   find out if it had that capability.  I want to be

24   able to give you an accurate answer.  I think I'd

25   have to go back and look but, again, if that's a    02:56PM

MGA v. MATTEL                    None                    Page  145

Yonemoto , Sandy  5/30/2007  9:57:00 AM

1    request I had, I would have requested it of our

2    Employee Services group.

3    BY MR. JENAL:

4       Q.  I take it you never made such a request?

5       A.  Not that I can recall.                    02:57PM

6       Q.  I think you told us previously that prior to

7    preparing for this deposition you had not spoken

8    with anyone about Carter Bryant since 2000 when you

9    had the exit interview session.  Is that correct?

10      MR. ZELLER:  Misstates the witness'         02:57PM

11   testimony.

12   BY MR. JENAL:

13      Q.  If I misstated it I don't mean to.  So if

14   that's not correct, please correct me.

15      A.  Can you reread your question so I make sure  02:57PM

16   I answer it correctly?

17      Q.  We know that you spoke with Carter Bryant

18   during his exit interview in October of 2000,

19   correct?

20      A.  Yes, during his exit interview I did speak   02:57PM

21   with him.

22      Q.  But you don't have a present recollection of

23   that actual event, you know it because you can see

24   the records that reflect that, correct?

25      A.  I don't have a personal recollection but I   02:57PM

MGA v. MATTEL                    None              125              Page  146

Yonemoto , Sandy   5/30/2007 9:57:00 AM

1    do have the business records and his words on those

2    records that I could refer to.

3        Q.   Precisely.  Since that time did you speak to

4    anyone about Carter Bryant in 2001?

5        A.   Honestly besides -- besides talking with    02:58PM

6    Legal -- our legal counsel, I did not discuss

7    Mr. Bryant with -- with anyone else.

8        Q.   I'm not interested in the substance of your

9    conversations with legal counsel but when was the

10   first time that you spoke with Legal about Carter    02:58PM

11   Bryant?

12       A.   I don't have an exact date for you.  It's

13   probably been -- let me think.  It's probably been a

14   few years maybe but I don't have an exact date that

15   I can recall.                                        02:59PM

16       Q.   Do you recall someone in Legal -- let's

17   leave Legal aside for just a moment.

18           Aside from someone in the Legal department

19   at Mattel or outside lawyers, has anyone else ever

20   come to -- have you ever spoken with anyone else     02:59PM

21   about Carter Bryant since this exit interview?

22       MR. ZELLER:  Sorry, can I have the question

23   read back?

24       MR. JENAL:  Yeah.

25       Q.   Since the exit interview leaving aside      02:59PM

Yonemoto , Sandy  5/30/2007  9:57:00 AM

1    Mattel's Legal department or outside counsel, have

2    you spoken with anyone else about Carter Bryant?

3        A.  No, no.

4        Q.  Do you know who Richard Deanda is?

5        A.  Yes, I know who Mr. Deanda is.          03:00PM

6        Q.  Who is he as far as Mattel is concerned?

7        A.  He is Vice President -- I don't know the

8    exact title -- but of our security area, Security

9    department.

10       Q.  Do you know what the role of the Security   03:00PM

11   department is at Mattel?

12       MR. ZELLER:  The question lacks foundation,

13   outside the designation.

14       THE WITNESS:  Generally they're there to use

15   that term again provide security to the company.    03:00PM

16   They are the ones -- the greeters at the company to

17   insure that employees who are coming on premises are

18   there for a specific reason.  But beyond that, I

19   mean, I would have to refer to some kind of job

20   description to give you a more conclusive          03:00PM

21   explanation.  Go ahead.

22   BY MR. JENAL:

23       Q.  Are you aware of -- you referred to it as a

24   Security department so I'll refer to it in that

25   term, okay?  Is that fair?                    03:01PM

MGA v. MATTEL                    None           **127**              Page  148

**Exhibit 5**

Pratte, Joni - Vol. 1  6/1/2007  12:00:00 PM

1          UNITED STATES DISTRICT COURT

2          CENTRAL DISTRICT OF CALIFORNIA

3              EASTERN DIVISION

4

5      ----------------------------

6      MATTEL, INC., a Delaware      )

7      Corporation,              )

8          Plaintiff,        )

9          vs.              ) No. CV 04-9059

10     CARTER BRYANT, an individual;  )    NM (RNBx)

11     and DOES 1 through 10,       )

12     Inclusive,              )

13          Defendants.       )

14     ---------------------------- )

15     (COMPLETE CAPTION ON NEXT PAGE.)

16

17         CONFIDENTIAL - ATTORNEYS' EYES ONLY

18

19     Videotaped 30(b)(6) Deposition of

20     JONI PRATTE, taken at 400 South Hope

21     Street, Los Angeles, California,

22     commencing at 10:06 A.M., Friday,

23     June 1, 2007, before Wendy S.

24     Schreiber, CSR No. 3558, RPR, CLR.

25     PAGES 1 - 230

1.       UNITED STATES DISTRICT COURT

2.       CENTRAL DISTRICT OF CALIFORNIA

3.       EASTERN DIVISION

4.

5.   --------------------------

6.   MATTEL, INC., a Delaware      )

7.   Corporation,                  )

8.        Plaintiff,               )

9.        vs.            ) No. CV 04-9059

10.   CARTER BRYANT, an individual; )    NM (RNBx)

11.   and DOES 1 through 10,        )

12.   Inclusive,                    )

13.        Defendants.              )

14.   -------------------------- )

15.   CARTER BRYANT, on behalf of   )

16.   himself, all present and      )

17.   former employees of Mattel,   )

18.   Inc., and the general public, )

19.        Counter-Claimants, )

20.        vs.            )

21.   MATTEL, INC., a Delaware      )

22.   Corporation,                  )

23.        Counter-Defendant. )

24.   --------------------------

25.

1    APPEARANCES OF COUNSEL:

2

3    FOR THE PLAINTIFF:

4

5    QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

6    BY:  MICHAEL ZELLER, ESQ.

7    865 South Figueroa Street, Tenth Floor

8    Los Angeles, California 90017

9    (213) 443-3000

10   mzeller@quinnemanuel.com

11

12            -AND-

13

14   MATTEL, INC.

15   BY:  MICHAEL MOORE, ESQ.

16   333 Continental Boulevard

17   El Segundo, California 90245-5012

18   (310) 252-2000

19   michael.moore@mattel.com

20

21

22

23

24

25

1    APPEARANCES (CONTINUED):

2

3    FOR THE DEFENDANT AND COUNTERCLAIMANT

4    CARTER BRYANT:

5

6    KEKER & VAN NEST LLP

7    BY:  MICHAEL PAGE, ESQ.

8    710 Sansome Street

9    San Francisco, California 94111-1704

10    (415) 391-5400

11    mpage@kvn.com

12

13    FOR DEFENDANT MGA ENTERTAINMENT, INC.:

14

15    O'MELVENY & MYERS LLP

16    BY:  JAMES JENAL, ESQ.

17    400 South Hope Street

18    Los Angeles, California 90071-2899

19    (213) 430-6000

20    jjenal@omm.com

21

22    ALSO PRESENT:

23

24    RYAN GULINO, VIDEO OPERATOR

25

Pratte, Joni - Vol. 1  6/1/2007  12:00:00 PM

1    Exhibit 385.  Have you seen this document before?

2        A.  No, I do not believe I have.

3        Q.  If you could turn to --

4        A.  I apologize.  I have seen this the first

5    time that I met with counsel.                10:10AM

6        Q.  If you could turn to page 4 of this

7    document.  Is it your understanding that -- let me

8    strike that.

9            My understanding is that you are here to

10   testify in categories 1 through 8, 13 and 24.  Is    10:10AM

11   that also your understanding?

12           MR. ZELLER:  Sorry, 13 and 24.

13           MR. PAGE:  Did I say 1 through 8?  I meant

14   to say 2 through 8, 13 and 24.

15           THE WITNESS:  Yes.                  10:11AM

16           MR. PAGE:  Mr. Zeller, is it -- we had

17   discussed this earlier.  My understanding is that

18   she's going to be testifying just as to her own

19   knowledge as opposed to information provided to her

20   from other Mattel employees.  Is that correct?    10:11AM

21           MR. ZELLER:  Right.  I mean, she's here to

22   testify so, of course, she'll testify about

23   documents and that sort of thing but, right, she is

24   not someone we have educated on topics that she does

25   not otherwise have knowledge of.              10:11AM

MGA v. MATTEL            None          132          Page 8

1          MR. PAGE:  Excellent.  Once I exhaust her

2     personal knowledge I'm done?

3          MR. ZELLER:  I believe that's correct.

4          MR. PAGE:  Her personal knowledge on the

5     relevant topics.                    10:11AM

6          MR. ZELLER:  Yes.

7     BY MR. PAGE:

8          Q.   Who do you work for?

9          A.   Mattel, Inc.

10         Q.   When did you -- when did you start working   10:11AM

11    for Mattel?

12         A.   I started in October of 1998 as a temporary

13    employee.

14         Q.   And in October of 1998 what was your job?

15         A.   I was a package designer on the customized   10:12AM

16    Barbie line.

17         Q.   What is the customized Barbie line?

18         A.   Customized Packaging would do packaging for

19    dolls specifically for certain consumers -- Toys "R"

20    Us, Target, United States of America, Air Force --   10:12AM

21    that kind of.

22         Q.   I see.  So when you say "customized," it's

23    customized for a particular customer?

24         A.   Correct.

25         Q.   Now, what sort of customization did Mattel   10:12AM

1    created packaging for approximately 60 to -- or so

2    SKUs.

3        Q.  Not her first deposition.

4            And so a given team would continue to exist

5    and move from product to product; is that correct?    10:16AM

6        A.  Correct.

7        Q.  And in, say, 2000 how many packaging teams

8    were there?

9        A.  I don't know for sure but my approximation

10   would be eight or nine.                    10:17AM

11       Q.  Okay.  And today how many packaging teams

12   are there?

13       A.  I don't know for sure.

14       Q.  More?

15       A.  Yes.                        10:17AM

16       Q.  So in 2000 -- strike that.

17           Did each Packaging team have a name?

18       A.  Yes.

19       Q.  How were they named?

20       A.  The names would be the Collector team,    10:17AM

21   Customized team, Main Line team.  Each team, you

22   know, in relationship to the product.

23       Q.  So would the size of the Packaging team vary

24   depending on how many products a given line had?

25       A.  I believe so.                10:17AM

1      make a presentation of possible names?

2         A.  I don't believe names were presented.  I

3      believe we wrote -- we all -- we wrote them down on

4      big boards.

5         Q.  So it was just sort of a brainstorming      10:53AM

6      session.  Everybody put up ideas?

7         A.  Yes.

8         Q.  Do you know how many people put up ideas?

9         A.  I'm sure everybody in the room contributed.

10        Q.  What names did you suggest?           10:53AM

11        A.  I have no idea what I suggested.

12        Q.  Do you know if any copy was made of the list

13     of suggested names?

14        A.  I don't know if any copy was made of the

15     list.                              10:53AM

16        Q.  Is this something that was then circulated

17     to the company as a whole?

18        MR. ZELLER:  Assumes facts not in evidence,

19     calls for speculation.

20        THE WITNESS:  It's not something that I --  10:53AM

21     yeah, that I have complete knowledge of.

22     BY MR. PAGE:

23        Q.  Typically when -- between the Packaging team

24     and the Marketing team and the Product team you're

25     discussing the name for a product, is that something  10:53AM

1    Q.   Artists.

2    A.   Can't live without us.

3    Q.   So was the Diva Starz packaging, the initial

4    Diva Starz packaging, a 16-week project?

5    A.   I'm sorry, I don't remember.              11:03AM

6    Q.   Do you have any memory of it being out of

7    the ordinary in terms of time?

8    A.   Yes.

9    Q.   In what way was it out of the ordinary in

10   terms of time?                            11:03AM

11   A.   It was late.

12   Q.   When you say "it was late," does that

13   mean --

14   A.   It took more time than the traditional --

15   traditional Barbie doll that I had worked on.    11:03AM

16   Q.   I'll try to narrow down what the "it" was.

17   Did the package design take more time than a typical

18   project?

19   A.   Ask that question again, please.

20   Q.   Did the package design take more time than a 11:03AM

21   typical Barbie doll project?

22   A.   The package design took more time than the

23   typical Barbie doll project; yes.

24   Q.   Why?

25   A.   We couldn't clear a name is one of the    11:04AM

1    reasons.  And we had product issues.

2         Q.   You said earlier that in winnowing down the

3    list of possible names you would -- you would take

4    into consideration what names you could clear.  How

5    would you go about determining that?              11:04AM

6         A.   Repeat that question, please.

7         Q.   I believe you said earlier that one of the

8    considerations in narrowing down the list of

9    possible names was what names you could clear.

10        A.   We like to use names that possibly don't    11:04AM

11   have to be translated for international markets.

12        Q.   How do you determine whether a name needs to

13   be translated?

14        A.   There's a criteria -- I don't know the exact

15   criteria -- but the more uncommon the name is the    11:05AM

16   less likely it is that it has to be translated.

17        Q.   How do you go about -- well, let me take it

18   more generally.  You've got this list of possible

19   names.  What steps do you go through to determine

20   which of those can be used?              11:05AM

21        A.   There's a number of different things that we

22   do.  If a designer happens to like a particular

23   name, they'll do a logo for it to prove out their

24   point.  This is it, this is what I want.  If

25   there -- if somebody thinks something can clear or    11:05AM

1    BY MR. PAGE:

2        Q.   So when you say you never search less

3    than -- or fewer than three names, do you typically

4    just send off all three at once and say please

5    search these names?                    11:08AM

6            MR. ZELLER:  Misstates the witness'

7    testimony.

8            THE WITNESS:  I didn't say never, I said

9    typically.

10           MR. PAGE:  Okay.               11:08AM

11       Q.   Fair enough.  In cases where you search

12   multiple names, do you typically say here's a list

13   of names to search at one time or is it serial?

14       A.   I'm not sure because I know that it's

15   expensive to search names.             11:09AM

16       Q.   Do you have any understanding as to how many

17   names were searched in connection with Diva Starz?

18       A.   I do not.

19       Q.   So you know of Chat Girls being searched.

20       A.   Yes.                          11:09AM

21       Q.   And presumably Diva Starz was searched we

22   would hope.

23       A.   Yes.

24       Q.   And you think that from general practice

25   probably more were searched; is that correct?    11:09AM

1        A.   To my knowledge I would think that more

2     would be -- would have been searched, yes.

3        Q.   And you don't have any information as to

4     what other names were searched in connection with

5     the Diva Starz project?                    11:09AM

6        A.   I'm sorry, I do not remember.

7        Q.   Do you know one way or the other whether any

8     name that contained the word "brats" was searched?

9        A.   I do not have that knowledge.

10       Q.   Who would?                          11:09AM

11       A.   Our legal department.

12       Q.   When a trademark search is done, are the

13    results provided to the team doing the naming?

14          MR. ZELLER:  I'm going to object as to the

15    term "the results."  The question is vague.      11:10AM

16    BY MR. PAGE:

17       Q.   Let me ask it a different way.  You go to do

18    a name search.  Presumably somebody says to Legal

19    can you search these names.  How do you find out

20    what the result was?                       11:10AM

21       A.   I don't do name searches.

22       Q.   Who does?

23       A.   The copywriter.

24       Q.   And do you know how the copywriter -- strike

25    that.                                      11:10AM

1      A.  I believe Techno Teens was brought up and I

2    would say that 4 Girls was definitely brought up and

3    E-girls.  And the problem with this is I have worked

4    on so many products.  The Four Ever Friends I don't

5    know if it was brought up in relation to Diva Starz   11:44AM

6    but I have seen that before.

7      Q.  I see.  So Four Ever Friends is familiar.

8    You're just not sure if it's familiar from Diva

9    Starz?

10     A.  Correct.                    11:44AM

11     Q.  Do you know who, if anyone -- strike that.

12   Obviously somebody did.

13        Do you know who first suggested Techno Teens

14   as a potential name for Chat Girls?

15     A.  I couldn't tell you.          11:44AM

16     Q.  Do you have any memory of who suggested 4

17   Girls?

18     A.  No, I'm sorry, I don't.

19     Q.  How about E-Girls?

20     A.  No, I'd have to take a guess.       11:45AM

21     Q.  I mean, do you have an educated guess?

22     A.  Based on personality, yes.

23     Q.  What is that?

24     A.  Educated guess is that it came from a

25   product designer because they were electronic girls.  11:45AM

1    Q.  Any particular product designer?

2    A.  Maybe Maureen — it was either Maureen or

3    Liz or — I'm not sure.

4    Q.  I love the first one.

5        Do you recall whether Mattel ever referred   11:46AM

6    to the Diva Starz as anything other than Chat Girls

7    or Diva Starz in any internal documentation?

8    A.  "Mattel" is very broad so I can't speak for

9    all of Mattel.  I can only speak for Packaging.

10   Q.  Obviously you can't tell me about instances  11:46AM

11   you don't know about.  I'm asking about instances

12   you do know about.  Are you aware of any instance in

13   which any internal Mattel documentation referred to

14   this project as anything other than Chat Girls or

15   Diva Starz up through the first release of the      11:47AM

16   product?

17       MR. ZELLER:  This is asked and answered.

18       THE WITNESS:  I do not remember the

19   documentation names.  I believe I said Chat Girls,

20   Cool Talkin' Teens — I can't remember if that was a  11:47AM

21   tag line or was referred to in documentation.

22   BY MR. PAGE:

23   Q.  But as you sit here today, do you remember

24   any memory of any documentation that ever -- strike

25   that.                           11:47AM

1      A.  I have seen Chat Brats worked as a logo.  I

2   can't conclusively say that I've seen it on other

3   documentation.

4      Q.  So other than seeing it as a proposed logo

5   or a proposed name do you have any recollection of    11:50AM

6   ever seeing the term "Chat Brats" used to refer to

7   Diva Starz?

8      A.  I think I just said I don't believe I've

9   ever seen it in any other documentation other than

10   those forms.                              11:50AM

11      Q.  Thanks.  Do you know Carter Bryant?

12      A.  No.

13      Q.  Have you ever met him?

14      A.  Not to my knowledge.

15      Q.  Did you have any interaction with him of any 11:50AM

16   sort while he was at Mattel?

17      A.  I have no idea what he looks like or who he

18   is.

19      Q.  I just want to also make sure that you

20   didn't have E-mail communications with him or        11:50AM

21   non-face-to-face communications.

22      A.  I never heard the name until counsel had

23   given me the name.

24      Q.  So did Carter Bryant to your knowledge have

25   any involvement at all in the Diva Starz project at   11:51AM

1    any time?

2       A.  I never had any interaction or knowledge of

3    Carter Bryant during my time at Mattel.

4       Q.  That cuts out a lot of questions.

5       A.  Good.                          11:51AM

6       Q.  When did you first see a Bratz doll?  By

7    that let me -- in the broadest sense whether it's

8    actually seeing the doll in the store or seeing a

9    picture or an ad, when did you first become aware of

10   the Bratz product?                    11:52AM

11      A.  The first time I believe that I ever saw a

12   Bratz product was when somebody purchased one from

13   the store and brought it into the office.

14      Q.  And who was that?

15      A.  I have no idea.                 11:52AM

16      Q.  Tell me everything you can recall about that

17   incident or that instance.

18      A.  When the product was brought in, I looked at

19   the package and went, "Oh, my God, they totally

20   knocked us off."                      11:52AM

21      Q.  When you said, "Oh, my God, they totally

22   knocked us off," who did you say that to?

23      A.  I'm sure there was more than one person

24   standing there in that possible group because the

25   group of people that I hung out with in the    11:53AM

1    Packaging department would have been Cesar Modesto,

2    Monica Lavalle, Richard Oesterheld, Michelle Mark.

3        Q.   When you saw -- when you saw the product and

4    looked at it, it was in -- was it in the package?

5        A.   Yes, it was in the package.              11:53AM

6        Q.   And you were looking at the outside of the

7    package and saying, "Oh, my God, they knocked us

8    off"?

9        A.   I couldn't tell you that I was specifically

10   looking at the outside package, the general look of  11:53AM

11   the package.

12       Q.   And when you say -- when you said, "They

13   knocked us off," what were you referring to?

14       A.   Well, No. 1, the name was something that we

15   had discussed, the style of the logo and there were  11:53AM

16   similarities to the Diva Starz product.

17       Q.   At the time Diva Starz was on the market,

18   correct?

19       A.   Yes.

20       Q.   So was there anything that you felt that had 11:54AM

21   been knocked off or copied from Diva Starz that was

22   not publicly known at the time?

23       A.   You know, I honestly don't think that way

24   and I never believe that anybody that I work with is

25   willing to rip us off so I did not think that way.    11:54AM

Pratte, Joni - Vol. 1  6/1/2007  12:00:00 PM

1        Q.   Today do you think that Carter Bryant ripped

2   off anything from Mattel in creating the Bratz

3   dolls?

4        A.   I have no idea what Carter Bryant did.

5        Q.   Do you have any testimony to give on any      11:54AM

6   subject concerning Carter Bryant?

7        A.   I know nothing about him and have no

8   information for you on Carter Bryant.

9        Q.   Do you have any reason -- does Mattel have

10   any reason to believe that Carter Bryant was ever     11:55AM

11   aware of any of the naming discussions around Diva

12   Starz?

13        MR. ZELLER:  The question is overbroad as to

14   Mattel, lacks foundation, is outside the scope of

15   the designation.                          11:55AM

16        MR. PAGE:  I would dispute whether it's

17   outside the designation.

18        MR. ZELLER:  Just to be clear, I mean -- I

19   haven't said this each and every time when we talk

20   about the topics obviously but, I mean, the topics    11:55AM

21   are phrased sort of as these legal contentions.

22   We're bringing people in to talk about the facts.

23   You know, whether they're able to connect the dots

24   is a different issue.  You're free to ask those

25   questions, I'm not disputing that, but just so        11:55AM

1    that's clear.

2    BY MR. PAGE:

3        Q.   Are you aware of any instance in which any

4    of the potential lists of names for Diva Starz was

5    circulated to anyone other than the people who were        11:55AM

6    actually participating in the discussions?

7        A.   I would have no knowledge of who received

8    what lists.

9        Q.   I'm asking you if you know of any instance

10   in which anyone other than the people who were          11:56AM

11   participating in the decision ever got access to any

12   of the lists of potential names?

13       A.   I am sure that more than one person saw the

14   list of names because if it was printed in a hard

15   copy they sit on a printer before somebody walks        11:56AM

16   over to pick them up.

17       Q.   Are you aware of any instance in which

18   anyone walked by a printer and read the list of

19   names that somebody else had printed or is that just

20   pure speculation?                                       11:56AM

21       A.   That's pure speculation.

22       Q.   Thanks.  And you're not aware of any

23   instance in which any list of potential names of

24   Diva Starz was distributed to any -- was

25   deliberately distributed to anyone outside of the      11:56AM

1    group who were discussing the potential names; is

2    that correct?

3        MR. ZELLER:  Objection.  The question is

4    vague.

5        THE WITNESS:  I'm not -- I was not in charge 11:56AM

6    of the distribution, therefore, I don't know who

7    distributed what.

8    BY MR. PAGE:

9    Q.   Have you done anything to -- in

10   preparation -- strike that.                11:57AM

11       What, if anything, did you do to prepare for

12   the deposition today?

13   A.   I met with counsel to talk about what we

14   would be going over.

15   Q.   And when was that?                     11:57AM

16   A.   I met with them twice.  The first time was

17   in -- we got rescheduled.  I apologize, I don't know

18   the date.  It was in April.  I believe it was in

19   April.  And then I met with them yesterday.

20   Q.   Other than the two documents in front of   11:57AM

21   you, Exhibit 314 and 420, are you aware of any other

22   printed lists of potential names for Diva Starz?

23   A.   No.

24   Q.   At any of these meetings after the first one

25   you discussed when people wrote potential names up   11:58AM

1      A.   It was discussed, I'm sure, in a team

2    meeting.

3      Q.   Do you know who told you that?

4      A.   I could not recall.

5      Q.   Did you ever do any work on Tune Teens?      12:10PM

6      A.   No, I did not.

7      Q.   Are you familiar with the Tune Teens project

8    at all?

9      A.   The only information I had about Tune Teens

10    was when I was asked about it yesterday.      12:10PM

11      Q.   That's the part you're not supposed to tell

12    me.

13      A.   Sorry.

14      Q.   Quite all right.  Do you know when you saw

15    the Bratz doll for the first time?      12:10PM

16      A.   I believe I answered earlier that it would

17    have been sometime mid -- late summer, early fall.

18      Q.   Of?

19      A.   Of, what, '99.

20      Q.   Did I ask the wrong question?      12:10PM

21      A.   I apologize.

22      Q.   I meant Bratz.

23      A.   And I said Diva Starz.  I apologize.  I saw

24    it when it was brought in from being purchased after

25    we had already released Bratz or Diva Starz.  Now      12:11PM

1      Q.   To go back to where we were, so is it true

2      that up until -- that before yesterday you had never

3      heard of Tune Teens?

4         A.   To my recollection I don't remember ever

5      hearing of Tune Teens.                    12:12PM

6         Q.   Did you work on Fashion Diva Starz?

7         A.   When you say "Fashion Diva Starz," do you

8      mean the dolls that were more -- that were not as

9      short, taller with a similar size head as the Mini

10     Diva Starz?  Or do you mean the fashions for the     12:13PM

11     Diva Starz doll?

12        Q.   I see what you're saying.  I mean the

13     former, the taller, thinner dolls that were released

14     later.

15        A.   Yes, I gave art direction on those.     12:13PM

16        Q.   What do you mean when you say you gave art

17     direction?

18        A.   Stewart Minskoff worked on the packaging for

19     that.

20        Q.   So you didn't actually draw the packaging on 12:13PM

21     that?

22        A.   I did not draw all the packaging on that,

23     no.

24        Q.   Did you draw any of it?

25        A.   Probably.                    12:13PM

1        of when you worked on things?

2        A.  Correct.

3        Q.  Were the large -- the first Diva Starz, the

4    large dolls, and Mini Diva Starz first released in

5    the same season, the same year, let's put it that      12:16PM

6    way?

7            MR. ZELLER:  When you say "released" here,

8    you're talking about on shelf?

9            MR. PAGE:  Yeah, on shelf.

10           THE WITNESS:  You know, that's difficult      12:16PM

11   because I don't remember ship dates.  Dates are not

12   my -- as you I'm sure have realized, dates are not

13   my strong suit.

14           MR. PAGE:  What's your anniversary?

15           THE WITNESS:  Same as my husband's birthday. 12:16PM

16           MR. PAGE:  Two with one stone.  Brilliant.

17           THE WITNESS:  The Diva Starz large dolls

18   first wave released approximately in April and I

19   know that the Minis came after that.  I'd like to

20   say they were in the first season on shelf with the  12:17PM

21   large dolls but, you know, I honestly it's a blur.

22       Q.  When you say "April," of what year?

23       A.  It must have been April of 2000.

24       Q.  And the Fashion Diva Starz, when were they

25   on shelf?                      12:17PM

Pratte, Joni - Vol. 1  6/1/2007  12:00:00 PM

1.     would attend a WIP meeting where Diva Starz was

2      presented, when you say packaging and design, would

3      these be people who are working on the packaging of

4      Diva Starz and the design of Diva Starz or all of

5      the packaging groups and all the design groups?     12:34PM

6          A.   The way a typical WIP would work there would

7      be an agenda sent out with what's being presented

8      from all the different brands for that day on Barbie

9      and you would be expected to attend during your

10     brand's or group's times.                    12:34PM

11         Q.   So during the time that Diva Starz was being

12     presented in a WIP meeting would designers for other

13     dolls be present?

14         MR. ZELLER:  The question is vague.

15         THE WITNESS:  I don't know if other    12:35PM

16     designers are there but there are a lot of people in

17     the room.

18     BY MR. PAGE:

19         Q.   When you say "the room," where are these

20     held?                                     12:35PM

21         A.   Traditionally, but not always, in the Barbie

22     presentation theater.

23         Q.   Gee, why do they call it that?  Strike that.

24         When to the best of your recollection was

25     the first time that Diva Starz was presented in a    12:35PM

MGA v. MATTEL                    None                    Page 93

151

1      WIP meeting?

2          A.  The Diva Starz product or Diva Starz

3      packaging?

4          Q.  Let's do both one at a time.  Product first.

5          A.  I don't know on the product.          12:35PM

6          Q.  Packaging?

7          A.  Packaging the first time that it probably

8      was presented would have been at earliest -- I

9      shouldn't say at earliest.  I would say

10     approximately September, October for at least          12:36PM

11     structure and it would have had to go into the WIP

12     meeting before it art released and I believe we art

13     released in April of 2000.

14         Q.  So when you say September, October, you're

15     talking about September, October of 1999?          12:36PM

16         A.  I believe so.

17         Q.  But weren't you still trying to figure out

18     what the name was going to be in 2000?

19         A.  Yes.

20         Q.  I see.  So what name was on the packaging          12:36PM

21     you presented to a WIP meeting in September, October

22     of 1999?

23         A.  I don't know that there was a name on the

24     package.  We may have shown structure and color.

25         Q.  We were just looking at Exhibit 421 which          12:37PM

1     A.  By itself.

2        Q.   And fills a significant portion of an

3   8 1/2 x 11 page?

4     A.   I believe so.

5        Q.   Does it include the word "Joy"?          12:48PM

6     A.  I don't remember.

7        Q.   When is the last time you saw that that you

8   can recall?

9     A.  Sometime ago.

10       Q.   "Sometime ago" being a couple of years,     12:49PM

11   couple weeks?

12      A.   Probably a couple years.

13       Q.   When was the first time you saw it, do you

14   recall?

15      A.  A long time ago.              12:49PM

16       Q.   Was it before or after Diva Starz was

17   released?

18          MR. ZELLER:  The question is vague.

19          THE WITNESS:  Before the original doll was

20   released?                     12:49PM

21   BY MR. PAGE:

22       Q.   Yeah, the original doll.

23      A.   You know, I'm not sure.  It was during the

24   time period that I worked on Diva Starz.

25       Q.   Do you know who drew this?         12:49PM

1      A.   I can only guesstimate.

2      Q.   What's your guesstimate?

3      A.   Steve Linker.

4      Q.   Do you know why he drew this?

5      A.   Probably as a concept idea.          12:49PM

6      Q.   Do you know whether it was drawn in

7   connection with Diva Starz or in connection with

8   something else?

9      A.   I don't have that knowledge.

10     Q.   Do you have any reason to think that Carter  12:49PM

11  Bryant ever saw this drawing?

12     A.   I don't know anything about Carter Bryant.

13     Q.   I like that answer.  Keep that.

14        Did you ever have any conversation with Rene

15  about this drawing?                          12:50PM

16     A.   I'm sure I didn't.

17     Q.   Have you ever had any conversation with

18  anyone about this drawing?

19     A.   Off the top of my head, no.  I may have

20  acknowledged that it's cool.                 12:50PM

21     Q.   Have you ever had any discussion with anyone

22  about whether this drawing resembles the Bratz

23  dolls?

24     A.   No.

25     Q.   Or vice versa.  Do you know anything about  12:50PM

Pratte, Joni - Vol. 1  6/1/2007  12:00:00 PM

1      this drawing that you haven't already told me?

2          A.  I know nothing about this drawing that I

3      haven't already told you.

4          Q.  If you could take a look at Exhibit 385, the

5      list of topics.  Take a look at No. 13.  Thirteen    12:51PM

6      asks for testimony concerning all acts, omissions,

7      circumstances and/or evidence showing or tending to

8      show that any product sold at any time by MGA under

9      the trade name Bratz originated from, is derived

10     from, is based on, copies, incorporates or is        12:51PM

11     substantially or confusingly similar to any design

12     or work product owned at any time by Mattel or

13     created by Bryant during the time Bryant was working

14     for Mattel.  Other than matters which we've already

15     discussed today, are you aware of any information     12:52PM

16     covered by that topic?

17         A.  I have no information on Carter Bryant.

18         Q.  This is a little broader than Carter Bryant.

19     Do you have any reason to believe that any MGA

20     product is derived from or is based on or copies or   12:52PM

21     incorporates or is substantially or confusingly

22     similar to any design or work product at any time

23     owned by Mattel other than matters you've already

24     told me about?

25         MR. ZELLER:  The question is vague since        12:52PM

1    it's phrased consistent with this topic which we've

2    objected to in its form.

3         THE WITNESS:  The only comment I have is

4    when I saw the Bratz package is that I thought that

5    we had been knocked off.                    12:53PM

6    BY MR. PAGE:

7         Q.   Are you aware of any facts that you haven't

8    told me about that indicate or make you believe that

9    MGA copied anything from Diva Starz in creating

10   Bratz?                        12:53PM

11        MR. ZELLER:  The question is overbroad,

12   vague.

13        THE WITNESS:  I don't have any information

14   about MGA.  I don't know what MGA did or did not do.

15        MR. PAGE:  Why don't we let you guys get to  12:53PM

16   lunch.

17        VIDEO OPERATOR:  We're off the record at

18   12:53 p.m.

19

20        (At the hour 12:53 p.m. the luncheon

21   recess was taken.)

22

23

24

25

1       A.  I've seen these while employed at Mattel.

2       Q.  In what context did you see these?

3       A.  In relation to Diva Starz while Maureen

4    Mullen's group was working on them.

5       Q.  Do you know who created these?          02:00PM

6       A.  They're either Liz Hogan or Steve Linker's

7    is my understanding.

8       Q.  Is this something that someone asked Steve

9    or Liz to create?

10      A.  I did not ask them.  I only know what I    02:00PM

11   asked them to create.

12      Q.  This morning you were talking about

13   instances in which designers sometimes do up a logo

14   for a name that they're pushing.  Is this one of

15   those instances?                             02:01PM

16      A.  I don't know.  I didn't make this request.

17      Q.  Who other than you would have been making

18   requests to Steve Linker or Liz in connection with

19   Diva Starz?

20      A.  The Product Design team would have        02:01PM

21   requested -- may have requested them to do a logo

22   because they may not have had a graphic artist

23   available to them to do logos for their boards.

24      Q.  Anybody other than the Design team?

25         MR. ZELLER:  Asked and answered.          02:01PM

1        THE WITNESS:  I -- I don't know who would

2    have, you know.

3            (Deposition Exhibit 425 was marked

4        for identification and is annexed hereto.)

5    BY MR. PAGE:                           02:01PM

6        Q.   We'll mark this as Exhibit 425.  Exhibit 425

7    is a two-page document Bates No. M 0033828, I

8    believe, and 829.  Can you tell -- have you ever

9    seen this document before?

10       A.   I haven't seen this document.        02:02PM

11       Q.   Do you know what it is?

12       A.   I do.  It's logo explorations.

13       Q.   As near as I can tell, other than the Bates

14   numbers the two pages are identical except that

15   there's an X through the top picture on the second  02:03PM

16   page.  Just looking at the first page the top of the

17   three objects is labeled "Diva Girls Original Swatch

18   (from Joni)."  What is an original swatch?

19       A.   It's the original gradient swatch is what I

20   will assume that is for the package.        02:03PM

21       Q.   What is a gradient swatch?

22       A.   It's the background color that was used on

23   the original Diva Starz package.

24       Q.   So it's not a swatch of cloth, it's --

25       A.   It's a swatch of art.             02:03PM

1        Q.   The second one is labeled "Diva Girls" with

2     an S, new swatch, but has a logo that's Diva Girlz

3     with a Z.  Do you recall any product ever being

4     referred to as Diva Girls either with an S or a Z?

5        MR. ZELLER:  The question is vague as to      02:03PM

6     "product."

7        THE WITNESS:  There's a lot -- Mattel does a

8     lot of products but these look like logo

9     explorations that were done for Diva Starz.

10    BY MR. PAGE:                          02:04PM

11       Q.   Do you recall other than looking at this any

12    consideration of Diva Girls either with a Z or S as

13    a name for Diva Starz?

14       A.   Looking at this it does jar my memory that

15    "Girlz" was possibly to be used.              02:04PM

16       Q.   Do you know who created these logos?

17       A.   My actual guess is me.

18       Q.   The font in which -- actually, the third one

19    is labeled "George swatc."  Do you know what that

20    means?                                02:04PM

21       A.   I don't.  One of the things that when you

22    use a gradient that's created in Illustrator it

23    needs to be taken into Photo Shop to smooth and that

24    may have been what happened with this swatch.

25       Q.   What does George have to do with that?  02:05PM

1      A.  He may have been the person that did it.

2      Q.  Who is George?

3      A.  He would have been a Photo Shop expert.

4      Q.  Is that just a guess or do you, in fact,

5   recall there being a Photo Shop expert being George?  02:05PM

6      A.  That is a guess.

7      Q.  Did you have anybody working on the

8   Packaging team for Diva Starz named George?

9      A.  Not that I remember.  We do have a George

10   that works in Packaging that may have helped me.    02:05PM

11      Q.  And that's George who?

12      A.  Fong.

13      Q.  The second -- the two -- strike that.

14         There's one logo that contains four pictures

15   of girls.  Do you know who did the artwork for those  02:05PM

16   faces?

17      A.  They look like -- in looking at this, and

18   it's not a very good copy, they look like the faces

19   that Steve Linker did.

20      Q.  There's one font in that set -- in the     02:06PM

21   middle section with the faces and then what appears

22   to be two different versions of a second font in the

23   lower one.  Are either of these the fonts that you

24   eventually used to create the Diva Starz logo?

25      A.  I believe the bottom -- the third one is the 02:06PM

1      best of your ability what that interview process was

2      like.

3         A.  I came to the Mattel Design Center and

4      checked in with now who I know as Sherrie and waited

5      for Chris, met with her in one of the front          02:18PM

6      conference rooms in front of the Design Center.  She

7      reviewed my portfolio, said "Thank you very much"

8      and I left.

9         Q.   When she reviewed your portfolio, did she

10     ask you anything about who owned the rights to any   02:18PM

11     of the materials you were showing her?

12        A.  I couldn't -- I couldn't tell you what she

13     asked me and what she didn't.  I reviewed each of

14     the things that I did in my portfolio with her.

15        Q.   At any time did she ask you whether you had  02:19PM

16     received permission from ESPN, for example, to be

17     showing these materials to her?

18        A.  I can't recall.

19        Q.   I take it that you later heard back from her

20     and she hired you?                                   02:19PM

21        A.  I did later hear back from her and, yes --

22     actually, she did not hire me, another manager hired

23     me.

24        Q.  I see.  Who was that other manager?

25        A.  Skip Hopkins.                                 02:19PM

Pratte, Joni - Vol. 1  6/1/2007  12:00:00 PM

1    trademark that name but I'm not a lawyer.

2    BY MR. JENAL:

3        Q.   Fair enough.  Is it Mattel's practice to

4    your knowledge when names are settled upon for

5    products at least in your experience that trademarks  03:20PM

6    are applied for for those names?

7        MR. ZELLER:  Lacks foundation, outside the

8    scope of the designation, is vague.

9        THE WITNESS:  I don't know how it works for

10   all the names for all Mattel products.        03:20PM

11   BY MR. JENAL:

12       Q.   But of the products that you're familiar

13   with has that been your experience at Mattel that

14   trademarks were sought for those names?

15       MR. ZELLER:  Same objections.        03:21PM

16       THE WITNESS:  I don't know if trademarks are

17   sought.  I know that the names are run through the

18   Legal department.

19   BY MR. JENAL:

20       Q.   Does Mattel in your experience create -- at  03:21PM

21   least in later years do they create Websites

22   associated with their products?

23       MR. ZELLER:  The question is overbroad,

24   outside the scope of the designation.

25       THE WITNESS:  I'm actually not involved in  03:21PM

MGA v. MATTEL                    None              162              Page  166

1    creating Websites.

2    BY MR. JENAL:

3        Q.   My question was a little bit different.  Do

4    you know whether or not it's Mattel's practice to

5    create Websites associated with its products?        03:21PM

6           MR. ZELLER:  The question is vague, lacks

7    foundation, outside the scope of the designation.

8           THE WITNESS:  I know that there is a Barbie

9    Website and that there are lots of products on that

10   Website.                        03:21PM

11   BY MR. JENAL:

12       Q.   Is there a Diva Starz Website?

13       A.   I believe that when Diva Starz was created

14   that they created a Diva Starz Website.

15       Q.   What's the basis for that belief?        03:22PM

16       A.   I think I saw it.

17       Q.   Did you ever talk to anyone about it, about

18   the Diva Starz Website?

19       A.   About the Website?

20       Q.   Yes.                        03:22PM

21       A.   In what respect?

22       Q.   In any respect.

23       A.   Meaning a co-worker that needed a logo for

24   the Website?

25       Q.   That could be one way, yes.        03:22PM

1    bit different.  It was to you personally.

2         Are you aware of having had any other

3    interactions professionally with people responsible

4    for the Diva Starz Website other than what you've

5    testified about those two logos?              03:25PM

6         MR. ZELLER:  The question is vague.

7         THE WITNESS:  I am sure that Web Design

8    attended team meetings that I was at so there was

9    possible interaction, yes.

10        Could I be excused for one minute?  I need   03:25PM

11   to go to the restroom.

12        MR. JENAL:  Sure, let's go off the record.

13        VIDEO OPERATOR:  This is the end of tape 2.

14   We are off the record at 3:25 p.m.

15             (Brief recess.)           03:40PM

16        VIDEO OPERATOR:  We're back on the record at

17   3:40 p.m.  This is the beginning of tape 3 of Volume

18   1 of the deposition of Joni Pratte in the matter of

19   Mattel, Incorporated versus Carter Bryant, et al.

20   BY MR. JENAL:                         03:40PM

21   Q.  Ms. Pratte, you realize you're still under

22   oath?

23   A.  Yes, I do.

24   Q.  Just before we took our break you had

25   mentioned that you believed that there were Web        03:40PM

1    Design people who had attended team meetings related

2    to Diva Starz.  Do you recall that testimony?

3        A.  I recall that I said that it was possible

4    that Web Design team members attended team meetings.

5        Q.   During any of those team meetings do you        03:40PM

6    recall there being any discussion about the actual

7    content for the Diva Starz Website?

8        MR. ZELLER:  The question is vague.

9        THE WITNESS:  I do not recall what Web

10   Design did at the team meetings.                          03:41PM

11   BY MR. JENAL:

12       Q.   Apart from what Web Design at the team

13   meetings my question was somewhat broader.  Just do

14   you recall there being any discussion at the team

15   meetings about the content that would be put on the       03:41PM

16   Diva Starz Website?

17       MR. ZELLER:  Outside the designation, vague.

18       THE WITNESS:  Web design is not my forte and

19   I didn't -- really was not involved in Web design

20   discussions.                                              03:41PM

21       VIDEO OPERATOR:  Counsel, there's a

22   Blackberry that's near the mike or something.

23   BY MR. JENAL:

24       Q.  I realize that Web design is not your forte

25   but my question was you attended team meetings in         03:42PM

1 which Web Design members were also in attendance

2 with regards to work on Diva Starz; is that correct?

3  A.  I attended Diva Starz team meetings, yes.

4  Q.   At those team meetings is it your

5 recollection that there were at least at some of  03:42PM

6 those meetings members from the Web Design team?

7  A.  I am sure that at some of the meetings there

8 were members from the Web Design team.

9  Q.   So at those meetings where both you attended

10 and members from the Web Design team attended do you  03:42PM

11 recall there being any discussion about content for

12 the Diva Starz Website?

13   MR. ZELLER:  Asked and answered.

14   THE WITNESS:  I do not recall that there was

15 discussion with content.    03:42PM

16 BY MR. JENAL:

17  Q.   Are you aware that at some point in time the

18 Diva Starz Website carried the phrase "A passion for

19 fashion"?

20  A.  I don't know every phrase that the Diva  03:43PM

21 Starz Website carried.

22  Q.   I'm sure you don't but that wasn't my

23 question.

24   My question to you was:  Were you aware that

25 at some point in time the Diva Starz Website carried  03:43PM

MGA v. MATTEL     None   **166**   Page  172

1      the phrase on it "A passion for fashion"?

2      A.  I have heard the phrase "A passion for

3      fashion."  It is a very old phrase.

4      Q.  Let me try it a third time.

5          Regardless of how old the phrase is, were    03:43PM

6      you ever aware that the phrase "A passion for

7      fashion" was used on the Diva Starz Website?

8      A.  I cannot say conclusively that I was aware

9      that it was used on the Website.

10     Q.  What do you mean by you say -- by saying    03:43PM

11     that you cannot say that conclusively?

12     A.  I don't know that it was used on the

13     Website.  I don't have that knowledge.

14     Q.  Is it your understanding that, in fact, it

15     was used on the Website?                  03:44PM

16     A.  I don't have the knowledge of whether it was

17     used on the Website or not.

18         (Deposition Exhibit 426 was marked

19         for identification and is annexed hereto.)

20     BY MR. JENAL:                        03:44PM

21     Q.  Let me show you what's been marked as

22     Exhibit 426 to your deposition.  Tell me whether you

23     recognize this.

24         While you're looking at it let me say for

25     the record it's a multi-page document bearing Bates    03:44PM

1      Q.   Did the packaging on the Mini Diva Starz

2    relate back to the pop stars that are identified

3    here:  Gwen Stefani, Brittany Spears, et cetera?

4         MR. ZELLER:  Can I have the question read

5    back, please?                    04:26PM

6         (The pending question was read as follows:

7         "Q.   Did the packaging on

8         the Mini Diva Starz relate back

9         to the pop stars that are identified

10        here:  Gwen Stefani, Brittany Spears,      04:26PM

11        et cetera?")

12        MR. ZELLER:  The question is vague, outside

13    the designation.

14        THE WITNESS:  The packaging related to the

15    Diva Starz brand.                 04:26PM

16    BY MR. JENAL:

17      Q.   Did it reference, for example -- did it

18    reference Alexa as Brittany?

19      A.   No, it did not I don't believe.

20      Q.   Were you familiar with the marketing on the  04:27PM

21    Mini Diva Starz?

22        MR. ZELLER:  The question is vague.  Outside

23    the designation.

24        THE WITNESS:  Packaging is my specialty, not

25    marketing.                        04:27PM

Pratte, Doni - Vol. 1  6/1/2007  12:00:00 PM

1      BY MR. JENAL:

2          Q.   Fair enough.  Were you familiar with the

3      marketing for Mini Diva Starz?

4          A.   No, I was not.

5          MR. ZELLER:  Same objections.          04:27PM

6      BY MR. JENAL:

7          Q.   Not at all?

8          MR. ZELLER:  The question is argumentative,

9      asked and answered.

10         THE WITNESS:  No.                       04:27PM

11     BY MR. JENAL:

12         Q.   Ms. Pratte, you've referred a couple of

13     times to wanting to be able to look at the actual

14     packaging associated with the Diva Starz products.

15     I have marked as Exhibit 431 a somewhat less than   04:28PM

16     expert photograph of the packaging, at least the

17     front packaging in part of that, but what I'd really

18     like you to look at -- this is simply so we have

19     something to put in the record -- is the product

20     itself.  Will you take a look at that.          04:28PM

21         MR. ZELLER:  I object to the failure to

22     produce Exhibit 431 by MGA.

23         MR. JENAL:  Exhibit 431 is a

24     commercially-sold product.  It's not MGA's property

25     other than purchasing it at Target.          04:29PM

1    BY MR. JENAL:

2        Q.   Generally speaking, do you know whether that

3    would cause a problem to change the height of the

4    packaging?

5        MR. ZELLER:  Same objections.  Also, that    05:06PM

6    question assumes facts not in evidence.

7        THE WITNESS:  Every retailer is different.

8    It would depend on the retailer.

9    BY MR. JENAL:

10       Q.   When the decision -- do you recall the    05:06PM

11   decision being made to change the height of the

12   packaging in going to the Fashion Nikki which is

13   reflected in Exhibit 434?

14       A.   I don't recall why the height was changed.

15       Q.   Do you recall any discussion at the time    05:06PM

16   that changing the height could cause problems for

17   retailers?

18       MR. ZELLER:  Same objections as before.

19       THE WITNESS:  I don't recall why the height

20   was changed.                         05:07PM

21   BY MR. JENAL:

22       Q.   That wasn't my question.  My question was:

23   Do you recall any discussion that changing the

24   height could cause problems for retailers?

25       MR. ZELLER:  Same objections.          05:07PM

1        THE WITNESS:  No, I don't recall any

2    discussion.

3    BY MR. JENAL:

4        Q.  Do you recall any discussion that changing

5    the height of the packaging could cause problems for  05:07PM

6    shipping the product from where it was manufactured?

7        MR. ZELLER:  Same objections.

8        THE WITNESS:  I don't recall any discussion

9    that changing the height of the package would cause

10    problems.                          05:07PM

11        MR. JENAL:  Very well.  I think I'm done.

12    Thank you for your time and your patience.  Unless

13    Mr. Page has something further....

14        MR. PAGE:  Just -- no, I have nothing

15    further.                          05:07PM

16        MR. JENAL:  We're off the record.

17        VIDEO OPERATOR:  This is the end of tape 3

18    and concludes Volume 1 of the deposition of Joni

19    Pratte.  We're off the record at 5:07 p.m.

20        (TIME NOTED:  5:07 P.M.)

21

22

23

24

25