**Exhibit 6**

Ongchangco, Kislap (AEO)  4/24/2007  9:45:00 AM

1          UNITED STATES DISTRICT COURT

2          CENTRAL DISTRICT OF CALIFORNIA

3              EASTERN DIVISION

4

5      --------------------------------

6      MATTEL, INC., a Delaware      )

7      Corporation,              )

8          Plaintiff,       )

9          vs.          ) No. CV 04-9059

10     CARTER BRYANT, an individual;  )    NM (RNBx)

11     and DOES 1 through 10,      )

12     Inclusive,            )

13         Defendants.       )

14     --------------------------------  )

15     (COMPLETE CAPTION ON NEXT PAGE.)

16

17         CONFIDENTIAL - ATTORNEYS' EYES ONLY

18

19     Videotaped 30(b)(6) Deposition of KISLAP

20     ONGCHANCO, taken at 400 South Hope Street,

21     Los Angeles, California, commencing at

22     9:45 A.M., Tuesday, April 24, 2007, before

23     Wendy S. Schreiber, CSR No. 3558, RPR, CLR.

24

25     PAGES 1 - 282

Ongchangco, Kislap (AEO)  4/24/2007  9:45:00 AM

1          UNITED STATES DISTRICT COURT

2          CENTRAL DISTRICT OF CALIFORNIA

3              EASTERN DIVISION

4

5     --------------------------------

6     MATTEL, INC., a Delaware        )

7     Corporation,              )

8          Plaintiff,         )

9          vs.          ) No. CV 04-9059

10    CARTER BRYANT, an individual; )    NM (RNBx)

11    And DOES 1 through 10,      )

12    Inclusive,            )

13         Defendants.       )

14    ------------------------------ )

15    CARTER BRYANT, on behalf of  )

16    himself, all present and      )

17    former employees of Mattel,  )

18    Inc., and the general public, )

19         Counter-Claimant,  )

20         vs.          )

21    MATTEL, INC., a Delaware       )

22    Corporation,             )

23         Counter-Defendant. )

24    --------------------------------

25

MGA v. MATTEL                    Unsigned              173              Page 2

1    APPEARANCES OF COUNSEL:

2

3    FOR THE PLAINTIFF:

4

5    QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

6    BY:  MICHAEL T. ZELLER, ESQ.

7    865 South Figueroa Street, Tenth Floor

8    Los Angeles, California 90017

9    (213) 443-3000

10    michaelzeller@quinnemanuel.com

11

12

13    FOR THE DEFENDANT AND COUNTER-CLAIMANT

14    CARTER BRYANT:

15

16    LITTLER MENDELSON

17    BY:  KEITH JACOBY, ESQ.

18    2049 Century Park East

19    Fifth Floor

20    Los Angeles, California 90067-3107

21    (310) 553-0308

22

23        - AND -

24

25

Ongchangco, Kislap (AEO)  4/24/2007  9:45:00 AM

1    APPEARANCES OF COUNSEL (CONTINUED):

2

3

4         KEKER & VAN NEST LLP

5         BY:  MICHAEL H. PAGE, ESQ.

6         710 Sansome Street

7         San Francisco, California 94111-1704

8         (415) 391-5400

9         Mhp@kvn.com

10

11

12    FOR DEFENDANT MGA ENTERTAINMENT, INC.:

13

14         O'MELVENY & MYERS LLP

15         BY:  DIANA M. TORRES, ESQ.

16         400 South Hope Street

17         Los Angeles, California 90071-2899

18         (213) 430-6000

19         dtorres@omm.com

20         jjenal@omm.com

21

22    ALSO PRESENT:

23

24         DAVID WEST, VIDEO OPERATOR

25

MGA v. MATTEL                    Unsigned              175                Page 4

1    time?

2         MR. ZELLER:  The question is overbroad,

3    lacks foundation.

4         THE WITNESS:  Can you be more specific,

5    please?

6    BY MS. TORRES:

7         Q.   What did you understand was Ms. Mullen's job

8    responsibilities at Mattel as a preliminary

9    designer?

10        A.   She would think of designs and try to

11   execute it for approval.

12        Q.   Did Ms. Mullen to your knowledge come up

13   with the original design for Diva Starz?

14        MR. ZELLER:  I'm going to object.  The

15   question is overbroad and also lacks foundation as

16   to Diva Starz.

17        THE WITNESS:  Can you be more specific?

18   BY MS. TORRES:

19        Q.   I don't think so.  Can you answer that

20   question?

21        A.   No, I can't.

22        Q.   Do you know who came up with the original --

23   whose idea was Diva Starz, do you know?

24        A.   I do not know.

25        Q.   Did Ms. Mullen create the original Diva

1    Starz drawings to your knowledge?

2         MR. ZELLER:  I'm going to object as to lack

3    of foundation.  When you say "Diva Starz," are you

4    talking about the project?  Dolls?  I mean,

5    there's -- the question is hopelessly vague.

6         THE WITNESS:  I do not know.

7    BY MS. TORRES:

8         Q.  You don't know.  Do you have an

9    understanding as to what Ms. Mullen's -- what

10   Ms. Mullen did as a preliminary designer for Diva

11   Starz?

12        A.  I don't know.

13        Q.  You don't know?

14        A.  I don't know.

15        Q.  You said after the point -- at some point

16   before you became a staff designer you stopped

17   working on Diva Starz, correct?

18        A.  Correct.

19        Q.  Do you recall when that was?

20        A.  No, I don't.

21        Q.  Obviously it was more than two years ago?

22        A.  Yes.

23        Q.  Was it more than three years ago?

24        A.  Yes.

25        Q.  Was it more than four years ago?

1    Diva Starz.

2        Q.   Is Barbara Miller still with Mattel to your

3    knowledge?

4        A.   To my knowledge, no.

5        Q.   Do you know where she is?

6        A.   I do not.

7        Q.   Do you recall when she left Mattel?

8        A.   I don't recall.

9        Q.   Do you recall the circumstances under which

10   she left?

11       A.   No, I don't recall.

12       Q.   Did you ever hear that she's still in

13   Southern California?

14       A.   I saw her briefly I would say about a

15   year -- well, maybe about eight months ago, but I

16   didn't get to talk to her.

17       Q.   Where did you see her?

18       A.   In downtown El Segundo in a car.

19       Q.   While you were driving?  While she was

20   driving?

21       A.   We were both driving.  I believe she was

22   driving.  I saw her in the car.  I believe she was

23   driving.

24       Q.   If you look at category No. 11, the category

25   above No. 12 --

Ongchangco, Kislap (AEO) 4/24/2007 9:45:00 AM

1      A.  Uh-huh.

2          Q.  -- that refers to facts and circumstances

3    showing the conception, origination, creation,

4    development and/or reduction to practice of Diva

5    Starz as opposed to Mini Diva Starz.

6      A.  Okay.

7          Q.  I am correct, aren't I, that you are not

8    designated on category 11?

9      A.  I worked on Diva Starz so I would imagine I

10    would be.

11        Q.  But you don't know one way or the other?

12      A.  Yes, I would be designated.

13        MS. TORRES:  Mr. Zeller?

14        MR. ZELLER:  Well, it's whatever is

15    reflected in the stipulation.  I mean, he is

16    someone, you know, with knowledge of Diva Starz.

17    Part of -- I mean, obviously our production of

18    witnesses has been subject to all matter of

19    negotiation and objections and everything else that

20    obviously there's no point in recounting here.

21        MS. TORRES:  No.

22        MR. ZELLER:  So I think that -- I mean, to

23    the extent that you want to ask him about things

24    that he worked on in connection with Diva Starz -- I

25    mean, because principally the problem from our

Ongchangco, Rislap (AEO)  4/24/2007  9:45:00 AM

1   perspective on this topic about Diva Starz is

2   there's a lot of Diva Starz.  There are multiple

3   products and everything else so if -- I certainly do

4   not have an issue in him speaking to the aspects of

5   Diva Starz that he worked on.  Most of those I

6   think, you know, you'll find to be irrelevant but

7   you're certainly free to ask him on those and I

8   would not object that they're outside the

9   designation.  But I think you'll also find just

10   based on what his role is as someone who is more on

11   the development side that he -- he is not someone

12   involved in things -- the first parts of these

13   things -- conception, origination and so on --

14   because he gets the project after some stage of

15   development by the prelim designers.

16       So he is knowledgeable about a piece of this

17   but I think the Mini Diva Starz are the ones that

18   you'll see that really overlap with the other topics

19   and, you know, why he's here today.

20   BY MS. TORRES:

21   Q.  Mr. Ongchangco, Mr. Zeller just represented

22   that you -- as a development designer you were not

23   involved in the conception or origination of Diva

24   Starz.  Is that correct?

25   A.  That's correct.

MGA v. MATTEL                    Unsigned                    Page  29

Ongchangco, Kislap (AEO) 4/24/2007 9:45:00 AM

1          MR. ZELLER:  I'm just going to object to the

2     overbreadth of the question in terms of "Diva Starz"

3     because there's multiple components but I think it's

4     fine.

5     BY MS. TORRES:

6          Q.   Were you involved in any aspect of the

7     conception or origination of Diva Starz?

8          A.   I was not.

9          Q.   Were you involved in any aspect of the

10    conception or origination of Mini Diva Starz?

11         A.   I was not.

12         Q.   Do you know who was involved in the

13    conception of Mini Diva Starz?

14         A.   I don't know.

15         Q.   Do you know how Mini Diva Starz was

16    conceived?

17         A.   I don't know.

18         Q.   If you would look at category 8 in the

19    deposition notice.  There are other individuals who

20    have also been designated on those topics and I'd

21    like to know if you know them.  Rob Hudnut?

22         A.   No.

23         Q.   You don't know him?

24         A.   I don't know him.

25         Q.   Rene Pasko you mentioned earlier.

Ongchangco, Kislap (AEO) 4/24/2007 9:45:00 AM

1       Q.   Yeah.

2       A.   Design process wise I was just working with

3   Maureen on those and possibly Barbara Miller on the

4   Mini Divas.

5       Q.   Were you and Maureen and Barbara Miller the

6   only three people to the best of your recollection

7   involved in the design process of either Diva Starz

8   or Mini Diva Starz?

9           MR. ZELLER:  First of all, this is asked and

10  answered.  Second, the question lacks foundation.

11  It's outside the scope of the designation.

12          THE WITNESS:  I don't know.

13  BY MS. TORRES:

14      Q.   Do you recall working with anyone else?

15      A.   I don't recall at this time.

16          MR. JACOBY:  I just want to object to that

17  objection.  I mean, category 12 talks about the

18  development of Mini Diva Starz.  Asking who else

19  developed it is dead on within the scope of the

20  designation.

21          MR. ZELLER:  But not for this witness.

22  There are a number of people who will be testifying

23  about Diva Starz including Rene Pasko.  He's here to

24  talk about things that he worked on and so I'm

25  objecting to the things that are outside the scope

Ongchangco, Nislap (AEO) 4/24/2007 9:45:00 AM

1   of what he worked on.

2      MR. JACOBY: I thought the question referred

3   to Mini Diva Starz. Am I incorrect?

4      MR. ZELLER: Well, I understand but not any

5   question about Mini Divas would be within the scope

6   of this particular witness' designation. I'm not

7   saying she can't ask questions but that's not why

8   he's here.

9      MS. TORRES: Mr. Zeller, can you clarify

10  for us then what aspects of these topics this

11  witness is designated on and what aspects he's not?

12     MR. ZELLER: That's what I was telling you

13  earlier. It's exactly what I was saying earlier.

14  He is part -- he's a development designer. He picks

15  up the project at a particular point. He can talk

16  about what he did from there as well as -- but

17  you're asking him about the whole design process and

18  that's why I'm objecting to it outside the scope of

19  the designation. But, again, I'm not trying to

20  suggest you can't ask him anything you want but I

21  just don't see that as within the scope of the

22  designation is all.

23  BY MS. TORRES:

24     Q.  Let me ask you this. From the time you

25  first started working on the project until the time

MGA v. MATTEL                    Unsigned                    Page 50

183

Ongchangco, Kislap (AEO) 4/24/2007 9:45:00 AM

1   you stopped working on the project --

2        A.   Okay.

3        Q.   -- were there any other people involved in

4   the design of Mini Diva Starz?

5        A.   Not to the best of my knowledge.

6        Q.   From the time you started working on Diva

7   Starz until the time you stopped working on Diva

8   Starz were there any other people involved in the

9   development of Diva Starz?

10        MR. ZELLER:  Objection.  The question is

11   vague as to "development."

12        THE WITNESS:  I don't know.

13   BY MS. TORRES:

14        Q.   Do you recall working at all with a man by

15   the name of Mr. Steve Linker?

16        A.   Yes.

17        Q.   Who is Mr. Linker?

18        A.   He was an outside designer that I believe

19   Maureen was working with.

20        Q.   Did you work with him at all?

21        A.   I worked with him on graphics only.

22        Q.   What do you mean by that?

23        A.   Meaning labels, stuff like that.  Not the

24   doll at all.

25        Q.   Do you know whether Mr. Linker had any

Ongchangco, Kislap (AEO) 4/24/2007 9:45:00 AM

1   responsibility for designing the doll itself, the

2   Mini Diva Starz doll?

3          MR. ZELLER:  Objection.  The question is

4   vague.

5          THE WITNESS:  I don't know.

6   BY MS. TORRES:

7      Q.   Do you know whether Mr. Linker had any

8   involvement in designing the Diva Starz doll at all?

9      A.   I don't know.

10     Q.   Were there any other outside vendors to your

11   knowledge who worked on any aspect of the

12   development of Diva Starz?

13         MR. ZELLER:  The question is overbroad and

14   vague, outside the scope of the designation.

15         THE WITNESS:  I don't know.

16   BY MS. TORRES:

17     Q.   Were there any other outside vendors to your

18   knowledge who worked on any aspect of the

19   development of Mini Diva Starz?

20         MR. ZELLER:  Same objections.

21         THE WITNESS:  I don't know.

22   BY MS. TORRES:

23     Q.   So the only one that you can think of is

24   Steve Linker?

25     A.   As far as I remember, that's who he -- that

MGA v. MATTEL                    Unsigned                      Page 52

**185**

Ongchangco, Kislap (AEO)  4/24/2007  9:45:00 AM

1         MS. TORRES:  In the second half of 1999.

2         THE WITNESS:  I don't think so because I

3    think that name was finalized later on so I believe

4    at that time it was still called Chat Girls.

5         Q.  Was the Chat Girls project at that time

6    considered to be a -- a more confidential project

7    than any other project to your knowledge?

8         MR. ZELLER:  Objection: lacks foundation.

9    The question is vague as to "considered" and also

10   outside the scope of the designation.

11        THE WITNESS:  I don't know.

12   BY MS. TORRES:

13        Q.  Did you have any understanding as to whether

14   or not the Chat Girls project was considered

15   confidential?

16        A.  All of our projects is confidential -- are

17   confidential.

18        Q.  Did you have any understanding as to whether

19   or not Chat Girls was considered more confidential

20   than other projects generally at Mattel?

21        MR. ZELLER:  The question is outside the

22   scope of the designation.  Also lacks foundation, is

23   vague.

24        THE WITNESS:  I don't know.

25   / / /

Ongchangco, Kislap (AEO)  4/24/2007  9:45:00 AM

1      BY MS. TORRES:

2         Q.  To your knowledge were there any -- were

3      there any additional security measures in place for

4      maintaining the confidentiality of the Chat Girls or

5      Diva Starz project at that time?

6         A.  I don't know.

7            MR. ZELLER:  Same objections.

8            THE WITNESS:  I don't remember.

9      BY MS. TORRES:

10        Q.   Did you have any sense at the time you first

11     started working on the Diva Starz project, whether

12     it was called Chat Girls or Diva Starz, that it was

13     an important project at Mattel relative to other

14     projects?

15           MR. ZELLER:  You're talking about the big

16     ones?

17           MS. TORRES:  Yeah, the big ones.

18           THE WITNESS:  They were all very important.

19     That's how I treat my projects to be all very

20     important.

21        Q.  You didn't consider it to be any more

22     important than any other project?

23        A.  They're all equally to me are important.

24        Q.  Did you consider the Diva Starz project at

25     that time to be any more confidential than any other

MGA v. MATTEL                     Unsigned                        Page 57

1    question is vague, lacks foundation.

2            THE WITNESS:  Can you rephrase that, please?

3    BY MS. TORRES:

4        Q.  Is it fair to say that "prototype" can refer

5    to a three-dimensional version of a product at a

6    number of different stages?

7            MR. ZELLER:  Same objections.

8            THE WITNESS:  It's possible.

9    BY MS. TORRES:

10       Q.  Do you work at all with sculptors as a

11   development designer?

12       A.  On occasion but only to make comments on

13   what they didn't do properly or how we intended the

14   product, but mostly that's with Preliminary Design.

15       Q.  Is it your — do you have any knowledge as

16   to anything about the sculpting process?

17       A.  I'm sorry?

18       Q.  Do you have any knowledge about the

19   sculpting process at all?

20           MR. ZELLER:  I'm sorry, are we talking about

21   now or then?

22           MS. TORRES:  I'm talking about now actually.

23       Q.  Do you have any knowledge about the

24   sculpting process?

25       A.  I'm not into sculpting design so I would not

1    know the process.

2        Q.   So you weren't familiar with it at the time

3    either?

4        A.   Correct.

5        (Exhibit 309 previously marked.)

6    BY MS. TORRES:

7        Q.   I'm going to hand you what was previously

8    marked as Exhibit 309.

9        A.   Thank you.

10       Q.   Have you ever seen any — have you ever seen

11   the images depicted in Exhibit 309?

12       A.   The second page looks familiar but I don't

13   remember if I saw it or not.  The first page I don't

14   remember seeing during that time especially.

15       Q.   Is it fair to say that the images depicted

16   in Exhibit 309 are of different characters than the

17   images depicted in Exhibit 308?

18       MR. ZELLER:  Lacks foundation, outside the

19   scope of the designation.

20       THE WITNESS:  Yeah, I didn't work on these

21   so I don't know.

22   BY MS. TORRES:

23       Q.   Looking at them, do you think that they

24   depict the same characters?

25       MR. ZELLER:  The images speak for

MGA v. MATTEL                    Unsigned              189              Page  82

Ongchangco, Kislap (AEO) 4/24/2007 9:45:00 AM

1    when they were introduced.

2        Q.   Other than the large Diva Starz dolls, the

3    Mini Diva Starz dolls and the Fashion Diva Starz

4    dolls, can you recall any other dolls that you would

5    consider within the Diva Starz product line?

6        MR. ZELLER:  Lacks foundation, outside the

7    scope of the designation, vague.

8        THE WITNESS:  I can only tell you what I've

9    worked on and those were the ones you named.

10   BY MS. TORRES:

11       Q.   To the best of your recollection did Mattel

12   continue to manufacture the Mini Diva Starz after it

13   introduced the Fashion Diva Starz dolls?

14       A.   I don't remember.

15       Q.   To the best of your recollection did Mattel

16   stop manufacturing the Mini Diva Starz dolls before

17   it stopped manufacturing the Fashion Diva Starz?

18       A.   Can you repeat that, please?

19       Q.   To the best of your stop manufacturing the

20   Mini Diva Starz dolls before it stopped

21   manufacturing the Fashion Diva Starz dolls?

22       MR. ZELLER:  Lacks foundation, outside the

23   designation.

24       THE WITNESS:  Yeah, I'm not sure.

25   / / /

Ongchangco, Kislap (AEO) 4/24/2007 9:45:00 AM

1      BY MS. TORRES:

2         Q.   To the best of your knowledge does Mattel

3    still manufacture any Diva Starz dolls?

4         MR. ZELLER:  Same objections.

5         THE WITNESS:  I'm not working on them so I

6    don't know.

7      BY MS. TORRES:

8         Q.   Are you familiar with Mattel's products at

9    all other than the ones that you work on?

10        MR. ZELLER:  Objection.

11        THE WITNESS:  Yeah, there's just so many.

12    The ones that I worked on I'm not working on the

13    Diva Starz right now so I wouldn't know.

14      BY MS. TORRES:

15        Q.   Do you have any knowledge whatsoever as to

16    whether or not Diva Starz are still on the market?

17        A.   I do not know.

18        MS. TORRES:  Do you want to take a break for

19    lunch?

20        MR. ZELLER:  Sure.

21        MS. TORRES:  It's a little after 12:00.

22    I'll get the color copies.

23        VIDEO OPERATOR:  Let's go off the record at

24    12:04.

25        (At 12:04 p.m. the luncheon recess was taken.)

MGA v. MATTEL                    Unsigned                    Page 96

1      (At the hour of 1:18 p.m. the following

2      proceedings were had at the same place with

3      the same persons present.)

4

5      VIDEO OPERATOR:  The time is 1:18 p.m.  We

6  are back on the record.

7

8      EXAMINATION (CONTINUING)

9  BY MS. TORRES:

10     Q.  Mr. Ongchangco, did you do anything to

11  prepare for this deposition today?

12     A.  Yeah, we went over some notes, paperwork.

13     Q.  Who did you go over notes and paperwork

14  with?

15     A.  With my counsel.

16     Q.  Who is that?

17     A.  Mike Zeller.

18     Q.  Was there anyone else -- was there anyone

19  else present when you met with Mr. Zeller?

20     A.  I believe Mike Moore was there.

21     Q.  When was this?

22     A.  Yesterday.

23     Q.  Did you prepare for this deposition in any

24  way prior to yesterday?

25     A.  We also went over some notes on Friday, I

Ongchangco, Kislap (AEO)  4/24/2007  9:45:00 AM

1      believe.

2          Q.   Prior to Friday did you do anything to

3      prepare for this deposition?

4          A.   I don't think so.

5          Q.   How long did you meet with Mr. Zeller on

6      Friday?

7          A.   I think maybe about maybe three or four

8      hours maybe.

9          Q.   Was Mr. Moore present at that time?

10         A.   I think so.  I think he was.

11         Q.   Where were you?

12         A.   At El Segundo.

13         Q.   At Mattel's offices in El Segundo?

14         A.   That's correct.

15         Q.   On Friday did you go over -- did you review

16     any documents?

17         A.   Yes.

18         Q.   What documents did you review?

19         A.   They're like sketches and some other

20     documents that we had there present.

21         Q.   Were any of the sketches that you reviewed

22     on Friday the sketches that we've looked at today?

23         A.   Some, yes.

24         Q.   What sketches were those?

25             MR. ZELLER:  Just so the record is clear

Ongchangco, Kislap (AEO) 4/24/2007 9:45:00 AM

1    about this part, I assume you're asking him for

2    purposes of his preparation for 30(b)(6) and that's

3    not a waiver of privilege?

4         MS. TORRES:  Correct.

5         MR. ZELLER:  Go ahead.

6         THE WITNESS:  There were some -- probably

7    most of this, I believe.  I think most of these.

8    BY MS. TORRES:

9       Q.  Most of these?

10      A.  These sketches but I did not see this one.

11      Q.  When you say most of these sketches, are you

12   talking about the documents I showed you that had

13   been previously marked as exhibits to a prior

14   deposition?

15        MR. ZELLER:  The question lacks foundation.

16        THE WITNESS:  It would be these documents.

17   I don't know if they were prior or not.  I did not

18   see -- well, this is not a sketch.  So I only saw

19   the sketches or drawings.

20   BY MS. TORRES:

21      Q.  Are there any numbers at the bottom of the

22   sketches and drawings that you're referring to?

23      A.  I believe, let's see, TP 0012, TP --

24      Q.  Before you continue, is there any writing to

25   the left of TP 0012?

MGA v. MATTEL                    Unsigned              194          Page 99

1       A.  Yes, No. 312.

2       Q.  Yes.

3       A.  311, 310, 309, 308 and 307.

4       Q.  What was the purpose in reviewing those

5    sketches on Friday?

6           MR. ZELLER:  Objection:  calls for a legal

7    conclusion, lacks foundation.

8           THE WITNESS:  Just so that I'm familiar with

9    them or remember what I -- you know, what I've seen

10   before or what I did not see before.  Basically

11   that.

12   BY MS. TORRES:

13      Q.  Did you review any other sketches on Friday?

14      A.  I don't remember reviewing any other

15   sketches.

16      Q.  Those are the only ones you recall

17   reviewing?

18      A.  I think so.  I wouldn't know unless I see

19   them.

20      Q.  Did you review any different -- did you

21   review any documents yesterday when you met with Mr.

22   Zeller?

23      A.  Yes, parts of I believe Steve Linker's

24   deposition, parts of it.

25      Q.  Did you do anything else in your meeting

Ongchangco, Kislap (AEO)  4/24/2007  9:45:00 AM

1    with Mr. Zeller yesterday?

2        A.  No.

3        Q.  How long did you meet with Mr. Zeller

4    yesterday?

5        A.  I believe — let's see, maybe about five

6    hours, four and a half hours maybe.

7        Q.  Did you spend the entire time reviewing

8    Mr. Linker's deposition testimony?

9        A.  Oh, no, no, no.  That was just part of all

10   the other stuff that I had.

11       Q.  What else did you do -- let's go back to

12   Friday.

13           Did you do anything other than review

14   sketches last Friday with Mr. Zeller?

15       A.  I don't remember.  I think it's just

16   sketches on Friday.

17       Q.  Did you talk to anyone by telephone or

18   communicate with anyone by E-mail other than

19   Mr. Zeller and perhaps Mr. Moore in your deposition

20   preparation on Friday?

21       A.  No, I did not.

22       Q.  In your deposition preparation yesterday did

23   you talk to anyone by phone?

24       A.  No, I did not.

25       Q.  Did you meet with anyone?

MGA v. MATTEL                    Unsigned              **196**                    Page  101

Ongchangco, Kislap (AEO) 4/24/2007 9:45:00 AM

1    A.  No, in regards to -- no.  To this, no.

2        MR. ZELLER:  I'm sorry, you mean anyone in

3    addition?

4        MS. TORRES:  Correct.

5        THE WITNESS:  Oh, right.

6    Q.  Other than Mr. Zeller or Mr. Moore.

7    A.  Right.

8    Q.  Did you communicate with anyone by E-mail?

9    A.  No.

10   Q.  Other than in -- other than your meetings

11   with Mr. Zeller and Mr. Moore on Friday and

12   yesterday, did you do anything to prepare for your

13   deposition?

14   A.  No.

15   Q.  Did you talk to anybody to prepare for your

16   deposition other than Mr. Zeller or Mr. Moore at any

17   time?

18   A.  No.

19   Q.  Did you communicate with anybody by E-mail

20   or telephone in any way to prepare for your

21   deposition?

22   A.  No.

23   Q.  Did you review any other deposition

24   transcripts or parts of deposition transcripts other

25   than Mr. Linker's to prepare for your deposition?

Ongchangco, Kislap (AEO)  4/24/2007  9:45:00 AM

1       A.  I had an old deposition that I went through

2   but that was it.

3       Q.  What old deposition was that?

4       A.  It was a prior deposition that I had.

5       Q.  Was it the deposition that you had

6   approximately eight months ago that you identified

7   earlier today?

8       A.  Yes.

9       Q.  You also testified that you reviewed notes,

10   correct?

11      A.  Yes.

12      Q.  What notes did you review?

13      A.  Well, it would be some of the notes that

14   were on these sketches basically.

15      Q.  Did you review any documents other than the

16   aspects of Mr. Linker's deposition that you looked

17   at, your own prior deposition testimony and sketches

18   to prepare for your deposition?

19          MR. ZELLER:  This is asked and answered.

20          THE WITNESS:  No.  No.

21   BY MS. TORRES:

22      Q.  Did you review any E-mails?

23      A.  No.

24      Q.  In the 1999, 2000, 2001 time frame did you

25   have an E-mail account at Mattel?

1   you can read it like in about ten minutes during a

2   break, I promise. It's very short. We have

3   produced it, absolutely.

4   BY MS. TORRES:

5     Q.  Prior to being deposed in the other case

6   eight or nine months ago, did you talk to people to

7   prepare for that deposition?

8     A.  Only my counsel.

9     Q.  Only your counsel?

10    A.  Only my counsel.

11    Q.  You didn't ask anybody else any questions to

12   prepare yourself for that deposition?

13    A.  No.

14    Q.  In reviewing the transcript for that -- of

15   that deposition testimony did you see anything that

16   you thought was incorrect?

17    A.  No.

18    Q.  Is it fair to say that in testifying here

19   today as a 30(b)(6) witness for Mattel you are

20   testifying only based on your own personal

21   knowledge?

22    MR. ZELLER:  Objection.

23    That also calls for a legal conclusion as

24   phrased.

25    THE WITNESS:  I cannot answer that question.

1    BY MS. TORRES:

2        Q.   Why not?

3        A.   Well, my knowledge, yes, I guess that would

4    be correct.

5        Q.   Is there anyone else's knowledge that you

6    have that you're prepared to give today?

7        A.   No, only my own knowledge.

8        Q.   Only your own personal knowledge?

9        A.   Yes.

10        (Deposition Exhibit 388 was marked

11    for identification and is annexed hereto.)

12    BY MS. TORRES:

13        Q.   I'm going to ask the court reporter to mark

14    as Exhibit 388 a collection of documents they're

15    bearing Bates Nos. M 0032796 through 32811.

16        MR. ZELLER:  I'm going to object to this

17    exhibit as provided in this form.

18    BY MS. TORRES:

19        Q.   Do you recognize these documents?

20        A.   Yes, I do.

21        Q.   What are they?

22        A.   These are the color specifications and parts

23    for each doll.

24        Q.   Are these documents that you create or that

25    you created in the course of your work at Mattel?

MGA v. MATTEL            Unsigned            Page 109

**200**

1    more than create this type of document?

2        A.   Yes.

3        Q.   And convey the information in this type of

4    document to Hong Kong?

5        A.   Yes.

6        Q.   What did you do?

7        A.   I made sure that when they come back to me

8    with the colors and everything I have to make sure

9    that they're the correct colors.  I worked with, you

10   know, the engineers to make sure they're functioning

11   properly.  Stuff like that.

12       Q.   Did you do anything other than work on

13   colors and make sure the engineering worked

14   properly?

15       A.   Well, I worked with Engineering to make sure

16   that, you know, the parts like fit inside, too.  So

17   there was an instance where the shoe was a little

18   bit too small because we need to add one more

19   battery and so we had to make sure that it still has

20   that similar look to what it originally was, but

21   that was about it.

22       Q.   Were the shoes designed to hold the battery?

23       MR. ZELLER:  Objection:  lacks foundation,

24   calls for speculation.

25       THE WITNESS:  Can you be more specific?

MGA v. MATTEL                    Unsigned                    Page  127

201

Ongchangco, Kislap (AEO)  4/24/2007  9:45:00 AM

1    BY MS. TORRES:

2        Q.   Were the shoes designed to hold the

3    batteries?

4            MR. ZELLER:  Same objections.  Calls for

5    speculation.  Outside the designation as well.

6            THE WITNESS:  The engineer would have that

7    information.

8    BY MS. TORRES:

9        Q.   Did the shoes hold the batteries?

10       A.   Yes.

11       Q.   Were the shoes -- were -- were the shoes

12   sized to hold the battery?

13           MR. ZELLER:  Outside the designation, calls

14   for speculation, lacks foundation.

15           THE WITNESS:  I think you would have to talk

16   to the engineer on that specifically.

17   BY MS. TORRES:

18       Q.   Did the engineer report to you on that?

19       A.   Yes.

20       Q.   Were the shoes sized to hold the batteries?

21           MR. ZELLER:  Same objection.  Outside the

22   scope of the designation, lacks foundation, calls

23   for speculation.

24           THE WITNESS:  You'd have to talk to the

25   engineer for that.

MGA v. MATTEL                    Unsigned                         Page 128

202

Ongchangco, Nisiap (AEO)  4/24/2007  9:45:00 AM

1      MR. JACOBY:  Move to strike as

2    nonresponsive.  That is a nonresponsive answer.

3      MR. ZELLER:  Well, Counsel, since this is

4    allegedly your deposition, perhaps you should have

5    been actually the one asking questions first but I

6    don't see how you're interjecting yourself on her

7    questioning.  Do you have a basis for it?

8      MR. JACOBY:  Yeah, I can move to strike a

9    nonresponsive answer and I will be asking questions

10   on other topics that Ms. Torres isn't covering right

11   now.

12     MR. ZELLER:  Well, on topics that he's not

13   designated on.

14     MR. JACOBY:  No, I want to talk 2 through 7

15   which he is designated on and we just haven't gotten

16   to yet.

17     MR. ZELLER:  Counsel, we'll see.

18     MR. JACOBY:  You know, Michael, it is not an

19   answer for a witness -- a 30(b)(6) witness to say go

20   talk to somebody else.

21     MR. ZELLER:  Of course it is.

22     MR. JACOBY:  No.  Even if somebody else

23   knows, we're entitled to know what he knows.  So if

24   he says "I don't know," that's fine, we'll move on

25   to the next question.

1      MR. ZELLER:  You can argue all you want

2      otherwise.  He's a development designer.  You

3      obviously didn't understand that the first time

4      around and you still don't.  He is here to talk --

5      MR. JACOBY:  He is here to respond to

6      questions.

7      MR. ZELLER:  He is responding.

8      MR. JACOBY:  No, he's not.

9  BY MS. TORRES:

10     Q.  Do you know whether the shoes were sized to

11  hold the batteries?

12     MR. ZELLER:  Outside the designation.

13  BY MS. TORRES:

14     Q.  It's a "yes" or "no."

15     MR. ZELLER:  Outside the designation.  Lacks

16  foundation.

17     THE WITNESS:  It's possible but I'm not too

18  sure.

19  BY MS. TORRES:

20     Q.  You're not too sure?

21     A.  Not too sure.

22     Q.  Do you know what was inside the head of the

23  doll, the original Diva Starz?

24     MR. ZELLER:  Outside the designation.

25     THE WITNESS:  I've never actually opened one

Ongchangco, Rislap (AEO) 4/24/2007 9:45:00 AM

1      so I couldn't tell you.

2      BY MS. TORRES:

3          Q.   So you weren't responsible for making

4      whatever was in the head of the Diva Starz work?

5          A.   That's correct, I'm not.

6          Q.   Who was?

7              MR. ZELLER:  Calls for speculation.

8              THE WITNESS:  The engineer.  The engineer

9      was responsible to make sure it works, yes.

10     BY MS. TORRES:

11         Q.   Did that engineer report to you?

12         A.   No.

13         Q.   Who did that engineer report to?

14         A.   His supervisor, but I don't remember who his

15     supervisor was at the time.

16         Q.   Did that supervisor report to you?

17         A.   No.

18         Q.   Do you know who that supervisor reported to?

19         A.   No.

20         Q.   Did Engineering for the original Diva Starz

21     line report to Preliminary Design?

22         A.   Yes.

23         Q.   Was the engineering primarily finished by

24     the time it got to you, the project got to you?

25             MR. ZELLER:  Objection:  lacks foundation,

MGA v. MATTEL                     Unsigned                          Page  131

                                      **205**

1    calls for speculation.

2         THE WITNESS:  Not necessarily.

3    BY MS. TORRES:

4         Q.   You don't know one way or the other?

5         A.   I don't know.

6         Q.   Do you have any idea as to what stage of

7    development the Diva Starz -- the original large

8    Diva Starz dolls were in at the time the project

9    came to you?

10        MR. ZELLER:  Can I have the question read

11   back, please?

12            (The pending question was read.)

13        MR. ZELLER:  The question is overbroad,

14   lacks foundation, calls for speculation.

15        THE WITNESS:  Engineering wise I totally do

16   not know.  All I knew is the product came to me and

17   I started working on it but I don't know any

18   specifics about electronics and the engineering

19   aspects of it.

20   BY MS. TORRES:

21        Q.   Because those aspects -- responsibility for

22   those aspects was -- fell within the responsibility

23   of Preliminary Design, correct?

24        A.   Yes, and Engineering, of course.

25        Q.   What aspects of the original Diva Starz doll

MGA v. MATTEL              Unsigned                    Page  132

206

Ongchangco, Kislap (AEO) 4/24/2007 9:45:00 AM

1    I'm not sure exactly. I wasn't counting the days or

2    anything.

3        Q.  You don't recall whether or not you created

4    a sheet that is similar to the ones in Exhibit 388

5    for the original Mini Diva Starz dolls?

6            MR. ZELLER:  This is asked and answered.

7            THE WITNESS:  Something similar but not the

8    same.

9    BY MS. TORRES:

10       Q.  Was that one of the first things that you

11   did in connection with the Mini Diva Starz dolls?

12       A.  Well, I reviewed it first, the parts, and

13   eventually probably made a document similar to this.

14       Q.  Did you then also convey the information

15   about the colors to a counterpart in Hong Kong?

16       A.  Yes.

17       Q.  Was it the same counterpart that you worked

18   with on the large dolls?

19       A.  I'm not sure.  It's possible but I'm not

20   sure.

21       Q.  Did you do anything to refresh your

22   recollection or to find out that information in

23   connection with your preparation for your deposition

24   today?

25       A.  No.

Ongchangco, Kislap (AEO) 4/24/2007 9:45:00 AM

1      MR. ZELLER:  It's outside the scope of the

2   designation if you haven't been hearing that

3   objection enough.

4   BY MS. TORRES:

5      Q.  Did you have any involvement in choosing the

6   colors for the Diva Starz dolls at any point in

7   time?

8      A.  No.

9      Q.   Were those chosen by Preliminary Design?

10     A.  That's correct.

11     Q.   Do you have any knowledge of how those

12   colors were chosen?

13     A.  No.

14     MR. ZELLER:  I'm sorry, did you say clothes

15   or colors?

16     MS. TORRES:  Colors.

17     MR. ZELLER:  Thank you.

18   BY MS. TORRES:

19     Q.  Did you have any involvement in deciding

20   what clothes would be manufactured for the Diva

21   Starz dolls at any point in time?

22     A.  No.

23     Q.  What about for the Mini Diva Starz dolls?

24     A.  No.

25     Q.  Was that all done by Preliminary Design?

MGA v. MATTEL                  Unsigned                    Page  140

208

1       A.  That's correct.

2       Q.  Do you have any knowledge as to how the

3   fashions for the clothes were created or decided

4   upon?

5       A.  No, I don't know.

6       Q.  In looking at Exhibit 388 there are

7   different dates for these types of documents -- the

8   same type of document.  Do you see that?

9       A.  Uh-huh.

10      Q.  Is this essentially different iterations of

11  the -- is this designed to reflect different

12  iterations of the project?

13      A.  There might have been minor changes.  I'd

14  have to compare each one to tell you what the

15  differences are, but the quality of this printout is

16  really bad.  I can't tell you, but there might be

17  some minor changes therefore the dates have changed.

18      Q.  When you printed out one of these documents,

19  did it automatically print with the date in the

20  bottom right-hand corner?

21      A.  No.

22      Q.  Did you manually input that?

23      A.  That's correct.

24      Q.  Did you -- was it your practice to manually

25  input the date that you were printing the document

Ongchangco, Kusiap (AEO)  4/24/2007  9:45:00 AM

1       A.  Yes, and I -- yes.

2       Q.  I'm going to ask you to look again at

3   Exhibit 385.

4       A.  Okay.

5       Q.  If you look at page 4, category No. 8 --

6       A.  Okay.

7       Q.  -- the topic is "All acts, omissions,

8   circumstances and/or evidence showing, or tending to

9   show, that any and all products of MGA, including

10  but not limited to, any and all products sold under

11  the trade name 'Bratz,' originated from, were

12  derived from, are based upon, are copied or

13  incorporated from, or are substantially or

14  confusingly similar to, any design, research and

15  development work, work in progress, or product owned

16  at any time by Mattel or created by any Mattel

17  employee, including but not limited to Bryant, or

18  any independent contractor during the time that such

19  Person was working for Mattel."

20      I believe you testified earlier that you do

21  have information on that subject.

22      MR. ZELLER:  To the extent he's been

23  designated.

24      THE WITNESS:  Yeah.  Did you have any

25  specific questions on that?

MGA v. MATTEL                    Unsigned              210            Page 145

Ongchangco, Kislap (AEO) 4/24/2007 9:45:00 AM

1   BY MS. TORRES:

2       Q.  No.  Let me ask you this.  Do you have

3   information on that subject?

4       MR. ZELLER:  Asked and answered.

5       THE WITNESS:  I do not aside from what we

6   have here.

7   BY MS. TORRES:

8       Q.  What do you mean "aside from what we have

9   here"?

10      A.  Well, the documents that we went over.  I

11  mean, personally I do not have any.

12      Q.  Are any of the documents that we have here

13  acts, omissions, circumstances or evidence showing

14  that any products of MGA originated from or were

15  derived from or are based in any way upon products

16  of Mattel?

17      MR. ZELLER:  If you're going to phrase these

18  things like they're contention interrogatories, it's

19  completely improper.  If you want to ask him

20  questions about facts, you can do that.

21  BY MS. TORRES:

22      Q.  Do you have any --

23      MR. ZELLER:  Asking him to interpret a legal

24  document is not appropriate.

25      / / /

Ongchangco, Kislap (AEO)  4/24/2007  9:45:00 AM

1    BY MS. TORRES:

2        Q.  Do you have any knowledge of any acts by MGA

3    that you think show that any product of MGA is based

4    in any way on any product of Mattel?

5        MR. ZELLER:  First of all, Counsel, as you

6    know, he is here to talk about the aspects of that

7    from Diva Starz, not any and all products.

8        MS. TORRES:  No, that's what I'm asking.

9    Does he have any --

10       MR. ZELLER:  If you're asking about Diva

11   Starz, that's --

12       MS. TORRES:  It's a yes-or-no question.

13       MR. ZELLER:  Well, you're phrasing it again

14   in this overbroad, legal contention way and I have a

15   problem with that.

16   BY MS. TORRES:

17       Q.  Do you have any knowledge that's relevant in

18   any way to this topic other than on Diva Starz or

19   Mini Diva Starz?

20       A.  I don't think so.  I didn't work with Bryant

21   so I don't know.

22       Q.  Did you know Carter Bryant at all?

23       A.  I might have met him before but I don't know

24   him at all -- I don't know him well at all.

25       Q.  Do you recall ever having a conversation

1   with him?

2       A.  No.

3       Q.  In your capacity as a representative of

4   Mattel, do you have any belief that any product from

5   MGA originated from Diva Starz?

6       MR. ZELLER:  First of all, he's not here to

7   give his beliefs as a representative.  As we've

8   already said, in terms of the designations the

9   people aren't here to connect the dots.  If you want

10  to ask him about the use of Brats in Diva Starz,

11  that's why he's here as you've been now told

12  repeatedly.  So you're trying to phrase it in this

13  legal contention way that's completely improper and

14  you're wasting everybody's time.  You know why he's

15  here and, you know, you should ask some questions

16  about it.

17      MR. PAGE:  Can I make a suggestion that

18  might help?

19      MR. ZELLER:  Yes.

20      MR. PAGE:  Will you make a representation

21  that he has testimony only of his own knowledge;

22  that he hasn't collected testimony from other people

23  at Mattel?  That would shorten it a whole lot.

24      MR. ZELLER:  What he said is that he's read

25  Steve Linker's testimony, he's looked at documents,

MGA v. MATTEL                Unsigned              **213**              Page  148

Ongchangco, Kislap (AEO)  4/24/2007  9:45:00 AM

1     he's here to testify including based on what it is

2     that he knows based on his work as a development

3     designer on the use of the name Brats internally.

4     That's why he's here.  That's what I told you the

5     other day over the phone and that's what I've been

6     trying to tell, you know, Diana.

7             But I don't think it's appropriate to argue

8     with the witness about these sort of designations.

9     I don't intend to do that to your witnesses and I

10    don't think that's appropriate.  I mean, he's not --

11    he doesn't know how these things fit into the case.

12    If you want to ask him, you know, facts that he

13    knows on that subject, that's what you can do.

14            MR. PAGE:  Counsel, but my suggestion was

15    does she have to exhaust the universe of everything

16    Mattel might know that you might have told him that

17    he's going to testify to?

18            MR. ZELLER:  No, absolutely not.

19            MR. PAGE:  Of if she exhausts his personal

20    knowledge, is he done as a designee?

21            MR. ZELLER:  Right.  Once -- right, exactly.

22    Because he -- and also maybe the other piece to be

23    clear about this is that we have designated a number

24    of other people -- Rene Pasko, Joanie Pratt -- and

25    those other people perhaps as well to talk about the

1    other aspects.  He's here to talk about his

2    involvement as the development engineer on that

3    issue.  Again, you're free to ask him anything you

4    want but that's why he's here when we talk about the

5    designation.

6         MR. JACOBY:  I guess I just have a problem

7    with this and I want to state it for the record and

8    Diana can keep asking questions and that's fine but

9    I don't think it's our job to guess what he is

10   speaking of on behalf of Mattel.

11        MR. ZELLER:  It certainly wasn't my --

12        MR. JACOBY:  Let me finish my statement.

13        He's not here as a percipient witness.

14   Nobody named him in a deposition notice.  He is here

15   to talk for Mattel on these designated subjects.

16   That's the scope of the order on the Motion to

17   Compel and I just think it's wrong to say he's going

18   to tell you everything he knows and then you can

19   figure out how it relates to the designations.  I'm

20   not going to tell Diana how to take the depo but I

21   think you have an affirmative obligation to say

22   exactly what he is testifying on on behalf of Mattel

23   with respect to these designations and to the extent

24   that they form legal contentions it's your job as

25   his lawyer to explain that to him but it's not my

1    job to guess.

2        MR. ZELLER:  That's preposterous.

3        MR. JACOBY:  It is not my job to guess what

4    he's designated on.

5        MR. ZELLER:  First of all, you haven't

6    guessed.  We've told you.

7        No. 2, do you really -- does MGA want to

8    take the position that I can walk in with the

9    deposition notice with its designees, read some sort

10    of legal contention and tell me, okay, tell me

11    everything that's wrong with that.  I mean, that's

12    preposterous.  That's not how a 30(b)(6) works.

13    He's here to testify about facts that he knows.  We

14    don't have to produce to you one witness who we

15    educate so he can answer the entire --

16        MR. JACOBY:  No, I agree with that part.

17        MR. ZELLER:  Okay.  So he's here to talk

18    about a particular aspect of what it is that he

19    knows about from that.

20        MR. JACOBY:  Okay, but we're entitled to

21    know what -- how that relates to this.  We have a

22    Motion to Compel that says, Mattel, give me

23    testimony on this.

24        MR. ZELLER:  First of all, that was,

25    of course, subject to the extensive discussions that

1    you and I had, Keith.

2         MR. JACOBY:  All those are completely out

3    the door now.  I have an order moving to compel on

4    these subjects.

5         MR. ZELLER:  Counsel, that's just false.

6         MR. JACOBY:  Let's just get Infante on the

7    phone and stop wasting my time.

8         MR. ZELLER:  You're the one who's wasting

9    time by arguing about these things.  If you

10   really -- if what you want to do is you want to --

11   if you had brought a motion that said I'm entitled

12   to have a witness testify about legal contentions,

13   you would lose and we would never have agreed to

14   that and you know it.  So, I mean, this is wasting

15   the witness' time.  What I've been trying to do is

16   made it clear I had conversation with people, we've

17   had many discussions with these things -- you know,

18   about this and I don't see how you think lawyers are

19   basically supposed to come in and testify for you,

20   Keith, and that's what you're asking for.

21        MR. JACOBY:  Let me short circuit this.  Are

22   you prepared right now to identify exactly what

23   topics -- what aspects of each of the designated

24   topics that John Corey designated in front of Judge

25   Infante he is prepared to testify on?  Because,

MGA v. MATTEL                    Unsigned                      Page  152

Ongchangco, Kislap (AEO)  4/24/2007  9:45:00 AM

1    for example?

2          MR. ZELLER:  This very moment, Counsel, in

3    the middle of this man's deposition.  Is that what

4    you want to discuss?

5          MR. JACOBY:  Well, if he can't say it then I

6    think you have to do it for him.  You have to say

7    this is what he's here to testify on.

8          MR. ZELLER:  I have.

9          MR. JACOBY:  I don't think you have.

10         MR. ZELLER:  I think the record is very

11   clear on this.

12         MS. TORRES:  Let's --

13    Q.   Is it your -- is it your testimony that

14   the -- that any of the drawings that you've looked

15   at today were used in any way in connection with

16   Bratz?

17         MR. ZELLER:  Objection:  outside the scope

18   of the designation, lacks foundation.

19         THE WITNESS:  I wouldn't know.

20   BY MS. TORRES:

21    Q.   Is it your testimony that any of the

22   drawings related to Mini Diva Starz are drawings

23   that were in any way used in connection with Bratz?

24         MR. ZELLER:  Same objections.

25         THE WITNESS:  I wouldn't know.

Ongchangco, Kislap (AEO) 4/24/2007 9:45:00 AM.

1      BY MS. TORRES:

2      Q.  You don't know?

3      A.  I wouldn't know.

4      Q.  Is there anyone you believe would know?

5      A.  I wouldn't know.

6      Q.  Is it your testimony that any of the

7   drawings that we've looked at today were used in

8   connection with any other MGA product?

9          MR. ZELLER:  He's not answering that

10   question.  Move on.

11          MS. TORRES:  He can say "I don't know" and

12   that's fine.

13          MR. ZELLER:  You're not entitled -- look,

14   the magistrate -- discovery master has already ruled

15   that those sort of fishing expedition things are not

16   proper.  There's other litigation between the

17   parties.  He's not discussing those things.  Please

18   move on.

19          MS. TORRES:  There's other litigation

20   between the parties?

21          MR. ZELLER:  Yeah.  Of course there is.

22          MS. TORRES:  What other litigation?

23          MR. ZELLER:  There's litigation in front of

24   T Tab, there's litigation in Europe.  There's -- I

25   mean, there's a number of other things.  If you guys

1    A.  Thank you.

2    Q.  If you take a look at Exhibit 307 which I

3  believe is the first exhibit to Mr. Linker's

4  deposition -- we looked at that earlier, correct?

5    A.  That's correct.

6    Q.  And that's in black and white, correct?

7    A.  That's correct.

8    Q.  Was it in black and white when you reviewed

9  it at Mattel in preparation for your deposition?

10    A.  I think so.

11    Q.  Are you familiar with MGA's Bratz product?

12    A.  Vaguely.

13    Q.  As part of your work at Mattel, do you do

14  any competitive shopping?

15    A.  I actually don't do the shopping but I've

16  been to stores and I saw them there.

17    Q.  Do you do any review of competitors'

18  products as part of your work at Mattel?

19    A.  Some, yes.

20    Q.  Have you ever reviewed the MGA's Bratz dolls

21  as part of your work at Mattel?

22    A.  Can you be more specific?

23    Q.  Have you ever reviewed MGA's Bratz dolls as

24  part of your work at Mattel?

25    A.  I've seen them but I didn't review them to

MGA v. MATTEL                    Unsigned                    Page 156

220

Ongchangco, Kislap (AEO)

1    saw it in early 2000 on Ms. Pasko's wall as opposed

2    to in late 2000?

3         MR. ZELLER:  Objection.  This is asked and

4    answered.

5         THE WITNESS:  It's around the time that I

6    was working on those projects in the beginning,

7    close to the beginning, that I remember but I know

8    from this date here that it was, in fact, then.

9    BY MS. TORRES:

10        Q.   Do you recall whether or not Diva Starz --

11   the original Diva Starz had been introduced to the

12   market at the time you saw the drawing?

13        A.   I don't know.

14        Q.   You don't know one way or the other?

15        A.   I don't know.

16        Q.   Is that because you don't know when the

17   original Diva Starz were introduced into the market?

18        A.   Yeah.  I think Marketing would have that

19   when they actually introduced it to the market.

20        Q.   Do you know whether or not your work on the

21   first iteration of Diva Starz had been completed at

22   the time you saw that drawing or that image?

23        A.   I believe it was still going on but I'm not

24   quite sure.  I think it was still going on around

25   that time.

Unsigned                                                    166

220A

Ongchangco, Kislap (AEO) 4/24/2007 9:45:00 AM

1       A.  I think so.  Yeah, I think I have.

2       Q.  But you don't know for sure?

3       A.  I think it was part of the stuff that I saw

4    with Maureen, at least this particular one.

5       Q.  When you thought to yourself that the Bratz

6    doll looked like the Diva Starz doll, were you

7    thinking about the document you just referenced or

8    were you thinking about the Diva Starz doll itself?

9       A.  Both.

10      Q.  Both?

11      A.  Both.

12      Q.  Let's talk about the doll first.

13      A.  Okay.

14      Q.  When you -- when you first saw the Bratz

15   doll --

16      A.  Okay.

17      Q.  -- what aspect of that doll did you think to

18   yourself was similar to the Bratz doll -- to the

19   Diva Starz doll?

20         MR. ZELLER:  The question is ambiguous as to

21   what doll?

22         THE WITNESS:  Which doll were you pertaining

23   to?

24   BY MS. TORRES:

25      Q.  You testified that when you first saw the

MGA v. MATTEL                    Unsigned              Page  186

221

Ongchangco, Kislap (AEO) 4/24/2007 9:45:00 AM

1    first iteration of the Bratz doll --

2       A.   Okay.

3       Q.   -- you thought to yourself and made a

4    comment to somebody --

5       A.   Okay.

6       Q.   -- that it looks like the Diva Starz doll,

7    correct?

8       A.   Yes.

9       Q.   What aspect did you think looked like the

10   Diva Starz doll?

11         MR. ZELLER:  Are you talking -- you said two

12   things though and that's where I think it's

13   ambiguous.  Are you talking about the doll as it was

14   publicly released or are you talking about the

15   Linker drawings?

16         MS. TORRES:  I'm talking about the doll as

17   it was publicly released.

18         THE WITNESS:  Yes, the big head, pouty lips,

19   the pose, shoes basically.

20      Q.   The pose -- the original Diva Starz doll was

21   posable, correct?

22      A.   Yes.

23      Q.   So you could change the pose?

24      A.   Yes.

25      Q.   Was there any particular pose that you

MGA v. MATTEL                    Unsigned                    Page 187

222

Ongchangco, Kislap (AEO)  4/24/2007  9:45:00 AM

1       Q.   Was Mr. Bryant -- do you know where

2   Mr. Bryant sat at that time?

3       A.   No, I didn't.

4       Q.   You do not?

5       A.   No.

6       Q.   You don't know whether he was sitting with

7   Barbie Collectibles or not?

8       A.   I don't know.

9       Q.   When did you first learn that Carter Bryant

10  was involved in the creation of the Bratz dolls?

11      MR. ZELLER:  I'm going to object.

12      THE WITNESS:  I don't know.  I never worked

13  with him or knew anyone that worked with him with

14  the Bratz so I don't know when he conceived it at

15  all.

16  BY MS. TORRES:

17      Q.   That wasn't my question.

18      A.   What was the question?  Sorry.

19      Q.   At some point in time did you come to learn

20  that Carter Bryant had any involvement in the Bratz

21  dolls?

22      A.   Yeah, I heard it later on when there was an

23  allegation, but before that I did not know.

24      Q.   When you say "when there was an allegation,"

25  what do you mean?

223

Ongchangco, Kislap (AEO) 4/24/2007 9:45:00 AM

1      A.   When he was involved in -- in the allegation

2    that he copied Diva Starz.

3      Q.   When did you first hear that there was an

4    allegation that he copied Diva Starz?

5      A.   God, I don't remember.  Maybe two to three

6    years ago maybe.  I don't remember.

7      Q.   Was there a lawsuit already pending to the

8    best of your knowledge?

9      A.   Yes, that's how I heard it.

10      Q.   How did you hear about the lawsuit?

11      A.   Gosh, I don't remember.  It might have been

12    some friends talking but I don't remember how --

13    exactly how I heard it.

14      Q.   Prior to that time did you have any

15    knowledge that Carter Bryant was involved in any way

16    with the Bratz dolls?

17      A.   No.

18      Q.   Had you ever heard that Carter Bryant was

19    involved in any way with the Bratz dolls?

20      A.   Not until I heard the allegations.

21      Q.   When you heard the allegations about the --

22    in connection with your hearing about the lawsuit,

23    did you hear that the allegation -- what did you

24    hear about the allegation?

25      A.   That he had submitted some drawings to I

Ongchangco, Kislap (AEO)  4/24/2007  9:45:00 AM

1    believe MGA that he did while he was at Mattel.

2       Q.   Who did you hear that from?

3       A.   Gosh, I don't remember who I heard that from

4    but, you know, of course, those were around the time

5    when, you know, you're not sure what's going on

6    until I was called by my counsel to talk to me about

7    it.

8       Q.   Okay.  But it was before you were called by

9    counsel?

10      A.   Yes.

11      Q.   And you don't recall when that was?

12      A.   I don't recall it.

13      Q.   Do you recall hearing the allegation that

14   Carter Bryant did anything in any way that copied

15   any aspect of Diva Starz?

16      A.   Can you repeat that question?

17         MS. TORRES:  Can you read it back?

18         (The pending question was read as follows:

19            "Q.   Do you recall hearing the

20         allegation that Carter Bryant did anything

21         in any way that copied any aspect of Diva

22         Starz?")

23         MR. ZELLER:  First of all, I think this has

24   been asked and answered but also I would just

25   caution the witness you shouldn't be talking about

Ongchangco, Kislap (AEO) 4/24/2007 9:45:00 AM

1    preparation?

2        A.  I think so because I believe this might have

3    been at one of the meetings that I was in going over

4    the Diva Starz project.

5        Q.  But you don't recall?

6        A.  But I don't recall for sure.

7        Q.  Do you recall at any point in time the Diva

8    Starz project being referred to as Chat Brats?

9            MR. ZELLER:  I'm going to object.  The

10   question is vague as to "Diva Starz project."

11           THE WITNESS:  Are you referring to the

12   original four?

13   BY MS. TORRES:

14       Q.   Correct.

15       A.   It was one of the names being considered.

16       Q.   Was it ever actually adopted by Mattel even

17   on a preliminary basis?

18           MR. ZELLER:  Outside the scope of the

19   witness' designation, lacks foundation, vague and

20   ambiguous.

21           THE WITNESS:  Yeah, I wasn't part of the

22   naming of -- or adopting any of the names.

23   BY MS. TORRES:

24       Q.   Did you ever use the term "Chat Brats" to

25   refer to the project that became Diva Starz?

1     A.  I did not personally, no.

2     Q.  Did you ever hear anybody else refer to the

3     project that became Diva Starz as Chat Brats?

4     A.  I did not hear anybody to my knowledge.

5     Q.  Did you ever see anything -- any document in

6     which the project that became known as Diva Starz

7     was referred to as Chat Brats?

8         MR. ZELLER:  Asked and answered.

9         THE WITNESS:  Can you repeat that question?

10        MS. TORRES:  Would you read it back.

11        (The pending question was read as follows:

12          "Q.  Did you ever see anything --

13         any document in which the project that

14         became known as Diva Starz was referred to

15         as Chat Brats?")

16        THE WITNESS:  I don't remember.

17    BY MS. TORRES:

18    Q.  How many names were considered to the best

19    of your recollection for the project that became

20    known as Diva Starz?

21    A.  I would not know.  There was a list of them

22    but I never saw that and I don't work with that so I

23    don't know.

24    Q.  Taking a look at the names on Exhibit 314,

25    were all of these names considered as possible names

Ongchangco, Kislap (AEO)  4/24/2007  9:45:00 AM

1     for the project that became known as Diva Starz?

2          MR. ZELLER:  Outside the scope of the

3     witness' designation, lacks foundation.  It's vague.

4          THE WITNESS:  I wasn't part of the

5     conversation so I wouldn't know.

6     BY MS. TORRES:

7          Q.   I thought you testified a little while ago

8     that you think you were at a meeting in which this

9     document was discussed.

10         A.   Well, this is probably -- this is a list.

11    There might have been more after that or before

12    that.  This is what I remember somewhat seeing

13    during that meeting.  So I don't know if there was a

14    lot more before that that are different or a lot

15    after that.

16         Q.   Is it your understanding that there were

17    other names that were also considered for the

18    project that became known as Diva Starz?

19         A.   It's possible.

20         Q.   But do you believe there were?

21         A.   I don't know.

22         Q.   You don't know one way or the other?

23         A.   I don't know.

24         Q.   Do you recall the project ever being

25    referred to as Chat Chicks?

MGA v. MATTEL                    Unsigned                    Page  207

1    MR. ZELLER: I'm going to object when you

2    say "the project" at this point. I'm not sure which

3    one -- you're talking just about the big dolls now?

4        MS. TORRES: I'm talking about the big

5    dolls.

6        MR. ZELLER: Okay.

7        THE WITNESS: As far as the big dolls, I

8    don't remember.

9    BY MS. TORRES:

10    Q.  Do you recall the small dolls -- the Mini

11   Diva Starz -- do you recall ever referring to the

12   Mini Diva Starz as Chat Brats?

13    A.  Myself?

14    Q.  Yes.

15    A.  I did not.

16    Q.  Do you recall anybody else referring to Mini

17   Diva Starz -- the project that became Mini Diva

18   Starz as Chat Brats?

19    A.  Well, it was one of the names that were

20   being considered so I don't remember if they

21   referred to it as that or not.

22    Q.  My question is not whether or not the name

23   was considered. My question is whether or not you

24   recall anybody actually referring to the project

25   that became known as Mini Diva Starz as Chat Brats?

Ongchangco, Kislap (AEO) 4/24/2007 9:45:00 AM

1        A.   I don't recall.

2        Q.   Do you recall seeing any document that

3    referred to the project that eventually became known

4    as Mini Diva Starz as Chat Brats?

5            MR. ZELLER:  Asked and answered.

6            THE WITNESS:  Aside from these documents, I

7    don't recall.

8    BY MS. TORRES:

9        Q.   Do any of these documents actually refer to

10   the Mini Diva Starz as Chat Brats?

11       A.   Well, it was considered as the names.  I

12   don't know where they were going to put it at,

13   whether the big ones or the small ones.

14       Q.   Do you know whether the name Chat Brats was

15   ever used by anybody to refer to either the project

16   that became known as Diva Starz, the big dolls, or

17   Mini Diva Starz?

18           MR. ZELLER:  This is already asked and

19   answered in several different ways.

20           THE WITNESS:  I wouldn't know.

21   BY MS. TORRES:

22       Q.   Is your testimony simply that the name Chat

23   Brats was considered by Mattel as a potential name

24   for Diva Starz or Mini Diva Starz?

25           MR. ZELLER:  First of all, I object to --

MGA v. MATTEL                    Unsigned                    Page 209

230

Ongchangco, Kislap (AEO)  4/24/2007  9:45:00 AM

1      BY MS. TORRES:

2          Q.   And it was never actually used for either of

3      those projects to the best of your knowledge?

4              MR. ZELLER:  Outside the scope.

5              THE WITNESS:  To the best of my knowledge.

6      BY MS. TORRES:

7          Q.   Do you have any estimate as to how many

8      names were actually considered for the Diva Starz

9      and Mini Diva Starz project?

10         A.   I would not know that.  I wasn't part of the

11     team to think of the names.

12         Q.   You were not?

13         A.   I was not.

14         Q.   Who was?

15         A.   I believe it was Packaging.  They were

16     thinking of some of the names.  I'm not sure if

17     Preliminary Design might be part of that, too, but

18     I'm not sure.  It wasn't -- it wasn't part of my job

19     so I don't know.

20         Q.   Were you present at any meetings in which

21     the names were discussed?

22             MR. ZELLER:  I'm sorry, which names?

23             MS. TORRES:  The potential names for Diva

24     Starz or Mini Diva Starz, any potential names.

25             THE WITNESS:  I was on parts of it that I

1    can remember.

2        Q.   And when were those meetings to the best of

3    your recollection?

4        A.   It was ongoing I believe since the product

5    started probably.  By the time I got it, they were

6    already in the middle of thinking of the name so I

7    don't know.

8        Q.   And do you recall approximately how long

9    after you were assigned to the Diva Starz project

10   that they decided upon the name?

11       MR. ZELLER:  Objection:  lacks foundation,

12   calls for speculation, outside the designation.

13       THE WITNESS:  I wasn't part of the team so I

14   don't know when they decided on it.

15   BY MS. TORRES:

16       Q.   You mentioned earlier that you believe

17   Packaging was responsible for the name or deciding

18   on the name.

19       A.   I believe Packaging was part of the

20   people -- the Packaging group was part of the people

21   that was trying to think of it.

22       Q.   And the other group that you mentioned in

23   that regard was Preliminary Design, correct?

24       A.   I think so, yes.

25       Q.   Were there any other groups at Mattel that

Ongchangco, Kislap (AEO)  4/24/2007  9:45:00 AM

1    you can recall that were involved in trying to

2    decide what the name of the project was that

3    ultimately became known as Diva Starz and Mini Diva

4    Starz?

5        MR. ZELLER:  Objection:  lack of foundation

6    as to "decide."

7        THE WITNESS:  I don't know.  I wasn't part

8    of the team so I wasn't sure.

9    BY MS. TORRES:

10       Q.  Who in Packaging?

11       A.  The only one I can think of right now is

12   Joanie Pratt when she was in Packaging.  I don't

13   know exactly who she worked with at that time to

14   think of the names.  So Joanie Pratt in Packaging.

15   BY MS. TORRES:

16       Q.  Was there anybody else in Packaging that you

17   recall?

18       A.  I don't remember.

19       Q.  Who from the Preliminary Design group was

20   involved in any discussions to the best of your

21   knowledge about the name of the project that

22   ultimately became Diva Starz and Mini Diva Starz?

23       A.  It might have been Maureen.

24       Q.  You think it was Maureen, not Rene Pasko?

25       A.  I think it was Maureen if she was part of

Ongchangco, Kislap (AEO) 4/24/2007 9:45:00 AM

1      that. If she was part of that team to think of the

2      names.

3          Q.  But you don't know one way or the other?

4          A.  I'm not sure.

5          Q.  Who is Sue Davis?

6          A.  Sue Davis, I believe, was Joanie Pratt's

7      manager at the time.

8          Q.  Does she still work at Mattel?

9          A.  To the best of my knowledge, no.

10          Q.  Do you have any recollection as to when she

11      left?

12          A.  I don't remember.

13          Q.  Do you have any information as to where she

14      is now?

15          A.  No, I don't.

16          Q.  Do you have any information that would

17      suggest that she is still in Southern California?

18          A.  I would not know.

19          Q.  You haven't run into her in El Segundo?

20          A.  No, not even in a car.

21          Q.  Do you know anyone who is friendly with her

22      or who was friendly with her at the time?

23          A.  That I don't know. I don't know who she

24      hung out with. They were actually on the second

25      floor so I wouldn't know.

1    Q.   Packaging was on the second floor of the

2    design center?

3    A.   Yes.

4    Q.   Is that where Ms. Pasko's -- I'm sorry, was

5    that where Ms. Pratt's cubicle was?

6    A.   At that time, yes.

7    Q.   Do you recall anyone ever discussing any of

8    the other names on the list that's Exhibit 314?

9    A.   No.

10   Q.   You don't remember anybody discussing Chat

11   Chicks?

12   A.   No.

13   Q.   Do you remember anybody discussing At Girls?

14   A.   No.

15   Q.   Do you remember discussing At Chicks?

16   A.   No.

17   Q.   Anybody discussing At Brats?

18   A.   Possibly.  I'm not sure.

19   Q.   Do you recall --

20   A.   They were discussing this list so I believe

21   they were going through the names.

22   Q.   Was it only one meeting that you have any

23   recollection of whatsoever?

24   A.   For them talking about the names, yeah, I

25   only have one meeting that I recollect.

Ongchangco, Kislap (AEO) 4/24/2007 9:45:00 AM

1    Q.   Do you have any reason to believe that she

2    is in Southern California?

3    A.   I do not know.

4    Q.   You haven't run into her in El Segundo

5    anywhere?

6    A.   In a car, no.  Not at all.

7    Q.   Do you have any recollection as to how long

8    it took for Mattel to decide on what to call the

9    project that ultimately became known as Diva Starz?

10    MR. ZELLER:  Outside the scope of the

11    designation, lacks foundation.

12    THE WITNESS:  Yes, I wouldn't know.

13    BY MS. TORRES:

14    Q.   You don't know?

15    A.   I wouldn't know.

16    Q.   You don't know whether it was days?

17    A.   I wouldn't know.  I wasn't part of the team

18    so I don't know how long they had been talking about

19    the names before that.

20    Q.   Do you recall the project that ultimately

21    became known as Diva Starz ever being specifically

22    referred to as anything other than Chat Girls or

23    Diva Starz?

24    MR. ZELLER:  Objection.  This is -- the

25    question is vague and ambiguous as to "project."

MGA v. MATTEL                    Unsigned                    Page 227

236

1    THE WITNESS: And, plus, I don't know what

2   they referred to since I wasn't part of that team.

3   BY MS. TORRES:

4       Q.   But you do recall that it was referred to as

5   Chat Girls at some point?

6       A.   Yes.

7       Q.   And you do know that it was referred to at

8   some point as Diva Starz?

9       A.   Yes.

10      Q.   Do you know of any other name by which it

11   was referred to?

12      A.   I don't know.

13        MR. ZELLER:  We're just talking about the

14   project?

15        MS. TORRES:  Yes.

16      Q.   Not the specific dolls named Alexa.  I mean

17   the project.

18      A.   Yeah, I don't know.  I always called it Chat

19   Girls up until they said otherwise.  I don't

20   remember when that was.

21      Q.   And with respect to Mini Diva Starz, did you

22   ever hear Mini Diva Starz being referred to as

23   anything other than Chat Girls or Mini Diva Starz?

24      A.   I just -- the working name was -- at that

25   time for me was Mini Divas so I don't know what else

1    they called them outside of that.

2        Q.   Was the working name for you always Mini

3    Divas?

4            MR. ZELLER:  For the project.

5            THE WITNESS:  For the project for myself,

6    yes.  I just called it that to be easy because I

7    didn't want to be confused with other names.

8    BY MS. TORRES:

9        Q.   What was the working name for the project

10   that ultimately became known as Diva Starz for you?

11       A.   For me it was Chat Girls.  That's what I

12   knew first so that's just what I used the whole

13   time.

14       Q.   By the time you received the assignment to

15   work as the development designer on Mini Diva Starz

16   had the name Diva Starz been adopted to your

17   knowledge for the Diva Starz project?

18           MR. ZELLER:  Outside the designation as to

19   "adopted."

20           THE WITNESS:  To my knowledge I don't know.

21   I wasn't part of that team so I didn't -- to my

22   knowledge I don't know.

23   BY MS. TORRES:

24       Q.   Why did you choose the working name Mini

25   Divas for what became known as Mini Diva Starz?

MGA v. MATTEL                    Unsigned                    Page  229

238

1      A.  Because they were physically smaller.

2      Q.  They were smaller versions of Diva Starz?

3      A.  Of the bigger Diva Starz, yes.

4      Q.  So is it fair to say that by the time you

5   started using the term "Mini Diva Starz" you had

6   heard what became the Diva Starz project referred to

7   as Diva Starz at Mattel?

8          MR. ZELLER:  Mischaracterizes the witness'

9   testimony.

10         THE WITNESS:  I wouldn't know.

11   BY MS. TORRES:

12      Q.  You don't recall?

13      A.  I wouldn't know that.

14      Q.  Did you come up with the name Divas?

15      A.  I did not come up with any of the names.

16   Sorry.

17      Q.  Did anybody tell you to refer to Mini Diva

18   Starz as Mini Divas?

19      A.  No one told me.

20      Q.  Did anybody refer to them as Mini Divas

21   other than you?

22      A.  Possibly.

23      Q.  Do you recall anybody referring to them as

24   Mini Divas?

25      A.  I don't recall.

Ongchangco, Kislap (AEO) 4/24/2007 9:45:00 AM

1      Q.   Do you believe you were the only person who

2   referred to them as Mini Divas?

3          MR. ZELLER:  You're talking about the

4   project still?

5          MS. TORRES:  The project.

6          THE WITNESS:  Possibly, but I don't remember

7   if anyone did or not.

8   BY MS. TORRES:

9      Q.   Did anybody -- to the best of your

10  recollection, did anybody refer to the dolls that

11  ultimately became known as the Mini Diva Starz dolls

12  as anything other than Mini Diva Starz?

13     A.   That I don't know.  I just referred to them

14  as Mini Divas so I don't know what everybody else

15  referred to them as.

16     Q.   You don't recall hearing anybody refer to

17  them as anything else?

18     A.   Not that I can recall at this point.  I

19  mean, they're talking about the names and the

20  possible names but I don't know specifics.

21     Q.   And you don't recall?

22     A.   I don't recall.

23         MS. TORRES:  Let's take a five-minute break.

24         VIDEO OPERATOR:  4:25 we're off the record.

25             (Brief recess.)

1    was not at the time of the interaction?

2        MR. ZELLER:  The question lacks foundation.

3        THE WITNESS:  Yeah, I wouldn't know.

4    BY MR. JACOBY:

5        Q.  Did you ever work with Ann Driscoll on any

6    aspect of Diva Starz or Mini Diva Starz?

7        A.  I did not.

8        Q.  How about Cassidy Park?

9        A.  I don't remember working with her on that at

10   all.

11       MR. ZELLER:  I'm just going to object that

12   it assumes facts not in evidence.  I don't know that

13   she was ever in Collectibles.

14       MR. JACOBY:  That may well be.  The

15   questions weren't linked in that respect.

16       MR. ZELLER:  Fair enough.

17   BY MR. JACOBY:

18       Q.  Is it correct that you never worked directly

19   with Carter Bryant on any aspect of Diva Starz or

20   Mini Diva Starz?

21       A.  That's correct.

22       Q.  And are you aware of anybody else who worked

23   on Diva Starz or Mini Diva Starz who ever worked

24   directly with Carter Bryant on the project?

25       A.  I wouldn't know.

1    Q.  You wouldn't know one way or the other and

2    you're not aware of any as you sit here today?  Is

3    that fair?

4    A.  That's fair.  Yeah, I don't know if anyone

5    worked with him.

6    Q.  On the naming project was it the practice of

7    Mattel to keep a meeting such as that, what we're

8    going to name a doll project, limited to the people

9    who worked on the project?

10    MR. ZELLER:  I'm going to object as to "the

11    practice."  Outside the scope of the designation,

12    lacks foundation.

13    THE WITNESS:  Well, we talked about it in

14    the meeting.

15    BY MR. JACOBY:

16    Q.  Right.  That meeting -- let's first talk

17    about the meeting you did attend.  You did attend

18    one meeting that dealt with names, correct?

19    A.  Yes.

20    Q.  That meeting wasn't attended by anybody who

21    wasn't part of the Diva Starz/Mini Diva Starz

22    project team, correct?

23    A.  As far as I know, we were all on the team,

24    yes.

25    Q.  Are you aware of any practice that Mattel

Ongchangco, Kislap (AEO)  4/24/2007  9:45:00 AM

1   has of circulating names outside of the project

2   group to get other people's input?

3          MR. ZELLER:  Can I have the question read

4   back, please?

5          (The pending question was read.)

6          MR. ZELLER:  I object as to the question as

7   to Mattel.  It's well outside the scope of the

8   designation.  Lacks foundation.

9          THE WITNESS:  I wouldn't know that.

10  BY MR. JACOBY:

11     Q.   Do you know if the names were submitted to a

12  focus group?

13     A.   I wouldn't know that.

14     Q.   Is it correct you have no firsthand

15  knowledge whether Carter Bryant was ever exposed to

16  the name Brats, B-r-a-t-s, as a result of that name

17  being considered in the Diva Starz/Mini Diva Starz

18  project?

19     A.   Well, I don't know that since I didn't work

20  with him.

21     Q.   You just don't know one way or the other?

22     A.   I don't know.

23     Q.   Very good.  And you're not aware of the Diva

24  Starz -- strike that.

25          Had you ever heard of the word "Brat" or

**Exhibit 7**