CONFIDENTIAL - ATTORNEYS' EYES ONLY

1   other aspects.  He's here to talk about his

2   involvement as the development engineer on that

3   issue.  Again, you're free to ask him anything you

4   want but that's why he's here when we talk about the

5   designation.                                        02:19PM

6        MR. JACOBY:  I guess I just have a problem

7   with this and I want to state it for the record and

8   Diana can keep asking questions and that's fine but

9   I don't think it's our job to guess what he is

10  speaking of on behalf of Mattel.                    02:20PM

11       MR. ZELLER:  It certainly wasn't my --

12       MR. JACOBY:  Let me finish my statement.

13       He's not here as a percipient witness.

14  Nobody named him in a deposition notice.  He is here

15  to talk for Mattel on these designated subjects.    02:20PM

16  That's the scope of the order on the Motion to

17  Compel and I just think it's wrong to say he's going

18  to tell you everything he knows and then you can

19  figure out how it relates to the designations.  I'm

20  not going to tell Diana how to take the depo but I   02:20PM

21  think you have an affirmative obligation to say

22  exactly what he is testifying on on behalf of Mattel

23  with respect to these designations and to the extent

24  that they form legal contentions it's your job as

25  his lawyer to explain that to him but it's not my    02:20PM

                                                        150

CONFIDENTIAL - ATTORNEYS' EYES ONLY

1    job to guess.

2         MR. ZELLER:  That's preposterous.

3         MR. JACOBY:  It is not my job to guess what

4    he's designated on.

5         MR. ZELLER:  First of all, you haven't          02:20PM

6    guessed.  We've told you.

7         No. 2, do you really -- does MGA want to

8    take the position that I can walk in with the

9    deposition notice with its designees, read some sort

10   of legal contention and tell me, okay, tell me        02:20PM

11   everything that's wrong with that.  I mean, that's

12   preposterous.  That's not how a 30(b)(6) works.

13   He's here to testify about facts that he knows.  We

14   don't have to produce to you one witness who we

15   educate so he can answer the entire --               02:21PM

16        MR. JACOBY:  No, I agree with that part.

17        MR. ZELLER:  Okay.  So he's here to talk

18   about a particular aspect of what it is that he

19   knows about from that.

20        MR. JACOBY:  Okay, but we're entitled to        02:21PM

21   know what -- how that relates to this.  We have a

22   Motion to Compel that says, Mattel, give me

23   testimony on this.

24        MR. ZELLER:  First of all, that was,

25   of course, subject to the extensive discussions that  02:21PM

151

148

CONFIDENTIAL - ATTORNEYS' EYES ONLY

1    you and I had, Keith.

2         MR. JACOBY:  All those are completely out

3    the door now.  I have an order moving to compel on

4    these subjects.

5         MR. ZELLER:  Counsel, that's just false.    02:21PM

6         MR. JACOBY:  Let's just get Infante on the

7    phone and stop wasting my time.

8         MR. ZELLER:  You're the one who's wasting

9    time by arguing about these things.  If you

10   really -- if what you want to do is you want to --   02:21PM

11   if you had brought a motion that said I'm entitled

12   to have a witness testify about legal contentions,

13   you would lose and we would never have agreed to

14   that and you know it.  So, I mean, this is wasting

15   the witness' time.  What I've been trying to do is   02:21PM

16   made it clear I had conversation with people, we've

17   had many discussions with these things -- you know,

18   about this and I don't see how you think lawyers are

19   basically supposed to come in and testify for you,

20   Keith, and that's what you're asking for.           02:22PM

21        MR. JACOBY:  Let me short circuit this.  Are

22   you prepared right now to identify exactly what

23   topics -- what aspects of each of the designated

24   topics that John Corey designated in front of Judge

25   Infante he is prepared to testify on?  Because,      02:22PM

                                                          152

CONFIDENTIAL - ATTORNEYS' EYES ONLY

1    for example?

2           MR. ZELLER:  This very moment, Counsel, in

3    the middle of this man's deposition.  Is that what

4    you want to discuss?

5           MR. JACOBY:  Well, if he can't say it then I    02:22PM

6    think you have to do it for him.  You have to say

7    this is what he's here to testify on.

8           MR. ZELLER:  I have.

9           MR. JACOBY:  I don't think you have.

10          MR. ZELLER:  I think the record is very          02:22PM

11   clear on this.

12          MS. TORRES:  Let's --

13     Q.   Is it your -- is it your testimony that

14   the -- that any of the drawings that you've looked

15   at today were used in any way in connection with      02:23PM

16   Brats?

17          MR. ZELLER:  Objection:  outside the scope

18   of the designation, lacks foundation.

19          THE WITNESS:  I wouldn't know.

20   BY MS. TORRES:                                        02:23PM

21     Q.   Is it your testimony that any of the

22   drawings related to Mini Diva Starz are drawings

23   that were in any way used in connection with Bratz?

24          MR. ZELLER:  Same objections.

25          THE WITNESS:  I wouldn't know.                 02:23PM

153

CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1    BY MS. TORRES:

 2       Q.   You don't know?

 3       A.   I wouldn't know.

 4       Q.   Is there anyone you believe would know?

 5       A.   I wouldn't know.                      02:23PM

 6       Q.   Is it your testimony that any of the

 7    drawings that we've looked at today were used in

 8    connection with any other MGA product?

 9            MR. ZELLER:  He's not answering that

10    question.  Move on.                           02:24PM

11            MS. TORRES:  He can say "I don't know" and

12    that's fine.

13            MR. ZELLER:  You're not entitled -- look,

14    the magistrate -- discovery master has already ruled

15    that those sort of fishing expedition things are not  02:24PM

16    proper.  There's other litigation between the

17    parties.  He's not discussing those things.  Please

18    move on.

19            MS. TORRES:  There's other litigation

20    between the parties?                          02:24PM

21            MR. ZELLER:  Yeah.  Of course there is.

22            MS. TORRES:  What other litigation?

23            MR. ZELLER:  There's litigation in front of

24    T Tab, there's litigation in Europe.  There's -- I

25    mean, there's a number of other things.  If you guys  02:24PM
                                                          154
```

CONFIDENTIAL - ATTORNEYS' EYES ONLY

1      A.    Thank you.

2      Q.    If you take a look at Exhibit 307 which I

3   believe is the first exhibit to Mr. Linker's

4   deposition -- we looked at that earlier, correct?

5      A.    That's correct.                          02:26PM

6      Q.    And that's in black and white, correct?

7      A.    That's correct.

8      Q.    Was it in black and white when you reviewed

9   it at Mattel in preparation for your deposition?

10     A.    I think so.                              02:26PM

11     Q.    Are you familiar with MGA's Bratz product?

12     A.    Vaguely.

13     Q.    As part of your work at Mattel, do you do

14  any competitive shopping?

15     A.    I actually don't do the shopping but I've  02:26PM

16  been to stores and I saw them there.

17     Q.    Do you do any review of competitors'

18  products as part of your work at Mattel?

19     A.    Some, yes.

20     Q.    Have you ever reviewed the MGA's Bratz dolls  02:26PM

21  as part of your work at Mattel?

22     A.    Can you be more specific?

23     Q.    Have you ever reviewed MGA's Bratz dolls as

24  part of your work at Mattel?

25     A.    I've seen them but I didn't review them to  02:27PM

156

CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
1    saw it in early 2000 on Ms. Pasko's wall as opposed

2    to in late 2000?

3            MR. ZELLER:  Objection.  This is asked and

4    answered.

5            THE WITNESS:  It's around the time that I      02:53PM

6    was working on those projects in the beginning,

7    close to the beginning, that I remember but I know

8    from this date here that it was, in fact, then.

9    BY MS. TORRES:

10       Q.   Do you recall whether or not Diva Starz --    02:53PM

11   the original Diva Starz had been introduced to the

12   market at the time you saw the drawing?

13       A.   I don't know.

14       Q.   You don't know one way or the other?

15       A.   I don't know.                                 02:54PM

16       Q.   Is that because you don't know when the

17   original Diva Starz were introduced into the market?

18       A.   Yeah.  I think Marketing would have that

19   when they actually introduced it to the market.

20       Q.   Do you know whether or not your work on the   02:54PM

21   first iteration of Diva Starz had been completed at

22   the time you saw that drawing or that image?

23       A.   I believe it was still going on but I'm not

24   quite sure.  I think it was still going on around

25   that time.                                             02:54PM
```
                                                                        166

CONFIDENTIAL - ATTORNEYS' EYES ONLY

1      A.   I think so.  Yeah, I think I have.

2      Q.   But you don't know for sure?

3      A.   I think it was part of the stuff that I saw

4   with Maureen, at least this particular one.

5      Q.   When you thought to yourself that the Bratz      03:17PM

6   doll looked like the Diva Starz doll, were you

7   thinking about the document you just referenced or

8   were you thinking about the Diva Starz doll itself?

9      A.   Both.

10     Q.   Both?                                            03:17PM

11     A.   Both.

12     Q.   Let's talk about the doll first.

13     A.   Okay.

14     Q.   When you -- when you first saw the Bratz

15   doll --                                                 03:18PM

16     A.   Okay.

17     Q.   -- what aspect of that doll did you think to

18   yourself was similar to the Bratz doll -- to the

19   Diva Starz doll?

20          MR. ZELLER:  The question is ambiguous as to     03:18PM

21   what doll?

22          THE WITNESS:  Which doll were you pertaining

23   to?

24   BY MS. TORRES:

25     Q.   You testified that when you first saw the        03:18PM

                                                             186

CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1    first iteration of the Bratz doll --

 2        A.   Okay.

 3        Q.   -- you thought to yourself and made a

 4    comment to somebody --

 5        A.   Okay.                              03:18PM

 6        Q.   -- that it looks like the Diva Starz doll,

 7    correct?

 8        A.   Yes.

 9        Q.   What aspect did you think looked like the

10    Diva Starz doll?                           03:18PM

11             MR. ZELLER:  Are you talking -- you said two

12    things though and that's where I think it's

13    ambiguous.  Are you talking about the doll as it was

14    publicly released or are you talking about the

15    Linker drawings?                           03:18PM

16             MS. TORRES:  I'm talking about the doll as

17    it was publicly released.

18             THE WITNESS:  Yes, the big head, pouty lips,

19    the pose, shoes basically.

20        Q.   The pose -- the original Diva Starz doll was 03:19PM

21    posable, correct?

22        A.   Yes.

23        Q.   So you could change the pose?

24        A.   Yes.

25        Q.   Was there any particular pose that you     03:19PM
```

187

155

CONFIDENTIAL - ATTORNEYS' EYES ONLY

1       Q.    Was Mr. Bryant -- do you know where

2   Mr. Bryant sat at that time?

3       A.    No, I didn't.

4       Q.    You do not?

5       A.    No.                                         03:25PM

6       Q.    You don't know whether he was sitting with

7   Barbie Collectibles or not?

8       A.    I don't know.

9       Q.    When did you first learn that Carter Bryant

10  was involved in the creation of the Bratz dolls?      03:25PM

11          MR. ZELLER:  I'm going to object.

12          THE WITNESS:  I don't know.  I never worked

13  with him or knew anyone that worked with him with

14  the Bratz so I don't know when he conceived it at

15  all.                                                  03:25PM

16  BY MS. TORRES:

17      Q.    That wasn't my question.

18      A.    What was the question?  Sorry.

19      Q.    At some point in time did you come to learn

20  that Carter Bryant had any involvement in the Bratz   03:25PM

21  dolls?

22      A.    Yeah, I heard it later on when there was an

23  allegation, but before that I did not know.

24      Q.    When you say "when there was an allegation,"

25  what do you mean?                                     03:25PM

                                                            193

156

CONFIDENTIAL - ATTORNEYS' EYES ONLY

1      A.   When he was involved in -- in the allegation

2  that he copied Diva Starz.

3      Q.   When did you first hear that there was an

4  allegation that he copied Diva Starz?

5      A.   God, I don't remember.  Maybe two to three    03:25PM

6  years ago maybe.  I don't remember.

7      Q.   Was there a lawsuit already pending to the

8  best of your knowledge?

9      A.   Yes, that's how I heard it.

10     Q.   How did you hear about the lawsuit?           03:26PM

11     A.   Gosh, I don't remember.  It might have been

12  some friends talking but I don't remember how --

13  exactly how I heard it.

14     Q.   Prior to that time did you have any

15  knowledge that Carter Bryant was involved in any way   03:26PM

16  with the Bratz dolls?

17     A.   No.

18     Q.   Had you ever heard that Carter Bryant was

19  involved in any way with the Bratz dolls?

20     A.   Not until I heard the allegations.            03:26PM

21     Q.   When you heard the allegations about the --

22  in connection with your hearing about the lawsuit,

23  did you hear that the allegation -- what did you

24  hear about the allegation?

25     A.   That he had submitted some drawings to I      03:27PM

194

CONFIDENTIAL - ATTORNEYS' EYES ONLY

1    believe MGA that he did while he was at Mattel.

2         Q.   Who did you hear that from?

3         A.   Gosh, I don't remember who I heard that from

4    but, you know, of course, those were around the time

5    when, you know, you're not sure what's going on          03:27PM

6    until I was called by my counsel to talk to me about

7    it.

8         Q.   Okay.  But it was before you were called by

9    counsel?

10        A.   Yes.                                             03:27PM

11        Q.   And you don't recall when that was?

12        A.   I don't recall it.

13        Q.   Do you recall hearing the allegation that

14   Carter Bryant did anything in any way that copied

15   any aspect of Diva Starz?                                 03:27PM

16        A.   Can you repeat that question?

17             MS. TORRES:  Can you read it back?

18             (The pending question was read as follows:

19             "Q.   Do you recall hearing the

20             allegation that Carter Bryant did anything     03:27PM

21             in any way that copied any aspect of Diva

22             Starz?")

23             MR. ZELLER:  First of all, I think this has

24   been asked and answered but also I would just

25   caution the witness you shouldn't be talking about       03:28PM
                                                               195

CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
1   preparation?
2       A.   I think so because I believe this might have
3   been at one of the meetings that I was in going over
4   the Diva Starz project.
5       Q.   But you don't recall?                    03:54PM
6       A.   But I don't recall for sure.
7       Q.   Do you recall at any point in time the Diva
8   Starz project being referred to as Chat Brats?
9           MR. ZELLER:  I'm going to object.  The
10  question is vague as to "Diva Starz project."        03:54PM
11          THE WITNESS:  Are you referring to the
12  original four?
13  BY MS. TORRES:
14      Q.   Correct.
15      A.   It was one of the names being considered.   03:55PM
16      Q.   Was it ever actually adopted by Mattel even
17  on a preliminary basis?
18          MR. ZELLER:  Outside the scope of the
19  witness' designation, lacks foundation, vague and
20  ambiguous.                                          03:55PM
21          THE WITNESS:  Yeah, I wasn't part of the
22  naming of -- or adopting any of the names.
23  BY MS. TORRES:
24      Q.   Did you ever use the term "Chat Brats" to
25  refer to the project that became Diva Starz?         03:55PM
                                                        205
```

CONFIDENTIAL - ATTORNEYS' EYES ONLY

1      A.   I did not personally, no.

2      Q.   Did you ever hear anybody else refer to the

3  project that became Diva Starz as Chat Brats?

4      A.   I did not hear anybody to my knowledge.

5      Q.   Did you ever see anything -- any document in   03:55PM

6  which the project that became known as Diva Starz

7  was referred to as Chat Brats?

8           MR. ZELLER:  Asked and answered.

9           THE WITNESS:  Can you repeat that question?

10          MS. TORRES:  Would you read it back.          03:55PM

11          (The pending question was read as follows:

12             "Q.   Did you ever see anything --

13          any document in which the project that

14          became known as Diva Starz was referred to

15          as Chat Brats?")                             03:55PM

16          THE WITNESS:  I don't remember.

17  BY MS. TORRES:

18     Q.   How many names were considered to the best

19  of your recollection for the project that became

20  known as Diva Starz?                                 03:56PM

21     A.   I would not know.  There was a list of them

22  but I never saw that and I don't work with that so I

23  don't know.

24     Q.   Taking a look at the names on Exhibit 314,

25  were all of these names considered as possible names  03:56PM

206

CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1    for the project that became known as Diva Starz?

 2              MR. ZELLER:  Outside the scope of the

 3    witness' designation, lacks foundation.  It's vague.

 4              THE WITNESS:  I wasn't part of the

 5    conversation so I wouldn't know.                    03:56PM

 6  BY MS. TORRES:

 7        Q.   I thought you testified a little while ago

 8    that you think you were at a meeting in which this

 9    document was discussed.

10        A.   Well, this is probably -- this is a list.  03:57PM

11    There might have been more after that or before

12    that.  This is what I remember somewhat seeing

13    during that meeting.  So I don't know if there was a

14    lot more before that that are different or a lot

15    after that.                                         03:57PM

16        Q.   Is it your understanding that there were

17    other names that were also considered for the

18    project that became known as Diva Starz?

19        A.   It's possible.

20        Q.   But do you believe there were?            03:57PM

21        A.   I don't know.

22        Q.   You don't know one way or the other?

23        A.   I don't know.

24        Q.   Do you recall the project ever being

25    referred to as Chat Chicks?                         03:57PM
                                                              207
```

CONFIDENTIAL - ATTORNEYS' EYES ONLY

1          MR. ZELLER:  I'm going to object when you

2   say "the project" at this point.  I'm not sure which

3   one -- you're talking just about the big dolls now?

4          MS. TORRES:  I'm talking about the big

5   dolls.                                            03:57PM

6          MR. ZELLER:  Okay.

7          THE WITNESS:  As far as the big dolls, I

8   don't remember.

9   BY MS. TORRES:

10      Q.   Do you recall the small dolls -- the Mini   03:57PM

11  Diva Starz -- do you recall ever referring to the

12  Mini Diva Starz as Chat Brats?

13      A.   Myself?

14      Q.   Yes.

15      A.   I did not.                                03:58PM

16      Q.   Do you recall anybody else referring to Mini

17  Diva Starz -- the project that became Mini Diva

18  Starz as Chat Brats?

19      A.   Well, it was one of the names that were

20  being considered so I don't remember if they        03:58PM

21  referred to it as that or not.

22      Q.   My question is not whether or not the name

23  was considered.  My question is whether or not you

24  recall anybody actually referring to the project

25  that became known as Mini Diva Starz as Chat Brats?  03:58PM

                                                         208

CONFIDENTIAL - ATTORNEYS' EYES Only

1       A.   I don't recall.

2       Q.   Do you recall seeing any document that

3  referred to the project that eventually became known

4  as Mini Diva Starz as Chat Brats?

5            MR. ZELLER:  Asked and answered.              03:58PM

6            THE WITNESS:  Aside from these documents, I

7  don't recall.

8  BY MS. TORRES:

9       Q.   Do any of these documents actually refer to

10  the Mini Diva Starz as Chat Brats?                     03:59PM

11      A.   Well, it was considered as the names.  I

12  don't know where they were going to put it at,

13  whether the big ones or the small ones.

14      Q.   Do you know whether the name Chat Brats was

15  ever used by anybody to refer to either the project   03:59PM

16  that became known as Diva Starz, the big dolls, or

17  Mini Diva Starz?

18            MR. ZELLER:  This is already asked and

19  answered in several different ways.

20            THE WITNESS:  I wouldn't know.               03:59PM

21  BY MS. TORRES:

22      Q.   Is your testimony simply that the name Chat

23  Brats was considered by Mattel as a potential name

24  for Diva Starz or Mini Diva Starz?

25            MR. ZELLER:  First of all, I object to --    03:59PM
                                                               209

CONFIDENTIAL - ATTORNEYS' EYES ONLY

1    BY MS. TORRES:

2        Q.   And it was never actually used for either of

3    those projects to the best of your knowledge?

4            MR. ZELLER:  Outside the scope.

5            THE WITNESS:  To the best of my knowledge.   04:00PM

6    BY MS. TORRES:

7        Q.   Do you have any estimate as to how many

8    names were actually considered for the Diva Starz

9    and Mini Diva Starz project?

10       A.   I would not know that.  I wasn't part of the 04:00PM

11   team to think of the names.

12       Q.   You were not?

13       A.   I was not.

14       Q.   Who was?

15       A.   I believe it was Packaging.  They were        04:01PM

16   thinking of some of the names.  I'm not sure if

17   Preliminary Design might be part of that, too, but

18   I'm not sure.  It wasn't -- it wasn't part of my job

19   so I don't know.

20       Q.   Were you present at any meetings in which     04:01PM

21   the names were discussed?

22           MR. ZELLER:  I'm sorry, which names?

23           MS. TORRES:  The potential names for Diva

24   Starz or Mini Diva Starz, any potential names.

25           THE WITNESS:  I was on parts of it that I      04:01PM

                                                                211

CONFIDENTIAL - ATTORNEYS' EYES ONLY

1    can remember.

2    Q.    And when were those meetings to the best of

3    your recollection?

4    A.    It was ongoing I believe since the product

5    started probably.  By the time I got it, they were    04:01PM

6    already in the middle of thinking of the name so I

7    don't know.

8    Q.    And do you recall approximately how long

9    after you were assigned to the Diva Starz project

10   that they decided upon the name?                       04:01PM

11          MR. ZELLER:  Objection:  lacks foundation,

12   calls for speculation, outside the designation.

13          THE WITNESS:  I wasn't part of the team so I

14   don't know when they decided on it.

15   BY MS. TORRES:                                         04:02PM

16   Q.    You mentioned earlier that you believe

17   Packaging was responsible for the name or deciding

18   on the name.

19   A.    I believe Packaging was part of the

20   people -- the Packaging group was part of the people  04:02PM

21   that was trying to think of it.

22   Q.    And the other group that you mentioned in

23   that regard was Preliminary Design, correct?

24   A.    I think so, yes.

25   Q.    Were there any other groups at Mattel that      04:02PM

212

CONFIDENTIAL - ATTORNEYS' EYES ONLY

1   you can recall that were involved in trying to

2   decide what the name of the project was that

3   ultimately became known as Diva Starz and Mini Diva

4   Starz?

5          MR. ZELLER:  Objection:  lack of foundation   04:02PM

6   as to "decide."

7          THE WITNESS:  I don't know.  I wasn't part

8   of the team so I wasn't sure.

9   BY MS. TORRES:

10     Q.   Who in Packaging?                              04:02PM

11     A.   The only one I can think of right now is

12   Joanie Pratt when she was in Packaging.  I don't

13   know exactly who she worked with at that time to

14   think of the names.  So Joanie Pratt in Packaging.

15   BY MS. TORRES:                                          04:03PM

16     Q.   Was there anybody else in Packaging that you

17   recall?

18     A.   I don't remember.

19     Q.   Who from the Preliminary Design group was

20   involved in any discussions to the best of your        04:03PM

21   knowledge about the name of the project that

22   ultimately became Diva Starz and Mini Diva Starz?

23     A.   It might have been Maureen.

24     Q.   You think it was Maureen, not Rene Pasko?

25     A.   I think it was Maureen if she was part of       04:03PM

                                                            213

CONFIDENTIAL - ATTORNEYS' EYES ONLY

1    that.  If she was part of that team to think of the

2    names.

3         Q.    But you don't know one way or the other?

4         A.    I'm not sure.

5         Q.    Who is Sue Davis?                          04:03PM

6         A.    Sue Davis, I believe, was Joanie Pratt's

7    manager at the time.

8         Q.    Does she still work at Mattel?

9         A.    To the best of my knowledge, no.

10        Q.    Do you have any recollection as to when she  04:04PM

11   left?

12        A.    I don't remember.

13        Q.    Do you have any information as to where she

14   is now?

15        A.    No, I don't.                               04:04PM

16        Q.    Do you have any information that would

17   suggest that she is still in Southern California?

18        A.    I would not know.

19        Q.    You haven't run into her in El Segundo?

20        A.    No, not even in a car.                     04:04PM

21        Q.    Do you know anyone who is friendly with her

22   or who was friendly with her at the time?

23        A.    That I don't know.  I don't know who she

24   hung out with.  They were actually on the second

25   floor so I wouldn't know.                             04:04PM

214

CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1      Q.   Packaging was on the second floor of the

 2   design center?

 3      A.   Yes.

 4      Q.   Is that where Ms. Pasko's -- I'm sorry, was

 5   that where Ms. Pratt's cubicle was?              04:04PM

 6      A.   At that time, yes.

 7      Q.   Do you recall anyone ever discussing any of

 8   the other names on the list that's Exhibit 314?

 9      A.   No.

10      Q.   You don't remember anybody discussing Chat  04:05PM

11   Chicks?

12      A.   No.

13      Q.   Do you remember anybody discussing At Girls?

14      A.   No.

15      Q.   Do you remember discussing At Chicks?        04:05PM

16      A.   No.

17      Q.   Anybody discussing At Brats?

18      A.   Possibly.  I'm not sure.

19      Q.   Do you recall --

20      A.   They were discussing this list so I believe  04:05PM

21   they were going through the names.

22      Q.   Was it only one meeting that you have any

23   recollection of whatsoever?

24      A.   For them talking about the names, yeah, I

25   only have one meeting that I recollect.            04:05PM
```

215

168

CONFIDENTIAL - ATTORNEYS' EYES ONLY

1    Q.   Do you have any reason to believe that she

2  is in Southern California?

3    A.   I do not know.

4    Q.   You haven't run into her in El Segundo

5  anywhere?                                              04:20PM

6    A.   In a car, no.  Not at all.

7    Q.   Do you have any recollection as to how long

8  it took for Mattel to decide on what to call the

9  project that ultimately became known as Diva Starz?

10        MR. ZELLER:  Outside the scope of the          04:20PM

11  designation, lacks foundation.

12        THE WITNESS:  Yes, I wouldn't know.

13  BY MS. TORRES:

14    Q.   You don't know?

15    A.   I wouldn't know.                               04:21PM

16    Q.   You don't know whether it was days?

17    A.   I wouldn't know.  I wasn't part of the team

18  so I don't know how long they had been talking about

19  the names before that.

20    Q.   Do you recall the project that ultimately      04:21PM

21  became known as Diva Starz ever being specifically

22  referred to as anything other than Chat Girls or

23  Diva Starz?

24        MR. ZELLER:  Objection.  This is -- the

25  question is vague and ambiguous as to "project."      04:21PM

                                                         227

CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1              THE WITNESS:  And, plus, I don't know what

 2    they referred to since I wasn't part of that team.

 3    BY MS. TORRES:

 4       Q.   But you do recall that it was referred to as

 5    Chat Girls at some point?                        04:21PM

 6       A.   Yes.

 7       Q.   And you do know that it was referred to at

 8    some point as Diva Starz?

 9       A.   Yes.

10       Q.   Do you know of any other name by which it   04:21PM

11    was referred to?

12       A.   I don't know.

13            MR. ZELLER:  We're just talking about the

14    project?

15            MS. TORRES:  Yes.                         04:21PM

16       Q.   Not the specific dolls named Alexa.  I mean

17    the project.

18       A.   Yeah, I don't know.  I always called it Chat

19    Girls up until they said otherwise.  I don't

20    remember when that was.                           04:22PM

21       Q.   And with respect to Mini Diva Starz, did you

22    ever hear Mini Diva Starz being referred to as

23    anything other than Chat Girls or Mini Diva Starz?

24       A.   I just -- the working name was -- at that

25    time for me was Mini Divas so I don't know what else 04:22PM
```

228

CONFIDENTIAL - ATTORNEYS' EYES ONLY

1    they called them outside of that.

2        Q.   Was the working name for you always Mini

3    Divas?

4            MR. ZELLER:  For the project.

5            THE WITNESS:  For the project for myself,    04:22PM

6    yes.  I just called it that to be easy because I

7    didn't want to be confused with other names.

8    BY MS. TORRES:

9        Q.   What was the working name for the project

10   that ultimately became known as Diva Starz for you?    04:22PM

11       A.   For me it was Chat Girls.  That's what I

12   knew first so that's just what I used the whole

13   time.

14       Q.   By the time you received the assignment to

15   work as the development designer on Mini Diva Starz    04:23PM

16   had the name Diva Starz been adopted to your

17   knowledge for the Diva Starz project?

18           MR. ZELLER:  Outside the designation as to

19   "adopted."

20           THE WITNESS:  To my knowledge I don't know.    04:23PM

21   I wasn't part of that team so I didn't -- to my

22   knowledge I don't know.

23   BY MS. TORRES:

24       Q.   Why did you choose the working name Mini

25   Divas for what became known as Mini Diva Starz?    04:23PM

                                                              229

CONFIDENTIAL - ATTORNEYS' EYES ONLY

1      A.    Because they were physically smaller.

2      Q.    They were smaller versions of Diva Starz?

3      A.    Of the bigger Diva Starz, yes.

4      Q.    So is it fair to say that by the time you

5   started using the term "Mini Diva Starz" you had          04:23PM

6   heard what became the Diva Starz project referred to

7   as Diva Starz at Mattel?

8          MR. ZELLER:  Mischaracterizes the witness'

9   testimony.

10          THE WITNESS:  I wouldn't know.                     04:24PM

11   BY MS. TORRES:

12     Q.    You don't recall?

13     A.    I wouldn't know that.

14     Q.    Did you come up with the name Divas?

15     A.    I did not come up with any of the names.          04:24PM

16   Sorry.

17     Q.    Did anybody tell you to refer to Mini Diva

18   Starz as Mini Divas?

19     A.    No one told me.

20     Q.    Did anybody refer to them as Mini Divas           04:24PM

21   other than you?

22     A.    Possibly.

23     Q.    Do you recall anybody referring to them as

24   Mini Divas?

25     A.    I don't recall.                                   04:24PM

                                                                230

CONFIDENTIAL - ATTORNEYS' EYES ONLY

1      Q.   Do you believe you were the only person who

2   referred to them as Mini Divas?

3           MR. ZELLER:  You're talking about the

4   project still?

5           MS. TORRES:  The project.                    04:24PM

6           THE WITNESS:  Possibly, but I don't remember

7   if anyone did or not.

8   BY MS. TORRES:

9      Q.   Did anybody -- to the best of your

10  recollection, did anybody refer to the dolls that    04:24PM

11  ultimately became known as the Mini Diva Starz dolls

12  as anything other than Mini Diva Starz?

13     A.   That I don't know.  I just referred to them

14  as Mini Divas so I don't know what everybody else

15  referred to them as.                                 04:25PM

16     Q.   You don't recall hearing anybody refer to

17  them as anything else?

18     A.   Not that I can recall at this point.  I

19  mean, they're talking about the names and the

20  possible names but I don't know specifics.           04:25PM

21     Q.   And you don't recall?

22     A.   I don't recall.

23          MS. TORRES:  Let's take a five-minute break.

24          VIDEO OPERATOR:  4:25 we're off the record.

25              (Brief recess.)                          04:29PM

                                                         231

CONFIDENTIAL - ATTORNEYS' EYES ONLY

1   was not at the time of the interaction?

2          MR. ZELLER:  The question lacks foundation.

3          THE WITNESS:  Yeah, I wouldn't know.

4   BY MR. JACOBY:

5      Q.  Did you ever work with Ann Driscoll on any          04:52PM

6   aspect of Diva Starz or Mini Diva Starz?

7      A.  I did not.

8      Q.  How about Cassidy Park?

9      A.  I don't remember working with her on that at

10  all.                                                        04:52PM

11         MR. ZELLER:  I'm just going to object that

12  it assumes facts not in evidence.  I don't know that

13  she was ever in Collectibles.

14         MR. JACOBY:  That may well be.  The

15  questions weren't linked in that respect.                   04:52PM

16         MR. ZELLER:  Fair enough.

17  BY MR. JACOBY:

18     Q.  Is it correct that you never worked directly

19  with Carter Bryant on any aspect of Diva Starz or

20  Mini Diva Starz?                                            04:52PM

21     A.  That's correct.

22     Q.  And are you aware of anybody else who worked

23  on Diva Starz or Mini Diva Starz who ever worked

24  directly with Carter Bryant on the project?

25     A.  I wouldn't know.                                     04:52PM
                                                                242

CONFIDENTIAL - ATTORNEYS' EYES ONLY

1      Q.    You wouldn't know one way or the other and
2    you're not aware of any as you sit here today?  Is
3    that fair?
4      A.    That's fair.  Yeah, I don't know if anyone
5    worked with him.                                    04:52PM
6      Q.    On the naming project was it the practice of
7    Mattel to keep a meeting such as that, what we're
8    going to name a doll project, limited to the people
9    who worked on the project?
10          MR. ZELLER:  I'm going to object as to "the  04:53PM
11    practice."  Outside the scope of the designation,
12    lacks foundation.
13          THE WITNESS:  Well, we talked about it in
14    the meeting.
15    BY MR. JACOBY:                                      04:53PM
16      Q.    Right.  That meeting -- let's first talk
17    about the meeting you did attend.  You did attend
18    one meeting that dealt with names, correct?
19      A.    Yes.
20      Q.    That meeting wasn't attended by anybody who 04:53PM
21    wasn't part of the Diva Starz/Mini Diva Starz
22    project team, correct?
23      A.    As far as I know, we were all on the team,
24    yes.
25      Q.    Are you aware of any practice that Mattel   04:53PM
                                                          243

CONFIDENTIAL - ATTORNEYS' EYES ONLY

1  has of circulating names outside of the project

2  group to get other people's input?

3          MR. ZELLER:  Can I have the question read

4  back, please?

5          (The pending question was read.)      04:53PM

6          MR. ZELLER:  I object as to the question as

7  to Mattel.  It's well outside the scope of the

8  designation.  Lacks foundation.

9          THE WITNESS:  I wouldn't know that.

10 BY MR. JACOBY:                                04:53PM

11     Q.   Do you know if the names were submitted to a

12 focus group?

13     A.   I wouldn't know that.

14     Q.   Is it correct you have no firsthand

15 knowledge whether Carter Bryant was ever exposed to  04:54PM

16 the name Brats, B-r-a-t-s, as a result of that name

17 being considered in the Diva Starz/Mini Diva Starz

18 project?

19     A.   Well, I don't know that since I didn't work

20 with him.                                     04:54PM

21     Q.   You just don't know one way or the other?

22     A.   I don't know.

23     Q.   Very good.  And you're not aware of the Diva

24 Starz -- strike that.

25          Had you ever heard of the word "Brat" or   04:54PM

                                                   244

# Exhibit 6

# THIS EXHIBIT IS FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER

# Exhibit 7

CONFIDENTIAL - ATTORNEYS' EYES ONLY

1           UNITED STATES DISTRICT COURT

2          CENTRAL DISTRICT OF CALIFORNIA

3               EASTERN DIVISION                **Certified Copy**

4

5     --------------------------------

6     MATTEL, INC., a Delaware          )

7     Corporation,                      )

8              Plaintiff,               )

9              vs.                      ) No. CV 04-9059

10    CARTER BRYANT, an individual;     ) NM (RNBx)

11    and DOES 1 through 10,            )

12    Inclusive;                        )

13             Defendants.              )

14    --------------------------------  )

15    (COMPLETE CAPTION ON NEXT PAGE.)

16

17        CONFIDENTIAL - ATTORNEYS' EYES ONLY

18

19        Videotaped 30(b)(6) Deposition of

20        JONI PRATTE, taken at 400 South Hope

21        Street, Los Angeles, California,

22        commencing at 10:06 A.M., Friday,

23        June 1, 2007, before Wendy S.

24        Schreiber, CSR No. 3558, RPR, CLR.

25    PAGES 1 - 230

                                                        1

CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1              UNITED STATES DISTRICT COURT

 2             CENTRAL DISTRICT OF CALIFORNIA

 3                    EASTERN DIVISION

 4

 5       ------------------------------

 6    MATTEL, INC., a Delaware        )

 7    Corporation,                    )

 8              Plaintiff,            )

 9              vs.                   ) No. CV 04-9059

10    CARTER BRYANT, an individual;  )    NM (RNBx)

11    and DOES 1 through 10,          )

12    Inclusive,                      )

13              Defendants.           )

14       ------------------------------ )

15    CARTER BRYANT, on behalf of     )

16    himself, all present and        )

17    former employees of Mattel,     )

18    Inc., and the general public,   )

19              Counter-Claimants,    )

20              vs.                   )

21    MATTEL, INC., a Delaware        )

22    Corporation,                    )

23              Counter-Defendant.    )

24       ------------------------------

25
```

CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1    APPEARANCES OF COUNSEL:

 2

 3        FOR THE PLAINTIFF:

 4

 5        QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

 6        BY:  MICHAEL ZELLER, ESQ.

 7        865 South Figueroa Street, Tenth Floor

 8        Los Angeles, California 90017

 9        (213) 443-3000

10        mzeller@quinnemanuel.com

11

12                      -AND-

13

14        MATTEL, INC.

15        BY:  MICHAEL MOORE, ESQ.

16        333 Continental Boulevard

17        El Segundo, California 90245-5012

18        (310) 252-2000

19        michael.moore@mattel.com

20

21

22

23

24

25
```
                                                                    3

CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1    APPEARANCES (CONTINUED):

 2

 3        FOR THE DEFENDANT AND COUNTERCLAIMANT

 4        CARTER BRYANT:

 5

 6            KEKER & VAN NEST LLP

 7            BY:  MICHAEL PAGE, ESQ.

 8            710 Sansome Street

 9            San Francisco, California 94111-1704

10            (415) 391-5400

11            mpage@kvn.com

12

13        FOR DEFENDANT MGA ENTERTAINMENT, INC.:

14

15            O'MELVENY & MYERS LLP

16            BY:  JAMES JENAL, ESQ.

17            400 South Hope Street

18            Los Angeles, California 90071-2899

19            (213) 430-6000

20            jjenal@omm.com

21

22    ALSO PRESENT:

23

24            RYAN GULINO, VIDEO OPERATOR

25
```

4

24

CONFIDENTIAL - ATTORNEYS' EYES ONLY

1   Exhibit 385.  Have you seen this document before?

2       A.   No, I do not believe I have.

3       Q.   If you could turn to --

4       A.   I apologize.  I have seen this the first

5   time that I met with counsel.                        10:10AM

6       Q.   If you could turn to page 4 of this

7   document.  Is it your understanding that -- let me

8   strike that.

9            My understanding is that you are here to

10  testify in categories 1 through 8, 13 and 24.  Is    10:10AM

11  that also your understanding?

12           MR. ZELLER:  Sorry, 13 and 24.

13           MR. PAGE:  Did I say 1 through 8?  I meant

14  to say 2 through 8, 13 and 24.

15           THE WITNESS:  Yes.                           10:11AM

16           MR. PAGE:  Mr. Zeller, is it -- we had

17  discussed this earlier.  My understanding is that

18  she's going to be testifying just as to her own

19  knowledge as opposed to information provided to her

20  from other Mattel employees.  Is that correct?       10:11AM

21           MR. ZELLER:  Right.  I mean, she's here to

22  testify so, of course, she'll testify about

23  documents and that sort of thing but, right, she is

24  not someone we have educated on topics that she does

25  not otherwise have knowledge of.                     10:11AM

8

CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1              MR. PAGE:  Excellent.  Once I exhaust her
 2     personal knowledge I'm done?
 3              MR. ZELLER:  I believe that's correct.
 4              MR. PAGE:  Her personal knowledge on the
 5     relevant topics.                              10:11AM
 6              MR. ZELLER:  Yes.
 7     BY MR. PAGE:
 8         Q.   Who do you work for?
 9         A.   Mattel, Inc.
10         Q.   When did you -- when did you start working  10:11AM
11     for Mattel?
12         A.   I started in October of 1998 as a temporary
13     employee.
14         Q.   And in October of 1998 what was your job?
15         A.   I was a package designer on the customized  10:12AM
16     Barbie line.
17         Q.   What is the customized Barbie line?
18         A.   Customized Packaging would do packaging for
19     dolls specifically for certain consumers -- Toys "R"
20     Us, Target, United States of America, Air Force --  10:12AM
21     that kind of.
22         Q.   I see.  So when you say "customized," it's
23     customized for a particular customer?
24         A.   Correct.
25         Q.   Now, what sort of customization did Mattel  10:12AM
                                                            9
```

CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1    created packaging for approximately 60 to -- or so
 2    SKUs.
 3         Q.   Not her first deposition.
 4              And so a given team would continue to exist
 5    and move from product to product; is that correct?    10:16AM
 6         A.   Correct.
 7         Q.   And in, say, 2000 how many packaging teams
 8    were there?
 9         A.   I don't know for sure but my approximation
10    would be eight or nine.                               10:17AM
11         Q.   Okay.  And today how many packaging teams
12    are there?
13         A.   I don't know for sure.
14         Q.   More?
15         A.   Yes.                                         10:17AM
16         Q.   So in 2000 -- strike that.
17              Did each Packaging team have a name?
18         A.   Yes.
19         Q.   How were they named?
20         A.   The names would be the Collector team,       10:17AM
21    Customized team, Main Line team.  Each team, you
22    know, in relationship to the product.
23         Q.   So would the size of the Packaging team vary
24    depending on how many products a given line had?
25         A.   I believe so.                                10:17AM
```

13

CONFIDENTIAL - ATTORNEYS' EYES ONLY

1    make a presentation of possible names?

2        A.    I don't believe names were presented.   I

3    believe we wrote -- we all -- we wrote them down on

4    big boards.

5        Q.    So it was just sort of a brainstorming          10:53AM

6    session.   Everybody put up ideas?

7        A.    Yes.

8        Q.    Do you know how many people put up ideas?

9        A.    I'm sure everybody in the room contributed.

10       Q.    What names did you suggest?                      10:53AM

11       A.    I have no idea what I suggested.

12       Q.    Do you know if any copy was made of the list

13   of suggested names?

14       A.    I don't know if any copy was made of the

15   list.                                                      10:53AM

16       Q.    Is this something that was then circulated

17   to the company as a whole?

18            MR. ZELLER:   Assumes facts not in evidence,

19   calls for speculation.

20            THE WITNESS:   It's not something that I --       10:53AM

21   yeah, that I have complete knowledge of.

22   BY MR. PAGE:

23       Q.    Typically when -- between the Packaging team

24   and the Marketing team and the Product team you're

25   discussing the name for a product, is that something      10:53AM

40

CONFIDENTIAL - ATTORNEYS' EYES ONLY

1      Q.   Artists.

2      A.   Can't live without us.

3      Q.   So was the Diva Starz packaging, the initial

4   Diva Starz packaging, a 16-week project?

5      A.   I'm sorry, I don't remember.                    11:03AM

6      Q.   Do you have any memory of it being out of

7   the ordinary in terms of time?

8      A.   Yes.

9      Q.   In what way was it out of the ordinary in

10   terms of time?                                          11:03AM

11     A.   It was late.

12     Q.   When you say "it was late," does that

13   mean --

14     A.   It took more time than the traditional --

15   traditional Barbie doll that I had worked on.           11:03AM

16     Q.   I'll try to narrow down what the "it" was.

17   Did the package design take more time than a typical

18   project?

19     A.   Ask that question again, please.

20     Q.   Did the package design take more time than a 11:03AM

21   typical Barbie doll project?

22     A.   The package design took more time than the

23   typical Barbie doll project, yes.

24     Q.   Why?

25     A.   We couldn't clear a name is one of the          11:04AM

                                                              48

249

CONFIDENTIAL - ATTORNEYS' EYES O____

1    reasons.  And we had product issues.

2       Q.   You said earlier that in winnowing down the

3    list of possible names you would -- you would take

4    into consideration what names you could clear.  How

5    would you go about determining that?              11:04AM

6       A.   Repeat that question, please.

7       Q.   I believe you said earlier that one of the

8    considerations in narrowing down the list of

9    possible names was what names you could clear.

10      A.   We like to use names that possibly don't     11:04AM

11   have to be translated for international markets.

12      Q.   How do you determine whether a name needs to

13   be translated?

14      A.   There's a criteria -- I don't know the exact

15   criteria -- but the more uncommon the name is the     11:05AM

16   less likely it is that it has to be translated.

17      Q.   How do you go about -- well, let me take it

18   more generally.  You've got this list of possible

19   names.  What steps do you go through to determine

20   which of those can be used?                          11:05AM

21      A.   There's a number of different things that we

22   do.  If a designer happens to like a particular

23   name, they'll do a logo for it to prove out their

24   point.  This is it, this is what I want.  If

25   there -- if somebody thinks something can clear or    11:05AM

                                                          49

CONFIDENTIAL - ATTORNEYS' EYES ONLY

1    BY MR. PAGE:

2        Q.   So when you say you never search less

3    than -- or fewer than three names, do you typically

4    just send off all three at once and say please

5    search these names?                                    11:08AM

6            MR. ZELLER:  Misstates the witness'

7    testimony.

8            THE WITNESS:  I didn't say never, I said

9    typically.

10           MR. PAGE:  Okay.                               11:08AM

11       Q.   Fair enough.  In cases where you search

12   multiple names, do you typically say here's a list

13   of names to search at one time or is it serial?

14       A.   I'm not sure because I know that it's

15   expensive to search names.                            11:09AM

16       Q.   Do you have any understanding as to how many

17   names were searched in connection with Diva Starz?

18       A.   I do not.

19       Q.   So you know of Chat Girls being searched.

20       A.   Yes.                                          11:09AM

21       Q.   And presumably Diva Starz was searched we

22   would hope.

23       A.   Yes.

24       Q.   And you think that from general practice

25   probably more were searched; is that correct?         11:09AM

                                                               52

CONFIDENTIAL - ATTORNEYS' EYES ONLY

1      A.   To my knowledge I would think that more

2   would be -- would have been searched, yes.

3      Q.   And you don't have any information as to

4   what other names were searched in connection with

5   the Diva Starz project?                          11:09AM

6      A.   I'm sorry, I do not remember.

7      Q.   Do you know one way or the other whether any

8   name that contained the word "brats" was searched?

9      A.   I do not have that knowledge.

10      Q.   Who would?                              11:09AM

11      A.   Our legal department.

12      Q.   When a trademark search is done, are the

13   results provided to the team doing the naming?

14          MR. ZELLER:   I'm going to object as to the

15   term "the results."   The question is vague.     11:10AM

16   BY MR. PAGE:

17      Q.   Let me ask it a different way.   You go to do

18   a name search.   Presumably somebody says to Legal

19   can you search these names.   How do you find out

20   what the result was?                            11:10AM

21      A.   I don't do name searches.

22      Q.   Who does?

23      A.   The copywriter.

24      Q.   And do you know how the copywriter -- strike

25   that.                                           11:10AM

                                                      53

CONFIDENTIAL - ATTORNEYS' EYES ONLY

1      A.   I believe Techno Teens was brought up and I

2    would say that 4 Girls was definitely brought up and

3    E-girls.  And the problem with this is I have worked

4    on so many products.  The Four Ever Friends I don't

5    know if it was brought up in relation to Diva Starz      11:44AM

6    but I have seen that before.

7      Q.   I see.  So Four Ever Friends is familiar.

8    You're just not sure if it's familiar from Diva

9    Starz?

10     A.   Correct.                                           11:44AM

11     Q.   Do you know who, if anyone -- strike that.

12   Obviously somebody did.

13          Do you know who first suggested Techno Teens

14   as a potential name for Chat Girls?

15     A.   I couldn't tell you.                               11:44AM

16     Q.   Do you have any memory of who suggested 4

17   Girls?

18     A.   No, I'm sorry, I don't.

19     Q.   How about E-Girls?

20     A.   No, I'd have to take a guess.                      11:45AM

21     Q.   I mean, do you have an educated guess?

22     A.   Based on personality, yes.

23     Q.   What is that?

24     A.   Educated guess is that it came from a

25   product designer because they were electronic girls.     11:45AM

66

CONFIDENTIAL - ATTORNEYS' EYES ONLY

1     Q.    Any particular product designer?

2     A.    Maybe Maureen -- it was either Maureen or

3   Liz or -- I'm not sure.

4     Q.    I love the first one.

5         Do you recall whether Mattel ever referred      11:46AM

6   to the Diva Starz as anything other than Chat Girls

7   or Diva Starz in any internal documentation?

8     A.    "Mattel" is very broad so I can't speak for

9   all of Mattel.  I can only speak for Packaging.

10    Q.    Obviously you can't tell me about instances   11:46AM

11  you don't know about.  I'm asking about instances

12  you do know about.  Are you aware of any instance in

13  which any internal Mattel documentation referred to

14  this project as anything other than Chat Girls or

15  Diva Starz up through the first release of the        11:47AM

16  product?

17        MR. ZELLER:  This is asked and answered.

18        THE WITNESS:  I do not remember the

19  documentation names.  I believe I said Chat Girls,

20  Cool Talkin' Teens -- I can't remember if that was a  11:47AM

21  tag line or was referred to in documentation.

22  BY MR. PAGE:

23    Q.    But as you sit here today, do you remember

24  any memory of any documentation that ever -- strike

25  that.                                                 11:47AM

                                                              67

CONFIDENTIAL - ATTORNEYS' EYES ONLY

1     A.   I have seen Chat Brats worked as a logo.   I

2   can't conclusively say that I've seen it on other

3   documentation.

4     Q.   So other than seeing it as a proposed logo

5   or a proposed name do you have any recollection of     11:50AM

6   ever seeing the term "Chat Brats" used to refer to

7   Diva Starz?

8     A.   I think I just said I don't believe I've

9   ever seen it in any other documentation other than

10   those forms.                                          11:50AM

11     Q.   Thanks.   Do you know Carter Bryant?

12     A.   No.

13     Q.   Have you ever met him?

14     A.   Not to my knowledge.

15     Q.   Did you have any interaction with him of any 11:50AM

16   sort while he was at Mattel?

17     A.   I have no idea what he looks like or who he

18   is.

19     Q.   I just want to also make sure that you

20   didn't have E-mail communications with him or          11:50AM

21   non-face-to-face communications.

22     A.   I never heard the name until counsel had

23   given me the name.

24     Q.   So did Carter Bryant to your knowledge have

25   any involvement at all in the Diva Starz project at    11:51AM

70

225

CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1   any time?

 2       A.    I never had any interaction or knowledge of

 3   Carter Bryant during my time at Mattel.

 4       Q.    That cuts out a lot of questions.

 5       A.    Good.                                    11:51AM

 6       Q.    When did you first see a Bratz doll?  By

 7   that let me -- in the broadest sense whether it's

 8   actually seeing the doll in the store or seeing a

 9   picture or an ad, when did you first become aware of

10   the Bratz product?                                 11:52AM

11       A.    The first time I believe that I ever saw a

12   Bratz product was when somebody purchased one from

13   the store and brought it into the office.

14       Q.    And who was that?

15       A.    I have no idea.                          11:52AM

16       Q.    Tell me everything you can recall about that

17   incident or that instance.

18       A.    When the product was brought in, I looked at

19   the package and went, "Oh, my God, they totally

20   knocked us off."                                   11:52AM

21       Q.    When you said, "Oh, my God, they totally

22   knocked us off," who did you say that to?

23       A.    I'm sure there was more than one person

24   standing there in that possible group because the

25   group of people that I hung out with in the        11:53AM

                                                              71
```

226

CONFIDENTIAL - ATTORNEYS' EYES ONLY

1    Packaging department would have been Cesar Modesto,

2    Monica Lavalle, Richard Oesterheld, Michelle Mark.

3        Q.   When you saw -- when you saw the product and

4    looked at it, it was in -- was it in the package?

5        A.   Yes, it was in the package.            11:53AM

6        Q.   And you were looking at the outside of the

7    package and saying, "Oh, my God, they knocked us

8    off"?

9        A.   I couldn't tell you that I was specifically

10   looking at the outside package, the general look of    11:53AM

11   the package.

12       Q.   And when you say -- when you said, "They

13   knocked us off," what were you referring to?

14       A.   Well, No. 1, the name was something that we

15   had discussed, the style of the logo and there were   11:53AM

16   similarities to the Diva Starz product.

17       Q.   At the time Diva Starz was on the market,

18   correct?

19       A.   Yes.

20       Q.   So was there anything that you felt that had  11:54AM

21   been knocked off or copied from Diva Starz that was

22   not publicly known at the time?

23       A.   You know, I honestly don't think that way

24   and I never believe that anybody that I work with is

25   willing to rip us off so I did not think that way.    11:54AM

72

227

CONFIDENTIAL - ATTORNEYS' EYES ONLY

1      Q.   Today do you think that Carter Bryant ripped

2   off anything from Mattel in creating the Bratz

3   dolls?

4      A.   I have no idea what Carter Bryant did.

5      Q.   Do you have any testimony to give on any          11:54AM

6   subject concerning Carter Bryant?

7      A.   I know nothing about him and have no

8   information for you on Carter Bryant.

9      Q.   Do you have any reason -- does Mattel have

10  any reason to believe that Carter Bryant was ever         11:55AM

11  aware of any of the naming discussions around Diva

12  Starz?

13          MR. ZELLER:  The question is overbroad as to

14  Mattel, lacks foundation, is outside the scope of

15  the designation.                                          11:55AM

16          MR. PAGE:  I would dispute whether it's

17  outside the designation.

18          MR. ZELLER:  Just to be clear, I mean -- I

19  haven't said this each and every time when we talk

20  about the topics obviously but, I mean, the topics        11:55AM

21  are phrased sort of as these legal contentions.

22  We're bringing people in to talk about the facts.

23  You know, whether they're able to connect the dots

24  is a different issue.  You're free to ask those

25  questions, I'm not disputing that, but just so            11:55AM

                                                             73

CONFIDENTIAL - ATTORNEYS' EYES ONLY

1    that's clear.

2    BY MR. PAGE:

3        Q.   Are you aware of any instance in which any

4    of the potential lists of names for Diva Starz was

5    circulated to anyone other than the people who were      11:55AM

6    actually participating in the discussions?

7        A.   I would have no knowledge of who received

8    what lists.

9        Q.   I'm asking you if you know of any instance

10   in which anyone other than the people who were           11:56AM

11   participating in the decision ever got access to any

12   of the lists of potential names?

13       A.   I am sure that more than one person saw the

14   list of names because if it was printed in a hard

15   copy they sit on a printer before somebody walks         11:56AM

16   over to pick them up.

17       Q.   Are you aware of any instance in which

18   anyone walked by a printer and read the list of

19   names that somebody else had printed or is that just

20   pure speculation?                                        11:56AM

21       A.   That's pure speculation.

22       Q.   Thanks.  And you're not aware of any

23   instance in which any list of potential names of

24   Diva Starz was distributed to any -- was

25   deliberately distributed to anyone outside of the        11:56AM

                                                              74

CONFIDENTIAL - ATTORNEYS' EYES ONLY

1    group who were discussing the potential names; is

2    that correct?

3            MR. ZELLER:  Objection.  The question is

4    vague.

5            THE WITNESS:  I'm not -- I was not in charge  11:56AM

6    of the distribution, therefore, I don't know who

7    distributed what.

8    BY MR. PAGE:

9        Q.   Have you done anything to -- in

10   preparation -- strike that.                              11:57AM

11           What, if anything, did you do to prepare for

12   the deposition today?

13       A.   I met with counsel to talk about what we

14   would be going over.

15       Q.   And when was that?                              11:57AM

16       A.   I met with them twice.  The first time was

17   in -- we got rescheduled.  I apologize, I don't know

18   the date.  It was in April.  I believe it was in

19   April.  And then I met with them yesterday.

20       Q.   Other than the two documents in front of       11:57AM

21   you, Exhibit 314 and 420, are you aware of any other

22   printed lists of potential names for Diva Starz?

23       A.   No.

24       Q.   At any of these meetings after the first one

25   you discussed when people wrote potential names up      11:58AM

                                                            75

CONFIDENTIAL - ATTORNEYS' EYES ONLY

1    A.    It was discussed, I'm sure, in a team
2  meeting.
3    Q.    Do you know who told you that?
4    A.    I could not recall.
5    Q.    Did you ever do any work on Tune Teens?    12:10PM
6    A.    No, I did not.
7    Q.    Are you familiar with the Tune Teens project
8  at all?
9    A.    The only information I had about Tune Teens
10  was when I was asked about it yesterday.    12:10PM
11    Q.    That's the part you're not supposed to tell
12  me.
13    A.    Sorry.
14    Q.    Quite all right.  Do you know when you saw
15  the Bratz doll for the first time?    12:10PM
16    A.    I believe I answered earlier that it would
17  have been sometime mid -- late summer, early fall.
18    Q.    Of?
19    A.    Of, what, '99.
20    Q.    Did I ask the wrong question?    12:10PM
21    A.    I apologize.
22    Q.    I meant Bratz.
23    A.    And I said Diva Starz.  I apologize.  I saw
24  it when it was brought in from being purchased after
25  we had already released Bratz or Diva Starz.  Now    12:11PM

84

CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1      Q.   To go back to where we were, so is it true

 2    that up until -- that before yesterday you had never

 3    heard of Tune Teens?

 4      A.   To my recollection I don't remember ever

 5    hearing of Tune Teens.                              12:12PM

 6      Q.   Did you work on Fashion Diva Starz?

 7      A.   When you say "Fashion Diva Starz," do you

 8    mean the dolls that were more -- that were not as

 9    short, taller with a similar size head as the Mini

10    Diva Starz?  Or do you mean the fashions for the     12:13PM

11    Diva Starz doll?

12      Q.   I see what you're saying.  I mean the

13    former, the taller, thinner dolls that were released

14    later.

15      A.   Yes, I gave art direction on those.          12:13PM

16      Q.   What do you mean when you say you gave art

17    direction?

18      A.   Stewart Minskoff worked on the packaging for

19    that.

20      Q.   So you didn't actually draw the packaging on  12:13PM

21    that?

22      A.   I did not draw all the packaging on that,

23    no.

24      Q.   Did you draw any of it?

25      A.   Probably.                                     12:13PM
```

86

232

CONFIDENTIAL - ATTORNEYS' EYES ONLY

1  of when you worked on things?

2      A.   Correct.

3      Q.   Were the large -- the first Diva Starz, the

4  large dolls, and Mini Diva Starz first released in

5  the same season, the same year, let's put it that      12:16PM

6  way?

7           MR. ZELLER:  When you say "released" here,

8  you're talking about on shelf?

9           MR. PAGE:  Yeah, on shelf.

10          THE WITNESS:  You know, that's difficult      12:16PM

11 because I don't remember ship dates.  Dates are not

12 my -- as you I'm sure have realized, dates are not

13 my strong suit.

14          MR. PAGE:  What's your anniversary?

15          THE WITNESS:  Same as my husband's birthday. 12:16PM

16          MR. PAGE:  Two with one stone.  Brilliant.

17          THE WITNESS:  The Diva Starz large dolls

18 first wave released approximately in April and I

19 know that the Minis came after that.  I'd like to

20 say they were in the first season on shelf with the   12:17PM

21 large dolls but, you know, I honestly it's a blur.

22     Q.   When you say "April," of what year?

23     A.   It must have been April of 2000.

24     Q.   And the Fashion Diva Starz, when were they

25 on shelf?                                              12:17PM

89

CONFIDENTIAL - ATTORNEYS' EYES ON_

1   would attend a WIP meeting where Diva Starz was

2   presented, when you say packaging and design, would

3   these be people who are working on the packaging of

4   Diva Starz and the design of Diva Starz or all of

5   the packaging groups and all the design groups?          12:34PM

6      A.   The way a typical WIP would work there would

7   be an agenda sent out with what's being presented

8   from all the different brands for that day on Barbie

9   and you would be expected to attend during your

10  brand's or group's times.                                12:34PM

11     Q.   So during the time that Diva Starz was being

12  presented in a WIP meeting would designers for other

13  dolls be present?

14          MR. ZELLER:  The question is vague.

15          THE WITNESS:  I don't know if other           12:35PM

16  designers are there but there are a lot of people in

17  the room.

18  BY MR. PAGE:

19     Q.   When you say "the room," where are these

20  held?                                                    12:35PM

21     A.   Traditionally, but not always, in the Barbie

22  presentation theater.

23     Q.   Gee, why do they call it that?  Strike that.

24          When to the best of your recollection was

25  the first time that Diva Starz was presented in a       12:35PM

                                                                    93

CONFIDENTIAL - ATTORNEYS' EYES ONLY

1    WIP meeting?

2        A.    The Diva Starz product or Diva Starz

3    packaging?

4        Q.    Let's do both one at a time.   Product first.

5        A.    I don't know on the product.                    12:35PM

6        Q.    Packaging?

7        A.    Packaging the first time that it probably

8    was presented would have been at earliest -- I

9    shouldn't say at earliest.   I would say

10   approximately September, October for at least        12:36PM

11   structure and it would have had to go into the WIP

12   meeting before it art released and I believe we art

13   released in April of 2000.

14       Q.    So when you say September, October, you're

15   talking about September, October of 1999?            12:36PM

16       A.    I believe so.

17       Q.    But weren't you still trying to figure out

18   what the name was going to be in 2000?

19       A.    Yes.

20       Q.    I see.   So what name was on the packaging   12:36PM

21   you presented to a WIP meeting in September, October

22   of 1999?

23       A.    I don't know that there was a name on the

24   package.   We may have shown structure and color.

25       Q.    We were just looking at Exhibit 421 which    12:37PM

94

CONFIDENTIAL - ATTORNEYS' EYES ONLY

1      A.   By itself.

2      Q.   And fills a significant portion of an

3   8 1/2 x 11 page?

4      A.   I believe so.

5      Q.   Does it include the word "Joy"?          12:48PM

6      A.   I don't remember.

7      Q.   When is the last time you saw that that you

8   can recall?

9      A.   Sometime ago.

10      Q.   "Sometime ago" being a couple of years,      12:49PM

11   couple weeks?

12      A.   Probably a couple years.

13      Q.   When was the first time you saw it, do you

14   recall?

15      A.   A long time ago.                            12:49PM

16      Q.   Was it before or after Diva Starz was

17   released?

18          MR. ZELLER:  The question is vague.

19          THE WITNESS:  Before the original doll was

20   released?                                           12:49PM

21   BY MR. PAGE:

22      Q.   Yeah, the original doll.

23      A.   You know, I'm not sure.  It was during the

24   time period that I worked on Diva Starz.

25      Q.   Do you know who drew this?                  12:49PM

                                                         102

CONFIDENTIAL - ATTORNEYS' EYES ONLY

1        A.    I can only guesstimate.

2        Q.    What's your guesstimate?

3        A.    Steve Linker.

4        Q.    Do you know why he drew this?

5        A.    Probably as a concept idea.                    12:49PM

6        Q.    Do you know whether it was drawn in

7    connection with Diva Starz or in connection with

8    something else?

9        A.    I don't have that knowledge.

10       Q.    Do you have any reason to think that Carter   12:49PM

11   Bryant ever saw this drawing?

12       A.    I don't know anything about Carter Bryant.

13       Q.    I like that answer.   Keep that.

14             Did you ever have any conversation with Rene

15   about this drawing?                                     12:50PM

16       A.    I'm sure I didn't.

17       Q.    Have you ever had any conversation with

18   anyone about this drawing?

19       A.    Off the top of my head, no.   I may have

20   acknowledged that it's cool.                            12:50PM

21       Q.    Have you ever had any discussion with anyone

22   about whether this drawing resembles the Bratz

23   dolls?

24       A.    No.

25       Q.    Or vice versa.  Do you know anything about    12:50PM

                                                             103

237

CONFIDENTIAL - ATTORNEYS' EYES ONLY

1    this drawing that you haven't already told me?

2         A.    I know nothing about this drawing that I

3    haven't already told you.

4         Q.    If you could take a look at Exhibit 385, the

5    list of topics.  Take a look at No. 13.  Thirteen        12:51PM

6    asks for testimony concerning all acts, omissions,

7    circumstances and/or evidence showing or tending to

8    show that any product sold at any time by MGA under

9    the trade name Bratz originated from, is derived

10   from, is based on, copies, incorporates or is           12:51PM

11   substantially or confusingly similar to any design

12   or work product owned at any time by Mattel or

13   created by Bryant during the time Bryant was working

14   for Mattel.  Other than matters which we've already

15   discussed today, are you aware of any information       12:52PM

16   covered by that topic?

17        A.    I have no information on Carter Bryant.

18        Q.    This is a little broader than Carter Bryant.

19   Do you have any reason to believe that any MGA

20   product is derived from or is based on or copies or     12:52PM

21   incorporates or is substantially or confusingly

22   similar to any design or work product at any time

23   owned by Mattel other than matters you've already

24   told me about?

25             MR. ZELLER:  The question is vague since       12:52PM

104

238

CONFIDENTIAL - ATTORNEYS' EYES ONLY

1    it's phrased consistent with this topic which we've

2    objected to in its form.

3              THE WITNESS:  The only comment I have is

4    when I saw the Bratz package is that I thought that

5    we had been knocked off.                          12:53PM

6    BY MR. PAGE:

7      Q.   Are you aware of any facts that you haven't

8    told me about that indicate or make you believe that

9    MGA copied anything from Diva Starz in creating

10   Bratz?                                            12:53PM

11             MR. ZELLER:  The question is overbroad,

12   vague.

13             THE WITNESS:  I don't have any information

14   about MGA.  I don't know what MGA did or did not do.

15             MR. PAGE:  Why don't we let you guys get to  12:53PM

16   lunch.

17             VIDEO OPERATOR:  We're off the record at

18   12:53 p.m.

19

20             (At the hour 12:53 p.m. the luncheon

21       recess was taken.)

22

23

24

25

                                                       105

CONFIDENTIAL - ATTORNEYS' EYES ONLY

1      A.    I've seen these while employed at Mattel.

2      Q.    In what context did you see these?

3      A.    In relation to Diva Starz while Maureen

4    Mullen's group was working on them.

5      Q.    Do you know who created these?                    02:00PM

6      A.    They're either Liz Hogan or Steve Linker's

7    is my understanding.

8      Q.    Is this something that someone asked Steve

9    or Liz to create?

10      A.    I did not ask them.  I only know what I        02:00PM

11    asked them to create.

12      Q.    This morning you were talking about

13    instances in which designers sometimes do up a logo

14    for a name that they're pushing.  Is this one of

15    those instances?                                         02:01PM

16      A.    I don't know.  I didn't make this request.

17      Q.    Who other than you would have been making

18    requests to Steve Linker or Liz in connection with

19    Diva Starz?

20      A.    The Product Design team would have              02:01PM

21    requested -- may have requested them to do a logo

22    because they may not have had a graphic artist

23    available to them to do logos for their boards.

24      Q.    Anybody other than the Design team?

25            MR. ZELLER:  Asked and answered.                 02:01PM

                                                                    109

240

CONFIDENTIAL - ATTORNEYS' EYES ONLY

1          THE WITNESS:   I -- I don't know who would

2     have, you know.

3               (Deposition Exhibit 425 was marked

4          for identification and is annexed hereto.)

5     BY MR. PAGE:                                        02:01PM

6          Q.   We'll mark this as Exhibit 425.   Exhibit 425

7     is a two-page document Bates No. M 0033828, I

8     believe, and 829.  Can you tell -- have you ever

9     seen this document before?

10         A.   I haven't seen this document.            02:02PM

11         Q.   Do you know what it is?

12         A.   I do.  It's logo explorations.

13         Q.   As near as I can tell, other than the Bates

14    numbers the two pages are identical except that

15    there's an X through the top picture on the second   02:03PM

16    page.  Just looking at the first page the top of the

17    three objects is labeled "Diva Girls Original Swatch

18    (from Joni)."  What is an original swatch?

19         A.   It's the original gradient swatch is what I

20    will assume that is for the package.                02:03PM

21         Q.   What is a gradient swatch?

22         A.   It's the background color that was used on

23    the original Diva Starz package.

24         Q.   So it's not a swatch of cloth, it's --

25         A.   It's a swatch of art.                     02:03PM

110

CONFIDENTIAL - ATTORNEYS' EYES ONLY

1      Q.   The second one is labeled "Diva Girls" with

2   an S, new swatch, but has a logo that's Diva Girlz

3   with a Z.  Do you recall any product ever being

4   referred to as Diva Girls either with an S or a Z?

5           MR. ZELLER:  The question is vague as to        02:03PM

6   "product."

7           THE WITNESS:  There's a lot -- Mattel does a

8   lot of products but these look like logo

9   explorations that were done for Diva Starz.

10  BY MR. PAGE:                                            02:04PM

11     Q.   Do you recall other than looking at this any

12  consideration of Diva Girls either with a Z or S as

13  a name for Diva Starz?

14     A.   Looking at this it does jar my memory that

15  "Girlz" was possibly to be used.                        02:04PM

16     Q.   Do you know who created these logos?

17     A.   My actual guess is me.

18     Q.   The font in which -- actually, the third one

19  is labeled "George swatc."  Do you know what that

20  means?                                                  02:04PM

21     A.   I don't.  One of the things that when you

22  use a gradient that's created in Illustrator it

23  needs to be taken into Photo Shop to smooth and that

24  may have been what happened with this swatch.

25     Q.   What does George have to do with that?         02:05PM

                                                            111

CONFIDENTIAL - ATTORNEYS' EYES ONLY

1.    A.   He may have been the person that did it.

2     Q.   Who is George?

3     A.   He would have been a Photo Shop expert.

4     Q.   Is that just a guess or do you, in fact,

5     recall there being a Photo Shop expert being George?   02:05PM

6     A.   That is a guess.

7     Q.   Did you have anybody working on the

8     Packaging team for Diva Starz named George?

9     A.   Not that I remember.  We do have a George

10    that works in Packaging that may have helped me.      02:05PM

11    Q.   And that's George who?

12    A.   Fong.

13    Q.   The second -- the two -- strike that.

14         There's one logo that contains four pictures

15    of girls.  Do you know who did the artwork for those   02:05PM

16    faces?

17    A.   They look like -- in looking at this, and

18    it's not a very good copy, they look like the faces

19    that Steve Linker did.

20    Q.   There's one font in that set -- in the        02:06PM

21    middle section with the faces and then what appears

22    to be two different versions of a second font in the

23    lower one.  Are either of these the fonts that you

24    eventually used to create the Diva Starz logo?

25    A.   I believe the bottom -- the third one is the  02:06PM

                                                          112

CONFIDENTIAL - ATTORNEYS' EYES ONLY

1    best of your ability what that interview process was

2    like.

3         A.   I came to the Mattel Design Center and

4    checked in with now who I know as Sherrie and waited

5    for Chris, met with her in one of the front          02:18PM

6    conference rooms in front of the Design Center.  She

7    reviewed my portfolio, said "Thank you very much"

8    and I left.

9         Q.   When she reviewed your portfolio, did she

10   ask you anything about who owned the rights to any   02:18PM

11   of the materials you were showing her?

12        A.   I couldn't -- I couldn't tell you what she

13   asked me and what she didn't.  I reviewed each of

14   the things that I did in my portfolio with her.

15        Q.   At any time did she ask you whether you had 02:19PM

16   received permission from ESPN, for example, to be

17   showing these materials to her?

18        A.   I can't recall.

19        Q.   I take it that you later heard back from her

20   and she hired you?                                   02:19PM

21        A.   I did later hear back from her and, yes --

22   actually, she did not hire me, another manager hired

23   me.

24        Q.   I see.  Who was that other manager?

25        A.   Skip Hopkins.                              02:19PM

                                                          121

CONFIDENTIAL - ATTORNEYS' EYES ONLY

1    trademark that name but I'm not a lawyer.

2    BY MR. JENAL:

3        Q.   Fair enough.  Is it Mattel's practice to

4    your knowledge when names are settled upon for

5    products at least in your experience that trademarks    03:20PM

6    are applied for for those names?

7            MR. ZELLER:  Lacks foundation, outside the

8    scope of the designation, is vague.

9            THE WITNESS:  I don't know how it works for

10   all the names for all Mattel products.                  03:20PM

11   BY MR. JENAL:

12       Q.   But of the products that you're familiar

13   with has that been your experience at Mattel that

14   trademarks were sought for those names?

15           MR. ZELLER:  Same objections.                   03:21PM

16           THE WITNESS:  I don't know if trademarks are

17   sought.  I know that the names are run through the

18   Legal department.

19   BY MR. JENAL:

20       Q.   Does Mattel in your experience create -- at    03:21PM

21   least in later years do they create Websites

22   associated with their products?

23           MR. ZELLER:  The question is overbroad,

24   outside the scope of the designation.

25           THE WITNESS:  I'm actually not involved in      03:21PM

                                                            166

245

CONFIDENTIAL - ATTORNEYS' EYES ONLY

1    creating Websites.

2    BY MR. JENAL:

3        Q.   My question was a little bit different.   Do

4    you know whether or not it's Mattel's practice to

5    create Websites associated with its products?          03:21PM

6            MR. ZELLER:   The question is vague, lacks

7    foundation, outside the scope of the designation.

8            THE WITNESS:   I know that there is a Barbie

9    Website and that there are lots of products on that

10   Website.                                               03:21PM

11   BY MR. JENAL:

12       Q.   Is there a Diva Starz Website?

13       A.   I believe that when Diva Starz was created

14   that they created a Diva Starz Website.

15       Q.   What's the basis for that belief?           03:22PM

16       A.   I think I saw it.

17       Q.   Did you ever talk to anyone about it, about

18   the Diva Starz Website?

19       A.   About the Website?

20       Q.   Yes.                                          03:22PM

21       A.   In what respect?

22       Q.   In any respect.

23       A.   Meaning a co-worker that needed a logo for

24   the Website?

25       Q.   That could be one way, yes.                 03:22PM

                                                             167

CONFIDENTIAL - ATTORNEYS' EYES ONLY

1   bit different.  It was to you personally.

2          Are you aware of having had any other

3   interactions professionally with people responsible

4   for the Diva Starz Website other than what you've

5   testified about those two logos?                    03:25PM

6          MR. ZELLER:  The question is vague.

7          THE WITNESS:  I am sure that Web Design

8   attended team meetings that I was at so there was

9   possible interaction, yes.

10         Could I be excused for one minute?  I need   03:25PM

11  to go to the restroom.

12         MR. JENAL:  Sure, let's go off the record.

13         VIDEO OPERATOR:  This is the end of tape 2.

14  We are off the record at 3:25 p.m.

15                  (Brief recess.)                     03:40PM

16         VIDEO OPERATOR:  We're back on the record at

17  3:40 p.m.  This is the beginning of tape 3 of Volume

18  1 of the deposition of Joni Pratte in the matter of

19  Mattel, Incorporated versus Carter Bryant, et al.

20  BY MR. JENAL:                                        03:40PM

21     Q.   Ms. Pratte, you realize you're still under

22  oath?

23     A.   Yes, I do.

24     Q.   Just before we took our break you had

25  mentioned that you believed that there were Web      03:40PM

                                                          170

247

CONFIDENTIAL - ATTORNEYS' EYES ONLY

1    Design people who had attended team meetings related

2    to Diva Starz.  Do you recall that testimony?

3         A.    I recall that I said that it was possible

4    that Web Design team members attended team meetings.

5         Q.    During any of those team meetings do you        03:40PM

6    recall there being any discussion about the actual

7    content for the Diva Starz Website?

8              MR. ZELLER:  The question is vague.

9              THE WITNESS:  I do not recall what Web

10   Design did at the team meetings.                          03:41PM

11   BY MR. JENAL:

12        Q.    Apart from what Web Design at the team

13   meetings my question was somewhat broader.  Just do

14   you recall there being any discussion at the team

15   meetings about the content that would be put on the       03:41PM

16   Diva Starz Website?

17             MR. ZELLER:  Outside the designation, vague.

18             THE WITNESS:  Web design is not my forte and

19   I didn't -- really was not involved in Web design

20   discussions.                                              03:41PM

21             VIDEO OPERATOR:  Counsel, there's a

22   Blackberry that's near the mike or something.

23   BY MR. JENAL:

24        Q.    I realize that Web design is not your forte

25   but my question was you attended team meetings in         03:42PM

                                                              171

248

CONFIDENTIAL - ATTORNEYS' EYES ONLY

1    which Web Design members were also in attendance

2    with regards to work on Diva Starz; is that correct?

3         A.   I attended Diva Starz team meetings, yes.

4         Q.   At those team meetings is it your

5    recollection that there were at least at some of        03:42PM

6    those meetings members from the Web Design team?

7         A.   I am sure that at some of the meetings there

8    were members from the Web Design team.

9         Q.   So at those meetings where both you attended

10   and members from the Web Design team attended do you   03:42PM

11   recall there being any discussion about content for

12   the Diva Starz Website?

13        MR. ZELLER:  Asked and answered.

14        THE WITNESS:  I do not recall that there was

15   discussion with content.                               03:42PM

16   BY MR. JENAL:

17        Q.   Are you aware that at some point in time the

18   Diva Starz Website carried the phrase "A passion for

19   fashion"?

20        A.   I don't know every phrase that the Diva      03:43PM

21   Starz Website carried.

22        Q.   I'm sure you don't but that wasn't my

23   question.

24        My question to you was:  Were you aware that

25   at some point in time the Diva Starz Website carried    03:43PM

                                                            172

CONFIDENTIAL - ATTORNEYS' EYES ONLY

1    the phrase on it "A passion for fashion"?

2        A.   I have heard the phrase "A passion for

3    fashion."  It is a very old phrase.

4        Q.   Let me try it a third time.

5             Regardless of how old the phrase is, were      03:43PM

6    you ever aware that the phrase "A passion for

7    fashion" was used on the Diva Starz Website?

8        A.   I cannot say conclusively that I was aware

9    that it was used on the Website.

10       Q.   What do you mean by you say -- by saying      03:43PM

11   that you cannot say that conclusively?

12       A.   I don't know that it was used on the

13   Website.  I don't have that knowledge.

14       Q.   Is it your understanding that, in fact, it

15   was used on the Website?                                03:44PM

16       A.   I don't have the knowledge of whether it was

17   used on the Website or not.

18            (Deposition Exhibit 426 was marked

19       for identification and is annexed hereto.)

20   BY MR. JENAL:                                           03:44PM

21       Q.   Let me show you what's been marked as

22   Exhibit 426 to your deposition.  Tell me whether you

23   recognize this.

24            While you're looking at it let me say for

25   the record it's a multi-page document bearing Bates    03:44PM

                                                             173