```
 1  ROBERT F. MILLMAN, Bar No. CA 062152
    DOUGLAS A. WICKHAM, Bar No. CA 127268
 2  KEITH A. JACOBY, Bar No. 150233
    LITTLER MENDELSON
 3  A Professional Corporation
    2049 Century Park East, 5th Floor
 4  Los Angeles, CA  90067.3107
    Telephone: 310.553.0308
 5  Facsimile:   310.553.5583

 6  Attorneys for Defendant and Cross-Plaintiff
    CARTER BRYANT
 7
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTEL, INC., a Delaware Corporation,<br><br>        Plaintiff,<br><br>v.<br><br>CARTER BRYANT, an individual; and DOES 1 through 10, inclusive,<br><br>        Defendant. | Case No. CV 04-9059 DDP (AJWx)<br><br>**DEFENDANT AND CROSS-PLAINTIFF'S NOTICE OF DEPOSITION OF ANNE DRISCOLL**<br><br>[F.R.C.P. 26, 30]<br><br>Date: November 23, 2004<br>Time: 9:30 a.m.<br>Place: Littler Mendelson, 2049 Century Park East, Suite 500 Los Angeles California 90067 |
| CARTER BRYANT, on behalf of himself, all present and former employees of Mattel, Inc., and the general public,<br><br>        Cross-Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware Corporation,<br><br>        Cross-Defendant. | |

EXHIBIT 35

1 TO PLAINTIFF AND CROSS-DEFENDANT MATTEL, INC. AND ITS
2 ATTORNEYS OF RECORD:
3    Pursuant to Federal Rules of Civil Procedure 26 and 30, Defendant and Cross-
4 Plaintiff Carter Bryant will take the deposition of Anne Driscoll commencing at 9:30
5
6 a.m. on November 23, 2004. Said deposition will take place at the Offices of Littler
7 Mendelson, 2049 Century Park East Fifth Floor, Los Angeles, California 90067. Said
8 deposition will be recorded stenographically and videotaped before an officer
9
10 appointed or designated under Fed.R.Civ.P. 28.

Dated: November 8, 2004

ROBERT F. MILLMAN
DOUGLAS A. WICKHAM
KEITH A. JACOBY

_____
KEITH A. JACOBY
LITTLER MENDELSON
A Professional Corporation
Attorneys for Defendant and Cross-
Defendant CARTER BRYANT

Los_Angeles:382084.1 028307.1010

# PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is 2049 Century Park East, 5th Floor, Los Angeles, California 90067.3107. On November 8, 2004, I served the within document(s):

**DEFENDANT AND CROSS-PLAINTIFF'S NOTICE OF DEPOSITION OF ANNE DRISCOLL**

☒ by facsimile transmission on November 8, 2004, this document was transmitted by using a facsimile machine that complies with California Rules of Court Rule 2003(3), telephone number 310.553.5583. The transmission was reported as complete and without error. The names and facsimile numbers of the person(s) served are as set forth below.

☒ by depositing a true copy of the same enclosed in a sealed envelope, with delivery fees provided for, in an overnight delivery service pick up box or office designated for overnight delivery, and addressed as set forth below.

☐ by personally delivering a copy of the document(s) listed above to the person(s) at the address(es) set forth below.

Michael T. Zeller, Esq.
Quinn Emanuel Urquhart Oliver & Hedges LLP
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
Fax: (213) 624-0643

I am readily familiar with the firm's practice of collection and processing correspondence for mailing and for shipping via overnight delivery service. Under that practice it would be deposited with the U.S. Postal Service or if an overnight delivery service shipment, deposited in an overnight delivery service pick-up box or office on the same day with postage or fees thereon fully prepaid in the ordinary course of business.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on November 8, 2004, at Los Angeles, California.

*/s/ Julie Contreras*

Los_Angeles:382872.1 1 028307.1010

**239**

PROOF OF SERVICE

**EXHIBIT 35**

**EXHIBIT 36**

Received:   11/29/04 12:32PM;         310 553 5583 -> JetFax M920;   Page 2
NOV-29-2004 12:28 FROM:LITTLER MENDELSON    310 553 5583    TO:12136240643    P.2/4

```
 1  ROBERT F. MILLMAN, Bar No. CA 062152
    DOUGLAS A. WICKHAM, Bar No. CA 127268
 2  KEITH A. JACOBY, Bar No. 150233
    LITTLER MENDELSON
 3  A Professional Corporation
    2049 Century Park East, 5th Floor
 4  Los Angeles, CA 90067.3107
    Telephone: 310.553.0308
 5  Facsimile:   310.553.5583

 6  Attorneys for Defendant and Cross-Plaintiff
    CARTER BRYANT
 7
```

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTEL, INC., a Delaware Corporation,<br><br>Plaintiff,<br><br>v.<br><br>CARTER BRYANT, an individual; and DOES 1 through 10, inclusive,<br><br>Defendant.<br><br>---<br><br>CARTER BRYANT, on behalf of himself, all present and former employees of Mattel, Inc., and the general public,<br><br>Cross-Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware Corporation,<br><br>Cross-Defendant. | Case No. CV 04-9059 NM (RNBx)<br><br>**DEFENDANT AND CROSS-PLAINTIFF'S AMENDED NOTICE OF CONTINUED DEPOSITION OF ANN DRISKILL**<br><br>[F.R.C.P. 26, 30]<br><br>Date:    December 15, 2004<br>Time:    9:30 a.m.<br>Place:   Littler Mendelson, 2049 Century Park East, Suite 500 Los Angeles California 90067 |

Received: 11/29/04 12:32PM;    310 553 5583 -> JetFax M920; Page 3
NOV-29-2004 12:28 FROM:LITTLER MENDELSON    310 553 5583    TO:12136240643    P.3/4

**TO PLAINTIFF AND CROSS-DEFENDANT MATTEL, INC. AND ITS ATTORNEYS OF RECORD:**

Pursuant to Federal Rules of Civil Procedure 26 and 30, Defendant and Cross-Plaintiff Carter Bryant will take the deposition of Ann Driskill commencing at 9:30 a.m. on December 15, 2004. Said deposition has been continued at the request of Mattel, Inc. due to her unavailability at the previously noticed date. Said deposition will take place at the Offices of Littler Mendelson, 2049 Century Park East Fifth Floor, Los Angeles, California 90067. Said deposition will be recorded stenographically and videotaped before an officer appointed or designated under Fed.R.Civ.P. 28.

Dated: November 29, 2004

ROBERT F. MILLMAN
DOUGLAS A. WICKHAM
KEITH A. JACOBY

KEITH A. JACOBY
LITTLER MENDELSON
A Professional Corporation
Attorneys for Defendant and Cross-Defendant CARTER BRYANT

Los_Angeles:385371.1 028307.1010

241

1.

**EXHIBIT 36**

## PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is 2049 Century Park East, Suite 500, Los Angeles, California 90067. On November 29, 2004, I served the within document(s):

**DEFENDANT AND CROSS-PLAINTIFF'S AMENDED NOTICE OF CONTINUED DEPOSITION OF ANN DRISKILL**

[X] by facsimile transmission on November 29, 2004. This document was transmitted by using a facsimile machine that complies with California Rules of Court Rule 2003(3), telephone number 310.553.5583. The transmission was reported as complete and without error.

[X] by placing a true copy of the document(s) listed above for collection and mailing following the firm's ordinary business practice in a sealed envelope with postage thereon fully prepaid for deposit in the United States mail at Los Angeles, California addressed as set forth below.

[ ] by depositing a true copy of the same enclosed in a sealed envelope, with delivery fees provided for, in an overnight delivery service pick up box or office designated for overnight delivery, and addressed as set forth below.

[ ] by personal service I caused such envelope to be delivered to Corporate Legal Services for delivery to the address below.

Michael T. Zeller, Esq.
Quinn Emanuel Urquhart Oliver & Hedges LLP
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
(213) 624.0643

I am readily familiar with the firm's practice of collection and processing correspondence for mailing and for shipping via overnight delivery service. Under that practice it would be deposited with the U.S. Postal Service or if an overnight delivery service shipment, deposited in an overnight delivery service pick-up box or office on the same day with postage or fees thereon fully prepaid in the ordinary course of business.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on November 29, 2004, at Los Angeles, California.

_____
EVA BABIN

Los_Angeles:381083.1 028307.1010

242                                                          EXHIBIT 36

PROOF OF SERVICE

```
Received:  11/29/04 12:32PM;       310 553 5583 -> JetFax M920;   Page 1
```

NOV-29-2004 12:28 FROM:LITTLER MENDELSON    310 553 5583        TO:12136240643        P.1/4



## LITTLER MENDELSON®
### A PROFESSIONAL CORPORATION

### FACSIMILE COVER SHEET

November 29, 2004

To:   Michael T. Zeller, Esq.           Fax:  (213) 624.0643    Phone:
      Quinn Emmanuel Urquhart Oliver
      & Hedges, LLP

Fax #(s) verified before sending (initial):

From:   Keith Jacoby                     Fax:  310.553.5583     Phone:   310.772.7284

Length, including this cover letter: 4      Pages

If you do not receive all pages, please call Sender's Phone Number.

Message:

Los_Angeles:372448.1 028307.1010

CONFIDENTIALITY – The information contained in this fax message is intended only for the personal and confidential use of the designated recipient(s) named above. This message is a communication from attorneys or their agents relating to pending legal matters and, as such, is intended to be privileged and/or confidential. If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error, and that any review, dissemination, distribution or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone and return the original message to us by mail. Thank you.

Transmittal Completed: _____ am / pm    Client Code:  _028307.1010_   User Number:  _1498_

**EXHIBIT 36**

THE NATIONAL EMPLOYMENT & LABOR LAW FIRM™
2049 Century Park East, 5th Floor, Los Angeles, CA 90067.3107  Tel: 310.553.0308  Fax: 310.553.5583, www.littler.com

243