# Exhibit 8



Barbie®

2004 Marketing Plan

October 28, 2003

CONFIDENTIAL - ATTORNEYS' EYES ONLY

Exhibit 8 , P. 59

M 0284970



CONFIDENTIAL - ATTORNEYS' EYES ONLY

Exhibit 8 , P. 60

M 0284971



CONFIDENTIAL - ATTORNEYS' EYES ONLY

Exhibit 8 , P. 61

M 0284972



# Barbie 2003 Status Summary

### Shipping/POS, YTD vs. LTG

## Top 5 Accounts
### "A" Dollars ($MM)
### Through 10/18/03

| Opening Inventory | Shipping YTD | POS YTD | Bal LTS | Proj. POS Left | Proj. End Inv. | Early Inv. YAC |
|---|---|---|---|---|---|---|
| $182.90 | $439.10 | $304.0 | $102.8 | $293.1 | $127.7 | $48.4 |

**TRU:**
- Barbie down 10% QTD, but recent weeks are up (up 7% WTD)
- Core dolls down 7% QTD (but up 19% WTD). Recent Happy Family sale up 12x on strength of BOGO
- Fashions / Accessories continue to trend down

**WM:**
- Barbie -19% YTD, driven mainly by Swan Lake, Happy Family, Barbie/Krissy/Palace
- Solid: Accessories, Fashions Weak

**KM:**
- Barbie down -22% YTD

**Target:**
- Barbie down -12% YTD. Fall space consistent vs. YAG, 21 ad vs. 19 YAG in Fall

Source: Sales Research

CONFIDENTIAL - ATTORNEYS' EYES ONLY

Exhibit _8_ , P. _62_

M 0284973



CONFIDENTIAL - ATTORNEYS' EYES ONLY

Exhibit 8 , P. 63

M 0284974



CONFIDENTIAL - ATTORNEYS' EYES ONLY     Exhibit 8 , P. 64     M 0284975



CONFIDENTIAL - ATTORNEYS' EYES ONLY

Exhibit 8 , P. 65

M 0284976



CONFIDENTIAL - ATTORNEYS' EYES ONLY        Exhibit 8 , P. 66        M 0284977



# Barbie 2003 Key Learnings

## Product:

- Content-supported worlds. With 360° of support, performed well

- Fantasy, nurturing themes continue to be strong

- Stand-alone, faux reality, themes failed (Stylin' Pup, Movie Star)

- Over-shipping F/S led to empty shelves when media ran in Spring. F/S product was "worn out" early in the year before key holiday seasonality

- Didn't reinvent the product and packaging fast enough.

- Barbie looked tired on shelf and lacked newness.

CONFIDENTIAL - ATTORNEYS' EYES ONLY

Exhibit 8 , P. 67

M 0284978



# Barbie 2003 Key Learnings

## Marketing:

- Image only advertising was ineffective
  - Features/benefit critical to communication success

- Overspent media in the first half against weak product

- Account-specific promotions were effective in driving the business (TRU Spring Hat Box GWP)

## Retail Space

- More space didn't necessarily equal more sales
  - Less efficient and over-skud (ex. Kelly increased number of skus by 3X)

- Attempt to ship the waves of shipping failed – we intentionally missed planogram sets.
  - Late adds- other than TV dolls- don't get revised in

CONFIDENTIAL - ATTORNEYS' EYES ONLY

Exhibit 8, P. 68

M 0284979



# Barbie 2003 Key Learnings

## Competition:

- Didn't react quickly and decisively to market successes/failures:

  - Minor response to Bratz in product and marketing

  - Lost 6 months of market responsiveness due to BDO timing so far advanced

  - Competitors properties successfully managed retail presence of multiple licensees (Disney Princess)

CONFIDENTIAL - ATTORNEYS' EYES ONLY          Exhibit 8 , P. 65          M 0284980



CONFIDENTIAL - ATTORNEYS' EYES ONLY          Exhibit 8 , P. 70          M 0284981



# Key Challenges Facing Barbie

- Retailers are off Barbie
  - Confidence
  - Space
  - Support
- Competitors will copy/expand on our Entertainment strategy, adding to dilution and clutter
- Bratz continues to gain strength
  - Direction on worlds themes
  - High piece count/price value
  - Upcoming entertainment
- Need to effectively communicate the worlds
  - Advertising needs to build/extend the worlds
  - Need more than advertising to communicate the world (Content, PR)

CONFIDENTIAL - ATTORNEYS' EYES ONLY

Exhibit 8 , P. 71

M 0284982



CONFIDENTIAL - ATTORNEYS' EYES ONLY

Exhibit 8 , P. 72

M 0284983



CONFIDENTIAL - ATTORNEYS' EYES ONLY

Exhibit 8 , P. 73

M 0284984