

# Barbie Worlds

1. **California Girl** - The ultimate California lifestyle
2. **Princess World** - Fantasies of happily ever after
3. **Fairy World** - Tails and wings in a magical land
4. **Kelly World** - Unexpected surprises with Kelly
5. **Happy Family** - Traditional nurturing and love
6. **Pop Entertainment** - based music-influenced street fashion - inspired fashions of the moment
7. **My Scene** - Uptown teens capturing key life moments
8. **Essentials** - Core Barbie essence, glamour, fashion, fun

CONFIDENTIAL - ATTORNEYS' EYES ONLY    Exhibit 8, P. 74    M 0284985



# Barbie 2004 Business Objectives

**Key Business Metrics:**

- <u>U.S. Market Share</u>: Recapture 3-5 pts from Bratz — across all relevant categories
- <u>Sell-through %</u>: 84% (vs. 82% in 03)
- <u>Advertising Effectiveness</u>: Improve % of VE/E spots to 70% of all commercials developed (vs. 49% in 03)
- <u>Licensed Business Growth</u>: +2% (in line with brand)
- <u>Entertainment Product Sales Growth</u>: TBD

**Key Equity Tracking Measures:**

- Increased Top Box "Liking" measures
- Increased intent to purchase
- Increased awareness, interest in Worlds
- Increased Top Box Scores of key brand essence measures (e.g., best fashions, most glamorous, most trendy)

CONFIDENTIAL - ATTORNEYS' EYES ONLY        Exhibit 8, P. 75        M 0284986



# Barbie 2004 Marketing Plan

## Marketing Strategies:

- Develop strong "World" 360° marketing campaigns.
- Establish unifying brand message across all advertising vehicles, while reinforcing each World's unique point of difference.
- Execute "World Builder" TV advertising campaigns; drive continuity, depth of purchase vs. old "Hit & Run" ad strategy.
- Deliver rich content applications that drive awareness, deeper buy-in and long-term affinity for each World.
- Focus PR programs on relevant, high-visibility, newsworthy segments.
- Focus national promotional programs on those that include a specific "call to action" for consumers, or that drive significant awareness for Worlds (e.g., McDonalds).

CONFIDENTIAL - ATTORNEYS' EYES ONLY    Exhibit 8, P. 76    M 0284987

# Barbie 2004 Marketing Plan

## Channel Strategies:

- Develop account-specific programs that elevate the brand vs. competition (e.g., space, advertising), while delivering on each World's promise.
- Deliver channel-specific growth via clearly defined product ranges, exclusive products.
- Deliver the Barbie brand message and "Worlds" visually at retail.
- Establish joint sell-in process (Marketing, Sales, Licensing, Entertainment).

## Licensing Strategies:

- Integrate key partners into delivery of comprehensive product "Worlds" at retail.
- Develop joint planograms for key accounts that feature both toy and licensed product.
- Create, deliver a Barbie "Brand Action Plan" to key partners (licensees, retailers) that highlights the brand's new Calls to Action.

CONFIDENTIAL - ATTORNEYS' EYES ONLY    Exhibit 8, P. 77    M 0284988



CONFIDENTIAL - ATTORNEYS' EYES ONLY    Exhibit 8 , P. 78    M 0284989



CONFIDENTIAL - ATTORNEYS' EYES ONLY    Exhibit 8, P. 79    M 0284990



# Barbie 2004 Marketing Plan

## Key Brand Strategies

- Re-establish core Barbie brand message/essence across all platforms
- Deliver fully-developed content-rich worlds that drive greater trade support, deeper sell-through

## Product Strategies

- Expand on key play patterns that are working (Fantasy/Imagination, Nurturing)
- Refocus/improve trend segments
- Deliver the details

CONFIDENTIAL - ATTORNEYS' EYES ONLY    Exhibit 8 , P. 80    M 0284991



# Barbie 2004 Marketing Plan
## Key Marketing Priorities

**PR Priorities**
1. Fashion Show/Instant Messaging
2. Princess & the Pauper
3. Happy Family
4. Holiday Doll

**Content Priorities**
1. Princess & the Pauper
2. Fairytopia
3. Cali Girl
4. My Scene

**BIG NEWS!**
- Barbie Sings
- Barbie/dollarwold
- Selling Sites
- Labelmaker???

**Web Priorities**
1. Fairytopia
2. My Scene
3. Cali Girl
4. Fashion Show

**Licensing Priorities**
1. Princess & the Pauper
2. Cali Girl
3. Fashion Show
4. Fairytopia
5. My Scene

CONFIDENTIAL - ATTORNEYS' EYES ONLY  Exhibit 8, P. 81  M 0284992



CONFIDENTIAL - ATTORNEYS' EYES ONLY        Exhibit 8, P. 82        M 0284993



CONFIDENTIAL - ATTORNEYS' EYES ONLY  Exhibit 8, P. 83  M 0284994

# Barbie Volume by Worlds/Segments, 04 vs. 03
### ($MM)

| World/Segment | 2004 | % Total | 2003 | % Total | 04/03 %Δ |
|---|---|---|---|---|---|
| Fairytopia/Fantasy | $41.4 | 6.6% | $11.5 | 1.8% | 239% |
| Princess/Fantasy Tales | $138.2 | 21% | $115.8 | 18% | 18% |
| Princess & the Pauper/Swan Lake | $122.5 | 19.1% | $29.0 | 4.5% | 9% |
| Kelly | $28.4 | 3.8% | $41.2 | 6.9% | (62%) |
| Happy Family | $71.7 | 1.9% | $5.0 | 1.8% | (5%) |
| POP (Fashion Show/M.Girls/Trend) | $30.3 | 4.5% | $41.0 | — | (46%) |
| Cali Girl | $58.6 | 9.4% | $28.6 | 4.5% | 48% |
| Essentials | $146.1 | 23.8% | $85.6 | 13.4% | 16% |
| My Scene | $94.0 | 15.0% | $82.0 | 13% | 10% |
| E.S. Plug | $17.0 | 2.6% | $10.5 | — | 10% |
| Collector | $27.5 | 4.4% | $30.0 | 4.7% | (9%) |
| **TOTAL** | **$650.8** | | **$639.7** | | **1.4%** |



CONFIDENTIAL - ATTORNEYS' EYES ONLY    Exhibit 8 , P. 84    M 0284995