# Exhibit 9

# THIS EXHIBIT IS FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER

# Exhibit 10



CONFIDENTIAL - ATTORNEYS' EYES ONLY

Exhibit _10_ , P. _111_

M 0079848

# Agenda

1. The House is on Fire!
2. Barbie Brand Campaign
3. My Scene "Take the Lead" Plan
4. "I want to Be a Cali Girl" Plan
5. Fashion 4 launch plan
6. Happy Family
7. Downside Risk/Upside Opptys
8. 2004 Non-Media Budget
9. 2004 Media Schedule
10. 2004 P&L
11. MDF Summary
12. Appendix

CONFIDENTIAL - ATTORNEYS' EYES ONLY

Exhibit 10 , P. 112

M 0079849

# The House is on Fire!

- **Every Score Card measurement is down**
  - Market share of doll category down 7%
  - Top 4 POS down 13%
  - Account ad space support down 85% at Walmart, 22% at TRU

- **Bratz is gaining share with core 5-8 year olds**
  - Since November, Bratz penetration has grown from
    - 66% to 80% with 5-6 year olds
    - 80 to 84% with 7-8 year olds

- **Worst Attribute ratings in 45 years of Barbie**
  - Down 8% for "Most Fun to Play With"
  - Down 8% for Prettiest Doll"
  - Down 6% for both Fashions and Accessories

CONFIDENTIAL - ATTORNEYS' EYES ONLY

Exhibit 10 , P. 113

M 0079850

# The House is on Fire!

## Barbie Scorecard – 3/3/03

| | Q1 03 | | Q2 03 | | Q3 03 | | Q4 03 | | Total 03 | | Q1 04 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 03 | Chg vs LY | 03 | Chg vs LY | 03 | Chg vs LY | 03 | Chg vs LY | 03 | Chg vs LY | Jan '04 YTD | Chg vs LY |
| | % | % | % | % | % | % | % | % | % | % | % | % |
| Us Category Share NPD-OLP | | | | | | | | | | | | |
| Barbie Share of Dolls Category | 34.9 | (2.8) | 31.8 | (3.9) | 26.6 | (7.9) | 26.9 | (7.4) | 28.0 | (7.0) | 25.0 | (7.0) |
| POS Tot Products at "A" | $ | % | $ | % | $ | % | $ | % | $ | % | $ | % |
| Barbie | | | | | | | | | | | | |
| Walmart | 35,174 | (6.8) | 26,579 | 3.1 | 38,943 | 2.9 | 104,529 | (9.9) | 206,540 | (5.9) | 21,420 | (14.0) |
| TRU | 15,615 | (33.6) | 22,200 | (1.0) | 19,715 | (18.2) | 68,550 | (21.3) | 146,622 | (19.8) | 7,112 | (32.4) |
| Target | 16,091 | (28.2) | 14,219 | 32.9 | 1,3073 | (19.8) | 61,099 | (10.0) | 105,062 | (8.3) | 13,878 | 17.4 |
| Kmart | 5,749 | (33.6) | 5,812 | (42.4) | 5,653 | (38.8) | 17,385 | (54.2) | 36,077 | (45.4) | 2,705 | (42.0) |
| TOTAL TOP 4 | 72,629 | (20.8) | 68,810 | (0.3) | 77,384 | (11.6) | 271,563 | (18.8) | 949,302 | (15.2) | 45,115 | (13.1) |
| Shelf/Space Acct Profile Running Ft | | | Spring '03 vs '02 | % | | | Fall 03 vs 02 | % | | | Spring 04 vs 03 | % |
| Barbie | | | | | | | | | | | | |
| Walmart | | | 30.3 | 12.3 | | | 31.0 | -13.5 | | | 22.8 | -25 |
| TRU | | | 84.0 | -22.2 | | | 121.0 | -3.1 | | | 91.0 | 8 |
| Target | | | 24.0 | -33.3 | | | 36.0 | 0 | | | 24.0 | 0 |
| Kmart | | | 20.0 | -19.2 | | | 27.3 | -23.3 | | | 15.0 | -25 |
| Bratz | | | | | | | | | | | | |
| Walmart | | | 2.0 | NA | | | | | | | 12.0 | 500 |
| TRU | | | NA | NA | | | | | | | 36.0 | NA |
| Target | | | 6.0 | NA | | | | | | | 24.0 | 300 |
| Kmart | | | 3.5 | NA | | | | | | | NA | NA |

CONFIDENTIAL - ATTORNEYS' EYES ONLY

Exhibit 10, P. 114

M 0079851



# Barbie Scorecard – 3/3/03

## The House is on Fire!

| | Nov03 | Dec 03 | Jan 04 | Feb '04 |
|---|---|---|---|---|
| **Barbie Monthly Measures** | % | % | % | % |
| Fun to play with | 48 | 44 | 47 | 40 |
| Doll you would most want to show friends | 55 | 51 | 47 | 44 |
| Prettiest doll | 54 | 45 | 54 | 46 |
| Most aspiration fashions | 57 | 44 | 55 | 51 |
| Doll with best accessories | 52 | 49 | 53 | 46 |
| The coolest toy | 48 | 44 | 48 | 41 |
| **M.Scene Monthly Measures** | | | | |
| Fun to play with | 29 | 29 | 31 | 47 |
| Doll you would most want to show friends | 31 | 36 | 41 | 51 |
| Prettiest doll | 33 | 31 | 34 | 37 |
| Most aspiration fashions | 39 | 38 | 37 | 47 |
| Doll with best accessories | 31 | 28 | 38 | 42 |
| The coolest toy | 36 | 31 | 36 | 46 |
| **Bratz Monthly Measures** | | | | |
| Fun to play with | 46 | 44 | 50 | 55 |
| Doll you would most want to show friends | 62 | 50 | 50 | 57 |
| Prettiest doll | 50 | 40 | 49 | 53 |
| Most aspiration fashions | 57 | 49 | 55 | 55 |
| Doll with best accessories | 47 | 41 | 54 | 51 |
| The coolest toy | 54 | 48 | 59 | 59 |

5-17

CONFIDENTIAL - ATTORNEYS' EYES ONLY

Exhibit 10, P. 115

M 0079852



# The House is on Fire!

- Barbie is perceived as more grown up-up and more like a princess.
- Bratz has surpassed Barbie in appearance and aspiration, and play value

### Brand Image, Barbie, Bratz Feb '04

| | Barbie | Bratz | My Scene |
|---|---|---|---|
| **Appearance** | % | % | % |
| Most fashionable clothes | 52 | 59 | 49 |
| Prettiest hair | 48 | 56 | 46 |
| Is prettier than other dolls | 46 | 53 | 37 |
| **Aspiration-Icons** | | | |
| Is more like a princess | 55 | 43 | 29 |
| Is more like a grown up | 54 | 42 | 43 |
| Is more like a fashion model | 52 | 60 | 46 |
| Is more like a teenager | 43 | 58 | 52 |
| Is more like a pop star | 43 | 60 | 45 |
| Is more like a movie star | 41 | 54 | 46 |
| **Aspiration – Peers** | | | |
| Clothes you'd most want to wear | 51 | 55 | 47 |
| Most want to be like | 49 | 54 | 46 |
| Most want to show your friends | 44 | 57 | 51 |
| Mom's Favorite | 44 | 41 | 30 |
| Is cooler than other dolls | 41 | 59 | 46 |
| **Play Value** | | | |
| Comes with better stuff | 46 | 51 | 42 |
| More fun for pretending stories | 44 | 48 | 41 |
| Has most fun parties | 42 | 50 | 44 |
| Is more fun to play with | 40 | 55 | 47 |

Exhibit __10__ , P. __116__

CONFIDENTIAL - ATTORNEYS' EYES ONLY

M 0079853

# The House is on Fire!

- Postively, My Scene Attributes have increased significantly
  — Since Nov. a number of key measures have increased by 40%

**My Scene's Image, Nov '03-'04**

| | Nov % | Dec % | Jan % | Feb % |
|---|---|---|---|---|
| **Appearance** | | | | |
| Most fashionable clothes | 34 | 35 | 27 | 47 |
| Prettiest Hair | 34 | 36 | 31 | 38 |
| Is prettier than other dolls | 29 | 32 | 31 | 31 |
| **Aspiration – Icons** | | | | |
| Is more like a teenager | 47 | 39 | 43 | 55 |
| Is more like fashion model | 47 | 32 | 43 | 44 |
| Is more like pop star | 37 | 30 | 39 | 38 |
| Is more like movie star | 31 | 30 | 35 | 38 |
| Is more like a grown up | 32 | 26 | 29 | 35 |
| Is more like a princess | 26 | 18 | 29 | 24 |
| **Aspiration – Peers** | | | | |
| Most want to show your friends | 29 | 32 | 39 | 49 |
| Clothes you'd most want to wear | 32 | 37 | 33 | 38 |
| Most want to be like | 36 | 26 | 35 | 38 |
| Is cooler than other dolls | 37 | 26 | 31 | 38 |
| Mom's favorite | 25 | 21 | 25 | 20 |
| **Play Value** | | | | |
| Has most fun parties | 32 | 37 | 29 | 44 |
| Is more fun to play with | 25 | 28 | 33 | 42 |
| More fun for pretending stories | 27 | 26 | 27 | 40 |
| Comes with better stuff | 20 | 28 | 39 | 35 |

CONFIDENTIAL - ATTORNEYS' EYES ONLY

Exhibit 10 , P. 117

M 0079854



# The House is on Fire!

- Bratz Marketing and Media is getting more aggressive
  - Estimated 30% GRP increase over last year
    - 2002= 2,700, 2003 = 7,018, 2004= 9,018 projected
  - Pre-Fall GRP's increased by 38% based on higher support for Sun Kissed Sumer, Petz, and Wildlife Safari
  - August will be a big month
    - 8/17 Direct-to-Video Release
    - Increased GRP's for Tokyo A Go Go
    - TV support for Electronics
  - Projecting 16 products/spots in Fall '04 vs. 15 in Fall 2003

CONFIDENTIAL - ATTORNEYS' EYES ONLY

Exhibit _10_, P. _116_

M 0079855

# Exhibit 11

CONFIDENTIAL - ATTORNEYS' EYES ONLY

1          UNITED STATES DISTRICT COURT

2         CENTRAL DISTRICT OF CALIFORNIA

3              EASTERN DIVISION

4                                      Certified Copy

5    ------------------------------

6    MATTEL, INC., a Delaware        )

7    Corporation,                    )

8              Plaintiff,            )

9              vs.                   ) No. CV 04-9059

10   CARTER BRYANT, an individual;   ) NM (RNBx)

11   and DOES 1 through 10,          ) VOLUME I

12   Inclusive,                      )

13             Defendants.           )

14   ------------------------------- )

15   (COMPLETE CAPTION ON NEXT PAGE.)

16

17        CONFIDENTIAL - ATTORNEYS' EYES ONLY

18

19   Videotaped Deposition of TIMOTHY J. KILPIN,

20   taken at 300 South Grand Street, Los Angeles,

21   California, commencing at 9:37 A.M., Friday,

22   January 25, 2008, before Wendy S. Schreiber,

23   CSR No. 3558, RPR, CLR.

24

25   PAGES 1 - 344      Exhibit 11 , P. 115

1

CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1            UNITED STATES DISTRICT COURT
 2          CENTRAL DISTRICT OF CALIFORNIA
 3                  EASTERN DIVISION
 4
 5      --------------------------------
 6    MATTEL, INC., a Delaware          )
 7    Corporation,                      )
 8              Plaintiff,              )
 9              vs.                     ) No. CV 04-9059
10    CARTER BRYANT, an individual;     )     NM (RNBx)
11    and DOES 1 through 10,            )
12    Inclusive,                        )
13              Defendants.             )
14      -------------------------------- )
15    CARTER BRYANT, on behalf of       )
16    himself, all present and          )
17    former employees of Mattel,       )
18    Inc., and the general public,     )
19              Counter-Claimants,      )
20              vs.                     )
21    MATTEL, INC., a Delaware          )
22    Corporation,                      )
23              Counter-Defendant.      )
24      --------------------------------
25            Exhibit  11  , P. 120
```

                                                    2

CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1    APPEARANCES OF COUNSEL:

 2

 3         For the Plaintiff:

 4

 5         QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

 6         BY:  TIMOTHY L. ALGER, ESQ.

 7         865 South Figueroa Street, Tenth Floor

 8         Los Angeles, California 90017

 9         (213) 443-3000

10         timalger@quinnemanuel.com

11

12                   -and-

13

14         MATTEL, INC.

15         BY:  MICHAEL MOORE, ESQ.

16         333 Continental Boulevard

17         El Segundo, California 90245-5012

18         (310) 252-2000

19         michael.moore@mattel.com

20

21

22

23

24

25              Exhibit __11__, P. _121_
                                                    3
```

CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1    APPEARANCES (Continued):

 2

 3        For the Defendant and Counterclaimant

 4        Carter Bryant:

 5

 6            KEKER & VAN NEST LLP

 7            710 Sansome Street

 8            San Francisco, California 94111-1704

 9            (415) 391-5400

10            (NOT PRESENT)

11

12        For Defendant MGA Entertainment, Inc.:

13

14            SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

15            BY:  THOMAS J. NOLAN, ESQ.

16                 CLAUDE KESSELER, ESQ.

17            300 South Grand Avenue

18            Los Angeles, California 90071-3144

19            (213) 687-5000

20            tnolan@skadden.com

21

22        Also Present:

23

24            Video Operator - David West

25                 Exhibit  11 , P. 122
```

4

CONFIDENTIAL - ATTORNEYS' EYES ONLY

1    A.    Yeah, I do recall that.

2    Q.    And who was present at that meeting?

3    A.    I recall that it included our Marketing and

4 our Sales team.

5    Q.    Would that include Matt Bousquette?          03:27PM

6    A.    I don't know if it included Matt.

7    Q.    What about Bob Eckert?

8    A.    No, I don't recall that it included Bob.

9    Q.    Is it possible that Mr. Eckert received a

10 copy of this update?                                03:28PM

11    A.    I don't know that.

12    Q.    Barbie at this time represented

13 approximately what percentage of the gross revenues

14 of Mattel, do you know?

15    A.    At this time?                              03:28PM

16    Q.    Yes.

17    A.    I don't recall.

18    Q.    Would you agree with me without regard to a

19 specific percentage that Barbie was a significant

20 part of the revenue stream for Mattel?             03:28PM

21         MR. ALGER:  Objection:  vague and ambiguous.

22         THE WITNESS:  Can you be more specific?

23 BY MR. NOLAN:

24    Q.    Would you agree with me that the performance

25 of Barbie either positive or negative would have a  03:28PM
                                                        237

Exhibit 11 , P. 123

CONFIDENTIAL - ATTORNEYS' EYES ONLY

1    substantial impact on the gross revenues of Mattel?

2            MR. ALGER:  Objection:  vague and ambiguous.

3            THE WITNESS:  Yeah, I don't know how to

4    characterize it for you.

5    BY MR. NOLAN:                                    03:29PM

6        Q.   Let me ask you this way, can I

7    Characterize it for the jury.  How important was it

8    to Mattel's financial performance for Barbie to be

9    successful?

10       A.   I'm not sure I'm the best one to answer    03:29PM

11   that.  I can talk about the volumes it was

12   delivering -- it's here in the document -- in this

13   document.  I can't -- I can't recall with enough

14   detail to put that into context for you for 2004.

15       Q.   So as the Senior Vice President in charge of 03:29PM

16   the Girls division responsible for the Barbie line,

17   you're saying that you don't have a recollection of

18   whether or not the performance of Barbie would have

19   an impact on the financial performance of Mattel?

20       A.   The performance of any of the brands would   03:30PM

21   have an impact on the performance of Mattel.

22       Q.   But was Barbie an important component of the

23   Mattel brand?

24       A.   Barbie is important.

25       Q.   You go on to say here "The House is on       03:30PM
                                                          238

Exhibit 11 , P. 124

CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
1    Fire!"  You talk about account ad space support down

2    at Wal-Mart 85 percent and 22 percent at TRU.  Is

3    that Toys 'R' Us?

4         A.   Yes.

5         Q.   And you say here "Bratz is gaining share      03:30PM

6    with core 5 - 8 year olds."

7              Do you see that?

8         A.   Yes.

9         Q.   So in the earlier marketing plan that we saw

10   that you wrote your objective was to take share away   03:30PM

11   from Bratz to recapture that share and here you're

12   reporting that since November Bratz' penetration has

13   grown from 66 to 80 percent with the five to six

14   year olds and 80 to 84 percent with the seven to

15   eight year olds.  Do you see that?                      03:31PM

16        A.   Yes.

17        Q.   So you would agree with me that you -- at

18   least as of this period of time in 2004 you weren't

19   succeeding on the objectives for the Barbie line of

20   recapturing share from Bratz?                           03:31PM

21        A.   Yeah.  Per this measure, no.

22        Q.   Per any measure were you gaining on Bratz?

23        A.   I'm referring to this measure.  We weren't

24   being successful.

25        Q.   Then you go on to say -- read the next        03:31PM
                                                             239
```

CONFIDENTIAL - ATTORNEYS' EYES ONLY

1    bullet point for me.

2        A.    "Worse Attribute ratings in 45 years of

3    Barbie."

4        Q.    What do you mean by "attribute ratings"?

5        A.    The attribute ratings that you see listed     03:31PM

6    here -- most fun to play with, prettiest doll -- are

7    specific attributes that we would tend to rank the

8    brand against.

9        Q.    Then the next page is "The House is on

10   Fire!" Barbie scorecard and there's a number of        03:31PM

11   metrics that are included there.  Let's just keep

12   moving.  You can stop at any one if you want if you

13   need to take a look at it but what I want to direct

14   your attention to if I could is on production No.

15   853.  The title is "The House is on Fire!"  It says    03:32PM

16   "Barbie is perceived as more grown up-up and more

17   like a princess."  And then it says "Bratz has

18   surpassed Barbie in appearance and aspiration, and

19   play value."

20            Do you see that?                               03:32PM

21       A.    Yes.

22       Q.    And then there's a comparison between

23   Barbie, Bratz and My Scene.  Do you see that?

24       A.    Yes.

25       Q.    Now, why did you include My Scene in this     03:32PM
                                                            240

CONFIDENTIAL - ATTORNEYS' EYES ONLY

1    comparison?

2        A.    I recall that we wanted to look at this as

3    it related to what was happening with the different

4    age targets.

5        Q.    Then if you go to page 855 which is the last    03:33PM

6    page in this particular compilation, but I'll try to

7    get a complete copy if it's not, you say here "Bratz

8    Marketing and Media is getting more agressive."

9             Do you see that?

10       A.    Yes.                                              03:33PM

11       Q.    What do you recall that you were trying to

12   say there?

13       A.    I'm looking at the bullet point that's below

14   it that speaks to their increase in spending.

15            (Deposition Exhibit 1807 was marked for          03:33PM

16       identification and is bound separately.)

17   BY MR. NOLAN:

18       Q.    Now I'd like to place in front of you tab

19   No. 19 which is a document that I'll now mark as

20   1807.  By the way, while we're marking this, on          03:33PM

21   1806, when was the last time you saw this update to

22   the marketing plan?  When is the last time you saw

23   Exhibit 1806?

24       A.    This document?

25       Q.    Yes.       Exhibit ⎝⎞ , P. ⎿⎞⎯             03:34PM
                                                            241

CONFIDENTIAL - ATTORNEYS' EYES ONLY

1    A.   I can't recall.

2    Q.   Did you see it within the last week?

3    A.   No.

4    Q.   Let's turn now to the next document I'll

5    mark as 1807, sir.  This has the Bates numbers of          03:34PM

6    M 0079731 through 9758.  Take a moment if you want.

7    This is entitled the "2005 Barbie Spring Line

8    Review."

9         Do you see that?

10   A.   Yes.                                                   03:35PM

11   Q.   Do you recognize this document?

12   A.   Yes.

13   Q.   It's dated April 15, 2004.  How is it that

14   you recognize this document?

15   A.   I recall being part of a meeting where we              03:35PM

16   reviewed this.

17   Q.   Now, in looking at the Barbie update -- I'm

18   sorry, the Barbie 2004 Marketing Plan as well as its

19   update, there was a figure of Barbie on the front of

20   both of them.  What is this -- what is this design         03:35PM

21   that's on the face of 2005 Barbie Spring Line

22   Review?

23   A.   You mean the burning house?

24   Q.   Yes.

25   A.   It's a burning house.                                  03:35PM
                                                                 242

CONFIDENTIAL - ATTORNEYS' EYES ONLY

1      Q.   That's the same burning house that you used

2   in the earlier presentation to say house on fire?

3      A.   Yes.

4      Q.   Just bigger?

5      A.   Yes.                                          03:35PM

6      Q.   Was it your decision to put a burning house

7   on the 2005 Barbie Spring Line Review?

8      A.   No.

9      Q.   But, in any event, it was distributed to

10  people within -- within Mattel with the burning      03:36PM

11  house logo or artwork on the front sheet, correct?

12     A.   I can't speak to the specific distribution

13  of this.

14     Q.   Okay.  In any event, this is now April 15th,

15  2004.  We're progressing along.  And this is now a    03:36PM

16  few months after the update and you say "Sales at

17  retail are terrible."  Correct?

18     A.   Yes.

19     Q.   And then you go on to say "Market share has

20  dropped at a chilling rate."  Correct?               03:36PM

21     A.   Can I clarify something?

22     Q.   Please.

23     A.   I didn't write this.

24     Q.   Who did?

25     A.   I don't know.   Exhibit 11 , P. 129          03:36PM
                                                          243

CONFIDENTIAL - ATTORNEYS' EYES ONLY

1    Q.    Somebody within your department?

2    A.    Most likely.

3    Q.    Would a 2005 Spring Line Review for

4  Barbie -- strike that.  But you remember -- you

5  remember seeing this at the time?                    03:37PM

6    A.    Yes.

7    Q.    And you didn't ask anybody to recall this

8  Marketing Spring Line Review, did you?

9    A.    What do you mean "recall"?

10   Q.    Well, say, "Hey, you know take this back.    03:37PM

11  It's not accurate."

12   A.    No, I don't recall doing that.

13   Q.    Do you remember when you were reading it

14  whether or not you thought anything was inaccurate

15  about what it was saying here?                        03:37PM

16   A.    I don't recall the contents.

17   Q.    Let's go through the contents.  First of

18  all, the house at retail -- "Sales at retail are

19  terrible."  First of all, the house is still on fire

20  apparently, right?                                    03:37PM

21   A.    Yes.

22   Q.    "Sales at retail are terrible."  Yes?

23   A.    That's what it says.

24   Q.    "Market share has dropped at a chilling

25  rate."  And then -- correct?   Exhibit 11 , P. 130    03:37PM
                                                         244

CONFIDENTIAL - ATTORNEYS' EYES ONLY

1    A.   Yes.

2    Q.   And we're talking about the Barbie brand

3  here, right?

4    A.   Yes.

5    Q.   And "Worlds are working but nothing else    03:38PM

6  is."  Correct?

7    A.   Yes.

8    Q.   Then you go "Cali Girl, Fairytopia, and My

9  Scene POS up over '03."

10       Do you see that?                              03:38PM

11   A.   Uh-huh.

12   Q.   But essential dolls are down 45 percent.  Do

13  you see that?

14   A.   Yes.

15   Q.   What are essential dolls?                    03:38PM

16   A.   I'm actually not recalling what we were

17  using that term to specifically denote in the line.

18  I just -- I don't recall.

19   Q.   It says "Accessories down - 39%," right?

20   A.   Yes.                                         03:38PM

21   Q.   Then you go to the next page -- now I'm on

22  production 0079733 -- and can you read for me what

23  it says there.

24   A.   The first bullet point?

25   Q.   Yes, please.    Exhibit 11 , P. 131          03:39PM
                                                       245

CONFIDENTIAL - ATTORNEYS' EYES ONLY

1      A.    "Barbie is losing key attribute ratings with

2   girls."

3      Q.    What's underneath there?

4      A.    "Cool, Fun to play with, 'I want to be

5   her'/Aspiration, Pretty, Fashionable."                    03:39PM

6      Q.    Now, put that into context for us.  Explain

7   to me what is being said here.

8      A.    I mentioned earlier that we track attributes

9   with girls on a regular basis.  These are some of

10   the attributes that we track.                             03:39PM

11      Q.    So Barbie is scoring or losing rather --

12   losing ratings with girls on the definition of

13   whether or not it's cool, right?

14      A.    A better way to describe this is Barbie's

15   attributes ratings were weakening on these measures.  03:39PM

16      Q.    So Barbie was weakening as to whether or not

17   it was cool.  Yes?

18      A.    Yes.

19      Q.    Fun to play with.  Yes?

20      A.    Yes.                                             03:40PM

21      Q.    I want to be her/aspiration.  Yes?

22      A.    Yes.

23      Q.    Pretty.

24      A.    Yes.

25      Q.    Fashionable.   Exhibit ll , P. 132              03:40PM
                                                              246

CONFIDENTIAL - ATTORNEYS' EYES ONLY

1    A.    Yes.

2    Q.    Those are some pretty key attribute ratings

3   for a fashion doll, right?

4    A.    Yes.

5    Q.    So you would agree that wasn't -- this isn't   03:40PM

6   a good development?

7    A.    I would agree.

8    Q.    In fact, I think the way it was

9   characterized on the front page "Sales at retail are

10   terrible."  Do you think the sales at retail was        03:40PM

11   influenced by the lower or the weakening key

12   attribute rating?

13    A.    I couldn't recall specifically what was

14   happening on that.

15    Q.    But in your experience there's generally        03:40PM

16   some correlation if you would between lost sales and

17   weakening attribute ratings with girls, correct?

18    A.    I wouldn't be able to speak to that as it

19   relates to this period of time.

20    Q.    Let me ask you just generally.  Generally        03:41PM

21   have you found when your attribute ratings are

22   higher on a product that your sales improve?

23    A.    Generally, yes.

24    Q.    Now, it also says "Bratz is gaining share

25   with core 5 - 8 year olds."   Exhibit 11 , P. 133     03:41PM
                                                            247

CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1      A.    What page are you on?

 2      Q.    Same page.  That despite your aspirations of

 3   taking market share away from Bratz that here you're

 4   saying Bratz is gaining share with core five to

 5   eight year olds.  Do you see that?              03:41PM

 6      A.    Yes.

 7      Q.    And you say "Since November, Bratz

 8   penetration has grown from 66% to 80% with 5 - 6

 9   year olds."

10            Do you see that?                       03:41PM

11      A.    Yes.

12      Q.    And "80 to 84% with 7 - 8 year olds."

13      A.    Yes.

14      Q.    Now, the next page says "Fight Fire with

15   Fire!"                                          03:41PM

16            Do you see that?

17      A.    Yes.

18      Q.    Did you write this page?

19      A.    No.

20      Q.    Now, the date of this document is April  03:42PM

21   15th, 2004, correct?

22      A.    Yes.

23      Q.    Now, it says "We must do some things

24   differently around here!"  Correct?

25      A.    Yes.       Exhibit 11 , P. 134          03:42PM
                                                        248
```

CONFIDENTIAL - ATTORNEYS' EYES ONLY

1      Q.    Did you agree with that?

2      A.    I'm trying to remember what this was in

3   specifically about and who was in the meeting.

4      Q.    Did you agree in April of 2004, sir, that

5   things had to change, "We must do some things          03:42PM

6   differently around here!"

7      A.    Yes.

8      Q.    And the next page says "Fight Fire with

9   Fire!"

10         Do you see that?                                 03:42PM

11     A.    Yes.

12     Q.    It says "No other brand in history is as

13   emotionally meaningful to girls & women as Barbie."

14         Do you see that?

15     A.    Yes.                                           03:42PM

16     Q.    Did you agree with that?

17     A.    Yes.

18     Q.    "In spite of this, a rival-lead Barbie

19   genocide rapidly grows."

20         What was the rival-lead Barbie genocide,        03:43PM

21   sir, that you were referring to here?

22     A.    I didn't write it.

23         MR. ALGER:  Yeah.  Objection:

24   mischaracterizes his testimony.  He already

25   testified he didn't write it.                          03:43PM
                                                            249

CONFIDENTIAL - ATTORNEYS' EYES ONLY

1   BY MR. NOLAN:

2       Q.   What was the Barbie genocide that's referred

3   to?

4       A.   I don't know.  I'm sorry.

5            MR. ALGER:  Let him finish his question        03:43PM

6   first.

7            THE WITNESS:  I'm sorry.

8            MR. ALGER:  And don't speculate.

9            THE WITNESS:  I'm sorry, can you do the

10  question again?                                         03:43PM

11  BY MR. NOLAN:

12      Q.   No.  I mean, this is a document, sir, that

13  you received as the Senior Vice President of Mattel.

14  And there's a reference here to a rival-lead Barbie

15  genocide and I was just curious as to whether or not    03:43PM

16  you picked up the phone and said to anybody, "Hey,

17  what do you mean by rival-lead Barbie genocide?"

18      A.   No, I don't recall that.

19      Q.   Do you remember believing that there was a

20  Barbie genocide going on in April of 2004?              03:43PM

21      A.   I wouldn't have characterized it that way.

22      Q.   But someone in your department did?

23      A.   Yes.

24      Q.   Then it says "All the talent, power, and

25  history behind the Barbie brand should be focused to    03:44PM

                                                            250

Exhibit ll , P. 136

CONFIDENTIAL - ATTORNEYS' EYES ONLY

1    fight back."  You agreed to that, right?  Do you see

2    that?

3        A.    Yes.

4        Q.    Now read for me the next bullet point if you

5    would starting with "product."                    03:44PM

6        A.    "Product, packaging, marketing and sales

7    must be launched that is brilliant, tactical,

8    aggressive, revolutionary, and ruthless."

9        Q.    Did you agree with that?

10       A.    I wouldn't agree with all these terms but -- 03:44PM

11       Q.    You wouldn't?

12       A.    No.

13       Q.    Tell me which ones you wouldn't agree with.

14       A.    I don't -- I don't understand the context of

15   "revolutionary" and "ruthless" here but...         03:44PM

16       Q.    Do you recall being at a meeting where this

17   document was presented, sir?

18       A.    Yes.  I said I did.

19       Q.    Do you remember anybody asking what is meant

20   by ruthless?                                        03:45PM

21       A.    I don't recall that.

22       Q.    And then can you read for me the next words

23   on this document?

24       A.    "This is war and sides must be taken."

25       Q.    What did you mean by "This is war and sides  03:45PM

                                                             251

CONFIDENTIAL - ATTORNEYS' EYES ONLY

1    must be taken"?

2            MR. ALGER:  He already testified that he

3    didn't write it.

4    BY MR. NOLAN:

5        Q.   What did your department mean, sir, when it   03:45PM

6    says "This is war and sides must be taken"?

7            MR. ALGER:  Don't speculate.

8            THE WITNESS:  I don't know.

9    BY MR. NOLAN:

10       Q.   You didn't ask?                              03:45PM

11       A.   I don't recall asking.

12       Q.   Who was war?  Who were you in war with?  I'm

13   sorry, that's poor.

14           Who were you at war with?  Bratz?

15       A.   No, I didn't view it that way.  I viewed it   03:46PM

16   that we were losing market share and we were losing

17   girls and we needed to do a better job on our

18   product line and our brand.

19       Q.   I'm sorry, were you finished?

20           MR. ALGER:  You cut him off, Mr. Nolan.       03:46PM

21           MR. NOLAN:  I didn't mean to.

22           THE WITNESS:  I'm finished.

23       Q.   Who were you losing market share to, sir?

24       A.   We were losing market share to a number of

25   competitors and in a number of other ways for girls   03:46PM
                                                           252