# Exhibit 12

# 2005 Barbie
# Spring Line Review

## April 15, 2004

CONFIDENTIAL - ATTORNEYS' EYES ONLY

Exhibit 12, P. 139

M 0079731



# The House is on Fire!

## Sales at retail are terrible

YTD POS down -17%

Shipping is down -21%

Retailer support is weak and has lost confidence

## Market share has dropped at a chilling rate

From 58.6% in Janaury to 50.3% in April

## Worlds are working but nothing else is

Cali Girl, Fairytopia , and My Scene POS up over '03

Essential dolls down -45%

Accessories down -39%

\* 4/10 Barbie Score Card

CONFIDENTIAL - ATTORNEYS' EYES ONLY   Exhibit 12 , P. 140   M 0079732



# The House is on Fire!

## Barbie is losing key attribute ratings with girls

Cool

Fun to play with

"I want to be her"/Aspiration

Pretty

Fashionable

## Bratz is gaining share with core 5-8 year olds

Since November, Bratz penetration has grown from

66% to 80% with 5-6 year olds

80 to 84% with 7-8 year olds

CONFIDENTIAL - ATTORNEYS' EYES ONLY

Exhibit 12 , P. 141

M 0079733

# Fight Fire With Fire!



## We MUST do some things differently around here!

Exhibit 12 , P. 142

CONFIDENTIAL - ATTORNEYS' EYES ONLY

M 0079734

# Fight Fire With Fire!



No other brand in history is as emotionally meaningful to girls & women as Barbie.

In spite of this, a rival-led Barbie genocide rapidly grows. All the talent, power, and history behind the Barbie brand should be focused to fight back.

Product, packaging, marketing, and sales must be launched that is brilliant, tactical, aggressive, revolutionary, and ruthless.

This is war and sides must be taken:

_Barbie stands for good: All others stand for evil_

CONFIDENTIAL - ATTORNEYS' EYES ONLY

Exhibit _12_, P. _143_

M 0079735



# Keep Doing the Same Thing

CONFIDENTIAL - ATTORNEYS' EYES ONLY   Exhibit 12, P. 144   M 0079736



## Doing What it Takes

- Better, Higher-Value Product
- Packaging Innovation
- Content
- Improved Retailer Margin

CONFIDENTIAL - ATTORNEYS' EYES ONLY

Exhibit 12, P. 145

M 0079737



# Doing What it Takes

CONFIDENTIAL - ATTORNEYS' EYES ONLY

Exhibit 12 , P. 146

M 0079738

# *Fight Fire With Fire!*



## The Mission

# Regain market share

# Regain relevance with girls

# Regain retailer confidence

CONFIDENTIAL - ATTORNEYS' EYES ONLY

Exhibit _12_, P. _147_

M 0079739

# *Fight Fire With Fire!*



## The Mission

**Regain market share**

## The Plan

o **Launch new "wow" Worlds**

o **Create exciting, innovative packaging**

o **Reinvent key segments of Fashions, Accys, Kelly, and Essentials**

CONFIDENTIAL - ATTORNEYS' EYES ONLY

Exhibit 12 , P. 148

M 0079740

# Barbie 2005 First Half News & Marketing Priorities



**Content Priorities**
1. Fairytopia
2. Music
3. My Scene

**Licensing Priorities**
1. Music World
2. Fairytopia
3. Cali Girl

**BIG NEWS!**
1. American Idol
2. Fairytopia Movie
3. Fashion 4

**PR Priorities**
1. Music
2. Fairytopia
3. Mother's Day

**Web Priorities**
1. Fashion 4
2. Fairytopia
3. Kelly

CONFIDENTIAL - ATTORNEYS' EYES ONLY

Exhibit 12 , P. 149

M 0079741



# *Fight Fire With Fire!*

## The Mission
## Regain relevance with girls

### The Plan

o Leverage the hottest TV shows and celebrities

o Be on top of the latest fashion styles and trends

o Develop content that engages girls in the characters & stories

o Expand older girl Worlds

CONFIDENTIAL - ATTORNEYS' EYES ONLY

Exhibit 12, P. 150

M 0079742



# The Lost Generation

*If you're a girl 5-8 years old you have never seen a cool, aspirational Barbie in your life*

## 2000-2003

| Princess/ Fantasy | Nutcracker, Rapunzel, Swan Lake |
| Nurturing | Happy Family, Kelly/Chrissy |
| Faux Reality | Twist n' Flex, Cut n' Style |

## 2004-2005

| Princess/ Fantasy | |
| Nurturing | |
| Aspirational Reality | Cali Girl, I Message, Fashion 4, Music |

CONFIDENTIAL - ATTORNEYS' EYES ONLY

Exhibit 12, P. 151

M 0079743

# Fight Fire With Fire!

## The Mission

Regain retailer confidence

## The Plan

o Don't sell weak product

o Improve retailer margin mix to achieve 30% PMU across total Barbie

o Involve and engage our customers in the process

CONFIDENTIAL - ATTORNEYS' EYES ONLY   Exhibit _12_ , P. _152_      M 0079744

# Improving Barbie Retailer Margin
## Target Account Example

|  | 2004 Plan | 2005 "As Is" | 2005 "Kelly Goes 100% DI" | 2005 "Kelly Goes DI, Forever Barbie DI & Trade" |
|---|---|---|---|---|
| Ingoing Margin | 24.9% | 29.7% | 32.9% | 33.2% |
| Discounts/ TPC's | -3.8% | -3.8% | -3.8% | -3.8% |
| PMU | 21.1% | 25.9% | 29.1% | 29.4% |

Ingoing Margin = (Cost vs. Full Suggested Retail)

PMU = (Cost vs. Actual Projected Retail)

CONFIDENTIAL - ATTORNEYS' EYES ONLY   Exhibit 12, P. 153   M 0079745

# 2005 Barbie Worlds

## New Worlds

Music

Fashion 4

## Expansion Worlds

Cali Girl

My Scene

Wee 3 Friends

Kelly

Fairytopia

Forever Barbie

Princess

CONFIDENTIAL - ATTORNEYS' EYES ONLY

Exhibit 12, P. 154

M 0079746

# The "Misses" of Spring 2004 are the Opportunities of 2005

| 2004 MISSES | IN 2005? | WHERE? |
|---|---|---|
| Pets | ✓ | Forever Barbie |
| Horses | ✓ | Cali Girl |
| Fashions | ✓ | Fashion 4 |
| Kelly | ✓ | Kelly Relaunch |
| Key Driver Accessories | ✓ | Fairytopia<br>Music<br>Fashion 4 |

Exhibit 12, P. 155

CONFIDENTIAL - ATTORNEYS' EYES ONLY

M 0079747



# 2005 Barbie Worlds

ASPIRATIONAL REALITY

FANTASY

CONFIDENTIAL - ATTORNEYS' EYES ONLY

Exhibit _12_, P. _156_

M 0079748



CONFIDENTIAL - ATTORNEYS' EYES ONLY

Exhibit 12 , P. 157

M 0079749



CONFIDENTIAL - ATTORNEYS' EYES ONLY

Exhibit 12 , P. 158

M 0079750



CONFIDENTIAL - ATTORNEYS' EYES ONLY Exhibit _12_, P. _159_   M 0079751



CONFIDENTIAL - ATTORNEYS' EYES ONLY

Exhibit 12, P. 160

M 0079752



2005 Barbie Worlds

ASPIRATIONAL REALITY

Music

Fashion 4

Cali Girl

My Scene

Wee 3

?

?

FANTASY

?

?

CONFIDENTIAL - ATTORNEYS' EYES ONLY

Exhibit (2, P. 161)

M 0079753



CONFIDENTIAL - ATTORNEYS' EYES ONLY

Exhibit _12_, P._162_

M 0079754



CONFIDENTIAL - ATTORNEYS' EYES ONLY

Exhibit 12, P. 163

M 0079755



# 2005 Barbie Worlds

FANTASY ........................... ASPIRATIONAL REALITY

- Fairytopia
- ?
- Wee 3
- Forever Barbie/Pets
- Kelly
- Music
- Fashion 4
- Cali Girl
- My Scene

CONFIDENTIAL - ATTORNEYS' EYES ONLY

Exhibit 12, P. 164

M 0079756



CONFIDENTIAL - ATTORNEYS' EYES ONLY   Exhibit 12 , P. 165

M 0079757

## '05 v. '04 Spring World Volume Comparison

| WORLD | Spring '05 % Volume | Spring '04 % Volume |
|---|---|---|
| Music | 8% | N/A |
| Cali Girl | 16% | 13% |
| Fashion 4 (Fashions) | 7% | 3% |
| My Scene | 21% | 16% |
| Starring Barbie (Barbie Now) | 3% | 3% |
| Wee 3 Friends | 5% | 2% |
| Forever Barbie/Pets (HF) | 13% | 33% |
| Kelly | 5% | 2% |
| Fairytopia | 19% | 10% |
| Princess (TRU only) | 3% | 18% |

CONFIDENTIAL - ATTORNEYS' EYES ONLY

Exhibit 12, P. 166

M 0079758

# Exhibit 13

# Wall Street Journal

## To Lure Older Girls, Mattel Brings In a Hip-Hop Crowd

### Stalwart Barbie Loses Market Share, So 'Flavas' Will Take On the 'Bratz'

By MAUREEN TKACIK
Staff Reporter of THE WALL STREET JOURNAL

LOS ANGELES -- Tika, 10 inches tall with two-toned hair, is of ambiguous ethnic origin -- maybe she's Asian, maybe Latina -- but her "platinum" medallion, airbrushed jean jacket, shell-toe sneakers and graffiti-streaked packaging make one thing clear.

"She's like ... hip-hop," said Crystal Audigier, 10 years old, as she rifled through the first crate of "Flavas" dolls to arrive at a Los Angeles FAO Schwarz store last week.

Mattel Inc. hopes the dolls are hip enough to take on the "Bratz." The Flavas (pronounced "Flay-vuhs," like "flavors"), a set of six dolls brought from design to production in just three months, represent a striking gamble for the giant toy company. In the 44 years since it introduced its bombshell Barbie, Mattel has rarely brought out a doll line to compete with her.



Mattel hopes its new line of "Flavas" will win over girls ages 9 to 11 with a big dose of hip-hop culture.

But Mattel, which had become accustomed to its buxom blonde dominating the market, has watched in alarm as Barbie has been challenged by a smaller toy maker's Bratz -- a line of big-headed, pouty-lipped characters. While Barbie, which posted about $1.7 billion in sales for Mattel last year, is still queen, her share of the so-called fashion-doll market has fallen, almost entirely due to the Bratz.

After trying -- and failing -- to defeat the Bratz with a trendier Barbie last year, Mattel has come up with a radical battle plan. Among other things, that means curtailing its reliance on, and near-reverence toward, its cash cow. While Barbie is still a plaything of choice for girls 3 to 7 years old, it's been years since she managed to hold the attention of the tweens, or 8- to 12-year-olds. With the Flavas, Mattel is trying to get back into that market -- even if it risks cannibalizing its biggest product.

Mattel has tweaked Barbie many times since she was introduced in 1959: bronzing her skin during the 1970s, introducing black and Hispanic counterparts and giving her a band (the fuchsia-clad "Rockers") during the 1980s. Mattel even shrunk her chest and widened her hips in 1998.

Exhibit 13 , P. 167

M 0199111

But Mattel now concedes Barbie has gradually lost touch with some young girls' lives. "Barbie began as a great girl who was simply a reflection of popular culture, but in the past few years we had sort of put her on a pedestal," says Matt Bousquette, president of the newly created Mattel Brands unit, which consolidated the boys' and girls' toys divisions. "We're taking her off that pedestal."

While Mr. Bousquette and his team overhaul Barbie, he is also enlisting the Flavas, who wear sweats and heavy chains and have names like "Tre" and "P. Bo," as a second force with which to fight the Bratz. Mattel says hip-hop -- which it defines as "a cultural phenomenon...dimensionalized through freestyle dance, street sports, music and fashion" -- has gained sufficient ground in the mainstream to have its own toy line.

"Mattel is recognizing that there are other trends besides Barbie that girls want to play with," says Manny Francione, divisional merchandise manager for Toys "R" Us Inc., Paramus, N.J. "Hip-hop is one of those trends."

The Bratz, developed by a toy maker called MGA Entertainment Inc., North Hills, Calif., were introduced in the summer of 2001. They became a hit with tweens, an age group of girls that the toy industry had almost written off.

For the past decade, toy makers have been grappling with a phenomenon analysts call "age compression," in which media-saturated youngsters are outgrowing dolls and other toys at an earlier age. NPD Group Inc., a market-research firm, says toy spending on children peaks at age 3 and steadily declines after that, with spending on 12-year-olds at about a quarter of the peak level. By attracting tweens, the Bratz bucked that trend.

Bratz "appealed to an older girl ... who is not necessarily still a Barbie customer," says Sean McGowan, a longtime industry analyst with Gerard Klauer Mattison. "Nothing's ever challenged Barbie like the Bratz." At Barbie's 1997 peak, a year in which Mattel posted $1.9 billion in sales of the doll, her clothing and accessories, she boasted more than a 90% share of the fashion-doll market, Mr. McGowan says. Barbie held at least 85% of the market right before the Bratz were introduced, he says, but her share has now dropped to about 70%.

The history of the Bratz is intertwined with Mattel. MGA says the Bratz were designed by Carter Bryant, a former member of the Barbie team. Inside Mattel, some are convinced the Bratz borrow liberally from a Mattel project that was scrapped at the testing stage in 1998. Mattel declined to comment.

Mr. Bryant didn't work on the line that Mattel scrapped, according to former and current Mattel designers. But most Barbie designers had seen the prototypes, his former colleagues say. Mr. Bryant, through MGA, declined to be interviewed.

The Mattel doll line that was scrapped wasn't exactly like the Bratz, says a longtime Mattel designer who worked on the project. But the Bratz's oversized heads -- with their pursed lips and cartoonish eyes -- are "virtually identical" to the heads of the dolls her team created, says the designer, who left Mattel in 2001.

Exhibit 13 , P. 168

M 0199112

Lily Martinez, a designer who still works at Mattel, came up with the idea for the big doll heads for Mattel, colleagues say. Mattel declined to comment. She even posted her sketch on her cubicle, colleagues say. "Anyone who passed by her cubicle would see the picture up on the wall," says another designer who also left Mattel in 2001. "The big heads, the big eyes, the big feet -- they were all the same" as the Bratz. Ms. Martinez declined to comment.

The Mattel dolls were scrapped in testing, current and former designers say, because Mattel had strict quotas that allowed only one "flanker brand" -- that is, a brand that would compete with Barbie for shelf space -- on the market at a time. At the time, Mattel chose a product called "What's Her Face" -- a doll with a blank face on which kids could draw expressions. That doll remains on the market; Mattel declined to discuss its sales.

Designers say they often faced a higher bar for non-Barbie projects. And Barbie's image was carefully protected. Bruce Stein, who was president of Mattel until 1998, says that former Chief Executive Jill Barad nixed an idea for "Barbie as Xena" dolls in 1998.

Ms. Barad was replaced in 2000, after Mattel's disastrous $3.5 billion acquisition of a software maker called The Learning Company. Under her successor, Robert Eckert, a former Kraft Foods president, the company has returned to profitability by cutting its work force 10%, streamlining its supply chain and developing international sales, among other things. Mattel, which reported a net loss of $431 million in 2000, reported net income of $230 million last year. Its stock has risen about 76% since Mr. Eckert arrived.

Isaac Larian, chief executive of MGA, says he had never heard of a project similar to the Bratz at Mattel. He says he chose Mr. Bryant's idea for the Bratz over several others after holding a sort of fashion-doll design contest in late 1999.

Mr. Larian, who emigrated to the U.S. from Iran, founded his company in the late 1970's, making a name by picking up the license for hand-held Pac-Man games. Though his company had made baby dolls before, it had never made fashion dolls. He says he was motivated by a challenge from a Wal-Mart Stores Inc. buyer to "give me something that can compete with Barbie."

This year, closely held MGA expects revenue of about $800 million -- with 65% of that coming from the Bratz. The company says it's profitable, but won't discuss specifics. Mr. Bryant still does design work for MGA, Mr. Larian says, and collects royalties on the Bratz line.

Mattel began worrying about the Bratz's momentum during the 2001 holiday season. Barbie sales fell 12% in the U.S. that year, despite a marketing campaign featuring an animated video, "Barbie in the Nutcracker."

By spring of 2002, Adrienne Fontanella, then president of the girls' division, decided to launch what the company termed a more "reality based" Barbie line. Like the Bratz, the "My Scene" Barbies boasted bigger heads and feet and fuller lips, as well as trendier clothes.

Mr. Larian, the head of MGA, calls the My Scene dolls a "cheap imitation" of the Bratz. Mattel declined to comment. Introduced in October 2002, the My Scene Barbies helped Mattel's sales,

Exhibit 13 , P. 169

M 0199113

but still ranked behind the Bratz during the 2002 holiday season, according to NPD. "My Scene has been just OK for us," says Fred Hurley, a longtime girls'-toys buyer for KB Toys Inc., Pittsfield, Mass.

In February, Ms. Fontanella's job, along with others, was eliminated in what Mr. Eckert called a "restructuring" of Mattel's executive ranks aimed at "increasing efficiency."

Mr. Bousquette, the then-head of Mattel's boys' toy division, became the first man to take control of Barbie in more than a decade. "It used to be that whoever ran Barbie ran the company, not the other way around," says Mr. Stein, the former president. "For Matt to be in charge is a major shift."

Mattel no longer has quotas on how many products can compete with Barbie. After sitting through a girls'-design-team presentation in March, Mr. Bousquette seized upon the Flavas as the ideal dolls to compete for the dollars of Bratz buyers. Ivy Ross, head of girls' design, suggested bringing them to market for the spring 2004 season. Mr. Bousquette said the company should aim for this July instead.

"We were stunned," says a designer who worked on the Flavas and left the company in May. Another surprise: Mr. Bousquette asked the team to make the dolls look more hip-hop than the prototypes. "No one had really believed in the concept before that meeting, and it was stuck in this back-and-forth where first they were too edgy, then they weren't edgy enough," says the designer. "Matt came through and cut all of that out." Mr. Bousquette says he told designers to make the dolls "as authentic as possible, as quickly as possible."

Flavas are more complicated to manufacture than most fashion dolls. They are all different heights — meaning separate molds — and they have 10 points at which they can move, allowing them to strike a variety of poses. The Flavas design team often slept in their cubicles to get the dolls ready in time for summer shipment. Two designers each clocked 53 hours during Memorial Day weekend to prepare the line for the company's annual toy fair held in the first week of June.

Some buyers have been impressed. Mattel's girls' division "has never been a particularly forward-thinking group, but the Flavas are right on trend," says KB's Mr. Hurley. The six dolls in the Flavas line are certainly edgier than anyone in Barbie's clique. The Flavas girls have highlighted hair, flashier jewelry and wear midriff-baring tops with low-slung pants. Unlike Barbie, they have flat feet and wear sneakers. The two-boy Flavas dolls sport earrings and serious expressions. Boxer underwear appears to show from the top of their cargo pants.

The Flavas come in boxes splashed with black-and-white photos of urban scenes shot around Venice Beach. When arranged together, the boxes create a "graffiti" mural that reads: "FA SIZZLE." It is a play on the hip-hop expression "Fa' shizzle," which means "For sure." Marketing director Lisa Tauber explains that it is also an acronym that stands for "Fashion, Attitude and Sizzlin' Style." The dolls, aimed at 9- to 11-year-olds, are "all about fearless self-expression," she says.

Exhibit 13, P. 170

M 0199114

MGA's Mr. Larian says he isn't scared by the Flavas, "The only thing that's missing is a cocaine vial," he says. "You think of Mattel, you think of Barbie and you think of sweetness....This is like 'gangster' Barbie, and I think it's going to backfire."

Telejah Dean, a nine-year-old from West Los Angeles noticed the Flavas last week, as she was admiring Mattel's Mary-Kate and Ashley dolls. The Flavas are "not as pretty as Barbie," she said. But her older sister, Tiffany, 22, seemed impressed by the blond Happy D. doll. "Look, she's got black [hair] extensions like Christina," she exclaimed, referring to pop singer Christina Aguilera.

In fact, Mattel has hired people to give out Flavas hats, wristbands and decals during Ms. Aguilera's concert tour this summer. Ms. Aguilera, who got her start on the Disney Channel, is now probably as well known for her 11 body piercings and her mud-wrestling-themed MTV video called "Dirrty." It's a sign of the changing times, says Mattel spokeswoman Julia Jensen. "The old Mattel probably wouldn't try to tie up with someone like Christina Aguilera."

**Write to** Maureen Tkacik at maureen.tkacik@wsj.com[6]

Exhibit __13__ , P. __[7]__

M 0199115

# Exhibit 14

```
 1

 2    UNITED STATES DISTRICT COURT
      CENTRAL DISTRICT OF CALIFORNIA
 3    EASTERN DIVISION
      -------------------------------------------X
 4    CARTER BRYANT, an individual,

 5                          Plaintiff,

 6                          Case No. CV 04-9049

 7         -against-

 8    MATTEL, INC., a Delaware corporation,

 9                          Defendant.
      ---------------------------------------------
10    AND CONSOLIDATED CASES
      -------------------------------------------X
11                       180 Maiden Lane
                         New York, New York
12
                         DATE: September 28, 2007
13                       TIME: 10:32 a.m.

14

15            DEPOSITION of MAUREEN TKACIK, taken

16    pursuant to the Federal Rules of Civil Procedure,

17    and Subpoena, held at the above-mentioned time and

18    place before Karen D. Williams, a Notary Public of

19    the State of New York.

20

21

22

23    ATKINSON-BAKER, INC.
      COURT REPORTERS
24    (800) 288-3376
      www.depo.com
25    FILE NO.: A10825B
```

                                                                      CERTIFIED COPY

Exhibit 14, P. 172

1

```
 1

 2    A P P E A R A N C E S:

 3

 4             KEKER & VAN NEST, LLP
                      Attorney for Plaintiff
 5                    710 Sansome Street
                      San Francisco, California 94111
 6        BY:         (Not present)

 7

 8             DOW JONES & COMPANY, INC.
                      Attorney for Defendant
                      The Wall Street Journal
 9                    200 Liberty Street
                      New York, New York 10281
10        BY:         STUART D. KARLE, ESQ.

11

               LAW OFFICES OF JAMES W. SPERTUS
12                    Attorney for Defendant
                      Carlos Gustavo Machado Gomez
13                    12100 Wilshire Boulevard
                      Suite 620
14                    Los Angeles, California 90025
          BY:         (Not Present)
15

16             STROOCK & STROOCK & LAVAN, LLP
                      Attorney for Defendant
17                    Mattel, Inc.
                      2029 Century Park East
18                    Los Angeles, California 90067
          BY:         MICHAEL J. NIBORSKI
19

20

21

22

23

24

25
```

Exhibit _14_, P. _173_

2

```
 1

 2    A P P E A R A N C E S:

 3

 4           O'MELVENY & MYERS
                   Attorney for Defendant
 5                 MGA Entertainment, Inc.,
                   MGA Entertainment, (HK), LTD.,
 6                 Isaac Larian and
                   MGAE de Mexico, S.R.I. de C.V.
 7                 Times Square Tower
                   7 Times Square
 8                 New York, New York 10036
             BY:   DALE M. CENDALI, ESQ.
 9

10

11           O'MELVENY & MYERS
                   Attorney for Defendant
12                 MGA Entertainment, Inc.,
                   MGA Entertainment, (HK), LTD.,
13                 Isaac Larian and
                   MGAE de Mexico, S.R.I. de C.V.
14                 Times Square Tower
                   7 Times Square
15                 New York, New York 10036
             BY:   KENDALL J. BURR, ESQ.

16

17

18

19

20

21

22

23

24

25
```

Exhibit 14, P. 174

3

TKACIK

1

2      Q      Do you have any reason to believe what

3 you wrote wasn't accurate?

4      A      No.

5      Q      Did you get that information from one

6 of your confidential sources you're not revealing?

7      A      I don't know.

8             MR. KARLE:   I am going to

9             instruct the witness not to answer that

10            question.

11     Q      It goes on to say, "Ivy Ross, head of

12 girls' design, suggested bringing them to market

13 for the spring 2004 season.  Mr. Bousquette said

14 the company should aim for this July instead."

15            Do you see that?

16     A      Yes.

17     Q      Did you discuss with Miss Ross and

18 Mr. Bousquette the timing of the release of the

19 Flavas dolls?

20     A      I don't remember.  I believe I did.

21     Q      Did they make statements to you to the

22 effect that the original plan was to up launch

23 Flavas in 2004, but instead they wanted to rush

24 them to market earlier?

25     A      I don't know.

```
                              TKACIK
 1
 2        Q .     Well, the article goes on to say, "We
 3   were stunned says a designer who worked on the
 4   Flavas and left the company in May, another
 5   surprise:  Mr Bousquette asked the team to make the
 6   dolls look more hip-hop than the prototypes.  No
 7   one had really believed in the concept before that
 8   meeting, and it was stuck in this back and forth
 9   where first they were too edgy, then they weren't
10   edgy enough," says the designer.  "Matt came
11   through and cut all of that out."
12              You see that?
13        A     Uh-huh.
14        Q     Did you discuss this with
15   Mr. Bousquette?
16        A     I don't remember.
17        Q     You go on to say, "Mr. Bousquette says
18   he told designers to make the dolls as authentic as
19   possible as quickly as possible."
20        A     Then I would presume that I did.
21        Q     So you were accurately quoting
22   Mr. Bousquette there?
23        A     I have no reason to believe I am not.
24        Q     And does that refresh your recollection
25   as to whether Mr. Bousquette and Miss Ross told you
```

Exhibit 14 , P. 176

61

TKACIK

1

2  that they instructed their subordinates at Mattel

3  to rush production of Flavas in three months?

4       A     It does.  I am fairly certain now

5  reading this over again that I discussed the timing

6  with Mr. Bousquette.

7       Q     And you understood from your

8  discussions with him that he had instructed the

9  Mattel team to rush Flavas into production in

10  three months; isn't that true?

11       A     Yes.

12       Q     This next paragraph goes on to say,

13  "Flavas design team often slept in their cubicles

14  to get the dolls ready in time for summer

15  shipment."

16            You see that?

17       A     Yes.

18       Q     You remember discussing that with

19  Mr. Bousquette and Miss Ross?

20       A     No.

21       Q     I believe you testified that you left

22  the Wall Street Journal in August or September of

23  2003; is that right?

24       A     Yeah, end of August.

25       Q     Pardon?

Exhibit 14 , P. 177                                    62

```
 1                          TKACIK
 2        A      The end of August.
 3        Q      So that was approximately a month after
 4   that article came out, right?
 5        A      Yes.
 6        Q      Why did you leave the Journal?
 7        A      I was really young and stressed out,
 8   and I wanted to go into magazine journalism, and I
 9   had a friend who had been named editor of
10   Philadelphia Magazine, and I wanted to leave L.A.
11        Q      So, you would have no way of knowing
12   one way or the other, what communications MGA may
13   have had with The Wall Street Journal about your
14   article after you left; is that true?
15        A      Yes.  I kept in touch with them.  I
16   never heard about anything.  I kept in touch with
17   The Wall Street Journal.
18        Q      When was the last time you did any work
19   for The Wall Street Journal?
20        A      When I left.
21        Q      When was the first time you heard about
22   the lawsuit Mattel filed against Carter Bryant?
23        A      I don't remember.
24        Q      I'll represent to you that lawsuit was
25   filed in or about April of 2004.  You recall
```

```
 1
 2                        C E R T I F I C A T E
 3
 4    STATE OF NEW YORK        )
                            :  SS.:
 5    COUNTY OF KINGS          )
 6
 7
 8          I, KAREN D. WILLIAMS, a Notary Public for and
 9    within the State of New York, do hereby certify:
10          That the witness whose examination is
11    hereinbefore set forth was duly sworn and that such
12    examination is a true record of the testimony given
13    by that witness.
14          I further certify that I am not related to
15    any of the parties to this action by blood or by
16    marriage and that I am in no way interested in the
17    outcome of this matter.
18          IN WITNESS WHEREOF, I have hereunto set my
19    hand this 2nd day of October, 2007.
20
21
22                          KAREN D. WILLIAMS
23
24
25    Signature Requested
```

Exhibit 14 , P. 175