52

Exhibit 17, P. 294

Form 10-K

Table of Contents

## MATTEL, INC. AND SUBSIDIARIES
### CONSOLIDATED STATEMENTS OF CASH FLOWS

| | For the Year | | |
|---|---|---|---|
| | 2003 | 2002 | 2001 |
| | (In thousands) | | |
| **Cash Flows From Operating Activities:** | | | |
| Net income | $ 537,632 | $ 230,101 | $ 298,919 |
| Add: cumulative effect of change in accounting principles, net of tax | — | 252,194 | 12,001 |
| Add: gain from discontinued operations, net of tax | — | (27,253) | — |
| Income from continuing operations | 537,632 | 455,042 | 310,920 |
| Adjustments to reconcile income from continuing operations to net cash flows from operating activities: | | | |
| Gains on sale of investments | (15,549) | — | (4,799) |
| Net loss on sale of other property, plant and equipment | 1,250 | — | 5,532 |
| Noncash derivative loss | 792 | 2,405 | 4,594 |
| Noncash restructuring and other charges | — | — | |
| Depreciation | 178,256 | 180,346 | 201,012 |
| Amortization | 5,563 | 11,582 | 61,496 |
| Increase (decrease) from changes in assets and liabilities: | | | |
| Accounts receivable | (9,470) | 184,154 | 111,224 |
| Inventories | (27,556) | 154,293 | (14,144) |
| Prepaid expenses and other current assets | (23,218) | 15,589 | (76,145) |
| Accounts payable, accrued liabilities and income taxes payable | (87,380) | 74,445 | 152,160 |
| Deferred income taxes | 13,589 | 80,608 | 9,856 |
| Deferred compensation and other retirement plans | 14,799 | (12,968) | (14,025) |
| Other, net | 16,094 | 10,588 | 9,112 |
| Net cash flows from operating activities of continuing operations | 604,802 | 1,156,084 | 756,793 |
| **Cash Flows From Investing Activities:** | | | |
| Purchases of tools, dies and molds | (99,267) | (81,037) | (93,914) |
| Purchases of other property, plant and equipment | (101,133) | (86,357) | (100,737) |
| Proceeds from sale of investments | 23,615 | — | 13,757 |
| Payment for businesses acquired | (5,015) | (2,910) | (20,547) |
| Proceeds from sale of other property, plant and equipment | 1,457 | 12,336 | 6,462 |
| Other, net | (420) | (450) | 1,791 |
| Net cash flows used for investing activities of continuing operations | (180,763) | (158,418) | (193,188) |
| **Cash Flows From Financing Activities:** | | | |
| Short-term borrowings, net | (7,087) | (5,929) | (175,717) |
| Payments of long-term debt | (181,097) | (421,597) | (31,261) |
| Purchase of treasury stock | (244,446) | — | — |
| Payment of dividends on common stock | (171,336) | (21,868) | (21,602) |
| Exercise of stock options | 49,502 | 55,017 | 53,516 |
| Net cash flows used for financing activities of continuing operations | (554,464) | (394,377) | (175,064) |
| Net Cash From (Used for) Discontinued Operations (See Note 14) | — | 43,259 | (542) |
| Effect of Currency Exchange Rate Changes on Cash | 16,068 | 3,886 | (3,784) |
| Increase (Decrease) in Cash and Short-term Investments | (114,357) | 650,434 | 384,215 |
| Cash and Short-term Investments at Beginning of Year | 1,267,038 | 616,604 | 232,389 |

Exhibit 17, P. 295

Form 10-K

| | | | |
|---|---|---|---|
| Cash and Short-term Investments at End of Year | $1,152,681 | $1,267,038 | $ 616,604 |

*The accompanying notes are an integral part of these statements.*

53

Exhibit 17, P. 296

Form 10-K

Table of Contents

## MATTEL, INC. AND SUBSIDIARIES
## CONSOLIDATED STATEMENTS OF STOCKHOLDERS' EQUITY

| | Common Stock | Additional Paid-In Capital | Treasury Stock | Retained Earnings (Accumulated Deficit) | Accumulated Other Comprehensive Income (Loss) | Total Stockholders' Equity |
|---|---|---|---|---|---|---|
| | | | | (In thousands) | | |
| Balance, December 31, 2000 | $ 435,560 | $ 1,706,614 | $(288,622) | $ (144,417) | $ (306,037) | $ 1,403,098 |
| Comprehensive income: | | | | | | |
| Net income | | | | 298,919 | | 298,919 |
| Net unrealized gain on securities | | | | | 11,815 | 11,815 |
| Net unrealized gain on derivative instruments | | | | | 3,538 | 3,538 |
| Minimum pension liability adjustments | | | | | (2,518) | (2,518) |
| Currency translation adjustments | | | | | (14,596) | (14,596) |
| Comprehensive income | | | | 298,919 | (1,761) | 297,158 |
| Issuance of treasury stock | | (73,162) | 126,678 | | | 53,516 |
| Tax benefit of stock option exercises | | 6,000 | | | | 6,000 |
| Compensation cost related to stock option modifications | | 288 | | | | 288 |
| Conversion of exchangeable shares | 747 | (747) | | | | — |
| Dividends declared on common stock | | | | (21,602) | | (21,602) |
| Balance, December 31, 2001 | 436,307 | 1,638,993 | (161,944) | 132,900 | (307,798) | 1,738,458 |
| Comprehensive income: | | | | | | |
| Net income | | | | 230,101 | | 230,101 |
| Net unrealized gain on securities | | | | | 28,309 | 28,309 |
| Net unrealized (loss) on derivative instruments | | | | | (26,154) | (26,154) |
| Minimum pension liability adjustments | | | | | (48,021) | (48,021) |
| Currency translation adjustments | | | | | 13,017 | 13,017 |
| Comprehensive income | | | | 230,101 | (32,849) | 197,252 |
| Issuance of treasury stock | | (65,025) | 118,467 | | | 53,442 |
| Issuance of common stock for exercise of stock options | 113 | 1,462 | | | | 1,575 |
| Tax benefit of stock option exercises | | 4,156 | | | | 4,156 |
| Exercise of stock warrant | | (43,232) | 43,232 | | | — |
| Tax benefit of stock warrant exercise | | 5,697 | | | | 5,697 |
| Conversion of exchangeable shares | 809 | (809) | | | | — |
| Dividends declared on common stock | | | | (21,868) | | (21,868) |
| Balance, December 31, 2002 | 437,229 | 1,541,242 | (245) | 341,133 | (340,647) | 1,978,712 |
| Comprehensive income: | | | | | | |
| Net income | | | | 537,632 | | 537,632 |
| Net unrealized gain on securities | | | | | 4,492 | 4,492 |
| Net unrealized (loss) on derivative instruments | | | | | (978) | (978) |
| Minimum pension liability adjustments | | | | | (7,721) | (7,721) |
| Currency translation adjustments | | | | | 57,847 | 57,847 |
| Comprehensive income | | | | 537,632 | 53,640 | 591,272 |
| Purchase of treasury stock | | | (244,446) | | | (244,446) |
| Issuance of common stock for exercise of stock options | 3,670 | 45,832 | | | | 49,502 |
| Tax benefit of stock option exercises | | 7,987 | | | | 7,987 |
| Tax benefit of prior year stock warrant exercise | | 4,326 | | | | 4,326 |
| Compensation cost related to stock option modifications | | 204 | | | | 204 |
| Conversion of exchangeable shares | 313 | (313) | | | | — |
| Dividends declared on common stock | | | | (171,336) | | (171,336) |
| Balance, December 31, 2003 | $ 441,212 | $ 1,599,278 | $(244,691) | $ 707,429 | $ (287,007) | $ 2,216,221 |

*The accompanying notes are an integral part of these statements.*

Exhibit 17, P. 297

Form 10-K

54

Exhibit 17 , P. 298

Table of Contents

## MATTEL, INC. AND SUBSIDIARIES
### NOTES TO CONSOLIDATED FINANCIAL STATEMENTS

**Note 1—Summary of Significant Accounting Policies**

*Principles of Consolidation and Basis of Preparation*

The consolidated financial statements include the accounts of Mattel, Inc. and its subsidiaries ("Mattel"). All majority-owned subsidiaries are consolidated and included in Mattel's consolidated financial statements. Investments in joint ventures and other companies are accounted for by the equity method or cost basis, depending upon the level of the investment and/or Mattel's ability to exercise influence over operating and financial policies. Mattel does not have any minority stock ownership interests in which it has a controlling financial interest that would require consolidation. All significant intercompany accounts and transactions have been eliminated in consolidation, and certain amounts in the consolidated financial statements for prior years have been reclassified to conform to the current year presentation.

As more fully described in Note 14, the Consumer Software segment, which was comprised primarily of Learning Company, was reported as a discontinued operation effective March 31, 2000, and the consolidated statements of operations were reclassified to segregate the operating results of the Consumer Software segment.

*Use of Estimates*

Preparation of the consolidated financial statements in conformity with accounting principles generally accepted in the United States of America requires management to make estimates and assumptions that affect the amounts reported in the consolidated financial statements and accompanying notes. Actual results could ultimately differ from those estimates.

*Foreign Currency Translation*

Assets and liabilities of foreign subsidiaries are translated into US dollars at fiscal year-end exchange rates. Income, expense, and cash flow items are translated at weighted average exchange rates prevailing during the fiscal year. The resulting currency translation adjustments are recorded as a component of accumulated other comprehensive loss within stockholders' equity.

Mattel's foreign currency transaction exposures include gains and losses realized on unhedged inventory purchases and unhedged receivables and payables balances that are denominated in a currency other than the applicable functional currency. Gains and losses on unhedged inventory purchases and other transactions associated with operating activities are recorded in the components of operating income. Gains and losses on unhedged intercompany loans and advances are recorded as a component of other non-operating (income) expense, net in the period in which the currency exchange rate changes.

*Cash and Short-Term Investments*

Cash includes cash equivalents, which are highly liquid investments with maturities of three months or less when purchased.

*Marketable Securities*

Marketable securities are comprised of investments in publicly-traded securities, classified as available-for-sale, and are recorded at market value with unrealized gains or losses, net of tax, reported as a component of accumulated other comprehensive loss within stockholders' equity until realized.

55

Exhibit 17, P. 299

Table of Contents

*Accounts Receivable and Allowance for Doubtful Accounts*

Credit is granted to customers on an unsecured basis. Credit limits and payment terms are established based on extensive evaluations made on an ongoing basis throughout the fiscal year of the financial performance, cash generation, financing availability and liquidity status of each customer. Customers are reviewed at least annually, with more frequent reviews being performed if necessary, based on the customer's financial condition and the level of credit being extended. For customers who are experiencing financial difficulties, management performs additional financial analyses before shipping to those customers on credit. Mattel uses a variety of financial transactions to ensure collectibility of accounts receivable of customers deemed to be a credit risk, including requiring letters of credit, factoring or purchasing various forms of credit insurance with unrelated third parties or requiring cash in advance of shipment.

Mattel records an allowance for doubtful accounts at the time revenue is recognized based on management's assessment of the business environment, customers' financial condition, historical collection experience, accounts receivable aging and customer disputes. When circumstances arise or a significant event occurs that comes to the attention of management, such as a bankruptcy filing of a customer, the allowance is reviewed for adequacy and adjusted to reflect the change in the estimated amount to be received from the customer.

*Inventories*

Inventories, net of an allowance for excess quantities and obsolescence, are stated at the lower of cost or market. Cost is determined by the first-in, first-out method.

*Property, Plant and Equipment*

Property, plant and equipment are stated at cost less accumulated depreciation and amortization. Depreciation is computed using the straight-line method over estimated useful lives of 10 to 40 years for buildings, 3 to 10 years for machinery and equipment, and 10 to 20 years, not to exceed the lease term, for leasehold improvements. Tools, dies and molds are amortized using the straight-line method over 3 years. Estimated useful lives are periodically reviewed and, where appropriate, changes are made prospectively. The carrying value of fixed assets is reviewed when events or changes in circumstances indicate that the carrying value of an asset may not be recoverable. Any impairment identified is assessed by evaluating the operating performance and future undiscounted cash flows of the underlying assets. When property is sold or retired, the cost of the property and the related accumulated depreciation are removed from the consolidated balance sheet and any gain or loss on the transaction is included in the results of operations.

*Goodwill and Other Intangible Assets*

Effective on January 1, 2002, Mattel adopted SFAS No. 142, which superseded APB Opinion No. 17. In accordance with the adoption of SFAS No. 142, Mattel ceased amortization of goodwill effective January 1, 2002. Prior to 2002, substantially all goodwill was amortized over 20 to 40 years.

Goodwill and other intangible assets are allocated to various reporting units, which are either at the operating segment level or one reporting level below the operating segment. Mattel's reporting units for purposes of applying the provisions of SFAS No. 142 are: Mattel Brands US Girls division, Mattel Brands US Boys division, Fisher-Price Brands US, American Girl Brands and International. Mattel tests its goodwill and other intangible assets for impairment annually, or whenever events or changes in circumstances indicate that the carrying value may not be recoverable, based on the fair value of the cash flows that the business can be expected to generate in the future (Income Approach).

56

Exhibit 17, P. 300

Table of Contents

### Revenue Recognition

Revenue is recognized upon shipment or upon receipt of products by the customer, depending on terms, provided that: there are no uncertainties regarding customer acceptance; persuasive evidence of an agreement exists documenting the specific terms of the transaction; the sales price is fixed or determinable; and collectibility is reasonably assured. Management assesses the business environment, customers' financial condition, historical collection experience, accounts receivable aging and customer disputes to determine whether collectibility is reasonably assured. If collectibility is not considered reasonably assured at the time of sale, Mattel does not recognize revenue until collection occurs. Accruals for customer discounts and rebates, and defective returns are recorded when the related revenue is recognized.

During the fourth quarter of 2003, Mattel changed the way certain close out sales are classified in its consolidated statement of operations. Close out sales are sales of certain products that are no longer included in current product lines. These sales were previously classified as a reduction of cost of sales. Commencing October 1, 2003, close out sales are reported as net sales in Mattel's consolidated statements of operations. This change in classification has no impact on gross profit, operating income, net income or any element of the consolidated balance sheets or consolidated statements of cash flows for any date or period presented. For the first three quarters of 2003, and for the years ended 2002 and 2001, close out sales are classified as a reduction of cost of sales and were $38.1 million, $112.7 million and $163.4 million, respectively. Mattel does not believe that these amounts are material, and therefore has not revised previously reported net sales and cost of sales amounts for these periods.

### Advertising and Promotion Costs

Costs of media advertising are expensed the first time the advertising takes place, except for direct-response advertising, which is capitalized and amortized over its expected period of future benefits. Direct-response advertising consists primarily of catalog production and mailing costs that are generally amortized within three months from the date the catalogs are mailed.

In the first quarter of 2002, Mattel implemented Emerging Issues Task Force ("EITF") Issue No. 01-09, *Accounting for Consideration Given by a Vendor to a Customer*. Net sales, gross profit, and advertising and promotion expenses have been restated in the consolidated statement of operations for 2001 to reflect the reclassification of sales incentives or certain consideration offered by Mattel to its customers as a result of implementing this EITF Issue.

### Research and Development Costs

Research and development costs are charged to the results of operations when incurred.

### Stock-Based Compensation

Mattel applies the recognition and measurement principles of APB Opinion No. 25, *Accounting for Stock Issued to Employees*, and related interpretations in accounting for its stock compensation plans. Accordingly, no compensation cost has been recognized in the results of operations for nonqualified stock options granted under Mattel's plans as such options are granted at not less than the quoted market price of Mattel's common stock on the date of grant.

57

Exhibit 17, P. 301

Table of Contents

Mattel has adopted the disclosure only provisions of SFAS No. 148, *Accounting for Stock-Based Compensation—Transition and Disclosure*, which amended SFAS No. 123, *Accounting for Stock-Based Compensation*. Had compensation cost for nonqualified stock options granted been determined based on their fair value at the date of grant, consistent with the method of accounting prescribed by SFAS No. 123, Mattel's net income and earnings per share would have been adjusted as follows (amounts in millions, except per share amounts):

|  | For the Year Ended | | |
|  | 2003 | 2002 | 2001 |
| *Net income* | | | |
| As reported | $537.6 | $230.1 | $298.9 |
| Stock option plans | (22.0) | (19.3) | (14.9) |
| Pro forma income | $515.6 | $210.8 | $284.0 |
| *Income per share* | | | |
| Basic | | | |
| As reported | $ 1.23 | $ 0.52 | $ 0.69 |
| Stock option plans | (0.05) | (0.04) | (0.03) |
| Pro forma basic income | $ 1.18 | $ 0.48 | $ 0.66 |
| Diluted | | | |
| As reported | $ 1.22 | $ 0.52 | $ 0.68 |
| Stock option plans | (0.05) | (0.04) | (0.03) |
| Pro forma diluted income | $ 1.17 | $ 0.48 | $ 0.65 |

The pro forma amounts shown above are not indicative of the pro forma effect in future years since the estimated fair value of options is amortized to expense over the vesting period, and the number of options granted varies from year to year.

The fair value of Mattel options granted has been estimated using the Black-Scholes pricing model. The expected life of these options used in this calculation has been determined using historical exercise patterns. The following weighted average assumptions were used in determining fair value:

|  | 2003 | 2002 | 2001 |
| *Options granted at market price* | | | |
| Expected life (in years) | 6.13 | 6.16 | 5.50 |
| Risk-free interest rate | 3.71% | 2.94% | 4.42% |
| Volatility factor | 34.32% | 30.09% | 16.76% |
| Dividend yield | 0.67% | 1.07% | 0.86% |

The weighted average fair value of Mattel options granted at market price during 2003, 2002 and 2001 were $7.25, $6.17 and $3.52, respectively.

*Income Taxes*

Mattel accounts for certain income and expense items differently for financial reporting and income tax purposes. Deferred tax assets and liabilities are determined based on the difference between the financial statement and tax bases of assets and liabilities, applying enacted statutory tax rates in effect for the year in which the differences are expected to reverse.

Exhibit 17, P. 302

<u>Table of Contents</u>

*Income Per Common Share*

Basic income (loss) per common share is computed by dividing reported net income by the weighted average number of common shares and common shares obtainable upon the exchange of the exchangeable shares of Mattel's indirect wholly-owned Canadian subsidiary, Softkey Software Products Inc., outstanding during each period.

Diluted income (loss) per common share is computed by dividing reported net income by the weighted average number of common shares, common shares obtainable upon the exchange of the exchangeable shares of Mattel's indirect wholly-owned Canadian subsidiary, Softkey Software Products Inc., and other common equivalent shares outstanding during each period. The calculation of common equivalent shares assumes the exercise of dilutive stock options and warrants, net of assumed treasury share repurchases at average market prices, as applicable.

A reconciliation of weighted average shares for the years ended December 31 follows (shares in thousands):

|  | 2003 | 2002 | 2001 |
|---|---|---|---|
| Common shares | 437,020 | 435,790 | 430,983 |
| Effect of dilutive securities: |  |  |  |
|    Stock options | 5,211 | 5,355 | 4,765 |
|    Warrants | — | 147 | 418 |
| Common and common equivalent shares | 442,231 | 441,292 | 436,166 |

The following anti-dilutive securities were excluded from the calculation of diluted earnings per share for the years ended December 31 (shares in thousands):

|  | 2003 | 2002 | 2001 |
|---|---|---|---|
| *Nonqualified stock options granted at:* |  |  |  |
|    Market price | 16,117 | 19,547 | 13,778 |
|    Above market price | — | — | 15,227 |
| Warrants | — | — | 3,000 |
|  | 16,117 | 19,547 | 32,005 |

*Derivative Instruments*

Mattel uses foreign currency forward exchange and option contracts as cash flow hedges to hedge its forecasted purchases and sales of inventory denominated in foreign currencies. Mattel uses fair value hedges to hedge intercompany loans and management fees denominated in foreign currencies. Mattel also entered into a cross currency interest rate swap to convert the interest and principal amounts from Euros to US dollars on its 200 million Euro notes due 2002.

At the inception of the contracts, Mattel designates its derivatives as either cash flow or fair value hedges and documents the relationship of the hedge to the underlying forecasted transaction, for cash flow hedges, or the recognized asset or liability, for fair value hedges. Hedge effectiveness is assessed at inception and throughout the life of the hedge to ensure the hedge qualifies for hedge accounting treatment. Changes in fair value associated with hedge ineffectiveness, if any, are recorded in the results of operations currently.

Changes in fair value of Mattel's cash flow derivatives are deferred and recorded as part of accumulated other comprehensive loss in stockholders' equity until the underlying transaction is settled. Upon settlement, any gain or loss resulting from the derivative is recorded in the results of operations. In the event that an anticipated transaction is no longer likely to occur, Mattel recognizes the change in fair value of the derivative in its results of operations currently.

Exhibit 17 , P. 303

Form 10-K.                                                                                    Page 60 of 114

**Table of Contents**

Mattel uses fair value derivatives to hedge most intercompany loans and management fees denominated in foreign currencies. Due to the short-term nature of the contracts involved, Mattel does not use hedge accounting for these contracts. Changes in fair value of these derivatives were not significant to the results of operations during any year.

As a result of adopting SFAS No. 133, *Accounting for Derivative Instruments and Hedging Activities,* Mattel recorded a transition adjustment of $12.0 million, net of tax, (or $0.03 per share) as the cumulative effect of change in accounting principles in 2001 related to unrealized holding losses on the CyberPatrol securities that had been previously deferred in accumulated other comprehensive income (loss). Mattel also recorded a transition adjustment of $2.1 million in accumulated other comprehensive income (loss) related to unrealized gains on derivative instruments during 2001.

*New Accounting Pronouncements*

In November 2002, the FASB issued FASB Interpretation No. ("FIN") 45, *Guarantor's Accounting and Disclosure Requirements for Guarantees, Including Indirect Guarantees of Indebtedness of Others.* FIN 45 requires that upon the issuance of a guarantee, the entity (i.e., the guarantor) must recognize a liability, at the inception of the guarantee, for the fair value of the obligation it assumes under that guarantee and also requires more detailed disclosures with respect to guarantees. FIN 45 is effective for guarantees issued or modified after December 31, 2002 and requires additional disclosures for existing guarantees. The adoption of FIN 45 did not have an impact on Mattel's results of operations or financial position.

In January 2003, the FASB issued FIN 46, *Consolidation of Variable Interest Entities,* which addresses the consolidation of business enterprises (variable interest entities) to which the usual condition (ownership of a majority voting interest) of consolidation does not apply. The interpretation focuses on financial interests that indicate control. It concludes that in the absence of clear control through voting interests, a company's exposure (variable interest) to the economic risks and potential rewards from the variable interest entity's assets and activities are the best evidence of control. Variable interests are rights and obligations that convey economic gains or losses from changes in the values of the variable interest entity's assets and liabilities. Variable interests may arise from financial instruments, service contracts, nonvoting ownership interests and other arrangements. If an enterprise holds a majority of the variable interests of an entity, it would be considered the primary beneficiary. The primary beneficiary would be required to include the assets, liabilities and the results of operations of the variable interest entity in its financial statements. In December 2003, the FASB issued a revision to FIN 46 to address certain implementation issues. The adoption of FIN 46 and FIN 46 (revised) did not have an impact on Mattel's results of operations or financial position.

In April 2003, the FASB issued SFAS No. 149, *Amendment of Statement 133 on Derivative Instruments and Hedging Activities.* SFAS No. 149 amends and clarifies accounting for derivative instruments, including certain derivative instruments embedded in other contracts, and for hedging activities under SFAS No. 133. SFAS No. 149 is effective for contracts entered into or modified after June 30, 2003 and for hedging relationships designated after June 30, 2003. The guidance should be applied prospectively. The adoption of SFAS No. 149 did not have an impact on Mattel's results of operations or financial position.

In May 2003, the FASB issued SFAS No. 150, *Accounting for Certain Financial Instruments with Characteristics of Both Liabilities and Equity.* This statement establishes standards for how an issuer classifies and measures certain financial instruments with characteristics of both liabilities and equity. SFAS No. 150 requires certain financial instruments that embody obligations of the issuer and have characteristics of both liabilities and equity to be classified as liabilities. SFAS No. 150 is effective for all financial instruments created or modified after May 31, 2003, and to other instruments at the beginning of the first interim period beginning after June 15, 2003, except for mandatorily redeemable financial instruments of non-public entities. The adoption of SFAS No. 150 did not have an impact on Mattel's results of operation or financial position.

60



Exhibit 17, P. 304

Form 10-K

Table of Contents

## Note 2—Goodwill and Intangible Assets

The change in the carrying amount of goodwill by reporting unit for the years ended 2003 and 2002 is shown below. Brand-specific goodwill held by foreign subsidiaries is allocated to the US reporting units selling those brands, thereby causing foreign currency translation impact to the US reporting units (in thousands).

|  | Mattel Brands US Girls Division | Mattel Brands US Boys Division | Fisher-Price Brands US | American Girl Brands | Int'l | Total |
|---|---|---|---|---|---|---|
| Balance at year end 2001 | $ 29,794 | $ 53,749 | $215,379 | $ 607,562 | $182,878 | $1,089,362 |
| Impairment charge | — | — | — | (399,991) | — | (399,991) |
| Impact of currency exchange rate changes | 2,175 | 220 | 552 | — | 10,835 | 13,782 |
| Balance at year end 2002 | 31,969 | 53,969 | 215,931 | 207,571 | 193,713 | 703,153 |
| Impact of currency exchange rate changes | 3,172 | 253 | 747 | — | 14,924 | 19,096 |
| Balance at year end 2003 | $ 35,141 | $ 54,222 | $216,678 | $ 207,571 | $208,637 | $ 722,249 |

Identifiable intangibles of $15.1 million and $14.5 million as of year end 2003 and 2002, respectively, are included in other assets in the consolidated balance sheets. Amortization expense related to identifiable intangibles is not significant to the results of operations during any year.

As a result of implementing SFAS No. 142, Mattel recorded a transition adjustment of $252.2 million, net of tax, as the cumulative effect of change in accounting principles resulting from the transitional impairment test of the American Girl Brands reporting unit goodwill. In the third quarter of 2003, Mattel performed the annual impairment test required by SFAS No. 142 and determined that its goodwill was not impaired as of September 30, 2003.

Prior to implementing SFAS No. 142, Mattel reviewed all goodwill assets for impairment under the methodology of SFAS No. 121, *Accounting for the Impairment of Long-Lived Assets and for Long-Lived Assets to Be Disposed Of*. The undiscounted cash flows associated with all goodwill assets were in excess of the book value of the related goodwill assets, including the American Girl Brands goodwill. Therefore, no goodwill assets, including the American Girl Brands goodwill, were considered impaired under SFAS No. 121.

The following table provides a reconciliation of the net income reported for the year ended 2001, adjusted to exclude amortization of goodwill that is no longer required under SFAS No. 142 (in thousands, except per share amounts):

|  | Amount | Earnings Per Share | |
|---|---|---|---|
|  |  | Basic | Diluted |
| Reported net income | $298,919 | $0.69 | $0.68 |
| Addback: goodwill amortization, net of tax | 34,668 | 0.08 | 0.08 |
| Adjusted net income | $333,587 | $0.77 | $0.76 |

## Note 3—Income Taxes

Consolidated pre-tax income from continuing operations consists of the following (in thousands):

|  | For the Year | | |
|---|---|---|---|
|  | 2003 | 2002 | 2001 |
| US operations | $166,884 | $ 89,461 | $ 29,431 |
| Foreign operations | 573,970 | 532,036 | 400,579 |

Exhibit 17, P. 205

Form 10-K

| | | |
|---|---|---|
| $740,854 | $621,497 | $430,010 |

61

Exhibit 17 , P. 306

Form 10-K

Table of Contents

The provision for current and deferred income taxes consists of the following (in thousands):

| | For the Year | | |
| --- | --- | --- | --- |
| | 2003 | 2002 | 2001 |
| Current | | | |
| Federal | $ 55,904 | $ 27,762 | $ 28,748 |
| State | 6,100 | 8,300 | 4,700 |
| Foreign | 127,629 | 109,814 | 75,786 |
| | 189,633 | 145,876 | 109,234 |
| Deferred | | | |
| Federal | 25,989 | 42,949 | 787 |
| State | (5,800) | (800) | 5,500 |
| Foreign | (6,600) | (21,570) | 3,569 |
| | 13,589 | 20,579 | 9,856 |
| Total provision for income taxes | $203,222 | $166,455 | $119,090 |

Deferred income taxes are provided principally for net operating loss carryforwards, research and development expenses, certain reserves, depreciation, employee compensation-related expenses, and certain other expenses that are recognized in different years for financial statement and income tax purposes. Mattel's deferred income tax assets (liabilities) are comprised of the following (in thousands):

| | As of Year End | |
| --- | --- | --- |
| | 2003 | 2002 |
| Operating loss and tax credit carryforwards | $ 495,075 | $ 627,591 |
| Excess of tax basis over book basis | 152,555 | 133,265 |
| Sales allowances and inventory reserves | 86,461 | 88,816 |
| Deferred intangible assets | 85,321 | 96,844 |
| Deferred compensation | 40,484 | 47,975 |
| Postretirement benefits | 16,840 | 12,316 |
| Restructuring and other charges | 6,501 | 11,896 |
| Other | 20,458 | 28,744 |
| Gross deferred income tax assets | 903,695 | 1,047,447 |
| Excess of book basis over tax basis | (40,626) | (34,737) |
| Deferred intangible assets | (24,451) | (19,444) |
| Retirement benefits | — | (1,894) |
| Other | (28,281) | (32,873) |
| Gross deferred income tax liabilities | (93,358) | (88,948) |
| Deferred income tax asset valuation allowances | (208,878) | (343,451) |
| Net deferred income tax assets | $ 601,459 | $ 615,048 |

Management considered all available evidence and determined that a valuation allowance of $208.9 million was required as of year end 2003 for certain tax credit, net operating loss, and capital loss carryforwards that would likely expire prior to their utilization. Management believes that it is more likely than not that Mattel will generate sufficient taxable income in the appropriate carryforward periods to realize the benefit of the remaining net deferred tax assets of $601.5

Exhibit 17, P. 307

million.

During 2003, capital loss carryforwards were utilized for tax purposes. The transaction utilizing the carryforwards resulted in no net tax benefit to Mattel. Accordingly, both the capital loss carryforward and the associated valuation allowance were reduced during 2003.

<div align="center">62</div>

<div align="center">Exhibit 17, P. 308</div>

Table of Contents

Differences between the provision for income taxes for continuing operations at the US federal statutory income tax rate and the provision in the consolidated statements of operations are as follows (in thousands):

| | For the Year | | |
|---|---|---|---|
| | 2003 | 2002 | 2001 |
| Provision at federal statutory rates | $259,299 | $217,524 | $150,504 |
| Increase (decrease) resulting from: | | | |
| Losses without income tax benefit | 4,903 | 6,902 | 13,623 |
| Foreign earnings taxed at different rates, including withholding taxes | (56,620) | (66,428) | (37,774) |
| State and local taxes, net of federal benefit | 195 | 4,875 | 6,630 |
| Non-deductible amortization and restructuring charges | 22 | 22 | 2,092 |
| Other | (4,577) | 3,560 | (15,985) |
| Total provision for income taxes | $203,222 | $166,455 | $119,090 |

Appropriate US and foreign income taxes have been provided for earnings of foreign subsidiary companies that are expected to be remitted in the near future. The cumulative amount of undistributed earnings of foreign subsidiaries that Mattel intends to permanently invest and upon which no deferred US income taxes have been provided is $2.7 billion at year end 2003. The additional US income tax on the unremitted foreign earnings, if repatriated, would be offset in whole or in part by foreign tax credits. The extent of this offset would depend on many factors, including the method of distribution, timing of the distribution, and the specific earnings distributed.

As of year end 2003, Mattel has US net operating loss carryforwards totaling $606.9 million and credit carryforwards of $156.7 million for federal income tax purposes. The net operating loss carryforwards expire during the years 2006 to 2020, while $150.0 million of the tax credits expire during the years 2004 to 2022 with the remainder having no expiration date. Utilization of these loss and credit carryforwards is subject to annual limitations. Mattel has established a valuation allowance for the US carryforwards that are not expected to provide future tax benefits.

Certain foreign subsidiaries have net operating loss carryforwards totaling $191.1 million ($152.9 million with no expiration date, $29.4 million expiring during the years 2004 to 2008, and $8.8 million expiring after 2009). Mattel has established a valuation allowance for the non-US carryforwards that are not expected to provide future tax benefits.

Accounting principles generally accepted in the United States of America require that tax benefits related to the exercise of stock warrants and nonqualified stock options be credited to additional paid-in capital. Nonqualified stock options exercised during 2003, 2002 and 2001 resulted in credits to additional paid-in capital totaling $8.0 million, $4.2 million and $6.0 million, respectively. Stock warrants exercised in 2002 resulted in credits to additional paid-in capital during 2003 and 2002 of $4.3 million and $5.7 million, respectively.

The IRS has completed its examination of the Mattel, Inc. federal income tax returns through year end 1997 and is currently examining the 1998 through 2001 federal income tax returns.

63

Exhibit 17, P. 309

Table of Contents

## Note 4—Employee Benefit Plans

Mattel and certain of its subsidiaries have qualified and non-qualified retirement plans covering substantially all employees of these companies. These plans include defined benefit pension plans, defined contribution retirement plans, postretirement benefit plans, and deferred compensation and excess benefit plans. In addition, Mattel makes contributions to government-mandated retirement plans in the countries outside the US where its employees work. A summary of retirement plan expense (income) is as follows (in millions):

|  | For the Year Ended | | |
|---|---|---|---|
|  | 2003 | 2002 | 2001 |
| Defined benefit pension plans | $16.4 | $ (6.3) | $ (5.6) |
| Defined contribution retirement plans | 24.0 | 22.9 | 23.3 |
| Postretirement benefit plans | 5.0 | 5.0 | 3.5 |
| Deferred compensation and excess benefit plans | 3.0 | 2.7 | 2.4 |
| Government-mandated plans outside the US | 1.2 | 1.0 | 0.3 |
|  | $49.6 | $25.3 | $23.9 |

*Defined Benefit Pension Plans*

Mattel provides defined benefit pension plans for eligible domestic employees, which satisfy the requirements of the Employee Retirement Income Security Act of 1974 ("ERISA"). Some of Mattel's foreign subsidiaries have defined benefit pension plans covering substantially all of their eligible employees. Mattel funds these plans in accordance with the terms of the plans and local statutory requirements, which differ for each of the countries in which the subsidiaries are located.

The status of Mattel's defined benefit pension plans is as follows (in thousands):

|  | As of Year End | |
|---|---|---|
|  | 2003 | 2002 |
| **Change in Plan Assets** |  |  |
| Plan assets at fair value, beginning of year | $231,893 | $270,125 |
| Actual return on plan assets | 31,172 | (31,300) |
| Company contributions | 1,829 | 415 |
| Participant contributions | 360 | 277 |
| Impact of currency exchange rate changes | 4,934 | 3,226 |
| Benefits paid | (10,406) | (10,850) |
| Plan assets at fair value, end of year | $259,782 | $231,893 |
| **Change in Projected Benefit Obligation** |  |  |
| Projected benefit obligation, beginning of year | $334,290 | $300,051 |
| Service cost | 7,162 | 6,996 |
| Interest cost | 21,019 | 20,120 |
| Company contributions | 1,829 | 415 |
| Participant contributions | 360 | 277 |
| Plan amendments | (169) | — |
| Impact of currency exchange rate changes | 7,856 | 7,266 |
| Actuarial loss | 22,062 | 15,874 |
| Benefits paid | (17,013) | (16,709) |
| Projected benefit obligation, end of year | $377,396 | $334,290 |
| Accumulated Benefit Obligation | $357,429 | $319,318 |

Exhibit 17, P. 310

Form 10-K

64

Exhibit 17, P. 321

Table of Contents

|  | As of Year End | |
|---|---|---|
|  | **2003** | **2002** |
| **Funded Status of the Plans** |  |  |
| Funded status of the plans | $(117,614) | $(102,397) |
| Unrecognized net losses | 154,295 | 148,311 |
| Unrecognized prior service cost | 5,244 | 6,184 |
| Additional minimum liabilities | (99,849) | (90,884) |
| Accrued pension costs | $ (57,924) | $ (38,786) |
| **Net Amount Recognized in the Consolidated Balance Sheets** |  |  |
| Intangible asset | $ 5,244 | $ 6,184 |
| Accrued pension liability | (57,924) | (38,786) |
| Accumulated other comprehensive loss (a) | 60,042 | 52,321 |
|  | $ 7,362 | $ 19,719 |

(a)  *Amounts recorded in accumulated other comprehensive loss are shown net of tax benefit of $34.6 million and $30.7 million for year end 2003 and 2002, respectively.*

The components of net pension expense (income) for Mattel's defined benefit pension plans are as follows (in thousands):

|  | For the Year Ended | | |
|---|---|---|---|
|  | **2003** | **2002** | **2001** |
| Service cost | $ 7,162 | $ 6,996 | $ 5,395 |
| Interest cost | 21,019 | 20,120 | 16,517 |
| Expected return on plan assets | (21,383) | (32,211) | (27,419) |
| Amortization of: |  |  |  |
|     Unrecognized prior service costs | (492) | (537) | (520) |
|     Unrecognized net loss | 2,479 | 599 | 43 |
|     Unrecognized net (asset) | — | (18) | — |
| Curtailment (gain) | — | — | (700) |
| Plan amendment loss (gain) | 7,594 | (1,230) | 1,111 |
| Net pension expense (income) | $ 16,379 | $ (6,281) | $ (5,573) |

Net pension expense (income) for Mattel's domestic defined benefit pension plans has been calculated using a December measurement date.

Mattel expects to make cash contributions totaling approximately $2 million to its defined benefit pension plans in 2004. Mattel does not have any defined benefit pension plans where plan assets exceed the accumulated benefit obligation of such plans.

The assumptions used in determining the projected and accumulated benefit obligations for Mattel's domestic defined benefit pension plans are as follows:

|  | As of Year End | |
|---|---|---|
|  | **2003** | **2002** |
| Discount rate | 6.0% | 6.5% |
| Weighted average rate of future compensation increases | 4.0% | 4.0% |

Exhibit 17, P. 312

Form 10-K

65

Exhibit 17, P. 313

Table of Contents

The assumptions used in determining net pension expense (income) for Mattel's domestic defined benefit pension plans are as follows:

|  | For the Year Ended | | |
|---|---|---|---|
|  | 2003 | 2002 | 2001 |
| Discount rate | 6.5% | 7.0% | 7.5% |
| Weighted average rate of future compensation increases | 4.0% | 4.0% | 4.0% |
| Long-term rate of return on plan assets | 8.0% | 10.0% | 11.0% |

Discount rates, weighted average rates of future compensation increases, and long-term rates of return on plan assets for Mattel's international defined benefit plans differ from the assumptions used for Mattel's domestic defined benefit plans due to differences in local economic conditions in which the non-US plans are based.

Mattel's domestic defined benefit pension plan assets are invested as follows:

|  | As of Year End | |
|---|---|---|
|  | 2003 | 2002 |
| Cash | 1% | 1% |
| Debt securities | 28 | 35 |
| Equity securities | 71 | 64 |
|  | 100% | 100% |

Mattel commissioned an actuarial study of the plans' assets and liabilities to determine an asset allocation that would best match cash flows from the plans' assets to expected benefit payments. The Pension Committee of the board of directors, together with Mattel's Treasurer, monitors the returns earned by the plans' assets and reallocates investments as needed. Mattel's defined benefit pension plan assets are not directly invested in Mattel common stock. Mattel assumes that the overall expected long-term rate-of-return on plan assets of 8.0% is reasonable based on historical returns, with an actual return on market value of plan assets of approximately 11% over the last ten years.

During 1999, Mattel amended the Fisher-Price Pension Plan to convert it from a career-average plan to a cash balance plan and applied for a determination letter from the IRS. In 2003, Mattel amended the Fisher-Price Pension Plan to reflect recent changes in regulations and court cases associated with cash balance plans and submitted a new application for a determination letter to the IRS. Mattel plans to convert the Fisher-Price Pension Plan to a cash balance plan upon receipt of a determination letter.

*Defined Contribution Retirement Plans*

Domestic employees are eligible to participate in 401(k) savings plans sponsored by Mattel or its subsidiaries, which are defined contribution plans satisfying ERISA requirements. Mattel makes company contributions in cash and allows participants to allocate both individual and company contributions to a variety of investment funds, including a fund that is fully invested in Mattel common stock (the "Mattel Stock Fund"). Employees are not required to allocate any funds to the Mattel Stock Fund, which allows employees to limit their exposure to market changes in Mattel's stock price. Furthermore, Mattel's plans limit a participant's allocation to the Mattel Stock Fund to a maximum of 50% of the participant's total account balance. Participants may generally reallocate their account balances on a daily basis. This reallocation is only limited for participants classified as insiders or restricted personnel under Mattel's insider trading policy that wish to change their investment in the Mattel Stock Fund. Pursuant to Mattel's insider trading policy, insiders and restricted personnel are limited to certain window periods for making allocations into or out of the Mattel Stock Fund.

Certain non-US employees participate in defined contribution retirement plans with varying vesting and contribution provisions.

66

Exhibit 17, P. 314

Table of Contents

*Postretirement Benefit Plans*

Mattel has unfunded postretirement health insurance plans covering certain eligible domestic employees. The status of Mattel's postretirement benefit plans is as follows (in thousands):

| | As of Year End | |
| --- | --- | --- |
| | 2003 | 2002 |
| **Change in Accumulated Postretirement Benefit Obligation** | | |
| Accumulated postretirement benefit obligation, beginning of year | $ 57,158 | $ 44,540 |
| Service cost | 129 | 189 |
| Interest cost | 3,570 | 3,588 |
| Actuarial loss | 4,719 | 12,147 |
| Benefits paid, net of participant contributions | (4,151) | (3,306) |
| Accumulated postretirement benefit obligation, end of year | $ 61,425 | $ 57,158 |
| **Net Amount Recognized in the Consolidated Balance Sheets** | | |
| Current retirees | $ 54,771 | $ 49,847 |
| Fully eligible active employees | 2,471 | 3,152 |
| Other active employees | 4,183 | 4,159 |
| Accumulated postretirement benefit obligation | 61,425 | 57,158 |
| Unrecognized net actuarial loss | (26,442) | (23,070) |
| Accrued postretirement benefit liabilities | $ 34,983 | $ 34,088 |

The components of net postretirement benefit plan cost, based on a December measurement date, for Mattel's postretirement benefit plans are as follows (in thousands):

| | For the Year | | |
| --- | --- | --- | --- |
| | 2003 | 2002 | 2001 |
| Service cost | $ 129 | $ 189 | $ 273 |
| Interest cost | 3,570 | 3,588 | 2,903 |
| Curtailment loss | — | — | 76 |
| Recognized net actuarial loss | 1,345 | 1,189 | 283 |
| Net postretirement benefit plan cost | $5,044 | $4,966 | $3,535 |

The assumptions used in determining the accumulated postretirement benefit obligation are as follows:

| | As of Year End | |
| --- | --- | --- |
| | 2003 | 2002 |
| Discount rate | 6.0% | 6.5% |
| Rate of future compensation increases | 4.0% | 4.0% |
| Health care cost trend rate: | | |
| Pre-65 | 8.0% | 9.0% |
| Post-65 | 9.0% | 10.5% |
| Ultimate cost trend rate (pre-and post-65) | 5.5% | 5.5% |
| Year that the rate reaches the ultimate cost trend rate | 2007 | 2007 |

67

Exhibit _17_, P. _315_

Form 10-K.                                                                                     Page 76 of 114

Table of Contents

The assumptions used in determining net postretirement benefit plan cost are as follows:

| | For the Year Ended | | |
| --- | --- | --- | --- |
| | 2003 | 2002 | 2001 |
| Discount rate | 6.5% | 7.0% | 7.5% |
| Rate of future compensation increases | 4.0% | 4.0% | 4.0% |
| Health care cost trend rate: | | | |
| Pre-65 | 9.0% | 10.0% | 6.5% |
| Post-65 | 10.5% | 12.0% | 6.5% |
| Ultimate cost trend rate (pre-and post-65) | 5.5% | 5.5% | 5.5% |
| Year that the rate reaches the ultimate cost trend rate | 2007 | 2007 | 2004 |

A one percentage point increase/(decrease) in the assumed health care cost trend rate for each future year would impact the accumulated postretirement benefit obligation as of year end 2003 by approximately $6 million and $(5) million, respectively, while a one percentage point increase/(decrease) would impact the service and interest cost recognized for 2003 by approximately $400 thousand and $(300) thousand, respectively.

On December 8, 2003, the Medicare Prescription Drug Improvement and Modernization Act of 2003 (the "Act") was signed into law. The Act will provide plan sponsors a federal subsidy for certain qualifying prescription drug benefits covered under the sponsor's post retirement health care plans. Under FASB Staff Position 106-1, *Accounting and Disclosure Requirements Related to the Medicare Prescription Drug, Improvement and Modernization Act of 2003* ("FSP 106-1") issued on January 12, 2004, Mattel has elected to defer accounting for the effects of the Act. As a result, the reported postretirement benefit obligations and the net postretirement benefit plan cost as of and for the year ended 2003 do not reflect the effects of the Act on Mattel's postretirement benefit plans. The election to defer will expire when specific authoritative guidance on the accounting for the federal subsidy is issued or a significant event occurs that would require the remeasurement of Mattel's postretirement benefit plans' obligations.

*Deferred Compensation and Excess Benefit Plans*

Mattel provides a deferred compensation plan that permits certain officers and key employees to elect to defer portions of their compensation. The deferred compensation plan, together with certain contributions made by Mattel and participating employees to an excess benefit plan, earn various rates of return. The liability for these plans as of year end 2003 and 2002 was $48.8 million and $36.1 million, respectively, and is included in other long-term liabilities in the consolidated balance sheets.

Mattel has purchased group trust-owned life insurance contracts designed to assist in funding these programs. The cash surrender value of these policies, valued at $60.4 million and $59.3 million as of year end 2003 and 2002, respectively, are held in an irrevocable grantor trust, the assets of which are subject to the claims of Mattel's creditors and are included in other assets in the consolidated balance sheets.

*Incentive Compensation Plans*

Mattel has annual incentive compensation plans under which officers and key employees may earn incentive compensation based on Mattel's performance and subject to certain approvals of the Compensation Committee of the board of directors. For 2003, 2002 and 2001, $33.3 million, $73.5 million and $36.2 million, respectively, were charged to operating expense for awards under these plans.

In May 2003, Mattel's stockholders approved the Mattel, Inc. 2003 Long-Term Incentive Plan (the "Plan"). The Plan is intended to motivate and retain key executives of Mattel who regularly and directly make or influence decisions that affect the medium- and long-term success of Mattel. The Plan replaces the Long-Term Incentive Plan approved in November 2000 and is effective as of January 1, 2003. Awards are based upon the financial performance of Mattel during the performance period and are settled in cash or unrestricted or restricted common stock of Mattel. For 2003, no expense was recorded related to the Plan.

68

Exhibit 17, P. 316

Form 10-K

Table of Contents

In November 2000, the Compensation Committee of the board of directors approved the Long-Term Incentive Plan covering certain key executives of Mattel, Inc. for the performance period from August 15, 2000 through December 31, 2002. Awards were based upon the financial performance of Mattel during the performance period and were paid in the quarter following the end of the performance period. For 2002 and 2001, $32.5 million and $4.9 million, respectively, were charged to operating expense for this plan.

For 2003, 2002 and 2001, $3.5 million, $10.7 million and $11.1 million, respectively, was charged to operating expense for costs related to the recruitment and retention of senior executives.

## Note 5—Seasonal Financing and Long-Term Debt

### Seasonal Financing

Mattel maintains and periodically amends or replaces an unsecured committed revolving credit facility with a commercial bank group that is used as the primary source of financing the seasonal working capital requirements of its domestic and certain foreign subsidiaries. The agreement in effect during 2003 was an amended and restated $1.06 billion, 3-year facility with an expiration date in 2005. In March 2004, Mattel anticipates amending and restating its domestic unsecured committed revolving credit facility. The size of the facility is expected to be changed to $1.30 billion, and the expiration date of the facility is expected to be extended to March 2007. The other terms and conditions of the amended and restated facility are expected to be substantially similar to those currently in place. Interest is charged at various rates selected by Mattel, ranging from market commercial paper rates to the bank reference rate. The unsecured committed revolving credit facility contains a variety of covenants, including financial covenants that require Mattel to maintain certain consolidated debt-to-capital and interest coverage ratios. Specifically, Mattel is required to meet these financial covenant ratios at the end of each fiscal quarter and fiscal year, using the formulae specified in the credit agreement to calculate the ratios. Mattel was in compliance with such covenants at the end of each fiscal quarter and fiscal year in 2003. As of year end 2003, Mattel's consolidated debt-to-capital ratio, as calculated per the terms of the credit agreement, was 0.30 to 1 (compared to a maximum allowed of 0.50 to 1) and Mattel's interest coverage ratio was 12.47 to 1 (compared to a minimum allowed of 3.50 to 1).

To finance seasonal working capital requirements of certain foreign subsidiaries, Mattel avails itself of individual short-term foreign credit lines with a number of banks. As of year end 2003, foreign credit lines total approximately $320 million, a portion of which are used to support letters of credit. Mattel expects to extend these credit lines throughout 2004. Mattel believes its cash on hand at the beginning of 2004, amounts available under its domestic unsecured committed revolving credit facility, its uncommitted money market facility, and its foreign credit lines will be adequate to meet its seasonal financing requirements.

Information relating to Mattel's unsecured committed credit facilities, foreign credit lines and other short-term borrowings is summarized as follows (in thousands):

|  | For the Year | | |
|---|---|---|---|
|  | 2003 | 2002 | 2001 |
| Balance at end of year | | | |
| Domestic | $    — | $    — | $    — |
| Foreign | 19,590 | 25,190 | 38,108 |
| Maximum amount outstanding | | | |
| Domestic | $900,250 | $820,477 | $1,028,090 |
| Foreign | 40,056 | 38,062 | 64,158 |
| Average borrowing | | | |
| Domestic | $456,600 | $481,600 | $ 694,900 |
| Foreign | 24,992 | 35,330 | 43,168 |
| Weighted average interest rate on average borrowing | | | |
| Domestic | 1.2% | 2.1% | 4.6% |
| Foreign | 10.2% | 17.9% | 17.5% |

69

Exhibit __17__, P. _317_

Form 10-K

Table of Contents

Mattel has a $300.0 million domestic receivables sales facility that is a sub-facility of Mattel's domestic unsecured committed revolving credit facility. The outstanding amount of receivables sold under the domestic receivables facility may not exceed $300.0 million at any given time, and the amount available to be borrowed under the credit facility is reduced to the extent of any such outstanding receivables sold. Under the domestic receivables facility, certain trade receivables are sold to a group of banks, which currently include, among others, Bank of America, N.A., as administrative agent, Citicorp USA, Inc. and Fleet National Bank, as syndication agents, and Societe Generale and BNP Paribas, as documentation agents. After the amendment and restatement of the domestic unsecured committed revolving credit facility, the group of banks is anticipated to include, among others, Bank of America, N.A., as administrative agent, Citicorp USA, Inc. and Barclays Bank PLC, as co-syndication agents, and Societe Generale and BNP Paribas, as co-documentation agents. Pursuant to the domestic receivables facility, Mattel Sales Corp. and Fisher-Price, Inc. (which are wholly-owned subsidiaries of Mattel) can sell eligible trade receivables from Wal-Mart and Target to Mattel Factoring, a Delaware corporation and wholly-owned, consolidated subsidiary of Mattel. Mattel Factoring is a special purpose entity whose activities are limited to purchasing and selling receivables under this facility. Pursuant to the terms of the domestic receivables facility and simultaneously with each receivables purchase, Mattel Factoring sells those receivables to the bank group. Mattel records the transaction, reflecting cash proceeds and sale of accounts receivable on its consolidated balance sheet, at the time of the sale of the receivables to the bank group.

Mattel's subsidiaries, Mattel International Holdings B.V., a Netherlands company, Mattel France S.A.S., a French company, and Mattel GmbH, a German company, have entered into a Euro 150 million European trade receivables facility, pursuant to which Mattel France S.A.S. and Mattel GmbH may sell trade receivables to a bank, Societe Generale Bank Nederland N.V. The receivables sales are accounted for as a sale. As with the domestic receivables facility, each sale of accounts receivable is recorded on Mattel's consolidated balance sheet at the time of such sale. No Mattel subsidiary is used as a special purpose entity in connection with these transactions. Under the European trade receivables facility, the outstanding amount of receivables sold may not exceed Euro 60 million from February 1 through July 31 of each year and may not exceed Euro 150 million at all other times. Pursuant to a letter agreement between Societe Generale Bank Nederland N.V. and Mattel International Holdings B.V., Mattel France S.A.S. and Mattel GmbH effective June 29, 2003, the commitment termination date for the European receivables facility was extended to June 25, 2004.

The outstanding amounts of accounts receivable that have been sold under these facilities and other factoring arrangements, net of collections from customers, and have been excluded from Mattel's consolidated balance sheets are summarized as follows (in millions):

| | As of Year End | |
| --- | --- | --- |
| | 2003 | 2002 |
| Receivables sold pursuant to the: | | |
| Domestic receivables facility | $279.5 | $276.1 |
| European receivables facility | 94.5 | 85.2 |
| Other factoring arrangements | 82.0 | 76.0 |
| | $456.0 | $437.3 |

*Long-Term Debt*

Mattel's long-term debt consists of the following (in thousands):

| | As of Year End | |
| --- | --- | --- |
| | 2003 | 2002 |
| 6% senior notes due 2003 | $    — | $ 150,000 |
| 6 1/8% senior notes due 2005 | 150,000 | 150,000 |
| Medium-term notes | 450,000 | 480,000 |
| 10.15% mortgage note due 2005 | 40,069 | 40,919 |
| Other | 1,335 | 1,446 |
| | 641,404 | 822,365 |

Exhibit 17, P. 318

Form 10-K

| | | |
|---|---:|---:|
| Less: current portion | (52,274) | (182,295) |
| Total long-term debt | $589,130 | $ 640,070 |

70

Exhibit 17, P. 319

Form 10-K

Table of Contents

Medium-term notes have maturity dates from 2004 through 2013 and bear interest at fixed rates from 6.50% to 8.55%. During 2003 and 2002, Mattel repaid $30.0 million in each year of medium-term notes upon maturity.

During 2003, Mattel repaid its $150.0 million, 6% senior notes upon maturity. During 2002, Mattel repaid its Euro 200 million aggregate principal amount of notes upon maturity and its $200.0 million unsecured term loan.

*Scheduled Maturities*

The aggregate amount of long-term debt maturing in the next five years is as follows (in thousands):

|  | Senior Notes | MT Notes | Mortgage Note | Other | Total |
|---|---|---|---|---|---|
| 2004 | $   — | $ 50,000 | $   939 | $1,335 | $ 52,274 |
| 2005 | 150,000 | — | 39,130 | — | 189,130 |
| 2006 | — | 50,000 | — | — | 50,000 |
| 2007 | — | 50,000 | — | — | 50,000 |
| 2008 | — | 50,000 | — | — | 50,000 |
| Thereafter | — | 250,000 | — | — | 250,000 |
| Total | $150,000 | $450,000 | $40,069 | $1,335 | $641,404 |

Note 6—Stockholders' Equity

*Preference Stock*

Mattel is authorized to issue up to 20.0 million shares of $0.01 par value preference stock, of which none is currently outstanding.

*Preferred Stock*

Mattel is authorized to issue up to 3.0 million shares of $1.00 par value preferred stock, of which none is currently outstanding.

*Special Voting Preferred Stock and Related Exchangeable Shares*

Mattel is authorized to issue one share of $1.00 par value Special Voting Preferred Stock, which was issued in exchange for one share of Learning Company special voting stock in connection with the May 1999 merger. The par value and liquidation preference of the Special Voting Preferred Stock are $1.00 and $10.00 per share, respectively. The Special Voting Preferred Stock was redeemed for $10.00 on January 7, 2003, the automatic redemption date for the exchangeable shares of Softkey Software Products Inc., Mattel's indirect wholly-owned Canadian subsidiary.

As of year end 2002, there were 260.7 thousand outstanding exchangeable shares that were not owned by Mattel, its subsidiaries or any entity controlled by Mattel. On June 27, 2002, the board of directors of Softkey Software Products Inc. accelerated the automatic redemption date of its outstanding exchangeable shares. Concurrently, Mattel exercised its right to acquire these exchangeable shares on the automatic redemption date. On January 7, 2003, Mattel acquired all exchangeable shares not previously exchanged by issuing 312.8 thousand shares of Mattel common stock. As of year end 2003, there were no exchangeable shares outstanding.

During 2003, 2002 and 2001, 260.7 thousand, 674.3 thousand and 622.5 thousand exchangeable shares, respectively, were exchanged by the holders into common stock at the rate of 1.2 common shares of Mattel per exchangeable share.

71

Exhibit 17, P. 330

Table of Contents

*Stock Warrants*

In 2000, Mattel issued Warner Bros. Consumer Products a stock warrant to purchase 3.0 million shares of Mattel's common stock at an exercise price of $10.875 per share. On April 2, 2002, Mattel issued 1.4 million common shares to Warner Bros. Consumer Products as a result of a cashless exercise. Mattel has no further obligation to issue shares under this warrant. In 1996, Mattel issued Disney Enterprises, Inc. a warrant to purchase 3.0 million shares of Mattel's common stock at an exercise price of $27.375 per share. This warrant expired unexercised on October 2, 2002.

The fair value of both of these warrants is amortized as a component of royalty expense when the related properties are introduced over the period the related revenues are recognized. During 2003, 2002 and 2001, $0.3 million, $3.3 million and $8.0 million, respectively, was recognized in the results of operations related to these warrants.

*Common Stock Repurchase Plan*

In July 2003, the board of directors approved a share repurchase program of up to $250.0 million. The board of directors approved an increase to the share repurchase program of an additional $250.0 million in November 2003, bringing the total authorized repurchases to $500.0 million. Repurchases will take place from time to time, depending on market conditions. As of year end 2003, Mattel has repurchased 12.7 million shares of its common stock at a cost of $244.4 million pursuant to this program.

*Dividends*

During 2003, a $0.40 per share dividend was declared by the board of directors in November and paid in December. In 2002 and 2001, a $0.05 per share dividend was declared by the board of directors in November and paid in December. The payment of dividends on common stock is at the discretion of Mattel's board of directors and is subject to customary limitations.

*Comprehensive Income (Loss)*

The changes in the components of other comprehensive income, net of tax, are as follows (in thousands):

| | For the Year Ended | | |
| --- | --- | --- | --- |
| | 2003 | 2002 | 2001 |
| Income from continuing operations | $537,632 | $455,042 | $310,920 |
| Gain from discontinued operations | — | 27,253 | — |
| Cumulative effect of change in accounting principles | — | (252,194) | (12,001) |
| Net income | 537,632 | 230,101 | 298,919 |
| Currency translation adjustments | 57,847 | 13,017 | (14,596) |
| Minimum pension liability adjustments | (7,721) | (48,021) | (2,518) |
| Net unrealized gain (loss) on derivative instruments: | | | |
| Unrealized holding gains (losses) | (51,198) | (42,714) | 13,997 |
| Less: reclassification adjustment for realized (gains) losses included in net income | 50,220 | 16,560 | (10,459) |
| | (978) | (26,154) | 3,538 |
| Net unrealized gain on securities: | | | |
| Unrealized holding gains (losses) | 14,300 | 28,309 | (186) |
| Less: reclassification adjustment for realized (gains) losses included in net income | (9,808) | — | 12,001 |
| | 4,492 | 28,309 | 11,815 |
| Comprehensive income | $591,272 | $197,252 | $297,158 |

72

Exhibit 17, P. 321

Form 10-K                                                                                                  Page 84 of 114

Table of Contents

The components of accumulated other comprehensive loss are as follows (in thousands):

|  | As of Year End | |
|---|---|---|
|  | 2003 | 2002 |
| Currency translation adjustments | $(236,172) | $(294,019) |
| Minimum pension liability adjustments | (60,042) | (52,321) |
| Net unrealized gain on securities | 32,801 | 28,309 |
| Net unrealized (loss) on derivative instruments | (23,594) | (22,616) |
|  | $(287,007) | $(340,647) |

## Note 7—Stock Compensation Plans

*Mattel Stock Option Plans*

Under various plans, Mattel has the ability to grant incentive stock options, nonqualified stock options, stock appreciation rights, nonvested stock awards, and shares of common stock to officers, key employees, and other persons providing services to Mattel. In addition, nonqualified stock options are granted to members of Mattel's board of directors who are not employees of Mattel. Generally, options are exercisable contingent upon the grantees' continued employment with Mattel. Nonqualified stock options are granted at not less than 100% of the fair market value of Mattel's common stock on the date of grant. Options granted to employees at market price usually expire within ten years from the date of grant and vest on a schedule determined by the Compensation Committee of the board of directors, generally semi-annually over three years. Options granted to employees at above market price expire five or ten years from the date of grant and vest based on whether the exercise price is achieved by a specified date. Options granted to non-employee members of the board of directors usually expire within ten years from the date of grant and vest annually over four years. Mattel's current stock option plans, the 1996 and 1999 plans, expire on December 31, 2005 and 2009, respectively. All outstanding awards under plans that previously expired continue to be exercisable under the terms of their respective grant agreements. The aggregate number of shares of common stock available for grant under the 1996 and 1999 plans cannot exceed 50.0 million and 12.8 million shares, respectively.

The following is a summary of stock option information and weighted average exercise prices for Mattel's stock option plans during the year (options in thousands):

|  | 2003 | | 2002 | | 2001 | |
|---|---|---|---|---|---|---|
|  | Number | Price | Number | Price | Number | Price |
| Outstanding at January 1 | 40,396 | $18.65 | 52,473 | $24.82 | 54,313 | $25.70 |
| Options granted | 7,394 | 19.49 | 7,131 | 20.02 | 5,651 | 15.05 |
| Options exercised | (3,663) | 13.50 | (4,019) | 13.57 | (2,650) | 12.33 |
| Options canceled | (1,394) | 23.77 | (15,189) | 42.16 | (4,841) | 30.23 |
| Outstanding at December 31 | 42,733 | $19.07 | 40,396 | $18.65 | 52,473 | $24.82 |
| Exercisable at December 31 | 30,646 | $18.96 | 28,426 | $19.21 | 38,958 | $27.38 |
| Available for grant at December 31 | 15,717 |  | 15,292 |  | 21,775 |  |

73

Exhibit 17 , P. 322

Form 10-K

Table of Contents

The following table summarizes information about the weighted average remaining contractual life (in years) and the weighted average exercise prices for Mattel stock options outstanding as of year end 2003 (options in thousands):

| Exercise Price Ranges | Options Outstanding | | | Options Exercisable | |
|---|---|---|---|---|---|
| | Number | Remaining Life | Price | Number | Price |
| $10.31 — $11.00 | 4,531 | 5.9 | $10.39 | 4,531 | $10.39 |
| 11.01 — 11.26 | 3,012 | 6.4 | 11.25 | 3,012 | 11.25 |
| 11.27 — 11.98 | 2,441 | 6.2 | 11.87 | 2,441 | 11.87 |
| 11.99 — 14.00 | 2,450 | 5.4 | 13.58 | 2,450 | 13.58 |
| 14.01 — 19.30 | 4,877 | 6.3 | 15.36 | 3,863 | 15.28 |
| 19.31 — 19.98 | 7,150 | 9.5 | 19.43 | 21 | 19.43 |
| 19.99 — 22.00 | 6,398 | 8.2 | 20.05 | 2,581 | 20.05 |
| 22.01 — 24.98 | 4,764 | 3.3 | 23.38 | 4,637 | 23.41 |
| 24.99 — 30.00 | 4,965 | 2.3 | 25.86 | 4,965 | 25.86 |
| 30.01 — 42.00 | 2,145 | 3.5 | 41.77 | 2,145 | 41.77 |
| $10.31 — $42.00 | 42,733 | 6.1 | 19.07 | 30,646 | 18.96 |

*Learning Company Stock Option Plans*

Prior to the May 1999 merger, Learning Company and its subsidiaries had various incentive and nonqualified stock option plans that provided benefits for eligible employees and non-employee directors. Effective with the 1999 merger, each option outstanding under these plans was converted into an option to purchase 1.2 shares of Mattel common stock. The exercise price of such options was adjusted by dividing the Learning Company option price by 1.2. Other than options granted under some plans assumed by Learning Company in connection with acquisitions, all Learning Company stock options vested and became fully exercisable as a result of the 1999 merger. No options were available for grant under any Learning Company stock option plan during 2003, 2002 or 2001.

The following is a summary of stock option information and weighted average exercise prices for Learning Company's stock option plans during the year (options in thousands):

| | 2003 | | 2002 | | 2001 | |
|---|---|---|---|---|---|---|
| | Number | Price | Number | Price | Number | Price |
| Outstanding at January 1 | 88 | $4.68 | 125 | $ 7.56 | 2,674 | $17.07 |
| Options exercised | (7) | 5.29 | (34) | 14.41 | (1,565) | 13.33 |
| Options canceled | — | — | (3) | 14.74 | (984) | 24.23 |
| Outstanding and exercisable at December 31 | 81 | $4.63 | 88 | $ 4.68 | 125 | $ 7.56 |

The exercise price for Learning Company stock options outstanding as of year end 2003 ranges from $4.54 per share to $16.15 per share, with a weighted average of $4.63 per share.

*Nonvested Stock*

Mattel awarded 685.5 thousand deferrable nonvested stock units to its chief executive officer pursuant to the terms of his employment contract. These units vested at a rate of 25% annually in 2000, 2001, and 2002, with the remaining units vesting in 2008. The aggregate fair market value of the nonvested stock units is being amortized to compensation expense over the vesting period. The amount charged to operating expense related to the vesting of these units was $0.2 million, $0.3 million and $1.6 million in 2003, 2002 and 2001, respectively.

74

Exhibit 17, P. 323

Table of Contents

Note 8—Financial Instruments

*Marketable Securities*

Marketable securities totaling $78.6 million and $71.0 million as of year end 2003 and 2002, respectively, are stated at fair market value based on quoted market prices. These equity securities are classified as securities available-for-sale and are included in other assets in the consolidated balance sheets. Unrealized gains of $52.1 million pre-tax ($32.8 million net of tax) and $45.0 million pre-tax ($28.3 million net of tax) as of year end 2003 and 2002, respectively, have been deferred in accumulated other comprehensive loss related to these securities.

Upon the adoption of SFAS No. 133 on January 1, 2001, Mattel recorded a transition adjustment of $12.0 million, net of tax, (or $0.03 per share) as the cumulative effect of change in accounting principles related to unrealized holding losses that had been previously deferred in accumulated other comprehensive loss on marketable securities received by Mattel as part of the sale of CyberPatrol.

Mattel entered into a derivative transaction designed to limit the impact of market fluctuations in the fair value of the securities received as part of the sale of CyberPatrol on its results of operations. During the first quarter of 2001, Mattel recorded a pre-tax loss of $5.5 million in other non-operating expense, net related to the decrease in fair value of the derivative. In the second quarter of 2001, these securities were tendered for debt repayment under the derivative agreement at fair market value, at no gain or loss to Mattel.

*Foreign Exchange Risk Management*

Foreign currency exchange rate fluctuations may impact Mattel's results of operations and cash flows. Inventory purchase transactions denominated in the Euro, British pound sterling, Mexican peso, Hong Kong dollar and Indonesian rupiah are the primary transactions that cause foreign currency transaction exposure for Mattel. Mattel seeks to mitigate its exposure to market risk by monitoring its foreign currency exposure for the year and partially or fully hedging such exposure using foreign currency forward exchange and option contracts. Such contracts are primarily used to hedge Mattel's purchase and sale of inventory, and other intercompany transactions denominated in foreign currencies. These contracts generally have maturity dates of up to 18 months. The majority of all intercompany receivables and payables denominated in foreign currencies are hedged. For those intercompany receivables and payables that are not hedged, the transaction gains or losses are recorded in the consolidated statement of operations in the period in which the exchange rate changes as part of operating income or other non-operating (income) expense, net based on the nature of the underlying transaction. In addition, Mattel manages its exposure through the selection of currencies used for international borrowings. Mattel does not trade in financial instruments for speculative purposes.

Transaction gains and losses included in the consolidated statements of operations are as follows (in thousands):

| | For the Year | | |
| --- | --- | --- | --- |
| | 2003 | 2002 | 2001 |
| *Transaction (gain)/loss included in:* | | | |
| Operating income | $(17,864) | $(24,697) | $(30,939) |
| Other non-operating expense (income), net | 9,962 | (10,539) | 8,836 |
| Net transaction (gain) | $ (7,902) | $(35,236) | $(22,103) |

Mattel's financial position is also impacted by foreign currency exchange rate fluctuations on its net investment in foreign subsidiaries. Assets and liabilities of foreign subsidiaries are translated into US dollars at fiscal year-end exchange rates. Income, expense and cash flow items are translated at weighted average exchange rates prevailing during the fiscal year. The resulting currency translation adjustments are recorded as a

75

Exhibit 17, P. 324

Table of Contents

component of accumulated other comprehensive loss within stockholders' equity. Mattel's primary currency translation exposures are on its net investment in entities having functional currencies denominated in the Euro, British pound sterling, Mexican peso and Indonesian rupiah. For 2003, currency translation adjustments resulted in a net gain of $57.8 million, with gains from the strengthening of the Euro, British pound sterling, and Hong Kong dollar against the US dollar being partially offset by losses from the weakening of the Mexican peso against the US dollar. For 2002, currency translation adjustments resulted in a net gain of $13.0 million, with gains from the strengthening of the Euro, British pound sterling and Indonesian rupiah against the US dollar being partially offset by losses from the weakening of the Mexican peso against the US dollar. For 2001, currency translation adjustments resulted in a net loss of $14.6 million, primarily due to losses from the weakening of the British pound sterling and Euro-legacy currencies against the US dollar, partially offset by gains from the strengthening of the Mexican peso against the US dollar.

Mattel entered into a cross currency interest rate swap to convert the interest and principal amounts from Euros to US dollars on its 200 million Euro notes due 2002. The debt and related interest payable were marked-to-market as of each balance sheet date with the change in fair value of the derivative recorded in accumulated other comprehensive loss within stockholders' equity until the loan and related interest were repaid at maturity in 2002.

Mattel uses fair value derivatives to hedge most intercompany loans and management fees denominated in foreign currencies. Due to the short-term nature of the contracts involved, Mattel does not use hedge accounting for these contracts. Changes in fair value of these derivatives were not significant to the results of operations during any year.

As a result of adopting SFAS No. 133, Mattel recorded a transition adjustment of $2.1 million in accumulated other comprehensive loss related to unrealized gains on derivative instruments during 2001. During 2003, 2002 and 2001, the ineffectiveness related to cash flow hedges was not significant. The net loss reclassified from accumulated other comprehensive loss to Mattel's results of operations was $50.2 million and $16.6 million during 2003 and 2002, respectively, while the net gain reclassified during 2001 was $10.5 million. As of year end 2003, $23.6 million of net unrealized losses related to derivative instruments have been recorded in accumulated other comprehensive loss. Mattel expects to reclassify these unrealized losses from accumulated other comprehensive loss to its results of operations over the life of the contracts, generally 18 months or less.

As of year end, Mattel held the following foreign exchange risk management contracts (in millions):

| | 2003 | | 2002 | |
| --- | --- | --- | --- | --- |
| | Notional Amount | Exposure Hedged | Notional Amount | Exposure Hedged |
| Foreign exchange forwards | $1,069.3 | $1,069.3 | $1,113.0 | $1,113.0 |

*Fair Value of Financial Instruments*

Mattel's financial instruments include cash, cash equivalents, marketable securities, investments, accounts receivable and payable, short-term borrowings, long-term debt, and foreign currency contracts as of year end 2003 and 2002.

76

Exhibit _____, P. 325

Form 10-K

Table of Contents

The fair values of cash, cash equivalents, accounts receivable and payable, and short-term borrowings approximated carrying values because of the short-term nature of these instruments. The estimated fair values of other financial instruments subject to fair value disclosure, determined based on broker quotes or rates for the same or similar instruments, and the related carrying amounts are as follows as of year end (in millions):

|  | 2003 | | 2002 | |
|---|---|---|---|---|
|  | Book Value | Fair Value | Book Value | Fair Value |
| Long-term debt | $ 641.4 | $ 701.8 | $ 822.4 | $ 878.8 |
| Risk management contracts: | | | | |
| Foreign exchange forwards | 1,069.3 | 1,121.1 | 1,113.0 | 1,147.8 |
|  | $1,710.7 | $1,822.9 | $1,935.4 | $2,026.6 |

### Credit Concentrations

Credit is granted to customers on an unsecured basis. Sales to Mattel's three largest customers accounted for 47% of consolidated net sales for 2003 and 50% of consolidated net sales in both 2002 and 2001. Sales to Mattel's three largest customers are as follows (in billions):

|  | For the Year Ended | | |
|---|---|---|---|
|  | 2003 | 2002 | 2001 |
| Wal-Mart | $1.0 | $1.1 | $1.0 |
| Toys "R" Us | 0.8 | 0.9 | 0.9 |
| Target | 0.4 | 0.5 | 0.4 |

The Mattel Brands US and Fisher-Price Brands US segments sell products to each of Mattel's three largest customers. The International segment sells products to Wal-Mart and Toys "R" Us. The American Girl Brands segment sells its children's publications to Wal-Mart and Target.

### Note 9—Commitments and Contingencies

#### Leases

Mattel routinely enters into noncancelable lease agreements for premises and equipment used in the normal course of business. The following table shows the future minimum obligations under lease commitments in effect at year end 2003 (in thousands):

|  | Capitalized Leases | Operating Leases |
|---|---|---|
| 2004 | $    300 | $ 54,000 |
| 2005 | 300 | 41,000 |
| 2006 | 300 | 31,000 |
| 2007 | 300 | 30,000 |
| 2008 | 300 | 29,000 |
| Thereafter | 8,000 | 127,000 |
|  | $  9,500 (a) | $312,000 |

(a)  *Includes $7.3 million of imputed interest.*

77

Exhibit 17 , P. 326

Form 10-K

Table of Contents

Rental expense under operating leases amounted to $66.6 million, $65.1 million and $60.9 million for 2003, 2002 and 2001, respectively, net of sublease income of $0.9 million, $0.8 million and $0.9 million in 2003, 2002 and 2001, respectively.

*Commitments*

In the normal course of business, Mattel enters into contractual arrangements to obtain and protect Mattel's right to create and market certain products, and for future purchases of goods and services to ensure availability and timely delivery. Such arrangements include royalty payments pursuant to licensing agreements and commitments for future inventory purchases. Certain of these commitments routinely contain provisions for guaranteed or minimum expenditures during the terms of the contracts. Current and future commitments for guaranteed payments reflect Mattel's focus on expanding its product lines through alliances with businesses in other industries.

Licensing and related agreements provide for terms extending from 2004 through 2011 and contain provisions for future minimum payments as shown in the following table (in thousands):

|  | Minimum Payments |
|---|---|
| 2004 | $ 85,000 |
| 2005 | 78,000 |
| 2006 | 30,000 |
| 2007 | 29,000 |
| 2008 | 18,000 |
| Thereafter | 55,000 |
|  | $295,000 |

Royalty expense for 2003, 2002 and 2001 was $169.2 million, $209.8 million and $220.3 million, respectively.

As of year end 2003, Mattel had outstanding commitments for 2004 and 2005 purchases of inventory totaling approximately $93 million.

*Insurance*

Mattel has a wholly-owned subsidiary, Far West Insurance Company, Ltd. ("Far West"), that was established to insure Mattel's workers' compensation, and general, product and automobile liability risks. Far West insures the first $0.5 million of Mattel's workers' compensation, and general and automobile liability risks and the first $2.0 million of product liability risks. Various insurance companies, that have an "A" or better AM Best rating at the time the policies are purchased, reinsure Mattel's risk in excess of the amounts insured by Far West. Mattel's liability for reported and incurred but not reported claims at year end 2003 and 2002 was $25.0 million and $24.1 million, respectively, and is included in the consolidated balance sheets. Loss reserves are accrued based on Mattel's estimate of the aggregate liability for claims incurred using a study prepared by an independent actuary.

*Litigation*

*Litigation Related to Learning Company*

Following Mattel's announcement in October 1999 of the expected results of its Learning Company division for the third quarter of 1999, various Mattel stockholders filed purported class action complaints naming Mattel and certain of its present and former officers and directors as defendants.

78

Exhibit 17 , P. 327

Table of Contents

These shareholder complaints were consolidated into two lead cases, one under §10(b) of the Securities Exchange Act of 1934 ("the Act"), and the other under §14(a) of the Act. In November 2002, the United States District Court for the Central District of California permitted the actions to proceed as class actions.

Several stockholders filed related derivative complaints purportedly on behalf of Mattel. Some of the derivative suits were consolidated into one lawsuit in Los Angeles County Superior Court in California, which was dismissed for the plaintiff's failure to make pre-suit demand on the board of directors. An appeal from that decision was dismissed in July 2003 by stipulation of the parties. Another derivative suit was filed in the Delaware Court of Chancery, and was dismissed without prejudice in August 2002 in deference to the then-ongoing California derivative case. A third derivative suit, filed in federal court in the Central District of California, was dismissed in July 2002, and re-filed in November 2002 as part of the settlement described below.

In November 2002, the parties to the federal cases negotiated and thereafter memorialized in a final settlement agreement a settlement of all the federal lawsuits in exchange for payment of $122.0 million and Mattel's agreement to adopt certain corporate governance procedures. The court granted final approval to the settlement in September 2003, and judgments were entered accordingly. On October 9, 2003, a group of persons purporting to be members of the §14(a) class filed a notice of appeal, challenging the manner in which the $122.0 million was allocated between the §10(b) class and the §14(a) class. Briefing on the appeal is scheduled to be completed in the first half of 2004. An oral argument date has not been set.

At the time of the lawsuits, Mattel maintained directors and officers liability insurance with a maximum coverage of $120 million through several different carriers. One of those carriers, Reliance Insurance Company, had become insolvent, and was unable to meet its coverage obligation for its $20 million excess layer. As a result, Mattel contributed this $20 million layer to the settlement fund, and made a claim against the California Insurance Guarantee Association ("CIGA") to recoup the full $20 million of the Reliance layer. CIGA disputed that it had to pay this amount, but on June 27, 2003, agreed to pay $0.5 million to Mattel, without prejudice to Mattel's right to seek additional amounts. That same day, Mattel filed a lawsuit in Los Angeles County Superior Court seeking a declaration that CIGA was obligated to pay additional amounts to Mattel. On September 30, 2003, the parties entered into a written settlement agreement whereby CIGA agreed to pay Mattel $7.75 million (in addition to the $0.5 million previously paid), and Mattel agreed to dismiss its lawsuit. CIGA has since paid this sum, and the case has been dismissed.

*Litigation Related to Cunningham*

This suit was filed in September 1999 in the Circuit Court of Madison County, Illinois. The two named plaintiffs, who purchased "limited edition" Barbie® dolls, contend that Mattel's use of the term "limited edition" on Barbie® dolls was deceptive and fraudulent to consumers (and that it constituted a breach of contract and breach of express warranty) on the grounds that the dolls were not "true" limited editions and thus are not as valuable as they would be otherwise. Originally, the plaintiffs claimed that use of the terms "special edition," "collector's edition" and "exclusive" on Barbie® dolls was also deceptive and fraudulent to consumers and constituted a breach of contract and breach of express warranty, but these claims were dismissed during motion practice.

In August 2003, a nationwide class of "all persons who have purchased limited edition Barbie® dolls or Barbie® dolls which were described, promoted or packaged as available only in small, limited amounts" was certified based on California Business and Professions Code sections 17200 and 17500 et seq. Plaintiffs' claims under the Illinois Consumer Fraud Act, as well as their breach of contract and breach of express warranty claims, have not been certified for class action status, and thus, currently apply only to the two named representative plaintiffs.

The plaintiffs claim that the class has suffered compensatory damages of at least between $100 million and $200 million, and seek punitive damages, attorneys' fees and injunctive relief. Mattel believes the actions are without merit and intends to defend them vigorously.

79

Exhibit 17, P. 328

Form 10-K

Table of Contents

*Environmental*

> *Fisher-Price*

Fisher-Price has executed a consent order with the State of New York to implement a groundwater remediation system at one of its former manufacturing plants. The execution of the consent order was in response to the New York State Department of Environmental Conservation Record of Decision issued in March 2000. The Department approved a conceptual work plan in March 2001, with work scheduled to begin in 2001. However, in response to concerns expressed by a number of nearby residents, the Department has requested that Mattel postpone implementation of the groundwater remediation plan until after the installation of a public water line to those residents is completed. The ultimate liability associated with this cleanup presently is estimated to be approximately $1.8 million, approximately $1.6 million of which has been incurred through year end 2003.

> *Beaverton, Oregon*

Mattel previously operated a manufacturing facility on a leased property in Beaverton, OR that was acquired as part of the March 1997 merger with Tyco Toys, Inc. In March 1998, samples of groundwater used by the facility for process water and drinking water disclosed elevated levels of certain chemicals, including trichloroethylene. Mattel immediately closed the water supply and self-reported the sample results to the Oregon Department of Environmental Quality and the Oregon Health Division. Mattel also implemented a community outreach program to employees, former employees and surrounding landowners.

Prior to 2003, Mattel recorded pre-tax charges totaling $19.0 million related to this property. During 2003, Mattel recognized pre-tax income of $7.9 million representing an adjustment resulting from updated estimates related to amounts accrued in 1999 associated with the closure of the Beaverton facility. Costs totaling approximately $5 million have been incurred through year end 2003 for the Beaverton property, largely related to environmental remediation, attorney fees, consulting work and an employee medical screening program. In January 2003, Mattel entered into a settlement with the Oregon Department of Environmental Quality resolving its cleanup liability in return for a contribution of $0.4 million to the cleanup, which is being performed by the company that caused the contamination. The remaining liability of approximately $6 million as of year end 2003 represents estimated amounts to be incurred for employee medical screening, project management, legal and other costs related to the Beaverton property.

*General*

Mattel is also involved in various other litigation and legal matters, including claims related to intellectual property, product liability and labor, which Mattel is addressing or defending in the ordinary course of business. Management believes that any liability that may potentially result upon resolution of such matters will not have a material adverse effect on Mattel's business, financial condition or results of operations.

## Note 10—Restructuring and Other Charges

*Financial Realignment Plan*

In 2003, Mattel completed its financial realignment plan, originally announced during the third quarter of 2000, designed to improve gross profit; selling and administrative expenses; operating income; and cash flows. Since its inception, Mattel recorded a total pre-tax charge of $250.0 million, or approximately $171 million after-tax, of which approximately $123 million represented cash expenditures and $48 million represented non-cash writedowns. A summary of the financial realignment plan charges recorded by year is as follows (in millions):

|  | For the Year Ended | | | | |
|  | 2000 | 2001 | 2002 | 2003 | Total |
|---|---|---|---|---|---|
| Pre-tax charges | $125.2 | $50.2 | $48.3 | $26.3 | $250.0 |
| Approximate after-tax charges | $ 84 | $ 35 | $ 32 | $ 20 | $ 171 |

80

Exhibit 17, P. 329

Form 10-K

Table of Contents

Expenditures were made for the following initiatives under the plan:

- Reduce excess manufacturing capacity;
- Terminate a variety of licensing and other contractual arrangements that do not deliver an adequate level of profitability;
- Eliminate product lines that do not meet required levels of profitability;
- Improve supply chain performance and economics;
- Implement an information technology strategy aimed at achieving operating efficiencies;
- Eliminate positions at US-based headquarters locations in El Segundo, Fisher-Price and American Girl through a combination of layoffs, elimination of open requisitions, attrition and retirements; and
- Close and consolidate certain international offices.

In 2003, as part of its financial realignment plan, Mattel announced the consolidation of its US Girls and US Boys-Entertainment segments into one segment, renamed Mattel Brands US. Additionally, American Girl Brands, which was previously part of the US Girls segment, is now a separate segment for management reporting purposes. Costs associated with this reorganization include elimination of approximately 5% of executive level positions, including the position of president of the Girls division.

In 2002, as part of its financial realignment plan, Mattel commenced a long-term information technology strategy aimed at achieving operating efficiencies and cost savings across all disciplines. The program is focused on simplifying Mattel's organization by defining common global processes based on industry best practices, streamlining its organizational structure by eliminating redundancies, and upgrading its systems to have greater visibility to information and data on a global basis.

In 2001, as part of its financial realignment plan, Mattel announced the closure of its manufacturing and distribution facilities in Murray, Kentucky, as part of the North American Strategy. Production from this facility has been consolidated into other Mattel-owned and -operated facilities in North America. Manufacturing ceased at the Murray location at the end of May 2002. In 2003, Mattel substantially completed the consolidation of two of its manufacturing facilities in Mexico to further streamline manufacturing within North America.

In connection with the financial realignment plan, Mattel recorded $75.9 million of pre-tax restructuring charges, of which $1.1 million was not yet paid as of year end 2003. These charges were largely related to the elimination of positions at its US-based headquarters locations in El Segundo, Fisher-Price and American Girl, implementation of the North American Strategy, closure of certain international offices, and consolidation of facilities. From the inception of the plan through year end 2003, a total of $59.5 million has been incurred related to the termination of nearly 2,570 employees, of which approximately 220 were terminated during 2003. Of the 2,570 employee terminations, approximately 1,300 related to the North American Strategy.

81

Exhibit 17 , P. 330

Table of Contents

The components of the restructuring charges since inception of the plan are as follows (in millions):

| | Severance and Other Compensation | Asset Writedowns | Lease Termination Costs | Other | Total Restructuring Charge |
|---|---|---|---|---|---|
| 2000 charges | $ 18.5 | $ 2.2 | $ 1.0 | $ 1.2 | $ 22.9 |
| Amounts incurred | (2.8) | (2.2) | — | (0.4) | (5.4) |
| Balance at year end 2000 | 15.7 | — | 1.0 | 0.8 | 17.5 |
| 2001 charges | 9.3 | 0.7 | 1.5 | 4.2 | 15.7 |
| Amounts incurred | (16.2) | (0.7) | (0.6) | (4.0) | (21.5) |
| Balance at year end 2001 | 8.8 | — | 1.9 | 1.0 | 11.7 |
| 2002 charges | 19.4 | — | 1.2 | 4.0 | 24.6 |
| Amounts incurred | (24.3) | — | (1.8) | (4.4) | (30.5) |
| Balance at year end 2002 | 3.9 | — | 1.3 | 0.6 | 5.8 |
| 2003 charges | 12.9 | — | (0.3) | 0.1 | 12.7 |
| Amounts incurred | (16.2) | — | (0.6) | (0.6) | (17.4) |
| Balance at year end 2003 | $ 0.6 | $ | $ 0.4 | $ 0.1 | $ 1.1 |

In 2003, Mattel recorded a net restructuring charge totaling $4.8 million in the consolidated statement of operations representing $12.7 million of restructuring charges related to the financial realignment plan that were partially offset by income of $7.9 million, representing an adjustment resulting from updated estimates related to amounts accrued in 1999 associated with the closure of the Beaverton facility.

Note 11—Segment Information

Mattel's reportable segments are separately managed business units and are divided on a geographic basis between domestic and international. The domestic segment historically was further divided into US Girls, US Boys-Entertainment, and US Infant & Preschool. In February 2003, Mattel announced the consolidation of its US Girls and US Boys-Entertainment segment into one segment, renamed Mattel Brands US. Additionally, Pleasant Company, which was previously part of the US Girls segment, is now a separate segment for management reporting purposes. The results of Pleasant Company are now reported as American Girl Brands and US Infant & Preschool are now reported as Fisher-Price Brands US for segment reporting purposes. To facilitate the comparison of current year segment results to that of the prior year, segment disclosures for 2002 and 2001 have been restated to reflect these changes. The Mattel Brands US segment includes products such as Barbie® fashion dolls and accessories ("Barbie®"), Polly Pocket!™ and ello™ (collectively "Other Girls Brands"), Hot Wheels®, Matchbox® and Tyco® R/C vehicles and playsets (collectively "Wheels") and Nickelodeon®, Harry Potter™, Yu-Gi-Oh!™, He-Man® and Masters of the Universe®, Batman™, Justice League™, and games and puzzles (collectively "Entertainment") products. The Fisher-Price Brands US segment includes Fisher-Price®, Power Wheels®, Sesame Street®, Little People®, Disney preschool and plush, Winnie the Pooh, Rescue Heroes™, Barney™, See 'N Say®, Dora the Explorer™, PowerTouch™ and other preschool products. The American Girl Brands segment includes products sold directly to consumers, including The American Girls Collection®, American Girl Today® and Bitty Baby®. The International segment sells products in all toy categories, except American Girl Brands.

82

Exhibit 17, P. 331

Form 10-K

Table of Contents

The tables below present information about revenues, income and assets by segment. Segment revenues do not include sales adjustments such as trade discounts and other allowances. Such adjustments are, however, included in the determination of segment income from operations. Segment income from operations represents operating income from continuing operations, while consolidated income from operations represents income from continuing operations before income taxes as reported in the consolidated statements of operations. The corporate and other category includes costs not allocated to individual segments, including charges related to the financial realignment plan, incentive compensation and corporate headquarters functions managed on a worldwide basis. Segment assets are comprised of accounts receivable and inventories, net of applicable reserves and allowances.

| | For the Year | | |
| --- | --- | --- | --- |
| | 2003 | 2002 | 2001 |
| | | (In thousands) | |
| **Revenues** | | | |
| **Domestic:** | | | |
| Mattel Brands US | $1,594,144 | $1,790,006 | $1,817,272 |
| Fisher-Price Brands US | 1,265,224 | 1,282,221 | 1,234,169 |
| American Girl Brands | 344,446 | 350,178 | 340,843 |
| Total Domestic | 3,203,814 | 3,422,405 | 3,392,284 |
| International | 2,175,709 | 1,890,939 | 1,680,291 |
| Gross sales | 5,379,523 | 5,313,344 | 5,072,575 |
| Sales adjustments | (419,423) | (428,004) | (384,651) |
| Net sales from continuing operations | $4,960,100 | $4,885,340 | $4,687,924 |
| **Segment Income** | | | |
| **Domestic:** | | | |
| Mattel Brands US | $ 388,666 | $ 445,982 | $ 403,933 |
| Fisher-Price Brands US | 180,131 | 187,009 | 157,030 |
| American Girl Brands | 61,968 | 58,106 | 49,907 |
| Total Domestic | 630,767 | 691,097 | 610,870 |
| International | 364,963 | 304,989 | 198,242 |
| | 995,730 | 996,086 | 809,112 |
| Goodwill amortization | — | — | 46,121 |
| Corporate and other expense (a) | 210,020 | 262,545 | 183,671 |
| Operating income | 785,710 | 733,541 | 579,320 |
| Interest expense | 80,577 | 113,897 | 155,132 |
| Interest (income) | (18,966) | (17,724) | (15,481) |
| Other non-operating (income) expense, net | (16,755) | 15,871 | 9,659 |
| Income from continuing operations before income taxes | $ 740,854 | $ 621,497 | $ 430,010 |

(a)   *Corporate and other expense is higher in 2002 compared to 2003 and 2001, largely due to higher incentive compensation expense and a $25.4 million charge in 2002 resulting from the settlement of shareholder litigation related to the 1999 acquisition of Learning Company.*

83

Exhibit 17 , P. 332

Form 10-K

**Table of Contents**

|  | For the Year | | |
|---|---|---|---|
|  | **2003** | **2002** | **2001** |
|  | (In thousands) | | |
| **Depreciation/Amortization** | | | |
| Domestic: | | | |
| Mattel Brands US | $ 55,437 | $ 65,001 | $ 74,528 |
| Fisher-Price Brands US | 38,628 | 41,600 | 44,618 |
| American Girl Brands | 16,979 | 18,338 | 15,743 |
| Total Domestic | 111,044 | 124,939 | 134,889 |
| International | 51,107 | 49,909 | 56,366 |
|  | 162,151 | 174,848 | 191,255 |
| Goodwill amortization | — | — | 46,121 |
| Corporate and other | 21,668 | 17,080 | 25,132 |
| Depreciation and amortization from continuing operations | $183,819 | $191,928 | $262,508 |

|  | As of Year End | | |
|---|---|---|---|
|  | **2003** | **2002** | **2001** |
|  | (In thousands) | | |
| **Assets** | | | |
| Domestic: | | | |
| Mattel Brands US | $243,934 | $194,346 | $ 279,324 |
| Fisher-Price Brands US | 149,158 | 181,077 | 256,466 |
| American Girl Brands | 64,877 | 64,846 | 67,391 |
| Total Domestic | 457,969 | 440,269 | 603,181 |
| International | 434,286 | 331,948 | 483,126 |
|  | 892,255 | 772,217 | 1,086,307 |
| Corporate and other | 40,291 | 57,198 | 67,026 |
| Accounts receivable and inventories from continuing operations | $932,546 | $829,415 | $1,153,333 |

Mattel sells a broad variety of toy products, which are grouped into three major categories: Mattel Brands, Fisher-Price Brands and American Girl Brands. The table below presents worldwide revenues by category:

|  | For the Year | | |
|---|---|---|---|
|  | **2003** | **2002** | **2001** |
|  | (In thousands) | | |
| **Worldwide Revenues** | | | |
| Mattel Brands | $3,255,605 | $3,236,286 | $3,093,409 |
| Fisher-Price Brands | 1,771,209 | 1,699,931 | 1,617,917 |
| American Girl Brands | 344,446 | 350,178 | 340,843 |
| Other | 8,263 | 26,949 | 20,406 |
| Gross sales | 5,379,523 | 5,313,344 | 5,072,575 |
| Sales adjustments | (419,423) | (428,004) | (384,651) |
| Net sales from continuing operations | $4,960,100 | $4,885,340 | $4,687,924 |

Exhibit _T_, P. _333_

Form 10-K

84

Exhibit 17, P. 334

Form 10-K

Table of Contents

The tables below present information by geographic area. Revenues are attributed to countries based on location of customer. Long-lived assets principally include net property, plant and equipment, and goodwill.

| | For the Year | | |
| --- | --- | --- | --- |
| | 2003 | 2002 | 2001 |
| | (In thousands) | | |
| **Revenues** | | | |
| United States | $3,203,814 | $3,422,405 | $3,392,284 |
| International: | | | |
| Europe | 1,356,131 | 1,126,177 | 933,450 |
| Latin America | 462,167 | 466,349 | 471,301 |
| Canada | 185,831 | 161,469 | 155,791 |
| Asia Pacific | 171,580 | 136,944 | 119,749 |
| Total International | 2,175,709 | 1,890,939 | 1,680,291 |
| Gross sales | 5,379,523 | 5,313,344 | 5,072,575 |
| Sales adjustments | (419,423) | (428,004) | (384,651) |
| Net sales from continuing operations | $4,960,100 | $4,885,340 | $4,687,924 |

| | As of Year End | | |
| --- | --- | --- | --- |
| | 2003 | 2002 | 2001 |
| | (In thousands) | | |
| **Long-Lived Assets** | | | |
| United States (a) | $ 940,095 | $ 934,854 | $1,406,467 |
| International | 666,569 | 622,688 | 576,809 |
| Consolidated total | $1,606,664 | $1,557,542 | $1,983,276 |

(a)  *Decrease in 2002 compared to 2001 is due to a pre-tax transition adjustment of $400.0 million resulting from the transitional impairment test of American Girl Brands goodwill as a result of implementing SFAS No. 142.*

85

Exhibit 17 , P. 335

## Table of Contents

As discussed in Note 1 to the consolidated financial statements, effective October 1, 2003, Mattel changed the way certain close out sales are classified in its consolidated statement of operations. Close out sales are sales of certain products that are no longer included in current product lines. These sales were previously classified as a reduction of cost of sales. Commencing October 1, 2003, close out sales are reported as net sales in Mattel's consolidated statements of operations. This change in classification has no impact on gross profit, operating income, net income, income per common share, or any element of the consolidated balance sheets or consolidated statements of cash flows for any date or period presented. The following table provides the quantification of close out sales by segment, worldwide and geographic area:

| | For the Year | | |
| --- | --- | --- | --- |
| | 2003 (a) | 2002 | 2001 |
| | (In thousands) | | |
| **Segment** | | | |
| **Domestic:** | | | |
| Mattel Brands US | $17,814 | $ 43,299 | $ 85,308 |
| Fisher-Price Brands US | 10,313 | 37,753 | 44,341 |
| American Girl Brands | — | — | — |
| Total Domestic | 28,127 | 81,052 | 129,649 |
| International | 9,997 | 31,621 | 33,739 |
| | $38,124 | $112,673 | $163,388 |
| | | | |
| **Worldwide** | | | |
| Mattel Brands | $25,492 | $ 64,113 | $107,829 |
| Fisher-Price Brands | 12,556 | 46,030 | 53,351 |
| American Girl Brands | — | — | — |
| Other | 76 | 2,530 | 2,208 |
| | $38,124 | $112,673 | $163,388 |
| | | | |
| **Geographic Area** | | | |
| United States | $28,127 | $ 81,052 | $129,649 |
| International: | | | |
| Europe | 6,202 | 15,072 | 15,240 |
| Latin America | 1,382 | 8,814 | 6,508 |
| Canada | 621 | 2,540 | 4,975 |
| Asia Pacific | 1,792 | 5,195 | 7,016 |
| Total International | 9,997 | 31,621 | 33,739 |
| | $38,124 | $112,673 | $163,388 |

(a)  *Close out sales for the three months ended December 31, 2003, totaling $19.2 million, are included in reported sales. Close out sales for the first nine months of 2003, totaling $38.1 million, are classified as a reduction of cost of sales.*

86

Exhibit 17 , P. 336

Form 10-K

Table of Contents

Note 12—Quarterly Financial Information (Unaudited)

| | First Quarter | Second Quarter | Third Quarter | Fourth Quarter |
|---|---|---|---|---|
| | (In thousands, except per share amounts) | | | |
| **Year Ended December 31, 2003** | | | | |
| Net sales (a) | $745,283 | $768,994 | $1,704,674 | $1,741,149 |
| Gross profit | 368,006 | 356,324 | 840,069 | 865,084 |
| Advertising and promotion expenses | 83,806 | 80,748 | 196,638 | 274,913 |
| Other selling and administrative expenses | 222,870 | 230,530 | 263,275 | 286,224 |
| Restructuring and other charges | 8,700 | 3,300 | (7,631) | 400 |
| Operating income | 52,630 | 41,746 | 387,787 | 303,547 |
| Income before income taxes | 44,651 | 28,822 | 373,432 | 293,949 |
| Net income | 32,843 | 20,892 | 270,031 | 213,866 |
| Income per common share—Basic: | | | | |
| Net income | $ 0.07 | $ 0.05 | $ 0.61 | $ 0.50 |
| Weighted average number of common shares | 438,265 | 439,700 | 439,315 | 430,827 |
| Income per common share—Diluted: | | | | |
| Net income | $ 0.07 | $ 0.05 | $ 0.61 | $ 0.49 |
| Weighted average number of common and common equivalent shares | 443,934 | 445,491 | 444,004 | 435,285 |
| Dividends declared per common share | $ — | $ — | $ — | $ 0.40 |
| Common stock market price: | | | | |
| High | $ 23.05 | $ 22.99 | $ 20.62 | $ 20.58 |
| Low | 19.05 | 18.92 | 18.80 | 18.85 |

(a)  *As discussed in Note 1 to the consolidated financial statements, effective October 1, 2003, Mattel changed the way certain close out sales are classified in its consolidated statement of operations. Close out sales are sales of certain products that are no longer included in current product lines. These sales were previously classified as a reduction of cost of sales. Commencing October 1, 2003, close out sales are reported as net sales in Mattel's consolidated statements of operations. Accordingly, close out sales for the fourth quarter of 2003, totaling $19.2 million, are included in reported net sales and all prior close out sales were classified as a reduction of cost of sales. The following table provides the quantification of close out sales by quarter for 2003 (in thousands):*

| | First Quarter | Second Quarter | Third Quarter | Fourth Quarter |
|---|---|---|---|---|
| 2003 | $ 13,334 | $ 12,043 | $ 12,747 | $ 19,204 |

87

Exhibit 17 , P. 337

Form 10-K

Table of Contents

| | First Quarter | Second Quarter | Third Quarter | Fourth Quarter |
|---|---|---|---|---|
| | (In thousands, except per share amounts) | | | |
| **Year Ended December 31, 2002** | | | | |
| Net sales (a) | $ 741,984 | $804,444 | $1,669,424 | $1,669,488 |
| Gross profit | 331,894 | 354,358 | 840,400 | 834,335 |
| Advertising and promotion expenses | 82,671 | 82,858 | 186,980 | 199,993 |
| Other selling and administrative expenses | 213,719 | 221,168 | 286,359 | 329,098 |
| Restructuring and other charges | 14,800 | 6,900 | — | 2,900 |
| Operating income | 20,704 | 43,432 | 367,061 | 302,344 |
| Income (loss) from continuing operations before income taxes | (6,468) | 25,649 | 347,168 | 255,148 |
| Income (loss) from continuing operations | (3,951) | 19,578 | 253,321 | 186,094 |
| Gain from discontinued operations, net of tax (b) | — | — | 27,253 | |
| Cumulative effect of change in accounting principles, net of tax | (252,194) | — | — | — |
| Net income (loss) | (256,145) | 19,578 | 280,574 | 186,094 |
| Income (loss) per common share—Basic: | | | | |
| Income (loss) from continuing operations | $ (0.01) | $ 0.04 | $ 0.58 | $ 0.43 |
| Gain from discontinued operations (b) | — | — | 0.06 | — |
| Cumulative effect of change in accounting principles | (0.58) | — | — | — |
| Net income (loss) | $ (0.59) | $ 0.04 | $ 0.64 | $ 0.43 |
| Weighted average number of common shares | 432,640 | 436,134 | 436,959 | 437,354 |
| Income (loss) per common share—Diluted: | | | | |
| Income (loss) from continuing operations | $ (0.01) | $ 0.04 | $ 0.57 | $ 0.42 |
| Gain from discontinued operations (b) | — | — | 0.06 | — |
| Cumulative effect of change in accounting principles | (0.58) | — | — | — |
| Net income (loss) | $ (0.59) | $ 0.04 | $ 0.63 | $ 0.42 |
| Weighted average number of common and common equivalent shares | 432,640 | 442,163 | 442,151 | 442,235 |
| Dividends declared per common share | $ — | $ — | $ — | $ 0.05 |
| Common stock market price: | | | | |
| High | $ 21.05 | $ 22.20 | $ 20.95 | $ 20.70 |
| Low | 16.80 | 19.71 | 17.36 | 15.75 |

(a)  *As discussed in Note 1 to the consolidated financial statements, effective October 1, 2003, Mattel changed the way certain close out sales are classified in its consolidated statement of operations. Close out sales are sales of certain products that are no longer included in current product lines. These sales were previously classified as a reduction of cost of sales. Commencing October 1, 2003, close out sales are reported as net sales in Mattel's consolidated statements of operations. Accordingly, close out sales for the fourth quarter of 2003, totaling $19.2 million, are included in reported net sales and all prior close out sales were classified as a reduction of cost of sales. The following table provides the quantification of close out sales by quarter for 2002 (in thousands):*

| | First Quarter | Second Quarter | Third Quarter | Fourth Quarter |
|---|---|---|---|---|
| *2002* | $ 25,034 | $ 28,659 | $ 30,053 | $ 28,927 |

(b)  *As more fully described in Note 14 to the consolidated financial statements, the Consumer Software segment, which was comprised primarily of Learning Company, was reported as a discontinued operation effective March 31, 2000, and the consolidated statements of operations were reclassified to segregate the operating results of the Consumer Software segment.*

88

Exhibit 17 , P. 338

Form 10-K

Table of Contents

**Note 13—Supplemental Financial Information**

|  | As of Year End | |
| --- | --- | --- |
|  | 2003 | 2002 |
|  | (In thousands) | |
| **Inventories include the following:** | | |
| Raw materials and work in process | $ 40,362 | $ 34,324 |
| Finished goods | 348,296 | 304,275 |
|  | $388,658 | $338,599 |
| **Prepaid expenses and other current assets include the following:** | | |
| Prepaid income taxes | $110,656 | $120,353 |
| Receivables collections deposits with banks | 98,210 | 80,690 |
| Other | 100,763 | 91,468 |
|  | $309,629 | $292,511 |
| **Other assets include the following:** | | |
| Deferred income taxes | $509,430 | $513,153 |
| Other | 258,522 | 254,785 |
|  | $767,952 | $767,938 |
| **Accrued liabilities include the following:** | | |
| Receivable collections due to bank | $219,090 | $183,486 |
| Royalties | 94,528 | 118,791 |
| Advertising and promotion | 89,247 | 102,398 |
| Incentive compensation | 37,797 | 121,111 |
| Other | 412,316 | 416,126 |
|  | $852,978 | $941,912 |
| **Other long-term liabilities include the following:** | | |
| Benefit plan liabilities | $184,296 | $148,338 |
| Other | 53,557 | 43,786 |
|  | $237,853 | $192,124 |

|  | For the Year | | |
| --- | --- | --- | --- |
|  | 2003 | 2002 | 2001 |
|  | (In thousands) | | |
| **Other selling and administrative expenses include the following:** | | | |
| Research and development | $167,362 | $159,496 | $175,629 |
| Bad debt expense | 10,688 | 53,365 | 57,746 |
| **Supplemental disclosure of cash flow information:** | | | |
| Cash paid during the year for: | | | |
| Income taxes | $115,468 | $108,250 | $ 61,438 |
| Interest | 82,868 | 120,394 | 157,926 |
| **Noncash investing and financing activities:** | | | |
| Marketable securities tendered for debt repayment | $ — | $ — | $ 10,144 |
| Liability for acquisitions | | 2,021 | 8,419 |

Exhibit 17, P. 339

Form 10-K

Note 14—Discontinued Operations

In May 1999, Mattel merged with Learning Company, with Mattel being the surviving corporation. This transaction was accounted for as a pooling of interests. On March 31, 2000, Mattel's board of directors resolved to dispose of its Consumer Software segment, which was comprised primarily of Learning Company. As a result

89

Exhibit 17, P. 340

Form 10-K

Table of Contents

of this decision, the Consumer Software segment was reported as a discontinued operation effective March 31, 2000, and the consolidated statements of operations were reclassified to segregate the operating results of the Consumer Software segment.

On October 18, 2000, Mattel disposed of Learning Company to an affiliate of Gores Technology Group in return for a contractual right to receive future consideration based on income generated from its business operations and/or the net proceeds derived by the new company upon the sale of its assets or other liquidation events, or 20% of its enterprise value at the end of five years.

In 2001, Mattel received proceeds totaling $10.0 million from Gores Technology Group as a result of liquidation events related to Gores Technology Group's sale of the entertainment and education divisions of the former Learning Company. Mattel also incurred additional costs of approximately $10 million in 2001 related to the wind down of the Consumer Software segment. Accordingly, no income was recorded in the consolidated statement of operations for discontinued operations.

In 2002, Gores Technology Group completed the sale and liquidation of non-cash proceeds related to the sales of the education and productivity divisions of the former Learning Company. Mattel recognized a gain from discontinued operations of $27.3 million, net of taxes, in the consolidated statement of operations in 2002.

Summary financial information for the discontinued operations for 2002 is as follows (in millions):

| | |
|---|---:|
| Gain on disposal | $43.3 |
| Actual and estimated losses during phase-out period | — |
| | 43.3 |
| Provision for income taxes | 16.0 |
| Net gain on disposal | 27.3 |
| Gain from discontinued operations | $27.3 |

**Item 9.   Changes in and Disagreements with Auditors on Accounting and Financial Disclosure.**

None.

**Item 9A.   Controls and Procedures.**

As of December 31, 2003, Mattel's disclosure controls and procedures were evaluated. Based on this evaluation, Robert A. Eckert, Mattel's principal executive officer, and Kevin M. Farr, Mattel's principal financial officer, concluded that these disclosure controls and procedures were effective as of December 31, 2003, in timely alerting them to material information relating to Mattel required to be included in Mattel's periodic reports.

Beginning in the fourth quarter of 2002, Mattel began and continues to implement a planned conversion to new and upgraded financial and human resources information technology systems. Mattel has evaluated the effect on its internal control over financial reporting of this conversion and determined that this conversion has not materially affected, and is not reasonably likely to materially affect, Mattel's internal control over financial reporting. Mattel has not made any significant changes to its internal control over financial reporting or in other factors that could significantly affect these controls subsequent to December 31, 2003.

90

Exhibit 17, P. 341

Form 10-K

Table of Contents

## PART III

**Item 10.   Directors and Executive Officers of the Registrant.**

Information required under this Item is incorporated herein by reference to Mattel's 2004 Notice of Annual Meeting of Stockholders and Proxy Statement to be filed with the SEC within 120 days after December 31, 2003. Information with respect to the executive officers of Mattel appears under the heading "Executive Officers of the Registrant" in Part I herein. Mattel has adopted the Mattel Code of Conduct (the "Code of Conduct") applicable to all directors, officers and employees which includes its general comprehensive code of ethical business conduct as well as provisions related to accounting and financial matters applicable to the Chief Executive Officer, Chief Financial Officer, Corporate Controller and other finance organization employees (the "finance code of ethics"). The Code of Conduct is publicly available on Mattel's corporate website at www.mattel.com. A copy may also be obtained free of charge by mailing a request in writing to: Secretary, Mail Stop M1-1516, Mattel, Inc., 333 Continental Blvd., El Segundo, CA 90245-5012. If Mattel makes any substantive amendments to the Code of Conduct or the finance code of ethics, or grants any waiver, including any implicit waiver from a provision of the Code of Conduct for any executive officer or director, or the finance code of ethics for the Chief Executive Officer, Chief Financial Officer or Corporate Controller, Mattel will disclose the nature of such amendment or waiver on its corporate website or in a Current Report on Form 8-K. Mattel has posted the board of directors' corporate governance guidelines and the charters of its Audit, Compensation and Nominations Committees of the board of directors on its corporate website at www.mattel.com. Copies of the corporate governance guidelines and committee charters may be obtained free of charge by mailing a request to the address noted above.

**Item 11.   Executive Compensation.**

The information required under this Item is incorporated herein by reference to Mattel's 2004 Notice of Annual Meeting of Stockholders and Proxy Statement to be filed with the SEC within 120 days after December 31, 2003.

**Item 12.   Security Ownership of Certain Beneficial Owners and Management.**

The information required under this Item is incorporated herein by reference to Mattel's 2004 Notice of Annual Meeting of Stockholders and Proxy Statement to be filed with the SEC within 120 days after December 31, 2003.

**Item 13.   Certain Relationships and Related Transactions.**

The information required under this Item is incorporated herein by reference to Mattel's 2004 Notice of Annual Meeting of Stockholders and Proxy Statement to be filed with the SEC within 120 days after December 31, 2003.

**Item 14.   Principal Accounting Fees and Services.**

The information required under this Item is incorporated herein by reference to Mattel's 2004 Notice of Annual Meeting of Stockholders and Proxy Statement to be filed with the SEC within 120 days after December 31, 2003.

91

Exhibit 17, P. 342

Table of Contents

## PART IV

**Item 15. Exhibits, Financial Statement Schedules and Reports on Form 8-K.**

(a) The following documents are filed as part of this report:

1. *Financial Statements*

| | Page |
|---|---|
| Report of Independent Auditors | 49 |
| Consolidated Balance Sheets as of December 31, 2003 and 2002 | 50 |
| Consolidated Statements of Operations for the years ended December 31, 2003, 2002 and 2001 | 52 |
| Consolidated Statements of Cash Flows for the years ended December 31, 2003, 2002 and 2001 | 53 |
| Consolidated Statements of Stockholders' Equity for the years ended December 31, 2003, 2002 and 2001 | 54 |
| Notes to Consolidated Financial Statements | 55 |

2. *Financial Statement Schedule for the years ended December 31, 2003, 2002 and 2001(1)*

Schedule II—Valuation and Qualifying Accounts and Allowances

3. *Exhibits (Listed by numbers corresponding to Item 601 of Regulation S-K)*

2.0 Agreement and Plan of Merger, dated as of December 13, 1998, between Mattel and The Learning Company, Inc. (incorporated by reference to Exhibit 2.1 to Mattel's Current Report on Form 8-K dated December 15, 1998)

2.1 Sale and Purchase Agreement between Mattel and Alec E. Gores, Trustee of the Revocable Living Trust Agreement of Alec E. Gores, and GTG/Wizard, LLC (incorporated by reference to Exhibit 99.1 to Mattel's Quarterly Report on Form 10-Q for the quarter ended September 30, 2000)

2.2 Sale and Purchase Agreement Amendment No. 1 between Mattel and Alec E. Gores, Trustee of the Revocable Living Trust Agreement of Alec E. Gores, and GTG/Wizard, LLC (incorporated by reference to Exhibit 2.2 to Mattel's Annual Report on Form 10-K for the year ended December 31, 2000)

2.3 Amendment No. 2 to the Sale and Purchase Agreement between Mattel and Alec E. Gores, Trustee of the Revocable Living Trust Agreement of Alec E. Gores, and GTG/Wizard, LLC (incorporated by reference to Exhibit 2.3 to Mattel's Annual Report on Form 10-K for the year ended December 31, 2000)

3.0 Restated Certificate of Incorporation of Mattel (File No. 001-05647) (incorporated by reference to Exhibit 3.0 to Mattel's Annual Report on Form 10-K for the year ended December 31, 2000)

3.1 Certificate of Amendment of Restated Certificate of Incorporation of Mattel (incorporated by reference to Exhibit 3.1 to Mattel's Annual Report on Form 10-K for the year ended December 31, 2001)

3.2 Certificate of Amendment of Restated Certificate of Incorporation of Mattel (incorporated by reference to Exhibit B to Mattel's Proxy Statement dated March 30, 1998)

3.3 Amended and Restated By-laws of Mattel (incorporated by reference to Exhibit 3.3 to Mattel's Annual Report on Form 10-K for the year ended December 31, 2001)

4.0 Specimen Stock Certificate with respect to Mattel's Common Stock (incorporated by reference to Exhibit 4.0 to Mattel's Annual Report on Form 10-K for the year ended December 31, 2001)

(1) *All other schedules are omitted because they are not applicable or the required information is shown in the consolidated financial statements or notes thereto.*

Exhibit 17, P. 343

Form 10-K

Table of Contents

4.1     Indenture dated as of February 15, 1996 between Mattel and Chase Manhattan Bank and Trust Company, National Association, formerly Chemical Trust Company of California, as Trustee·(incorporated by reference to Exhibit 4.1 to Mattel's Annual Report on Form 10-K for the year ended December 31, 2001)

        (Mattel has not filed certain long-term debt instruments under which the principal amount of securities authorized to be issued does not exceed 10% of its total assets. Copies of such agreements will be provided to the SEC upon request.)

10.0    Amended and Restated Credit Agreement dated as of March 20, 2002 among Mattel, Inc., as Borrower, Bank of America, N.A. as Administrative Agent, and the financial institutions party thereto (incorporated by reference to Exhibit 10.0 to Mattel's Annual Report on Form 10-K for the year ended December 31, 2001)

10.1    First Amended and Restated Receivables Purchase Agreement dated as of March 20, 2002 among Mattel Factoring, Inc., as Transferor, Mattel, Inc., as Servicer, Bank of America, N.A., as Administrative Agent, and the financial institutions party thereto (incorporated by reference to Exhibit 10.1 to Mattel's Annual Report on Form 10-K for the year ended December 31, 2001)

10.2    Distribution Agreement dated November 12, 1997 among Mattel, Morgan Stanley & Co. Incorporated and Credit Suisse First Boston Corporation (incorporated by reference to Exhibit 10.2 to Mattel's Annual Report on Form 10-K for the year ended December 31, 2002)

10.3    Master Agreement for the Transfer of Receivables dated 30th November, 2001 among Societe Generale Bank Nederland N.V., Mattel International Holdings B.V. as Depositor and Mattel France S.A. and Mattel GmbH as the Sellers (incorporated by reference to Exhibit 10.6 to Mattel's Annual Report on Form 10-K for the year ended December 31, 2001)

10.4    Amendment to Master Agreement for the Transfer of Receivables dated December 20, 2001 among Societe Generale Bank Nederland N.V., Mattel International Holdings B.V. and Mattel GmbH (incorporated by reference to Exhibit 10.7 to Mattel's Annual Report on Form 10-K for the year ended December 31, 2001)

10.5    Amendment to Master Agreement for the Transfer of Receivables dated July 1, 2002 among Societe Generale Bank Nederland, Mattel International Holdings B.V., Mattel France S.A.S. and Mattel GmbH (incorporated by reference to Exhibit 99.3 to Mattel's Quarterly Report on Form 10-Q for the quarter ended June 30, 2002)

10.6    Amendment to Master Agreement for the Transfer of Receivables dated July 29, 2003 among Societe Generale Bank Nederland N.V., Mattel International Holdings B.V., Mattel France S.A.S. and Mattel GmbH (incorporated by reference to Exhibit 99.0 to Mattel's Quarterly Report on Form 10-Q for the quarter ended June 30, 2003)

Executive Compensation Plans and Arrangements of Mattel

10.7    Form of Indemnity Agreement between Mattel and its directors and certain of its executive officers (incorporated by reference to Exhibit 10.9 to Mattel's Annual Report on Form 10-K for the year ended December 31, 2000)

10.8    Executive Employment Agreement dated October 18, 2000 between Mattel and Robert A. Eckert (incorporated by reference to Exhibit 10.10 to Mattel's Annual Report on Form 10-K for the year ended December 31, 2000)

10.9    Loan Agreement dated May 18, 2000 between Mattel and Robert A. Eckert (incorporated by reference to Exhibit 99.3 to Mattel's Quarterly Report on Form 10-Q for the quarter ended June 30, 2000)

93

Exhibit 17 , P. 344

Form 10-K

### Table of Contents

10.10    Executive Employment Agreement dated January 31, 2000 between Mattel and Matthew C. Bousquette (incorporated by reference to Exhibit 10.9 to Mattel's Annual Report on Form 10-K for the year ended December 31, 1999)

10.11    Amendment to Employment Agreement dated July 20, 2000 between Mattel and Matthew C. Bousquette (incorporated by reference to Exhibit 10.24 to Mattel's Annual Report on Form 10-K for the year ended December 31, 2000)

10.12    Loan Agreement dated October 29, 1999 between Mattel and Matthew C. Bousquette (incorporated by reference to Exhibit 10.10 to Mattel's Annual Report on Form 10-K for the year ended December 31, 1999)

10.13    Loan Agreement dated April 7, 2000 between Mattel and Matthew C. Bousquette (incorporated by reference to Exhibit 99.1 to Mattel's Quarterly Report on Form 10-Q for the quarter ended June 30, 2000)

10.14    Amendment to Employment Agreement and Stock Option Grant Agreements between Mattel and Matthew C. Bousquette dated February 10, 2000 (incorporated by reference to Exhibit 10.11 to Mattel's Annual Report on Form 10-K for the year ended December 31, 1999)

10.15    Executive Employment Agreement dated January 31, 2000 between Mattel and Neil B. Friedman (incorporated by reference to Exhibit 10.12 to Mattel's Annual Report on Form 10-K for the year ended December 31, 1999)

10.16    Amendment to Employment Agreement dated November 14, 2000 between Mattel and Neil B. Friedman (incorporated by reference to Exhibit 10.29 to Mattel's Annual Report on Form 10-K for the year ended December 31, 2000)

10.17    Loan Agreement dated October 29, 1999 between Mattel and Neil B. Friedman (incorporated by reference to Exhibit 10.13 to Mattel's Annual Report on Form 10-K for the year ended December 31, 1999)

10.18    Loan Agreement dated April 7, 2000 between Mattel and Neil B. Friedman (incorporated by reference to Exhibit 99.2 to Mattel's Quarterly Report on Form 10-Q for the quarter ended June 30, 2000)

10.19    Amendment to Employment Agreement and Stock Option Grant Agreements between Mattel and Neil B. Friedman dated February 10, 2000 (incorporated by reference to Exhibit 10.14 to Mattel's Annual Report on Form 10-K for the year ended December 31, 1999)

10.20    Amended and Restated Executive Employment Agreement dated March 28, 2000 between Mattel and Kevin M. Farr (incorporated by reference to Exhibit 10.33 to Mattel's Annual Report on Form 10-K for the year ended December 31, 2000)

10.21    Amendment to Employment Agreement and Stock Option Grant Agreements dated July 20, 2000 between Mattel and Kevin M. Farr (incorporated by reference to Exhibit 10.34 to Mattel's Annual Report on Form 10-K for the year ended December 31, 2000)

10.22    Loan Agreement dated as of February 3, 2000 between Mattel and Kevin M. Farr (incorporated by reference to Exhibit 10.35 to Mattel's Annual Report on Form 10-K for the year ended December 31, 2000)

10.23    Loan Agreement dated as of April 7, 2000 between Mattel and Kevin M. Farr (incorporated by reference to Exhibit 10.36 to Mattel's Annual Report on Form 10-K for the year ended December 31, 2000)

10.24    Amendment to Employment Agreement dated March 6, 2002 between Mattel and Kevin M. Farr (incorporated by reference to Exhibit 10.30 to Mattel's Annual Report on Form 10-K for the year ended December 31, 2001)

94

Exhibit 17, P. 345

Form 10-K

**Table of Contents**

| | |
|---|---|
| 10.25* | Employment agreement dated August 22, 2000 between Mattel and Bryan G. Stockton |
| 10.26 | 2002 Mattel Incentive Plan (incorporated by reference to Appendix A to Mattel's Proxy Statement dated April 10, 2002) |
| 10.27 | Mattel, Inc. 2003 Long-Term Incentive Plan (incorporated by reference to Appendix A to Mattel's Proxy Statement dated April 2, 2003) |
| 10.28 | Mattel, Inc. Deferred Compensation Plan for Non-Employee Directors (incorporated by reference to Exhibit 10.12 to Mattel's Annual Report on Form 10-K for the year ended December 31, 1998) |
| 10.29 | Amendment No. 1 to Mattel, Inc. Deferred Compensation Plan for Non-Employee Directors (incorporated by reference to Exhibit 10.43 to Mattel's Annual Report on Form 10-K for the year ended December 31, 2000) |
| 10.30 | Mattel, Inc. Amended & Restated Supplemental Executive Retirement Plan as of May 1, 1996 (incorporated by reference to Exhibit 10.37 to Mattel's Annual Report on Form 10-K for the year ended December 31, 2001) |
| 10.31 | Amendment No. 1 to Mattel, Inc. Amended & Restated Supplemental Executive Retirement Plan (incorporated by reference to Exhibit 10.22 to Mattel's Annual Report on Form 10-K for the year ended December 31, 1999) |
| 10.32 | Mattel, Inc. Deferred Compensation and PIP Excess Plan (incorporated by reference to Exhibit 4.1 to Mattel's Registration Statement on Form S-8 dated May 31, 2002) |
| 10.33 | The Fisher-Price Pension Plan (1994 Restatement) (incorporated by reference to Exhibit 10.41 to Mattel's Annual Report on Form 10-K for the year ended December 31, 2001) |
| 10.34 | Fifth Amendment to the Fisher-Price Pension Plan (incorporated by reference to Exhibit 10.49 to Mattel's Annual Report on Form 10-K for the year ended December 31, 2000) |
| 10.35 | Sixth Amendment to the Fisher-Price Pension Plan (incorporated by reference to Exhibit 10.43 to Mattel's Annual Report on Form 10-K for the year ended December 31, 2001) |
| 10.36* | Seventh Amendment to the Fisher-Price Pension Plan |
| 10.37* | Eighth Amendment to the Fisher-Price Pension Plan |
| 10.38 | The Fisher-Price Section 415 Excess Benefit Plan (incorporated by reference to Exhibit 10(n) to Fisher-Price's Registration Statement on Form 10 dated June 28, 1991) |
| 10.39 | Mattel, Inc. Personal Investment Plan, October 1, 2001 Restatement (incorporated by reference to Exhibit 10.45 to Mattel's Annual Report on Form 10-K for the year ended December 31, 2001) |
| 10.40* | First Amendment to the Mattel, Inc. Personal Investment Plan |
| 10.41* | Second Amendment to the Mattel, Inc. Personal Investment Plan |
| 10.42* | Third Amendment to the Mattel, Inc. Personal Investment Plan |
| 10.43* | Fourth Amendment to the Mattel, Inc. Personal Investment Plan |
| 10.44 | Mattel, Inc. Amended and Restated 1990 Stock Option Plan (the "1990 Plan") (incorporated by reference to Exhibit 10.49 to Mattel's Annual Report on Form 10-K for the year ended December 31, 2001) |
| 10.45 | Amendment No. 1 to the 1990 Plan (incorporated by reference to the information under the heading "Amendment to Mattel 1990 Stock Option Plan" on page F-1 of the Joint Proxy Statement/Prospectus of Mattel and Fisher-Price included in Mattel's Registration Statement on Form S-4, Registration No. 33-50749) |

95

Exhibit 17 , P. 346

**Table of Contents**

| 10.46 | Amendment No. 2 to the 1990 Plan (incorporated by reference to Exhibit 10.57 to Mattel's Annual Report on Form 10-K for the year ended December 31, 2000) |
|---|---|
| 10.47 | Amendment No. 3 to the 1990 Plan (incorporated by reference to Exhibit 10.34 to Mattel's Annual Report on Form 10-K for the year ended December 31, 1999) |
| 10.48 | Amendment No. 4 to the 1990 Plan (incorporated by reference to Exhibit 99.0 to Mattel's Quarterly Report on Form 10-Q for the quarter ended March 31, 2000) |
| 10.49 | Form of First Amendment to Award Agreement under the 1990 Plan (incorporated by reference to Exhibit 10.60 to Mattel's Annual Report on Form 10-K for the year ended December 31, 2000) |
| 10.50 | Notice of Grant of Stock Options and Grant Agreement under the 1990 Plan (incorporated by reference to Exhibit 10.61 to Mattel's Annual Report on Form 10-K for the year ended December 31, 2000) |
| 10.51 | Grant Agreement for a Non-Qualified Stock Option under the 1990 Plan (incorporated by reference to Exhibit 10.62 to Mattel's Annual Report on Form 10-K for the year ended December 31, 2000) |
| 10.52 | Award Cancellation Agreement under the 1990 Plan (incorporated by reference to Exhibit 10.63 to Mattel's Annual Report on Form 10-K for the year ended December 31, 2000) |
| 10.53 | Amended and Restated Mattel, Inc. 1996 Stock Option Plan (the "1996 Plan") (incorporated by reference to Exhibit 10.58 to Mattel's Annual Report on Form 10-K for the year ended December 31, 2001) |
| 10.54 | Amendment to the 1996 Plan (incorporated by reference to Exhibit 4.2 to Mattel's Registration Statement on Form S-8 dated March 26, 1999) |
| 10.55 | Amendment No. 2 to the 1996 Plan (incorporated by reference to Exhibit 10.42 to Mattel's Annual Report on Form 10-K for the year ended December 31, 1999) |
| 10.56 | Amendment No. 3 to the 1996 Plan (incorporated by reference to Exhibit 99.1 to Mattel's Quarterly Report on Form 10-Q for the quarter ended March 31, 2000) |
| 10.57 | Amendment No. 4 to the 1996 Plan (incorporated by reference to Exhibit 10.68 to Mattel's Annual Report on Form 10-K for the year ended December 31, 2000) |
| 10.58 | Amendment No. 5 to the 1996 Plan (incorporated by reference to Exhibit 99.1 to Mattel's Quarterly Report on Form 10-Q for the quarter ended September 30, 2001) |
| 10.59 | Amendment to the 1996 Plan (incorporated by reference to Exhibit 10.64 to Mattel's Annual Report on Form 10-K for the year ended December 31, 2001) |
| 10.60 | Amendment No. 6 to the 1996 Plan (incorporated by reference to Exhibit 99.0 to Mattel's Quarterly Report on Form 10-Q for the quarter ended June 30, 2002) |
| 10.61 | Amendment No. 7 to the 1996 Plan (incorporated by reference to Exhibit 99.0 to Mattel's Quarterly Report on Form 10-Q for the quarter ended September 30, 2002) |
| 10.62 | Form of Option Grant Agreement for Outside Directors (Initial Grant) under the 1996 Plan, as amended (incorporated by reference to Exhibit 99.1 to Mattel's Quarterly Report on Form 10-Q for the quarter ended June 30, 2003) |
| 10.63 | Form of Option Grant Agreement for Outside Directors (Annual Grant) under the 1996 Plan, as amended (incorporated by reference to Exhibit 99.2 to Mattel's Quarterly Report on Form 10-Q for the quarter ended June 30, 2003) |
| 10.64 | Form of Option Grant Agreement (Three Year Vesting) under the 1996 Plan, as amended (incorporated by reference to Exhibit 99.3 to Mattel's Quarterly Report on Form 10-Q for the quarter ended June 30, 2003) |

96

Exhibit 13 , P. 347

Form 10-K

## Table of Contents

| | |
|---|---|
| 10.65 | Mattel, Inc. 1997 Premium Price Stock Option Plan (the "1997 Plan") (incorporated by reference to Exhibit A to Mattel's Proxy Statement dated March 30, 1998) |
| 10.66 | First Amendment to the 1997 Plan (incorporated by reference to Exhibit 10.0 to Mattel's Quarterly Report on Form 10-Q for the quarter ended June 30, 1998) |
| 10.67 | Second Amendment to the 1997 Plan (incorporated by reference to Exhibit 10.26 to Mattel's Annual Report on Form 10-K for the year ended December 31, 1998) |
| 10.68 | Amendment No. 3 to the 1997 Plan (incorporated by reference to Exhibit 10.48 of Mattel's Annual Report on Form 10-K for the year ended December 31, 1999) |
| 10.69 | Amendment No. 4 to the 1997 Plan (incorporated by reference to Exhibit 10.75 to Mattel's Annual Report on Form 10-K for the year ended December 31, 2000) |
| 10.70 | Amendment No. 5 to the 1997 Plan (incorporated by reference to Exhibit 99.1 to Mattel's Quarterly Report on Form 10-Q for the quarter ended June 30, 2002) |
| 10.71 | Form of Option and TLSAR Agreement under the 1997 Plan (25% Premium Grant), as amended (incorporated by reference to Exhibit 10.1 to Mattel's Quarterly Report on Form 10-Q for the quarter ended June 30, 1998) |
| 10.72 | Form of Option and TLSAR Agreement under the 1997 Plan (33 1/3% Premium Grant), as amended (incorporated by reference to Exhibit 10.2 to Mattel's Quarterly Report on Form 10-Q for the quarter ended June 30, 1998) |
| 10.73 | Mattel 1999 Stock Option Plan (the "1999 Plan") (incorporated by reference to Exhibit 10.51 to Mattel's Annual Report on Form 10-K for the year ended December 31, 1999) |
| 10.74 | Amendment No. 1 to the 1999 Plan (incorporated by reference to Exhibit 99.2 to Mattel's Quarterly Report on Form 10-Q for the quarter ended March 31, 2000) |
| 10.75 | Amendment No. 2 to the 1999 Plan (incorporated by reference to Exhibit 10.80 to Mattel's Annual Report on Form 10-K for the year ended December 31, 2000) |
| 10.76 | Amendment No. 3 to the 1999 Plan (incorporated by reference to Exhibit 99.2 to Mattel's Quarterly Report on Form 10-Q for the quarter ended June 30, 2002) |
| 10.77* | Form of Option Grant Agreement (Three Year Vesting) under the 1999 Plan, as amended |
| 11.0* | Computation of Income per Common and Common Equivalent Share |
| 12.0* | Computation of Ratio of Earnings to Fixed Charges and Ratio of Earnings to Combined Fixed Charges and Preferred Stock Dividends |
| 21.0* | Subsidiaries of the Registrant |
| 23.0* | Consent of PricewaterhouseCoopers LLP |
| 24.0* | Power of Attorney (on page 99 of Form 10-K) |
| 31.0* | Certification of Principal Executive Officer dated March 12, 2004 pursuant to Section 302 of the Sarbanes-Oxley Act of 2002 |
| 31.1* | Certification of Principal Financial Officer dated March 12, 2004 pursuant to Section 302 of the Sarbanes-Oxley Act of 2002 |
| 32.0* | Certification of Principal Executive Officer and Principal Financial Officer dated March 12, 2004 pursuant to 18 U.S.C. Section 1350, as adopted pursuant to Section 906 of the Sarbanes-Oxley Act of 2002(1) |

*   Filed herewith
(1)  *This exhibit should not be deemed to be "filed" for purposes of Section 18 of the Securities Exchange Act of 1934.*

97

Exhibit 17, P. 348

Case 2:04-cv-09049-DOC-RNB   Document 3862-8   Filed 05/29/08   Page 56 of 59   Page ID #:88492

<u>Table of Contents</u>

(b) *Reports on Form 8-K*

Mattel filed the following Current Reports on Form 8-K during the quarterly period ended December 31, 2003:

| Date of Report | Items Reported | Financial Statements Filed |
|---|---|---|
| October 16, 2003 | 7,9,12 | None |
| November 13, 2003 | 7,9,12 | None |
| November 21, 2003 | 7,9 | None |

(c) *Exhibits Required by Item 601 of Regulation S-K*

See Item (3) above

(d) *Financial Statement Schedule*

See Item (2) above

Copies of this Annual Report on Form 10-K (including Exhibit 24.0) and Exhibits 11.0, 12.0, 21.0, 23.0, 31.0, 31.1 and 32.0 are available to stockholders of Mattel without charge. Copies of other exhibits can be obtained by stockholders of Mattel upon payment of twelve cents per page for such exhibits. Written requests should be sent to: Secretary, Mail Stop M1-1516, Mattel, Inc., 333 Continental Boulevard, El Segundo, CA 90245-5012.

98

Exhibit 17, P. 349

Form 10-K

Table of Contents

## SIGNATURES

Pursuant to the requirements of Section 13 or 15(d) of the Securities Exchange Act of 1934, the Registrant has duly caused this report to be signed on its behalf by the undersigned, thereunto duly authorized.

<div align="right">

MATTEL, INC.
*Registrant*

By:      /s/   KEVIN M. FARR
_____

Kevin M. Farr
Chief Financial Officer

</div>

Date: As of March 12, 2004

## POWER OF ATTORNEY

We, the undersigned directors and officers of Mattel, Inc. do hereby severally constitute and appoint Robert A. Eckert, Robert Normile, Christopher O'Brien, and John L. Vogelstein, and each of them, our true and lawful attorneys and agents, to do any and all acts and things in our name and behalf in our capacities as directors and officers and to execute any and all instruments for us and in our names in the capacities indicated below, which said attorneys and agents, or any of them, may deem necessary or advisable to enable said Corporation to comply with the Securities Exchange Act of 1934, as amended, and any rules, regulations and requirements of the Securities and Exchange Commission, in connection with this Annual Report on Form 10-K, including specifically, but without limitation, power and authority to sign for us or any of us, in our names in the capacities indicated below, any and all amendments hereto; and we do each hereby ratify and confirm all that said attorneys and agents, or any one of them, shall do or cause to be done by virtue hereof.

Pursuant to the requirements of the Securities Exchange Act of 1934, this report has been signed below by the following persons on behalf of the Registrant and in the capacities and on the dates indicated.

| Signature | Title | Date |
|---|---|---|
| /s/ ROBERT A. ECKERT<br>_____<br>Robert A. Eckert | Chairman of the Board and Chief Executive Officer | March 12, 2004 |
| /s/ KEVIN M. FARR<br>_____<br>Kevin M. Farr | Chief Financial Officer (principal financial officer) | March 12, 2004 |
| /s/ DOUGLAS E. KERNER<br>_____<br>Douglas E. Kerner | Senior Vice President and Corporate Controller (principal accounting officer) | March 12, 2004 |
| /s/ EUGENE P. BEARD<br>_____<br>Eugene P. Beard | Director | March 12, 2004 |
| /s/ HAROLD BROWN<br>_____<br>Harold Brown | Director | March 12, 2004 |
| _____<br>Michael J. Dolan | Director | March 12, 2004 |

99

Exhibit 17, P. 350

Form 10-K

Table of Contents

| Signature | Title | Date |
|---|---|---|
| /s/  TULLY M. FRIEDMAN | Director | March 12, 2004 |
| Tully M. Friedman | | |
| /s/  RONALD M. LOEB | Director | March 12, 2004 |
| Ronald M. Loeb | | |
| /s/  ANDREA L. RICH | Director | March 12, 2004 |
| Andrea L. Rich | | |
| /s/  CHRISTOPHER A. SINCLAIR | Director | March 12, 2004 |
| Christopher A. Sinclair | | |
| /s/  G. CRAIG SULLIVAN | Director | March 12, 2004 |
| G. Craig Sullivan | | |
| /s/  JOHN L. VOGELSTEIN | Director | March 12, 2004 |
| John L. Vogelstein | | |
| /s/  KATHY B. WHITE | Director | March 12, 2004 |
| Kathy Brittain White | | |

100

Exhibit 17, P. 351

Form 10-K

Table of Contents

SCHEDULE II

MATTEL, INC. AND SUBSIDIARIES

VALUATION AND QUALIFYING ACCOUNTS AND ALLOWANCES

| | Balance at Beginning of Year | Additions Charged to Operations | Net Deductions | Balance at End of Year |
|---|---|---|---|---|
| | | (In thousands) | | |
| **Allowance for Doubtful Accounts** | | | | |
| Year ended December 31, 2003 | $ 23,251 | $ 10,688(a) | $ (6,488)(b) | $27,451 |
| Year ended December 31, 2002 | 55,912 | 53,365(a) | (86,026)(b)(c) | 23,251 |
| Year ended December 31, 2001 | 24,640 | 57,746(a) | (26,474)(b) | 55,912 |
| **Allowance for Inventory Obsolescence** | | | | |
| Year ended December 31, 2003 | $ 49,118 | $ 36,992 | $ (32,463)(d) | $53,647 |
| Year ended December 31, 2002 | 63,116 | 40,367 | (54,365)(d) | 49,118 |
| Year ended December 31, 2001 | 58,559 | 40,813 | (36,256)(d) | 63,116 |

(a) *Decrease in bad debt expense charged to the results of operations in 2003 compared to 2002 and 2001 is primarily due to charges totaling $33.5 million in 2002 and $22.1 million in 2001 related to the Kmart bankruptcy and charges totaling $8.5 million in 2001 largely related to the bankruptcy declared by another US retailer.*

(b) *Includes writeoffs, recoveries of previous writeoffs, and currency translation adjustments.*

(c) *Increase in net deductions in 2002 compared to 2001 is primarily due to the writeoff of Kmart receivables totaling $55.6 million during 2002.*

(d) *Primarily represents relief of previously established reserves resulting from the disposal of related inventory, raw materials, writedowns and currency translation adjustments.*

Exhibit 17, P. 382