# Exhibit 20



Confidential - Attorneys Eyes Only

M 0072014



Exhibit 20 , P. 417

Confidential - Attorneys Eyes Only

M 0072015



friends    attitude    sophistication    story    trendy fashion    big city    aspirational lifestyle

# My Scene Background

- Older girl (7-10) positioning to keep girls engaged in the Barbie brand
- Girls use My Scene to imagine & role play "what it's like to be 16"
- Characters: Aspirational teens with personalities who live in the big city
- Product line includes dolls, fashions, & accessories
- Merchandised in the Barbie aisle.
- Tag line: "My City. My Style. My Scene."

Exhibit 20, P. 418

Confidential • Attorneys Eyes Only

M 0072015



# Bratz Background

- Primary target market is "tween" girls 7-10 years old

- Girls play through traditional play patterns; collecting and expressing self identity

- Bratz world is expanding beyond the toy aisle by launching electronics, sporting goods, stationery, home decor, & cosmetics

- Product is merchandised is separate section than Barbie

- Tag line: "Girls with a passion for fashion"

Exhibit _20_, P. _419_

Confidential - Attorneys Eyes Only

M 0072017



## US 2003 YTD
## Market Share Summary

| | Bratz | | | My Scene | | |
|---|---|---|---|---|---|---|
| | YTD June 2003 | YTD June 2002 | Pt Chg | YTD June 2003 | YTD June 2002 | Pt. Chg |
| Dolls Super category | 15.0% | 4.1% | +10.9 | 3.2% | 0% | +3.2 |
| Fashion Dolls | 24.4% | 8.7% | +15.7 | 7.5% | 0% | +7.5 |
| Fashion Doll Clothes | 16.7% | 11.6% | +5.1 | 5% | 0% | +5 |
| Fashion Doll Accessories | 18.2% | 0% | +18.2 | .9% | 0% | +.9 |

- My Scene dolls sales have grown 7.5 in June and Bratz is gaining at a slower pace.

*Source: TRST June Data*

Exhibit 20, P. 420

Confidential - Attorneys Eyes Only

M 0072018



Launch to Launch:
Fashion Dolls & Related

Exhibit 20 , P. 421

Confidential - Attorneys Eyes Only

M 0072019





- My Scene consumers are buying into the brand between the ages of 5-8 with peak age at 7.
- Bratz consumers are buying into the brand between the ages of 5-10 with peak age at 8.

Exhibit _20_, P. _422_

Confidential - Attorneys Eyes Only

M 0072020



## My Scene
### Overall Strategy

- Offer 5 waves per year for freshness on shelf

- Offer 2 waves at a time to maximize shelf presence

- Price and value focus

- Content driven storylines

- Drive more products into a commercial to increase overall retail sales & media efficiencies

Exhibit 20 , P. 423

Confidential - Attorneys Eyes Only

M 0072021



# Bratz
# Overall Strategy

- Offer Products 2x a year (Spring & Fall)

- Promote collectibility among products (Holiday, Collector, Limited)

- Detail and product focus

- Include more products in commercials to create a theme approach

- Drive sales of higher price point dolls

- Create a "world" through licensed products sold in & out of toy aisle

Exhibit 20, P. 424

Confidential - Attorneys Eyes Only

M 0072022



# My Scene
## Topline Strategy

- Packaging: Tribe icon and packaging focus on lifestyle
  - Color focus: orange and light blue

- Commercials: TV :30 sec spots

- Promotions: McDonald's Summer 2004, National cell phone promo with Cingular, GO cards

- Website: content driven with stories (continually updated)
  - Media metrics: top 15 sites for girls 2-11
  - Projecting up to 2.5MM visits/ month by end of 2003

- Research: beginning to consistently test product and commercials

Confidential - Attorneys Eyes Only

M 0072023



# Bratz
# Topline Strategy



- Packaging: Unique Pyramid shape packaging with TOTY sticker
  - Consistent line look with illustrations
  - Embellish collector packaging with soft goods
  - Color focus: raspberry and dark blue

- Commercials: TV :30 and :15 sec spots

- Promotions: McDonalds Happy Meal Promo Spring 2003

- Website: Stale (does not show up on Media metrics)
  - Games, product contests and fan feedback

- Research: continually conducts focus groups
  - Constantly tapping into fan base for theme ideas

Confidential – Attorneys Eyes Only

M 0072024



# Why is Bratz Successful?

- Hip, cool, fun, trendy image
- Brand name is easy for girls to pronounce & comprehensible
- Color scheme is appealing and creates presence
- Fashions and accessories are "over the top" hip
- Packaging is innovative
- Able to convince consumers to buy into higher price point dolls
- Tagline is relevant to fashion positioning

Exhibit 20 , P. 427

Confidential · Attorneys Eyes Only

M 0072025



## How is
## My Scene different?

- Content driven themes
  - Big city storyline
- Cool, aspirational reality, hip characters with personalities
- Fashions are trendy but still realistic for teenagers
- Builds on success of Barbie brand
- Tagline is not as focused on one theme
- Color scheme does not create a dominant presence

Exhibit 20 , P. 428

Confidential - Attorneys Eyes Only

M 0072026



Exhibit 20, P. 429.

Confidential - Attorneys Eyes Only

M 0072027



# Agenda

My Scene vs. Bratz

Strategy & Current Standing

Product

Store Check Findings

Research

Recommendations Summary

Appendix I & II

Confidential - Attorneys Eyes Only

M 0072028



# Store Check Findings

- Product: Pack-out comparison – Bratz *appears* to have more "stuff"
  - Price/ value issue

- Packaging: Structure & colors lack significant differentiation from Barbie
  - Packaging does not create a noticeable presence on shelf

- Placement: Brand lacks visibility to "older girl" in the Barbie aisle

- Pricing: My Scene dolls priced with Bratz standard dolls $14.99
  - Bratz offers additional skus at high price points ($29.99-$99.99)

- Promotions: Bratz has not had major national product promotions
  - My Scene and Cingular

Confidential - Attorneys Eyes Only

Exhibit 20 , P. 431 .

M 0072029





Exhibit 20 , P. 432

Confidential - Attorneys Eyes Only

M 0072030





Exhibit 20, P. 433

Confidential - Attorneys Eyes Only

M 0072031





Exhibit 20 , P. 434

Confidential - Attorneys Eyes Only

M 0072032



# Store Check Findings

| | | Total feet | Shelf size | # of Shelves |
|---|---|---|---|---|
| Walmart | Bratz | 8 ft | 2 ft | 4 shelves; separate aisle |
| | My Scene | 4 ft | 2 ft | 2 shelves |
| Kmart | Bratz | 32 ft | 8 ft | 4 shelves; entire display |
| | My Scene | 6 ft | 2 ft | 3 bottom shelves |
| TRU | Bratz | 64 ft | 16 ft | 4 shelves; separate aisle + hanging |
| | My Scene | 24 ft | 4 ft | 6 shelves |
| Target | Bratz | 20 ft | 4 ft | 5 shelves; endcap |
| | | 16 ft | 8 ft | 2 shelves + hanging; separate aisle |
| | My Scene | 12 ft | 3 ft | 4 shelves; signage |

- In most stores, My Scene has 1/3 the amount of shelf space vs. Bratz
- My Scene is located next to Barbie in all stores

Exhibit 20, P. 435

Confidential - Attorneys Eyes Only

M 0072033







Exhibit 20, P. 436

Confidential - Attorneys Eyes Only

M 0072034



Exhibit 20 , P. 437

Confidential - Attorneys Eyes Only

M 0072035