

New TRU Bratz shop concepts

Exhibit 20 , P. 438

Confidential - Attorneys Eyes Only

M 0072036



Exhibit 20, P. 439

Confidential - Attorneys Eyes Only

M 0072037



Exhibit 20 , P. 440

Confidential - Attorneys Eyes Only

M 0072038



# New Color Palette

**Most popular colors for kids (8 years old):**

1. Blue
2. Purple
3. Red

**My Scene**



**Bratz**



**Darker color accent with bright colors to create striking in-store presence**



Confidential - Attorneys Eyes Only

M 0072039



# New Packaging Structure

- Modify current structure to differentiate from Barbie packaging
  - Example: Octagonal box front

- Create collectible packaging that consumers can reuse
  - Example: Doll drawers with handles to form a doll dresser

- Embellish outside of packaging to create distinctive look
  - Example: Textured handles

Exhibit 20 , P. 442

Confidential - Attorneys Eyes Only

M 0072040



Agenda
My Scene vs. Bratz

Strategy & Current Standing
Product
Store Check Findings
Research
Recommendations Summary
Appendix I & II

Exhibit 20 , P. 443

Confidential – Attorneys Eyes Only

M 0072041



## My Scene Commercials

Areas to improve upon:

- Show actual dolls more: communicates reality & play value:
  - Wave 1-3 commercials were brand vs. product / theme spots
- Highlight "stuff"; *perceived less value vs. Bratz*
- Show more group shots
- Use & display doll names

Continue:

- Realistic & simplistic storylines, i.e., friends, boys, shopping
- Live background, not just animated
- "Catchy" pop music

Confidential - Attorneys Eyes Only

M 0072042



# My Scene
## Research Discovery

- Brand name is not relevant to target market
  - Difficult to remember and to understand meaning
- Execution of content is highly sophisticated
  - Make sure that content is clearly communicable to girls 7-10
- Softgoods need to grab consumers attention
  - Explore new materials, textures, and brighter colors
- Play value not as strong for My Scene
  - Add value to box even if that means raising the price

Confidential - Attorneys Eyes Only

Exhibit 20 , P. 445

M 0072043



Exhibit 20  P. 446

Confidential - Attorneys Eyes Only

M 0072044



# Recommendations Summary

**Product**
- Test My Scene's association with Barbie brand
- Increase skus to build "world" & gain store presence
- Increase value in box with quality softgoods

**Pricing**
- Offer higher price point dolls with more value – $24.99 max

**Packaging**
- Change color palette and structure

**Placement / Merchandising**
- Evaluate through test accounts placement out of Barbie aisle

**Advertising**
- Show more product and group shots

Exhibit __20__, P. __447__.

Confidential - Attorneys Eyes Only

M 0072045



SPECIAL THANKS TO:

Jean Zee, Tina Patel and Debbie Haag

Exhibit 20 , P. 448

Confidential - Attorneys Eyes Only

M 0072045



Exhibit 20, P. 449

Confidential - Attorneys Eyes Only

M 0072047



# Appendix I

Confidential - Attorneys Eyes Only

Exhibit 20, P. 450

M 0072048



# Financial Volumes: Year of Launch

| | Sales | Launch |
|---|---|---|
| My Scene Dolls | $82,000 | 2003 |
| Bratz | $71,685 | 2001 |

Redacted

- My Scene sales targets within the first year of launching the brand were incredibly aggressive with a goal of $82MM.

Exhibit 20 , P. 457

Confidential – Attorneys Eyes Only

M 0072049



Confidential - Attorneys Eyes Only

Exhibit _20_, P. _452_

M 0072050



# US Market Share

# Fashion Dolls



Exhibit 20, P. 453

Confidential - Attorneys Eyes Only

M 0072051



Exhibit 20, P. 454

Confidential - Attorneys Eyes Only

M 0072052



Market Share

Fashion Dolls Clothes

My Scene
Bratz

Confidential – Attorneys Eyes Only

Exhibit 20, P. 455

M 0072053



All Doll Ranking
June 2003

| DOLLS | | | | | |
|---|---|---|---|---|---|
| TOP SELLING ASSORTMENT/SKU'S - JUNE 2003 | | | | | |
| TOP SKU'S | MANUFACTURER | INTRO DATE | AWARD | DOLLARS | |
| Redacted | | | | | |
| 2 BARBIE MY SCENE ASST. | MATTEL | | | 1961/1966 | |
| Redacted | | | | | |
| Redacted | | | | | |
| Redacted | | | | | |

Exhibit 20, P. 456

Confidential - Attorneys Eyes Only.

M 0072054





Exhibit 20, P. 457

Confidential - Attorneys Eyes Only

M 0072055



# Fashion Dolls, Clothes, & Accessories Category

| 2003 YTD UNIT SALES % | BARBIE | BRATZ | MY SCENE |
|---|---|---|---|
| TOTAL PURCHASES | 100% | 100% | 100% |
| Planned Purchase | 54% | 66% | 46% |
| This specific Toy | 24% | 42% | 35% |
| This brand of Toy | 15% | 14% | 6% |
| This type of Toy | 11% | 5% | 4% |
| Any toy or game | 4% | 5% | 2% |
| Not a Planned Purchase | 46% | 34% | 54% |

Total Girls age 3-10: 15MM

My Scene: Penetration is 22% after 9 months

• Projected  YE  Penetration : 32% (4.5MM dolls sold YE 2003)

Bratz: Penetration is 42% after 25 months

Exhibit 20 , P. 458

Confidential – Attorneys Eyes Only

M 0072056



# Financial Comparison
## Prelim July 03 Forecast

| | Sales | $PM | %PM | Operating $ | Operating % | Rank |
|---|---|---|---|---|---|---|
| Mainline Barbie | $355,000 | 238,493 | 67.2% | 136,173 | 38.4% | 1 |
| Redacted | | | | | | |
| My Scene Dolls | $80,000 | 41,672 | 52.1% | 10,761 | 13.5% | 3 |

Redacted

•Note: My Scene maintains a competitive PM and ranks third in operating % within girls division.

Exhibit 20 , P. 459

Confidential - Attorneys Eyes Only

M 0072057



# US 2003 YTD
## Market Share Summary

| | Bratz | | | My Scene | | | Barbie | | |
|---|---|---|---|---|---|---|---|---|---|
| | YTD June 2003 | YTD June 2002 | Pt. Chg | YTD June 2003 | YTD June 2002 | Pt. Chg | YTD June 2003 | YTD June 2002 | Pt. Chg |
| **Dolls Super category** | 15.0% | 4.1% | +10.9 | 3.2% | 0% | +3.2 | 32.8% | 43.7% | -10.9 |
| **Fashion Dolls** | 24.4 | 8.7% | +15.7 | 7.5% | 0% | +7.5 | 59.4% | 78.4% | -19 |
| **Fashion Doll Clothes** | 16.7% | 11.6% | +5.1 | 5% | 0% | +5 | 72.5% | 83.3% | -10.8 |
| **Fashion Doll Accessories** | 18.2% | 0% | +18.2 | .9% | 0% | +.9 | 75.4% | 93.2% | -17.8 |

- My Scene is picking up share (7.5% through June)

- Bratz is gaining at a slower pace

- Bratz shares have grown 2.6% since January vs. double digit growth previous year (21.6% over last year)

*Source: TRST June Data*

Exhibit 20, P. 460

Confidential - Attorneys Eyes Only

M 0072058



Exhibit 20 , P. 461

Confidential - Attorneys Eyes Only

M 0072059



# Competitive Web Resources

www.bratzpack.com - Official Bratz site

www.mgae.com - MGA's site

www.amazon.com - Buy Bratz online

www.geocities.com/bratzpack2003 - Bratz Boyz site

www.a-passion-for-fashion.com - Product information & pictures

www.ebay.com - Bratz auctions

www.bratz.tv - Bratz message board & pics

www.magmaheritage.com - Pictures

www.webdoozy.com/bratz

www.thetoykivez.com/

www.walmart.com - Product photos & preorder

Exhibit 20 , P. 462 .

Confidential - Attorneys Eyes Only

M 0072060