# Exhibit 21

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

300 SOUTH GRAND AVENUE

LOS ANGELES, CALIFORNIA 90071-3144

TEL: (213) 687-5000

FAX: (213) 687-5600

www.skadden.com

DIRECT DIAL
(213) 687-5514
DIRECT FAX
(213) 621-5514
EMAIL ADDRESS
MMUMFORD@SKADDEN.COM

FIRM/AFFILIATE OFFICES
BOSTON
CHICAGO
HOUSTON
NEW YORK
PALO ALTO
SAN FRANCISCO
WASHINGTON, D.C.
WILMINGTON

BEIJING
BRUSSELS
FRANKFURT
HONG KONG
LONDON
MOSCOW
PARIS
SINGAPORE
SYDNEY
TOKYO
TORONTO
VIENNA

December 10, 2007

<u>VIA FACSIMILE AND U.S. MAIL</u>

Jon Corey, Esq.
Quinn, Emanuel, Urquhart, Oliver & Hedges, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, CA  90017-2543

RE:   *Bryant v. Mattel, Inc.*

Dear Jon:

        I write in response to your December 4, 2007 letter concerning deposition dates.  As you know, MGA has been requesting dates for these depositions for several months, in some cases over a year.  Yet, despite the fact that Mattel agreed at our November 16 meet and confer to provide dates for these witnesses promptly within a reasonable range of dates proposed by MGA, in all but one instance, Mattel has been unwilling to accommodate the requested date, and in many instances has not provided any dates.

        MGA noticed the deposition of Adrienne Fontanella on September 5, 2007.  At the November 16 meet and confer, Mattel stated that she was reasonably available.  On November 26, MGA requested a date for the week of December 17, 2007.  At the meet and confers of November 29 and December 6, 2007, MGA reiterated its request for a deposition date.  Your December 4 letter does not even mention Ms. Fontanella.  Please provide a date in December for this deposition immediately.

        MGA noticed the deposition of Tina Patel on September 5, 2007.  At the November 16 meet and confer, Mattel stated that she was reasonably available.  On November 26, MGA requested a date for the week of December 10.  Without any explanation, your December 4 letter states that Tina Patel is available on Tuesdays in January 2008 and is not available on January 7.  We will take her deposition on Tuesday, January 8, 2007.

Jon Corey, Esq.
December 10, 2007
Page 2

MGA noticed the deposition of Matt Bousquette on November 22, 2006. At the November 16 meet and confer, Mattel stated that he was reasonably available. Mattel raised the status of MGA's unfair competition document production, but the parties agreed that Mattel would provide a date, and that MGA would confirm, prior to the deposition, that its unfair competition document production was substantially complete. On November 26, MGA requested a date the week of December 17. Mattel refused to confirm or even suggest a possible date for the deposition until it had MGA's confirmation in hand. That was contrary to the parties' agreement. Nevertheless, MGA can confirm that its document production with respect to its unfair competition claims is substantially complete. There is no reason for any more delay in this matter. Please provide a date in December for this deposition immediately.

MGA noticed the deposition of Ivy Ross on November 22, 2006. At the November 16 meet and confer, Mattel stated that she was unavailable, because she was in China, until January 17, 2008. On November 26, we confirmed that date, and, because Mattel had indicated that it was going to designate Ivy Ross as a Rule 30(b)(6) deponent on a number of topics, confirmed the date of January 18 to depose Ms. Ross on the designated 30(b)(6) topics.

On December 3, 2007, we informed you that we had reason to believe that, contrary to what Mattel represented on November 16, Ms. Ross was in the United States, and we asked you to reconfirm that Ivy Ross was in fact in China and not available for her deposition until January 17 and 18th. Your letter of December 4 confirmed that Ms. Ross was "not available" in December, but omitted any mention of China. We assume this is because, in fact, she is in the United States, and Mattel is simply unwilling to produce her earlier.

Your letter states that Mattel is unwilling to produce Ms. Ross for a 30(b)(6) deposition "unless MGA can make a showing that seven-hours is not sufficient." That position is contrary to Rule 30(b)(6), which, as you know, "does not preclude taking a deposition by any other procedure authorized in these rules." MGA will take its noticed deposition of Ms. Ross on January 17. Mattel promised a letter last week confirming the topics for which Ms. Ross will be designated to testify on its behalf. Please send that letter immediately so that we may assess the sufficiency of Mattel's outstanding 30(b)(6) designations. Also, if January 18 is an unacceptable date, we request that you propose another immediately.

MGA noticed the deposition of Richard De Anda on September 5, 2007. In reply to your December 4 letter, MGA confirmed that Mr. De Anda's deposition will take place December 19, 2007, at our offices, beginning at 9:00 a.m. You have indicated that Mattel also intends to designate Mr. De Anda on certain Rule 30(b)(6) topics. Please confirm which topic(s) and provide additional dates in December (other than December 19) for him to testify on them.

Exhibit 21, P. 464

Jon Corey, Esq.
December 10, 2007
Page 3

On other matters, MGA finally received on Saturday, December 8, Mattel's supplemental response to MGA's First Set of Interrogatories. Mattel failed to live up to previous agreements to supplement these responses by October 4, October 11, and November 30, 2007. And Mattel still has not provided the supplemental responses it agreed to provide to Carter Bryant's interrogatories by November 30.

The above reflects a developing pattern of delay and noncompliance on the part of Mattel in responding to discovery requests. Since the October 31, 2007 status hearing before Judge Larson, where you opposed a 90-day stay, it has become clear that Mattel is engaged in a delay strategy to run out the discovery clock on MGA. This has manifest itself even in the depositions of third parties, where notwithstanding Judge Larson's admonition — "I trust it will be scheduled some time in the next two to three weeks, counsel.... I don't want to hear in two to three weeks' time that that deposition has not been completed" (12/3/07 Hrg. Tr. at 34-35) — your firm has still not provided a date for the deposition of Kumi Croom at Young & Rubicam. That deposition has been outstanding since November 15, 2007. It is unacceptable that Mattel is still obstructing it.

If we do not receive the requested deposition dates by the close of business tomorrow, we will have no choice but to seek ex parte assistance from the court. Please let me know if you have any questions, or if I can be of any help resolving the above matters.

Sincerely,

Marcus R. Mumford

# Exhibit 22

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

300 SOUTH GRAND AVENUE

LOS ANGELES, CALIFORNIA 90071-3144

TEL: (213) 687-5000
FAX: (213) 687-5600
www.skadden.com

DIRECT DIAL
(213) 735-2578
DIRECT FAX
(213) 777-2578
EMAIL ADDRESS
PMECKLES@SKADDEN.COM

FIRM/AFFILIATE OFFICES
BOSTON
CHICAGO
HOUSTON
NEW YORK
PALO ALTO
SAN FRANCISCO
WASHINGTON, D.C.
WILMINGTON
———
BEIJING
BRUSSELS
FRANKFURT
HONG KONG
LONDON
MOSCOW
PARIS
SINGAPORE
SYDNEY
TOKYO
TORONTO
VIENNA

December 12, 2007

VIA MESSENGER

Jon D. Corey, Esq.
Quinn, Emanuel, Urquhart, Oliver & Hedges, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017-2543

RE:  *Mattel, Inc. v. Bryant*

Dear Jon:

We are writing in response to your December 11, 2007 letter.  We disagree with your factual account and we will prove Mattel's delay to the Court should that become necessary.

In any event, you still have not provided the requested dates for Ms. Fontanella or Mr. Bousquette.  Please provide available dates before the January 28, 2008 discovery cut off immediately.

Your assertion that Mr. Bousquette only has knowledge on Phase II issues is false.  Among other things, (a) Mattel's initial disclosures represent that Mr. Bousquette has "knowledge of facts that Mattel may use to support its material allegations and defenses," including "Mattel's business operations and the development and ownership of intellectual property at issue," and (b) Mattel's supplemental interrogatory response filed December 8, 2007, lists Mr. Bousquette as a person with knowledge of facts supporting its contention that it suffered harm as a result of MGA's conduct.  Mr. Bousquette's deposition must take place before January 28, 2008.

As to Ms. Ross, given your stated intent to designate her as a Rule 30(b)(6) witness, we will take her deposition in that capacity on January 17, 2008.  Please let us know which topics she will be acting as Mattel's designee.

Jon D. Corey, Esq.
December 12, 2007
Page 2

In Mr. Mumford's December 10, 2007 letter, we confirmed the deposition of Tina Patel for January 8, 2008. Your letter does not address this issue, so we assume that Ms. Patel's deposition is confirmed for that date.

We also again ask that Mattel immediately provide us with dates and the names of its designees on the outstanding 30(b)(6) topics. In addition to the outstanding topics in Carter Bryant's Rule 30(b)(6) notice, we ask that Mattel immediately designate a witness on the following topics identified in MGA's Rule 30(b)(6) notice relating to Phase I issues (topics 8, 9, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24, 26, 27, 28, 29, 30, 31, 32, 39, 42, 47, 48, 58, 60, 65, 69, 70, 71, 72, 73, 74, 75, 76, 77, 78, 79, 80, 81, 82, 83, 84, 85).[1]

In addition, we are enclosing deposition notices for the following individuals:

1.  Maureen Tafoya;

2.  Theresa Newcomb;

3.  Tim Kilpin;

4.  Sheila Kyaw;

5.  Kevin Farr;

6.  Jean Gomez;

7.  Hoi Hoffman-Briggs;

8.  Evelyn Viohl;

9.  Roger Simoneau; and

10.  Milt Zablow

MGA believes each of these individuals has knowledge regarding Phase I issues, and these depositions need to be scheduled before the January 28, 2008 discovery cutoff. MGA is uncertain whether the above individuals still are affiliated with Mattel, and if not, whether your firm will be representing these individuals and can accept service. Please provide us with answers to these inquiries.

To expedite the scheduling of these outstanding depositions and to resolve any remaining disputes, we propose to have a meet and confer/scheduling meeting as

---

[1] These are the topics in MGA's notice that relate to Phase I issues. We will schedule Mattel's Rule 30(b)(6) deposition on the remaining topics after the January 28, 2008 discovery cutoff. If Mattel intends to stand on its objection to MGA's Rule 30(b)(6) deposition notice based on the ground that Carter Bryant served a previous Rule 30(b)(6) notice, we propose to discuss this objection at the proposed meet and confer session. Please consider this letter as the notice and request for a meet and confer under Section 5 of the Discovery Master stipulation.

Jon D. Corey, Esq.
December 12, 2007
Page 3

soon as possible. I am available all day this Friday, December 14, as well as all day on Monday of next week, and I am available until noon EST on Tuesday.

     Please let us know when you are available on these days. Please also be prepared to discuss all deposition scheduling issues raised in this letter and Mr. Mumford's letter of December 10 at this conference. Time is running short, and if we are not able to reach an agreement at this conference, we will need to seek appropriate relief from the Court and/or the Discovery Master.

     We look forward to hearing from you.

     Sincerely,

     *Paul Eckles*

     Paul M. Eckles

cc:   Matthew Werdeger, Esq.

Enclosures

486002-Los Angeles Server 1A - MSW

Exhibit 22, P. 468

# Exhibit 23

**quinn emanuel** trial lawyers | los angeles

865 South Figueroa Street, 10th Floor, Los Angeles, California 90017 | TEL 213-443-3000 FAX 213-443-3100

January 2, 2008

VIA FACSIMILE AND U.S. MAIL

Thomas J. Nolan, Esq.                    Michael Page, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP  Keker & Van Nest, LLP
300 South Grand Avenue, Suite 3400        710 Sansome Street
Los Angeles, CA 90071                     San Francisco, CA 94111-1704

Re:   Mattel, Inc. v. Carter Bryant, et al.

Dear Counsel:

I write to advise you that Matt Bousquette is available to be deposed in Chicago, Illinois on February 12 or February 13. Mr. Bousquette is not available prior to that time because he is traveling out of the country. Please let me know which of those dates you prefer.

If you have any questions regarding the foregoing, please do not hesitate to call.

Best regards,

Jon Corey

Jon Corey

07209/2338917.1

**quinn emanuel urquhart oliver & hedges, llp**
NEW YORK | 51 Madison Avenue, 22nd Floor, New York, New York 10010 | TEL 212-849-7000 FAX 212-849-7100
SAN FRANCISCO | 50 California Street, 22nd Floor, San Francisco, California 94111 | TEL 415-875-6600 FAX 415-875-6700
SILICON VALLEY | 555 Twin Dolphin Drive, Suite 560, Redwood Shores, California 94065 | TEL 650-801-5000 FAX 650-801-5100

Exhibit 22 , P. 469 .

01/02/2008 13:44 FAX  12134433100          QE00R-LAU-2                                    ☒001/002

# QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

**NEW YORK**
51 Madison Avenue, 22nd Floor
New York, NY 10010
(212) 849-7000
Facsimile: (212) 849-7100

**LOS ANGELES**
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017
(213) 443-3000
Facsimile: (213) 443-3100

**SAN FRANCISCO**
50 California Street, 22nd Floor
San Francisco, CA 94111
(415) 875-6600
Facsimile: (415) 875-6700

**SILICON VALLEY**
555 Twin Dolphin Drive, Suite 560
Redwood Shores, CA 94065
(650) 801-5000
Facsimile: (650) 801-5100

## LOS ANGELES OFFICE
## FACSIMILE TRANSMISSION

**DATE:**    January 2, 2008                **NUMBER OF PAGES, INCLUDING COVER: 2**

| NAME/COMPANY | PHONE NO. | FAX NO. |
|---|---|---|
| Thomas Nolan, Esq. Carl Roth, Esq. Skadden, Arps, Slate, Meagher & Flom LLP | 213.687.5000 | 213.687.5600 |
| Michael H. Page, Esq. Keker & Van Nest, LLP | (415) 391-5400 | (415) 397-7188 |

**FROM:**    Jon Corey

**RE:**    *Bryant v. Mattel*

**MESSAGE:**

COPY CENTER 34TH FLOOR          08 JAN -2  PM 1:58          SASH & F LA.

07209/2123182.1

| | ROUTE/ | Johanna Lopez -10th | ☒ CONFIRM FAX |
| CLIENT # ___ 7209 | RETURN TO: | Floor | ☒ INCLUDE CONF. REPORT |
| OPERATOR: _____ | | CONFIRMED? ☐ NO ☐ YES: _____ |

The information contained in this facsimile is confidential and may also contain privileged attorney-client information or work product. The information is intended only for the use of the individual or entity to whom it is addressed. If you are not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any use, dissemination, distribution or copying of this communication is strictly prohibited. If you have received the facsimile in error, please immediately notify us by telephone, and return the original message to us at the address above via the U.S. Postal Service. Thank you.

IF YOU DO NOT RECEIVE ALL OF THE PAGES, PLEASE PHONE (213) 443-3000 AS SOON AS POSSIBLE.

Exhibit 23 , P. 470

# Exhibit 24

01-03-2008    14:43    From-QUINN EMANUEL    2134433100    T-084    P.002/002    F-085

**quinn emanuel** trial lawyers | los angeles

865 South Figueroa Street, 10th Floor, Los Angeles, California 90017 | TEL 213-443-3000 FAX 213-443-3100

WRITER'S DIRECT DIAL NO.
(213) 443-3180

WRITER'S INTERNET ADDRESS
michaelzeller@quinnemanuel.com

January 3, 2008

<u>VIA FACSIMILE AND EMAIL</u>

Timothy Miller, Esq.                     Michael H. Page, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP   Keker & Van Nest, LLP
Four Embarcadero Center                  710 Sansome Street
Suite 3800                               San Francisco, CA 94111
San Francisco, CA 94111

Re:    <u>Mattel v. Carter Bryant</u>

Dear Counsel,

I write to you regarding the deposition of third party witness Tina Patel Varu.  Ms. Varu is not available on Tuesday, January 8, 2008.  Please let me know when you are available to re-schedule Ms. Varu's deposition.

I look forward to hearing from you.

Very truly yours,

*Michael T. Zeller*

Michael T. Zeller

07209/2359991.1

**quinn emanuel urquhart oliver & hedges, llp**

NEW YORK | 51 Madison Avenue, 22nd Floor, New York, New York 10010 | TEL 212-849-7000 FAX 212-849-7100
SAN FRANCISCO | 50 California Street, 22nd Floor, San Francisco, California 94111 | TEL 415 875-6600 FAX 415-875-6700
T . Dolphin Drive, Suite 560, Redwood Shores, California 94065 | TEL 650-801-5000 FAX 650-801-5100

Exhibit 24, P. 471

01-03-2008   14:43   From-QUINN EMANUEL   2134423100   T-084   P.001/002   F-085

# QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

<u>NEW YORK</u>
51 Madison Avenue, 22nd Floor
New York, NY 10010
(212) 849-7000
Facsimile: (212) 849-7100

<u>LOS ANGELES</u>
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017
(213) 443-3000
Facsimile: (213) 443-3100

<u>SAN FRANCISCO</u>
50 California Street, 22nd Floor
San Francisco, CA 94111
(415) 875-6600
Facsimile: (415) 875-6700

<u>SILICON VALLEY</u>
555 Twin Dolphin Drive, Suite 560
Redwood Shores, CA 94065
(650) 801-5000
Facsimile: (650) 801-5100

## LOS ANGELES OFFICE

## FACSIMILE TRANSMISSION

DATE:   January 3, 2008

NUMBER OF PAGES, INCLUDING COVER: 2

| NAME/COMPANY | PHONE NO. | FAX NO. |
|---|---|---|
| Timothy Miller, Esq.<br>Skadden, Arps, Slate, Meagher & Flom LLP | (213) 687-5000 | (213) 687-5600 |
| Michael H. Page, Esq.<br>Keker & Van Nest, LLP | (415) 391-5400 | (415) 397-7188 |

FROM:   Michael T. Zeller, Esq.

RE:   *Bryant v. Mattel, Inc.*

MESSAGE:

08 JAN -3 PM 2:57
COPY CENTER 34TH FLOOR
QE SASM&F L.A.

| | | |
|---|---|---|
| 07209/2266887.1 | ROUTE/<br>RETURN TO: | Tiffany Garcia - 3rd Floor | ☒ CONFIRM FAX<br>☒ INCLUDE CONF. REPORT |
| CLIENT #   7209 | | |
| OPERATOR:   PRISCILLA | CONFIRMED?   ☐ NO   ☐ YES: | |

The information contained in this facsimile is confidential and may also contain privileged attorney-client information or work product. The information is intended only for the use of the individual or entity to whom it is addressed. If you are not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any use, dissemination, distribution or copying of this communication is strictly prohibited. If you have received the facsimile in error, please immediately notify us by telephone, and return the original message to us at the address above via the U.S. Postal Service. Thank you.

IF YOU DO NOT RECEIVE ALL OF THE PAGES, PLEASE PHONE (213) 443-3000 AS SOON AS POSSIBLE.

Exhibit 24, P. 472

# Exhibit 25

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

300 SOUTH GRAND AVENUE

LOS ANGELES, CALIFORNIA 90071-3144

TEL: (213) 687-5000
FAX: (213) 687-5600
www.skadden.com

DIRECT DIAL
(213) 687-5514
DIRECT FAX
(213) 621-5514
EMAIL ADDRESS
MMUMFORD@SKADDEN.COM

FIRM/AFFILIATE OFFICES
BOSTON
CHICAGO
HOUSTON
NEW YORK
PALO ALTO
SAN FRANCISCO
WASHINGTON, D.C.
WILMINGTON

BEIJING
BRUSSELS
FRANKFURT
HONG KONG
LONDON
MOSCOW
MUNICH
PARIS
SINGAPORE
SYDNEY
TOKYO
TORONTO
VIENNA

January 9, 2008

VIA FACSIMILE & U.S. MAIL

Jon D. Corey, Esq.
Quinn, Emanuel, Urquhart, Oliver & Hedges, LLP
865 South Figueroa St., 10th Floor
Los Angeles, CA 90017

RE:   *Mattel, Inc. v. Bryant*

Dear Jon:

In light of Judge Larson's order requiring the parties to complete all depositions prior to the discovery cut-off of January 28, 2008, please provide a date for the deposition of Matthew Bousquette prior to that date. If the deposition is not to be conducted in Los Angeles or Chicago, please tell us where it is to be conducted, and we will make the necessary arrangements. We look forward to hearing from you shortly.

Sincerely,

Marcus R. Mumford

cc:  Christa M. Anderson

Exhibit 25, P. 473

## SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

300 SOUTH GRAND AVENUE
LOS ANGELES, CALIFORNIA 90071-3144

TELEPHONE No.: (213) 687-5000
FACSIMILE No.: (213) 687-5600

EMAIL: MMUMFORD@skadden.com

### FACSIMILE TRANSMITTAL SHEET

FROM: Marcus Mumford

DATE: January 9, 2008

DIRECT DIAL: (213) 687-5514

FLOOR/OFFICE No.: 36

DIRECT FACSIMILE: (213) 621-5514

THIS FACSIMILE IS INTENDED ONLY FOR USE OF THE ADDRESSEE(S) NAMED HEREIN AND MAY CONTAIN LEGALLY PRIVILEGED AND/OR CONFIDENTIAL INFORMATION. IF YOU ARE NOT THE INTENDED RECIPIENT OF THIS FACSIMILE, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THIS FACSIMILE IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS FACSIMILE IN ERROR, PLEASE IMMEDIATELY NOTIFY US BY TELEPHONE AND RETURN THE ORIGINAL FACSIMILE TO US AT THE ADDRESS ABOVE VIA THE LOCAL POSTAL SERVICE. WE WILL REIMBURSE ANY COSTS YOU INCUR IN NOTIFYING US AND RETURNING THE FACSIMILE TO US.

IF THIS TRANSMISSION IS UNCLEAR OR INCOMPLETE, PLEASE CONTACT THE FACSIMILE DEPARTMENT AT (213) 687-5443.
WHEN TRANSMITTING TO OUR MACHINES, PLEASE INCLUDE YOUR COVER SHEET AND NUMBER ALL PAGES CONSECUTIVELY.

TOTAL NUMBER OF PAGES INCLUDING COVER(S):   2

PLEASE DELIVER THE FOLLOWING PAGE(S) TO:

1.  NAME: Jon D. Corey, Esq.,

    CITY: Los Angeles

    FACSIMILE No.: (213) 443-3100

    FIRM: Quinn Emanuel Urquhart, etc.

    TELEPHONE No.: (213) 443-3000

2.  NAME: Christa M. Anderson, Esq.

    CITY:

    FACSIMILE No.: (415) 397-7188

    FIRM: Keker & Van Nest, LLP

    TELEPHONE No.: (415) 391-5400

MESSAGE: Please see attached letter.

COMPLETED

08 JAN -9 PM 7:31

SASM & FLOM

Job number    : 638          *** SEND SUCCESSFUL ***

## SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
### 300 SOUTH GRAND AVENUE
### LOS ANGELES, CALIFORNIA 90071-3144

TELEPHONE NO.: (213) 687-5000
FACSIMILE NO.: (213) 687-5600

E-MAIL: mmumford@skadden.com

### FACSIMILE TRANSMITTAL SHEET

FROM: Marcus Mumford                          DATE: January 9, 2008
DIRECT DIAL: (213) 687-5514                   FLOOR/OFFICE NO.: 36
DIRECT FACSIMILE: (213) 621-5514

THIS FACSIMILE IS INTENDED ONLY FOR USE OF THE ADDRESSEE(S) NAMED HEREIN AND MAY CONTAIN LEGALLY PRIVILEGED AND/OR CONFIDENTIAL INFORMATION. IF YOU ARE NOT THE INTENDED RECIPIENT OF THIS FACSIMILE, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THIS FACSIMILE IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS FACSIMILE IN ERROR, PLEASE IMMEDIATELY NOTIFY US BY TELEPHONE AND RETURN THE ORIGINAL FACSIMILE TO US AT THE ADDRESS ABOVE VIA THE U.S. POSTAL SERVICE. WE WILL REIMBURSE ANY COSTS YOU INCUR IN NOTIFYING US AND RETURNING THE FACSIMILE TO US.

IF THIS TRANSMISSION IS UNCLEAR OR INCOMPLETE, PLEASE CONTACT THE FACSIMILE DEPARTMENT AT (213) 687-5442. WHEN TRANSMITTING TO OUR MACHINES, PLEASE INCLUDE YOUR COVER SHEET AND NUMBER ALL PAGES CONSECUTIVELY.

TOTAL NUMBER OF PAGES INCLUDING COVER(S):   2

PLEASE DELIVER THE FOLLOWING PAGE(S) TO:

1.  NAME: Jon D. Corey, Esq.              FIRM: Quinn Emanuel Urquhart, etc.
    CITY: Los Angeles                     TELEPHONE NO.: (213) 443-3000
    FACSIMILE NO.: (213) 443-3100

2.  NAME: Christa M. Anderson, Esq.       FIRM: Keker & Van Nest, LLP
    CITY:                                 TELEPHONE NO.: (415) 391-5400
    FACSIMILE NO.: (415) 397-7188

MESSAGE: Please see attached letter.

Exhibit _25_, P. _475_

## Group Send Report

Time      : 01-09-2008   07:32pm
Tel line 1 : +2136875600
Tel line 2 : +2136875600
Name      : SASMF #6

Job number       :   638

Date             :   01-09  07:31pm

Document Pages   :   002

Start time       :   01-08  07:31pm

End time         :   01-09  07:32pm

Successful

Fax number

☎94433100~
☎914153977188

Unsuccessful                                                                    Pages sent

Exhibit _25_, P. _476_ :

# Exhibit 26

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

300 SOUTH GRAND AVENUE

LOS ANGELES, CALIFORNIA 90071-3144

———

TEL: (213) 687-5000

FAX: (213) 687-5600

www.skadden.com

DIRECT DIAL
(213) 687-5368
DIRECT FAX
(213) 621-5368
EMAIL ADDRESS
R.HERRING@SKADDEN.COM

FIRM/AFFILIATE OFFICES
———
BOSTON
CHICAGO
HOUSTON
NEW YORK
PALO ALTO
SAN FRANCISCO
WASHINGTON, D.C.
WILMINGTON
———
BEIJING
BRUSSELS
FRANKFURT
HONG KONG
LONDON
MOSCOW
PARIS
SINGAPORE
SYDNEY
TOKYO
TORONTO
VIENNA

January 09, 2008

**VIA HAND DELIVERY**

Mr. Jon D. Corey
Mr. B. Dylan Proctor
Quinn, Emanuel, Urquhart, Oliver & Hedges, LLP
865 South Figueroa St., 10th Floor
Los Angeles, CA 90017

RE:   *Mattel v. Bryant*

Gentlemen:

I am sending you Amended Notice of Depositions and Service of Subpoenas for Maureen Tafoya, Theresa Newcomb, Tim Kilpin, Sheila Kyaw, Kevin Farr, Jean Gomez, Hoi Hoffman-Briggs, Evelyn Viohl, Robert Simoneau, Milt Zablow and Tina Varu (Patel), as well as copies of the subpoenas and appropriate checks for these witnesses.

Quinn Emanuel has already agreed to accept service for Tafoya, Newcomb, Kilpin, Kyaw, Farr, Viohl, Simoneau and Varu (Patel). We are in the process of serving Gomez, Hoffman-Briggs and Zablow, who you previously indicated you do not represent and are not authorized to accept service for.

As you are aware, the Court granted MGA's Ex Parte Application on January 7, 2008, overruling Mattel's objections to the depositions of the witnesses identified above. On January 8, 2008, MGA wrote to Mattel seeking deposition dates for these witnesses. Mattel has failed to provide us with any dates.

Exhibit 26 , P. 477

Quinn, Emanuel, etc.
January 9, 2008
Page 2

Accordingly, we have scheduled the depositions for these witnesses as follows:

| | |
|---|---|
| Sheila Kyaw | January 18, 2008 |
| Theresa Newcomb | January 21, 2008 |
| Evelyn Viohl | January 22, 2008 |
| Tina Varu (Patel) | January 22, 2008 |
| Robert Simoneau | January 23, 2008 |
| Maureen Tafoya | January 24, 2008 |
| Tim Kilpin | January 24, 2008 |
| Hoi Hoffman-Briggs | January 25, 2008 |
| Milt Zablow | January 25, 2008 |
| Kevin Farr | January 28, 2008 |
| Jean Gomez | January 28, 2008 |

Please let us know immediately if the individuals you represent will not be appearing on the dates designated.  We look forward to hearing from you.

Sincerely,

Robert J. Herrington

Enclosures

Exhibit 26, P. 478

# Exhibit 27

02-11-2008   16:18   From-QUINN EMANUEL                2134433100           T-749   P.002/002   F-669

**quinn emanuel** trial lawyers | los angeles

865 South Figueroa Street, 10th Floor, Los Angeles, California 90017 | TEL 213-443-3000 FAX 213-443-3100

February 11, 2008

V̲I̲A̲ F̲ACSIMILE AND U̲.S̲. M̲AIL

Michael H. Page, Esq.                    Thomas J. Nolan, Esq.
Keker & Van Nest, LLP                    Skadden, Arps, Slate, Meagher & Flom LLP
710 Sansome Street                       300 South Grand Avenue, Suite 3400
San Francisco, CA 94111                  Los Angeles, CA 90071

Re:   Mattel, Inc. v. Bryant, et al.

Dear Counsel:

In light of Judge Larson's decision to stay Phase 2 discovery until after the Phase 1 trial, this letter will confirm that the depositions of Tina Patel and Matt Bousquette will not go forward until after the Phase 1 trial, as their knowledge relates solely to the claims and defenses to be tried in Phase 2. Likewise, Mattel's Rule 30(b)(6) designee on certain Phase 2 topics, Lily Martinez, will not go forward until after Phase 1 trial.

Please let us know if you have any questions or concerns.

Very truly yours,

Michael T. Zeller
07209/2386409.1

quinn emanuel urquhart oliver & hedges, llp

NEW YORK | 51 Madison Avenue, 22nd Floor, New York, New York 10010 | TEL 212-849-7000 FAX 212-849-7100
SAN FRANCISCO | 50 California Street, 22nd Floor, San Francisco, California 94111 | TEL 415-875-6600 FAX 415-875-6700
SILICON VALLEY | 555 Twin Dolphin Drive, Suite 560, Redwood Shores, California 94065 | TEL 650-801-5000 FAX 650-801-5100

07209/2386409.1

Exhibit 27, P. 479

02-11-2008   16:18   From-QUINN EMANUEL                2134432100           T-749   P.001/002   F-688

# QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

**LOS ANGELES**
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017
(213) 443-3000
Facsimile: (213) 443-3100

**NEW YORK**
51 Madison Avenue, 22nd Floor
New York, NY 10010
(212) 849-7000
Facsimile: (212) 849-7100

**SAN FRANCISCO**
50 California Street, 22nd Floor
San Francisco, CA 94111
(415) 875-6600
Facsimile: (415) 875-6700

**TOKYO**
Akasaka Twin Tower Main Building, 6th Floor
17-22 Akasaka 2-Chome
Minato-ku, Tokyo 107-0052, Japan
+81 3 5561-1711
Facsimile: +81 3 5561-1712

**SILICON VALLEY**
555 Twin Dolphin Drive, Suite 560
Redwood Shores, CA 94065
(650) 801-5000
Facsimile: (650) 801-5100

## LOS ANGELES OFFICE
## FACSIMILE TRANSMISSION

**DATE:**   February 11, 2008        **NUMBER OF PAGES, INCLUDING COVER:**  2

| NAME/COMPANY | PHONE NO. | FAX NO. |
| --- | --- | --- |
| Thomas J. Nolan, Esq. | (213) 687-5000 | (213) 687-5600 |
| Michael H. Page, Esq. | (415) 391-5400 | (415) 397-7188 |

**FROM:**   Michael T. Zeller, Esq.

**RE:**   Bryant v. Mattel

**MESSAGE:**

See attached.

COPY CENTER 34TH FLOOR
08 FEB 11 PM 4:32
SASH&F L.A.

---

07209/2374646.1

CLIENT # 7209     ROUTE/ RETURN TO: Tiffany Garcia - 3rd floor     ☒ CONFIRM FAX
☒ INCLUDE CONF. REPORT

OPERATOR:  PRISCILLA     CONFIRMED?  ☐ NO  ☐ YES:

The information contained in this facsimile is confidential and may also contain privileged attorney-client information or work product. The information is intended only for the use of the individual or entity to whom it is addressed. If you are not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any use, dissemination, distribution or copying of this communication is strictly prohibited. If you have received the facsimile in error, please immediately notify us by telephone, and return the original message to us at the address above via the U.S. Postal Service. Thank you.

IF YOU DO NOT RECEIVE ALL OF THE PAGES, PLEASE PHONE (213) 443-3000 AS SOON AS POSSIBLE.

Exhibit 27, P. 480

# Exhibit 28

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

300 SOUTH GRAND AVENUE

LOS ANGELES, CALIFORNIA 90071-3144
———
TEL: (213) 687-5000

FAX: (213) 687-5600

www.skadden.com

FIRM/AFFILIATE OFFICES
———
BOSTON
CHICAGO
HOUSTON
NEW YORK
PALO ALTO
SAN FRANCISCO
WASHINGTON, D.C.
WILMINGTON
———
BEIJING
BRUSSELS
FRANKFURT
HONG KONG
LONDON
MOSCOW
PARIS
SINGAPORE
SYDNEY
TOKYO
TORONTO
VIENNA

February 11, 2008

**BY FACSIMILE & U.S. MAIL**

Michael T. Zeller, Esq.
Quinn Emanuel Urquhart Oliver & Hedges, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017

RE:   Bryant v. Mattel

Dear Mr. Zeller:

I write in response to your letter dated today, in which you purport to "confirm" that Tina Patel and Matthew Bousquette are Phase 2 witnesses and that their depositions must therefore be postponed until after the Phase 1 trial.

Contrary to your assertions, both Mr. Bousquette and Ms. Patel are Phase 1 witnesses who possess knowledge relevant to both the merits and damages portions of Phases 1A and 1B. While Mr. Bousquette and Ms. Patel may have knowledge pertaining to certain Phase 2 claims and defenses, the focus of our depositions will be Phase 1 issues, and therefore the depositions must proceed as part of Phase 1 discovery. As Judge Larson explained at the February 4, 2008 hearing:

"I did not want to have discovery bogged down by disputes over whether or not a particular witness's or deponent's testimony was Phase One discovery or Phase Two discovery.... I would still want to keep in place my admonition or direction that to the extent that a Phase One witness is being deposed and has Phase Two information, that that all be taken at the same deposition."

(2/4/2008 Hr'g Tr. 8:23-10:11.)

Exhibit 28 , P. 481

Michael T. Zeller, Esq.
February 11, 2008
Page 2


      Accordingly, we intend to depose Mr. Bousquette as agreed on February 15, 2008 in Chicago.  Additionally, we intend to depose Ms. Patel on either February 19 or February 26, 2008.  Please advise regarding a specific date and location for that deposition.

      In the event Mattel is not prepared to produce Mr. Bousquette and Ms. Patel immediately, please consider this notice of our intent to seek *ex parte* relief before Judge Larson to compel their depositions.

                 Sincerely,

                 Thomas J. Nolan

Cc:  Michael H. Page, Esq.

Exhibit 28 , P. 482

Job number    : 328              *** SEND FAILED ***

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 SOUTH GRAND AVENUE
LOS ANGELES, CALIFORNIA 90071-3144
TELEPHONE NO.: (213) 687-5000
FACSIMILE NO.: (213) 687-5600
EMAIL: TNOLAN@skadden.com

| FACSIMILE TRANSMITTAL SHEET |

From: Thomas Nolan                          Date: February 11, 2008
Direct Dial: (213) 687-5250                 Floor/Office No.: _____
Direct Facsimile: (213) 621-5250

This facsimile is intended only for use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this facsimile you are hereby notified that any dissemination, distribution or copying of this facsimile is strictly prohibited. If you have received this facsimile in error, please immediately notify us by telephone and return the original facsimile to us at the address above via the local postal service. We will reimburse any costs you incur in connection with returning the facsimile to us.

If this transmission is unclear or incomplete, please contact the facsimile department at (213) 687-5250.
When transmitting to our machines, please include your cover sheet and number all pages consecutively.

TOTAL NUMBER OF PAGES INCLUDING COVER(S):  3

PLEASE DELIVER THE FOLLOWING PAGE(S) TO:

Name: Michael T. Zeller, Esq.              Firm: Quinn Emanuel Urquhart Oliver &
City: Los Angeles                                Hedges, LLP
Facsimile No.: 213.443.3100                Telephone No.: 213.443.3000

Name: Michael H. Page, Esq.               Firm: Keker & Van Nest, LLP
City: San Francisco                        Telephone No.: 415.391.5400
Facsimile No.: 415.397.7188

MESSAGE: Please see attached.

Exhibit 28, P. 483

# Group Send Report

```
Time      : 02-11-2008   08:43pm
Tel line 1 : +2136875600
Tel line 2 : +2136875600
Name      : SASMF #6
```

Job number          :   328

Date                :   02-11  08:32pm

Document Pages      :   003

Start time          :   02-11  08:32pm

End time            :   02-11  08:43pm

Successful

    Fax number

        ☎914153977188-

Unsuccessful                                                            Pages sent

    Fax number

        ☎944333100-                                            000

Exhibit 28, P. 484

**Confirmation Report—Memory Send**

```
                              Time       : 02-11-2008   08:49pm
                              Tel line 1 : +2136875600
                              Tel line 2 : +2136875600
                              Name       : SASMF #6
```

| | | |
|---|---|---|
| Job number | : | 329 |
| Date | : | 02-11  08:48pm |
| To | : | 912134433100 |
| Document Pages | : | 003 |
| Start time | : | 02-11  08:48pm |
| End time | : | 02-11  08:49pm |
| Pages sent | : | 003 |
| Status | : | OK |

Job number    : 329          *** SEND SUCCESSFUL ***

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 SOUTH GRAND AVENUE
LOS ANGELES, CALIFORNIA 90071-3144
TELEPHONE NO : (213) 687-5000
FACSIMILE NO : (213) 687-5600
EMAIL: TNOLAN@skadden.com

**FACSIMILE TRANSMITTAL SHEET**

FROM  Thomas Nolan                    DATE  February 11, 2008
DIRECT DIAL  (213) 687-5250           FLOOR/OFFICE NO :
DIRECT FACSIMILE  (213) 621-5250

THIS FACSIMILE IS INTENDED ONLY FOR THE USE OF THE ADDRESSEE(S) NAMED HEREIN AND MAY CONTAIN LEGALLY PRIVILEGED AND/OR CONFIDENTIAL INFORMATION. IF YOU ARE NOT THE INTENDED RECIPIENT OF THIS FACSIMILE, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THIS FACSIMILE IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS FACSIMILE IN ERROR, PLEASE IMMEDIATELY NOTIFY US BY TELEPHONE AND RETURN THIS FACSIMILE TO US AT THE ADDRESS ABOVE VIA THE LOCAL POSTAL SERVICE. WE WILL REIMBURSE ANY COSTS YOU INCUR IN NOTIFYING US AND RETURNING THE FACSIMILE TO US.

IF THIS TRANSMISSION IS UNCLEAR OR INCOMPLETE, PLEASE CONTACT THE FACSIMILE DEPARTMENT AT (213) 687-5650 WHEN TRANSMITTING TO OUR MACHINES, PLEASE INCLUDE YOUR COVER SHEET AND NUMBER ALL PAGES CONSECUTIVELY.

TOTAL NUMBER OF PAGES INCLUDING COVER(S):  3

PLEASE DELIVER THE FOLLOWING PAGE(S) TO:

1  NAME  Michael T. Zeller, Esq.        FIRM  Quinn Emanuel Urquhart Oliver & Hedges, LLP
   CITY  Los Angeles                    TELEPHONE NO.  213.443.3000
   FACSIMILE NO.  213.443.3100

2  NAME  Michael H. Page, Esq.          FIRM  Keker & Van Nest, LLP
   CITY  San Francisco                  TELEPHONE NO.:  415.391.5400
   FACSIMILE NO.  415.397.7188

MESSAGE  Please see attached.

Exhibit _28_, P. _485_

# Exhibit 29

**quinn emanuel** trial lawyers | los angeles

865 South Figueroa Street, 10th Floor, Los Angeles, California 90017 | TEL: (213) 443-3000 FAX: (213) 443-3100

February 12, 2008

VIA E-MAIL AND FACSIMILE

Thomas J. Nolan, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
300 S. Grand Ave.
Los Angeles, CA 90071

Michael Page, Esq.
Keker & Van Nest, LLP
710 Sansome Street
San Francisco, CA 94111

Re:   Bryant v. Mattel

Dear Counsel:

I am in receipt of Tom Nolan's letter of last night.

The letter claims that Matt Bousquette and Tina Patel are phase 1 witnesses. It fails, however, to specify any basis for that assertion beyond claiming they are "relevant to both the merits and damages portions of Phases 1A and Phase 1B." Please provide substantiation for that claim, including in what particular respects MGA claims they have knowledge pertaining to phase 1.

Although there are other flaws in MGA's threatened *ex parte*, we see no reason to address them at this juncture since MGA has yet to articulate any specific grounds for its anticipated motion with respect to these third-party witnesses.

**quinn emanuel urquhart oliver & hedges, llp**

NEW YORK | 51 Madison Avenue, 22nd Floor, New York, NY 10010 | TEL (212) 849-7000 FAX (212) 849-7100
SAN FRANCISCO | 50 California Street, 22nd Floor, San Francisco, CA 94111 | TEL (415) 875-6600 FAX (415) 875-6700
SILICON VALLEY | 555 Twin Dolphin Drive, Suite 560, Redwood Shores, CA 94065 | TEL (650) 801-5000 FAX (650) 801-5100
TOKYO | Akasaka Twin Tower Main Building, 6th Floor, 17-22 Akasaka 2-Chome, Minato-ku, Tokyo 107-0052, Japan | TEL +81 3 5561-1711 FAX +81 3 5561-1712

Exhibit 29 , P. 486 .

02-12-2008    16:04    From-QUINN EMANUEL                    2134433100            T-787    P.003/003    F-678

I look forward to hearing from you.

Best Regards,

Michael T. Zeller

07209/2369048.1

2

02-12-2008  15:03    From-QUINN EMANUEL                    2134499100        T-787  P.001/003  F-678

# QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

**LOS ANGELES**
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017
(213) 443-3000
Facsimile: (213) 443-3100

**NEW YORK**
51 Madison Avenue, 22nd Floor
New York, NY 10010
(212) 849-7000
Facsimile: (212) 849-7100

**SAN FRANCISCO**
50 California Street, 22nd Floor
San Francisco, CA 94111
(415) 875-6600
Facsimile: (415) 875-6700

**TOKYO**
Akasaka Twin Tower Main Building, 6th Floor
17-22 Akasaka 2-Chome
Minato-ku, Tokyo 107-0052, Japan
+81 3 5561-1711
Facsimile: +81 3 5561-1712

**SILICON VALLEY**
555 Twin Dolphin Drive, Suite 560
Redwood Shores, CA 94065
(650) 801-5000
Facsimile: (650) 801-5100

## LOS ANGELES OFFICE
# FACSIMILE TRANSMISSION

**DATE:**   February 12, 2008          **NUMBER OF PAGES, INCLUDING COVER:**  3

| NAME/COMPANY | PHONE NO. | FAX NO. |
|---|---|---|
| Thomas J. Nolan, Esq. | (213) 687-5000 | (213) 687-5600 |
| Michael H. Page, Esq. | (415) 391-5400 | (415) 397-7188 |

**FROM:**   Michael T. Zeller, Esq.

**RE:**   Bryant v. Mattel

**MESSAGE:**

See attached.

*(vertical stamp: 08 FEB 12 PH 3: 29  COPY CENTER 5-4TH FLOOR   S.A.S.M.F. L.A.)*

07209/2374646.1

**CLIENT #**  7209          **ROUTE/RETURN TO:**  Tiffany Garcia - 3rd Floor          ☒ CONFIRM FAX  ☒ INCLUDE CONF. REPORT

**OPERATOR:**                              **CONFIRMED?**  ☐ NO  ☐ YES:

The information contained in this facsimile is confidential and may also contain privileged attorney-client information or work product. The information is intended only for the use of the individual or entity to whom it is addressed. If you are not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any use, dissemination, distribution or copying of this communication is strictly prohibited. If you have received the facsimile in error, please immediately notify us by telephone, and return the original message to us at the address above via the U.S. Postal Service. Thank you.

IF YOU DO NOT RECEIVE ALL OF THE PAGES, PLEASE PHONE (213) 443-3000 AS SOON AS POSSIBLE.

Exhibit 29, P. 488

# Exhibit 30

02-14-2008   15:28   From-QUINN EMANUEL                  2134438100           T-855   P.002/002   F-714

**quinn emanuel** trial lawyers | los angeles
865 South Figueroa Street, 10th Floor, Los Angeles, California 90017 | TEL 213-443-3000 FAX 213-443-3100

WRITER'S DIRECT DIAL NO.
(213) 443-3180

WRITER'S INTERNET ADDRESS
michaelzeller@quinnemanuel.com

February 14, 2008

VIA FACSIMILE AND U.S. MAIL

Thomas J. Nolan, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
300 South Grand Avenue
Los Angeles, California 90071-3144
Facsimile: (213) 687-5600

Michael Page, Esq.
Keker & Van Nest, LLP
710 Sansome Street
San Francisco, California 94111
Facsimile: (415) 397-7188

Re:   Bryant v. Mattel

Dear Counsel:

I write in response to Tom Nolan's letter from yesterday afternoon regarding the depositions of Matthew Bousquette and Tina Patel. We disagree as to what is relevant to Phase 1. Given the stay of Phase 2 depositions, Mattel does not intend to produce Mr. Bousquette or Ms. Patel at this time.

Best regards,

Michael Zeller /ms

Michael T. Zeller
07209/2389884.1

quinn emanuel urquhart oliver & hedges, llp
NEW YORK | 51 Madison Avenue, 22nd Floor, New York, New York 10010 | TEL 212-849-7000 FAX 212-849-7100
SAN FRANCISCO | 50 California Street, 22nd Floor, San Francisco, California 94111 | TEL 415-875-6600 FAX 415-875-6700
SILICON VALLEY | 555 Twin Dolphin Drive, Suite 560, Redwood Shores, California 94065 | TEL 650-801-5000 FAX 650-801-5100

07209/2389884 1

Exhibit   30, P. 489

# QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

**NEW YORK**
51 Madison Avenue, 22nd Floor
New York, NY 10010
(212) 849-7000
Facsimile: (212) 849-7100

**LOS ANGELES**
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017
(213) 443-3000
Facsimile: (213) 443-3100

**SAN FRANCISCO**
50 California Street, 22nd Floor
San Francisco, CA 94111
(415) 875-6600
Facsimile: (415) 875-6700

**TOKYO**
Akasaka Twin Tower Main Building, 6th Floor
17-22 Akasaka 2-Chome
Minato-ku, Tokyo 107-0052, Japan
+81 3 5561-1711
Facsimile: +81 3 5561-1712

**SILICON VALLEY**
555 Twin Dolphin Drive, Suite 560
Redwood Shores, CA 94065
(650) 801-5000
Facsimile: (650) 801-5100

## LOS ANGELES OFFICE
## FACSIMILE TRANSMISSION

DATE:     February 14, 2008          NUMBER OF PAGES, INCLUDING COVER: 2

| NAME/COMPANY | PHONE NO. | FAX NO. |
|---|---|---|
| Thomas J. Nolan, Esq. Skadden, Arps, Slate, Meagher & Flom LLP | 213/687-5000 | 213/687-5600 |
| Michael Page, Esq. Keker & Van Nest, LLP | 415/391-5400 | 415/397-7188 |

FROM:     Michael T. Zeller

RE:       Bryant v. Mattel, Inc.

MESSAGE:

Please see attached.

COPY CENTER 34TH FLOOR
08 FEB 14 PM 3:58
SASHF L.A.

| CLIENT #: 7209 | ROUTE/ RETURN TO: Rita Turner | ☐ CONFIRM FAX ☐ INCLUDE CONF. REPORT |
|---|---|---|
| OPERATOR: | CONFIRMED? ☐ NO ☐ YES: |  |

The information contained in this facsimile is confidential and may also contain privileged attorney-client information or work product. The information is intended only for the use of the individual or entity to whom it is addressed. If you are not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any use, dissemination, distribution or copying of this communication is strictly prohibited. If you have received the facsimile in error, please immediately notify us by telephone, and return the original message to us at the address above via the U.S. Postal Service. Thank you.

IF YOU DO NOT RECEIVE ALL OF THE PAGES, PLEASE PHONE (213) 443-3000 AS SOON AS POSSIBLE.

Exhibit 30, P. 490