QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
John B. Quinn (Bar No. 90378)
Michael T. Zeller (Bar No. 196417)
Jon D. Corey (Bar No. 185066)
Tania Krebs (Bar No. 227281)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Tel.: (213) 443-3000
Fax: (213) 443-3100

Attorneys for Plaintiff and Counter-Defendant
Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTEL, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>CARTER BRYANT, an individual<br><br>Defendant.<br><br>CARTER BRYANT, on behalf of himself, all present and former employees of Mattel, Inc., and the general public,<br><br>Counter-claimant,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Counter-defendant. | Case No. CV 04-09059 NM (RNBx)<br><br>**DISCOVERY MATTER**<br><br>[PUBLIC REDACTED] DECLARATION OF JON D. COREY IN SUPPORT OF MATTEL'S MOTION TO COMPEL THE DEPOSITION OF ISAAC LARIAN<br><br>[Exhibits 4, 5, and 9 Filed Under Seal]<br><br>Hearing Date: April 5, 2005<br>Time: 9:30 a.m.<br>Courtroom: 540<br><br>Hon. Robert N. Block<br><br>Discovery Cutoff: None set<br>Pretrial Conf. Date: None set<br>Trial Date: None set |

07209/#642786v1 <QuinnEmanuel> -final corey dec - larian

DECLARATION OF JON D. COREY

I, Jon D. Corey, declare as follows:

1. I am a member of the bar of the State of California and a member of Quinn Emanuel Urquhart Oliver & Hedges, LLP, attorneys for plaintiff and counter-defendant Mattel, Inc. ("Mattel"). I make this declaration of personal, firsthand knowledge and, if called and sworn as a witness, I could and would testify competently thereto.

2. Attached as Exhibit 1 is a true and correct copy of Mattel's Complaint in this action, which was filed on April 27, 2004 in Los Angeles County Superior Court and was personally served on Carter Bryant on April 30, 2004. Attached as Exhibit A to the Complaint is a true and correct copy of the Mattel Employee Confidential Information and Inventions Agreement signed by Carter Bryant on January 4, 1999. In the Employee Agreement, Bryant agreed that he would not, without Mattel's express written consent, "engage in any employment or business other than for [Mattel], or invest in or assist (in any manner) any business competitive with the business or future business plans of [Mattel]." In addition, Bryant assigned to Mattel all right, title and interest in "inventions," including without limitation "designs," that he conceived, created or reduced to practice during his employment by Mattel.

3. As set forth in the Complaint, in late November 2003, Mattel obtained a copy of a contract between Bryant and a Mattel competitor, MGA Entertainment, Inc. ("MGA"). That contract--which Bryant and MGA had entered into while Bryant was employed by Mattel--required Bryant to provide design services to MGA on a "top priority" basis. It also purported to grant MGA ownership of works produced by Bryant, both before and after the agreement's effective date. Attached as Exhibit 2 is a true and correct copy of the contract between Bryant and MGA (as obtained by Mattel). Both MGA and Bryant produced partial copies of this agreement on August 12, 2004.

4. Bryant filed a Cross-Complaint against Mattel on September 8, 2004. Attached as Exhibit 3 hereto is a true and correct copy of Carter Bryant's Cross-Complaint in this matter.

5. Attached as Exhibit 4 is a true and correct copy of pages 5, 41, 45, 86-88, 104-05, 139-41, 161-62, 177-78, 182, 184-85, 195-96, 199, 267-68 and 432-35 of the transcript of the deposition of Carter Bryant taken November 4, 5 and 8, 2004.

6. Attached as Exhibit 5 is a true and correct copy of pages 17-26, 55-56, 79-80, 82, 92-93, 100, 111-13, 150, 217-18 and 225-26 of the transcript of the deposition of Victoria O'Connor taken December 6, 2004.

7. Attached as Exhibit 6 is a true and correct copy of the Notice of Deposition of Isaac Larian that Mattel served on December 15, 2004.

8. Attached as Exhibit 7 is a true and correct copy of a January 14, 2005 letter from Paula Ambrosini, counsel for MGA Entertainment, Inc., to my colleague, Michael T. Zeller, in which Ms. Ambrosini refused to provide dates for Mr. Larian's deposition.

9. Attached as Exhibit 8 is a true and correct copy of the Second Declaration of Carter Bryant in Support of Opposition to Plaintiff's Motion to Remand and for Costs dated July 1, 2004, in which Mr. Bryant declared that his "revenues to date [from MGA] are in the millions of dollars."

10. Attached as Exhibit 9 is a true and correct copy of selected pages from Defendant in Intervention MGA Entertainment, Inc.'s Joinder in Defendant Carter Bryant's Opposition to Plaintiff Mattel, Inc.'s Motion to Remand dated December 22, 2004.

11. Attached as Exhibit 10 is a true and correct copy of a sworn Affidavit of Isaac Larian. MGA submitted the Larian affidavit in a lawsuit that MGA filed in Hong Kong. In that affidavit Mr. Larian avers that "[t]he Bratz dolls were first exhibited in the United States in November 2000."

12. Attached as Exhibit 11 is a true and correct copy of the Verfied Complaint that Farhad Larian filed against his brother, Isaac Larian, in Superior Court for the State of California, County of Los Angeles, Case No. BC301371, on August 25, 2003.

13. Attached as Exhibit 12 is a true and correct copy of an article that appeared in the July 18, 2003 edition of the Wall Street Journal.

14. Attached as Exhibit 13 are true and correct copies of articles in which Mr. Larian is identified or quoted as being personally involved in the Bratz project and made statements regarding the timing of the development of Bratz, including articles from BusinessWeek, CBSNews.com, Sydney Morning Herald, and The Guardian.

15. Attached as Exhibit 14 is a true and correct copy of defendant MGA Entertainment, Inc.'s Rule 26(a) Disclosures served on January 26, 2005.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed this 15th day of March, 2005, at Los Angeles, California.

_____
Jon D. Corey