business hours of COMPANY.

(b)   COMPANY hereby acknowledges that during the term of this Agreement, CONSULTANT may engage in any other business or professional activity provided that such activity does not directly compete with the business of COMPANY within Los Angeles County, California, and the performance of such activity does not interfere with his present work as a consultant for COMPANY.

(c)   CONSULTANT hereby acknowledges that he is being employed as an Independent Contractor to render the services described herein and that CONSULTANT shall be solely responsible for any Federal and State Income Tax withholding or Estimated Tax Payments that CONSULTANT may be required to file and/or pay.

3.   COMPENSATION

For all services rendered by CONSULTANT under this Agreement, COMPANY shall pay to CONSULTANT the sum of $7,500.00 per month payable on the first day of each month of the term hereof.

4.   TERMINATION

This Agreement may be terminated by either party for cause or for breach by the other party of any provision contained in this Agreement. COMPANY may not terminate CONSULTANT for a breach of this Agreement until COMPANY has furnished CONSULTANT with written notice of the breach contended by COMPANY and CONSULTANT fails to cure said breach within ten (10) days of receipt of said notice.

After five years from the date hereof but not before, this Agreement may be terminated by COMPANY upon payment in full of the promissory note given by Isaac Larian to CONSULTANT as part of the purchase of CONSULTANT'S shares of COMPANY.

2

EXHIBIT 11      219

This Agreement may be terminated by CONSULTANT, at any time, without cause, upon giving COMPANY thirty (30) days prior written notice.

5.   **TRADE SECRETS**

CONSULTANT acknowledges and represents that the sources of COMPANY's services, techniques, methods, products, manufacturing techniques, manufacturing requirements, pricing, customer lists and vendor lists are a trade secret and the property of COMPANY. It is agreed that all such data is confidential and that it shall not be disclosed, directly or indirectly, or used by CONSULTANT in any way, except on behalf of COMPANY, either during the term of this Agreement or at any time thereafter.

6.   **NOTICES**

Any notice required or permitted to be given under this Agreement shall be sufficient if in writing and if sent by registered mail to the principal office of COMPANY or personal residence of CONSULTANT.

7.   **COUNTERPARTS**

The within Agreement may be executed in duplicate counterparts and each such signed duplicate counterpart shall be deemed to be an original.

8.   **TITLES AND CONSTRUCTION**

The titles of the paragraphs in this Agreement are set forth for convenience only. This Agreement shall not be construed or interpreted for or against either of the parties hereto by reason of its draftsmanship by either party.

9.   **ASSIGNMENT**

The rights, benefits, duties and obligations of COMPANY and CONSULTANT under this Agreement may not be assigned without the express written permission of the other.

3

EXHIBIT 11      220

10. **ARBITRATION**

Any controversy between the parties arising out of this Agreement shall be submitted to Morad Zarabi who shall serve as sole arbitrator with respect to said disputes.  If Morad Zarabi is unable to so act, Kambiz Zarabi is appointed arbitrator.  Either arbitrator can select another person or entity to serve as arbitrator, either currently or prospectively, if neither of the above two named arbitrators are available to so serve.  The decision of the arbitrator shall be final and binding upon both parties.

11. **ATTORNEYS' FEES**

If any action or any other proceeding is brought for the enforcement of this Agreement, or because of an alleged dispute, breach, default, or misrepresentation in connection with any of the provisions of this Agreement, the successful or prevailing party or parties shall be entitled to recover reasonable attorneys' fees and other costs incurred in that action or proceeding, in addition to any other relief to which they may be entitled.

12. **ENTIRE AGREEMENT**

(a)  This Agreement constitutes the entire Agreement between the parties and contains all of the agreement between the parties with respect to the subject matter hereof; this Agreement supersedes any and all other agreements, either oral or in writing, between parties hereto with respect to the subject matter hereof.

(b)  No change or modification of this Agreement shall be valid unless the same be in writing and signed by the person or party to be charged.

13. **GOVERNING LAW**

This Agreement shall be subject to and governed by the laws of the State of California.

4

EXHIBIT 11     221

DATED: JUN 1        , 2001

COMPANY:                              CONSULTANT:

ABC INTERNATIONAL TRADERS INC.

                                     _Farhad Lari_
                                     FARHAD LARIAN

By: _____
   Isaac Larian, President

EXHIBIT 11

222

## MUTUAL RELEASE

For valuable consideration, receipt of which is hereby acknowledged:

1.  Isaac Larian, an individual, and ABC International Traders Inc., a California corporation, and each of them, on behalf of themselves, their associates, owners, stockholders, predecessors, successors, heirs, assigns, directors, officers, partners, employees, representatives, and all other persons acting by, through, under, or in concert with them, or any of them, do hereby acquit, release and forever discharge Farhad Larian, an individual, and his spouse, associates, successors, heirs, assigns, agents, representatives, and all other persons acting by, through, under, or in concert with him or any of them, of and from any and all cause or causes of action, suits, claims, demands, obligations, liabilities, damages, liens, contracts, agreements, promises, losses, costs, or expenses of any nature whatsoever, known or unknown, fixed or in equity, from the beginning of time to the date hereof with the exception of those obligations imposed under the terms of the Agreement For Sale Of Stock between Isaac Larian and Farhad Larian for the sale by Farhad Larian of his shareholder interest in ABC International Traders Inc. to Isaac Larian and the agreements attached as Exhibits to the Agreement For Sale Of Stock.

2.  Farhad Larian, an individual, on behalf of himself, his spouse, associates, successors, heirs, assigns, agents, representatives, and all other persons acting by, through, under, or in concert with him or any of them, do hereby acquit, release and forever discharge Isaac Larian, an individual, and ABC International Traders Inc., a California corporation, and each of them, their respective associates, owners, stockholders, predecessors, successors, heirs, assigns, directors, officers, partners, employees, representatives, and all other persons acting by, through, under, or in concert with them, or any of them, of and from any and all cause or causes of action, suits, claims, demands, obligations, liabilities, damages, liens, contracts, agreements, promises, losses, costs, or expenses of any nature whatsoever, known or unknown, fixed or in equity, from the beginning of time to the date hereof with the exception of those obligations imposed under the terms of the Agreement For Sale Of Stock between Isaac Larian and Farhad Larian for the dale by Farhad Larian of his shareholder interest in ABC International Traders Inc. to Isaac Larian and the agreements attached as Exhibits to the Agreement For Sale Of Stock.

3.  The foregoing release is and shall be a release of all claims, whether known or unknown, and each of the undersigned parties waives all rights reserved to him, it or them, by Section 1542 of the Civil Code of the State of California, which provided, as follows:

> "A general release does not extend to claims which the creditor does not know or suspect to exist in his favor at the time of executing the Release which if known by him must have materially affected his settlement with the debtor."

4.  This Release shall be binding on, and shall inure to the benefit of, the parties to it and their respective heirs, legal representatives, successors and assigns.

Exhibit "D"

EXHIBIT 11     223

5.   Each of the undersigned individuals represents that he signs this Release with the express authority of the party on whose behalf he signs.

IN WITNESS WHEREOF, the parties hereto have executed this Release on the 4th day of DECEMBER , 2000.

_____                    _____
ISAAC LARIAN                               FARHAD LARIAN


ABC INTERNATIONAL TRADERS INC.

By:  _____
     Isaac Larian, President

EXHIBIT 11            224

## AMENDMENT TO AGREEMENTS

On December 4, 2000, Farhad Larian ("Farhad"), Isaac Larian ("Isaac"), ABC International Traders Inc., a California corporation ("ABC") and/or Morad Zarabi ("Morad") entered into one or more of the following agreements concerning or relating to the sale by Farhad to Isaac of Farhad's shareholder interest in ABC and MGA Entertainment Hong Kong Limited, a Hong Kong corporation:

    A.  Agreement For Sale of Stock.
    B.  Promissory Note.
    C.  Pledge Agreement.
    D.  Consulting Agreement.
    E.  Mutual Release.

The parties desire to amend the agreements as specifically provided herein, and in all other respects, ratify and confirm said agreements.

1.  Agreement For Sale of Stock.

    a.  There should be inserted as a second paragraph at section 12 on page 7 to read as follows:

"BUYER shall, and shall additionally cause CORPORATION to, indemnify and hold SELLER harmless from and against any claim, suit, liability, cause of action or damages arising from or related to SELLER's employment by CORPORATION, ownership of the stock in CORPORATION and/or any personal guarantees given by SELLER in his capacity as a shareholder, officer or employee of CORPORATION, to the greatest extent permitted by law. The provisions of this paragraph shall survive any termination of this Agreement. In addition thereto, BUYER shall, and shall additionally cause CORPORATION to, utilize all commercially reasonable efforts to have SELLER removed as a guarantor of any of the obligations of CORPORATION. Notwithstanding the above, SELLER shall remain personally liable on the SBA guarantee concerning the real property located at 16730 Schoenborn Street, North Hills, CA 91343".

    b.  There should be inserted at the end of section 14 on page 8 the following additional sentence:

"BUYER shall execute in favor of Morad or any successor pledgeholder under the Pledge Agreement a limited proxy to vote his shares of CORPORATION for the purpose of electing Morad or any successor pledgeholder as a member of the board of directors of CORPORATION, so that Morad or the successor pledgeholder will serve in such capacity until such time as the promissory note issued by BUYER in favor of SELLER has been paid in full."

1

EXHIBIT 11

225

2. Promissory Note.

a. The date of making for purposes of interest accruals shall be January 1, 2001.

b. There shall be added as Exhibit "1" to the Promissory Note the amortization schedule for the $6,275,000.00 principal as attached hereto.

c. There shall be inserted the following additional paragraph between the first and second paragraphs:

"In the case of a sale of at least a majority of the shares of ABC International Traders Inc. ("ABC") by the maker hereof in a single transaction or in a series of related transactions; or the sale of at least a majority of ABC's assets in a single transaction or a series of related transactions, then, in any such case and notwithstanding anything to the contrary contained in this promissory note, all or a portion of the remaining unpaid principal and then accrued interest thereon shall then become due and payable in the same fractional proportion as determined by a fraction the numerator of which is the sale proceeds received and the denominator of which is the total value of ABC shares or assets, as the case may be. In the event of an exchange by the maker of shares of ABC for shares in another corporation, Morad Zarabi, designated arbitrator under the Agreement For Sale Of Stock between maker and beneficiary herein, shall determine, in his sole discretion, whether some or all of the newly acquired shares shall be transferred to beneficiary herein in payment of a portion of the promissory note; or whether said newly acquired shares shall instead be substituted for ABC shares under the Pledge Agreement executed between the maker, beneficiary and Morad Zarabi."

d. There shall be added the following additional paragraph to the Promissory Note:

"Notwithstanding any other provision of this Promissory Note, any controversy between the parties concerning or arising from the Promissory Note shall be submitted to Morad Zarabi who shall serve as sole arbitrator with respect to said disputes. The decision of Morad shall be final and binding upon both parties. In the event Morad is unavailable to so act, then Kambiz Zarabi shall serve as arbitrator. Any arbitrator may appoint another person or entity to arbitrate, either currently or prospectively, in the event that both named arbitrators herein are unable to so act."

3. Pledge Agreement.

a. There shall be added an additional section 14, as follows:

"14) ARBITRATION:  Any controversy between the parties concerning or

2

EXHIBIT 11

226

arising from this Pledge Agreement shall be submitted to Morad Zarabi who shall serve as sole arbitrator with respect to said disputes. The decision of Morad shall be final and binding upon all parties. In the event Morad is unavailable to so act, then Kambiz Zarabi shall serve as arbitrator. Any arbitrator may appoint another person or entity to arbitrate, either currently or prospectively, in the event that both named arbitrators herein are unable to so act."

4. Consulting Agreement.

a. There shall be added an additional section 14, as follows:

"14. INDEMNIFICATION
    To the maximum extent provided by law, COMPANY shall indemnify and hold CONSULTANT harmless from and against any claim, suit, liability, cause of action or damages arising from or related to CONSULTANT's services under the terms of this agreement or the past services of CONSULTANT as an employee of COMPANY. The provisions of this paragraph shall survive any termination of this Agreement."

In Witness Whereof, the parties execute this Amendment To Agreements on the 31 day of December, 2000.

_____
Farhad Larian

_____
Isaac Larian

ABC International Traders Inc.

By: _____
Isaac Larian, President

_____
Morad Zarabi

3

EXHIBIT 11                                            227

**ORIGINAL** CM-010

FOR COURT USE ONLY

| | |
|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY (name, state bar number, and address):<br>Don Howarth (SB# 53783), Brian D. Bubb, Esq. (SB# 137408)<br>800 Wilshire Boulevard, Suite 750, Los Angeles, California 90017<br>HOWARTH & SMITH<br>TELEPHONE NO.: (213) 955-9400   FAX NO.: (213) 622-0791<br>ATTORNEY FOR (Name): Plaintiff Farhad Larian<br>SUPERIOR COURT OF CALIFORNIA, COUNTY OF Los Angeles<br>STREET ADDRESS: 111 North Hill Street<br>MAILING ADDRESS:<br>CITY AND ZIP CODE: Los Angeles, California 90017<br>BRANCH NAME: Central District, Stanley Mosk Courthouse | **FILED**<br>LOS ANGELES SUPERIOR COURT<br>AUG 2 5 2003<br>JOHN A. CLARKE, CLERK<br>C. L. Coleman<br>BY C. L. COLEMAN, DEPUTY |

| CASE NAME: FARHAD LARIAN v. ISAAC LARIAN, et al. | |
|---|---|

| CIVIL CASE COVER SHEET | Complex Case Designation | CASE NUMBER: BC 301371 |
|---|---|---|
| [✓] Unlimited (Amount demanded exceeds $25,000)   [ ] Limited (Amount demanded is $25,000 or less) | [ ] Counter   [ ] Joinder<br>Filed with first appearance by defendant (Cal. Rules of Court, rule 1811) | JUDGE:<br>DEPT.: |

*All five (5) items below must be completed (see instructions on page 2).*

**1. Check one box below for the case type that best describes this case:**

**Auto Tort**
- [ ] Auto (22)
- [ ] Uninsured motorist (46)

**Other PI/PD/WD (Personal Injury/Property Damage/Wrongful Death) Tort**
- [ ] Asbestos (04)
- [ ] Product liability (24)
- [ ] Medical malpractice (45)
- [ ] Other PI/PD/WD (23)

**Non-PI/PD/WD (Other) Tort**
- [ ] Business tort/unfair business practice (07)
- [ ] Civil rights (08)
- [ ] Defamation (13)
- [ ] Fraud (16)
- [ ] Intellectual property (19)
- [ ] Professional negligence (25)
- [ ] Other non-PI/PD/WD tort (35)

**Employment**
- [ ] Wrongful termination (36)
- [ ] Other employment (15)

**Contract**
- [ ] Breach of contract/warranty (06)
- [ ] Collections (09)
- [ ] Insurance coverage (18)
- [✓] Other contract (37)

**Real Property**
- [ ] Eminent domain/inverse condemnation (14)
- [ ] Wrongful eviction (33)
- [ ] Other real property (26)

**Unlawful Detainer**
- [ ] Commercial (31)
- [ ] Residential (32)
- [ ] Drugs (38)

**Judicial Review**
- [ ] Asset forfeiture (05)
- [ ] Petition re: arbitration award (11)
- [ ] Writ of mandate (02)
- [ ] Other judicial review (39)

**Provisionally Complex Civil Litigation (Cal. Rules of Court, rules 1800–1812)**
- [ ] Antitrust/Trade regulation (03)
- [ ] Construction defect (10)
- [ ] Mass tort (40)
- [ ] Securities litigation (28)
- [ ] Environmental/Toxic tort (30)
- [ ] Insurance coverage claims arising from the above listed provisionally complex case types (41)

**Enforcement of Judgment**
- [ ] Enforcement of judgment (20)

**Miscellaneous Civil Complaint**
- [ ] RICO (27)
- [ ] Other complaint (not specified above) (42)

**Miscellaneous Civil Petition**
- [ ] Partnership and corporate governance (21)
- [ ] Other petition (not specified above) (43)

**2.** This case [ ] is [✓] is not complex under rule 1800 of the California Rules of Court. If the case is complex, mark the factors requiring exceptional judicial management:
- a. [ ] Large number of separately represented parties
- b. [ ] Extensive motion practice raising difficult or novel issues that will be time-consuming to resolve
- c. [ ] Substantial amount of documentary evidence
- d. [ ] Large number of witnesses
- e. [ ] Coordination with related actions pending in one or more courts in other counties, states or countries, or in a federal court
- f. [ ] Substantial post-judgment judicial supervision

**3.** Type of remedies sought (check all that apply):
- a. [✓] monetary   b. [✓] nonmonetary; declaratory or injunctive relief   c. [✓] punitive

**4.** Number of causes of action (specify): 10

**5.** This case [ ] is [✓] is not a class action suit.

Date: August 25, 2003

Don Howarth, Esq.
(TYPE OR PRINT NAME)

*Don Howarth*
(SIGNATURE OF PARTY OR ATTORNEY FOR PARTY)

**NOTICE**
- Plaintiff must file this cover sheet with the first paper filed in the action or proceeding (except small claims cases or cases filed under the Probate, Family, or Welfare and Institutions Code). (Cal. Rules of Court, rule 201.8.) Failure to file may result in sanctions.
- File this cover sheet in addition to any cover sheet required by local court rule.
- If this case is complex under rule 1800 et seq. of the California Rules of Court, you must serve a copy of this cover sheet on all other parties to the action or proceeding.
- Unless this is a complex case, this cover sheet will be used for statistical purposes only.

Page 1 of 2

Form Adopted for Mandatory Use<br>Judicial Council of California<br>CM-010 [Rev. July 1, 2003]

**CIVIL CASE COVER SHEET**

Cal. Rules of Court, rules 201.8, 1800–1812;<br>Standards of Judicial Administration, § 19<br>www.courtinfo.ca.gov

228

EXHIBIT 11

## INSTRUCTIONS ON HOW TO COMPLETE THE COVER SHEET

**To Plaintiffs and Others Filing First Papers**

If you are filing a first paper (for example, a complaint) in a civil case, you must complete and file, along with your first paper, the *Civil Case Cover Sheet* contained on page 1. This information will be used to compile statistics about the types and numbers of cases filed. You must check all five items on the sheet. In item 1, you must check one box for the case type that best describes the case. If the case fits both a general and a more specific type of case listed in item 1, check the more specific one. If the case has multiple causes of action, check the box that best indicates the primary cause of action. To assist you in completing the sheet, examples of the cases that belong under each case type in item 1 are provided below. A cover sheet must be filed only with your initial paper. You do not need to submit a cover sheet with amended papers. Failure to file a cover sheet with the first paper filed in a civil case may subject a party, its counsel, or both to sanctions under rules 201.8(c) and 227 of the California Rules of Court.

**To Parties in Complex Cases**

In complex cases only, parties must also use the *Civil Case Cover Sheet* to designate whether the case is complex. If a plaintiff believes the case is complex under rule 1800 of the California Rules of Court, this must be indicated by completing the appropriate boxes in items 1 and 2. If a plaintiff designates a case as complex, the cover sheet must be served with the complaint on all parties to the action. A defendant may file and serve no later than the time of its first appearance a joinder in the plaintiff's designation, a counter-designation that the case is not complex, or, if the plaintiff has made no designation, a designation that the case is complex.

### CASE TYPES AND EXAMPLES

**Auto Tort**
Auto (22)—Personal Injury/Property Damage/Wrongful Death
Uninsured Motorist (46) (*if the case involves an uninsured motorist claim subject to arbitration, check this item instead of Auto*)

**Other PI/PD/WD (Personal Injury/ Property Damage/Wrongful Death) Tort**
Asbestos (04)
  Asbestos Property Damage
  Asbestos Personal Injury/ Wrongful Death
Product Liability (*not asbestos or toxic/environmental*) (24)
Medical Malpractice (45)
  Medical Malpractice– Physicians & Surgeons
  Other Professional Health Care Malpractice
Other PI/PD/WD (23)
  Premises Liability (e.g., slip and fall)
  Intentional Bodily Injury/PD/WD (e.g., assault, vandalism)
  Intentional Infliction of Emotional Distress
  Negligent Infliction of Emotional Distress
  Other PI/PD/WD

**Non-PI/PD/WD (Other) Tort**
Business Tort/Unfair Business Practice (07)
Civil Rights (e.g., discrimination, false arrest) (*not civil harassment*)(08)
Defamation (e.g., slander, libel) (13)
Fraud (16)
Intellectual Property (19)
Professional Negligence (25)
  Legal Malpractice
  Other Professional Malpractice (*not medical or legal*)
Other Non-PI/PD/WD Tort (35)

**Employment**
Wrongful Termination (36)
Other Employment (15)

**Contract**
Breach of Contract/Warranty (06)
  Breach of Rental/Lease Contract (*not unlawful detainer or wrongful eviction*)
  Contract/Warranty Breach–Seller Plaintiff (*not fraud or negligence*)
  Negligent Breach of Contract/ Warranty
  Other Breach of Contract/Warranty
Collections (e.g., money owed, open book accounts) (09)
  Collection Case–Seller Plaintiff
  Other Promissory Note/Collections Case
Insurance Coverage (*not provisionally complex*) (18)
  Auto Subrogation
  Other Coverage
Other Contract (37)
  Contractual Fraud
  Other Contract Dispute

**Real Property**
Eminent Domain/Inverse Condemnation (14)
Wrongful Eviction (33)
Other Real Property (e.g., quiet title) (26)
  Writ of Possession of Real Property
  Mortgage Foreclosure
  Quiet Title
  Other Real Property (*not eminent domain, landlord/tenant, or foreclosure*)

**Unlawful Detainer**
Commercial (31)
Residential (32)
Drugs (38) (*if the case involves illegal drugs, check this item; otherwise, report as Commercial or Residential.*)

**Judicial Review**
Asset Forfeiture (05)
Petition Re: Arbitration Award (11)
Writ of Mandate (02)
  Writ–Administrative Mandamus
  Writ–Mandamus on Limited Court Case Matter
  Writ–Other Limited Court Case Review
Other Judicial Review (39)
  Review of Health Officer Order
  Notice of Appeal–Labor Commissioner Appeals

**Provisionally Complex Civil Litigation (Cal. Rules of Court Rule 1800-1812)**
Antitrust/Trade Regulation (03)
Construction Defect (10)
Claims Involving Mass Tort (40)
Securities Litigation (28)
Toxic Tort/Environmental (30)
Insurance Coverage Claims (*arising from provisionally complex case type listed above*) (41)

**Enforcement of Judgment**
Enforcement of Judgment (20)
  Abstract of Judgment (Out of County)
  Confession of Judgment (*non-domestic relations*)
  Sister State Judgment
  Administrative Agency Award (*not unpaid taxes*)
  Petition/Certification of Entry of Judgment on Unpaid Tax
  Other Enforcement of Judgment Case

**Miscellaneous Civil Complaint**
RICO (27)
Other Complaint (*not specified above*) (42)
  Declaratory Relief Only
  Injunctive Relief Only (*non-harassment*)
  Mechanics Lien
  Other Commercial Complaint Case (*non-tort/non-complex*)
  Other Civil Complaint (*non-tort/non-complex*)

**Miscellaneous Civil Petition**
Partnership and Corporate Governance (21)
Other Petition (*not specified above*) (43)
  Civil Harassment
  Workplace Violence
  Elder/Dependent Adult Abuse
  Election Contest
  Petition for Name Change
  Petition for Relief from Late Claim
  Other Civil Petition

CM-010 [Rev. July 1, 2003]

**CIVIL CASE COVER SHEET**

Page 2 of 2

223

EXHIBIT 11

ORIGINAL

| SHORT TITLE | CASE NUMBER |
|---|---|
| FARHAD LARIAN v. ISAAC LARIAN, et al. | BC301371 |

## CIVIL CASE COVER SHEET ADDENDUM AND STATEMENT OF LOCATION
### (CERTIFICATE OF GROUNDS FOR ASSIGNMENT TO COURTHOUSE LOCATION)

**This form is required in all new civil case filings in the Los Angeles Superior Court**

I. Check the types of hearing and fill in the estimated length of hearing expected for this case:

JURY TRIAL? ☒ YES  CLASS ACTION? ☐ YES  LIMITED CASE? ☐ YES  TIME ESTIMATED FOR TRIAL 10 ☐ HOURS/☒ DAYS.

II. Select the correct district and courthouse location (4 steps – If you checked "Limited Case", skip to No. III, Pg. 4):

1 After first completing the Civil Case Cover Sheet Form, find the main civil case cover sheet heading for your case in the left margin below, and, to the right in Column 1, the Civil Case Cover Sheet case type you selected.

2 Check **one** Superior Court type of action in Column 2 below which best describes the nature of this case.

3 In Column 3, circle the reason for the court location choice that applies to the type of action you have checked.

**Applicable Reasons for Choosing Courthouse Location (See Column 3 below)**

1. Class Actions must be filed in the County Courthouse, Central District.
2. May be filed in Central (Other county, or no Bodily Inj/Prop.Damage)
3. Location where cause of action arose.
4. Location where bodily injury, death or damage occurred.
5. Location where performance required or defendant resides.
6. Location of property or permanently garaged vehicle.
7. Location where petitioner resides.
8. Location wherein defendant/respondent functions wholly.
9. Location where one or more of the parties reside.
10. Location of Labor Commissioner Office.

4 Fill in the information requested on page 4 in Item III; complete Item IV. Sign the certificate.

|  | -1-<br>Civil Case Cover Sheet Category No. | -2-<br>Type of Action<br>(Check only one) | -3-<br>Applicable Reasons -<br>See Step 3 Above |
|---|---|---|---|
| **Auto Tort** | Auto (22) | ☐ A7100　Motor Vehicle - Personal Injury/Property Dam./Wrongful Death<br>Is this an uninsured motorist case? ☐ Yes ☐ No | 1., 2., 4. |
| **Other PI/PD/WD Tort** | Asbestos (04) | ☐ A6070　Asbestos Property Damage<br>☐ A7221　Asbestosis - Personal Injury/Wrongful Death | 2.<br>2. |
| | Product Liability (24) | ☐ A7260　Product Liability (not asbestos or toxic/environmental) | 1., 2., 3., 4., 8. |
| | Medical Malpractice (45) | ☐ A7210　Medical Malpractice - Physicians & Surgeons<br>☐ A7240　Other Professional Health Care Malpractice | 1., 2., 4.<br>1., 2., 4. |
| | Other PI/PD/WD (23) | ☐ A7250　Premises Liability (e.g., slip and fall)<br>☐ A7230　Intentional Bodily Injury/PD/WD (e.g., assault, vandalism, etc.)<br>☐ A7270　Intentional Infliction of Emotional Distress<br>☐ A7271　Negligent Infliction of Emotional Distress<br>☐ A7220　Other Personal Injury/Property Dam./Wrongful Death | 1., 2., 4.<br>1., 2., 4.<br>1., 2., 3.<br>1., 2., 3.<br>1., 2., 4. |
| **Non-PI/PD/WD Tort** | Business Tort (07) | ☐ A6029　Other Commercial/Business Tort (not fraud/breach of contract) | 1., 2., 3. |
| | Civil Rights (08) | ☐ A6005　Civil Rights/Discrimination | 1., 2., 3. |
| | Defamation (13) | ☐ A6010　Defamation (slander/libel) | 1., 2., 3. |
| | Fraud (16) | ☐ A6013　Fraud (no contract) | 1., 2., 3. |
| | Intellectual Property (19) | ☐ A6016　Intellectual Property | 2., 3. |

**CIVIL CASE COVER SHEET ADDENDUM AND STATEMENT OF LOCATION**　　LASC Rule 2.0

CIV 109　04-02　Marie Drew's Essential Forms™　　　　　　Page 1 of 4

230

EXHIBIT 11

| SHORT TITLE: FARHAD LARIAN v. ISAAC LARIAN, et al. | CASE NUMBER |
| --- | --- |

| | -1-<br>Civil Case Cover Sheet Category No. | -2-<br>Type of Action<br>(Check only one) | -3-<br>Applicable Reasons -<br>See Step 3 Above |
| --- | --- | --- | --- |
| **Non-PI/PD/WD Tort** | Prof. Negligence (25) | ☐ A6017  Legal Malpractice | 1., 2., 3. |
| | | ☐ A6050  Other Professional Malpractice (not medical or legal) | 1., 2., 3. |
| **Employment** | Wrongful Termination (36) | ☐ A6037  Wrongful Termination | 1., 2., 3. |
| | Other Employment (15) | ☐ A6024  Other Employment Complaint Case | 1., 2., 3. |
| | | ☐ A6109  Labor Commissioner Appeals | 10. |
| **Contract** | · Breach of Contract/<br>Warranty<br>(06)<br>(not insurance) | ☐ A6004  Breach of Rental/Lease Contract (not UD or wrongful eviction) | 2., 5. |
| | | ☐ A6008  Contract/Warranty Breach -Seller Plaintiff(no fraud/negligence) | 2., 5. |
| | | ☐ A6019  Negligent Breach of Contract/Warranty (no fraud) | 1., 2., 5. |
| | | ☐ A6028  Other Breach of Contract/Warranty (not fraud or negligence) | 1., 2., 5. |
| | Collections (09) | ☐ A6002  Collections Case-Seller Plaintiff | 2., 5., 6. |
| | | ☐ A6012  Other Promissory Note/Collections Case | 2., 5. |
| | Insurance Coverage (18) | ☐ A6015  Insurance Coverage (not complex) | 1., 2., 5., 8. |
| | Other Contract (37) | ☒ A6009  Contractual Fraud | 1., 2. 3., 5. |
| | | ☐ A6031  Tortious Interference | 1., 2., 3., 5. |
| | | ☐ A6027  Other Contract Dispute(not breach/insurance/fraud/negligence) | 1., 2., 3., 8. |
| **Real Property** | Emnt Dom/Inv. Cond. (14) | ☐ A7300  Eminent Domain/Condemnation Number of parcels_____ | 2. |
| | Wrongful Eviction (33) | ☐ A6023  Wrongful Eviction Case | 2., 6. |
| | Other Real Property (26) | ☐ A6018  Mortgage Foreclosure | 2., 6. |
| | | ☐ A6032  Quiet Title | 2., 6. |
| | | ☐ A6060  Other Real Property(not em. domain, landlord/tenant, foreclosure) | 2., 6. |
| **Unlawful Detainer** | Unlawful Detainer-<br>Commercial (31) | ☐ A6021  Unlawful Detainer-Commercial (not drugs or wrongful eviction) | 2., 6. |
| | Unlawful Detainer-<br>Residential (32) | ☐ A6020  Unlawful Detainer-Residential (not drugs or wrongful eviction) | 2., 6. |
| | Unlawful Detainer-<br>Drugs (38) | ☐ A6022  Unlawful Detainer-Drugs | 2., 6. |
| **Judicial Review** | Asset Forfeiture (05) | ☐ A6108  Asset Forfeiture Case | 2., 6. |
| | Petition re Arbitration Award (11) | ☐ A6115  Petition to Compel/Confirm Arbitration | 2., 5. |

**CIVIL CASE COVER SHEET ADDENDUM AND STATEMENT OF LOCATION**   LASC Rule 2.0

CIV 109  04-02   *Martin Dean's Essential Forms™*

Page 2 of 4

EXHIBIT 11

| SHORT TITLE: FARHAD LARIAN v. ISAAC LARIAN, et al. | CASE NUMBER |
| --- | --- |

| | -1-<br>Civil Case Cover<br>Sheet Category No. | -2-<br>Type of Action<br>(Check only one) | -3-<br>Applicable Reasons -<br>See Step 3 Above |
| --- | --- | --- | --- |
| **Judicial Review (Cont'd.)** | Writ of Mandate<br>(02) | ☐ A6151  Writ - Administrative Mandamus<br>☐ A6152  Writ - Mandamus on Limited Court Case Matter<br>☐ A6153  Writ - Other Limited Court Case Review | 2., 8.<br>2.<br>2. |
| | Oth. Jud. Review (39) | ☐ A6150  Other Writ /Judicial Review | 2., 8. |
| **Provisionally Complex Litig.** | Antitrust/Trade Reg.<br>(03) | ☐ A6003  Antitrust/Trade Regulation | 1., 2., 8. |
| | Construction Defect<br>(10) | ☐ A6007  Construction defect | 1., 2., 3. |
| | Claims Involving Mass<br>Tort (40) | ☐ A6006  Claims Involving Mass Tort | 1., 2., 8. |
| | Securities Litig. (28) | ☐ A6035  Securities Litigation Case | 1., 2., 8. |
| | Tox. Tort/Environm<br>(30) | ☐ A6036  Toxic Tort/Environmental | 1., 2., 3., 8. |
| | Ins Covrage Clms<br>from Complex Case<br>(41) | ☐ A6014  Insurance Coverage/Subrogation (complex case only) | 1., 2., 5., 8. |
| **Enforcement of Judgment** | Enforcement<br>of Judgment<br>(20) | ☐ A6141  Sister State Judgment<br>☐ A6160  Abstract of Judgment<br>☐ A6107  Confession of Judgment (non-domestic relations)<br>☐ A6140  Administrative Agency Award (not unpaid taxes)<br>☐ A6114  Petition/Certificate for Entry of Judgment on Unpaid Tax<br>☐ A6112  Other Enforcement of Judgment Case | 2., 9.<br>2., 6.<br>2., 9.<br>2., 8.<br>2., 8.<br>2., 8., 9. |
| **Misc. Civ. Cmplts** | RICO (27) | ☐ A6033  Racketeering (RICO) Case | 1., 2., 8. |
| | Other Complaints<br>(Not Specified Above)<br>(42) | ☐ A6030  Declaratory Relief Only<br>☐ A6040  Injunctive Relief Only (not domestic/harassment)<br>☐ A6011  Other Commercial Complaint Case (non-tort/non-complex)<br>☐ A6000  Other Civil Complaint (non-tort/non-complex) | 1., 2., 8.<br>2., 8.<br>1., 2., 8.<br>1., 2., 8. |
| **Misc. Civil Petitions** | Partnership/Corp.<br>Governance(21) | ☐ A6113  Partnership and Corporate Governance Case | 2., 8. |
| | Other Petitions<br>(Not Specified Above)<br>(43) | ☐ A6121  Civil Harassment<br>☐ A6123  Workplace Harassment<br>☐ A6124  Elder/Dependent Adult Abuse Case<br>☐ A6190  Election Contest<br>☐ A6110  Petition for Change of Name<br>☐ A6170  Petition for Relief from Late Claim Law<br>☐ A6100  Other Civil Petition | 2., 3., 9.<br>2., 3., 9<br>2., 3., 9<br>2.<br>2., 7.<br>2., 3., 4., 8.<br>2., 9. |

**CIVIL CASE COVER SHEET ADDENDUM AND STATEMENT OF LOCATION**   LASC Rule 2.0

CIV 109  04-02   *Marsh Dean's Essential Forms™*   Page 3 of 4

230

EXHIBIT 11

| SHORT TITLE: FARHAD LARIAN v. ISAAC LARIAN, et al. | CASE NUMBER |
|---|---|

-4-

**III. Statement of Location:** Enter the address of the accident, party residence or place of business, performance, or other circumstance indicated in No. II., Item 3 on Page 1 as the proper reason for filing in the court location you selected.

| REASON: CHECK THE NUMBER UNDER ITEM 4- WHICH APPLIES IN THIS CASE | ADDRESS: |
|---|---|
| ☐1. ☒2. ☐3. ☐4. ☐5. ☐6. ☐7. ☐8. ☐9. ☐10. | |
| CITY: | STATE: CA | ZIP CODE: | NO BODILY INJURY/PROPERTY DAMAGE |

**IV. Certificate/Declaration of Assignment:** The undersigned hereby certifies and declares that the above entitled matter is properly filed for assignment to the ___Stanley Mosk___ courthouse in the ___Central___ District of the Los Angeles Superior Court under Section 392 et seq., Code of Civil Procedure and Rule 2(b), (c) and (d) of this court for the reason checked above. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and this declaration was executed on ___AUGUST 2×, 2003___ at ___Los Angeles___ California.

_(date)_   _(city)_

(SIGNATURE OF ATTORNEY/FILING PARTY)

## New Civil Case Filing Instructions

This addendum form is required so that the court can assign your case to the correct courthouse location in the proper district for filing and hearing. It satisfies the requirement for a certificate as to reasons for authorizing filing in the courthouse location, as set forth in Los Angeles Superior Court Local Rule 2.0. It must be completed and submitted to the court along with the Civil Case Cover Sheet and the original Complaint or Petition in ALL civil cases filed in any district (including the Central District) of the Los Angeles County Superior Court. Copies of the cover sheet and this addendum must be served along with the summons and complaint, or other initiating pleading in the case.

> **PLEASE HAVE THE FOLLOWING DOCUMENTS COMPLETED AND READY TO BE FILED IN ORDER TO PROPERLY COMMENCE YOUR NEW COURT CASE:**

1. Original Complaint or Petition.

2. If filing a Complaint, a completed Summons form for issuance by the Clerk (Summons forms available at the Forms Counter.).

3. Civil Case Cover Sheet form required by California Rule of Court 982.2(b)(1), completely filled out (Cover Sheet forms available at the Forms Counter).

4. This "Addendum to Civil Case Cover Sheet" form [Superior Court Form Number 982.2(b)(1)A. revised 7/99], completely filled out (Item II. does not apply in limited civil cases) and submitted with the Civil Case Cover Sheet.*

5. Payment in full of the filing fee (unless filing on behalf of state or local government or no fee is due for the type of case being filed) or an Order of the Court waiving payment of filing fees in forma pauperis (fee waiver application forms available at the Filing Window).

6. In case of a plaintiff or petitioner who is a minor under 18 years of age, an Order of the Court appointing an adult as a guardian ad litem to act on behalf of the minor (Guardian ad Litem Application and Order forms available at the Forms Counter).

7. Additional copies of documents presented for endorsement by the Clerk and return to you.

* With the exception of unlimited civil cases concerning property damage, bodily injury or wrongful death occurring in this County, Labor Commissioner Appeals, and those types of actions required to be filed in the Central District by Local Court Rule 2(b), all unlimited jurisdiction civil actions may be optionally filed either in the Central District or in whichever other court location the rule would allow them to be filed. When a party elects to file an unlimited jurisdiction civil action in Central District that would also be eligible for filing in one or more of the other court locations, this form must still be submitted with location and assignment information completed.

**CIVIL CASE COVER SHEET ADDENDUM AND STATEMENT OF LOCATION**   LASC Rule 2.0

CIV 109  04-02   *Marin County's Essential Forms™*   Page 4 of 4

233

EXHIBIT 11

**Exhibit  12**

7/18/03 WSJ A1                                                                     Page 2
7/18/03 Wall St. J: A1
2003 WL-WSJ 3974434
(Publication page references are not available for this document.)

The Wall Street Journal
(Copyright (c) 2003, Dow Jones & Company, Inc.)

Friday, July 18, 2003

Dolled Up: To Lure Older Girls, Mattel Brings In
Hip-Hop Crowd
—
It Sees Stalwart Barbie Lose Market Share, So
'Flavas' Will Take on the 'Bratz'
—
Battle of the Big Heads
By Maureen Tkacik

LOS ANGELES — Tika, 10 inches tall with two-toned hair, is of ambiguous ethnic origin — maybe she's Asian, maybe Latina — but her "platinum" medallion, airbrushed jean jacket, shell-toe sneakers and graffiti-streaked packaging make one thing clear.

"She's like . . . hip-hop," said Crystal Audigier, 10 years old, as she rifled through the first crate of "Flavas" dolls to arrive at a Los Angeles FAO Schwarz store last week.

Mattel Inc. hopes the dolls are hip enough to take on the "Bratz." The Flavas (pronounced "Flay-vuhs," like "flavors"), a set of six dolls brought from design to production in just three months, represent a striking gamble for the giant toy company. In the 44 years since it introduced its bombshell Barbie, Mattel has rarely brought out a doll line to compete with her.

But Mattel, which had become accustomed to its buxom blonde dominating the market, has watched in alarm as Barbie has been challenged by a smaller toy maker's Bratz — a line of big-headed, pouty-lipped characters. While Barbie, which posted about $1.7 billion in sales for Mattel last year, is still queen, her share of the so-called fashion-doll market has fallen, almost entirely due to the Bratz.

After trying — and failing — to defeat the Bratz with a trendier Barbie last year, Mattel has come up with a radical battle plan. Among other things, that means curtailing its reliance on, and near-reverence toward, its cash cow. While Barbie is still a plaything of choice for girls 3 to 7 years old, it's been years since she managed to hold the attention of the tweens, or 8-

to 12- year-olds. With the Flavas, Mattel is trying to get back into that market — even if it risks cannibalizing its biggest product.

Mattel has tweaked Barbie many times since she was introduced in 1959: bronzing her skin during the 1970s, introducing black and Hispanic counterparts and giving her a band (the fuchsia-clad "Rockers") during the 1980s. Mattel even shrunk her chest and widened her hips in 1998.

But Mattel now concedes Barbie has gradually lost touch with some young girls' lives. "Barbie began as a great girl who was simply a reflection of popular culture, but in the past few years we had sort of put her on a pedestal," says Matt Bousquette, president of the newly created Mattel Brands unit, which consolidated the boys' and girls' toys divisions. "We're taking her off that pedestal."

While Mr. Bousquette and his team overhaul Barbie, he is also enlisting the Flavas, who wear sweats and heavy chains and have names like "Tre" and "P. Bo," as a second force with which to fight the Bratz. Mattel says hip-hop — which it defines as "a cultural phenomenon . . . dimensionalized through freestyle dance, street sports, music and fashion" — has gained sufficient ground in the mainstream to have its own toy line.

"Mattel is recognizing that there are other trends besides Barbie that girls want to play with," says Manny Francione, divisional merchandise manager for Toys "R" Us Inc., Paramus, N.J. "Hip-hop is one of those trends."

The Bratz, developed by a toy maker called MGA Entertainment Inc., North Hills, Calif., were introduced in the summer of 2001. They became a hit with tweens, an age group of girls that the toy industry had almost written off.

For the past decade, toy makers have been grappling with a phenomenon analysts call "age compression," in which media-saturated youngsters are outgrowing dolls and other toys at an earlier age. NPD Group Inc., a market-research firm, says toy spending on children peaks at age 3 and steadily declines after

Copr. © West 2003 No Claim to Orig. U.S. Govt. Works

M 0012536

EXHIBIT 12        23

7/18/03 WSJ A1
7/18/03 Wall St. J: A1
2003 WL-WSJ 3974434
(Publication page references are not available for this document.)

Page 3

that, with spending on 12-year-olds at about a quarter of the peak level. By attracting tweens, the Bratz bucked that trend.

Bratz "appealed to an older girl . . . who is not necessarily still a Barbie customer," says Sean McGowan, a longtime industry analyst with Gerard Klauer Mattison. "Nothing's ever challenged Barbie like the Bratz." At Barbie's 1997 peak, a year in which Mattel posted $1.9 billion in sales of the doll, her clothing and accessories, she boasted more than a 90% share of the fashion-doll market, Mr. McGowan says. Barbie held at least 85% of the market right before the Bratz were introduced, he says, but her share has now dropped to about 70%.

The history of the Bratz is intertwined with Mattel. MGA says the Bratz were designed by Carter Bryant, a former member of the Barbie team. Inside Mattel, some are convinced the Bratz borrow liberally from a Mattel project that was scrapped at the testing stage in 1998. Mattel declined to comment.

Mr. Bryant didn't work on the line that Mattel scrapped, according to former and current Mattel designers. But most Barbie designers had seen the prototypes, his former colleagues say. Mr. Bryant, through MGA, declined to be interviewed.

The Mattel doll line that was scrapped wasn't exactly like the Bratz, says a longtime Mattel designer who worked on the project. But the Bratz's oversized heads -- with their pursed lips and cartoonish eyes -- are "virtually identical" to the heads of the dolls her team created, says the designer, who left Mattel in 2001.

Lily Martinez, a designer who still works at Mattel, came up with the idea for the big doll heads for Mattel, colleagues say. Mattel declined to comment. She even posted her sketch on her cubicle, colleagues say. "Anyone who passed by her cubicle would see the picture up on the wall," says another designer who also left Mattel in 2001. "The big heads, the big eyes, the big feet -- they were all the same" as the Bratz. Ms. Martinez declined to comment.

The Mattel dolls were scrapped in testing, current and

former designers say, because Mattel had strict quotas that allowed only one "flanker brand" -- that is, a brand that would compete with Barbie for shelf space -- on the market at a time. At the time, Mattel chose a product called "What's Her Face" -- a doll with a blank face on which kids could draw expressions. That doll remains on the market; Mattel declined to discuss its sales.

Designers say they often faced a higher bar for non-Barbie projects. And Barbie's image was carefully protected. Bruce Stein, who was president of Mattel until 1998, says that former Chief Executive Jill Barad nixed an idea for "Barbie as Xena" dolls in 1998.

Ms. Barad was replaced in 2000, after Mattel's disastrous $3.5 billion acquisition of a software maker called The Learning Company. Under her successor, Robert Eckert, a former Kraft Foods president, the company has returned to profitability by cutting its work force 10%, streamlining its supply chain and developing international sales, among other things. Mattel, which reported a net loss of $431 million in 2000, reported net income of $230 million last year. Its stock has risen about 76% since Mr. Eckert arrived.

Isaac Larian, chief executive of MGA, says he had never heard of a project similar to the Bratz at Mattel. He says he chose Mr. Bryant's idea for the Bratz over several others after holding a sort of fashion-doll design contest in late 1999.

Mr. Larian, who emigrated to the U.S. from Iran, founded his company in the late 1970s, making a name by picking up the license for hand-held Pac-Man games. Though his company had made baby dolls before, it had never made fashion dolls. He says he was motivated by a challenge from a Wal-Mart Stores Inc. buyer to "give me something that can compete with Barbie."

This year, closely held MGA expects revenue of about $800 million -- with 65% of that coming from the Bratz. The company says it's profitable, but won't discuss specifics. Mr. Bryant still does design work for MGA, Mr. Larian says, and collects royalties on the Bratz line.

Copr. © West 2003 No Claim to Orig. U.S. Govt. Works

M 0012537

EXHIBIT 12

7/18/03 WSJ A1
7/18/03 Wall St. J. A1
2003 WL-WSJ 3974434
(Publication page references are not available for this document.)

Page 4

Mattel began worrying about the Bratz's momentum during the 2001 holiday season. Barbie sales fell 12% in the U.S. that year, despite a marketing campaign featuring an animated video, "Barbie in the Nutcracker."

By spring of 2002, Adrienne Fontanella, then president of the girls' division, decided to launch what the company termed a more "reality based" Barbie line. Like the Bratz, the "My Scene" Barbies boasted bigger heads and feet and fuller lips, as well as trendier clothes.

Mr. Larian, the head of MGA, calls the My Scene dolls a "cheap imitation" of the Bratz. Mattel declined to comment. Introduced in October 2002, the My Scene Barbies helped Mattel's sales, but still ranked behind the Bratz during the 2002 holiday season, according to NPD. "My Scene has been just OK for us," says Fred Hurley, a longtime girls'-toys buyer for KB Toys Inc., Pittsfield, Mass.

In February, Ms. Fontanella's job, along with others, was eliminated in what Mr. Eckert called a "restructuring" of Mattel's executive ranks aimed at "increasing efficiency."

Mr. Bousquette, the then-head of Mattel's boys' toy division, became the first man to take control of Barbie in more than a decade. "It used to be that whoever ran Barbie ran the company, not the other way around," says Mr. Stein, the former president. "For Matt to be in charge is a major shift."

Mattel no longer has quotas on how many products can compete with Barbie. After sitting through a girls'-design-team presentation in March, Mr. Bousquette seized upon the Flavas as the ideal dolls to compete for the dollars of Bratz buyers. Ivy Ross, head of girls' design, suggested bringing them to market for the spring 2004 season. Mr. Bousquette said the company should aim for this July instead.

"We were stunned," says a designer who worked on the Flavas and left the company in May. Another surprise: Mr. Bousquette asked the team to make the dolls look more hip-hop than the prototypes. "No one had really believed in the concept before that meeting, and it was stuck in this back-and-forth where first they were too edgy, then they weren't edgy enough," says the designer. "Matt came through and cut all of that out." Mr. Bousquette says he told designers to make the dolls "as authentic as possible, as quickly as possible."

Flavas are more complicated to manufacture than most fashion dolls. They are all different heights — meaning separate molds — and they have 10 points at which they can move, allowing them to strike a variety of poses. The Flavas design team often slept in their cubicles to get the dolls ready in time for summer shipment. Two designers each clocked 53 hours during Memorial Day weekend to prepare the line for the company's annual toy fair held in the first week of June.

Some buyers have been impressed. Mattel's girls' division "has never been a particularly forward-thinking group, but the Flavas are right on trend," says KB's Mr. Hurley. The six dolls in the Flavas line are certainly edgier than anyone in Barbie's clique. The Flavas girls have highlighted hair, flashier jewelry and wear midriff-baring tops with low-slung pants. Unlike Barbie, they have flat feet and wear sneakers. The two boy Flavas dolls sport earrings and serious expressions. Boxer underwear appears to show from the top of their cargo pants.

The Flavas come in boxes splashed with black-and-white photos of urban scenes shot around Venice Beach. When arranged together, the boxes create a "graffiti" mural that reads: "FA SIZZLE." It is a play on the hip-hop expression "Fa' shizzle," which means "For sure." Marketing director Lisa Tauber explains that it is also an acronym that stands for "Fashion, Attitude and Sizzlin' Style." The dolls, aimed at 9- to 11-year-olds, are "all about fearless self-expression," she says.

MGA's Mr. Larian says he isn't scared by the Flavas. "The only thing that's missing is a cocaine vial," he says. "You think of Mattel, you think of Barbie and you think of sweetness. . . . This is like 'gangster' Barbie, and I think it's going to backfire."

Copr. © West 2003 No Claim to Orig. U.S. Govt. Works

M 0012538

EXHIBIT 12          236

7/18/03 WSJ A1
7/18/03 Wall St. J. A1
2003 WL-WSJ 3974434
(Publication page references are not available for this document.)

Page 5

Telejah Dean, a nine-year-old from West Los Angeles noticed the Flavas last week, as she was admiring Mattel's Mary-Kate and Ashley dolls. The Flavas are "not as pretty as Barbie," she said. But her older sister, Tiffany, 22, seemed impressed by the blond Happy D. doll. "Look, she's got black [hair] extensions like Christina," she exclaimed, referring to pop singer Christina Aguilera.

In fact, Mattel has hired people to give out Flavas hats, wristbands and decals during Ms. Aguilera's concert tour this summer. Ms. Aguilera, who got her start on the Disney Channel, is now probably as well known for her 11 body piercings and her mud wrestling-themed MTV video called "Dirty." It's a sign of the changing times, says Mattel spokeswoman Julia Jensen. "The old Mattel probably wouldn't try to tie up with someone like Christina Aguilera."

—— INDEX REFERENCES ——

COMPANY:          KB Holdings LLC (KBTY);
Mattel Inc (MATL)

NEWS SUBJECT:        (Marketing (C31); Market Share (C313); Corporate/Industrial News (CCAT); Content Types (NCAT); Page-One Story (NPAG); Editor's Choice - Consumer Products (RBQRCP); Editor's Choice - Industry Trends/Analysis (REQR))

INDUSTRY:        (Dolls/Toys/Games (I4941); Retail (I64); Specialty Stores (I654); Hobby/Toy/Game Stores (I6540030); Consumer Products (ICNP); Media (IMED))

REGION:        (North American Countries (NAMZ); United States (USA); United States - California (USCA); Northeast U.S. (USE); United States - Massachusetts (USMA); Western U.S. (USW))

OTHER INDEXING:    Marketing; Market Share; Page-One Story; Content Types; Corporate/Industrial News; United States - California; United States - Massachusetts; United States; Northeast U.S.; Western U.S.; North American Countries; Dolls/Toys/Games; Retail; Specialty Stores; Hobby/Toy/Game Stores; Consumer Products;

Media; Consumer Cyclical; Newswire More Code; Newswire End Code; All Entertainment & Leisure; Limited Product Specialty Retailers; Recreational Products & Services; All Specialty Retailers; Toys; Islamic Index; S&P 500 Index component; Newspapers' Section Fronts; Marketing; Market

Word Count: 2217

7/18/03 WSJ A1

END OF DOCUMENT

Copr. © West 2003 No Claim to Orig. U.S. Govt. Works

M 0012539

EXHIBIT 12        237

**Exhibit 13**



✓ Close Window

JULY 28, 2003

THE CORPORATION
By Christopher Palmeri

# Commentary: To Really Be a Player, Mattel Needs Hotter Toys

The Bratz pack has invaded the Gabriele house. The line of trendy dolls burst on the scene two years ago, offering girls a hipper alternative to that old standby, Barbie: Think Jennifer Lopez to Barbie's Reese Witherspoon. Joan Gabriele, a Hollywood (Fla.) mother of two, now has eight Bratz dolls in her home. Her daughters, ages 6 and 8, rarely touch their Barbies. "Barbie is pretty much a thing of the past," she says. "They like Bratz better."

That's bad news for Barbie's maker, Mattel (MAT ) Inc. -- and for the three-year-old turnaround efforts of CEO Robert A. Eckert, the ex-president of Kraft Foods (KFT ) Inc. who replaced the embattled Jill E. Barad. The El Segundo (Calif.) toy giant counts on Barbie for about one-third of its revenues and more of its profits. But Mattel says U.S. Barbie sales declined 2% last year and 14% in this year's first quarter. The overall doll category, says market researcher NPD Group Inc., dropped only 3% in the quarter.

Give Eckert, 48, his due: He pulled Mattel out of its tailspin after its disastrous $3.8 billion acquisition of Learning Co. He got rid of the money-losing computer-game maker and slashed costs. His goal: to bring the stability of a consumer-products company to the hit-driven toymaker. And using such practices as computer-aided design to speed up product development and just-in-time inventory management, he succeeded.

But now it looks like Eckert is learning a valuable lesson: Mattel is selling toys, not soap or cornflakes. Good brand management goes only so far in a business that caters to children's whims. Like it or not, the key to success is launching innovative products and promoting the heck out of them. If you don't do it, your competitors will.

Eckert's strategy has been great for Mattel's bottom line. Profits last year, before special charges, were a healthy $455 million, and the stock has nearly doubled, to $20, since Eckert arrived in May, 2000. But top-line growth has sputtered. U.S. revenues, $3.4 billion in 2002, have declined marginally in the past few years. Total 2002 sales of $4.9 billion crept up from $4.6 billion in 2000 -- thanks to overseas expansion.

While Eckert continues to build on the massive Barbie franchise that Barad constructed, he now knows that he needs hot new toys. Recycling old characters like Sesame Street's Elmo just won't be enough. "We need to do a better job on the top line," he says. "The good news is, it's only spring training, and we have a long season ahead of us."

To that end, Eckert has begun an ambitious push. Between now and Christmas, he hopes to launch 250 new toys, including dozens of Hot Wheels models and Flavas, a Bratz-like hip-hop posse with baggy jeans and serious bling-bling. Originally, half of these toys weren't scheduled until 2004.

That should help boost sales. But it's even more important that Mattel prove it can respond to nimble upstarts as well as traditional big rivals like Hasbro (HAS ) Inc. After all, it took the company more than a year to launch a competitor to MGA Entertainment's Bratz. My Scene dolls didn't hit stores until last October and has yet to make a dent in Bratz's success. At its Santa Monica (Calif.) store recently, Toy 'R' Us Inc. devoted just a sliver of the shelf space to My Scene that it did to Bratz. And My Scene dolls were being offered at 2 for 1. "It's not really catching ground," says Sean P. McGowan, toy industry analyst at Harris Nesbitt Gerard Inc. Mattel will start tossing in a cell phone with 300 free minutes if you buy four of the $13.99 dolls. It also plans to add accessories and boy versions -- Hudson, River, and Bryant.

Barbie isn't the only Mattel stalwart under attack. Its Fisher-Price unit, long the king of preschool, is losing sales to newcomer LeapFrog Enterprises Inc., whose electronic interactive books have captured 19% of the $2.9 billion preschool toy and electronic learning aid markets. Eckert is counting on a successful launch in August for PowerTouch, Mattel's version of LeapFrog's popular interactive book. PowerTouch is operated by pointing a finger at an image or a word, instead of the stylus used in LeapFrog's original products. That's key for younger kids. "It's much easier for her to use," says Christopher Coye, a Los Angeles-area parent whose 4-year-old tested a PowerTouch. Still, LeapFrog releases a finger-operated system in August, too.

Over the long term, Eckert puts at risk one of the strongest toy companies around if he can't instill innovation and rapid reaction in his much-tightened organization. To his credit, he is making it crystal clear that he doesn't want ideas to linger in the pipeline. When Matchbox brand managers mentioned this year that they had designed a toy firehouse that could be shipped with no assembly required, Eckert told them to get it out by fall. "Why wait?" he says. "If you've got it, sell it." And not a moment too soon: Sales of Mattel's Hot Wheels and Matchbox cars fell 6% in the first quarter, thanks to competition from action figures like Hasbro's resurgent G.I. Joe and Transformers.

The question is how much Eckert needs to tweak his model. He probably cut back too much, for instance, on marketing. In 1998, Mattel's advertising and promotional spending totaled $631 million, or 13.8% of sales. By last year, it had fallen to $552 million, or 11.2% of sales.

## EXHIBIT 13     233

Case 2:04-cv-09049-DOC-RNB   Document 3863-4   Filed 05/29/08   Page 23 of 50   Page ID #:88796

Aggressive television marketing boosted sales of Hot Wheels cars in Spain last year, and a strong new campaign could help Mattel toys here.

Mattel won't live or die on every new toy it develops. But it can't just rely on Barbies, either. "Like they say in business school -- no risk, no reward," says Isaac Larian, CEO of privately held MGA. He should know: He got the idea for Bratz after seeing his own kids run around in navel-baring tops and hip-huggers. As Eckert is finding out, sometimes the best ideas are right in front of you.

Palmeri covers toys from Los Angeles.

Copyright 2000-2004, by The McGraw-Hill Companies Inc. All rights reserved.
Terms of Use   Privacy Notice



A Division of The McGraw-Hill Companies

EXHIBIT 13            239





NEWS | MYCAREER | DOMAIN | DRIVE | FINANCE | CITYSEARCH

Advertisement
National Visa Mini  Apply now

LATITUDE     Harbourfront apartments

- ▶ **national**
- ▼ **world**
  - snapshots
- ▶ **opinion**
- ▶ **business**
- ▶ **technology**
- ▶ **sport**
- ▶ **entertainment**
- ▶ **multimedia**

**classifieds**
mycareer
domain
drive
place an ad

extra
crosswords
personal finance
travel
education

subscribe
home delivery
eNewsletter

archives
keywords


today's edition: am
past 10 days

site guide
contact us

Home > World News > Article

## Meet the Bratz

December 26, 2003

🖨 Print this article

✉ Email to a friend



Toy story ... Bratz dolls, with their trash glamour, are putting Barbie in the shade.

**The latest must-have dolls look like tarts - and they're outselling Barbie. Charles Laurence reports from California on dolls with attitude.**

Meet Yasmin, Cloe, Jade and Sasha. They survey life sleepily through indolent, heavy-lidded eyes larded with spangly make-up. Their micro-skirts scarcely skim their pert little bottoms; their fake-fur jackets and tight tops are the last word in trash glamour. They look as if they would be quite at ease on a street corner waiting for their pimp to emerge from a long limousine in a puff of white powder. But don't be deceived by their low-life style. These creatures earned more than $US2.5 billion ($3.4 billion) last year.

They are the Bratz - 26-centimetre plastic dolls in the familiar tradition of Barbie. Mothers deplore them. Psychologists fear their influence on tender young minds. But no one can dispute the speed or scale of their success. Only 30 months after the Bratz were launched, 150 million have been sold worldwide, ending Barbie's 44-year reign as the unchallenged queen of the global toy cupboard. This Christmas, their creator, an Iranian-born entrepreneur called Isaac Larian, says, "They are outselling Barbie, doll

### World
- At this eatery, peace is high on the menu
- Not really our brief: poets' angst over $100m gift
- Gloom descends as US mad cow outbreak feared

### National
- Children of the revolution
- A home that's streets ahead
- Hard work just the right medicine

### Opinion

- Tollways exact change in thinking
- Don't worry, God can cope with life on Mars
- Sense and sentencing

### Business
- Correction
- HHG keeps firming after strong UK trade
- Hollinger's auditor heads for the exit

### Sport

- Ready to bounce back
- Waiting for Sachin's form slump to end has Waugh worried
- For hosts and tourists, not just a showdown but a test of character CRICKET

Latest news by email
Get free news emails from The Sydney Morning Herald

➜ Sign Up Now

240

for doll."

In toy terms, this is an upheaval on the scale of the fall of the Berlin Wall. Barbie, much like Coca-Cola or the Big Mac, has been a symbol of the supremacy of American suburban values since her birth in 1959. There are more Barbies in the world than there are people in India. The brand is still huge but the doll is languishing on the shelf in early middle age, outstripped by streetwalker lookalikes whose motto, according to Bratz packaging, is simply "style it, strut it".

"Yuk!" says Carol Kravetz, recalling the day her five-year-old daughter, Tess, demanded a new toy after watching the Bratz pitch their hip-hop, urban-funk routine in the advertising breaks of children's TV. "I thought they were just horrible. What kind of message were these characters giving out?"

Kravetz's concerns are echoed by child psychologists. "Toys like this reflect the culture, and the culture includes a trend towards the earlier and earlier sexualisation of little girls," says Dr Sheena Hankin, a New York psychologist. "Girls are growing up faster and younger, and dolls like this speak to them." But what harm can playing with a doll, even a sluttish-looking doll, do? "It depends on the circumstances and the age group. It can be like seeing your parents having sex. This overexposure to sexuality at a young age can lead to sexual dysfunction later in life."

And yet children soon reveal that they do not consciously associate the Bratz with back-alley sex, drugs and dangerous urban ghettos. "I think these dolls are way-cool because they are rock star," says Tess, 5, as she assembles the myriad accessories: toboggan, ski goggles, cup of hot chocolate and miniature seal-pup cuddly toy. Tess's friend, Leah Zeiger, 7, says the winter outfit is cool. "But everyone likes Bratz. We're sick of fat, plastic Barbies ... Bratz are teenagers. I want to be a teenager, too."



A buyer in Sydney's Grace Bros joins the craze. Photo: David Moir

A host of toy-market experts agree. The one thing everyone agrees about Bratz is that they mark a generational shift from Barbie, with her Stepford-wife smile and endlessly debated role in feminist theory. Should she date Ken? Should she be sold with cooking tools?

241

EXHIBIT 13

Was it a major breakthrough when Barbie came with working suits, briefcases and mobile phones?

These are not the kind of questions that worry Larian, 49, who cannot disguise his enthusiasm for the dolls that have made him a billionaire. "It's a new generation," he says. "Kids are living in a different world."

Born and raised among Tehran's small Jewish community, Larian came to California in the 1970s to study engineering. The Iranian revolution dissuaded him from returning to Iran; instead he took a business degree, set up a company called Micro Games America (now MGA Entertainment), which he still wholly owns, and began importing electronic toys. His first coup came in 1987, when he won the licence to import Nintendo from Japan; his second was more than a decade later. He was bantering with a buyer from Wal-Mart when he asked what kind of toy the world's biggest retailer would go for.

"The buyer said, 'Build me a Barbie-beater and we'll buy it.' Done, I thought. I thought of my own kids, the games they liked to play, the clothes they liked to wear, what they actually looked like, and within a year we had Bratz on the shelves," he says. "I'll tell you one reason why they succeed: kids see Bratz as kids; they use their imaginations and identify with them. We did some market research and a question we asked kids was how old they thought Bratz were, and how old Barbie was." Sure enough, the Bratz were seen as teenagers or, by the younger girls, as pre-teens. Barbie, they believed, was 35 to 45.

And for all the "attitude" that appeals to fashion-conscious seven-year-olds, when the outfits are peeled from the Bratz they really are just shapeless little girls. "Children are growing up faster than ever, but I just don't agree that my dolls are so 'sexualised'," says Larian. "I have three children - 17, 15 and 10. I love nothing better than to play with my toys with my children, and they tell me the truth without hesitation. These are the toys they want - that is why they sell and we succeed."

Grown-ups who observe the children's entertainment business see much the same thing: "I wouldn't say the Bratz dolls are putting a dent in Barbie because they are sexier," says Barbara Aria, the children's editor of *Time Out New York*. "These dolls are a hit because they are funky, urban, multicultural girls who wouldn't look out of place in Brooklyn, and that is what is cool. It also means that these dolls are going to be more overtly sexy than the thoroughly Anglo, patently suburban Barbie. If you and your friends are listening to Missy Elliott and wearing shrunken versions of Triple 5 Soul outfits, you are going to need a doll with a bit of an edge."

Toy-sellers now acknowledge that one of the commercial triumphs of Larian's "gut instinct" was his insistence on making the dolls reflect all races and ethnic cultures, from white to black, Asian, Jewish and Hispanic. He says that

market consultants and buyers for the big retailers - Argos, Target and, above all, Wal-Mart - repeatedly told him that doing so would be a disaster. They believed that the dolls should be "aspirational", and all the world aspired to be Barbie, who is essentially Caucasian.

It also accelerates their exposure to sexuality. As Aria says, you have only to visit "Brooklyn" - her term for the bubbling ethnic stew of 21st-century urban culture - to see that the world Bratz reflects is simply more expressive than the traditional, reserved and "decent" suburbs of the Barbie generation.

"These young girls imitate their role models just as they have always done," says Hankin. "The trouble is that they simply have no idea what effect these outfits have on men, and that effect is biologically inevitable. They get attention all right, but it can easily and dangerously be the wrong sort of attention. This is where we have to draw the line."

Are the dolls to blame? Larian is horrified: "This is not to do with sex, believe me. And it will not be as long as I am in control of my company. This is about giving children what they want. Better for them to use their imaginations playing with my dolls than to be watching TV and playing with collection cards all day."

Larian may have the market bending before him these days, but it was not always so. The Wal-Mart buyer who challenged him to build a Barbie-beater didn't care for the result: deeply conservative, Wal-Mart was among the last of the big stores to buy Bratz, fearing a backlash from its customers.

And now, Larian has taken on the unlikely role of taste-maker and guardian of their virtue. The brand is so hot that when five Hollywood production companies laid siege at his door, he was able to insist on retaining "creative control" without investing a penny of his own. When his Japanese licensees wanted to add a Bratz cigarette lighter to the range, he refused.

"I will not have anyone corrupt my Bratz," he says. "I do not need the money!"

**The Telegraph, London**



📄 Print this article     ✉ Email to a friend                    ⬆ Top

🔍 Search all Fairfax archives (*Fee for full article) [Enter keywords]

National | World | Opinion | Business | Technology | Sport | Entertainment | Multimedia

membership | conditions | privacy
Copyright © 2003. The Sydney Morning Herald.

advertise | contact us

**EXHIBIT 13**          243



# The Queen is dead

For decades there has been only one doll that little girls have wanted - golden-haired, long-legged Barbie. So how did a three-year-old upstart with drugged-up eyes and an oversized head knock her off the top spot in the UK? Tanya Gold meets the Bratz

**Tanya Gold**
**Wednesday October 6, 2004**

**Guardian**

Toytown is tottering. For 20 years Barbie Millicent Roberts, Mattel's serene Wasp from Willows, Wisconsin, has been queen of the global doll world. Two Barbies are sold each second and, if you placed all the Barbies and family bought since 1959 head to toe, they would circle planet Earth seven times. Whatever her incarnation - princess, palaeontologist, presidential candidate, paramedic - Barbie ruled.

But an interloper has stepped in to imperil Barbie's $3.6bn annual turnover and the welfare of her 48 pets. The upstart's name is Bratz, and she is three years old. In 2003, Bratz generated $2.5bn in global revenue and last month secured 45.1% of the British fashion-doll market, making it the No1 bestseller. Barbie has fallen off her plastic throne.

Dolls are both imago and icon for little women; they tell us what we fear, desire and, also, what we might become. And on the third floor of Hamleys in central London lies this magic looking-glass - the doll zone. I have a sudden pang for the beloved Sindy doll of my childhood and yearn for her friendly smile and her long vinyl limbs. Sindy lived in a Bishops Avenue mansion in my bedroom. She was haute bourgeoisie; she rode, she swam, she dated a man who looked like George Hamilton, and she owned a caravan. She lived the affluent life I grew up to covet and, before I chopped her head off, I adored her. But, in the doll death-match, Barbie saw off Sindy long ago.

Barbie World stretches out before me. It is a pink purgatory, starring row upon row of Barbie's most beloved self - forever "princess". It's a Royal Wedding with just one guest, guarded by a Hamleys employee wearing jeans, a T-shirt and a pink princess hat. Princess Barbie is 12.5in high and smiles out of her packaging. If she were human, she would be 6ft 2in and weigh seven stone.

Barbie was inspired by a German sex-kitten doll called Lilli. Lilli was sold to men only at tobacconists in Germany in the 1950s. But this geisha incarnation is long forgotten. Today Barbie is wearing a glittery pink gown and sitting in a peach carriage, drawn by peach horses. She clutches a dead-eyed swan. Ken stands behind her carriage, watching Barbie. He looks like Robert Kilroy-Silk in golden boots.

I find just-married Barbie, a Vivien-Leigh-in-Gone-With-The-Wind Barbie, and even a sinister Fulham tableau starring a mumsy Barbie, a grey-haired Ken posing as an actuary, and a baby. Then come the branded tie-ins to help little girls learn to desire other corporations - a small army of Disney Barbies, Coca-Cola Barbie, Ferrari Barbie, even a Vera Wang Barbie. These more modern dolls are dissemblers: Barbie cannot hide her true nature. She is an icon of postwar American affluence and confidence. Barbie has many careers, but, if you look at her face, you know she doesn't need them. She oozes a sugary, pre-sexual revolution status quo. There is no crimson lipstick, no thigh-high boots, and certainly no fuck-me-Ken shoes. She is a smaller, less talkative Nancy Reagan.

But Barbie World is deserted. Boxes of Barbie-branded bits (spoons, karaoke machines, skipping ropes, tissues, a Christmas tree) are piled up unsold. An Afro-Caribbean Ken has been reduced to £4.99.

I cross the plastic aisle, the Valley of the Dolls, and enter Bratz World, six feet and a social revolution away. Bratz

isn't smiling out of her complex packaging, which indicates she is for the bedsides of seven to 12-year-olds. She pouts violently and with unspoken malice. Bratz is 11.5in high (one inch shorter than Barbie) and voluptuous. Were she human, she would stand 5ft 6in tall. She has an oversized head, thigh-length hair and slanting, opiate-drugged eyes. These are dolls that Martin Amis would recognise. Her lips are huge, painted and parted.

You can take Cloe, Dana, Jade, Sasha, Yasmin, Fianna, Neura or Meygan home. These dolls are red-, brown- or indigo- haired; just one blonde glares out. Bratz are "multi-ethnic". There is a black Bratz, an Asian Bratz, and a Eurasian Bratz. Standing beside them are their lovers: Cade, Dylan, Eitan, Camero and Koby. I see no change in male dolls yet; these dolls are square-jawed and stereotypically handsome, just like the repulsive Ken; they are Harrison Ford before he went to seed. One has a Justin Timberlake Afro, another wears skis, and their expression, faced with a torrent of plastic promise from Meygan and friends, is bewildered. They wear Gap and Benetton-esque clothes. Ken's golf-club chic is gone.

There is no dream castle in Bratz World, no dull and honourable marriage to Ken. These are a gang of groovy, careless singles. They party in the Bratz sushi lounge, the internet cafe and the Big Brother hot tub. They own mobile phones, plasma screens and an entire Harvey Nichols-ful of call-girl ruffs and feathers, thigh-high leopard boots, black leather miniskirts and pink silk camisoles. Bratz drink espresso and smoothies. This corner of Hamleys is a mini episode of Footballers' Wives, a plastic representation of a party at Beckingham Palace. These are dolls for children who watch television, read Heat, surf the internet and worship Britney Spears.

I take a poll of small consumers and grinning parents. Why do they like these pouting dolls? They consider. Anisha, aged six, says, "Bratz are pretty and they're fashionable." Abby, seven, likes "to dress them up and do their hair", while Jessica, four, thinks "they look lovely. Shoes," she adds. "Hair." Alice, also seven, thinks, "Bratz look kind". Would they buy a Barbie? "Too babyish!" they cry. "Barbie is for little girls." How old are the Bratz? They all describe then as "teenagers" except Anisha, who thinks one particularly predatory-looking Bratz "is about 12".

The Bratz were created by Isaac Larian, an Iranian Jew described in the toy industry as "a charismatic entrepreneur". Larian came to America to become a structural engineer in 1971 but instead he founded MGA, now the biggest privately owned toy company in the world. In 2000, the designer Carter Bryant walked into his California office with a drawing of a Bratz doll. Larian's seven-year-old daughter Yasmin (now immortalised as a doll) liked the drawing. Larian commissioned a prototype and the cold wind began to blow through Princess Barbie's realm.

Why does Larian believe he has sold 80 million Bratz? First, he cites the Death of the Blonde. "Bratz are not all blonde and busty like Barbie," he says. "I decided to make Bratz multicultural. A Mexican child thinks her Bratz is Mexican, a Brazilian child thinks her Bratz is Brazilian. The multiculturalism is their magic."

The second ingredient in this Willy Wonka world is the Bratz clothing. Most Barbie clothing is - and looks - cheap. Larian employs professional designers to ape the clothing children see on the Sugababes when they switch on the ubiquitous television. "We go to fashion shows every year to identify trends and we change the clothes the dolls wear three or four times a year, just like in the full-sized fashion industry," says Larian, who produces his dolls in Southern China, where careful attention is paid to makeup. "Each doll goes through 16 rotations - that is workers - just to paint the eyes."

When a child is aged between four and six, he argues, "it wants to be like its mummy. Barbie is mummy. But as they get older they want to be older and develop different role models. Children always want to become old."

Esther Jones, curator at the Museum of Childhood in east London, agrees. "Little girls always want what they can't have and don't have. These Bratz are into music and fashion and boys; for the girls who buy them, these are almost unobtainable - and yet almost there. To see Bratz as provocative is an adult interpretation. To the children, they just look attitude-y. It's a yearning for womanhood and for maturity."

The UK licence to sell Bratz is held by Nick Austin of Vivid Imaginations. He talks affably and gleefully in the weird marketese that business people love about Barbie's fall. "Barbie is struggling to stay relevant with older girls," he says. "She is looking like an old, tired brand. The big-shoulder, power-dressing Barbie of California is out; the big hair, the unfeasible figure. It's anathema to today's nine-year-old." Austin argues that it's significant that the Bratz come with a wider range of accessories per doll. "With Barbie you have to buy a lot separately. Ours is the more

honest approach to retailing. We deliver everything in one purchase and we are following the brand consciousness of young people. We are mirroring the wider society's obsession with brands."

Barbie is still the No1 brand leader globally - but she does seem to be going through a mid-life crisis. Recently Barbie dumped Ken, her 12-inch consort of 43 years, and began dating an Australian surfer called Blaine.

Not that her people are sweating in public. Sarah Allen, public relations manager for Mattel UK, describes the fashion-doll industry as "an evolving feast, through which trends and new fashions move". She insists that the My Scene dolls, which appeared in 2002 and resemble Bratz very closely (except with slightly less filthy eyes), were not a response to the challenge from Bratz. "We were working on them for some time," promises Allen.

But never write off a prom queen from Wisconsin. At the moment she may be a wallflower, but Barbie is an American icon, a blonde tank wrapped, like the astronauts in Tom Wolfe's novel The Right Stuff, "in God and flag and hearth and home". She emerged smiling from the Totally Hair Barbie experience, when she was given a toe-length wig. She has survived an incarnation as Judy Garland, another as Cher and a spell in the US airforce. Summit Barbie partied through the end of the cold war; I know she will see the 22nd century through those cold, blue eyes.

But for now the lipsticked juggernaut of Bratz rolls on, high-kicking in its combats and delivering irony, attitude and sex for the seven-year-old. There are 36 Bratz licences in the UK - for magazines, posters, perfume, sweets, hats, tissues, underwear, jewellery, games, socks and stickers - and an animated Bratz movie entered the shops last last month. In 2005, comes a TV series; in 2006, a live action movie. "We want to take Bratz out of the toy aisle and into lifestyle," says Lisa Shapiro, who is in charge of licensing. "We want the girls to live the Bratz life - wear the mascara; use the hair product; send the greeting card. The toy business is shrinking. Kids are getting older younger and we're losing them to clothing, computers and DVDs. If Barbie is about fantasy, then Bratz is about real life. It has to be."

Parents be warned: Bratz are about to swallow your kids.

Guardian Unlimited © Guardian Newspapers Limited 2005

EXHIBIT 13       246

This Feature Story appeared in the <u>Keeping Ken Ken News!</u> on March 2, 2003.

 Keeping Ken  Ken News Feature Archive

**UPDATE:**  My Scene™ Hudson™ is now appearing in Wal-Mart stores.  It recently became clearer the names of the dolls will be Bryant, Sutton, River and Hudson.  http://www.dollgallery.com in Canada is listing the My Scene™ male dolls as Sutton, River, Bryant and Hudson (with no mention of Aidan). They have a collage of pictures of the four guys, but no individual pictures.  Thanks to Stephan in South Africa for this info!

*Look at the My Scene Fashion Dolls page now added to Keeping Ken!*

Check out new Keeping Ken pages My Scene Bryant and My Scene™ Hudson™.  And a newly reformatted The Bratz Boyz page with listings.

### *Those Troublin' Tweens*

Sources:  Lisa Bannon, The Wall Street Journal, November 29, 2002.
Anne D'Innocenzio, Associated Press.

In what seems to be turning out to be the biggest rival market battle in Barbie® doll's history, Mattel's toughest challenge last holiday season came from the Bratz™ doll line, an upstart line of sassy fashion dolls from MGA Entertainment aimed at so-called "tweens", girls who are eight to 12-year-old. While no doll brand has ever succeeded in toppling the toy world's most profitable franchise, Bratz™ achieved something Mattel has been trying to do for years: get tweens to play with dolls.  "At first we thought no one is going to buy a doll named Bratz™," says Isaac Larian, chief executive of MGA, based in North Hills, CA, "But in focus groups, girls really liked it. It meant everything that Barbie® is not."

In the year 2000, Toy Industry Association (TIA™) introduced the annual T.O.T.Y. (Toy Of The Year) Awards "To create the most inclusive toy event of the year, with representatives from the entire industry participating to salute the success, creativity and playful spirit of the toy industry.  The Awards were conceived to honor the best toys developed by the international toy industry for consumers in the United States; the program significantly expands the vision of the long-standing Toy Industry Hall of Fame program to recognize toys, as well as individuals.  The 2002 "People's Choice Toy Of The Year" went to a Bratz™ doll, the Bratz™ Stylin' Salon 'N Spa with Dana™, the first-ever Bratz™ play set.  The five-play sets-in-one features everything needed to achieve the ultimate fashion doll beauty

experience. Mattel's Barbie® also received an award for "Marketing Campaign of the Year" for Rupunzel Barbie®. As a follow up to Barbie® doll's incredibly successful movie debut last year, Barbie® as Rapunzel was supported with a creative integrated marketing campaign. With extensive national broadcast and print advertising, a broad line of dolls, plush and licensed merchandise, cross promotions, in-store events and innovative merchandising, the video topped the charts and the doll became a huge seller, proving that smart entertainment and creative marketing are an ideal way to further enhance consumer's relationship with Barbie®. Mattel shared the award with the Madame Alexander McDonald's Happy Meal Program.

      

Above: T.O.T.Y. (Toy Of The Year) Award winners "People's Choice Toy Of The Year" Bratz Stylin' Salon 'N Spa with Dana (left), and "Marketing Campaign of the Year" Rupunzel Barbie (right).

Mattel's answer to the rivalry is the My Scene™ line, a sort of "anti-Barbie®" Barbie® doll line that Bratz™ dolls created. Priced lower than the Bratz™ dolls at $13.99, the My Scene™ dolls are attempting to tap into the mind-set of these teen-wannabes with more realistically proportioned bodies, exotic looking faces and edgy wardrobe. While not replacing the familiar Barbie®, they feature extra-pouty lips and oversized eyes that were inspired by Japanese-style anime cartoons. In comparison, the Bratz™ dolls (at $14.99 each), are marketed with racier fashions such as platform shoes, hip huggers, tube tops and fur vests. They are multiethnic, with hip names like Yasmin™, Cloe™, Cameron™, Jade™ and Sasha™. And they have cool activity sets, such as a spa with treadmill, bubble-making Jacuzzi and real makeup compartments. Bratz™ dolls are an inch shorter than Barbie®, so the rivals can't share their wardrobes.

Toy collectors usually notice the fierce battle between dolls, while core consumers don't. In the war between Bratz and My Scene™, the rivalry is obvious to everyone from tweens, collector and toy analysts. And if you weren't aware this is really a war, the battle cry was given by Isaac Larian, president and chief executive of Bratz™ doll's maker, MGA Entertainment, who publicly referred to My Scene Barbie® as "a cheap knockoff" of Bratz™. "I'm flattered and disappointed," he said. At the same time, Mr. Larian says he is resisting licensing too many products and compromising quality. He is certainly prepared for battle. "It's too late for Mattel now," he says smugly at MGA's cramped headquarters in the San Fernando Valley. "They're not going to stop this train now.""

"The question now is: Does Bratz™ have staying power? Mattel has successfully slapped back challenges from interlopers, such as Hasbro Inc.'s Jem® doll in the 1980s, Galoob Toy's Spice Girls dolls in the 1990s and, more recently, the "Get Real™" dolls, from Get Real Girls Inc. "Good toys will come, and good toys will go. But smart venerable brands like Barbie® will endure," a Mattel spokeswoman says".

Toy analysts say it will take a number of years to see whether MGA can manage the Bratz™ brand through the inevitable ups and downs of the fickle toy business. Next year, the company is launching a barrage of new products, including two new dolls for boys, right as Mattel discontinues the Max Steel line. A direct-to-video Bratz™ movie is in the works. In mid-December, MGA is launching a line of 4-inch Lil' Bratz™ dolls for younger kids, in direct competition with Mattel's Polly Pocket™ line.

"Mattel has struggled in recent years to target the older girl while retaining its core customers. An attempt several years ago called "Generation Girls™" didn't succeed. Mattel denies it's trying to emulate the formula for Bratz™, whose multiethnic assortment has supplanted Barbie® as the nation's No. 1 best-selling fashion doll for six months in a row, according to NPD Inc., whose most recent data is from September 2002. The company says it's just capitalizing on the lucrative business for the age group known as tweens, who represent 20 percent of the $25 billion traditional toy industry".

Mattel must realize there is trouble in tween town. Can they topple the Bratz™ from an underdog status? Can they find a winner as they try to tap into this market again? Could the dollar price point make the difference? "Bratz™ dolls have scored upsets over Barbie® in a closely watched toy index according to retail data service NPD Funworld. Last year, a Bratz™ doll set was the top-selling fashion-doll item in the January through October period, according to NPD; it beat out the Barbie® "Stroll and Play" doll set, at No. 2". During the "holiday-sales barometer" period, the four-doll Bratz™ assortment came in at No. 4 among all toy items for October 2002, compared with Barbie® Rapunzel at No. 8. Later it reported that by November 2002, the Bratz™ assortment came in at No. 2 among all toy items, compared with Barbie® Rapunzel at No. 6.

Mattel is busy taking the right steps by launching an aggressive ad campaign on network and cable TV, including MTV for the My Scene™ line. Waves of new merchandise this year will continually freshen the line as Mattel heads full throttle into the tween market war. Public Relations at Mattel describes My Scene™ as the "new tween-targeted brand from the makers of Barbie®". It "captures the spirit of today's informed, independent and fiercely individualistic urban girl like never before. Inspired by the fashion-forward, high-energy, chic attitude of the big city, My Scene™ features three "it" girls – Barbie®, Madison™ and Chelsea™. These girls each express their individuality though personal style that's defined by a slice of metropolitan living. Each doll comes with two complete on-trend fashions and their own funky accessories". There are five waves of this line planned so far.

**Wave One** - Barbie®, Chelsea™ & Madison™ (available since November 2002).
**Wave Two** - Available NOW. Includes Barbie®, Chelsea™ & Madison™ wearing different fashions and the introduction of **Nolee**™ and **Bryant**™.
**Wave Three** - Available this **June**. Includes all of the dolls from Wave Two in new fashions plus the addition of a new doll called **Hudson**™ (Hudson™ is available now).
**Wave Four** - Available September 2003 and includes all 6 dolls from Wave Three in new fashions (no new additions).

It would seem that male fashion doll collector's prayers were answered in the form of competition from the Bratz™ male dolls (known as the Bratz™



Bratz Boyz picture courtesy of http://www.a-passion-for-fashion.com

Boyz).  Last year, **Dylan**™ and **Cameron**™, were added into the line and instantly became a huge success.  (More info at Keeping Ken on <u>The Bratz</u> page).  By Holiday 2002, two new versions of **Dylan**™ and **Cameron**™ were again available to the eager tween market.  Following their success, MGA is introducing two more male dolls this year, **Koby**™ and **Eitan**™ bringing the total to four.

Not to be outdone, Mattel will match MGA's male doll output by actually planning four different male dolls for the My Scene™ line.  My Scene™ Bryant™, part of "wave two" of the My Scene™ line, is appearing now at most Wal-Mart stores across the country.  My Scene™ Bryant™ (stock #B4871 BD:  2002), is the first version of Bryant™, who is joined by another new doll in the line, Nolee™.  Existing characters Chelsea™, Madison™ and Barbie® are back again as well.

**_My Scene™ Bryant™_**



Above and Below:  My Scene™ Bryant™.

Most people have noticed that My Scene™ Bryant™ resembles Justin Guarini from TV's "American Idol".  No one really knows if My Scene™ line designer Lilly Martinez drew her inspiration for My Scene™ Bryant™ from Guarini's likeness, but the likeness is dead-on.





Above: Justin Guarini from TV's "American Idol".

My Scene™ Bryant™ may fall into a well-scripted image from Mattel. Most collector's like to "know" their doll's character, simply because it makes the doll more interesting. Believe me, I want to know everything! But My Scene™ doesn't need it. My biggest fear is that Mattel might actually use well-scripted tween images for the new male dolls in the line. We already know that My Scene™ Bryant™ is the "fashion-forward" character, a character trait new to a Mattel male doll, but not new to female Mattel dolls (which unfortunately is the most typical tween stereo-type). I'm hearing that the next three male dolls may fall into "sports-minded", "intellectual" and/or "rebel" character traits (rebel being the most interesting). I hoping that we won't need to know everything about each doll, simply because of what the name My Scene™ implies. All tween scenes are different, and not all of us hang with the same kind of people.

The multi-cultural My Scene™ Bryant™ likes Vintage clothing, and from the box text: "whether you're catching rays at the beach or glances at school, looking good is always in style". Bryant™ is already being tied romantically with My Scene™ Chelsea™ (who is the "fashionista" of the girls).

Compared to a standard Ken® doll, you will notice that Bryant™ uses the modified Hot Skatin' Ken body mold,



Only time will tell if Mattel has what it takes to slip into the tween market with the My Scene™ line. I still believe that Mattel's biggest hurdle will be to capture the fashion first, which will in turn create the excitement that will begin the trend. If the dolls don't have interesting fashion-forward design, they are not going to capture tween attention.

While My Scene™ Bryant's™ look is certainly there in doll form (I really like this doll), his fashion didn't capture my attention. Granted, I'm not a tween, but his fashion is too much like a standard play line Barbie® doll (including the swimsuit).

including the torso and legs. But the head mold is, of course, larger as well as the specially made arm molds which are longer in length and have much longer and larger hands (so no head swapping).

I'm not that impressed with the clothing or the plastic accessories on the doll. I'm hoping that that improves with the next wave, or within the fashion separates. I tried the fashion on a standard Ken® doll and it fits, but the waist was tight, which is understandable considering the smaller waist size of the body mold. The fashion consists of carpenter style knee-length denim shorts, ribbed baseball t-shirt with an anime cartoon growling dog appliqué that cat lovers won't appreciate. (Actually, I'm a cat lover and I thought it was a cool looking appliqué). Plastic accessories include watch, wrist band, dog tag necklace, sunglasses and slip-on socks with attached sandal. You also get swim trunks, a plastic visor, boom box and a stand for the doll.

It is unclear when the separate male fashions shown at Toy Fair titled "Boys Night Out on the Town" will be available, but the place card in front of the dolls says "Wave 4", so these may be available in September 2003.

Below: Bryant™ on music. His page in the My Scene™ booklet.

I'm hoping the "Boys Night Out on the Town" fashions will elevate the male dolls in this line. Let's see complex denim washes, nicer fabrics with detail and better accessories. Where are the messenger bags, the detailed "pooka" shell bracelets and the real belts? Where is the full outfit extra fashion detailed with fashion fabric treatments and the extra pair of shoes? My Scene™ has to be different than the general formula of "provide a doll in a basic outfit and then sell cooler outfits separately". It isn't going to work for this line like it does for the play line. The funky, fashion-forward fashions are going to have to be already available on the dolls so they have shelf appeal.



When we use the words "fashion dolls" to describe our dolls, the successful winning formula for My Scene™ can be as simple as examining each word "fashion" and "dolls" separately. Think of the words "base" and "ball". Singularly, you have two objects. When you put them together you have a game. I'm betting that My Scene™ will be successful if the words come together.

EXHIBIT 13

# ⦿CBSNEWS.com 

## Battle Of Babes In Toyland
NEW YORK, March 8, 2005

For 55 years, Barbie has been at the top of the fashion doll industry. But a new kid on the block has recently threatened her world domination, *The Early Show* contributor Laurie Hibberd says in this week's Trend Report.

In the battle of the babes in Toyland, Golden girl Barbie once dominated in every toy store in the world. But in 2001, it all changed. That's when the Bratz were born, and they're breaking all the rules.

Chloe, Sasha, Jasmine and Jade burst into Barbie's bubble and started taking away valuable shelf space.

"What Bratz has done is actually unbelievable," says Jim Silver of Adventure Publishing Group. "Barbie has owned the market. Nobody's ever done a doll over the last 20 years that's done over $100 million. And Bratz came out of nowhere and a little past four years built up to $600 million."

That's a big bite out of the $2 billion fashion doll industry, one that was apparently ready for a change.

Isaac Larian, the CEO of MGA Entertainment, which makes the Bratz dolls, says his company did not purposely launch the products as a competitor to Barbie.

"We didn't even look at Barbie," he adds. "Barbie was old."

The Bratz gang may claim they're not in competition with Barbie, but industry insiders see it differently.

Says Silver, "Barbie and Bratz are absolutely in competition with each other. And that competition really takes place in the 6- to 9-year-old age. When you look at ages 3 to 6, Barbie dominates."

But when you once dominated all age groups, settling for the little ones just isn't enough. So Barbie has now attacked the Bratz friendly pre-tween market with a vengeance. They've launched an "American Idol" tie-in, a Fashion Fever clothing line and the My Scene brand.

The move seems to be working.

Says Jim Silver, "Since December, we've seen the first up-tick in Barbie in the past few years, especially in the older age groups. And because of the My Scene brand and Fashion Fever brand, Barbie's actually seen to gain a share of the marketplace."

But that gain will be seriously tested when Bratz hit stores later this year with its latest brand: Bratz Angels, which is based on four girls who get together and start a rock band.

The Bratz are generating a lot of talk these days, but not all of it is positive. Though parents are buying the dolls for their kids, some aren't crazy about the makeup, the clothes and the attitude they project.

Of the Bratz, one woman says, "It's cliquish. It brings out all that stuff in girls that is so mean-spirited. There's a loss of innocence here that I don't like."

On the plus side, the Bratz are multicultural, which is more in keeping with the changing face of the U.S.

According to one girl, shopping in a mall, "The image of Barbie is like Cinderella and Snow White. And Bratz, Bratz is like more urban, New York, and it's just so much more realistic than the average Barbie."

If you look at the numbers, that "average Barbie" may have taken a hit from the Bratz in the past few years. But, in the big picture, it's still a Barbie world.

It was tough to find a mother who really liked the Bratz's sexy image, but Isaac Larian of Bratz said its research

suggests that kids don't see the dolls as sexy; they just see them as beautiful.

©MMV, CBS Broadcasting Inc. All Rights Reserved.

· Feedback  · Terms of Service  · Privacy Statement

**EXHIBIT 13**

256

**Exhibit  14**

RECEIVED

JAN 0 7 2005

1   DIANA M. TORRES (S.B. #162284)
    PAULA E. AMBROSINI (S.B. # 193126)
2   ALICIA C. MEYER (S.B. #230189)
    O'MELVENY & MYERS, LLP
3   400 South Hope Street
    Los Angeles, California 90071-2899
4   Telephone: (213) 430-6000
    Facsimile: (213) 430-6407
5
    Attorneys for Defendant-in-Intervention,
6   MGA Entertainment, Inc.

7

8           UNITED STATES DISTRICT COURT

9           CENTRAL DISTRICT OF CALIFORNIA

10

11  MATTEL, INC., a Delaware          Case No.  CV 04-9059 NM (RNBx)
    Corporation,
12                                     MGA'S RULE 26(a) DISCLOSURES
                   Plaintiff,
13
         v.
14
    CARTER BRYANT, an individual,
15  and MGA ENTERTAINMENT,
    INC., a California Corporation
16
                   Defendant and
17                 Defendant-in-
                   Intervention.
18

19

20  AND RELATED COUNTER-
    CLAIMS
21

22

23

24

25

26

27

28

1    Defendant-in-Intervention, MGA Entertainment, Inc. ("MGA"), hereby

2   submits the following initial disclosures to plaintiff, Mattel, Inc. ("Mattel"),

3   pursuant to Rule 26 (a) of the Federal Rules of Civil Procedure.  MGA reserves the

4   right to identify additional documents and witnesses hereafter, and otherwise to

5   provide supplemental disclosures as appropriate or necessary.

6

7   **Witnesses**

8    MGA is presently uncertain of the true nature and scope of Mattel's claims

9   and, thus, is unable to fully identify the witnesses with knowledge relevant to

10   MGA's defenses in this case.  Subject to the foregoing, MGA identifies the

11   following potential witnesses:

12    1.    Carter Bryant.  Carter Bryant may be contacted through his

13   counsel, Douglas Wickham and Keith Jacoby of Littler Mendelson, P.C., 2049

14   Century Park East, 5th Floor, Los Angeles, California  90067, telephone 310-553-

15   0308.  Carter Bryant possesses information relevant to the conception, creation,

16   design and development of "BRATZ;" the nature and scope of his employment at

17   Mattel; the nature and scope of his work for and with MGA; and information

18   relevant to his own defenses in this matter.

19    2.    Janet Bryant.  Ms. Bryant may be contacted through Carter

20   Bryant's counsel, Douglas Wickham and Keith Jacoby of Littler Mendelson, P.C.,

21   2049 Century Park East, 5th Floor, Los Angeles, California  90067, telephone 310-

22   553-0308.  Ms. Bryant possesses information concerning, among other things, Mr.

23   Bryant's general skills and talents as a designer and his conception, creation, design

24   and development of various matters when he was not employed by Mattel.

25    3.    Tom Bryant.  Tom Bryant may be contacted through Carter

26   Bryant's counsel, Douglas Wickham and Keith Jacoby of Littler Mendelson, P.C.,

27   2049 Century Park East, 5th Floor, Los Angeles, California  90067, telephone 310-

28   553-0308.  Tom Bryant possesses information concerning, among other things, Mr.

-1-

**MGA'S INITIAL DISCLOSURES
PURSUANT TO RULE 26 (CV 04-9059 NM)**

EXHIBIT 14    208

1  Bryant's general skills and talents as a designer and his conception, creation, design
2  and development of various matters when he was not employed by Mattel.
3         4.      Elise Cloonan.  Ms. Cloonan may be contacted through her
4  counsel, Michael B. Margolis of Margolis & Morin, LLP, 444 South Flower Street,
5  Sixth Floor, Los Angeles, California 90071, telephone 213-683-0300.  Ms.
6  Cloonan possesses information relevant to the conception, creation, design and
7  development of "BRATZ."
8         5.      Margaret Leahy.  Ms. Leahy may be contacted through her
9  counsel, Stephen C. Contopulos, Sidley Austin Brown & Wood LLP, 555 West
10  Fifth Street, Los Angeles, California 90013, telephone 213-896-6000.  Ms. Leahy
11  possesses information relevant to the conception, creation, design and development
12  of "BRATZ."
13         6.      Veronica Marlow.  Ms. Marlow may be contacted through her
14  counsel, Stephen C. Contopulos, Sidley Austin Brown & Wood LLP, 555 West
15  Fifth Street, Los Angeles, California 90013, telephone 213-896-6000.  Ms. Marlow
16  possesses information relevant to the conception, creation, design and development
17  of "BRATZ."
18         7.      Victoria O'Connor.  MGA believes that Mattel has Ms.
19  O'Connor's contact information.  Ms. O'Connor possesses information relevant to
20  the conception, creation, design and development of "BRATZ."
21         8.      Ramona Prince.  Ms. Prince may be contacted through her
22  counsel, Daniel Warren, Sutherland, Asbill & Brennan, LLP, 999 Peachtree Street,
23  N.E., Atlanta, Georgia 30309, telephone 404-853-8028.  Ms. Prince possesses
24  information relevant to Mr. Bryant's conception of "BRATZ."
25         9.      Anna Rhee.  Ms. Rhee may be contacted through her counsel,
26  Laurence Berman, Berman, Mausner & Resser, A Law Corporation, 11601
27  Wilshire Boulevard, Suite 600, Los Angeles, California 90025, telephone 213-473-
28  3333.  Ms. Rhee possesses information relevant to the conception, creation, design

-2-

**MGA'S INITIAL DISCLOSURES**
**PURSUANT TO RULE 26 (CV 04-9059 NM)**

1   and development of "BRATZ."

2        10.    Paula Garcia.  Ms. Garcia may be contacted through MGA's

3   counsel of record.  Ms. Garcia possesses information relevant to the conception,

4   creation, design and development of "BRATZ."

5        11.    Mercedeh Ward.  Ms. Ward may be contacted through her

6   counsel, Derrick Coleman, Coleman Law Group, 501 Colorado Avenue, Suite 204,

7   Santa Monica, California 90401, telephone 310-576-7312.  Ms. Ward possesses

8   information relevant to the conception, creation, design and development of

9   "BRATZ."

10       12.    Various present or former employees and contractors of MGA

11  are potential witnesses.  Such individuals may be contacted through MGA's

12  counsel of record.  MGA is currently unable to identify the specific witnesses and

13  information such witnesses may possess.

14       13.    Various present or former employees and contractors of Mattel

15  are potential witnesses.  The identities, whereabouts and relevant knowledge of

16  such potential witnesses are best known by Mattel.  These witnesses are currently

17  believed to include, without limitation, Cassidy Park, Lilly Martinez, Matthew

18  Bousquette and Ivy Ross.

19

20  **Documents**

21       MGA is presently uncertain of the true nature and scope of Mattel's

22  claims and, thus, is unable to fully identify the documents that may support all of its

23  defenses in this action.  Subject to the foregoing, and subject to, as applicable, the

24  designations of confidentiality which have or may be made pursuant to the terms

25  and provisions of the Stipulated Protective Order governing the disclosure of

26  confidential material in this case, MGA identifies the following documents:

27       1.    The Employee Confidential Information and Inventions

28  Agreement attached to Mattel's complaint.

-3-

MGA'S INITIAL DISCLOSURES
PURSUANT TO RULE 26 (CV 04-9059 NM)

EXHIBIT 14      260

1          2.      The Conflict of Interest Questionnaire attached to Mattel's

2  complaint.

3          3.      Some or all of the documents previously produced by MGA to

4  Mattel pursuant to subpoena bearing the Bates serial numbers MGA 000001-676.

5          4.      Some or all of the documents previously produced by Carter

6  Bryant to Mattel bearing the Bates serial numbers BRYANT 00001-01588.

7          5.      Carter Bryant's personnel, payroll and other files and records,

8  including telephone records of Mattel, which are in Mattel's possession and the

9  nature and relevance of which is best known by Mattel.

10         6.      Documents relating to the negotiation of MGA's contract with

11 Carter Bryant dated as of September 18, 2000.

12         7.      Documents relating to the design and development of the first

13 generation of "Bratz."

14         8.      Documents relating to or consisting of various drawings,

15 sketches and finished product that Carter Bryant conceived of, created, designed or

16 developed, or in whose conception, creation, design and development he assisted,

17 before and after he was employed by Mattel.

18

19 **Damages**

20         The required disclosure regarding damages is presently inapplicable.

21

22

23

24

25

26

27

28

-4-

**MGA'S INITIAL DISCLOSURES
PURSUANT TO RULE 26 (CV 04-9059 NM)**

EXHIBIT 14          261

**Insurance**

      The required disclosure regarding insurance is presently inapplicable.


Dated:  January 6, 2005           DIANA M. TORRES
                               PAULA E. AMBROSINI
                               ALICIA C. MEYER
                               O'MELVENY & MYERS, LLP


By: _____
           Paula E. Ambrosini
           Attorneys for Defendant-in-
           Intervention, MGA Entertainment,
           Inc.

**MGA'S INITIAL DISCLOSURES
PURSUANT TO RULE 26 (CV 04-9059 NM)**

EXHIBIT 14        263

1 | **PROOF OF SERVICE**

2 |     I, Suzanne I. Jimenez, declare:

3 |     I am a resident of the State of California and over the age of eighteen years, and not a party to the within action; my business address is 400 South Hope Street, Los Angeles,

4 | California 90071.  On January 6, 2005, I served the within documents:

5 |     **MGA'S RULE 26(a) DISCLOSURES**

6

7 | ☒     by transmitting via facsimile machine the document(s) listed above to the fax number(s) set forth below on this date. The outgoing facsimile machine telephone number in this office is (213) 430-6407.  The facsimile machines used in this office

8 | create a transmission report for each outgoing facsimile transmitted.  A copy of the transmission report(s) for the service of this document, properly issued by the

9 | facsimile machine(s) that transmitted this document and showing that such transmission was (transmissions were) completed without error, is attached hereto.

10

11 | ☒     by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles addressed as set forth

12 | below.  I am readily familiar with the firm's practice of collecting and processing correspondence for mailing.  Under that practice it would be deposited with the

13 | U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business.  I am aware that on motion of the party served, service

14 | is presumed invalid if the postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

15

16 | **(By Facsimile and U.S. Mail)**            **(By Facsimile and U.S. Mail)**

17 | Douglas A. Wickham                          Michael T. Zeller

    Keith Jacoby                                Quinn Emanuel Urquhart

18 | Littler Mendelson                                  Oliver & Hedges, LLP

    A Professional Corporation                 865 South Figueroa St., 10th Floor

19 | 2049 Century Park East, 5th Floor          Los Angeles, CA  90017-2543

    Los Angeles, CA  90067-3107                Tel:  (213) 443-3000

20 | Tel:  (310) 553-0308                        Fax: (213) 443-3100

    Fax: (310) 553-5583

21

22 |     I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

23 |     Executed on January 6, 2005, at Los Angeles, California.

24

25

26 |                          Suzanne I. Jimenez

27

28

LA2:746615.1 | -6-

EXHIBIT 14        263

```
*************** -COMM. JOUF      *************** DATE JAN-06-2005 -*      TIME 14:22 ***********

    MODE = MEMORY TRANSMISSION              START=JAN-06 14:20      END=JAN-06 14:22

      FILE NO.=532

  STN NO.  COMM.   ABBR NO.   STATION NAME/TEL. NO.   PAGES   DURATION

   001     OK      ■          94433100                00B/00B 00:02:13



*********************************** -        - ***** -            - **********
```

# O'MELVENY & MYERS LLP

400 South Hope Street
Los Angeles, California 90071-2899

TELEPHONE (213) 430-6000
FACSIMILE (213) 430-6407

## FAX TRANSMITTAL

**DATE:**
January 6, 2005

**TOTAL NUMBER OF PAGES:**
8

| | | |
|---|---|---|
| **TO:**<br>Michael T. Zeller, Esq.<br>*Quinn Emanuel Urquhart Oliver<br>& Hedges, LLP* | **FAX NUMBER:**<br>(213) 443-3100 | **TELEPHONE NUMBER:**<br>(213) 443-3000 |
| Douglas A. Wickham, Esq.<br>Keith Jacoby, Esq.<br>*Littler Mendelson, A Professional<br>Corporation* | (310) 552-3229 | (310) 552-2766 |
| **FROM:**<br>Paula E. Ambrosini | **RETURN FAX NUMBER:**<br>(213) 430-6407 | **TELEPHONE NUMBER:**<br>(213) 430-7466 |

## MESSAGE

IF YOU DID NOT RECEIVE ALL PAGES, PLEASE CALL OUR FAX DEPARTMENT AT (213) 430-6407

| FILE NO.: | 527,436-004 | RETURN ORIGINAL TO: | Suzanne I. Jimenez |
|---|---|---|---|
| USER NO.: | 09901 | EXTENSION: | 7241 |
| RESPONSIBLE ATTY NAME: | Paula E. Ambrosini | LOCATION: | 11x04 |
| SPECIAL INSTRUCTIONS: | | | |

This document is intended for the exclusive use of the addressee. It may contain privileged, confidential, or non-disclosable information. If you are not the addressee, or someone responsible for delivering this document to the addressee, you may not read, copy, or distribute it. If you have received this document by mistake, please call us promptly and securely dispose of it. Thank you.

EXHIBIT 14         264

```
*************** -COMM. J      *************** DATE JAN-06-2005      TIME 14:32 ********

        MODE = MEMORY TRANSMISSION            START=JAN-06 14:30    END=JAN-06 14:32

        FILE NO.=533

    STN NO.   COMM.   ABBR NO.   STATION NAME/TEL NO.    PAGES   DURATION

     001      OK      *          913105523229            008/008 00:02:19


    *******************************  -        - *****  -            - *********
```

# O

## O'MELVENY & MYERS LLP

400 South Hope Street
Los Angeles, California 90071-2899

TELEPHONE (213) 430-6000
FACSIMILE (213) 430-6407

## FAX TRANSMITTAL

| **DATE:** | | **TOTAL NUMBER OF PAGES:** |
|---|---|---|
| January 6, 2005 | | 8 |

| **TO:** | **FAX NUMBER:** | **TELEPHONE NUMBER:** |
|---|---|---|
| Michael T. Zeller, Esq. *Quinn Emanuel Urquhart Oliver & Hedges, LLP* | (213) 443-3100 | (213) 443-3000 |
| Douglas A. Wickham, Esq. Keith Jacoby, Esq. *Littler Mendelson, A Professional Corporation* | (310) 552-3229 | (310) 552-2766 |

| **FROM:** | **RETURN FAX NUMBER:** | **TELEPHONE NUMBER:** |
|---|---|---|
| Paula E. Ambrosini | (213) 430-6407 | (213) 430-7466 |

## MESSAGE

**IF YOU DID NOT RECEIVE ALL PAGES, PLEASE CALL OUR FAX DEPARTMENT AT (213) 430-6407**

| **FILE NO.:** | 527,436-004 | **RETURN ORIGINAL TO:** | Suzanne I. Jimenez |
|---|---|---|---|
| **USER NO.:** | 09901 | **EXTENSION:** | 7241 |
| **RESPONSIBLE ATTY NAME:** | Paula E. Ambrosini | **LOCATION:** | 11x04 |
| **SPECIAL INSTRUCTIONS:** | | | |

This document is intended for the exclusive use of the addressee. It may contain privileged, confidential, or non-disclosable information. If you are not the addressee, or someone responsible for delivering this document to the addressee, you may not read, copy, or distribute it. If you have received this document by mistake, please call us promptly and securely dispose of it. Thank you.

EXHIBIT 14          265