CONFIDENTIAL                                           113

1    Q    You don't even know if it was 2000 or 1999 or 1998?        12:0

2    A    I would be guessing.  I don't remember.

3    Q    Guess.  What would your guess be?

4              MS. CENDALI:  Objection.

5              MR. WICKHAM:  Objection, instruct the        12:0

6    witness not to respond.

7              MR. QUINN:  That's an objection to the form.

8    Of course, the testimony is supposed to be taken subject

9    to the objection.

10   Q    (By Mr. Quinn)  So what's your guess?            12:0

11             MR. WICKHAM:  I'm not going to have my

12   witness guess on the record, Counsel.

13   Q    (By Mr. Quinn)  What's your best approximation?

14   A    All I know is that she left sometime before I left the

15   first time.                                           12:0

16   Q    Okay.  So you left the first time in '98?

17   A    I left in late 1997.

18   Q    All right.  So your Mattel employment overlapped with hers

19   during the time of your first stint at Mattel; is that

20   true?                                                 12:08

21   A    Yes.

22   Q    And can you give us an idea of the kinds of projects the

23   two of you had worked together on while you were both

24   employed by Mattel?

25   A    We didn't work on any projects together.         12:06

EXHIBIT 7 PAGE 99

CONFIDENTIAL                                              114

| | | |
|---|---|---|
| 1 | Q | How did you learn what kinds of work things that she did? |
| 2 | A | When I first came to Mattel we were all put into a rather |
| 3 | | large room, some people who were temporary employees, some |
| 4 | | people who were new hires, and she and I just happened to |
| 5 | | be in the same room and, you know, I just saw what she was |
| 6 | | doing, which was over there painting faces. |
| 7 | Q | Did you have contact with her after she left Mattel's |
| 8 | | employment? |
| 9 | A | Yes. |
| 10 | | MR. WICKHAM:  Vague as to time. |
| 11 | | THE WITNESS:  Sorry. |
| 12 | Q | (By Mr. Quinn)  And what was the nature of the contact |
| 13 | | that you had with her? |
| 14 | | MR. WICKHAM:  Objection, vague and |
| 15 | | overbroad. |
| 16 | | MS. CENDALI:  Time frame. |
| 17 | A | What time frame are you referring to? |
| 18 | Q | (By Mr. Quinn)  After she left Mattel's employment. |
| 19 | A | We did have contact.  She was a friend. |
| 20 | Q | So was your contact after she left Mattel's employment |
| 21 | | solely social? |
| 22 | A | I think that she did some freelance work for Mattel and |
| 23 | | sometimes I would request that she would be the face |
| 24 | | painter. |
| 25 | Q | Was that during your second period of employment at |

12:0?
12:0?
12:0?
12:09
12:09
12:09
12:09

EXHIBIT 7 PAGE 100

CONFIDENTIAL                                      115

1    Mattel?

2  A   I think it might have actually been both.

3  Q   Do you recall the particular projects or dolls that you

4      worked on with her where she was the face painter?

5          MR. WICKHAM:  At Mattel?

6          MR. QUINN:  Yes.

7  A   At Mattel.  There are only a couple of projects that I can

8      remember.  One I believe was some sort of a cowboy

9      project.  I think she had done a number of faces for that

10     for me, and I believe there was -- I believe there was --

11     well, we just kind of refer to it as the pink Barbie that

12     I believe she did the face for.

13 Q   (By Mr. Quinn)  Did she do any work on the Bratz project?

14 A   Yes.

15 Q   What work did she do on the Bratz project?

16 A   She created the face designs.

17 Q   And how did she come to get involved in Bratz?

18 A   I asked her if she would be interested in working on it.

19 Q   When was it that you asked her that?

20 A   I believe it was in about November of 2000.

21 Q   So after the last day of your employment at Mattel?

22 A   Yes.

23 Q   So is it true that you never spoke to her about doing work

24     on the Bratz project during the time you were a Mattel

25     employee?

EXHIBIT 7 PAGE 101

CONFIDENTIAL                                        116

| | | | |
|---|---|---|---|
| 1 | A | No, I did not. | 12:11 |
| 2 | Q | My statement is true? | |
| 3 | A | Your statement is true. | |
| 4 | Q | And it was your idea that she get involved in the Bratz | |
| 5 | | project? | 12:11 |
| 6 | A | Yes. | |
| 7 | Q | And she did get involved in it? | |
| 8 | A | Yes. | |
| 9 | Q | And you ended up using a face paint design that she came | |
| 10 | | up with? | 12:11 |
| 11 | A | Yes. | |
| 12 | Q | And at that point she was an independent contractor still? | |
| 13 | A | Yes. | |
| 14 | Q | Now, Veronica Marlow I think you've already told me was | |
| 15 | | doing some work with MGA in August? | 12:12 |
| 16 | A | Yes. | |
| 17 | Q | Do you know when she had started doing work with MGA? | |
| 18 | A | I don't. | |
| 19 | Q | Do you know when she -- she had been employed by Mattel | |
| 20 | | previously? | 12:12 |
| 21 | A | Yes. | |
| 22 | Q | Do you recall when she left Mattel? | |
| 23 | A | I don't recall exactly. | |
| 24 | Q | While you were employed by Mattel and she was employed by | |
| 25 | | Mattel did the two of you ever do any work together? | 12:12 |

EXHIBIT __7__ PAGE _102_

CONFIDENTIAL                                    117

```
 1   A   Yes.  We worked on one project together.                     12:1

 2   Q   And what were her job duties when she was at Mattel?

 3               MR. WICKHAM:  Objection, foundation.

 4   A   I think that she was a -- she was a designer in the

 5       accessories group, so I don't know exactly what her job    12:1

 6       duties were.  That wasn't my department.

 7   Q   (By Mr. Quinn)  So what does a designer in the accessories

 8       group do?

 9               MR. WICKHAM:  Objection, foundation, calls

10       for speculation.                                            12:1

11   A   Mainly they would work on the projects that were things

12       like the Barbie houses or the cars or things of that sort

13       or, you know, horses, things like that.

14   Q   (By Mr. Quinn)  What was the project that the two of you

15       worked together on?                                         12:1

16   A   It was the pink Barbie project that I mentioned earlier.

17   Q   And what was her contribution to that project?

18   A   She created a -- the doll consisted of the doll and then

19       the doll would stand on a heart-shaped powder box, and she

20       created the powder puff that would go inside.  She also     12:1:

21       created some little -- I think she created some little

22       purses that went with it.

23   Q   Did she get -- did she do some work on the Bratz project?

24   A   What do you mean specifically?

25   Q   Any work at all.                                            12:14
```

EXHIBIT 7 PAGE 103

CONFIDENTIAL                                      119

```
 1        just don't recall?                                    12:1
 2    A   I don't recall.
 3    Q   Do you recall at some point that you did see some
 4        preliminary fashion designs she had done for Bratz?
 5    A   Yes.                                                   12:1
 6    Q   And did you give some feedback on that?
 7    A   Yes.
 8    Q   Do you know a Jesse Ramirez?
 9    A   Jesse Ramirez.  I know the name.
10    Q   Do you know what context you know the name from?     12:1
11    A   I believe Margaret used him as a mold maker, some sort of
12        a model maker.
13    Q   A mold -- can you tell me what a mold maker does as it
14        relates -- I assume it relates to dolls.
15    A   I couldn't tell you specifically what he does because I've  12:1
16        never had any personal contact with him.  I don't know
17        what -- what he does.
18    Q   You've never met him?
19    A   I've never met him.
20    Q   But it's your understanding that he worked with Margaret  12:16
21        relating to some molds or something like that?
22    A   I believe he made some fastcasts for Margaret at some
23        point.
24    Q   What are fastcasts?
25    A   They are hard casts of a sculpture that are made from   12:17
```

EXHIBIT 7 PAGE 104

CONFIDENTIAL                                   120

| | | |
|---|---|---|
| 1 | | resin. |
| 2 | Q | And he did these for the Bratz project? |
| 3 | A | Yes. |
| 4 | Q | Did you ever see any of these casts? |
| 5 | A | Yes. |
| 6 | Q | Did you see them before the last day of your employment at |
| 7 | | Mattel? |
| 8 | A | I don't recall. |
| 9 | Q | You saw them at some point?  You just don't recall whether |
| 10 | | it was before your last day? |
| 11 | A | Right. |
| 12 | Q | Do you have any understanding how Mr. Ramirez came to be |
| 13 | | engaged to work on the Bratz project? |
| 14 | A | I think it was through Margaret. |
| 15 | Q | He was an independent contractor? |
| 16 | A | Yes. |
| 17 | Q | Was he ever employed by MGA to your knowledge? |
| 18 | A | Not to my knowledge, no. |
| 19 | Q | Were the molds -- did he end up creating molds that were |
| 20 | | then used in connection with the Bratz project? |
| 21 | | MR. WICKHAM:  Objection, ambiguous, lacks |
| 22 | | foundation. |
| 23 | A | I don't know.  My -- I don't know.  I don't think so. |
| 24 | Q | (By Mr. Quinn)  You indicated that Margaret Leahy's |
| 25 | | preliminary sculp was -- that it had to be redone. |

12:1?
12:17
12:17
12:18
12:18

EXHIBIT 7 PAGE 105

CONFIDENTIAL                                   121

```
 1   A   Yes.
 2   Q   In what way did it have to be redone?
 3   A   Pretty much completely.
 4   Q   And who is the one who redid it?
 5   A   Margaret redid the sculpt.
 6   Q   And when was it that she redid it?
 7   A   It was after Mercedeh Ward had come on board to MGA.  She
 8       saw the work that Margaret had done and said this is not
 9       going to work, we need to start again, and Mercedeh was
10       really the one who knew how to put together a doll.  She
11       knew how to form the joints.  She knew how to construct a
12       doll.  None of us really did, so she was the one that said
13       this sculpt is not going to work, we're going need to
14       start from scratch.
15   Q   Did you have any understanding as to what it was about the
16       sculpt that Margaret had done that wasn't going to work
17       according to Mercedeh?
18   A   Yes.  She basically said, you know, what we have here is a
19       figurine.  The doll had a curved sort of structure in the
20       hips that wouldn't work for a doll.  The body was not
21       really aesthetically pleasing.  We wanted to make the doll
22       younger looking.
23   Q   Do you recall any -- any other issues that Mercedeh had
24       with the preliminary sculpt Margaret had done?
25   A   Well, as I said before, basically that it was just -- it
```

EXHIBIT 7 PAGE 106

CONFIDENTIAL                                            138

1   Q   Did they send you some samples?                    12:42

2   A   Yes.

3   Q   Did you receive those before the last day of your

4       employment at Mattel?

5   A   I don't recall.                                    12:42

6   Q   One way or the other?

7   A   I don't recall when I got them.

8   Q   But whenever you got them, you then shared them with MGA?

9   A   Yes.

10  Q   Who -- who did you provide them to?                12:42

11  A   I believe I provided them to Paula Treantafelles.

12  Q   Did you have any communication with Universal other than

13      this phone call where you asked for samples and their

14      sending you samples?

15  A   Not to my recollection, no.                        12:43

16  Q   Did you ever have any written communications with

17      Universal?

18  A   I may have.  I don't recall what they were, but I may

19      have.

20  Q   During the time that you were employed by Mattel did     12:43

21      you -- do you recall receiving any written communications

22      from Universal?

23  A   I may have, but I don't remember.

24  Q   Have you reviewed any written communications between you

25      and Universal in preparation for your deposition?   12:43

EXHIBIT 7 PAGE 107

CONFIDENTIAL                                        139

1              MS. CENDALI:   Objection.                        12:4?

2    A   I don't recall.

3    Q   (By Mr. Quinn)   Did you review any yesterday?

4              MR. WICKHAM:   Objection.   If you reviewed

5    any documents in connection with preparation for your      12:43

6    deposition for purposes of refreshing your memory -- you

7    know what, you've already asked this question about 14

8    times.   Objection, attorney-client privilege.   Instruct

9    the witness not to respond.   Harassing, burdensome.

10             MR. QUINN:   Okay.   On that note why don't we    12:44

11   break for lunch.

12             VIDEOGRAPHER:   We're off the record.   The

13   time's 12:40 --

14             MR. QUINN:   Wait.   Wait.   One hour enough?

15             MR. WICKHAM:   That's fine.                       12:44

16             MR. QUINN:   Okay.

17             VIDEOGRAPHER:   The time is 12:44.

18             (Break in proceedings.)

19             VIDEOGRAPHER:   Back on the record.   Time is

20   1:47.                                                       01:47

21   Q   (By Mr. Quinn)   Good afternoon, Mr. Bryant.

22   A   Good afternoon.

23   Q   You've told us this morning that you first came up with

24      the Bratz concept, as I understand it, in 1998; is that --

25   A   Yes.

EXHIBIT 7 PAGE 108

CONFIDENTIAL                                                    140

1    Q    -- correct?

2    A    Yes.

3    Q    We've used the "Bratz" name.  Did you come up with the

4         "Bratz" name as well?

5    A    Yes.

6    Q    And when did you come up with the name?

7    A    About the time of the creation of the Bratz.  About the

8         same time.

9    Q    Can you tell me as best you can recall when it was that

10        you created the Bratz?

11   A    Yes.  Let's see.  I was driving by a high school.  I

12        believe it was on my way home from work, and there were --

13        the kids were getting out of school and I was just kind of

14        struck by the way they looked.  They were wearing kind of,

15        you know, oversized clothes, big, baggy jeans.  They had

16        on backpacks and -- I don't know.  There was just

17        something very interesting and exciting about their energy

18        and just got me to kind of thinking, you know, wouldn't it

19        be cool if there were some characters that kind of

20        accurately represented today's teenager.

21            And so when I got home I started doing a little bit

22        of sketching and sketched some characters fairly quickly.

23        I had also kind of been looking at magazines and things

24        like that.  There were some advertising things that were

25        going on at the same time that kind of all melded together

EXHIBIT 7 PAGE 109

CONFIDENTIAL                                          141

```
 1        and kind of gave me the idea.  There was a Paris Blues ad.        01:4?
 2        There was -- 17 Magazine had a Steve Madden ad.  There was
 3        an ad for the Dixie Chicks' album and it said "Chicks with
 4        Attitude" on it, and it all just kind of came together and
 5        it all just kind of really struck me when I drove by that      01:4?
 6        high school.
 7   Q    Can you place this in a month in 1998?
 8   A    It was in late August.
 9   Q    And do you recall the high school?
10   A    I believe it was Kickapoo High.                                01:4?
11   Q    Kickapoo?
12   A    Uh-huh.
13   Q    Is that here in Springfield?
14   A    Yes.
15   Q    And there is a street that you were driving on that           01:50
16        actually fronts right on this high school?
17   A    Yes.
18   Q    And do you recall what the name of that street is?
19   A    I think it's Primrose.
20   Q    So school was in session in late August?                      01:50
21   A    Yes, as far as I know.
22   Q    And did these kids seem to be coming out of school?
23   A    Yeah.  They seemed like they were getting out of school,
24        going to their cars, whatever.
25   Q    It wasn't just one or two kids?  There was a whole bunch      01:50
```

EXHIBIT 7 PAGE 110

CONFIDENTIAL                                           142

```
 1        of kids like the school was empty?                    01:5(
 2    A   There were, yeah, quite a few kids.
 3    Q   And this would have been what time of day?
 4    A   I don't recall.  Maybe around -- I don't know -- two
 5        o'clock or so.                                         01:5(
 6    Q   And you said that you were coming home from work; is that
 7        right?
 8    A   You know, I think I was coming home from work, but I'm not
 9        sure whether it was going or coming.
10    Q   And where were you working at that time?               01:51
11    A   I was working at Old Navy at the mall.
12    Q   Which mall would that -- would that be?
13    A   Battlefield Mall.
14    Q   Battlefield?
15    A   Uh-huh.                                                01:51
16    Q   Is that a yes?
17    A   Yes.  I'm sorry.
18    Q   And do you recall what shift you were working?
19    A   I don't.
20    Q   Did you sometimes work days, sometimes swing different  01:51
21        hours or --
22    A   Yes.  I think sometimes it was days, sometimes it was
23        evenings, but I don't recall.
24    Q   And did you say that that very day you went home and
25        actually did some sketches?                            01:51
```

EXHIBIT 7 PAGE 111

CONFIDENTIAL                                            151

1    Q    I'm trying to find -- what's -- I mean, did you just set          02:0
2         these aside for some period of time?
3    A    Yes, I did.
4    Q    And didn't do anything further during that period of time
5         to try to see if this is something that could be developed        02:04
6         into a product?
7    A    No, not during that period of time.
8    Q    And how -- did that period of time include the rest of
9         1998, that is to say the period of time when you weren't
10        doing anything with this?                                         02:05
11   A    Yes.
12   Q    When was the next -- first time -- what was the first --
13        next time that you started to do anything with this idea?
14   A    I don't remember the exact month but in '99 I did take
15        them out and looked at them again and I thought they were         02:05
16        still fresh and exciting and I still liked the idea of the
17        project, so I applied color.
18   Q    When you say "applied color," I'm completely ignorant
19        about this.  Does that mean you took the actual drawings
20        you had done before and on those drawings you added color?        02:05
21   A    No.  What I did was take those master drawings that I had
22        done and I used a light box to trace them onto like an
23        illustration board, which is basically just a
24        heavier-weight piece of paper, and then I colored that
25        piece of paper.                                                   02:06

EXHIBIT  7  PAGE  112

<u>CONFIDENTIAL</u>                                           152

```
 1   Q   I see.  "Master drawings" is the term you've used a couple      02:0(
 2       of times.  What -- what does that mean?
 3   A   That's just kind of something that they taught us in
 4       college.  It was -- you would create a master drawing,
 5       usually on like a tracing paper or an inexpensive thin         02:0(
 6       paper so that you could use it over and over and over
 7       again.  If you wanted to make several different versions
 8       of the same drawing, you would have your master drawing,
 9       then you wouldn't have to start from scratch every time.
10       You could use that in conjunction with a light box.  You       02:06
11       would lay your master drawing on the light box and then
12       you would lay your final paper on top of that and then
13       that image would come through so that you could draw it
14       multiple times, if need be.
15   Q   And so the original drawings that you did, were they done      02:07
16       on this tissue or light paper?
17   A   Yes.
18   Q   And that's what you're referring to as the master
19       drawings?
20   A   Yes.                                                           02:07
21   Q   And then at some point in 1999 you went through this
22       process with the light box and created color versions of
23       these master drawings?
24   A   Yes.
25   Q   Did you do any entirely new drawings in 1999?                  02:07
```

EXHIBIT 7 PAGE 113

CONFIDENTIAL                    153

| | | |
|---|---|---|
| 1 | A | No. |

```
 1  A   No.                                                    02:07
 2  Q   Can you tell me when it was approximately in 1999 that you
 3      created these color drawings?
 4  A   I don't remember exactly when.  I think it was either in
 5      the spring or the summer.                               02:07
 6  Q   And by then, as I understand it, you were back in Los
 7      Angeles?
 8  A   Yes.
 9  Q   And physically where did you do this work with the light
10      box and adding the color?  Were you at work?  Were you at  02:08
11      home?  Where were you?
12  A   I was at home.
13  Q   So you had -- you had your own personal light box and
14      equipment so you could do this sort of thing at home?
15  A   Yes.                                                    02:08
16  Q   And do you still have these -- the originals of these
17      color drawings that you created in 1999?
18  A   I believe they're in MGA's possession now.
19  Q   What was it that had happened in 1999 that had caused you
20      to take these drawings out and create the color versions?  02:08
21  A   I don't recall any certain event.  I think I just may have
22      been going through my things and found the drawings again
23      and just felt that they were still neat and different, but
24      I don't -- I don't recall any specific event.
25  Q   Did you have an idea at that time that you might now try  02:09
```

EXHIBIT 7 PAGE 114

1      to see if this is a project that you could take forward

2      and get some company interested in pursuing?

3   A  I think that I sort of did think that.  I thought that

4      maybe this Alaska Momma might be able to help me pitch it.

5   Q  You told me the originals of these color provision -- or

6      these color versions that you created in 1999 are now in

7      the possession of MGA?

8   A  As far as I know.

9   Q  Did you give them to MGA?

10  A  Yes.

11  Q  When was it that you gave them to MGA?

12  A  I think that I gave those to them in 2003.

13  Q  In what connection did you do that?

14  A  I think it was at the request of their in-house attorney.

15  Q  Did you have any understanding as to why they wanted them?

16          MS. CENDALI:  Objection, attorney-client

17      privilege.

18  A  I don't know.

19  Q  (By Mr. Quinn)  All right.  But I think you've told me

20      this morning that you did decide in 1999 to send some

21      drawings to Alaska Momma?

22  A  Uh-huh.

23  Q  And --

24          MR. WICKHAM:  You have to speak audibly.

25  A  I'm sorry.  Yes.

02:0

02:0

02:0

02:1

02:1

02:1

EXHIBIT 7 PAGE 115

CONFIDENTIAL                                        177

| | | |
|---|---|---|
| 1 | A | I think she was around nine. |
| 2 | Q | Do you recall anything else that you said at this meeting |
| 3 | | that you haven't already told me about? |
| 4 | A | Not at this time I don't. |
| 5 | Q | Was there any discussion about the terms on which MGA |
| 6 | | might pursue this project? |
| 7 | A | I believe there was.  Again, I would be kind of |
| 8 | | paraphrasing, but I believe that Isaac said if we -- if we |
| 9 | | were to do this project, I would like you to be involved, |
| 10 | | help develop it with our team.  That's about all I |
| 11 | | remember. |
| 12 | Q | Was there any discussion about financial terms? |
| 13 | A | No, not at that time. |
| 14 | Q | All right.  And did you make any response to him when he |
| 15 | | indicated that he would like you to be involved in the |
| 16 | | development of the project? |
| 17 | A | I told him that I would be glad to help, that I thought it |
| 18 | | would be -- since it was my original idea, it would be |
| 19 | | good to be involved, but I was of the understanding that I |
| 20 | | would be working with the team, that I would be taking my |
| 21 | | direction from MGA. |
| 22 | Q | Was there any discussion of any projects that you might |
| 23 | | work on for MGA other than Bratz? |
| 24 | | MR. WICKHAM:  This is at the September 1 |
| 25 | | meeting? |

02:4

02:4:

02:4:

02:4:

02:43

02:43

EXHIBIT 7 PAGE 116

<u>CONFIDENTIAL</u>                                      178

```
 1              MR. QUINN:  Yes, sir.                        02:4
 2    A   No.
 3    Q   (By Mr. Quinn)  At any time prior to the last day of your
 4        employment at Mattel did you have any discussion with MGA
 5        about any projects you might work on with them other than   02:4
 6        Bratz?
 7    A   I did sort of a tryout kind of a project for them.  It was
 8        an angel project.  It was actually not my project.  It was
 9        Veronica's project, and I did some face designs for them,
10        just some drawings, and I don't know if they used any of    02:4
11        them or not, but it was my -- excuse me, my understanding
12        that this was kind of a test to see how well I would do,
13        you know, with working with the team, working with
14        direction.
15    Q   And this work that you did on face designs for the angel    02:44
16        project, that's work that you did before your last day of
17        employment at Mattel?
18    A   Yes.
19    Q   All right.  When you entered into your agreement with MGA,
20        was it your understanding at that point that you were       02:45
21        being engaged to work with them on the Bratz project?
22    A   Yes.
23    Q   There was -- at that point was there any other project
24        which you understood you were being engaged to work on?
25    A   No.                                                         02:45
```

EXHIBIT <u>7</u> PAGE <u>117</u>

CONFIDENTIAL                                              179

1    Q    The work that you were going to do with MGA as

2         contemplated by you at that time was just Bratz?

3    A    That's right.

4                   MR. QUINN:  Okay.  We need to change tape.

5                   VIDEOGRAPHER:  Off the record.  The time's

6         2:45.

7                   (Break in proceedings.)

8                   VIDEOGRAPHER:  Back on the record.  Time is

9         2:53.

10   Q    (By Mr. Quinn)  Mr. Bryant, at any time during your

11        discussions with MGA leading up to the agreement that you

12        entered into with MGA, did you contemplate that you would

13        be working with MGA on anything other than the Bratz

14        project?

15   A    No, not at that time.

16   Q    And basically this was -- as far as you were concerned,

17        these discussions all related to the potential

18        exploitation of the Bratz idea?

19   A    Yes.

20   Q    Did you contemplate that if MGA -- if you were able to

21        reach an agreement with MGA that, you know, this would

22        require all your time?

23                  MR. WICKHAM:  Objection --

24                  MS. CENDALI:  Objection.

25                  MR. WICKHAM:  -- vague -- vague as to time,

EXHIBIT 7 PAGE 118

CONFIDENTIAL                                                194

1      that you received from MGA on or about September 18th and

2      the form of agreement which you signed?

3                    MR. WICKHAM:  Lacks foundation, calls for

4      speculation.

5    A   All I remember is that there were some minor changes made.

6    Q   (By Mr. Quinn)  Do you remember what they were?

7    A   I don't.

8    Q   Do you have a copy of that draft that MGA sent to you on

9      or about September 18th?

10   A   Somewhere, yes.

11                   MR. QUINN:  Has that been provided to us,

12     folks?

13                   MR. ZELLER:  (Shakes head.)

14                   MR. QUINN:  My troops are telling me no.  Do

15     you know, Counsel?

16                   MR. WICKHAM:  I don't know.  I don't believe

17     so.

18                   MR. QUINN:  May we have it, please.

19                   MR. WICKHAM:  I believe that we have

20     addressed that issue in correspondence and with regard to

21     objections.  We can take up those issues in the

22     appropriate meet-and-confer session.

23                   MR. QUINN:  Well, just help me out here.

24     What would be the basis for not giving us a copy of a

25     draft prepared by MGA and submitted to Mr. Bryant?

EXHIBIT 7 PAGE 119

CONFIDENTIAL                                        195

```
 1              MR. WICKHAM:  Counsel, I'm more than willing
 2      to meet and confer with you at an appropriate time, at an
 3      appropriate place, and this is neither.
 4              MR. QUINN:  You're not willing to discuss
 5      that now?
 6              MR. WICKHAM:  Correct.  I am here for Mr.
 7      Bryant's deposition.
 8              MR. QUINN:  Is it your view that that's
 9      privileged, something that MGA drafted and sent to this
10      individual?  Is that your view, sir?
11              MR. WICKHAM:  Counsel, can we proceed with
12      the deposition?
13              MR. QUINN:  Yeah, if you'll just tell me.
14      Will you answer my question or no?
15              MR. WICKHAM:  I will take that up with you
16      at an appropriate time pursuant to a meet-and-confer
17      session.  Happy to do so.
18              MR. QUINN:  I'm going to assume that you're
19      just refusing to answer the question now and we'll
20      proceed.
21   Q  (By Mr. Quinn)  Did you prior to the time of your -- prior
22      to your last day of employment with Mattel, did you
23      receive any money at all from MGA?
24   A  I think I received a payment for the angel face designs.
25   Q  And how much was that?
```

EXHIBIT _7_ PAGE _120_

CONFIDENTIAL                                                                196

```
 1    A    I don't recall.                                        03:1(

 2    Q    Can you give me an approximation, a wild ballpark

 3         speculation?

 4                    MS. CENDALI:  Objection.

 5                    MR. WICKHAM:  Compound.                      03:1(

 6    Q    (By Mr. Quinn)  Bigger than a breadbox, more --

 7                    MR. WICKHAM:  Do you want an

 8         approximation --

 9                    MR. QUINN:  Yeah.

10                    MR. WICKHAM:  -- or wild ballpark            03:1(

11         speculation?

12                    MR. QUINN:  Whichever you'll let him answer.

13         If it works for you, it works for me.

14                    MR. WICKHAM:  If you have -- if you have a

15         memory that is --                                      03:1(

16    A    To the --

17                    THE WITNESS:  Okay.  Go ahead.

18                    MR. WICKHAM:  If you have a memory, by all

19         means tell him.

20    A    I think to the best of my recollection it was maybe around  03:19

21         $500 or so.

22    Q    (By Mr. Quinn)  Did you have a bank account somewhere back

23         in September 2000?

24    A    Yes.

25    Q    Where was your bank account?                           03:20
```

EXHIBIT 7 PAGE 121

CONFIDENTIAL                                    197

1   A   It was at the Mattel Federal Credit Union.                    03:20

2   Q   Is that the only account that you have?

3   A   To the best of my recollection, yes.

4   Q   You didn't have a checking account with any commercial

5       bank anywhere?                                                03:20

6   A   Not to my recollection.

7   Q   Would it be true that whatever payment you received from

8       MGA you would have deposited in that account with the

9       Mattel Credit Union?

10  A   Probably.                                                     03:20

11  Q   Do you still have an account with the Mattel Credit Union?

12  A   No.

13  Q   When did you close out that account?

14  A   I believe I closed that account in 2002.

15  Q   At any time during the year 2000 did you open any other     03:20

16      bank account?

17  A   During the year 2000.  I don't remember opening any other

18      account.

19  Q   All right.  So after your -- the last day of your

20      employment at Mattel did you begin to receive these          03:21

21      monthly checks from MGA?

22              MR. WICKHAM:  Would the reporter please read

23      back that question.

24  Q   (By Mr. Quinn)  After your employment with Mattel ended,

25      did you begin to receive monthly checks from MGA?            03:21

EXHIBIT 7 PAGE 122

CONFIDENTIAL                                  222

```
 1        Linker who Paula knew and was considering using for the      03:5.

 2        package design.

 3    Q   Can you spell his last name, please.

 4    A   I think it's L-I-N-K-E-R.

 5    Q   And this meeting took place before you signed your          03:5·

 6        agreement?

 7    A   I think it did, but I don't recall exactly.

 8    Q   Best of your recollection?

 9    A   To the best of my recollection, yes, I think it did.

10    Q   It was before?                                               03:54

11    A   Yes.

12    Q   Did he -- did Mr. Linger, Linker --

13    A   Uh-huh.

14    Q   -- did he end up doing the package design?

15    A   No, he did not.                                              03:54

16    Q   All right.  Prior to the time that you signed your

17        agreement, did you have any contacts with anybody -- any

18        other suppliers, vendors, or consultants about potentially

19        working on the Bratz project?  I mean, I've got Linker,

20        Margaret, Universal.  Any others who you spoke with before   03:54

21        you signed your agreement?

22    A   Not that I can recall.

23              MR. WICKHAM:  We've been going a little bit

24        longer than an hour.

25              MR. QUINN:  Well, we're about -- we're about           03:55
```

EXHIBIT _7_ PAGE _123_

CONFIDENTIAL                                                    223

1      to knock off because we have to change the tape, but just      03:55

2      let me see if I can wrap this up.

3   Q   (By Mr. Quinn)   How about Anna Rhee?

4            MR. WICKHAM:   What about Anna Rhee?

5   Q   (By Mr. Quinn)   Before you -- you know, you spoke to her    03:55

6      about the Bratz project before you signed your agreement.

7   A   I don't think I spoke to Anna until after we got going on

8      the Bratz project, after the 20th.

9   Q   After the 20th of?

10  A   October.                                                      03:55

11  Q   Were you still employed by Mattel then?

12  A   No.

13  Q   And Veronica Marlow, did you talk to her about doing the

14     pattern work, the clothing cutouts?

15  A   Yes.                                                          03:55

16  Q   Did you talk to her about doing that before you signed

17     your agreement?

18            MS. CENDALI:   Objection, mischaracterizes

19     and assumes facts not in evidence.

20  A   I believe I did.                                              03:55

21            MR. QUINN:   Okay.   We need to change tape.

22     I would beseech everyone to please keep the break to a

23     minimum so we can complete this deposition expeditiously.

24            VIDEOGRAPHER:   We're off the record.   Time's

25     3:56.                                                          03:56

EXHIBIT 7 PAGE 124

CONFIDENTIAL                                          224

```
 1                    (Break in proceedings.)
 2                    VIDEOGRAPHER:  Back on the record.  Time's
 3         4:08.
 4    Q    (By Mr. Quinn)  Okay.  Mr. Bryant, sir, could you please
 5         tell us how long a period of time it was between the time      04:0
 6         you gave Ms. Leahy that drawing and the time she gave you
 7         the preliminary sculpt?
 8    A    I don't recall.  I think maybe it was about a month.
 9    Q    I think you told us this morning that you saw that first
10         preliminary sculpt from her while you were still employed     04:0
11         at Mattel.
12    A    I may have.  I don't remember.
13    Q    The face design was -- for the Bratz was based on your
14         drawings?
15    A    Yes.                                                           04:0
16    Q    And the lady who did the face -- you referred this morning
17         to face design?
18    A    Uh-huh.
19    Q    Does that refer to, like, painting?
20    A    Yes.                                                           04:09
21    Q    In your own mind as a professional at doing what you do,
22         do you draw a distinction between face design and face
23         painting?
24                    MR. WICKHAM:  Objection, foundation.
25                    MS. CENDALI:  Objection to form.                    04:10
```

EXHIBIT 7 PAGE 125

CONFIDENTIAL                                                    229

1   A   Yes, I suppose so.                                           04:1!

2   Q   (By Mr. Quinn)  And the drawing that you gave to

3       Margaret --

4   A   Yes.

5   Q   -- did that reflect these distinctive features, also?       04:1!

6               MR. WICKHAM:  Objection, lacks foundation.

7   A   I think it did.

8   Q   (By Mr. Quinn)  Do you recall whether the drawing that you

9       gave her was one of the ones you created in 1998 or one of

10      the ones you created in 1999?                               04:1!

11              MS. CENDALI:  Objection, mischaracterizes

12      his testimony.

13  A   It was one of the ones that I had created in 1998.

14  Q   (By Mr. Quinn)  Did you ever -- you know, prior to the

15      time that you stopped working at Mattel, Mr. Bryant, did     04:1!

16      you ever create any drawings of Bratz other than those

17      original drawings back in 1998 and then the color copies

18      in 1999?

19  A   Yes.  I created four drawings for the second pitch, the

20      pitch that Mr. Larian would be at.  Created four            04:1'

21      additional drawings.

22  Q   All right.  Were there ever any other drawings that you

23      created of Bratz prior to the time your employment at

24      Mattel ended?

25  A   No.                                                         04:1'

EXHIBIT __7__ PAGE _126_

CONFIDENTIAL                                    230

```
 1   Q   What was your purpose in creating those four additional    04:1(
 2       drawings?
 3   A   I wanted to show the Bratz in, like, some evening kind of
 4       looks, and I thought that that might be helpful in the
 5       pitch, but those designs were never used.                  04:1(
 6   Q   Whose idea was it to come up with these four additional
 7       drawings?
 8   A   It was mine.
 9   Q   Do you know where those four drawings are today?
10   A   As far as I know MGA has them.                             04:1
11   Q   Did you leave them with the folks at MGA at the conclusion
12       of that meeting?
13           MR. WICKHAM:   Objection, asked and answered.
14   A   I believe they were included in the three-ring binder,
15       color copies were included.                                04:1
16   Q   (By Mr. Quinn)   That you left with them?
17   A   Yes.
18   Q   Did anyone paint the face of any Bratz model or sculpt
19       before Anna Rhee did?
20   A   Other than the painting that Sheila did, no.               04:1
21   Q   And that was for the -- was that for the dummy that you
22       created?
23   A   Yes.
24   Q   Did you give her -- did you give Sheila any instruction
25       about these distinctive features, the oversize eyes and    04:1
```

EXHIBIT 7 PAGE 127

CONFIDENTIAL                                          231

1        lips and other things that you've referred to?                   04:1

2                    MS. CENDALI:  Objection to the form.

3    A   I don't remember giving her any real direction other than,

4        you know, kind of make this look like the drawing.

5    Q   (By Mr. Quinn)  So you did give Sheila a copy of one of          04:1

6        your drawings?

7    A   Yes.

8    Q   And did that -- the head that resulted and the face that

9        she created, did it have these distinctive features that

10       you referred to?                                                 04:1

11                   MS. CENDALI:  Objection, mischaracterizes --

12                   MR. WICKHAM:  Objection, mischaracterizes

13       the witness's testimony.

14   A   They didn't end up looking anything like the final Bratz.

15   Q   (By Mr. Quinn)  I mean, did it have oversized eyes?             04:1

16                   MS. CENDALI:  Objection, mischaracterizes

17       his testimony.

18   A   I think the eyes were slightly oversized.

19   Q   (By Mr. Quinn)  Did it have oversized lips?

20   A   I think it had slightly oversized lips, yes.                    04:1

21   Q   I mean, was the nose feature not defined?

22                   MS. CENDALI:  Objection.

23   A   I don't recall.

24   Q   (By Mr. Quinn)  Between the time that you signed your --

25       your agreement with MGA on October 4 and the last day of       04:1

EXHIBIT 7 PAGE 128

CONFIDENTIAL                                          262

## NOTARIAL CERTIFICATE

STATE OF MISSOURI      )
                       )   ss.
COUNTY OF GREENE       )


          I, Sherrie L. Hunt, Certified Court Reporter, and
Notary Public within and for the State of Missouri, do
hereby certify that on November 4, 2004, pursuant to Notice,
the above witness, CARTER BRYANT, was by me first duly sworn
to testify the truth, the whole truth, and nothing but the
truth in the case aforesaid; and that the deposition by him
was reduced to writing by me in stenotype, and thereafter
transcribed by me, and is fully and accurately set forth in
the preceding pages; that presentment by me to the witness for
signature was waived; and that the deposition will be
thereafter by the witness read, signed, and sworn to on or
before the date of trial.

          I do further certify that I am not related to, nor
attorney for, nor employed by any of the said parties, nor
otherwise interested in the event of said action.


┌─────────────────────────────────┐
│          Sherrie L Hunt          │
│          Notary Public           │
│          Greene County           │
│        State of Missouri         │
│ My Commission Expires May 17, 2005│
└─────────────────────────────────┘

                          _____
                          Sherrie L. Hunt
                          Certified Court Reporter
                          C.C.R. Number 1027
                          Notary Public


My commission expires:  May 17, 2005


Costs:   To Plaintiff and Cross-Defendant $1,399.25
         To Defendants and Cross-Complainant $422.65


              COURT REPORTERS OF THE MIDWEST, INC.
                        P.O. Box 4282
              Springfield, MO 65808 (417) 889-2079

EXHIBIT 7 PAGE 129

CONFIDENTIAL                                    264

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

MATTEL, INC., a Delaware corporation, )   CASE NO.
                                      )   CV 04-9059 DDP (AJWx)
                    Plaintiff,        )
                                      )
        vs.                           )
                                      )
CARTER BRYANT, an individual, and     )
DOES 1 through 10, inclusive,         )
                                      )
                    Defendants.       )
_____)
CARTER BRYANT, on behalf of himself,  )
all present and former employees of   )
Mattel, Inc., and the general public, )
                                      )
                Cross-Complainant,    )
                                      )
        vs.                           )
                                      )
MATTEL, INC., a Delaware corporation, )
                                      )
                Cross-Defendant.      )


                    VOLUME II
    THE VIDEOTAPED DEPOSITION OF CARTER BRYANT,
produced, sworn, and examined on Friday, November 5, 2004,
at 9:10 a.m. of that day, pursuant to Notice to Take
Deposition at the University Plaza, Executive Boardroom,
333 South John Q. Hammons Parkway, in the City of Springfield,
County of Greene, State of Missouri, before Sherrie L. Hunt,
Certified Court Reporter, and Notary Public, in a certain
cause now pending in the United States District Court for the
Central District of California, wherein the parties are as
above set forth; taken on behalf of the Plaintiff and
Cross-Defendant.


                COURT REPORTERS OF THE MIDWEST, INC.
                        P.O. Box 4282
                Springfield, MO 65808 (417) 889-2079



COPY                          EXHIBIT 7 PAGE 130

CONFIDENTIAL                                    267

```
 1              VIDEOGRAPHER:  And we're back on the record.
 2      The date is November 5th, 2004.  The time is 9:10 a.m.
 3              DIRECT EXAMINATION (CONTINUED)
 4  BY MR. QUINN:
 5  Q   Good morning, Mr. Bryant.
 6  A   Good morning.
 7  Q   At any time before your last day of employment at Mattel
 8      did anybody from MGA ask you whether Mattel knew about
 9      your Bratz project?
10  A   Not that I can recall.
11  Q   Did they ask -- did anybody from MGA ever ask you when you
12      had developed the Bratz idea?
13  A   I believe at the pitch meeting they asked when I had
14      developed the idea.
15  Q   Which meeting would that have been?
16  A   I think it was at the -- I think it was actually at both
17      meetings we talked about it.
18  Q   In the first meeting at the end of August did Paula ask
19      you that?
20  A   I can't recall exactly if it was Paula or might have been
21      Victoria.
22  Q   One of the two of them?
23  A   Yeah.  I think so.
24  Q   And you basically told them that you had created this back
25      in 1998?
```

EXHIBIT 7 PAGE 131

CONFIDENTIAL                                         268

```
 1    A   Yes.
 2    Q   And then that subject came up again in the six-person
 3        meeting with Mr. Larian?
 4    A   I believe it did, yes.
 5    Q   Do you recall who asked you that?
 6    A   I think Isaac may have asked.
 7    Q   And you gave the same answer, that you --
 8    A   Yeah.
 9    Q   -- did this back in 1998?
10    A   Yes.
11    Q   Do I understand correctly that during the first six months
12        of 2000 you didn't do any Bratz -- Bratz sketches; is that
13        true?
14    A   That's true.
15    Q   And you didn't -- during the first six months of 2000, as
16        I understand it, you didn't do any work on the Bratz idea
17        or project; is that true?
18    A   That's true.
19    Q   I mean, you didn't send the sketches or show the sketches
20        to anybody during that six-month period?
21    A   No, I did not.
22    Q   You indicated that you met with your counsel the day
23        before yesterday to prepare for your deposition.
24    A   Yes.
25    Q   And how much time did you meet with your counsel?
```

EXHIBIT 7 PAGE 132

CONFIDENTIAL                                              269

```
 1    A    We spent a good part of the day.                    09
 2    Q    Is that eight hours, six hours, four hours?
 3    A    I don't remember exactly.  I think maybe it was about --
 4         maybe about six hours.
 5    Q    And had you met with your counsel to prepare for your    09
 6         deposition last week as well?
 7    A    Yes.
 8    Q    And how much time did you spend last week?
 9    A    We spent two full days.
10    Q    Last week?                                          09
11    A    Yes.
12    Q    Did they videotape you?
13    A    No.
14    Q    Other than the six hours the day before yesterday and the
15         two full days last week, did you spend any other time with   09
16         your counsel preparing for your deposition?
17    A    Those were the two days -- or the three days that I spent
18         preparing for the deposition.
19    Q    And there wasn't any time other than that?
20    A    No.                                                 09:
21    Q    Was Ms. Cendali present during any of those sessions?
22    A    Only at the one day before yesterday.
23    Q    What was said in her presence?
24              MR. WICKHAM:  Objection, attorney-client
25         privilege, joint defense privilege.  Instruct the witness   09:
```

EXHIBIT 7 PAGE 133

CONFIDENTIAL                                    296

```
1      drawings and type up this text.
2                    MR. QUINN:  Do we have another document to
3      look at?
4   Q  (By Mr. Quinn)  I'll ask the reporter to mark as Exhibit 2
5      another set of drawings bearing Bates numbers Bryant 310
6      through 319.  Mr. Bryant, I've -- you've been handed a
7      copy of Exhibit 2, and my question to you is whether you
8      can identify this document.
9   A  Yes.  These were simply copies of the color renderings of
10     the characters.
11  Q  That you created in 1999?
12                   MR. WICKHAM:  Objection, mischaracterizes
13     the witness's testimony.
14  A  No.  I only added the color in 1999.
15  Q  (By Mr. Quinn)  And there's some handwriting on every
16     page?
17  A  Yes.
18  Q  Is that your handwriting?
19  A  Yes.
20  Q  What was your purpose in writing those notes on these
21     pages?
22                   MR. WICKHAM:  Objection, ambiguous,
23     foundation.
24  A  I don't recall exactly.
25  Q  (By Mr. Quinn)  Do you recall when you made those notes on
```

EXHIBIT 7 PAGE 134

CONFIDENTIAL                                297

```
 1      these pages?
 2   A  I don't.
 3              MR. QUINN:  By the way, Doug, do we have the
 4      originals of any of these here yet?  I know Keith said he
 5      was going to Federal Express some things.
 6              MR. WICKHAM:  I've got to sort through some
 7      of them but they're in transit.
 8              MR. QUINN:  Okay.
 9   Q  (By Mr. Quinn)  When did you put Exhibit 2 together?
10   A  I don't really recall when I put this together.
11   Q  Can you narrow it down to a year?  2000, '99?
12   A  I think it was in '99.
13   Q  And do you recall for what purpose you put this together?
14   A  I don't.
15   Q  Was a computer used to put this together?
16   A  No.
17   Q  We're done with Exhibit 2.  I'll ask the reporter to mark
18      as Exhibit 3 another set of drawings bearing Bates numbers
19      Bryant 222 through 234.  Can you identify Exhibit 3 for
20      us?
21   A  I think these are just more -- more of the same.  It looks
22      like the eveningwear fashions -- or some of the
23      eveningwear fashions were included in this -- in this
24      booklet.
25   Q  So this is -- we're looking at a photocopy of a booklet
```

EXHIBIT 7 PAGE 135

CONFIDENTIAL                                   298

```
 1        you prepared?                                              09
 2                  MR. WICKHAM:  Objection, foundation,
 3        mischaracterizes the witness's testimony.
 4    A   No.  This is not a booklet that I put together.  This is
 5        just -- these are just random copies.                     09
 6    Q   (By Mr. Quinn)  All right.  So you don't identify this
 7        particular collection of drawings as being part of some
 8        particular booklet or collection that you put together for
 9        a particular purpose?
10    A   No.                                                        09:
11    Q   I see on the first page there's a date there in the lower
12        right, 8/1998.  Is that in your handwriting?
13    A   Yes.
14    Q   And do you recall when you added that date there?
15    A   I don't recall.                                            09:
16    Q   Are these copies of the 1999 color versions?
17                  MR. WICKHAM:  Objection, mischaracterizes
18        the witness's testimony.
19    A   As far as I can tell these are copies of the drawings that
20        were created in '98, color added in '99.  There's a couple 09:
21        of drawings in here that were done in 2000.  Those were
22        the eveningwear kind of looks.
23    Q   (By Mr. Quinn)  Well, let's start with the first page.  As
24        near as you can tell is the first page a photocopy of the
25        color-added drawings, '99 drawings?                        09:
```

EXHIBIT 7 PAGE 136

CONFIDENTIAL

299

1    A    Yes.

2    Q    And what is it that -- obviously we're looking at black

3         and white images here.

4    A    Yes.

5    Q    I mean, what is it that indicates to you that this is a

6         copy of color versions from '99?

7    A    I'm not sure I understand what you mean.

8    Q    We're looking at a black and white version --

9    A    Yes.

10   Q    -- which I understood you to say you thought was a copy --

11        a black and white copy of the color version.   Right?

12   A    Right.

13   Q    And my question to you is, looking at this black and white

14        version, what is it that makes you think that this is a

15        photocopy of the color version?

16   A    Because of the shading and, you know, there's obvious

17        midtones in there.

18   Q    You do not recall -- or you did add this 8/1998?

19   A    Yes.

20   Q    You just don't recall when you added that?

21            MS. CENDALI:   Asked and answered.

22   A    I don't recall.

23   Q    (By Mr. Quinn)   Do you recall for what purpose you added

24        it?

25   A    No, I don't.

EXHIBIT 7 PAGE 137

CONFIDENTIAL                                                    300

1    Q   Can you even tell us what year you wrote that on there?

2                MS. CENDALI:   Asked and answered.

3    A   I don't recall.

4    Q   (By Mr. Quinn)   I'm looking at the second page now that

5        bears the number in the lower right 223.

6    A   Uh-huh.

7    Q   And we see we've got some text there about Zoe?

8    A   Uh-huh.

9    Q   Is that the same text -- does that same text appear in

10       Exhibit 1?

11               MR. WICKHAM:   Well, let's put Exhibit 1 in

12       front of the witness.

13   Q   (By Mr. Quinn)   Is this new text that you -- or different

14       text that you created at some other occasion?

15   A   No.   It's the same.

16   Q   So this is -- as I understand your testimony, this text

17       relating to these dolls was created back in 1998 when you

18       did the original sketches?

19   A   That's right.

20   Q   And I see also on this second page that's numbered 223

21       you've also got that 8/98 date written there.   Do you see

22       that?

23   A   Yes.

24   Q   And, in fact, that date appears on some of the other pages

25       in this particular collection as well.

EXHIBIT 7 PAGE 138

CONFIDENTIAL                                    301

1    A    Yes.                                                        09

2    Q    And if I asked you the questions I asked you before about

3         when you put that date on there and why you did it, your

4         answers would be the same?

5    A    Yes.                                                        09

6    Q    That you just don't recall?

7    A    I don't recall.

8    Q    I'm going to guess about which was the evening -- I forgot

9         what you called it.  Evening fashion?

10   A    Evening fashion.                                            10

11   Q    The one on -- the third one -- or the fourth one, 225, I'm

12        from Pasadena and that looks like a Rose Queen to me,

13        except for the bare midriff.  We wouldn't permit that, but

14        the evening fashion I would guess is 232, third to the

15        last page?                                                  10:

16              MR. WICKHAM:  Are you going to start with

17        225?

18              MR. QUINN:  No.  I'm looking at 232.

19   A    That was a rough sketch of page 225, actually.

20   Q    (By Mr. Quinn)  All right.  Why don't you tell me which     10:

21        are the ones that you refer to as evening fashion since

22        I'm not going to be able to guess this.

23   A    225 --

24   Q    Okay.

25   A    -- 228 and 232 is a rough sketch of the 225.                10:

EXHIBIT 7 PAGE 139

CONFIDENTIAL                                    302

1    Q    All right.  So those are the ones that are the evening

2         fashion --

3    A    Yes.

4    Q    -- in this collection?  And yesterday you told us that

5         you -- you know, between your first meeting with the MGA

6         representatives and your second meeting with the MGA

7         representatives you created four additional evening

8         fashion designs.  Do you recall telling us that?

9                   MR. WICKHAM:   Objection, mischaracterizes

10        the witness's testimony.

11   A    No.  I think what I said was that I created them before

12        either of those meetings.

13   Q    (By Mr. Quinn)  All right.  You just added them to the

14        booklet?

15   A    Yes.

16   Q    When did you create those evening fashion designs?

17   A    Those were created in 2000.

18   Q    And can you tell us when in 2000 they were created?

19   A    Sometime before the pitch.  I'm going to say maybe July.

20   Q    Can you tell us how many evening fashion designs in total

21        you created in the year 2000?

22   A    There were four.

23   Q    So we've got two of them here?

24   A    Yes.

25   Q    And a third, which is a prior rendering of one of the

EXHIBIT 7 PAGE 140

CONFIDENTIAL                                      303

```
 1        other two?
 2     A  Right.
 3                 MR. QUINN:  Do you got anything else?
 4     Q  (By Mr. Quinn)  I said we're going to look at documents.
 5        I'll ask the reporter to mark as Exhibit 4 another
 6        collection of drawings bearing Bates numbers Bryant 238
 7        through 261.  Can you identify Exhibit 4 for us?
 8     A  Yes.  These were drawings that I created after I had left
 9        Mattel's employment.  Some of them were created in
10        December and some of them were created in January, I
11        believe.
12     Q  December 2000 and January 2001?
13     A  Yes.
14     Q  Is Exhibit 4 a -- is this a copy of a particular
15        collection of drawings that you created or are these just
16        more random drawings from a certain time period?
17     A  These are rather random drawings.  Some of them are
18        drawings that I had done for the package design.  Some of
19        them are drawings that I had done for a presentation that
20        Paula was giving.
21     Q  Paula was giving to who?
22     A  I don't recall.  I think an internal sales meeting.
23     Q  So you had different purposes in doing different of these
24        drawings?
25     A  Yes.
```

EXHIBIT 7 PAGE 141

CONFIDENTIAL                                           304

1    Q    Perhaps you could -- if you would, just page through this

2         and tell us as to each drawing what it was created for.

3    A    The first page was created for packaging art.  The second

4         page was created for this sales meeting, same with the

5         third page, same with the fourth page, same with the

6         fifth, same with the sixth, same with the seventh, same

7         with the eighth, same with the ninth.  The tenth was

8         created for packaging and the remainder of this booklet

9         was package drawings, packaging drawings.

10                  MR. QUINN:  Are we all done with this?

11                  MR. ZELLER:  Uh-huh.

12                  MR. QUINN:  Moving right along here.

13                  (Pause in proceedings.)

14                  MR. WICKHAM:  We've been going for an hour.

15        Do you want to take a break?

16                  MR. QUINN:  You know, if you would like to

17        take a break, that's fine.  Otherwise I'm prepared to do

18        this.  I'll just give you the copy and I'll read upside

19        down.  It's a good skill for a lawyer, actually.

20                  MR. WICKHAM:  Any possibility that we could

21        take a ten-minute break --

22                  MR. QUINN:  If you want to.

23                  MR. WICKHAM:  -- and run a quick copy?

24                  MR. QUINN:  If you want to, that's fine.  I

25        have no problem with that.

EXHIBIT 7 PAGE 142

CONFIDENTIAL                                          305

1            MS. CENDALI:  It would be easier for

2    everyone's records if maybe you can get the business

3    center to make some copies of those.

4            MR. QUINN:  It's going to be hard to do.  We

5    have them.  It's just not in the same sequence and order

6    as this but --

7            MR. WICKHAM:  Can we just try?

8            MR. QUINN:  -- we'll just carry on.  I mean,

9    it won't be a problem.

10            MS. CENDALI:  Why can't we just get them to

11    make a few copies of them?

12            MR. QUINN:  Let's go off the record since

13    we're going to take a break anyway.

14            VIDEOGRAPHER:  We're off the record.  Time's

15    10:07.

16            (Break in proceedings.)

17            VIDEOGRAPHER:  Back on the record.  Time is

18    10:19.

19  Q  (By Mr. Quinn)  So we've handed you Exhibit 5, Mr. Bryant.

20  A  Yes.

21  Q  And this is a whole bunch of pages.  It's 138 through 351.

22  A  Okay.

23  Q  Without looking at every page, can you just sort of thumb

24     through it and see if it's -- just from thumbing through

25     it whether it's obvious to you what this is or does it

EXHIBIT 7 PAGE 143

CONFIDENTIAL                                          306

1    appear just to be a random group of documents?  We're

2    going to go through them page by page anyway.

3              (Pause in proceedings.)

4              MR. QUINN:  I'm told that this is not

5    continuous in terms of the Bates numbers, so we probably

6    ought to -- maybe I can enlist Mr. Zeller's help to get

7    the Bates numbers correctly into the record.  I knew you

8    were here for something.

9              MR. ZELLER:  Yeah, handling documents.

10   A    Yeah.  This is, from what I can tell, just a random

11        collection of drawings, notes.

12   Q    (By Mr. Quinn)  That's what I was afraid you were going to

13        say.

14             MR. ZELLER:  I'll state for the record after

15   we walk through it exactly what the Bates numbers are.  We

16   don't need to take up the witness's time to do it, but

17   generally speaking they run through the range John Quinn

18   identified with some -- some gaps of things that were not

19   drawings.  It's a compilation exhibit.

20   Q    (By Mr. Quinn)  Well, let's go page by page.  The first

21        one, Bryant 138, can you tell us what that is?

22   A    That was just a sketch that I had done for an idea for one

23        of the final fashions for one of the dolls.

24   Q    When was this created?

25   A    This was created probably in November or December of 2000.

EXHIBIT 7 PAGE 144

CONFIDENTIAL                                              307

1    Q   And 139?

2    A   Same thing.  Just a rough sketch of a fashion idea, also

3        created in November or December.

4    Q   140?

5    A   This was a sketch of some backpack ideas also created at

6        the same time period.

7    Q   We're talking November or December?

8    A   Yes.

9                   MR. WICKHAM:  Of 2000?

10   A   Of 2000.

11   Q   (By Mr. Quinn)  141, same thing?

12   A   Same thing, yes.

13   Q   142, same thing?

14   A   Yes.

15   Q   143, same thing?

16   A   Yes.

17   Q   144, same thing?

18   A   Yes.

19   Q   145, same thing?

20   A   Yes.

21   Q   So Libby?  When did you come up with Libby?

22   A   That was --

23                   MR. WICKHAM:  Objection, foundation.

24   A   That was just one of the names that we were -- I was kind

25       of tossing around.  None of the names were finalized

EXHIBIT 7 PAGE 145

CONFIDENTIAL                                    308

1    until -- until really the final hour.  I think the names

2    were finalized in the spring of 2001.

3    Q   (By Mr. Quinn)  146, same thing?

4    A   Yes.

5    Q   Again, ideas for fashion that you created in November,

6    December?

7    A   Yes.

8                MR. WICKHAM:  Of 2000?

9    A   Of 2000.

10   Q   (By Mr. Quinn)  147?

11   A   Same thing.  Just some random fashion ideas.

12   Q   So you got MGA's fax number written there on the left-hand

13       side?

14   A   Yes.

15   Q   Why is that?

16   A   I don't know.

17   Q   Were you faxing things to MGA at this -- in this time

18       frame?

19   A   Yes.

20   Q   Did you ever fax anything to MGA while you were still

21       employed by Mattel?

22   A   I think that I may have.  I think that I faxed the last

23       page of the agreement.

24   Q   With your signature on it?

25   A   Yes.

EXHIBIT 7 PAGE 146

CONFIDENTIAL                                            309

1    Q   Anything else?

2    A   Not that I can recall.

3    Q   Where did you fax the signature page from?  From your home

4        or at Mattel or Kinko's or what?

5    A   I think I faxed it from -- from Mattel.

6    Q   Was there a fax machine there in the design center?

7    A   Yes.

8    Q   Is that the machine you used?

9    A   Yes.

10                    (Pause in proceedings.)

11   Q   (By Mr. Quinn)  Was it the one that was in the collector

12       area?

13   A   Yes.

14   Q   Okay.  148, more fashion?

15   A   More fashion sketches from November or December.

16   Q   All these you're pretty clear were created after you ended

17       your Mattel employment?

18   A   Yes.

19   Q   149?

20   A   The same.

21   Q   What -- we've got -- down at the bottom you've got 159 in

22       parentheses, blonde, then a little further on you've got

23       545.  Do you see that?

24   A   Yes.

25   Q   What -- what do those numbers refer to?

EXHIBIT 7 PAGE 147

CONFIDENTIAL                                      310

```
 1   A   Those were some hair color number ideas.
 2   Q   These are Universal's numbers that they use?
 3   A   Yes.
 4   Q   And 150?
 5   A   Just another random sketch from that same time period.
 6   Q   151?
 7   A   This was a rough sketch of the final design for the Chloe
 8       doll, the original Chloe doll.
 9   Q   What do you mean when you say rough sketch of a final
10       design?  To me that almost sounds like a contradiction in
11       terms.
12   A   Well, it sort of does, but I think that I cleaned up this
13       sketch later on.  I knew that this was the final design,
14       but I cleaned up the sketch later on so it wasn't quite so
15       messy.
16   Q   Is that your handwriting where it says final design?
17   A   Yes.
18   Q   And did you write that at the time that you did the
19       sketch?
20   A   Yes.
21   Q   152?
22   A   Again, more sketches of potential fashion ideas done in
23       the November, December time period.
24   Q   There's some page references here.
25   A   Uh-huh.
```

EXHIBIT 7 PAGE 148

<u>CONFIDENTIAL</u>

311

1    Q    It says see boots, page 42, for Yasmin, B&D.  What does

2         that refer to?

3    A    I think it might have been a catalog or something that had

4         a boot idea that I liked.

5    Q    This is a catalog of shoes?

6    A    I don't remember.

7    Q    But some reference material?

8    A    Right.

9    Q    Created by somebody else, not created by you?

10   A    Right.  Exactly.  That's what most of these notes are on

11        here.

12   Q    That's -- that's what I was going to ask.  See slippers,

13        Alloy, winter '99 --

14   A    Yes.

15   Q    -- page 29, also page 40, et cetera.  You're referring to

16        somebody else's catalog?

17   A    Yes.

18   Q    Do you have any of those catalogs that you're referencing

19        here?

20   A    I don't know if I still have those or not.

21   Q    Those were catalogs that you had in your own --

22   A    Yes.

23   Q    -- possession?

24   A    Yes.

25   Q    And they were your -- you owned them?

EXHIBIT _7_ PAGE _149_

CONFIDENTIAL                                        331

1      MR. WICKHAM:  And they've been produced.  I

2   mean, that's why you have copies.

3      MR. QUINN:  Okay.  Well, I didn't know

4   whether he meant photocopies of photocopies.

5   Q  (By Mr. Quinn)  So you did have some of the originals of

6   1998 drawings and you gave them to your counsel?

7   A  Yes.

8   Q  And the 1999 colored versions, you did have some of those

9   and you gave them to your counsel?

10  A  Yes.

11  Q  And how about the 2000 -- the drawings created in 2000

12  before you left Mattel?  You had some of those originals

13  and you gave them to your counsel?

14     MR. WICKHAM:  Objection, mischaracterizes

15  the witness's testimony.

16  A  I'm sorry.  Can you restate your question?

17  Q  (By Mr. Quinn)  The Bratz drawings that you created in

18  2000 --

19     MR. WICKHAM:  Objection.

20  Q  (By Mr. Quinn)  -- before you left Mattel --

21     MR. WICKHAM:  Objection, mischaracterizes

22  the witness's testimony.

23  Q  (By Mr. Quinn)  -- you gave those to your counsel?

24  A  I gave those to counsel.

25  Q  Did we ask about 189?  Yes, we did, I think.  This is from

EXHIBIT 7 PAGE 150

CONFIDENTIAL                                          332

1        November, December or --

2    A   No.  This was from 1998.

3    Q   And 190?

4    A   Also from 1998.

5    Q   191?

6    A   These were just some fashion sketches that I had done in

7        the November, December time period, 2000.

8    Q   192?

9    A   These show the original face design concepts.

10   Q   And when did you create these?

11   A   In 1998.

12   Q   And these are among the drawings that you had notarized,

13       as you told us yesterday?

14   A   Yes.

15   Q   Did you create these face drawings back in 1998 during

16       those -- during that period right after you saw the kids

17       at the high school?

18   A   Yes.

19   Q   193?

20   A   That was another 1998 sketch.

21   Q   194?

22   A   Also another '98 sketch.

23   Q   You wrote "Bratz" on there?

24   A   Uh-huh.

25   Q   That's -- when did you do that?

EXHIBIT 7 PAGE 151

CONFIDENTIAL                                    333

```
1    A    I think at the time of the creation.
2    Q    I can't really read the Bates number on this one.  It
3         looks like it might be 195.  195.  It's just a face that
4         says Val.
5    A    Yeah.  I had also concepted some boys in 1998 and this was
6         one of the face concepts.
7    Q    196?
8    A    This was a pose sketch from 1998.
9    Q    Does that relate to a boy?
10   A    No.  That's one of the girls.
11   Q    197?
12   A    This was -- I had revised one of the group pictures, one
13        of the group characters, and this was just a revision of
14        the hairstyle and the shoe of one of the other characters.
15   Q    Okay.  So this is a revised hairstyle for Lupe and revised
16        shoe for Jade?
17   A    Yes.
18   Q    And when was this created?
19   A    This was also created in '98.
20   Q    We have the date there of 8/27/99.  Is that in your
21        handwriting?
22   A    Yes.
23   Q    Do you recall when you put that date on there?
24   A    I don't.
25   Q    Do you know why you put that date on there?
```

EXHIBIT 7 PAGE 152

CONFIDENTIAL

334

```
 1    A    I don't.

 2    Q    Does the date August 27th, 1999, have any significance for

 3         you?

 4    A    No.

 5    Q    Just draw a complete blank on that?

 6    A    I really do.

 7    Q    198?

 8    A    This was another pose drawing for the figures from 1998.

 9    Q    199?

10    A    This was also one of the character drawings from 1998.

11    Q    200?

12    A    This was one of the group drawings that I had done in 1998

13         showing the poses together.

14    Q    201?

15    A    This was a drawing of one of the characters from 1998.

16    Q    202?

17    A    This was also a pose drawing from 1998.

18    Q    203?

19    A    This was a preliminary group drawing from 1998.

20    Q    204?

21    A    Also a drawing from 1998 of one of the characters.

22    Q    205?

23    A    This was a very preliminary sketch that I had sort of done

24         for one of the boy's bodies in 1998.

25    Q    Did the boys idea go anywhere ever?
```

EXHIBIT 7 PAGE 153

CONFIDENTIAL                                             335

1    A    Eventually, yes, we did the boys.  I think they were

2         released in the fall of 2002.

3    Q    But I take it -- I mean, in the meetings that you had

4         before you left Mattel, you didn't show any sketches of

5         boys?

6    A    No.

7    Q    And 205 was created back in '98?

8    A    Yes.

9    Q    206?

10   A    Another drawing that was created in '98 of one of the

11        characters.

12   Q    207?

13   A    Another boy's face concept created in 1998.

14   Q    208?

15   A    Another character drawing that was created in 1998.

16   Q    209?

17   A    This was a body and some hairstyles for the boys from '98.

18   Q    210?

19   A    I think this is the same, the same picture.  Same thing.

20   Q    Same as 209?

21   A    Yeah.

22                    (Pause in proceedings.)

23   Q    (By Mr. Quinn)  Yeah.  One's notarized and one isn't.

24   A    Right.

25   Q    Have any significance to you?

EXHIBIT 7 PAGE 154

CONFIDENTIAL                                        417

1   A    I'm sorry.

2             MR. WICKHAM:  Actually, let's put a clip up

3        here, and I would ask the witness to please review the

4        documents (indicating).

5             MR. QUINN:  That's a good practice.

6   Q    (By Mr. Quinn)  And my question is, as you anticipated, is

7        going to be, what is this?  You have to go to law school

8        to think of questions like this, Mr. Bryant.

9             MR. WICKHAM:  Do you want to go page by

10       page?

11            MR. QUINN:  Well, maybe it won't be

12       necessary.  Maybe he's going to tell me this is the same

13       thing we just looked at but maybe he's going to say

14       there's some differences and then we'll go look at the

15       differences.

16  A    This is basically the same at the beginning.  I'd say

17       document 465 through 474 are basically the same documents

18       that we just reviewed.

19  Q    (By Mr. Quinn)  It's the same as Exhibit 8 that we just

20       looked at, in other words?

21  A    Yes.

22  Q    And then after 474 what do we have?

23  A    This first drawing is one of the formalwear drawings that

24       was done in 2000.

25  Q    That's 475?

EXHIBIT _7_ PAGE _155_

CONFIDENTIAL                                          418

1   A   Yes.  476 is the same.  477 is the same.  478 I think is
2       another version of another -- I think it was another color
3       version of Number 472.
4   Q   So when did you create 478?
5   A   The actual drawing itself was created in 1998, while the
6       color was applied in 1999.
7   Q   So when you applied the color, you created two different
8       colored versions of that particular character?
9   A   Yes.
10  Q   All right.  And then we have 479.
11  A   I think this was a drawing that I had done at Paula's
12      request for some meeting that she was having showing the
13      piece count of the doll.
14  Q   Do you recall when you did this?
15  A   I don't recall exactly.  I think maybe November of --
16  Q   2000?
17  A   -- 2000.  Yes.
18  Q   Is that your handwriting that's on 479?
19  A   Yes.
20  Q   And then 480 looks familiar.
21  A   This looks like copies of the original 1998 face designs.
22  Q   481 looks familiar.
23  A   Yes.  It looks like a copy of the body that was designed
24      in 1998.
25  Q   If you look at the second page, 466 --

EXHIBIT 7 PAGE 156

CONFIDENTIAL                                        419

1   A   Yes.

2   Q   -- you'll see above the year, 8/1998, there's a C in a

3       circle.

4   A   Yes.

5   Q   And I think if -- if I'm not mistaken, if you look at

6       Exhibit 8, a copy of that, which is the second page, 456

7       does not have that C in the circle. Do you see that?

8   A   Yes.

9   Q   Did you put that C in the circle on 466?

10  A   I don't think so.

11  Q   What is it that leads you to believe that you did not add

12      that?

13  A   I'm sorry?

14  Q   What is it that leads you to believe that you did not add

15      that?

16  A   I just don't think there would have been any particular

17      reason for me to have added that.

18  Q   Do you have any knowledge as to how that C came to be on

19      there?

20  A   No,- I don't.

21  Q   And then below that there's a stamp and a signature, which

22      doesn't appear in the copies in Exhibit 8.

23  A   Okay.

24  Q   It says, all rights assigned to ABC International Traders,

25      et cetera.  Do you see that?

EXHIBIT 7 PAGE 157

CONFIDENTIAL

420

1    A    Yes.

2    Q    Do you have any idea, you know, when that was added or

3         why?

4    A    I do not.

5    Q    Had you ever seen a copy of this drawing with that stamp

6         on it before this case?

7    A    Not to my recollection.

8    Q    Under that there's a notation that says contract date

9         9/18/00.  Do you see that?

10   A    Yes.

11   Q    That's not your handwriting?

12   A    No, it is not.

13   Q    Do you have any idea how that came to be added?

14   A    I do not.

15   Q    If I asked you the same questions about the other drawings

16        that have that stamp and signature on it and a couple of

17        them also have the little C in the circle --

18   A    Uh-huh.

19   Q    -- would your answers be the same?

20   A    Yes, they would.

21   Q    That is to say, you don't know anything about how or when

22        or why those were added?

23   A    That's right.

24   Q    Down on 477 --

25   A    Okay.

EXHIBIT 7 PAGE 158

CONFIDENTIAL                                          421

1   Q   -- the date there is -- it says June 2000?

2   A   June 2000.  Okay.

3   Q   Does the date June 2000, as far as you're concerned,

4       relate to this drawing in some way?

5   A   That could have been the month that I created it.  I'm not

6       sure.  I didn't write that in there.

7   Q   I think you did tell us that in anticipation of the

8       pitch -- first pitch meeting with MGA you created some of

9       these evening fashion designs?

10  A   Yes.

11  Q   And that might have been when you did it?

12          MR. WICKHAM:   Objection, lacks foundation,

13      calls for speculation.

14          MS. CENDALI:   Asked and answered,

15      mischaracterizes his testimony.

16  Q   (By Mr. Quinn)   June of 2000 might have been when you --

17      when you created these fashion designs --

18          MR. WICKHAM:   Objection.

19          MS. CENDALI:   Objection, mischaracterizes

20      his testimony, asked and answered.

21  Q   (By Mr. Quinn)   -- for eveningwear?

22  A   I'm not sure when I created these.  It was sometime in

23      anticipation of the meeting.

24  Q   All right.  But does -- other than the fact that these

25      were created -- these eveningwear designs were created

EXHIBIT 7 PAGE 159

CONFIDENTIAL                                                    422

1    somewhere in the summer of 2000, I take it?

2                    MS. CENDALI:  Objection, mischaracterizes --

3                    MR. WICKHAM:  Objection, mischaracterizes

4    the witness's testimony, asked and answered.

5    Q   (By Mr. Quinn)  You don't remember the exact date, do you?

6    A   I don't remember the exact date they were created.

7    Q   Sometime in the summer 2000?

8                    MS. CENDALI:  Objection.

9                    MR. WICKHAM:  Objection, mischaracterizes

10   the witness's testimony, asked and answered four or five

11   times now.

12   Q   (By Mr. Quinn)  You get to answer.

13   A   I created these sometime in the summer of 2000.  I think

14       it was July, June.  I don't know.

15   Q   All right.  But can you think of any other significance

16       that June of 2000 would have for this drawing?

17   A   No.

18   Q   Did you tell somebody at MGA at some point that you had

19       created these evening fashion drawings in the summer of

20       2000?

21   A   I don't recall.

22   Q   Might have, might not have, you're just not sure?

23   A   I don't know.  I don't remember.

24                   MR. QUINN:  Anything else?

25                   (Pause in proceedings.)

EXHIBIT 7 PAGE 160

CONFIDENTIAL                                    458

1    not interrupt me in the middle of my speaking.

2              MR. ZELLER:  You were interrupting me.

3              MR. WICKHAM:  You were being extremely rude,

4    Counsel, and unprofessional.

5              MR. ZELLER:  The unprofessional behavior,

6    Counsel, is this tantrum --

7              MR. WICKHAM:  You're interrupting me again,

8    Mr. Zeller.

9              MR. ZELLER:  -- that is being thrown by

10   MGA's counsel because we will not run out there and copy

11   two pages for her.

12             MR. WICKHAM:  Mr. Zeller, you're

13   interrupting me again.  I'd ask that you refrain from

14   doing to.  With regard to the agreement, I sat in Ms.

15   Torres's conference room where you had agreed that MGA

16   would be attending the deposition.  Well, Mr. Quinn and

17   Mr. Zeller have decided to walk away.  We're off the

18   record.

19             MR. ZELLER:  We're trying to discuss

20   something substantive as opposed to listening to your

21   speeches.

22             (Break in proceedings.)

23             VIDEOGRAPHER:  Back on the record.  Time's

24   4:02.

25   Q   (By Mr. Quinn)  I wanted to ask you about one of these

EXHIBIT 7 PAGE 161

CONFIDENTIAL                                                    459

1     original drawings that were produced today.

2                    MR. QUINN:  I assume you don't want us

3     marking them as exhibits, so maybe we can come up with

4     some other way of identifying exactly what we're talking

5     about.

6                    MR. WICKHAM:   I believe that there's

7     Post-its on them that have the Bates numbers from which --

8     to which they correspond.

9     Q   (By Mr. Quinn)  And, actually, maybe we can just hold this

10    up, if you could hold it up in front of the camera, there

11    will then be no mistaking about --

12                    MR. QUINN:  Can you see that?

13    Q   (By Mr. Quinn)  -- what we're talking about here.  This

14    is -- the Post-it says that's Bryant -- that's the

15    original of Bryant 192, Bates number 192, which has the

16    heads on it, and this is one of the originals that your

17    counsel was kind enough to have shipped here today for us

18    to look at.

19    A   Yes.

20    Q   And we were just looking at these this afternoon and we

21    notice that there's a bunch of holes on the page,

22    including in the signature, as if somebody were taking ink

23    samples.

24    A   Uh-huh.

25    Q   Do you see that?

EXHIBIT 7 PAGE 162

CONFIDENTIAL 460

1   A   Yes.

2   Q   Do you know anything about why those holes were made or

3       how or when?

4   A   I have no idea what those are.

5   Q   I mean, when you had -- when you had possession of this

6       document did it have those holes in it?

7   A   Not that I remember.

8   Q   You certainly never had anything to do with that?

9   A   No.  I don't know anything about those holes.

10  Q   And, similarly, if you wouldn't mind holding this up to

11      the camera, this is the original of Bryant 210 and it's

12      also -- if you take a look at it, I think you'll see it

13      has some of those holes in it, although not as many as the

14      last one we looked at.  Again, you don't know anything

15      about how or why those holes got put on there?

16  A   I don't.

17               MR. WICKHAM:  Please be sure that they get

18      back in the right place.

19               MR. QUINN:  Okay.  Can we go to the next

20      exhibit in order.

21  Q   (By Mr. Quinn)  Mark as Exhibit 15 an agreement with a

22      heading of "MGA Entertainment" dated as of September 18th,

23      2000.  Let me ask you if it is a copy of the agreement

24      that you entered into with MGA.

25  A   Yes.

EXHIBIT 7 PAGE 163

CONFIDENTIAL                                                461

1    Q    And this, for the record, bears Bates numbers Bryant 794

2         through 799, and I take it on the last page that's your

3         signature.  Is it, sir?

4    A    Yes, it is.

5    Q    And before you signed this document, obviously you read

6         it?

7    A    Yes.

8    Q    You understood it?

9    A    I think I understood it once I had some legal counsel on

10        it.

11   Q    But do you recall that when you first read it through

12        there were some terms in there that confused you?

13   A    I think there were, yes.

14   Q    And what were those?

15   A    I don't --

16              MS. CENDALI:  Objection.

17   A    I don't remember exactly what the terms were that confused

18        me, but, I mean, I'm not a lawyer, so reading this over

19        was just sort of generally confusing.

20   Q    (By Mr. Quinn)  All right.  For example, sir, if you look

21        under "ownership," paragraph 3, little A on the first

22        page --

23   A    Yes.

24   Q    I'll just read that first sentence to you.  It says, all

25        rights and proceeds of the services provided by Bryant

EXHIBIT 7 PAGE 164

CONFIDENTIAL

495

## NOTARIAL CERTIFICATE

STATE OF MISSOURI    )
                      ) ss.
COUNTY OF GREENE     )

       I, Sherrie L. Hunt, Certified Court Reporter, and Notary Public within and for the State of Missouri, do hereby certify that on November 5, 2004, pursuant to Notice, the above witness, CARTER BRYANT, was by me first duly sworn to testify the truth, the whole truth, and nothing but the truth in the case aforesaid; and that the deposition by him was reduced to writing by me in stenotype, and thereafter transcribed by me, and is fully and accurately set forth in the preceding pages; that presentment by me to the witness for signature was waived; and that the deposition will be thereafter by the witness read, signed, and sworn to on or before the date of trial.

       I do further certify that I am not related to, nor attorney for, nor employed by any of the said parties, nor otherwise interested in the event of said action.

> Sherrie L. Hunt
> Notary Public
> Greene County
> State of Missouri
> My Commission Expires May 17, 2005

Sherrie L. Hunt
Certified Court Reporter
C.C.R. Number 1027
Notary Public

My commission expires:  May 17, 2005

Costs:  To Plaintiff and Cross-Defendant $1,344.45
        To Defendants and Cross-Complainant $430.85

COURT REPORTERS OF THE MIDWEST, INC.
P.O. Box 4282
Springfield, MO 65808 (417) 889-2079

EXHIBIT 7 PAGE 165

**EXHIBIT  8**

**quinn emanuel** trial lawyers | los angeles

865 South Figueroa Street, 10th Floor, Los Angeles, California 90017 | TEL 213-443-3000 FAX 213-443-3100

October 27, 2004

**VIA FACSIMILE AND U.S. MAIL**

Keith A. Jacoby, Esq.
Littler Mendelson, P.C.
2049 Century Park East, 5th Floor
Los Angeles, California  90067-3107

Re:    *Mattel, Inc. v. Carter Bryant*

Dear Mr. Jacoby:

This will confirm some aspects of the discussion that we had on October 25, 2004 regarding Carter Bryant's October 14, 2004 Objections and Responses to Mattel, Inc.'s First Set of Requests for Production of Documents and Tangible Things.

First, and most significantly, during our discussion, you indicated that you had in your possession non-privileged documents that were responsive to Mattel's requests that had not yet been produced, including telephone records.  You stated that these documents would be produced no later than Monday, November 1, 2004.  We request that those records be provided to us by Friday, October 29, 2004 to allow Mattel sufficient time to review those documents to prepare for Mr. Bryant's November 4 deposition.

Second, you agreed to allow counsel for Mattel to inspect the documents that Mr. Bryant created during the hiatus between his two periods of employment with Mattel.  You further suggested that you would, at the same time, provide for inspection the tangible items responsive to Mattel's requests.  So that Mattel can inspect the materials sufficiently in advance of Mr. Bryant's deposition, Mattel requests that this inspection occur on October 29, 2004.

The other issues that we discussed last Monday will be addressed under separate cover.  I look forward to your prompt response.  If you have any questions regarding the foregoing, please do not hesitate to call.

Very truly yours,

Kirkland W. Garey

07/09/615460.1

EXHIBIT _8_ PAGE _166_

**quinn emanuel urquhart oliver & hedges, llp**

NEW YORK | 335 Madison Avenue, 17th Floor, New York, New York 10017 | TEL 212-702-8100 FAX 212-702-8200
SAN FRANCISCO | 50 California Street, 22nd Floor, San Francisco, California 94104 | TEL 415-875-6600 FAX 415-875-6700
SILICON VALLEY | 555 Twin Dolphin Drive, Suite 560, Redwood Shores, California 94065 | TEL 650-801-5000 FAX 650-801-5100
PALM SPRINGS | 45-025 Manitou Drive, Suite 10, Indian Wells, California 92210 | TEL 760-345-4757 FAX 760-345-2414
SAN DIEGO | 4445 Eastgate Mall, Suite 200, San Diego, California 92121 | TEL 858-812-3107 FAX 858-812-3336