# PURCHASE ORDER

ABC International Traders, Inc
dba MGA Entertainment
16730 Schoenborn St.
North Hills
CA            91343-6122

PO Number:   PO03742
Date:        12/18/00
Page:        1

| Order From: | ANNA RHEE | Deliver to: | L.A. MAIN WAREHOUSE |
| | 1613 FORD AVENUE | | 16730 SCHOENBORN ST |
| | REDONDO BEACH | | NORTH HILLS |
| | 90278          CA | | CA            91343 |

| Your Item Number Item Description | Our Reference | Qty Ordered Date Requested | Units | Unit Cost Date Promised | Extension |
|---|---|---|---|---|---|
| | DOLLS | 2.00 | Each | | |
| | TOUCH UP DESIGNS (DEVELOPMENT DEC | 12/13/00 | | | |
| 1 | DOLLS | 1.00 | Each | | |
| | SHOES (DEVELOPMENT DECO MASTER) | 12/13/00 | | | |

Please Quote Purchase Order Number on all correspondence.

Subtotal:
Freight:
Tax amount:
Total Value:

ATTORNEY'S EYES ONLY
REDACTED    MGA000671

EXHIBIT 21 PAGE 350

Requisition # REQ02964       * * REQUISITION * *

Requestor    KLEGG                                                Page:  1

Date

| Item Number | Quantity | Units | Cost | Due Date | Total |
|---|---|---|---|---|---|
| DOLLS | 2.00 | Each | | 12/13/00 | |
| TOUCH UP DESIGNS (DEVELOPMENT DECO MASTE | | Site: 01 | | Creditor: RHEE | |
| 8322-400 - | | | | | |
| DOLLS | 1.00 | Each | | 12/13/00 | |
| SHOES (DEVELOPMENT DECO MASTER) | | Site: 01 | | Creditor: RHEE | |
| 8322-400 - | | | | | |

PO 3742
P 7971
P

ATTORNEY'S EYES ONLY     **REDACTED**

Requisition Total

MGA000672

EXHIBIT _21_ PAGE _351_

ABC INTERNATIONAL TRADERS, INC.

ABC International Traders, Inc.

**11494**

| VENDOR ID | NAME | | PAYMENT NUMBER | CHECK DATE | | | | |
|-----------|------|--|----------------|------------|--|--|--|--|
| RHEE | ANNA  RHEE | | 013385 | 2/2/01 | | | | |
| OUR VOUCHER NUMBER | YOUR VOUCHER NUMBER | DATE | AMOUNT | AMOUNT PAID | DISCOUNT | WRITE-OFF | NET | |
| 027731 | 052683 | 12/27/00 | $1,515.50 | $1,515.50 | $0.00 | $0.00 | $1,515.50 | |

COMMENT

SFMS61842-1

TO REORDER, CALL YOUR LOCAL SAFEGUARD DISTRIBUTOR AT 323-638-9694

Safeguard

REDACTED

**ATTORNEY'S EYES ONLY**

**MGA000673**

EXHIBIT 21 PAGE 352

RC#57913
052682

M. G. A. ENTERTAINMENT

| NAME ANNA RHEE | | | | SHIP TO | | |
|---|---|---|---|---|---|---|
| ADDRESS 1613 FORD AVE. | | | | ADDRESS 16730 Schoenborg St. | | |
| CITY, STATE, ZIP REDONDO BCH, CA· 90278 | | | | CITY, STATE, ZIP North Hills, CA. 91343 | | |

| ORDER NUMBER | DEPARTMENT | SALESPERSON | WHEN SHIP | TERMS 30 DAYS | HOW SHIP | DATE 12/27/00 |
|---|---|---|---|---|---|---|

| QUANTITY | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| 4 | Bodies painted | | |
| 11 | pairs of shoes | | |
| 4 | Faces | | |
| | | | |
| | price → | # | |
| | tax → | # | |
| Bratz Sampled | TOTAL PRICE → | $ | |
| Toy Fair Sampled | INCLUDING TAX | | |
| | | | |
| | Request by Carter Bryant | | |
| | | | |
| | C. Bryant | | |

BUYER:

KEEP THIS SLIP FOR REFERENCE

TC.Adams
8100

REDACTED          ATTORNEY'S EYES          MGA000674
                      ONLY

EXHIBIT 21 PAGE 353

Requisition # REQ03020           * * REQUISITION * *
Requestor    KLEGG                                                  Page: 1
Date

| Item Number | Quantity | Units | Cost | Due Date | Total |
|---|---|---|---|---|---|
| BRATZ | 4.00 | Each | | 12/28/00 | |
| BODIES PAINTED- TOY FAIR SAMPLES | | Site: 01 | | Creditor: RHEE | |
| 8322-400 - | | | | | |
| BRATZ | 11.00 | Each | | 12/28/00 | |
| PAIRS OF SHOES- TOY FAIR SAMPLES | | Site: 01 | | Creditor: RHEE | |
| 8322-400 - | | | | | |
| BRATZ | 4.00 | Each | | 12/28/00 | |
| FACES- TOY FAIR SAMPLES | | Site: 01 | | Creditor: RHEE | |
| 8322-400 - | | | | | |
| BRATZ | 1.00 | Each | | 12/28/00 | |
| SALES TAX ON SAMPLES FOR TOY FAIR | | Site: 01 | | Creditor: RHEE | |
| 8322-400 - | | | | | |

Requisition Total

ATTORNEY'S EYES
ONLY

MGA000675

EXHIBIT 21 PAGE 354

## PURCHASE ORDER

ABC International Traders, Inc
dba MGA Entertainment
16730 Schoenborn St.
North Hills
CA          91343-6122

PO Number:   PO03792
Date:          12/28/00
Page:          1

---

Order From:   ANNA RHEE
              1613 FORD AVENUE

              REDONDO BEACH
              90278                    CA

Deliver to:   L.A. MAIN WAREHOUSE
              16730 SCHOENBORN ST

              NORTH HILLS
              CA                    91343

| Your Item Number Item Description | Our Reference | Qty Ordered Date Requested | Units | Unit Cost Date Promised | Extension |
|---|---|---|---|---|---|
| | BRATZ | 4.00 | Each | | |
| BODIES PAINTED- TOY FAIR SAMPLES | | 12/28/00 | | | |
| 1 | BRATZ | 11.00 | Each | | |
| PAIRS OF SHOES- TOY FAIR SAMPLES | | 12/28/00 | | | |
| 2 | BRATZ | 4.00 | Each | | |
| FACES- TOY FAIR SAMPLES | | 12/28/00 | | | |
| 3 | BRATZ | 1.00 | Each | | |
| SALES TAX ON SAMPLES FOR TOY FAIR | | 12/28/00 | | | |

---

Please Quote Purchase Order Number on all correspondence.

Subtotal:
Freight:
Tax amount:
Total Value:

**REDACTED**

**ATTORNEY'S EYES ONLY**

MGA000676

EXHIBIT 21 PAGE 355

EXHIBIT 22

CONFIDENTIAL

TO: MGA Eentertainment

| NAME | ANNA RHEE | SHIP TO | |
|---|---|---|---|
| ADDRESS | 1613 FORD AVE. | ADDRESS | |
| CITY, STATE, ZIP | REDONDO BCH, CA. 90278 | CITY, STATE, ZIP | |

| ORDER NUMBER | DEPT. | | WHERE | TERMS | HOW SHIP | DATE 6/12 00 |
|---|---|---|---|---|---|---|

| QUANTITY | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| 2 | Angel Baby Doll Heads | price → | $ 400.00 |
| | | tax → | 33.00 |
| | TOTAL PRICE → | | $ 433.00 |
| | INCLUDING TAX | | |
| | PAID | | |
| | Request by | | |
| | Kerri Legg | | |

BUYER:

KEEP THIS SLIP FOR REFERENCE

EXHIBIT 22 PAGE 356   AR 0001

CONFIDENTIAL

TO: MGA Entertainment

| NAME | SHIP TO | | | |
|---|---|---|---|---|
| ANNA RHEE | ADDRESS | | | |
| ADDRESS 1613 FORD AVE. | 16730 Schoenborn St. | | | |
| CITY, STATE, ZIP REDONDO BCH CA. 90278 | CITY, STATE, ZIP North Hills, CA. 91343 | | | |

| ORDER NUMBER | DEPARTMENT | SALESPERSON | WHEN SHIP | TERMS | HOW SHIP | DATE |
|---|---|---|---|---|---|---|
| | | | | 30 DAYS | | 8/29/00 |

| QUANTITY | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| 4 | ~~Anix~~ Angel Faces (4 Version) | price → tax → | $800.00  $66.00 |
| | | TOTAL PRICE > $866.00  INCLUDING TAX | |

Request by Paula Treantafiles

BUYER:

EXHIBIT 22 PAGE 357

KEEP THIS SLIP FOR REFERENCE

Adams
0

AR 0002

CONFIDENTIAL

| | | |
|---|---|---|
| ADDRESS 1673  FORD AVE. | ADDRESS 16730 Schoenborn St. | |
| CITY, STATE, ZIP REDONDO BCH  CA. 90278 | CITY, STATE, ZIP North Hills, CA. 91343 | |

| ORDER NUMBER | DEPARTMENT | SALESPERSON | WHEN SHIP | TERMS 30 DAYS | HOW SHIP | DATE 9/8/00 |
|---|---|---|---|---|---|---|

| QUANTITY | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| 5 | Angel Faces (#200. each | | $ 1000.00 |
| | | | $ 82.50 |
| | | | $ 1,082.50 |
| | PAID | | |
| | Request by Paula Treantafeles | | |

BUYER:

EXHIBIT 22 PAGE 358

Adams
00

KEEP THIS SLIP FOR REFERENCE

AP 0003

CONFIDENTIAL

| NAME | ANNA RHEE | | | ADDRESS | | | |
|------|-----------|--|--|---------|--|--|--|
| ADDRESS | 1613 FORD AVE. | | | 16730 Schoenborn St | | | |
| CITY, STATE, ZIP | REDONDO BCH. CA. 90278 | | | North Hills, CA. 91343 | | | |

| ORDER NUMBER | DEPARTMENT | SALESPERSON | WHEN SHIP | TERMS | HOW SHIP | DATE |
|--------------|-----------|-------------|-----------|-------|----------|------|
| | | | | 30 DAYS | | 9/12/00 |

| QUANTITY | DESCRIPTION | PRICE | AMOUNT |
|----------|-------------|-------|--------|
| 2 | Angel Faces (A.S.A.P. RUSH) overnight | price → $ | 600 00 |
| | | tax → $ | 49 50 |
| | TOTAL PRICE → | $ | 649.50 |
| | INCLUDING TAX | | |
| | | | |
| | | | |
| | Request by Paula Trantafales | | |

BUYER:

Adams
00

KEEP THIS SLIP FOR REFERENCE

EXHIBIT 22 PAGE 359

AR 0004

CONFIDENTIAL



TO: MGA ENTERTAINMENT

| NAME | | | SHIP TO | | | |
|---|---|---|---|---|---|---|
| ANNA RHEE | | | | | | |
| ADDRESS 1613 FORD AVE. | | | ADDRESS 16730 Schoenborg St. | | | |
| CITY, STATE, ZIP REDONDO BCH CA. 90278 | | | CITY, STATE, ZIP North Hills, CA. 91343 | | | |
| ORDER NUMBER | DEPARTMENT | SALESPERSON | WHEN SHIP | TERMS 30 DAYS | HOW SHIP | DATE 9/18/00 |

| QUANTITY | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| 2 | Angel Black Faces (A.S.A.P RUSH) | | $ 600. 00 |
| 1 | Lips on another blk doll overnight | | $ 20 00 |
| | | | |
| | | | |
| | price→ | | $ 620. 00 |
| | tax→ | | $ 51. 15 |
| | TOTAL PRICE → | | $ 671. 15 |
| | INCLUDING TAX | | |
| | | | |
| | Request by Paula Trantafales | | |
| | | | |

BUYER

CONFIDENTIAL

052651

TO: MGA ENTERTAINMENT

| NAME | | | SHIP TO | | | | |
|---|---|---|---|---|---|---|---|
| ANNA RHEE | | | | | | | |
| ADDRESS | | | ADDRESS | | | | |
| 1613 FORD AVE. | | | 16730 Schoenborg St. | | | | |
| CITY, STATE, ZIP | | | CITY, STATE, ZIP | | | | |
| R. B. CA. 90278 | | | North Hills, CA. 91343 | | | | |

| ORDER NUMBER | DEPARTMENT | SALESPERSON | WHEN SHIP | TERMS | HOW SHIP | DATE |
|---|---|---|---|---|---|---|
| | | | | 30 DAYS | | 9/19/00 |

| QUANTITY | DESCRIPTION | | PRICE | AMOUNT |
|---|---|---|---|---|
| 3 | Doll face Lips redone        price→ | | | $50.00 |
| | tax→ | | | $4.13 |
| | TOTAL PRICE ———→ | | | $59.13 |
| | INCLUDING TAX | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | Request by Paula Trenta Pakes | | | |

BUYER:

Adams
00

KEEP THIS SLIP FOR REFERENCE

EXHIBIT 22 PAGE 361

AR 0007

CONFIDENTIAL

052657

TO: MGA ENTERTAINMENT

| NAME | | | SHIP TO | | |
|---|---|---|---|---|---|
| ANNA RHEE | | | | | |
| ADDRESS | | | ADDRESS | | |
| 1613 FORD AVE. | | | 16730 Schoenborg St. | | |
| CITY, STATE, ZIP | | | CITY, STATE, ZIP | | |
| REDONDO BCH, CA · 90278 | | | North Hills, CA · 91343 | | |

| ORDER NUMBER | DEPARTMENT | SALESPERSON | WHEN SHIP | TERMS | HOW SHIP | DATE |
|---|---|---|---|---|---|---|
| | | | | 30 DAYS | | 10/17/00 |

| QUANTITY | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| 1 | detailed scetch of Angel's face | $ | 75.00 |
| 1 | touch-up | $ | 25.00 |
| 2 | set of color swatches & specification | $ | 100.00 |
| | price → | $ | 200.00 |
| | tax → | $ | 16.50 |
| | TOTAL PRICE → INCLUDING TAX | | 216.50 |
| | | | |
| | Request by Paula Trantatoless | | |

BUYER:

E. Adams
8100

KEEP THIS SLIP FOR REFERENCE

EXHIBIT 22 PAGE 362

AR 0008

CONFIDENTIAL

052661

(818) 894-2525

M.G.A. Entertainment

| NAME | ANNA RHEE | SHIP TO | 16730 Schoenborn st. |
|------|-----------|---------|----------------------|
| ADDRESS | 1613 FORD AVE. | ADDRESS | North Hills, CA. 91343-6122 |
| CITY, STATE, ZIP | REDONDO BCH, CA. 90278 | CITY, STATE, ZIP | |

| ORDER NUMBER | DEPARTMENT | SALESPERSON | WHEN SHIP | TERMS | HOW SHIP | DATE |
|--------------|------------|-------------|-----------|-------|----------|------|
| | | | | 30 DAYS | | 11/16/00 |

| QUANTITY | DESCRIPTION | PRICE | AMOUNT |
|----------|-------------|-------|--------|
| 3 | pairs of shoes | | $250.00 |
| 2 | animated doll faces | | $400.00 |
| 1 | jumping rope face | | $200.00 |
| 1 | touch-up (removal of old face paint) | | $10.00 |
| | | price → | $860.00 |
| | | tax → | $70.95 |
| | | TOTAL PRICE → INCLUDING TAX | $930.95 |

PAID

Request by Paula Treantafelles

BUYER:

iAdams 100

KEEP THIS SLIP FOR REFERENCE

EXHIBIT 22 PAGE 363

AR 0009

CONFIDENTIAL

052664

TO: MGA ENTERTAINMENT

| NAME | SHIP TO |
|------|---------|
| ANNA RHEE | |
| ADDRESS | ADDRESS |
| 1613 FORD AVE. | 16730 Schoenburg St. |
| CITY, STATE, ZIP | CITY, STATE, ZIP |
| REDONDO BCH, CA. 90278 | North Hills, CA. 91343 |

| ORDER NUMBER | DEPARTMENT | SALESPERSON | WHEN SHIP | TERMS | HOW SHIP | DATE |
|---|---|---|---|---|---|---|
| | | | | 30 DAYS | | 11/20/00 |

| QUANTITY | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| 2 | touch-up (color change & strap alterations) Faces | price → $ | 150.00 |
| | | tax → $ | 12.38 |
| | TOTAL PRICE → | $ | 162.38 |
| | INCLUDING TAX | | |

Request by Paula Trantafales

BUYER:

Adams
3100

CONFIDENTIAL

092665

TO: MGA ENTERTAINMENT

| NAME | ANNA RHEE | SHIP TO | | | | |
|---|---|---|---|---|---|---|
| ADDRESS | 1613 FORD AVE | ADDRESS | 16730 Schoenburg St. | | | |
| CITY, STATE, ZIP | REDONDA BCH. CA. 90278 | CITY, STATE, ZIP | North Hills, CA. 91343 | | | |

| ORDER NUMBER | DEPARTMENT | SALESPERSON | WHEN SHIP | TERMS | HOW SHIP | DATE |
|---|---|---|---|---|---|---|
| | | | | 30 DAYs | | 11/29/00 |

| QUANTITY | DESCRIPTION | | PRICE | AMOUNT |
|---|---|---|---|---|
| 2 | jump rope dolls | price → | $ | 400.00 |
| | | tax → | $ | 33.00 |
| | | TOTAL PRICE → | $ | 438.00 |
| | | INCLUDING TAX | | |

Request by Paula Trantafakes

BUYER:

J. Adams
3100

KEEP THIS SLIP FOR REFERENCE

EXHIBIT 22 PAGE 365

AR 0011

CONFIDENTIAL

052666

TO: MGA ENTERTAINMENT

| NAME | SHIP TO |
|---|---|
| ANNA RHEE | |
| ADDRESS | ADDRESS |
| 1613 FORD AVE. | 16730 Schienburg St. |
| CITY, STATE, ZIP | CITY, STATE, ZIP |
| REDONDO BCH, CA. 90278 | North Hills, CA. 91343 |

| ORDER NUMBER | DEPARTMENT | SALESPERSON | WHEN SHIP | TERMS | HOW SHIP | DATE |
|---|---|---|---|---|---|---|
| | | | | 30 DAYS | | 11/25/00 |

| QUANTITY | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| 1 | set of color swatches & specifications    price→ | | $100.00 |
| 1 | Lip color redue | | |
| | tax→ | | $8.25 |
| | TOTAL PRICE→ INCLUDING TAX | | $108.25 |

Request by Paula Trantutales

BUYER:

KEEP THIS SLIP FOR REFERENCE

EXHIBIT 22 PAGE 366

AR 0012

CONFIDENTIAL

052671

To: MGA ENTERTAINMENT

| NAME | ANNA RHEE | | | SHIP TO | | | |
|---|---|---|---|---|---|---|---|
| ADDRESS | 1613 FORD AVE. | | | ADDRESS | 16730 Schoenburg St. | | |
| CITY, STATE, ZIP | REDONDO BCH   CA. 90278 | | | CITY, STATE, ZIP | North Hills, CA. 91343 | | |

| ORDER NUMBER | DEPARTMENT | SALESPERSON | WHEN SHIP | TERMS | HOW SHIP | DATE |
|---|---|---|---|---|---|---|
| | | | | 30 DAYS | | 12/7/00 |

| QUANTITY | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| 4 | asian, hispanic, white, black doll faces   price → | $ | 800.00 |
| | tax → | $ | 66.00 |
| | TOTAL PRICE → INCLUDING TAX | $ | 866.00 |

Request by Paula Trantafulas
&
Carter Bryant

BUYER:

EXHIBIT 22 PAGE 367

AR 0013

CONFIDENTIAL

052672

TO: MGA ENTERTAINMENT

| NAME | ANNA RHEE | SHIP TO | |
|---|---|---|---|
| ADDRESS | 1613 FORD AVE. | ADDRESS | 16730 Schoenborg St. |
| CITY, STATE, ZIP | REDONDO BCH. CA. 90278 | CITY, STATE, ZIP | North Hills, CA. 91343 |

| ORDER NUMBER | DEPARTMENT | SALESPERSON | WHEN SHIP | TERMS | HOW SHIP | DATE |
|---|---|---|---|---|---|---|
| | | | | 30 DAYS | | 12/7/00 |

| QUANTITY | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| 2 | Jumping Rope dolls | $ | 400.00 |
| 1 | pair shoes | $ | 75.00 |
| | | | |
| | price → | $ | 475.00 |
| | tax → | $ | 39.19 |
| | TOTAL PRICE → INCLUDING TAX | $ | 514.19 |
| | | | |
| | Request by Paula Trentafiles | | |
| | & Maureen | | |

BUYER:

Adams
100

KEEP THIS SLIP FOR REFERENCE

EXHIBIT 22 PAGE 368

AR 0014

CONFIDENTIAL

TO: MGA ENTERTAINMENT

| NAME | ANNA RHEE | SHIP TO | |
|---|---|---|---|
| ADDRESS | 1613 FORD AVE. | ADDRESS | 16730 Schoenborg St. |
| CITY, STATE, ZIP | REDONDO BCH, CA 90278 | CITY, STATE, ZIP | North Hills, CA 91343 |

| ORDER NUMBER | DEPARTMENT | SALESPERSON | WHEN SHIP | TERMS | HOW SHIP | DATE |
|---|---|---|---|---|---|---|
| | | | | 30 DAYs | | 12/8/00 |

| QUANTITY | DESCRIPTION | | PRICE | AMOUNT |
|---|---|---|---|---|
| 1 | Large doll face          price → | | $ | 200.00 |
| | tax → | | $ | 16.50 |
| | TOTAL PRICE → | | $ | 216.50 |
| | INCLUDING TAX | | | |

Request by Paula Trantafalos
&
Mercedeh Ward

BUYER:

Adams
100

KEEP THIS SLIP FOR REFERENCE

EXHIBIT 22 PAGE 369

AR 0015

CONFIDENTIAL

052675

M.G.A. ENTERTAINMENT

| NAME | ANNA RHEE | SHIP TO | |
| ADDRESS | 1613 FORD AVE. | ADDRESS | |
| CITY, STATE, ZIP | REDONDO BCH, CA. 90278 | CITY, STATE, ZIP | |

| ORDER NUMBER | DEPARTMENT | SALESPERSON | WHEN SHIP | TERMS | HOW SHIP | DATE |
|---|---|---|---|---|---|---|
| | | | | 30 DAYS | | 12/12/00 |

| QUANTITY | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| 2 | touch-up designs | | $150.00 |
| 1 | touch up scratches on skin (no charge) | | |
| 1 | shoes | | $75.00 |
| | | | $225.00 |
| | | | $18.56 |
| | | | $243.56 |
| | Request by Carter Bryant | | |

BUYER:

Adams
1100

KEEP THIS SLIP FOR REFERENCE

EXHIBIT 22 PAGE 370

AR 0016

CONFIDENTIAL

052618

(818) 894-2525 X105

M. G. A. ENTERTAINMENT

| NAME ANNA CRHEE | SHIP TO |
|---|---|
| ADDRESS 1613 F. FORD AVE | ADDRESS 33 K.JICK R..? |
| CITY, STATE, ZIP REDONDO BCH, CA. 90278 | CITY, STATE, ZIP |

| ORDER NUMBER | DEPARTMENT | SALESPERSON | WHEN SHIP | TERMS 30 DAYS | HOW SHIP | DATE 12/13/00 |
|---|---|---|---|---|---|---|

| QUANTITY | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| 1 | Peek-a-Boo doll          price→ | $ 200 | 00 |
| | tax→ | $ 16 | 50 |
| | TOTAL PRICE | $ 216 | 50 |
| | INCLUDING TAX | | |

PAID

Request by Mercedeh Ward

BUYER:

Adams 1100

KEEP THIS SLIP FOR REFERENCE

EXHIBIT 22 PAGE 371

AR 0017

CONFIDENTIAL

M.G.A. ENTERTAINMENT

| NAME | ANNA RHEE | SHIP TO | |
|---|---|---|---|
| ADDRESS | 1613 FORD AVE. | ADDRESS | |
| CITY, STATE, ZIP | REDONDO BCH, CA. 90278 | CITY, STATE, ZIP | |

| ORDER NUMBER | DEPARTMENT | SALESPERSON | WHEN SHIP | TERMS | HOW SHIP | DATE |
|---|---|---|---|---|---|---|
| | | | | 30 DAYS | | 12/22/00 |

| QUANTITY | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| 4 | Peek-a-Boo doll | $ | 800. 00 |
| 1 | Walking, growing type doll | $ | 200. 00 |
| | | | |
| | | price → $ | 1000. 00 |
| | | tax → $ | 82.50 |
| | TOTAL PRICE → INCLUDING TAX | $ | 1,082.50 |
| | DXP | | |
| | | | |
| | Request by Mersedeh Ward | | |

BUYER:

KEEP THIS SLIP FOR REFERENCE

Adams
100

EXHIBIT 22 PAGE 372

AR 0018

**CONFIDENTIAL**

M.G.A. ENTERTAINMENT

| | |
|---|---|
| NAME ANNA RHEE | SHIP TO |
| ADDRESS 1613  FORD AVE. | ADDRESS 16730 Schoenborg St. |
| CITY, STATE, ZIP REDONDO  BCH, CA· 90278 | CITY, STATE, ZIP North Hills, CA· 91343 |

| ORDER NUMBER | DEPARTMENT | SALESPERSON | WHEN SHIP | TERMS | HOW SHIP | DATE |
|---|---|---|---|---|---|---|
| | | | | 30 DAYS | | 12/27/00 |

| QUANTITY | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| 4 | Bodies painted | | 60.00 |
| 11 | pairs of  shoes | | 825.00 |
| 4 | Faces | | 800—00 |
| | price → | | #1,685.00 |
| | tax → | | # 134.01 |
| | TOTAL PRICE → INCLUDING TAX | | #1,824.01 |
| | | | |
| | Request by Carter Bryant | | |
| | | | |
| | PAID | | |

BUYER:

E.Adams
8100

KEEP THIS SLIP FOR REFERENCE

EXHIBIT 22 PAGE 373

AR 0019

CONFIDENTIAL

M. G. A.   ENTERTAINMENT

| NAME ANNA RHEE | SHIP TO |
| ADDRESS 1618 FORD AVE. | ADDRESS 16730 Schoenborg St. |
| CITY, STATE, ZIP REDONDO BCH CA 90278 | CITY, STATE, ZIP North Hills, CA. 91343 |

| ORDER NUMBER | DEPARTMENT | SALESPERSON | WHEN SHIP | TERMS | HOW SHIP | DATE |
|---|---|---|---|---|---|---|
| | | | | 30 DAYS | | 12/27/00 |

| QUANTITY | DESCRIPTION | | PRICE | AMOUNT |
|---|---|---|---|---|
| 5 | Large jump rope dolls | | | 1,000.00 |
| 2 | Large braided hair dolls | | | 800.00 |
| | | price → | $ | 1,400.00 |
| | | tax → | $ | 155.50 |
| | | TOTAL PRICE → | $ | 1,515.50 |
| | | INCLUDING TAX | | |

Request by Paula Trantafales
&
Mereedeh Ward

PAID

BUYER:

Adams
8100

KEEP THIS SLIP FOR REFERENCE

EXHIBIT 22 PAGE 374

AR 0020

**EXHIBIT 23**



**ABC INTERNATIONAL TRADERS, INC.**

09677

| BOOK ID | OUR VOUCHER NUMBER | NAME | YOUR VOUCHER NUMBER | DATE | PAYMENT NUMBER | CHECK DATE | AMOUNT | AMOUNT PAID | DISCOUNT | WRITE-OFF | NET |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 02X7A | | 096088 | 6/12/00 | 011152 | 7/6/00 | $433.00 | $433.00 | $0.00 | $0.00 | $433.00 |

Confidential
Attorneys' Eyes Only

MGA000705

EXHIBIT 23 PAGE 375

Req # 02903

096588

PO # 30262

V 22474
PM 5039
QCT04392

To : MGA Eentertainmnt

| NAME | | SHIP TO | |
|------|--|---------|--|
| ANNA RHEE | | | |
| ADDRESS | | ADDRESS | |
| 1613 FORD AVE. | | | |
| CITY, STATE, ZIP | | CITY, STATE, ZIP | |
| REDONDO BCH, CA·90278 | | | |

| 2 | Angel Baby Doll Heads | price→ | $ | 400. | 00 |
|---|----------------------|--------|---|------|----|
|   |                       | tax→   | $ | 33.  | 00 |
|   | TOTAL PRICE INCLUDING TAX → | | $ | 433. | 00 |

Request by
Kerri Legg

→ (310) 379-2800

taxid # 570·107·1518

PAULA

KEEP THIS SLIP FOR REFERENCE

TO #100

Confidential
Attorneys' Eyes Only

MGA000706

EXHIBIT 23 PAGE 376

# PURCHASE ORDER

ABC International Traders, Inc
dba MGA Entertainment
16730 Schoenborn St.
North Hills
CA            91343-6122

PO Number:   PO03062
Date:        6/29/00
Page:        1

| Order From: | ANNA RHEE | Deliver to: | L.A. MAIN WAREHOUSE |
|---|---|---|---|
| | 1613 FORD AVENUE | | 16730 SCHOENBORN ST |
| | REDONDO BEACH | | NORTH HILLS |
| | 90278              CA | | CA            91343 |

| Your Item Number Item Description | Our Reference | Qty Ordered Date Requested | Units Date Promised | Unit Cost | Extension |
|---|---|---|---|---|---|
| | PRAYER ANGELS | 2 | Each | 200.000 | $400.00 |
| ANGEL BABY DOLL HEADS | | 6/28/00 | | | |
| 1 | PRAYER ANGELS | 1 | Each | 33.000 | $33.00 |
| 8.25% SALES TAX ON $400.00 | | 6/28/00 | | | |

Please Quote Purchase Order Number on all correspondence.

**Confidential**
**Attorneys' Eyes Only**

MGA000707

| | |
|---|---|
| Subtotal: | $433.00 |
| Freight | $0.00 |
| Tax amount: | $0.00 |
| Total Value: | $433.00 |

EXHIBIT 23 PAGE 377

Requisition # REQ02363                    ** REQUISITION **
Requestor - KLEGG                                                        Page: 1
Date

| Item Number | Quantity | Units | Cost | Due Date | Total |
|---|---|---|---|---|---|
| PRAYER ANGELS | 2.00 | Each | $200.00 | 6/28/00 | $400.00 |
| ANGEL BABY DOLL HEADS | | Site: 01 | | Creditor: RHEE | |
| 8322-400 - | | | | | |
| PRAYER ANGELS | 1.00 | Each | $33.00 | 6/28/00 | $33.00 |
| 8.25% SALES TAX ON $400.00 | | Site: 01 | | Creditor: RHEE | |
| 8322-400 - | | | | | |

*PO 3062*

*4972*

*075*

Confidential
Attorneys' Eyes Only          MGA000708          Requisition Total          $433.00

EXHIBIT 23 PAGE 378



Confidential
Attorneys' Eyes Only

MGA000709

EXHIBIT 23 PAGE 379

216588
PO#3833
V 24800
PM 4634
RCT04756

Req 026000

TO: MGA Entertainment

| NAME | SHIP TO |
|------|---------|
| ANNA RHEE | |
| ADDRESS | ADDRESS |
| 1613 FORD AVE. | 16730 Schoenborn St. |
| CITY, STATE, ZIP | CITY, STATE, ZIP |
| REDONDO BCH, CA. 90278 | North Hills, CA. 91343 |

| 4 | Anna Angel Faces (4 Versions) | price→ | $ 800.00 |
| | | tax→ | $ 66.00 |
| | | TOTAL PRICE → | $866.00 |
| | | INCLUDING TAX | |

Request by Paula Treantafalos

Confidential
Attorneys' Eyes Only

MGA000710

EXHIBIT 23 PAGE 380

## PURCHASE ORDER

ABC International Traders, Inc
dba MGA Entertainment
16730 Schoenborn St
North Hills
CA          91343-6122

PO Number:  PO03333
Date:       9/19/00
Page:       1

Order From:  ANNA RHEE
             1613 FORD AVENUE

             REDONDO BEACH
             90278                CA

Deliver to:  L.A. MAIN WAREHOUSE
             16730 SCHOENBORN ST

             NORTH HILLS
             CA                91343

| Your Item Number<br>Item Description | Our Reference | Qty Ordered<br>Date Requested | Units | Unit Cost<br>Date Promised | Extension |
|---|---|---|---|---|---|
| | PRAYER ANGELS | 4.00 | Each | 200.00 | $800.00 |
| Angel Faces (4 versions) | | 9/15/00 | | | |
| 1 | PRAYER ANGELS | 1.00 | Each | 66.00 | $66.00 |
| Sales Tax | | 9/15/00 | | | |

Please Quote Purchase Order Number on all correspondence.

Confidential
Attorneys' Eyes Only

MGA000711

Subtotal:      $866.00
Freight:       $0.00
Tax amount:    $0.00
Total Value:   $866.00

EXHIBIT 23 PAGE 381

Requisition # REQ02600
Requestor   KLEGG
Date

## * * REQUISITION * *

Page: 1

| Item Number | Quantity | Units | Cost | Due Date | Total |
|---|---|---|---|---|---|
| PRAYER ANGELS | 4.00 | Each | $200.00 | 9/15/00 | $800.00 |
| Angel Faces (4 versions) | | Site: 01 | | Creditor: RHEE | |
| 8322-400 - | | | | | |
| PRAYER ANGELS | 1.00 | Each | $66.00 | 9/15/00 | $66.00 |
| Sales Tax | | Site: 01 | | Creditor: RHEE | |
| 8322-400 - | | | | | |

*PO 3333*
*6145*
*P*

| | Requisition Total | $866.00 |
|---|---|---|

Confidential
Attorneys' Eyes Only

MGA000712

EXHIBIT 23 PAGE 382



**ABC International Traders, Inc.**

10505

| VENDOR ID | NAME | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 0002 | ABC International Traders, Inc. | | | | | | | |

| ENTER | 1 | PAYMENT NUMBER | CHECK DATE | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | 012150 | 10/6/00 | | | | | |

| OUR VOUCHER NUMBER | YOUR VOUCHER NUMBER | DATE | AMOUNT | AMOUNT PAID | DISCOUNT | WRITE-OFF | NET |
|---|---|---|---|---|---|---|---|
| 024799 | 216592 | 9/8/00 | $1,082.50 | $1,082.50 | $0.00 | $0.00 | $1,082.50 |

Confidential
Attorneys' Eyes Only

MGA000713

EXHIBIT 23 PAGE 383

216592

Req N25F18

PO#3330 v 24711
PM 6154
RCT0415

TO: MGA Entertainment

| NAME ANNA RHEE | SHIP TO |
|---|---|
| ADDRESS 1613 FORD AVE. | ADDRESS 16730 Schoenborn St. |
| CITY, STATE, ZIP REDONDO BCH, CA - 90278 | CITY, STATE, ZIP North Hills, CA - 91343 |

| 5 | Angel faces (fine.each | | # 1000.00 |
|---|---|---|---|
| | | | # 82.50 |
| | | | # 1082.50 |

Request by Paula Treantafeles

Confidential
Attorneys' Eyes Only

KEEP THIS SLIP FOR REFERENCE

MGA000714

EXHIBIT 23 PAGE 384

# PURCHASE ORDER

ABC International Traders, Inc
dba MGA Entertainment
16730 Schoenborn St.
North Hills
CA              91343-6122

PO Number:   PO03332
Date:            9/19/00
Page:            1

---

Order From:   ANNA RHEE
              1613 FORD AVENUE

              REDONDO BEACH
              90278              CA

Deliver to:   L.A. MAIN WAREHOUSE
              16730 SCHOENBORN ST

              NORTH HILLS
              CA              91343

| Your Item Number Item Description | Our Reference | Qty Ordered Date Requested | Units | Unit Cost Date Promised | Extension |
|---|---|---|---|---|---|
| | PRAYER ANGELS | .5.00 | Each | 200.00 | $1,000.00 |
| Angel Faces | | 9/15/00 | | | |
| 1 | PRAYER ANGELS | 1.00 | Each | 82.50 | $82.50 |
| sales tax | | 9/15/00 | | | |

---

Please Quote Purchase Order Number on all correspondence.

| | |
|---|---|
| Subtotal: | $1,062.50 |
| Freight: | $0.00 |
| Tax amount: | $0.00 |
| Total Value: | $1,062.50 |

Confidential
Attorneys' Eyes Only

MGA000715

EXHIBIT 23 PAGE 385

Requisition # REQ02596                     **REQUISITION**
Requestor    KLEGG                                                              Page: 1
Date

| Item Number | Quantity | Units | Cost | Due Date | Total |
|---|---|---|---|---|---|
| PRAYER ANGELS | 5.00 | Each | $200.00 | 9/15/00 | $1,000.00 |
| Angel Faces | | Site: 01 | | Creditor: RHEE | |
| 8322-400 - | | | | | |
| PRAYER ANGELS | 1.00 | Each | $82.50 | 9/15/00 | $82.50 |
| sales tax | | Site: 01 | | Creditor: RHEE | |
| 8322-400 - | | | | | |

PO 3332
P— 6194

EXHIBIT 23 PAGE 386

Requisition Total          $1,082.50

Confidential
Attorneys' Eyes Only
MGA000716



**ABC International Traders, Inc.**

| Vendor ID | Name | Payment Number | Check Date | | | | 10570 |
|---|---|---|---|---|---|---|---|
| | | 012261 | 10/13/00 | | | | |

| Our Voucher Number | Your Voucher Number | Date | Amount | Amount Paid | Discount | Write-Off | Net |
|---|---|---|---|---|---|---|---|
| 025328 | 216595 | 9/12/00 | $649.50 | $649.50 | $0.00 | $0.00 | $649.50 |
| 025327 | 216599 | 9/18/00 | $671.15 | $671.15 | $0.00 | $0.00 | $671.15 |
| 025326 | 052661 | 9/19/00 | $54.13 | $54.13 | $0.00 | $0.00 | $54.13 |

10570

Confidential
Attorneys' Eyes Only

EXHIBIT 23 PAGE 387

MGA000717

REQ. 02dcS

216595

PO#3421

√25 DO
PMG 557
RCTD317

TO: MGA ENTERTAINMENT

| NAME: ANNA RHEE | SHIP TO |
|---|---|
| ADDRESS: 1613 FORD AVE | ADDRESS: 1730 Schoenborn St. |
| CITY, STATE, ZIP: REDONDO BCH. CA. 8270 | CITY, STATE, ZIP: North Hill, CA. 91343 |

| 2 | Angel Faces (A-1-A-L RUSH) overnight | price → | $600.00 |
| | | tax → | $49.50 |
| | TOTAL PRICE → INCLUDING TAX | | $649.50 |

Request by Paula Trueblades

Confidential
Attorneys' Eyes Only

MGA000718

EXHIBIT 23 PAGE 388

KEEP THIS SLIP FOR REFERENCE

## PURCHASE ORDER

ABC International Traders, Inc
dba MGA Entertainment
16730 Schoenborn St
North Hills
CA            91343-6122

PO Number:   PO03421
Date:        10/5/00
Page:        1

| Order From: | ANNA RHEE | | Deliver to: | L.A. MAIN WAREHOUSE |
| | 1613 FORD AVENUE | | | 16730 SCHOENBORN ST |
| | | | | |
| | REDONDO BEACH | CA | | NORTH HILLS |
| | 90278 | | | CA            91343 |

| Your Item Number Item Description | Our Reference | Qty Ordered Date Requested | Units Date Promised | Unit Cost | Extension |
|---|---|---|---|---|---|
| | PRAYER ANGELS | 2.00 | Each | 300.00 | $600.00 |
| ANGEL FACES | | 10/3/00 | | | |
| 1 | PRAYER ANGELS | 1.00 | Each | 49.50 | $49.50 |
| SALES TAX | | 10/3/00 | | | |

Please Quote Purchase Order Number on all correspondence.

| | |
|---|---|
| Subtotal: | $649.50 |
| Freight: | $0.00 |
| Tax amount: | $0.00 |
| Total Value: | $649.50 |

Confidential
Attorneys' Eyes Only           MGA000719

EXHIBIT 23 PAGE 389

| Requisition # REQ02665 | | | ** REQUISITION ** | | |
|---|---|---|---|---|---|
| Requestor   KLEGG | | | | | Page: 1 |
| Date | | | | | |

| Item Number | Quantity | Units | Cost | Due Data | Total |
|---|---|---|---|---|---|
| PRAYER ANGELS | 2.00 | Each | $300.00 | 10/3/00 | $600.00 |
| ANGEL FACES | | Site: 01 | | Creditor: RHEE | |
| 8322-400 - | | | | | |
| PRAYER ANGELS | 1.00 | Each | $49.50 | 10/3/00 | $49.50 |
| SALES TAX | | Site: 01 | | Creditor: RHEE | |
| 8322-400 - | | | | | |

*po. 3421*

*p- 6554*

| | Requisition Total | $649.50 |
|---|---|---|

Confidential
Attorneys' Eyes Only

MGA000720

EXHIBIT 23 PAGE 390

Req 021004

216

PO#

PO.

TO: MGA ENTERTAINMENT

NAME
ANNA RHEE

ADDRESS
1613 FORD AVE.

CITY, STATE, ZIP
REDONDO BCH. CA. 90278

SHIP TO
ADDRESS
16730 Schoenborg st.

CITY, STATE, ZIP
North Hills, CA. 91383

| 2 | Angel Black Faces (A.S.A.P. Rush) | $600.00 |
| 1 | Lips on another blk doll overnight. | $20.00 |

price → $620.00
tax → $51.15
TOTAL PRICE → $671.15
including tax

Request by Paula Trantafates

KEEP THIS SLIP FOR REFERENCE

Confidential
Attorneys' Eyes Only

MGA000721

EXHIBIT 23 PAGE 391

## PURCHASE ORDER

ABC International Traders, Inc
dba MGA Entertainment
16730 Schoenborn St.
North Hills
CA          91343-6122

PO Number:   PO03420
Date:        10/5/00
Page:        1

| Order From: | ANNA RHEE | Deliver to: | L.A. MAIN WAREHOUSE |
|---|---|---|---|
| | 1613 FORD AVENUE | | 16730 SCHOENBORN ST |
| | REDONDO BEACH | | NORTH HILLS |
| | 90278          CA | | CA          91343 |

| Your Item Number Item Description | Our Reference | Qty Ordered Date Requested | Units | Unit Cost Date Promised | Extension |
|---|---|---|---|---|---|
| | PRAYER ANGELS | 2.00 | Each | 300.00 | $600.00 |
| 1 BLACK ANGEL FACES | PRAYER ANGELS | 10/3/00 1.00 | Each | 20.00 | $20.00 |
| 2 LIPS ON BLACK ANGEL DOLL | PRAYER ANGELS | 10/3/00 1.00 | Each | 51.15 | $51.15 |
| SALES TAX | | 10/3/00 | | | |

Please Quote Purchase Order Number on all correspondence.

| | |
|---|---|
| Subtotal: | $671.15 |
| Freight: | $0.00 |
| Tax amount: | $0.00 |
| Total Value: | $671.15 |

Confidential
Attorneys' Eyes Only

MGA000722

EXHIBIT 23 PAGE 392

Requisition # REQ02654                    * * REQUISITION * *

Requestor   KLEGG                                                          Page: 1

Date

| Item Number | Quantity | Units | Cost | Due Date | Total |
|---|---|---|---|---|---|
| PRAYER ANGELS | 2.00 | Each | $300.00 | 10/3/00 | $600.00 |
| BLACK ANGEL FACES | | Site: 01 | | Creditor: RHEE | |
| 8322-400 - | | | | | |
| PRAYER ANGELS | 1.00 | Each | $20.00 | 10/3/00 | $20.00 |
| LIPS ON BLACK ANGEL DOLL | | Site: 01 | | Creditor: RHEE | |
| 8322-400 - | | | | | |
| PRAYER ANGELS | 1.00 | Each | $51.15 | 10/3/00 | $51.15 |
| SALES TAX | | Site: 01 | | Creditor: RHEE | |
| 8322-400 - | | | | | |

PO 3420 / 6553

Requisition Total            $671.15

Confidential
Attorneys' Eyes Only            MGA000723

EXHIBIT _23_ PAGE _393_

Req 026063

052651
PO#3419

TO: MGA ENTERTAINMENT

| NAME ANNA RHEE | SHIP TO |
| ADDRESS 1613 FORD AVE. | ADDRESS 16730 Schoenborg St. |
| CITY, STATE, ZIP R. B. CA. 90278 | CITY, STATE, ZIP North Hills, ca. 91343 |

| ORDER NUMBER | DEPARTMENT | SALESPERSON | WHEN SHIP | TERMS 30 DAYS | HOW SHIP | DATE 9/19/00 |

| QUANTITY | DESCRIPTION | | PRICE | AMOUNT |
|---|---|---|---|---|
| 3 | Doll face Lips redone price→ | | 50 | 00 |
| | Angts. tax→ | | 4 | 13 |
| | TOTAL PRICE → | | 54 | 13 |
| | INCLUDING TAX | | | |

Request by Paula Trantafales

Confidential
Attorneys' Eyes Only

MGA000724

EXHIBIT 23 PAGE 394

# PURCHASE ORDER

ABC International Traders, Inc
dba MGA Entertainment
16730 Schoenborn St.
North Hills
CA          91343-6122

| | | |
|---|---|---|
| PO Number: | PO03419 |
| Date: | 10/5/00 |
| Page: | 1 |

| Order From. | ANNA RHEE | Deliver to: | L.A. MAIN WAREHOUSE |
|---|---|---|---|
| | 1613 FORD AVENUE | | 16730 SCHOENBORN ST |
| | REDONDO BEACH | | NORTH HILLS |
| | 90278          CA | | CA          91343 |

| Your Item Number Item Description | Our Reference | Qty Ordered Date Requested | Units Date Promised | Unit Cost | Extension |
|---|---|---|---|---|---|
| | PRAYER ANGELS | 1.00 | Each | 50.00 | $50.00 |
| REDO LIPS ON ANGELS DOLL FACE | | 10/3/00 | | | |
| 1 | PRAYER ANGELS | 1.00 | Each | 4.13 | $4.13 |
| SALES TAX | | 10/3/00 | | | |

Please Quote Purchase Order Number on all correspondence

| | |
|---|---|
| Subtotal: | $54.13 |
| Freight: | $0.00 |
| Tax amount: | $0.00 |
| Total Value: | $54.13 |

Confidential
Attorneys' Eyes Only

MGA000725

EXHIBIT 23 PAGE 395

Requisition # REQ02663               * * REQUISITION * *
Requestor   KLEGG                                                          Page: 1
Date           10/3/00

| Item Number | Quantity | Units | Cost | Due Date | Total |
|---|---|---|---|---|---|
| PRAYER ANGELS | 1.00 | Each | $50.00 | 10/3/00 | $50.00 |
| REDO LIPS ON ANGELS DOLL FACE | | Site: 01 | | Creditor: RHEE | |
| 8322-400 - | | | | | |
| PRAYER ANGELS | 1.00 | Each | $4.13 | 10/3/00 | $4.13 |
| SALES TAX | | Site: 01 | | Creditor: RHEE | |
| 8322-400 - | | | | | |

*PO 3419*
*P- 6552*

Requisition Total          $54.13

Confidential
Attorneys' Eyes Only                    MGA000726

EXHIBIT 23 PAGE 396