## PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 865 South Figueroa Street, 10th Floor, Los Angeles, California 90017-2543.

On October 5, 2007, I served true copies of the following document(s) described as **STIPULATION AND [PROPOSED] ORDER REGARDING CARTER BRYANT'S AMENDED REPLY TO MATTEL'S COUNTERCLAIMS** on the parties in this action as follows:

Diana Torres, Esq.
**O'MELVENY & MYERS, LLP**
400 S. Hope Street
Los Angeles, CA 90071

*Attorneys for MGA Entertainment, Inc.*

Patricia Glaser, Esq.
**CHRISTENSEN, GLASER, FINK, JACOBS, WEIL & SHAPIRO, LLP**
10250 Constellation Blvd., 19th Floor
Los Angeles, CA 90067

*Attorneys for MGA Entertainment*

Michael H. Page, Esq.
**KEKER & VAN NEST, LLP**
710 Sansome Street
San Francisco, CA 94111

*Attorneys for Carter Bryant*

Mark E. Overland, Esq.
David C. Scheper, Esq.
Alexander H. Cote, Esq.
**OVERLAND, BORENSTEIN, SCHEPER & KIM, LLP**
300 S. Grand Avenue, Suite 2750
Los Angeles, CA 90071

*Attorneys for Carlos Gustav Machado Gomez*

**BY MAIL:** I enclosed the foregoing into sealed envelope(s) addressed as shown above, and I deposited such envelope(s) in the mail at Los Angeles, California. The envelope was mailed with postage thereon fully prepaid.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on October 5, 2007, at Los Angeles, California.

_/s/ Laura Kinsey_
Laura Kinsey

07209/2243792.1

EXHIBIT 3
PAGE 41

EXHIBIT 4

Exhibit 660
Jonny
9/24/07 Pgs. 143
J'ana Siegers, CSR 10845

## 7. Bratz Sales
### 2001 - 2006
### Profit Center 0100 Acessories by Item

Note: COS at HK Std Cost is based on the respective year's true HK Stds

| Profit Cent Item | Item Name | Total Quantity | Gross USD | HK Std Cost USD | 2002 Quantity | Gross USD | HK Std Cost USD | 2003 Quantity | Gross USD | HK Std Cost USD | 2004 Quantity | Gross USD | HK Std Cost USD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Total | | 6,431,498 | 24,064,706 | 11,416,253 | 283,229 | 926,559 | 372,715 | 2,723,071 | 7,344,198 | 2,317,442 | 1,412,184 | 3,690,821 | 1,479,554 |
| 0100/ACC Total | | 6,431,498 | 24,064,706 | 11,416,253 | 283,229 | 926,559 | 372,715 | 2,723,071 | 7,344,198 | 2,317,442 | 1,412,184 | 3,690,821 | 1,479,554 |
| 100340 | Bratz Diamondz Carrying Case | 25,380 | 322,356 | 147,026 | | | | | | | | | |
| 100380 | Bratz Diamondz Duffle Bag | 23,958 | 76,158 | 47,916 | | | | | | | | | |
| 100386O | Bratz Diamondz Duffle Bag | 4,002 | 11,806 | 8,004 | | | | | | | | | |
| 25416I | Bratz Mtch 24 pc Asst | 52,719 | 61,066 | 36,316 | 5,016 | 4,838 | 2,924 | 22,661 | 28,978 | 15,863 | 25,018 | 27,225 | 17,513 |
| 25416K | Bratz Tattoos Asst Blk Pack | 2,000 | 1,800 | 867 | 2,000 | 1,800 | 967 | | | | | | |
| 25416KC | Bratz Tattoos Asst in BDQ | 100,032 | 95,030 | 60,019 | | | | 100,032 | 95,030 | 60,019 | | | |
| 25416K | Bratz Tattoo Asst in T1 CLG | 50,528 | 147,290 | 33,074 | 42,480 | 127,015 | 27,181 | 8,448 | 20,275 | 5,914 | | | |
| 25416KV | Bratz Tattoos Assorted Shades | 24,000 | 18,480 | 16,800 | | | | 18,000 | 13,660 | 12,600 | 6,000 | 4,620 | 4,200 |
| 25416W | Bratz Mtchl 12pc Asst w/all Tat | 83,608 | 250,566 | 91,432 | 83,608 | 250,566 | 50,632 | | | | | | |
| 25416WW | Bratz Mtchl 12pc Asst W/ Tat CLG | 130,428 | 228,249 | 91,432 | 33,504 | 58,632 | 23,574 | 96,924 | 169,617 | 67,857 | | | |
| 25416WW | Bratz Tattoos Mtch 24's 1T Target | 210,200 | 307,182 | 160,687 | | | | 100,200 | 175,182 | 70,140 | 110,000 | 132,000 | 80,447 |
| 2517S | Bratz Funky Fashion Rhinestone Stop Watch and Glow | 307 | 1,834 | 478 | 108 | 680 | 4 | 127 | 595 | 302 | 66 | 310 | 157 |
| 25176H | Bratz Rhinestone Shop Watch | 7,500 | 34,276 | 19,650 | | | | 7,500 | 34,275 | 19,650 | | | |
| 25176Z | Bratz Rhinestone Stsh Watch & Glow Ring (2 pcd) | 3,500 | 14,875 | 3,675 | | | | 3,500 | 14,875 | 3,875 | | | |
| 25343 | Bratz Ibodz Kaybw | 634 | 541 | 374 | | | | 317 | 322 | 222 | 196 | 197 | 137 |
| 25350 | Bratz Ibodz Hudrn | 581 | 664 | 363 | | | | 316 | 320 | 221 | 192 | 189 | 134 |
| 25351 | Bratz Ibodz Jade | 519 | 518 | 363 | | | | 314 | 316 | 220 | 192 | 189 | 134 |
| 25352 | Bratz Ibodz Sasha | 810 | 509 | 357 | | | | 314 | 316 | 220 | 193 | 180 | 135 |
| 25356 | Bratz Ibodz Cloe | 303 | 1,596 | 455 | 107 | 675 | 22 | 131 | 636 | 200 | 64 | 292 | 141 |
| 25556 | Bratz Denim Watch | 9,000 | 41,130 | 19,890 | | | | 9,000 | 41,130 | 19,890 | | | |
| 255507 | Bratz Denim Watch & Ring | 26,000 | 110,500 | 37,670 | | | | 21,500 | 91,375 | 27,625 | 4,500 | 19,125 | 9,945 |
| 255574 | Bratz Funky Fashion Watch and Ring 6 pc Asst | 138,724 | 680,538 | 316,779 | 5,820 | 24,735 | 12,143 | 115,281 | 500,488 | 264,593 | 17,421 | 84,797 | 39,602 |
| 255574I | Bratz Watch & Ring Asst Target | 90,258 | 368,300 | 199,293 | | | | 81,228 | 332,301 | 176,569 | 9,006 | 35,934 | 20,669 |
| 25568I | Bratz Lookin Cosmetics 4 Lip Gloss | 6,318 | 11,438 | 9,820 | 254 | 702 | 585 | 1,240 | 3,463 | 1,848 | 4,800 | 7,200 | 7,152 |
| 255568 | Bratz Lookin Cosmetics 4 Nail Polish | 1,394 | 3,773 | 1,870 | 253 | 697 | 426 | 1,049 | 2,825 | 1,143 | | | |
| 256812 | Bratz Lookin Cosmetics 4 Eye Shdow | 1,311 | 3,645 | 2,287 | 252 | 693 | 604 | 1,051 | 2,933 | 1,671 | | | |
| 255630 | Bratz Cosmetics Asst | 95,851 | 261,764 | 137,777 | | | | 68,834 | 225,335 | 98,633 | 26,017 | 36,429 | 38,844 |
| 255630I | Bratz Cosmetics Asst In Target | 120,860 | 318,159 | 192,048 | 46,024 | 127,284 | 63,562 | 72,036 | 190,895 | 105,486 | | | |
| 255630M1 | Bratz Cosmetics Asst In KMart | 64,768 | 226,768 | 90,047 | 10,980 | 38,430 | 15,254 | 53,606 | 168,328 | 74,793 | | | |
| 255630M2 | Bratz Cosmetics Asst | 3,454 | 9,865 | 6,143 | | | | 3,454 | 9,865 | 5,143 | | | |
| 255630M3 | Bratz Cosmetics | 336 | 1,005 | 442 | | | | 336 | 1,005 | 442 | | | |
| 255630T | Bratz Cosmetics Asst 12pk Target | 92,604 | 325,909 | 128,714 | 17,840 | 62,790 | 24,031 | 74,664 | 263,119 | 103,783 | | | |
| 260762S | Bratz Lookin Cosmetics 4B Lip Gloss | 323 | 927 | 530 | | | | 286 | 835 | 472 | 3 | 13 | 5 |
| 260769 | Bratz Lookin Cosmetics 4 Slicr Eye Shadow | 360 | 990 | 580 | | | | 360 | 990 | 449 | | | |
| 260769L | Bratz Slox Eye Shadow | 300 | 663 | 468 | | | | 288 | 835 | 449 | | | |
| 260769E | | 360 | 990 | 562 | | | | 360 | 990 | 562 | | | |
| 261117 | Bratz Stylin' Slippers | 60,709 | 233,408 | 240,408 | 540 | 3,060 | 2,138 | 8,701 | 48,430 | 34,458 | 27,363 | 115,455 | 108,357 |
| 261117I | Bratz Activity Slumber Party- Sizzin COD Purse | 21,881 | 74,263 | 89,056 | 541 | 3,055 | 2,202 | 4,306 | 24,335 | 17,525 | | | |
| 261119I | Bratz Activity Slumber Party Sizzin XD Rck Target | 24,498 | 171,241 | 99,707 | 13,996 | 97,846 | 56,972 | 10,500 | 73,995 | 42,335 | | | |
| 261142 | Bratz Flash N Dash Fn Chill Fashion Tote- Jade | 11,603 | 47,530 | 45,651 | | | | | 28 | | 607 | 3,921 | 2,337 |
| 261145 | BRATZ - Flash Out Fash N Rlr Skate Asst 8pk | 51,855 | 371,662 | 195,821 | 17,604 | 123,052 | 68,392 | 34,287 | 248,588 | 127,414 | 4 | 22 | 16 |
| 261145M1 | Flash N Dash Fn Out/C Fashion Tote | 45,442 | 334,892 | 170,317 | | | | 3,228 | 21,914 | 11,527 | 39,496 | 209,147 | 145,148 |
| 261339I | Flash N Dash Fn Out/C Fashion Jade | 17,508 | 107,504 | 64,163 | | | | 7,134 | 45,112 | 26,059 | 10,374 | 62,392 | 38,093 |
| 261338L | Bratz Keychain Asst/C Target | 41,938 | 103,985 | 23,227 | | | | 41,036 | 101,864 | 22,766 | 889 | 2,093 | 453 |
| NS Item | | 25,560 | 60,577 | 13,163 | | | | | | | 25,560 | 60,577 | 13,169 |
| 261338M4 | | 930 | 2,244 | 864 | | | | | | | 378 | 947 | 351 |
| 261339M4 | Bratz Keychain Asst 8 pc Target | 28,100 | 74,783 | 26,818 | | | | | 5 | | 18,792 | 50,560 | 17,459 |
| 261338N3 | Bratz Keychain Cool 8 pc Asst | 39,182 | 83,058 | 19,520 | | | | 3,603 | 7,384 | 1,243 | 35,049 | 74,596 | 18,014 |
| 261338N | Bratz Keychain Asst | 72,000 | 140,400 | 36,720 | | | | 72,000 | 140,400 | 36,720 | | | |
| 261336N1 | Bratz Keychain Asst 12 Pk (Target) | 17,544 | 41,228 | 6,992 | | | | 16,344 | 38,408 | 6,374 | 1,200 | 2,820 | 618 |
| 261338I | Bratz Keychain Asst 12 Pk | 86,820 | 218,210 | 83,466 | | | | 64,526 | 211,807 | 62,430 | | | |
| 261339V | Bratz Kychn Clip Strip (WM1227-1) | 23,328 | 55,348 | 12,014 | | | | | | | 23,304 | 55,930 | 12,002 |
| 261340 | | 403 | 796 | 222 | | | | 252 | 506 | 139 | 145 | 265 | 80 |
| 261353I | Bratz Keychain Cool/C Jade | 409 | 783 | 202 | | | | 242 | 473 | 120 | 146 | 280 | 72 |
| 261401 | Bratz Keychain Cool/C Cloe | 396 | 770 | 196 | | | | 242 | 478 | 115 | 145 | 282 | 72 |
| 261511 | Kaychain Sasha | 242 | 471 | 116 | | | | 240 | 486 | 115 | 1 | 3 | 1 |
| 261361 | Bratz Rocklin Gymnazee | 6,436 | 25,197 | 25,749 | | | | 8 | 84 | 31 | 607 | 3,921 | 2,379 |
| 261365 | Bratz Keychain Good Asst | 350 | 668 | 427 | | | | 340 | 648 | 415 | 2 | 5 | 2 |
| 254431I | Flash N Dash Fn/C Out Fashion Tote | 24,852 | 81,764 | 26,154 | | | | 24,852 | 81,764 | 28,154 | | | |
| 2657I9 | Bratz Keychain Goodz/C Target | 9,000 | 31,500 | 13,400 | | | | 9,000 | 31,500 | 13,400 | | | |
| 285219 | Bratz Keychain Fr Out Fashion Tote | 960 | 6,710 | 3,500 | | | | 990 | 6,710 | 3,500 | | | |
| 287213 | Bratz Keychain Maplecr | 7 | 20 | 4 | | | | 1 | 5 | 1 | 8 | 15 | 3 |
| 287225 | Bratz Keychain Cool Dalla | 155 | 304 | 82 | | | | 2 | 10 | 1 | 145 | 268 | 77 |
| 267603 | Bratz Movin Groovin Single Foil Pack Unto Card | 951,856 | 1,512,771 | 253,402 | | | | 767,834 | 1,309,716 | 207,212 | 163,162 | 211,546 | 40,954 |
| 267809H | Bratz Movin Groovin Single Ettee/Perker Cord | 260,090 | 262,684 | 74,274 | | | | | | | 250,090 | 282,584 | 74,274 |
| 267708 | Bratz Movin Groovin Double Foil Pack Lento Card | 246,619 | 665,871 | 122,806 | | | | 246,307 | 858,451 | 122,703 | 150 | 442 | 66 |
| 267713 | Bratz Movin Groovin Crds | 423,941 | 1,255,476 | 212,824 | | | | 258,552 | 901,403 | 181,400 | 165,389 | 354,074 | 31,423 |
| 267811 | Bratz Sun Kissed Summer Insulated Drink Holder | 1,297 | 1,368 | 1,196 | | | | | | | 1,297 | 1,368 | 1,196 |
| 278801I | Bratz Insulated Cup Holder Kootee | 15,950 | 27,330 | 13,231 | | | | | | | 15,950 | 27,930 | 13,231 |
| 287211 | Bratz Sun Kissed Summer Coaler/Back Pack | 1,417 | 6,072 | 4,690 | | | | | | | 1,407 | 5,998 | 4,657 |
| 270911 | Bratz Back BackPack/Coaler | 12,500 | 85,875 | 41,375 | | | | | | | 12,500 | 86,875 | 41,375 |

CONFIDENTIAL -- ATTORNEY'S EYES ONLY

MGA0868723

660

EXHIBIT    4
PAGE    42

# 7. Bratz Sales
## 2001 - 2006
### Profit Center 0100 Acessories by Item
Note: COS at HK Std Cost is based on the respective year's true HK Stds

| Profit Cent Item | Item Name | Total Quantity | Gross USD | HK Std Cost USD | 2002 Quantity | Gross USD | HK Std Cost USD | 2003 Quantity | Gross USD | HK Std Cost USD | 2004 Quantity | Gross USD | HK Std Cost USD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 267942 | Bratz Sun Kissed Summer Beach Umbrella | 11,720 | 88,272 | 67,328 | | | | | | | 10,648 | 85,761 | 61,432 |
| 267990 | Bratz Sun Kissed Summer Beach Tote Bag | 5,356 | 22,411 | 20,778 | | | | | | | 5,326 | 22,224 | 20,661 |
| 267980 | Bratz Beach Tote Bag | 12,240 | 73,318 | 47,491 | | | | | | | 12,240 | 73,318 | 47,491 |
| 268017 | Bratz Sun Kissed Summer Beach Mat | 4,469 | 27,342 | 12,120 | | | | | | | 3,024 | 23,629 | 8,165 |
| 268317 | Bratz Beach Mat | 7,698 | 53,630 | 18,475 | | | | | | | 7,698 | 53,630 | 18,475 |
| 268731 | Bratz Lockin' Bratz Bulb Buckle (no keychain) | 5 | 22 | 8 | | | | | | | 5 | 18 | 4 |
| 260748 | | 9 | | 7 | | | | | | | | | |
| 269768 | Bratz Lockin' Bratz Keychain Pure | 5 | 10 | 9 | | | | | | | | | |
| 269808 | Bratz Lockin' Bratz Panda Back (no keychain) | 35 | 187 | 106 | | | | | | | 8 | 60 | 28 |
| 269818 | Bratz Kalulyn Tinz Bunny Boots | 60 | 309 | 190 | | | | | | | 8 | 64 | 30 |
| 269822 | Bratz Totally Tinz Pretty Princess | 43 | 236 | 132 | | | | | | | 10 | 75 | 32 |
| 269930 | Bratz Totally Tinz Amazin Angel | 24 | 142 | 76 | | | | | | | 11 | 83 | 36 |
| 269900 | Bratz Mool Style Backpack Organizer | 1,420 | 12,782 | 5,601 | | | | | | | 1,404 | 12,622 | 6,428 |
| 269981 | Bratz Mool Style Glitzn-Bitz Style Undergrig | 3,006 | 10,484 | 4,810 | | | | | | | 3,000 | 10,470 | 4,800 |
| 270010 | Bratz Mool Style Vibro Organizer | 3,009 | 10,492 | 4,947 | | | | | | | 3,000 | 10,470 | 4,932 |
| 270300 | Bratz Sun Kissed Summer Back to the Bench Backpack | 1,688 | 23,078 | 17,058 | | | | | | | | | |
| 270300 | Bratz Back to the Bench Backpack | 5,934 | 47,472 | 26,208 | | | | | | | 2,784 | 20,870 | 12,222 |
| 270613 | Bratz Lookin' Bratz Eye Shadow Keychain | 6 | 11 | 7 | | | | | | | 5,934 | 47,472 | 26,208 |
| 276539 | Bratz Lockin Bratz Star Eye Shadow Keychain | 5 | 9 | 6 | | | | | | | 1 | 2 | 1 |
| 270540 | Bratz Lookin' Bratz Cosmetic 13 pc asst | 14,016 | 39,103 | 16,952 | | | | | | | 13,800 | 38,555 | 16,690 |
| 270549L | Lookin Bratz Cosmetics Asst 13/224 | 12,000 | 35,880 | 14,501 | | | | | | | 12,000 | 35,880 | 14,501 |
| 270548T | Lookin Bratz Cosmetics Asst 12 Pack | 14,280 | 43,401 | 19,390 | 8,988 | 26,966 | 12,982 | | | | 5,292 | 16,435 | 6,408 |
| 270683 | Bratz Feelin N Dash 3 pc Pink Purse | 2 | 7 | 7 | | | | | | | 2 | 7 | 7 |
| 270890 | Feelin' N Dash Feel Out Fashion Tote 6 pc Asst | 5,006 | 35,130 | 13,347 | | | | | | | 1,202 | 8,395 | 4,446 |
| 270042 | Bratz Moon Groovin Cosmetics Asst Pack 4 Kids | 60,480 | 0 | 135,112 | 80,480 | 0 | 135,112 | | | | | | |
| 271031 | Bratz Keychain Bratz Mirror Compact (no keychain) | 151 | 288 | 77 | | | | | | | 144 | 283 | 73 |
| 271363 | Bratz Keychain 3 pc Asst | 18 | 18 | 10 | | | | | | | 2 | 7 | 3 |
| 272070 | Bratz Keychain Bratz Collector Card Stickers | 151 | 290 | 77 | | | | | | | 145 | 286 | 74 |
| 273895 | Bratz Colorful Cards (Bulk Pack) | 76,512 | 156,850 | 26,779 | 76,512 | 156,850 | 28,779 | | | | | | |
| 272452 | Bratz Cosmetics 8 pc Asst 4/12 pk | 100,000 | 16,000 | 38,000 | 100,000 | 16,000 | 30,000 | | | | | | |
| 274377 | Bratz Keychain Groovin Display PK Col. Cards (INT'L) | 11,266 | 36,295 | 13,263 | 8,400 | 26,475 | 9,898 | | | | 2,856 | 8,820 | 3,365 |
| 275682 | Bratz Tatalty Fin-Tin 8 pc Asst | 10,440 | 472,410 | 1,984 | 10,440 | 472,410 | 1,964 | | | | | | |
| 275690 | Bratz Moovin Groovin Cards 24 Pc Display Pack | 36,297 | 211,069 | 111,250 | | | | | | | 35,498 | 207,905 | 108,804 |
| 282355 | Bratz Lookin Bratz Cosmetics Asst (INTL) | 840 | 17,618 | 160 | | | | | | | 648 | 17,496 | 123 |
| 282456 | Bratz Fashion Bag Keychain New Style | 9,036 | 21,173 | 11,033 | 96 | 96 | 18 | | | | 8,035 | 21,173 | 11,033 |
| 284449TQ | Bratz Fashion Bag Keychain New Style 1 | 3 | 7 | 3 | | | | | | | | | |
| 284993 | Bratz Fashion Bag Keychain New Style 2 | 2,020 | 4,040 | 1,941 | | | | | | | | | |
| 284949BTQ | Bratz Fashion Bag Keychain New Style 2 | 11 | 11 | 7 | | | | | | | | | |
| 284070 | Bratz Fashion Bag Keychain New Style 3 | 2,020 | 4,040 | 1,708 | | | | | | | | | |
| 284970TQ | Bratz Fashion Bag Keychain New Style 3 | 1 | 3 | 1 | | | | | | | | | |
| 284987 | Bratz Fashion Bag Keychain New Style 4 | 2,020 | 4,040 | 1,600 | | | | | | | | | |
| 284987TQ | Bratz Fashion Bag Keychain New Style 4 | 16 | 32 | 8 | | | | | | | 2 | 6 | 3 |
| 284994 | Bratz Fashion Bag Keychain New Style 5 | 2,020 | 4,040 | 1,428 | | | | | | | | | |
| 284994TQ | Bratz Fashion Bag Keychain New Style 5 | 5 | 14 | 2 | | | | | | | 3 | 12 | 4 |
| 285067 | Bratz Fashion Bag Keychain New Style 6 | 2 | 4 | 2 | | | | | | | | | |
| 285067TQ | Bratz Fashion Bag Keychain New Style 6 | 2,010 | 4,040 | 1,725 | | | | | | | 2 | 8 | 3 |
| 285331 | Bratz Beauty Buttons 18 pc Assortment | 3,996 | 6,394 | 2,158 | | | | | | | 3,996 | 6,394 | 2,158 |
| 285533 | Bratz Bucksies 18 pc Target | 71,874 | 115,094 | 38,812 | | | | | | | 71,874 | 115,094 | 38,812 |
| 286351 | Bratz Wild Finger Cuffs (18 pc Target) | 36,000 | 57,611 | 45,864 | | | | | | | 36,000 | 57,611 | 45,864 |
| 286110 | Bratz Totally Hot Watches 4 pc Asst | 99,488 | 299,077 | 139,465 | | | | | | | 84,080 | 285,746 | 123,630 |
| 206127 | Bratz Totally Hot Watch Sasha | 16 | 58 | 22 | | | | | | | | | |
| 286141 | Bratz Totally Hot Watch Yasmin | 8 | 14 | 8 | | | | | | | 7 | 20 | 10 |
| 266158 | Bratz Totally Hot Watch Jade | 10 | 32 | 11 | | | | | | | 2 | 6 | 3 |
| 286158 | Bratz Totally Hot Watch Cloe | 8 | 20 | 10 | | | | | | | 3 | 12 | 4 |
| 247013 | Watch Pendant Lotions Flower Panel-Red Moses | 165 | 30,037 | 6,726 | | | | | | | 165 | 30,037 | 6,726 |
| 267025 | Bratz Keychain 3 Single Cardholder Card-POG-Movie | 770 | 94,479 | 15,863 | | | | | | | 770 | 94,479 | 15,863 |
| 237612 | Bratz Collector Card Tin (Kohl's) | 28,128 | 126,576 | 27,031 | | | | | | | 28,128 | 126,576 | 27,031 |
| 283080 | Bratz Style N Go Wrist Purse 6 pc Asst | 46,360 | 114,987 | 53,359 | | | | | | | 16,128 | 49,565 | 16,582 |
| 253906 | Bratz Style N Go Wrist Purse-Sin Strip 16 pc Asst | 24,608 | 74,316 | 28,866 | | | | | | | 10,976 | 33,146 | 12,631 |
| 263101 | Bratz Style N Go Wrist Purse-Pink & Back & Badges | 11 | 36 | 13 | | | | | | | | | |
| 263118 | Bratz Style N Go Wrist Purse-Red Ruffles | 10 | 34 | 13 | | | | | | | | | |
| 263125 | Bratz Pump N Pretty Bath Knit 2 pc Asst | 5 | 18 | 4 | | | | | | | | | |
| 2349898SC | Bratz Bazzlin Hot Watches 8 pc Asst | 1,056 | 3,802 | 2,450 | | | | | | | | | |
| 204542 | Bratz Lookin' Good Jewelry Keeper | 40,875 | 118,362 | 69,728 | | | | | | | 5,520 | 16,505 | 8,114 |
| 255882 | Bratz Totally Hot Holiday Kids-Claire's | 1,440 | 7,207 | 3,672 | | | | | | | | | |
| 286574 | Bratz Stylin Keychain Purse 12 pc Asst | 10,608 | 26,732 | 8,964 | | | | | | | 10,608 | 26,732 | 8,964 |
| 286957 | Bratz Stylin Keychain Purse Style 1 | 192 | 231 | 164 | | | | | | | | | |
| 286558TQ | Bratz Stylin Keychain Purse Style 1 | 8,000 | 7,640 | 5,400 | | | | | | | | | |
| 286601 | Bratz Stylin Keychain Purse Style 3 | 7,000 | 6,160 | 5,600 | | | | | | | | | |
| 286810TQ | Bratz Stylin Keychain Purse Style 3 | 7,000 | 6,160 | 5,600 | | | | | | | | | |
| 286854 | Bratz Stylin Keychain Purse Style 4 | 45,576 | 140,394 | 39,651 | | | | | | | | | |
| 268861 | Bratz Fashion Your Passion Purse 12 pc Assortment | 23 | 36 | 20 | | | | | | | | | |

CONFIDENTIAL — ATTORNEY'S EYES ONLY

MGA0868724

EXHIBIT 4
PAGE 43

# 7. Bratz Sales
## 2001 - 2006
### Profit Center 0100 Accessories by Item
Note: COS at HK Std Cost is based on the respective year's true HK Stds

| Profit Ctr | Item | Item Name | Total Quantity | Gross USD | HK Std Cost USD | 2002 Quantity | Gross USD | HK Std Cost USD | 2003 Quantity | Gross USD | HK Std Cost USD | 2004 Quantity | Gross USD | HK Std Cost USD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 306878 | Bratz Fashion Your Passion Purse Yasmin/Sasha | 10 | 10 | 9 | 9 | | | | | | | | |
| | 299880 | Bratz Fashion Your Passion Purse Phoebe | 10 | 13 | 9 | 9 | | | | | | | | |
| | 301110 | Bratz Coolectibiz Trinket Box Daphne | 25 | 225 | 42 | | | | | | | | | | |
| | 301127 | Bratz Coolectibiz Trinket Box Jade | 53 | 476 | 91 | | | | | | | | | | |
| | 301114 | Bratz Coolectibiz Trinket Box Kendall | 71 | 638 | 116 | | | | | | | | | | |
| | 301141 | Bratz Coolectibiz Trinket Box Brigitta | 57 | 512 | 96 | | | | | | | | | | |
| | 301158 | Bratz Coolectibiz Figurine Cloe | 1,053 | 900 | 3,634 | | | | | | | | 19 | 171 | 30 |
| | 301165 | Bratz Coolectibiz Figurine Yasmin | 1,080 | 850 | 3,825 | | | | | | | | 34 | 306 | 54 |
| | 301172 | Bratz Coolectibiz Figurine Jade | 1,047 | 799 | 3,614 | | | | | | | | 57 | 512 | 91 |
| | 301189 | Bratz Coolectibiz Figurine Sasha | 1,016 | 272 | 3,513 | | | | | | | | 40 | 360 | 64 |
| | 302363 | Bratz Beautyourself Charm Bracelet Activity Kit | 37,887 | 245,001 | 105,313 | | | | | | | | 38 | 612 | 115 |
| | 303015 | Bratz Chillin Style It Up 8pc Stopbook | 52,159 | 459,445 | 196,049 | | | | | | | | 32 | 544 | 102 |
| | 305200 | Bratz Fashion Bag Keychain 6pc Asst | 3,072 | 7,219 | 2,864 | | | | | | | | 33 | 561 | 106 |
| | 305309 | Bratz Rock Angelz Crazy Cool Chalmail 2pc Asst | 6,480 | 6,506 | 4,594 | | | | | | | | 9 | 153 | 29 |
| | 305381 | Bratz Rock Angelz 5/Wht Keychalin Purse 12pc As | 624 | 1,037 | 499 | | | | | | | | | | |
| | 305394(119) | Bratz Rock Angelz 5/Wht Keychalin Purse 18 pc A | 3,456 | 7,130 | 2,810 | | | | | | | | | | |
| | 305415SC | Bratz Rock Angelz Sizzlin Hot Watch CnC | 1,920 | 5,923 | 3,875 | | | | | | | | | | |
| | 305422 | Bratz Rock Angelz Fasten Your Passion Purse 8 pc | 17,616 | 50,100 | 15,326 | | | | | | | | | | |
| | 305361 | Bratz Keychain Cool Asst | 4,590 | 10,781 | 2,341 | | | | | | | | | | |
| | 305392 | Bratz Rock Angelz Sizzlin Hot Watch BncB 6pc A | 33,199 | 100,419 | 58,701 | | | | | | | | | | |
| | 306444 | Bratz Keychain Cool Asst | 36,097 | 309,841 | 188,732 | | | | | | | | | | |
| | 308309 | Bratz Rock Angelz Impulse Set | 25,668 | 224,090 | 116,660 | | | | | | | | | | |
| | 309142317D | Princess Fashion Cell Phone Chrm 24 pc Asst | 7,008 | 4,517 | 3,510 | | | | | | | | | | |
| | 311636 | Pinbee Fashion Forward Set | 14,266 | 85,076 | 46,625 | | | | | | | | | | |
| | 313878K | Lookin Bratz 12 Charmlos Rock Angelz Refresh 24pcPDQ | 18,888 | 51,912 | 21,730 | | | | | | | | | | |
| | 313865 | Bratz Rock Angelz Keychain Shir Lip Gloss | 3 | 6 | 1 | | | | | | | | | | |
| | 313892 | Bratz Rock Angelz Mirror Compact | 1 | 3 | 1 | | | | | | | | | | |
| | 314922 | Bratz Genle Magic Go Betcha Yourself Activity Kit 6 pc Asst | 38,080 | 95,368 | 54,923 | | | | | | | | | | |
| | 315117WG | Bratz Genle Magic Go Betcha Yourself Activity Kit 6 pc Asst | 3,864 | 9,925 | 5,872 | | | | | | | | | | |
| | 316124 | Mini Scrapbook 6 pc Assortment | 29,316 | 152,451 | 101,140 | | | | | | | | | | |
| | 315131 | Toddly Teen 6 pc Asst | 20,136 | 159,340 | 71,605 | | | | | | | | | | |
| | 317975 | Babyz 30 Sassy Key Chains 12 pc Asst | 43,620 | 65,322 | 27,830 | | | | | | | | | | |
| | 317042TS | Bratz Babyz Keychains 4 Pop ODU (ExcluslvN) | 15,336 | 30,212 | 14,124 | | | | | | | | | | |
| | 319351 | Bratz Genle Magic Skating Card Kit | 24,912 | 102,140 | 74,864 | | | | | | | | | | |
| | 320310 | My Stylin Friends Scrapbook | 12 | 56 | 40 | | | | | | | | | | |
| | 320324 | Fabama Yummy Scrapbook Kt | 12 | 56 | 40 | | | | | | | | | | |
| | 320333 | Bratz Genie Magic Go Betcha Yourself Neckbracel Activity Kit | 39 | 95 | 61 | | | | | | | | | | |
| | 320340 | Bratz Genle Magic Go Betcha Yourself Bracelet Activity Kit | 17 | 53 | 21 | | | | | | | | | | |
| | 324102 | Lookin Bratz Coat Mick Rock Angelz 12pc PDQ Asst | 6,324 | 19,041 | 8,295 | | | | | | | | | | |
| | 330073 | Babyz So Sassy Cell Phone BncC 4 pc Asst | 5,040 | 2,266 | 1,754 | | | | | | | | | | |
| | 330073WB | Bratz Babyz Cell Phone Chrms 22 pcCBU (ExdsNvN) | 10,912 | 8,661 | 4,366 | | | | | | | | | | |
| | 325147 | Bratz Baby Cell Phone Chrms 24 pc Asst | 14,784 | 80,681 | 47,834 | | | | | | | | | | |
| | 326273 | DYO Slvin Silvin Accessories Kit | 636 | 4,232 | 1,865 | | | | | | | | | | |
| | 328200 | DYO Slvin Slvin Accessories Kit | 2,700 | 16,875 | 8,459 | | | | | | | | | | |
| | 326205C | Babyz So Silvy Pilot Case | 1,020 | 6,375 | 3,285 | | | | | | | | | | |
| | 326273 | Sweetz Yummy Fashion Zipper Pull (rubber) Stylo 1 | 16,320 | 134,472 | 78,989 | | | | | | | | | | |
| | 328414 | Sweetz Yummy Fashion Zipper Pull (rubber) Style 2 | 21 | 11 | 6 | | | | | | | | | | |
| | 328445 | Sweetz Yummy Fashion Cell Phone Chrm Stylo 1 | 39 | 11 | 7 | | | | | | | | | | |
| | 328452 | Sweetz Yummy Fashion Cell Phone Chrm Stylo 2 | 22 | 11 | 4 | | | | | | | | | | |
| | 328483 | Babyz So Funky Zipper Pull (rubber) Stylo 1 | 11 | 7 | 10 | | | | | | | | | | |
| | 328490 | Babyz So Funky Zipper Pull (rubber) Stylo 2 | 27 | 15 | 13 | | | | | | | | | | |
| | 328469 | Babyz So Cute Cell Phone Chrm Stylo 1 | 44 | 23 | 13 | | | | | | | | | | |
| | 328520 | Babyz So Cute Cell Phone Chrm Stylo 2 | 40 | 21 | 5 | | | | | | | | | | |
| | 328537 | Babyz So Cute Cell Phone Chrm Stylo 2 | 15 | 9 | 3 | | | | | | | | | | |
| | 329443 | DYO Stripes Siveders Kit | 13,926 | 74,306 | 52,935 | | | | | | | | | | |
| | 332213W | Zipper Pull 24 pc Asst | 72,792 | 34,940 | 23,657 | | | | | | | | | | |
| | 332312W | Zipper Pull 24 pc Asst | 95,568 | 45,873 | 25,179 | | | | | | | | | | |
| | 332320V | Cell Phone Chrm 24 pc Asst | 67,308 | 32,327 | 25,050 | | | | | | | | | | |
| | 332520V | Cell Phone Chrm 24 pc Asst | 115,104 | 55,260 | 35,720 | | | | | | | | | | |
| | 326853 | DYO Sewing Machine | 68,502 | 1,426,171 | 1,271,748 | | | | | | | | | | |
| | 326853A | DYO Sewing Machine | 874 | 20,102 | 19,412 | | | | | | | | | | |
| | 326853C | DYO Sewing Machine | 15,240 | 351,410 | 219,456 | | | | | | | | | | |
| | 332635C | DYO Sewing Machine | 48,422 | 1,222,468 | 697,277 | | | | | | | | | | |
| | 332583SC | DYO Sewing Machine | 1,736 | 34,266 | 40,864 | | | | | | | | | | |
| | 333159B | Designer Pilot Case | 5,001 | 43,759 | 24,205 | | | | | | | | | | |
| | 333159EU | Designer Pilot Case | 10,836 | 98,969 | 55,165 | | | | | | | | | | |
| | 333160 | Designer Duffle Bag | 7,260 | 28,781 | 14,520 | | | | | | | | | | |
| | 333166A | Designer Duffle Bag | 7,146 | 41,018 | 14,292 | | | | | | | | | | |
| | 333523 | DYO Bety Stylin Handbag Kit | 2,100 | 11,996 | 6,535 | | | | | | | | | | |
| | 334156 | Bratz FMF 5pc Stationary Set | 5,502 | 21,733 | 21,815 | | | | | | | | | | |
| | 334158SC | Bratz FMF 5pc Stationary Set | 4,500 | 27,675 | 17,843 | | | | | | | | | | |
| | 336130 | DYO Sew Stylin Hat Kit | 746 | 4,956 | 2,469 | | | | | | | | | | |

CONFIDENTIAL -- ATTORNEY'S EYES ONLY

MGA0868725

EXHIBIT 4
PAGE 44

## 7. Bratz Sales
### 2001 - 2006
### Profit Center 0100 Acessories by Item

Note: COS at HK Std Cost is based on the respective year's true HK Stds

| Prof. Cent/Item | Item Name | Total Quantity | Gross USD | HK Std Cost USD | 2002 Quantity | Gross USD | HK Std Cost USD | 2003 Quantity | Gross USD | HK Std Cost USD | 2004 Quantity | Gross USD | HK Std Cost USD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 338633 | Rainy Day Kit | 114 | 465 | 398 | | | | | | | | | |
| 338840 | Rainy Day Kit | 114 | 465 | 449 | | | | | | | | | |
| 338857 | Hush Hush | 10,998 | 86,664 | 47,851 | | | | | | | | | |
| 338864 | Rock Collection | 72,609 | 785,438 | 449,545 | | | | | | | | | |
| 338871 | Bohemia Party Fashion Show | 65,394 | 409,416 | 205,039 | | | | | | | | | |
| 339520 | DYO Sew By'in 6 pc Asst | 117,906 | 769,913 | 438,021 | | | | | | | | | |
| 339857 | Bratz Kidz Club 6 pc Asst | 18,490 | 197,627 | 123,956 | | | | | | | | | |
| 339957 BC | Bratz P/DYO Duffle Bag Combo Set | 2,164 | 22,269 | 15,473 | | | | | | | | | |
| 345598 | Bratz P/DYO Duffle Bag Combo Set | 25,992 | 558,828 | 282,429 | | | | | | | | | |
| 345619 | Sleepin Bag Luggage 2 pc Asst | 1 | 22 | 12 | | | | | | | | | |
| 345628 | Photo Fun Kit 4 pc Asst | 35,560 | 382,270 | 201,234 | | | | | | | | | |
| 352020 | DYO Fashion Designer | 31,410 | 251,835 | 153,909 | | | | | | | | | |
| 352106 | DYO Scrapbook Kit | 12,000 | 60,000 | 37,356 | | | | | | | | | |
| 352108 | DYO Scrapbook Kit | 9,276 | 61,018 | 28,663 | | | | | | | | | |
| 352901 | Fashion Party Fashion Show | 17,724 | 195,745 | 109,339 | | | | | | | | | |
| 352953 | Bratz Hair Salon (Wdg) Pants Color) 8 pc Asst | 11,628 | 107,616 | 61,628 | | | | | | | | | |
| 400008 | Bratz Bazin Beauty Box | 7,382 | 55,905 | 41,330 | | | | | | | | | |
| 400677 | Bratz Primp'n Pretty Butik Kite 6 pcs Asst | 4,110 | 17,468 | 8,845 | | | | | | | | | 4,110 | 17,468 | 8,845 |
| 402123 | Bratz Bead Yourself Charm Activity Kit | 128,017 | 364,247 | 197,914 | | | | | | | | | |
| 402312 WG | Bratz Bead Yourself Charm Activity Kit | 8,400 | 22,252 | 12,996 | | | | | | | | | |
| 406424 | Bratz Customize your Picture Frame Kit | 18,249 | 61,675 | 67,704 | | | | | | | | | |
| 406674 | Bratz Bday B'thy Bag Promotional Item | 30,006 | 63,913 | 45,609 | | | | | | | | | |
| 406749 | Bratz Sleepover Hair Fab Kit | 16,696 | 175,732 | 88,155 | | | | | | | | | |
| 406723 | Bratz Sleepover Activity Pack 4/2 pc Bundle PDQ Tray | 1,514 | 193,871 | 60,437 | | | | | | | | | |
| 408978 | Bratz Sleepin Bag Travel Kit 4 pc Bundle PDQ Tray | 1,494 | 128,484 | 19,711 | | | | | | | | | |
| 407700 | Bratz F/F Pilot Pack | 6,670 | 97,380 | 38,266 | | | | | | | | | |

%LACL2FP1lusera2LP J09631\MOMSIWP\client stuff\MGA\Depositions\30(b)(6)\Mattel 30(b)(6)\Mattel 30(b)(6)\Mattel Tommu prep\Bratz data to produce.xls|1800

CONFIDENTIAL -- ATTORNEY'S EYES ONLY

MGA0868726

EXHIBIT 4
PAGE 45

## 7. Bratz Sales
### 2001 - 2006
### Profit Center 0100 Acessories by Item

Note: COS at HK Std Cost is based on the respective year's true HK Stds

| ProfitCen Item | Item Name | 2005 Quantity | 2005 Gross USD | 2005 HK Std Cost USD | 2006 Quantity | 2006 Gross USD | 2006 HK Std Cost USD |
|---|---|---|---|---|---|---|---|
| Total Total | | 692,347 | 2,503,178 | 1,281,650 | 1,321,067 | 9,699,851 | 5,984,892 |
| 0100 ACC Total | | 692,347 | 2,503,178 | 1,281,650 | 1,321,067 | 9,699,851 | 5,984,892 |
| 100340 | Bratz Diamondz Carrying Case | | | | 25,360 | 322,356 | 147,020 |
| 100385 | Bratz Diamondz Duffle Bag | | | | 23,958 | 76,158 | 47,916 |
| 100385C | Bratz Diamondz Duffle Bag | | | | 4,002 | 11,808 | 8,004 |
| 254164 | Bratz Tattoo 2 Pk Asst | | | | 24 | 25 | 17 |
| 254164B | Bratz Tattoo Asst Bulk Pack | | | | | | |
| 254164K | Bratz Tattoo Asst in PDQ | | | | | | |
| 254164L | Bratz Tattoo Asst at Shelf | | | | | | |
| 254164T | Bratz Tattoos 2 Asst - Target | | | | | | |
| 254164W | Bratz Tattoos Type Asst - Walmart | | | | | | |
| 254164WP | Bratz Tattoos WM Kidpick | | | | | | |
| 255178 | Bratz Funky Fashion Rhinestone Shirt Watch and Glow | 1 | 4 | 2 | 5 | 45 | 12 |
| 255182 | Bratz Rhinestone Strap Watch & Glow Ring (1200n) | | | | | | |
| 255183 | Bratz Tattoos Chix | | | | 21 | 22 | 15 |
| 255390 | Bratz Tattoos Yasmin | | | | 53 | 56 | 37 |
| 255512 | Bratz Tattoos Jade | | | | 13 | 14 | 9 |
| 255535 | Bratz Funky Fashion Denim Watch and Ring | | | | 3 | 3 | 2 |
| 255567 | Bratz Denim Watch | | | | 1 | 3 | 2 |
| 255572 | Bratz Denim Watch & Ring | | | | | | |
| 255574 | Bratz Funky Fashion Watch and Ring 6 pc Asst | | | | 192 | 519 | 441 |
| 255574J | Bratz Watch & Ring Asst Target | | | | 24 | 65 | 55 |
| 255551 | Bratz Lookin Cosmetics Lip Gloss | | | | 24 | 54 | 36 |
| 255548 | Bratz Lookin Cosmetics Nail Polish | | | | 92 | 151 | 100 |
| 255612 | Bratz Lookin Cosmetics Eye Shadow | | | | 8 | 19 | 13 |
| 255630 | Bratz Cosmetics Asst | | | | | | |
| 255630G | Bratz Cosmetics Asst - Orig Int | | | | | | |
| 255630K | Bratz Cosmetics Asst - K Mart | | | | | | |
| 255630M3 | Bratz Cosmetics Asst | | | | | | |
| 255630M3T | Bratz Cosmetics Asst - Target | | | | | | |
| 255630M3J | Bratz Cosmetics Asst 12 pc Target | | | | 32 | 79 | 52 |
| 255630M3T | Bratz Lookin Cosmetics 12 Pk 6 Lip Gloss | | | | 12 | 28 | 19 |
| 260762 | Bratz Lip Gloss | | | | | | |
| 260769 | Bratz Shelf Eye Shadow | | | | | | |
| 261007 | Bratz Stylin' Slippery | 24,000 | 66,000 | 95,040 | 105 | 624 | 416 |
| 261017 | Bratz Activity Slumber Party - Sizzlin CD Case | 17,028 | 46,827 | 69,304 | 6 | 37 | 24 |
| 261311 | Bratz Flashin N Dashin Fun Out Fashion Tote Jade | 1 | 5 | 4 | | | |
| 261143 | BRATZ Fash Out Fashion Tote 4pk | | | | 10,092 | 43,576 | 43,306 |
| 261140M3 | Flashin N Dashin Fun Out Fashion Tote | 6 | 21 | 23 | 3,750 | 14,810 | 14,219 |
| 261149 | Flashin N Dashin Fun Out Fashion Tote | | | | | | |
| 261334J | Bratz Keychain Asst Clip Slide | 12 | 28 | 6 | | | |
| 2613 | N/(formerly Keychain Asst) | | | | | | |
| 261339M4 | Bratz Keychain Asst 12 pc Target | 552 | 1,287 | 513 | 8 | 5 | 3 |
| 261339N4 | Bratz Keychain Asst 6pc Asst | 10,308 | 24,224 | 9,360 | | | |
| 261339N4T | Bratz Keychain Asst (2 Pk) (Target) | 504 | 1,071 | 259 | | | |
| 261337 | Bratz Keychain Asst 2 Pk | | | | | | |
| 261339V | Bratz Keychain Clip Strip (VAN) 12x24 | 2,292 | 6,303 | 1,047 | 24 | 19 | 12 |
| 261340 | Bratz Keychain Cool 4x Jake | | | | 6 | 5 | 3 |
| 261353 | Bratz Keychain Cool Kate | 1 | 5 | 0 | 20 | 15 | 10 |
| 261360 | Bratz Keychain Cool Cloe | | | | 9 | 7 | 4 |
| 261177 | Keychain Sasha | | | | 1 | 0 | 0 |
| 261531 | Bratz Flashn N Dashin Sasha Denim Purse | | | | 5,820 | 21,192 | 23,336 |
| 269443 | Bratz Looker Compact | | | | 8 | 15 | 10 |
| 255719 | Bratz Cosmetics Compact | | | | | | |
| 255440 | Bratz Cosmetics | | | | | | |
| 267218 | Flashin N Dashin Fun Out Fashion Tote | | | | | | |
| 267225 | Bratz Keychain Cool Il Dana | | | | 8 | 6 | 4 |
| 267690 | Bratz Movin Groovin Single Fall Pack Lenticular | 20,736 | 11,328 | 5,205 | 124 | 162 | 31 |
| 267690H | Bratz Movin Groovin Single Fall Pack Backer Gold | | | | | | |
| 267706 | Bratz Movin Groovin Double Fall Pack Candy Cards | 6 | 26 | 3 | 76 | 51 | 34 |
| 267713 | Bratz Movin Groovin Golds | 1 | 1 | 0 | 2 | 1 | 0 |
| 267611 | Bratz Sun Kissed Summer Inflated Drink Holder | | | | | | |
| 270511 | Bratz Inflated Cup Holders (Koozie) | 10 | 74 | 33 | | | |
| 270511H | Bratz Beach Back Pack/Cooler | | | | | | |

MGA0868727

CONFIDENTIAL -- ATTORNEY'S EYES ONLY

EXHIBIT 4
PAGE 46

## 7. Bratz Sales
### 2001 - 2006
### Profit Center 0100 Acessories by Item

Note: COS at HK Std Cost is based on the respective year's true HK Stds

| Profit Ctr Item# | Item Name | 2005 Quantity | 2005 Gross USD | 2005 HK Std Cost USD | 2006 Quantity | 2006 Gross USD | 2006 HK Std Cost USD |
|---|---|---|---|---|---|---|---|
| 247542 | Bratz Sun-Kissed Summer Beach Umbrella | 16 | 152 | 88 | 1,056 | 2,359 | 5,308 |
| 247545 | Bratz Sun-Kissed Summer Beach Tote Bag | 20 | 128 | 78 | 10 | 58 | 39 |
| 247569 | Bratz Bodacious Bag | | | | | | |
| 268017 | Bratz Sun-Kissed Summer Beach Mat | 25 | 166 | 68 | 1,440 | 3,326 | 3,889 |
| 269017 | Bratz Boach Mat | | | | | | |
| 269731 | Bratz Lookin' Bratz Belt Buckle (no Keychain) | 3 | 5 | 3 | 2 | 3 | 2 |
| 269748 | Bratz Lookin' Bratz Keychain 1 Pc | 3 | 4 | 2 | 2 | 2 | 2 |
| 269755 | Bratz Lookin' Bratz Powder Box (no Keychain) | 3 | 5 | 5 | 2 | 5 | 3 |
| 269800 | Bratz Totally Hair Jutz (Cool Kids) | 2 | 11 | 6 | 24 | 108 | 72 |
| 269818 | Bratz Totally Hair Tiny Bunny Boa | 3 | 19 | 9 | 46 | 227 | 151 |
| 269909 | Bratz Totally Hair Pre-tty Brooches | 5 | 34 | 15 | 28 | 127 | 85 |
| 269922 | Bratz Totally Hair 1 & 2 Ponytail | 1 | 4 | 3 | 12 | 56 | 37 |
| 269930 | Bratz Motor Styles Backseat Organizer | 2 | 40 | 10 | 12 | 120 | 55 |
| 269991 | Bratz Motor Styles Stash in Style Litter Bag | | | | 6 | 14 | 10 |
| 270010 | Bratz Back to Beach Backpack | | | | 8 | 22 | 15 |
| 270018 | Bratz Sun-Kissed Summer Beach to the Beach Backpack | | | | 1,104 | 2,208 | 4,847 |
| 270313 | Bratz Lookin Bratz Eye Shadow Keychain | 3 | 5 | 4 | 2 | 4 | 2 |
| 270519 | Bratz Lookin Bratz Nail Care Keychain | 3 | 5 | 4 | 1 | 2 | 1 |
| 270516 | Bratz Lookin Bratz Compact 13pc Asst | 216 | 548 | 262 | | | |
| 270540 | Lookin Bratz Compact Asst 12 Pack | | | | | | |
| 270813 | Bratz Beauty N Dreamz 50s Pink Purse | 3,600 | 25,695 | 8,424 | 204 | 1,040 | 477 |
| 270890 | Glam N Cuddle X-Out Fashion Dls 4 pc Asst | | | | 7 | 5 | 4 |
| 270542 | Bratz Movin Groovin Lenticular Card Pack (Kmart) | | | | 3 | 6 | 4 |
| 270898 | Bratz Keychain Clock Purse | 3 | 5 | 4 | 6 | 5 | 3 |
| 271031 | Bratz Lookin Bratz Alt Por Compact (no Keychain) | | | | | | |
| 271383 | Bratz Keychain Cool Neons | | | | | | |
| 272676 | Bratz Mylar N Cookin Collectors Card Side Kick | | | | | | |
| 271565 | Bratz Cosmetics 9 Pc Asst 6/12 Pk | | | | | | |
| 274412 | Bratz Movin N Groovin Display Pk Cont Card (KNTL) | 792 | 3,957 | 2,427 | 6 | 28 | 18 |
| 275592 | Bratz Movin N Groovin Card 24 Pc Display Pack | | | | 86 | 26 | 18 |
| 282553 | Lookin Bratz Cosmetics Asst (KNTL) | | | | | | |
| 284950 | Bratz Fashion Belt Keychain New Style 1 | 3 | 7 | 3 | | | |
| 284956TQ | Bratz Fashion Bag Keychain New Style 2 | | | | 2,020 | 4,040 | 1,941 |
| 284963 | Bratz Fashion Belt Keychain New Style 2 | 1 | 3 | 1 | 6 | 9 | 6 |
| 284963TQ | Bratz Fashion Bag Keychain New Style 2 | | | | 2,020 | 4,040 | 1,705 |
| 284970 | Bratz Fashion Belt Keychain New Style 3 | 1 | 3 | 1 | | | |
| 284970TQ | Bratz Fashion Bag Keychain New Style 3 | | | | 2,020 | 4,040 | 1,600 |
| 284987 | Bratz Fashion Belt Keychain New Style 4 | 2 | 4 | 2 | | | |
| 284994 | Bratz Fashion Belt Keychain New Style 5 | 1 | 3 | 1 | 4 | 11 | 4 |
| 285001 | Bratz Fashion Belt Keychain New Style 6 | | | | | | |
| 285001TQ | Bratz Fashion Bag Keychain New Style 3 | | | | 2,020 | 4,040 | 1,725 |
| 285518 | Bratz Building 101 pc Playset | | | | | | |
| 286035 | Bratz Watch Pack/Cr Tattoo Power Ranger Fred Mayer | | | | | | |
| 286068 | Bratz What Fingers Culture 6pc Asst | 10,176 | 30,606 | 14,124 | 1,232 | 2,725 | 1,710 |
| 286110 | Bratz Totally Hot Watcher X pc Asst | 6 | 24 | 8 | 3 | 6 | 4 |
| 286122 | Bratz Style N Go Wrist Purse-4p Strip 10 pc Asst | | | | 4 | 8 | 6 |
| 286141 | Bratz Totally Hot Watch Basin | | | | 4 | 8 | 6 |
| 286148 | Bratz Totally Hot Watch Kids | 3 | 12 | 4 | 6 | 12 | 6 |
| 286159 | Bratz Totally Hot Watch Vaca | | | | | | |
| 287016 | Bratz Totally Hot Watch Veto | | | | | | |
| 287025 | Watch Pack/Cr Tattoo Power Ranger Fred Mayer | | | | | | |
| 287612 | Bratz Collector Card Tin (Kohl's) | | | | | | |
| 293058 | Bratz Style N Go Wrist Purse 8 pc Asst | 30,232 | 65,422 | 34,797 | | | |
| 293068 | Bratz Totally Hot Watcher X pc Asst | 13,632 | 41,169 | 16,236 | | | |
| 293065 | Bratz Style N Go Wrist Purse-dp Strip 10 pc Asst | 7 | 23 | 6 | 4 | 13 | 5 |
| 293101 | Bratz Style N Go Wrist Purse Pink & Black Stripes | 10 | 34 | 13 | | | |
| 293118 | Bratz Style N Go Wrist Purse Red Ruffles | 10 | 34 | 12 | | | |
| 293123 | Bratz Style N Go Wrist Purse Green Stripes & purple | 2 | 4 | 2 | | | |
| 294598SQ | Bratz Style N Go Wrist Purse 12 pc Asst | 1,056 | 3,802 | 2,450 | 3 | 14 | 3 |
| 294542 | Bratz Bizzin Hot Watches 8 pc Asst | 32,256 | 94,348 | 47,416 | 2,899 | 7,510 | 4,197 |
| 295603 | Bratz Lookin Good Jewelry Keeper | 1,440 | 7,207 | 3,672 | | | |
| 290744 | Bratz Totally Hot Holiday Kits - Clarice | | | | | | |
| 296571 | Bratz Stylin Keychain Purse Style 1 | | | | 182 | 231 | 154 |
| 296565TQ | Bratz Stylin Keychain Purse Style 2 | | | | 8,000 | 7,040 | 6,400 |
| 296581TQ | Bratz Stylin Keychain Purse Style 3 | | | | 7,000 | 6,160 | 5,600 |
| 296601TQ | Bratz Stylin Keychain Purse Style 4 | | | | 7,000 | 6,160 | 5,600 |
| 298541 | Bratz Factory Your Passion Purse Asstortment | | | | | | |
| 298661 | Bratz Factory Your Passion Purse Clips | 45,576 | 140,394 | 39,051 | 23 | 30 | 20 |

MGA0868728

CONFIDENTIAL -- ATTORNEY'S EYES ONLY

EXHIBIT 4
PAGE 47

## 7. Bratz Sales
2001 - 2006
Profit Center 0100 Accessories by Item
Note: COS at HK Std Cost is based on the respective year's true HK Stds

| ProfitCtr/Item | Item Name | 2005 Quantity | 2005 Gross USD | 2005 HK Std Cost USD | 2006 Quantity | 2006 Gross USD | 2006 HK Std Cost USD |
|---|---|---|---|---|---|---|---|
| 298808 | Bratz Fashion Your Passion Purse Yasmin/Sasha | 6 | 54 | 11 | | | |
| 301107 | Bratz Coolectibilz Trinket Box Chloe | 19 | 171 | 38 | | | |
| 301118 | Bratz Coolectibilz Trinket Box Jade | 14 | 126 | 27 | | | |
| 301134 | Bratz Coolectibilz Trinket Box Kumi | 17 | 153 | 32 | | | |
| 301156 | Bratz Coolectibilz Trinket Box Sasha | 17 | 209 | 59 | 1,000 | 0 | 3,460 |
| 301165 | Bratz Coolectibilz Figurine Chloe | 18 | 306 | 62 | 1,000 | 0 | 3,490 |
| 301172 | Bratz Coolectibilz Figurine Yasmin | 14 | 238 | 48 | 1,000 | 0 | 3,460 |
| 301180 | Bratz Coolectibilz Figurine Jade | 7 | 119 | 24 | 1,000 | 0 | 3,460 |
| 301189 | Bratz Coolectibilz Figurine Sasha | 25,315 | 195,387 | 70,477 | 12,572 | 49,614 | 34,036 |
| 302468 | Bratz Bead Yourself Charm Bracelet/Activity Kit | 36,406 | 307,000 | 137,251 | 15,753 | 82,446 | 58,709 |
| 305019 | Bratz Stylin' Style It Up! Scrapbook | 3,072 | 7,219 | 2,854 | | | |
| 305200 | Bratz Fashion Bag Keychain 4 pc Asst | 6,480 | 6,505 | 4,594 | | | |
| 305301 | Bratz Rock Angelz Crazy Good Charms 12 pc Asst | 524 | 1,037 | 499 | | | |
| 305309 | Bratz Rock Angelz Stylin' Keychain Purse 10 pc Asst | 3,458 | 7,130 | 2,810 | | | |
| 305415G | Bratz Rock Angelz Blizz Hat Hot Watch Chloe | 31,800 | 96,920 | 56,286 | 1,398 | 3,499 | 2,415 |
| 305422 | Bratz Rock Angelz Fashion Your Passion Purse 8 pc | 1,920 | 5,923 | 3,675 | | | |
| 305435 | Bratz Keychain Cool Asst | 17,816 | 50,100 | 15,326 | | | |
| 305513 | Bratz Fashion Funnel Impulse Set 1 | 4,590 | 10,781 | 2,341 | | | |
| 305469 | Bratz Rock Angelz Impulse Set 1 | 23,040 | 214,307 | 106,422 | 2,628 | 10,493 | 12,139 |
| 314935 | Bratz Fashion Studio Cell Phone Charm 24 pc Asst | 31,105 | 288,030 | 143,874 | 4,992 | 21,811 | 23,058 |
| 314978K | Lookin' Bratz Glamour Rock Angelz Refresh 24p DDG | 4,872 | 28,065 | 18,872 | 7,008 | 6,517 | 3,518 |
| 314985 | Bratz Rock Angelz Keychain Standup Style | 18,864 | 51,876 | 21,712 | 9,396 | 60,013 | 32,153 |
| 315079 | Bratz Rock Angelz Belt Buckle | 1 | 3 | 1 | 24 | 36 | 26 |
| 315088 | Bratz Rock Angelz Mirror Compact | 1 | 3 | 1 | 2 | 4 | 2 |
| 315123 | Bratz Gentle Magic Bead Yourself Activity Kit 4 pc Asst | 2 | 6 | 3 | 1 | 2 | 1 |
| 315117 | Bratz Gentle Magic Bead Yourself Activity Kit 6 pc Asst | 5,634 | 15,741 | 8,124 | 32,454 | 79,817 | 46,799 |
| 315117WC | Bratz Gentle Magic Bead Yourself Activity Kit 8 pc Asst | 3,360 | 8,685 | 4,845 | 504 | 1,260 | 727 |
| 316124 | Mini Scrapbook 6 pc Asst | 5,676 | 32,149 | 19,562 | 23,640 | 120,303 | 81,558 |
| 316131 | Foil Art 6 pc Asst | 5,568 | 47,038 | 19,855 | 14,568 | 111,301 | 51,949 |
| 317975 | Bratz 3pc Sassy Key Chains 12 pc Asst | | | | 43,620 | 65,322 | 27,830 |
| 317962TB | Bratz Gentle Magic Greeting Cards Kit (Frog & GDL) (Exclusive) | | | | 15,336 | 30,212 | 14,124 |
| 318951 | Bratz Gentle Magic Greeting Cards Kit | 5,004 | 23,037 | 15,062 | 19,908 | 79,102 | 59,802 |
| 320319 | MyStylin' Friends Scrapbook Kit | | | | 12 | 56 | 40 |
| 320336 | Bratz Gentle Magic Bead Yourself Necklace Activity Kit | | | | 12 | 56 | 40 |
| 320340 | Bratz Gentle Magic Bead Yourself Bracelet Activity Kit | | | | 39 | 85 | 61 |
| 324107Q | Lookin' Bratz Glamour Rock Angelz 12 pc PDQ Asst | 6,924 | 19,041 | 8,285 | 17 | 53 | 21 |
| 326079 | Baby's So Sassy Cell Phone Charm Pull 48 pc Asst | | | | 5,040 | 2,286 | 1,754 |
| 326091S | Bratz Berry Cell Phone Charm 12 pc DDG (Exclusive) | | | | 10,812 | 8,661 | 4,366 |
| 326147 | Baby So Cute Cell Phone Charm | 4,392 | 23,497 | 14,151 | 10,392 | 57,164 | 33,463 |
| 326250 | DYO Sew Stylin' Accessories Kit | | | | 636 | 4,232 | 1,865 |
| 326209N | DYO Sew Stylin' Accessories Kit | | | | 2,700 | 16,875 | 8,459 |
| 326289C | DYO Sew Stylin' Accessories Kit | | | | 1,020 | 6,375 | 3,265 |
| 328078 | Baby So Silly Pilot Case | | | | 16,320 | 134,472 | 78,989 |
| 328441 | Swertz Yummy Fashion Zipper Pull (Cherry) Style 1 | | | | 21 | 11 | 6 |
| 328445 | Swertz Yummy Fashion Zipper Pull (Rubber) Style 4 | | | | 22 | 11 | 7 |
| 328446 | Swertz Yummy Fashion Zipper Pull (Rubber) Style 4 | | | | 11 | 7 | 4 |
| 328463 | Swertz Yummy Fashion Zipper Pull (Rubber) Style 2 | | | | 27 | 15 | 10 |
| 328450 | Baby So Funky Zipper Pull (rubber) Style 4 | | | | 44 | 23 | 15 |
| 328520 | Baby So Cute Cell Phone Charm Style 11 | | | | 40 | 21 | 13 |
| 328536 | Baby So Cute Cell Phone Charm Style 12 | | | | 15 | 9 | 5 |
| 328537 | Baby So Cute Cell Phone Charm Style 12 | | | | 8 | 5 | 3 |
| 328642 | DYO Super Studio Kit | 60,264 | 28,927 | 19,586 | 13,828 | 74,308 | 52,935 |
| 332312 | Zipper Pull 24 pc Asst | | | | 12,528 | 6,013 | 4,072 |
| 332312W | Zipper Pull 24 pc Asst | | | | 95,568 | 45,873 | 25,179 |
| 332326 | Cell Phone Charms 24 pc Asst | 49,872 | 23,939 | 17,804 | 17,496 | 8,398 | 6,246 |
| 332329D | Cell Phone Charms 24 pc Asst | | | | 115,104 | 55,250 | 35,720 |
| 332683 | DYO Sewing Machine | | | | 58,602 | 1,426,171 | 1,271,749 |
| 332683H | DYO Sewing Machine | | | | 874 | 20,102 | 19,412 |
| 332693S | DYO Sewing Machine | | | | 15,240 | 351,410 | 219,456 |
| 332693L | DYO Sewing Machine | | | | 48,422 | 1,222,468 | 687,277 |
| 332693C | DYO Sewing Machine | | | | 1,736 | 34,266 | 40,864 |
| 333159EU | Designer Pilot Case | | | | 5,001 | 43,759 | 24,205 |
| 333168 | Designer Duffle Bag | | | | 10,836 | 86,669 | 55,155 |
| 333186A | Designer Duffle Bag | | | | 7,260 | 28,783 | 14,520 |
| 335931 | DYO Sew Stylin' Handbag Kit | | | | 41,016 | 41,016 | 14,292 |
| 334150 | Bratz PAF-5pc Stationery Set | | | | 2,100 | 11,986 | 6,535 |
| 336180G | DYO Sew Stylin' Hat Kit | | | | 5,502 | 21,733 | 21,815 |
| 336180 | DYO Sew Stylin' Hat Kit | | | | 4,500 | 22,675 | 17,843 |
| | | | | | 740 | 4,988 | 2,486 |

CONFIDENTIAL -- ATTORNEY'S EYES ONLY

MGA0868729

EXHIBIT 4
PAGE 48

**7. Bratz Sales**
2001 - 2006
Profit Center 0100 Acessories by Item
Note: COS at HK Std Cost is based on the respective year's true HK Stds

| Profit Cntr | Item | Item Name | 2005 Quantity | 2005 Gross USD | 2005 HK Std Cost USD | 2006 Quantity | 2006 Gross USD | 2006 HK Std Cost USD |
|---|---|---|---|---|---|---|---|---|
| | 338633 | Rainy Day Kit | | | | 114 | 485 | 398 |
| | 338640 | Hush Hush | | | | 114 | 485 | 449 |
| | 338657 | Rock Collection | | | | 10,998 | 88,664 | 47,951 |
| | 338664 | Pajama Party Fashion Show | | | | 72,609 | 785,438 | 449,545 |
| | 338671 | DYO Sew Stylin' 9 pc Asst | | | | 65,394 | 400,416 | 205,039 |
| | 338926 | Bratz Kidz Club 6pc/Asst | | | | 117,906 | 769,913 | 438,021 |
| | 339576c | Bratz Flirty Outfit Bg/Combo Set | | | | 18,490 | 197,627 | 123,858 |
| | 339578 | Bratz Flirty Outfit Bg/Combo Set | | | | 2,164 | 22,289 | 15,473 |
| | 345580 | Sleepover Bag Luggage 2pc/Asst | | | | 25,992 | 558,828 | 282,429 |
| | 345610 | Sleepin Bag Luggage 2 Pk | | | 1 | 22 | 12 |
| | 345628 | Hotel Pink Kit 4pc/Asst | | | | 35,560 | 362,270 | 201,234 |
| | 352020 | DYO Fashion Designer | | | | 31,410 | 251,835 | 153,909 |
| | 352188 | DYO Scrapbook Kit | | | | 12,000 | 60,000 | 37,356 |
| | 352180 | DYO Storybook Kit | | | | 9,276 | 51,019 | 28,883 |
| | 352501 | Pajama Party Fashion Show | | | | 17,724 | 195,745 | 109,339 |
| | 352693 | Bratz Fair Flair (Wrap and Color) 8pc/Asst | | | | 11,628 | 107,616 | 61,628 |
| | 400009 | Bratz Bazzin Beauty Box | 7,382 | 55,805 | 41,930 | | | |
| | 400477 | Bratz Bitmap Party Both Kits 6 pc/Asst | | | | | | |
| | 402312 | Bratz Beats Yourself Charm Acti Kit/Kit | 106,020 | 302,328 | 163,907 | 21,997 | 61,919 | 34,007 |
| | 402312WG | Bratz Jadez Yourself Charm Acti Kit/Kit | 8,400 | 22,252 | 12,966 | | | |
| | 404224 | Bratz Customize your Picture Frame Kit | | | | 19,249 | 61,675 | 37,704 |
| | 406624 | Bratz Babyz Big Promotional Item | | | | 30,006 | 63,913 | 45,609 |
| | 406710 | Bratz Sleepover Hair Flair Kit | | | | 16,696 | 175,732 | 88,155 |
| | 406928 | Bratz Sleepover Activity Pack 12pc Bundle PDQ Tray | | | | 1,514 | 193,871 | 56,437 |
| | 406970 | Bratz Sleepin Bag Travel Kit 4pc Bundle PDQ Tray | | | | 1,494 | 128,464 | 18,711 |
| | 407710 | Bratz RAE Pink Case | | | | 8,670 | 97,380 | 38,266 |

WLACL2FPT\users\2UPJ09631\MOM\SWP\client stuff\MGA\Depositions\30(b)(6)\Mattel 3f

CONFIDENTIAL -- ATTORNEY'S EYES ONLY

MGA0868730

EXHIBIT 4
PAGE 49