# 7. Bratz Sales
## 2001 - 2006
### Profit Center 0600 SMALL/MINI DOLLS by Item
Note: COS at HK Std Cost is based on the respective year's true HK Stds

| | | Total | 2001 | 2002 | 2003 | 2004 |
|---|---|---|---|---|---|---|
| 405634 | Bratz Babyz Costume Party 8 pc Asst | 40,002 | 301,829 | 107,926 | | |
| 406672 | Bratz Genie Magic Micro Bratz 8pc Asst | 70,008 | 157,518 | 108,362 | | |
| 406204 | Bratz Itsy Bitsy Holiday Doll 12 pc Asst | 100,008 | 175,014 | 86,287 | | |
| 406408 | Bratz Babyz Bride & Groom with Diamon | 250,002 | 5,497,924 | 2,145,517 | | |
| 407317 | Lil Bratz 48 pc Asst | 60,000 | 81,000 | 50,976 | | |
| 407000 | Bratz Babyz Hair Magic Glice | 23,934 | 195,319 | 74,814 | | |
| 407870 | Bratz Babyz Adventure Glitz Fianna | 25,002 | 206,267 | 76,644 | | |

\\LACL2FP1\usrs2\PJ06931\MOMS\WP\client stuff\MGA\Depositions\30(b)(6)\Mattel 30(b)(6) to MGA\Tonnu prep\[Bratz data to produce.xls]1800

MGA0868821

CONFIDENTIAL -- ATTORNEY'S EYES ONLY

EXHIBIT 4
PAGE 140

## 7. Bratz Sales
### 2001 - 2006
### Profit Center 0600 SMALL/MINI DOLLS by Item
Note: COS at HK Std Cost is based on the respective year's true HK Stds

| Item | Item Name | 2005 HK Std Cost US | 2005 Quantity | 2005 Gross USD | 2006 HK Std Cost US | 2006 Quantity | 2006 Gross USD | HK Std Cost US | HK Std Cost US |
|---|---|---|---|---|---|---|---|---|---|
| Total | | 17,672,320 | 11,347,338 | 62,207,226 | 26,857,178 | 9,337,007 | 67,877,814 | | 26,473,196 |
| 0600 SMALL/MINI DOLLS Total | | 17,672,320 | 11,347,338 | 62,207,226 | 26,857,178 | 9,337,007 | 67,877,814 | | 26,473,196 |
| 100352 | 1st Ever Bratz Babyz Twins with Hair Flair | | | | | 9,996 | 80,468 | | 51,379 |
| 100362B | 1st Ever Bratz Babyz Twins with Hair Flair | | | | | 16,500 | 132,825 | | 79,920 |
| 100362B | Bratz Babyz Model Hair Doll & Fritzi | | | | | 23,335 | 104,664 | | 73,785 |
| 101009 | Bratz Babyz Doll Pk Kaylei | | | | | 33,108 | 213,878 | | 85,417 |
| 101073 | Bratz Babyz On Ice Yasmin | | | | | 25,002 | 110,009 | | 72,058 |
| 101109 | Bratz Wild West Party 2x Yasmin | | | | | 19,998 | 129,187 | | 58,434 |
| 101147 | Bratz Babyz Costume Party 8 po Asst | | | | | 35,292 | 253,397 | | 05,008 |
| 101638 | Bratz Babyz Brunch Dress 6 po Asst | | | | | 12,000 | 67,200 | | 50,672 |
| 101710 | Babyz Int'l Arc & Sivan | | | | | 4,820 | 38,484 | | 22,893 |
| 101710B | Babyz Int'l Arc & Kaela | | | | | 10,998 | 93,703 | | 51,174 |
| 101727 | Babyz Int'l Arc & Kaela | | | | | 4,920 | 36,484 | | 23,021 |
| 101727B | Babyz Int'l Arc & Kaela | | | | | 10,998 | 93,703 | | 51,490 |
| 101832 | Bratz Baby Painted Pups Pane | | | | | 2,499 | 16,318 | | 7,761 |
| 231944 | Micro Bratz Asst | | | | | | | | |
| 251944B | Micro Bratz Bundle TRU 4pc Retail | | | | | | | | |
| 251944E | Micro Bratz Spring Asst Benda | | | | | | | | |
| 251944H | Micro Bratz Asst 1 Fall 02 | | | | | | | | |
| 251944F-S | Micro Bratz Fall In 1 Asst (Spanish) | | | | | | | | |
| 251644F | Micro Bratz Asst (13 Mo) Target | | | | | | | | |
| 251944FW | Micro Bratz Asst FW02 w/ Skatebox | | | | | | | | |
| 251944G | Micro Bratz FW Asst | | | | | | | | |
| 251644I | Micro Bratz Asst 4pc/360 SY 2/21/26 | | | | | | | | |
| 251644J | Micro Bratz Asst W12 Back | | | | | | | | |
| 251644M | Micro Bratz Asst W-Wailmart | | | | | | | | |
| 251644WP | Micro Bratz Asst Stock Kick | | | | | | | | |
| 251651 | TRU Micro Bratz Fall Asst (12-0) | | | | | | | | |
| 251670 | Micro Bratz Cloe | | | | | | | | |
| 251676 | Micro Bratz Yasmin | | | | | | | | |
| 251852 | Micro Bratz Jade | | | | | | | | |
| 255260 | Micro Bratz RO2 Cloe | | | | | 8 | 12 | | 10 |
| 238277 | Micro Bratz RO2 Yasmin | | | | | 1 | 1 | | 1 |
| 255264 | Micro Bratz RO2 Jade | | | | | 1 | 1 | | |
| 235507 | Micro Bratz RO2 Sasha | | 11,793 | | | | | | |
| 255301W | Micro Bratz RO2 Sasha W | | 237,980 | 1,937 | 1,086 | 72 | 110 | | 94 |
| 257254 | Li'l Bratz Pak Asst | | 2,434 | | | | | | |
| 257254CG | Li'l BRATZ / RAYA SET INTL | | | | | | | | |
| 257261 | Li'l Bratz Pak Asst | | | | | 8 | 18 | | 12 |
| 257264M1 | Li'l Bratz Pak Raifrath | | 692,800 | 48 | 215 | 77 | | | |
| 257264M3 | Li'l Bratz Pak Refresh | | 19,236 | | | | | | |
| 257264M3H | Li'l Bratz Pak Fail | | 185,886 | | | | | | |
| 257264M3E | Li'l Bratz Pak Refresh | | 38,832 | | | | | | |
| 257264M3I | Li'l Bratz Pak | | | | | | | | |
| 257264M4 | Li'l Bratz Pak Refresh | | 34,536 | 77,708 | 54,843 | 6 | 14 | | 10 |
| 257265 | Li'l Bratz Pak Asst (Spanish Intl) | | | | | | | | |
| 257264W | Li'l Bratz Pak Asst Walmart | | 864,334 | | | | 12 | 28 | | 10 |
| 257264W | Li'l Bratz Pak 3PC | | 2 | | | | 16 | 37 | | 24 |
| 257271 | Li'l Bratz Pak | | | | | | | | |
| 257271SV | Li'l Bratz Pak Cloe Spanish | | | | | | | | |
| 257285 | Li'l Bratz Pak Yasmin | | 3 | | | 38 | 80 | | 57 |
| 257285SV | Li'l Bratz Pak Yasmin Spanish | | | | | | | | |
| 257285 | Li'l Bratz Pak Yasmin | | | | | | | | |
| 257295 | Li'l Bratz Sasha | | 2 | | | 43 | 99 | | 65 |
| 257295GV | Li'l Bratz Sasha Spanish Intl | | | | | | | | |
| 257295W | Li'l Bratz Sasha (Walmart) | | | | | | | | |
| 257301 | Li'l Bratz Pak Jade | | 3 | | | | | | |
| 257301SV | Li'l Bratz Pak Jade (Spanish Intl) | | | | | | | | |
| 257301EW | Li'l Bratz Pak Jade | | | | | | | | |
| 257316 | Li'l Bratz Spring Break Doll Pk Asst | | 723,398 | 96 | 312 | 244 | 384 | 3,452 | | 982 |
| 257316CG | Li'l Bratz Spring Break Doll Pack | | 4,909 | | | | | | |
| 257316F | Li'l BRATZ SPRING BREAK DOLL ASST | | | | | | | | |
| 257316W | Li'l Bratz Spring Break Asst doll pack-B | | 64 | 564 | 1,833 | 1,435 | | | |
| 257316W | Walmart Li'l Bratz Spring Br pk 4-10 pc PO | | | 2,144 | 6,968 | 5,454 | | | |
| 257328 | Li'l Bratz Spring Break Cloe | | | 13 | 44 | 33 | 8 | 56 | | 20 |
| 257328SV | Li'l Bratz Spring Break Cloe | | | | | | | | |
| 257328SW | Li'l Bratz Spring Break Cloe Spanish Intl | | | | | | | | |
| 257352 | Li'l Bratz Spring Break Yasmin | | | 25 | 83 | 84 | 17 | 68 | | 44 |

CONFIDENTIAL -- ATTORNEY'S EYES ONLY

MGA0868822

EXHIBIT 4
PAGE 141

# 7. Bratz Sales
2001 - 2006
**Profit Center 0600 SMALL/MINI DOLLS by Item**
Note: COS at HK Std Cost is based on the respective year's true HK Stds

| Item | Description | 2001-2004 | 2005 | 2006 | | |
|---|---|---|---|---|---|---|
| 2573325 | Lil Bratz Spring Break Yasmin (Spanish) | | | | | |
| 2573325W | Lil Bratz Spring Break Yasmin | 3 | 121 | 305 | 313 | 3 | 12 |
| 2573349 | Lil Bratz Spring Break Jade | | | | | | |
| 2573349W | Lil Bratz Spring Break Jade (Spanish) | | | | | | |
| 2573356 | Lil Bratz Spring Break Doll Sasha | | 7,812 | 25,309 | 20,138 | 1,574 | 4,031 | 4,058 |
| 2573356W | Lil Bratz Spring Break Sasha (Spanish) | | | | | | |
| 2573356W | Lil Bratz Spring Break Sasha | | 2,274 | 7,391 | 5,862 | | |
| 2573370 | Lil Bratz Tote Assortment | 45,769 | 31,908 | 149,828 | 101,850 | 12 | 60 | 37 |
| 2573370CB | Lil Bratz w/Tote Asst | 3,634 | | | | | |
| 2573370F | Lil Bratz w/Tote Asst | | | | | | |
| 2573370J | Lil Bratz w/Tote Asst | | | | | | |
| 2573370M3 | Lil Bratz w/Tote Asst Refresh | 293,025 | | | | 210 | 1,151 | 670 |
| 2573370MB | Lil Bratz w/Tote Asst Refresh | | | | | | |
| 2573370ME | Lil Bratz w/Tote Doll Refresh | 8,298 | | | | | |
| 2573370ML | Lil Bratz w/Tote Fall | | | | | | |
| 2573370MT | Lil Bratz Tote Refresh | | 1,098 | 8,066 | 5,420 | | |
| 2573370S | Shhhhl... Lil Bratz w/Tote | | | | | | |
| 2573370W | Lil Bratz w/Tote x 4 Rkyasn (Target) | 220,133 | | | | 84 | 373 | 256 |
| 2573370W | Lil Bratz Tote Asst - Walmart | 14 | | | | 40 | 102 | 68 |
| 260219 | Lil Bratz Pack FR3 x Cloe | 3,576 | | | | | |
| 260219E | Lil Bratz Pack Cloe | | | | | | |
| 260219TT | Lil Bratz Fall FR3 Cloe | | | | | | |
| 260220 | Lil Bratz Pack FR3 x Yasmin | 371 | 4,154 | 9,349 | 6,297 | 1,227 | 1,862 | 1,860 |
| 260220E | Lil Bratz Fall FR3 Yasmin | 6,531 | | | | | |
| 260220TT | Lil Bratz Fall FR3 Yasmin | | | | | | |
| 260233 | Lil Bratz Pack FR3 Sasha | 403 | 3,698 | 8,323 | 6,080 | 55 | 136 | 90 |
| 260233E | Lil Bratz Pack Sasha | 7,122 | | | | | |
| 260233TT | Lil Bratz Fall FR3 Sasha (W/H Met) | | | | | | |
| 260233W | Lil Bratz Pack FR3 Sasha (W/H Met) | 93,696 | 3,708 | 8,548 | 6,229 | 66 | 163 | 108 |
| 260240 | Lil Bratz Pack FR3 Jade | 3 | | | | 32 | 160 | 49 |
| 260240E | Lil Bratz Pack Jade | | | | | | |
| 260240TT | Lil Bratz Fall FR3 Jade | | | | | | |
| 260249 | Lil Bratz Pack FR3 Cloe | | 68 | 108 | 209 | 53 | 240 | 160 |
| 260249E | Lil Bratz Slumber Party Cloe | | | | | | |
| 260237TT | Lil Bratz Slumber Party FR3 Yasmin | | | | | | |
| 260284 | Lil Bratz Slumber Party Cloe | | 110 | 314 | 331 | 100 | 452 | 301 |
| 260284E | Lil Bratz Slumber Party Yasmin | | | | | | |
| 260264TT | Lil Bratz Slumber Party Yasmin | | | | | | |
| 260271 | Lil Bratz Slumber Party Jade | | 39 | 111 | 113 | 70 | 305 | 203 |
| 260271E | Lil Bratz Slumber Party Jade | 3 | | | 3 | | |
| 260271TT | Lil Bratz Slumber Party Sasha | | | | | | |
| 260285 | Lil Bratz Slumber Party Sasha | | 7,163 | 20,415 | 19,963 | 23 | 207 | 84 |
| 260285TT | Lil Bratz Slumber Party Sasha | | | | | | |
| 260286W | Lil Bratz Slumber Party Sasha | | 842 | 2,247 | 1,788 | | | |
| 260738 | Lil Bratz Slumber Party (2/6 pc) | 344,066 | 2,543 | 11,530 | 7,451 | 88 | 353 | 260 |
| 260738BH | Lil Bratz Slumber Party | 43,950 | | | | | |
| 260738BH | Lil Bratz Slumber Party | | | | | | |
| 260738E | Lil Bratz Slumber Party | | | | | | |
| 260738J | Lil Bratz Slumber Party Fall Asn | | | | | | |
| 260738T | Lil Bratz Slumber Party Asst (Wal-Mart) | 5,165 | 105,694 | 344,606 | 310,266 | 8 | 27 | 18 |
| 260628 | Lil Bratz Tote x Cloe | | | | | 21 | 67 | 64 |
| 2609296W | Lil Bratz Tote x Yasmin | | | | | 4 | 18 | 12 |
| 260638 | Lil Bratz Tote x Yasmin | | 1 | 7 | 3 | 4 | 18 | 12 |
| 260385W | Lil Bratz Tote x GFY Yasmin | | | | | | |
| 260943 | Lil Bratz Tote x Sasha | 50,304 | | | | 13 | 61 | 40 |
| 260943W | Lil Bratz Tote x Sasha | | | | | | |
| 260850 | Lil Bratz Tote x Jade | | | | | | |
| 260850W | Lil Bratz Tote x Jade | | | | | | |
| 262162 | Lil Bratz Pak Asst Bundle | 367,359 | 45,774 | 156,026 | 77,953 | 5 | 12 | |
| 262403 | Lil Boyz Pak Asst | | | | | | |
| 262400E | Lil Boyz Pak | | | | | | |
| 262403 | Lil Boyz Pak Fall | | | | | | |
| 262403 | Lil Boyz Pak Asst (Jack Target) | 7 | | | | | | 8 |
| 262657 | Lil Boyz Pak Cameron | | | | | | |
| 262657TT | Lil Bratz Boyz Pak Cameron | | | | | | |
| 262064 | Lil Boyz Pak Dylan | 3 | | | | 1 | 2 | 2 |
| 262064E | Lil Bratz Boyz Pak Dylan | | | | | | |

MGA0868823

CONFIDENTIAL -- ATTORNEY'S EYES ONLY

EXHIBIT 4
PAGE 142

# 7. Bratz Sales
2001 - 2006

Profit Center 0600 SMALL/MINI DOLLS by Item
Note: COS at HK Std Cost is based on the respective year's true HK Stds

| Item # | Description | | 2005 | | | 2006 | | |
|---|---|---|---|---|---|---|---|---|
| 262264TT | Lil' Bratz Boyz Dylan | | | | | | | 21 |
| 26207 | Lil' Boyz Pax Elian | | 5 | | | 12 | 31 | |
| 28237E | Lil' Bratz Boyz Pax Elian | | | | | | | |
| 28237T | Lil' Bratz Boyz Elian | | | | | | | |
| 28238B | Lil' Bratz Boyz Koby | | 4 | | | 13 | 34 | 23 |
| 282380E | Lil' Bratz Boyz Pax Koby | | | | | | | |
| 203589T | Lil' Bratz Boyz Koby | | | | | | | |
| 284464 | Lil' Bratz Tote Yasmin | | 3 | | | 26 | 130 | 87 |
| 284464E | Lil' Bratz w/Tote Refresh Yasmin | | 320 | | | | | |
| 204491 | Lil' Bratz Tote Cloe | | | | | | | |
| 284491T | Lil' Bratz w/Tote Refresh Cloe | | 3 | | | 11 | 51 | 34 |
| 204491E | Lil' Bratz w/Tote Cloe | | 295 | | | | | |
| 284307 | Lil' Bratz Tote Jade | | | | | | | |
| 284507E | Lil' Bratz w/Tote Refresh Jade | | 208 | | | 14 | 68 | 45 |
| 284507T | Lil' Bratz w/Tote Jade | | | | | | | |
| 284514 | Lil' Bratz Tote Sasha | | 311 | | | | | |
| 284514E | Lil' Bratz w/Tote Refresh Sasha | | | | | 6 | 28 | 19 |
| 204514W | Lil' Bratz Tote Sasha (Fall 2003) | | | | | | | |
| 284928 | Lil' Bratz Pax Refresh (Fall 03) TRU | | 42,066 | | | | | |
| 284935 | Lil' Bratz Tote Refresh Fall 03 TRU | | | | | | | |
| 284959 | Lil' Bratz Pax Gift/Bratz Asst PDQ | | | | | | | |
| 285332 | Lil' Bratz Boyz Refresh Bundle (TRU) | | | | | | | |
| 8U4 | Lil' Bratz Tote Asst | | 134,321 | | | | | |
| 287683 | Lil' Bratz Nite Time Funk 6pc set | | 4,081 | | | | 2 | 2 |
| 270072 | Lil' Bratz Pax S04 x 2 Kid | | 1,595,783 | 58,774 | 97,565 | 88 | 211 | 132 |
| 270080 | Lil' Bratz Dance Floor Funk 3pc asst | | 48,071 | | | | | |
| 270080H | Lil' Bratz Dance Floor Funk | | 24,360 | | | | | |
| 270080T | Lil' Bratz Dance Floor Party | | 3,155 | 7 | 12 | 20,596 | 41,204 | 35,816 |
| 270086 | Lil' Bratz Dance Floor Funk Allan | | 11,374 | | | | | |
| 270099T | Lil' Bratz Dance Floor Funk Allan | | 2,835 | | | | | |
| 270102 | Lil' Bratz Dance Floor Funk Nazalia | | 11,552 | 7 | 11 | 12,172 | 24,392 | 19,025 |
| 270102T | Lil' Bratz Dance Floor Funk Nazalia | | 3,093 | | | | | |
| 270119 | Lil' Bratz Dance Floor Funk Talia | | 9,176 | 3 | 5 | 12,902 | 25,925 | 22,061 |
| 270119T | Lil' Bratz Dance Floor Funk Talia | | 2,981 | | | | | |
| 270126 | Lil' Bratz Dance Floor Funk Zida | | 7,017 | 3 | 5 | 5,589 | 11,188 | 9,244 |
| 270126H | Lil' Bratz Dance Floor Funk Zida | | 284,497 | 345 | 593 | 24 | 82 | 41 |
| 270133 | Lil' Bratz Boyz Pax Asst S04 | | 34,207 | | | | | |
| 270133B | Lil' Bratz Pax Asst Refresh Qtr 2 | | 37,926 | | | | | |
| 270133H | Lil' Boyz Pax Asst Refresh | | 40,272 | | | | | |
| 270131 | Lil' Bratz Pax Asst | | 36,772 | | | | | |
| 270133 | Lil' Boyz Pax Refresh Asst | | 148,526 | 57,108 | 176,544 | 100,008 | | |
| 270133M | Lil' Boyz Pax 6pc Asst | | 21,437 | | | | | |
| 270133M1B | Lil' Boyz Pax 6pc Asst | | 30,536 | | | | | |
| 270133M1H | Lil' Boyz Pax 6pc Asst | | 40,398 | | | | | |
| 270140 | Lil' Bratz Dance Floor Funk 6pc asst | | 11,283 | | | | | |
| 270140Z | Lil' Boyz Dance Floor Funk | | 583,042 | 10,538 | 23,828 | 19,864 | | |
| 270140H | Lil' Boyz Dance Floor Funk | | 28,792 | | | | | |
| 270140I | Lil' Bratz Pax Refresh Asst | | 27,840 | | | | | |
| 270147 | Lil' Bratz Pax Refresh S04 | | 1,470 | 1 | 2 | 8 | 17 | 11 |
| 270164 | Lil' Boyz Dance Floor Funk Ass't | | 1,560 | 1 | 4 | 4 | 11 | 7 |
| 270171 | Lil' Boyz Dance Floor Funk Mikko | | 1,547 | | 4 | 4 | 3 | 2 |
| 270188 | Lil' Boyz Dance Floor Funk Deavon | | 1,053 | 2 | 6 | | | 10 |
| 270193 | Lil' Bratz w/Tote Refresh Ass't 4pcs | | 1,556 | | | 10 | 50 | |
| 270195 | Lil' Bratz w/Tote Refresh | | 229,215 | 33,936 | 161,928 | 2,830 | 24,417 | 9,195 |
| 270195H | Lil' Bratz w/Tote Refresh (QIG) | | 82,273 | | | | | |
| 270195I | Lil' Bratz w/Tote 6 Pk (Target) | | 57,863 | | | | | |
| 270560 | Lil' Bratz Pax Refresh S04 | | 860,576 | 108,036 | 298,881 | 313 | 298 | 464 |
| 270560B | Lil' Bratz Pax Refresh | | 30,066 | | | | | |
| 270560I | Lil' Bratz Pax Refresh | | 160,024 | | | | | |
| 270560L | Lil' Bratz Pax Refresh | | 77,656 | | | | | |
| 270560L | Lil' Bratz Pax | | 62,733 | | | | | |
| 270560M | Lil' Bratz Pax 6pc asst | | 424,731 | 593,772 | 1,959,823 | 49,848 | 167,489 | 80,166 |
| 270560M4 | Lil' Bratz Pax Refresh | | 46,297 | | | | | |
| 270560M4B | Lil' Bratz Pax Refresh | | 147,744 | | | | | |
| 270560M4I | Lil' Bratz Pax Refresh | | 5,198 | | | | | |
| 270564 | Lil' Bratz Pax S04 Talia | | 4,687 | | | 1 | 2 | 2 |
| 270591 | Lil' Bratz Pax S04 Nazalia | | 4,774 | | | | | |
| 270607 | Lil' Bratz Boyz Pax S04 Mikko | | 1,866 | | | | | |
| 270614 | Lil' Bratz Boyz Pax S04 Colin | | 1,235 | | | | | |
| 270621 | Lil' Bratz Boyz Pax S04 Deavon | | 1,268 | | | | | |
| 270638 | Lil' Bratz Boyz Pax S04 Lakin | | 1,285 | | | | | |

MGA0868824

CONFIDENTIAL -- ATTORNEY'S EYES ONLY

EXHIBIT 4
PAGE 143

## 7. Bratz Sales
2001 - 2006
Profit Center 0600 SMALL/MINI DOLLS by Item
Note: COS at HK Std Cost is based on the respective year's true HK Stds

| Item | Description | | 2005 | | | 2006 | | |
|---|---|---|---|---|---|---|---|---|
| 270045 | Lil Bratz w/Tder Allah | 3,349 | | | | | 50,850 | 37,728 |
| 270451 | Lil Bratz Tdcr Allan | 20,613 | | | | | | |
| 270452 | Lil Bratz w/des Nazalia | 3,022 | | | | 11,084 | 50,502 | 33,878 |
| 270632 | Lil Bratz Ldes Nazalia | 12,823 | | | | | | |
| 270699 | Lil Bratz w/Doc Talia | 3,386 | | | | 7,030 | 31,657 | 24,064 |
| 270691 | Lil Bratz w/Doc Talia | 10,005 | | | | | | |
| 270691TT | Lil Bratz w/Doc Zada | 3,107 | | | | 6,719 | 30,238 | 21,218 |
| 270701TT | Lil Bratz w/Doc Zada | 14,435 | | | | | | |
| 274436 | Lil Bratz Pack 4ln Bratz Dance Party 2A | 316,659 | | | | | | |
| 274441 | Lil Boyz Pack 4ln Boyz Dance floor Funk | 35,216 | | | | | | |
| 275787A | Lil Bratz Spring Fling Assortment | 249,533 | | | | | | |
| 275794 | Lil Bratz Pk Exclusive 4pc/Ast | 455,133 | | | | | | |
| 275794M4 | Lil Bratz Pk Exclusive 4 pc/Ast Lt | 671,545 | | | | | | |
| 277054 | Lil Boyz 4 Pack | 41,882 | 1,062 | 13,216 | 4,489 | | | |
| 27706RA | Lil Boyz 4 Pack | | 1,656 | 21,511 | 6,604 | 11,064 | 42,666 | 28,062 |
| 278211 | Lil Bratz Doll 4 pack | 657,123 | 41,410 | 457,241 | 209,203 | 5,570 | | |
| 278210 | Lil Bratz 4 Pack 24 pc/PDQ | 108,819 | | | | | | |
| 278211RA | Lil Bratz Doll 4 Pack | | 1,856 | 21,511 | 8,438 | | 2,668 | 2,032 |
| 278211X | Lil Bratz 4 Pack | 6,143 | | | | 738 | | |
| 278233 | Lil Bratz Sho Fun Doll 4 pc Ast | 1,023,771 | 177,564 | 720,461 | 496,291 | | | |
| 278233B | Lil Bratz Deluxe Sho Fun/Ast | 158,631 | | | | | | |
| 278231 | Lil Bratz Sho Fun Doll 4 pc/Ast | 128,973 | | | | | | |
| 278231I | Lil Bratz Sho Fun Doll 4 pc/Ast L | 98,136 | | | | | 44 | 45 |
| 278231T | Lil Bratz Sho Fun Ast 4 (Target) | 378,014 | 9,800 | 28,400 | 27,379 | 16 | 12,513 | 11,034 |
| 278231W | Lil Bratz Sho Fun Ast/WM | 223,351 | 2,000 | 8,500 | 5,704 | 3,948 | 252 | 100 |
| 278231I | Lil Bratz Sho Fun 4 pc Ast | 2,473 | 301 | 1,260 | 812 | 37 | | |
| 278250 | Lil Bratz Sho Fun 4 pc Ast | 3,618 | | | | | | |
| 278233I | Lil Bratz Sho Fun 4 pc Nazalia | 2,567 | 300 | 1,280 | 836 | 14 | 47 | 39 |
| 278300TI | Lil Bratz Sho Fun Talia | 3,744 | | | | | | |
| 278313 | Lil Bratz Sho Fun Talia | 2,067 | 297 | 1,263 | 865 | 227 | 842 | 651 |
| 278313I | Lil Bratz Sho Fun Talia | 3,358 | | | | | | |
| 278320 | Lil Bratz Sho Fun Zada | 1,971 | 298 | 1,271 | 830 | 8 | 25 | 17 |
| 278320TI | Lil Bratz Sho Fun Zada | 2,137 | | | | | | |
| 278337 | Lil Bratz Pak/Allah | 1,341 | 4 | 173 | 8 | 7 | 17 | 11 |
| 278344 | Lil Bratz Pak/Nazalia | 983 | 6 | 183 | 10 | 7 | 17 | 11 |
| 278351 | Lil Bratz Pak/Talia | 1,163 | 4 | 93 | 8 | 4 | 10 | 8 |
| 278368 | Lil Bratz Pak/Zada | 1,158 | 1 | 62 | 2 | 3 | 7 | 5 |
| 278379 | Lil Boyz Pak/Mikko | 430 | 2 | 5 | 4 | 16 | 43 | 29 |
| 278382 | Lil Boyz Pak/Cotno | 419 | 2 | 5 | 3 | 10 | 28 | 17 |
| 278399 | Lil Boyz Pak/Dravon | 207 | 1 | 2 | 2 | 2 | 5 | 3 |
| 278405 | Lil Boyz Pak/Laki | 614 | 1 | 2 | 2 | | 8 | 5 |
| 278470 | Lil Bratz Lil High School Lockers 4 pc A | 475,902 | 25,708 | 115,262 | 58,035 | 3,142 | 11,279 | 6,818 |
| 278478 | Lil Bratz Lil High School Lockers 4 pc/Ast | 33,000 | | | | | | |
| 278479A | Lil Bratz Doll Lockers 4 pc/Ast L | 68,993 | | | | | | |
| 278471A | Lil Bratz Lil High School Lockers 4 pc A | 25,400 | | | | | | |
| 278471W | Lil Bratz Lil High School Lockers 4 pc WM | 214,405 | 20,300 | 60,800 | 43,904 | | | |
| 278470I | Lil Bratz Locker Ast WM 4 pcs | 24,418 | | | | | | |
| 278401 | Lil Bratz Lil High School Locker Zada | 117 | 3 | 18 | 7 | 481 | 1,323 | 1,060 |
| 278461I | Lil Bratz Lil High School Locker Zada | 646 | | | | | | |
| 278471I | Lil Bratz Lil High School Locker Allah | 115 | 1 | 5 | 2 | 4,006 | 10,256 | 8,023 |
| 278490 | Lil Bratz Lil High School Locker Allah | 1,273 | | | | | | |
| 278470W | Lil Bratz Lil High School Locker Talia | 117 | 2 | 13 | 4 | 4,614 | 11,852 | 10,185 |
| 278504 | Lil Bratz Lil High School Locker Talia | 1,273 | | | | | | |
| 278511I | Lil Bratz Lil High School Locker Nazalia | 121 | 4 | 31 | 9 | 4,077 | 10,220 | 8,982 |
| 278511I | Lil Bratz Lil High School Locker Nazalia | 1,273 | | | | | | |
| 278601I | Lil Bratz Boyz Ast Lt Rok-n-Disney | 42,508 | | | | | | |
| 278820 | Lil Bratz Pak Allah | | | | | 68,040 | 136,080 | 111,858 |
| 278801 | Lil Bratz Pak Talia | | | | | 68,040 | 136,080 | 114,511 |
| 289879 | Lil Bratz Pak/Lil Boyz Pk Disney/Ast D | 61,316 | | | | | | |
| 287081 | Lil Bratz Pak/Lil Boyz Pk BDF | 73,711 | | | | | | |
| 291035 | Lil Bratz Sho Fun Doll 4 Pak | 390,153 | 693,290 | 3,822,253 | 1,590,407 | 92,113 | 415,023 | 211,105 |
| 292576 | Bratz Babyz Doll Packs 6 pc Assortment | 312,382 | 544,350 | 2,407,938 | 1,246,104 | 253,910 | 1,340,407 | 584,097 |
| 292579RFA | Bratz Babyz Doll Packs 6 pc Ast (Middle) | | 4,272 | 23,453 | 9,774 | 12 | 39 | 27 |
| 292579RFB | Bratz Babyz Doll Packs 6 pc Assortment | | 69,996 | 317,782 | 160,991 | | | |
| 292579RFAA | Bratz Baby Doll Packs 6 pc Ast | | 120,000 | 420,000 | 164,424 | | | |
| 292579PFBB | Bratz Babyz Doll Packs 6 pc Ast | | 181,776 | 889,889 | 374,516 | | | |
| 292579F1 | Bratz Babyz Doll Packs 6 pc Assortment | | 181,618 | 990,000 | 421,080 | 2,334 | 16,267 | 5,351 |
| 292579FS7 | Bratz Babyz Doll Packs 6 pc Assortment | | 40,002 | 222,861 | 92,805 | 1,458 | 10,149 | 3,340 |
| 292579BV | Bratz Babyz Doll Packs 6 pc Ast | | 406,896 | 1,804,010 | 937,826 | | | |
| 292579SVC | Bratz Babyz Doll Packs 33 pc Bundle As | | 83,300 | 357,992 | 147,016 | 234 | 50,460 | 20,823 |
| 292576X | Bratz Babyz Doll Packs 6 pc Ast | 273,380 | 24,000 | 84,000 | 54,872 | 7,260 | 43,487 | 16,644 |
| 292791 | Bratz Babyz Doll Packs 6 pc Ast | | 314,304 | 1,754,200 | 727,928 | 642 | 3,537 | 1,472 |
| 232579MU | Bratz Babyz Doll Packs 6 pc Ast | | 51,402 | 259,580 | 119,047 | | | |

MGA0868825

CONFIDENTIAL -- ATTORNEY'S EYES ONLY

EXHIBIT 4
PAGE 144

## 7. Bratz Sales
2001 - 2006
Profit Center 0600 SMALL/MINI DOLLS by Item
Note: COS at HK Std Cost is based on the respective year's true HK Stds

| Item # | Description | | 2005 | | 2006 | | |
|---|---|---|---|---|---|---|---|
| 282579X | Bratz Baby'z Doll Pk 4s Brg Assortment | | 1,778 | 12,592 | 4,074 | | |
| 282579N | Bratz Baby'z Doll Pk 4s | 308,943 | 217,632 | 1,196,288 | 504,253 | | 175,589 |
| 282579X1 | Bratz Baby'z Doll Pk 4 6 pc Asst (Molded | | 9,300 | 44,082 | 20,804 | 82,356 | 311,779 | 55,924 |
| 282579X1V | Bratz Baby'z Doll Pk 4 6 pc Asst (Molded | | 15,000 | 75,800 | 33,555 | 24,996 | 125,980 | 80,192 |
| 282579X1V1 | Bratz Baby'z Doll Pk 4 6 pc Asst (Molded | | 28,800 | 136,512 | 64,426 | 28,904 | 127,525 | 5,431 |
| 282565 | Bratz Baby'z Doll Cloe | | 480 | 2,856 | 1,106 | 2,412 | 11,579 | |
| 282566W | Bratz Baby'z Doll Cloe | 47,257 | 370,542 | 2,224,198 | 913,015 | 45,747 | 216,289 | 112,721 |
| 282591W | Bratz Baby'z Doll Yasmin | 2 | 434 | 2,724 | 989 | 2,750 | 12,663 | 6,114 |
| 282593W | Bratz Baby'z Doll Jasmin | 46,059 | 338,830 | 2,017,311 | 825,729 | 40,122 | 187,386 | 87,777 |
| 282808W | Bratz Baby'z Doll Sasha | 5 | 335 | 2,028 | 840 | 2,659 | 1,458 |
| 282616 | Bratz Baby'z Doll Jade | 15,441 | 80,083 | 486,316 | 195,114 | 10,131 | 38,811 | 24,089 |
| 282816W | Bratz Baby'z Doll Jade | 5 | 876 | 4,471 | 2,031 | 66 | 291 | 153 |
| 282610W | Bratz Baby'z Doll Jade | 32,826 | 107,117 | 718,615 | 265,438 | 13,008 | 40,519 | 32,234 |
| 282708 | Bratz Beach Bashi'z Alani | | 4 | 15 | 6 | | |
| 282708T1 | Lil Bratz Beach Bashi'z Alani | 11,517 | | | | | |
| 282713W | Lil Bratz Beach Bashi'z Beach Bashi Alani | 27,248 | 52,893 | 263,623 | 87,644 | 3,856 | 10,204 | 6,389 |
| 282717 | Lil Bratz Beach Bashi'z Nazalia | | 3 | 10 | 4 | | |
| 282715W | Lil Bratz Spring Break Beach Bashi Nazal | 11,583 | | | | | |
| 282716W | Lil Bratz Spring Break Beach Bashi Nazal | 26,193 | 39,516 | 196,675 | 62,089 | 1,600 | 4,000 | 2,550 |
| 282722 | Lil Bratz Beach Bashi Talla | | 3 | 12 | 5 | 243 | 667 | 386 |
| 282722W | Lil Bratz Spring Break Beach Bashi Talla | 11,770 | | | | | |
| 282721W | Lil Bratz Spring Break Beach Bashi Talla | 27,017 | 40,893 | 203,743 | 60,160 | 1,980 | 5,325 | 3,346 |
| 282758 | Lil Bratz Beach Bashi Zada | | 3 | 10 | 5 | | |
| 282730T1 | Lil Bratz Spring Break Beach Bashi Zada | 11,458 | | | | | |
| 282738W | Lil Bratz Spring Break Beach Bashi Zada | 27,007 | 19,612 | 98,559 | 32,690 | 1,200 | 3,000 | 1,980 |
| 282740 | Lil Bratz Rock Starz Alani | | 25 | 70 | 38 | 35 | 98 | 53 |
| 282743W | Lil Bratz Rock Starz Alani | 13,003 | | | | | |
| 282744W | Lil Bratz Rock Starz Alani | 27,825 | 45,380 | 223,029 | 73,243 | 68 | 136 | 110 |
| 282753 | Lil Bratz Rock Starz Nazalia | | 11 | 30 | 16 | 10 | 24 | 16 |
| 282751W | Lil Bratz Rock Starz Nazalia | 14,184 | | | | | |
| 282755W | Lil Bratz Rock Starz Nazalia | 28,968 | 32,804 | 156,661 | 55,632 | 1,104 | 2,760 | 1,879 |
| 282760 | Lil Bratz Rock Starz Talla | | 43 | 561 | 64 | 18 | 41 | 27 |
| 282762W | Lil Bratz Rock Starz Talla | 12,963 | | | | | |
| 282760W | Lil Bratz Rock Starz Talla | 27,050 | 48,548 | 238,553 | 77,828 | 10 | 45 | 16 |
| 282771 | Lil Bratz Rock Starz Zada | | 13 | 35 | 20 | 23 | 53 | 35 |
| 282771W | Lil Bratz Rock Starz Zada | 13,120 | | | | | |
| 282772W | Lil Bratz Rock Starz Zada | 24,923 | 24,830 | 123,562 | 40,160 | 20 | 48 | 32 |
| 231469 | Lil Bratz Beach Bash 6 pcAsst (WT) | 255,886 | 178,880 | 921,370 | 272,395 | 101,436 | 203,943 | 156,161 |
| 231469I | Lil Bratz Beach Bash 12pc ASST | | 9,898 | 32,567 | 14,894 | | |
| 231460 | Lil Bratz Spring Break Beach Bashi 6 pc | 13,699 | | | | | |
| 231460I | Lil Bratz Spring Break Beach Bashi 6 pc | 53,656 | | | | | |
| 231401W | Lil Bratz Spring Break Beach Bashi 6 pcAsst | 15,470 | 10,000 | 34,200 | 15,470 | | |
| 231484 | Lil Bratz Rock Starz 6 pc ASST (WT) | 142,173 | 565,433 | 1,824,651 | 98,148 | 33,430 | 67,806 | 51,488 |
| 231386H | Lil Bratz Rock Starz (WT) Doll 6 pack | 2,307 | 1,008 | 2,671 | 1,544 | | |
| 231386I | Lil Bratz Rock Starz (WT) Doll 6 pack | 53,656 | | | | | |
| 231401W | Lil Bratz Rock Starz (WT) Doll 6 pack | 73,940 | | | | | |
| 230607 | Lil Bratz Beach Bashi Bunch & Lil Bratz Rock Starz | | 61,008 | 228,780 | 77,875 | | |
| 280672 | Lil Bratz Beach Bashi Bunch & Lil Bratz Rock Starz | | 46,632 | 174,670 | 78,739 | 77,367 | 539,834 | 288,542 |
| 280607I | Lil Bratz Beach Bashi Bunch & Lil Bratz Rock Starz | | 46,874 | 175,028 | 3,853,106 | 2,193 | 9,753 | 4,521 |
| 300335 | Bratz Baby'z Twins Rokk & Rhodes | | 1,001,339 | 10,726,203 | -253 | 77,367 | 36,639 | 30,085 |
| 302409 | Bratz Baby'z Fianna | | -111 | -428 | 36,065 | 12,335 | 13,104 | 6,400 |
| 302409W | Bratz Baby'z Fianna | | 27,660 | 103,152 | 459,637 | 2,904 | | |
| 302427 | Bratz Baby'z Meygan | | 188,535 | 1,042,864 | 467 | | | |
| 302478 | Bratz Baby'z Meygan | | 211 | 1,475 | 38,472 | | | |
| 302470W | Bratz Baby'z Meygan | | 27,860 | 103,152 | 509,745 | 42,879 | 41,724 | 105,097 |
| 304050 | Bratz Baby'z Ponyz Bunny Blitz | | 204,793 | 1,144,337 | 180,516 | 3,992 | 22,308 | 10,854 |
| 304050W | Bratz Baby'z Sasha | | 82,345 | 448,502 | 247,152 | 1,349 | 5,909 | 2,942 |
| 304090W | Bratz Baby'z Sasha | | 106,495 | 552,850 | 7,842 | | | |
| 304241 | Bratz Baby'z Cameron | | 14,808 | 54,570 | 252,259 | 4,273 | 23,218 | 8,980 |
| 304271B | Bratz Baby'z Cameron | | 120,295 | 644,272 | 21,032 | | | |
| 304271 | Bratz Baby'z Cameron | | 9,996 | 45,382 | 127,893 | 126 | 769 | 280 |
| 304271W | Bratz Baby'z Cameron | | 56,452 | 323,301 | 1,908 | | | |
| 304227 | Bratz Baby'z Cameron | | 6,800 | 25,875 | 58,881 | | | |
| 304227V | Bratz Baby'z Cameron | | 27,990 | 125,755 | 178,752 | | | |
| 304222W | Bratz Baby'z Maybon | | 79,800 | 454,443 | 4,211 | 4,260 | 13,410 | 6,565 |
| 304241 | BRATZ BABY'Z PONYZ CELESTE | | 2,092 | 6,768 | 14,494 | | | |
| 304241W | BRATZ BABY'Z PONYZ CELESTE | | 7,200 | 23,040 | 4,257 | 3,080 | 11,240 | 6,766 |
| 304356 | Bratz Baby'z Ponyz Purdia | | 2,119 | 6,850 | 14,465 | | | |
| 304227I | Bratz Baby'z Ponyz Purdia | | 7,200 | 23,040 | 14,810 | | | |
| 304356W | BRATZ BABY'Z PONYZ BONITA | | 2,118 | 6,859 | 4,357 | 3,281 | 10,312 | 6,477 |
| 304265I | BRATZ BABY'Z PONYZ BONITA | | 7,200 | 23,040 | 4,251 | | | |
| 304372W | Bratz Baby'z Ponyz Sashay | | 2,115 | 6,838 | 14,472 | 4,177 | 12,848 | 7,950 |
| 304319 | Bratz Baby'z Ponyz 4 pc Asst | | 705,664 | 3,480,345 | 1,427,257 | 195,024 | 912,130 | 377,513 |
| 304319I | Bratz Baby'z Ponyz 4 pc Asst | | 4,500 | 17,910 | 9,104 | 100,000 | 415,600 | 199,000 |

CONFIDENTIAL -- ATTORNEY'S EYES ONLY

MGA0868826

EXHIBIT 4
PAGE 145

## 7. Bratz Sales
2001 - 2006
Profit Center 0600 SMALL/MINI DOLLS by Item
Note: COS at HK Std Cost is based on the respective year's true HK Stds

| Item # | Description | 2005 | | | 2006 | | |
|---|---|---|---|---|---|---|---|
| 304316BB | Bratz Babyz Pony 2 pc Asst | | | | | 10,000 | 41,100 | 19,840 |
| 304316BV | Bratz Babyz Pony 2 pc Bundle Pack | | | | 8,000 | 32,880 | 16,499 |
| 304316RV | Bratz Babyz Pony 2 pc Asst CDU/pack | | | | 10,000 | 45,100 | 21,843 |
| 304316V | Bratz Babyz Pony 2 pc Asst | 50,000 | 213,500 | 101,100 | 93,666 | 380,037 | 190,182 |
| 304316V | Bratz Babyz Pony 2 pc Asst PDQ | | | | 8 | 30 | 15 |
| 304316XX1 | Bratz Babyz Pony 2 pc Asst | | | | 6,000 | 22,500 | 11,277 |
| 304319X2 | Bratz Babyz Pony 2 pc Asst | | | | 3,749 | 14,205 | 6,974 |
| 304319X3 | Bratz Babyz Pony 2 pc Asst | 255,420 | 860,057 | 425,571 | 34,896 | 115,339 | 58,155 |
| 304307 | Bratz Lil' Bratz Lin Style Doll 6 pc Asst | | | | 5,244 | 19,965 | 7,876 |
| 304307A | Bratz Lil' Bratz Lin Style Doll 6 pc Asst | | | | 4,980 | 18,675 | 7,747 |
| 304307VA | Lil Bratz Lil Bratz Style Doll 6 pc POQ/Asst | 17,964 | 57,549 | 30,587 | | | |
| 304307AO | Lil Bratz Lil Bratz Style Doll 6 pc Asst | 12,400 | 47,974 | 21,117 | | | |
| 30431 | Lil Bratz Ice Style/Allan | 888 | 1,327 | 1,092 | 4 | 10 | |
| 30431 | Lil Bratz Ice Style/Allan | 7,200 | 19,410 | 10,937 | | | |
| 30432 | Lil Bratz Lin Style/Nazalia | 888 | 1,328 | 1,111 | 631 | 3,112 | 1,260 |
| 30432 | Lil Bratz Lin Style/Nazalia | 7,200 | 19,410 | 11,138 | | | |
| 30435 | Lil Bratz Lin Style/Talia | 867 | 1,327 | 1,328 | | | |
| 30436 | Lil Bratz Lin Style/Talia | 7,056 | 19,021 | 13,174 | | | |
| 30443 | Lil Bratz Lin Style/Zada | 4 | 10 | 7 | 829 | 3,108 | 1,323 |
| 30444 | Lil Bratz Lin Style/Zada | 7,056 | 19,021 | 11,473 | | | |
| 30521 | Lil Bratz Fashion Tote/Allan | 1 | 5 | 3 | 5 | 53 | 16 |
| 30522 | Lil Bratz Fashion Tote/Nazalia | | | | 36 | 166 | 113 |
| 30523FX | Lil Bratz Fashion Tote/Talia | | | | 12 | 61 | 41 |
| 30752 | Bratz Babyz w/ Vehicle/Rock Display | 327 | 67,663 | 24,375 | | | |
| 30753Q | Bratz Babyz 30 Doll Asst/Display | 55 | 13,840 | 4,543 | | | |
| 31212 | Bratz Babyz Twinkle/Baby/Pony 2/Comb | 21,954 | 128,448 | 87,553 | | | |
| 31212W | Bratz Babyz Twinkle/Baby/Pony 2/Comb | 150,000 | 1,275,000 | 609,450 | 6,000 | 45,000 | 23,069 |
| 31212WO | Bratz Babyz Twinkle/Baby/Pony 2/Comb | 11,316 | 99,224 | 46,158 | 23,571 | 157,230 | 83,100 |
| 31230 | Bratz Babyz Doll Rock | | | | 990 | 6,528 | 2,852 |
| 31230G | Bratz Babyz Doll Rock | | | | 19,404 | 83,437 | 51,558 |
| 31244 | Bratz Babyz w/ Modded Hair/Maria | 2 | | 4 | 1,200 | 4,380 | 2,652 |
| 31245 | Bratz Babyz w/ Modded Hair/Katie | 2 | | 4 | 1,200 | 4,380 | 2,878 |
| 31253K | Lil Bratz Funk House Doll Pk 12 pc Asst | 32,232 | 96,500 | 55,342 | 52,648 | 178,185 | 88,897 |
| 31253S2 | Lil Bratz Funk House Doll Pk 12 pc Asst | | | | 360 | 1,350 | 580 |
| 31253K | Lil Bratz Funk House Doll Pk 12 pc Asst | | | | 720 | 2,700 | 1,181 |
| 31253V | Lil Bratz Funk House Doll 4 pc Asst | 22,848 | 89,089 | 44,051 | 8,472 | 31,770 | 14,540 |
| 31253VI | Lil Bratz Funk House Doll 4 pc Asst/CDU | 13,332 | 43,196 | 22,678 | 3,332 | 10,962 | 5,059 |
| 31253V2 | Lil Bratz Funk House Doll 4 pc Asst/CDU | 13,332 | 43,196 | 23,144 | 3,332 | 10,962 | 5,785 |
| 31254I | Lil Bratz Funk House Tally | 2,400 | 7,200 | 4,303 | 16,072 | 54,184 | 28,564 |
| 31255O | Lil Bratz Funk House Tally | 2,016 | 6,048 | 3,439 | | | |
| 31256I | Lil Bratz Funk House Nazalia | 1,800 | 5,400 | 2,975 | 198 | 470 | 206 |
| 31257K | Lil Bratz Funk House Zada | 1,200 | 3,600 | 2,227 | 492 | 1,441 | 910 |
| 31258B | Bratz Babyz 2 Doll Pack 3 pc Asst Half Fit | 16,224 | 64,249 | 30,808 | 864 | 3,240 | 1,641 |
| 31258B | Bratz Babyz 2 Doll Pack 3 pc Asst/Half Fit | 480,930 | 3,119,472 | 1,382,193 | 584,500 | 3,814,176 | 1,663,670 |
| 31258X | Bratz Babyz 2 Doll Pack 3 pc Asst/Rock Fit | 19,908 | 107,589 | 57,354 | 19,698 | 107,589 | 57,340 |
| 31258Y | Bratz Babyz Half/Half/Rock Display/Prog | | | | 100 | 27,000 | 10,346 |
| 31258FX | Bratz Babyz Half/Half/Rock Display/Prog | | | | 132 | 28,512 | 12,791 |
| 31258FX3 | Bratz Babyz Doll Pickup pc Asst Half Fit | | | | 252 | 66,582 | 24,342 |
| 31258V | Bratz Babyz Doll Pack 6 pc Asst/Half Fit | 72,000 | 295,200 | 206,928 | 31,140 | 220,050 | 86,442 |
| 31259B | Bratz Babyz Doll Pack (Half Fit) 3 pc/A | 40,998 | 281,489 | 143,694 | 10,002 | 50,311 | 28,748 |
| 31258X1 | Bratz Babyz With Hair 4 pc Asst/dminite | | | | 435,642 | 2,729,762 | 1,167,715 |
| 31258FX | Bratz Babyz Rodded Hair ROTATION 2/6 | | | | 60,096 | 322,832 | 114,749 |
| 31259B | Bratz Babyz Doll 6 pc Asst (Hair Fit)/RO | | | | 11,922 | 48,880 | 31,879 |
| 31259B1 | Bratz Babyz Doll Pack 6 pc Asst (Hair Fit) | | | | 4,998 | 26,139 | 13,463 |
| 31259X2 | Bratz Babyz Half/Half/Rodden Half Rotation 2/H/Ci | | | | 267,834 | 2,039,855 | 780,143 |
| 31259X2B | Bratz Babyz Rodded Half Rotation 3/x | | | | 45,000 | 241,200 | 119,745 |
| 31258V2 | Bratz Babyz Doll Pack 6 pc Asst/Hair Fit | | | | 2,400 | 11,280 | 6,430 |
| 31259X2DE | Bratz Babyz Doll Pack (Hair Fit) 3 pc/A | | | | 11,922 | 48,880 | 31,724 |
| 31259X2DC | Bratz Babyz Doll Pack (With Hair 4 pc Asst/dminite) | | | | 30,000 | 147,600 | 95,796 |
| 31259X2I | Bratz Babyz Doll Pack 3 pc Asst Half Fit | | | | 2,400 | 9,840 | 6,477 |
| 31259X2IL | Bratz Babyz Doll Pack opc Asst (Hair Fit) | | | | 2,400 | 0 | 6,430 |
| 31259X2ME | Bratz Babyz Doll Pack 4 pc Asst (Hair Fit) | | | | 4,800 | 19,680 | 12,859 |
| 31259X2PH | Bratz Babyz Doll Pack 6 pc Asst (Hair Fit) | | | | 19,998 | 108,589 | 53,775 |
| 31259X2V | Bratz Babyz Doll Pack 6 pc Asst (Hair Fit) | | | | 15,000 | 82,350 | 39,030 |
| 31259X2V2 | Bratz Babyz Doll Pack 6 pc Asst (Hair Fit) | | | | 15,000 | 82,350 | 40,005 |
| 31259X2V8 | Bratz Babyz Doll Pack 6 pc Asst 8/CDU | | | | 7,968 | 45,429 | 22,240 |
| 31259XV4 | Bratz Babyz Doll Pack CDU pc/Asst/A | | | | 6,004 | 45,463 | 22,305 |
| 31259XV8 | Bratz Babyz Doll Pack 6 pc Asst (Hair Fit) | | | | 60,000 | 319,800 | 159,616 |
| 31259X2V8 | Bratz Babyz Doll Pack 6 pc Asst/CDU | | | | 34,002 | 190,231 | 94,060 |
| 31259XX1 | Bratz Babyz Rodded Hair ROTATION 3/6 | | | | 18,036 | 127,955 | 48,373 |
| 31259Y | Bratz Babyz Doll Pack 6 pc Asst (Hair Fit) | | | | 22,200 | 150,660 | 80,324 |

CONFIDENTIAL -- ATTORNEY'S EYES ONLY

MGA0868827

EXHIBIT 4
PAGE 146

**7. Bratz Sales**
2001 - 2006
Profit Center 0600 SMALL/MINI DOLLS by Item
Note: COS at HK Std Cost is based on the respective year's true HK Stds

| Item | Description | 2001 | 2002 | 2003 | 2004 | 2005 | 2006 |
|---|---|---|---|---|---|---|---|
| 312666 | Bratz Babyz w/th Hair Cloe | | | | 1,800 | 12,627 | 12,260 | 55,022 | 33,550 |
| 312666SC | Bratz Babyz w/th Hair Cloe | | | | | | | |
| 312666TI | Bratz Babyz w/th Hair Cloe | | | | 7,200 | 30,960 | 23,910 | 102,813 | 68,430 |
| 312666TN | Bratz Babyz w/th Hair Cloe | | | | | 3,434 | 1,200 | 5,180 | 3,434 |
| 312668W | Bratz Babyz w/th Hair Cloe | | | | | | 143,740 | 1,078,053 | 432,226 |
| 312673 | Bratz Babyz w/th Hair Yasmin | | | | 31,335 | 235,013 | 94,224 | 4,093 | 21,180 | 11,375 |
| 312673SC | Bratz Babyz w/th Hair Yasmin | | | | 1,800 | 12,627 | 5,413 | 24,510 | 105,393 | 70,466 |
| 312673TI | Bratz Babyz w/th Hair Yasmin | | | | 7,200 | 30,960 | 3,450 | 1,200 | 5,180 | 3,450 |
| 312673W | Bratz Babyz w/th Hair Yasmin | | | | | | 202,028 | 1,501,744 | 600,512 |
| 312680 | Bratz Babyz w/th Hair Jade | | | | 30,813 | 231,008 | 92,893 | 50,580 | 23,906 |
| 312680SC | Bratz Babyz w/th Hair Jade | | | | | | 8,573 | 6,528 | 2,724 |
| 312680TI | Bratz Babyz w/th Hair Jade | | | | | | 21,402 | 92,028 | 62,615 |
| 312680W | Bratz Babyz w/th Hair Jade | | | | | | 59,931 | 449,428 | 184,408 |
| 312687 | Bratz Babyz w/th Hair Meygan | | | | | | 6,274 | 30,233 | 17,015 |
| 312687TI | Bratz Babyz w/th Hair Meygan | | | | | | 960 | 6,528 | 2,696 |
| 312687W | Bratz Babyz w/th Hair Meygan | | | | | | 17,760 | 76,368 | 51,593 |
| 312687SC | Bratz Babyz w/th Hair Meygan | | | | | | 59,010 | 440,615 | 179,803 |
| 312703 | Bratz Babyz w/th Hair Fianna | | | | | | 8,218 | 55,308 | 21,958 |
| 312703SC | Bratz Babyz w/th Hair Fianna | | | | | | 980 | 6,528 | 2,057 |
| 312703TI | Bratz Babyz w/th Hair Fianna | | | | | | 19,404 | 83,437 | 51,459 |
| 312710 | Bratz Babyz w/th Hair Dana | | | | 1,800 | 12,627 | 5,395 | 1,439 | 8,188 | 4,131 |
| 312710SC | Bratz Babyz w/th Hair Dana | | | | 7,200 | 30,960 | 3,438 | | | |
| 312710W | Bratz Babyz w/th Hair Dana | | | | 30,324 | 227,430 | 91,184 | 68,441 | 498,858 | 190,788 |
| 312710TI | Bratz Babyz w/th Hair Sasha | | | | 691 | 6,308 | 2,711 | 105,580 | 755,624 | 307,523 |
| 312724W | Bratz Babyz w/th Hair Sasha | | | | 3,000 | 15,480 | 10,955 | 13,800 | 59,340 | 40,034 |
| 312724W | Bratz Babyz w/th Hair Sasha | | | | 4,701 | 35,258 | 14,305 | 51,411 | 378,536 | 155,444 |
| 312742WC | Bratz Babyz w/th Hair Sasha | | | | 3,450 | 24,201 | 10,498 | 9,000 | 61,200 | 26,186 |
| 312802 | Bratz Petz (mocked) 12 pc Asst | | | | 62,940 | 298,195 | 97,557 | 76,332 | 378,608 | 121,764 |
| 312802V | Bratz Petz (mocked) Appr Asst | | | | | | | 12,000 | 28,400 | 18,600 |
| 312802VI | Bratz Petz (mocked) Appr Asst | | | | | | | 8,332 | 38,994 | 14,114 |
| 312802V2 | Bratz Petz (mocked) Appr COU B | | | | | | | 8,332 | 30,994 | 12,892 |
| 312802W | Bratz Petz Appr Asst | | | | | | | 8,336 | 37,012 | 13,036 |
| 312802WS | Bratz Petz (mocked) Appr COU | | | | 28,500 | 170,715 | 46,370 | 6,234 | 8,784 | 9,694 |
| 312802X | Bratz Petz (mocked) 6 pc Asst | | | | 1,600 | 9,062 | 2,480 | 1,600 | 31,680 | 2,464 |
| 312810 | BRATZ PETZ (MOLDED) ANGEL | | | | | | | 14,400 | 25,502 |
| 312813 | Bratz Petz (molded) - Rowdy Rbt | | | | 2 | 6 | 3 | 12 | 28 | 20 |
| 312813 | Bratz Petz (molded) - Kool Kat | | | | 3 | 8 | 5 | 9 | 22 | 18 |
| 313030X | Bratz Petz/Rock/Display Prgnt 2pc | | | | 2,453 | 555,602 | 5,544 | | | |
| 314035 | Bratz Babyz Twins Krysta & Kali | | | | 2 | 7 | 5 | 1,200 | 4,360 | 2,724 |
| 314035ASI | Bratz Babyz Twins Krysta & Kali | | | | | | | 15,300 | 143,503 | 72,437 |
| 314035W | Bratz Babyz Twins Krysta & Kali | | | | | | | 7,600 | 92,872 | 36,302 |
| 314035SI | Bratz Babyz Twins Krysta & Kali | | | | | | | 6,000 | 40,500 | 28,872 |
| 314766 | Bratz Babyz Twins Tess & Nona | | | | 36,914 | 422,811 | 149,578 | 18,000 | 197,820 | 81,864 |
| 314783TIT | Bratz Babyz Twins Tess & Nona | | | | | | | 88,468 | 759,173 | 358,464 |
| 320002 | Bratz Babyz Twins Tess & Nona | | | | 12,000 | 71,180 | 49,552 | 12,000 | 68,400 | 48,552 |
| 323341 | Lil Bratz Rockstar 40 Doll Pack INTL | | | | 6,000 | 89,760 | 28,680 | | | |
| 323410 | Bratz Babyz Twins 50 pc Asst Wave 1 | | | | 3,450 | 39,114 | 16,822 | 18,135 | 161,746 | 68,300 |
| 323411SI | Bratz Babyz Twins 50 pc Asst Wave 1 | | | | | | | 20,004 | 161,032 | 66,259 |
| 323747 | Rock Angel 12 Micro-Bratz 12 pc Asst | | | | 75,012 | 168,777 | 120,098 | 1,200 | 16,140 | 5,782 |
| 333751 | Rock Angel Micro-Bratz Allmin | | | | 3,334 | 12,503 | 5,874 | | | |
| 333764 | Rock Angel Micro-Bratz Meygan | | | | 1,667 | 6,251 | 2,904 | | | |
| 333775 | Rock Angel Micro-Bratz Talia | | | | 1,667 | 6,251 | 2,842 | | | |
| 325009 | Bratz Babyz Holiday Doll | | | | | | | 28,142 | 301,483 | 175,325 |
| 325012 | Bratz Babyz Holiday Doll Cloe | | | | 10,008 | 59,848 | 24,790 | 4,002 | 45,103 | 25,557 |
| 325918 | Isy Bitsy Bratz Babyz Cloe | | | | | | | 12,000 | 13,560 | 9,648 |
| 325925 | Isy Bitsy Bratz Babyz Yasmin | | | | | | | 12,000 | 13,560 | 9,720 |
| 325932 | Isy Bitsy Bratz Babyz Fianna | | | | | | | 8,600 | 10,848 | 7,891 |
| 325949 | Isy Bitsy Bratz Babyz Meygan | | | | | | | 12,000 | 13,560 | 9,744 |
| 334415 | Bratz Babyz The Movie Dancers 6 pc A | | | | | | | 314,388 | 2,658,602 | 1,323,492 |
| 334415B | Bratz Babyz The Movie Bratz Allmin | | | | | | | 4,080 | 28,591 | 17,300 |
| 334415EU | Bratz Babyz The Movie Bratz Nazalie | | | | | | | 6,000 | 40,680 | 25,759 |
| 334416W | Bratz Babyz Lil Dancers Div 6 pc Asst | | | | | | | 178,982 | 1,176,879 | 760,881 |
| 334422 | Bratz Babyz The Movie Lil Dancers 6 p | | | | | | | 12,402 | 65,845 | 53,576 |
| 334422SC | Bratz Babyz The Movie Lil Dancers CI | | | | | | | 130,056 | 1,172,247 | 578,287 |
| 334422BC1 | Bratz Babyz The Movie Lil Dancers CI | | | | | | | 840 | 6,544 | 3,585 |
| 334422TI | Bratz Babyz The Movie Lil Dancers CI | | | | | | | 600 | 5,274 | 2,563 |
| 334439 | Bratz Babyz The Movie Lil Dancers Ysm | | | | | | | 8,908 | 63,615 | 38,797 |
| | | | | | | | 155,415 | 1,341,834 | 654,863 |

MGA0868828

CONFIDENTIAL -- ATTORNEY'S EYES ONLY

EXHIBIT 4
PAGE 147

# 7. Bratz Sales
## 2001 - 2006
### Profit Center 0600 SMALL/MINI DOLLS by Item
Note: COS at HK Std Cost is based on the respective year's true HK Stds

| Item # | Description | 2001 | 2002 | 2003 | 2004 | 2005 | 2006 |
|---|---|---|---|---|---|---|---|
| 334439SC | Bratz Babyz The Movie Lil Dancers | | | | | | 804 | 6,263 | 3,403 |
| 334439SC1 | Bratz Babyz The Movie Lil Dancers | | | | | | 900 | 7,911 | 3,813 |
| 334439TI | Bratz Babyz The Movie Lil Dancers | | | | | | 8,968 | 63,815 | 36,482 |
| 334440 | Bratz Babyz The Movie Dancers Hdq | | | | | | 77,883 | 653,022 | 328,863 |
| 334440SC | Bratz Babyz The Movie Lil Dancers | | | | | | 384 | 2,991 | 1,625 |
| 334440SC1 | Bratz Babyz The Movie Lil Dancers | | | | | | 300 | 2,637 | 1,271 |
| 334440TI | Bratz Babyz The Movie Lil Dancers | | | | | | 6,369 | 45,156 | 27,230 |
| 334454 | Bratz Babyz The Movie Twins Nora & | | | | | | 309,879 | 3,591,429 | 1,395,604 |
| 334454AS | Babyz Babyz The Movie Twins Nora & | | | | | | 8,080 | 87,022 | 35,964 |
| 334454TS | Babyz Babyz The Movie Twins Nora & | | | | | | 2,970 | 30,907 | 14,268 |
| 334491 | Bratz Babyz Tri-Baby | | | | | | 164,262 | 2,734,851 | 1,082,292 |
| 334491EC | Bratz Babyz Tri-Baby | | | | | | 1,080 | 15,109 | 7,367 |
| 334491WC | Bratz Babyz Tri-Baby | | | | | | 9,600 | 143,904 | 81,891 |
| 334040V | Itsy Bitsy Bratz Babyz 12 pc Ast | | | | | | 363,376 | 598,624 | 295,377 |
| 335105L | Itsy Bitsy Bratz Babyz In CDU Pack | | | | | | 9,998 | 16,763 | 7,400 |
| 335182 | Bratz Babyz 32 Mini Combo Pack | | | | 3,510 | 30,382 | 13,731 | 6,504 | 72,975 | 25,444 |
| 335192 | Bratz Babyz Boyz Harvey | | | | | | 121,968 | 859,120 | 305,670 |
| 335192TI | Bratz Babyz Boyz Harvey | | | | | | 720 | 4,937 | 1,658 |
| 335292DC | Bratz Babyz Boyz Harvey | | | | | | 8,202 | 35,269 | 20,005 |
| 335192TT | Bratz Babyz Boyz Harvey | | | | | | 21,804 | 71,953 | 43,390 |
| 335214 | Bratz Babyz Ponyz AMBROSIA Orang | | | | | | 15,504 | 51,163 | 30,853 |
| 335221 | Bratz Babyz Ponyz BRYNESEE Green | | | | | | 17,904 | 59,063 | 35,829 |
| 335320 | Bratz Babyz Ponyz ADARA Burgundy | | | | | | 21,804 | 71,853 | 43,330 |
| 335338 | Bratz Babyz Ponyz CARMELINA Pink | | | | | | 20,361 | 80,660 | 44,918 |
| 335340 | Bratz Babyz Ponyz 3 pc Asst | | | | | | 5,334 | 22,936 | 11,707 |
| 335357 | Bratz Babyz Ponyz Trio | | | | | | 5,334 | 22,936 | 11,787 |
| 335371 | Bratz Babyz Ponyz Arya | | | | | | 5,334 | 22,936 | 11,787 |
| 335388 | Bratz Babyz Ponyz Bilo | | | | | | 54,696 | 159,030 | 79,561 |
| 335450 | Babyz Circus Ponyz 4 pc Asst | | | | | | 12,000 | 36,280 | 18,679 |
| 335454V | Bratz Circus Babyz 4 pc Asst CDU Pack | | | | | | 19,770 | 131,058 | 48,910 |
| 347159 | Bratz Babyz Boyz Hair Flair Elkin | | | | | | 79,560 | 436,578 | 218,201 |
| 348917C | Bratz Babyz Hair Flair Glow in the Dark | | | | | | 16,092 | 109,306 | 43,804 |
| 348917V | Bratz Babyz Hair Flair Glow in the Dark | | | | | | 13,386 | 72,414 | 37,081 |
| 348917M | Bratz Babyz Hair Flair Glow in the Dark | | | | | | 6,866 | 38,207 | 19,163 |
| 348924 | Bratz Babyz Hair Flair Glow in the Dark | | | | | | 46,054 | 330,660 | 135,234 |
| 348931 | Bratz Babyz Hair Flair Glow in the Dark | | | | | | 20,088 | 125,570 | 54,710 |
| 348948 | Bratz Babyz Hair Flair Glow in the Dark | | | | | | 6,645 | 30,235 | 17,934 |
| 348955 | Bratz Babyz Hair Flair Glow in the Dark | | | | | | 5,760 | 26,265 | 15,723 |
| 350027 | Bratz Babyz Mermaidz Doll 3 pc Asst | | | | | | 144,492 | 975,960 | 474,656 |
| 350027AA | Bratz Babyz Mermaidz Doll 3 pc Asst | | | | | | 666 | 6,257 | 2,348 |
| 350027C | Bratz Babyz Mermaidz Doll Ast Chico | | | | | | 16,770 | 132,747 | 65,719 |
| 350027I | Bratz Babyz Mermaidz Doll 3 pc Asst | | | | | | 24,000 | 109,200 | 80,280 |
| 350027L | Bratz Babyz Mermaidz Doll Asst Africo | | | | | | 7,500 | 44,925 | 27,707 |
| 350027V | Bratz Babyz Mermaidz Doll Asst 3 pc | | | | | | 7,500 | 44,925 | 27,624 |
| 350934 | Bratz Babyz Mermaidz Cloe | | | | | | 22,419 | 149,416 | 74,593 |
| 350941 | Bratz Babyz Mermaidz Yasmin | | | | | | 20,301 | 139,339 | 68,017 |
| 350958 | Bratz Babyz Mermaidz Jade | | | | | | 7,768 | 45,649 | 26,162 |
| 350965C | Bratz Babyz Mermaidz Sasha | | | | | | 11,160 | 70,564 | 36,268 |
| 350965 | Bratz Babyz Mermaidz Sasha | | | | | | 2,400 | 18,360 | 8,104 |
| 350990 | Bratz Babyz 3 Triplets Rony Avery & Eriri | | | | | | 3,900 | 40,410 | 25,054 |
| 350990C | Bratz Babyz 3 Triplets Rony Avery & Eriri | | | | | | 3,600 | 53,864 | 23,961 |
| 351190 | Bratz Babyz Bride & Groom w/Ring 3 pc | | | | | | 10,620 | 161,059 | 69,282 |
| 401081 | Bratz Babyz 3 pc Bride | | | 3,000 | 66,450 | 20,863 | | | |
| 401083 | Lil Bratz 4 Rock Combo Refresh | | | 17,880 | 267,485 | 65,663 | | | |
| 401910 | Lil Bratz Rox Assortment | | | 156,300 | 398,250 | 270,332 | | | |
| 402198 | Lil Bratz Rox Assortment | | | 58,020 | 658,606 | 276,844 | | | |
| 402231L | Lil Bratz Rock Starz 4 Doll Pack | | | 20,016 | 317,053 | 116,375 | | | |
| 403582 | Bratz Babyz Special 3 Pack Combo 6 pc | | | 140,496 | 773,853 | 348,009 | | | |
| 403593 | Bratz Babyz Seasonal Assortment 6 pc | | | | | 21 | | | |
| 403579 | Bratz Babyz Educ Eggs Babyz Future | | | | | | 252,750 | 50,550 | 26,266 |
| 403500 | Bratz Babyz Easter Eggs Babyz Equine | | | | | | 252,750 | 50,550 | 26,266 |
| 403592 | Bratz Babyz Easter Eggs Babyz Equine | | | | | | 252,750 | 50,550 | 26,266 |
| 403593 | Bratz Babyz Easter Eggs Babyz Equine | | | | | | 252,750 | 50,550 | 26,266 |
| 403693 | Bratz Babyz Easter Eggs Babyz Equine | | | | | | 15,774 | 114,684 | 60,783 |
| 404193 | Lil Bratz Doll 90 pc Assortment (4+AB+Cd) | | | 25,302 | 189,258 | 102,625 | | | |
| 404198 | Lil Bratz Doll 90 pc Assortment (4+AB+Cd) | | | 100,032 | 135,043 | 88,028 | | | |
| 404203 | Bratz Itsy Bitsy Babyz 4 Doll Pack | | | | | | 65,246 | 244,860 | 91,804 |
| 404288 | Bratz Itsy Bitsy Babyz 4 Doll Pack | | | | | | 58,864 | 358,887 | 183,285 |
| 404275 | Bratz Babyz Twins Doll w/II Baby Doll IV | | | | | | 49,182 | 504,116 | 351,307 |
| 404355 | Bratz Twins Doll w/Babyz Twins Valid 2 | | | | | | 1,056 | 36,106 | 8,073 |
| 405282 | Bratz Babyz Diamondz Cloe | | | | | | 34,884 | 261,630 | 127,152 |
| 405283WC | Bratz Babyz Diamondz Cloe | | | | | | 12,000 | 87,000 | 43,899 |
| 405306 | Bratz Babyz Holiday Doll 6 pc Asst | | | | | | 57,582 | 411,509 | 169,752 |
| 405313 | Bratz Babyz Rodeo | | | | | | 2,502 | 17,014 | 7,076 |
| 405315C | Bratz Babyz Rodeo | | | | | | 2,508 | 17,054 | 7,441 |
| 405353 | Bratz Babyz Ice Champions Yasmin | | | | | | 87,612 | 635,187 | 253,023 |

CONFIDENTIAL -- ATTORNEY'S EYES ONLY

MGA0868829

EXHIBIT 4
PAGE 148

**7. Bratz Sales**
2001 - 2006
**Profit Center 0600 SMALL/MINI DOLLS by Item**
Note: COS at HK Std Cost is based on the respective year's true HK Stds

| | | 2005 | 2006 | | |
|---|---|---|---|---|---|
| 405834 | Bratz Babyz Costume Party(4 pc Asst) | | 40,002 | 301,829 | 107,925 |
| 405072 | Bratz Genie Magic Micro Bratz Dp-Asst | | 70,008 | 157,518 | 108,352 |
| 406204 | Bratz Itsy Bitsy Holiday Doll 12 pc Asst | | 100,008 | 175,014 | 88,287 |
| 406468 | Bratz Babyz Bride/a Groom w/RLD Dation | | 250,002 | 5,407,924 | 2,145,517 |
| 407317 | Bratz Babyz 4pk Asst | | 60,000 | 81,000 | 50,976 |
| 407606 | Bratz Babyz Hit Magic Code | | 23,934 | 195,319 | 74,014 |
| 407876 | Bratz Babyz Adventure Girlz Flanna | | 25,002 | 206,287 | 76,644 |

\\LACL2FP1\users2\JP J08931\MOMS\WP\client stuff\MGA\Depositions\30(b)(6)\Mattel 30:

MGA0868830

CONFIDENTIAL – ATTORNEY'S EYES ONLY

EXHIBIT 4
PAGE 149