# 7. Bratz Sales
## 2001 - 2006
### Profit Center 1600 CONSUMER ELECTRONICS by Item
Note: COS at HK Std Cost is based on the respective year's true HK Stds

| Profit Center-current | Item | Item Name | Quantity 2006 | Gross USD | HK Std Cost USD |
|---|---|---|---|---|---|
| Total | | | 924,255 | 26,974,774 | 17,276,886 |
| 1000 CONSUMER ELECTRONICS | Total | | 924,255 | 26,974,774 | 17,276,886 |
| | 257413 | Bratz Cabin Book 2.4ghz Cordless Phone - White | 6 | 137 | 81 |
| | 257810 | Bratz Cordless Fashion Phone - White | 10,836 | 112,926 | 161,435 |
| | 257820 | Bratz Funkadelic Fashion Phone | 13 | 101 | 67 |
| | 257820AU | Bratz Funkadelic Fashion Phone | | | |
| | 257820T | Bratz Electric Funk 2" Punkyjuk Fashion Phone | | | |
| | 257844 | Bratz CD Player - White | 4,020 | 87,561 | 72,734 |
| | 257844T | Bratz Portable CD Player | | | |
| | 257868 | Bratz Super-Star Style Alarm Clock | 60 | 264 | 176 |
| | 257868U | Bratz Super-Star Style Alarm Clock (KM art) | | | |
| | 257869K | Bratz Super-Star Style Alarm Clock (KM art) | 4,358 | 21,276 | 13,081 |
| | 257863 | Bratz Funk-Star Style Alarm Clock Kmart | | | |
| | 257873A | Bratz Beauty Boom Box | 6,906 | 139,292 | 184,223 |
| | 257873AU | Bratz Beauty Boom Box | | | |
| | 257882 | Bratz Electric Funk 2 Digital Camera | 34 | 765 | 510 |
| | 261315 | Bratz 35mm Girl-friendly Splash Cam - White | 34 | 220 | 95 |
| | 261319W | Bratz Electric Funk Skinny Girl Glam Cam W/ Wall & KM | 548 | 2,192 | 1,534 |
| | 261322 | Bratz Kitzy Kool Oldschool Karaoke Pakat WM (10 chan PD) | 3,821 | 239,625 | 162,260 |
| | 261322W | Bratz Kitzy Kool Oldschool Karaoke Pakat WM (10 chan PD) | | | |
| | 263571 | Bratz Groovin Tube TV | 1,367 | 62,855 | 73,445 |
| | 263589A | Bratz Lil'clicks Flip Phone | 2,161 | 13,007 | 10,351 |
| | 263589AU | Bratz Lil'clicks Flip Phone | | | |
| | 263958 | Bratz Electric Funk Lip Phone X10 pc PDQ | | | |
| | 264389 | Bratz Luscious Lip Phone | 8 | 180 | 120 |
| | 265499 | Bratz Stylin Portable CD Player - Pink | 1,008 | 6,437 | 3,818 |
| | 266955 | Bratz 35mm Glimmerific Glam Cam w/ Film - Pink | | | |
| | 267051 | Bratz Electric Funk 35mm Glam Cam w/ Margarita | 1 | 5 | 4 |
| | 267053 | Bratz 35mm Glimmerific Glam Cam w/ Film - White | 5,954 | 28,164 | 23,546 |
| | 267432 | Bratz Stylin 'n Styles Shower Radio | | | |
| | 267491 | Bratz Stylin 'n Styles Shower Radio | 10,111 | 228,952 | 163,818 |
| | 267503 | Bratz Chill-out Fridge | | | |
| | 267530K | Bratz Electric Funk Refrigerator | | | |
| | 267530U | Bratz Refrigerator | | | |
| | 268514 | Bratz Alarm Clock w/ FM Radio | 6,310 | 95,771 | 154,175 |
| | 271403 | Bratz Digital Camera w/ catalog pop Asst - Target | 37 | 1,030 | 686 |
| | 271505 | Bratz Digital Camera Asst w/ case - Blue | 50 | 1,391 | 928 |
| | 271812 | Bratz 35mm Glimmerific Glam Cam w/ Film - Pink | 1,806 | 21,970 | 35,919 |
| | 271529 | Bratz Digital Camera Asst w/ case - Pink | 1,230 | 6,155 | 4,787 |
| | 271615 | Bratz Star Alarm Clock Radio pp Asst | | | |
| | 271645B | Bratz Star Alarm Clock Asst | | | |
| | 271645U | Bratz Star Alarm Clock (WM) | | | |
| | 271645W | Bratz Star Alarm Clock (WM) | 3,516 | 17,580 | 13,712 |
| | 271550 | Bratz Star Alarm Clock Radio Asst - Plum | 22 | 129 | 86 |
| | 271657 | Bratz Star Alarm Clock Radio Asst - White | 45 | 263 | 176 |
| | 271657A | Bratz Star Alarm Clock Radio Asst - Aqua | 24 | 141 | 94 |
| | 271590 | Bratz Stylin Glimmerific Glam Camera Asst - Spring 04 | 8,932 | 35,736 | 26,957 |
| | 271604 | Bratz 35mm Glimmerific Glam Camera - Blue | 462 | 1,651 | 1,394 |
| | 271618 | Bratz 35mm Glimmerific Glam Camera - Aqua | 401 | 1,613 | 1,210 |
| | 271623 | Bratz 35mm Glimmerific Glam Camera - Pink | 216 | 864 | 652 |
| | 271642 | Bratz Glitzy-2-Go Curling Iron | | | |
| | 272274 | Bratz Pinkup Vanity Mirror | 12 | 150 | 41 |
| | 272304 | Bratz Rockin Radio 4 mic Asst | | | |
| | 272305 | Bratz Camera w/ Film - Battery Asst | | | |
| | 280263 | Bratz Kickin Coal AM/FM Clock Radio Phone (iCP) | 108 | 1,215 | 1,093 |
| | 280264 | Bratz Kickin Coal AM/FM Clock Radio Phone (iCP) | | | |
| | 280308 | Bratz Rockin'N Go Radio | 10,663 | 55,019 | 45,840 |
| | 280603 | Eli Bratz Clock Karaoke | | | |
| | 286328 | Bratz Glam Portable CD Player Asst | 207 | 3,521 | 3,267 |
| | 286336 | Bratz X-CD Player Lil' Blue | 2,604 | 30,390 | 47,114 |
| | 286343 | Bratz CD Player - Pink | 2,640 | 30,786 | 47,766 |
| | 290400 | Bratz Plugged In Single Use Camera | | | |
| | 302467 | Bratz Plugged In Portable CD Player | 14,197 | 310,787 | 174,623 |
| | 302467CA | Bratz Plugged In Portable CD Player | 300 | 7,275 | 4,151 |
| | 302677 | Bratz Plugged In Personal CD Player | | | |
| | 302527W | Bratz Plugged In Personal CD Player (WT) | 1 | 21 | 14 |
| | 302854 | Bratz CD Boombox (WT) | | | |
| | 302854UK | Bratz Plugged In Handbag CD Boombox (WT) | 14,788 | 422,433 | 257,003 |
| | 302841 | Bratz Lips CD Boombox (WT) | 7,645 | 203,854 | 123,611 |
| | 302841CA | Bratz Lips CD Boombox (WT) | 400 | 12,128 | 6,480 |
| | 302859 | Bratz Lips Shower Radio (WT) | 2,672 | 29,162 | 10,455 |
| | 302869 | Bratz Lips Shower Radio (WT) | | | |
| | 302869SC | Bratz Kickin Cool AM/FM Lips Clock Radio Phone | 760 | 12,561 | 9,366 |

CONFIDENTIAL — ATTORNEY'S EYES ONLY

MGA0868861

EXHIBIT 4
PAGE 180

# 7. Bratz Sales
2001 - 2006
Profit Center 1600 CONSUMER ELECTRONICS by Item
Note: COS at HK Std Cost is based on the respective year's true HK Stds

| Profit Center | Item | Item Name | Quantity 2006 | Gross USD | HK Std Cost USD |
|---|---|---|---|---|---|
| | 302859W | Bratz Kick-N-Cool AM/FM Clock Radio Phone | 8,173 | 101,293 | 101,100 |
| | 302802 | Bratz Plugged In Digital Video Camera | 162 | 12,390 | 7,394 |
| | 302802EU | Bratz Plugged In Digital Video Camera | 7,503 | 514,847 | 342,302 |
| | 302802U | Bratz Digital Video Camera | 0 | 488 | 286 |
| | 302819 | Bratz Plugged In Digital Still Camera (WT) | 755 | 17,614 | 10,681 |
| | 302810A | Bratz Plugged In Digital Still Camera (WT) | 14,004 | 314,669 | 206,295 |
| | 302819W | Bratz Digital Still Camera | 142 | 3,127 | 2,051 |
| | 302828 | Bratz Rock Angelz CD Boombox (WT) | 42 | 1,262 | 722 |
| | 302826UK | Bratz Rock Angelz CD Boombox (WT) | 400 | 12,126 | 6,866 |
| | 302893 | Bratz Rock Angelz Personal CD Player (WT) | 1,395 | 24,314 | 19,142 |
| | 302910A | Bratz Rock Angelz Personal CD Player (WT) | 646 | 12,183 | 8,968 |
| | 302940 | Bratz Rock Angelz Stick-Ups Camera | 7,060 | 23,111 | 17,417 |
| | 303122 | Bratz Ringed In Lip Phone | 13,467 | 146,242 | 68,995 |
| | 303123 | Bratz Bugged In Kissed Up Phone | 2,204 | 28,541 | 11,188 |
| | 303128C | Bratz Plugged In Lip Phone | 2,688 | 31,046 | 13,966 |
| | 303128CUK | Bratz Plugged In Kissed Up Phone | 10,000 | 84,920 | 53,580 |
| | 303132W | Bratz Plugged In Kissed Up Phone | 33,039 | 215,086 | 160,913 |
| | 303172 | Bratz Plugged In Portable DVD Player (WT) | 166 | 23,725 | 16,465 |
| | 303171K | Bratz Portable DVD Player (WT) | 6,408 | 620,551 | 570,312 |
| | 303248 | Bratz Rock Angelz Digital Camera | 623 | 9,034 | 9,225 |
| | 303248A | Bratz Rock Angelz Digital Camera | 1,560 | 22,395 | 23,235 |
| | 303248EU | Bratz Rock Angelz Digital Camera (WT) | 9,420 | 44,140 | 40,506 |
| | 305057 | Bratz Rock Angelz Headphone Radio (WT) | 7,404 | 52,216 | 33,455 |
| | 305118 | Bratz Stur Alarm Clock Radio (WT) | 3,600 | 20,076 | 10,906 |
| | 305125 | Bratz Plugged In 35mm Camera 4 pc Asst | | | |
| | 305125B | Bratz Plugged In 35mm Camera 4 pc Asst | 5,000 | 37,550 | 15,150 |
| | 305125W | Bratz 35mm Glamcam Camera 3pc Asst | 267 | 6,374 | 4,873 |
| | 305132 | Bratz Plugged In 2.4 GHz Up Cordless Tel | | | |
| | 305149 | Bratz Plugged In Kissed 2.4 GHz Up Cordless Tel | 1,460 | 7,658 | 4,424 |
| | 305159 | Bratz Plugged In 5mm Camera Rungle | 420 | 2,199 | 1,273 |
| | 305163 | Bratz Plugged In 5mm Gnd-ld-Line | 1,285 | 6,743 | 3,694 |
| | 307103 | Bratz Rock Angelz Stuf Alarm Clock w/ Radio | 8 | 77 | 38 |
| | 307166 | Bratz Rock Angelz Stuf Alarm Clock w/ Radio | 2,852 | 17,796 | 14,098 |
| | 307615UK | Bratz Plugged In Mated Counting Rom | 9,936 | 107,011 | 76,792 |
| | 307615K | Bratz Plugged In MP3 Player (256MD) | | | |
| | 302246 | Bratz Plugged In Lipstick MP3 Player | 96 | 5,400 | 3,284 |
| | 302246EU | Bratz Plugged In Lipstick MP3 Player | | | |
| | 305246W | Bratz Plugged In Lipstick MP3 Player | 36 | 2,019 | 1,235 |
| | 305321 | Bratz Plugged In 13 TV/DVD Player | 14,084 | 1,981,311 | 1,284,606 |
| | 305321U | Bratz Plugged In 13 TV/DVD Player | 2 | 286 | 185 |
| | 305331UK | Bratz Plugged In 14 TV/DVD Player | | | |
| | 309918 | Bratz Plugged In 15 TV | 12,591 | 736,545 | 658,020 |
| | 311100 | Bratz Fashionably Loud CD Player | 12,000 | 270,771 | 158,670 |
| | 333058 | Electronic Eallet Program (K9 3cd) | | | |
| | 333449 | Bratz Portable CD Player with built-in speakers | 80,104 | 1,752,783 | 889,252 |
| | 333458 | Bratz CD Boombox | 39,733 | 1,136,832 | 691,354 |
| | 333458CK | Bratz CD Boombox | 604 | 15,608 | 10,993 |
| | 333458BC | Bratz CD Boombox | 11,530 | 346,718 | 207,540 |
| | 333463UK | Fantasy CD Boombox | 4,970 | 156,593 | 89,460 |
| | 333458KW | Bratz CD Boombox | 42,260 | 639,954 | 325,288 |
| | 334470 | Bratz Talk-Back Alarm Clock | 1,404 | 24,556 | 11,031 |
| | 334470W | Bratz Talk-Back Alarm Clock | 7,000 | 122,430 | 54,110 |
| | 333447 | Bratz 13" TV/DVD player combination | 20,831 | 2,639,181 | 1,587,331 |
| | 333447G | Bratz 13" TV/DVD player combination | 650 | 74,094 | 49,530 |
| | 333470UK | Bratz 14" TV/DVD player combination | 21,817 | 2,719,520 | 1,690,232 |
| | 333500 | Bratz 15 MM camera with film | 9,624 | 63,422 | 35,609 |
| | 333500UK | Bratz 25 MM camera with film | 6,000 | 36,300 | 22,800 |
| | 333517 | Bratz Plugged In 5 pc Sidekick | 51,678 | 207,748 | 128,137 |
| | 333654 | Bratz Digital Video Camera | 14,860 | 903,469 | 677,772 |
| | 335122 | Bratz Digital Video Camera | 16,338 | 1,066,836 | 743,379 |
| | 335122EU | Bratz Digital Video Camera | 60 | 3,775 | 2,730 |
| | 335122E | Bratz Digital Video Camera | 4,662 | 276,431 | 212,354 |
| | 335122W | Bratz Digital Video Camera | 5,000 | 372,350 | 227,750 |
| | 335122WW | Bratz Digital Video Camera Table | 36,220 | 1,334,663 | 865,286 |
| | 337966 | Bratz Text and Call Walkie Talkies | 2,000 | 69,960 | 49,080 |
| | 337956BC | Bratz Text and Call Mobile Handsets | 804 | 23,718 | 19,730 |
| | 337956T | Bratz Text and Call Mobile Handsets (QD) | 17,760 | 623,567 | 424,266 |
| | 337966UK | Bratz Text M/I Walkie Talkies | 22,700 | 738,603 | 504,979 |

MGA0868862

CONFIDENTIAL -- ATTORNEY'S EYES ONLY

EXHIBIT 4
page 181

# 7. Bratz Sales
## 2001 - 2006
### Profit Center 1600 CONSUMER ELECTRONICS by Item

Note: COS at HK Std Cost is based on the respective year's true HK Stds

| #ofKConnectCurrent | Item | Item Name | Quantity 2006 | Gross USD | HK Std Cost USD |
|---|---|---|---|---|---|
| | 33B055 | Bratz 256MB Bratz Player White | 312 | 11,136 | 4,356 |
| | 33B055SC | Bratz 256MB Bratz Player White | 1,248 | 44,928 | 17,854 |
| | 33B053SC | Bratz Kidz Boombox | 3,000 | 77,870 | 48,000 |
| | 33B045 | Bratz 256MB Bratz Player 6.0 pcAdd | 30,108 | 1,002,977 | 421,271 |
| | 33B045EU | Bratz 128MB Bratz MP3 Player 6.0 pcAdd | 2,502 | 67,152 | 36,009 |
| | 33B052 | Bratz 256MB Bratz Player Pink | 54 | 2,106 | 755 |
| | 33B052EU | Bratz 128MB Bratz Player Pink | 30,024 | 622,612 | 432,105 |
| | 33B052SC | Bratz 256MB Bratz Player Pink | 1,008 | 36,268 | 14,259 |
| | 342298 | Bratz Light Up I Case with Bass Speakers | 1,656 | 35,331 | 17,542 |
| | 342342 | Bratz Babyz iPetz Piggy | 4,470 | 61,217 | 29,167 |
| | 342342C | Bratz Babyz iPetz Piggy | 549 | 5,765 | 3,602 |
| | 342779 | Bratz Talk Back Alarm Clock | 5,427 | 74,893 | 41,728 |
| | 343163 | Bratz Speaker Chair | 54,183 | 1,083,118 | 525,033 |
| | 340769 | Bratz Speakers | 2,500 | 33,125 | 17,550 |
| | 343989SC | Bratz Sound Bleton Speakers | 704 | 9,328 | 5,832 |
| | 347163 | Bratz iPod Case | 2,500 | 26,250 | 9,933 |
| | 342231 | 35mm Camera with Film and Gift | 13,508 | 108,532 | 54,842 |
| | 348970 | Bratz Portable CD Player with built in speakers | 141 | 2,861 | 1,530 |
| | 349017 | Bratz Speakers (no flavor pop) | 9,032 | 108,294 | 57,534 |
| | 351399C | Bratz Cordless Headphones | 2,400 | 25,200 | 18,272 |
| | 404085 | Bratz Consumer Electronics Gift Pack | | | |
| | 406408 | Bratz FlipFlip Corded Phone | 10,608 | 115,092 | 62,150 |
| | 407596 | Bratz Plugged In Personal CD Player & 35mm Camera Value Pack | 998 | 22,898 | 16,024 |
| | J18070A | Bratz Projector | 3,971 | 78,705 | 24,538 |

\\LACL2FP1\users2\JP-J09631\MOMSWP\client stuff\MGA\Depositions\30(b)(6)Mattel 30(b)(6) to MGA\Tonnu prep\Bratz data tc

MGA0868863

CONFIDENTIAL — ATTORNEY'S EYES ONLY

EXHIBIT 4
PAGE 182

# 7. Bratz Sales
2001 - 2006

Profit Center 1800 CONSUMER ELECTRONICS by Item
Note: COS at HK Std Cost is based on the respective year's true HK Stds

| Profit Center (current) | Item | Item Name | Total Quantity | Gross USD | HK Std Cost USD | 2002 Quantity | Gross USD | HK Std Cost | 2003 Quantity | Gross USD | HK Std Cost USD | 2004 Quantity | Gross USD | HK Std Cost USD | 2005 Quantity |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Total | | | 2,932,876 | 41,682,216 | 23,007,889 | 540 | 5,445 | 4,115 | 376,096 | 3,383,854 | 1,794,378 | 728,600 | 8,090,611 | 4,220,511 | 850,968 |
| 1800 YOUTH ELECTRONICS | Total | | 2,932,876 | 41,682,216 | 23,007,889 | 540 | 5,445 | 4,115 | 376,096 | 3,383,854 | 1,794,378 | 728,600 | 8,090,611 | 4,220,511 | 850,968 |
| | 100365 | Bratz PFF Matchmaker Journal (WT) | 9,766 | 69,999 | 42,000 | | | | | | | | | | 13,324 |
| | 256700 | Bratz Secret Safe | 494,230 | 5,559,154 | 2,872,676 | 540 | 5,445 | 4,115 | 154,394 | 1,637,836 | 844,908 | 325,922 | 3,746,704 | 1,944,259 | |
| | 259700TR | Bratz Secret Safe Top Toy | 3,200 | 33,280 | 23,328 | | | | 3,200 | 33,280 | 23,328 | | | | |
| | 260651 | Bratz Matchmaker Journal Organiser | 284,731 | 2,183,663 | 1,072,741 | | | | 111,151 | 894,997 | 419,051 | 143,896 | 1,138,730 | 542,494 | 24,524 |
| | 260651XX | Bratz Matchmaker Journal 6 pc assort | 318 | 3,177 | 1,199 | | | | | | | | | | 318 |
| | 263139 | Bratz Match Maker Journal Cloe | 1,737 | 15,726 | 8,648 | | | | 722 | 3,862 | 2,722 | 1,014 | 11,854 | 3,623 | 1 |
| | 263142 | Bratz Match Maker Journal Yasmin | 1,734 | 15,492 | 6,537 | | | | 482 | 2,607 | 1,817 | 1,008 | 11,814 | 3,804 | |
| | 263159 | Bratz Match Maker Journal Jade | 1,626 | 16,128 | 6,130 | | | | 600 | 3,222 | 2,262 | 1,008 | 11,804 | 3,800 | |
| | 263166 | Bratz Match Maker Journal Sasha | 1,696 | 16,606 | 6,394 | | | | 480 | 2,592 | 1,810 | 1,009 | 11,814 | 3,804 | |
| | 263193 | Bratz Match Maker Journal Group Shot | 217,391 | 1,651,218 | 815,825 | | | | 97,465 | 744,019 | 394,704 | 117,865 | 889,799 | 444,351 | 2,017 |
| | 272205 | Lil Bratz Laptop | 37,488 | 1,212,633 | 713,411 | | | | | | | 31,554 | 1,003,511 | 596,445 | 5,712 |
| | 272205L | Lil Bratz Laptop V3 | 26,193 | 853,367 | 607,382 | | | | | | | 19,689 | 634,984 | 381,374 | 6,504 |
| | 274605 | Bratz Matchmaker Journal Refresh V3 | 61,776 | 481,336 | 235,031 | | | | 7,602 | 61,439 | 33,717 | 51,376 | 402,420 | 193,695 | 2,798 |
| | 275107 | Bratz Electric Funk Microphone | 9,624 | 40,246 | 22,135 | | | | | | | 2,094 | 13,305 | 4,918 | 5,090 |
| | 275107X | Lil Bratz Microphone 4/12 | 63,876 | 327,764 | 124,146 | | | | | | | 28,956 | 177,950 | 88,599 | 25,008 |
| | 275121 | Lil Bratz Youth Elect One/junmmer/jam Guitar w/Cas | 6 | 6 | 26 | | | | | | | 6 | 71 | 25 | |
| | 290813 | Bratz Match Maker Journal Refresh (WT) | 178,066 | 1,460,224 | 769,066 | | | | | | | 1,200 | 8,820 | 5,482 | 176,208 |
| | 290513T | Bratz MMJ Refresh (WT) | 6,670 | 37,581 | 24,307 | | | | | | | | | | 5,870 |
| | 285208 | Bratz Stylin Safe | 172,218 | 2,057,279 | 1,017,608 | | | | | | | 2,000 | 29,960 | 11,620 | 142,714 |
| | 295260 | Bratz Stylin Safe | 3,400 | 31,092 | 20,567 | | | | | | | | | | 2,824 |
| | 295266K | Bratz Stylin Safe | 25,652 | 258,756 | 155,280 | | | | | | | | | | 9,212 |
| | 295266NJ | Bratz Stylin Safe 4/12 Master | 960 | 8,822 | 5,629 | | | | | | | | | | 960 |
| | 295286U | Bratz Stylin Safe | 12,252 | 98,016 | 68,501 | | | | | | | | | | 12,252 |
| | 295532 | Bratz OOH LA LA Matchmaker Journal | 7,999 | 58,028 | 34,410 | | | | | | | | | | 7,897 |
| | 295532B | Bratz OOH LA LA Matchmaker Journal | 39,504 | 296,675 | 155,252 | | | | | | | | | | 29,498 |
| | 295532U | Bratz OOH LA LA Matchmaker Journal | 22,204 | 177,878 | 94,768 | | | | | | | | | | 22,204 |
| | 001567 | Lil Bratz Liuscious Lil' Laptop | 174,467 | 6,866,419 | 4,007,607 | | | | | | | | | | 137,320 |
| | 001872 | Lil Bratz Liuscious Lil' Laptop | 3,621 | 114,062 | 71,406 | | | | | | | | | | 3,621 |
| | 001572UK | Lil Bratz Liuscious Lil' Laptop | 19,446 | 618,336 | 446,676 | | | | | | | | | | 19,446 |
| | 001572UKU | Lil Bratz Liuscious Lil' Laptop | 10,017 | 191,022 | 90,894 | | | | | | | | | | 10,017 |
| | 305711 | Bratz SBank Splittoh's Digital Language Tutor | 180,249 | 1,063,951 | 378,558 | | | | | | | | | | 131,419 |
| | 305540 | Bratz Rock Angelz FM Wireless Microphone (WT) | 480 | 4,362 | 1,005 | | | | | | | | | | |
| | 305540CA | Bratz Rock Angelz FM Wireless Microphone (WT) | 7,246 | 44,044 | 16,215 | | | | | | | | | | 7,204 |
| | 305726 | Bratz Plugged In FM Wireless Mic | 2,160 | 14,054 | 4,636 | | | | | | | | | | 1,680 |
| | 305729CA | Bratz Plugged In FM Wireless Mic | 5,632 | 33,586 | 10,391 | | | | | | | | | | 2,364 |
| | 305729SG | Bratz Plugged In FM Wireless Mic | 12,267 | 87,611 | 54,637 | | | | | | | | | | 12,264 |
| | 307742 | Bratz Rock Angelz Matchmaker Journal | 5,006 | 39,141 | 24,636 | | | | | | | | | | 1,200 |
| | 320067 | Bratz Princess Matchmaker Journal | 246,131 | 8,210,077 | 4,839,627 | | | | | | | | | | |
| | 333241 | Bratz Cyber Style Laptop | 2,727 | 85,873 | 52,457 | | | | | | | | | | |
| | 333241III | Bratz Cyber Style Laptop | 664 | 27,207 | 18,260 | | | | | | | | | | |
| | 333241UK | Bratz Cyber Style Laptop | 31,002 | 881,028 | 605,779 | | | | | | | | | | |
| | 333258 | Baby Z Travel TV Learning Laptop (WT) | 109,603 | 2,820,960 | 1,229,281 | | | | | | | | | | |
| | 333258U | Baby Z Travel TV Learning Laptop (WT) | 1,746 | 41,118 | 20,493 | | | | | | | | | | |
| | 333258SG | Baby Z Travel TV Learning Laptop (WT) | 1,800 | 37,800 | 20,207 | | | | | | | | | | |
| | 333288 | Bratz Forever Diamond Z Secret Vault (W Jewelry Box) | 62,897 | 794,317 | 357,666 | | | | | | | | | | |
| | 333298SG | Bratz Forever Diamond Z Secret Vault (W Jewelry Box) | 1,620 | 17,416 | 9,146 | | | | | | | | | | |
| | 333463 | Baby Z FM Wireless Microphone + pd DOJ | 110,224 | 729,603 | 203,241 | | | | | | | | | | |
| | 333463W | Baby Z FM Wireless Microphone + pd DOJ | 60,840 | 425,272 | 136,285 | | | | | | | | | | |
| | 333859 | Bratz Forever Diamond Z FM Wireless Microphone | 95,680 | 575,316 | 177,391 | | | | | | | | | | |
| | 333859W | Bratz Forever Diamond Z FM Wireless Microphone | 8,860 | 53,191 | 16,464 | | | | | | | | | | |
| | 403210 | Rock Angelz Microphone | 29,502 | 164,986 | 99,127 | | | | | | | | | | 29,502 |
| | 407195 | Bratz Diamond Red Laptop | 76,000 | 1,790,260 | 1,413,000 | | | | | | | | | | |

\\LACL2FP1\users\2\UP\08631\MOM\SWP\client stuff\MGA\Dispositions\300(b)(6)\Mattel 300(b)(6) - MGA\Tannu prep\Bratz data to produce.xls|1800

CONFIDENTIAL -- ATTORNEY'S EYES ONLY

MGA0868864

EXHIBIT 4
PAGE 183

## 7. Bratz Sales
2001 - 2006
Profit Center 1800 CONSUMER ELECTRONICS by Item
Note: COS at HK Std Cost is based on the respective year's true HK Stds

| Profit Center/Current | Item | Item Name | Gross USD | HK Std Cost USD | Gross Qty | Gross USD | HK Std Cost USD |
|---|---|---|---|---|---|---|---|
| Total | Total | | 11,925,420 | 6,737,902 | 976,881 | 15,576,866 | 10,263,884 |
| 1800 YOUTH ELECTRONICS | Total | | 11,925,420 | 6,737,902 | 976,881 | 15,576,866 | 10,263,884 |
| | 100355 | Bratz RFS Matchmaker Journal (WT) | | | 8,756 | 59,999 | 42,000 |
| | 255740 | Bratz Secret Safe | 168,815 | 79,038 | 50 | 354 | 297 |
| | 256700T | Bratz Secret Safe Trophy | | | | | |
| | 260851 | Bratz Matchmaker Journal Brunette | 128,226 | 92,832 | 5,000 | 21,710 | 18,363 |
| | 260851XX | Bratz Matchmaker Journal Blondes | 3,177 | 1,198 | | | |
| | 263115 | Bratz Match Maker Journal Cloe | 10 | 4 | | | |
| | 263112 | Bratz Match Makeroutlual Yasmin | | | 243 | 1,071 | 910 |
| | 263159 | Bratz Match Makerdouvnat Jade | | | 16 | 102 | 68 |
| | 263160 | Bratz Match Maker Journal Sasha | | | 207 | 1,101 | 700 |
| | 263173 | Bratz Match Maker Journal Group Shot | 17,146 | 7,804 | 44 | 253 | 166 |
| | 272205 | Lil Bratz Laptop | 201,891 | 110,894 | 222 | 7,231 | 4,301 |
| | 272205L | Lil Bratz Laptop | 218,363 | 126,008 | | | |
| | 274005 | Bratz Matchmaker Journal Reinoir D/S | 17,475 | 10,819 | | | |
| | 274307 | Bratz Electric Fun Microphone | 17,815 | 11,707 | 2,440 | 9,066 | 5,612 |
| | 276107K | Lil Bratz Microphone 412 | 149,708 | 57,518 | 12 | 36 | 28 |
| | 275419 | Bratz Youth Electr-Core Jammin'Jam Guitar w/Gtrs | | | | | |
| | 290313 | Bratz Match Maker Journal Refresh (WT) | 1,439,033 | 761,255 | 558 | 2,372 | 2,409 |
| | 290310T | Bratz MMJ Refresh (WT) | 37,581 | 24,307 | | | |
| | 295268 | Bratz Stylin Safe | 1,804,820 | 843,440 | 27,504 | 225,499 | 162,549 |
| | 295200J | Bratz Stylin Safe | 26,212 | 17,098 | 578 | 2,880 | 3,488 |
| | 295205K | Bratz Stylin Safe | 92,351 | 55,981 | 16,340 | 165,404 | 89,298 |
| | 295205MJ | Bratz Stylin Safe 4/12 Mobile | 8,822 | 5,829 | | | |
| | 295205U | Bratz Stylin Safe | 98,016 | 68,501 | | | |
| | 295632 | Bratz OOH LA LA Matchmaker Journal | 57,377 | 34,098 | 72 | 651 | 311 |
| | 295632B | Bratz OOH LA LA Matchmaker Journal | 221,515 | 112,667 | 10,000 | 75,160 | 42,504 |
| | 295632T | Bratz OOH LA LA Matchmaker Journal | 177,876 | 94,769 | | | |
| | 301367 | Lil Bratz Luscious Lip Laptop | 4,600,447 | 3,154,249 | 37,147 | 1,284,972 | 853,207 |
| | 301367R | Lil Bratz Luscious Lip Laptop | 114,062 | 71,408 | | | |
| | 301367UK | Lil Bratz Luscious Lip Laptop | 618,335 | 446,675 | | | |
| | 302411 | Bratz Spring Scratch Digital Lip Laptop T/O | 191,022 | 90,864 | | | |
| | 305340 | Bratz Rock Angelz FM Wireless Microphone (WT) | 852,106 | 275,860 | 48,930 | 171,844 | 102,578 |
| | 305340QA | Bratz Rock Angelz FM Wireless Microphone (WT) | | | 400 | 4,362 | 1,008 |
| | 305729Q | Bratz Plugged in FM Wireless Mic | 43,773 | 15,128 | 41 | 271 | 88 |
| | 305729QA | Bratz Plugged in FM Wireless Mic | 6,691 | 3,528 | 460 | 4,362 | 1,008 |
| | 305729QC | Bratz Plugged in FM Wireless Mic | 14,509 | 4,804 | 3,108 | 18,976 | 6,027 |
| | 307792 | Bratz Rock Angelz Matchmaker Journal | 87,581 | 54,624 | 3 | 30 | 13 |
| | 320087 | Bratz Princess Matchmaker Journal | 9,586 | 5,252 | 4,608 | 28,553 | 19,434 |
| | 333241 | Bratz Cyber Style Laptop | | | 246,131 | 8,210,077 | 4,639,627 |
| | 333241SQ | Bratz Cyber Style Laptop | | | 2,727 | 85,873 | 52,457 |
| | 333241UK | Bratz Cyber Style Laptop | | | 864 | 27,207 | 16,260 |
| | 333251B | Baby Travel 'n' Learning Laptop (WT) | | | 31,002 | 881,028 | 605,778 |
| | 333251J | Baby Travel 'n' Learning Laptop (WT) | | | 100,503 | 2,820,960 | 1,229,281 |
| | 333251L | Baby Travel 'n' Learning Laptop (WT) | | | 1,746 | 41,118 | 20,493 |
| | 333258G | Baby Travel 'n' Learning Laptop (WT) | | | 1,800 | 37,800 | 20,207 |
| | 333259 | Bratz Forever Diamondz Secret Voice (WT) Jewelry Box | | | 62,897 | 784,317 | 357,688 |
| | 333296SC | Bratz Forever Diamondz Secret Voice Jewelry Box | | | 1,520 | 17,415 | 9,145 |
| | 333463V | Baby FM Wireless Microphone 4 pc PDQ | | | 110,224 | 729,803 | 203,241 |
| | 335550 | Bratz Forever Diamondz FM Wireless Microphone | | | 80,840 | 425,272 | 136,265 |
| | 335550WG | Bratz Forever Diamondz FM Wireless Microphone | | | 85,880 | 575,315 | 177,381 |
| | 403210 | Rock Angelz Microphone | 154,866 | 89,127 | 8,680 | 53,191 | 16,464 |
| | 407105 | Bratz Diamondz Red Laptop | | | 75,000 | 1,790,250 | 1,413,000 |

MGA0868865

CONFIDENTIAL -- ATTORNEY'S EYES ONLY

EXHIBIT 4
PAGE 184

EXHIBIT 5

# EMPLOYEE CONFIDENTIAL INFORMATION AND INVENTIONS AGREEMENT

I acknowledge that Mattel, Inc. (the "Company") operates in a competitive environment and that it enhances its opportunities to succeed by establishing certain policies, including those included in this Agreement. This Agreement is designed to make clear that (i) I will maintain the confidentiality of the Company's trade secrets; (ii) I will use those trade secrets for the exclusive benefit of the Company; (iii) inventions that I create will be owned by the Company; (iv) my prior and continuing activities separate from the Company will not conflict with the Company's development of its proprietary rights; and (v) when and if my employment with the Company terminates I will not use my prior position with the Company to the detriment of the Company. In consideration of my employment with the Company and other good and valuable consideration, I agree that:

## 1. Provisions Related to Trade Secrets

(a) I acknowledge that the Company possesses and will continue to develop and acquire valuable Proprietary Information (as defined below), including information that I may develop or discover as a result of my employment with the Company. The value of that Proprietary Information depends on it remaining confidential. The Company depends on me to maintain that confidentiality, and I accept that position of trust.

(b) As used in the Agreement, "Proprietary Information" means any information (including formula, pattern, compilation, device, method, technique or process) that derives independent economic value, actual or potential, from not being generally known to the public or to other persons who can obtain economic value from its disclosure or use, and includes information on the Company, its customers, suppliers, joint ventures, licensors, licensees, distributors and other persons and entities with whom the Company does business.

(c) I will not disclose or use at any time either during or after my employment with the Company, any Proprietary Information except for the exclusive benefit of the Company as required by my duties for the Company, or as the Company expressly may consent to in writing. I will cooperate with the Company and use my best efforts to prevent the unauthorized disclosure, use or reproduction of all Proprietary Information.

(d) Upon leaving employment with the Company for any reason, I immediately will deliver to the Company all tangible, written, graphical, machine readable and other materials (including all copies) in my possession or under my control containing or disclosing Proprietary Information.

## 2. Ownership of Inventions

(a) I agree to communicate to the Company as promptly and fully as practicable all inventions (as defined below) conceived or reduced to practice by me (alone or jointly by others) at any time during my employment by the Company. I hereby assign to the Company and/or its nominees all my right, title and interest in such inventions, and all my right, title and interest in any patents, copyrights, patent applications or copyright applications based thereon. I will assist the Company and/or its nominees (without charge but at no expense to me) at any time in every proper way to obtain for its and/or their own benefit, patents and copyrights for all such inventions anywhere in the world and to enforce its and/or their rights in legal proceedings.

(b) As used in this Agreement, the term "inventions" includes, but is not limited to, all discoveries, improvements, processes, developments, designs, know-how, data computer programs and formulae, whether patentable or unpatentable.

(c) Any provision in this agreement requiring me to assign my rights in any invention does not apply to an invention which qualifies under the provision of Section 2870 of the California Labor Code. That section provides that the requirement to assign "shall not apply to an invention that the employee developed entirely on his or her own time without using the employer's equipment, supplies, facilities or trade secret information except for those inventions that either (1) relate at the time of conception or reduction to practice of the invention to the employer's business, or actual or demonstrably anticipated research or development of the employer; or (2) result from any work performed by the employee for the employer." I understand that I bear the burden of proving that an invention qualifies under Section 2870.

(d) I hereby irrevocably designate and appoint the Company and each of its duly authorized officers and agents as my agent and attorney-in-fact to act for and in my behalf and stead to execute and file any document and to do all other lawfully permitted acts to further the prosecution, issuance and enforcement of patents, copyrights and other proprietary rights with the same force and effect as if executed and delivered by me.

## 3. Conflicts with Other Activities

(a) My employment with the Company requires my undivided attention and effort. Therefore, during my employment with the Company, I will fully comply with the Company's Conflict of Interest Policy, as it may be amended from time to time. I shall not, without the Company's express written consent, engage in any employment or business other than for the Company, or invest in or assist (in any manner) any business competitive with the business or future business plans of the Company.

## 4. Miscellaneous

(a) My obligations under this Agreement may not be modified or terminated, in whole or in part, except in writing signed by a Vice-President of the Company. Any waiver by the Company of a breach of any provision of this Agreement will not operate or be construed as a waiver of any subsequent breach.

(b) Each provision of this Agreement will be treated as a separate and independent clause, and the unenforceability of any one provision will in no way impair the enforceability of any other provision. If any provision is held to be unenforceable, such provision will be construed by the appropriate judicial body by limiting or reducing it to the minimum extent necessary to make it legally enforceable.

(c) My obligation under this Agreement will survive the termination of my employment, regardless of the manner of such termination. This Agreement will inure to the benefit of and be binding upon the successors and assigns of the the Company.

(d) I understand that the provisions of this Agreement are a material condition to my employment with the Company. I also understand that this Agreement is not an employment contract, and nothing in this Agreement creates any right to my continuous employment by the Company, or to my employment for any particular term.

(e) Any breach of this Agreement likely will cause irreparable harm to the Company for which money damages could not reasonably or adequately compensate the Company. Accordingly, I agree that the Company will be entitled to injunctive relief to enforce this Agreement, in addition to damages and other available remedies.

(f) This agreement will be governed by and interpreted in accordance with the laws of the State of California.

(g) This Agreement contains the complete agreement between the Company and me concerning the subject matter hereof and supersedes all other agreements and understandings. This Agreement may be executed in counterparts. This Agreement will be deemed effective as of the start of Employee's employment with the Company.

CAUTION: THIS AGREEMENT CREATES IMPORTANT OBLIGATIONS OF TRUST AND AFFECTS THE EMPLOYEE'S RIGHTS TO INVENTIONS THE EMPLOYEE MAY MAKE DURING HIS OR HER EMPLOYMENT.

Employee Signature: [signed] Carter Bryant
Employee Name (print): CARTER H. BRYANT
Date: 01/04/99

MATTEL, INC.
By: [signed] Teresa Newcomb
Name of Witness (print): TERESA NEWCOMB

M 0001596

DEPOSITION EXHIBIT 25
11.8.04  SH

EXHIBIT 5
PAGE 185

EXHIBIT 6

# Webster's Third New International Dictionary

## OF THE ENGLISH LANGUAGE UNABRIDGED

*A Merriam-Webster*
REG. U.S. PAT. OFF.

*Utilizing all the experience and resources of more than one hundred years of Merriam-Webster® dictionaries*

EDITOR IN CHIEF
PHILIP BABCOCK GOVE, Ph.D.
AND
THE MERRIAM-WEBSTER
EDITORIAL STAFF



MERRIAM-WEBSTER INC., *Publishers*
SPRINGFIELD, MASSACHUSETTS, U.S.A.

EXHIBIT 6
PAGE 186



**A GENUINE MERRIAM-WEBSTER**

The name *Webster* alone is no guarantee of excellence. It is used by a number of publishers and may serve mainly to mislead an unwary buyer.

*Merriam-Webster*™ is the name you should look for when you consider the purchase of dictionaries or other fine reference books. It carries the reputation of a company that has been publishing since 1831 and is your assurance of quality and authority.

COPYRIGHT © 1993 BY MERRIAM-WEBSTER, INCORPORATED

PHILIPPINES COPYRIGHT 1993 BY MERRIAM-WEBSTER, INCORPORATED

WEBSTER'S THIRD NEW INTERNATIONAL DICTIONARY
PRINCIPAL COPYRIGHT 1961

Library of Congress Cataloging in Publication Data
Main entry under title:

Webster's third new international dictionary of the English language,
  unabridged: a Merriam-Webster/editor in chief, Philip Babcock
  Gove and the Merriam-Webster editorial staff.
      p.    cm.
  ISBN 0-87779-201-1

  1. English language—Dictionaries.   I. Gove, Philip Babcock,
1902–1972.   II. Merriam-Webster, Inc.
PE1625.W36 1993
423—dc20                                              93-10630
                                                          CIP

*All rights reserved. No part of this book covered by the copyrights hereon may be reproduced or copied in any form or by any means—graphic, electronic, or mechanical, including photocopying, taping, or information storage and retrieval systems—without written permission of the publisher.*

MADE IN THE UNITED STATES OF AMERICA

495051 QP/H009998

EXHIBIT _____6_____

PAGE _____187_____