surface : DECLIVITY ⟨it appears that the water is broken nowhere by striking against the rocks, and that therefore the ~ is perpendicular —Anthony Trollope⟩ **b :** a descending way (as a downgrade or stairway) **c** *obs* **:** the lowest part ⟨from the extremest upward of thy head to the ~ and dust below thy foot —Shak.⟩ **5 a :** a sudden disconcerting appearance (as for a visit) ⟨unprepared for the ~ of his in-laws⟩ **b :** a hostile raid or predatory assault ⟨the ~ of the Assyrians upon Israel⟩ ⟨~ of the locusts⟩ **6 :** a step downward in a scale of gradation; *specif* **:** one generation in an ancestral line or genealogical scale ⟨his pedigree shows 11 ~s⟩ **7 :** a former method of distillation in which the material was heated in a vessel having its outlet underneath so that the vapors produced were forced to descend

²**de·scent** \(ˈ)dēˈsent\ *vt* [*de-* + *scent* (n.)] **:** to rid of scent

**descent cast** *n, English law* **:** the descent of an estate to an heir by the death of one who held it adversely to the real owner which prior to 1833 barred the latter's right of entry so that he could recover only by suing — compare ADVERSE POSSESSION

**des·champ·sia** \dāˈshampsēə\ *n, cap* [NL, fr. Jean L. A. Loiseleur-*Deslongchamps* †1849 Fr. botanist + NL *-ia*] **:** a genus of perennial grasses of cold and temperate regions having loose or compact panicles with 2-flowered spikelets

**des·cha·pelles coup** \ˌdāshaˌpel(z)-\ *n* [after Guillaume *Deschapelles* †1847 Fr. authority on whist] **:** the lead of a high card (as a king) in whist or bridge in the hope that an opponent will win it and make the next-higher card good for an entry in one's partner's hand

**des·cloi·zite** \dāˈklȯiˌzīt, dəˈ-\ *n* -s [F *descloizite*, fr. A.L.O.L. *Des Cloizeaux* †1897 Fr. mineralogist + F *-ite*] **:** a mineral $(ZnCu)Pb(VO_4)(OH)$ consisting of a basic vanadate chiefly of lead and zinc and varying in color from cherry red to brown and black (hardness 3.5, sp. gr. 5.9–6.2)

**des·cort** \deˈskȯ(ə)r\ *n* -s [F, fr. OF, lit., discord — more at DISCORD] **1 :** a medieval French lyric in which the stanzas are unlike **2 :** a poem in old Provençal literature with stanzas in different languages

**des·cri·able** \dəˈskrīəbəl, dēˈ-\ *adj* [*descry* + *-able*] **:** capable of being descried

**des·cri·al** \-ī(ə)l\ *n* -s [*descry* + *-al*] **:** the act or process of descrying; *esp* **:** discovery or disclosure of something recondite or to be held secret

**de·scrib·abil·i·ty** \dəˌskrībəˈbiləd·ē, dēˌ-, -ətē, -i\ *n* -ES **:** capability of being described

**de·scrib·able** \-ˈ-bəbəl\ *adj* **:** capable of being described — **de·scrib·ably** \-blē, -li\ *adv*

**de·scribe** \dəˈskrīb, dēˈ-\ *vt* -ED/-ING/-S [L *describere*, fr. *de-* + *scribere* to write — more at SCRIBE] **1 :** to represent by words written or spoken for the knowledge or understanding of others: **a :** to communicate verbally from the results of personal observation an account of salient identifying features of (something existing in space) ⟨unable to find words to ~ the mountain scene⟩ ⟨in 1886 a Boston surgeon . . . *described* the condition now called appendicitis —Morris Fishbein⟩; *specif* **:** to observe and narrate simultaneously with the action (as for radio or television) ⟨*describing* a football game to an unseeing audience⟩ **b :** to transmit a mental image, an impression, or an understanding of the nature and characteristics of (something immaterial) **:** present distinctly by means of properties and qualities ⟨the unique character of the artistic quality of a work . . . cannot be defined or even *described* —T.M. Greene⟩ ⟨there were so many things he wanted to ~ —James Joyce⟩ ⟨like Mark Twain he exhibits rather than ~s his characters: their speech is a portrait —Marvin Lowenthal⟩ **c :** to make clear by expounding esp. in a minute way ⟨had traveled in the principal countries of the world and *described* what it was like to live in a police state —Victor Boesen⟩ ⟨~ the life of the past from the various scraps of the fossil forms —W.E.Swinton⟩ **d :** to distinguish by a definitive label or other designation or by an individualizing phrase or similitude — used with *as* and a complement ⟨few doctors would ~ themselves as scientists⟩ ⟨the State is often rightly *described* as a machine: its total effect is inhuman —Herbert Read⟩ **e :** to convey an image or notion of **:** EXPRESS, SIGNIFY, DENOTE ⟨we have indicated that jealousy ~s a state of tension among various interests of the personality —Abram Kardiner⟩ ⟨while the natural sciences grow more modest in admitting that their laws ~ only probabilities —Reinhold Niebuhr⟩ **2** *obs* **:** to write down **:** INSCRIBE, TRANSCRIBE **3 :** to represent by a drawing, figure, model, or picture **:** PORTRAY, DELINEATE ⟨and when the curves thus brilliantly drawn ~ vividly some object in life toward which we have pleasing associations we get a complex pleasure —Roger Fry⟩ **4 :** to mark out **:** trace or traverse the outline of ⟨each planet ~s an ellipse with the sun in one focus —S.F.Mason⟩ ⟨while he *described* a big smooth arc with the muleta —Barnaby Conrad⟩ ⟨butted amidships he *described* a somersault backward⟩ **5** *obs* **:** to portion out **:** DISTRIBUTE ⟨ye shall therefore ~ the land into seven parts —Josh 18:6 (AV)⟩ **6** *archaic* **:** to discover by observation **:** ESPY, PERCEIVE **syn** see RELATE

**de·scrib·er** \-bə(r)\ *n* -s **1 :** one that describes **2** *Brit* **:** an instrument giving details about trains moving or scheduled to move between given points

**descried** *past of* DESCRY

**des·cri·er** \dəˈskrī(ə)r, dēˈ-, -īə\ *n* -s **:** one that descries

**descries** *pres 3d sing of* DESCRY

**de·script** \dəˈskript, (ˈ)dē¦s-\ *adj* [L *descriptus*, past part. of *describere*] **1** *archaic* **:** DESCRIBED **2** *archaic* **:** INSCRIBED

**descripta** *pl of* DESCRIPTUM

**de·scrip·tion** \dəˈskripshən, dēˈ-\ *n* -s [ME *descripcioun*, fr. MF or L; MF *description*, fr. L *description-, descriptio*, fr. *descriptus* + *-ion-, -io* -ion] **1 :** the act or an instance of describing: as **a :** a describing or a representation produced by a describing of something material or immaterial ⟨~ of things is a mode of classification which in turn furnishes material for a more general classification —V.F.Lenzen⟩ ⟨the meticulous ~s of the rocks of each of the Paleozoic systems —*Amer. Jour. of Science*⟩ ⟨reading a ~ of a murderer and looking at his picture both enable one to say "so that's what he's like" —J.M.Shorter⟩; *specif* **:** composition intended primarily to present to the mind or imagination graphically and in detail a unit of objective or subjective experience (as a scene, person, sensation, emotion) — used in textbooks in distinguishing a separate literary genre; compare EXPOSITION ⟨it is the purpose of such ~s that explains why their typical merits and demerits are what they are — namely: exactness, minuteness, accuracy, detail, fullness, sketchiness, misleadingness —S.E.Toulmin & K. Baier⟩ **b :** a statement of the properties of a thing or its relations to other things serving to identify it **:** a univocal designation of an object by means of a phrase beginning with *the* or *a* (as "the present king of the Belgians" or "a house next to my office") **c :** a descriptive statement or account — often contrasted with *analysis* and *valuation* **d :** an individualizing or identifying designation (as a name, label, epithet) ⟨the ~ "wax" is a misnomer since the substance is a fat —J.N.Goldsmith⟩ **2** *obs* **a :** INSCRIPTION **b :** ENROLLMENT **3 :** kind or character esp. as determined by salient features ⟨each state may still confer them upon an alien, or . . . upon any class or ~ of persons —R.B.Taney⟩ ⟨opposed to any tax of so radical a ~⟩ **4** *obs* **:** pictorial representation **5 a :** a tracing out of a geometrical figure **b :** a traversing of a course ⟨the rocket's ~ of a high arching curve⟩ **6 :** a specification of the boundaries of a piece of land with sufficient accuracy for legal purposes (as in preparing a deed of transfer) **syn** see TYPE

**de·scrip·tion·ist** \-sh(ə)nəst\ *n* -s **1 :** one proficient in description **2 :** DESCRIPTIVIST

**de·scrip·tion·less** \-shənləs\ *adj* **:** being without description

**de·scrip·tio per·so·nae** \dəˈskripshēˌōpə(r)ˈsōˌnē\ *n* [L, description of the person] **:** matter merely descriptive of the persons of the parties and not essential to the validity of a legal document — compare DESIGNATIO PERSONAE

¹**de·scrip·tive** \dəˈskriptiv, dēˈ-, -tēv *also* -təv\ *adj* [LL *descriptivus*, fr. L *descriptus* + *-ivus* -ive] **1 :** serving to describe **:** characterized by description **:** representational through presentation of observed facts ⟨a minute anatomical and generally ~ account of the large fulvous orang-utan —E.A.Poe⟩ ⟨outjutting formations have been given ~ names: the Devil's Chair is 80 feet high —*Amer. Guide Series: Minn.*⟩ ⟨purely ~ poetry —Yvor Winters⟩ — distinguished from *critical, evaluative,* and *theoretical* **2 a :** referring to, constituting, or concerned with empirical things or events or with their parts, characteristics, or functions ⟨~ expressions⟩ ⟨~ disciplines⟩ **b :** factually grounded or informative rather than normative, prescriptive, emotive, aprioristic, or analytical ⟨~ judgments⟩ ⟨~ theories⟩ ⟨that this meaning shall be called "~" when the responses evoked are cognitions and shall be called "emotive" when the responses evoked are attitudes —Asher Moore⟩ **3 a** *of a modifying word* **:** expressing the quality, kind, or condition of what is denoted by the modified term ⟨*hot* in "hot water" and *sick* in "a sick man" are ~ adjectives⟩ — distinguished from *limiting* **b** *of a modifier, esp a clause* **:** NONRESTRICTIVE **c** *of a compound* **:** belonging to the karmadharaya class **4 :** characterized by or connected with description of the structure of a language at a particular time usu. with rigorous exclusion of historical and comparative judgments ⟨~ linguistics⟩ ⟨~ grammar⟩ ⟨a ~ study⟩ — compare COMPARATIVE 4a **5 :** characterized by kinship name classes that apply in part only to lineal relatives (as grandfather, father, son, grandchild) and in part only to collateral relatives (as uncle, cousin, nephew) regardless of the sex of the connecting relatives ⟨regarded most European systems as ~ and those of primitive peoples as classificatory —R.H.Lowie⟩ — compare CLASSIFICATORY — **de·scrip·tive·ly** \-tə̇vlē, -li\ *adv* — **de·scrip·tive·ness** \-tə̇vnə̇s\ *n* -ES

²**descriptive** \"\ *n* -s **:** a distinctive word, phrase, or sentence applied to a particular product in advertising

**descriptive anatomy** *n* **:** anatomy dealing with the character, form, size, and position of organs and parts

**descriptive bibliography** *n* **:** a bibliographical record in complete detail of the physical characteristics and publishing history of the books of a related series properly including an account of internal printing variants requisite for textual criticism

**descriptive botany** *n* **:** a branch of botany dealing with the systematic description or diagnostic characters of plants

**descriptive cataloging** *n* **:** a library procedure by which a book or other item is identified and described by recording such items as author, title, imprint, and collation — contrasted with *subject cataloging*

**descriptive geometry** *n* **:** the theory of geometry treated by means of projections; *specif* **:** the theory of projecting an exactly defined body so as to deduce both projective and metrical properties from its projections, the projections usu. being made on two planes at right angles to each other

**de·scrip·tiv·ism** \-təˌvizəm\ *n* -s **1 :** a theory of ethics according to which only descriptive or empirical statements are meaningful **2 :** advocacy or use of the methods of descriptive linguistics

**de·scrip·tiv·ist** \-vəst\ *n* -s **1 :** an advocate of descriptivism **2 :** a specialist in descriptive linguistics

**de·scrip·tiv·is·tic** \-¦--¦vistik\ *adj* **:** of, relating to, or based on descriptivism — **de·scrip·tiv·is·ti·cal·ly** \-tək(ə)lē\ *adv*

**de·scrip·tor** \dəˈskriptə(r) *also* -ˌtȯ(ə)r *or* -ō(ə)\ *n* -s [LL, describer, fr. L *descriptus* + *-or*] **:** an identifying sign or symbol

**de·scrip·to·ry** \-t(ə)rē\ *n* -ES [L *descriptus* + E *-ory*] **:** DESCRIPTIVE

**de·scrip·tum** \dəˈskriptəm, dēˈ-\ *n, pl* **descrip·ta** \-tə\ [L, fr. neut. of *descriptus*, past part. of *describere* to describe — more at DESCRIBE] *philos* **:** something that is described

**de·scrive** \dəˈskrīv, -rēv\ *vt* -ED/-ING/-S [ME *descriven*, fr. OF *descriver*, fr. L *describere*] *Scot* **:** DESCRIBE ⟨let me fair Nature's face ~ —Robert Burns⟩

¹**des·cry** \dəˈskrī, dēˈ-\ *vt* -ED/-ING/-S [ME *descrien*, fr. OF *descrier* to proclaim, decry — more at DECRY] **1 a :** to spy out or come to see esp. with watchful attention and careful observation of the distant, uncertain, or obscure ⟨the grass was high in the meadow, and there was no ~*ing* her —George Eliot⟩ **b :** to attain to the realization or understanding of **:** DISCOVER ⟨examine the legend in a more critical spirit and ~ the reasons for Toscanini's preeminence —*Times Lit. Supp.*⟩ **2** *obs* **a :** to make known (as one's name) **:** DECLARE **b :** BETRAY **3** *obs* **:** CHALLENGE **4** *obs* **:** DECRY **syn** see SEE

²**descry** *n* -ES *obs* **:** discovery or view from afar

**de·scum** \(ˈ)dē+\ *vt* [*de-* + *scum* (n.)] **:** to rid of scum

**des·cu·rai·nia** \ˌdeskəˈrānēə, ˌdāsk-\ *n, cap* [NL, fr. François *Descourain* †1740 Fr. botanist + NL *-ia*] **:** a genus of annual or biennial herbs (family Cruciferae) of America and Europe differing from members of the genus *Sisymbrium* in having a pubescence of stellate or forked hairs and comprising the tansy mustards — see TANSY MUSTARD

**de·seam** \(ˈ)dē+\ *vt* [*de-* + *seam* (n.)] **:** to chip out or flame-cut seams or other similar surface defects from (semifinished metal)

**de·sea·son·al·ize** \dəˈsēz(ᵊ)nəˌlīz, dēˈ-\ *vt* [*de-* + *seasonal* + *-ize*] **:** to adjust (as an industry) to continuous rather than seasonal operation

¹**des·e·crate** \ˈdesəˌkrāt, -sē,-, *usu* -ād+V\ *vt* -ED/-ING/-S [*de-* + *-secrate* (as in *consecrate*, v.)] **1 a :** to violate the sanctity of by diverting from sacred purpose, by contaminating, or by defiling ⟨they *desecrated* the shrine outright — bargaining with the Moslem merchants —*Time*⟩ ⟨it would ~ the Lincoln Memorial to have an obviously false voice speak from the statue there —*N.Y. Times Mag.*⟩ ⟨the quivering host whose house has been profaned and whose religion *desecrated* —W.L.Sullivan⟩ **b :** to divest of sacred character or treat as unhallowed ⟨many cemeteries were *desecrated*⟩ **2** *archaic* **:** to dedicate (someone or something) to false gods **:** condemn to an evil fate **3 :** to treat (an object of veneration, reverent devotion, or admiration) irreverently or contemptuously often in a way to provoke outrage on the part of others ⟨[his] great memory . . . has been *desecrated*. . . . —Margery Allingham⟩ ⟨Americans love the scenic outdoors, and they do not want to see it *desecrated* —R.L.Neuberger⟩ **4 :** to make desolate ⟨churned up lawns and drives, and *desecrated* houses with their broken windows —S.P.B.Mais⟩

²**des·e·crate** \-ˌkrāt, -krət\ *adj* [*de-* + *-secrate* (as in *consecrate*, adj.)] **:** DESECRATED

**des·e·crat·er** *or* **des·e·cra·tor** \-ˌkrād·ə(r)\ *n* -s **:** one that desecrates

**des·e·cra·tion** \ˌ-ˈkrāshən\ *n* -s **1 :** the act or an instance of desecrating ⟨I have heard this chorus sung in a uniform fortissimo right from the beginning. What a ~ —Warwick Braithwaite⟩ ⟨the United Nations Flag of Authority may be subject to ~s —*World Flag Encyc.*⟩ **2 :** the condition of being desecrated **syn** see PROFANATION

**de·seed** \(ˈ)dē+\ *vt* [*de-* + *seed* (n.)] **:** to remove the seed from

**de·segmentation** \(ˌ)dē+\ *n* [*de-* + *segmentation*] *zool* **:** coalescence of distinct segments **:** loss of segmentation

**de·segregate** \(ˈ)dē+\ *vb* [*de-* + *segregate*] *vt* **:** to rid of segregation **:** to end the practice of segregation in ⟨two more counties . . . *desegregated* their schools —*New Republic*⟩ ⟨impetus to ~ this swimming pool came from a court order —*Jour. of Social Issues*⟩ ~ *vi* **:** to effect or implement desegregation ⟨few Southern universities . . . *desegregated* without being required to do so —K.B.Clark⟩

**de·segregation** \(ˌ)dē+\ *n* **:** the act of desegregating **:** the process of effecting an end to the practice of segregation ⟨urbanization . . . may make ~ easier —J.B.Martin⟩ ⟨the process of ~ has been going forward steadily . . . in school districts throughout the country —J.W.Waring⟩ — compare INTEGRATION

**de·se·mer** \ˈdāzəmə(r)\ *n* -s [G, fr. LG, alter. of MLG *bismer, besemer*, of Baltic origin; akin to Lith *bezmênas*, of Slav origin; akin to ORuss *bezmênŭ* desemer, small weight, Pol *bezmian, przezmian* balance without pans, perh. of Turkic origin; akin to Turk *batman* small weight] **:** an ancient balance **:** STEELYARD

**de·sensitization** \(ˌ)dē, dē+\ *n* **:** the process of desensitizing ⟨~ consists in the gradual specific neutralizing of the sensitizing antibody —A.F.Coca⟩

**de·sensitize** \(ˈ)dē, dē+\ *vb* [*de-* + *sensitize*] *vt* **1 :** to render (a sensitized or hypersensitive individual) insensitive or nonreactive to a sensitizing agent ⟨*desensitized* to an allergenic pollen by repeated injections of an extract of that pollen⟩ **2 :** to render (a photographic material) less sensitive or completely insensitive to radiation **3 :** to make portions of (an offset plate) repellent to ink **4 :** to render insensible to some sensation or emotion or insensitive or callous to inhumanity, injustice, degradation ⟨they have been so successfully *desensitized* that they are unable to recognize the most obvious facts —Alfred Kantorowicz⟩ **5 :** to free (as by psychotherapy) of the emotional charge investing a complex

**de·sensitizer** \"+\ *n* **:** a desensitizing agent: as **a :** a drug that reduces sensitivity to pain ⟨a ~ which makes it possible to drill and fill teeth painlessly —*Industrial & Engineering Chemistry*⟩ **b :** a chemical (as a dye) that reduces the sensitivity of a photographic material to radiation

**des·er·et** \ˌdezəˈret, *usu* -ed.+V\ *adj, usu cap* [fr. *Deseret*, nickname for the state of Utah and from 1849–1850 official Mormon name for the Utah territory, fr. *deseret* honeybee, coined in the *Book of Mormon* (Ether 2:3)] **:** of or from Utah territory or the state of Utah

¹**des·ert** \ˈdezə(r)t, *usu* |d-+V\ *n* -s [ME, fr. OF, fr. LL *desertum*, fr. L, neut. of *desertus*, past part. of *deserere* to desert, fr. *de-* + *serere* to join together — more at SERIES] **1 a** *archaic* **:** a wild uninhabited and uncultivated tract **:** a desolate unoccupied plain or coast or pathless woodland **:** WILDERNESS, WASTE **b :** any of the formerly unsettled regions of the U. S. between the Mississippi river and the Rocky mountains thought to be arid and uninhabitable **2 a :** a region in which the vegetation is so scanty as to be incapable of supporting any considerable population (as a region perpetually cold or covered with snow or ice or a region located in the interior of a continent and characterized by scanty rainfall esp. of less than 10 inches annually) **b :** a more or less barren tract incapable of supporting any considerable population without an artificial water supply **c :** an area of an ocean believed to be devoid of marine life **3 :** a secluded place for secret worship by the Huguenots during the years 1715–1802 when Protestantism was under proscription in France **4 :** a desolating or forbidding prospect (as from pathless emptiness, bleak unrelieved changelessness or monotony, futility of effort, or destitution of mental or spiritual animation or stimulation) ⟨tiny figures lost in an immense ~ of darkness —Beverley Nichols⟩ ⟨lost in a ~ of doubt⟩ ⟨eagles still soar between the summit of Parnassus and the Corinthian gulf, but they look down upon a ~ of human history —Mark Van Doren⟩

²**des·ert** \", *in sense 1 usu like* ³DESERT\ *adj* [ME, fr. OF, fr. L *desertus*] **1** *archaic* **:** DESERTED ⟨the boat deck was utterly ~ —Waldo Frank⟩ **2 a :** desolate and sparsely occupied or unoccupied **:** INHOSPITABLE ⟨so ~ a country as the Highlands of Scotland —Adam Smith⟩ **b :** uncultivated and uninhabited **:** barren like a desert ⟨one could scarcely find a more ~ tract for a settler⟩ **3 :** having its habitat in a desert ⟨~ flora and fauna⟩ **4 :** peculiar to or adapted to life in a desert ⟨sturdy ~ boots⟩

³**de·sert** \dəˈzər|t, dēˈ-, -zə̄|, -zəi|, *usu* ˈd-+V\ *n* -s [ME *deserte*, fr. OF, fr. fem. of *desert* (past part. of *deservir* to deserve), fr. L *deservire*, past part. of *deservire* to serve zealously — more at DESERVE] **1 a :** the quality or fact of being worthy of or deserving of rewards or recompense or of requital or punishment ⟨the concept of ~ is essentially indefinable except in terms of existing practices and ideas —G.H.Sabine⟩ **b :** a complex of actions calling for such returns ⟨in the midst is seated Justice to award to each according to his ~ —Carleton Brown⟩ **2 a :** reward or punishment deserved or earned by one's qualities or acts ⟨not weighing our ~s but pardoning our offenses —*Missale Romanum*⟩ ⟨by dint of much caballing and much dwelling upon his own ~s he triumphed over his enemies —Virginia Woolf⟩ **b deserts** *pl* **:** awards due for superior or inferior qualities of art or workmanship ⟨book reviewers . . . frequently praise the first venture of a writer beyond its just ~s —Harrison Smith⟩ **3 :** worthiness or excellence of character as adduced by a good course of conduct ⟨he won the appointment on grounds of ~ rather than through family prestige⟩ **syn** see DUE

⁴**desert** \"\ *vb* -ED/-ING/-S [F *déserter*, fr. LL *desertare*, fr. L *desertus*, past part. of *deserere* to desert — more at ¹DESERT] *vt* **1 :** to withdraw from or leave permanently or less often temporarily (as a place) **:** QUIT ⟨farmers continue to ~ the land to take up factory work⟩ ⟨the smile ~*ing* his broad face —T.B.Costain⟩ ⟨phrases which never ~ the memory —T.S. Eliot⟩ **2 a :** to turn away from (what has previously engaged one) esp. by withdrawing support or disrupting bonds of attachment or duty **:** reject in order to take up something else **:** ABANDON ⟨who, 30 years before, upon being ~*ed* by her lover had taken to her bed —Margaret Deland⟩ ⟨coming at last to ~ the Prohibition party⟩ ⟨he ~*ed* prose for the compensating rhythms of poetry —Tyrus Hillway⟩ **b :** to leave behind or give up (as a person) — used with *to* ⟨forced to ~ the rest of the miners to their fate⟩ **c :** to renounce marital relations by quitting the company of (one's spouse) **3 a :** to break away from or break off association with (some matter involving legal or moral obligation or some object of loyalty) **:** BETRAY ⟨not propose to ~ the 100-year-old Monroe Doctrine —A.H.Vandenberg †1951⟩ ⟨would be a calamity if these sciences ~*ed* the ideal of accurate and verifiable systematic knowledge for its own sake —M.R.Cohen⟩ **b :** to abandon (military service) without leave **:** forsake in violation of duty ⟨guilty of ~*ing* his fellow soldiers⟩ **4 :** to drop away or escape from (a person) usu. causing a distinct sense of loss or discomfiture **:** leave in the lurch **:** FORSAKE ⟨all sense of courtly etiquette ~*ing* him —T.B.Costain⟩ ~ *vi* **1 :** to quit one's post, leader, or service without leave ⟨the native guides quietly ~*ed* during the night⟩ ⟨the more liberal members of the party began ~*ing*⟩ **2 :** to change one's allegiance ⟨he gave fear of a return of Nazism as the reason for his ~*ing* to the Communists⟩ **3 a :** to quit military service without right ⟨determined to ~⟩ **:** absent oneself without leave from proper post, station, or duty with the intent to remain away permanently **b :** to leave one's proper place to avoid hazardous duty or to shirk important service **:** accept appointment or enlist in the same or another armed service without first being regularly separated **:** enter a foreign armed service without authorization by the U.S. **c** *of an officer* **:** to quit one's post without leave and with intent to remain away permanently after tendering one's resignation but before due notice of acceptance of it has been received

**desert armor** *n* **:** a concentration of pebbles and boulders on the surface of the ground in a desert resulting from removal of sand and dust particles by the wind and protecting the underlying material from further wind erosion

**desert bat** *n* **:** PALLID BAT

**desert candle** *n* **:** a plant of the genus *Eremurus*

**desert cat** *n* **:** any of several small wildcats of arid regions: as **a :** a widely distributed Asiatic wildcat (*Felis bieti*) **b :** KAFFIR CAT **c :** a pale sandy-colored bay lynx of desert parts of western No. America

**desert date** *n* **:** HITO

**deserted** *adj* **:** left without the accustomed occupants, company, or support **:** ABANDONED, FORSAKEN ⟨found shelter in a ~ shack⟩ ⟨stood there, motionless, without desire, like a ship at sea, ~ of all winds —L.P.Smith⟩ — **de·sert·ed·ly** *adv* — **de·sert·ed·ness** *n* -ES

**de·sert·er** *pronunc at* ⁴DESERT + ə(r)\ *n* -s [F & L; F *déserteur*, fr. L *desertor*, fr. *desertus* + *-or*] **:** one who forsakes a duty, a cause, or anyone to whom he owes service; *esp* **:** a member of a military force who deserts

**desert fever** *or* **desert rheumatism** *n* **:** a mild form of coccidioidomycosis resembling influenza

**desert fox** *n* **1 :** a fox (*Vulpes leucopus*) of the western deserts of Asia **2 :** the kit fox (*Vulpes macrotis*) of the southwestern U.S.

**desert gum** *n* **:** any of several trees of the genus *Eucalyptus* (esp. *E. rudis*)

**desert holly** *n* **:** a low saltbush (*Atriplex hymenelytra*) of arid regions of the southwestern U.S. and Mexico with smooth bluish green or silvery prickly-edged foliage that is often used for Christmas decoration

**de·ser·tic** \dəˈzərd·ik, deˈ-\ *adj* **:** belonging or peculiar to or having the distinctive character of a desert ⟨the red ~ hills dotted with juniper —D.C.Peattie⟩ **:** found in a desert ⟨a ~ soil may be rich in nutrients⟩ ⟨a ~ climate⟩

**des·er·tic·o·lous** \ˌdezə(r)ˈtikələs\ *adj* [¹*desert* + *-i-* + *-colous*] **:** dwelling in a desert

**de·ser·tion** \dəˈzərshən, dēˈ-, -zə̄|, -zəi|\ *n* -s [MF or LL; MF, fr. LL *desertion-, desertio*, fr. L *desertus* + *-ion-, -io* -ion] **1 :** the act or instance of deserting: **a :** abandonment of a

EXHIBIT 6

PAGE 188

person to whom one is obligated or bound by agreement (we resolved to make the dash for the summit in spite of their ~) **:** abandonment of that to which a degree of loyalty is considered due (as a post of duty, employment engaged for, a cause, a political party) **:** DEFECTION **b :** a deserting from the military or naval service **c :** the intentional and substantial abandonment permanently or for a period of time stated by law without legal excuse and without consent of one's duties arising out of a status (as that of husband and wife or parent and child) **2 :** a state of being deserted or forsaken **:** DESOLATION **3 :** one who deserts (all the ~s gave themselves up)

**desert ironwood** *n* **1 :** a small leguminous tree (*Olneya tesota*) of the southwestern U.S. and Mexico with odd-pinnate leaves and purplish white flowers in short racemes — called also *Sonora ironwood* **2 :** the hard wood of the desert ironwood

**desert lark** *n* **:** any of several larks (as of the genus *Ammomanes*) inhabiting the deserts of Asia and Africa

**desert lemon** *n* **:** an Australian tree (*Eremocitrus glauca*) of the family Rutaceae bearing a small acid fruit

**de·sert·less** \dəˈzərtləs\ *adj* [¹desert + -less] **1 :** UNDESERVING **2** *obs* **:** UNDESERVED — **de·sert·less·ly** *adv*

**desert lily** *n* **:** a bulbous herb (*Hesperocallis undulata*) of the family Liliaceae of the southwestern U.S. with narrow sword-shaped leaves and showy racemose flowers

**desert locust** *n* **:** a destructive migratory locust (*Schistocerca gregaria*) of southwestern Asia and parts of northern Africa

**desert lynx** *n* **:** CARACAL

**desert mahogany** *n* **:** a widely distributed mountain mahogany (*Cercocarpus ledifolius*) that grows as a large shrub or small tree on dry gravelly uplands of the western U.S. and is an important browse for deer

**desert milkweed** *n* **:** any of several plants of the genus *Asclepias* that grow in the dry regions of southwestern U.S. (esp. *A. subulata* and *A. erosa*)

**desert mouse** *n* **:** a small brown mouse (*Pseudomys hermannsburgensis*) of the central desert of Australia

**des·ert·ness** \ˈdezə(r)tnəs\ *n* -ES [ME *desertnes*, fr. ¹*desert* + *-nes* -ness] **:** the condition of being like a desert (that air of spellbound ~ which so significantly invests the isles —Herman Melville)

**desert palm** *n* **:** WASHINGTON PALM

**desert pavement** *n* **:** a natural mosaic of closely-packed pebbles, cobblestones, and boulders commonly found in a desert where the wind has swept away all smaller particles

**desert pea** *n* **:** STURT'S DESERT PEA

**desert peach** *n* **:** a thorny thicket-forming large shrub or small tree (*Prunus andersonii*) of dry uplands of the Pacific and intermountain states that is locally important as browse for sheep and goats

**desert plant** *n* **:** a plant suited to the environment of arid regions of little rainfall that often stores water in its tissues or hollow center and reduces transpiration by total or seasonal leaflessness or by a densely hairy, waxy, varnished, or otherwise modified leaf **:** XEROPHILOUS plant

**desert plume** *n* **:** a perennial herb (*Stanleya pinnata*) of the family Cruciferae of the southwestern U.S. with pinnatifid leaves, spirally coiled anthers, and long stalked seedpods — called also *prince's-plume*

**desert rat** *n* **1 :** any of several pale-coated active rodents found in deserts (as the American kangaroo rat or certain southern African rodents) **2** *West* **:** one who has lived much on the desert esp. as a prospector

**desert rod** *n* **:** any of several herbs of the genus *Eremostachys* (family Labiatae) found in arid regions of western and central Asia

**deserts** *pl of* DESERT, *pres 3d sing of* DESERT

**desertscape** \ˈ--,-\ *n* [¹desert + -scape] **1 :** a scenic view of a desert **2 :** a pictorial representation of a scenic view of a desert

**desert soil** *n* **:** any of a group of zonal soils that develop under sparse shrub vegetation in warm to cool arid climates and have a light-colored surface soil usu. underlain by calcareous material and a hardpan layer

**desert sore** *n* **:** an ulcer of unknown cause affecting chiefly the extremities and occurring in desert regions of the tropics

**desert sparrow** *n* **:** a black-throated sparrow (*Amphispiza bilineata*) of arid parts of southwestern No. America

**desert sweet** *n* **:** FERN-BUSH

**desert-thorn** \ˈ--,-\ *n* [¹desert + thorn] **:** MATRIMONY VINE

**desert tortoise** *n* **:** a large burrowing turtle (*Gopherus agassizii*) of arid regions of the western U.S. — compare TESTUDINIDAE

**desert trumpet** *n* **:** a tall perennial plant (*Eriogonum inflatum*) of arid uplands of the western U.S. with silvery leaves and the upper part of the nodes inflated

**desert trumpet flower** *n* **:** a perennial herb (*Datura meteloides*) of the southwestern U.S. with erect showy tubular rose-white flowers and spiny fruit

**desert varnish** *or* **desert polish** *n* **:** a dark coating or polish found on rocks and pebbles after long exposure in desert regions

¹**des·ert·ward** \ˈdezə(r)t·wə(r)d\ *adv* [¹desert + -ward] **:** toward a desert

²**desertward** \ˈ"\ *adj* **:** sloping toward a desert **:** lying near to a desert

**desert willow** *n* **:** a shrub or low tree (*Chilopsis linearis*) of the family Bignoniaceae resembling a willow, having showy purplish flowers and long seed pods, and occurring in dry regions of southwestern No. America — called also *flowering willow*

**desertworthy** \ˈ--,--\ *adj* **:** capable of functioning competently in a desert

**de·serve** \dəˈzərv, dēˈ-, -zəv, -zəiv\ *vb* -ED/-ING/-S [ME *deserven*, fr. OF *deservir*, fr. L *deser·vire* to serve zealously, fr. *de-* + *servire* to serve — more at SERVE] *vt* **1 a :** to come to be rightfully worthy of, to be fairly entitled to, or to be able to claim rightfully by virtue of actions done or qualities displayed (we have the poetry we ~, just as we have the painting we ~ —Herbert Read) (rebels ~ no consideration —Kenneth Roberts) (a people indifferent to their civil liberties do not ~ to keep them —W.O.Douglas); *also* **:** to be so circumstanced as to undergo as one's just due **:** have due as requital (a drunken driver ~s to have his driving license suspended) (he ~s to lose because of his unsportsmanlike tactics) **b :** to be rightfully qualified (as by excellence, utility, wrongness, or other special character) to have or receive **:** qualify for on the basis of right or justice (a laboratory that hardly *deserved* the name) (the question ~s dispassionate consideration —Vera M. Dean) (what crimes ~ the death penalty?) (that his country's new society *deserved* all his energies —Jay Leyda) (acute and liberating observations which ~ to be widely disseminated —M.R.Cohen) **2** *obs* **:** to be or prove of service to **:** BENEFIT **3 :** to win by reason of worthy performance or earn by reason of untoward performance (they cannot command prosperity or continuing employment, but they are certainly doing their best to ~ them —Sam Pollock) (I do not know how he had *deserved* our disrespect —Mary Austin) **4** *obs* **:** to give in return ~ *vi* **1 :** to be worthy, fit, suitable for some reward or requital **:** have acted in a worthy way (that the Tudor translators have become recognized as they ~ —T.S.Eliot) (as one who had *deserved* well of his country —G.L.Dickinson) **2** *obs* **:** to be of service

**syn** EARN, MERIT, RATE: DESERVE may suggest one's being rightfully entitled to reward for actions done or qualities exhibited in particular situations calling for special notice or evaluation (if he [Dr. Johnson] inserts the poems of some who can hardly be said to *deserve* such an honor —William Cowper) (liberty is easier to win than to *deserve*, and if it is treated as either a license or a vacuum, the police will come or the walls will fall in —Curtis Bok) (a second point *deserves* renewed emphasis —Zechariah Chafee) EARN may suggest a due reward or recompense according to a systematic or regulated plan of evaluation (since he has not missed any hours of work I suppose that he has *earned* his salary, but from the caliber of his work I do not think that he deserves it) (advanced work . . . by men already graduates of theological schools *earns* the degree of Master or Doctor of Theology —*Official Register of Harvard Univ.*) More certainly than the others in this set EARN suggests previous sustained expenditure of energy, effort, and time (we had *earned* that right . . . no group of men can grant other men rights of any kind; they are achieved —H.D. Skidmore) MERIT may be used in reference to lasting traits, rather than sustained action, more readily than EARN (the idle politicos of the country do not *merit* our trust, but her zealous partisans have earned it) MERIT highly stresses the fact of worthiness fit for reward or consideration but implies less about the fact of being rewarded than the others of this group (a boost which in a sense it does *merit* —T.S.Eliot) (if hope's familiar whispers *merit* faith —William Wordsworth) RATE in this sense may stress the idea of being fit or suited for some special reward or consideration in addition to what is officially earned and paid or conferred through rank, status, or connection (important statesmen in the United States have usually *rated* eulogistic titles —E.C.Smith) (not that I *rated* the governor's suite on my own —Bennett Cerf)

**de·served** \-vd\ *adj* **:** such as one deserves (a ~ reputation) (a ~ rebuke) — **de·serv·ed·ly** \-vədlē, -li\ *adv* — **de·serv·ed·ness** \-vədnəs\ *n* -ES

**de·serv·er** \-və(r)\ *n* -S **:** one who deserves

¹**deserving** *n* -S [ME, fr. gerund of *deserven*] **:** DESERT, MERIT

²**deserving** *adj* [fr. pres. part. of *deserve*] **:** MERITORIOUS, WORTHY (rewarding ~ workers) (the causes most ~ of help) (a charlatan ~ of the severest penalty); *specif* **:** meriting financial assistance (scholarship aid for needy and ~ students) — **de·serv·ing·ly** *adv* — **de·serv·ing·ness** *n* -ES

**-deses** *pl of* -DESIS

**de·sex** \(ˈ)dē, dē+\ *vt* [*de-* + *sex* (n.)] **1 :** to castrate or spay **2 :** to de-emphasize or minimize appeals to sexual interest in

**de·sexualization** \(ˌ)dē, dē+\ *n* **:** the act or an instance of desexualizing (the view that this ~ necessarily results in the choice of a higher, more socially acceptable channel of expression —G.S.Blum)

**de·sexualize** \(ˈ)dē, dē+\ *vt* [*de-* + *sexualize*] **1 :** to deprive of sexual characters or power **:** UNSEX, CASTRATE **2** *psychoanalysis* **:** to divest of sexual quality by diverting the libido to other goals (as in sublimation) **b :** to withdraw (sexual libido) from the genital to other areas of the body (as in perversions)

**deshabille** *var of* DISHABILLE

¹**de·si** \ˈdāsē, ˈdesē\ *adj* [Bengali *desī*, fr. Skt *deśīya*, fr. *deśa* point, country, district, fr. *diśati* he points out — more at DICTION] *India* **:** INDIGENOUS (~ fowl) (~ goat)

²**desi** \ˈ"\ *also* **dai·see** \ˈdāsē\ *or* **daisee jute** *n* -S [Bengali *desī* indigenous] **:** an Indian jute obtained from Jew's mallow

**desiatin** *var of* DESSIATINE

¹**des·ic·cant** \ˈdesəkənt, -sēk-\ *adj* [L *desiccant-, desiccans*, pres. part. of *desiccare* to dry up] **:** DRYING, DESICCATIVE

²**desiccant** \ˈ"\ *n* -S **:** a drying agent (as sulfuric acid, silica gel)

¹**des·ic·cate** \-kəlt, -kāt, *usu* ləd+V\ *adj* [ME, fr. L *desiccatus*] **:** DESICCATED (a ~ romance —Allen Tate)

²**des·ic·cate** \ˈdesəˌkāt, -sē-, *usu* -ād+V\ *vb* -ED/-ING/-S [L *desiccatus*, past part. of *desiccare* to dry up, fr. *de-* + *siccare* to dry, fr. *siccus* dry — more at SACK] *vt* **1 :** to dry up or cause to dry up **:** deprive or exhaust of moisture; *esp* **:** dry thoroughly (artificial *desiccating* of timber in an oven with a current of hot air) (the surgeon removed a suspect mole by electrodesiccation and thoroughly *desiccated* the immediately adjoining tissue with a needle electrode) (requiring a *desiccated* hermetically sealed container) **2 :** to preserve (a food) by drying **:** DEHYDRATE (one cup of *desiccated* coconut) **3 a :** to drain of vitality; *esp* **:** to divest of vigor, spirit, passion, or a capability of evoking mental or emotional excitement (a charming little romance . . . not *desiccated* and compressed within the pages of a book —Elinor Wylie) (Mr. Copland's musical style — a deft fusion of ingredients assembled from Debussy and Satie and of *desiccated* elements of American folk music —Winthrop Sargeant) **b :** to divest of spontaneity, animating or interesting properties, or stimulating capacity (a secret-police system first unsettles, then ~s, then calcifies a free society —E.B. White) (the lopsidedly historical approach to literature which dominated and *desiccated* American academic studies for many years —G.H.Genzmer) (the thoughts and behavior of Londoners whose lives were *desiccated* by war —James Stern) **c :** to divest of or divorce from aesthetic sensitivity and human sensibilities and abandon to intellectual aridity (the typical scholar filled with such learning has been caricatured as an absent-minded and *desiccated* personality —C.F.Richards) ~ *vi* **:** to become dried up **:** undergo a desiccating or divesting process (some very small poikilotherms ~ and encapsulate for protection —Samuel Brody) (English philosophy, lost in the aridities of logical positivism and semantics, has tended to become pedantically *desiccated* —*Times Lit. Supp.*) **syn** see DRY

³**desiccate** *like* ¹DESICCATE\ *n* -S **:** a product of or residue from desiccation

**desiccated** *adj* **1 :** dried up **:** ANHYDROUS (each gram of *desiccated* liver contains the equivalent of not less than 0.05 mg of riboflavin) (half-filled boxes of ~ Spanish cigars —Janet Flanner) **2 :** lacking vitality, spirit, spontaneity, or emotional vigor (a prissy and emotionless creature . . . settles into a mold of ~ snobbery —C.J.Rolo)

**des·ic·ca·tion** \ˌ--ˈkāshən\ *n* -S [LL *desiccation-, desiccatio*, fr. L *desiccatus* + *-ion-, -io* -ion] **1 :** the act or process of desiccating or the state of being or becoming desiccated: **a :** a complete or nearly complete deprivation of moisture or of water not chemically combined (as by vaporization or evaporation) **:** DEHYDRATION (attributed to some preconsolidation in the soils, particularly the clays, due to compaction by ~ —Mason Lockwood) (partial ~ of landlocked seas at many stages of geological history has given rise to extensive deposits of gypsum and rock salt —W.G.Fearnsides) (for industrial purposes enzymes are rarely purified beyond the stage of simple extraction and ~ of the extract —A.K.Balls) (from the long-wave diathermy machine two distinct currents are obtained which produce ~ and electrocoagulation respectively —W.H.Schmidt) **b :** destitution of vitality from having been or having become desiccated; *esp* **:** deterioration through deprivation or loss of animating, stimulating, or inspiring qualities (the prevalent ~ of the study of philosophy in universities —T.S.Eliot) (research, which alone preserves science from ~ and death —A.L.Guerard) **2 :** a bit of desiccated matter (ringed glasses, clotted tub drains, ~s of paste on toothbrushes —Philip Wylie)

**desiccation crack** *n* **:** MUD CRACK

**desiccation polygon** *n* **:** a structure bounded by mud cracks found in sedimentary rocks and mud flats

¹**des·ic·ca·tive** \ˌ--ˌkād·iv, -kəl, dəˈsikəl, dēˈs-, ˈl\, lēv *also* ˈəv\ *adj* [LL *desiccativus*, fr. L *desiccatus* + *-ivus* -ive] **:** drying up or tending to dry up (intense ~ characteristics)

²**desiccative** \ˈ"\ *n* -S *archaic* **:** a desiccative agent

**des·ic·ca·tor** \ˈdesəˌkād·ə(r), -sē-, -ātə-\ *n* -S **1 :** a container (as a glass jar) fitted with air airtight cover and containing at the bottom some desiccating agent (as calcium chloride) (when a substance to be dried would be decomposed by high temperature it is dried in a ~) **2 :** a machine or apparatus for desiccating fruit, milk, or other food usu. by the aid of heat and sometimes in a vacuum

one form of glass desiccator

**des·ic·ca·to·ry** \ˈ--ka,tōrē, dəˈsi-, dē-ˈsi-, -ōr-, -ri\ *adj* **:** DESICCATIVE

**desiderable** *adj* [ME, fr. L *desiderabilis*, fr. *desiderare* to long for, miss, desire + *-abilis* -able — more at DESIRE] *obs* **:** PLEASING, DESIRABLE

**de·sid·er·ant** \dəˈsidərənt, dē-, -ˈzi-\ *adj* [L *desiderant-, desiderans*, pres. part. of *desiderare*] *archaic* **:** DESIROUS

¹**desiderate** *n* -S [L *desideratum*, neut. of *desideratus*, past part. of *desiderare*] *obs* **:** a thing desired

²**de·sid·er·ate** \dəˈsidəˌrāt, dē-, *also* -ˈzi-; *usu* -ād+V\ *vt* -ED/-ING/-S [L *desideratus*, past part. of *desiderare*] **1 :** to seek or advocate earnestly or call for as essential (the author's practice may not achieve the scope he ~s for the complete "historiography of ideas" —J.L.Adams) (just what and how, for instance, the monastic teaching orders he ~s would teach —F.R.Leavis) **2 :** to entertain or express a longing for or a wish to have or attain (to think these two might negotiate peaceably is to ~ an impossibility)

**de·sid·er·a·tion** \-ˌ-dəˈrāshən\ *n* -S [L *desideration-, desideratio*, fr. *desideratus* + *-ion-, -io* -ion] **1 :** the act or an instance of desiderating **2 :** DESIDERATUM

¹**de·sid·er·a·tive** \-ˈ-dəˌrāld·iv, -d(ə)rəl\ *adj* [LL *desiderativus*, fr. L *desideratus* + *-ivus* -ive] **1 :** relating to or denoting desire, esp. a wish to do (the intellect does not include the emotional and immediately ~ elements of human nature —H.O.Taylor) **2 a** *of a verb or verb form* **:** derived from or belonging to the inflectional paradigm of a verb and expressing a desire to perform the action denoted by that verb (the ~ Latin verb *esurire* "to be hungry" is from *edere* "to eat") **b :** of or relating to a desiderative verb or verb form (a ~ suffix)

²**desiderative** \ˈ"\ *n* -S **:** a desiderative verb or verb form

**de·sid·er·a·tum** \-,-dəˈrāld·əm, -rāl,-ràl, ltəm\ *n, pl* **desiderata** \ld·ə,ltə\ [L, neut. of *desideratus*, past part. of *desiderare* to desire — more at DESIRE] **:** something desired as essential or needed **:** something that is sought for or aimed at (the correct reverberation is not, of course, the whole ~ behind concert-hall acoustics —E.G.Richardson) (detached individuality does not seem to be a ~ of the Vedantic mind —Robert Bierstedt) (the concept that peace of mind is the great ~ —Warren Weaver)

**des·i·de·ri·um** \ˌdesəˈdirēəm, -ezə-\ *n, pl* **deside·ria** \-ēə\ [L, fr. *desiderare* to desire] **:** an ardent desire or longing; *esp* **:** a feeling of loss or grief for something lost

**de·sight** \ˈdē+ ,-\ *n* [*de-* + *sight*] **:** an unsightly object **:** EYESORE

¹**de·sign** \dəˈzīn, dēˈ-\ *vb* -ED/-ING/-S [MF *designer*, fr. L *designare*, lit., to mark out, fr. *de-* + *signare* to mark — more at SIGN] *vt* **1 a :** to conceive and plan out in the mind (a savage on seeing a watch would at once conclude that it was ~*ed* —Samuel Butler †1902) **b :** DEVOTE, CONSIGN, DESTINE (a city ~*ed* to destruction) (grants ~*ed* in his will for making amends) **c :** to make up one's mind to set apart **:** settle in mind to reserve (mementos of his travels that he had ~*ed* for friends) **d :** to plan or have in mind as a purpose **:** INTEND, PURPOSE, CONTEMPLATE (he was sociable by disposition, and I believe he ~*ed* particularly to shine in the world of talk and manners —Osbert Sitwell) (when some other foreign power ~*ed* division or seizure —Roger Burlingame) **e** *archaic* **:** to have in mind or include as a matter of consideration **f :** to devise or propose for a specific function (a book ~*ed* primarily as a college textbook) (a program obviously ~*ed* as a first approach to this problem) **g :** to create, plan, or calculate for serving a predetermined end **:** prepare or lay out deliberately (the challenging problem of ~*ing* a college curriculum for young women) (a little group of members which is ~*ed* for study, propaganda, and energetic canvassing —R.M.Dawson) (~*ed* to form a frame for what was to come after —E.M.Lustgarten) **2 a** *obs* **:** to indicate with a distinctive mark or sign **b** *archaic* **:** to indicate by name or distinctive phrase **c :** to designate for office or function (~*ing* a friend to act as substitute) (the other parties named and ~*ed* in the summons) **d** *archaic* **:** ASSIGN, GRANT **3** [MF *desseigner*, fr. It *disegnare*, fr. L *designare*] **a** *archaic* **:** to make a drawing or sketch of (an object or scene) **b :** to outline or sketch in proportion for creating a work of art or to serve as a pattern in the practical arts (she has ~*ed* the dances for several Broadway hits) (a curious woman whose dresses always looked as if they had been ~*ed* in a rage —Oscar Wilde) **c :** to plan and plot out the shape and disposition of the parts of and the structural constituents of **:** draw the plans for (he ~*ed* many buildings and bridges) **d :** to create, fashion, execute, or construct according to plan (he was also a clever artist and ~*ed* scenes with a flair for color —Winifred Bambrick) (buildings of the institution are so ~*ed* that each patient's room opens upon a porch —*Amer. Guide Series: Mich.*) **e :** to originate, draft, and work out, set up, or set forth **:** DEVISE, CONTRIVE (a landscaping authority to ~ the city's park system) (can start to ~ and execute a foreign policy without fear —H.W.Barber) (like most Communist propaganda it was very cleverly ~*ed* —Patrick McMahon) (knows how to ~ a part so that it develops and acquires momentum in performance —Brooks Atkinson) **f :** to plan or produce with special intentional adaptation to a specific end — used in passive or participial form (statutes are ~*ed* to meet the fugitive exigencies of the hour —B.N.Cardozo) (slogans are normally ~*ed* to get action without reflection —A.E.Stevenson b.1900) (marriage was a social institution ~*ed* to fit instinct into a legal framework —Bertrand Russell) (would do it for $5000, a price . . . ~*ed* to discourage offers —Elsa Maxwell) ~ *vi* **1 :** to conceive a plan for making something **2 :** to draw, lay out, or otherwise prepare a design or designs (those who ~ for the home) (in ~*ing* for motion pictures there is also the problem of geography —Cedric Gibbons): **a :** to draw a preliminary figure, outline, or sketch (as for a machine, structure, or work of art) **b :** to fashion a work of art **c :** to fashion a decorative figure or pattern **3 :** to plan or intend to start out on a trip or course (this ship ~*s* for Guam) (the young man ~*s* for law) **syn** see INTEND, ¹PLAN

²**design** \ˈ"\ *n* -S [MF *dessein*, fr. It *disegno*, fr. *disegnare* to mark out] **1 :** a mental project or scheme in which means to an end are laid down **:** PLAN (morality also, like religion, is a product of human ~ —Benjamin Farrington) (had no rivals among the secular rulers of Europe for largeness of ~*s* —R.W.Southern) **2 a :** a particular purpose held in view by an individual or group **:** a planned intention (my ~ in writing this preface is to forestall certain critics) (he has ambitious ~*s* for his son) **b :** deliberate purposive planning (what superficially may appear to be a masterpiece of ~ was likely to have been just an empirical policy of muddling through —*Times Lit. Supp.*) (his clumsiness is due to inattention rather than ~) (battle was joined apparently more by accident than ~ —John Buchan); *also* **:** direction toward an ultimate end (the teleological, which shows the marks of ~ in nature, and from them argues to a great designer —*Encyc. Americana*) — opposed to *accident* **3 a :** a deliberate undercover project or scheme entertained with discreditable or hostile and often dishonest, treacherous, sinister, or seductive intent (each camp accusing the other of imperialist ~*s*) (eager to ferret out any subversive ~) (a declaration of a ~ upon his life —John Locke) **b designs** *pl* **:** such a scheme contemplating some rapacious or disruptive aggression or some illicit encroachment — used with *on* or *against* (the United States has no . . . ~*s* against any of its neighbors anywhere —A.H.Vandenberg †1951) (has ~*s* on the money) **4 :** a preliminary sketch or outline (as a drawing on paper or a modeling in clay) showing the main features of something to be executed **:** DELINEATION (a textile ~ and its specifications constitute the complete working plan for the manufacture of a fabric —Alfred Higgins & R. L. La Vault) **5 a :** a painter or sculptor's preliminary drawing or model (he made two or three charming and blasphemous ~*s* —W.B.Yeats) **b :** a scheme for the construction, finish, and ornamentation of a building as embodied in the plans, elevations, and other architectural drawings pertaining to it **c :** a conceptual outline or sketch according to which the elements of a literary or dramatic composition or series are disposed (his sense of structure, both in the general ~ of *Paradise Lost* and *Samson*, and in his syntax —T.S.Eliot) (it is now widely agreed that such compositions as *Moby Dick* and *Billy Budd* are complete ~*s* —Nathalia Wright) (the main ~ of the poem, an imaginative control of dispersed material —*Times Lit. Supp.*) **d :** a settled coherent program followed or imposed; *usu* **:** an underlying scheme that governs functioning, developing, or unfolding **:** PATTERN, MOTIF (his ad-libbing . . . is not unfortified by ~ because he is far too fine a professional ever to trust entirely to chance —John Mason Brown) (whether or not there be a ~, . . . in nature, a man's biography frequently discloses haunting glimpses of a pattern —Perry Miller) **6 a :** the arrangement of elements that make up a work of art, a machine, or other man-made object (systematic art instruction begins with the study of ~, which includes little except the perception and creation of formal relations —Hunter Mead) (made her decide to introduce choreographic ~ into her free skating —*Current Biog.*) **b :** the process of selecting the means and contriving the elements, steps, and procedures for producing what will adequately satisfy some need (industrial ~) (included in ~ are the arrangement of the basic text page, choice of typeface, title page, and special pages —Joseph Blumenthal); *specif* **:** the drawing up of specifications as to structure, forms, positions, materials, texture, accessories, decorations in the form of a layout for setting up, building, or

EXHIBIT 6

PAGE 189

fabrication ⟨the ~ of the ship's bridge⟩ ⟨his experiments were noted for their simple ~⟩ ⟨the problems of stability were corrected by better ~ in duplicating equipment —R.O.Jordan⟩ **c** : structural constitution or fundamental framework of a musical composition ⟨unacceptable to our sense of melodic ~ —P.H.Lang⟩ ⟨inflated music with ambitious and mystical programmatic ~s —Nicolas Slonimsky⟩ **7 a** : a visual arrangement or disposition of lines, parts, figures, details usu. unified by an implicit key or clue of signification or an artistic motif (as in engravings, medals, textiles, metalwork) ⟨linoleum in a great number of ~s⟩ ⟨the ~s on the reverse of our coins⟩ ⟨an iron balustrade with a ~ of bows and arrows that rises from the eaves of the house —*Amer. Guide Series: Maine*⟩ **b** : a pattern or figuration applied to a surface (as of a vase) : DECORATION ⟨porcelain with carved or engraved floral ~s⟩ ⟨a gold-tooled ~ impressed on bookbindings⟩ **syn** see INTENTION, PLAN

**³design** \"\ *adj* : used as a basis for anticipating practical problems and solving them at the engineering stage — used chiefly in highway designing ⟨the ~ speed of a highway⟩

**des·ig·na·ble** \'dezignəbəl, [ēg *sometimes* -esi\ *adj* [L *designare* to mark out + E *-able*] : DISTINGUISHABLE, IDENTIFIABLE ⟨the probability that two parts of the same tree might be designated or ~ by the same term —J.T.Krumpelmann⟩

**de·sig·na·do** \ˌdesig'nä(ˌ)dō, -ezi-\ *n* -s [Sp. fr. *designado*, past part. of *designar* to designate, fr. L *designare*] : one legally appointed or elected in some Spanish-American countries to succeed the president

**designata** *pl of* DESIGNATUM

**des·ig·nat·able** \'dezig,nād·əbəl, -ēg-, -āta- *sometimes* -es|\ *adj* : capable of being designated

**¹des·ig·nate** \-,nāt, -,nət, *usu* |d·+V\ *adj* [L *designatus*, past part. of *designare*] : chosen for an office but not yet installed — used after the noun ⟨called president-elect or president-designate⟩ ⟨the pledges of the governor ~⟩

**²des·ig·nate** \-,nāt, *usu* -ād·+V\ *vt* -ED/-ING/-S [L *designatus*, past part. of *designare*, lit., to mark out — more at DESIGN] **1 a** : to point out the location of ⟨a marker *designating* the crest of the flood waters⟩ **b** : to make known directly as if by sign : SIGNIFY, INDICATE ⟨any reasonable task *designated* by the employer⟩ **c** : to distinguish as to class : DENOMINATE, IDENTIFY, LABEL ⟨the area we ~ as that of spiritual values —J.B.Conant⟩ **d** : SPECIFY, STIPULATE ⟨sending food packages to *designated* recipients in Europe⟩ ⟨a gift *designated* by the donor to be used for faculty compensation⟩ **2 a** : to call by a distinctive title, term, or expression ⟨a particle having approximately the mass of a proton but having no charge and so *designated* as a neutron —W.V.Houston⟩ ⟨the four parts were *designated* A, B, C, and D in the diagram⟩ **b** : to declare to be : CHARACTERIZE ⟨areas *designated* as strategic⟩ **3** : to name esp. to a post or function **4 a** : to decide upon : NOMINATE, DELEGATE, APPOINT, *esp* : to assign officially by executive or military authority ⟨the operating agency last *designated* by the president⟩ ⟨the tanks had been *designated* to exploit a breakthrough of the enemy's defenses —R.D.Gardner⟩ **b** : to induct in a rank or position ⟨the supreme council is *designated* as the highest organ of state power⟩ ⟨the duke had been *designated* as king of a puppet state⟩ **c** : to choose and set apart (as by public will or in the process of government administration) ⟨a successful *designating* petition places the name of the candidate on the primary ballot —*Bk. of Civic Definitions*⟩ ⟨control dams *designated* for construction⟩ ⟨finally Queen Victoria was asked to ~ a site —B.K.Sandwell⟩ **5** : to serve as a name of : stand for : DENOTE ⟨associate . . . the names with the persons they ~ —Weldon Kees⟩ ⟨names are now given bacteria as a sort of shorthand to ~ a whole series of complicated reactions —Justina Hill⟩ **6** *logic* : to refer to (an abstract or a concrete entity) — used of a sign, word, or linguistic expression

**syn** NAME, NOMINATE, ELECT, APPOINT: DESIGNATE may apply to choosing or detailing a person or group for a certain post by a person or group having power or right to choose ⟨the following deputies were *designated* by the three ministers to carry on the council's work —*Americana Annual*⟩ ⟨the vice-chairman is elected from among the commissioners, and the president *designates* the chairman —*Current Biog.*⟩ NAME differs little from DESIGNATE except that it may more strongly imply public announcement and less strongly suggest official action ⟨the president-elect has not yet *named* his secretary of state⟩ ⟨*named* to the position of general manager⟩ ⟨a council of the realm to advise him and to *name* his successor in the event of his death —*Current Biog.*⟩ NOMINATE today often indicates presentation of a candidate for the approval of or rejection by those who make final decisions ⟨the parties *nominate* their presidential candidates during the summer⟩ ⟨President Truman *nominated* him for promotion to full admiral, an advancement confirmed by the Senate —*Current Biog.*⟩ ELECT may apply to definitive selection by a qualified group from among persons nominated or offering themselves as candidates ⟨*elected* by a large majority of the voters⟩ ⟨*elected* to membership in a general meeting of the club⟩ APPOINT indicates selection without election by a qualified person or group, with or without confirmation by another instrumentality ⟨the president *appoints* postal officials⟩ ⟨by constitutional provision the chief executive *appoints*, not independently (except in a few instances as indicated above), but "by and with the advice and consent of the senate"; to speak with complete accuracy, he nominates, the Senate confirms (by a majority vote of the members present), and he thereupon *appoints* —F.A.Ogg & P.O.Ray⟩

**des·ig·na·tion** \ˌ==ˈnāshən\ *n* -s [ME *desygnacion*, fr. L *designation-*, *designatio*, fr. *designatus* + *-ion-*, *-io*, -ion] **1** : the act of indicating or identifying by a mark, letter, or sign or by classification or specification ⟨contriving new characters for the ~ of sounds alien to the language⟩ ⟨anciently the law was that the mere repetition of a slander was not actionable if the repetition was accompanied by a ~ of the author —B.N.Cardozo⟩ **2 a** : a distinguishing name ; a title earned or awarded ⟨for years the county seat had no proper ~⟩ ⟨as a writer of light verse; but this ~ isn't good enough —Charles Jackson⟩ **b** : NAMING ⟨perhaps the honor that touched him most deeply was the ~ during his last years of the new laboratory —C.H.Herty⟩ ⟨the ~ of degrees for women graduates puzzled the more liberal educators —*Amer. Guide Series: Texas*⟩ **3 a** : appointment or assignment to a post ⟨his next ~ was a second secretaryship at Panama City⟩; *also* : nomination for a political office ⟨seeking to win the Republican primary ~⟩ **b** : delegation, engagement, or allocation for a service ⟨his ~ by Chile and Argentina as umpire of a commission⟩ ⟨the revision of the rest of Matthew and of Genesis and all of Exodus by the ~ of different sections to various members of the committee —I.M.Price⟩ **c** *archaic* : a natural leaning that contributes to one's fitness **4** *obs* : end in view **5** : an allotment of bottom for planting oysters; *also* : the space so allotted **6** *logic* : the relation between a sign, word, or linguistic expression and the object referred to; *also* : MEANING, CONNOTATION

**des·ig·na·tio per·so·nae** \ˌdezig'nāshē,ōpə(r)'sō(ˌ)nē\ *n* [L, designation of the person] : matter designating the persons who are parties to and essential to the validity of a document — compare DESCRIPTIO PERSONAE

**¹des·ig·na·tive** \'dezig,nād·iv, |ēg-, -,nə|, |t|, |ēv *also* |av *sometimes* 'des|\ *adj* [LL *designativus*, fr. L *designatus* + *-ivus* -ive] : serving to designate or indicate

**²designative** \"\ *n* -s : something designative

**des·ig·na·tor** \-,nād·ə(r), -ātə-\ *n* -s [LL, fr. L *designatus* + *-or*] : one that designates; *esp* : a designative sign in semantics

**des·ig·na·to·ry** \-,nə,tōrē, -ōr-, -ri\ *adj* : DESIGNATIVE

**des·ig·na·tum** \ˌdezig'nād·əm\ *n, pl* **designa·ta** \-d·ə\ [L, neut. of *designatus*, past part. of *designare* to designate, design, lit., to mark out — more at DESIGN] : something that is referred to by a word, sign, or linguistic expression whether actually existing or not : the class of objects referred to by a sign, including the null class — contrasted with *denotatum*

**design bedding** *n* : an arrangement of herbaceous plants in a definite pattern of contrasting foliage or blossom ⟨the atrocities of *design bedding* still persist in some public gardens as geometric figures or stylized objects stiffly painted in varied colors of leaf and flowers⟩ — distinguished from *carpet bedding*

**de·signed** \də'zīnd, dē'-\ *adj* : done, performed, or made with purpose and intent often despite an appearance of being accidental, spontaneous, or natural ⟨style . . . is more than the deliberate and ~ creation —Havelock Ellis⟩ **syn** see DELIBERATE

**de·sign·ed·ly** \-nədlē, -li\ *adv* : with definite purpose : PURPOSIVELY, DELIBERATELY

**des·ig·nee** \ˌdezig'nē *sometimes* -esi-\ *n* -s [*designate* + *-ee*] : one who is designated or delegated ⟨the favorite-son ~ of the New York delegation⟩ ⟨one of the plant supervisors is a union ~⟩

**de·sign·er** \də'zīnə(r), dē'-\ *n* -s **1** : one who conceives plans (as large-scale plans or those for public or social projects) ⟨the ~s of the Fourth Republic provided what France wanted —*Time*⟩ ⟨it is strange that resistance to this proposition seems strongest among some of the most audacious social ~s —Curt Stern⟩ ⟨the planners and ~s, the inciters and leaders without whose evil architecture the world would not have been so long scourged —R.H.Jackson⟩ **2** : one whose work is creating or laying out designs or reproducing designs made by others for products of mechanical, industrial, or practical arts or for architectural structures ⟨a famous industrial ~⟩ ⟨better planners, urban ~s, and landscape artists in our schools —J.L.Sert⟩ **3 a** : one who plans, produces, or creates utilitarian or aesthetic objects ⟨ceramic ~s⟩ ⟨an outstanding book ~ planned the format⟩ ⟨dress ~⟩ **b** : one who plans and directs the fashioning of theatrical stage settings, costumes, and ballet settings

**de·sign·er·ship** \-ˌship\ *n* -s : the office or function of a designer : accomplishment as designer

**de·sign·ful** \-nfəl\ *adj* : full of design : INTENTIONAL — **de·sign·ful·ly** \-f(ə)lē\ *adv*

**¹designing** *n* [fr. gerund of ¹*design*] : the art of making designs or sketches ⟨studied ~ under experts⟩

**²designing** *adj* [fr. pres. part. of ¹*design*] **1** : practicing forethought **2** : concealing under a complaisant manner crafty or evil designs esp. for advancing one's own interests : SCHEMING ⟨~ woman⟩ ⟨a selfish and ~ nation, obsessed with the dark schemes of European intrigue —Sir Winston Churchill⟩ ⟨a ~ Providence⟩ — **de·sign·ing·ly** *adv*

**de·sign·less** \-nləs\ *adj* : being without a design — **de·sign·less·ness** *n* -ES

**design patent** *n* : a patent granted to one who has invented any new, original, and ornamental design for an article of manufacture ⟨under a *design patent* the appearance of the article rather than its mechanical function receives protection —*Harvard Law Rev.*⟩

**designs** *pres 3d sing of* DESIGN, *pl of* DESIGN

**de·silicate** \(ˈ)dē+\ *vt* [*de-* + *silicate*] : to remove silica or silicate from; *esp* : to cause to undergo desilication

**de·silication** \(ˌ)dē+\ *n* -s : removal of silica from a magma esp. by interaction with limestone and its transfer to the enveloping wall rock where it is fixed in the form of various silicates

**de·silt** \(ˈ)dē+\ *vt* [*de-* + *silt* (n.)] : to remove suspended silt from (the water of a stream) ⟨a basin for ~*ing* water⟩

**de·silverization** \(ˌ)dē+\ *n* -s : the act or a process of desilverizing

**de·silverize** *also* **de·silver** \"+\ *vt* [*desilverize* fr. *de-* + *silver* + *-ize*; *desilver* fr. *de-* + *silver*] : to remove the silver from : free from silver ⟨*desilverizing* lead ores⟩ — **de·silverizer** \"+\ *n* -s

**des·i·nence** \'dezənən(t)s, -esə-\ *n* -s [MF, fr. ML *desinentia*, fr. L *desinent-*, *desinens* + *-ia*] : TERMINATION ⟨the ~ of a verse⟩; *often* : ENDING c (1) ⟨any Russian inflectional form comprehends a stem and a ~ —Roman Jakobson⟩

**des·i·nent** \-nənt\ *adj* [L *desinent-*, *desinens*, pres. part. of *desinere* to leave off, cease, fr. *de-* + *sinere* to leave — more at SITE] : TERMINAL

**des·i·nen·tial** \ˌ==ˈnenchəl\ *adj* **1** : TERMINAL **2** : of, relating to, or being an inflectional ending

**de·sip·i·ence** \də'sipēən(t)s, dē'-\ *also* **de·sip·i·en·cy** \-nsē\ *n, pl* **desipiences** *also* **desipiencies** [L *desipientia*, fr. *desipient-*, *desipiens* + *-ia*] : relaxed dallying in enjoyment of foolish trifles

**de·sip·i·ent** \-pēənt\ *adj* [L *desipient-*, *desipiens*, pres. part. of *desipere* to be foolish, fr. *de-* + *-sipere* (fr. *sapere* to have taste, be wise) — more at SAGE] : indulging in desipience ⟨and smiled to see ~ Horace play —Timothy Dwight⟩

**de·sir·abil·i·ty** \də,zīrə'biləd·ē, dē,=, -lətē, -i\ *n* -ES **1** : the quality, fact, or degree of being desirable or of having worth ⟨they considered the chances and ~ of revolution⟩ **2 desirabilities** *pl* : a desirable condition ⟨we had understood and studied certain *desirabilities* in a truly integrated staff —D.D. Eisenhower⟩

**¹de·sir·able** \-'zīrəbəl\ *adj* [ME, fr. MF, fr. *desirer* + *-able*] **1** : capable of arousing desire: **a** : having the power to attract or bring into demand : of such properties or qualities as to be wished for or sought ⟨one of the city's most ~ neighborhoods⟩ ⟨a plant species that may prove to be commercially ~⟩; *often* : so valuable or excellent as to assure being desired or selected **b** : such as to awake urgent or passionate longing or craving ⟨there are circumstances in which a scoop of dirty water can be supremely ~⟩; *esp* : exciting erotic longing ⟨she was never more ~ than at this moment⟩ **2 a** : worth seeking or doing as advantageous, beneficial, or wise : ADVISABLE, EXPEDIENT ⟨having the footnotes at the back of the book is not nearly so ~⟩ ⟨even if the highest education were ~ for all, which I doubt —Bertrand Russell⟩ ⟨~ freedom and individual responsibility of the elective system —*Official Register of Harvard Univ.*⟩ **b** : suited to the purposes and objectives of normal society ⟨however ~ a common language for all the world may be —I.A.Richards⟩ ⟨the personal opinion of the judge as to what is ~ or undesirable legislation —M.R.Cohen⟩

**²desirable** \"\ *n* -s : one that is desirable ⟨a balanced diet and adequate rest are basic ~s for any convalescent⟩ : a person or thing that merits or attracts desire or favorable attention and consideration ⟨fostering the ~s and weeding out the undesirables⟩; *often* : a person regarded as of high social standing and eligibility ⟨moving always in a small circle of ~s he scarcely knew the lower world of clubs and theaters and balls existed⟩

**de·sir·able·ness** \-bəlnəs\ *n* -ES : the fact or quality of being desirable : DESIRABILITY ⟨I am quite ready to accept the ~ of government liability —O.W.Holmes †1935⟩

**de·sir·ably** \-blē, -bli\ *adv* : in a desirable place or manner : to a desirable extent or degree : in accordance with what is considered desirable ⟨land ~ situated in a sheltered river valley⟩

**¹de·sire** \də'zī(ə)r, dē'-\ *vb* -ED/-ING/-S [ME *desiren*, fr. OF *desirer*, fr. L *desiderare* to long for, miss, desire, fr. *de-* + *-siderare* (fr. *sider-*, *sidus* star, constellation) — more at SIDEREAL] *vt* **1** : to long or hope for : wish for earnestly : exhibit or feel desire for : COVET ⟨men who ~ success must be prepared to work⟩ ⟨he *desired* her approval above all things⟩ ⟨*desiring* only a peaceful haven⟩ **2 a** : to ask or call for (something) : express a wish for : REQUEST ⟨maid services available if *desired*⟩ ⟨they ~ an immediate answer⟩ **b** : to express a wish to (someone) : ASK, REQUEST, ENTREAT ⟨~ him to come in⟩ ⟨they *desired* the conference to reconsider its decision⟩ **3** *obs* : INVITE **4** *archaic* : to feel the loss of ~ *vi* : to desire something or the fulfillment of some aim ⟨he can be, if he so ~s, the complete master of his own cabinet —H.J.Laski⟩

**syn** WISH, WANT, CRAVE, COVET: DESIRE, WISH, and WANT are often used with identical intent though in such situations, usu. everyday ones where the degree of intensity of longing or need is not at issue, DESIRE and WISH occur more frequently than WANT as seeming to confer more dignity on the subject or implying more respectfulness ⟨we can definitely order anything you *wish*⟩ ⟨a position *desired* by young lady —*advt*⟩ DESIRE in more general use, however, emphasizes the strength or ardor of feeling and often implies strong intention or aim ⟨more than any other thing on earth he *desired* to fight for his country —W.A.White⟩ ⟨unions which *desired* to avail themselves of the benefits of the law —*Collier's Yr. Bk.*⟩ ⟨the waitress should not ask if wine is *desired*⟩ WISH is less strong, often suggesting a not usu. intense longing for an object unattained, unattainable, or questionably attainable ⟨Newton's law of gravitation could not be *wished* into existence —H.A.Overstreet⟩ ⟨not to have property, if one *wished* it, was almost a certain sign of shiftlessness —Van Wyck Brooks⟩ WANT is a less formal term than WISH and so is often interchangeable with it in situations where dignity of the subject or respectfulness is not at issue, though generally WANT implies a need or lack ⟨those who *wanted* to live long —Morris Fishbein⟩ ⟨the French *wanted* European unity —*N.Y. Times*⟩ CRAVE implies strongly the force of physical or mental appetite or need (as of hunger, thirst, love, or ambition) ⟨to *crave* peace and security after war⟩ ⟨that eternal *craving* for amusement —Donn Byrne⟩ ⟨what he *craved* was books of poetry and chivalry —E.A.Weeks⟩ COVET implies a strong, eager desire, often inordinate and envious and often for what belongs to another ⟨where water is the most *coveted* and essential resource because its supply is limited —*Amer. Guide Series: Texas*⟩ ⟨we hate no people, and *covet* no people's land —Wendell Willkie⟩

**²desire** \"\ *n* -s [ME, fr. MF *desir*, fr. *desirer*] **1** : conscious impulse toward an object or experience that promises enjoyment or satisfaction in its attainment ⟨with Freud all human behavior seems to be the outcome of ~ — that is, of the search for pleasure —H.M.Parshley⟩ ⟨in all Indian thought since Buddhism, the original sin has been ~, which ensnares the spirit in material incarnation —Weston La Barre⟩ **2 a** : an enduring and passionate longing or intense yearning : an urgently impelling motive toward attainment : CRAVING, APPETENCY ⟨a ~ of serfs to get rid of the feudalism that has held them in a vise from time out of mind —W.O.Douglas⟩ ⟨the ~ for adventure⟩ ⟨if a plebiscite confirms the people's ~ for independence —Vera M. Dean⟩ ⟨humility is the most difficult of all virtues to achieve; nothing dies harder than the ~ to think well of oneself —T.S.Eliot⟩ **b** (1) : a strong physical inclination (2) : erotic urge : sexual attraction or appetite ⟨the full lips thrust out and taut like the flesh of animals distended by fear or ~ —Willa Cather⟩ ⟨~ is the natural consequence of the sexual instinct —W.S.Maugham⟩ **c** : a striving after in intent : a deliberate choice or preference ⟨the conductor's ~ to follow the composer's instructions to the letter⟩ ⟨he expressed a ~ to avoid compulsory measures⟩ **3** : an asking or formal request for some action : PETITION ⟨the yeas and nays of the members of either house on any question shall, at the ~ of one fifth of those present, be entered on the journal —*U.S. Constitution*⟩ **4** : something that is desired : an object of longing ⟨then the leaders got hold of it, took it to pieces and remolded it closer to the heart's ~ —S.H.Adams⟩

**syn** APPETITE, APPETENCY *or* APPETENCE, CONCUPISCENCE, LUST, PASSION, URGE: DESIRE is a general term applicable to any wish or longing of any sort ⟨the *desire* for change, for novelty, for a relief from the monotony of every day —Aldous Huxley⟩ ⟨a *desire* for admiration in general —Herbert Spencer⟩ ⟨the geisha is only what she has been made in answer to foolish human *desire* for the illusion of love mixed with youth and grace, but without regrets or responsibilities —Lafcadio Hearn⟩ APPETITE applies to a desire strongly calling for satisfaction; it may be wide in its application ⟨it gave men a familiarity with the method and outline of Aristotle's logic, and whetted their *appetite* for more —R.W.Southern⟩ ⟨young Nathaniel Bowditch, the future navigator, first fed his *appetite* for mathematical science —S.E.Morison & H.S.Commager⟩ It is likely to be used in reference to sensual desires and needs ⟨he collected guns and women, and his sexual *appetite* was awesome —E.D.Radin⟩ ⟨*appetites* for expensive clothes and jewelry, good food, strong liquor and weak women —Alan Hynd⟩ APPETENCY and APPETENCE may suggest appetite marked by strong craving ⟨the liquid shine of the workmen's eyes, like the eyes of drinking men when they smell liquor, bright with *appetence* —Mary Austin⟩ ⟨that gnawing dissatisfaction which his purely physical *appetencies* create in him again and again —R.W.Stallman⟩ CONCUPISCENCE may apply to any strong craving but commonly applies to strong or inordinate sexual desire ⟨the principle of sin was designated by the Schoolmen as "*concupiscence*", which included inordinate desires in general, the sexual passion being the prominent element —G.P.Fisher⟩ LUST may apply to any exigent desire but commonly is used in reference to crass craving for something unsanctioned, esp. illicit or inordinate sex ⟨no greed for the land or wealth of any other people, no vulgar ambition, no morbid *lust* for material gain at the expense of others —Sir Winston Churchill⟩ ⟨he had the *lust* for money as Martinez had for women —Willa Cather⟩ ⟨in his morning litany he could pray to be kept from lasciviousness, but when night came *lust* might come with it —Carl Van Doren⟩ PASSION indicates compelling, intense emotion or desire or its ardent fulfillment, often in matters sexual ⟨this consuming *passion* for law made him govern himself, keep in restraint the fierce wrath which leaped up within him —H.E.Scudder⟩ ⟨the *passion* of Giovanni and Annabella is not shown as an affinity of temperament due to identity of blood; it hardly rises above the purely carnal infatuation —T.S.Eliot⟩ ⟨and she loved him with a full, happy *passion* that responded frankly and generously to his —Rose Macaulay⟩ URGE is used of a persistent desire or inclination seeking satisfaction ⟨the *urge* of "backward" peoples to move rapidly from feudalism to industrialism, to acquire modern and expensive technology in a hurry and thus drastically raise their living standards —W.G.Carleton⟩ ⟨the *urges* of dishonest hired girls, prostitutes who didn't want to be reformed, or shiftless husbands —Barbara Klaw⟩

**desired** *adj* [ME, fr. past part. of *desiren*] **1** : that is longed or hoped for **2** : predetermined to be suitable or satisfactory : prescribed as requisite : RIGHT ⟨once the ~ level is obtained, the helicopter is in a standstill or hovering attitude —S.A. Constantino⟩ ⟨sawed to the ~ width⟩ — **de·sired·ness** \-ī(ə)rdnəs, -īəd-, -īrəd-\ *n* -ES

**de·sire·ful** \-ī(ə)rfəl, -īəf-\ *adj* [ME, fr. *desire* + *-ful*] **1** *archaic* : DESIRABLE **2** *archaic* : filled with desire : EAGER

**de·sire·less** \-ī(ə)rləs, -īəl-\ *adj* : being without desire

**de·sir·er** \-īrə(r)\ *n* -s [ME, fr. *desiren* + *-er*] : one that desires

**desires** *pres 3d sing of* DESIRE, *pl of* DESIRE

**desiring** *pres part of* DESIRE

**de·sir·ing·ly** *adv* : LONGINGLY, YEARNINGLY

**de·sir·ous** \-ī(ə)rəs\ *adj* [ME, fr. OF *desireus*, *desirous*, fr. *desir* + *-eus*, *-ous* -ous] **1 a** : impelled or governed by desire : eagerly wishing : SOLICITOUS ⟨the committee is ~ you should select a suitable speaker⟩ ⟨~ of many things⟩ ⟨~ to ask his help⟩ **b** : eager to obtain : COVETOUS **2** *obs* : expressive of desire **3** *obs* : eager and spirited esp. in combat **4** *archaic* : DESIRABLE, DELECTABLE — **de·sir·ous·ly** *adv* — **de·sir·ous·ness** *n* -ES

**desis** *pl of* DESI

**-de·sis** \ˌdəsəs\ *n comb form, pl* **-de·ses** \ˌdəˌsēz\ [NL, fr. Gk *desis*, fr. *dein* to bind + *-sis* — more at DIADEM] : binding ⟨arthro*desis*⟩

**de·sist** \də'zist, dē'-, -'si-\ *vb* -ED/-ING/-S [MF *desister*, fr. L *desistere*, fr. *de-* + *sistere* to stand, stop, fr. *stare* to stand — more at STAND] *vi* : to give over or leave off : refrain from or forbear continuing an action, activity, or endeavor under way — often used with *from* or *in* ⟨he had made two attempts to shave but his hand had been so unsteady that he had been obliged to ~ —James Joyce⟩ ⟨~*ed* in his effort to press love upon her —Sherwood Anderson⟩ ⟨the city has been ordered to ~ from further levies⟩ — compare CEASE AND DESIST ORDER ~ *vt, obs* : to cease from : DISCONTINUE **syn** see STOP

**de·sis·tance** *also* **de·sis·tence** \-tən(t)s\ *n* -s : the act of desisting : cessation of action ⟨pending ~ from violence⟩

**de·si·tion** \-'zishən, -'si-\ *n* -s [ML *desition-*, *desitio*, fr. L *desitus* (past part. of *desinere* to leave off, cease) + *-ion-*, *-io* -ion — more at DESINENT] *archaic* : a cessation of being

**des·i·tive** \'dezəd·iv, -esə-\ *adj* [L *desitus* + E *-ive*] : concluding or expressing a conclusion ⟨a ~ proposition⟩

**de·size** \(ˈ)dē, dē+\ *vt* [*de-* + *size* (n.)] : to remove size or sizing from (cloth)

**¹desk** \'desk\ *n* -s [ME *deske*, fr. ML *desca*, modif. of It *desco* board, table, fr. L *discus* dish, disk, quoit — more at DISH] **1 a** : a table, frame, or case that has a sloping or horizontal surface esp. for writing and reading and is often provided with drawers, compartments, and pigeonholes **b** *obs* : BOOKCASE, BOOKSHELF **c** : a reading table or lectern to support the book from which the liturgical service is read that differs from the pulpit from which the sermon is preached **d** : a table, counter, stand, or booth at which a person (as an editor, a police sergeant, a clerk) performs his duties ⟨speeding — at least for first off[enders] . . . settled for a set fine at the violations ~ —J. . . .⟩ ⟨leave your key at the ~ when

EXHIBIT 6

PAGE 190

of an opera or concert company 2 : one who puts on or sponsors an entertainment (as a concert, television show, art exhibition, or sports contest) 3 : MANAGER, PRODUCER, DIRECTOR ⟨a former beerhall ~ —Upton Sinclair⟩ ⟨an egregious ~ of letters, who kept a squad of writers churning out copy marketed under his signature —C.J.Rolo⟩ ⟨the ~ of the best intelligent conversation to be heard in his time —*Times Lit. Supp.*⟩

**im·prescribable** \ˌim+\ *adj* [¹*in-* + *prescribe* + *-able*] : IMPRESCRIPTIBLE

**im·pre·scrip·ti·bil·i·ty** \ˌim+\ *n* : the quality or state of being imprescriptible

**im·pre·scrip·ti·ble** \ˌim+\ *adj* [MF, fr. *in-* ¹in- + *prescriptible*] — more at PRESCRIPTIBLE] : not subject to prescription : INALIENABLE ⟨the ~ rights of man⟩; *also* : ABSOLUTE — **im·pre·scrip·ti·bly** \"+\ *adv*

**imprese** *n* -S [MF, fr. OIt *impresa* — more at IMPRESA] *obs* : IMPRESA

¹**im·press** \əmˈpres\ *vb* [ME *impressen,* fr. L *impressus,* past part. of *imprimere,* fr. *in-* ²in- + *-primere* (fr. *premere* to press) — more at PRESS] *vt* 1 a : to apply with pressure so as to press or imprint ⟨~ a signet ring on wax⟩ ⟨the fingerprint file . . . in which all 10 fingers are ~*ed* on the card —*FBI Bull.*⟩ b : to produce (as a mark or image) by pressure ⟨a perfect spiral ~*ed* on such a cylinder —S.F. Mason⟩ : IMPRINT ⟨~ one's name on a metal strip by machine⟩ ⟨~ an odd design on the wood⟩ c : to press, stamp, or print in or upon ⟨~*ed* the wax with his seal⟩ : mark by or as if by pressure ⟨~ his children with the right attitudes⟩ 2 a : to produce or imprint an esp. vivid impression of (as on the mind or memory) ⟨~ an idea on the mind⟩ ⟨the general custom for boys to be whipped on certain days to ~ things on their memories —T.B.Costain⟩ ⟨beliefs which have been ~*ed* upon us in our childhood —Frank Thilby⟩ : cause to have a strong effect (as of compulsion) ⟨~*ing* his will upon others by sheer force of character —V.L.Parrington⟩ b : to produce an impression on : affect esp. forcibly or deeply ⟨~ a friend with the sincerity of one's intentions⟩ ⟨~ one favorably⟩ : arouse strong feeling (as concern, admiration, dislike) in ⟨the altered manner of his son ~*ed* him strangely —George Meredith⟩ ⟨the bigness of it awed them, the resources ~*ed* them —Joseph Daily⟩ c : to mark with an imposed quality or characteristic ⟨~ the poem with the cynicism of his outlook⟩ 3 a *obs* : PRINT ⟨~ the Bible⟩ b : to print (a stamp) directly on (a postcard, envelope) ⟨~*ed* with a 2 cent stamp⟩ 4 a : EXERT ⟨~ a force upon a sail⟩ b : to transfer or transmit (as a movement) by communication ⟨~ a motion upon a ball⟩ c : to apply (an electromotive force or voltage) to a circuit from an outside source (as a generator) ~ *vi* : to produce an impression : arouse the strong interest or admiration of another ⟨did not wish to make friends at parties but only to ~ with his sense of personal destiny⟩ ⟨a small child acting up before company in an effort to ~⟩ **syn** see AFFECT

²**im·press** \ˈimˌp-, *sometimes* əmˈp-\ *n* 1 : the act of impressing or stamping ⟨sealing by the old-time process of ~ —L.F.Middlebrook⟩ 2 a : a mark made by pressure that produces indentation or embossment : IMPRINT ⟨noting the ~ of wheels in lava —Richard Llewellyn⟩ ⟨a matrix in fairly durable metal to receive the ~ of the punch —G.C.Sellery⟩ b : an image or figure of something formed by or as if by pressure; *esp* : SEAL ⟨the most beautiful seal cuttings are shown on the ~*es* of the old Salem documents —L.F.Middlebrook⟩ c : a product of pressure or influence 3 : a characteristic mark of distinction : STAMP ⟨the picture bore the ~ of the artist⟩ : distinctive quality ⟨his soft mind had . . . taken an ~ from the society which surrounded him —T.B.Macaulay⟩ ⟨the ~ of a fresh and vital intelligence is stamped unmistakably upon all that is best in his work —Lytton Strachey⟩ 4 *archaic* : IMPRESA 5 : IMPRESSION ⟨his work has made a decided ~ upon our time —W.R.Benét⟩ : EFFECT ⟨words are but symbols and, like all symbols, have a varying ~ —Philip Wittenberg⟩ ⟨made his strongest ~ upon the country by his . . . two speeches —G.H.Haynes⟩ ⟨left an enduring ~ on my life, although our relations were always impersonal —A.J. Liebling⟩

³**im·press** \əmˈp-\ *vt* [²*in-* + *press* (take by force)] 1 : to levy or take by force for public service; *esp* : to take or force by impressment (as into naval service) ⟨in searching for British sailors upon our ships, she ~*ed* our own —Owen Wister⟩ 2 a : to enlist or procure the services or aid of by forcible argument or persuasion ⟨all able-bodied survivors were ~*ed* for the task of finding and caring for the injured —*Amer. Guide Series: Texas*⟩ b : to force or forcibly persuade ⟨~*ed* him into a white coat for the Christmas festivities —Nancy Hale⟩

⁴**im·press** \ˈimˌp-, əmˈp-\ *n* : IMPRESSMENT

⁵**impress** *n* [alter. of ²*imprest*] *obs* : pay in advance

⁶**im·press** \əmˈpres\ *vt* [alter. of ¹*imprest*] *archaic* : to make an advance payment of (money)

⁷**im·press** \ˈimˌp-, əmˈp-\ *n* [alter. of *imprese*] : EMBLEM, DEVICE ⟨their shields broken, their ~*es* defaced —Edmund Burke⟩

**im·press·able** \əmˈpresəbəl\ *adj* : capable of being impressed

**im·pressed** \əmˈprest\ *adj* [ME, fr. past part. of *impressen*] 1 : deeply or markedly affected by impression 2 a : lying below the general surface as if stamped into it ⟨~ dots⟩ b : having markings lying below the surface ⟨an ~ skin⟩ — **im·press·ed·ly** \-ssədlē, -stlē, -li\ *adv*

**impressed species** *n* : SENSIBLE SPECIES

**impressed stamp** *n* : a stamp (as for postage or revenue) printed directly on a cover, document, or other paper bearing it — compare EMBOSSED STAMP

**impressed watermark** *n* : an imitation watermark made by pressing rubber letters or a design on the paper web before drying

**im·press·ibil·i·ty** \(ˌ)imˌpresəˈbiləd·ē, əm-, -lətē, -i\ *n* -ES : the quality or state of being impressible

**im·press·ible** \əmˈpresəbəl\ *adj* [¹*impress* + *-ible*] : capable of being impressed : SUSCEPTIBLE, SENSITIVE — **im·press·ible·ness** \-bəlnəs\ *n* -ES — **im·press·i·bly** \-blē, -bli\ *adv*

**im·pres·sion** \əmˈpreshən\ *n* -S [ME *impressioun,* fr. MF *impression,* fr. L *impression-, impressio,* fr. *impressus* (past part. of *imprimere* to impress) + *-ion-, -io* -ion — more at IMPRESS] 1 : the act or process of impressing: as a (1) : an affecting by stamping, bearing upon, pressing, pressing into, or otherwise exerting a physical force that marks, grooves, embosses, or prints in some way ⟨the worker held the metal firm during the ~ by the die⟩ ⟨a firm ~ of the seal on the wax⟩ (2) *archaic* : the printing process b : a communicating or giving of a mold, style, trait, or character by an external force or influence ⟨a parent concerned with the ~ of good traits on the mind and personality of his children⟩ 2 : the effect or product of an impression: as a (1) : an indentation, stamp, embossment, form, or figure resulting from physical contact usu. with pressure ⟨the strokes became wedge-shaped ~*s* which gave cuneiform its name —Peter Lawrence⟩ ⟨a banking system whose principal features would be a circulation of notes bearing a common ~ —*Encyc. Americana*⟩ ⟨a well-printed book has a sharp, clean ~ —Joseph Blumenthal⟩ (2) *obs* : a telling mark or trace (3) : a negative imprint in plastic material of the surfaces of the teeth and adjacent portions of the jaw from which a positive likeness may be produced in dentistry (4) : METER IMPRESSION b : an esp. marked influence or effect on feeling, sense, or mind ⟨the bad dream made a terrible ~ on the child⟩ ⟨the ~ of the ocean was vivid in his mind⟩ ⟨made a favorable ~ on the audience⟩ ⟨the more emotion the reading arouses, the deeper the ~ on the learner —W.F.Mackey⟩ ⟨square chimneys thrusting upward add to the ~ of weight —*Amer. Guide Series: Ark.*⟩ c (1) : a characteristic trait or feature resulting from influence ⟨the ~ produced by an environment on a person's habits⟩ (2) : an effect of alteration or improvement ⟨the fur traders . . . made little permanent ~ on the wilderness —R.A.Billington⟩ ⟨a candle or lamp struggled feebly from a window but made no ~ on the darkness —S.H.Holbrook⟩ d : a telling image impressed on the senses or the mind ⟨looking over the steep hills, the first ~ is of an immense void like the sea —Richard Jefferies⟩ ⟨drank in all the new ~*s* eagerly —Havelock Ellis⟩ 3 : a piece of wax, metal, or other substance on which a seal has been impressed 4 *archaic* a : CHARGE, ATTACK b : strong effect : IMPACT, SHOCK 5 *obs* : an atmospheric condition or phenomenon 6 a : the amount of pressure with which an inked printing surface deposits its ink on the paper in the printing process ⟨each form should be made ready with as light an ~ as practicable —John Southward⟩ b : one instance of the meeting of a printing surface and the material being printed ⟨plates badly worn after a million ~s⟩; *also* : a single print or copy so made c : all the copies of a book or other publication printed in one continuous operation from a single makeready ⟨first published in 1939 and now available in a third ~ —*Times Lit. Supp.*⟩ — called also *printing;* compare EDITION 7 : a usu. indistinct or imprecise notion, remembrance, belief, or opinion ⟨an ~ of familiarity with a face⟩ ⟨the mistaken ~ that they were out of enemy territory⟩ ⟨cold, and mysterious, and ghostly — that is my first and lasting ~ of Mycenae —Mary Chubb⟩ 8 a : the first coat of color in painting b : a coat of paint for ornament or preservation 9 : an imitation or representation of salient features in an artistic or theatrical medium (as a ballet, painting, or theatrical monologue) ⟨the novel was an ~ of the battle from the point of view of the common soldier⟩; *esp* : an imitation in caricature of a noted personality as a form of theatrical entertainment ⟨the comedian gave several ~s of famous movie and television stars⟩ **syn** see IDEA

**im·pres·sion·abil·i·ty** \əmˌpresh(ə)nəˈbiləd·ē, -lətē, -i\ *n* : the quality or state of being impressionable : susceptibility to impressions ⟨that flabby ~ which is dignified under the name of creative temperament —John O'Hara⟩

**im·pres·sion·able** \əmˈpresh(ə)nəbəl\ *adj* [F *impressionnable,* fr. *impression* + *-able*] : capable of being easily impressed: a : easily influenced or affected ⟨the ~ years of a child's life⟩ ⟨an ~ heart⟩ b : capable of being molded or printed on ⟨an ~ plastic material⟩ ⟨paper that was very ~⟩ — **im·pres·sion·able·ness** \-bəlnəs\ *n* -ES — **im·pres·sion·a·bly** \-blē, -bli\ *adv*

**im·pres·sion·al** \-shənᵊl, -shnəl\ *adj* : of, relating to, or being impressions — **im·pres·sion·al·ly** \-ᵊlē, -əlē\ *adv*

**im·pres·sion·ary** \-shəˌnerē\ *adj* : IMPRESSIONISTIC

**impression cylinder** *n* : the cylinder of a rotary printing press that carries the paper and impresses it by counterrotation against the inked printing surface on the plate cylinder; *also* : the cylinder of a cylinder press

**im·pres·sion·ism** \əmˈpreshəˌnizəm\ *n* -S [F *impressionnisme,* fr. *impression* + *-isme* -ism] 1 a *often cap* : a theory or practice in painting esp. among French painters of about 1870 of depicting the natural appearances of objects by means of dabs or strokes of primary unmixed colors in order to simulate actual reflected light, the subject matter being generally outdoor scenes painted directly — often contrasted with *expressionism;* compare LUMINISM, NEO-IMPRESSIONISM, PLEIN AIR, POSTIMPRESSIONISM b : a rough modeling or texturing of a surface in sculpture to produce a shimmering or scintillating effect 2 a : the depiction of scene, emotion, or character (as in literature) by the use of detail that is sometimes brief and essential but often of great intricacy and elaborateness and that is intended to achieve a vividness, colorfulness, or effectiveness more by evoking subjective and sensory impressions (as of mood and atmosphere) than by re-creating or representing an objective reality b : a style of musical composition designed to create vague impressions and moods through rich and varied harmonies and timbres — often contrasted with *expressionism* c : the creation of the impression of a scene or its mood or atmosphere in a drama by the use of undramatic dialogue or nonobjective or symbolic scenery d : the creating of a general impression in a movie by the use of a series of shots that have no immediate logical or narrative connection 3 a (1) : a practice in esp. literary criticism of presenting and elaborating one's subjective reactions to a work of art (2) : a critical theory that advocates or defends such a practice as the only valid one in criticism b : a vague and subjective response (as to a work of art) ⟨her attack is almost always human, rather critical, highly personal, degenerating occasionally into vague ~ —Mark Schorer⟩

**im·pres·sion·ist** \-sh(ə)nəst\ *n* -S [F *impressionniste,* fr. *impression* + *-iste* -ist] : an adherent or follower of impressionism; *specif, usu cap* : a member of a group of artists in France who exhibited together between 1874 and 1886 and many of whom practiced impressionism in their painting

**im·pres·sion·is·tic** \(ˌ)imˌpreshəˈnistik, əm-, -tēk\ *or* **im·pres·sion·ist** \əmˈpresh(ə)nəst\ *adj* : of, belonging to, or being impressionism; *specif, usu cap* : of or belonging to the French Impressionists — **im·pres·sion·is·ti·cal·ly** \(ˌ)imˌpreshəˈnistək(ə)lē, əm-, -tēk-, -li\ *adv*

**impressions** *pl of* IMPRESSION

**im·pres·sive** \əmˈpresiv, ˈimˌp-, -sēv *also* -səv\ *adj* [¹*impress* + *-ive*] 1 *obs* : IMPRESSIBLE 2 : making or tending to make a marked impression (as because of size, eminence, dignity of bearing, or achievement) : having the power to impress : notably exciting attention or feeling or arousing awe or admiration ⟨the Grand Canyon of the Colorado, one of the world's most ~ natural wonders —*Amer. Guide Series: Ariz.*⟩ ⟨an ~ speech⟩ ⟨an ~ list of titles to a man's name⟩ ⟨a very ~ play⟩ ⟨the country is ~ for the immensity of the barren reaches and the vast horizons —*Amer. Guide Series: Oregon*⟩ **syn** see MOVING

**im·pres·sive·ly** \-səvlē, -li\ *adv* : in an impressive manner ⟨a garrulous young man with ~ complete information on all strata of shipboard life —T.O.Heggen⟩

**im·pres·sive·ness** \-sivnəs, -sēv- *also* -səv-\ *n* -ES : the quality or state of being impressive ⟨the man's ~ was due to his enormous size and thunderous voice⟩

**im·press·ment** \əmˈpresmənt\ *n* -S [¹*impress* + *-ment*] : the act of seizing for public use or of impressing into public service ⟨the ~ of sailors⟩ ⟨opposed such measures as the conscription of state officials and ~ of private property —Hallie Farmer⟩

**im·pres·sure** \-eshə(r)\ *n* [¹*impress* + *-ure*] 1 *archaic* : the act of pressing or impressing 2 *archaic* a : an impressed mark b : a mental or sensory impression

¹**im·prest** \əmˈprest\ *vt* -ED/-ING/-S [prob. fr. It *imprestare,* fr. *in-* ²in- (fr. L) + *prestare* to lend, fr. L *praestare* to stand before, go surety for, furnish, present — more at PREST] 1 *archaic* : to make an advance or loan of (money) 2 *obs* a : to make an advance of money to b : to draw (as money) by way of advance

²**im·prest** \ˈimˌp-\ *n* -S : a loan or advance of money: a : pay advanced to a soldier or sailor b : money advanced from government funds to enable a person to discharge his duties

³**imprest** \"\ *adj* : advanced or lent esp. as an imprest

⁴**imprest** *n* -S [prob. alter. (influenced by ²*imprest*) of ⁴*impress*] *obs* : IMPRESSMENT

⁵**imprest** *vt* -ED/-ING/-S [prob. alter. (influenced by ¹*imprest*) of ³*impress*] *obs* : to impress into army or naval service

**imprest accountant** *n, Eng law* : a person to whom an advance of public money is legally made

**imprest fund** *n* : a sum kept on hand, periodically replenished, and used for small expenditures

**im·pri·ma·tur** \ˌimprəˈmäd·ə(r), ˌ|tə- *also* -mā|\ *n* -S [NL, let it be printed, 3d sing. pres. subj. passive of *imprimere* to print, fr. L, to impress — more at IMPRESS] 1 a : a license to print or publish (as a book or paper) b : approval of that which is published under the circumstances that censorship of the press exists c : IMPRINT b(1) 2 a : SANCTION, APPROVAL ⟨gives its ~ to the shameless attack —Eugene Lyons⟩ b : a sign or mark of approval ⟨puts the ~ of approval on the morals and decency of wholesale, universal betting —T.E. Dewey⟩

**im·pri·ma·tu·ra** \(ˌ)imˌprēməˈtürə\ *or* **im·prim·a·ture** \imˈpriməˌchü(ə)r\ *n* -S [modif. of It *imprimitura,* fr. *imprimito* (past part. of *imprimere* to impress, print, stamp, mark, fr. L, to impress) + *-ura* -ure — more at IMPRESS] : a thin preliminary glaze applied to the ground in painting

**imprime** *vt* [prob. fr. ³*in-* + *prime* (first)] *obs* : to separate (as a deer) from the herd

**imprimery** *n* -ES [F *imprimerie,* fr. MF, fr. *imprimer* to print (fr. NL *imprimare*) + *-erie* -ery — more at IMPRIMATUR] *obs* : a printing office

**im·pri·mis** \imˈprīməs, -rēm-\ *adv* [ME *inprimis,* fr. L *in primis* among the first (things)] : in the first place — used to introduce a list of items or considerations

¹**im·print** \əmˈprint\ *vt* [ME *emprenten, imprenten,* fr. MF *empreinter,* fr. OF, fr. *empreinte* imprint (n.)] 1 a : to mark by pressure (as a figure on an object or as the object itself with the figure) : IMPRESS ⟨a machine to ~ code numbers on metal merchandise⟩ b *archaic* : PRINT c : to add an imprint to ⟨~*ed* statement enclosures⟩ ⟨~ a missing letter⟩ 2 : to fix indelibly or permanently (as on the memory) ⟨~*ing* her features, her look, her smile, her voice, upon his memory —Edith Sitwell⟩ 3 : to stamp the characteristics of ⟨~*ing* his own personality on his productions —E.Bentley⟩ 4 : to establish a response in by imprinting ⟨ducklings of five species were ~*ed* on human beings as their parent-companions at hatching —Margaret M. Nice⟩

²**im·print** \ˈimˌp-\ *n* [modif. (influenced by ¹*in-*) of MF *empreinte,* fr. OF, fr. fem. of *empreint,* past part. of *empreindre* to imprint, impress, fr. L *imprimere* to impress, imprint — more at IMPRESS] : something imprinted or printed: as a : a mark (as a figure or symbol) made by pressure ⟨the footstep left its ~ in the mud⟩ ⟨bore the ~ of a circle and dot in the center —Zane Grey⟩ ⟨an ~ of the town seal on each bond —*Springfield (Mass.) Union*⟩ b (1) : a publisher's name often with address and date of publication usu. placed in a book at the foot of a title page (2) : a printer's name or identifying device usu. placed in a book on the copyright page (3) : a dealer's or retailer's name and address printed on matter (as a blotter, catalog, or promotional piece) put out by a wholesaler or supplier (4) : a correction (as of a letter that shows imperfectly in a run of printed sheets) struck in by running the printed sheets through the press a second time (5) : the name of the manufacturer of a stamp printed in the margin of a sheet or of a single stamp c : an indelible distinguishing effect or influence ⟨the teacher left her ~ on several generations of students⟩ ⟨the raw western settlements . . . so strongly marked by the ~ of the industrial process —Sinclair Lewis⟩ ⟨their work bears a sort of regional ~ —Malcolm Cowley⟩

**imprinted stamp** *n* : a postage or revenue stamp printed directly on the piece of paper on which it is to be used as distinguished from an adhesive stamp

**imprinting** *n* : a rapid learning process that takes place early in the life of a social animal (as a greylag goose) and establishes a behavior pattern involving recognition of and attraction to identifiable attributes of its own kind or of a substitute

**im·pris·on** \əmˈprizᵊn\ *vt* **imprisoned; imprisoned; imprisoning** \-z(ᵊ)niŋ\ **imprisons** [ME *enprisonen, imprisonen,* fr. OF *emprisoner,* fr. *en-* ¹en- + *prison* — more at PRISON] 1 : to put in prison : confine in a jail 2 : to limit, restrain, or confine as if by imprisoning ⟨have ~*ed* its turbulent water between granite walls —Arnold Bennett⟩ ⟨~*s* him with her possessiveness —*Newsweek*⟩ ⟨deftly and with one arm only, he ~*ed* her —Susan Ertz⟩ ⟨~*ed* little sausages in pastry and baked them —Robertson Davies⟩

**im·pris·on·able** \-z(ᵊ)nəbəl\ *adj* 1 : capable of being imprisoned 2 : legally entailing imprisonment as a penalty ⟨an ~ offense⟩

**im·pris·on·ment** \-zᵊnmənt\ *n* -S [ME *enprisonment, inprisonment,* fr. MF *emprisonnement,* fr. OF, fr. *emprisoner* + *-ment*] 1 : the act of imprisoning or the state of being imprisoned : CONFINEMENT, RESTRAINT 2 : constraint of a person either by force or by such other coercion as restrains him within limits against his will

**im·prob·a·bil·i·ty** \(ˌ)im, əm+\ *n* 1 : the quality or state of being improbable ⟨questioned the ~ of a nuclear accident⟩ 2 : something improbable

**im·prob·a·ble** \(ˈ)im, əm+\ *adj* [MF or L; MF, fr. L *improbabilis,* fr. *in-* ¹in- + *probabilis* probable — more at PROBABLE] : not probable : unlikely to be true or to occur : not easily believable ⟨an ~ story⟩ ⟨an ~ event⟩ ⟨characters unreal, dialogue artificial, plots highly ~ —C.J.Rolo⟩ — **im·prob·a·bly** \"+\ *adv*

**im·pro·ba·tion** \ˌimprōˈbāshən\ *n* [MF, fr. L *improbation-, improbatio* disapprobation, fr. *improbatus* (past part. of *improbare* to disapprove, fr. *in-* ¹in- + *probare* to examine, approve, prove) + *-ion-, -io* -ion — more at PROVE] 1 *archaic* : DISAPPROVAL 2 [L *improbation-, improbatio*] *Scots law* : an act by which falsehood and forgery are proved : an action brought for the purpose of having some instrument declared false or forged

**im·pro·ba·tive** *also* **im·pro·ba·to·ry** \əm+\ *adj* : of or belonging to improbation

**im·prob·i·ty** \(ˈ)im, əm+\ *n* [MF or L; MF *improbité,* fr. L *improbitat-, improbitas,* fr. *improbus* bad, dishonest (fr. *in-* ¹in- + *probus* good, honest) + *-itat-, -itas* -ity — more at PROVE] : lack of probity : lack of integrity or rectitude : DISHONESTY

**im·pro·fi·cien·cy** \ˌim+\ *n* [¹*in-* + *proficiency*] *archaic* : lack of proficiency

**im·prof·it·a·ble** \(ˈ)im, əm+\ *adj* [ME, fr. MF, fr. *in-* ¹in- + *profitable* — more at PROFITABLE] : UNPROFITABLE

**im·pro·gres·sive** \ˌim+\ *adj* [¹*in-* + *progressive*] *archaic* : UNPROGRESSIVE — **im·pro·gres·sive·ly** \"+\ *adv, archaic* — **im·pro·gres·sive·ness** \"+\ *n, archaic*

¹**im·promp·tu** \(ˈ)imˈprüm(p)(ˌ)t(y)ü, -(ˌ)chü\ *adv* [F, fr. L *in promptu* in readiness, at hand] : without previous study, preparation, or consideration : on the spur of the moment : EXTEMPORANEOUSLY ⟨being able to speak ~ and at length on any given subject —Bryan MacMahon⟩ ⟨any cry of contrition that ever came ~ from a human being —C.E.Montague⟩

²**impromptu** \"\ *n* -S [F, fr. *impromptu,* adv.] 1 : something made or done impromptu : an extemporaneous composition, address, or remark ⟨the witty ~ must not smack of the midnight oil —Cecil Lavery⟩ 2 a : a piece of music composed or played impromptu b : a musical composition suggesting improvisation

³**impromptu** \"\ *adj* [F, fr. *impromptu,* adv.] 1 : made, done, or formed on or as if on the spur of the moment : IMPROVISED, MAKESHIFT ⟨postponements or changes of plan were always ~ —Marcia Davenport⟩ ⟨delegates . . . formed for an ~ parade through the aisle —C.E.Egan⟩ ⟨an ~ bench was made of a long board placed on two chairs and covered with quilts —B.A.Botkin⟩ 2 : composed or uttered without previous study, preparation, or consideration : EXTEMPORANEOUS, UNREHEARSED ⟨an ~ addition to his prepared text —Foster Hailey⟩ ⟨a short ~ speech⟩

⁴**impromptu** \"\ *vb* -ED/-ING/-S [¹*impromptu*] : EXTEMPORIZE, IMPROVISE

**im·prop·er** \(ˈ)im, əm+\ *adj* [MF *impropre,* fr. L *improprius,* fr. *in-* ¹in- + *proprius* own, proper — more at PROPER] : not proper: as a : not accordant with fact, truth, or right procedure : INCORRECT, INACCURATE ⟨arrived at an ~ conclusion from the premises⟩ ⟨charges of bribery, falsification of records, acceptance of ~ fees —*Current Biog.*⟩ b : not regularly or normally formed or not properly so called ⟨~ fractions⟩ c : not suited to the circumstances, design, or end ⟨an ~ medicine⟩ d : not in accord with propriety, modesty, good taste, or good manners : INDECOROUS ⟨most ~ to intrude a dog into the houses of the people they were calling on —Joseph Conrad⟩ ⟨highly ~ to dress ship at any time with college banners —C.D. Lane⟩ : INDECENT ⟨guilty of using ~ language⟩ ⟨wearing a scandalously ~ dress⟩ — **im·prop·er·ly** \"+\ *adv* — **im·prop·er·ness** \"+\ *n*

**improper diphthong** *n* 1 : a vowel digraph 2 : PARTIAL DIPHTHONG 3 : an alpha, eta, or omega with an iota subscript

**improper fraction** *n* : a fraction in which the numerator is greater than or equal to the denominator or is of higher or equal degree

**improper integral** *n* : a definite integral whose region of integration includes a point at which the integrand is undefined or tends to infinity or whose region of integration does not have all limits finite

**improportion** *n, obs* : DISPROPORTION — **improportionate** *adj, obs*

**improportionable** *adj* [¹*in-* + *proportionable*] *obs* : DISPROPORTIONATE

¹**im·pro·pri·ate** \əmˈprōprēˌāt\ *vt* -ED/-ING/-S [ML or NL *impropriatus,* past part. of *impropriare,* fr. L *in-* ²in- + *propriare* to appropriate — more at APPROPRIATE] 1 *obs* : APPROPRIATE 2 a : to take over (a benefice or ecclesiastical property) and make one's own ⟨the town which had *impropriated*

EXHIBIT 6

PAGE 191

**impropriate** 1138 **imputation**

the revenues of the church —T.D.Atkinson⟩ b : to transfer (monastic property) to lay control or ownership — distinguished from *appropriate*

**²im·pro·pri·ate** \-ət\ *adj* [NL or ML *impropriatus*] : IMPROPRIATED : lay as distinguished from clerical

**im·pro·pri·a·tion** \(,)im,prōprē'āshən, əm-\ *n* -s **1** : the act of impropriating or state of being impropriate **2** : something impropriated : APPROPRIATION

**im·pro·pri·a·tor** \əm'prōprē,ād·ə(r)\ *n* -s : one to or by whom something is impropriated

**im·pro·pri·ety** \,im+\ *n* [F or LL; F *impropriété*, fr. LL *improprietat-, improprietas*, fr. L *improprius* improper + -*tat-, -tas* -ty — more at IMPROPER] **1** : the quality or state of being improper ⟨shocked by the ~ of the young man's action⟩ ⟨guilty of ~ of speech and indecency of dress⟩ ⟨saw no ~ in giving preferment to personal friends and relatives —W.E. Stevens⟩ **2** : something improper : an unsuitable or improper act or remark ⟨puns and jokes and pungent *improprieties* —*Times Lit. Supp.*⟩; *specif* : an unacceptable use of a word or of language

**im·pros·per·ous** \(')im,əm+\ *adj* [¹*in-* + *prosperous*] *archaic* : not prosperous : POOR, UNSUCCESSFUL

**im·prov·abil·i·ty** \(,)im,prüvə'biləd·ē, əm-, -lətē, -i\ *n* : the quality or state of being improvable : capability of improving or of being improved

**im·prov·able** \əm'prüvəbəl\ *adj* [²*improve* + -*able*] **1** *archaic* : capable of being profited from or turned to good account **2** : capable of improving or of being improved : susceptible of improvement — **im·prov·able·ness** \-bəlnəs\ *n* — **im·prov·a·bly** \-blē, -bli\ *adv*

**¹im·prove** \əm'prüv\ *vt* [ME *improven*, fr. MF *improver*, fr. L *improbare* to disapprove, blame, reject — more at IMPROBATION] **1** a *obs* : to show to be wrong : CONFUTE b *Scots law* : to prove false or forged : DISPROVE, INVALIDATE **2** *obs* : REPROVE, CENSURE

**²improve** \"\ *vb* [alter. (influenced by *approve*) of earlier *emprou, emprow*, fr. AF *emprouer* to invest profitably, to cultivate profitably, fr. OF *en-* ¹en- + *prou* profit — more at PROW] *vt* **1** a : to make greater in amount or degree : INCREASE, AUGMENT, ENLARGE, INTENSIFY ⟨*improved* the chance that the committee could reach agreement⟩ b *obs* : to raise the price of c *obs* : to make (an evil) worse **2** a : to enhance in value or quality : make more profitable, excellent, or desirable ⟨~ the appearance of a display⟩ ⟨~ one's health by exercise⟩ ⟨exhibited an *improved* optical viewfinder —*Americana Annual*⟩ b *archaic* : to speak on in order to make more generally profitable or turn to better spiritual account c : to increase the value of (land or property) by bringing under cultivation, reclaiming for agriculture or stock raising, erecting buildings or other structures, laying out streets, or installing utilities (as sewers) ⟨*improved* farmland⟩ d *Scots law* : to grant (a lease) for a long term to encourage a tenant in good husbandry e : to grade and drain (a road) and apply surfacing material (as gravel, crushed rock, or oil) other than pavement **3** *archaic* a : to avail oneself of : EMPLOY, USE b : OCCUPY **4** a : to turn to profit or to good account : employ to good purpose : use to advantage ⟨~ an opportunity to make friends⟩ ⟨~ one's time by studying⟩ b *archaic* : to cause (money or capital) to yield a profit by investment **5** a : to turn or convert by improving ⟨~ a nag into a racehorse⟩ b : to spend, remove, or dissipate by improvements ⟨a tribe *improved* out of existence⟩ ~ *vi* **1** a : INCREASE, AUGMENT ⟨the price of cotton is *improving*⟩ ⟨the demand for more commodities *improved*⟩ b : to rise in value : enhance in price ⟨stocks are *improving*⟩ **2** : to advance or make progress in what is desirable : grow better ⟨the invalid's health *improved* daily⟩

**syn** IMPROVE, BETTER, AMELIORATE, and HELP mean to correct, make more acceptable, or bring nearer to a higher standard of goodness in part or in some degree. IMPROVE and BETTER are general and interchangeable and are often used of things that are orig. bad or unacceptable ⟨famed for his quick wit and his ability to *improve* a script during a performance —G.S. Perry⟩ ⟨increase his powers of field observation and notation while he *improves* his knowledge of the area —J.F.Hart & Eugene Mather⟩ ⟨*bettering* the general conditions of tenant farmers —*Current Biog.*⟩ ⟨has invariably *bettered* the tunes and often transformed a doggerel text into excellent poetry —*Amer. Guide Series: Tenn.*⟩ AMELIORATE is applied chiefly to things that are unacceptable, esp. conditions difficult to endure or causing suffering, and implies partial relief or alterations that make the conditions more tolerable ⟨*ameliorate* the lot of thousands of victimized human beings —Arnold Bennett⟩ ⟨abolish feudalism or *ameliorate* its vices —W.O. Douglas⟩ ⟨his care in *ameliorating* personality conflicts —Harold Koontz & Cyril O'Donnell⟩ HELP implies a bettering that still leaves room for improvement ⟨*help* farmers meet the fertilizer shortage⟩ ⟨exercises to *help* overcome a speech defect⟩

— **improve on** *or* **improve upon** : to improve or make useful additions or amendments to ⟨an inventor who *improved on* the carburetor system of the automobile⟩ ⟨remembered all the backwoods stories his customers told him — and doubtlessly *improved on* them a little —G.S.Perry⟩

**improved cylinder** *n* : a gun barrel with a choke

**improved wood** *n* : wood that has been strengthened by the filling in or closing of the voids in the cellular structure and by compression under heat

**im·prove·ment** \-vmənt\ *n* -s [alter. of ME *emprowment* profitable investment, profitable cultivation of land, fr. AF *emprouement*, fr. *emprouer* + OF -*ment*] **1** : the act or process of improving: as a : profitable employment or use ⟨the ~ of one's time in reading⟩ b : BETTERMENT ⟨went to college not for a degree but for professional ~⟩ : AMELIORATION ⟨the ~ of the patient's state of health⟩ c : the enhancement or augmentation of value or quality : an increasing of profitableness, excellence, or desirability ⟨an ~ of farm stock⟩ ⟨an ~ of the property by building several outbuildings and a new barn⟩ ⟨an ~ in living standards⟩ **2** a : the state of being improved; *esp* : enhanced value or excellence ⟨saw a great ~ in the man's health and frame of mind⟩ ⟨pleased by the ~ of the transportation system⟩ b : an instance of such improvement : something that improves in this way: as (1) : a permanent addition to or betterment of real property that enhances its capital value and that involves the expenditure of labor or money and is designed to make the property more useful or valuable as distinguished from ordinary repairs — see BENEFICIAL IMPROVEMENT, NECESSARY IMPROVEMENT, VOLUNTARY IMPROVEMENT (2) : an alteration or addition to an existing subject of invention or discovery that does not destroy its identity or essential character but accomplishes greater efficiency or economy : a modification improving and making more valuable an existing discovery or invention

**improvement factor** *n* : an annual increase in compensation that enables workers to share in the benefits from increased productivity — usu. used in labor negotiations

**improvements and betterments insurance** *n* : insurance for the benefit of a tenant covering improvements made by the tenant to property which he occupies under lease

**im·prov·er** \əm'prüvə(r)\ *n* : one that improves: as a *chiefly Brit* (1) : an employee who accepts instruction or the opportunity to work in place of wages (2) : a worker who has completed an apprenticeship but is not yet qualified as a full-fledged member of a trade or occupation b : a device for giving shape to a dress; *esp* : BUSTLE c : an agent added to improve a substance ⟨potassium bromate is used as a flour ~⟩

**im·prov·i·dence** \(')im, əm+\ *n* [MF or LL; MF, fr. LL *improvidentia*, fr. *improvident-, improvidens* + L -*ia* -y] : the quality or state of being improvident ⟨unemployment compensation and pensions against ~ in old age —C.O.Gregory⟩

**im·prov·i·dent** \(')im, əm+\ *adj* [LL *improvident-, improvidens*, fr. L *in-* ¹in- + *provident-, providens* provident — more at PROVIDENT] : not provident : lacking foresight or forethought : not foreseeing or providing for the future : NEGLIGENT, THRIFTLESS ⟨~ throughout his brilliant career . . . in later years became penniless —*Amer. Guide Series: Md.*⟩ ⟨I'm ~; I live in the moment when I'm happy —Edith Wharton⟩ — **im·prov·i·dent·ly** \"+\ *adv*

**im·prov·i·den·tial·ly** \(')im, əm+\ *adv* : IMPROVIDENTLY

**improving** *adj* [fr. pres. part. of ²*improve*] : morally or intellectually uplifting or designed to be so often to the detriment of any intrinsic excellence ⟨urged his children to read only ~ literature⟩ — **im·prov·ing·ly** *adv*

**im·pro·vi·sate** \əm'prävə,zāt *sometimes* 'imprəvə,z- *or* əm'prəvə,sāt\ *vb* -ED/-ING/-S [back-formation fr. *improvisation*] : IMPROVISE

**im·pro·vi·sa·tion** \(,)im,prävə'zāshən, əm- *also* ,imprəvə'z- *sometimes* (,)ə,prävə'zā- *or* ,imprə,vī'zā- *or* (,)ə,prəvə'zā- *or* -ōvə'sā-\ *n* -s [F, fr. *improviser* + -*ation*] **1** : the act of improvising or the quality or state of being improvised: as a (1) : extemporaneous composition (as of music or poetry) (2) : the extemporaneousness of such composition b (1) : a course pursued in accordance with no previously devised plan, policy, or consideration ⟨his conduct at the time was merely an ~⟩ ⟨the policy of a democracy thus becomes an eternal ~ —H.L.Mencken⟩ ⟨the flight into the East was not an ~, a sudden, last-minute, desperate measure —A.R. Williams⟩ (2) : the extemporaneous quality of such a course ⟨the ~ of the country's relation with foreign powers⟩ **2** : something improvised or designed to seem improvised : IMPROMPTU — **im·pro·vi·sa·tion·al** \-āshən³l, -āshnəl\ *adj*

**im·pro·vi·sa·tor** *pronunc at* IMPROVISATE + ə(r)\ *n* -s [F or It; F *improvisateur*, fr. It *improvvisatore*, fr. *improvvisato* (past part. of *improvvisare*) + -*ore* -or] : IMPROVISER, IMPROVISATORE ⟨he has been a great ~, and that his improvisation is not without merit is proved by his spectacular career —O.D. Tolischus⟩

**im·prov·i·sa·to·re** \əm,prävəzə'tōrē\ *n, pl* **improvisato·ri** \"\ *or* **improvisatores** \-ēz\ [It *improvvisatore*] : IMPROVISER; *esp* : one who composes and recites verse extempore

**im·prov·i·sa·to·ri·al** \əm,prävəzə'tōrēəl\ *adj* : of or relating to improvisation — **im·prov·i·sa·to·ri·al·ly** \-ēəlē\ *adv*

**im·prov·i·sa·to·ry** \əm'prävəzə,tōrē, ,imprə'vīz-, *chiefly Brit* ,imprə,vīzətəri *or* -ə·tri\ *adj* : IMPROVISATORIAL

**im·prov·i·sa·tri·ce** \əm,prävəzə'trēchē\ *n, pl* **improvisatri·ci** \"\ *or* **improvisatrices** \-chēz\ [It *improvvisatrice*, fr. *improvvisatore*] : a female improvisatore

**im·pro·vise** \'imprə,vīz *also* ,,·'·\ *vb* -ED/-ING/-S [F *improviser*, fr. It *improvvisare*, fr. *improvviso* unprovided, sudden, extempore, fr. L *improvisus* unforeseen, unexpected, fr. *in-* ¹in- + *provisus* foreseen — more at PROVISO] *vt* **1** : to compose, recite, or sing esp. in verse or to play on an instrument or act extemporaneously ⟨his cast, who ~ dialogue, gags, and situations as they go along —*Current Biog.*⟩ **2** a : to bring about, arrange, or make on the spur of the moment or without preparation ⟨the cook . . . hastily *improvised* a supper —Willa Cather⟩ ⟨housed in *improvised* temporary quarters —*Report: (Canadian) Royal Commission on Nat'l Development*⟩ ⟨had to ~ policy always —James Cameron⟩ b : to construct or fabricate out of what is conveniently at hand ⟨an *improvised* laboratory —*Current Biog.*⟩ ⟨fish . . . with *improvised* hooks and lines —*Amer. Guide Series: N.Y. City*⟩ ~ *vi* : to improvise something esp. in verse or music : EXTEMPORIZE

**im·pro·vis·er** *or* **im·pro·vi·sor** \-zə(r)\ *n* -s : one that improvises

**¹im·provision** \,im+\ *n* [¹*in-* + *provision*] : lack of forethought : IMPROVIDENCE

**²im·pro·vi·sion** \,imprə'vizhən\ *n* [*improvise* + -*ion*] : IMPROVISATION

**im·pro·vi·so** \,imprə'vē(,)zō\ *adv (or adj)* [It *improvviso* — more at IMPROVISE] : EXTEMPORE

**im·pru·dence** \(')im, əm+\ *n* [MF or L; MF, fr. L *imprudentia*, fr. *imprudent-, imprudens* + -*ia* -y] **1** : the quality or state of being imprudent : lack of caution, circumspection, or due regard to consequences **2** : an imprudent act

**im·pru·den·cy** \"+\ *n* -ES [L *imprudentia*] *archaic* : IMPRUDENCE

**im·pru·dent** \(')im, əm+\ *adj* [ME, fr. L *imprudent-, imprudens*, fr. *in-* ¹in- + *prudent-, prudens* prudent — more at PRUDENT] : not prudent : lacking discretion : INJUDICIOUS ⟨very ~ in her parent to encourage her . . . in such idolatry and silly romantic ideas —W.M.Thackeray⟩ ⟨the deep ulcer on my leg . . . renders it ~ to take passage at this time —C.B. Nordhoff & J.N.Hall⟩ ⟨would be ~ for a noneconomist to talk about the details of economic policy —A.M.Schlesinger b.1917⟩ — **im·pru·dent·ly** \"+\ *adv* — **im·prudentness** \"+\ *n* -ES

**imps** *pl of* IMP, *pres 3d sing of* IMP

**imp·son·ite** \'im(p)sə,nīt\ *n* -s [*Impson* valley, Oklahoma + E -*ite*] : a mineral consisting of an asphalt much like albertite but almost insoluble in turpentine

**impt** *abbr* important

**imptr** *abbr* importer

**im·pu·ber·ty** \(')im, əm+\ *n* [ML *impubertas*, fr. L *in-* ¹in- + *pubertas* puberty — more at PUBERTY] : the quality or state of not having reached puberty

**im·pu·bic** \"+\ *adj* [L *impubes* (fr. *in-* ¹in- + *pubes* adult) + E -*ic* — more at PUBES] : not arrived at puberty : IMMATURE ⟨toiled in the fields with her ~ children —Thomas Beer⟩

**im·pu·dence** \'impyədən(t)s *also* -d·n-\ *also* **im·pu·den·cy** \-nsē, -si\ *n, pl* **impudences** *also* **impudencies** [*impudence* fr. ME, fr. L *impudentia*, fr. *impudent-, impudens* impudent + -*ia* -y; *impudency* fr. L *impudentia*] **1** : the quality or state of being impudent: as a *obs* : SHAMELESSNESS, INDECENCY b : an attitude marked by disrespect or insolence : cocky self-assurance c *archaic* : cool self-possession or self-reliance **2** : an impudent remark or act ⟨the mother would not endure her son's ~s⟩

**im·pu·dent** \-nt\ *adj* [ME, fr. L *impudent-, impudens*, fr. *in-* ¹in- + *pudent-, pudens*, pres. part. of *pudēre* to feel shame — more at PUDIC] **1** *obs* : lacking modesty **2** : marked by contemptuous or cocky boldness or disregard of others ⟨an arrogant and ~ boy given to insulting strangers⟩ : INSOLENT ⟨stood there . . . in an ~ swaggering posture —Helen T. Lowe⟩ : FORWARD, DISRESPECTFUL ⟨entertainingly ~ stories —Gerald Bullett⟩ : bold and brazen ⟨one of the most ~ miscarriages of justice⟩ **syn** see SHAMELESS

**im·pu·dent·ly** *adv* : in an impudent manner

**im·pu·dent·ness** *n* -ES : IMPUDENCE

**im·pu·dic·i·ty** \,impyə'disəd·ē, -yü'-\ *n* [MF *impudicité*, fr. L *impudicus* immodest, shameless (fr. *in-* ¹in- + *pudicus* bashful, modest, chaste) + MF -*ité* -ity — more at PUDIC] : IMMODESTY, SHAMELESSNESS

**im·pugn** \əm'pyün\ *vt* -ED/-ING/-S [ME *impugnen, impungnen*, fr. MF *impugner*, fr. L *impugnare*, fr. *in-* ²in- + *pugnare* to fight — more at PUGNACIOUS] **1** *obs* a : to assail physically : FIGHT b : OPPOSE, RESIST **2** : to assail by words or arguments : call into question : make insinuations against : GAINSAY ⟨~ one's honesty⟩ ⟨~ one's claim to property⟩ ⟨frequent recourse to sword or pistol, whenever honor was ~ed —*Amer. Guide Series: La.*⟩ **syn** see DENY

**im·pugn·able** \-nəbəl\ *adj* : capable of being impugned : subject to question

**im·pug·na·tion** *n* -s [ME *impugnacioun, impungnacioun*, fr. MF or L: MF *impugnation*, fr. L *impugnation-, impugnatio*, fr. *impugnatus* (past part. of *impugnare* to impugn) + -*ion-, -io* -ion] **1** \,im,pəg'nāshən\ *obs* : ATTACK, OPPOSITION **2** \,im,pyü'n-\ *archaic* : IMPUGNMENT

**im·pugn·ment** \əm'pyünmənt\ *n* -s : the act of bringing into question or gainsaying or the state of being brought into question or gainsaid

**im·puis·sance** \(')im, əm+\ *n* [MF, fr. *in-* ¹in- + *puissance* — more at PUISSANCE] : POWERLESSNESS, WEAKNESS

**im·puis·sant** \"+\ *adj* [F, fr. MF, fr. *in-* ¹in- + *puissant* — more at PUISSANT] : POWERLESS, FEEBLE

**¹im·pulse** \'im,pəls *also* -ls\ *n* [L *impulsus*, fr. *impulsus*, past part. of *impellere* to impel — more at IMPEL] **1** a : the act of driving onward with sudden force : IMPULSION, THRUST, DRIVE, PUSH b : the effect of an impelling force : motion produced by a sudden or momentary force : IMPETUS ⟨the ~ of the pumping by the heart is carried down so that a finger applied to the artery anywhere near the surface permits a counting of the pulse rate —Morris Fishbein⟩ c : a wave of excitation transmitted through certain tissues and esp. nerve fibers and muscles that results in physiological activity or inhibition d : an electrical or mechanical action or force usu. of brief duration ⟨the ~s received by the radio set are . . . unimaginably small —A.C.Morrison⟩; *specif* : such an action or force actuating an operation (as in a computer) ⟨can be started either by hand or by an air ~ —*Swiss Industry & Trade*⟩ **2** a : a force so communicated as to produce motion suddenly or immediately ⟨an ~ of the wind⟩: (1) : the motive force given by the escape wheel in the driving train of a timepiece to the pendulum or balance (2) : the muscular effort initiating a rhythmic dance movement (3) : a short directed motion ⟨written with one ~ of the pen —J.R.Gregg⟩ b : INCENTIVE ⟨under the ~ of transportation profits —*Amer. Guide Series: Mich.*⟩ c : an inspiration or motivation esp. giving a usu. new form or tendency ⟨those who give the religious life a new ~ need disciples to organize the impulse before it runs to seed —Hallam Tennyson⟩ ⟨his more successful stories derive from the same kind of ~ as his poetry —F.R.Leavis⟩ ⟨he received from America fresh artistic ~s —Anatole Chujoy⟩ **3** a : a sudden spontaneous inclination or an incitement of the mind or spirit arising either directly from feeling or from some outer influence and prompting some usu. unpremeditated action ⟨constitutionally inclined to resist ~ and to take long views —George Santayana⟩ ⟨some uncontrollable ~ . . . may have driven the defendant to the commission of the murderous act —B.N.Cardozo⟩ ⟨act on ~⟩; *also* : the force actuated by such a motive or propensity ⟨a man who is driven chiefly by ~⟩ ⟨~s of greed —Bertrand Russell⟩ b : a propensity or natural tendency usu. other than rational ⟨a man of good ~s⟩ ⟨the sexual ~⟩ ⟨the fundamental ~ of self-expression —Havelock Ellis⟩ ⟨the systematizing ~, the restless passion for order of the Greeks —John Buchan⟩ ⟨never approaches a new task save with the ~ to postpone it —H.A.Overstreet⟩ **4** a : the product of the average value of a force and the time during which it acts being a quantity equal to the change in momentum produced by the force if the body acted on is free b : PULSE 4a **syn** see MOTIVE

**²im·pulse** \", əm'p-\ *vt* [L *impulsus*, past part.] **1** : to give an impulse to **2** : to initiate an impulse in (a counter of a computer)

**impulse buying** *n* : the buying of merchandise on impulse rather than from premeditation

**impulse charge** *n* : an explosive used to provide an initial impetus (as to a torpedo)

**impulse excitation** *n* : a method of producing damped alternating current in which the duration of the impressed voltage is short compared with the duration of the current produced — compare QUENCHED GAP

**impulse face** *n* : the lifting plane of one of the club teeth of the escape wheel in a lever-escapement watch or the surface of the pallet stone which is engaged thereby

**impulse goods** *n* : merchandise (as inexpensive or luxury items) likely to be bought on impulse or without significant forethought as opposed to staple or essential goods

**impulse movement** *n* : a clock movement (as of a turret clock) in which the hands are driven by means of energy received by its pendulum in the form of electromagnetic impulses

**impulse pallet** *n* : a pallet stone in a roller of a chronometer balance that receives the driving impulse of the teeth of the escape wheel

**impulse pin** *n* : ROLLER JEWEL

**impulse turbine** *n* : a turbine in which the rotor is driven by fluid jets impinging directly against the blades — compare REACTION TURBINE

**im·pul·sion** \əm'pəlshən\ *n* -s [ME, fr. MF or L; MF, fr. L *impulsion-, impulsio*, fr. *impulsus* (past part. of *impellere* to impel) + -*ion-, -io* -ion — more at IMPEL] **1** a : the act of impelling or the state of being impelled : the sudden or momentary action of a body in motion impinging on another body b : the impelling force or impulse c : an onward tendency derived from an impulsion : IMPETUS; *specif* : a marked or vigorous forward drive of a horse in a gait **2** a : an influence acting usu. unexpectedly or temporarily on the mind or will and urging to action; *also* : an action provoked by such an influence b : drive to motor activity or creative effort c : IMPULSE 2c **3** : COMPULSION 2

**im·pul·sive** \(')im'pəlsiv, əm'p-, |ēv *also* -l(t)s| *or* |əv\ *adj* [prob. fr. MF *impulsif*, fr. *impulsion* + -*if* -ive] **1** : having the power of or actually driving or impelling ⟨an ~ force⟩ ⟨an ~ influence⟩ **2** a : actuated by or esp. prone to act on impulse ⟨a houseful of ~ children⟩ ⟨the ~ buying of luxury items⟩ ⟨~, capricious and touchy —D.C.Buchanan⟩ ⟨men's thoughtless or ~ acts —M.R.Cohen⟩ b : COMPULSIVE 3 **3** : acting momentarily ⟨a motor giving the mechanism ~ thrusts⟩ **syn** see SPONTANEOUS

**im·pul·sive·ly** \|əvlē, -li\ *adv* : in an impulsive manner ⟨so happy she flung her arms ~ around his neck and kissed him⟩

**im·pul·sive·ness** \|ivnəs, |ēv- *also* |əv-\ *n* -ES : the quality or state of being impulsive ⟨the ~ with which he took up attractive theories —H.E.Scudder⟩

**im·pul·siv·i·ty** \,im,pəl'sivəd·ē, -vətē, -i *also* -lt's-\ *n* -ES : IMPULSIVENESS

**impulsor** *n* -s [L, fr. *impulsus* (past part.) + -*or*] *obs* : one that impels

**im·punctate** \(')im, əm+\ *adj* [¹*in-* + *punctate*] : lacking pores ⟨an ~ brachiopod shell⟩ or impressed punctate markings ⟨a beetle with elytra ~⟩

**impunely** *adv* [obs. E *impune* unpunished (fr. L *impunis*) + -*ly*] *obs* : with impunity

**im·pu·ni·bly** \(')im'pyünəblē, əm'p-\ *adv* [L *impunis* + E -*ible* + -*ly*] *archaic* : with impunity

**im·pu·ni·ty** \əm'pyünəd·ē, -nətē, -i\ *n* -ES [MF or L; MF *impunité*, fr. L *impunitat-, impunitas*, fr. *impunis* unpunished (back-formation fr. *impune*, adv., without punishment, fr. *in-* ¹in- + -*pune*, irreg. fr. *poena* punishment, pain) + -*itat-, -itas* -ity — more at PAIN] : exemption or freedom from punishment, harm, or loss (trespassing with ~) ⟨many individuals can with apparent ~ remain essentially infants forever, intellectually —Weston La Barre⟩

**¹im·pure** \(')im, əm+\ *adj* [F & L; F, fr. L *impurus*, fr. *in-* ¹in- + *purus* pure — more at PURE] **1** : not pure: as a : UNCHASTE, LEWD, OBSCENE ⟨~ language⟩ ⟨given to ~ ideas⟩ b : containing something unclean : DIRTY, FOUL, FILTHY, UNWHOLESOME ⟨~ water⟩ ⟨~ air⟩ c : unclean for ceremonial or religious purposes or not purified or hallowed by rites : DEFILED, UNHOLY, UNHALLOWED d : not accurate : not idiomatic ⟨~ Latin⟩ : marked by an intermixture of foreign elements ⟨an ~ dialect⟩ or by substandard, incongruous, or objectionable locutions ⟨an ~ style⟩ e : mixed or impregnated with an extraneous esp. inferior substance : ADULTERATED, UNRECTIFIED ⟨an ~ chemical⟩ ⟨~ food⟩ ⟨an ~ diamond⟩ f *of art or decoration* : MIXED, BASTARD ⟨an ~ style of ornamentation⟩ g : designed to serve a purpose chiefly other than artistic — used of art or an art form (as a poem or painting) ⟨there is ~ poetry, social and political poetry —Jacob Isaacs⟩ **2** : HETEROZYGOUS — **im·pure·ly** \"+\ *adv* — **im·pure·ness** \"+\ *n*

**²impure** *vt, obs* : to make impure

**im·pu·ri·fy** \əm'pyu̇rə,fī\ *vt* [¹*impure* + -*ify*] : to make impure : ADULTERATE ⟨a source that is being continually *impurified* by alien additions —Walter de la Mare⟩

**im·puritan** \(')im, əm+\ *n* [¹*in-* + *puritan*] : one who is not a puritan or who is opposed to puritanism

**im·purity** \(')im, əm+\ *n* [ME *impuritee*, fr. L *impuritas* fr. *impurus* + -*itas* -ity] **1** : the quality or state of being impure **2** : something impure (as foul matter or obscene language) or something that makes impure (as a foreign ingredient)

**impurple** *obs var of* EMPURPLE

**imput** *var of* INPUT

**im·put·abil·i·ty** \(,)im,pyüd·ə'biləd·ē, əm-, -ütə'-, -lətē, -i\ *n* : the quality or state of being imputable

**im·put·able** \əm'pyüd·əbəl, -ütə-\ *adj* [F or ML; F, fr. MF, fr. ML *imputabilis*, fr. L *imputare* to impute + -*abilis* -able — more at IMPUTE] **1** : capable of being imputed : ASCRIBABLE, ATTRIBUTABLE, REFERABLE ⟨insofar as he was only acting as an agent the oversight was not ~ to him⟩ ⟨an occasional blurring of outline . . . is ~ to the music rather than the words —*Times Lit. Supp.*⟩ **2** *archaic* : capable of being accused or blamed : CULPABLE — **im·put·able·ness** \-bəlnəs\ *n* -ES — **im·put·a·bly** \-blē, -bli\ *adv*

**im·pu·ta·tion** \,impyə'tāshən\ *n* -s [MF or LL; MF, fr. LL *imputation-, imputatio*, fr. L *imputatus* (past part. of *imputare* to impute) + -*ion-, -io* -ion] **1** : the act of imputing: as a : ATTRIBUTION, ASCRIPTION ⟨the ~ of emotions, attitudes, and purposes as an explanation of overt behavior —Ernest ... H.Robinson †1936⟩ ... ACCUSATION ⟨if . . . told that we are wrong we re- ... [illegible]

EXHIBIT 6

PAGE 192

~ that be had any direct responsibility for what she wrote —Millicent Bell) c : the theological attribution of sin or righteousness to one on account of another's sin or righteousness 2 : something imputed 3 : the determining of the significance usu. to final profit of an element or factor or of each element or factor in a total industrial or merchandising process

**im·pu·ta·tion·al** \¦impyə¦tāshənᵊl, -shnəl\ *adj* : of or relating to imputation

**im·pu·ta·tive** \əm'pyüd·əd·iv, -ütət\ *adj* [LL *imputativus*, fr. L *imputatus* + *-ivus* -ive] : transferred by imputation ⟨the ~ sin of Adam⟩ — **im·pu·ta·tive·ly** \¦ävlē, -li\ *adv* — **im·pu·ta·tive·ness** \¦ivnəs\ *n* -ES

**im·pute** \əm'pyüt, *usu* -üd·+V\ *vt* -ED/-ING/-S [ME *imputen*, fr. L *imputare*, fr. *in-* ²in- + *putare* to consider, think — more at PAVE] 1 a : to attribute accusingly : lay the responsibility or blame for sometimes falsely or unjustly ⟨accused him of her own fault, in *imputing* to him the wreck of her project —George Meredith⟩ b : to credit or ascribe to a person or a cause ⟨*imputing* to me better qualities than I possess⟩ ⟨our vices as well as our virtues have been *imputed* to bodily derangement —B.N.Cardozo⟩ ⟨*imputing* his visit to a wish of hearing that she was better —Jane Austen⟩ often falsely, accusingly, or unjustly ⟨soon began to believe in the opulence *imputed* to me —L.P.Smith⟩ ⟨*imputing* to him a guilt of which he was innocent —Edith Sitwell⟩ ⟨how dare you . . . ~ such monstrous intentions to me —G.B.Shaw⟩ c : to make a legal imposition of (as a charge against someone) d : to credit by transferal (a virtue or the benefit of a good work) to the account of someone other than the initiating agent 2 *obs* : RECKON, CONSIDER, REGARD 3 : IMPART, GIVE ⟨with his hand he ~s life to clay —Samuel Alexander⟩ 4 *obs* : to charge someone with a wrongdoing or crime **syn** see ASCRIBE

**imputed** *adj* : being the value in terms of money or hypothetical income receivable from something one has or owns that would yield real income if one wished (as a house one owns and uses but might rent) ⟨~ rent⟩ ⟨~ income⟩

**im·put·ed·ly** *adv* : by imputation

**imputed value** *n* : the value of a thing determined from its utility rather than by adding the cost of its constituent elements

**im·putrescibility** \¦im+\ *n* : the quality or state of being imputrescible

**im·putrescible** \¦im+\ *adj* [LL *imputrescibilis*, fr. L *in-* ¹in- + LL *putrescibilis* putrescible — more at PUTRESCIBLE] : not subject to putrescence : not capable of putrefaction

**impv** *abbr* imperative

**impx** *abbr* [L *imperatrix*] empress

¹**in** \(ˈ)in, ən; *usu* ⁿn *after* t, d, s, *or* z *as in* "split in two", *often* ᵐm *after* p *or* b *as in* "up in front", *often* ⁿŋ *after* k *or* g *as in* "sick in bed"; *often* n *before* a *as in* "he's in a hurry"\ *prep* [ME, fr. OE; akin to OHG *in*, prep., in, ON *i*, Goth *in*, L *in*, Gk *en*, OPruss *en*, Russ *v*, *vo*, *vn*-] 1 a (1) — used as a function word to indicate location or position in space or in some materially bounded object ⟨put the key ~ the lock⟩ ⟨travel ~ Italy⟩ ⟨play ~ the street⟩ ⟨wounded ~ the leg⟩ ⟨read ~ bed⟩ ⟨look up a quotation ~ a book⟩ (2) *chiefly Brit* : ON ⟨squatting down ~ his heels —R.M.Daw⟩ ⟨tramcars which run ~ tracks —*Manual of Firemanship (Gt. Brit.)*⟩ ⟨best dwelling house ~ the island —Padraic Fallon⟩ (3) : INTO ⟨broke ~ pieces⟩ ⟨called ~ council on many occasions —*U.S.Investor*⟩ ⟨threw it ~ the fire⟩ ⟨wouldn't let her ~ the house —*Springfield (Mass.) Daily News*⟩ b (1) — used as a function word to indicate position or location in something immaterial or intangible ⟨saw him ~ my dreams⟩ ⟨the position of the artist ~ society⟩ or the fact of belonging to a group or association ⟨you're ~ the army now⟩ ⟨are you ~ the orchestra⟩ (2) — used as a function word to indicate activity, occupation, or purpose ⟨advanced ~ hot pursuit⟩ ⟨~ search of lost treasure⟩ ⟨~ honor of this event⟩ ⟨what is all this ~ aid of . . . —*Sydney (Australia) Bull.*⟩ (3) — used as a function word to indicate a position or relationship of authority or responsibility ⟨~ charge of the company's affairs⟩ ⟨~ command of the garrison⟩ (4) : in the course of ⟨~ cooling this material hardens⟩ ⟨drowned ~ crossing the river⟩ (5) — used as a function word to indicate close connection by way of implication or active participation ⟨~ the plot⟩ ⟨~ an amateur play⟩ (6) — used as a function word to indicate engagement in a business identified with a particular commodity ⟨he's ~ oil, he's ~ rice —Ethel Merman⟩ ⟨her mother's family were . . . ~ butter —Mary Manning⟩ ⟨was ~ buttons but had started to expand into novelties —Mary Barrett⟩ c (1) — used as a function word to indicate a material, mental, or moral situation or condition ⟨a house ~ ruins⟩ ⟨a boy ~ love⟩ ⟨he's ~ luck⟩ ⟨~ great pain⟩ ⟨up to his waist ~ water⟩ or an environing condition ⟨the city lay ~ darkness⟩ ⟨basking ~ sunshine⟩ (2) — used as a function word to indicate something that envelops or covers ⟨a book bound ~ buckram⟩ ⟨covered ~ mud —Nevil Shute⟩ ⟨covered ~ . . . cotton plaid —*Spiegel's Catalog*⟩ (3) — used as a function word to indicate a cultivated or natural plant cover ⟨valley bottom is ~ grass —P.E. James⟩ ⟨75 percent of all the cropped land is ~ cereals —Samuel Van Valkenburg & Ellsworth Huntington⟩ ⟨most of the surface is ~ woods or brush —L.E.Klimm⟩ (4) — used as a function word to indicate something that is being worn ⟨a tall man ~ a bowler hat —Christopher Isherwood⟩ ⟨racing the horse ~ blinders⟩; often used to indicate a salient characteristic of what is being worn ⟨a lady ~ black⟩ d — used as a function word with an accompanying concrete word to indicate a physiological condition or process ⟨as pregnancy or the condition of producing or yielding⟩ ⟨~ lamb⟩ ⟨a cow ~ milk⟩ e (1) — used as a function word with an accompanying concrete word to indicate affluence or easy financial circumstances ⟨the Madrileño ~ the money loves to make a splash —E.D.Hauser⟩ ⟨I am generally ~ cash —Lord Byron⟩ (2) — used as a function word to indicate possession or display of some trait or attribute ⟨a gentleman ~ a gray goatee —Al Hine⟩ ⟨the sheep are ~ wool⟩ ⟨the corn's ~ silk and tassel —G.S.Perry⟩ ⟨~ figure slim —W.H.Hudson †1922⟩ f : under the influence of (an alcoholic drink) ⟨when ~ liquor, he would scutter up a tree like a squirrel —S.H.Adams⟩ ⟨~ drink⟩ ⟨~ one's cups⟩ 2 a (1) : within the limits of a space of time expressed or implied ⟨early ~ April⟩ ⟨come ~ time⟩ ⟨~ the days of my childhood⟩ ⟨~ a few minutes he was there⟩ (2) : during the course of : DURING ⟨~ his long journeys throughout the country —Darcy Ribeiro⟩ ⟨~ all that time I never saw him⟩ (3) : during the space of : at any time during : FOR ⟨the coldest day ~ twenty years⟩ ⟨have not seen him ~ months⟩ b : AT ⟨united ~ this time of peril⟩ ⟨vested in the governor acting ~ his discretion —*Achievement in the Gold Coast*⟩ c — used as a function word to indicate a proportion or rate ⟨the mix was one ~ twenty —F.W.Crofts⟩ 3 a (1) — used as a function word to indicate means or instrumentality ⟨scribbled and scratched over . . . ~ pencil or nail —William Faulkner⟩ ⟨caught his coat ~ the gate latch —L.Y.Erskine⟩ ⟨treated ~ moist heat —F.D.Smith & Barbara Wilcox⟩ (2) : by virtue of : on account of : for the reason that ⟨it is also complex, ~ being an integral part of a rich and many-sided mind —E.R.Bentley⟩ ⟨resemble the . . . Uplands ~ the fact that generally they provide an environment unfriendly to human occupancy —Samuel Van Valkenburg & Ellsworth Huntington⟩ — often used in the phrase *in that* ⟨a fallacious argument ~ that it is based on false premises⟩ (3) — used as a function word to indicate material or constituents ⟨a memorial ~ Vermont granite —Bernard De Voto⟩ ⟨tell the court . . . ~ what her cargo consisted —F.W.Crofts⟩ ⟨an artist ~ oils⟩ (4) — used as a function word to indicate degree, extent, or measure ⟨flock to his exhibitions ~ thousands —Herbert Read⟩ ⟨~ the main, we are in agreement⟩ ⟨not discouraged ~ the least⟩ (5) — used as a function word to indicate a class of objects ⟨something ~ a vacuum cleaner —John Steinbeck⟩ ⟨the latest thing ~ cars⟩ b — used as a function word to indicate manner, form, or arrangement ⟨buying a pig ~ installments —Dodie Smith⟩ ⟨told ~ confidence⟩ ⟨written ~ French⟩ ⟨carry all your funds ~ traveler's checks —Richard Joseph⟩ c : with reference to : as concerns ⟨wonder if actors of other countries are as happy ~ their audiences as we are —Phyllis Robbins⟩ ⟨care must be exercised ~ the amount of tannic acid used —C.M.Whittaker & C.C. Wilcock⟩ ⟨~ full color they have few peers —Laurence Lowry⟩ ⟨Greek ~ language, culture, and religion —Franc Shor⟩ ⟨six feet ~ height⟩ ⟨a library rich ~ manuscripts⟩ ⟨~ the matter of your account⟩ 4 a — used as a function word to indicate consideration of a thing strictly limited to its own essence, nature, or merits, apart from its relations to others ⟨~ itself the matter has no importance⟩ ⟨nothing is beautiful ~ itself⟩; compare THING-IN-ITSELF b — used as a function word to indicate the specific object, sphere, or aspect to which a qualification is restricted ⟨~ him you have a fine leader⟩ ⟨much remains to be done ~ this field⟩ ⟨a very worthy gentleman, ~ truth⟩ ⟨that we expect ~ persons of your station —W.S. Gilbert⟩ ⟨my trust is ~ the Lord⟩ ⟨believe ~ his good faith⟩ ⟨rich ~ hope —Shak.⟩ c (1) : WITHIN — used of an inherent quality, attribute, or significance ⟨has no pity ~ him⟩ ⟨there is nothing ~ that story⟩ (2) : within the capacity or powers of ⟨if I . . . had anything like that ~ me, it would have made itself felt before now —Hamilton Basso⟩ d : in spiritual union with ⟨love one's brothers ~ Christ⟩ e : within the grant of : in the power or control of ⟨the scholarship is ~ the trustees of the fund⟩ 5 : in the key of ⟨~ F⟩ — **not in it** *slang* : not in the same class : hopelessly outclassed ⟨simply is *not in it* as far as skill and brains are concerned⟩

²**in** \ˈin\ *adv* [ME, fr. OE *in*, *inn*; akin to OHG *in*, adv., in, ON & Goth *inn*, OE *in*, prep.] 1 a (1) : to or toward the inside esp. of a house or other building : into a certain space : INSIDE ⟨the door is locked, I can't get ~⟩ ⟨opened the window and climbed ~⟩ ⟨broke ~ and made the arrest⟩ (2) : in a particular direction : to or toward some destination ⟨drove 20 miles ~ and walked the rest of the way⟩ ⟨flew ~ on the first plane⟩ ⟨it was shank's mare from there ~ —Shelby Foote⟩ (3) : into a position of proximity : so as to be near some point : NEAR ⟨trackless trolleys able to swing ~ to the curb —*Springfield (Mass.) Union*⟩ ⟨the enemy closed ~⟩ : at close quarters ⟨advised the infielders to play ~⟩ (4) : so as to envelop gradually with something intangible or nebulous ⟨darkness closed ~⟩ ⟨the fog moved ~⟩ b : into the midst or into the surface of something so as to form a part ⟨put ~ some sugar⟩ ⟨mix ~ the flour⟩ ⟨paint ~ another figure⟩ — often used in combination ⟨built-in stabilizers⟩ c (1) : to its place ⟨fit a piece ~⟩ (2) : so as to conform, agree, or submit : into line ⟨fell ~ with our plans⟩ ⟨will he fit ~⟩ d (1) : to or into a particular place ⟨get your orders ~ early⟩ ⟨called us ~ for a conference⟩ (2) : to one's house ⟨had some friends ~ for dinner⟩ ⟨had a girl ~ to serve⟩ 2 a (1) : within a particular place; *esp* : within the customary place of residence, practice, or business ⟨is your mother ~⟩ ⟨the doctor will be ~ at 2⟩ (2) : in a place that is the goal of a journey or course : at one's destination or terminus ⟨the whole whaling fleet was ~ —H.A.Chippendale⟩ ⟨wild riders of the High Plains, ~ from the ranches —*Amer. Guide Series: Texas*⟩ ⟨is the train ~⟩ ⟨two runs ~ last inning⟩ (3) : in place or position ⟨is the key ~⟩ ⟨had to climb a ladder because the stairs were not yet ~ —*Current Biog.*⟩ ⟨the footings are already ~ —*Building Estimating & Contracting*⟩ b (1) : on the interior or inner side : WITHIN ⟨shut a person ~⟩ (2) : so as to confine or surround ⟨snowed ~⟩ ⟨fence cattle ~⟩ (3) : in jail or prison ⟨what offense is he ~ for⟩ (4) *of a ship's sails* : in a furled or stowed condition c (1) : in the position of a participant, accomplice, insider, or observer — usu. used with *on* ⟨it's exciting to be ~ on that —May Sarton⟩ ⟨was ~ on the scheme —E.S.Morgan⟩ ⟨let some members of the diplomatic corps ~ on the government's intention —Sydney Gruson⟩ ⟨bankers who are ~ on current . . . thinking —*Wall Street Jour.*⟩ ⟨time his visit so that he might sit ~ on the Civil War —*Theatre Arts*⟩ (2) : in or into participation in a pot by betting as required by the rules ⟨come ~ for three chips⟩ ⟨count me ~⟩ ⟨stay ~ the pot⟩ d (1) : in office or power ⟨the Tories were ~ again —John Strachey⟩; *also* : in the position of having won an election ⟨~ by a landslide⟩ (2) : with legal privilege or title : in possession — used of a holding, possession, or seisin ⟨~ by descent⟩ (3) : in someone's good graces : on good terms — usu. used with *with* ⟨~ with the courthouse gang —D.D.McKean⟩ ⟨~ strong with the white folks —Ralph Ellison⟩ (4) : in a specified relation as regards favor, esteem, or terms of association ⟨~ bad with the boss⟩ (5) : in a position of assured or definitive success ⟨by the end of the performance I was ~ —Emmett Kelly⟩ ⟨why, you're ~, fellow —*Amateur Athlete*⟩; *also* : in vogue or style ⟨jewelry is ~ this year —G.A.Wagner⟩ e (1) *chiefly Brit* : on or into a burning or lighted condition ⟨blow ~ a fire⟩ ⟨the streetlights . . . were ~ —E.M.Lustgarten⟩ (2) : in season ⟨strawberries are ~⟩ : in cultivation ⟨had some two hundred acres ~ —Eve Langley⟩ : in condition to be harvested : in mature condition ⟨when cotton is ~ their devotion to the crop alters them completely —*Amer. Guide Series: Ark.*⟩ (3) : at bat (as in cricket) ⟨the last man ~⟩ (4) *of an oil well* : in or into production ⟨the well has come ~⟩ (5) : in effect ⟨rationing by points is over and rationing by the purse is ~ —*Economist*⟩ f (1) : in one's possession or control : at one's disposal : at hand ⟨the evidence is not all ~ —W.C.Allee⟩ ⟨the answers aren't ~ —Roscoe Drummond⟩ (2) : in a completed or terminated state ⟨when our own crops were ~ —A.W.Barkley⟩ ⟨after harvests are ~⟩ (3) : in evidence : on hand ⟨October was ~, mild and languorous —Maurice Hewlett⟩ (4) : in a specified service or employment ⟨had ~ enough time as mate —H.A.Chippendale⟩ ⟨put ~ a lot of time on that job⟩ 3 : to the end : INDEFINITELY — used as an intensive with *on* ⟨every feeding time from there on ~ —Land Kaderli⟩ — **in for** : certain to experience something, pleasant or unpleasant ⟨*in for* a whale of one hour's entertainment —Goodman Ace⟩ ⟨*in for* a storm⟩ — **in for it** 1 : committed to a course 2 : certain to suffer punishment or other unpleasant experience ⟨sees us as ineluctably *in for it* —J.W.Krutch⟩ ⟨will be *in for it* if he doesn't get home on time⟩

³**in** \"\ *vt* **inned**; **inned**; **inning**; **ins** [ME *innen*, fr. OE *innian* to include, go in, fr. *in*, *inn*, adv.] *now dial chiefly Eng* : ENCLOSE, RECLAIM; *also* : HARVEST

⁴**in** \"\ *adj* [²*in*] 1 a : that is located inside or within ⟨the ~ part⟩ b : that is in position, connection, operation, or power ⟨the ~ party⟩ c : having its inning ⟨the ~ team⟩ 2 : that is directed inward : proceeding or bound toward the interior or inner side : INCOMING ⟨the ~ train⟩

⁵**in** \"\ *n* -S [²*in*] 1 : one who is in office or power or on the inside ⟨wanted to be an ~ —W.A.White⟩ — usu. used in pl. ⟨a matter of ~s versus outs —L.K.Caldwell⟩ 2 : INFLUENCE, PULL ⟨enjoyed some sort of ~ with the commandant —Henriette Roosenburg⟩ ⟨must have an ~ someplace —W.R. Burnett⟩ 3 : a ball hit in bounds in tennis or squash

¹**in-** *or* **il-** *or* **im-** *or* **ir-** *prefix* [ME, fr. MF, OF, & L; ME *in-*, fr. MF, fr. OF, fr. L; ME *il-*, fr. MF, fr. L, fr. *in-*; ME *im-*, fr. OF, fr. L, fr. *in-*; ME *ir-*, fr. OF, fr. L, fr. *in-*; akin to OE *un-* — more at UN-] : not : NON-, UN- — usu. *il-* before *l* ⟨illogical⟩ and *im-* before *b*, *m*, or *p* ⟨imbalance⟩ ⟨immoral⟩ ⟨improvident⟩ and *ir-* before *r* ⟨irreducible⟩ and *in-* before other sounds ⟨inactive⟩ ⟨inapt⟩ ⟨inconclusive⟩

²**in-** *or* **il-** *or* **im-** *or* **ir-** *prefix* [ME, fr. OF, MF, & L; ME *in-*, fr. OF *in-*, *en-*, fr. L *in-*, fr. *in* in, into; ME *il-*, fr. MF, fr. L, fr. *in*; ME *im-*, fr. MF *im-*, *em-*, fr. L *im-*, fr. *in*; ME *ir-* fr. L, fr. *in* — more at ¹IN] 1 : in : within : inward : into : toward : on ⟨implode⟩ ⟨irradicate⟩ 2 : ¹EN- ⟨illucidate⟩ ⟨imbarn⟩ ⟨immarble⟩ ⟨impanel⟩ ⟨imperil⟩ ⟨inspirit⟩ — in both senses usu. *il-* before *l*, *im-* before *b*, *m*, or *p*, *ir-* before *r*, and *in-* before other sounds

³**in-** *or* **ino-** *comb form* [NL *in-*, fr. Gk *in-*, *is*, prob. akin to L *viere* to plait — more at WITHY] : fiber : fibrous tissue ⟨initis⟩ ⟨inogen⟩

¹**-in** \ən, ᵊn, ˌin\ *n suffix* -S [F *-ine*, fr. L *-ina* (with long *i*), fem. of *-inus* (with long *i*) of or belonging to — more at -INE] 1 a : neutral chemical compound or compound not distinctly basic or acidic ⟨picrotoxin⟩ ⟨hematoporphyrin⟩ — esp. in names of glycerides ⟨acetin⟩ ⟨stearin⟩, glycosides ⟨amygdalin⟩ ⟨quercitrin⟩, proteins ⟨gelatin⟩ ⟨insulin⟩, and 6-membered heterocyclic compounds ⟨dioxin⟩; usu. distinguished from *-ine* b : enzyme ⟨emulsin⟩ ⟨myrosin⟩ — compare -ASE c : antibiotic ⟨penicillin⟩ ⟨streptomycin⟩ 2 : ²-INE 2a, 2b — not used systematically 3 : pharmaceutical product ⟨niacin⟩ ⟨aspirin⟩

**in** *abbr* 1 inch 2 inlet

**In** *symbol* indium

**INA** *abbr* international normal atmosphere

¹**-i·na** \ˈīnə, ˈēnə\ *n suffix, pl* **-inas** [NL, fr. L, fem. sing. and neut. pl. of *-inus* (with long *i*) ¹-ine] : one or ones related to, resembling, or characterized by — in taxonomic names in biology ⟨Acar*ina*⟩ ⟨Clathr*ina*⟩ ⟨Fistul*ina*⟩

²**-i·na** \ˈēnə *sometimes* ˈinə\ *also* **-ine** \ˌēn *sometimes* ˌin\ *n suffix* -S [prob. fr. It *-ina* (dim. suffix), fr. L *-ina* (with long *i*), fem. of *-inus* (with long *i*) ¹-ine] 1 : musical instrument ⟨concert*ina*⟩ ⟨seraph*ine*⟩ 2 : musical device ⟨aeol*ine*⟩

**in·ability** \¦in+\ *n* [ME *inabilite*, fr. MF *inhabilité*, fr. *in-* ¹in- + *habilité* ability — more at ABILITY] : the quality or state of being unable : lack of ability : lack of sufficient power, strength, resources, or capacity ⟨plead an ~ in mathematics —John Dollard⟩

**in ab·sen·tia** \ˌinab'sench(ē)ə, ˌinəb-, -sentēə\ *adv* [L] : in absence (as of the accused person or of a person receiving a degree) ⟨awarded a degree *in absentia*⟩ ⟨condemned *in absentia*⟩

**in·absorbability** \¦in+\ *n* : the quality or state of being inabsorbable

**in·absorbable** \"+\ *adj* [¹*in-* + *absorbable*] : not capable of being absorbed

**in ab·strac·to** \ˌinəbz'trak(ˌ)tō, -b'st-\ *adv* [L, in the abstract] : in or from an abstract point of view : in the abstract ⟨the question could not be settled *in abstracto* —Yuen-li Liang⟩ ⟨discovering the problem purely theoretically, *in abstracto* —*Mathematical Biophysics*⟩

**in·acceptable** \¦in+\ *adj* [¹*in-* + *acceptable*] : not acceptable

**in·accessibility** \¦in+\ *n* [prob. fr. MF *inaccessibilité*, fr. *inaccessible* + *-ité* -ity] : the quality or state of being inaccessible

**in·accessible** \¦in+\ *adj* [MF or LL; MF, fr. LL *inaccessibilis*, fr. L *in-* ¹in- + LL *accessibilis* accessible — more at ACCESSIBLE] 1 : not accessible: as a : not capable of being reached, entered, or approached ⟨~ except by heavy two-wheeled carts —C.L.Jones⟩ b : not capable of being obtained ⟨a rare work, today almost ~⟩ c : not easy to form friendly or close relations with : not susceptible to advances or influence : UNAPPROACHABLE ⟨peculiarly ~ to such questioning —Christine Weston⟩ ⟨a cold ~ figure⟩ d : difficult or impossible to comprehend or enter into : ABSTRUSE, ESOTERIC ⟨poetry . . . ~ to contemporary criticism —Frederick Morgan⟩ ⟨the novel . . . seems to me among the most ~ —C.J.Rolo⟩ 2 : reflecting or evidencing inaccessibility ⟨a look which was austere, ~ —Ellen Glasgow⟩ ⟨an air of ~ respectability —John Buchan⟩ — **inaccessibleness** \"+\ *n* — **in·accessibly** \"+\ *adv*

**in·accuracy** \(ˈ)in, ən+\ *n* [¹*in-* + *accuracy*] 1 : the condition of being inaccurate ⟨avoiding muddle and ~ —W.H. Dowdeswell⟩ 2 : an instance of being inaccurate : MISTAKE, ERROR ⟨when all his *inaccuracies* . . . have been acknowledged —D.C.Peattie & Eleanor R. Dobson⟩

**in·accurate** \(ˈ)in, ən+\ *adj* [¹*in-* + *accurate*] : not accurate: as a : containing a mistake or error : INCORRECT, ERRONEOUS ⟨an ~ account⟩ b : not functioning with accuracy or precision : FAULTY, DEFECTIVE ⟨the limbs are useless and sense organs are ~ —Abram Kardiner⟩ ⟨this thermometer is ~⟩ — **in·accurately** \"+\ *adv* — **in·accurateness** \"+\ *n*

**in·action** \(ˈ)in, ən+\ *n* [¹*in-* + *action*] : lack of action or activity : abstention from labor : IDLENESS, LETHARGY ⟨impatience with hypocrisy and ~ —Lillian Smith⟩

**in·activate** \(ˈ)in, ən+\ *vt* [*inactive* + *-ate*] : to make inactive: as a (1) : to destroy certain biological activities of ⟨~ the complement of normal serum by heat⟩ — compare REACTIVATE (2) : to cause (as an infective agent) to lose disease-producing capacity ⟨~ bacteria⟩ b : to remove (a unit) from the active list of a military service without disbanding — **in·activation** \(ˌ)in, ən+\ *n*

**in·active** \(ˈ)in, ən+\ *adj* [¹*in-* + *active*] : not active: as a (1) : marked by deliberate or enforced absence of activity or effort : SEDENTARY ⟨forced by illness to lead an ~ life⟩ (2) : not given to action or effort : not diligent, energetic, or industrious : INDOLENT, SLUGGISH ⟨dreamy and ~ by nature⟩ ⟨a very ~ police chief⟩ ⟨the rentier class, an ~ class in the economy —L.R.Klein⟩ b (1) : being unused or out of use : lying idle : not functioning ⟨an ~ mine⟩ ⟨an ~ machine⟩ (2) : relating to or consisting of officers and enlisted personnel of the armed forces who are not performing or available for military duties ⟨~ list⟩ ⟨~ reserve⟩ ⟨~ status⟩ (3) : being a commodity for which there is relatively little demand or in which relatively little trading occurs ⟨active, ~ and obsolete sterling patterns —*Christian Science Monitor*⟩ ⟨~ stocks⟩ (4) *of a disease* : not progressing or fulminating : QUIESCENT c (1) : chemically inert : UNREACTIVE ⟨~ charcoal⟩ (2) : not exhibiting any action on polarized light : optically neutral — used of stereoisomeric forms of various substances ⟨~ fructose⟩ ⟨~ camphor⟩; compare MES- 4b, RACEMIC

**syn** IDLE, INERT, PASSIVE, SUPINE: INACTIVE applies to anyone or anything not in action or not usu. in action (as in operation or use) or at work ⟨*inactive* machines⟩ ⟨an *inactive* child⟩ ⟨an *inactive* charge account⟩ IDLE applies chiefly to persons without occupation at the moment but usu. without occupation as a general or habitual thing, or to their powers, organs, or implements ⟨give work to an *idle* laborer⟩ ⟨an *idle* lathe⟩ ⟨an *idle* mind⟩ ⟨an *idle* pen⟩ INERT implies lack of power in a thing to set it in motion or by itself to produce a given effect, or suggests in a person a general indisposition to activity ⟨aimless accumulation of precise knowledge, *inert* and unutilized —A.N. Whitehead⟩ ⟨this amorphous spreading of responsibility will result in a sort of *inert*, ponderous bureaucracy —Stanley Walker⟩ ⟨would lie for hours on a chaise longue, so *inert* that the folds of chiffon which dripped from her body to the floor hung as steady as if they were stone —Rebecca West⟩ ⟨the greatest menace to freedom is an *inert* people —L.D.Brandeis⟩ PASSIVE implies immobility or a lack of positive reaction when acted upon by an external force or agent, often implying a submissiveness consisting of failure to be provoked to resistance or of a planned avoidance of any action that will give aid to the dominating force or agent ⟨some of those hours were spent in intensive cerebration, some in *passive* listening to lectures —H.M.Wriston⟩ ⟨*passive* obedience to authority⟩ ⟨*passive* resistance to oppression⟩ SUPINE implies abject inertia or passivity, often from indolence ⟨he is *supine*; he accepts his mother's truculence on his behalf with an indolence of temper which distinguishes him in this, as in all matters —Edward Hyams⟩ ⟨political and religious dissension . . . had split a weary and *supine* people into a dozen factions —P.J. Searles⟩

**in·actively** \"+\ *adv* : in an inactive manner

**inactiveness** \"+\ *n* : the quality or state of being inactive

**in·activity** \¦in+\ *n* : the quality or state of being inactive : IDLENESS, SLUGGISHNESS

**in·adaptability** \¦in+\ *n* : the quality or state of being inadaptable

**in·adaptable** \¦in+\ *adj* [¹*in-* + *adaptable*] : incapable of adaptation : belonging to a fixed type

**in·adaptive** \¦in+\ *adj* [¹*in-* + *adaptive*] : not adaptive

**in·adequacy** \(ˈ)in, ən+\ *n* [fr. *inadequate*, after *adequate*: *adequacy*] : the quality or state of being inadequate : INSUFFICIENCY ⟨~ of unemployment benefits —*Collier's Yr. Bk.*⟩

**in·adequate** \(ˈ)in, ən+\ *adj* [¹*in-* + *adequate*] : not adequate : INSUFFICIENT, DEFICIENT ⟨~ equipment⟩ ⟨~ leadership⟩ *specif* : lacking the capacity for psychological maturity ⟨the ~ individual⟩ : unable to make adequate social adjustment ⟨an offender coming from an ~ family⟩ ⟨~ parents⟩ — **in·adequately** \"+\ *adv* — **in·adequateness** \"+\ *n* -ES

**in·admissibility** *also* **in·admissability** \¦in+\ *n* : the quality or state of being inadmissible

**in·admissible** *also* **in·admissable** \¦in+\ *adj* [¹*in-* + *admissible*] : not proper to be allowed or received : not admissible ⟨~ behavior⟩ — **in·admissibly** \"+\ *adv*

**in-a-door bed** \ˈ=ˌ=ˌ=-\ *also* **in-a-door** *n* [fr. *In-a-Dor-Bed*, a trademark] : MURPHY BED

¹**in·adu·nate** \¦inə¦d(y)ünət, (ˈ)i¦najən-\ *adj* [¹*in-* + L *adunatus*, past part. of *adunare* to unite, fr. *ad-* + *unus* one — more at ONE] : not united; *specif* : having the arms completely free from the calyx — used of a crinoid

²**inadunate** \"\ *n* -S : an inadunate crinoid

**in·ad·ver·tence** \ˌinəd'vərtᵊn(t)s, ˌiˌnad-, -vōt-, -vəit-\ *n* [ML *inadvertentia*, fr. L *in-* ¹in- + *advertent-*, *advertens* (pres. part. of *advertere* to advert) + *-ia* -y — more at ADVERT] 1 : the fact or action of being inadvertent; lack of care or attentiveness : INATTENTION ⟨mistakes proceed from ~⟩ 2 : an effect of inattention : a result of carelessness : an oversight, mistake,

EXHIBIT 6

PAGE 193

Case 2:04-cv-09049-DOC-RNB Document 3866-18 Filed 05/29/08 Page 6 of 10 Page ID #:89731




EXHIBIT 6
PAGE 194

Webster's
Third New
International
Dictionary
UNABRIDGED

BLUEBIRD OFFICE SUPPLIES

EXHIBIT 7



PROPRIETARY INFORMATION CHECKOUT MAT-4125-B

Each terminating employee should be aware that, in his Employee's Agreement, he has agreed to transfer all inventions made or conceived during the period of his employment to Mattel and to do all acts necessary to secure patent protection for such inventions for Mattel.

Each employee should also be aware that he has agreed to protect the proprietary information of Mattel. More particularly, he has agreed essentially as follows:

"In consideration of my employment by MATTEL, INC., or any of its subsidiaries or affiliated companies now or hereafter existing (hereinafter referred to individually and collectively as 'MATTEL'), I hereby covenant and agree that:

My interest in (a) any and all inventions, improvements and ideas (whether or not patentable) which I have made or conceived, or may make or conceive at any time during the period of my employment with the Company, either solely or jointly with others and in (b) any suggestions, designs, trademarks, copyright subject matter, literary or artistic works which I have made or conceived, or may make or conceive at any time during the period of my employment which relate or are applicable directly or indirectly to any phase of the Company's business shall be the exclusive property of the Company, its successors, assignees or nominees. (The items defined in (a) and (b) above will hereinafter be referred to collectively as 'Proprietary Subject Matter'.)

I shall make full and prompt disclosure in writing to an officer or official of the Company, or to anyone designated for that purpose by the Company, of all Proprietary Subject Matter made or conceived during the term of my employment. I agree, at the request of Mattel's Patent counsel, to provide additional information to more fully define the specific structure of the disclosed subject matter and to present support documents evidencing my conception and development of the subject matter.

Since the work for which I am employed upon which I shall be engaged will include Company knowledge and information of a private, confidential, or secret nature, I shall not, except as required in the conduct of the Company's business or as authorized in writing by the Company, during the course of my employment or thereafter, publish, disclose, or make use of, or authorize anyone else to publish, disclose or otherwise make use of any such knowledge or information, of a confidential nature to and the secret property of the Company or the design, construction, manufacture or sale of the Company's products or services. This obligation shall apply even to Company information created by me.

All documents, written information and other items including, but not limited to, notes, sketches, manuals, blueprints, notebooks, products, tools, fixtures, records and information relating to the business of the Company, made or obtained by me while employed by the Company shall be the exclusive property of the Company and shall be delivered by me to the Company on termination of my employment or at any time as requested by the Company".

Please acknowledge the above by signing and dating in the spaces provided below.

after Bryant

SIGNATURE [signature] DATE 10/19/00

WITNESS [signature] DATE 10/19/00

M 0001604

DEPOSITION EXHIBIT 27 11-8-04 SH

EXHIBIT 7

PAGE 195