

EXHIBIT ___14___

PAGE ___240___

All Rights Assigned to ABC International Traders d/b/a MGA Entertainment.

Isaac Larian, CEO

Contract date: 9/18/00

M 0001499



All Rights Assigned to ABC International Traders
d/b/a MGA Entertainment.

Isaac Larian, CEO
*Contract etc.*   9/18/00

EXHIBIT _____ 14
PAGE _____ 241

M 0001500



EXHIBIT ___14___

PAGE ___242___

All Rights Assigned to ABC International Traders
d/b/a MGA Entertainment.

Isaac Larian, CEO

Contract date: 9/18/00

M 0001501

BLUEBIRD OFFICE SUPPLIES

EXHIBIT 15



TOP OF HEAD

ROOTING LINE / SEPERATION LINE

ACTUAL PROPORTION

ACTUAL SIZE
10"

0.7
3. 1120
2.52
_____
1.47

(310) 530 - 3615

**ATTORNEY'S EYES ONLY**

BRYANT 00278

EXHIBIT ___15___   :35".2

PAGE ___247___

BLUEBIRD (888) 47
OFFICE SUPPLIES   www.bluebon.

EXHIBIT 16

SL00013

DEP. EX. NO. 323
FOR I.D. A  9-13-06 CM

QUALITY PARK
12 x 15½

EXHIBIT _____ 16
PAGE _____ 248

SL00014

STONE "3" LTD

"BRATZ"

EXHIBIT _____ 16

PAGE _____ 249



SL00015

EXHIBIT 16

PAGE 250

SL00016



EXHIBIT _____ 16

PAGE _____ 251



**Meet Lupe!**

She's the princess of pretty in her casual wear of tank top and wide leg khakis. Cute sweatshirt, silvery tennies , a fun red updo and fresh backpack give her a great look for school!

EXHIBIT _____ 16

PAGE _____ 252

SL00017



To give Zoe a whole new look for
night, change her short dark
brown hairstyle to her long
blonde hairdo (included), change
her pants to a skirt (also
included) and change her
sneakers to platform sandals (you
get those too!)

EXHIBIT _____ 16 _____

PAGE _____ 253 _____

SL00018



EXHIBIT _____ 16
PAGE _____ 254

SL00019



EXHIBIT _____ 16 _____

PAGE _____ 255 _____

SL00020



**Meet Hallidae!**

She's got the beat! Ultra trendy
street wear 'n' braids for hittin'
the books. Jean skirt, boots and
knit cap, not to mention a funky
bookpack (check out the logos!)
give Hallidae a look that is all
that!

EXHIBIT _____ 16

PAGE _____ 256

SL00021



EXHIBIT _____ 16

PAGE _____ 257

SL00022



For partytime, change her into a
short skirt, braids and silver
stompers!

EXHIBIT _____ 16

PAGE _____ 258

SL00023



EXHIBIT _____ 16

PAGE _____ 259

SL00024



For weekend nights hangin' with the Bratz, it's a sweet dragon logo tee, with ruffly skirt and those boots, she's as cool as can be!

EXHIBIT _____ 16
PAGE _____ 260

SL00025



**Meet Jade!**

Jade loves far-out fashion! Mary Janes and a baby doll are just perfect for study hall! Twisty hairdo, fringe-y jacket and a sweeter than sweet backpack and Jade is ready for serious school house rock!

EXHIBIT _____ 16

PAGE _____ 261

SL00026



On date night, it's a sassy short dress, platforms, and a totally new 'do!

EXHIBIT _____ 16

PAGE _____ 262

SL00027



Now she has a whole new look for nighttime fun with the rest of the Bratz gang!

EXHIBIT ____16____

PAGE ____263____

SL00028



**Meet Zoe!**

She's the queen of cool at school with her short dark brown hair and funky stompin' sneaks. Hiphugger jeans, short tee shirt and glittery vinyl backpack complete her daytime look.

EXHIBIT ___ 16

PAGE ___ 264

SL00029



EXHIBIT ___16___

PAGE ___265___

SL00030



EXHIBIT ___16___

PAGE ___26 6___

SL00031



EXHIBIT _____ 16 _____

PAGE _____ 267 _____

SL00032



EXHIBIT ___16___

PAGE ___268___

SL00033



EXHIBIT _____ 16

PAGE _____ 269

SL00034



EXHIBIT _____ 16
PAGE _____ 270

SL00035

SL00036

Fashion Pack

4.99

Jade

* One or Two piece outfit

* purse or headpiece

* necklace and/or bracelet

* shoes

EXHIBIT ___ 16

PAGE ___ 271

SL00037

# Fashion Pack

## 4.99

## Jade

* One or Two piece outfit

* purse or headpiece

* necklace and/or bracelet

* shoes

EXHIBIT _____ 16

PAGE _____ 272



EXHIBIT _____ 116

PAGE _____ 273

SL00038



EXHIBIT _____ 16

PAGE _____ 274

SL00039



EXHIBIT ___16___

PAGE ___275___

SL00040



EXHIBIT _____ 16

PAGE _____ 276

SL00041

# BRATZ!

12.99
*doll in original 2 piece outfit
*original hairstyle
*original shoes
*necklace
*backpack
*additional top or dress
*additional bottom or dress
*additional shoes
*additional hairstyle
*additional purse
*hairbrush
*doll stand (optional)



EXHIBIT _____16_____

PAGE _____277_____

SL00042

# BRATZ!

12.99
* doll in original 2 piece outfit
* original hairstyle
* original shoes
* necklace
* backpack
* additional top or dress
* additional bottom or dress
* additional shoes
* additional hairstyle
* additional purse
* hairbrush
* doll stand (optional)



EXHIBIT _____ 16

PAGE _____ 278        **SL00043**



TOP OF HEAD

ROOTING LINE / SEPERATION LINE

ACTUAL PROPORTION

ACTUAL SIZE
10"

EXHIBIT ___16___

PAGE ___279___

**SL00044**



TOP OF HEAD

ROOTING LINE / SEPERATION LINE

ACTUAL PROPORTION

ACTUAL SIZE
10"

EXHIBIT ___16___

PAGE ___280___

SL00045

Hairstyle Pack

9.99

*4 different hairstyles in 4 different colors

EXHIBIT _____ 16

PAGE _____ 281

SL00046

Hairstyle Pack

9.99

*4 different hairstyles in 4 different colors

EXHIBIT ____ 16 ____

PAGE ____ 282 ____

SL00047



EXHIBIT _____ 16
PAGE _____ 283

SL00048

**PANDORA'S BOX**

© MANIFESTATIONS "MAGIC EFFECTS"™ (760) 598-3466

01286067
PC-$ILVR BOX RNDORM
DPT 14 VND 11078 ST 264
**$1.25**

EXHIBIT _____ 16 _____

PAGE _____ 284 _____

SL00049



EXHIBIT ___ 16
PAGE ___ 285

SL00050

© MANIFESTATIONS "MAGIC EFFECTS"™ (760) 598-3466

119441-000
PC-ASSRT SUPER NOVA
Dept DQ14   Vendor 11078
$1.25

EXHIBIT ___16___

PAGE ___286___

SL00051



EXHIBIT ___16___

PAGE ___287___

SL00052

© MANIFESTATIONS "MAGIC EFFECTS"℠ (760) 598-3466

119440-000
PC-HSSRT METEOR
Dept 0014    Vendor 11078
$1.25

EXHIBIT _____ 16

PAGE _____ 288

SL00053



EXHIBIT    16

PAGE    289

**SL00054**

**INFINITY**

01286095
PC-988RT      CIRCLE HOL
DPT 14 VND 18279    STL 264F
**$1.25**

© MANIFESTATIONS "MAGIC EFFECTS"™ (760) 598-3466

EXHIBIT _____ 16

PAGE _____ 290

SL00055



EXHIBIT 16

PAGE 291

SL00056

**GALAXY**

01286095
PC-AGRT    CIRCLE HOL
DPT 14 VND 11078  STL 266F

**$1.25**

© MANIFESTATIONS "MAGIC EFFECTS"™ (760) 598-3466

EXHIBIT _____ 16

PAGE _____ 292

SL00057



EXHIBIT _____ 16

PAGE _____ 293

SL00058

**www.postcard-online.com**

HG 17 ☐ ☐ ☐ ☐

L.M. Kartenvertrieb • Hasenheide 9 • 10967 Berlin • Germany • www.lm-karten.de
Telefon 0 30 / 8 93 03 28 • Fax 0 30 / 8 93 04 27 • Telefon 0 18 05 - 22 55 56 oder 0 18 05 - Coil LM

D1116177
PC-BLU NORDON HOLOGR
DPT 14 VND 7843 STL H017
**$2.50**

© L.M. Kartenvertrieb
Made in EU
All Rights Res.

EXHIBIT ____ 16
PAGE ____ 294

SL00059



EXHIBIT _____ 16
PAGE _____ 295

SL00060

www.postcard-online.com

HG 21 ☐ ☐ ☐ ☐

© L.M. Kartenvertrieb
Made in EU
All Rights Res.

L.M. Kartenvertrieb • Hasenheide 9 • 10967 Berlin • Germany • www.lm-karten.de
Telefon 0 30 / 8 93 03 28 • Fax 0 30 / 8 93 04 27 • Telefon 0 18 05 - 22 55 56 oder 0 18 05 - Call LM

01316991
PC-1EALIGHT HOLOGRMS
DPT. 14 VND    7843    STL HG16
$2.50

EXHIBIT ___16___
PAGE ___2916___

SL00061



EXHIBIT _____ 16
PAGE _____ 247

SL00062

EXHIBIT 17



LIBRARY OF CONGRESS

Copyright Office
of the United States

WASHINGTON, D.C

**THIS IS TO CERTIFY** that the attached additional certificate is a claim of copyright for the work entitled **JADE DRAWING** registered under number **VA 1-218-487**.

**THIS IS TO CERTIFY ALSO**    that   the attached photocopies are a true representation of the work entitled **JADE DRAWING** deposited in the Copyright Office on December 22, 2003 registered under number **VA 1-218-487**.

**IN WITNESS WHEREOF**, the seal of this Office is affixed hereto on May 17, 2004.

Marybeth Peters
Register of Copyrights

By:     Tracie M. Coleman
Head
Certifications and Documents
Section
Information and Reference
Division

Use of this material is governed by the U. S. copyright law 17 U.S.C. 101 et seq.

EXHIBIT_____17_____

PAGE____298_____

DEPO EX 505

M 0110179

**Additional Certificate (17 U.S.C. 706)**
Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**FORM VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

VA 1-218-487

EFFECTIVE DATE OF REGISTRATION

DEC 22 2003

Month          Day          Year

---

**DO NOT WRITE ABOVE THIS LINE IF YOU NEED MORE SPACE USE A SEPARATE CONTINUATION SHEET**

**1**

Title of This Work ▼

JADE Drawing

NATURE OF THIS WORK ▼ See instructions

color drawing

Previous or Alternative Titles ▼

Publication as a Contribution If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give    Volume ▼        Number ▼        Issue Date ▼        On Pages ▼

**2**

NAME OF AUTHOR ▼

**a** Carter Bryant

DATES OF BIRTH AND DEATH
Year Born ▼      Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☑ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of   U.S.A.
    { Domiciled in

Was This Author's Contribution to the Work
Anonymous?      ☐ Yes  ☑ No
Pseudonymous?   ☐ Yes  ☑ No
If the answer to either of these questions is "Yes" see detailed instructions

Nature of Authorship Check appropriate box(es) See instructions
☐ 3 Dimensional sculpture     ☐ Map              ☐ Technical drawing
☑ 2 Dimensional artwork       ☐ Photograph       ☐ Text
☐ Reproduction of work of art ☐ Jewelry design   ☐ Architectural work

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b** Name of Author ▼

Dates of Birth and Death
Year Born ▼      Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of
    { Domiciled in

Was This Author's Contribution to the Work
Anonymous?      ☐ Yes  ☐ No
Pseudonymous?   ☐ Yes  ☐ No
If the answer to either of these questions is "Yes" see detailed instructions

Nature of Authorship Check appropriate box(es) See instructions
☐ 3 Dimensional sculpture     ☐ Map              ☐ Technical drawing
☐ 2 Dimensional artwork       ☐ Photograph       ☐ Text
☐ Reproduction of work of art ☐ Jewelry design   ☐ Architectural work

**3**

**a** Year in Which Creation of This Work Was Completed    1998
This information must be given    Year in all cases

**b** Date and Nation of First Publication of This Particular Work
Complete this information ONLY if this work has been published
Month February    Day 12    Year 2001    Nation U.S.A.

**4**

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2 ▼

MGA Entertainment Inc  16730 Schoenborn Street
North Hills CA 91343 6122

Transfer If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2 give a brief statement of how the claimant(s) obtained ownership of the copyright ▼

Assignment

APPLICATION RECEIVED
DEC 22 2003
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
DEC 22 2003
FUNDS RECEIVED

See instructions before completing this space

DO NOT WRITE HERE OFFICE USE ONLY

---

MORE ON BACK ▶    Complete all applicable spaces (numbers 5-9) on the reverse side of this page
See detailed instructions    Sign the form at line 8

DO NOT WRITE HERE
Page 1 of ___ pages

EXHIBIT ___ 17

PAGE ___ 299        M 0110180

EXAMINED BY

CHECKED BY

☐ CORRESPONDENCE
   Yes

FORM VA

FOR
COPYRIGHT
OFFICE
USE
ONLY

DO NOT WRITE ABOVE THIS LINE  IF YOU NEED MORE SPACE  USE A SEPARATE CONTINUATION SHEET

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes  ☑ No  If your answer is  Yes  why is another registration being sought? (Check appropriate box.) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form
b. ☐ This is the first application submitted by this author as copyright claimant
c. ☐ This is a changed version of the work, as shown by space 6 on this application
If your answer is  Yes  give  Previous Registration Number ▼          Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation
a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates ▼

**6**

a

See instructions
before completing
this space

b. Material Added to This Work Give a brief general statement of the material that has been added to this work and in which copyright is claimed ▼

b

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account
Name ▼                          Account Number ▼

**7**

a

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent  Name/Address/Apt/City/State/ZIP ▼

Larry W McFarland  Keats McFarland & Wilson LLP
9720 Wilshire Boulevard Penthouse Suite
Beverly Hills California 90212

b

Area code and daytime telephone number     310 | 248 3830                    Fax number     ( 310 ) 860 0363
Email  lmcfarland@kmwlaw com

**CERTIFICATION** I the undersigned hereby certify that I am the
check only one ►
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of  MGA Entertainment Inc
                        Name of author or other copyright claimant or owner of exclusive right(s) ▲
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3 do not sign and submit it before that date
Larry W McFarland                                          Date  December 16 2003

Handwritten signature (X) ▼
X _____

Certificate
will be
mailed in
window
envelope
to this
address

Name ▼
Larry W McFarland  Keats McFarland & Wilson LLP
Number/Street/Apt ▼
9720 Wilshire Boulevard Penthouse Suite
City/State/ZIP ▼
Beverly Hills California 90212

**YOU MUST**
Complete all necessary spaces
Sign your application in space 8
**SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE**
1 Application form
2 Nonrefundable filing fee in check or money
   order payable to Register of Copyrights
3 Deposit material
**MAIL TO**
Library of Congress
Copyright Office
101 Independence Avenue  S E
Washington  D C  20559-6000

**9**

17 U S C § 506(e)  Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409  or in any written statement filed in connection with the application  shall be fined not more than $2 500

Rev  June 2002—20 000  Web Rev  June 2002  ⊗ P  Printed on recycled p per                U S Government Printing Office 2000 461 113/20 021

EXHIBIT ____1 7____

PAGE ____300____

M 0110181