

EXHIBIT 55
PAGE 433
Exhibit 1110

BLUEBIRD OFFICE SUPPLIES (888) 477- www.bluebirdus

EXHIBIT 56

| | |
|---|---|
| **From:** | Sarah Chui |
| **To:** | Paula Treantafelles; Victoria O'Connor |
| **CC:** | Ben Ton; Yuval Caspi; Jonathan Buford; Rachel Harris; Brian Schmit; Andreas Koch; Colleen O'Higgins |
| **BCC:** | |
| **Sent Date:** | 2001-01-08 11:43:29:968 |
| **Received Date:** | 2001-01-08 11:51:29:723 |
| **Subject:** | HK showroom set up |
| **Attachments:** | Bratz 1.JPG , Bratz 2.JPG , Bratz.JPG , Cob2.jpg , Jumping Jenni.JPG , Me & My Shadow.JPG , Mrs fields 1.JPG , Mrs fields.JPG , MseeMdo.JPG , My dream Baby.JPG , Palm Kitties.JPG , Palm Puppies.JPG , Prayer Angel 1.JPG , Prayer Angel.JPG , Scooter Samantha .JPG , Vr3d.jpg |

Dear Paula,

Sorry for waiting long long time, I promise send you some photos of our showroom, now, please take a LOOK!!!

Best regards
Sa...Sa...Sa...rah

DFB EXHIBIT 1308
DEPONENT Harris
DATE 1-21-08
RENEE PACHECO, CSR, RPR

Exhibit 911
Chui
9/28/07 Pgs 4
J'ana Siegers, CSR 10845

EXHIBIT 56
PAGE 434



CLOE
BRATZ
YASMIN
SASHA
BRATZ

BH

EXHIBIT 56

PAGE 435

Confidential - For Attorney's Eyes Only

MGA 0050734



JADE
CLOE
BRATZ
BRATZ

EXHIBIT 56

PAGE 436

Confidential - For Attorney's Eyes Only

MGA 0050735



BRATZ
TV
BRATZ
BRATZ
BRATZ
BRATZ
BRATZ

EXHIBIT 56

PAGE 437

Confidential - For Attorney's Eyes Only

MGA 0050736

BLUEBIRD (888) OFFICE SUPPLIES

EXHIBIT 57



DEPO EXH. 302

CONFIDENTIAL
ATTORNEY'S EYES ONLY

MGA006453

EXHIBIT 57

PAGE 438

# Bratz!

Meet the Bratz! The Totally Transformable Teenage dolls! They're four best friends from high school who love to trade clothes, shoes and hairdos! They come to school with a new look every day!

By simply popping off the hairstyle and shoes, and exchanging them for one of their other hairstyles and pairs of shoes, or a friend's hairstyle and shoes, you can create a whole new look! Complete the look by changing their pants or skirts for one of their additional garments!

Each doll comes dressed in a trendy, hip outfit, with one or two additional pieces, such as an additional skirt or t- shirt (for mix and matching.) Each doll also comes with two great hairstyles, 2 great pairs of shoes, and a cool backpack.

## Meet Zoe!

She's the queen of cool at school with her short dark brown hair and funky stompin' sneaks. Hiphugger jeans, short tee shirt and glittery vinyl backpack complete her daytime look.

CONFIDENTIAL
ATTORNEY'S EYES ONLY

EXHIBIT 57

PAGE 440

MGA006455