To give Zoe a whole new look for night, change her short dark brown hairstyle to her long blonde hairdo (included), change her pants to a skirt (also included) and change her sneakers to platform sandals (you get those too!)



CONFIDENTIAL
ATTORNEY'S EYES ONLY
EXHIBIT 57
PAGE 441

MGA006456

Now she has a whole new look for nighttime fun with the rest of the Bratz gang!



CONFIDENTIAL
ATTORNEY'S EYES ONLY

MGA006457

EXHIBIT   S7

PAGE   442



## Meet Lupe!

She's the princess of pretty in her casual wear of tank top and wide leg khakis. Cute sweatshirt, silvery tennies, a fun red updo and fresh backpack give her a great look for school!

CONFIDENTIAL
ATTORNEY'S EYES ONLY

MGA006458

EXHIBIT 57
PAGE 443



For partytime, change her into a short skirt, braids and silver stompers!

CONFIDENTIAL ATTORNEY'S EYES ONLY
EXHIBIT S7
PAGE 444
MGA006459



## Meet Hallidae!

She's got the beat! Ultra trendy street wear 'n' braids for hittin' the books. Jean skirt, boots and knit cap, not to mention a funky bookpack (check out the logos!) give Hallidae a look that is all that!

CONFIDENTIAL
ATTORNEY'S EYES ONLY

MGA006460

EXHIBIT  57
PAGE  445



On date night, it's a sassy short dress, platforms, and a totally new do!

CONFIDENTIAL
ATTORNEY'S EYES ONLY
EXHIBIT  S 7
PAGE  446
MGA006461

## Meet Jade!

Jade loves far-out fashion! Mary Janes and a baby doll are just perfect for study hall! Twisty hairdo, fringe-y jacket and a sweeter than sweet backpack and Jade is ready for serious school house rock!



CONFIDENTIAL
ATTORNEY'S EYES ONLY

MGA006462

EXHIBIT _____ 57 _____
PAGE _____ 447 _____



For weekend nights hangin' with the Bratz, it's a sweet dragon logo tee, with ruffly skirt and those boots, she's as cool as can be!

CONFIDENTIAL
ATTORNEY'S EYES ONLY
MGA006463
EXHIBIT  57
PAGE  448



