VA 1-148-305

EXHIBIT 62

PAGE 476

M 0110178

**EXHIBIT 63**

Copyright Office fees are subject to change
For current fees, check the Copyright Office
website at *www copyright gov*, write the Copy-
right Office, or call (202) 707-3000

143 940   854

**Form CA**
For Supplementary Registration
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

**VA 1−301−533**

| TX | TXU | PA | PAU | VA | VAU | SR | SRU | RE |

EFFECTIVE DATE OF SUPPLEMENTARY REGISTRATION

March 28 2005

Month   Day   Year

DO NOT WRITE ABOVE THIS LINE IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET

**A**

Title of Work ▼
Jade Doll Configuration, Accessories and Packaging

Registration Number of the Basic Registration ▼
VA 1-090-287

Year of Basic Registration ▼
2001

Name(s) of Author(s) ▼
ABC International Traders, Inc d/b/a MGA Entertainment, Inc

Name(s) of Copyright Claimant(s) ▼
ABC International Traders, Inc. d/b/a MGA Entertainment

**B**

Location and Nature of Incorrect Information in Basic Registration ▼

Line Number   2a   Line Heading or Description   Nature of Authorship

Incorrect Information as It Appears in Basic Registration ▼

Only "3-dimensional sculpture" box checked

Corrected Information ▼

Additional box "2-dimensional artwork" should be checked

Explanation of Correction ▼

**C**

Location and Nature of Information in Basic Registration to be Amplified ▼

Line Number   5   Line Heading or Description   Previous Registration

Amplified Information and Explanation of Information ▼

"No" box - checked, 5c box - unchecked
"Yes" box should be checked, 5c box should be checked

This basic registration VA 1-090-287 for the Jade Doll Configuration, Accessories and Packaging, should cite to registration VA 1-218-487 (December 22, 2003) for the Jade Drawing, which was registered after this basic registration but prior to the filing of this Form CA, and should include the following additional information

Line 6a - Derivative Work
            Jade Drawing (VA 1-218-487)

Line 6b - Material Added
            3-dimensional doll, sculpt, artwork and packaging

MORE ON BACK ▶  • Complete all applicable spaces (D-G) on the reverse side of this page
                 • See detailed instructions        Sign the form at Space F

DO NOT WRITE HERE
Page 1 of    2    pages

EXHIBIT   63

PAGE   477

M 0110217

+ Added from C.O. records.

| | |
|---|---|
| FORM CA RECEIVED | 4/25/05 |
| FUNDS RECEIVED DATE | 3/28/05 |
| EXAMINED BY | wmc |
| CORRESPONDENCE ☒ | |
| REFERENCE TO THIS REGISTRATION ADDED TO BASIC REGISTRATION ☒ YES ☐ NO | |

FORM CA

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET**

Continuation of ☒ Part B or ☐ Part C

**D**

Line 3a - Year of Completion
    Incorrect information   2000
    Corrected information   2001

Line 3b - Year of Publication
    Incorrect information   February 12, 2001
    Corrected information   At least as early as May 21, 2001

**E**

Correspondence Give name and address to which correspondence about this application should be sent
Carol A. Witschel
White & Case LLP
1155 Avenue of the Americas
New York, New York 10036
Phone ( 212 819-8200 Fax ( 212 354-8113 Email cwitschel@whitecase.com

Deposit Account If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account
Name _____
Account Number _____

**F**

Certification* I, the undersigned, hereby certify that I am the (Check only one)
☐ author ☐ owner of exclusive right(s)
☐ other copyright claimant ☒ duly authorized agent of MGA Entertainment Inc.
    Name of author or other copyright claimant, or owner of exclusive right(s) ▲
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge
Typed or printed name ▼ Carol A. Witschel    Date ▼ 4/22/05
Handwritten signature (X) ▼ _Carol A Witschel_

**G**

Certificate
will be
mailed in
window
envelope
to this
address

Name ▼
Carol A. Witschel ~ White & Case LLP
Number/Street ▼
1155 Avenue of the Americas
City/State/ZIP ▼
New York, New York 10036

17 USC §506(e) Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.
Rev July 2002—20,000 Web Rev July 2002 Printed on recycled paper     U.S. Government Printing Office: 2002-461-432/69 060

EXHIBIT 63
PAGE 478

M 0110218

BLUEBIRD OFFICE SUPPLIES (888) 477-00 www.bluemeadow.

**EXHIBIT 64**



Δ π EXHIBIT 560
Deponent _Armstrong_
Date _8/1/07_ Rptr. _AC_
WWW.DEPOBOOK.COM

Copyright Office fees are subject to change
For current fees, check the Copyright Office
website at *www.copyright.gov*, write the Copy-
right Office, or call (202) 707-3000.



**Form CA**
For Supplementary Registration
UNITED STATES COPYRIGHT OFFICE

REGIS

VA 1–301–534

143 940 887

TX | TXU | PA | PAU | VA | VAU | SR | SRU | RE

EFFECTIVE DATE OF SUPPLEMENTARY REGISTRATION

_March 28 2005_
Month   Day   Year

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET

**A**
Title of Work ▼
Sasha Doll Configuration, Accessories and Packaging

Registration Number of the Basic Registration ▼
VA 1-090-288

Year of Basic Registration ▼
2001

Name(s) of Author(s) ▼
ABC International Traders, Inc d/b/a MGA Entertainment, Inc

Name(s) of Copyright Claimant(s) ▼
ABC International Traders, Inc.d/b/a MGA Entertainment

**B**
Location and Nature of Incorrect Information in Basic Registration ▼
Line Number ___2a___   Line Heading or Description _Nature of Authorship_

Incorrect Information as It Appears in Basic Registration ▼
Only "3-dimensional sculpture" box checked

Corrected Information ▼
Additional box "2-dimensional artwork" should be checked

Explanation of Correction ▼

**C**
Location and Nature of Information in Basic Registration to be Amplified ▼
Line Number ___5___   Line Heading or Description _Previous Registration_

Amplified Information and Explanation of Information ▼

"No" box - checked, 5c box - unchecked
"Yes" box should be checked, 5c box should be checked

This basic registration VA 1-090-288 for the Sasha Doll Configuration, Accessories and Packaging, should cite to registration VA 1-218-488 (December 22, 2003) for the Sasha Drawing, which was registered after this basic registration but prior to the filing of this Form CA, and should include the following additional information

Line 6a - Derivative Work
Sasha Drawing (VA 1-218-488)

Line 6b - Material Added
3-dimensional doll, sculpt, artwork and packaging

MORE ON BACK ▶ • Complete all applicable spaces (D-G) on the reverse side of this page
• See detailed instructions   • Sign the form at Space F

DO NOT WRITE HERE
Page 1 of _2_ pages

EXHIBIT _64_

PAGE _479_

M 0110219

\* Added from C.O. records.

| | |
|---|---|
| FORM CA RECEIVED | 4/25/05 |
| FUNDS RECEIVED DATE | 3/28/05 |
| EXAMINED BY | _wm_ |
| CORRESPONDENCE ✗ | |
| REFERENCE TO THIS REGISTRATION ADDED TO BASIC REGISTRATION ☒ YES ☐ NO | |

FORM CA

FOR COPYRIGHT OFFICE USE ONLY

DO NOT WRITE ABOVE THIS LINE  IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET
Continuation of ☐ Part B or ☐ Part C

**D**

Line 3a – Year of Completion
  Incorrect information   2000
  Corrected information   2001

Line 3b – Year of Publication
  Incorrect information   February 12, 2001
  Corrected information   At least as early as May 21, 2001

**E**

Correspondence  Give name and address to which correspondence about this application should be sent
Carol A. Witschel
White & Case LLP
1155 Avenue of the Americas
New York, New York  10036
Phone ( 212 819-8200      Fax ( 212 354-8113      Email  cwitschel@whitecase.com

Deposit Account  If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account

Name _____

Account Number _____

**F**

Certification* I, the undersigned, hereby certify that I am the (Check only one)
  ☐ author    ☐ owner of exclusive right(s)
  ☐ other copyright claimant    ☐ duly authorized agent of   MGA Entertainment Inc.
                                                  Name of author or other copyright claimant, or owner of exclusive right(s) ▲
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge

Typed or printed name ▼  Carol A. Witschel                              Date ▼  4/22/05

Handwritten signature (X) ▼   _Carol A Witschel_

**G**

Certificate
will be
mailed in
window
envelope
to this
address

Name ▼
Carol A. Witschel – White & Case LLP
Number/Street/Apt ▼
1155 Avenue of the Americas
City/State/Zip ▼
New York, New York  10036

*17 U.S.C. § 506(e)  Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev July 2002—20,000   Web Rev July 2002   Printed on recycled paper                U.S. Government Printing Office: 2002–461–113/60,029

EXHIBIT ____64____

PAGE ____480____

M 0110220

560-2

**EXHIBIT 65**

Copyright Office fees are subject to change
For current fees, check the Copyright Office
website at *www.copyright.gov*, write the Copy-
right Office, or call (202) 707-3000

*143 940 843*



**Ⓒ Form CA**
For Supplementary Registration
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

**VA 1-301-535**

| TX | TXU | PA | PAU | VA | VAU | SR | SRU | RE |

EFFECTIVE DATE OF SUPPLEMENTARY REGISTRATION

*March 28 2005*

Month   Day   Year

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**A**

Title of Work ▼

Cloe Doll Configuration, Accessories and Packaging

Registration Number of the Basic Registration ▼

VA 1-090-289

Year of Basic Registration ▼

2001

Name(s) of Author(s) ▼

ABC International Traders, Inc. d/b/a MGA Entertainment, Inc

Name(s) of Copyright Claimant(s) ▼

* ABC International Traders, Inc. d/b/a MGA Entertainment

**B**

Location and Nature of Incorrect Information in Basic Registration ▼

Line Number   2a   Line Heading or Description  Nature of Authorship

Incorrect Information as It Appears in Basic Registration ▼

Only "3-dimensional sculpture" box checked

Corrected Information ▼

Additional box "2-dimensional artwork" should be checked

Explanation of Correction ▼

**C**

Location and Nature of Information in Basic Registration to be Amplified ▼

Line Number   5   Line Heading or Description  Previous Registration

Amplified Information and Explanation of Information ▼

"No" box - checked, 5c box - unchecked
"Yes" box should be checked, 5c box should be checked

This basic registration VA 1-090-289 for the Cloe Doll Configuration, Accessories and Packaging, should cite to registration VA 1-218-490 (December 22, 2003) for the Cloe Drawing, which was registered after this basic registration but prior to the filing of this Form CA, and should include the following additional information

Line 6a – Derivative Work
    Cloe Drawing (VA 1-218-490)

Line 6b – Material Added
    3-dimensional doll, sculpt, artwork and packaging

MORE ON BACK ▶  Complete all applicable spaces (D-G) on the reverse side of this page
• See detailed instructions   • Sign the form at Space F

DO NOT WRITE HERE
Page 1 of ___ pages

Δ π EXHIBIT 502
Deponent Armstrong
Date 8/1/07 Rptr. AC
WWW.DEPOBOOK.COM

EXHIBIT   65

PAGE   481

M 0110221

\* Added from C.O. records.

| | |
|---|---|
| FORM CA RECEIVED | 4/25/05 |
| FUNDS RECEIVED DATE | 3/28/05 |
| EXAMINED BY | Wor |
| CORRESPONDENCE ☒ | |
| REFERENCE TO THIS REGISTRATION ADDED TO BASIC REGISTRATION ☒YES ☐NO | |

FORM CA

FOR
COPYRIGHT
OFFICE
USE
ONLY

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

Continuation of ☒ Part B or ☐ Part C

**D**

Line 3a – Year of Completion
    Incorrect information  2000
    Corrected information  2001

Line 3b – Year of Publication
    Incorrect information  February 12, 2001
    Corrected information  At least as early as May 21, 2001

**Correspondence** Give name and address to which correspondence about this application should be sent
Carol A. Witschel
White & Case LLP
1155 Avenue of the Americas
New York, New York 10036
Phone(212) 819-8200    Fax(212) 354-8113    Email cwitschel@whitecase.com

**E**

Deposit Account If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account
Name

Account Number

**Certification\*** I, the undersigned, hereby certify that I am the (Check only one)
☐ author    ☐ owner of exclusive right(s) MGA Entertainment Inc.
☐ other copyright claimant  ☒ duly authorized agent of
                Name of author or other copyright claimant, or owner of exclusive right(s) ▲
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**F**

Typed or printed name ▼   Carol A. Witschel          Date ▼ 4/22/05

Handwritten signature (X) ▼   *Carol A. Witschel*

Certificate
will be
mailed in
window
envelope
to this
address

Name ▼
Carol A. Witschel – White & Case LLP
Number/Street/Apt ▼
1155 Avenue of the Americas
City/State/Zip ▼
New York, New York 10036

**G**

17 USC §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Form July 2005—20,000   Web Rev July 2005   Printed on recycled paper               U.S. Government Printing Office: 2005-494-423/60,000

EXHIBIT    65

PAGE    482

562-2

M 0110222

BLUEBIRD
OFFICE SUPPLIES

**EXHIBIT 66**



Copyright Office fees are subject to change For current fees, check the Copyright Office website at *www.copyright.gov*, write the Copyright Office, or call (202) 707-3000.

*143 940 865*

**Form CA**
For Supplementary Registration
UNITED STATES COPYRIGHT OFFICE

VA 1-361-536

| TX | TXU | PA | PAU | VA | VAU | SR | SRU | RE |

EFFECTIVE DATE OF SUPPLEMENTARY REGISTRATION

*March 28 2005*
Month   Day   Year

DO NOT WRITE ABOVE THIS LINE IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET

**A**
Title of Work ▼
Yasmin Doll Configuration, Accessories and Packaging

Registration Number of the Basic Registration ▼
VA 1-090-290

Year of Basic Registration ▼
2001

Name(s) of Author(s) ▼
ABC International Traders, Inc d/b/a MGA Entertainment, Inc

Name(s) of Copyright Claimant(s) ▼
* ABC International Traders, Inc. d/b/a MGA Entertainment

**B**
Location and Nature of Incorrect Information in Basic Registration ▼
Line Number    2a    Line Heading or Description  Nature of Authorship

Incorrect Information as It Appears in Basic Registration ▼
Only "3-dimensional sculpture" box checked

Corrected Information ▼
Additional box "2-dimensional artwork" should be checked

Explanation of Correction ▼

**C**
Location and Nature of Information in Basic Registration to be Amplified ▼
Line Number    5    Line Heading or Description  Previous Registration

Amplified Information and Explanation of Information ▼
"No" box - checked, 5c box - unchecked
"Yes" box should be checked, 5c box should be checked

This basic registration VA 1-090-290 for the Yasmin Doll Configuration, Accessories and Packaging, should cite to registration VA 1-218-491 (December 22, 2003) for the Yasmin Drawing, which was registered after this basic registration but prior to the filing of this Form CA, and should include the following additional information

Line 6a - Derivative Work
    Yasmin Drawing (VA 1-218-491)

Line 6b - Material Added
    3-dimensional doll, sculpt, artwork and packaging

MORE ON BACK ▶    • Complete all applicable spaces (D-G) on the reverse side of the page    • See detailed instructions    • Sign the form at Space F

DO NOT WRITE HERE
Page 1 of ___ pages

Δ π EXHIBIT 564
Deponent *Armstrong*
Date 8/1/07  Rptr. AC
WWW.DEPOBOOK.COM

EXHIBIT 606

PAGE 483

M 0110223

\* Added from C.O. records.

| | |
|---|---|
| FORM CA RECEIVED | FORM CA |
| 4/25/05 | |
| FUNDS RECEIVED DATE | |
| 3/28/05 | |
| EXAMINED BY | FOR |
| lwm | COPYRIGHT |
| CORRESPONDENCE☑YES | OFFICE USE ONLY |
| REFERENCE TO THIS REGISTRATION ADDED TO BASIC REGISTRATION ☑YES ☐NO | |

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET

Continuation of ☑Part B or ☐Part C

**D**

Line 3a - Year of Completion
    Incorrect information   2000
    Corrected information   2001

Line 3b - Year of Publication
    Incorrect information   February 12, 2001
    Corrected information   At least as early as May 21, 2001

Correspondence Give name and address to which correspondence about this application should be sent

**E**

Carol A. Witschel
White & Case LLP
1155 Avenue of the Americas
New York, New York  10036
Phone (212) 819-8200  Fax (212) 354-8113  Email cwitschel@whitecase.com

Deposit Account If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account

Name ▼

Account Number ▼

Certification* I, the undersigned, hereby certify that I am the (Check only one)

**F**

☐ author
☐ owner of exclusive right(s)
☐ other copyright claimant  ☑ duly authorized agent of  MGA Entertainment Inc.
    Name of author or other copyright claimant, or owner of exclusive right(s) ▲
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge

Typed or printed name ▼ Carol A. Witschel    Date ▼ 4/22/05

Handwritten signature (X) ▼

    *Carol A. Witschel*

| Certificate will be mailed in window envelope to this address | Name ▼ | **G** |
|---|---|---|
| | Carol A. Witschel — White & Case LLP | |
| | Number/Street/Apt ▼ | |
| | 1155 Avenue of the Americas | |
| | City/State/Zip ▼ | |
| | New York, New York  10036 | |

17 U.S.C. § 506(e) Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev July 2002—20,000  Web Rev July 2002  Printed on recycled paper

U.S. Government Printing Office 2002-481-425/68 600

EXHIBIT  66

PAGE  484

964 - 2

M 0110224

**EXHIBIT 67**

Copyright Office fees are subject to change
For current fees, check the Copyright Office
website at *www.copyright.gov*, write the Copy-
right Office, or call (202) 707-3000.

143 940 424



**Ⓒ Form CA**
For Supplementary Registration
UNITED STATES COPYRIGHT OFFICE

VA 1-391-537

| TX | TXU | PA | PAU | VA | VAU | SR | SRU | RE |

EFFECTIVE DATE OF SUPPLEMENTARY REGISTRATION

*March 28 2005*
Month    Day    Year

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET

**A**

Title of Work ▼
Bratz Doll Sculpture (Female)

Registration Number of the Basic Registration ▼
VA 1-148-305

Year of Basic Registration ▼
2002

Name(s) of Author(s) ▼
ABC International Traders, Inc d/b/a MGA Entertainment, Inc

Name(s) of Copyright Claimant(s) ▼
＊ ABC International Traders, Inc. d/b/a
  MGA Entertainment

**B**

Location and Nature of Incorrect Information in Basic Registration ▼

Line Number ___3___    Line Heading or Description Year Creation of Work Completed

Incorrect Information as It Appears in Basic Registration ▼
2000

Corrected Information ▼
2001

Explanation of Correction ▼

**C**

Location and Nature of Information in Basic Registration to be Amplified ▼

Line Number _____    Line Heading or Description _____
Amplified Information and Explanation of Information ▼

MORE ON BACK ▶    • Complete all applicable spaces (D-G) on the reverse side of this page
                  • See detailed instructions    Sign the form at Space F

DO NOT WRITE HERE
Page 1 of ___2___ pages



Δ π EXHIBIT 5166
Deponent *Armstrong*
Date *8/1/03* Rptr. *AC*
WWW.DEPOBOOK.COM

EXHIBIT  67

PAGE  485

M 0110225

\* Added from C.O. records.

| | |
|---|---|
| FORM CA RECEIVED | FORM CA |
| 4/25/05 | |
| FUNDS RECEIVED DATE | |
| 3/28/05 | |
| EXAMINED BY | FOR COPYRIGHT OFFICE USE ONLY |
| CORRESPONDENCE X | |
| REFERENCE TO THIS REGISTRATION ADDED TO BASIC REGISTRATION  X YES ☐ NO | |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET**

Continuation of ☐ Part B or ☐ Part C

**D**

Line 3 - Date of First Publication of this Particular Work
Incorrect information  February 12, 2001, Corrected information  At least as early as May 21, 2001
Line 5 - Previous Registration
Incorrect information  "No" box - checked, no previous registrations cited, Corrected information "Yes" box - checked, cite to the following registrations  VA 1-090-287 (June 18, 2001), VA 1-090-288 (June 18, 2001), VA 1-090-289 (June 18, 2001), VA 1-090-290 (June 18, 2001)  This registration amends the registration records for the previous registrations cited herein which erroneously did not include complete deposit materials that show the entire copyrightable authorship

Explanation  This copyright registration calls out a component of a collective work with respect to which the copyrightable elements were not fully visible in the deposit copies filed with the previous registrations cited above

**E**

Correspondence Give name and address to which correspondence about this application should be sent
Carol A. Witschel
White & Case LLP
1155 Avenue of the Americas
New York, New York  10036
Phone (212) 819-8200   Fax 212 354-8113   Email cwitschel@whitecase.com

Deposit Account If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account
Name _____
Account Number _____

**F**

Certification* I, the undersigned, hereby certify that I am the (Check only one)
☐ author
☐ owner of exclusive right(s)
☐ other copyright claimant  ☒ duly authorized agent of  HGA Entertainment Inc.
Name of author or other copyright claimant, or owner of exclusive right(s) ▲
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge

Typed or printed name ▼ Carol A. Witschel    Date ▼ 4/22/05

Handwritten signature (X) ▼    Carol A. Witschel

**G**

Certificate will be mailed in window envelope to this address

Name ▼
Carol A. Witschel - White & Case LLP
Number/Street/Apt ▼
1155 Avenue of the Americas
City/State/ZIP ▼
New York, New York  10036

17 U.S.C. § 506(e) Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500

Rev July 2002—20,000  Web Rev July 2002  Printed on recycled paper    US Government Printing Office 2000-461-423/20 008

EXHIBIT 67
PAGE 486

566-2

M 0110226

**EXHIBIT 68**

IN THE HIGH COURT OF THE                                    HCA 2687/2003
HONG KONG SPECIAL ADMINISTRATIVE REGION
COURT OF FIRST INSTANCE
CIVIL ACTION NO. 2687 OF 2003

BETWEEN

MGA ENTERTAINMENT INC.                          Plaintiff

and

(1)    HUNGLAM TOYS COMPANY LIMITED
(2)    CHOY KAM YING, CANDY
(3)    KWOK YIN KWAN, MAY
(4)    KWOK CHIN HUNG                           Defendants

## AFFIDAVIT OF DAPHNE GRONICH

I, Daphne GRONICH of 16380 Roscoe Boulevard, Van Nuys, California 91406, the United States of America, hereby make oath and say as follows:-

1.    I am the General Counsel of MGA Entertainment, Inc. formerly known as ABC International Traders, Inc. trading as MGA Entertainment, the Plaintiff herein (hereinafter referred to as "**MGA Inc.**"). MGA Inc. is a company incorporated and existing under the laws of the State of California in the U.S.A. I am duly authorized by MGA Inc. to make this affidavit for and on its behalf pursuant to Section 121 of the Copyright Ordinance, Cap. 528. Unless otherwise stated, the facts and matters contained herein are true to the best of my knowledge and belief and they either are within my own personal knowledge or gleaned from books and records of MGA Inc.

(49 pgs)

EXHIBIT _____ 68

PAGE _____ 481

Exhibit no. 949
Date: 10/9/07
Woodman  P. Pyburn

Confidential - Attorney's Eyes Only

MGA 0883230

949-1



to which I have access. Insofar as facts and matters that do not fall within the aforesaid category, they are related to me by the respective sources stated hereunder and are true to the best of my knowledge and belief.

2.    MGA Inc. is a successful and reputable company in the toy business internationally. Since 1987, it has concentrated and focused its efforts primarily in the toy industry.

3.    The toys designed and marketed by MGA Inc. have won international acclaim and were made the subject of numerous awards and prizes. However, the most successful toys designed and marketed by MGA Inc. must be the BRATZ dolls.

4.    MGA Inc. is and was at all material times the owner of copyright in the following artistic works relating to the BRATZ dolls ("**the Copyright Works**").

## Particulars of the Copyright Works

5.    (a)    15 design drawings of various BRATZ fashion dolls ("**the Design Drawings**"); now produced and shown to me marked as "**DG-1**" are true copies of the Design Drawings.

   (b)    1 drawing of a body sketch of the BRATZ fashion dolls ("**the Body Sketch**"); now produced and shown to me marked as "**DG-2**" is a true copy of the Body Sketch.

EXHIBIT ___68___

PAGE ___488___

2

Confidential - Attorney's Eyes Only

MGA 0883231

9f9-2

(c)  wax models of the head, body and shoes of the BRATZ fashion dolls (**"the Wax Models"**).

(d)  silicon rubber moulds of the head, body and shoes of the BRATZ fashion dolls made from the Wax Models (**"the Silicon Rubber Moulds"**).

(e)  polyurethane samples of the head, body and shoes of the BRATZ fashion dolls made from the Silicon Rubber Moulds (**"the PU Samples"**); now produced and shown to me marked as **"DG-3"** is the photograph of the PU Samples being true copies of the same.

(f)  4 drawings of the facial decoration of the BRATZ fashion dolls (**"the Decoration Directions"**); now produced and shown to me marked as **"DG-4"** are true copies of the Decoration Directions.

(g)  8 drawings 4 of which are pantone colour guides of the facial decorations of the BRATZ fashion dolls (**"the Pantone Colour Guides"**); now produced and shown to me marked as **"DG-5"** are true copies of the Pantone Colour Guides.

(h)  4 hand-painted décor-masters on 4 rubber head sculpts of the BRATZ fashion dolls (**"the Décor-Masters"**); now produced and shown to me marked as

3

EXHIBIT __6B__

PAGE __489__

Confidential - Attorney's Eyes Only

MGA 0883232

949-3

"DG-6" is the photograph of the Décor-Masters being true copies of the same.

### Particulars of Subsistence and Ownership of the Copyright Works

6.  (a)   Carter Bryant (hereinafter referred to as "**Mr. Bryant**") made the Design Drawings, the Body Sketch, the Decoration Directions and the Pantone Colour Guides referred to in paragraph 5(a), (b), (f) and (g) hereinabove wherein copyright subsist.

(b)   Mr. Bryant made the aforesaid copyright works at the following times and place:-

| The Copyright Works | Time of creation | Place of Creation |
|---|---|---|
| Design Drawings | Between 1998 and prior to 18th September 2000 | Missouri and California |
| Body Sketch | Around November 2000 | California |
| Decoration Directions | Between late 2000 and 2001 | California |
| Pantone Colour Guides | Between late 2000 and 2001 | California |

(c)  (i)   Pursuant to an agreement dated 18th September 2000 ("**the Bryant 2000 Agreement**"), Mr. Bryant assigned all rights including the copyright subsisting in the Design Drawings to MGA Inc.  Now produced and shown to me marked as "**DG-7**" is a true copy of the Bryant 2000 Agreement.

EXHIBIT _68_

PAGE _490_

4

Confidential - Attorney's Eyes Only

MGA 0883233

469.6

(ii)   As for the Body Sketch, Decoration Directions and Pantone Colour Guides, they were made by Mr. Bryant subsequent and pursuant to the Bryant 2000 Agreement which provides, inter alia, that copyright subsisting in the works should vest in MGA Inc.

(iii)  MGA Inc. and Mr. Bryant had further entered into a "Modification and Clarification of the Agreement dated September 18, 2000" in May 2004 making modifications to and/or clarification of the Bryant 2000 Agreement.  Now produced and shown to me marked as "DG-8" is a true copy of the said Agreement.

(iv)   By virtue of the aforesaid, MGA Inc. is the owner of the Design Drawings, the Body Sketch, Decoration Directions and Pantone Colour Guides and the copyright subsisting therein.

(d)    At the time when the aforesaid copyright works were created, Mr. Bryant was a resident of the USA and was domiciled in the States of Missouri and California in the USA.  As at the date hereof, Mr. Bryant's residence and domicile are unchanged.

7.    (a)    Margaret Leahy (hereinafter referred to as "Ms. Leahy") made the Wax Models referred to in paragraph 5(c) hereinabove wherein copyright subsist.

      (b)    Ms. Leahy made the Wax Models between the Years 2000 and 2001 in the

EXHIBIT __68__
PAGE __491__

5

Confidential - Attorney's Eyes Only

MGA 0883234

949-5

State of California in the United States of America.

(c)  (i)   Ms. Leahy was commissioned by MGA Inc. to make the Wax Models. At all material times, it was the understanding and agreement between MGA Inc. and Ms. Leahy that copyright subsisting in the Wax Models should vest in MGA Inc.

(ii)   Pursuant to the understanding and agreement under the preceding sub-paragraph, Ms. Leahy entered into a confirmatory assignment in June 2003, which has been superseded by a re-confirmatory assignment entered into between MGA Inc. and Ms. Leahy in February 2004 ("**the Leahy 2004 Assignment**"). Now produced and shown to me marked as "**DG-9**" is a true copy of the Leahy 2004 Assignment.

(iii)   By virtue of the aforesaid, MGA Inc. is the owner of the Wax Models and the copyright subsisting therein.

(d)   At the time when the aforesaid copyright works were created, Ms Leahy was a resident of the USA and was domiciled in the state of California in the USA. As at the date hereof, Ms. Leahy's residence and domicile are unchanged.

(e)   The Wax Models were destroyed during the making of the Silicon Rubber Moulds. The Silicon Rubber Moulds being the negative of the Wax Models, however, evidence the existence of the Wax Models.

EXHIBIT __68__

PAGE __492__

6

Confidential - Attorney's Eyes Only

MGA 0883235

8.   (a)   Jessie Ramirez ("hereinafter referred to as "**Mr. Ramirez**") made the Silicon Rubber Moulds and the PU Samples referred to in paragraph 5(d) & (e) hereinabove wherein copyright subsist.

(b)   Mr. Ramirez made the Silicon Rubber Moulds and the PU Samples between the Years 2000 and 2001 in the State of California in the United States of America.

(c)   (i)   Mr. Ramirez was commissioned by MGA Inc. to make the Silicon Rubber Moulds and the PU Samples. At all material times, it was the understanding and agreement between MGA Inc. and Mr. Ramirez that copyright subsisting in the Silicon Rubber Moulds and the PU Samples should vest in MGA Inc.

(ii)   Pursuant to the understanding and agreement under the preceding sub-paragraph, Mr. Ramirez had entered into a confirmatory assignment on 16th June 2003. Now produced and shown to me marked as "**DG-10**" is a true copy of the said confirmatory assignment.

(iii)   By virtue of the aforesaid, MGA Inc. is the owner of the Silicon Rubber Moulds and the PU Samples and the copyright subsisting therein.

EXHIBIT __68__

PAGE __493__

7

Confidential - Attorney's Eyes Only

MGA 0883236

94a 2



(d)   At the time when the aforesaid copyright works were created, Mr. Ramirez was a resident of the USA and is domiciled in the State of California in the USA.   As at the date hereof, Mr. Ramirez's residence and domicile are unchanged.

(e)   The Silicon Rubber Moulds were destroyed during the making of the PU Samples.  The PU Samples being the negative of the Silicon Rubber Moulds, however, evidence the existence of the Silicon Rubber Moulds and constitute true copies thereof.

9.   (a)   Anna Rhee (hereinafter referred to as "Ms. Rhee") made the Décor-Masters referred to in paragraph 5(h) hereinabove wherein copyright subsist.

(b)   Ms. Rhee made the Décor-Masters between the Years 2000 and 2001 and in the state of California in the United States of America.

(c)   (i)   Ms. Rhee was commissioned by MGA Inc. to make the Décor-Masters. At all material times, it was the understanding and agreement between MGA Inc. and Ms. Rhee that copyright subsisting in the Décor-Masters should vest in MGA Inc.

(ii)   Pursuant to the understanding and agreement under the preceding sub-paragraph, Ms. Rhee had entered into a confirmatory assignment on

EXHIBIT ___68___

PAGE ___494___

8

Confidential - Attorney's Eyes Only

MGA 0883237

969.0



12th June 2003 which has been superseded by a re-confirmatory assignment made between MGA Inc. and Ms. Rhee on 27th January 2004 (**"the Rhee 2004 Assignment"**). Now produced and shown to me marked as **"DG-11"** is a true copy of the Rhee 2004 Assignment.

(iii)   By virtue of the aforesaid, MGA Inc. is the owner of the Décor-Masters and the copyright subsisting therein.

(d)   At the time when the aforesaid copyright works were created, Ms. Rhee was a resident of the USA and is domiciled in the State of California in the USA. As at the date hereof, Ms. Rhee's residence and domicile are unchanged.

### Design Process of BRATZ dolls

10.   (a)   As regards the BRATZ dolls, after making the Design Drawings exhibited hereto as "DG-1", which were created by Mr. Bryant using his own independent labour, skill and judgment, the Wax Models of the sculpting of the head, body parts and shoes of the BRATZ dolls were made by Ms. Leahy. The Wax Models were created by Ms. Leahy using her own independent skill and labour. The Wax Models were then used to make the Silicon Rubber Moulds of the head, body parts and shoes of the BRATZ dolls. The PU Samples were then made from the Silicon Rubber Moulds. The Silicon Rubber Moulds and the PU Samples were created by Mr. Ramirez using his own independent skill and labour.

9

EXHIBIT __68__

PAGE __495__



Confidential - Attorney's Eyes Only

MGA 0883238

949-9



(b)   Ms. Rhee was commissioned to design the facial decorations of the BRATZ dolls.  Based on the Pantone Colour Guides, she created the original Décor-Masters which are hand-painted facial decorations on a rubber head sculpt of a doll that were used to serve as the benchmark and template from which the original several different BRATZ dolls' individual facial decorations are mass produced by spray masking.

10

EXHIBIT __68__

PAGE __496__

Confidential - Attorney's Eyes Only

MGA 0883239

11.    The artistic works referred to in paragraph 5(a) to (h) hereinabove were first published in the USA in or about June 2001 when the BRATZ fashion dolls were first exhibited and offered for sale.  Alternatively, the said artistic works are unpublished.

Swom at 16360 Roscoe Boulevard)
Van Nuys, California USA                )
                                                        )
                                                        )
                                                        )
this  6ᵀᴴ   day of December 2005.     )



Before me,  Joseph David Newcomb

Notary Public

This affidavit is filed for and on behalf of the Plaintiff.

11

EXHIBIT  68

PAGE  497

Confidential - Attorney's Eyes Only

MGA 0883240

HCA No. 2687/2003

IN THE HIGH COURT OF THE
HONG KONG SPECIAL ADMINISTRATIVE
REGION
COURT OF FIRST INSTANCE
CIVIL ACTION NO. 2687 OF 2003

BETWEEN

MGA ENTERTAINMENT INC.                    Plaintiff


and


(1)    HUNGLAM TOYS COMPANY LIMITED
(2)    CHOY KAM YING, CANDY
(3)    KWOK YIN KWAN, MAY
(4)    KWOK CHIN HUNG          Defendants


---

AFFIDAVIT OF DAPHNE GRONICH

---

Filed this    day of    17 DEC 2005 , 2005.
William WL Fan & Co.
507 Hang Seng Building
77 Des Voeux Road
Central
Hong Kong
Tel: 2110 2128
Fax: 2111 9336
Ref: WF-2015-RC

12

EXHIBIT __68__

PAGE __498__

Confidential - Attorney's Eyes Only

MGA 0883241

EXHIBIT 68

PAGE 499



HCA 2687 of 2003

IN THE HIGH COURT OF THE
HONG KONG SPECIAL ADMINISTRATIVE REGION
COURT OF FIRST INSTANCE
CIVIL ACTION NO. 2687 OF 2003

BETWEEN

MGA ENTERTAINMENT INC.                    Plaintiff

and

(1) HUNGLAM TOYS COMPANY LIMITED
(2) CHOY KAM YING, CANDY
(3) KWOK YIN KWAN, MAY
(4) KWOK CHIN HUNG                        Defendants

This is the marked exhibit referred to in the Affidavit of Daphne Gronich dated the 6th day of December  2005.

| **Exhibit Reference** | **Date** | **Description** | **No. of Page** |
|---|---|---|---|
| DG-1 | Between 1998 and prior to 18th September 2000 | 15 true copies of the Design Drawings | 15 |

Before me,  *Joseph David Newcomb*

Notary Public



EXHIBIT __68__

PAGE __500__

Confidential - Attorney's Eyes Only

MGA 0883242

949-13





ⓒ
8/1998

All Rights Assigned to ABC International Traders
d/b/a MGA Entertainment.

Isaac Larian, CEO

C_____ date 9/18/00

EXHIBIT 68

PAGE 501

Confidential - Attorney's Eyes Only

MGA 0883243

Qua 11



To give Zoe a whole new look for night, change her short dark brown hairstyle to her long blonde hairdo (included), change her pants to a skirt (also included) and change her sneakers to platform sandals (you get those too!)

8/1998

EXHIBIT __68__

PAGE __502__

Confidential - Attorney's Eyes Only

MGA 0883244

949



All Rights Assigned to ABC International Traders
d/b/a MGA Entertainment.

Isaac Larian, CEO

Contract date: 9/18/00

EXHIBIT 68

PAGE 503

MGA 0883245

Confidential - Attorney's Eyes Only

469 11



8/1998

All Rights Assigned to ABC International Traders
d/b/a MGA Entertainment.

Isaac Larian, CEO

Connect date: 9/5/00

EXHIBIT _____ 6B

PAGE _____ 504

MGA 0883246

Confidential - Attorney's Eyes Only

GCM.17