

All Rights Assigned to ABC International Traders
d/b/a MGA Entertainment.

Isaac Larian, CEO

Contract date 9/15/00

EXHIBIT 68

PAGE 505

Confidential - Attorney's Eyes Only

MGA 0883247

969-18



© 8/1998

All Rights Assigned to ABC International Traders d/b/a MGA Entertainment.

Isaac Larian, CEO

Contract date 9/18/00

EXHIBIT _____ 68 _____

PAGE _____ 506 _____

MGA 0883248

Confidential - Attorney's Eyes Only



8/1998

All Rights Assigned to ABC International Traders
d/b/a MGA Entertainment.

Isaac Larian, CEO

Contract date   9/18/00

EXHIBIT _____ 68

PAGE _____ 507          MGA 0883249

Confidential - Attorney's Eyes Only



All Rights Assigned to ABC International Traders d/b/a MGA Entertainment.

Isaac Larian, CEO

Contract date : 9/12/00

EXHIBIT 68

PAGE 508

MGA 0883250

Confidential - Attorney's Eyes Only



8/1998

All Rights Assigned to ABC International Traders
d/b/a MGA Entertainment.

Isaac Larian, CEO

Contract date  9/18/00

EXHIBIT _____ 68
PAGE _____ 509

MGA 0883251

Confidential - Attorney's Eyes Only



All Rights Assigned to ABC International Traders d/b/a MGA Entertainment.

Isaac Larian, CEO
Contract date 9/10/00

EXHIBIT 68

PAGE 510

Confidential - Attorney's Eyes Only

MGA 0883252



(c)
All Rights Assigned to ABC International Traders
d/b/a MGA Entertainment.

Isaac Larian, CEO

contract date 9/15/00

EXHIBIT __68__

PAGE __511__

MGA 0883253

Confidential - Attorney's Eyes Only

945-74



All Rights Assigned to ABC International Traders
d/b/a MGA Entertainment.

Isaac Larian, CEO

Contract date 9/18/00

EXHIBIT __68__

PAGE __512__

MGA 0883254

Confidential - Attorney's Eyes Only



All Rights Assigned to ABC International Traders
d/b/a MGA Entertainment.

Isaac Larian, CEO

June 2000
Contract date . 9/18/2000

EXHIBIT _____ 6B_____

PAGE _____ 513_____

Confidential - Attorney's Eyes Only

MGA 0883255



All Rights Assigned to ABC International Traders
d/b/a MGA Entertainment.

Isaan Larian, CEO

Contract date  9/18/00

EXHIBIT ___ 6B

PAGE ___ 514

MGA 0883256

Confidential - Attorney's Eyes Only

Gina. 17



LUPE

Confidential - Attorney's Eyes Only

EXHIBIT __6B__

PAGE __515__

MGA 0883257

EXHIBIT ___68___

PAGE ___516___



HCA 2687 of 2003

IN THE HIGH COURT OF THE
HONG KONG SPECIAL ADMINISTRATIVE REGION
COURT OF FIRST INSTANCE
CIVIL ACTION NO. 2687 OF 2003

BETWEEN

MGA ENTERTAINMENT INC.                    Plaintiff

and

(1) HUNGLAM TOYS COMPANY LIMITED
(2) CHOY KAM YING, CANDY
(3) KWOK YIN KWAN, MAY
(4) KWOK CHIN HUNG                          Defendants

This is the marked exhibit referred to in the Affidavit of Daphne Gronich dated the 6th day of December   2005.

| Exhibit Reference | Date | Description | No. of Page |
|---|---|---|---|
| DG-2 | Around November 2000 | True copy of the Body Sketch | 1 |

Before me, *Joseph David Newcomb*

Notary Public



EXHIBIT __68__

PAGE __517__

Confidential - Attorney's Eyes Only

MGA 0883258

949~29



TOP OF HEAD

ROOTING LINE / SEPERATION LINE

ACTUAL PROPORTION

ACTUAL SIZE
10"

EXHIBIT 68

PAGE 518

Confidential - Attorney's Eyes Only

MGA 0883259

969 30

EXHIBIT 68

PAGE 519