HCA 2687 of 2003

IN THE HIGH COURT OF THE
HONG KONG SPECIAL ADMINISTRATIVE REGION
COURT OF FIRST INSTANCE
CIVIL ACTION NO. 2687 OF 2003

BETWEEN

MGA ENTERTAINMENT INC.                    Plaintiff

and

(1) HUNGLAM TOYS COMPANY LIMITED
(2) CHOY KAM YING, CANDY
(3) KWOK YIN KWAN, MAY
(4) KWOK CHIN HUNG                         Defendants

This is the marked exhibit referred to in the Affidavit of Daphne Gronich dated the
6th day of December   2005.

| Exhibit Reference | Date | Description | No. of Page |
|---|---|---|---|
| DG-3 | N/A | Photograph of the PU Samples being true copies of the same | 1 |

Before me, *Joseph David Newcomb*

Notary Public



EXHIBIT **6B**

PAGE **520**

Confidential - Attorney's Eyes Only

MGA 0883260

949-31

Confidential - Attorney's Eyes Only

EXHIBIT ___48___

PAGE ___521___

MGA 0883261

EXHIBIT 68

PAGE 522

HCA 2687 of 2003

IN THE HIGH COURT OF THE
HONG KONG SPECIAL ADMINISTRATIVE REGION
COURT OF FIRST INSTANCE
CIVIL ACTION NO. 2687 OF 2003

BETWEEN

MGA ENTERTAINMENT INC.                    Plaintiff

and

(1) HUNGLAM TOYS COMPANY LIMITED
(2) CHOY KAM YING, CANDY
(3) KWOK YIN KWAN, MAY
(4) KWOK CHIN HUNG                         Defendants

This is the marked exhibit referred to in the Affidavit of Daphne Gronich dated the
6th day of December   2005.

| Exhibit Reference | Date | Description | No. of Page |
|---|---|---|---|
| DG-4 | Between late 2000 and 2001 | True copies of the Decoration Directions | 4 |

Before me, *Joseph David Newcomb*

Notary Public          

EXHIBIT 108

PAGE 523

Confidential - Attorney's Eyes Only

MGA 0883262

GW. 22



*Cloe original face design Fall 2001*

EXHIBIT 68

PAGE 524

Confidential - Attorney's Eyes Only

MGA 0883263



Yasmin
original face design;
Fall 2001

EXHIBIT __6B__

PAGE __525__

Confidential - Attorney's Eyes Only

MGA 0883264



Sasha
original face design, Fall ~~2000~~
2001

EXHIBIT 68
PAGE 526

Confidential - Attorney's Eyes Only

MGA 0883265



Jade
original face design
Fall 2001

EXHIBIT 6B

PAGE 527

Confidential - Attorney's Eyes Only

MGA 0883266

949-32



EXHIBIT 68

PAGE 528

HCA 2687 of 2003

IN THE HIGH COURT OF THE
HONG KONG SPECIAL ADMINISTRATIVE REGION
COURT OF FIRST INSTANCE
CIVIL ACTION NO. 2687 OF 2003

BETWEEN

MGA ENTERTAINMENT INC.                    Plaintiff

and

(1) HUNGLAM TOYS COMPANY LIMITED
(2) CHOY KAM YING, CANDY
(3) KWOK YIN KWAN, MAY
(4) KWOK CHIN HUNG                         Defendants

This is the marked exhibit referred to in the Affidavit of Daphne Gronich dated the
6th day of December 2005.

| Exhibit Reference | Date | Description | No. of Page |
|---|---|---|---|
| DG-9 | February 2004 | True copy of the Leahy 2004 Assignment | 5 |

Before me, *Joseph David Newcomb*

Notary Public 

EXHIBIT **6B**

PAGE **529**

Confidential - Attorney's Eyes Only

MGA 0883290

*GUG. 20*

## AGREEMENT

The parties to this Agreement confirm that on the 1st day of October 2000, (the "Effective Date") the Agreement set out below was entered into between MGA Entertainment, Inc., having an office and principal place of business at 16730 Schoenborn Street, North Hills, California 91343 (hereinafter "MGA") and Margaret Leahy (as defined below) having an office and principal place of business at Highway Avenue, Altadena, California.

### RECITALS

WHEREAS MGA is the owner of all "Intellectual Property Rights" worldwide pertaining to the "Bratz Property";

WHEREAS MGA has retained, and continues to retain, Margaret Leahy to perform services on one or more "Projects" relating to the "Bratz Property" for MGA;

AND WHEREAS Margaret Leahy has performed and continues to perform services on one or more "Projects" for MGA on the understanding that all "Intellectual Property Rights", title and interest of every kind and nature now known or unknown, or hereafter created or coming into force as a result of such services being performed by Margaret Leahy for MGA, shall be owned exclusively by MGA;

NOW THEREFORE this Agreement confirms and witnesses that Margaret Leahy has acknowledged and agreed to the following:

### AGREEMENTS

1. **TERM.** This confirms that the Agreement became effective on the Effective Date and continues to be effective until the satisfactory completion of the Projects (defined below).

2. **DEFINITIONS.** For the purposes of this Agreement, the following terms shall have the following meanings:

2.1 "Margaret Leahy" means Margaret Leahy and all of her employees, representatives and agents (the "Related Entities"), and all full-time, part-time, and freelance employees, agents, subcontractors, vendors, and independent contractors of Margaret Leahy, or of her Related Entities.

2.2 "Margaret Leahy's Services" or "Services" means all creative and production services and materials used to develop, create, design, render, produce, or deliver the Projects (defined below).

2.3 "Bratz Property" means and refers to MGA's famous Bratz property consisting of, without limitation, the BRATZ Characters (including without limitation, SASHA, CLOE, DANA, YASMIN, JADE and MEYGAN), and all intellectual and industrial property rights associated therewith, including

C:\DOCUME~1\MKAMAR~1\LOCALS~1\Temp\Leahy Agreement.doc

without limitation all copyrights, patents, trademarks, industrial designs, design rights and trade dress rights in any country of the world.

2.4 "Materials" includes all results and proceeds created in or by the Projects including all additions, deletions, alterations, or revisions to the Projects, and all drafts, notes, concepts, ideas, suggestions, and approaches related thereto or contained therein, or other materials including, but without limitation, sketches, specifications, designs, drawings, models, prototypes, sculptures, works of artistic craftsmanship or other tangible work developed, produced, created or furnished by Margaret Leahy, and each element and part thereof, and all results and proceeds thereof.

2.5 "Projects" means and refers to any and all projects worked on by Margaret Leahy with respect to the Bratz Property and includes, without limitation, all the projects to be listed or identified on the attached form entitled "Creative Services – Freelance Project Log" (hereinafter the "Freelance Project Log"), all the projects listed or identified on any invoice provided by Margaret Leahy to MGA, all the projects listed or identified on any purchase order provided by MGA to Margaret Leahy, and any and all projects otherwise worked on by Margaret Leahy with respect to the Bratz Property.

2.6 "Intellectual Property Rights" means copyright rights, trademark rights, patent rights, design rights, industrial designs, trade secrets, moral rights, rights of publicity, authors' rights, contract and licensing rights, goodwill and all other rights as may exist now and/or hereafter come into existence which arise out of the performance by Margaret Leahy of the Services on behalf of MGA in relation to the Bratz Property, and including all renewals and extensions thereof, regardless of whether such rights arise under the law of the United States or any other state, country or jurisdiction.

3. **REPRESENTATIONS AND WARRANTIES.**

Margaret Leahy represents and warrants that she did not perform any Services or perform any work on any Projects with respect to the Bratz Property prior to the Effective Date of this Agreement. Margaret Leahy further agrees that if she later discovers that any Services were performed by Margaret Leahy

Confidential - Attorney's Eyes Only

EXHIBIT  0B

PAGE 530

MGA 0883291

969-39



prior to the Effective Date, this Agreement is hereby effective as of such earlier date.

4.   INTENT.  Margaret Leahy confirms, acknowledges and agrees that it is the continuing intent, and has always been the intent of the parties from the beginning of their contractual relationship, that MGA shall own, in the United States and in all other countries and jurisdictions of the world, all Intellectual Property Rights subsisting in all Materials created and worked on by Margaret Leahy with respect to the Bratz Property.  Margaret Leahy confirms, acknowledges and agrees that in order to effect this intent in any country or jurisdiction, she will execute the assignments and any and all other documents necessary to confirm this Agreement.  In addition, Margaret Leahy confirms, acknowledges and agrees that but for Margaret Leahy agreement to the paragraph entitled "Rights" herein, MGA would not have employed Margaret Leahy.  Margaret Leahy further confirms, acknowledges and agrees that all services rendered by Margaret Leahy in connection with one or more Projects have been, or will be rendered, on behalf of the MGA and that the results and proceeds thereof, including, without limitation, all Materials of whatever nature rendered by Margaret Leahy hereunder, were and/or will be created by Margaret Leahy as a work made for hire specially ordered or commissioned by MGA and that as a work made for hire all rights vest in MGA. To the extent that any such rights in all Materials did not or do not automatically vest in MGA as a work made for hire, Margaret Leahy confirms, acknowledges and agrees that for good and valuable consideration, the receipt of which is hereby acknowledged, Margaret Leahy irrevocably granted, assigned and transferred to MGA all of Margaret Leahy worldwide rights, title and interest in and to the Materials upon creation and will, at the request of MGA, execute appropriate assignments or other agreements confirming the original intention of the parties that all Intellectual Property Rights vest in MGA in all countries and jurisdictions and evidencing the existence of this Agreement.

5.   RIGHTS.

5.1   MGA shall solely and exclusively own throughout the world in perpetuity all right, title, and interest of every kind and nature now known or hereafter created in and to the Projects and the Materials.  Such rights, title, and interest shall include, without limitation, (i) all Intellectual Property Rights; (ii) all of the results, products and proceeds of Margaret Leahy's Services hereunder; (iii) all original ideas in connection therewith; and (iv) all rights generally known as "moral rights of authors."

5.2   Without limiting the foregoing, Margaret Leahy confirms and acknowledges that Margaret Leahy's work and services hereunder and all results and proceeds thereof, including without limitation the Materials, are and were works done under MGA's direction and control; are and have been specially ordered or commissioned for use as a contribution to a collective work, as a part of a motion picture or other audiovisual work, as a supplementary work, or as a compilation; and that all such services, results, and proceeds shall be considered work made for hire.  As agreed by the parties at the outset of their relationship, as between Margaret Leahy and MGA, MGA shall be considered the author of the Materials and shall own all the rights in and to the Materials including all Intellectual Property Rights and shall have the right to register the copyrights and other Intellectual Property Rights therefor in MGA's name or in the name of its nominee.

5.3   To the extent that any rights, in whole or in part, did not or do not vest in MGA as a work made for hire or otherwise in the United States or any other country, Margaret Leahy confirms that she did and does irrevocably grant, assign, and transfer to MGA all of Margaret Leahy's right, title, and interest worldwide in and to the Materials and the results and proceeds thereof including, without limitation, all right, title and interest in (i) all Intellectual Property Rights in the United States of America and in all other countries throughout the world; (ii) all versions and derivative works of the Materials and all copyrights in and to such other versions, derivative works, and all renewals and extensions thereof, in the United States of America, and all copyrights and proprietary rights therein in all other countries throughout the world; and (iii) all causes of action for infringement of the copyright and of all other rights of whatsoever nature, vested or contingent, past, present and future, in and to the Materials in the United States of America and in all other countries throughout the world and all of the proceeds from the foregoing, accrued and unpaid and hereafter accruing.  For this purpose, Margaret Leahy hereby appoints MGA as attorney-in-fact for the limited purpose of effecting this assignment and executing all documents necessary to effect this assignment. This power of attorney is coupled with an interest and is irrevocable.  Margaret Leahy confirms, acknowledges and agrees that the compensation paid to Margaret Leahy includes consideration for this grant, assignment and transfer, and Margaret Leahy further acknowledges by her signature on this Agreement the adequacy and sufficiency of the consideration therefor.

5.4   Margaret Leahy acknowledges, confirms and agrees that even if no further compensation is paid to

C:\DOCUME~1\KAMAR~1\LOCALS~1\Temp\Leahy Agreement.doc

2

Confidential - Attorney's Eyes Only

EXHIBIT   68

PAGE   531

MGA 0883292



Margaret Leahy or if this Agreement is terminated, Margaret Leahy has received valuable consideration, the adequacy and sufficiency of which is hereby acknowledged and that the provisions of this Agreement are in full force and effect.

5.5   MGA shall have the sole and exclusive right throughout the world, in all languages, in perpetuity to use and exploit all or any part of the Materials and all or any part of any material contained therein or prepared therefor, whether or not used therein, in any format or version, by any means and in any media, whether now or hereafter known or developed, each without further payment or consideration to Margaret Leahy. Without limiting the foregoing, Margaret Leahy hereby waives any and all claims that Margaret Leahy may now or hereafter have in any jurisdiction to so-called "moral rights" or "droit moral" with respect to the results and proceeds of Margaret Leahy's Services hereunder.

5.6   Margaret Leahy confirms that she has taken and will continue to take all necessary and appropriate steps to ensure that with respect to all of her employees, agents, subcontractors, vendors and independent contractors working on the Projects, all Materials shall be the property of MGA as work made for hire or by assignment and all Intellectual Property Rights in the Materials shall vest in MGA whether as a work made for hire or by assignment, including, without limitation, the right to claim and sue for past infringement.   Margaret Leahy shall provide to MGA executed copies of all agreements with such employees, agents, subcontractors, vendors and independent contractors prior to the commencement of any work on any Project.

6.   MISCELLANEOUS PROVISIONS

6.1.   Any amendment or modification of this Agreement, or any waiver of its terms, in order to be binding, must be written and signed by the parties hereto.

6.2.   This Agreement constitutes the entire and final agreement of the parties with respect to the subject matter hereof and supersedes any and all prior agreements, representations, promises and undertakings of any kind, whether oral or written.

6.3.   This Agreement shall be binding upon and shall inure to the benefit of the parties and their respective successors and assigns.  Margaret Leahy shall not voluntarily or by operation of law assign, transfer, encumber or otherwise dispose of all or part of any rights or obligations in this Agreement.

6.4.   Except as expressly stated in this Agreement, no party hereto has made any statement or representation to any other party hereto regarding any facts relied upon by said party in entering into this

Agreement, and, except for the representation and warranties stated in this Agreement, each party hereto specifically does not rely upon any statement, representation or promise of any other party hereto in executing this Agreement.

6.5.   Each of the parties to this Agreement represents and warrants that as of the date of this Agreement it or she has the right and authority to execute this Agreement on its or her behalf, and that it or she has not sold, assigned, transferred, conveyed, or otherwise disposed of any claim or demand relating to any right surrendered by virtue of this Agreement. Each of the parties to this Agreement represents and warrants that it or she has not entered into any agreements which conflict with this Agreement and has taken the necessary steps to give effect to this Agreement.

6.6.   This Agreement will be governed by and construed in accordance with federal laws of the United States and the laws of the State of California applicable to agreements entered into, and to be performed entirely, within California, without regard to choice of law provisions and regardless of the place or places of its actual execution or performance.  Any suit, action or proceeding between or among any of the parties hereto arising out of or related to this Agreement shall be brought solely in the United States District Court, Central District of California, or the Superior Court, County of Los Angeles, and Margaret Leahy hereby submits to the personal jurisdiction thereof and agrees to such court as the appropriate venue.

6.7.   This Agreement is severable.  If any provision of this Agreement is found invalid or unenforceable in any jurisdiction, that provision, as to that jurisdiction, will be ineffective to the extent of such invalidity or unenforceable without rendering invalid or unenforceable the other remaining provisions of this Agreement, which other remaining provisions will not be affected and shall remain in force, to the maximum extent permissible.

C:\DOCUME~1\MKAMAR~1\LOCALS~1\Temp\Leahy Agreement.doc      3

EXHIBIT 68

PAGE 532

Confidential - Attorney's Eyes Only

MGA 0883293

6.8.  This Agreement may be executed in one or more counterparts, and by facsimile transmission, each copy of which shall be deemed an original and all of which, when taken together, shall constitute one and the same instrument, but this Agreement shall not be binding upon the parties until it has been signed by all parties.

Date: 2/19/  , 2004       MGA ENTERTAINMENT, INC.

By: DAPHNE GRONICH
Its: SVP and GENERAL COUNSEL

Date: 2/18  , 2004       MARGARET LEAHY

Margaret Leahy

C:\DOCUME~1\MXAMAR~1\LOCALS~1\Temp\Leahy Agreement.doc

4

EXHIBIT  6B

PAGE  533

Confidential - Attorney's Eyes Only

MGA 0883294

## PROJECT LOG

I, _MARGARET LEAHY_, hereby warrant and represent that I have read the Agreement (the "Agreement") between MGA Entertainment, Inc. and Margaret Leahy and acknowledge that all work rendered by me in connection with each of the below listed Projects was rendered on behalf of MGA Entertainment, Inc. and/or its related companies and that the results and proceeds thereof are governed by the terms of the Agreement between MGA Entertainment, Inc. and Margaret Leahy.

I further understand and agree that the terms "Margaret Leahy" and "Projects" are defined terms in the Agreement and that these terms as used in this Project Log have the same meaning as in the Agreement.

I hereby warrant and represent that this Project Log is accurate and complete, and that all the Projects that I worked on for MGA Entertainment, Inc., are listed below.

By: _[signature]_

1) Project Description:  all sculpture work related to the Bratz line of dolls.
2) Project Description:  "         "  _Best Friends_
3) Project Description:  "         "  _5sies_
4) Project Description:  "         "  _Lipstix_
5) Project Description:  _____
6) Project Description:  _____
7) Project Description:  _____

C:\DOCUME~1\MIKAMAR~1\LOCALS~1\Temp\Leahy Agreement.doc

5

EXHIBIT _68_

PAGE _534_

Confidential - Attorney's Eyes Only

MGA 0883295