EXHIBIT 6B

PAGE 535

HCA  2687  of  2003

IN THE HIGH COURT OF THE
HONG KONG SPECIAL ADMINISTRATIVE REGION
COURT OF FIRST INSTANCE
CIVIL ACTION NO. 2687 OF 2003

BETWEEN

MGA ENTERTAINMENT INC.                    Plaintiff

and

(1) HUNGLAM TOYS COMPANY LIMITED
(2) CHOY KAM YING, CANDY
(3) KWOK YIN KWAN, MAY
(4) KWOK CHIN HUNG                         Defendants

This is the marked exhibit referred to in the Affidavit of Daphne Gronich dated the
6th day of  December   2005.

| Exhibit Reference | Date | Description | No. of Page |
|---|---|---|---|
| DG-11 | 27th January 2004 | True copy of the Rhee 2004 Assignment | 5 |

Before me, _Joseph David Newcomb_

Notary Public



Confidential - Attorney's Eyes Only

EXHIBIT    6B

PAGE    536                    MGA 0883298

949-44

# AGREEMENT

The parties to this Agreement confirm that on the 1st day of December 1999, (the "Effective Date") the Agreement set out below was entered into between MGA Entertainment, Inc., having an office and principal place of business at 16730 Schoenborn Street, North Hills, California 91343 (hereinafter "MGA") and Anna Rhee (as defined below) having an office and principal place of business at 101 S. Guadalope Avenue, Redondo Beach, California.

## RECITALS

WHEREAS MGA is the owner of all "Intellectual Property Rights" worldwide pertaining to the "Bratz Property";

WHEREAS MGA has retained, and continues to retain, Anna Rhee to perform services on one or more "Projects" relating to the "Bratz Property" for MGA;

AND WHEREAS Anna Rhee has performed and continues to perform services on one or more "Projects" for MGA on the understanding that all "Intellectual Property Rights", title and interest of every kind and nature now known or unknown, or hereafter created or coming into force as a result of such services being performed by Anna Rhee for MGA, shall be owned exclusively by MGA;

NOW THEREFORE this Agreement confirms and witnesses that Anna Rhee has acknowledged and agreed to the following:

## AGREEMENTS

1. **TERM.** This confirms that the Agreement became effective on the Effective Date and continues to be effective until the satisfactory completion of the Projects (defined below).

2. **DEFINITIONS.** For the purposes of this Agreement, the following terms shall have the following meanings:

2.1 "Anna Rhee" means Anna Rhee and all of her employees, representatives and agents (the "Related Entities"), and all full-time, part-time, and freelance employees, agents, subcontractors, vendors, and independent contractors of Anna Rhee, or of her Related Entities.

2.2 "Anna Rhee's Services" or "Services" means all creative and production services and materials used to develop, create, design, render, produce, or deliver the Projects (defined below).

2.3 "Bratz Property" means and refers to MGA's famous Bratz property consisting of, without limitation, the BRATZ Characters (including without limitation, SASHA, CLOE, DANA, YASMIN, JADE and MEYGAN), and all intellectual and industrial property rights associated therewith, including

without limitation all copyrights, patents, trademarks, industrial designs, design rights and trade dress rights in any country of the world.

2.4 "Materials" includes all results and proceeds created in or by the Projects including all additions, deletions, alterations, or revisions to the Projects, and all drafts, notes, concepts, ideas, suggestions, and approaches related thereto or contained therein, or other materials including, but without limitation, sketches, specifications, designs, drawings, models, prototypes, sculptures, works of artistic craftsmanship or other tangible work developed, produced, created or furnished by Anna Rhee, and each element and part thereof, and all results and proceeds thereof.

2.5 "Projects" means and refers to any and all projects worked on by Anna Rhee with respect to the Bratz Property and includes, without limitation, all the projects to be listed or identified on the attached form entitled "Creative Services – Freelance Project Log" (hereinafter the "Freelance Project Log"), all the projects listed or identified on any invoice provided by Anna Rhee to MGA, all the projects listed or identified on any purchase order provided by MGA to Anna Rhee, and any and all projects otherwise worked on by Anna Rhee with respect to the Bratz Property.

2.6 "Intellectual Property Rights" means copyright rights, trademark rights, patent rights, design rights, industrial designs, trade secrets, moral rights, rights of publicity, authors' rights, contract and licensing rights, goodwill and all other rights as may exist now and/or hereafter come into existence which arise out of the performance by Anna Rhee of the Services on behalf of MGA in relation to the Bratz Property, and including all renewals and extensions thereof, regardless of whether such rights arise under the law of the United States or any other state, country or jurisdiction.

3. **REPRESENTATIONS AND WARRANTIES.**

Anna Rhee represents and warrants that she did not perform any Services or perform any work on any Projects with respect to the Bratz Property prior to the Effective Date of this Agreement. Anna Rhee further agrees that if she later discovers that any

C:\Documents and Settings\URamos\My Documents\Anna Rhee agreement.doc

1

EXHIBIT ___68___

PAGE ___537___                   MGA 0883299

Confidential - Attorney's Eyes Only

Services were performed by Anna Rhee prior to the Effective Date, this Agreement is hereby effective as of such earlier date.

4. **INTENT.** Anna Rhee confirms, acknowledges and agrees that it is the continuing intent, and has always been the intent of the parties from the beginning of their contractual relationship, that MGA shall own, in the United States and in all other countries and jurisdictions of the world, all Intellectual Property Rights subsisting in all Materials created and worked on by Anna Rhee with respect to the Bratz Property. Anna Rhee confirms, acknowledges and agrees that in order to effect this intent in any country or jurisdiction, she will execute the assignments and any and all other documents necessary to confirm this Agreement. In addition, Anna Rhee confirms, acknowledges and agrees that but for Anna Rhee's agreement to the paragraph entitled "Rights" herein, MGA would not have employed Anna Rhee. Anna Rhee further confirms, acknowledges and agrees that all services rendered by Anna Rhee in connection with one or more Projects have been, or will be rendered, on behalf of the MGA and that the results and proceeds thereof, including, without limitation, all Materials of whatever nature rendered by Anna Rhee hereunder, were and/or will be created by Anna Rhee as a work made for hire specially ordered or commissioned by MGA and that as a work made for hire all rights vest in MGA. To the extent that any such rights in all Materials did not or do not automatically vest in MGA as a work made for hire, Anna Rhee confirms, acknowledges and agrees that for good and valuable consideration, the receipt of which is hereby acknowledged, Anna Rhee irrevocably granted, assigned and transferred to MGA all of Anna Rhee's worldwide rights, title and interest in and to the Materials upon creation and will, at the request of MGA, execute appropriate assignments or other agreements confirming the original intention of the parties that all Intellectual Property Rights vest in MGA in all countries and jurisdictions and evidencing the existence of this Agreement.

5. **RIGHTS.**

5.1 MGA shall solely and exclusively own throughout the world in perpetuity all right, title, and interest of every kind and nature now known or hereafter created in and to the Projects and the Materials. Such rights, title, and interest shall include, without limitation, (i) all Intellectual Property Rights; (ii) all of the results, products and proceeds of Anna Rhee's Services hereunder; (iii) all original ideas in connection therewith; and (iv) all rights generally known as "moral rights of authors."

5.2 Without limiting the foregoing, Anna Rhee confirms and acknowledges that Anna Rhee's work and services hereunder and all results and proceeds thereof, including without limitation the Materials, are and were works done under MGA's direction and control; are and have been specially ordered or commissioned for use as a contribution to a collective work, as a part of a motion picture or other audiovisual work, as a supplementary work, or as a compilation; and that all such services, results, and proceeds shall be considered work made for hire. As agreed by the parties at the outset of their relationship, as between Anna Rhee and MGA, MGA shall be considered the author of the Materials and shall own all the rights in and to the Materials including all Intellectual Property Rights and shall have the right to register the copyrights and other Intellectual Property Rights therefor in MGA's name or in the name of its nominee.

5.3 To the extent that any rights, in whole or in part, did not or do not vest in MGA as a work made for hire or otherwise in the United States or any other country, Anna Rhee confirms that she did and does irrevocably grant, assign, and transfer to MGA all of Anna Rhee's right, title, and interest worldwide in and to the Materials and the results and proceeds thereof including, without limitation, all right, title and interest in (i) all Intellectual Property Rights in the United States of America and in all other countries throughout the world; (ii) all versions and derivative works of the Materials and all copyrights in and to such other versions, derivative works, and all renewals and extensions thereof, in the United States of America, and all copyrights and proprietary rights therein in all other countries throughout the world; and (iii) all causes of action for infringement of the copyright and of all other rights of whatsoever nature, vested or contingent, past, present and future, in and to the Materials in the United States of America and in all other countries throughout the world and all of the proceeds from the foregoing, accrued and unpaid and hereafter accruing. For this purpose, Anna Rhee hereby appoints MGA as attorney-in-fact for the limited purpose of effecting this assignment and executing all documents necessary to effect this assignment. This power of attorney is coupled with an interest and is irrevocable. Anna Rhee confirms, acknowledges and agrees that the compensation paid to Anna Rhee includes consideration for this grant, assignment and transfer, and Anna Rhee further acknowledges by her signature on this Agreement the adequacy and sufficiency of the consideration therefor.

5.4 Anna Rhee acknowledges, confirms and agrees that even if no further compensation is paid to Anna Rhee or if this Agreement is terminated, Anna Rhee

Confidential - Attorney's Eyes Only

EXHIBIT _____ 108

PAGE _____ 538

MGA 0883300



has received valuable consideration, the adequacy and sufficiency of which is hereby acknowledged and that the provisions of this Agreement are in full force and effect.

5.5  MGA shall have the sole and exclusive right throughout the world, in all languages, in perpetuity to use and exploit all or any part of the Materials and all or any part of any material contained therein or prepared therefor, whether or not used therein, in any format or version, by any means and in any media, whether now or hereafter known or developed, each without further payment or consideration to Anna Rhee. Without limiting the foregoing, Anna Rhee hereby waives any and all claims that Anna Rhee may now or hereafter have in any jurisdiction to so-called "moral rights" or "droit moral" with respect to the results and proceeds of Anna Rhee's Services hereunder.

5.6  Anna Rhee confirms that she has taken and will continue to take all necessary and appropriate steps to ensure that with respect to all of her employees, agents, subcontractors, vendors and independent contractors working on the Projects, all Materials shall be the property of MGA as work made for hire or by assignment and all Intellectual Property Rights in the Materials shall vest in MGA whether as a work made for hire or by assignment, including, without limitation, the right to claim and sue for past infringement.  Anna Rhee shall provide to MGA executed copies of all agreements with such employees, agents, subcontractors, vendors and independent contractors prior to the commencement of any work on any Project.

6.  MISCELLANEOUS PROVISIONS

6.1.  Any amendment or modification of this Agreement, or any waiver of its terms, in order to be binding, must be written and signed by the parties hereto.

6.2.  This Agreement constitutes the entire and final agreement of the parties with respect to the subject matter hereof and supersedes any and all prior agreements, representations, promises and undertakings of any kind, whether oral or written.

6.3.  This Agreement shall be binding upon and shall inure to the benefit of the parties and their respective successors and assigns.  Anna Rhee shall not voluntarily or by operation of law assign, transfer, encumber or otherwise dispose of all or part of any rights or obligations in this Agreement.

6.4.  Except as expressly stated in this Agreement, no party hereto has made any statement or representation to any other party hereto regarding any facts relied upon by said party in entering into this Agreement, and, except for the representation and

warranties stated in this Agreement, each party hereto specifically does not rely upon any statement, representation or promise of any other party hereto in executing this Agreement.

6.5.  Each of the parties to this Agreement represents and warrants that as of the date of this Agreement it or she has the right and authority to execute this Agreement on its or her own behalf, and that it or she has not sold, assigned, transferred, conveyed, or otherwise disposed of any claim or demand relating to any right surrendered by virtue of this Agreement. Each of the parties to this Agreement represents and warrants that it or she has not entered into any agreements which conflict with this Agreement and has taken the necessary steps to give effect to this Agreement.

6.6.  This Agreement will be governed by and construed in accordance with federal laws of the United States and the laws of the State of California applicable to agreements entered into, and to be performed entirely, within California without regard to choice of law provisions and regardless of the place or places of its actual execution or performance.  Any suit, action or proceeding between or among any of the parties hereto arising out of or related to this Agreement shall be brought solely in the United States District Court, Central District of California, or the Superior Court, County of Los Angeles, and Anna Rhee hereby submits to the personal jurisdiction thereof and agrees to such court as the appropriate venue.

6.7.  This Agreement is severable.  If any provision of this Agreement is found invalid or unenforceable in any jurisdiction, that provision, as to that jurisdiction, will be ineffective to the extent of such invalidity or unenforceable without rendering invalid or unenforceable the other remaining provisions of this Agreement, which other remaining provisions will not be affected and shall remain in force, to the maximum extent permissible.

Confidential - Attorney's Eyes Only

EXHIBIT 68

PAGE 539

MGA 0883301

949-47



6.8.   This Agreement may be executed in one or more counterparts, and by facsimile transmission, each copy of which shall be deemed an original and all of which, when taken together, shall constitute one and the same instrument, but this Agreement shall not be binding upon the parties until it has been signed by all parties.


Date: 1/27/04 , 2004       MGA ENTERTAINMENT, INC.

                            By: DAPHNE GRANICH

                            Its: SVP and GENERAL COUNSEL


Date: 1/27/04 , 2004       ANNA RHEE

                            Anna Rhee


C:\Documents and Settings\ABarnasck\My Documents\Anna Rhee sprznesn.doc          4

Confidential - Attorney's Eyes Only

EXHIBIT  68

PAGE  540                    MGA 0883302

## PROJECT LOG

I, _____ANNA RHEE_____, hereby warrant and represent that I have read the

Agreement (the "Agreement") between MGA Entertainment, Inc. and Anna Rhee and

acknowledge that all work rendered by me in connection with each of the below listed Projects

was rendered on behalf of MGA Entertainment, Inc. and/or its related companies and that the

results and proceeds thereof are governed by the terms of the Agreement between MGA

Entertainment, Inc. and Anna Rhee.

      I further understand and agree that the terms "Anna Rhee" and "Projects" are defined

terms in the Agreement and that these terms as used in this Project Log have the same meaning

as in the Agreement.

      I hereby warrant and represent that this Project Log is accurate and complete, and that all

the Projects that I worked on for MGA Entertainment, Inc., are listed below.

By: _____

1)    Project Description:  All drawings, face painting and design work related to the Bratz line of dolls.

2)    Project Description: painting faces _____

3)    Project Description: _painting shoes_____

4)    Project Description: _painting statues_____

5)    Project Description: _____

6)    Project Description: _____

7)    Project Description: _____

C:\Documents and Settings\Mkamsrack\My Documents\Anna Rhee 13transcr.doc    5

Confidential - Attorney's Eyes Only

EXHIBIT ___68___

PAGE ___541___

MGA 0883303

**EXHIBIT 69**

6-18-3

HCA No. 1883/2003

IN THE HIGH COURT OF THE

HONG KONG SPECIAL ADMINISTRATIVE REGION

COURT OF FIRST INSTANCE

CIVIL ACTION NO. 1883 OF 2003

***************

BETWEEN

MGA ENTERTAINMENT INC.                          1st Plaintiff

MGA ENTERTAINMENT (H.K.) LIMITED                2nd Plaintiff

And

DOUBLE GRAND CORPORATION LIMITED    Defendant

***********************

**AFFIRMATION OF LEE SHIU CHEUNG**

***********************

I, Lee Shiu Cheung of Room 1001, Empire Centre, 68 Mody Road, Tsimshatsui East, Kowloon, Hong Kong do solemnly, sincerely and truly affirm and say as follows:-

1.  I am the Managing Director of MGA (H.K.) Entertainment Limited (hereinafter referred to as "MGA HK"), the 2nd Plaintiff herein, which is an affiliate of MGA Entertainment Inc., the 1st Plaintiff herein (hereinafter referred to as "MGA US"). I am duly authorised by MGA US and MGA HK to make this affirmation on their behalf. Unless otherwise stated, the facts and matters contained herein are true and they are either within my own personal knowledge or gleaned from books and records of MGA US or MGAHK to which I have free access. Insofar as facts and matters that do

1

EXHIBIT 69
PAGE 542

Exhibit no. 952
Date: 10/9/07
Woodman P. Pyburn

952-1

Confidential - Attorney's Eyes Only

MGA 0883920

not fall within the aforesaid category, they are related to me by the respective sources stated hereinafter and are true to the best of my information and belief.

2.  MGA US was originally founded in 1979 as a consumer electronics business.  In 1987, MGA US obtained exclusive rights to sell Nintendo hand held LCD games (Game Boy) in the USA and naturally, Game Boy was an instant success worldwide. This event paved way for MGA US to create innovative products for other best selling licenses, including Hello Kitty and Power Rangers.  In 2002, MGA US added Spider-Man: The Movie and in 2003 MGA US added The Hulk to its already existing collection of licenses.  MGA US is thus a successful and reputable company in the toy business.   MGA US holds other licenses including licences from Marvel Characters, Inc., Atari Corporation and BVS Merchandising, Inc. (Disney).   Now produced and shown to me marked exhibit "LSC-1" is a copy of the corporate profile of MGA US downloaded from its website.

3.  Since 1987 MGA US has primarily concentrated and focused its efforts in the toy industry and as at the date hereof, MGA US has 8 product categories and they are smart toys, interactive dolls, handheld games, fashion dolls, youth electronics, music, licensed products and small dolls. In the years 2001 and 2002, MGA US' s revenue exceeded US$98 million and US$225 million respectively. The projected revenue for the year 2003 is over US$650 million due to the success of a range of dolls known as BRATZ which is the subject matter of this action and will be dealt with in detail hereinafter. For the year 2002, the sale of BRATZ dolls and, accessories accounted for 69% of the total revenue of approximately US$225 million.  MGA US forecasts that the sale of BRATZ dolls, and accessories for the year 2003 will account for 72%

EXHIBIT __69__

PAGE __543__

*952-2*

Confidential - Attorney's Eyes Only

MGA 0883921

of the revenue of this year.

4.  Toys designed and marketed by MGA US have been the subject of numerous awards and prizes.  However, the most successful toy designed and marketed by MGA US must be BRATZ dolls.  For two consecutive years, MGA has won the toy industry's most prestigious award, The People's Choice Toy of the Year for Bratz-related toys.  It has also won two consecutive Family Fun Toy of the Year award for Bratz-related toys.  Additionally, in 2001 and 2002, Bratz-related toys won Today's toy tests.

5.  The BRATZ dolls come in 2 sizes.  The full version stands at 10 inches tall and the mini version stands at 4 and a half inches tall.  The mini version has been marketed under the names "Micro Bratz" and "Lil' Bratz" but will be referred to herein as "mini Bratz"

6.  MGA HK has become a manufacturing licensee of MGA as of 1st January 2003.

**Copyright Works**

7.  On 18th September 2000, MGA entered into an agreement with Mr. Carter Bryant (hereinafter referred to as "Mr. Bryant") whereby Mr. Bryant designed and developed a line of dolls known as BRATZ (hereinafter referred to as "the Bryant Agreement").  Mr. Bryant was a graduate of Ottis College in fashion and toy design.  Although BRATZ is a misspelling of the word "brats", the former was coined by MGA US not to denote naughty or spoilt children by to denote hip and cool young adolescent or

3

EXHIBIT ___69___

PAGE __544__

952-3

Confidential - Attorney's Eyes Only

MGA 0883922

teenage girls. This idea of hip and cool is born out in the design of the BRATZ dolls.

8. Now produced and shown to me marked "LSC-2" is a copy of the Bryant Agreement. I crave leave to draw this Court's attention to clause 3 of the Bryant Agreement whereby all intellectual property rights including copyright subsisting in the works generated by Mr. Bryant shall be owned by MGA US. Pursuant and prior to the Bryant Agreement and commission, Mr. Bryant initially designed a range of 4 girls and subsequently extended the range by adding 1 more girl and 2 boys. The designs of the BRATZ dolls are all original drawings created by Mr. Bryant using his own independent labour, skill and judgement. At all material times, Mr. Bryant is a resident of and domiciled in the USA.

9. Now produced and shown to me marked "LSC-3 " are copies of 17 initial concept drawings of the first 4 BRATZ dolls designed by Mr. Bryant pursuant to the Bryant Agreement. Now produced and shown to me marked "LSC-4" is a copy of a sheet of paper setting out the initial concept and idea of the BRATZ dolls by Mr. Bryant. The girls represent best friends in high school who love to trade clothes, shoes and hairdos. Since these accessories are interchangeable, the dolls can look different every day. The success of the BRATZ dolls ensured a lucrative business of supplying accessories to the owners of BRATZ dolls creating a steady stream of revenue.

EXHIBIT ____69____

PAGE ____545____

9524

MGA 0883923

Confidential - Attorney's Eyes Only

10. The first 4 BRATZ dolls were given a name and a different ethnic origin so they could appeal to everyone in the targeted age group of girls between 5 and 14 years old. Cloe is Caucasian, Sasha is Black, Yasmin is Hispanic and Jade is Asian. Meygan the 5th female doll that was subsequently added to the range is a red-head.

11. After making the design drawings exhibited as "LSC-3", wax models of the sculpting of the head, body parts and shoes of the BRATZ dolls were made by Margaret Leheay who is a freelance sculptor in or about winter 2000-2001. These wax models were created by Margaret Leheay using her own independent skill, labour and judgement. Margaret Leheay was commissioned by MGA US to make the said wax models for valuable consideration.  At all material times, Margaret Leheay was a resident of and domiciled in the United States of America.  It was the understanding and agreement between Margaret Leheay and MGA US that all intellectual property rights including copyright subsisting in the wax models shall belong to MGA US. Now produced and shown to me marked exhibit "LSC-5" being a copy assignment of copyright executed by Margaret Leheay in favour of MGA US.

12. The wax models were then used to make silicon rubber moulds of the head, body parts and shoes of the BRATZ dolls.  The silicon rubber moulds were made under commission by Jessie Ramirez under valuable consideration in or about winter 2000-2001. These silicon rubber moulds were created by Jessie Ramirez using her own independent skill, labour and judgement. At all material times, Jessie Ramirez is a resident of and domiciled in the United States of America. It was the understanding and agreement between Jessie Ramirez and MGA US that all intellectual property rights including copyright subsisting in the silicon rubber moulds shall belong to MGA

EXHIBIT __69__

PAGE __546__

5

_952-5_

Confidential - Attorney's Eyes Only

MGA 0883924

US. During the process of making the silicon rubber moulds the wax models were destroyed.

13. Polyurethane samples were produced from the silicon rubber moulds. The silicon rubber moulds have also been destroyed after the polyurethane samples were made. These samples were necessary for the making of production moulds of the dolls. There are now produced and shown to me marked "LSC-5" the polyurethane samples of the head sculpt and some body parts and shoes of the full version BRATZ dolls. It was the understanding and agreement between Jesse Ramirez and MGA US that all intellectual property rights including copyright subsisting in the polyurethane samples shall belong to MGA US. Now produced and shown to me marked "LSC-6" is the copy assignment of copyright executed by Jesse Ramirez in favour of MGA US.

14. As regards the mini Bratz, the design process is more or less the same as the full sized version. Margaret Leheay was again commissioned to produce wax models of the miniature version of the Bratz dolls. The wax models were used by Jessie Ramirez to produce silicon rubber moulds and from the silicon rubber moulds, polyurethane samples of the head and body parts were produced. Now produced and shown to me marked as "LSC-7 " are polyurethane samples of the head and body parts of the mini Bratz. Again, the wax models and the silicon rubber moulds were destroyed during the process only leaving behind the polyurethane samples behind. Similar to the full sized version, copyright subsisting in the mini version of the wax model, silicon rubber moulds and polyurethane samples belong to MGA US and are covered by the assignment exhibited as "LSC-6".

6

EXHIBIT ___69___

PAGE ___547___

952-6

Confidential - Attorney's Eyes Only

MGA 0883925

15.  The facial decorations and features of the BRATZ dolls are unique and much time, effort and monetary resources have been expended in perfecting them.  MGA US commissioned one Anna Rhee to design the facial decoration of the BRATZ dolls with the understanding and agreement that all intellectual property rights including copyright shall belong to MGA US.  At all material times, Anna Rhee is a resident of and domiciled in the United States of America.

16.  Based on and originated from the initial concept drawings of Mr. Bryant, Anna Rhee drew some decoration directions for the facial decorations for different series of dolls. She then created the original deco masters which are hand-painted facial decorations on a rubber head sculpt of a doll.  With the input of Mr. Bryant, Ms. Rhee revised the deco masters a number of times until they are perfected being the final version that were used to serve as the benchmark and template from which the original four different Bratz dolls' individual facial decorations are mass produced by spray masking.  Now produced and shown to me marked "LSC-8" is the pile of decoration directions (inclusive those on the 2001 Fall series), "LSC-9a to d" are the deco masters for the 2001 Fall Series and "LSC-10" is a bundle of documents setting out the various changes during the design process made by Anna Rhee from the initial concept drawings of Mr. Bryant.

17.  The full size versions of the first 4 BRATZ dolls were first published in the United States of America in November 2001 (2001 Fall Series) when they were offered for

EXHIBIT ___69___

PAGE ___548___

7

_952-7_

Confidential - Attorney's Eyes Only

MGA 0883926

sale to the general public. The mini versions of the first 4 BRATZ dolls were first published in the United States of America in or about March 2002 when they were offered for sale to the general public. Both versions of the BRATZ dolls were available for sale in Hong Kong since December 2002. Now produced and shown to me marked "LSC-11a to d" are samples of the first 4 full sized version BRATZ dolls in their packaging and "LSC-12" is a sample of Cloe in the mini version and her packaging.

18. The Bratz dolls are unique in a variety of ways including their oversized heads and individual facial decoration. One thing that has contributed to the success of Bratz and mini-Bratz is the oversized eyes and mouth that are capable of being decorated with makeup and the diminished size of the nose that serves no decorative purposes. Thus, the elements of the face that can be made-up, the eyes and mouth, are exaggerated while the elements of the face that cannot be made-up, the nose, is reduced. In addition, Bratz make-up is multi-colored and the eyelashes are exaggerated in size but limited in number of eyelashes. The lipstick is also two-toned in order to draw attention to the lips.

19. A prominent feature of Bratz and Mini-Bratz is the snap on shoes. Carter Bryant originally designed the snap on shoes so that shoes could be an important part of the play value of Bratz. By employing snap on shoes, girls are able to easily change the dolls footwear and it allows many different varieties of footwear to be worn by the dolls.

20. Insofar as this action is concerned, the Defendant has copied the facial decoration of

EXHIBIT __69__

PAGE __549__

8

*952-8*

Confidential - Attorney's Eyes Only

MGA 0883927

the full and mini versions of Cloe and the head, body parts and shoes of the mini version of Cloe.  I crave leave to refer to "LSC-11a" and "LSC-12".

21.   The current average FOB sales value of the full and mini version of the BRATZ dolls are respectively US$10.66 and US$4.73.

22.   The BRATZ dolls and their accessories (which are not the subject matter of this action) are marketed and sold in more than 52 countries and places including the European Union, the Americas, the Balkans, the Baltics, Norway, Switzerland, Russia, Ukraine, Poland, Hungary, Czech Republic, Lebanon, UAE, Saudi Arabia, Egypt, Syria, Israel, South Africa, Australia, New Zealand, Philippines, Indonesia, Taiwan, Thailand, Singapore, South Korea, Japan and Hong Kong.

23.   The BRATZ dolls have their own website at www.bratzpack.com.  The site provides some games, e-greetings and Mix N Match Mall of Bratz' fashion and hairdos.  The site also maintains a fan club known as BRATZ pack and maintains a list of its members.  The aim of this fan club is to notify its members of new fashion trends that the BRATZ dolls will wear themselves and the launch and marketing thereof.  Now produced and shown to me marked "LSC-13" are downloaded copies from the said web-site.

23.   So far MGA US has spent a total of over US$22 million in advertising and promotion expenses worldwide in relation to the Bratz brand.

9

EXHIBIT ___ 69
PAGE ___ 550

9S2-3

Confidential - Attorney's Eyes Only

MGA 0883928

24. As mentioned hereinbefore, the BRATZ dolls have become an instant success and they have become collectibles. Considerable media coverage have been given to these dolls and now produced and shown to me marked "LSC-14" is a selection of press cuttings and celebrity photos of the BRATZ pack.

25. Another major source of revenue generated by the BRATZ dolls is income derived from merchandising rights by granting non-exclusive licenses to other companies worldwide. So far, 120 merchandise licence agreements have been granted in respect of a wide range of products including paper napkins, girls clothing, jewelry, bedding, home furnishing, stationery, toiletries, video games, footwear and electrical appliances etc. Pursuant to these licenses, Bratz branded goods are sold in Spain, Portugal, Australia, New Zealand, Finland, Germany, Austria, Switzerland, France, Belgium, Luxembourg, Mexico, Italy, UK, Ireland, Eire, Greece, Norway, Channel Islands, Brazil, Columbia, Greece, Cyprus, Denmark, Iceland, Sweden, Columbia, Venezuela, Turkey, Peru, Israel, all Central America countries, all Carribean Island countries, Dominican Republic, Ecuador, Venezuela, Bolivia, Paraguay, Chile, UAE, Saudi Arabia, Kuwait, Iran, Lebanon, Syria, Jordan, Egypt, Qatar, Oman, Behrain, Yemen and Hong Kong. MGA projects annual licensing revenue of $12 million per year by year-end 2004.

26. Furthermore, MGA US has granted exclusive distribution rights of the BRATZ dolls and accessories to Bandai Inc. for a term of 3 years starting from 1st April 2001 in France, Belgium, Germany, Austria, Switzerland, Spain, UK, Portugal, Ireland,

10

EXHIBIT __69__

PAGE __551__

*952-10*

Confidential - Attorney's Eyes Only

MGA 0883929

Luxembourg and Netherlands.

### The Defendant and its Infringing Activities

27. BY reason of the success of the BRATZ dolls many knock offs have appeared in the market.  In order to save guard the business interests and exclusivity of the BRATZ dolls, the Plaintiff had obtained interim injunctions in Hong Kong against Toys & Trends (Hong Kong) Limited and Cityworld Limited.  The Plaintiff has also taken action in the UK against LB Group Limited and David Halsall International Limited who settled the Plaintiff's claims and paid significant amounts of damages.

28. Now produced and shown to me marked "LSC-15" is a copy of the latest annual return of the Defendant.  It was filed on 18th July 2002.  The Defendant has a paid up capital of HK$10,000 of which 1 share with a nominal value of HK$1.00 is held by Peter Leung.  Peter Leung and Leung Wai Hung are directors of the Defendant.

29. I crave leave to refer to the Affidavit of Ray Black dated 13th June 2003 and filed on behalf of the Plaintiffs which sets out the full background that brought to light the infringing activities of the Defendant.

30. On 6th March 2003, Mr. Ray Dorrity of Bandai, UK ("Dorrity"), the distributor of BRATZ dolls in the UK had discovered the sale of "Mini Trendy Teenz" by one Fareham Toys in Fareham, the UK.  Dorrity then purchased two samples of the Mini Trendy Teenz

11

EXHIBIT ___69___

PAGE ___552___

*952-11*

Confidential - Attorney's Eyes Only

MGA 0883930

and had referred the matter to Mr. Ray Black of SJ Berwin, the UK lawyers of MGA US together with the samples.  Now produced and shown to me marked "LSC-16" is a sample of the infringing Mini Trendy Teenz obtained by Dorrity.

31. SJ Berwin had obtained 4 full sized versions Trendy Teenz from Toy Depot UK on 25th March 2003 and sent a sample to Messrs. William W. L. Fan & Co. in end March 2003. Now produced and shown to me marked exhibit "LSC-17" is the said sample.

32. In the meantime, private investigators were instructed to conduct enquiries into the Defendant's infringing activities. I crave leave to refer to the Affirmation of Lam Yuen Chak of Kroll Fact Finders Limited dated 16th June 2003 and filed on behalf of the Plaintiffs.

33. On 4th April 2003, Mr. Erik Siersema of Hasbro, UK, the distributor of BRATZ dolls in Holland, wrote to Sandrine Raspide of MGA US disclosing to MGA US that they had encountered a "L'il Bratz knock off" called Designer Girls / Mini Trendy Teens with the name Toy Depot (Far East) Company in HK on the packaging and enquired about the "Bratz Knock Off products / protection".  Now produced and shown to me marked "LSC-18" is a copy of the said e-mail and "LSC-19" is a sample of Mini Trendy Teenz provided by Hasbro UK, the back of the packing bears two companies names, namely one "Kingsley Paige Plc" and one "Toy Depot (Far East) Company".

34. In reliance of what Mr. Connolly had said to Mr. Ray Black that he was able to procure undertakings from the Defendant and/or its directors, the Plaintiffs' solicitors in Hong Kong wrote to the Defendant on 6 May 2003 requesting a suitable undertaking from

12

EXHIBIT __69__

PAGE __553__

952-12

Confidential - Attorney's Eyes Only

MGA 0883931

the Defendant. Now produced and shown to me in a bundle marked "LSC-20" is a copy of the said letter. The Defendant's solicitors replied on 12 May 2003 requesting more time to take instructions. The said letter is exhibited as "LSC-21". Correspondence was exchanged between the 2 firms, copies of which are all exhibited as "LSC-22". The end result of this series of correspondence was that the Defendant might have been alerted of an impending civil claim and refused to supply samples to the investigators. Accordingly, a writ was issued against the Defendant on 26 May 2003. However, if Mr. Connolly did not misrepresent that the Defendant was willing to give suitable undertakings, the writ would be issued against the Defendant sooner. The misrepresentation of Mr. Connolly lured the Plaintiff into a false sense of security.

35. However, the investigations do show that the Defendant was still dealing in mini version of the Trendy Teenz which is a slavish copy of the mini version of Cloe down to the shoes and its snap on function. However, due to time constraints the Plaintiff has been unable to locate the copyright works relating to the shoes. The facial decoration of the doll head design on the Bobble pen and Rocker Headz Bobbing Fashion doll is also a reproduction of the facial decoration of Cloe. I crave leave to refer to paragraph 9 of the Affirmation of Lam Yuen Chak on the Defendant's quotations.

36. We have visited the Defendant's website again at www.doublegrand.com on 26th May 2003. The front page displayed some photographs of the Defendant's products including the Rocker Headz Bobblehead Fashion Dolls. Now produced and shown

13

EXHIBIT __69__
PAGE __554__

952-13
MGA 0883932

Confidential - Attorney's Eyes Only

to me marked "LSC-23" is the print-out of the web-site.

## BALANCE OF CONVENIENCE

37. As already adverted to hereinabove, one of the main revenue streams of the BRATZ dolls are license fees.  The demand and price of BRATZ licenses depend on the exclusivity and popularity of the product.

   (i)    The FOB value of Mini Trendy Teenz was US$0.86 each only, while the mini Bratz is sold at US$4.73.  The quotations from the Defendant on the Mini Trendy Teenz, RockerHeadz Bobblehead Fashion Dolls and RockerHeadz Fashion Doll Bobble Pen also reflected that the infringing articles are cheap imitations of the Bratz dolls.

   (ii)   Bratz is popular because of its unique funky and sassy image.  I also refer to paragraph 18 hereinbefore explaining the unique facial features of the dolls. The Trendy Teenz, RockerHeadz Bobblehead Fashion Dolls and RockerHeadz Fashion Doll Bobble Pen have copied BRATZ' image in particular the eyes and lips and will dilute the exclusivity and affect the image of the BRATZ dolls.

The continual sale of the cheap imitations will no doubt affect the demand of licenses and the prices that MGA US can command.  Any dilution in exclusivity and diminution in value of license fee is a potential loss which can not be adequately compensated by damages.  It is impossible to calculate the monetary loss in this regard.

   (iii)  Furthermore, Bandai UK, MGA US' licensee in the UK and Hasbro, MGA US' distributor in Holland have already lodged complaints to MGA US concerning the appearance of the infringing dolls on the markets.  Now produced and

14

EXHIBIT __69__

PAGE __555__

952-14

Confidential - Attorney's Eyes Only

MGA 0883933

shown to me marked "LSC-24" is an e-mail from Mr. Dorrity to Mr. Ray Black of SJ Berwin of 2nd June 2003.  As shown in Dorrity's said e-mail, the continual sale of the cheap imitations would no doubt adversely affect the sales of BRATZ.

38.   From the aforesaid e-mail from Mr. Dorrity of Bandai to Mr. Ray Black and from the e-mail from Mr. Erik Siersema of Hasbro as referred to above ("LSC-18"), the licensee and distributor of Bratz have expressed their deep concern about the status of Bratz knock off products protection.  Thus, the appearance of the infringing Trendy Teenz dolls have already caused concern and if the Defendant is not stopped, MGA US's future bargaining power with Bandai UK and Hasbro would be affected.  Bandai Inc. is one of the largest toy companies in the world and MGA US cannot afford to maintain a lesser bargaining position by reason of the appearance of cheap imitations.  The will affect the terms of the distributorship when it comes up for renewal next year.  Cheap imitations also affect the value of licence fees and such loss is irreparable and unquantifiable.

39.   The targeted consumers of BRATZ dolls are girls aged between 4 and 14 years old.  They may not all be savvy or mature enough to notice the Mini Trendy Teenz, full version trendy Teenz dolls, RockerHeadz Bobblehead Fashion Dolls and RockerHeadz Fashion Doll Bobble Pen are not of MGA US' manufacture.  Many customers may have mistakenly thought this is an addition to the line of BRATZ dolls especially the Mini Trendy Teenz is of the same size as Little Bratz.  Even without taking the aforesaid into account, it would be entirely a matter of guesswork to know how many sales of BRATZ dolls would have been made were it not for the

15

EXHIBIT 09

PAGE 556

752-15

Confidential - Attorney's Eyes Only

MGA 0883934

Defendant's unlawful activities. It would be difficult, if not impossible, for MGA US to show any diminution in projected sales was attributable to infringing copies on the market.

40. Since toy safety laws in the USA are very stringent, MGA HK had to conduct many safety, reliability and drop tests on the BRATZ dolls. There is no evidence that the Defendant did any of these tests to comply with US legislation. There is also no evidence to show that Mini Trendy Teenz, full version trendy Teenz dolls, RockerHeadz Bobblehead Fashion Dolls and RockerHeadz Fashion Doll Bobble Pen are available for sale in USA at retail level. However, this does not stop North American customers from purchasing these infringements through the web. Due to the apparent similarity between the toys, any accident caused by defective manufacture in USA or elsewhere e.g. maybe falsely attributed to BRATZ dolls and the Plaintiffs. Again this damage to reputation, especially to a new product is unquantifiable and irreparable.

41. Since Toy Depot Ltd., the exclusive distributor of Trendy Teenz dolls in the UK, has agreed not to deal with the infringing dolls anymore and the Defendant has only just embarked on its unlawful activities, the balance of convenience would favour the grant of an injunction for any loss would be easily quantifiable by mould costs and limited advertising expenses incurred unlike on the other hand, the Plaintiffs' BRATZ dolls have appeared in the market for longer than the Defendant's dolls.

42. As shown by the Defendant's annual return herein, it is an insubstantial company and its ability to pay damages is in doubt. On the other hand, as shown hereinabove

16

EXHIBIT __69__

PAGE __557__

952-16

Confidential - Attorney's Eyes Only

MGA 0883935

MGA US is a company doing business in a substantial way and it is able and willing

to give a cross-undertaking on damages.

Affirmed at *Messrs. C.L. Chow &* )
*Mackson Chan, Solicitors,* )
*Rooms 501-2, Hing Seng Building,* )
*77 Des Voeux Road Central, H.K.* )
this 8th day of June 2003. )

Before me,

Chan Yiu Chee
Solicitor, Hong Kong SAR
Solicitor & Mackson Chan, Solicitors

This affirmation is filed for and on behalf of the 1st and 2nd Plaintiffs.

EXHIBIT __69__

PAGE __558__

952-17

MGA 0883936

17

Confidential - Attorney's Eyes Only

HCA No. 1883/2003

IN THE HIGH COURT OF THE

HONG KONG SPECIAL ADMINISTRATIVE REGION

COURT OF FIRST INSTANCE

CIVIL ACTION NO. 1883 OF 2003

***************

BETWEEN

MGA ENTERTAINMENT INC.                    1st Plaintiff

MGA ENTERTAINMENT (H.K.) LIMITED          2nd Plaintiff

And

DOUBLE GRAND CORPORATION LIMITED Defendant

*********************************************************************

**AFFIRMATION OF LEE SHIU CHEUNG**

*********************************************************************

Filed this 18th day of June 2003.

**William W. L. Fan & Co.**
**Solicitors**

Room 507, Hang Seng Building,
77 Des Voeux Road Central,
Hong Kong.
Tel: 2110 2128    Fax: 2111 9336
Ref: WF-1921-RC

18

EXHIBIT 69

PAGE 559

952-18

Confidential - Attorney's Eyes Only

MGA 0883937

EXHIBIT 69

PAGE 560

HCA No. 1883/2003

IN THE HIGH COURT OF THE

HONG KONG SPECIAL ADMINISTRATIVE REGION

COURT OF FIRST INSTANCE

CIVIL ACTION NO. 1883 OF 2003

***************

BETWEEN

MGA ENTERTAINMENT INC.                              1st Plaintiff

MGA ENTERTAINMENT (H.K.) LIMITED          2nd Plaintiff

And

DOUBLE GRAND CORPORATION LIMITED          Defendant

*********************************

This is the marked exhibit referred to in the Affirmation of Lee Shiu Cheung dated the 18 day of June 2003.

| Exhibit Ref | Date | Description | Page No. |
|---|---|---|---|
| LSC- 4 | N/A | A Copy of a paper setting out the initial concept and idea of Bratz dolls by Mr. Bryant | 1 |

Before me,

Chan Yiu Chee
Solicitor, HKSAR

EXHIBIT 69

PAGE 261

Confidential - Attorney's Eyes Only

MGA 0883962

# Bratz!

Meet the Bratz! The Totally Transformable Teenage dolls! They're four best friends from high school who love to trade clothes, shoes and hairdos! They come to school with a new look every day!

By simply popping off the hairstyle and shoes, and exchanging them for one of their other hairstyles and pairs of shoes, or a friend's hairstyle and shoes, you can create a whole new look! Complete the look by changing their pants or skirts for one of their additional garments!

Each doll comes dressed in a trendy, hip outfit, with one or two additional pieces, such as an additional skirt or t-shirt (for mix and matching.) Each doll also comes with two great hairstyles, 2 great pairs of shoes, and a cool backpack.

EXHIBIT 69

PAGE 562

Confidential - Attorney's Eyes Only

MGA 0883963

952-20

**EXHIBIT 70**