

ATTORNEY'S EYES
ONLY

BRYANT 00311

EXHIBIT ___73___

PAGE ___600___





ATTORNEY'S EYES
ONLY

BRYANT 00312

EXHIBIT ___73___

PAGE ___601___



after transform.

ATTORNEY'S EYES ONLY

BRYANT 00313

EXHIBIT 73

PAGE 602



How they transform

**ATTORNEY'S EYES ONLY**

BRYANT 00314

EXHIBIT ___73___

PAGE ___603___



ATTORNEY'S EYES
ONLY

BRY0012345

EXHIBIT ___73___

PAGE ___604___



"Zoe"

ATTORNEY'S EYES
ONLY

BRYANT 00316

EXHIBIT ___73___

PAGE ___605___



after transform.

ATTORNEY'S EYES
ONLY

BRYANT 00317

EXHIBIT _____73_____

PAGE _____606_____



ATTORNEY'S EYES
ONLY

BRYANT 00318

EXHIBIT _____ 73 _____

PAGE _____ 607 _____



"LUPE"

ATTORNEY'S EYES ONLY

BRYANT 00319

EXHIBIT _____73_____

PAGE _____608 -_____

**EXHIBIT 74**

| | |
|---|---|
| **Subject:** | Carter Bryant - Doll Designer w/Victoria & Paula |
| **Location:** | Isaac's Office |
| **Start:** | Fri 9/1/2000 11:00 AM |
| **End:** | Fri 9/1/2000 11:30 AM |
| **Show Time As:** | Tentative |
| **Recurrence:** | (none) |
| **Meeting Status:** | Not yet responded |
| **Required Attendees:** | Paula Treantafelles; Victoria O'Connor |

$\pi$  EX. NO. 301
1  PAGES 7, 18, 06
GRAXMARER, CSR • WIT: LARIAN

1

CONFIDENTIAL
ATTORNEY'S EYES ONLY

MGA001473

EXHIBIT  74

PAGE  609    301

BLUEBIRD OFFICE SUPPLIES (888) 477 www.bluebirdor

**EXHIBIT 75**



ATTORNEY'S EYES ONLY

BRYANT 00173

EXHIBIT _____ 75

PAGE _____ 610

EXHIBIT

.393



ATTORNEY'S EYES
ONLY

BRYANT 00174

EXHIBIT ___75___

PAGE ___611___

**EXHIBIT 76**

Reg C-049

# Carter H. Bryant

REDACTED

INVOICE

INVOICE NO.: 001

DATE: 8/31/00

Sold To:

Paula Treantafales
MGA Entertainment
16730 Schoenborn St.
North Hills, CA 91343

Ship To:

Same

V 2510
fm 0413
R.C 10501

| SALESPERSON | P.O. NUMBER | DATE SHIPPED | SHIPPED VIA | F.O.B. POINT | TERMS |
|---|---|---|---|---|---|
| | 3367 | | | | net |

| QUANTITY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 3 HRS | ANGEL FACE/HAIR DESIGNS & SKETCHES | 50.00 | 150.00 |

Thanks Paula! ☺

| | |
|---|---|
| SUBTOTAL | 150.00 |
| SALES TAX @ 8.25% | 12.38 |
| SHIPPING & HANDLING | 0 |
| TOTAL DUE | 162.38 |

Customer Signature

**THANK YOU FOR YOUR BUSINESS!**

Exhibit 593
Brode
8/15/07  Pgs. 3
J'ana Siegers, CSR 10845

CONFIDENTIAL
ATTORNEY'S EYES ONLY

MGA001294

EXHIBIT 76

PAGE 612

## PURCHASE ORDER

ABC International Traders, Inc
dba MGA Entertainment
16730 Schoenborn St.
North Hills
CA            91343-6122

| | |
|---|---|
| PO Number: | PO03387 |
| Date: | 9/26/00 |
| Page: | 1 |

Order From:  CARTER H. BRYANT

Deliver to:  L.A. MAIN WAREHOUSE
16730 SCHOENBORN ST

REDACTED

NORTH HILLS
CA                   91343

| Your Item Number Item Description | Our Reference | Qty Ordered Date Requested | Units | Unit Cost Date Promised | Extension |
|---|---|---|---|---|---|
| | PRAYER ANGELS | 3.00 | Each | 50.00 | $150.00 |
| 1  ANGEL FACE/ HAIR DESIGNS AND SKETCH | PRAYER ANGELS | 9/22/00 1.00 | Each | 12.38 | $12.38 |
| SALES TAX @ 8.25% | | 9/22/00 | | | |

Please Quote Purchase Order Number on all correspondence.

| | |
|---|---|
| Subtotal: | $162.38 |
| Freight: | $0.00 |
| Tax amount: | $0.00 |
| Total Value: | $162.38 |

CONFIDENTIAL
ATTORNEY'S EYES ONLY

EXHIBIT _____ 76

PAGE _____ 613

MGA001295

Requisition # REQ02618
Requester    KLEGG

\* \* REQUISITION \* \*

Date                                                                                    Page: 1

| Item Number | Quantity | Units | Cost | Due Date | Total |
|---|---|---|---|---|---|
| PRAYER ANGELS<br>ANGEL FACE/ HAIR DESIGNS AND SKETCHES<br>8322-400 - | 3.00 | Each<br>Site: 01 | $50.00 | 9/22/00<br>Creditor: BRYANT | $150.00 |
| PRAYER ANGELS -<br>SALES TAX @ 8.25%<br>8322-400 - | 1.00 | Each<br>Site: 01 | $12.38 | 9/22/00<br>Creditor: BRYANT | $12.38 |

*PO 3367*

*P-6400*

*- 6400 ?*
*advance ref. ?*

| | |
|---|---|
| Requisition Total | $162.38 |

CONFIDENTIAL
ATTORNEY'S EYES ONLY

EXHIBIT ___ 70 ___

PAGE ___ 614 ___

MGA001296

**EXHIBIT 77**

September 18, 2000

Dear Kinuyo,

I enjoyed speaking with you on the phone today about possibly ordering a supply of your Hollow Saran hair fiber.

I would like to request a sample card of the different colors available and also, if possible, a sample card of the different curl sizes available.

The company I am working with is called MGA ENTERTAINMENT, and we are located in Los Angeles, CA. You can email me with any questions at: sophiesays@hotmail.com.

Please send the sample cards, along with price information to the following address:

MGA Entertainment
Attn: Carter Bryant
1319 W. 160th St.
Gardena, CA 90247
USA

My phone number, once again, is 310-538-3615

Thank you very much,

Sincerely,

Carter H. Bryant



DEPOSITION EXHIBIT
30
11-5-04    SH

BRYANT 01200
CONFIDENTIAL

EXHIBIT    77

PAGE    615

```
×××  T R A N S M I S S I O N   R E P O R T  ×××

SEP-17-00 17:55  ID:3102976835          KINKOS HAWTHORNE

  J O B   N U M B E R                        7 5 7
  I N F O R M A T I O N   C O D E            O K

  TELEPHONE NUMBER        01181334861084
  NAME(ID NUMBER)         0334861084
  START TIME              SEP-17-00 17:54
  PAGES TRANSMITTED       001      TRANSMISSION MODE      EMMR
  RESOLUTION              STD      REDIALING TIMES        00
  SECURITY                OFF      MAILBOX                OFF
  MACHINE ENGAGED         00'23

  THIS TRANSMISSION IS COMPLETED.
  LAST SUCCESSFUL PAGE    001
```

September 18, 2000

Dear Kinuyo,

I enjoyed speaking with you on the phone today about possibly ordering a supply of your Hollow Saran hair fiber.

I would like to request a sample card of the different colors available and also, if possible, a sample card of the different curl sizes available. We will likely be placing a large order for this hair very soon, as we will probably be using it on a new doll line.

The company I am working with is called MGA ENTERTAINMENT, and we are located in Los Angeles, CA. You can email me with any questions at: sophiesays@hotmail.com.

Please send the sample cards, along with price information to the following address:

MGA Entertainment
Attn: Carter Bryant
1319 W. 160th St.
Gardena, CA 90247
USA

My phone number, once again, is 310-538-3615

Thank you very much,

Sincerely,

Carter H. Bryant

BRYANT 01201
CONFIDENTIAL

EXHIBIT _____ 11
PAGE _____ 616

Inbox                                                         Page 1 of 2



**msn**

**Hotmail**° *sophiesays@hotmail.com*

Inbox   Compose   Addresses   Folders   Options                Calendar   Help

### Inbox

From:     "K. Shichijyo" <uccjapan@ma.rosenet.ne.jp> Save Address - Block Sender
To:       "Bryant Carter" <sophiesays@hotmail.com> Save Address
Subject:  **Hollow saran hair**
Date:     Mon, 18 Sep 2000 17:24:37 +0900

Reply      Reply All      Forward      Delete      Previous      Next      Close

Dear Mr. Bryant:

Thank you very much for your new inquiry of our hollow saran hair.
As per letter attached, I am sending yu color card of our hollow
saran hair.  If you have any other questions or requests, please
feel free to contact me at any time.

Meantime, as per your fax, you will likely be placing a large
order of the hair for your new doll line.
We would like to know how much order quantiy is expected
roughly when our hollow saran hair is used on your new doll lilne.

Thank you very much again of your new inquiry and we are
looking forward to start new business with you in the near future.

Best Regards,
K. Shichijyo
* * * * * * *
UNIVERSAL COMMERCE CORP., LTD.
E-MAIL : @uccjapan@ma.rosenet.ne.jp
TEL : +81-3-3407-8110   FAX : +81-3-3486-1084

☏ Attachment: MGAEntertainment.doc (157k) -- View Attachment

*Notice*: Attachments are automatically scanned for viruses using MCAFEE Click Here

Reply      Reply All      Forward      Delete      Previous      Next      Close

Move to [Move to Selected Folder]

.../getmsg?curmbox=F000000001&a=96929453094001231711&msg=MSG969269/18/00

BRYANT 01202
CONFIDENTIAL

EXHIBIT      77

PAGE      617

# Universal    Commerce    Corp.,    Ltd.

**Fax Transmission**

Fax 81-3-3486-1084    Tel 81-3-3407-8110

| | | | |
|---|---|---|---|
| Fax To | MGA Entertainment | Ref No. | F-16269/00 |
| Attn. | Mr. Carter Bryant | Date | Sept. 21, 2000 |
| From | K. Shichijyo | Page | 1/1 |

Dear Mr. Bryant:

Re Hollow Saran Yarn

Thank you very much for your call this morning.

As per Tel. conversation, I learned that you are going to make dolls in Hongkong. We have an representative in HK and they have curing facility in China.

If your vendor in Hongkong does not have curling facility, we will supply curl hair to your HK vendor thru our representative.

We do business with many HK doll makers and please let us know doll manufacturer name who will make dolls for you for our reference.

I am sending you one bag each of curl hair samples in 3mm 6mm 10mm 13mm

and 17mm by Airborne Express today. You will receive them early next week accordingly. As informed you, we will be glad to supply you any samples for your new development and please inform us color numbers and curl sizes required. We will send our samples to you or to your HK vendor according to your requirements.

As per your information, you are going to exhibit new dolls to Toy Fair in N.Y.

next year. We really hope that your new doll line will be successful and we will be more than happy to work with you on this project.

Thank you very much again and we are looking forward to your reply.

Best Regards,
K. Shichijyo

BRYANT 01203
CONFIDENTIAL

EXHIBIT ____77____

PAGE ____618____

**EXHIBIT 78**

ABC INTERNATIONAL TRADERS, INC.

ABC International Traders, Inc

**11086**

| VENDOR ID | NAME | | PAYMENT NUMBER | CHECK DATE | | 11086 |
|---|---|---|---|---|---|---|
| MARLOW | VERONICA MARLOW | | 012885 | 12/8/00 | | |

| OUR VOUCHER NUMBER | YOUR VOUCHER NUMBER | DATE | AMOUNT | AMOUNT PAID | DISCOUNT | WRITE-OFF | NET |
|---|---|---|---|---|---|---|---|
| 026604 | G000625 | 11/14/00 | $4,400.00 | $4,400.00 | $0.00 | $0.00 | $4,400.00 |
| 026605 | G000626 | 11/14/00 | $2,430.00 | $2,430.00 | $0.00 | $0.00 | $2,430.00 |
| COMMENT | | | $6,830.00 | $6,830.00 | $0.00 | $0.00 | $6,830.00 |

SFMS01042-1

Safeguard   LITHO USA   SFS.24Y  CK.25011 2Y  11 9P-

TO REORDER, CALL YOUR LOCAL SAFEGUARD DISTRIBUTOR AT 323-838-9496

M97SF004796

EXHIBIT ____78____

PAGE ____419____

Confidential - For Attorney's Eyes Only

MGA 0072161

# Veronica Marlow

12250 Woodley Ave.
**Granada Hills CA, 91344**
(818) 360-9158

# INVOICE

**INVOICE NO.:**  G000625

**DATE:**          11/14/00

Sold To:

Paula Treantafales
MGA Entertainment
16730 Schoenborn St.
North Hills, CA 91343

Ship To:

Same

| SALESPERSON | P.O. NUMBER | DATE SHIPPED | SHIPPED VIA | F.O.B. POINT | TERMS |
|---|---|---|---|---|---|
|  | PO03521 | 10/26/00 |  |  | net |

| QUANTITY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
|  | "Bratz" dolls research, development and support services from 9/29/00 to 10/20/00. |  |  |
| 18 hrs. | Brainstorm and development meetings. | 50.00 | 900.00 |
| 12 hrs. | Support for body sculpting and packaging. | 50.00 | 600.00 |
| 18 hrs. | Fashion research. | 50.00 | 900.00 |
| 19 hrs. | Fashion development and support. | 50.00 | 950.00 |
| 21 hrs. | Pattern and sample development. | 50.00 | 1,050.00 |

|  |  |
|---|---|
| SUBTOTAL | 4,400.00 |
| SALES TAX @ 8.25% | 363.00 |
| SHIPPING & HANDLING |  |
| TOTAL DUE | 4,763.00 |

*only pay*
*(per P.O.)*  **$4,400.00**

Customer Signature

## THANK YOU FOR YOUR BUSINESS!

EXHIBIT _____ 78

PAGE _____ 620

Confidential - For Attorney's Eyes Only

MGA 0072162

## PURCHASE ORDER

ABC International Traders, Inc
dba MGA Entertainment
16730 Schoenborn St.
North Hills
CA          91343-6122

PO Number:   PO03521
Date:        11/1/00
Page:        1

| Order From: | VERONICA MARLOW<br>12250 WOODLEY AVENUE | Deliver to: | L.A. MAIN WAREHOUSE<br>16730 SCHOENBORN ST |
|---|---|---|---|
| | GRANADA HILLS<br>91344          CA | | NORTH HILLS<br>CA          91343 |

| Your Item Number<br>Item Description | Our Reference | Qty Ordered<br>Date Requested | Units<br>Date Promised | Unit Cost | Extension |
|---|---|---|---|---|---|
| | BRATZ | 18.00<br>10/26/00 | Each | 50.00 | $900.00 |
| 1 | BRAINSTORM AND DEVELOPMENT MEETIN | | | | |
| | BRATZ | 12.00<br>10/26/00 | Each | 50.00 | $600.00 |
| 2 | SUPPORT FOR BODY SCULPTING AND PA | | | | |
| | BRATZ | 18.00<br>10/26/00 | Each | 50.00 | $900.00 |
| 3 | FASHION RESEARCH | | | | |
| | BRATZ | 19.00<br>10/26/00 | Each | 50.00 | $950.00 |
| 4 | FASHION DEVELOPMENT AND SUPPORT | | | | |
| | BRATZ | 21.00<br>10/26/00 | Each | 50.00 | $1,050.00 |
| | PATTERN AND SAMPLE DEVELOPMENT | | | | |

Please Quote Purchase Order Number on all correspondence.

Subtotal:       $4,400.00
Freight:        $0.00
Tax amount:     $0.00
Total Value:    $4,400.00

EXHIBIT ___18___

PAGE ___421___

Confidential - For Attorney's Eyes Only

MGA 0072163

Requisition # REQ02753
Requestor   KLEGG
Date

** REQUISITION **

Page: 1

| Item Number | Quantity | Units | Cost | Due Date | Total |
|---|---|---|---|---|---|
| BRATZ<br>BRAINSTORM AND DEVELOPMENT MEETING<br>8322-400 - | 18.00 | Each<br>Site: 01 | $50.00 | 10/26/00<br>Creditor: MARLOW | $900.00 |
| BRATZ<br>SUPPORT FOR BODY SCULPTING AND PACKAGING<br>8322-400 - | 12.00 | Each<br>Site: 01 | $50.00 | 10/26/00<br>Creditor: MARLOW | $600.00 |
| BRATZ<br>FASHION RESEARCH<br>8322-400 - | 18.00 | Each<br>Site: 01 | $50.00 | 10/26/00<br>Creditor: MARLOW | $900.00 |
| BRATZ<br>FASHION DEVELOPMENT AND SUPPORT<br>8322-400 - | 19.00 | Each<br>Site: 01 | $50.00 | 10/26/00<br>Creditor: MARLOW | $950.00 |
| BRATZ<br>PATTERN AND SAMPLE DEVELOPMENT<br>8322-400 - | 21.00 | Each<br>Site: 01 | $50.00 | 10/26/00<br>Creditor: MARLOW | $1,050.00 |

PO 3521
P - 7 349

Requisition Total        $4,400.00

EXHIBIT _____ 78

PAGE _____ 622

Confidential - For Attorney's Eyes Only

MGA 0072164

# Veronica Marlow

**12250 Woodley Ave.**
**Granada Hills CA, 91344**
**(818) 360-9158**



**INVOICE NO.:** G000626

**DATE:** 11/14/00

**Sold To:**

Paula Treantafales
MGA Entertainment
16730 Schoenborn St.
North Hills, CA 91343

**Ship To:**

Same

| SALESPERSON | P.O. NUMBER | DATE SHIPPED | SHIPPED VIA | F.O.B. POINT | TERMS |
|---|---|---|---|---|---|
|  | PO03522 | 10/26/00 |  |  | net |

| QUANTITY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
|  | "Bratz" dolls third party services from 10/13/00 to 10/20/00. |  |  |
| 49 hrs. | Third party sewing and pattern making support. | 30.00 | 1,470.00 |
| 32 hrs. | Third party sewing and pattern making support. | 30.00 | 960.00 |

| | |
|---|---|
| SUBTOTAL | 2,430.00 |
| SALES TAX @ 8.25% | 200.48 |
| SHIPPING & HANDLING | |
| TOTAL DUE | 2,630.48 |

*Only pay $2,430.00*
*(per P.O.)*

_____
**Customer Signature**

*THANK YOU FOR YOUR BUSINESS!*

EXHIBIT ___78___

PAGE ___023___

Confidential - For Attorney's Eyes Only

MGA 0072165

## PURCHASE ORDER

ABC International Traders, Inc
dba MGA Entertainment
16730 Schoenborn St.
North Hills
CA          91343-6122

PO Number:   PO03522
Date:        11/1/00
Page:        1

| Order From: | VERONICA MARLOW | | Deliver to: | L.A. MAIN WAREHOUSE |
|---|---|---|---|---|
| | 12250 WOODLEY AVENUE | | | 16730 SCHOENBORN ST |
| | GRANADA HILLS | | | NORTH HILLS |
| | 91344 | CA | | CA          91343 |

| Your Item Number Item Description | Our Reference | Qty Ordered Date Requested | Units | Unit Cost Date Promised | Extension |
|---|---|---|---|---|---|
| | BRATZ | 49.00 | Each | 30.00 | $1,470.00 |
| THIRD PARTY SEWING AND PATTERN MAK | | 10/26/00 | | | |
| 1 | BRATZ | 32.00 | Each | 30.00 | $960.00 |
| THIRD PARTY SEWING AND PATTERN MAK | | 10/26/00 | | | |

Please Quote Purchase Order Number on all correspondence.

| | |
|---|---|
| Subtotal: | $2,430.00 |
| Freight: | $0.00 |
| Tax amount: | $0.00 |
| Total Value: | $2,430.00 |

Confidential - For Attorney's Eyes Only

EXHIBIT _____ 78 _____

PAGE _____ 624 _____

MGA 0072166

Requisition #  REQ02754            * * REQUISITION * *
Requestor   KLEGG

Date                                                                        Page:  1

| Item Number | Quantity | Units | Cost | Due Date | Total |
|---|---|---|---|---|---|
| BRATZ | 49.00 | Each | $30.00 | 10/26/00 | $1,470.00 |
| THIRD PARTY SEWING AND PATTERN MAKING SUPI Site: 01 | | | | Creditor: MARLOW | |
| 8322-400 - | | | | | |
| BRATZ | 32.00 | Each | $30.00 | 10/26/00 | $960.00 |
| THIRD PARTY SEWING AND PATTERN MAKING SUPI Site: 01 | | | | Creditor: MARLOW | |
| 8322-400 - | | | | | |

PO 3522
P - 7350

Requisition Total        $2,430.00

EXHIBIT ___78___

PAGE ___625___

MGA 0072167

Confidential - For Attorney's Eyes Only

**EXHIBIT 79**

Wed, Oct 18, 2000  10:18 PM

**From:** Liz Hogan <lizhogan@earthlink.net>
**To:** paula treanntafelles <ptreantafelles@mgae.com>
**Cc:** steve linker <link67@earthlink.net>
**Date:** Thursday, October 12, 2000 7:47 PM
**Subject:** questions: BRATS

FMA — 2/1

paula and carter,
(please forward to carter, i dont have his email)

steve and i would like to meet with you and carter on monday
to maybe get some of the art...so we can get going....
let us know what time and where is good for you.

here are some questions and comments on the Brats project:

✓ 1. we need some spec sheets calling out sizes and dimensions
on the dolls and the accessories   copies — TODAY

✓ 2. we need the existing art boards that we saw in the mtg.
or good color copies.   copies

3. is the name "BRATS" confirmed or can we work on it/change it? → need new name by end of month.
FOR GIRLS TOO.

— 4. do you have photos/jpegs of the sculpts? — casts by next week FOR Ref.

5. are the renderings of the outfits (that we saw)
the confirmed outfits that you will be manufacturing?

6. is there any packaging brief?

thanks,
liz

DEADLINES

12/15 — WAL-MART MTg.
TRADE DRESS

"DOUBLE TROUBLE"

[BRATS]

11/20 (?) — TARGET — WHITE BOX — FOR PLAN-A-GRAMS.
Box whites FOR Planograms.

11/

DEP. EX. NO. 320
FOR I.D. AS OF   9-13-06p

EXHIBIT   79

PAGE   626

Page 1 of 1

SL00001

**EXHIBIT 80**

Sat, Oct 22, 2005  12:23 AM

**From:** Liz Hogan <lizhogan@earthlink.net>
**To:** paula treanntafelles <ptreantafelles@mgae.com>
**Cc:** steve linker <link67@earthlink.net>
**Date:** Saturday, October 14, 2000 6:06 PM
**Subject:** Packaging Estimate: Brats

Paula-

The following is the estimate for the Brats Trade Dress and packaging design project.
It looks like a lot but it covers every possible area we could think of that might come
up during the next couple of months, including a couple rounds of revisions, hiring
illustrators, and/or photography, and it also includes our full dedication that you
requested. Our costs will be balanced out according to what we provide you on this
project. Meaning, we will only charge you for the time we spend working on the
project and not the full quote amount unless we reach that mark at any time (highly
unlikely-but worse case scenario). If that is the case we will notify you on where we
are at during each phase.

we look forward to getting started, thanks.

Steven Linker
Penny Arcade. Inc.
310-395-1205

**Packaging Estimate: Brats** (small doll line)
4 Sku's - 12.99 Retail  (9" dolls)
2 Sku's - 4.99 Retail  (Dress Packs)
1 Sku -  9.99 Retail (Hair Pack)

EXHIBIT _____ 80

PAGE _____ 627

DEP. EX. NO. 321
FOR I.D. AS OF ____ 9-13-06 pk

Page 1 of 3

SL00005

**Dieline:**
box development (pencil sketctches) – 600.00
dieline/ 3 structures (engineered, w/mock-up)  – 1050.00
(1 round of revisions included)
Total: 1650.00

**Phase 1**
trade dress exploration, research and concepting /3 unique directions
includes:
product shots FPO (digital) – 1,500.00
logo development – 5,000.00 –7,,500 (ave. 6,000.00)
tag line/burst copy and fonts – 1,500.00 – 2,500.00
color palette exploration-pms chips – 600.00
background patterns/design/research  – 5,000.00 –7,500.00
support art/icons – 4,000.00 – 4,500.00
Total: 17,600.00 – 24,000.00

–meet to review 11/01/00
comments and changes (board art for sales mtg) 11/06
need additional 2 weeks in this concepting stage –if possible

**Phase 2**
(MGA to make comments –style/direction is chosen)

logo finals – 4,000.00 – 6,000.00
stylized illustrations (girl poses) production ready – 8,000.00 – 10,000.00
art, icons/element – 1,000.00 – 3,000.00
copy approved – 2,000.00
product and kid photoshoot – 9,000.00–13,000.00
(includes model fees, supplies, hi-res scan, art direction)
MGA legal copy, safety copy, logos, UPC provided – 2,000.00
build 3 dielines (illustrator) – 1,100.00
print outs, mock ups – 3,000.00 – 3,500.00
Total: 30,100.00 – 40,600.00

–status review 12/011
–date approved samples will be ready for photoshoot???

**Phase 3**
set all 7 boxes/ backercards for print production
clean-up, spell check, final approvals MGA

EXHIBIT _____ 80

PAGE _____ 628

FMA includes hi res scans from photoshoot,
layered files provided on disk to MGA and
print outs, final mock ups
press proof -optional LA - 350.00
Total: 7,350.00 -10,000.00

-FMA due TBA
Total: 57,600.00 - 7,6250.00

*all mock-ups will be created to scale
no rush fee's are included

EXHIBIT _____ 80

PAGE _____ 629

Page 3 of 3

SL00007

**EXHIBIT 81**

FROM :                          FAX NO. :                        Apr. 07 2000 06:51PM  P3



FASHION PAK
STUDY HALL STYLE!

T-SHIRT
- MARY JANE SNEAKERS
- GLASSES
- LAPTOP
- BOOKS
- NOTEBOOK
- CELL PHONE

EXHIBIT ___81___
PAGE ___630___
KMW-M 01647

CONFIDENTIAL
ATTORNEYS' EYES ONLY

FROM :        FAX NO. :        Apr. 07 2000 06:53PM P1

FASHION PAK
STUDY HALL STYLE!



- TSHIRT
- PANTS
- MARY JANE SNEAKERS
- GLASSES
- LAPTOP
- BOOKS
- NOTEBOOK
- CELL PHONE

EXHIBIT ___81___
PAGE ___631___
KMW-M 01648

CONFIDENTIAL
ATTORNEYS' EYES ONLY



Confidential - For Attorney's Eyes Only

EXHIBIT _____ 81

PAGE _____ 632

MGA HK 0001928



Confidential - For Attorney's Eyes Only

EXHIBIT ____ 81

PAGE ____ 633

MGA HK 0001935

FROM :                                    FAX NO. :                              Apr. 07 2000 06:50PM P1



CONFIDENTIAL ATTORNEYS' EYES ONLY

KMW-M 007726

EXHIBIT ___81___

PAGE ___634___



CONFIDENTIAL ATTORNEYS' EYES ONLY

KMW-M 007729

EXHIBIT _____ 81

PAGE _____ 635

FROM :

FAX NO. :

Apr. 03 2000 12:36PM  P2



CONFIDENTIAL ATTORNEYS' EYES ONLY

KMW-M 007734

EXHIBIT _____ 81

PAGE _____ 636

FROM :                                FAX NO. :                    Apr. 18 2000 07:57AM P3



NO
TWEEDY/FELT
W/GRANNY
SQUARES,
BROWN W/
BEIGE
BLANKET
STICH
YASMIN

black topstitch

JADE

Surfect

SILVER NYLON
W/ RED TYPE

Oyster white
nylon heavy duty

animal
print

aqua
perfurd
vinyl
piping

FIONA

WHITE PEARLIZED VINYL
W/ANIMAL PRINT FLAP
& ELASTICIZED CLASP,
BLACK PIPING &
RIBBON

Orange Jute
navy

1/16  1/4  3/8

stripe on sid

KADEISHA

LIGHT BLUE NYLON w/stripe & strap like
YASMIN / ORANGE / SILVER
TRIM ... JUTE FLAP ??



strap
1/4"
(only)

FINAL DESIGNS



YASMIN

BROWN "SUEDE-Y" LOOKING FABRIC
W/BEIGE WHIPSTITCHING,
BLUE, PURPLE CROCHET BODY

EXHIBIT __81__

PAGE __637__

ATTORNEY'S EYES
ONLY                    BRYANT 00167

**EXHIBIT 82**

| From: | Isaac Larian |
|---|---|
| Sent: | Tuesday, October 10, 2000 6:38 PM |
| To: | Victoria O'Connor |
| Cc: | Dennis Medici |
| Subject: | RE: CARTER COMPENSATION |

from the date he signed the contract.

-----Original Message-----
| From: | Victoria O'Connor |
|---|---|
| Sent: | Tuesday, October 10, 2000 10:56 AM |
| To: | Isaac Larian |
| Cc: | Dennis Medici |
| Subject: | FW: CARTER COMPENSATION |

Do you want to start his salary for the month of Octoebr since he began in September? Please advise.

-----Original Message-----
| From: | Paula Treantafelles |
|---|---|
| Sent: | Tuesday, October 10, 2000 9:02 AM |
| To: | Victoria O'Connor |
| Subject: | RE: CARTER COMPENSATION |

I would say that Carter has worked on average about 4 hours a day and we began working on
this line the first part of September.

-----Original Message-----
| From: | Victoria O'Connor |
|---|---|
| Sent: | Tuesday, October 10, 2000 8:11 AM |
| To: | Paula Treantafelles |
| Subject: | FW: CARTER COMPENSATION |

Please let me know how many hours Carter has worked and the day he started meetings with you.  Thanks.

-----Original Message-----
| From: | Dennis Medici |
|---|---|
| Sent: | Tuesday, October 10, 2000 6:46 AM |
| To: | Victoria O'Connor |
| Subject: | CARTER COMPENSATION |

Victoria,
Please reply what amount we should pay Carter and have Isaac approve.  Thanks.

Dennis Medici
MGA Entertainment
(818) 894-2525
(818) 830-7176 fax

_TT_ EX. NO. _305_
_1_ PAGES _7, 18, 06_
A. PRAXMARER, CSR • WIT: _LARIAN_

1

CONFIDENTIAL
ATTORNEY'S EYES ONLY                MGA004717

30 5

EXHIBIT _82_
PAGE _638_

**EXHIBIT 83**

| | |
|---|---|
| From: | |
| To: | Nana Ashong |
| CC: | Victoria O'Connor; Paula Treantafelles; Martin Hitch |
| BCC: | Jackie Bielke |
| Sent Date: | 2001-09-06 18:26:01:921 |
| Received Date: | 2001-09-06 18:26:02:015 |
| Subject: | For Your Reference |
| Attachments: | Nana Ashong.vcf |

Here are key legally relevant dates for Bratz (this is how they appear on our copyright applications):

Date Of Creation: 09/18/00
Shown To Public - 02/12/01
First In Commerce - 05/21/01


Nana



*Nana Ashong*
*Associate Product Manager*
MGA Entertainment
nashong@mgae.com
http://www.mgae.com
818.894.2525 ext. 171
800-222-4685 x119 (outside CA)
818.894.8094 FAX
<<...>>

Confidential - For Attorney's Eyes Only

Δ π EXHIBIT 551
Deponent ARMSTRONG
Date 8/1/02 Rptr. AC
WWW.DEPOBOOK.COM

EXHIBIT _____ 83

PAGE _____ 639

MGA 0069426

# Nana Ashong
## Asso. Product Manager
Ext. 171      ( Work Voice )

Nashong@mgae.com        ( Preferred Internet )

Version
2.1

Name

Family:   Ashong
First:   Nana
Middle:
Prefix:
Suffix:

Formatted Name
Nana Ashong

Title
Asso. Product Manager

Telephone Number      ( Work Voice )
Ext. 171

Electronic Mail Address      ( Preferred Internet )
Nashong@mgae.com

Last Revision
20010525T222658Z

Confidential - For Attorney's Eyes Only

EXHIBIT _____ 83 _____
551-2
MGA 0069427

PAGE _____ 640 _____

**EXHIBIT 84**

CONFIDENTIAL

TO: MGA Eentertainment

| NAME | ANNA RHEE | SHIP TO | |
|---|---|---|---|
| ADDRESS | 1613 FORD AVE. | ADDRESS | |
| CITY, STATE, ZIP | REDONDO BCH, CA. 90278 | CITY, STATE, ZIP | |

| ORDER NUMBER | DEPT. | SALESMAN | WHEN SHIP. | TERMS | HOW SHIP. | DATE |
|---|---|---|---|---|---|---|
| | | | | 30 DAY | | 6/12/00 |

| QUANTITY | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| 2 | Angel baby Doll Heads        price → | $ | 400. 00 |
| | tax → | $ | 33. 00 |
| | TOTAL PRICE → | $ | 433. 00 |
| | INCLUDING TAX | | |
| | (PAID) | | |
| | Request by | | |
| | Kerri Legg | | |

EXHIBIT
Rhee
201
2/3/05

PENGAD 800-631-6989

BUYER:

EXHIBIT ___84___

PAGE ___641___

201-1

AR 0001

CONFIDENTIAL

TO: MGA Entertainment

| NAME | | | | SHIP TO | | |
|------|---|---|---|---|---|---|
| ANNA RHEE | | | | | | |
| ADDRESS | | | | ADDRESS | | |
| 1613 FORD AVE. | | | | 16730 Schoenborn St. | | |
| CITY, STATE, ZIP | | | | CITY, STATE, ZIP | | |
| REDONDO BCH Ca. 90278 | | | | North Hills. CA. 91343 | | |

| ORDER NUMBER | DEPARTMENT | SALESPERSON | WHEN SHIP | TERMS | HOW SHIP | DATE |
|---|---|---|---|---|---|---|
| | | | | 30 DAYS | | 8/29/00 |

| QUANTITY | DESCRIPTION | | PRICE | AMOUNT |
|---|---|---|---|---|
| 4 | ~~Ang~~ Angel Faces (4 Vertions) | price → tax → | | $ 800 00 $ 66 00 |
| | | TOTAL PRICE → INCLUDING TAX | | $ 866 00 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | Request by Paula Treantafelos | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

BUYER:

Adams
'00

KEEP THIS SLIP FOR REFERENCE

2c1-2

EXHIBIT ___84___

PAGE ___642___

AR 0002

CONFIDENTIAL

NAME ~RHEE
ADDRESS 7/3  FORD  AVE.
CITY, STATE, ZIP  REDONDO  BCH,  CA- 90278

ADDRESS 16730 Schoenborn St.
CITY, STATE, ZIP  North Hills, CA- 91343

| ORDER NUMBER | DEPARTMENT | SALESPERSON | WHEN SHIP | TERMS | HOW SHIP | DATE |
|---|---|---|---|---|---|---|
| | | | | 30 DAYS | | 9/8/00 |

| QUANTITY | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| 5 | Angel Faces ($200. each | | $ 1,000.00 |
| | | | $ 82.50 |
| | | | $ 1,082.50 |

PAID

Request by Paula Treantafales

BUYER:

Adams
100

KEEP THIS SLIP FOR REFERENCE

201-3

AR 0003

EXHIBIT  B4

PAGE  043

CONFIDENTIAL

| NAME | | | | | | | |
|---|---|---|---|---|---|---|---|
| ANNA RHEE | | | | SHIP TO | | | |
| ADDRESS 1613 FORD AVE. | | | | ADDRESS 16730 Schoenborn St | | | |
| CITY, STATE, ZIP REDONDO BCH. CA. 90278 | | | | CITY, STATE, ZIP North Hills, CA. 91343 | | | |
| ORDER NUMBER | DEPARTMENT | SALESPERSON | WHEN SHIP | TERMS 30 DAYS | HOW SHIP | DATE 9/12/00 | |

| QUANTITY | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| 2 | Angel Faces (A.S.A.P RUSH) overnight | price → $ 600.00 tax → $ 49.50 | |
| | TOTAL PRICE → $ 649.50 INCLUDING TAX | | |
| | | | |
| | | | |
| | Request by Paula Trantafales | | |
| | | | |
| | | | |

BUYER:

dams

KEEP THIS SLIP FOR REFERENCE

201-4

EXHIBIT ___84___

PAGE ___644___

AR 0004

CONFIDENTIAL

TO: MGA ENTERTAINMENT

| NAME | SHIP TO | | |
|---|---|---|---|
| ANNA RHEE | | | |
| ADDRESS | ADDRESS | | |
| 1613 FORD AVE. | 16730 Schoenborg St. | | |
| CITY, STATE, ZIP | CITY, STATE, ZIP | | |
| REDONDO BCH CA. 90278 | North Hills, CA. 91343 | | |

| ORDER NUMBER | DEPARTMENT | SALESPERSON | WHEN SHIP | TERMS | HOW SHIP | DATE |
|---|---|---|---|---|---|---|
| | | | | 30 DAYS | | 9/18 00 |

| QUANTITY | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| 2 | Angel Black Faces (A-S-A-P RUSH) | | $ 600.00 |
| 1 | Lips on another blk LH overnight | | $ 20.00 |
| | | | |
| | price → | | $ 620.00 |
| | tax → | | $ 51.15 |
| | TOTAL PRICE → | | $ 671.15 |
| | INCLUDING TAX | | |
| | | | |
| | Request by Paula Trantafales | | |

BUYER:

EZ Adams
8100

KEEP THIS SLIP FOR REFERENCE

201-5

EXHIBIT ____ 84

PAGE ____ 648

AR 0005

CONFIDENTIAL

Book #2

2x1-6

EXHIBIT ____84____

PAGE ____646____

AR 0006

CONFIDENTIAL

052651

TO: MGA ENTERTAINMENT

| NAME | | SHIP TO | |
|---|---|---|---|
| ANNA RHEE | | | |
| **ADDRESS** | | **ADDRESS** | |
| 1613 FORD AVE. | | 16730 Schoenborg st. | |
| **CITY, STATE, ZIP** | | **CITY, STATE, ZIP** | |
| R. B.   CA. 90278 | | North Hills, CA. 91343 | |

| ORDER NUMBER | DEPARTMENT | SALESPERSON | WHEN SHIP | TERMS | HOW SHIP | DATE |
|---|---|---|---|---|---|---|
| | | | | 30 DAYS | | 9/19/00 |

| QUANTITY | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| 3 | Doll face Lips redone          price → | $ 50. | 00 |
| | tax → | $ 4. | 13 |
| | TOTAL PRICE  → | $ 59. | 13 |
| | INCLUDING TAX | | |
| | | | |
| | | | |
| | | | |
| | Request by Paula Trantafales | | |

BUYER:

ACCOUNTS
100

○  KEEP THIS SLIP FOR REFERENCE  ○

201-7

AR 0007

EXHIBIT _____ 84

PAGE _____ 647

CONFIDENTIAL

052657

TO: MGA ENTERTAINMENT

| NAME ANNA RHEE | SHIP TO |
|---|---|
| ADDRESS 1613 FORD AVE. | ADDRESS 16730 Schoenborg St |
| CITY, STATE, ZIP REDONDO BCH, CA · 90278 | CITY, STATE, ZIP North Hills, CA· 91343 |

| ORDER NUMBER | DEPARTMENT | SALESPERSON | WHEN SHIP | TERMS | HOW SHIP | DATE |
|---|---|---|---|---|---|---|
| | | | | 30 DAYS | | 10/17/00 |

| QUANTITY | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| 1 | detailed scetch of Angel's face | $ | 75.00 |
| 1 | touch-up. | $ | 25.00 |
| 2 | set of color swatches & specification | $ | 100.00 |
| | price → | | $200.00 |
| | tax → | | $16.50 |
| | TOTAL PRICE → INCLUDING TAX | | $216.50 |
| | | | |
| | | | |
| | | | |
| | Request by Paula Trantafuless | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

BUYER:

E.Adams
4100

KEEP THIS SLIP FOR REFERENCE

201-8

EXHIBIT _____ 84

AR 0008

PAGE _____ 048

CONFIDENTIAL



052661

(818) 894-2525

M.G.A. Entertainment

| NAME ANNA RHEE | SHIP TO 16730 Schoenborn St. |
|---|---|
| ADDRESS 1613 FORD AVE. | ADDRESS North Hills, CA. 91343-6122 |
| CITY, STATE, ZIP REDONDO BCH, CA. 90278 | CITY, STATE, ZIP |

| ORDER NUMBER | DEPARTMENT | SALESPERSON | WHEN SHIP | TERMS | HOW SHIP | DATE |
|---|---|---|---|---|---|---|
| | | | | 30 DAYS | | 11/16/06 |

| QUANTITY | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| 3 | pairs of shoes | | $250.00 |
| 2 | animated doll faces | | $400.00 |
| 1 | jumping rope face | | $200.00 |
| 1 | touch-up (removal of old face paint) | | $10.00 |
| | price → | | $860.00 |
| | tax → | | $70.95 |
| | TOTAL PRICE → INCLUDING TAX | | $930.95 |
| | PAID | | |
| | Request by Paula Treantafeles | | |

BUYER:

⑤Adams
3100

KEEP THIS SLIP FOR REFERENCE

AR 0009

EXHIBIT _____ 84

PAGE _____ 649

CONFIDENTIAL

052664

TO: MGA ENTERTAINMENT

| NAME | | | | SHIP TO | | | |
|---|---|---|---|---|---|---|---|
| ANNA RHEE | | | | | | | |
| ADDRESS | | | | ADDRESS | | | |
| 1613 FORD AVE. | | | | 16730 Schoenburg St. | | | |
| CITY, STATE, ZIP | | | | CITY, STATE, ZIP | | | |
| REDONDO BCH, CA. 90278 | | | | North Hills, CA. 91343 | | | |

| ORDER NUMBER | DEPARTMENT | SALESPERSON | WHEN SHIP | TERMS | HOW SHIP | DATE |
|---|---|---|---|---|---|---|
| | | | | 30 DAYS | | 11/20/00 |

| QUANTITY | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| 2 | touch-up (color change & shap alterations) faces | price → $ | 150.00 |
| | | tax → $ | 12.38 |
| | | TOTAL PRICE → $ | 162.38 |
| | INCLUDING TAX | | |

PAID

Request by Paula Trantafoles

IYER:

C.Adams
#100

KEEP THIS SLIP FOR REFERENCE

2C 1-10

84

AR 0010

PAGE ____ 650

CONFIDENTIAL

052669

TO: MGA ENTERTAINMENT

| NAME | ANNA RHEE | SHIP TO | |
|---|---|---|---|
| ADDRESS | 1613 FORD AVE. | ADDRESS | 16730 Schoenburg St. |
| CITY, STATE, ZIP | REDONDO BCH, CA. 9008 | CITY, STATE, ZIP | North Hills, CA. 91343 |

| ORDER NUMBER | DEPARTMENT | SALESPERSON | WHEN SHIP | TERMS | HOW SHIP | DATE |
|---|---|---|---|---|---|---|
| | | | | 30 DAYs | | 11/29/00 |

| QUANTITY | DESCRIPTION | | PRICE | AMOUNT |
|---|---|---|---|---|
| 2 | jump rope dolls | price → | $ | 400.00 |
| | | tax → | $ | 33.00 |
| | | TOTAL PRICE → | $ | 433.00 |
| | | INCLUDING TAX | | |

Request by Paula Trantafalas

BUYER:

Adams
4100

KEEP THIS SLIP FOR REFERENCE

EXHIBIT ____ 84

PAGE ____ 051

AR 0011

CONFIDENTIAL

052666

TO: MGA ENTERTAINMENT

| NAME ANNA RHEE | SHIP TO |
| ADDRESS 1613  FORD AVE. | ADDRESS 16730 Schienburg  St. |
| CITY, STATE, ZIP REDONDO  BCH, CA. 90278 | CITY, STATE, ZIP North Hills, CA. 91343 |

| ORDER NUMBER | DEPARTMENT | SALESPERSON | WHEN SHIP | TERMS | HOW SHIP | DATE |
|---|---|---|---|---|---|---|
|  |  |  |  | 30 DAYS |  | 11 / 25/00 |

| QUANTITY | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| 1 | set of color swatches & specifications          price → |  | $100.00 |
| 1 | Lip color redue |  |  |
|  | tax → |  | $ 8.25 |
|  | TOTAL PRICE → |  | $108.25 |
|  | INCLUDING TAX |  |  |
|  | Request by Paula Trantatales |  |  |

BUYER:

ADAMS
8100

KEEP THIS SLIP FOR REFERENCE

201-12

EXHIBIT _____ 84 _____

PAGE _____ 682 _____

AR 0012

CONFIDENTIAL

052671

TO: MGA ENTERTAINMENT

| NAME | | | | SHIP TO | | |
|------|--|--|--|---------|--|--|
| ANNA RHEE | | | | | | |

| ADDRESS | | | | ADDRESS | | |
|---------|--|--|--|---------|--|--|
| 1613 FORD AVE. | | | | 16730 Schoenburg St. | | |

| CITY, STATE, ZIP | | | | CITY, STATE, ZIP | | |
|------------------|--|--|--|------------------|--|--|
| REDONDO BCH CA. 90278 | | | | North Hills, CA. 91343 | | |

| ORDER NUMBER | DEPARTMENT | SALESPERSON | WHEN SHIP | TERMS | HOW SHIP | DATE |
|--------------|-----------|-------------|-----------|-------|----------|------|
| | | | | 30 DAYS | | 12/7/00 |

| QUANTITY | DESCRIPTION | PRICE | AMOUNT |
|----------|-------------|-------|--------|
| 4 | asian, hispanic, white, black doll faces          price → | $ | 800.00 |
| | tax → | $ | 66.00 |
| | TOTAL PRICE → | $ | 866.00 |
| | INCLUDING TAX | | |
| | | | |
| | Request by Paula Trantafalas | | |
| | & | | |
| | Carter Bryant | | |

BUYER:

EXHIBIT ___ 84

PAGE ___ 603

WI-13

AR 001