CONFIDENTIAL

052672

TO: MGA ENTERTAINMENT

| NAME | ANNA RHEE | SHIP TO | |
|---|---|---|---|
| ADDRESS | 1613 FORD AVE. | ADDRESS | 16730 Schoenborg St. |
| CITY, STATE, ZIP | REDondo BCH, CA. 90278 | CITY, STATE, ZIP | NorTh Hills, CA. 91343 |

| ORDER NUMBER | DEPARTMENT | SALESPERSON | WHEN SHIP | TERMS | HOW SHIP | DATE |
|---|---|---|---|---|---|---|
| | | | | 30 DAYs | | 12 / 7 / 00 |

| QUANTITY | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| 2 | Jumping Rope dolls | $ | 400.00 |
| 1 | pair shoes | $ | 75.00 |
| | | | |
| | price→ | $ | 475.00 |
| | tax→ | $ | 39.19 |
| | TOTAL PRICE → | | $ 514.19 |
| | INCLUDING TAX | | |
| | | | |
| | | | |
| | | | |
| | Request by Paula Frontatoles | | |
| | & | | |
| | Maureen | | |

BUYER:

Adams
9100

KEEP THIS SLIP FOR REFERENCE

201-14

AR 0014

EXHIBIT 84

PAGE 654

CONFIDENTIAL

TO: MGA ENTERTAINMENT

| NAME | | | SHIP TO | | | |
|---|---|---|---|---|---|---|
| ANNA RHEE | | | | | | |
| ADDRESS 1613 FORD AVE. | | | ADDRESS 16730 Schoenborg St. | | | |
| CITY, STATE, ZIP REDONDO BCH, CA-90278 | | | CITY, STATE, ZIP North Hills, CA. 91343 | | | |

| ORDER NUMBER | DEPARTMENT | SALESPERSON | WHEN SHIP | TERMS | HOW SHIP | DATE |
|---|---|---|---|---|---|---|
| | | | | 30 DAYs | | 12/8/00 |

| QUANTITY | DESCRIPTION | | PRICE | AMOUNT |
|---|---|---|---|---|
| 1 | Large doll face | price → | $ | 200.00 |
| | | tax → | $ | 16.50 |
| | | TOTAL PRICE → | $ | 216.50 |
| | | INCLUDING TAX | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | Request by Paula Trantafelos | | | |
| | & | | | |
| | Mercedeh Ward | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

BUYER:

Adams
100

KEEP THIS SLIP FOR REFERENCE

20115

EXHIBIT 84

PAGE 655

AR 0015

CONFIDENTIAL

052675

M G . A .   ENTERTAINMENT

| NAME | | | | | |
|---|---|---|---|---|---|
| ANNA RHEE | | | SHIP TO | | |
| **ADDRESS** 1613 FORD AVE. | | | **ADDRESS** | | |
| **CITY, STATE, ZIP** REDONDO BCH, C1. 90278 | | | **CITY, STATE, ZIP** | | |

| ORDER NUMBER | DEPARTMENT | SALESPERSON | WHEN SHIP | TERMS | HOW SHIP | DATE |
|---|---|---|---|---|---|---|
| | | | | 30 DAYS | | 12/12/00 |

| QUANTITY | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| 2 | touch - up designs | $ 150. | 00 |
| 1 | touch up scratches on skin (no charge) | | |
| 1 | shoes | $ 75. | 00 |
| | | $ 225. | 00 |
| | | $ 18. | 56 |
| | | $ 243.56 | |
| | | | |
| | | | |
| | | | |
| | | | |
| | Request by Carter Bryant | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

YER:

Adams '00

KEEP THIS SLIP FOR REFERENCE

70176

EXHIBIT _____ 84 _____   AR 0016

PAGE _____ 656

CONFIDENTIAL

052678

(818) 894-2525 X 105

M.G.A. ENTERTAINMENT

| NAME ANN NGERHEE | SHIP TO |
|---|---|
| ADDRESS 16313 F. FORD. AVE. | ADDRESS |
| CITY, STATE, ZIP REDONDO BCH, CA. 90278 | CITY, STATE, ZIP |

| ORDER NUMBER. | DEPARTMENT | SALESPERSON | WHEN SHIP | TERMS 30 DAYS | HOW SHIP | DATE 12/13/00 |
|---|---|---|---|---|---|---|

| QUANTITY | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| 1 | Peek-a-Boo doll | price → $ | 200 00 |
| | | tax → | 16. 50 |
| | | TOTAL PRICE | 216.50 |
| | | INCLUDING TAX | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | PAID | | |
| | | | |
| | Request by Mercedeh Ward | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

BUYER:

AGENTS 100

KEEP THIS SLIP FOR REFERENCE

EXHIBIT 84

PAGE 657

20117

AR 0017

CONFIDENTIAL

052680

M.G.A. ENTERTAINMENT

| NAME | | | | SHIP TO | | | |
|---|---|---|---|---|---|---|---|
| ANNA RHEE | | | | | | | |
| **ADDRESS** | | | | **ADDRESS** | | | |
| 1613 FORD AVE. | | | | | | | |
| **CITY, STATE, ZIP** | | | | **CITY, STATE, ZIP** | | | |
| REDONDO BCH, CA. 90278 | | | | | | | |

| ORDER NUMBER | DEPARTMENT | SALESPERSON | WHEN SHIP | TERMS | HOW SHIP | DATE |
|---|---|---|---|---|---|---|
| | | | | 30 DAYS | | 12/22/00 |

| QUANTITY | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| 4 | Peek-a-Boo doll | | $ 800.00 |
| 1 | Walking, growing type doll | | $ 200.00 |
| | | | |
| | | price → | $ 1,000.00 |
| | | tax → | $ 82.50 |
| | TOTAL PRICE → INCLUDING TAX | | $ 1,082.50 |
| | | | |
| | | | |
| | | | |
| | Request by Mersedeh Ward | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| BUYER: | | | |

ADAMS
00

KEEP THIS SLIP FOR REFERENCE

201-18

AR 0018

EXHIBIT _____ 84

PAGE _____ 058

CONFIDENTIAL

M. G·A· ENTERTAINMENT

| NAME | | | | SHIP TO | | | |
|---|---|---|---|---|---|---|---|
| ANNA RHEE | | | | | | | |

| ADDRESS | | | | ADDRESS | | | |
|---|---|---|---|---|---|---|---|
| 1613 FORD AVE. | | | | 6730 Schoenborg St. | | | |

| CITY, STATE, ZIP | | | | CITY, STATE, ZIP | | | |
|---|---|---|---|---|---|---|---|
| REDONDo BCH, CA· 90278 | | | | North Hills, CA 91343 | | | |

| ORDER NUMBER | DEPARTMENT | SALESPERSON | WHEN SHIP | TERMS | HOW SHIP | DATE |
|---|---|---|---|---|---|---|
| | | | | 30 DAYS | | 12/27/00 |

| QUANTITY | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| 4 | Bodies painted | | 60 00 |
| 11 | pairs of shoes | | 825 00 |
| 4 | Faces | | 800 00 |
| | price→ | # | 1,685 06 |
| | tax→ | | 139 01 |
| | TOTAL PRICE→ | | 1,824 07 |
| | INCLUDING TAX | | |
| | Request by Carter Bryant | | |

BUYER:

KEEP THIS SLIP FOR REFERENCE

EXHIBIT 84

PAGE 659

CONFIDENTIAL

M.G.A. ENTERTAINMENT

| NAME ANNA RHEE | | | | SHIP TO | | |
|---|---|---|---|---|---|---|
| ADDRESS 1610 FORD AVE. | | | | ADDRESS 16730 Schoenborg St. | | |
| CITY, STATE, ZIP REDONDO BCH. CA. 90278 | | | | CITY, STATE, ZIP North Hills, CA. 91343 | | |

| ORDER NUMBER | DEPARTMENT | SALESPERSON | WHEN SHIP | TERMS 30 DAYS | HOW SHIP | DATE 12/27/00 |
|---|---|---|---|---|---|---|

| QUANTITY | DESCRIPTION | | PRICE | AMOUNT |
|---|---|---|---|---|
| 5 | Large jump rope dolls | | | 1,000.00 |
| 2 | Large braided hair dolls | | | 800.00 |
| | | | | |
| | | price → | $ | 1,400.00 |
| | | tax → | $ | 115.50 |
| | TOTAL PRICE → | | $ | 1,515.50 |
| | INCLUDING TAX | | | |
| | | | | |
| | Request by Paula Trantafales | | | |
| | | | | |
| | Meredith Ward | | | |
| | | | | |

BUYER:

■Adams B100          KEEP THIS SLIP FOR REFERENCE

201-20

EXHIBIT ____ 84 ____   AR-0020

PAGE ____ 660

CONFIDENTIAL

122001

M. G. A. ENTERTAINMENT

| NAME | | SHIP TO | |
|---|---|---|---|
| ANNA RHEE | | | |
| ADDRESS | | ADDRESS | |
| 1613 FORD AVE. | | | |
| CITY, STATE, ZIP | | CITY, STATE, ZIP | |
| REDONDO BCH CA 90278 | | | |

| ORDER NUMBER | DEPARTMENT | SALESPERSON | WHEN SHIP | TERMS | HOW SHIP | DATE |
|---|---|---|---|---|---|---|
| | | | | 30 DAYS | | 1/4/00 |

| QUANTITY | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| 2 | Jump Rope (Blk.) doll (PAINT MASTERS) price → | | 400.00 |
| | tax → | | 32.00 |
| | TOTAL PRICE INCLUDING TAX | | 432.00 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | Request by Paula Treantafelles | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

BUYER:

Adams
8100

KEEP THIS SLIP FOR REFERENCE

2 c 1 - 21

AR-0021

EXHIBIT 84

PAGE 061

CONFIDENTIAL

122002

M.G.A. ENTERTAINMENT

| NAME | | | | SHIP TO | | | |
|------|--|--|--|---------|--|--|--|
| ANNA RHEE | | | | 1672₀ Schochborn st. | | | |
| **ADDRESS** | | | | **ADDRESS** North Hill₀ | | | |
| **CITY, STATE, ZIP** | | | | **CITY, STATE, ZIP** CA . 91343 - 6122 | | | |

| ORDER NUMBER | DEPARTMENT | SALESPERSON | WHEN SHIP | TERMS | HOW SHIP | DATE |
|--------------|-----------|-------------|-----------|-------|----------|------|
| | | | | 30 DAYS | | 1/8 00 |

| QUANTITY | DESCRIPTION | PRICE | AMOUNT |
|----------|-------------|-------|--------|
| 1 | set of paint master swatches | price→ | $ 125. 00 |
| | and color specks. | tax→ | $ 10.00 |
| | | TOTAL PRICE→ | ($ 135. 00) |
| | | INCLUDING TAX | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | Request by Paula Treantafales | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

BUYER:

W.Adams
P100

KEEP THIS SLIP FOR REFERENCE

261-22

EXHIBIT _____ 84

AR 0022

PAGE _____ 662

CONFIDENTIAL

122003

M. G. A.   ENTERTAINMENT

| NAME ANNA RHEE | SHIP TO | | | | | | |
|---|---|---|---|---|---|---|---|
| ADDRESS 1613   FORD AVE. | ADDRESS | | | | | | |
| CITY, STATE, ZIP  R. B. CA. , 90278 | CITY, STATE, ZIP | | | | | | |
| ORDER NUMBER | DEPARTMENT | SALESPERSON | WHEN SHIP | TERMS 30 DAYs | HOW SHIP | DATE 1/11/01 | |

| QUANTITY | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| 4 | Brats Paint Masters | | 800.00 |
| 4 | sets of color chips | | 400.00 |
| | | price → | $ 1200.00 |
| | | tax → | $ 96.00 |
| | | TOTAL PRICE → | $ 1296.00 |
| | | INCLUDING TAX | |
| | | | |
| | | | |
| | | | |
| | Request by Paula Treantafilles | | |

BUYER:

Adams 8100

KEEP THIS SLIP FOR REFERENCE

201-23

AR 0023

EXHIBIT _____ 84

PAGE _____ 663

CONFIDENTIAL

122004

M.G.A. ENTERTAINMENT

| NAME | ANNA RHEE | SHIP TO | | | | | |
|------|-----------|---------|---|---|---|---|---|
| ADDRESS | 1613 FORD AVE. | ADDRESS | | | | | |
| CITY, STATE, ZIP | REDONDO BCH, CA. 90278 | CITY, STATE, ZIP | | | | | |

| ORDER NUMBER | DEPARTMENT | SALESPERSON | WHEN SHIP | TERMS | HOW SHIP | | DATE |
|---|---|---|---|---|---|---|---|
| | | | | 30 DAYS | | | 1/12/00 |

| QUANTITY | DESCRIPTION | | | PRICE | AMOUNT |
|---|---|---|---|---|---|
| 4 | Brats Sample Faces | price → | | $ | 800.00 |
| | | tax → | | | 64.00 |
| | | TOTAL PRICE → | | | 864.00 |
| | | INCLUDING TAX | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | Request by Paula Treantafelles | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

BUYER:

Adams 8100

KEEP THIS SLIP FOR REFERENCE

201-2

AR 002-

EXHIBIT ____ 84

PAGE ____ 664

CONFIDENTIAL

I22005

M.G.A. ENTERTAINMENT

| NAME ANNA RHEE | | | SHIP TO | | | |
|---|---|---|---|---|---|---|
| ADDRESS 1613     FORD AVE. | | | ADDRESS 16730 Schoenborn St. | | | |
| CITY, STATE, ZIP REDONDO   BCH, CA. 90278 | | | CITY, STATE, ZIP North Hills, CA. 91343-6122 | | | |

| ORDER NUMBER | DEPARTMENT | SALESPERSON | WHEN SHIP | TERMS | HOW SHIP | DATE |
|---|---|---|---|---|---|---|
| | | | | 30 DAYS | | 1/17/00 |

| QUANTITY | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| 5 | Dream Baby II             price→ | $1,000. | 00 |
| | tax→ | | 80.00 |
| | TOTAL PRICE → | $1,080.00 | |
| | INCLUDING TAX | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | Request by Paula Treantafelos | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

BUYER:

Adams
8100

KEEP THIS SLIP FOR REFERENCE

201-25

AR 0025

EXHIBIT   84

PAGE   0065

CONFIDENTIAL

122006

## M.G.A. ENTERTAINMENT

| NAME ANNA RHEE | SHIP TO | | | | | |
|---|---|---|---|---|---|---|
| ADDRESS 1613 FORD AVE. | ADDRESS | | | | | |
| CITY, STATE, ZIP REDONDO BCH, CA. 90278 | CITY, STATE, ZIP | | | | | |

| ORDER NUMBER | DEPARTMENT | SALESPERSON | WHEN SHIP | TERMS 30 DAYS | HOW SHIP | DATE 1/25/01 |
|---|---|---|---|---|---|---|

| QUANTITY | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| 5 | Scooter dolls (touch-up) | | 250. 00 |
| 2 | color swatches | | 20. 00 |
| | | price → $ | 270. 00 |
| | | tax → $ | 21. 60 |
| | TOTAL PRICE → $ | | 291. 60 |
| | INCLUDING TAX | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | Request by Paula Treantafelles | | |
| | | | |

BUYER:

Adams
8100

KEEP THIS SLIP FOR REFERENCE

201-26

AR 0026

EXHIBIT ___84___

PAGE ___666___

CONFIDENTIAL

122007

M·G·A· ENTERTAINMENT

| NAME | | | | SHIP TO | | | |
|---|---|---|---|---|---|---|---|
| ANNA    RHEE | | | | | | | |
| ADDRESS | | | | ADDRESS | | | |
| 16/3    FORD  AVE. | | | | | | | |
| CITY, STATE, ZIP | | | | CITY, STATE, ZIP | | | |
| REDONDO BCH  CA· 90278 | | | | | | | |

| ORDER NUMBER | DEPARTMENT | SALESPERSON | WHEN SHIP | TERMS | HOW SHIP | DATE |
|---|---|---|---|---|---|---|
| | | | | 30 DAYs | | 1/30/01 |

| QUANTITY | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| 2 | 2 HRs.  MISALANEOUS  WORK | | 100. 00 |
| 20 | Bratz   Faces | | 4000. 00 |
| | | | |
| | | price→ | $ 4/00.00 |
| | | tax→ | $ 328.00 |
| | TOTAL PRICE → | | $ 4,428 00 |
| | INCLUDING TAX | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | Request by Carter Bryant | | |
| | & | | |
| | Paur  Treantafelles | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

BUYER:

Adams
810C

KEEP THIS SLIP FOR REFERENCE

EXHIBIT ___ 84

PAGE ___ 667

21-27

AR 0027

CONFIDENTIAL

122008

M.G.A. ENTERTAINMENT

| NAME | ANNA RHEE | SHIP TO | | | | | |
|------|-----------|---------|---|---|---|---|---|
| ADDRESS | 1613 FORD AVE. | ADDRESS | | | | | |
| CITY, STATE, ZIP | REDONDO BCH, CA-90278 | CITY, STATE, ZIP | | | | | |

| ORDER NUMBER | DEPARTMENT | SALESPERSON | WHEN SHIP | TERMS | HOW SHIP | DATE |
|--------------|------------|-------------|-----------|-------|----------|------|
| | | | | 30 DAYS | | 1/26/01 |

| QUANTITY | DESCRIPTION | PRICE | AMOUNT |
|----------|-------------|-------|--------|
| 1 | Todler Tabitha Face | | 200.00 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | Request by Paula Treantefelis | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

BUYER:

Adams
8100

KEEP THIS SLIP FOR REFERENCE

EXHIBIT 84

PAGE 668

AR 002

CONFIDENTIAL

122009

M.G.A. ENTERTAINMENT

| NAME ANNA RHEE | SHIP TO | | | | | |
|---|---|---|---|---|---|---|
| ADDRESS 1613 FORD AVE. | ADDRESS | | | | | |
| CITY, STATE, ZIP REDONDO BCH, CA. 90278 | CITY, STATE, ZIP | | | | | |

| ORDER NUMBER | DEPARTMENT | SALESPERSON | WHEN SHIP | TERMS 30 DAYS | HOW SHIP | DATE 1/30/01 |
|---|---|---|---|---|---|---|

| QUANTITY | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| 2 | Toiler Tabitha Face | | 400.00 |
| 3 | Lips on Large Head | | 100.00 |
| | | | |
| | price → | $ | 500.00 |
| | tax → | $ | 41.25 |
| | TOTAL PRICE → | $ | 541.25 |
| | INCLUDING TAX | | |
| | | | |
| | Request by Paula Treantfatlas | | |

BUYER:

E. Adams 8100

KEEP THIS SLIP FOR REFERENCE

84

EXHIBIT

669

PAGE

201-2Y
AR 0029

CONFIDENTIAL

122010

M G A   ENTERTAINMENT

| NAME | | | SHIP TO | | | |
|---|---|---|---|---|---|---|
| ANNA RHEE | | | | | | |
| ADDRESS | | | ADDRESS | | | |
| 1613 FORD AVE. | | | | | | |
| CITY, STATE, ZIP | | | CITY, STATE, ZIP | | | |
| REDONDO BCH, CA-90278 | | | | | | |

| ORDER NUMBER | DEPARTMENT | SALESPERSON | WHEN SHIP | TERMS | HOW SHIP | DATE |
|---|---|---|---|---|---|---|
| | | | | 30 DAYS. | | 2/7/01 |

| QUANTITY | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| 1 | World Wrestling Federation doll | | |
| | body painted, face painted, fully assembled | price → $ | 300.00 |
| | | tax → $ | 24.00 |
| | TOTAL PRICE → | $ | 324.00 |
| | INCLUDING TAX | | |
| | | | |
| | Request by Leanne | | |
| | & Marlene | | |

BUYER:

E-Z Adams 8100

KEEP THIS SLIP FOR REFERENCE

201-30
AR 0030

EXHIBIT ___84___

PAGE ___670___

CONFIDENTIAL

M.G.A. ENTERTAINMENT

| NAME | ANNA RHEE | SHIP TO | |
|---|---|---|---|
| ADDRESS | 16 13 FORD AVE. | ADDRESS | |
| CITY, STATE, ZIP | REDONDO BCH, CA. 90278 | CITY, STATE, ZIP | |

| ORDER NUMBER | DEPARTMENT | SALESPERSON | WHEN SHIP | TERMS | HOW SHIP | DATE |
|---|---|---|---|---|---|---|
| | | | | 30 DAYS | | 3/29/01 |

| QUANTITY | DESCRIPTION | | PRICE | AMOUNT |
|---|---|---|---|---|
| 2 | Bratz Faces | price → | $ | 400.00 |
| | | tax → | $ | 33.00 |
| | | TOTAL PRICE → | $ | 433.00 |
| | | INCLUDING TAX | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | Request by Carter Bryant | | | |

BUYER:

Adams
8100

EXHIBIT ___84___

PAGE ___071___

2(1-31

AR 0031

CONFIDENTIAL

M.G.A. ENTERTAINMENT

| NAME | SHIP TO |
| ANNA RHEE | |
| **ADDRESS** | **ADDRESS** |
| 1613 FORD AVE. | |
| **CITY, STATE, ZIP** | **CITY, STATE, ZIP** |
| R.B. CA. 90278 | |

| ORDER NUMBER | DEPARTMENT | SALESPERSON | WHEN SHIP | TERMS | HOW SHIP | DATE |
|---|---|---|---|---|---|---|
| | | | | 30 DAYS | | 3/2/01 |

| QUANTITY | DESCRIPTION | | PRICE | AMOUNT |
|---|---|---|---|---|
| 2 | Sets of shoes | price → | $ | 200.00 |
| | | tax → | $ | 16.00 |
| | | TOTAL PRICE → | $ | 216.00 |
| | | INCLUDING TAX | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | Request by Carter Bryant | | | |

BUYER:

Adams 9100

KEEP THIS SLIP FOR REFERENCE

201-32

EXHIBIT  84
PAGE  612

CONFIDENTIAL

M.G.A. ENTERTAINMENT

| NAME: ANNA RHEE | SHIP TO | | | | | |
|---|---|---|---|---|---|---|
| ADDRESS 1613 FORD AVE. | ADDRESS | | | | | |
| CITY, STATE, ZIP REDONDO BCH. CA. 90278 | CITY, STATE, ZIP | | | | | |

| ORDER NUMBER | DEPARTMENT | SALESPERSON | WHEN SHIP | TERMS | HOW SHIP | DATE |
|---|---|---|---|---|---|---|
| | | | | 30 DAYS | | 5/9/01 |

| QUANTITY | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| 1 | Blk. doll Face | | 200.00 |
| 1 | Monkey—See Face | | 200.00 |
| 1 | Hands & Feet painted & mix skin color | | 60.00 |
| 1 | Set of swatches for blk. doll | | 100.00 |
| 1 | Set of sketches for Monkey see — Monkey do | | 60.00 |
| 2 | touch-ups for Blk.doll & wte.doll | | 100.00 |
| | price→ | | 720.00 |
| | tax→ | | 57.60 |
| | TOTAL PRICE→ | | 777.60 |
| | INCLUDING TAX | | |
| | Request by Paula Trantafales & Lara Alancontra | | |

BUYER:

Adams 9100

KEEP THIS SLIP FOR REFERENCE

EXHIBIT 84
PAGE 678

AR 0033

CONFIDENTIAL

## M.G.A. ENTERTAINMENT

| NAME | ADDRESS | CITY, STATE, ZIP |
|---|---|---|
| ANNA RHEE | 1613 FORD AVE. | REDONDO BCH, CA. 90278 |

SHIP TO
ADDRESS
CITY, STATE, ZIP

| ORDER NUMBER | DEPARTMENT | SALESPERSON | WHEN SHIP | TERMS | HOW SHIP | DATE |
|---|---|---|---|---|---|---|
| | | | | 30 DAYS | | 5/13/01 |

| QUANTITY | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| 2 | Magic Muffin Heads | | 400.00 |
| 2 | Bodies painted | | 120.00 |
| 2 | Hats with decor | | 140.00 |
| | price → | | 680.00 |
| | tax → | | 51.20 |
| | TOTAL PRICE → INCLUDING TAX | | $731.20 |

Request by Lara Alacontra

BUYER:

Adams 8100

KEEP THIS SLIP FOR REFERENCE

EXHIBIT 84
PAGE 074

AR 0034

CONFIDENTIAL

M. G. A. ENTERTAINMENT

| NAME | ANNA RHEE | SHIP TO | |
|---|---|---|---|
| ADDRESS | 1613   FORD AVE. | ADDRESS | |
| CITY, STATE, ZIP | R. B.  CA.  90278 | CITY, STATE, ZIP | |

| ORDER NUMBER | DEPARTMENT | SALESPERSON | WHEN SHIP | TERMS | HOW SHIP | DATE |
|---|---|---|---|---|---|---|
| | | | | 30 DAYS | | 5 / 14 / 01 |

| QUANTITY | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| | Montey - Lee  Monkey Do  Eye-ball sample | price → $ | 225. 00 |
| | renderings | tax → $ | 18. 00 |
| | TOTAL PRICE → $ | | 243. 00 |
| | INCLUDING TAX | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | Request by Lapa Alacontra | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

BUYER:

Adams
.100

KEEP THIS SLIP FOR REFERENCE

201 -35

AR 0035

EXHIBIT _____ 84

PAGE _____ 675

CONFIDENTIAL

M.G.A. ENTERTAINMENT

| NAME | ANNA RHEE | SHIP TO | | | | |
|------|-----------|---------|---|---|---|---|
| ADDRESS | 1613 FORD AVE. | ADDRESS | | | | |
| CITY, STATE, ZIP | REDONDO BCH, CA. 90278 | CITY, STATE, ZIP | | | | |

| ORDER NUMBER | DEPARTMENT | SALESPERSON | WHEN SHIP | TERMS | HOW SHIP | DATE |
|---|---|---|---|---|---|---|
| | | | | 30 DAYS | | 5/17/01 |

| QUANTITY | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| 2 | Monkey-See Monkey-do (paint master & appear. def.) | | 400.00 |
| 1 | set of color chips | | 100.00 |
| | | price→ | $ 500.00 |
| | | tax→ | $ 40.00 |
| | TOTAL PRICE → | | $ 540.00 |
| | INCLUDING TAX | | |
| | | | |
| | Request by Lara Alacahtra | | |

BUYER:

Adams 8100

KEEP THIS SLIP FOR REFERENCE

221-36

AR 0036

EXHIBIT 84

PAGE 676

CONFIDENTIAL

## M.G.A. ENTERTAINMENT

| NAME | ANNA RHEE | | | | SHIP TO | | | |
|---|---|---|---|---|---|---|---|---|
| ADDRESS | 16 13   FORD AVE. | | | | ADDRESS | | | |
| CITY, STATE, ZIP | R. B.   CA. 90278 | | | | CITY, STATE, ZIP | | | |

| ORDER NUMBER | DEPARTMENT | SALESPERSON | WHEN SHIP | TERMS | HOW SHIP | DATE |
|---|---|---|---|---|---|---|
| | | | | 30 DAYS | | 5/20/01 |

| QUANTITY | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| 14 | Pairs of "Brat" shoes | $ | 1,050.00 |
| 23 | All swatch colors | $ | 180.00 |
| | | | |
| | price → | $ | 1,230.00 |
| | tax → | $ | 98.00 |
| | | | |
| | TOTAL PRICE → | ($ | 1,328.40 ) |
| | INCLUDING TAX | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | Requested by Carter Bryant | | |

BUYER:

Adams
8100

KEEP THIS SLIP FOR REFERENCE

2-0 1-37

AR 0037

EXHIBIT _____ 84

PAGE _____ 677

CONFIDENTIAL

TO: M.G.A. ENTERTAINMENT

| NAME | ANNA RHEE | | SHIP TO | | | | |
|---|---|---|---|---|---|---|---|
| ADDRESS | 1613 FORD AVE. | | ADDRESS | | | | |
| CITY, STATE, ZIP | REDONDO BCH, CA. 90270 | | CITY, STATE, ZIP | | | | |

| ORDER NUMBER | DEPARTMENT | SALESPERSON | WHEN SHIP | TERMS | HOW SHIP | DATE |
|---|---|---|---|---|---|---|
| | | | | 30 DAYS | | 6/27/01 |

| QUANTITY | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| 1 | Muffin face | price → | $ 200.00 |
| | | tax → | $ 16.00 |
| | TOTAL PRICE → | | $ 216.00 |
| | INCLUDING TAX. | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | Request by Paula Treantafelles | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

BUYER:

Adams
810C

KEEP THIS SLIP FOR REFERENCE

201-38

AR 0038

EXHIBIT 84

PAGE 67B

CONFIDENTIAL

M.G.A. ENTERTAINMENT

| NAME | ANNA RHEE | SHIP TO | | | | |
|---|---|---|---|---|---|---|
| ADDRESS | 1613 FORD AVE. | ADDRESS | | | | |
| CITY, STATE, ZIP | R. B. CA. 90278 | CITY, STATE, ZIP | | | | |

| ORDER NUMBER | DEPARTMENT | SALESPERSON | WHEN SHIP | TERMS | HOW SHIP | DATE |
|---|---|---|---|---|---|---|
| | | | | 30 DAYS | | 7/22/01 |

| QUANTITY | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| 1 | Mermaid Body   price→   tax→ | | 400.00   32.00 |
| | TOTAL PRICE →  INCLUDING TAX | | 432.00 |

Request by Paula Treantafelles

KEEP THIS SLIP FOR REFERENCE

201-39
AR 0034

EXHIBIT 84

PAGE 679

CONFIDENTIAL

TO: MGA ENTERTAINMENT

| NAME ANNA RHEE | | SHIP TO | | | |
|---|---|---|---|---|---|
| ADDRESS 1613 FORD AVE. | | ADDRESS | | | |
| CITY, STATE, ZIP REDONDO BCH, CA. 90278 | | CITY, STATE, ZIP | | | |

| ORDER NUMBER | DEPARTMENT | SALESPERSON | WHEN SHIP | TERMS 30 DAYS | HOW SHIP | DATE 5/20/01 |
|---|---|---|---|---|---|---|

| QUANTITY | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| 9 | Pairs of "BRAT" shoes          price→ | $ | 675.00 |
| | tax→ | $ | 54.00 |
| | TOTAL PRICE →          INCLUDING TAX | $ | 729.00 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | Request by Carter Bryant | | |
| | | | |

BUYER:

Adams
3100

2-01-40

AR 0040

EXHIBIT 84

PAGE 680

CONFIDENTIAL

TO: MGA ENTERTAINMENT

| NAME | | | | SHIP TO | | | |
|---|---|---|---|---|---|---|---|
| ANNA RHEE | | | | | | | |
| ADDRESS | | | | ADDRESS | | | |
| 1613 FORD AVE. | | | | | | | |
| CITY, STATE, ZIP | | | | CITY, STATE, ZIP | | | |
| REDONDO BCH, CA. 90278 | | | | | | | |

| ORDER NUMBER | DEPARTMENT | SALESPERSON | WHEN SHIP | TERMS | HOW SHIP | DATE |
|---|---|---|---|---|---|---|
| | | | | 30 DAYS | | 5 / 25 / 01 |

| QUANTITY | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| 5 | Pairs of "BRAT" SHOES | | 375.00 |
| 23 | All swatch colors | | 180.00 |
| | | | |
| | price → | $ | 555.00 |
| | tax → | $ | 49.40 |
| | TOTAL PRICE → | $ | 599.40 |
| | INCLUDING TAX | | |
| | | | |
| | | | |
| | | | |
| | Request by Carter Bryant | | |
| | | | |
| | | | |

BUYER:

Adams
3100

KEEP THIS SLIP FOR REFERENCE

2C1-41

AR 0041

EXHIBIT 84

PAGE 681

CONFIDENTIAL

M.G.A. ENTERTAINMENT

| NAME | ANNA RHEE | SHIP TO | |
|---|---|---|---|
| ADDRESS | 1613 FORD AVE. | ADDRESS | |
| CITY, STATE, ZIP | REDONDO BCH, CA. 90278 | CITY, STATE, ZIP | |

| ORDER NUMBER | DEPARTMENT | SALESPERSON | WHEN SHIP | TERMS | HOW SHIP | DATE |
|---|---|---|---|---|---|---|
| | | | | 30 DAYS | | 8/29/01 |

| QUANTITY | DESCRIPTION | | PRICE | AMOUNT |
|---|---|---|---|---|
| 4 | Mini Bratz Paint Masters | price → | | 400.00 |
| | | tax → | | 32.00 |
| | | TOTAL PRICE → | | 432.00 |
| | | INCLUDING TAX | | |

Request by Paula Treantafelles

BUYER:

KEEP THIS SLIP FOR REFERENCE

adams
8100

201-42

AR 0042

EXHIBIT 84

PAGE 682

CONFIDENTIAL

M.G.A. ENTERTAINMENT

| NAME | | | SHIP TO | | | | |
|---|---|---|---|---|---|---|---|
| ANNA RHEE | | | | | | | |
| ADDRESS | | | ADDRESS | | | | |
| 1613 FORD AVE. | | | | | | | |
| CITY, STATE, ZIP | | | CITY, STATE, ZIP | | | | |
| REDONDO BCH, CA. 90278 | | | | | | | |

| ORDER NUMBER | DEPARTMENT | SALESPERSON | WHEN SHIP | TERMS | HOW SHIP | DATE |
|---|---|---|---|---|---|---|
| | | | | 30 DAYS | | 8/24/01 |

| QUANTITY | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| 1 | mermaid paint master swatches & drawing | price → | 100.00 |
| | | tax → | 8.00 |
| | | TOTAL PRICE INCLUDING TAX | 108.00 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | Request by Paula Treantafelles | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

BUYER:

Adams
B100

KEEP THIS SLIP FOR REFERENCE

201-43

AR 0012

EXHIBIT 84

PAGE 683