1    Mattel has also forfeited any right it may have had to enforce Paragraph 3-a
2    of the "Inventions Agreement" against Carter Bryant as a result of laches, estoppel,
3    consent, and waiver. It was common knowledge at Mattel that many Mattel
4    employees employed in the Mattel design center worked on a freelance basis for
5    third parties, including Mattel competitors, and/or on their own projects with the
6    anticipation that such projects eventually would be offered for sale to third parties,
7    including Mattel competitors. Indeed, Ms. Cloonan testified that the practice was
8    so widespread that there was even a name for it at Mattel: a "G-Job". Mattel
9    employees performed non-Mattel work while employed by Mattel and Mattel
10   consented to this moonlighting. For example, Margaret Leahy testified that her
11   Mattel supervisor, Michael Hebden, suggested to her that she seek out
12   moonlighting work. Robert Best developed a fashion line while employed at
13   Mattel. Best disclosed this to Mattel and was not terminated. Joni Pratt created
14   volleyball and basketball books for her daughter's high school outside of work,
15   along with invitation and wrapping paper. Pratt testified that she showed these
16   works to her supervisor at Mattel so there could be no misunderstanding that it was
17   not related to her work at Mattel. Pratt has not disclosed everything she has drawn
18   outside of work and testified that she does not feel she has an obligation to show
19   her supervisors everything she has drawn outside of work. Lori Sipos, a designer
20   at Mattel, created puppets as a hobby while she worked at Mattel. Sipos told Jill
21   Nordquist about her hobby when showing her one of her puppets, but she was not
22   telling Nordquist about the puppets in an effort to "report" her work. Nordquist
23   testified that she was informed about the designs other people created outside of
24   work in the course of sharing hobbies and not as part of an effort to report their
25   works. Veronica Marlow helped Dianne Gavin develop a line of handbags while
26   both were employed at Mattel. At her deposition, Veronica Marlow testified that
27   Isabel Cabrera, Beatrice Morales, and Maria Elena Salazar worked with her on
28   fashions for Bratz while they were employed by Mattel. Some of Mattel's sample

35

408830.01

EXHIBIT 96

PAGE 807

1  makers made wedding gowns and did nails on the weekends and evenings and

2  some of Mattel's hair rooters worked in hair salons on weekends. Indeed, Richard

3  De Anda, Mattel's head of security, testified at his deposition that he also

4  moonlighted as an expert witness and consultant while working for Mattel.  De

5  Anda further testified that he does not believe that Mattel owns or has a claim on

6  the work he does for himself.  Despite knowledge of this activity, Mattel rarely, if

7  ever, enforced any rights it may have had to prohibit such moonlighting.

8        Issues concerning this Defense are currently the subject of outstanding

9  discovery requests.  In particular, Mattel has staunchly refused to provide

10  discovery that would address when, in fact, Mattel first had reason to suspect

11  Bryant's involvement in Bratz, his alleged breach of contract, his work for MGA,

12  and Mattel's alleged "true owner[ship] of Bratz," in spite of numerous interrogatory

13  requests, document requests, requests for admission, and deposition notices.

14  Defendants' concerns regarding Mattel's discovery abuses have recently been

15  addressed in multiple motions to compel both before Judge Infante and Judge

16  Larson.  Indeed, on January 3, 2008, Judge Infante overruled all of Mattel's

17  objections and compelled discovery relevant to Defendants' statute of limitations

18  and laches defenses.   However, Mattel has yet to provide the ordered discovery.

19  Factual investigation and discovery is ongoing and Bryant reserves the right to

20  supplement this response and, consistent with his obligations under Federal Rule of

21  Civil Procedure 26(e), Bryant will supplement this response if he receives

22  additional responsive information.

23        The following persons have knowledge of facts and circumstances

24  regarding the foregoing:  Carter Bryant; Richard De Anda; Robert Eckert; Alan

25  Kaye; Michele McShane; Robert Normile; Margaret Leahy; Elise Cloonan;

26  Veronica Marlow; Ilana Raynes; Michael Hebden; Frederick Jackson; Ray Moore;

27  Joe Benet; Carolyn Oros; Hung Lee; Diana Troup; Cynthia Young; Margo

28  Michelle; Kitty Black-Perkins; Janet Unalp; Debbie Meyer; Carol Spencer;

36

408830.01    CARTER BRYANT'S RESPONSES TO MATTEL, INC.'S AMENDED SUPPLEMENTAL INTERROGATORY
CASE NO. CV 04-09049 SGL (RNBx)

EXHIBIT _____ 96

PAGE _____ 808

1  Jennifer Kiernan; Bill Kelly; Steve McAdam; Howie Jesser, Ken Smith; Bob
2  Tomamora; Tom Hodges; Julie Ashe Nobles; Morris Batay; Bruce Ryniker; Larry
3  Wood; Eric Ostendorf; Steve Ryniker; Melody Hansen; Carter Bryant; Anna Rhee;
4  Joe Feldman; Janet Blaser; Bill Greening; Roxanna Powell; Ken O'Leary; Lily
5  Martinez; Cassidy Park; Ivy Ross; Joe Franke; Ann Driskill; Robert Best; Anne
6  Olson; Dennis Soai; Kislap Ongchango; Nick Patean; Jerry Richardson; Spencer
7  Davis; Bill Martinez; Barbara Meyer; Larry Clayton; Elon Dancer; Maury Kessel;
8  Chris McAdam; Michael Norgren; Chris Sesto; Paul Sesto; Michael Hastey;
9  Sullivan Hastey; Mark Rigger; Jeff Fuller; Tim Lewis; Tim Correa; Doc O'Connor;
10  Myziue Hamilton; Joan Gaynor; Patty Gaynor; Mina Mirkazemi; Mercedeh Ward;
11  Tony Yao; Aldo Fazilli; Isabel Cabrera; Beatrice Morales; Pedro Salazar; Maria
12  Elena Salazar; Roger Simoneau, Jill Nordquist, Joni Pratt, Tina Tomiyama, and
13  Evelyn Viohl.

14       The following documents may be relevant to the foregoing: Transcript from
15  the Deposition of Carter Bryant; Transcript from the Deposition of Margaret
16  Leahy, Transcript from the Deposition of Elise Cloonan, Transcript from the
17  Deposition of Alan Kaye, Transcript from the Deposition of Richard De Anda,
18  Transcript from the Deposition of Ann Driskill, Transcript from the Deposition of
19  Jill Nordquist, Transcript from the Deposition of Veronica Marlow, Transcript
20  from the Deposition of Joni Pratt, Mattel's Responses and Supplemental Responses
21  to Defendants' Interrogatories, Mattel's Internal Investigative Files regarding its
22  investigations into Carter Bryant, MGA, or Isaac Larian, including, but not limited
23  to, M 0074307-0074430, all Mattel worldwide consumer research reports produced
24  by Mattel, internal marketing documents analyzing the performance of Bratz in the
25  marketplace, documents relating to Carter Bryant's involvement in the litigation
26  known as *Gunther-Wahl Productions v. Mattel, Inc.*, Case No. BC195819 filed on
27  or about August 12, 1998 in the Superior Court of the State of California, County
28  of Los Angeles, and subsequent appeals, M0001654-55, M0074397-74402,

37

CARTER BRYANT'S RESPONSES TO MATTEL, INC.'S AMENDED SUPPLEMENTAL INTERROGATORY
CASE NO. CV 04-09049 SGL (RNBx)

EXHIBIT  96

PAGE 809

1  M0074307-0074396, and M 0013842.

2  **C.    Third Affirmative Defense (Estoppel)**

3        Mattel's counterclaims, and each claim for relief, are barred by the equitable

4  doctrine of estoppel. In particular, Mattel believed from the time that Bryant left

5  Mattel's employ that he was going to perform work for a Mattel competitor, Mattel

6  shortly thereafter began investigating what it suspected to be wrongdoing in

7  connection with the Bratz dolls, and was thus apprised of the relevant facts. Yet,

8  Mattel waited and said nothing while the dolls were successfully (and at great cost)

9  developed, manufactured and sold, and only filed suit years later. Mattel either

10  intended that its conduct would be acted upon by Bryant to continue working for a

11  competitor, or Mattel acted in such a way that Bryant had a right to believe it was

12  so intended. Bryant was unaware that Mattel asserted any right over the Bratz

13  dolls or that Mattel would claim that his work for MGA was improper. Should

14  Mattel prevail in this litigation, Bryant would have relied on Mattel's conduct to

15  his detriment. Accordingly, Mattel should be estopped from belatedly raising its

16  claims.

17        Mattel's counterclaims, and each claim for relief, are barred by the equitable

18  doctrine of waiver. In particular, Mattel believed from the time that Bryant left

19  Mattel's employ that he was going to perform work for a Mattel competitor, and

20  Mattel shortly thereafter began investigating what it suspected to be wrongdoing in

21  connection with the Bratz dolls. Yet, Mattel waited and said nothing while the

22  dolls were successfully (and at great cost) developed, manufactured and sold, and

23  only filed suit years later. Mattel was aware of the relevant facts regarding Mr.

24  Bryant's work for MGA, but intentionally waived and chose to forgo asserting any

25  rights over the Bratz dolls until years later. Mattel has also tolerated conduct by

26  other employees similar to the alleged conduct by Bryant on which Mattel now

27  bases its contract and related claims.

28        Mattel's counterclaims are barred because, among other things, Mattel

38

408830.01

EXHIBIT _____ **96**

PAGE **810**

1  from the Deposition of Joni Pratt, Mattel's Responses and Supplemental Responses

2  to Defendants' Interrogatories, Mattel's Internal Investigative Files regarding its

3  investigations into Carter Bryant, MGA, or Isaac Larian, including, but not limited

4  to, M 0074307-0074430, all Mattel worldwide consumer research reports produced

5  by Mattel, internal marketing documents analyzing the performance of Bratz in the

6  marketplace, documents relating to Carter Bryant's involvement in the litigation

7  known as *Gunther-Wahl Productions v. Mattel, Inc.*, Case No. BC195819 filed on

8  or about August 12, 1998 in the Superior Court of the State of California, County

9  of Los Angeles, and subsequent appeals, M0001654-55, M0074397-74402,

10  M0074307-0074396, and M 0013842.

11  **E.    Fifth Affirmative Defense (Consent)**

12          Mattel's counterclaims, and each claim for relief, are barred by the equitable

13  doctrine of consent. In particular, Mattel believed from the time that Bryant left

14  Mattel's employ that he was going to perform work for a Mattel competitor, and

15  Mattel shortly thereafter began investigating what it suspected to be wrongdoing in

16  connection with the Bratz dolls.   Mattel thus was apprised of the relevant facts.

17  Yet, Mattel waited and said nothing while the dolls were successfully (and at great

18  cost) developed, manufactured and sold, and only filed suit years later. Mattel has

19  also tolerated conduct by other employees similar to the alleged conduct by Bryant

20  on which Mattel now bases its contract and related claims.

21          Mattel's counterclaims, and each claim for relief, are barred by the equitable

22  doctrine of waiver. In particular, Mattel believed from the time that Bryant left

23  Mattel's employ that he was going to perform work for a Mattel competitor, and

24  Mattel shortly thereafter began investigating what it suspected to be wrongdoing in

25  connection with the Bratz dolls. Yet, Mattel waited and said nothing while the

26  dolls were successfully (and at great cost) developed, manufactured and sold, and

27  only filed suit years later. Mattel was aware of the relevant facts regarding Mr.

28  Bryant's work for MGA, but intentionally waived and chose to forgo asserting any

50

408916.01   CARTER BRYANT'S RESPONSES TO MATTEL, INC.'S AMENDED SUPPLEMENTAL INTERROGATORY
CASE NO. CV 04-09049 SGL (RNBx)

EXHIBIT  96

PAGE  811

1   rights over the Bratz dolls until years later.  Mattel has also tolerated conduct by
2   other employees similar to the alleged conduct by Bryant on which Mattel now
3   bases its contract and related claims.

4   Mattel's counterclaims are barred because, among other things, Mattel
5   intentionally delayed taking legal action against MGA or Carter Bryant for several
6   years after the launch of Bratz in the belief that Mattel would be able to drive Bratz
7   (and as a result, drive MGA) out of the market for fashion dolls and/or the belief
8   that Mattel did not have any rights under the "Inventions Agreement" as against
9   Bryant, based on its own interpretations of the "Inventions Agreement," and on the
10  advice that Mattel received from in-house and outside counsel.  Mattel also waited
11  to file suit until after it had secured Bryant's assistance in an unrelated legal action
12  against another Mattel competitor, namely the litigation known as *Gunther-Wahl*
13  *Productions v. Mattel, Inc.*, Case No. BC195819 filed on or about August 12, 1998
14  in the Superior Court of the State of California, County of Los Angeles, and
15  subsequent appeals.  Mattel only took legal action after it no longer needed
16  Bryant's assistance, and well after MGA and Bryant had invested substantial
17  amounts of capital and creative and innovative human effort in the Bratz line of
18  dolls and had experienced enormous success in the market place.

19  A report from Bryant's exit interview at Mattel shows that Bryant told
20  Mattel's human resources representative he was leaving because an "[o]pportunity
21  arose; had to take it."  Mattel has acknowledged that employees leaving under
22  similar circumstances to work for an unnamed competitor have "caused Mattel to
23  begin investigating their activities."

24  Furthermore, numerous Mattel employees knew and/or believed in the fall
25  of 2001 that Carter Bryant was involved in the development and introduction of the
26  Bratz line.  This knowledge and/or these beliefs by Mattel employees went well
27  beyond mere "rumor and innuendo," as has been suggested by Mattel.  In its
28  interrogatory responses, Mattel also asserts that Bryant used several "other Mattel

51

408916.01

EXHIBIT _____ 96

PAGE _____ 812

1   employees" to work on the Bratz dolls so that they "had been designed and were

2   far along in development during the time that Bryant was employed by Mattel."

3        Shortly after Bratz dolls were in retail stores in or about September 2001,

4   Mattel knew or was on notice that Carter Bryant was involved in the development

5   of that line.  Mattel now asserts in this lawsuit that the idea for Bratz was a

6   violation of rights that Mattel had in a proposed flanker brand called "Toon

7   Teens," which Mattel was developing in the summer of 1999, but never introduced

8   to market.  In this connection, during 2001, Toon Teens samples were taken out of

9   storage by Mattel employees and delivered to Mattel's legal department for

10   analysis of possible copyright infringement and other claims against Bryant and

11   MGA.

12        Mattel knew Bryant's role in Bratz and was investigating possible claims *at*

13   *least as early as summer 2001*, when Bratz came out.  Margaret Leahy, the third-

14   party sculptor of Bratz, testified that in the summer of 2001 a friend from Mattel

15   was "grilling" her, "like somebody put her up to it," about whether "Carter [was]

16   the designer on the doll or what was [MGA employee and former Mattel

17   employee] Paula [Garcia's] involvement" in Bratz.  Leahy testified that she told the

18   Mattel employee that "Carter initially came up with a design and Paula carried it

19   out."

20        Mattel actively investigated Bryant's role in creating Bratz in 2001 and

21   2002.  Mattel's internal investigative files confirm that Mattel commenced an

22   official investigation into whether Bryant stole the Bratz idea in March 2002.

23   Mattel admitted that in 2002 it investigated "rumor and innuendo that Bryant may

24   be working with MGA on Bratz," including whether "Bryant ... plagiarized

25   [Mattel product] 'Toon Teens' and created Bratz dolls for MGA" and whether

26   Bryant helped MGA create Bratz "[w]hile he was working with Mattel."  Mattel's

27   CEO Robert Eckert received an "anonymous letter" on or about August 5, 2002

28   that alleged that Bryant helped MGA create Bratz while working for Mattel.  As

CARTER BRYANT'S RESPONSES TO MATTEL, INC.'S AMENDED SUPPLEMENTAL INTERROGATORY
CASE NO. CV 04-09049 SGL (RNBx)

EXHIBIT   **96**

PAGE   **813**

1   part of an official investigation requested by Mattel CEO Robert Eckert in August

2   2002 as to whether Bryant helped MGA create Bratz "[w]hile he was working with

3   Mattel," Mattel's head of security, Richard De Anda, wrote that he had been

4   "aware of this situation and ... working on it for several months" but it was in the

5   hands of Mattel's attorneys.  Testimony from former Mattel employee Elise

6   Cloonan confirms that by at least late 2001, Mattel's lawyers were conducting an

7   investigation involving Bryant's work on Bratz in the design department.

8         On March 15, 2002, Mattel opened an investigative file on MGA and Isaac

9   Larian after receiving information from Evelyn Viohl and Ivy Ross that MGA had

10   recently hired a number of former Mattel employees and was reportedly

11   manufacturing products that appeared to be Mattel designs.

12         Mattel has also forfeited any right it may have had to enforce Paragraph 3-a

13   of the "Inventions Agreement" against Carter Bryant as a result of laches, estoppel,

14   consent, and waiver.  It was common knowledge at Mattel that many Mattel

15   employees employed in the Mattel design center worked on a freelance basis for

16   third parties, including Mattel competitors, and/or on their own projects with the

17   anticipation that such projects eventually would be offered for sale to third parties,

18   including Mattel competitors.  Indeed, Ms. Cloonan testified that the practice was

19   so widespread that there was even a name for it at Mattel: a "G-Job".  Mattel

20   employees performed non-Mattel work while employed by Mattel and Mattel

21   consented to this moonlighting.  For example, Margaret Leahy testified that her

22   Mattel supervisor, Michael Hebden, suggested to her that she seek out

23   moonlighting work.  Robert Best developed a fashion line while employed at

24   Mattel.  Best disclosed this to Mattel and was not terminated.  Joni Pratt created

25   volleyball and basketball books for her daughter's high school outside of work,

26   along with invitation and wrapping paper.  Pratt testified that she showed these

27   works to her supervisor at Mattel so there could be no misunderstanding that it was

28   not related to her work at Mattel.  Pratt has not disclosed everything she has drawn

408916.01

CARTER BRYANT'S RESPONSES TO MATTEL, INC.'S AMENDED SUPPLEMENTAL INTERROGATORY
CASE NO. CV 04-09049 SGL (RNBx)

EXHIBIT 96

PAGE 814

1    outside of work and testified that she does not feel she has an obligation to show
2    her supervisors everything she has drawn outside of work. Lori Sipos, a designer
3    at Mattel, created puppets as a hobby while she worked at Mattel. Sipos told Jill
4    Nordquist about her hobby when showing her one of her puppets, but she was not
5    telling Nordquist about the puppets in an effort to "report" her work. Nordquist
6    testified that she was informed about the designs other people created outside of
7    work in the course of sharing hobbies and not as part of an effort to report their
8    works. Veronica Marlow helped Dianne Gavin develop a line of handbags while
9    both were employed at Mattel. At her deposition, Veronica Marlow testified that
10   Isabel Cabrera, Beatrice Morales, and Maria Elena Salazar worked with her on
11   fashions for Bratz while they were employed by Mattel. Some of Mattel's sample
12   makers made wedding gowns and did nails on the weekends and evenings and
13   some of Mattel's hair rooters worked in hair salons on weekends. Indeed, Richard
14   De Anda, Mattel's head of security, testified at his deposition that he also
15   moonlighted as an expert witness and consultant while working for Mattel. De
16   Anda further testified that he does not believe that Mattel owns or has a claim on
17   the work he does for himself. Despite knowledge of this activity, Mattel rarely, if
18   ever, enforced any rights it may have had to prohibit such moonlighting.
19       Issues concerning this Defense are currently the subject of outstanding
20   discovery requests. In particular, Mattel has staunchly refused to provide
21   discovery that would address when, in fact, Mattel first had reason to suspect
22   Bryant's involvement in Bratz, his alleged breach of contract, his work for MGA,
23   and Mattel's alleged "true owner[ship] of Bratz," in spite of numerous interrogatory
24   requests, document requests, requests for admission, and deposition notices.
25   Defendants' concerns regarding Mattel's discovery abuses have recently been
26   addressed in multiple motions to compel both before Judge Infante and Judge
27   Larson. Indeed, on January 3, 2008, Judge Infante overruled all of Mattel's
28   objections and compelled discovery relevant to Defendants' statute of limitations

408916.01

EXHIBIT  96

PAGE  815

1  and laches defenses.   However, Mattel has yet to provide the ordered discovery.
2  Factual investigation and discovery is ongoing and Bryant reserves the right to
3  supplement this response and, consistent with his obligations under Federal Rule of
4  Civil Procedure 26(e), Bryant will supplement this response if he receives
5  additional responsive information.

6      The following persons have knowledge of facts and circumstances
7  regarding the foregoing:  Carter Bryant; Richard De Anda; Robert Eckert; Alan
8  Kaye; Michele McShane; Robert Normile; Margaret Leahy; Elise Cloonan;
9  Veronica Marlow; Ilana Raynes; Michael Hebden; Frederick Jackson; Ray Moore;
10 Joe Benet; Carolyn Oros; Hung Lee; Diana Troup; Cynthia Young; Margo
11 Michelle; Kitty Black-Perkins; Janet Unalp; Debbie Meyer; Carol Spencer;
12 Jennifer Kiernan; Bill Kelly; Steve McAdam; Howie Jesser, Ken Smith; Bob
13 Tomamora; Tom Hodges; Julie Ashe Nobles; Morris Batay; Bruce Ryniker; Larry
14 Wood; Eric Ostendorf; Steve Ryniker; Melody Hansen; Carter Bryant; Anna Rhee;
15 Joe Feldman; Janet Blaser; Bill Greening; Roxanna Powell; Ken O'Leary; Lily
16 Martinez; Cassidy Park; Ivy Ross; Joe Franke; Ann Driskill; Robert Best; Anne
17 Olson; Dennis Soai; Kislap Ongchango; Nick Patean; Jerry Richardson; Spencer
18 Davis; Bill Martinez; Barbara Meyer; Larry Clayton; Elon Dancer; Maury Kessel;
19 Chris McAdam; Michael Norgren; Chris Sesto; Paul Sesto; Michael Hastey;
20 Sullivan Hastey; Mark Rigger; Jeff Fuller; Tim Lewis; Tim Correa; Doc O'Connor;
21 Myziue Hamilton; Joan Gaynor; Patty Gaynor; Mina Mirkazemi; Mercedeh Ward;
22 Tony Yao; Aldo Fazilli; Isabel Cabrera; Beatrice Morales; Pedro Salazar; Maria
23 Elena Salazar; Roger Simoneau, Jill Nordquist, Joni Pratt, Tina Tomiyama, and
24 Evelyn Viohl.

25     The following documents may be relevant to the foregoing: Transcript from
26 the Deposition of Carter Bryant; Transcript from the Deposition of Margaret
27 Leahy, Transcript from the Deposition of Elise Cloonan, Transcript from the
28 Deposition of Alan Kaye, Transcript from the Deposition of Richard De Anda,

CARTER BRYANT'S RESPONSES TO MATTEL, INC.'S AMENDED SUPPLEMENTAL INTERROGATORY
CASE NO. CV 04-09049 SGL (RNBx)

408918.01

EXHIBIT ___96___

PAGE ___816___

1  Transcript from the Deposition of Ann Driskill, Transcript from the Deposition of
2  Jill Nordquist, Transcript from the Deposition of Veronica Marlow, Transcript
3  from the Deposition of Joni Pratt, Mattel's Responses and Supplemental Responses
4  to Defendants' Interrogatories, Mattel's Internal Investigative Files regarding its
5  investigations into Carter Bryant, MGA, or Isaac Larian, including, but not limited
6  to, M 0074307-0074430, all Mattel worldwide consumer research reports produced
7  by Mattel, internal marketing documents analyzing the performance of Bratz in the
8  marketplace, documents relating to Carter Bryant's involvement in the litigation
9  known as *Gunther-Wahl Productions v. Mattel, Inc.*, Case No. BC195819 filed on
10 or about August 12, 1998 in the Superior Court of the State of California, County
11 of Los Angeles, and subsequent appeals, M0001654-55, M0074397-74402,
12 M0074307-0074396, and M 0013842.

13 **F.    Sixth Affirmative Defense (Statute of Limitations)**

14      Mattel's counterclaims, and each claim for relief, are barred by the
15 applicable statutes of limitations, including but not limited to Code of Civil
16 Procedure §§ 337, 339, 343, and 338(c), 17 U.S.C. § 507(b), and 18 U.S.C. § 1961
17 *et seq.*

18      Mattel's counterclaims are barred because, among other things, Mattel
19 intentionally delayed taking legal action against MGA or Carter Bryant for several
20 years after the launch of Bratz in the belief that Mattel would be able to drive Bratz
21 (and as a result, drive MGA) out of the market for fashion dolls and/or the belief
22 that Mattel did not have any rights under the "Inventions Agreement" as against
23 Bryant, based on its own interpretations of the "Inventions Agreement," and on the
24 advice that Mattel received from in-house and outside counsel.  Mattel also waited
25 to file suit until after it had secured Bryant's assistance in an unrelated legal action
26 against another Mattel competitor, namely the litigation known as *Gunther-Wahl*
27 *Productions v. Mattel, Inc.*, Case No. BC195819 filed on or about August 12, 1998
28 in the Superior Court of the State of California, County of Los Angeles, and

CARTER BRYANT'S RESPONSES TO MATTEL, INC.'S AMENDED SUPPLEMENTAL INTERROGATORY
CASE NO. CV 04-09049 SGL (RNBx)

EXHIBIT _____ **9L**

PAGE _____ **817**

1    The following persons have knowledge of facts and circumstances

2 surrounding the foregoing: current and former employees, contractors, or agents

3 and affiliates of Mattel involved in the copyright registrations at issue.

4    The following documents may be related to this defense: Mattel's copyright

5 registrations at issue in this case, including but not limited to Mattel's registrations

6 for Toon Teens (M12564-M12565), My Scene (M62033-62116), and Bratz

7 (M59698-M59761; M59579-M59609).

8 **N.    Fourteenth Affirmative Defense (Joinder in Defenses of Co-Defendants)**

9    Bryant adopts and incorporates by this reference any and all other

10 affirmative defenses that have been or will be asserted by any other defendant

11 (including MGA) in this litigation to the extent that defendants may share in such

12 affirmative defenses.  Bryant incorporates by reference, as though fully set forth

13 herein, all other defendants' responses to any defenses so shared.

14

15 Dated:  January 7, 2007                         KEKER & VAN NEST, LLP

16

17

18                                        By: _____
                                              Michael Page
19                                            Attorneys for Plaintiff
                                              CARTER BRYANT
20

21

22

23

24

25

26

27

28

98

EXHIBIT ____ 96

PAGE ____ 818

## PROOF OF SERVICE

I am employed in the City and County of San Francisco, State of California in the office of a member of the bar of this court at whose direction the following service was made. I am over the age of eighteen years and not a party to the within action. My business address is Keker & Van Nest, LLP, 710 Sansome Street, San Francisco, California 94111.

On January 7, 2008, I served the following document(s):

### CARTER BRYANT'S RESPONSES TO MATTEL, INC.'S AMENDED SUPPLEMENTAL INTERROGATORY REGARDING DEFENDANTS' AFFIRMATIVE DEFENSES

by **FEDERAL EXPRESS**, by placing a true and correct copy in a sealed envelope addressed as shown below. I am readily familiar with the practice of Keker & Van Nest, LLP for correspondence for delivery by FedEx Corporation. According to that practice, items are retrieved daily by a FedEx Corporation employee for overnight delivery.

by **E-MAIL VIA PDF FILE**, by transmitting on this date via e-mail a true and correct copy scanned into an electronic file in Adobe "pdf" format. The transmission was reported as complete and without error.

John B. Quinn
Michael T. Zeller
Quinn Emanuel Urquhart Oliver &
Hedges, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017-2543
Tel:  213/443-3000
Fax:  213/443-3100
Email: johnquinn@quinnemanuel.com
Email: michaelzeller@quinnemanuel.com

Thomas J. Nolan
Skadden Arps Slate Meagher & Flom
300 South Grand Avenue, Suite 3400
Los Angeles, CA 90071-3144
Tel:  213/687-5000
Fax:  213/687-5600
Email: tnolan@skadden.com

Alexander H. Cote
Overland Borenstein Scheper & Kim LLP
300 S. Grand Avenue, Suite 2750
Los Angeles, California 90071
Tel:  213/613-4660
Fax:  213/613-4656
Email :  acote@obsklaw.com

EXHIBIT    96

PAGE    819

1    Executed on January 7, 2008, at San Francisco, California.

2       I declare under penalty of perjury under the laws of the State of California

3  that the above is true and correct.

4                                MAUREEN STONE

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

396359.01

PROOF OF SERVICE
CASE NO. CV 04-09049 SGL (RNBx)

EXHIBIT ___16___

PAGE ___820___

**EXHIBIT 97**

| From: | Isaac Larian |
| To: | Victoria O'Connor; Dave Malacrida; Aileen Storer; Paula Treantafelles; Margo Chazen; Dianna Eisenberg |
| CC: | Abe Mirza; Julie Mote; Beth Cahill |
| BCC: | |
| Sent Date: | 2002-03-12 12:17:42:953 |
| Received Date: | 2002-03-12 12:17:42:953 |
| Subject: | FW: Hi |
| Attachments: | |

Victoria, Dave: Who gave David Dees info and what he does for us to this Yahoo lady and why?

This Yahoo lady is giving us too much legal grief even though she does not mean it.

Please DO NOT send any information or reply to her e mails unless you have cleared it with me.

Julie/Beth/ Abe:    **REDACTED**    There must be no mention about Mattel or any of their properties, Carter , any MGA Bratz arts ,etc.

**REDACTED**

——Original Message——
From: Paula Treantafelles
Sent: Monday, March 11, 2002 5:55 PM
To: Isaac Larian; Abe Mirza; Beth Cahill
Subject: FW: Hi

——Original Message——
From: David Dees [mailto:davodees@hotmail.com]
Sent: Saturday, March 09, 2002 12:37 PM
To: bryant598@cs.com
Subject: Hi

Hi Carter,.

I thought you would enjoy this letter i wrote to the Bratzworld club on Yahoo. It starts off with the club leader introducing it. Dees,

Hello!

I'm posting a wonderful letter from David Dees- the guy who does the awesome art we love to look at on the Bratz website and on posters and wherever Bratz girls are. I just want to post it to its own message so i can save that as a text file in the David Dees folder in files so you can read it anytime you like. We've

CONFIDENTIAL — ATTORNEYS' EYES ONLY

MGA 3801819

always liked it that MGA communicates with the Bratz fans and this takes it even further into VERY COOL land.

Make sure you also check out his portfolio for all the other stuff he does- you've probably seen lots of it- he's extremely talented!

Okay enough from me- I'll post his letter right after this
:)
snowflakebebe

>Hello my name is Christian (I'm a girl!) and I do a fan list for the Bratz
>dolls and I was wondering if you could post and maybe share some of your
>other Bratz art that we may not have seen (we have lots of it in the files
>section) - or talk about your experience working on the illustrations of
>the
>Bratz. I am in contact with MGA and they have endorsed this "fan club" so
>if
>I need to get permission from them for anything I can ask- but I hope
>you'll
>share some art if you can. We have the link to your portfolio up in our
>files and bookmark section. Come visit sometime :) We love your art. Its
>a
>big part of the fun of the Bratz :)

Hi Christian,

Thanks so much for your letter and interest in the world of Bratz. I talked to the art director at MGA , and she said that of course i am not the one to be releasing any Bratz art ahead of time, so i will check and see if i can post some of that older airbrush art for you. She also said MGA is in the process of building a new website that is going to be packed to the hilt with cool art of all the new fashions, and believe me, they are wild and colorful as i just finished about thirty new pieces of art that will amaze you.

I work freelance as an illustrator and have my own studio at home where i paint at my leisure, but if a job comes in you can be sure that it is usually being rushed. My immediate live-in family consists of two furry felines. A crosseyed siamese mix named Buddy, and a female red striped tabby named Goose.

I am swamped right now with colorizing lots of the new wacky funk styles, and there are new hats and boas and tops that I got a kick out of. However I can't take credit for creating the Bratz Dolls, or even the first Bratz illustrations, for that honor would go to a fellow named Carter Bryant*, who is truly a genius of fashion and the soul and only person who first drew those great pouty lips and that extreme look that only our heroes share. I have never met him personally, but on the phone and emails he is certainly the nicest sincere fellow ever, and very optimistic and complementary about my art in his approach. It felt good early on when he would tell me i was doing a good job bringing them to life. Can you tell I am a fan of his as

CONFIDENTIAL - ATTORNEYS' EYES ONLY

MGA 3801820

well?

Let me tell you about MGA. It is located in North Hills, California, at the west end of the beautiful San Fernando Valley, where I lived for many years, but now I live in Salt Lake, where the Olympics just were. Anyway, when you walk into the big, high ceiling lobby there is a real pretty receptionist with reddish brown hair (and that sometimes wears leopard prints), and if you look to the left you will see the stairs wind up to the second floor where all the cool stuff happens. And as you start up them there is, to the right, a little rock garden with plants, and it always has some of the new toys, like robot dogs, insectobots, or baby dolls sitting in there as if they are playing. As you get to the top of the stairs, that is if you can get permission to come up to this top secret place, the first thing you notice to your right is two big doors opening into a spacious office with a fancy glass desk, usually covered with toys, and sitting there working busily away is a great fellow named Isaac, who is the owner, president, and creator of most of the MGA toys. He always seems to leave his doors open and when I stop by to pick up a job I glance in and wave if he happens to look up.

The first big area past there has lots of low partitioned cubicles with all the business people who keep the finances working, but then the next rows are the package and advertising designers, which is sort of the front line of the creativity, and as you continue up the steps there is a silly sign hanging that says Design Farm, and that is the beginning of the art studios. It always freaks me out to go in there because it is a busy beehive of toy ideas and designers flying around like a tornado. It is a big open room with black walls and bright lights shining down spotlighting the work areas, and colorful toys and wacky new ideas and drawings lining the walls. The middle area has a long table work table covered with new toy packages being assembled for the first time, with most of the mocked up packages being created by cutting and pasting by hand, and only after the idea is shown through many approval lines is it mass produced. Sometimes a whole new line of Bratz accessories will be displayed, and i am amazed at the details of the clothes at such a small scale. When i pop in I am usually asked for my opinion about the new toys, such as if i think they will be popular or how to promote them, and i am always happy to put in my two cents. There are about a dozen or so design areas with computers that surround the work table, and at each station is someone with more talent than you can imagine all corraled into one group. That is why they come up with such great stuff. There is also a window on one wall and whenever i look out of it, it is stunning to look down into the warehouse which quite a large expanse of big boxes and lifts carrying them around. I guess that is the tour.

About working on the illustrations, well they are all colored on the computer. The best thing i can say is that i finally figured out a great way to paint their hair that flows great, and looks sort of real. But that is in the last group of art i just finished and it will available to you soon i suppose. If you have any suggestions about any of the art I always welcome your viewpoint.

CONFIDENTIAL – ATTORNEYS' EYES ONLY

MGA 3801821

Anyway that is about it. I will send in anything that i am allowed to release to you guys, or check my website for new art that i am putting up all the time. Feel free to download any art that you like off my site. See ya. david.

(* You can do a google.com search under Carter Bryant and you can see some things he has done.

-snowflakebebe)

WOW what a cool letter... i have to say again that everyone so far involved with the Bratz company is so cool, and responds personally and actually takes some time.... as for Carter Bryant i searched and searched and came up with nothing. so if any one find his website, can you post the URL.. ;) many thanks...

Pink Glitter
>>Vayne<<
xxx

Get your FREE download of MSN Explorer at http://explorer.msn.com/intl.asp.

CONFIDENTIAL - ATTORNEYS' EYES ONLY

MGA 3801822

**EXHIBIT 98**

**From:**       Isaac Larian

**To:**         Dee Dee Valencia

**CC:**

**BCC:**

**Sent Date:**      2003-02-06 20:05:14:687

**Received Date:**  2003-02-06 20:05:14:687

**Subject:**        RE: Bratz

**Attachments:**

Good ideas.

Lets share with the team after NY and execute.

-----Original Message-----
**From:** Dee Dee Valencia
**Sent:** Thursday, February 06, 2003 11:59 AM
**To:** Isaac Larian
**Subject:** RE: Bratz

Okay ... I am jotting down my first thought .... I'll think more. Had experience in past lives in collectible market....

Limited Edition Collectible # of pcs low low low - build for the future

SELLING - DISTRIBUTION
-Go for 2 partners; 1 TV (QVC) and other Hallmark sold in Collectibles Section (next would be ornaments with Hallmark)
-Offer the first 1,000 to our fan club members - 1st come first serve - build frenzy then you can advertise that the remaining # is going to be on QVC and in Hallmark only for a limited time.
-This strategy would also help, 'literally presell' the program to QVC & Hallmark. Built in demand, advertised, slam dunk!
-After market sales - will boom - ebay.... keep track of it .. powerful ...

FEATURES:
-Signed by....???? - I know we want to keep Carter under wraps ...

-Custom / Original art of girls as the certificate of authenticity - framed for room and showing off to friends

-The box is JUST AS IMPORTANT as THE PRODUCT in the collectible market. So packaging needs to be authentic and out of this world.

Product Ideas:
-Porcelain real hair, real fabrics as accents - high high detail
-Tie to well known hip fashion designer that designed clothing for extra equity
-Set of 4 dolls 6"-8"high (size smaller than mass market dolls - these are display only pcs)
-They need to be sold in a showcase cool environment - funky - this is part of the display in their room
-Something exclusive for the girl herself ... exclusive fashion bag is my first thought.

I'll think more.... we should absolutely utilize the Bratz Fan Club more. They 'expect' to be the first ones to know what is up and coming for Bratz. This is a built in base for exclusive or allocated or presold sell of goods.

DD

EXHIBIT _____ 98

PAGE _____ 825

CONFIDENTIAL - ATTORNEYS' EYES ONLY

MGA 3801558

-----Original Message-----
**From:** Isaac Larian
**Sent:** Wednesday, February 05, 2003 8:13 PM
**To:** Summer Wells; Paula Treantafelles; Dee Dee Valencia; Shawn Brower; Randi Kagan
**Subject:** Bratz

What do you think about the idea of developing a high end ,really cute, older, collectable plush to sell only in Specialty and gift? For dolls, may be we do a plastic head?

Let me know what do you think?

Isaac Larian
CEO
MGA ENTERTAINMENT
*A Consumer Entertainment Product Company*
16730 Schoenborn Street
North Hills, California, 91343-6122
Tel: 818-894-3150
Fax:818-894-1267
Ilarian@mgae.com
www.MGAE.COM
Meet the girls with Passion for Fashion
www.Bratzpack.com

EXHIBIT _____ 98

PAGE _____ 826

CONFIDENTIAL - ATTORNEYS' EYES ONLY

MGA 3801559

**EXHIBIT 99**

Claimant
Isaac Larian
First
Exhibits IL 1 and ILA-D
*14*.05.04

**IN THE HIGH COURT OF JUSTICE**

**CHANCERY DIVISION**

**INTELLECTUAL PROPERTY**

**B E T W E E N :**

### MGA ENTERTAINMENT, INC.

Claimant

- and -

### THOMAS CHRISTOPHER JOSEPH METSON

Defendant

---

### AFFIDAVIT OF ISAAC LARIAN

---

I, **ISAAC LARIAN,** of 16730 Schoenborn Street, North Hills, California, CA 91343, USA MAKE OATH and say as follows:

**Introduction**

1.  I am the Chief Executive Officer of the Claimant. I make this statement in support of the Claimant's applications for a disclosure order under CPR Part 25.1(1)(h), CPR Part 31 and the Court's equitable jurisdiction, and an interim injunction to restrain the Defendant from dealing in unlawful BRATZ trading cards under CPR 25.1(a) (set out in the Application Notice issued in these proceedings.

2.  Save where otherwise stated, I make this statement from facts within my own knowledge. Where I state facts which are not within my own knowledge, the source of my information is identified. I am duly authorised to make this Affidavit on behalf of the Claimant. 295

M17447.115/LT:327391.2/eaal

(53 pages)

Exhibit no. *947*
Date: *10/9/07*
*Woodman* P. Pyburn

EXHIBIT _____99_____

PAGE _____827_____

Confidential - Attorney's Eyes Only

MGA 0868039

3.  I have been the Chief Executive Officer of the Claimant since the Claimant was founded in 1979.

4.  There is now produced and shown to me marked **Exhibit "IL 1"** a bundle of copy documents to which I shall refer in this affidavit by reference to the relevant page numbers.

**The Claimant**

5.  The Claimant was founded as a consumer electronics business in 1979.  It entered the toy business in 1987 when it obtained an exclusive licence to sell Nintendo hand-held games in the US.  The Claimant subsequently obtained licences for other toy products including HELLO KITTY and POWER RANGERS and then developed its own branded toys such as BRATZ dolls.

6.  The Claimant has offices in Los Angeles, Hong Kong, Mexico and Canada and has over 450 employees. The Claimant sells its products around the world including in the US and Europe.

7.  Today, the Claimant has achieved earnings in excess of US$600 million in 2003 and its earnings are projected to be US$1 billion in 2004.  About 65-70% of the Claimant's business relates to BRATZ dolls and related merchandise (see below).

8.  I established the Claimant and was the inspiration behind the BRATZ dolls.  I have been the main driving force behind the success of the Claimant.

**The BRATZ Dolls**

9.  The Claimant started promoting and selling the BRATZ dolls in the US in June 2001.  The first four characters were "Cloe", "Sasha", "Jade" and "Yasmin".

10.  The BRATZ dolls have distinctive oversized heads decorated with exaggerated eyes and

M17447.115/LT:327391.2/labd                    2

EXHIBIT ___296___ 99

PAGE ___828___

Confidential - Attorney's Eyes Only

MGA 0868040