eyelashes, multi-coloured eye make-up, two-tone lipstick and rugged cheeks. These dolls were at that time, completely unique and were aimed at girls between the ages of 7 –12 years olds. At Exhibit "IL A" are samples of the latest BRATZ dolls on the UK market.

11.     The Claimant launched the BRATZ dolls in the UK in September 2001.

12.     Today, there are currently 8 full sized female dolls in the BRATZ collection called "Cloe", "Sasha", "Jade", "Yasmin", "Meygan", "Dana", "Nevra" and "Fianna" and 4 mini female dolls called "Ailani", "Nazalia", "Talia" and "Zada". There are also 5 full sized male dolls in the BRATZ collection called "Cameron", "Dylan", "Eitan", "Koby" and "Cade" and 4 mini male dolls called Mikko", "Colin", "Deavon" and "Lakin".

13.     As a result of the BRATZ dolls' uniqueness and designs, they have become a world-wide success. More than 50 million BRATZ dolls have been sold around the world to date, of which around 2.25 million have been sold in the United Kingdom as of 30 April 2004.

14.     At pages 1 to 4 of Exhibit IL 1 is a copy of a schedule that appears on the website of the Office of National Statistics. I can see from this schedule that there were approximately 2,231,000 girls between the ages of 7-12 (inclusive) in the middle of 2002, Therefore, with cumulative sales of over 2 million, I estimate that a significant proportion of girls in this age group have one or more BRATZ dolls.

15.     For two consecutive years in 2001 and 2002, the BRATZ dolls have won the toy industry's most prestigious awards, The People's Choice Toy of the Year Award. In 2003, BRATZ dolls won the Toy Industry Association, Inc.'s Property Toy of the Year Award, the TIA Girl Toy of the Year Award, the Family Fun Toy of the Year, Toy Wishes Magazine Hot Dozen, MSN BC Hottest Toy of the Year 2003, MSN.com Top Holiday Toy 2003, NBC Today Show Toy Test Winner 2003, Toys R Us/Amazon.com, E-bay and KB Toys Hot List for 2003, and CNN Money Top Ten Holiday Toys for Girls 2003. At pages 5 to 6 of Exhibit IL 1 are copies of articles confirming that the Claimant has won these awards.

297
EXHIBIT _____ 99

PAGE _____ 829

Confidential - Attorney's Eyes Only

MGA 0868041

211.    In the circumstances, I respectfully request that this Honourable Court should grant the

injunction and disclosure order sought by the Claimant in this action.


Sworn at *14730 Schoenborn St.* )
        *North Hills, CA. 91343*   )
                                   )

*May 14, 2004*


Before me    *Joseph David Newcomb*


JOSEPH DAVID NEWCOMB
Commission # 1466241
Notary Public - California
Los Angeles County
My Comm. Expires Jan 27, 2008


346

EXHIBIT _____ 99

PAGE _____ 830

M17447.115/LT:327391.2/labd                    52

Confidential - Attorney's Eyes Only                                    MGA 0868090

Claimant
Isaac Larian
First
Exhibits IL 1 and ILA-D
/ 4 .05.04

IN THE HIGH COURT OF JUSTICE

CHANCERY DIVISION

INTELLECTUAL PROPERTY

B E T W E E N:

MGA ENTERTAINMENT, INC.
Claimant

- and -

THOMAS CHRISTOPHER JOSEPH
METSON
Defendant

## AFFIDAVIT OF ISAAC LARIAN

SJ Berwin
222 Gray's Inn Road
London   WC1X 8XF

Tel:  020 7533 2222

Ref:  M17447.115/LT:327391.2/eaal

347

EXHIBIT _____ 99

PAGE _____ 831

M17447.115/LT:327391.2/eaal

Confidential - Attorney's Eyes Only

MGA 0868091

EXHIBIT 100

# ANNUAL RETIREMENT GUIDE

The McGraw-Hill Companies

# BusinessWeek

JULY 28, 2003

www.businessweek.com

## STOCK VS. OPTIONS
THE NEW EXEC COMP GAME

## STRATEGIES
▸YAHOO!
▸GENERAL MILLS
▸MATTEL

## GE
MEET CHARLENE BEGLEY, A RISING STAR

## INVESTING
HOW OUR WALL STREET COLUMN PERFORMED

# CITI'S NEXT ACT



**CHUCK PRINCE**, Sandy Weill's top troubleshooter, is the unlikely choice to become CEO. Does he have the right stuff to lead the world's most important bank? PAGE 30

#BXBBGOD ***CR LOT 0016A*C033
#JLI2121G091 0#300116      BX003676
||.|.||....||.||...||.|....|.|||...||...|...|.|.|.|
GARY JOLICOPUR         MAR 22 04   0975
2121 GATES AVE B              T099
REDONDO BEACH  CA  90278-2007
                              071994

EXHIBIT _____ 100

PAGE _____ 832

M 0074054

stead, regular uniform fabric may sport nano-size umbrellas that open to seal the cloth's pores, making it impervious to airborn chemicals and pathogens.

In both cases, a key objective is to take a load off soldiers' backs. Today, they lug 60 pounds or more into battle, depending upon which weapon they carry, and the so-called marching load is almost twice as heavy. In five years, the Army wants to trim the combat load to 40 pounds, and then to 15 pounds with the Future Warrior outfit. MIT's Vest predicts that armored vests, which weigh 28 pounds now, will end up "at around eight pounds, maybe even five."

Artificial muscles that could enable soldiers to leap tall walls, if not buildings, are in the works, too. One candidate is made from polypyrrole. It flexes when jolted by electricity, then relaxes when the juice is turned off. So far, though, its reactions are much too slow.

Even with the best armor, wounds are inevitable. So when a soldier is hit in an arm or leg, special fibers in the uniform would constrict into a tourniquet. This will be a real life-saver, because half of all battlefeild deaths are due to massive blood loss before wounded soldiers can be treated. In addition, sensors would provide the soldier's vital signs and location to medics via radio. Until the Future Warrior garment is ready, soldiers will wear an adhesive chest patch fitted with sensors and a tiny radio. It's being developed by MIT partner CIMIT (Center for Integration of Medicine & Innovative Technology) in Cambridge, Mass.

To satisfy its industrial partners and avoid chewing up money needlessly, the new institute will be "run on a business model, with regular milestone reviews," says Edwin L. "Ned" Thomas, the MIT materials-science professor tapped as its head. It will have a staff of 40 MIT scientists from eight departments, plus 100-odd graduate students and visiting researchers from the Army and industry.

Thomas admits that some wish-list items may never materialize. But that's okay—the idea is to infuse army research with new thinking. So the Pentagon plans to announce, starting in August, more research centers at other universities, focused on such areas as biotechnology and detecting landmines. In the same spirit, to supplement its $1.2 billion research effort, the Army will funnel $25 million to small, innovative companies that probably never dreamed of getting a Pentagon contract. The fund's top priority? Finding better ways to generate and store power for the Army's high-tech gadgets. It's easy to see why: A brigade of 1,500 troops goes through 120 tons of batteries a year. And that's before they hit their invisibility buttons.

*By Otis Port in Cambridge, Mass.*

# The Corporation

## COMMENTARY
### By Christopher Palmeri

# TO REALLY BE A PLAYER, MATTEL NEEDS HOTTER TOYS

The Bratz pack has invaded the Gabriele house. The line of trendy dolls burst on the scene two years ago, offering girls a hipper alternative to that old standby, Barbie. Think Jennifer Lopez to Barbie's Reese Witherspoon. Joan Gabriele, a Hollywood (Fla.) mother of two, now has eight Bratz dolls in her home. Her daughters, ages 6 and 8, rarely touch their Barbies. "Barbie is pretty much a thing of the past," she says. "They like Bratz better."

That's bad news for Barbie's maker, Mattel Inc.—and for the three-year-old turnaround efforts of CEO Robert A. Eckert, the ex-president of Kraft Foods Inc. who replaced the embattled Jill E. Barad. The El Segundo (Calif.) toy giant counts on Barbie for about one-third of its revenues and more of its profits. But Mattel says U.S. Barbie sales declined 2% last year and 14% in this year's first quarter. The overall doll category, says market researcher NPD Group Inc., dropped only 3% in the quarter.

Give Eckert, 48, his due: He pulled Mattel out of its tailspin after its disastrous $3.8 billion acquisition of Learning Co. He got rid of the money-losing computer-game maker and slashed costs. His goal: to bring the stability of a consumer-products company to the hit-driven toymaker. And using such practices as computer-aided design to speed up product development and just-in-time inventory management, he succeeded.

But now it looks like Eckert is learning a valuable lesson: Mattel is selling toys, not soap or cornflakes. Good brand management goes only so far in a business that caters to children's whims. Like it or not, the key to success is launching innovative products and promoting the heck out of them. If you don't do it, your competitors will.

Eckert's strategy has been great for Mattel's bottom line. Profits last year, before special charges, were a healthy $455 million, and the stock has nearly doubled, to $20, since Eckert arrived in May, 2000. But top-line growth has sputtered. U.S. revenues, $3.4 billion in 2002, have declined marginally in the past few years. Total 2002 sales of $4.9 bil-

lion crept up from $4.6 billion in 2000—thanks to overseas expansion.

While Eckert continues to build on the massive Barbie franchise that Barad constructed, he now knows that he needs hot new toys. Recycling old characters like *Sesame Street*'s Elmo just won't be enough. "We need to do a better job on the top line," he says. "The good news is, it's only spring training, and we have a long season ahead of us."

To that end, Eckert has begun an ambitious push. Between now and Christmas, he hopes to launch 250 new toys, including dozens of Hot Wheels models and Flavas, a Bratz-like hip-hop posse with baggy jeans and serious bling-bling. Originally, half of these toys weren't scheduled until 2004.



**FIRST CAME BRATZ...**

| | |
|---|---|
| MAKER | MGA Entertainment |
| DEBUT | 2001 |
| NAMES | Yasmin, Sasha, Cloe, Jade, and Meygan |
| MOTTO | The girls with a passion for fashion |
| HER RIDE | Late-night stretch limo |

Tha even it can well Inc. than MGA Barbi ber a Bratz (Calif. devot to My My S for 1. says alyst

EXHIBIT 100

PAGE 833

M 0074055

That should help boost sales. But it's even more important that Mattel prove it can respond to nimble upstarts as well as traditional big rivals like Hasbro Inc. After all, it took the company more than a year to launch a competitor to MGA Entertainment's Bratz. My Scene Barbie didn't hit stores until last October and has yet to make a dent in Bratz's success. At its Santa Monica (Calif.) store recently, Toy 'R' Us Inc. devoted just a sliver of the shelf space to My Scene that it did to Bratz. And My Scene dolls were being offered at 2 for 1. "It's not really catching ground," says Sean P. McGowan, toy industry analyst at Harris Nesbitt Gerard Inc.

Mattel will start tossing in a cell phone with 300 free minutes if you buy four of the $13.99 dolls. It also plans to add accessories and boy versions—Hudson, River, and Bryant.

Barbie isn't the only Mattel



stalwart under attack. Its Fisher-Price unit, long the king of preschool, is losing sales to newcomer LeapFrog Enterprises Inc., whose electronic interactive books have captured 19% of the $2.9 billion preschool toy and electronic learning aid markets. Eckert is counting on a successful launch in August for Power-Touch, Mattel's version of LeapFrog's popular interactive book. PowerTouch is operated by pointing a finger at an image or a word, instead of the stylus used in LeapFrog's original products. That's key for younger kids. "It's much easier for her to use," says Christopher Coye, a Los Angeles-area parent whose 4-year-old tested a PowerTouch. Still, LeapFrog releases a finger-operated system in August, too.

Over the long term, Eckert puts at risk one of the strongest toy companies around if he can't instill innovation and rapid reaction in his much-tightened organization. To his credit, he is making it crystal clear that he doesn't want ideas to linger in the pipeline. When Matchbox brand managers mentioned this year that they had designed a toy firehouse that could be shipped with no assembly required, Eckert told them to get it out by fall. "Why wait?" he says. "If you've got it, sell it." And not a moment too soon: Sales of Mattel's Hot Wheels and Matchbox cars fell 6% in the first quarter, thanks to competition for boys' attention from action figures like Hasbro's resurgent G.I. Joe and Transformers.

The question is how much Eckert needs to tweak his model. He probably cut back too much, for instance, on marketing. In 1998, Mattel's advertising and promotional spending totaled $631 million, or 13.8% of sales. By last year, it had fallen to $552 million, or 11.2% of sales. Aggressive television marketing boosted sales of Hot Wheels cars in Spain last year, and a strong new campaign could help Mattel toys here.

Mattel won't live or die on every new toy it develops. But it can't just rely on Barbies, either. "Like they say in business school—no risk, no reward," says Isaac Larian, CEO of privately held MGA. He should know: He got the idea for Bratz after seeing his own kids run around in navel-baring tops and hip-huggers. As Eckert is finding out, sometimes the best ideas are right in front of you.

*Palmeri covers toys from Los Angeles*

**...THEN, MY SCENE BARBIE**

| | |
|---|---|
| **MAKER** | Mattel |
| **DEBUT** | 2002 |
| **NAMES** | Barbie, Madison, Chelsea, and Nolee |
| **MOTTO** | My city. My style. My scene. |
| **HER RIDE** | Vespa motorscooter |

Data: MGA Entertainment, Mattel

# BusinessWeek

## Manage your account online

Now you can manage your subscription through the Internet. You may change your delivery address, check your account status, renew your subscription, pay your invoice, report a missing or damaged copy, or suspend delivery of your magazine through our Customer Service site. You may go directly to www.businessweek.com/service.htm or follow these simple steps:

1. Go to www.businessweek.com.

2. Scroll down the left side listings until you reach the "Customer Service" link.

3. Click on the "Customer Service" link.

4. Scroll down below and click on US/Canadian subscribers link.

**NOTE:** You will ▮▮▮▮▮▮▮ number, which appears on the label of your magazine.

For individual subscriptions, changes, or inquiries:
Phone: (800) 635-1200
Email: bwcustomerservice@neodata.com

**Education Department**
Phone: (800) 843-7352
Fax: (800) 876-9416
Email: bw_group@businessweek.com
Web Site:
www.resourcecenter.businessweek.com

EXHIBIT 100

PAGE 834

M 0074056



# Close-Knit Companies

### FAMILY TIES STRENGTHEN VALLEY-AREA BUSINESSES AS THEY GROW THEIR FIRMS AND ADAPT TO CHANGE

EXHIBIT ___100___

PAGE ___835___

March 29, 2004

# SPECIAL REPORT – THE FAMILY BUSINESS EXPERIENCE

# Immigrant's Creative Company Shakes Up Toy Industry

**By JEFF WEISS**
*Contributing Reporter*

ONLY 16 years old, with a mere $750 in his pocket, and with parents across the globe in Iran, Isaac Larian never expected to eventually be the founder of one of the fastest growing toy companies in the world.

Initially undecided whether to emigrate to the United States or to Israel, Larian opted to pursue the American dream. The Business Journal's recipient of the family business Best Large Company award, **MGA Entertainment**, is the end product of Larian's hard work, determination, and foresight in capitalizing upon opportunity.

Yet before becoming a toy mogul, Larian set out to forge a career in the civil engineering industry before realizing his true talents lay elsewhere.

"I came here to get a civil engineering degree because I thought I'd be a civil engineer and go back to Iran and build infrastructure," Larian said. "I graduated in 1978 from Cal State Los Angeles but I never worked as an engineer. Shortly after graduating, the (Iranian) revolution broke out and I discovered that engineering wasn't for me. I was more of an entrepreneur."

The following year Larian and his brother Farhad founded MGA as a consumer electronics company. Their first foray into the toy industry didn't come until 1987 when Isaac saw the opportunity to manufacture Nintendo's hand-held electronic games.

"I'm an entrepreneur and in 1987 I saw an opportunity to become the distributor for Nintendo's hand-held games. I just saw opportunity. Most entrepreneurs do that," Larian said.

After two years in the hand-held video game industry, MGA left the toy game and returned to consumer electronics. Returning in 1993 to produce Mighty Morphin Power Rangers accessories, MGA never left the toy industry, having its first breakthrough item with 1997's wildly successful Singing Bouncing Baby Doll.

"Singing Bouncing Baby was our first doll and it was a huge hit," Larian said. "We ended up winning Family Fun Toy of the Year which is the Oscars of the toy industry.

## Introducing Bratz

But MGA's greatest success came later,



**Large Business Award**
**MGA Entertainment**
*North Hills*

Trendy: Isaac Larian, above, has led MGA to huge growth with the help of the company's Bratz dolls, left.

1959 debut.

with the introduction of 2001's Bratz dolls. Against all odds, Larian pioneered a line of dolls able to undercut the success of Barbie, the only company to do so since Barbie's

*Please see MGA page 18*

However, the modest Larian is quick to acknowledge others for contributing to the company's success. A close knit family, Larian's sister, Shirin Makabi, is the company's director of travel and expenses. Shirin's husband, Eli Makabi, is MGA's vice-president in charge of traffic in sales. In addition, the Makabis co-own the business with Larian. But Larian family involvement does not stop there; Larian's children have played a crucial role in MGA's development.

"My oldest son, 17-year-old Jason, is very creative and a music writer. He has come up with some of our popular toys," Larian said. "He came up with Commandobot—a robot that was the first ever robot toy to work on voice recognition. It was a fantastic seller that was featured in *Wired* magazine. It was Jason's idea for Bratz.

Larian's other children have also been key to product development.

"Yasmin, my 15-year-old daughter, is involved in the business as well. She's particularly interested in fashion and focus groups. One of the Bratz is named after her," Larian said. "My 10-year-old son, Cameron, is also the namesake for one of the boy Bratz. Cameron comes up with different product ideas. One of our best ideas was on a family ski vacation and he said 'Dad, you should do a Bratz winter break.' So we did it and it sold wonderfully."

## High-definition capabilities

Helinet is the only helicopter leaser in the U.S. that has the ability to provide high-definition viewing technology on its choppers. The cameras aren't cheap – at $400,000 a piece – but are expected to be popular with new law enforcement agen-

# Sky's the Limit for Helicopter Firm's Services

**By SLAV KANDYBA**
*Staff Reporter*

HELINET Aviation Services flies presidents, celebrities and TV crews – yet it still makes time to save lives, including one time when an infant had to be transported to Childrens Hospital Los Angeles.

Judith Sherif, in charge of the children's emergency transport there, said the baby was having trouble breathing and needed special care, but was at another hospital and had to be flown in. Sherif immediately dialed Alan Purwin, president of Van Nuys-based Helinet. Purwin sent a chopper and made calls to the LAPD to ask for permission to land on the street in front of the hospital. The baby survived and Purwin was essentially the main reason.

"I can't even count the number of times"

on blockbusters including "Jurassic Park," "Pearl Harbor" and others.

## Founded in 1987

Purwin went into business himself in 1987, when he decided to start a helicopter company. He previously noticed that "no one seemed interested in running a full-service, highly professional flight services company," according to Helinet's Web site. He sensed an opportunity and went after

Sherif said, "He's doing it

**Purwins: Kathryn, left, with Michaela, Alan with Kyle.**

them to land atop some downtown L.A. skyscrapers. Hospitals and medical centers often call on them, too, to transport organ transplant teams across state lines. The company also leases helicopters for movie and television production and does coordination work.

For each of the services, Helinet has a range of different helicopters. There are more than 55 of them in total, including 12 brand new choppers bought recently, which are equipped with high-definition cameras. Helinet's expansion plans are contingent on that technology picking up in the broadcast TV market, as well as law enforcement and other uses.

**18** SAN FERNANDO VALLEY BUSINESS JOURNAL

SPECIAL REPORT – THE FAMILY BUSINESS EXPERIENCE

March 29, 2004

# Galpin: Boeckmanns Build Empire of Auto Dealerships

Continued from page 14

"There's a number of reasons why they're successful," Steve Bussjaeger, owner of Glendale-based **Star Auto Group**, said. "Bert Boeckmann is a brilliant guy and an extremely competitive person. He only wants to be No. 1. I have the utmost respect for him."

With a litany of awards bestowed on him over the years, billions of dollars earned in sales, and the respect of many of his peers, Boeckmann has carved out a notable legacy. Yet predictably, the automotive mogul's proudest achievements are family related.

"My proudest achievement is having a wonderful family. I don't know if that's exactly my own achievement. But I think that's what's of the greatest importance to me," Boeckmann said. "I've received a lot of acknowledgements. I received the Horatio Alger Award, I've been recognized by the White House and been involved with Mother Teresa.

"*Time* magazine even named me the number one quality dealer in America, out of 20,000 dealerships in the country. But I think my true legacy would be having a wonderful family and marriage. I've had a wonderful life." Besides a strong work ethic, Boeckmann chalks up much of his family's success to a firm belief in God and unvarnished honesty, virtues firmly ingrained in him by his own father.

"My son has spoken publicly about me a couple times and he said 'my dad is the most honest man that I've ever known," Boeckmann said. "I've never thought of things that way. When I grew up you told the truth, you were honest. You did those things; you didn't question, you were either right or you were wrong."

### Leaving a legacy

He said his father was very specific in what kind of legacy he wanted to leave.

"I remember my father said there were three things he wanted to leave to his sons. One was a belief in God. The other was an unblemished name. Number three was that his two sons were to attend the University of Southern California. I didn't require the USC part although two of them did go there."

Galpin Motors has certainly evolved a great deal since the '50s, when Bert Boeckmann decided to work part-time selling automobiles during his final year at USC. Boeckmann has transformed a previously sad-sack dealership into a continually growing behemoth.

During the next period the boys will take more responsibility, there will be more growth, and a continued controlled expansion. As long as we can focus on the customers and serve them well, we will do that," Boeckmann said. "If people looked back at me I would hope that they would say he did the best he knew how. I've just wanted to do the best that I can possibly do."

# MGA: Toy Firm Closing in On $1 Billion in Revenues

Continued from page 16

### Thanking the employees

Larian also credits the company's 430 employees for much of MGA's success.

"Our success is due to the passion of the people we have working for us. Each one has contributed to our success because they are passionate about the company and winning."

With business booming, a Bratz licensing deal with 20th Century Fox has been inked. A Bratz DVD and a Bratz feature film are soon on the way.

"The Bratz are a true phenomenon that has taken the toy/doll industry by storm," Jim Gianopulos, chairman of Fox Filmed Entertainment, said. "They are more than just toys; they reflect the cultural diversity and contemporary style that kids relate to. That kind of success and impact on young people make the company a natural in a major motion picture, and we look forward to turning the Bratz figures into major motion picture stars."

MGA's projected revenue for 2004 is $1 billion and the company has openings for 110 employees in a variety of positions. Although MGA's success is now assured, there were obstacles along the way.

"I noticed some discrimination when I first got into the business world. I think that after living here for 33 years, there is unfortunately discrimination whether you're Jewish, Persian, black or whatever," Larian said. "But it made me stronger to go out and fight. People need to turn that anger into positive energy."

Larian has certainly come a great distance from being a teenager with inclinations towards civil engineering and less than a thousand dollars in his pocket. Thanks to MGA, Barbie's pedestal seems a little less secure.

"I'm having a lot of fun and enjoying what I'm doing here right now and I think as long as you have fun at your job, it's a great thing," Larian said. "I believe that in life you have to have passion for what you do and if you lose that passion you should't do it. My vision is for MGA to become a multibillion-dollar entertainment company and specialize in other things besides just toys."

Looking back on the whirlwind rise of MGA, Larian still seems a bit surprised by the amount of success he's encountered.

"My life is proof that dreams come true. You can't give up. They were definitely moments of self-doubt. I just didn't want to fail. I always had that desire to win," Larian said. "We've made history by unseating Barbie and for a small San Fernando Valley company to do that is a miracle."

# Founder: Surviving Family Members Move On

Continued from page 1

2001. This merger led to a loss of 80 percent of Digital International's business. To cap off this disastrous year, the company's founder Roberto Ceja, died. The elder Ceja had been a veteran of the music industry since 1946, with a special expertise in production, manufacturing and sales. Founded in 1994, Digital International manufactures compact discs, cassettes, and DVDs and was originally focused on the Latin music industry, where Ceja had previously worked. In order to further the business' development, Ceja had brought in three of his sons to help.

"Although we knew that my father was not well, it was still a shock and surprise when he passed away," Ed Ceja, Roberto's son and director of sales, said. "Things got complicated when we lost the majority of our business and then to

the state of the music industry. With CD sales in decline, Digital International's fate appeared bleak, but the Cejas devised a strategy on the fly to cope with these challenges.

"We knew we needed to diversify our client base. We needed new clients and clients from different areas (other than music). Anyone who makes CDs we targeted."

Ed Ceja said. "We learned that the more you can spread your base, the better it is. We don't really solicit music labels anymore. We go after DVD companies; language companies; software companies, etc."

Business has equaled and will likely soon pass the level it was at before the confluence of misfortune at the end of 2001. Digital International currently has 110 to 115 employees and six customer service representatives, up from only 15 to 20 overall employees to begin with.

"Business improves every month. Obvious-

### Coping with emotions

While Glendale-based **Star Auto Group** might not have faced extinction when co-owner Gregg Bussjaeger died four years ago, the emotional loss was quite severe.

"It was very difficult when my father passed away," Star co-owner and manager Steve Bussjaeger said. "It was very hard to keep going. It definitely took the wind out of our sails. You just have to keep pressing on. And we've been as successful as we were before he died."

The elder Bussjaeger had co-owned the business with founder Ed Jussen since 1970. The business includes three auto dealerships and an off-site used vehicle operation. Steve Bussjaeger joined his father's company in 1975 and currently is in charge of its day-to-day operation. His brother Gary Bussjaeger also works for the company, running some of its

going to do. I decided that rather than sell the business, we would continue," Mona Bouchard said. "I stepped right into his big shoes. I had worked at a bank so I knew accounting but it was quite hard to deal with all of the stuff that I had to learn. It was also incredibly difficult to lose him."

Edmund Bouchard Jr. founded North Hollywood-based Bouchard Communications in October 1981 after leaving Pacific Telephone. Designed to provide all types of constructions services to the communications industry, Bouchard acquired 30 to 35 trucks and watched his business grow. In order to help his company expand, Bouchard brought in his sons Bart and Kirk Bouchard in 1982 and 1989, respectively. Currently, Bart works as fleet manager while Kirk is the superintendent.

"We're strong minded people. What we start out with, we strive to complete. We never

EXHIBIT

PAGE 837

**EXHIBIT 101**

Matter No. 15904-142

# United States Patent Application

For

## Doll With Aesthetic Changeable Footgear

Inventor:    Isaac Larian

## OPPENHEIMER

OPPENHEIMER WOLFF & DONNELLY LLP
2029 Century Park East, Suite 3800
Los Angeles, California 90067
(310) 788-5000
Fax (310) 788-5100

Attorney Matter No. 15904-142



Δ)π EXHIBIT 500
Deponent ARMSTRONG
Date 7/18/07 Rptr. ACC
WWW.DEPOBOOK.COM

LA: 333498 v01 02/13/2003

EXHIBIT ____101____                    MGA 0825485

PAGE____**838**____

# DOLL WITH AESTHETIC CHANGEABLE FOOTGEAR

## FIELD OF THE INVENTION

[0001]   This invention relates to dolls or toy figures with changeable footgear.

## BACKGROUND OF THE INVENTION

[0002]   It has previously been proposed to make dolls with shoes, boots or footgear which may be changed, and patents which relate to such arrangements include the following:

[0003]

| | | |
|---|---|---|
| L. Schmetzer | U.S. Pat. No. 187,322 | Granted February 13, 1877 |
| G. Doebrich | U.S. Pat. No. 831,330 | Granted September 18, 1906 |
| F. Steiff | U.S. Pat. No. 898,018 | Granted September 8, 1908 |
| P.H. Young | U.S. Pat. No. 2,175,789 | Granted October 10, 1939 |
| G.H. Calverley | U.S. Pat. No. 2,662,335 | Granted December 15, 1953 |
| S.F. Speers et al. | U.S. Pat. No. 3,475,042 | Granted October 28, 1969 |
| H.J. Solson et al. | U.S. Pat. No. 3,624,960 | Granted December 7, 1971 |
| Goldfarb et al. | U.S. Pat. No. 3,782,027 | Granted January 1, 1974 |
| Port | U.S. Pat. No. 4,030,240 | Granted June 21, 1977 |
| Lambert | U.S. Pat. No. 4,137,115 | Granted January 30, 1979 |
| Rahmstorf | U.S. Pat. No. 4,185,412 | Granted January 29, 1980 |
| Keiji | U.S. Pat. No. 4,643,691 | Granted February 17, 1987 |
| Schiavo et al. | U.S. Pat. No. 4,729,751 | Granted March 8, 1988 |
| Fogarty et al. | U.S. Pat. No. 1,186,673 | Granted February 16, 1993 |
| Larson | U.S. Pat. No. 5,588,895 | Granted December 31, 1996 |
| Kulchyski | U.S. Pat. No. 5,803,787 | Granted September 8, 1998 |
| Toft | U.S. Pat. No. 6,179,685 | Granted January 30, 2001 |
| Asmussen et al. | U.S. Pat. No. 6,203,396 | Granted March 20, 2001 |

[0004]   In reviewing these patents, the appearance of the resultant dolls or figures is relatively "clunky" and not aesthetically pleasing.

## SUMMARY OF THE INVENTION

[0005]   In accordance with the present invention a more aesthetically pleasing and elegant doll with changeable footgear, includes open work shoes with exposed portions of the feet matching the color and texture of the exposed legs; and straps of the shoes extend around the lower legs at the separation point where the removable foot/shoe assemblies mate with the lower leg.  With this configuration, the straps of the shoes conceal the joint between the leg and the foot/shoe assembly, resulting in a more realistic and elegant doll construction.

-1-

EXHIBIT _____ 101

PAGE _____ 831

MGA 0825486

Matter No. 15904-142

[0006]   Additional features which may be included would involve the use of colored shoes and shoe straps which contrast sharply with the exposed skin areas of the foot; and snap-in mechanical arrangements for assembling the shoe/foot assemblies to the legs of the doll.

[0007]   Other objects, features and advantages will become apparent from a consideration of the following detailed description, and from the accompanying drawings.

BRIEF DESCRIPTION OF THE DRAWINGS

[0008]   Fig. 1 shows a doll provided with changeable shoes or footgear, illustrating the principles of the invention;

[0009]   Fig. 2 is an enlarged cross-sectional view taken along the plane indicated at 2-2 of Fig. 1; and

[0010]   Figs. 3 – 5 illustrate alternative shoes or foot/shoe assemblies shown mounted on one leg of the doll of Fig. 1.

DETAILED DESCRIPTION OF THE PREFERRED EMBODIMENTS

[0011]   While the specification describes particular embodiments of the present invention, those of ordinary skill can devise variations of the present invention without departing from the inventive concepts.

[0012]   Referring more particularly to the drawings, Fig. 1 shows a doll 12 formed of known materials employed for dolls, such as resilient plastic material.  The doll 12 has lower legs 14, 16 and foot and shoe assemblies 18, 20 for mounting on the lower legs 14, 16, respectively.

[0013]   Fig. 2 is an enlarged cross-sectional view taken in the plane indicated at 2 – 2 in Fig. 1.

[0014]   In order to removably secure the shoe and foot assemblies 18, 20 to the legs 14, 16, the leg 14 has an enlarged protuberance 22 which snaps into a recess 24 in the assembly 18; and similarly, as shown in Fig. 2, the leg 16 has an enlarged protuberance 26 which locks into a recess 28 in the shoe and foot assembly 20.

2

EXHIBIT    101

PAGE    840

MGA 0825487

Matter No. 15904-142

[0015]  It is desirable that the separation points 30 and 32 be concealed or made less noticeable, to provide a more realistic appearance. This is accomplished by providing the shoes with the appearance of a strap 34 on assembly 18, and strap 36 on assembly 20. With the upper edge of the simulated strap enlargements 34, 36 coincident with the separation points 30, 32, the separation points are not conspicuous.

[0016]  This effect is enhanced by the exposed skin areas 42 on assembly 18 and 44 on assembly 20. Further, the color and texture of the lower legs 14, 16 are substantially the same as the color and texture of the exposed feet areas 42 and 44.

[0017]  Figs. 3, 4 and 5 illustrate typical alternative shoe styles which may be employed with the doll 12 of Fig. 1. Thus, a shoe/foot assembly may be selected of a color to match the color of a dress to be worn by the doll, or may be selected for special activities such as beach wear or formal occasions.

[0018]  In Fig. 3 the leg 52, separation point 54, and upper strap 56 on the foot/shoe assembly 58, are shown. In addition, the skin area 60 of the foot/shoe assembly 58 is substantially the same as that of the leg 52.

[0019]  Fig. 4 shows another alternative shoe/foot configuration 64 mounted on the leg 66 at separation point 68. As in the arrangements of Figs. 1 – 3, the simulated strap 70 conceals the separation point 68, and the skin area 72 of the foot matches that of the lower leg 66.

[0020]  Fig. 5 is a similar showing of a shoe/foot assembly 76 mounted on the lower leg 78 of the doll at separation point 80. The simulated strap 82 serves to camouflage the separation point. In Fig. 5 the shoe is shown darkened to emphasize that different colored shoes may be employed, and that it is desirable that the shoe color contrast sharply with the skin color for more effective concealment or camouflaging of the separation point. For specific examples, the shoe colors may be blue, green, red, black or some combination thereof.

[0021]  Return to Fig. 2 of the drawings, it may be noted that the protuberance 26 has a larger cross-sectional configuration than the mouth 27 of the opening 28. Accordingly, with both the doll legs 16, 18 and the foot/shoe assemblies 18 and 20 being of resilient

3

EXHIBIT __101__

PAGE __841__

MGA 0825488