

Slide C11



Slide C12

EXHIBIT 108

PAGE 925

CONFIDENTIAL –
ATTORNEYS EYES ONLY

6





EXHIBIT ___108___

PAGE ___924___

CONFIDENTIAL – ATTORNEYS EYES ONLY

8





EXHIBIT _____ 108 _____

PAGE _____ 927 _____

CONFIDENTIAL –
ATTORNEYS EYES ONLY

9





EXHIBIT _____ 108 _____

PAGE _____ 928 _____

CONFIDENTIAL – ATTORNEYS EYES ONLY

10

**EXHIBIT 109**

1 | William C. Conkle (SB# 076103)
2 | Mark D. Kremer (SB# 100978)
  | Eric S. Engel (SB# 105656), members of
3 | CONKLE & OLESTEN
  | Professional Law Corporation
4 | 3130 Wilshire Boulevard, Suite 500
  | Santa Monica, California 90403-2403
5 | Telephone: (310) 998-9100
6 | Attorneys for Plaintiff
  | FARHAD LARIAN
7 |

REC'D
CEN :AL
FEB 1 0 2005
L.A. SUPERIOR COURT

8 |       SUPERIOR COURT OF THE STATE OF CALIFORNIA

9 |            FOR THE COUNTY OF LOS ANGELES

10 |

11 | FARHAD LARIAN,                    ) CASE NO. BC301371
                                      )
12 |        Plaintiff,                ) [PROPOSED]
                                      ) FIRST AMENDED VERIFIED
13 |    vs.                           ) COMPLAINT FOR:
                                      ) 1) FRAUD & DECEIT IN THE
14 | ISAAC LARIAN, MORAD ZARABI,      )    INDUCEMENT OF
    | KAMBIZ ROBERT ZARABI and        )    ARBITRATION AGREEMENT;
15 | DOES 1 through 50, inclusive,    ) 2) BREACH OF FIDUCIARY
                                      )    DUTIES;
16 |        Defendants.               ) 3) FRAUD & DECEIT IN THE
                                      )    CONDUCT OF ARBITRATION
17 | ──────────────────────────────   )    PROCESS;
                                      ) 4) BREACH OF IMPLIED
18 |                                  )    COVENANT OF GOOD FAITH
                                      )    AND FAIR DEALING;
19 |                                  ) 5) VIOLATION OF CALIFORNIA
                                      )    CORPORATIONS CODE §§ 25401
20 |                                  )    AND 25501;
                                      ) 6) VIOLATION OF CALIFORNIA
21 |                                  )    CORPORATIONS CODE §§ 25402
                                      )    AND 25502;
22 |                                  ) 7) FRAUD & DECEIT RE
                                      )    DECEMBER 2000 AGREEMENT;
23 |                                  ) 8) NEGLIGENT
                                      )    MISREPRESENTATION;
24 |                                  ) 9) UNFAIR COMPETITION, IN
                                      )    VIOLATION OF CALIFORNIA
25 |                                  )    BUSINESS & PROFESSIONS
                                      )    CODE § 17200;
26 |                                  ) 10) RESCISSION BASED ON
                                      )     MISTAKE;
27 |

FL 10569

28 |

Proposed First Amended Verified Complaint

1

2221.002\9890

EXHIBIT ___109___

PAGE ___929___

(53-95)
Exhibit no. 42.30
Date: 2/4/08
F. Larian B. Pybum

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
*17
18
19
20
21
22
23
24
25
26
27
28

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

11) PROMISSORY FRAUD INDUCING CONSENT TO THE ARBITRATION AGREEMENT;
12) NEGLIGENT MISREPRESENTATIONS INDUCING CONSENT TO THE ARBITRATION AGREEMENT;
13) CONSPIRACY TO COMMIT PROMISSORY FRAUD INDUCING CONSENT TO THE ARBITRATION AGREEMENT;
14) DECLARATORY RELIEF OVER VALIDITY OF THE ARBITRATION AGREEMENT AND THE DECEMBER ARBITRATION PROVISIONS;
15) FRAUD IN THE INDUCEMENT OF THE DECEMBER ARBITRATION PROVISIONS;
16) NEGLIGENT MISREPRESENTATION INDUCING CONSENT TO THE DECEMBER ARBITRATION PROVISIONS;
17) CONSPIRACY TO FRAUDULENTLY INDUCE EXECUTION OF THE DECEMBER ARBITRATION PROVISIONS;
18) DECLARATORY RELIEF OVER VALIDITY OF THE DECEMBER ARBITRATION PROVISIONS;
19) DECLARATORY JUDGMENT OVER THE DISQUALIFICATION OF MORAD ZARABI AND KAMBIZ ROBERT ZARABI FROM SERVING AS ARBITRATORS;
20) DECLARATORY JUDGMENT OVER ENFORCEABILITY OF ARBITRATION AGREEMENTS;
21) RESCISSION OF THE DECEMBER 2000 AGREEMENT BASED ON PROMISSORY FRAUD INDUCING CONSENT TO ARBITRATION AGREEMENT;
22) RESCISSION OF THE DECEMBER 2000 AGREEMENT;
23) RESCISSION BASED ON NEGLIGENT MISREPRESENTATIONS INDUCING THE DECEMBER 2000

Proposed First Amended Verified Complaint          FL 10570

2221.002\9890                                      2

EXHIBIT 109

PAGE 930

|  |  |  |
|---|---|---|
| 1 | ) | AGREEMENT; |
| 2 | ) | 24) DECLARATORY RELIEF OVER VALIDITY OF THE DECEMBER 2000 AGREEMENT; and |
| 3 | ) | 25) CONSTRUCTIVE TRUST, PRELIMINARY INJUNCTION |
| 4 | ) | AND ACCOUNTING |

DEMAND FOR JURY TRIAL

Plaintiff, FARHAD LARIAN ("Plaintiff" or "Fred") alleges as follows:

COMMON ALLEGATIONS

Parties and Venue

1.  Plaintiff Farhad Larian, also known as "Fred" Larian, is now, and at all times herein mentioned was, a resident of the State of California. He is currently residing in Los Angeles County, California.

2.  Defendant Isaac Larian ("Isaac") is now, and at all time herein mentioned was, a resident of Los Angeles County, California.

3.  Plaintiff is unaware of the true names and capacities of Defendant DOES 1 through 50, inclusive, and therefore sues such Defendants by fictitious names. Plaintiff will amend this complaint to show the true names and capacities of, and to make specific allegations against, these Defendants if and when additional information against them is ascertained. Plaintiff is informed and believes and thereon alleges that each of the Defendants, including each fictitiously named Defendant, is liable in some manner for the events referred to in this complaint.

4.  At all times mentioned herein, each Defendant was the agent of each of the other Defendants, and was acting within the course and scope of said agency in performing the acts described herein.

5.  Venue is proper in Los Angeles County under California Code of Civil Procedure § 395 because Defendant Isaac Larian resides in Los Angeles County.

Proposed First Amended Verified Complaint

FL 10571

2221.002\9890

3

EXHIBIT 109

PAGE 931

1   an outside appraisal of the Company, performed at the specific request of Isaac, valued the

2   Company at $35 million to $40 million.

3        12.   By 1999, Isaac, as President, had assumed control of sales, product

4   development and financial matters.  At Isaac's direction, Fred assumed responsibility for

5   major projects such as customs regulations, facilities management and warehouse distribution

6   control, and was not as involved in the day-to-day sales or financial control of the Company.

7   For his role, Isaac took a significantly greater salary.

8

9   Defendant's Concealment of the Bratz Doll Line

10       13.   Plaintiff is informed and believes that beginning in or about late 1999 and early

11  2000, Isaac became aware of a potential new product line that had tremendous potential for

12  the Company.  The new product line involved the "Bratz" dolls and related products.  Bratz

13  dolls are "hipper" and more "edgy" than Barbie and Barbie-type dolls, and are aimed at the

14  post-adolescent, pre-teen and early teen market, i.e., a market where the allure of playing

15  with Barbie-type dolls wanes.

16       14.   Plaintiff is informed and believes that during this same time period, Isaac

17  devised a plan to keep this business opportunity secret from Fred and to gain control of the

18  Company by buying Fred's shares at a value which did not include this new business

19  opportunity.  Isaac concealed from Plaintiff, his brother and partner and stockholder,

20  knowledge he had, as well as his intentions and actions undertaken, regarding the Bratz

21  product line.

22       15.   In or about early 2000, Isaac called a meeting to discuss the new Bratz product

23  line with selected individuals in the Company.  Plaintiff is informed and believes that those

24  present at the meeting spoke enthusiastically of the tremendous opportunity the Bratz line

25  presented for the Company as, *inter alia*, it captured a vacant market niche.

26

27

28

EXHIBIT _____109_____

PAGE_____932_____

1   Fred was not present for this meeting.  Upon information and belief, Isaac took steps to

2   conceal the results of the meeting from Fred.

3       16.   Also in or about February 2000, Isaac tried to dissuade Fred from attending the

4   New York Toy Fair, even though Fred had routinely and regularly attended such toy fairs in

5   the past.  The New York Toy Fair is an important venue for discussing and researching the

6   market potential of new product lines.  Isaac was furious when he discovered that Plaintiff

7   was traveling to New York for the fair.  Plaintiff was expelled by Isaac from meetings he

8   tried to attend and was excluded from any discussions Isaac may have had relating to the

9   Bratz line of products at the fair.

10       17.   In early March 2000, while continuing to conceal from Fred the Company's

11   plans for the Bratz line, Isaac offered to purchase all of Plaintiff's 45 percent interest in the

12   Company for $9 million.  The offer was based on a total value of the Company of $20

13   million.  Upon information and belief, Isaac knew at the time he made the offer of the

14   Company's plans already in place, and actions already undertaken, regarding the Bratz line,

15   and that such plans made the Company worth well in excess of $20 million.

16       18.   As set forth herein, the two brothers divided responsibilities with Isaac,

17   assuming control of sales, product development and financial matters, and Fred assuming

18   responsibility for major projects.  Financial information was handled by Isaac and the

19   Controller, Dennis Medici.  Throughout 2000 Isaac repeatedly and routinely shared with Fred

20   any financial information that showed the Company was performing poorly, while

21   withholding any positive financial information about the Company, including the plans for

22   the Bratz line.  Indeed, in May 2000 Isaac told the Company's the Controller, Dennis Medici,

23   that he was to no longer give Fred any information regarding the financial operation of the

24   Company.  During this period, Isaac gave Fred only bleak financial news about the Company

25   and continued to conceal the Company's plans and actions undertaken regarding Bratz.

26

27       Proposed First Amended Verified Complaint

28   2221.002\9890                                     6                                FL 10574

EXHIBIT _____ 109

PAGE _____ 933

19.    On or about September 18, 2000, Isaac caused the Company to enter into a worldwide licensing agreement for the Bratz dolls and related items. The existence of this license was concealed from Fred. Upon information and belief, these important and valuable rights are already generating revenues of in excess of $500 million a year and are expected to exceed $3 billion in the next few years.

### Fraud Regarding the Arbitration Agreement

20.    In or about September 2000, Isaac resumed his efforts to buy Fred's interest in the Company. Isaac kept the Bratz opportunity and other information about the true financial condition of the Company hidden from Fred in an effort to secure Fred's agreement to a proposed arbitration process with their Uncle Morad Zarabi. Isaac agreed, and induced Fred to agree, to the arbitration process without disclosing that during the arbitration he would conceal the Company's plans and actions undertaken regarding the Bratz line, and other financial information about the Company so that such information would not be included in Mr. Zarabi's valuation of the Company. In or about September 2000, Isaac and Fred executed the "Agreement to Arbitrate and Selection of Arbitrator" ("Arbitration Agreement") attached hereto as Exhibit A.

21.    At all times before and up through his execution of the Arbitration Agreement and for some considerable time thereafter, Fred was unaware of the true facts regarding the new business opportunities and Bratz line of products, was unaware of the true financial condition of the Company, and was unaware of the intention of Isaac to conceal such material facts from the arbitrator and from him during the arbitration process. Had Fred been aware of the new business opportunities, the Bratz line of products, the true financial condition of the Company, and/or the plans of Isaac to conceal such material information from him and from the arbitrator, he would not have agreed to enter into the arbitration

EXHIBIT _____109_____

PAGE _____934_____

13.    For punitive damages as allowed by law and according to proof at trial; and

14.    For such other relief as the Court deems just and proper.

## DEMAND FOR JURY TRIAL

Plaintiff hereby demands a trial by jury herein on all causes of action so triable.

Dated: February 10, 2005

William C. Conkle
Mark D. Kremer
Eric S. Engel, members of
CONKLE & OLESTEN
Professional Law Corporation

By:

Mark D. Kremer
Attorneys for Plaintiff Farhad Larian

EXHIBIT    109

PAGE    935

<u>VERIFICATION</u>

I have read the foregoing **Proposed First Amended Verified Complaint** and know its contents.

☒      I am a party to this action. The matters stated in the foregoing document are true of my own knowledge except as to those matters which are stated on information and belief, and as to those matters I believe them to be true.

☐      I am _____ of _____, a party to this action, and am authorized to make this verification for and on its behalf, and I make this verification for that reason.

☐      I am informed and believe and on that ground allege that the matters stated in the foregoing document are true.

☒      The matters stated in the foregoing document are true of my own knowledge except as to those matters which are stated on information and belief, and as to those matters I believe them to be true.

☐      I am one of the attorneys for _____, a party to this action. Such party is absent from the county of aforesaid where such attorneys have their offices, and I make this verification for and on behalf of that party for that reason. I am informed and believe and on that ground allege that the matters stated in the foregoing document are true.

Executed on February 10, 2005.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

_____Farhad Larian_____            Farhad L~~
Print Name of Signator              Signature

FL 10620

EXHIBIT    109

PAGE    936

1  PROOF OF SERVICE BY HAND

2      I am over the age of 18 and not a party to the within action.  I am employed in the
   County of Los Angeles.  My business address is: 3130 Wilshire Blvd., Suite 500, Santa
3  Monica, CA 90403

4      On February 10, 2005, I served the foregoing document described as: [PROPOSED]
   FIRST AMENDED VERIFIED COMPLAINT FOR: in this action by personal delivery
5  of a true and correct copy to the following:

6  Larry R. Feldman
   Kaye Scholer LLP
7  1999 Avenue of the Stars, Suite 1700
   Los Angeles, CA 90067-6048

8

9      I declare under penalty of perjury under the laws of the State of California that the
   above is true and correct, and that this poof of service was executed this 10th day of February,
10  2005.

11

   _____Ronald Despues_____                    _____
12  TYPE OR PRINT NAME                          SIGNATURE

13  Registered Process Server No. (if any): _____

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28  2221.002\9890

Proposed First Amended Verified Complaint

52                                           FL 10621

EXHIBIT ___109___

PAGE ___937___

**EXHIBIT 110**

| From: | Paula Treantafelles |
| To: | 'Robert Haynes-Peterson' |
| CC: | |
| BCC: | |
| Sent Date: | 2001-05-01 02:50:17:657 |
| Received Date: | 2001-05-01 02:50:17:657 |
| Subject: | RE: From DOLLS |
| Attachments: | |

Robert
I apologize for taking so long to respond to the below. Please see my responses to your questions below.

-----Original Message-----
From: Robert Haynes-Peterson [mailto:rhp@collector-online.com]
Sent: Wednesday, April 25, 2001 1:23 PM
To: ptreantafelles@mgae.com
Subject: From DOLLS

Hi Paula,

I'm just following up on the email I sent you last week. Our email system was down over the weekend and Monday, so in case you sent me a response I didn't get, I'm resending you the questions and information.

Sorry if I'm repreating myself, but I would love to get to talk with you ASAP, and my editor's reminding me it's time for a story. :-)

Thanks for your help,

Robert Haynes-Peterson
Associate Editor, DOLLS Magazine

Previous letter:

It was a pleasure indeed meeting you at Toyfair!

I think Dave told you I was going to email you with some questions on the Bratz dolls for our "Small Talk" feature. You can either answer them here, or give me a call at 212-989-8700 x 209

Basically, the deal is for Small Talk, we want the company to chat about their dolls a little, give us some quotes, enthusiasm etc. That's easy enough with Bratz because they're so dang cool! :-)

So here ya go, feel free to answer what you like and how you like. This is supposed to be fun:

EXHIBIT ___llO___

PAGE ___938___

Confidential - For Attorney's Eyes Only

MGA 0051255

What is your exact title?
Senior Product Manager

What is your involvement with Bratz?
I am the Senior brand manager for BRATZ. I found the original concept from the inventor. In
the meantime I have challenged the inventor in terms of designing of the fashion/dolls, I have
managed the development of the dolls in HK, I have done all Marketing (packaging, press kit,
TV commericial and website development). I have also supported the liscensing directior in
developing strategies to launch our licensing plan

Can you give me some idea what the Bratz line is about? Who it's for, what the goal of the
dolls are (fun, aspiration, diversity, play, collectibility, whatever), and the niche MGA feels
they'll fill?
The BRATZ are the dolls with a passion for fashion. Cloe, Sasha, Jade and Yasmin are the
bratzpack. They about style, attitude and self expression. BRATZ are the dolls that young girls
aspire to and the older girls identify with.

BRATZ appeal to two very different consumers.

Our core target market are girls 7-10 years old (the young consumer). The young consumer
loves BRATZ since they look so cool and they allow an extension for more traditional
fashion/small doll play but more importantly they are dolls that like the girl they want to become
when they get older (cool and pretty).

The older consumer (girls between 10-13) love BRATZ because they can identify with them.
They represent the strength, attitude and fashion expression that are appropriate to girls of this
age group. This is my niche. BRATZ are extremely collectible for girls who fall within this age
group. They are far more interested in representing their BRATZ in the coolest fashion and
decorating their room

How did MGA design the four different girls? Both inspiration for the overall design, and the
look of each girl?
The four girls were already concepted when presented by the inventor during our first meeting.
I thought they were incredible and I tried to stay true this inventor/creator's vision.

Do the girls have any sort of back story?
BRATZ all have very different personallities characterized by each of their own "fashion
passion" but they all represent style, self expression and strength/indepence.

What kind of feedback are you getting from girls about the dolls? How they relate to them, how
they're initiating play, etc?
I think I covered this in the above. Please let me know if you more on this.

Are more girls planned as the line takes off? And accessories?
Absolutely. There will be more characters and tons more FASHION accessories.

Any news yet on website development, animation tie-ins, etc? This question may be
premature?
We are in full development of an interactive BRATZ website www.bratzpack.com. The
objective of this website is to introduce each character and the position of the bratzpack. Its so
fun!

EXHIBIT ___LIO___

PAGE ___931___

Confidential - For Attorney's Eyes Only

MGA 0051256

What kind of feedback are you getting from older girls? I ask, because my personal suspicion is that this line will get a lot of attention from older teens through 20-somethings, especially if there is a strong web presence.

Got any other great "inside scoops" for DOLLS? Nothing I can speak of now... but MGA is always poised for more incredible dolls. We are just getting started.

Finally, anything personal you want to say about Bratz - personal impressions, on your excitement over the line, what they mean to you? Anything like that?
I am stronly commited to the BRATZ position. I hope that BRATZ will be the line that represents the self expression and indepence of girls today.

Thanks so much for your help! As I said, feel free to call or email. I look forward to the new images from Dave, and I think they are a great little line. Good luck with them and all the new lines you introduced at Toy Fair!

Take care,
Robert Haynes-Peterson
Associate Editor, DOLLS Magazine

EXHIBIT ___110___

PAGE ___140___

Confidential - For Attorney's Eyes Only

MGA 0051257

**EXHIBIT 111**

**10575**

ABC INTERNATIONAL TRADERS, INC.

ABC International Traders, Inc.                                           10575

| VENDOR ID | NAME | PAYMENT NUMBER | CHECK DATE | | | | |
|---|---|---|---|---|---|---|---|
| BRYANT | CARTER H. BRYANT | 012246 | 10/13/00 | | | | |

| OUR VOUCHER NUMBER | YOUR VOUCHER NUMBER | DATE | AMOUNT | AMOUNT PAID | DISCOUNT | WRITE-OFF | NET |
|---|---|---|---|---|---|---|---|
| 025539 | EXP 09/23-10/11/00 | 10/11/00 | $1,031.23 | $1,031.23 | $0.00 | $0.00 | $1,031.23 |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | $1,031.23 | $1,031.23 | $0.00 | $0.00 | $1,031.23 |

COMMENT

SFMS01042-1                      TO REORDER, CALL YOUR LOCAL SAFEGUARD DISTRIBUTOR AT 323-838-6696                      M975F004796

Safeguard®  LITHO USA   SFEL2U  CKT5281112M (1/99)

CONFIDENTIAL - ATTORNEYS' EYES ONLY

EXHIBIT *E*
PAGE 30

MGA 3786749

```
Kinko's                (310) 297-6850
5201 W. Rosecrans
Hawthorne,        CA 90250

QTY/LIST      DISC    PRICE    AMOUNT
25    PC SS WRK STATION TIME/MIN
      0.20    0.00    0.20      5.00
13    COMP RENT LTR.LGL. B&W PRNT
      0.49    0.00    0.49      6.37
26    ES B&W S/S WHITE STD
      0.07    0.00    0.07      1.82
2     ES COLOR S/S 11 X 17
      1.98    0.00    1.98      3.96

SUB   17.15  TX   1.00   TOT   18.15
                         Visa  18.15
                         CHG    0.00

              Redacted
I agree to pay the above amount
according to the card issuer agreement.
Sign Here:  X_____

CW 86 TR   327520 RG 5  10/11/00 03:26
     Visit us @ http://www.kinkos.com
```

CONFIDENTIAL - ATTORNEYS' EYES ONLY

EXHIBIT E
PAGE 31

MGA 3786750



CONFIDENTIAL - ATTORNEYS' EYES ONLY

EXHIBIT _E_
PAGE 32

MGA 3786751

```
                HOT TOPIC, INC.
              GLENDALE GALLERIA
10/06/00
SALESPERSON ERICK
   1271154 BLUE GLITTER BELT
                                    13.60
    MARKED DOWN FROM    15.99
119590000 PINK ANGEL BACKPACK
                                    16.15
    MARKED DOWN FROM    18.99
1339316 TEASE DENIM PRAYER
                                     3.40
    MARKED DOWN FROM     3.99
108576000 FIRE FACEPLATE 5100
                                    12.75
    MARKED DOWN FROM    14.99
108565000 FLAME SWIRL FACEPLAT
                                    12.75
    MARKED DOWN FROM    14.99
1262898 36PC SPARKL RUBRBNDS
                                     1.70
    MARKED DOWN FROM     2.00
1348929 PC-ASSRT METEOR
                                     1.07
    MARKED DOWN FROM     1.25
1217397 CPHONE CASE LEOP PNK
                                     6.80
    MARKED DOWN FROM     8.00
1184431 PRINCESS HOSPITL BND
                                     2.55
    MARKED DOWN FROM     2.99
1338094 WOMENS BOTTOMS
                                    35.70
    MARKED DOWN FROM    42.00
1306273 RED PLAID TIE SKIRT
                                    25.50
    MARKED DOWN FROM    30.00
1340942 MENS TOP
                                    27.20
    MARKED DOWN FROM    32.00
1301043 PNK PLAID PLEAT SKRT
                                    25.50
    MARKED DOWN FROM    30.00
1252329 32 SAUCER CARGO PANT
                                    45.90
    MARKED DOWN FROM    54.00
1287671 32 KNEE CRGO PNT
                                    46.75
    MARKED DOWN FROM    55.00
1207838 50 DROP CARGO DENIM
                                    52.70
    MARKED DOWN FROM    62.00
1317346 AST.PK/BU SPARKLE PT
                                    59.99
1317346 AST.PK/BU SPARKLE PT
                  VOID              59.99
1317346 AST.PK/BU SPARKLE PT
                                    51.00
    MARKED DOWN FROM    59.99
         SUBTOTAL              381.02

         SALES TAX              31.43
         TOTAL                 412.45
         VISA                  412.45

THANKS FOR SHOPPING AT HOT TOPIC
Please fill out a comment card.

    Check us out on the WEB!
       www.hottopic.com
REGISTER#6 R0006 10/06/00 15:32 #15059
```

CONFIDENTIAL - ATTORNEYS' EYES ONLY

EXHIBIT E
PAGE 33

MGA 3786752



**We want you to be satisfied!**

If you need to exchange or return your purchase, please remember that:

- Merchandise must be returned with the price tickets attached and in it's original packaging. For body jewelry and make-up, the original packaging must be unopened.
- Merchandise must not have any visible signs of wear.
- If merchandise is defective we will gladly exchange it.
- We will need your original receipt to issue a refund.
- If you do not have the original receipt, we will be happy to exchange the merchandise for you or issue you a store credit for the current selling price.



**We want you to be satisfied!**

If you need to exchange or return your purchase, please remember that:

- Merchandise must be returned with the price tickets attached and in it's original packaging. For body jewelry and make-up, the original packaging must be unopened.
- Merchandise must not have any visible signs of wear.
- If merchandise is defective we will gladly exchange it.
- We will need your original receipt to issue a refund.
- If you do not have the original receipt, we will be happy to exchange the merchandise for you or issue you a store credit for the current selling price.



**We want you to be satisfied!**

If you need to exchange or return your purchase, please remember that:

- Merchandise must be returned with the price tickets attached and in it's original packaging. For body jewelry and make-up, the original packaging must be unopened.
- Merchandise must not have any visible signs of wear.
- If merchandise is defective we will gladly exchange it.
- We will need your original receipt to issue a refund.
- If you do not have the original receipt, we will be happy to exchange the merchandise for you or issue you a store credit for the current selling price.



**We want you to be satisfied!**

If you need to exchange or return your purchase, please remember that:

- Merchandise must be returned with the price tickets attached and in it's original packaging. For body jewelry and make-up, the original packaging must be unopened.
- Merchandise must not have any visible signs of wear.
- If merchandise is defective we will gladly exchange it.
- We will need your original receipt to issue a refund.
- If you do not have the original receipt, we will be happy to.

CONFIDENTIAL – ATTORNEYS' EYES ONLY

EXHIBIT E
PAGE 34

MGA 3786753

```
              HOT TOPIC, INC.
           GLENDALE GALLERIA
10/06/00
SALESPERSON ERICK
    1130012 UNISEX COMBAT BOOT
                                   47.99
    1338904 BETTY PAGE PUMP
                                   24.99
    1308667 RED RUBY SLIPPER
                                   39.99
    1241140 LT BLU MJ JOGGER
                                   36.99
    1314103 FUSHCIA/PINK JOGGER
                                   36.99
    1232693 SILVER CLUBKID SHOE
                                   29.99
    1242957 BEAR BLINKY
                                    2.99
  152879000 ST-SHAG KITTY
                                    1.99
  152879000 ST-SHAG KITTY
                                    1.99
    1116177 PC-BLU WINDOW HOLOGR
                                    2.50
    1317015 PC-MINI WINDW/JEWEL
                                    2.50
    1316991 PC-HEALIGHT HOLOGRMS
                                    2.50
  119440000 PC-ASSRT METEOR
                                    1.25
    1317015 PC-MINI WINDW/JEWEL
                                    2.50
    1316991 PC-HEALIGHT HOLOGRMS
                                    2.50
    1316967 PC-BIG WINDW HOL #2
                                    2.50
  119441000 PC-ASSRT SUPER NOVA
                                    1.25
    1286079 PC-AST CATS EYE HOLG
                                    1.25
    1286095 PC-ASRT   CRCLE HOL
                                    1.25
    1286095 PC-ASRT   CRCLE HOL
                                    1.25
    1286087 PC-ASRT  BOX HOLGRM
                                    1.25
    1316934 PC-SIL/RAIN B.FLY HO
                                    3.50
  113456000 PC-AST BOA HOLGRAM
                                    4.50
  113456000 PC-AST BOA HOLGRAM
                                    4.50
  113456000 PC-AST BOA HOLGRAM
                                    4.50
  113456000 PC-AST BOA HOLGRAM
                                    4.50
  303514000 MYSTRY MACH LUGGAGE
                                   36.99
         SUBTOTAL            304.90

         SALES TAX            25.15
         TOTAL               330.05
         VISA                330.05

    THANKS FOR SHOPPING AT HOT TOPIC
     Please fill out a comment card.

        Check us out on the WEB!
           www.hottopic.com

REGISTER#6 R0006 10/06/00 15:26 #15058
```

CONFIDENTIAL - ATTORNEYS' EYES ONLY

EXHIBIT E
PAGE 35

MGA 3786754