# Exhibit 35

**List of Samples of Phase Two Documents to be Excluded from Phase One Trial (Motion *in limine* No. 6)**

| Bates Start | Bates Stop |
|---|---|
| BRYANT0017414 | BRYANT0017414 |
| KMW-M 007102 | KMW-M 007102 |
| KMW-M 007103 | KMW-M 007103 |
| KMW-M 007106 | KMW-M 007106 |
| KMW-M 007107 | KMW-M 007107 |
| KMW-M 007110 | KMW-M 007110 |
| KMW-M 007111 | KMW-M 007111 |
| KMW-M 007115 | KMW-M 007115 |
| KMW-M 007116 | KMW-M 007116 |
| KMW-M 007122 | KMW-M 007122 |
| KMW-M 007126 | KMW-M 007126 |
| KMW-M 007129 | KMW-M 007129 |
| KMW-M 007132 | KMW-M 007132 |
| KMW-M 007136 | KMW-M 007136 |
| KMW-M 007141 | KMW-M 007141 |
| M 0097960 | M 0097960 |
| M 0098178 | M 0098179 |
| M 0098180 | M 0098180 |

502543

Exhibit 35 ,
P. 475

1

# List of Samples of Phase Two Documents to be Excluded from Phase One Trial (Motion *in limine* No. 6)

| Bates Start | Bates Stop |
|---|---|
| M 0098277 | M 0098277 |
| M 0098308 | M 0098308 |
| M 0098309 | M 0098309 |
| M 0098310 | M 0098310 |
| M 0098311 | M 0098311 |
| M 0098312 | M 0098312 |
| M 0098313 | M 0098313 |
| M 0100919 | M 0100932 |
| M 0164232 | M 0164234 |
| M 0164782 | M 0164790 |
| M 0167478 | M 0167486 |
| M 0167935 | M 0167937 |
| M 0171296 | M 0171626 |
| M 0174222 | M 0174231 |
| M 0177391 | M 0177393 |
| M 0181402 | M 0181403 |
| M 0181414 | M 0181415 |
| M 0181623 | M 0181629 |

Exhibit 35
P. 476

## List of Samples of Pha   Two Documents to be Excl   ed from Phase One Trial (Motion *in limine* No. 6)

| Bates Start | Bates Stop |
|-------------|------------|
| M 0191402 | M 0191402 |
| M 0254733 | M 0254734 |
| M 0254741 | M 0254741 |
| M 0254769 | M 0254769 |
| M 0254823 | M 0254823 |
| M 0254824 | M 0254824 |
| M 0256206 | M 0256211 |
| M 0256226 | M 0256227 |
| M 0256229 | M 0256229 |
| M 0256230 | M 0256230 |
| M 0256253 | M 0256254 |
| M 0256266 | M 0256266 |
| M 0259203 | M 0259206 |
| M 0259211 | M 0259211 |
| M 0259212 | M 0259212 |
| M 0261971 | M 0262176 |
| M 0262230 | M 0262394 |
| M 0262583 | M 0262583 |

Exhibit 35 ,
P. 477

## List of Samples of Phase Two Documents to be Excluded from Phase One Trial (Motion *in limine* No. 6)

| Bates Start | Bates Stop |
|---|---|
| M 0262585 | M 0262585 |
| M 0896897 | M 0896899 |
| M 0896912 | M 0896912 |
| M0019587 | M0022008 |
| M0030279 | M0030439 |
| M0030973 | M0030992 |
| M0031613 | M0031860 |
| M0031925 | M0032000 |
| M0059766 | M0059767 |
| M0059771 | M0059772 |
| M0059776 | M0059778 |
| M0059782 | M0059784 |
| M0059785 | M0059785 |
| M0059787 | M0059787 |
| M0059789 | M0059789 |
| M0059790 | M0059792 |
| M0059808 | M0059809 |
| M0059818 | M0059819 |

502543

Exhibit 35
P. 478

4

**List of Samples of Phase Two Documents to be Excluded from Phase One Trial (Motion** *in limine* **No. 6)**

| Bates Start | Bates Stop |
| --- | --- |
| M0059832 | M0059832 |
| M0079230 | M0079230 |
| M0098148 | M0098148 |
| M0126513 | M0126513 |
| M0897007 | M0897008 |
| MGA 0015080 | MGA 0015080 |
| MGA 0015205 | MGA 0015205 |
| MGA 0015654 | MGA 0015654 |
| MGA 0016955 | MGA 0016955 |
| MGA 0017314 | MGA 0017314 |
| MGA 0017388 | MGA 0017388 |
| MGA 0018126 | MGA 0018127 |
| MGA 0020364 | MGA 0020364 |
| MGA 0021824 | MGA 0021824 |
| MGA 0022227 | MGA 0022227 |
| MGA 0023731 | MGA 0023731 |
| MGA 0025283 | MGA 0025285 |
| MGA 0027444 | MGA 0027450 |

502543

Exhibit 35
P. 477

5

## List of Samples of Phase Two Documents to be Excluded from Phase One Trial (Motion *in limine* No. 6)

| Bates Start | Bates Stop |
|---|---|
| MGA 0027451 | MGA 0027455 |
| MGA 0032021 | MGA 0032022 |
| MGA 0039498 | MGA 0039499 |
| MGA 0039719 | MGA 0039722 |
| MGA 0042448 | MGA 0042448 |
| MGA 0042487 | MGA 0042489 |
| MGA 0042542 | MGA 0042545 |
| MGA 0042877 | MGA 0042878 |
| MGA 0046672 | MGA 0046672 |
| MGA 0046704 | MGA 0046705 |
| MGA 0046907 | MGA 0046908 |
| MGA 0048223 | MGA 0048223 |
| MGA 0050386 | MGA 0050387 |
| MGA 0051453 | MGA 0051455 |
| MGA 0060753 | MGA 0060753 |
| MGA 0064572 | MGA 0064572 |
| MGA 0065327 | MGA 0065327 |
| MGA 0065335 | MGA 0065335 |

502543

Exhibit 35
P. 480

## List of Samples of Phase Two Documents to be Excluded from Phase One Trial (Motion *in limine* No. 6)

| Bates Start | Bates Stop |
|---|---|
| MGA 0068945 | MGA 0068946 |
| MGA 0069234 | MGA 0069236 |
| MGA 0069237 | MGA 0069239 |
| MGA 0070066 | MGA 0070066 |
| MGA 0070878 | MGA 0070948 |
| MGA 0070962 | MGA 0071044 |
| MGA 0071047 | MGA 0071117 |
| MGA 0071119 | MGA 0071290 |
| MGA 0071292 | MGA 0071365 |
| MGA 0071506 | MGA 0071506 |
| MGA 0074653 | MGA 0074653 |
| MGA 0105944 | MGA 0105944 |
| MGA 0105953 | MGA 0105954 |
| MGA 0110689 | MGA 0110690 |
| MGA 0137234 | MGA 0137244 |
| MGA 0141557 | MGA 0141559 |
| MGA 0141560 | MGA 0141561 |
| MGA 0142603 | MGA 0142604 |

502543

Exhibit 35
P. 481

7

## List of Samples of Phase Two Documents to be Excluded from Phase One Trial (Motion *in limine* No. 6)

| Bates Start | Bates Stop |
|---|---|
| MGA 0142612 | MGA 0142613 |
| MGA 0142614 | MGA 0142616 |
| MGA 0143307 | MGA 0143309 |
| MGA 0143558 | MGA 0143559 |
| MGA 0146839 | MGA 0146852 |
| MGA 0147778 | MGA 0147779 |
| MGA 0147866 | MGA 0147868 |
| MGA 0149004 | MGA 0149005 |
| MGA 0149016 | MGA 0149017 |
| MGA 0149031 | MGA 0149033 |
| MGA 0149261 | MGA 0149263 |
| MGA 0153715 | MGA 0153717 |
| MGA 0154589 | MGA 0154591 |
| MGA 0154594 | MGA 0154595 |
| MGA 0154604 | MGA 0154604 |
| MGA 0154607 | MGA 0154608 |
| MGA 0156327 | MGA 0156327 |
| MGA 0156328 | MGA 0156330 |

502543

Exhibit 39
P. 482

8

List of Samples of Phase Two Documents to be Excluded from Phase One Trial (Motion *in limine* No. 6)

| Bates Start | Bates Stop |
|---|---|
| MGA 0156331 | MGA 0156332 |
| MGA 0156339 | MGA 0156339 |
| MGA 0156341 | MGA 0156341 |
| MGA 0178149 | MGA 0178149 |
| MGA 0179814 | MGA 0179814 |
| MGA 0182096 | MGA 0182097 |
| MGA 0182821 | MGA 0182823 |
| MGA 0183003 | MGA 0183004 |
| MGA 0183005 | MGA 0183007 |
| MGA 0183043 | MGA 0183044 |
| MGA 0183135 | MGA 0183135 |
| MGA 0183304 | MGA 0183304 |
| MGA 0183307 | MGA 0183309 |
| MGA 0183508 | MGA 0183510 |
| MGA 0183516 | MGA 0183517 |
| MGA 0183704 | MGA 0183704 |
| MGA 0183705 | MGA 0183707 |
| MGA 0183934 | MGA 0183935 |

502543

Exhibit 35
P. 483

9

# List of Samples of Phase Two Documents to be Excluded from Phase One Trial (Motion *in limine* No. 6)

| Bates Start | Bates Stop |
| --- | --- |
| MGA 0184113 | MGA 0184113 |
| MGA 0185947 | MGA 0185948 |
| MGA 0188938 | MGA 0188940 |
| MGA 0192166 | MGA 0192168 |
| MGA 0193850 | MGA 0193855 |
| MGA 0199821 | MGA 0199822 |
| MGA 0200810 | MGA 0200812 |
| MGA 0200883 | MGA 0200888 |
| MGA 0200896 | MGA 0200907 |
| MGA 0200954 | MGA 0200958 |
| MGA 0200963 | MGA 0200964 |
| MGA 0201038 | MGA 0201038 |
| MGA 0201054 | MGA 0201055 |
| MGA 0201100 | MGA 0201102 |
| MGA 0202494 | MGA 0202499 |
| MGA 0202528 | MGA 0202529 |
| MGA 0202530 | MGA 0202530 |
| MGA 0202539 | MGA 0202540 |

502543

Exhibit 35
P. 484

# List of Samples of Phase Two Documents to be Excluded from Phase One Trial (Motion *in limine* No. 6)

| Bates Start | Bates Stop |
| --- | --- |
| MGA 0202574 | MGA 0202578 |
| MGA 0202856 | MGA 0202860 |
| MGA 0203223 | MGA 0203231 |
| MGA 0203259 | MGA 0203260 |
| MGA 0203364 | MGA 0203366 |
| MGA 0203367 | MGA 0203369 |
| MGA 0203394 | MGA 0203395 |
| MGA 0204208 | MGA 0204211 |
| MGA 0205005 | MGA 0205006 |
| MGA 0205817 | MGA 0205818 |
| MGA 0206032 | MGA 0206034 |
| MGA 0206071 | MGA 0206072 |
| MGA 0206179 | MGA 0206179 |
| MGA 0206180 | MGA 0206181 |
| MGA 0206205 | MGA 0206208 |
| MGA 0209178 | MGA 0209184 |
| MGA 0209507 | MGA 0209509 |
| MGA 0215407 | MGA 0215416 |

502543

Exhibit 35
P. 485

11

## List of Samples of Phase Two Documents to be Excluded from Phase One Trial (Motion *in limine* No. 6)

| Bates Start | Bates Stop |
|---|---|
| MGA 0218357 | MGA 0218452 |
| MGA 0222257 | MGA 0222260 |
| MGA 0227003 | MGA 0227022 |
| MGA 0228619 | MGA 0228620 |
| MGA 0230470 | MGA 0230473 |
| MGA 0234721 | MGA 0234723 |
| MGA 0235637 | MGA 0235638 |
| MGA 0235639 | MGA 0235640 |
| MGA 0235641 | MGA 0235644 |
| MGA 0235808 | MGA 0235810 |
| MGA 0252968 | MGA 0252973 |
| MGA 0253186 | MGA 0253187 |
| MGA 0253241 | MGA 0253242 |
| MGA 0253776 | MGA 0253777 |
| MGA 0254471 | MGA 0254472 |
| MGA 0254989 | MGA 0254990 |
| MGA 0256592 | MGA 0256593 |
| MGA 0257545 | MGA 0257545 |

502543

Exhibit 35 ,
P. 486

# List of Samples of Phase Two Documents to be Excluded from Phase One Trial (Motion *in limine* No. 6)

| Bates Start | Bates Stop |
|---|---|
| MGA 0257546 | MGA 0257547 |
| MGA 0257564 | MGA 0257564 |
| MGA 0257574 | MGA 0257575 |
| MGA 0258339 | MGA 0258341 |
| MGA 0259080 | MGA 0259081 |
| MGA 0262921 | MGA 0262937 |
| MGA 0275427 | MGA 0275427 |
| MGA 0278540 | MGA 0278542 |
| MGA 0305489 | MGA 0305490 |
| MGA 0324226 | MGA 0324232 |
| MGA 0331904 | MGA 0331906 |
| MGA 0331949 | MGA 0331968 |
| MGA 0358540 | MGA 0358541 |
| MGA 0413300 | MGA 0413300 |
| MGA 0413301 | MGA 0413302 |
| MGA 0413363 | MGA 0413364 |
| MGA 0417934 | MGA 0417935 |
| MGA 0430107 | MGA 0430107 |

502543

Exhibit 35
P. 497

13

## List of Samples of Pha   Two Documents to be Excl   ed from Phase One Trial (Motion *in limine* No. 6)

| Bates Start | Bates Stop |
| --- | --- |
| MGA 0432440 | MGA 0432440 |
| MGA 0436336 | MGA 0436336 |
| MGA 0437314 | MGA 0437314 |
| MGA 0437326 | MGA 0437345 |
| MGA 0439438 | MGA 0439449 |
| MGA 0457567 | MGA 0457567 |
| MGA 0509857 | MGA 0509858 |
| MGA 0510478 | MGA 0510481 |
| MGA 0518251 | MGA 0518258 |
| MGA 0518289 | MGA 0518290 |
| MGA 0518305 | MGA 0518306 |
| MGA 0518307 | MGA 0518308 |
| MGA 0518309 | MGA 0518310 |
| MGA 0518311 | MGA 0518311 |
| MGA 0602391 | MGA 0602403 |
| MGA 0602407 | MGA 0602408 |
| MGA 0602818 | MGA 0602819 |
| MGA 0603646 | MGA 0603647 |

502543

Exhibit 35
P. 488

14

# List of Samples of Phase Two Documents to be Excluded from Phase One Trial (Motion *in limine* No. 6)

| Bates Start | Bates Stop |
| --- | --- |
| MGA 0837069 | MGA 0837069 |
| MGA 0861306 | MGA 0861318 |
| MGA 0861322 | MGA 0861325 |
| MGA 0869669 | MGA 0869670 |
| MGA 0869679 | MGA 0869683 |
| MGA 0869689 | MGA 0869691 |
| MGA 0869711 | MGA 0869713 |
| MGA 0869719 | MGA 0869719 |
| MGA 0869721 | MGA 0869721 |
| MGA 0869731 | MGA 0869731 |
| MGA 0875414 | MGA 0875431 |
| MGA 0875451 | MGA 0875478 |
| MGA 0875495 | MGA 0875507 |
| MGA 0875508 | MGA 0875520 |
| MGA 0875548 | MGA 0875554 |
| MGA 0875658 | MGA 0875682 |
| MGA 0875834 | MGA 0875852 |
| MGA 0875869 | MGA 0875879 |

502543

Exhibit 35 ,
P. 489

# List of Samples of Phase Two Documents to be Excluded from Phase One Trial (Motion *in limine* No. 6)

| Bates Start | Bates Stop |
|---|---|
| MGA 0875923 | MGA 0875941 |
| MGA 0875942 | MGA 0875945 |
| MGA 0875984 | MGA 0875997 |
| MGA 0876024 | MGA 0876043 |
| MGA 0876044 | MGA 0876065 |
| MGA 0876105 | MGA 0876121 |
| MGA 0876155 | MGA 0876174 |
| MGA 0876207 | MGA 0876226 |
| MGA 0876243 | MGA 0876264 |
| MGA 0876265 | MGA 0876283 |
| MGA 0876363 | MGA 0876379 |
| MGA 0876397 | MGA 0876413 |
| MGA 0876414 | MGA 0876432 |
| MGA 0876450 | MGA 0876468 |
| MGA 0876627 | MGA 0876637 |
| MGA 0876638 | MGA 0876656 |
| MGA 0876708 | MGA 0876725 |
| MGA 0876726 | MGA 0876744 |

502543

Exhibit 35
P. 490

# List of Samples of Phase Two Documents to be Excluded from Phase One Trial (Motion *in limine* No. 6)

| Bates Start | Bates Stop |
|---|---|
| MGA 0876745 | MGA 0876763 |
| MGA 0876806 | MGA 0876825 |
| MGA 0876826 | MGA 0876846 |
| MGA 0877289 | MGA 0877293 |
| MGA 0886442 | MGA 0886448 |
| MGA 0886449 | MGA 0886461 |
| MGA 0886537 | MGA 0886549 |
| MGA 0886645 | MGA 0886649 |
| MGA 0886694 | MGA 0886709 |
| MGA 0886716 | MGA 0886716 |
| MGA 0886904 | MGA 0886920 |
| MGA 0886921 | MGA 0886926 |
| MGA 0887086 | MGA 0887086 |
| MGA 0887087 | MGA 0887088 |
| MGA 0887089 | MGA 0887093 |
| MGA 0887103 | MGA 0887112 |
| MGA 0887113 | MGA 0887114 |
| MGA 0887135 | MGA 0887135 |

502543

Exhibit 35
P. 491

# List of Samples of Phase Two Documents to be Excluded from Phase One Trial (Motion *in limine* No. 6)

| Bates Start | Bates Stop |
|---|---|
| MGA 0887147 | MGA 0887150 |
| MGA 0887202 | MGA 0887202 |
| MGA 0887206 | MGA 0887207 |
| MGA 0887208 | MGA 0887215 |
| MGA 0887221 | MGA 0887222 |
| MGA 0887224 | MGA 0887224 |
| MGA 0887225 | MGA 0887226 |
| MGA 0887236 | MGA 0887237 |
| MGA 0887239 | MGA 0887240 |
| MGA 0887242 | MGA 0887243 |
| MGA 0887286 | MGA 0887286 |
| MGA 0887294 | MGA 0887295 |
| MGA 0887311 | MGA 0887312 |
| MGA 0887406 | MGA 0887425 |
| MGA 1027164 | MGA 1027262 |
| MGA 1028039 | MGA 1028042 |
| MGA 1115929 | MGA 1115930 |
| MGA 1115933 | MGA 1115935 |

502543

Exhibit 35,
P. 492

18

## List of Samples of Phase Two Documents to be Excluded from Phase One Trial (Motion *in limine* No. 6)

| Bates Start | Bates Stop |
|---|---|
| MGA 1115936 | MGA 1115938 |
| MGA 1115943 | MGA 1115946 |
| MGA 1115950 | MGA 1115950 |
| MGA 1116012 | MGA 1116013 |
| MGA 1116035 | MGA 1116035 |
| MGA 1116191 | MGA 1116191 |
| MGA 1117400 | MGA 1117400 |
| MGA 1117758 | MGA 1117760 |
| MGA 1117785 | MGA 1117787 |
| MGA 1117821 | MGA 1117821 |
| MGA 1118003 | MGA 1118008 |
| MGA 1118010 | MGA 1118015 |
| MGA 1118876 | MGA 1118876 |
| MGA 1118879 | MGA 1118882 |
| MGA 1124605 | MGA 1124608 |
| MGA 1124609 | MGA 1124612 |
| MGA 1125183 | MGA 1125187 |
| MGA 1125779 | MGA 1125780 |

502543

Exhibit 35
P. 493

19

# List of Samples of Phase Two Documents to be Excluded from Phase One Trial (Motion *in limine* No. 6)

| Bates Start | Bates Stop |
|---|---|
| MGA 1126541 | MGA 1126542 |
| MGA 1134558 | MGA 1134558 |
| MGA 1144522 | MGA 1144523 |
| MGA 1164951 | MGA 1164955 |
| MGA 1165081 | MGA 1165090 |
| MGA 1165139 | MGA 1165158 |
| MGA 1165162 | MGA 1165167 |
| MGA 1165168 | MGA 1165168 |
| MGA 1165172 | MGA 1165174 |
| MGA 1165195 | MGA 1165204 |
| MGA 1165205 | MGA 1165205 |
| MGA 1165206 | MGA 1165206 |
| MGA 1165207 | MGA 1165207 |
| MGA 1165510 | MGA 1165510 |
| MGA 1165513 | MGA 1165519 |
| MGA 1495202 | MGA 1495203 |
| MGA 1495204 | MGA 1495205 |
| MGA 1510768 | MGA 1510769 |

502543

Exhibit 35,
P. 494

## List of Samples of Phase Two Documents to be Excluded from Phase One Trial (Motion *in limine* No. 6)

| Bates Start | Bates Stop |
|---|---|
| MGA 1510770 | MGA 1510771 |
| MGA 1510772 | MGA 1510772 |
| MGA 1620047 | MGA 1620055 |
| MGA 1620067 | MGA 1620081 |
| MGA 1620092 | MGA 1620106 |
| MGA 1620108 | MGA 1620122 |
| MGA 1620145 | MGA 1620158 |
| MGA 1620176 | MGA 1620189 |
| MGA 1620198 | MGA 1620211 |
| MGA 1627701 | MGA 1627701 |
| MGA 1629482 | MGA 1629484 |
| MGA 1629487 | MGA 1629489 |
| MGA 1753088 | MGA 1753089 |
| MGA 1753127 | MGA 1753128 |
| MGA 1753129 | MGA 1753134 |
| MGA 1753307 | MGA 1753308 |
| MGA 1753354 | MGA 1753355 |
| MGA 1753392 | MGA 1753392 |

502543

Exhibit 35
P. 495

## List of Samples of Phase Two Documents to be Excluded from Phase One Trial (Motion *in limine* No. 6)

| Bates Start | Bates Stop |
|---|---|
| MGA 1803203 | MGA 1803204 |
| MGA 1825021 | MGA 1825035 |
| MGA 1825037 | MGA 1825050 |
| MGA 3473852 | MGA 3473854 |
| MGA 3480124 | MGA 3480127 |
| MGA 3480134 | MGA 3480134 |
| MGA 3480308 | MGA 3480309 |
| MGA 3480314 | MGA 3480315 |
| MGA 3490897 | MGA 3490899 |
| MGA 3499424 | MGA 3499425 |
| MGA 3499563 | MGA 3499565 |
| MGA 3512439 | MGA 3512440 |
| MGA 3512442 | MGA 3512442 |
| MGA 3512449 | MGA 3512449 |
| MGA 3512450 | MGA 3512451 |
| MGA 3512452 | MGA 3512452 |
| MGA 3512467 | MGA 3512470 |
| MGA 3512471 | MGA 3512471 |

502543

Exhibit 35
P. 496

## List of Samples of Phase Two Documents to be Excluded from Phase One Trial (Motion *in limine* No. 6)

| Bates Start | Bates Stop |
|---|---|
| MGA 3512472 | MGA 3512472 |
| MGA 3512473 | MGA 3512474 |
| MGA 3512476 | MGA 3512476 |
| MGA 3512488 | MGA 3512488 |
| MGA 3512499 | MGA 3512500 |
| MGA 3512501 | MGA 3512501 |
| MGA 3512503 | MGA 3512504 |
| MGA 3512564 | MGA 3512565 |
| MGA 3512567 | MGA 3512577 |
| MGA 3512614 | MGA 3512614 |
| MGA 3512615 | MGA 3512623 |
| MGA 3512652 | MGA 3512660 |
| MGA 3512664 | MGA 3512665 |
| MGA 3771369 | MGA 3771376 |
| MGA 3772343 | MGA 3772344 |
| MGA 3774648 | MGA 3774651 |
| MGA 3774870 | MGA 3774872 |
| MGA 3775226 | MGA 3775228 |

# List of Samples of Phase Two Documents to be Excluded from Phase One Trial (Motion *in limine* No. 6)

| Bates Start | Bates Stop |
|---|---|
| MGA 3781846 | MGA 3781848 |
| MGA 3786343 | MGA 3786343 |
| MGA 3786992 | MGA 3786992 |
| MGA 3796708 | MGA 3796709 |
| MGA 3816926 | MGA 3816926 |
| MGA 3862274 | MGA 3862276 |
| MGA 4001427 | MGA 4001428 |
| MGA 4001740 | MGA 4001740 |
| MGA 4001957 | MGA 4001957 |
| MGA 4004280 | MGA 4004280 |
| MGA 4004436 | MGA 4004436 |
| MGA 4005502 | MGA 4005502 |
| MGA 4006020 | MGA 4006021 |
| MGA 4006200 | MGA 4006200 |
| MGA 4006679 | MGA 4006680 |
| MGA 4008612 | MGA 4008612 |
| MGA 4008615 | MGA 4008616 |
| MGA 4008665 | MGA 4008665 |

Exhibit 35
P. 498

## List of Samples of Phase Two Documents to be Excluded from Phase One Trial (Motion *in limine* No. 6)

| Bates Start | Bates Stop |
|---|---|
| MGA 4008812 | MGA 4008812 |
| MGA 4008839 | MGA 4008839 |
| MGA 4008863 | MGA 4008863 |
| MGA 4008896 | MGA 4008896 |
| MGA 4009316 | MGA 4009316 |
| MGA 4012518 | MGA 4012519 |
| MGA 4012529 | MGA 4012529 |
| MGA 4012530 | MGA 4012531 |
| MGA 4012532 | MGA 4012534 |
| MGA 4012535 | MGA 4012536 |
| MGA 4012537 | MGA 4012539 |
| MGA 4013717 | MGA 4013718 |
| MGA 4013721 | MGA 4013722 |
| MGA 4050284 | MGA 4050286 |
| MGA 4369237 | MGA 4369237 |
| MGA 4369309 | MGA 4369309 |
| MGA 4369363 | MGA 4369363 |
| MGA 4369366 | MGA 4369366 |

502543

Exhibit 35,
P. 499

# List of Samples of Phase Two Documents to be Excluded from Phase One Trial (Motion *in limine* No. 6)

| Bates Start | Bates Stop |
|---|---|
| MGA 4369428 | MGA 4369429 |
| MGA 4374952 | MGA 4374952 |
| MGA 4375110 | MGA 4375110 |
| MGA 4375111 | MGA 4375112 |
| MGA 4375113 | MGA 4375114 |
| MGA 4375403 | MGA 4375403 |
| MGA HK 0002954 | MGA HK 0002956 |
| MGA0010128 | MGA0010128 |
| MGA0049434 | MGA0049434 |
| MGA005018 | MGA005022 |
| MGA0051069 | MGA0051070 |
| MGA0051253 | MGA0051254 |
| MGA0069240 | MGA0069240 |
| MGA0069280 | MGA0069282 |
| MGA0100737 | MGA0100739 |
| MGA0141356 | MGA0141356 |
| MGA0141656 | MGA0141658 |
| MGA0141659 | MGA0141659 |

502543

Exhibit 35
P. 500

# List of Samples of Phase Two Documents to be Excluded from Phase One Trial (Motion *in limine* No. 6)

| Bates Start | Bates Stop |
|---|---|
| MGA0141660 | MGA0141661 |
| MGA0143681 | MGA0143685 |
| MGA0179926 | MGA0179928 |
| MGA0182009 | MGA0182013 |
| MGA0183734 | MGA0183735 |
| MGA0193869 | MGA0193874 |
| MGA0199207 | MGA0199209 |
| MGA0201581 | MGA0201582 |
| MGA0301440 | MGA0301441 |
| MGA0331935 | MGA0331936 |
| MGA0413299 | MGA0413299 |
| MGA0413362 | MGA0413364 |
| MGA0413365 | MGA0413367 |
| MGA0413368 | MGA0413368 |
| MGA0417891 | MGA0417891 |
| MGA0428161 | MGA0428161 |
| MGA0432837 | MGA0432842 |
| MGA0464354 | MGA0464369 |

502543

Exhibit 35 ,
P. 801

27

**List of Samples of Phase Two Documents to be Excluded from Phase One Trial (Motion *in limine* No. 6)**

| Bates Start | Bates Stop |
|---|---|
| MGA0869728 | MGA0869728 |
| MGA0875243 | MGA0875243 |
| MGA0875248 | MGA0875248 |
| MGA1116149 | MGA1116149 |
| MGA1502112 | MGA1502113 |
| MGA4003384 | MGA4003384 |
| SABW-M 00001 | SABW-M 00666 |

**Exhibit 36**

| | |
|---|---|
| **From:** | Isaac Larian |
| **To:** | Eve Johnson |
| **CC:** | |
| **BCC:** | |
| **Sent Date:** | 2002-03-14 10:43:42:125 |
| **Received Date:** | 2002-03-14 10:43:42:125 |
| **Subject:** | RE: Recruitment Lead Follow up |
| **Attachments:** | |

Try again! Things might have changed.

-----Original Message-----
From: Eve Johnson
Sent: Monday, February 18, 2002 4:18 PM
To: Isaac Larian
Subject: Recruitment Lead Follow up

Bill Martinez at ext: 4145 - he has no interest in changing positions, very happy at Mattel, job is secure. He does have friends that have been laid off. He was no help with referrals.

Erica Kane at ext: 3415 - I left her a message, I'll call back tomorrow.

*Sharon Zuckerman at ext: 3428 - she is a designer, she was interested and will send her resume to me in a couple of days.

Bill Greening at ext: 5205 - he has no interest in changing, his job is pretty secure because he works on main line Barbie and really loves it.

Abbe Litteton: cannot find a # for.

Roxanna: cannot find a # for.

Eve Johnson-Ford
Human Resource Manager
MGA Entertainment
(818) 894- 2525 ext. 130
(818) 894- 1815 fax

-----Original Message-----
From: Isaac Larian
Sent: Friday, February 15, 2002 11:47 AM
To: 'Carter Bryant'
Cc: Paula Treantafelles; Eve Johnson
Subject: RE: temporary email

Carter, thanks.

Confidential - For Attorney's Eyes Only

Exhibit 36
P. 563

MGA 0069280

Eve, here is the hit list. Lets get these people here next week. I am sure they would love to work for a company with the Toy of The Year award!
Please keep me posted.

Otis is a great idea.

-----Original Message-----
From: Carter Bryant [mailto:bryant598@yahoo.com]
Sent: Friday, February 15, 2002 11:33 AM
To: Isaac Larian
Cc: PTreantafelles@mgae.com
Subject: RE: temporary email

HI Isaac,

here are a few names; check with Paula too because I think one of her friends was looking into some prospects as well.

I agree that we need some more people; these names are of people who do prelim design much like what I do and I think could be really good for Bratz.

Bill Martinez: works for Mattel, created Generation Girl line.

Erica Kane: works for Mattel, does much of the Mary Kate and Ashley product.

Sharon Zuckerman: works for Mattel Barbie collector, very talented.

Abbe Littleton: formerly at Mattel collector.

Roxanna (I don't remember her last name, but Paula knows her). Works for Mattel

Paula, you had also told me about someone named Denise who you had received a resume from. Maybe we should check it out; she is very talented and can do a lot.

Bill Greening (?) not sure this is the correct last name, but he is good and works for Mattel.

We might also try recruiting at Otis Fashion dept. Many of Mattel's new hires come from there; that's where I went to school. Contact Rose Brantley, chair of Fashion Design Dept.

--- Isaac Larian <ilarian@mgae.com> wrote:
> Hi Carter,

Exhibit 36 ,
P. 504

Confidential - For Attorney's Eyes Only

> Hope all is well.
>
> We MUST hire one or two fashion designers now to
> help out with Bratz.
>
> I am concerned. I heard Mattel is rushing out a
> competing line.
>
> I don't think Veronica wants or can work full time.
>
> We need to move fast and keep the momentum going.
>
> Please give me some names of very good people
> URGENTLY.
>
>
>
> -----Original Message-----
> From: Carter Bryant [mailto:bryant598@yahoo.com]
> Sent: Thursday, February 14, 2002 4:58 PM
> To: ilarian@mgae.com
> Subject: temporary email
>
>
> Hi all,
>
> I have been having some problems with my email, so
> for
> the time being, please send or re-send any email
> sent
> in the last 3 days to my temporary email address. It
> is:
>
> bryant598@yahoo.com
>
> thanks.
>
> Carter
>
>
> Do You Yahoo!?
> Send FREE Valentine eCards with Yahoo! Greetings!
> http://greetings.yahoo.com

Do You Yahoo!?
Got something to say? Say it better with Yahoo! Video Mail
http://mail.yahoo.com

Exhibit 3b
P. 505

Confidential - For Attorney's Eyes Only

MGA 0069282

**Exhibit 37**

1   QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
       John B. Quinn (Bar No. 090378)
2       johnquinn@quinnemanuel.com
       Michael T. Zeller (Bar No. 196417)
3       (michaelzeller@quinnemanuel.com)
       Jon D. Corey (Bar No. 185066)
4       (joncorey@quinnemanuel.com)
       Timothy L. Alger (Bar No. 160303)
5       (timalger@quinnemanuel.com)
     865 South Figueroa Street, 10th Floor
6    Los Angeles, California  90017-2543
     Telephone:  (213) 443-3000
7    Facsimile:   (213) 443-3100

8    Attorneys for Mattel, Inc.

9                    UNITED STATES DISTRICT COURT

10                  CENTRAL DISTRICT OF CALIFORNIA

11                          EASTERN DIVISION

12   CARTER BRYANT, an individual,          CASE NO. CV 04-9049 SGL (RNBx)

13              Plaintiff,                   Consolidated with
                                             Case No. CV 04-09059
14        vs.                                Case No. CV 05-02727

15   MATTEL, INC., a Delaware               Hon. Stephen G. Larson
     corporation,
16                                          **MATTEL'S PROPOSED JURY
                Defendant.                  INSTRUCTIONS**
17

18   AND CONSOLIDATED ACTIONS              **Phase 1:**

19
                                            Discovery Cut-Off:      January 28, 2008
20                                          Pre-Trial Conference:   May 5, 2008
                                            Trial Date:             May 27, 2008
21

22

23

24

25

26

27

28

.09/2463941.1

## CACI 4401

## MISAPPROPRIATION OF TRADE SECRETS—ESSENTIAL FACTUAL ELEMENTS

Mattel claims that Carter Bryant, MGA and/or Isaac Larian have misappropriated Mattel trade secrets.  To succeed on this claim, Mattel must prove all of the following:

1.      That Mattel owned the Bratz drawings;

2.      That the Bratz drawings were trade secrets at the time of the misappropriation;

3.      That Mr. Bryant, MGA and/or Mr. Larian improperly acquired, used or disclosed the trade secrets;

4.      That Mr. Bryant, MGA and/or Mr. Larian was unjustly enriched; and

5.      That Mr. Bryant's, MGA's and/or Mr. Larian's acquisition, use or disclosure of the trade secrets was a substantial factor in causing them to be unjustly enriched.

**Authority:**  CACI No. 4401.

09/2463941.1

## CACI 4402

## "TRADE SECRET" DEFINED

To prove that the Bratz drawings were trade secrets, Mattel must prove all of the following:

1.    That the Bratz drawings were secret;

2.    That the Bratz drawings were actually or potentially valuable, giving Mattel a substantial business advantage over its competitors, because they were secret; and

3.    That Mattel made reasonable efforts to keep the trade secrets secret.

**Authority:**  CACI No. 4402 (modified).

MATTEL'S PROPOSED JURY INSTRUCTIONS
Exhibit 37 ,
P. 508

09/2463941.1

# CACI 4403

## SECRECY REQUIREMENT

The secrecy required to prove that something is a trade secret does not have to be absolute in the sense that no one else in the world possesses the information. It may be disclosed to employees involved in Mattel's use of the trade secret as long as they are required to keep the information secret.  It may also be disclosed to non-employees if they are obligated to keep the information secret.  However, it must not have been generally known to the public or to people who could obtain value from knowing it.

**Authority:**  CACI No. 4403.

09/2463941.1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## CACI 4405

## MISAPPROPRIATION BY ACQUISITION

Mr. Bryant, MGA and/or Mr. Larian misappropriated Mattel's trade secrets by acquisition if Mr. Bryant, MGA and/or Mr. Larian acquired the trade secrets and knew or had reason to know that they used improper means to acquire them.

**Authority:**  CACI No. 4405.

09/2463941.1

MATTEL'S PROPOSED JURY INSTRUCTIONS
Exhibit 37 ,
P. 510

## CACI 4406

## MISAPPROPRIATION BY DISCLOSURE

Mr. Bryant, MGA and/or Mr. Larian misappropriated Mattel's trade secrets by disclosure if Mr. Bryant, MGA and/or Mr. Larian:

1.    Disclosed Mattel's trade secrets without Mattel's consent; and

2.    Acquired knowledge of the trade secrets by improper means.

**Authority:**  CACI No. 4406.

09/2463941.1

MATTEL'S PROPOSED JURY INSTRUCTIONS
Exhibit 37,
P. 511

## CACI 4407

## MISAPPROPRIATION BY USE

Mr. Bryant, MGA and/or Mr. Larian misappropriated Mattel's trade secrets by use if Mr. Bryant, MGA and/or Mr. Larian:

1.    Used Mattel's trade secrets without Mattel's consent; and

2.    Acquired knowledge of the trade secrets by improper means.

**Authority:**  CACI No. 4407.

09/2463941.1

Exhibit 37,
P. 512

1   QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
      John B. Quinn (Bar No. 090378)
2      johnquinn@quinnemanuel.com
      Michael T. Zeller (Bar No. 196417)
3      michaelzeller@quinnemanuel.com
      Jon D. Corey (Bar No. 185066)
4      joncorey@quinnemanuel.com
      Timothy L. Alger (Bar No. 160303)
5      timalger@quinnemanuel.com
6   865 South Figueroa Street, 10th Floor
7   Los Angeles, California 90017-2543
    Telephone: (213) 443-3000
8   Facsimile: (213) 443-3100
9
10  Attorneys for Mattel, Inc.

11              UNITED STATES DISTRICT COURT
12              CENTRAL DISTRICT OF CALIFORNIA
13                    EASTERN DIVISION
14

15  CARTER BRYANT, an individual,        CASE NO. CV 04-9049 SGL (RNBx)
16              Plaintiff,                Consolidated with
                                          Case No. CV 04-09059
17          vs.                           Case No. CV 05-02727

18  MATTEL, INC., a Delaware             Hon. Stephen G. Larson
19  corporation,
                                         **MATTEL'S PROPOSED SPECIAL**
20              Defendant.               **VERDICT FORMS**

21  ─────────────────────────           **Phase 1:**
22  AND CONSOLIDATED ACTIONS             Discovery Cut-Off:    January 28, 2008
23                                       Pre-Trial Conference: May 5, 2008
                                         Trial Date:           May 27, 2008
24
25
26
27
28

07209/2455195.1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## Misappropriation of Trade Secrets

15.   Is Carter Bryant liable to Mattel for misappropriation of trade secrets?

Yes   _____

No   _____

*If your answer is "Yes," then answer Question __.*

*If your answer is "No," then answer Question __.*

16.   Was Mr. Bryant's misappropriation of Mattel trade secrets willful and malicious?

Yes   _____

No   _____

17.   Is MGA liable to Mattel for misappropriation of trade secrets?

Yes   _____

No   _____

*If your answer is "Yes," then answer Question __.*

*If your answer is "No," then answer Question __.*

18.   Was MGA's misappropriation of Mattel trade secrets willful and malicious?

Yes   _____

No   _____

19.   Is Isaac Larian liable to Mattel for misappropriation of trade secrets?

Yes   _____

No   _____

*If your answer is "Yes," then answer Question __.*

-4-

155195.1

1    *If your answer is "No," then answer Question __.*

2

3    20.    Was Mr. Larian's misappropriation of Mattel trade secrets willful and

4    malicious?

5              Yes    ____

6              No    ____

7

8                        **Unfair Competition**

9    21.    Is Carter Bryant liable to Mattel for unfair competition?

10             Yes    ____

11             No    ____

12    22.    Is MGA liable to Mattel for unfair competition?

13             Yes    ____

14             No    ____

15

16    23.    Is Isaac Larian liable to Mattel for unfair competition?

17             Yes    ____

18             No    ____

19

20    24.    Is MGA HK liable to Mattel for unfair competition?

21             Yes    ____

22             No    ____

23

24

25

26

27

28

Case No. CV 04-9049 SGL (RNBx)

MATTEL'S PROPOSED SPECIAL VERDICT FORMS

155195.1

Exhibit 37,
P. 515

1

## Misappropriation of Trade Secrets

2      17.    In Phase 1(a) of this trial, you found that the Defendant(s) [INSERT

3  NAMES] is/are liable to Mattel for misappropriation of trade secrets.  What are

4  Mattel's damages?

5

6            $ _____

7

8

## Unfair Competition

9      18.    In Phase 1(a) of this trial, you found that the Defendant(s) [INSERT

10  NAMES] is/are liable to Mattel for unfair competition.  What are Mattel's

11  damages?

12

13            $ _____

14

15

## Punitive Damages

16      19.    Should punitive damages be awarded against Carter Bryant?

17            Yes    _____

18            No     _____

19  *If your answer is "yes," then answer Question __.*

20  *If your answer is "no," then answer Question __.*

21

22      20.    What amount of punitive damages should be awarded against Mr.

23  Bryant?

24            $ _____

25

26

27

28

-10-                Case No. CV 04-9049 SGL (RNBx)

MATTEL'S PROPOSED SPECIAL VERDICT FORMS

Exhibit _37_,
P. _51b_

# Exhibit 38

| | |
|---|---|
| **From:** | Isaac Larian (President / CEO) |
| **To:** | Nancy Koppang |
| **CC:** | |
| **BCC:** | |
| **Sent Date:** | 2004-04-11 22:21:30:160 |
| **Received Date:** | 2004-04-11 22:21:00:000 |
| **Subject:** | FW: Mexico |
| **Attachments:** | |

These people will run MGA Mexico.

Please note their numbers.

Isaac Larian
CEO
Please note my new e mail address below
MGA ENTERTAINMENT
*A Consumer Entertainment Product Company*
16730 Schoenborn Street
North Hills, California, 91343-6122
Tel: 818-894-3150
Fax:818-894-1267
LarianI1@MGAE.COM
www.MGAE.COM
Meet the girls with Passion for Fashion
www.Bratzpack.com

-----Original Message-----
**From:** carlos fuentes [mailto:plot04@yahoo.com.mx]
**Sent:** Monday, March 22, 2004 5:12 AM
**To:** Isaac Larian (President / CEO)
**Cc:** plot04@aol.com
**Subject:** Re: Mexico

Good morning Isaac,

Sorry for the delay, but nobody checked the mail on the weekend since each went away.
The numbers are as follows:

Pablo 5510407847
Mariana 5554360881
Gustavo 5554163430

You will have to dial 01152, we will be at work all day long and in the evening we'll reply to your offer. I think the best thing to do will be to schedule a conference call tomorrow or wednesday after 18:30 Mexico time (16:30 LA).

Thanks and regards

*"Isaac Larian (President / CEO)" <LarianI1@mgae.com>* wrote:

Gustavo

Confidential - For Attorney's Eyes Only

Exhibit _38_
P. _517_

MGA 3473852

Let me have all your cell phone numbers please
Isaac Larian
CEO
MGA Entertainment Inc.
A Consumer Entertainment Product Company
16730 Schoenborn St
North Hills, Ca. 91343-6122
Tel : 818-894-3150
Fax : 818-894-1267

-----Original Message-----
From: carlos fuentes
To: Isaac Larian (President / CEO)
Sent: Fri Mar 19 16:18:03 2004
Subject: Re: Mexico

Dear Isaac:

Thanks for sending the letters, we will analyse them on the weekend, could you clarify positions? Pablo appears asMkt Director and also Mariana. Could we have more details about both insurance plans? thanks and we will get in touch on Monday.

regards


"Isaac Larian (President / CEO)" wrote:

Dear Friends ,

Please read attached and lets discuss.

<><
Almada Offer Letter_Mar 18.DOC>> <
18.DOC>>


Isaac




> ATTACHMENT part 2 application/msword name=Carlos Gustavo Machado Gomez
Offer Letter_Mar 18.DOC


> ATTACHMENT part 3 application/msword name=Mariana Trueba Almada Offer
Letter_Mar 18.DOC


> ATTACHMENT part 4 application/msword name=Pablo Vargas San Jose Offer

Exhibit 38 ,
P. 518

Letter_Mar 18.DOC

—————

Do You Yahoo!?
Yahoo! Net: La mejor conexin a internet y 25MB extra a tu correo por $100
al mes.

————————————————————————————————

**Do You Yahoo!?**
**Yahoo! Net**: La mejor conexin a internet y 25MB extra a tu correo por $100 al mes.

Confidential - For Attorney's Eyes Only

MGA 3473854

**Exhibit 39**

**Linda Whaley**

| | |
|---|---|
| **From:** | Ron Brawer |
| **Sent:** | Tuesday, February 28, 2006 10:44 AM |
| **To:** | Linda Whaley |
| **Subject:** | Re: Proposal |

Yes -- 170 is fair.

Stock would be part of a review when he is here.

5-1 is fine.
---------------------------
Sent from my BlackBerry Wireless Handheld

-----Original Message-----
From: Linda Whaley <LWhaley@mgae.com>
To: Ron Brawer <RBRAWER@mgae.com>
Sent: Tue Feb 28 09:27:21 2006
Subject: RE: Proposal

I agree - $170 is the max (Jim is at $170k & Nick is at $174k)

What's the next step - do I offer $170?  What about stock?  Are we OK with 5/1 start?

-----Original Message-----
From: Ron Brawer
Sent: Tuesday, February 28, 2006 9:15 AM
To: Linda Whaley
Subject: Re: Proposal

As I said the 170 is the peer grp and highest I would go at this time.
---------------------------
Sent from my BlackBerry Wireless Handheld

-----Original Message-----
From: Linda Whaley <LWhaley@mgae.com>
To: Ron Brawer <RBRAWER@mgae.com>
Sent: Tue Feb 28 09:01:26 2006
Subject: RE: Proposal

Salary - I told him that his counter on salary/bonus was extremely high - he asked that we
meet him halfway.


Relo - We talked about the relo amount of $15k and how that works.  I said that we would
consider relo back to Mexico if things did not work out, however, trips home will probably
be at his own expense.


Stocks - I said this will be totally up to Isaac - but not out of the realm of
possibility.


Benefits - I reviewed the benefit package with him.

1

Exhibit 39

P. 520

Confidential - Attorney's Eyes Only

MGA 0869679

Visa - I asked him to get in touch with our immigration attorney prior to making a trip to
the Embassy.  I believe they are trying to connect today to get that going.


Start Date - He said start date has been pushed back to 5/1.


---

From: Ron Brawer
Sent: Monday, February 27, 2006 5:46 PM
To: Linda Whaley
Subject: RE: Proposal


What did the two of you discuss when he was here?


---

From: Linda Whaley
Sent: Monday, February 27, 2006 1:46 PM
To: Ron Brawer
Subject: RE: Proposal


Ron — has this been OK'd by Isaac?


Linda


---

From: Ron Brawer
Sent: Tuesday, February 21, 2006 8:01 PM
To: Linda Whaley; Isaac Larian (President / CEO)
Subject: RE: Proposal


Isaac?

My opinion -- Too much.


I believe these jobs should be leveled.

I know gustavo fairly well and he does not deserve to get paid more than Nick and Jim.


We could go to $170K without breaking the band — but it would need to stop about there.

The 40% bonus is what I define as our standard for VP.  That's what they all should be on.
If he can make almost double that in Mexico then we have a different problem

2

Exhibit 39 ,
P. 521

Confidential - Attorney's Eyes Only                                                MGA 0869680

He should be able to get options as he desires and that is where additional upside should come from.


Mexico trips – Flights only.

Deportation Expenses (moving to mexico) – Only if we let him go, not if he quits.

---

From: Linda Whaley
Sent: Tuesday, February 21, 2006 8:54 AM
To: Isaac Larian (President / CEO); Ron Brawer
Subject: FW: Proposal


Here is Gustavo's response to our offer.  Let's discuss when you have a moment.  His salary/bonus expectations are very high…


Linda

X6522

---

From: Gustavo Machado Gomez (MGA- Mexico)
Sent: Tuesday, February 21, 2006 7:25 AM
To: Linda Whaley
Subject: Proposal


Dear Linda,


Thank you very much for the proposal. Sorry for the delay but I have been traveling all over and I needed a full study on it, as it will be a really big move.

 Let me reiterate, that I am very thankful and excited for this great opportunity at MGA LA, however since it will be a BIG change in my life, I would like you to consider the following:


1.    SALARY.

My current monthly salary in Mexico is US$ 11,550 plus the additional benefit (as granted by Mexican law known as "AGUINALDO", and consisting of a 13th monthly salary), this equals a total yearly salary of 150.15K a year.   The offer presented grants me only a 6.5% increase.   I would like to explore the possibility of a yearly salary of US$200,000.00, a salary that I consider in line with the new responsibilities I will assume.

At present I have an bonus structure according to yearly sales levels that can be up to $100,000 USD. The 40 % bonus you are offering sounds good, but it is less than I currently have and I would like to have more detail about it, can you include in the proposal how it will be built.

Confidential - Attorney's Eyes Only                                MGA 0869681

2.    HOUSING & RELOCATION.

I would like to also explore the possibility of receiving housing assistance, as most corporations that relocate employees internationally grant it.

To include a clause that clearly specifies that should the business relationship ends by whatever the reason or whoever initiates the termination; the relocation package includes transfer of all my personal belonging Back to Mexico.

3.    REGULAR BENEFITS.

Kindly please advise what it is included in the "regular US benefits package". As I am not familiar with it.

4.    LEGAL.

I would like to have this included clearly in the job letter.  MGA Los Angeles will cover fully and completely all applications, testing and other expenses as needed to acquire my Permanent Status Visa (green card) as well as continuing to cover all other legal expenses pertaining to the Mexico legal situation.

5.    COMPANY SHARES:

As I foresee that the company will eventually go public, I would like to see the feasibility or receiving a stock options package when this happens.

6. .   OTHER

I would like to include two yearly company paid trips to Mexico to visit my family.

Thanks for patience. I will be in LA tomorrow afternoon; I will look for you then.

Thanks again and best regards.

Exhibit 39
P. 523

Confidential - Attorney's Eyes Only

MGA 0869682

5

Confidential - Attorney's Eyes Only

Exhibit 39 ,
P. 524

MGA 0869683

**Exhibit 40**

**Nancy Koppang**

| | |
|---|---|
| **To:** | Isaac Larian (President / CEO) |
| **Subject:** | RE: Meeting with Ron Tomorrow Afternoon |

Hi Isaac,

I'm sure you've seen my e-mail to Ron Brawer.  He told me he'd start circling the terminal at about 4:30 pm.  Ron's cell phone:  (310) 489-6748

I have spoken to Joe; he will pick you up at Encounters Restaurant at LAX at 7 pm.  Also, Joe wanted me to confirm that he will not pick up Angela and Jason when they arrive this evening; they'll take the car you left at the airport.

I will be faxing the VP Questionnaire to the Radisson in Minneapolis, with instructions to give it to you when you check in.  I will also be faxing the Schoenborn Partners documents for your signature.  Please fax the two signature pages back to me at (818) 894-1267, and bring the originals in to the office on Friday.  At Moshe's instructions, I'll have Eli sign the pages with your faxed signature, and forward them to Moshe and Larry Feldman.  The original signatures can catch up next week.  (This was supposed to happen yesterday, but the documents didn't make it here until today.)

That's it for now -- have a good flight,

N

Nancy Koppang
Exec. Asst. to Isaac Larian

MGA ENTERTAINMENT
A Consumer Entertainment Product Company
16730 Schoenborn Street
North Hills, California, 91343-6122
Tel: 818-894-2525 ext. 106
Fax:818-894-1267
www.MGAE.COM
Meet the girls with Passion for Fashion
www.Bratzpack.com


-----Original Message-----
From: Isaac Larian (President / CEO)
Sent: Tuesday, July 13, 2004 8:36 AM
To: Nancy Koppang
Subject: Re: Meeting


I need 1-2 hours with him ( asap) with my long questioner. How about tommrow and Joe will bring the forms? Somewhere near the airport?
------Original Message------
From: Nancy Koppang
To: Isaac Larian (President / CEO)
Sent: Jul 12, 2004 5:31 PM
Subject: RE: Meeting

Isaac,

I assume you want to do this as quickly as your schedule allows.  How much time do you want me to set aside?  Will this be off-site (a

1

Confidential - Attorney's Eyes Only

Exhibit _40_
P._525_

MGA 0861322

restaurant, perhaps)?

If you're in a real hurry, maybe we can schedule a breakfast Monday or Tuesday (or Friday of this week, for that matter; your first meeting in the office is at 10 am).  Otherwise, your schedule is pretty full until Thursday afternoon (maybe the 94th Aero Squadron).

N

Nancy Koppang
Exec. Asst. to Isaac Larian

MGA ENTERTAINMENT
A Consumer Entertainment Product Company
16730 Schoenborn Street
North Hills, California, 91343-6122
Tel: 818-894-2525 ext. 106
Fax:818-894-1267
www.MGAE.COM
Meet the girls with Passion for Fashion
www.Bratzpack.com


-----Original Message-----
From: Isaac Larian (President / CEO)
Sent: Sunday, July 11, 2004 6:58 PM
To: 'ronsha@adelphia.net'
Cc: Nancy Koppang
Subject: Re: Meeting


Ron

I am traveling till next Friday.

I want us to have one more meeting.


Isaac Larian
CEO
MGA Entertainment Inc.
A Consumer Entertainment Product Company
16730 Schoenborn St
North Hills, Ca. 91343-6122
Tel : 818-894-3150
Fax : 818-894-1267

-----Original Message-----
From: Ron and Sharon <ronsha@adelphia.net>
To: Isaac Larian (President / CEO) <LarianI1@mgae.com>
Sent: Sun Jul 11 05:11:23 2004
Subject: Re: Meeting

Isaac,

Tom, Issac and I met on Friday for lunch and I hope their report back to you
was positive.   I certainly felt as if the chemistry was working, and their
perspective resonated much of what you described was taking place at MGA.

I hope you feel that it is time to put closure on this job discussion, and I
would appreciate your guidance on how to proceed.   My experiences have normally turned the discussions at this point over to HR, but that is

2

Exhibit 40
P. 526

Confidential - Attorney's Eyes Only                                    MGA 0861323

completely your call.

Hope to hear from you shortly.

Thanks,

Ron


----- Original Message -----
From: "Ron and Sharon" <ronsha@adelphia.net>
To: "Isaac Larian (President / CEO)" <LarianI1@mgae.com>
Sent: Tuesday, June 29, 2004 10:24 PM
Subject: Re: Meeting


> Isaac,
>
> I very much enjoyed our meeting and would like to continue our discussion.
> It seems that we concur on several fronts, but still need to cover a few
> bases. I think the next steps need to include:
>
> 1/  Meeting two additional MGA employees (Tom and Isaac).  I would be happy
> to do this near, but not inside the MGA offices.
> 2/  Close on some of the job expectations and responsiblities (although I
> feel we covered a lot of ground in this area).
> 3/  Develop a compensation package that would be the foundation of an
> employment arrangement (I think we need to discuss three parts):
>                              A.      Basic Salary/Bonus/Benefits to offset current
> earnings and benefits at Mattel.
>                              B.      "Signing" benefits to offset lost, accrued
> income opportunities -- 2004 bonus/LTIP and approximately 100K stock
> options.
>                              C.      A significant Upside Incentive Program tied to
> strong results and perfomance.
>
> Let me know what you would like to do next.
>
> Best wishes.
>
> Ron Brawer
>
>
>
> ----- Original Message -----
> From: "Isaac Larian (President / CEO)" <LarianI1@mgae.com>
> To: <ronsha@adelphia.net>
> Sent: Saturday, June 12, 2004 9:03 PM
> Subject: Re: Meeting
>
>
> > Ron
> >
> > I am very very sorry.
> >
> > I had a family medical emergency and forgot all about this.
> >
> > Please let me know when is good for you? I want to move this process
> forward
> > very quickly.

3

Exhibit 40
P. 527

Confidential - Attorney's Eyes Only                                    MGA 0861324

```
> >
> >
> > Best regards
> > Isaac Larian
> > CEO
> > MGA Entertainment Inc.
> > A Consumer Entertainment Product Company
> > 16730 Schoenborn St
> > North Hills, Ca. 91343-6122
> > Tel : 818-894-3150
> > Fax : 818-894-1267
> >
> > -----Original Message-----
> > From: Ron and Sharon <ronsha@adelphia.net>
> > To: Isaac Larian (President / CEO) <LarianI1@mgae.com>
> > Sent: Sun Jun 13 02:51:28 2004
> > Subject: Re: Meeting
> >
> > Isaac:
> > I waited at Target from 6 till 6:40 but didn't see you.
> > You can reach my house at 310-546-5744
> > Ron
> >
> >
> > ----- Original Message -----
> >
> > From: Isaac Larian (President / CEO)
> > To: 'Ron and Sharon'
> > Sent: Monday, June 07, 2004 4:34 PM
> > Subject: Meeting
> >
> >
> > <<brawer.lettertoIsaac.doc>>
> >
> > Ron,
> >
> > Do you feel comfortable sending an email along the lines attached to
me
> > before we meet?
> >
> > Isaac
> >
> >
> >
```

```
Isaac Larian
CEO
MGA Entertainment Inc.
A Consumer Entertainment Product Company
16730 Schoenborn St
North Hills, Ca. 91343-6122
Tel : 818-894-3150
Fax : 818-894-1267
```

4

Exhibit 40,
P. 528

Confidential - Attorney's Eyes Only

MGA 0861325

# Exhibit 41

| | |
|---|---|
| **From:** | Isaac Larian (President / CEO) |
| **To:** | Ron Brawer |
| **CC:** | |
| **BCC:** | |
| **Sent Date:** | 2004-10-26 23:50:33:515 |
| **Received Date:** | 2004-10-26 23:50:33:515 |
| **Subject:** | RE: Nick Contreras |
| **Attachments:** | |

Gave him the car allowance.

Isaac Larian
CEO
MGA Entertainment, Inc.
16380 Roscoe Blvd. Suite 200
Van Nuys, California 91406
Tel: 818-894-3150
email: larianl1@mgae.com
fax: 818-894-1267
www.mgae.com
www.bratzpack.com
www.alienracers.com

-----Original Message-----
From: Ron Brawer
Sent: Tuesday, October 26, 2004 4:31 PM
To: Isaac Larian (President / CEO)
Subject: Re: Nick Contreras

I spoke to him. You are very close. I think he would appreciate a car allowance given the mileage he will do. It will make the difference. I told him the salary was fair and down the road you will take care of him when you see his depth. I think were that close to closing. So I hope you cab seal the deal.
--------------------------
Sent from my BlackBerry Wireless Handheld

-----Original Message-----
From: Isaac Larian (President / CEO) <Larianl1@mgae.com>
To: Schuyler Bacon <SBacon@mgae.com>
CC: Ron Brawer <RBrawer@mgae.com>; Mel Woods <MWoods@mgae.com>
Sent: Tue Oct 26 22:58:48 2004
Subject: RE: Nick Contreras

See below

Isaac Larian
CEO

Confidential - For Attorney's Eyes Only

Exhibit 41,
P. 529

MGA 0200954

MGA Entertainment, Inc.
16380 Roscoe Blvd. Suite 200
Van Nuys, California 91406
Tel: 818-894-3150
email: lariani1@mgae.com
fax: 818-894-1267
www.mgae.com
www.bratzpack.com
www.alienracers.com

-----Original Message-----
From: Schuyler Bacon
Sent: Tuesday, October 26, 2004 2:53 PM
To: Isaac Larian (President / CEO)
Cc: Ron Brawer
Subject: RE: Nick Contreras

Nick's counter - He's asking for:

$175K base salary
[ILarian] $150k
40% bonus potential (same as he has at Mattel)
[ILarian] OK
$25-40K sign-on bonus (figuring this is what he would be walking away from if he left)
[ILarian] $20K SIGNING BONUS THAT HE MUST RETURN IF HE LEAVES MGA IN LESS
THAN 2 YEARS.
10,000 shares of stock as well as the option to purchase more if and when the time comes.
[ILarian] EXPLAIN AND SEE ME.

He feels that Mattel will do everything in its power to get him to stay.

-----Original Message-----
From: Isaac Larian (President / CEO)
Sent: Tuesday, October 26, 2004 9:24 AM
To: Schuyler Bacon
Subject: RE: Nick Contreras

Not in first round.

Isaac Larian
CEO
MGA Entertainment, Inc.
16380 Roscoe Blvd. Suite 200
Van Nuys, California 91406
Tel: 818-894-3150
email: lariani1@mgae.com
fax: 818-894-1267
www.mgae.com
www.bratzpack.com
www.alienracers.com

Confidential - For Attorney's Eyes Only

Exhibit 41 ,
P. 530

MGA 0200955

-----Original Message-----
From: Schuyler Bacon
Sent: Tuesday, October 26, 2004 8:55 AM
To: Isaac Larian (President / CEO)
Subject: RE: Nick Contreras

Are we going to offer him a car allowance? He is currently commuting 9 miles a day (total) to
Mattel. If he accepts with us his commute will be 55 miles (total). Please advise.

Schuyler

-----Original Message-----
From: Isaac Larian (President / CEO)
Sent: Tuesday, October 26, 2004 12:22 AM
To: Janice Foti; Schuyler Bacon
Cc: Mel Woods
Subject: FW: Nick Contreras

Offer him $150k, 35% bonus plan, 10,000 shares if we go public at same price as Ron's. No
signing.

Isaac Larian
CEO
MGA Entertainment, Inc.
16380 Roscoe Blvd. Suite 200
Van Nuys, California 91406
Tel: 818-894-3150
email: lariani1@mgae.com
fax: 818-894-1267
www.mgae.com
www.bratzpack.com
www.alienracers.com

-----Original Message-----
From: Ron Brawer
Sent: Monday, October 25, 2004 5:00 PM
To: Isaac Larian (President / CEO)
Subject: RE: Nick Contreras

I think we should make him VP of Customer Marketing
Salary of $150K (non negotiable).
Bonus: 50% or whatever the std is for VP.

You will have an issue with him like me on the timing of the hire. He is eligable for a bonus for
2004 which he is 4 months away from receiving. I think a $25K signing would do it, but I'm not
100% sure where he is on this.

Lastly, you need to craft some language with Janice and Daphne that says basically "In the
event MGA were to go public, you would be considered an insider and be offered a minimum
of XX number of shares at the "insider/family/friends" price. That's what i believe he signaled
you this morning.

Exhibit 41 ,
P. 531

Confidential - For Attorney's Eyes Only

Then we will need to give him Kenya for merchandising, Kym and possibly Hendrick for POS analysis and forecasting, he will want to bring an analyst who works for him named Susan Kim (she is fantastic) -- she could handle our pro-space to start but is also good at business planning etc. -- a real work horse who gets the numbers right.

Start date is early december.

RON

-----Original Message-----
From: Isaac Larian (President / CEO)
Sent: Monday, October 25, 2004 3:33 PM
To: Ron Brawer
Subject: Fw: Nick Contreras

Whatv do you want to offer him?
Isaac Larian
CEO
MGA Entertainment Inc.
A Consumer Entertainment Product Company
16380 Roscoe Blvd
Van Nuys, Ca. 91406
Tel : 818-894-3150
Fax : 818-894-1267

-----Original Message-----
From: Schuyler Bacon <SBacon@mgae.com>
To: Isaac Larian (President / CEO) <Larianl1@mgae.com>
CC: Ron Brawer <RBrawer@mgae.com>
Sent: Mon Oct 25 23:02:33 2004
Subject: Nick Contreras

Salary Breakdown

$127,000 base
40% bonus potential 2003 bonus was $33,000
3 Weeks vacation
Has averaged 10% salary increase year over year.
If he leaves Mattel before November 15th will have to pay back $15,000

Regards,

Schuyler Bacon
Director of Recruiting
MGA Entertainment
16380 Roscoe Blvd, Suite #100
Van Nuys, CA 91406
818-894-2525 ext: 6527
818-221-4340 fax
sbacon@mgae.com

Confidential - For Attorney's Eyes Only

Exhibit _41_
P. _532_

www.mgae.com

Confidential - For Attorney's Eyes Only

Exhibit _41_,
P. _533_

MGA 0200958