33.   Bryant was simply trying to figure out a way to make a living doing what he enjoyed.  Unable to support himself as a freelance artist, however, and turning thirty and not wanting to live at home forever, Bryant realized he needed a steady job.  Based on Mattel's comments to him before he left its employ in 1998 indicating an interest in having him remain with the company, he reapplied and secured a position with Mattel starting in January 1999.

34.   Mattel hired Bryant back to work exclusively on Mattel's "collectibles" line, a high-end, expensive line of "Barbie" dolls designed for adult doll collectors, not children.  He began working for the company again on January 4, 1999.  Again, Mattel's marketing department directed Bryant to create the designs it wanted to market.

35.   Bryant never showed Mattel the ideas, drawings, designs and concepts that he had worked on on his own while he had been gone from the company, including the concept for what later became the "Bratz" dolls.  He already knew that Mattel was not receptive to new, creative, innovative ideas.  Besides that, they were his, and he was afraid that Mattel would not give him credit or compensation.

36.   One day he happened to show his concept for "Bratz" dolls to a friend who did freelance work for MGA Entertainment, Inc.  ("MGA").

37.   Bryant's friend thought that MGA might be interested in talking to Bryant, and arranged a meeting.

38.   MGA ultimately offered Bryant a consulting arrangement.  His agreement with MGA was signed on or about October 4, 2000.  Bryant resigned from Mattel immediately, giving two weeks notice, but stayed at the company until October 20 to finish up and transition the projects on which he had been working.

39.   On information and belief, MGA was founded in 1979 as a small consumer electronics business and made its first foray into the toy business in 1987 marketing handheld LCD games featuring licensed "Nintendo" characters, where its initial success allowed it the opportunity to obtain additional licenses for such

7

**EXHIBIT A**

37   EXHIBIT 5 PAGE 80

1  popular properties as the "Power Rangers" and others.  By the time Bryant started

2  working for MGA in late 2000, the company was selling other kinds of toys and

3  dolls.

4        40.  After leaving Mattel, Bryant began working with a team of MGA

5  employees and freelancers to develop and physically embody Bryant's concept.

6  The development took substantial time, effort, creativity, money, and know-how,

7  but with this effort, Bryant's concept for "Bratz" dolls was reduced to practice and

8  became a reality.

9        **"Bratz" Dolls Revolutionize The Fashion Doll Market**

10        41.  MGA first unveiled the "Bratz" doll concept at the Hong Kong Toy

11  Fair in January 2001.  In June 2001, MGA introduced the line to the market.

12        42.  Unlike Barbie Dolls, the "Bratz" line of dolls and branded products

13  (collectively "Bratz Dolls") sport a hip, multi-ethnic urban look that appeals to

14  contemporary teenage and pre-teen girls.  At approximately 9.5 to 10 inches tall,

15  the Bratz Dolls are intentionally shorter than Barbie Dolls and look notably

16  different, with large heads, big dramatic eyes and lips, small, thin bodies, oversized

17  feet (to emphasize shoe fashion and to stand on their own, unlike "Barbie," which

18  requires a stand), and up-to-date fashions.

19        43.  Featuring and embodying the slogan "The Girls With a Passion for

20  Fashion!", Bratz Dolls, invigorated, transformed and expanded the fashion doll

21  market, in particular proving popular among "tween" age girls – *i.e.,* those between

22  childhood and adolescence – who Mattel had all but abandoned as a market.

23        44.  On information and belief, the "Bratz" line has been praised by

24  consumers, retailers and toy industry analysts alike.  In 2001, the "Bratz" line won

25  the Toy Industry Association ("TIA") People's Choice Toy of the Year Award, the

26  Family Fun Toy of the Year Award and Toy Wishes Hot Pick Award.  In 2002, the

27  "Bratz" line again won the TIA People's Choice Toy of the Year Award, the

28  Family Fun Toy of the Year Award.  LIMA, the licensing industries official arm,

EXHIBIT A

1    awarded MGA's "Bratz" the best character license of the year as well as the overall

2    best licensed property of the year for 2003. MGA's "Bratz" also earned the coveted

3    TIA "Property of the Year" and "Girl Toy of the Year," in 2003, as well as the

4    Family Fun Toy of the Year Award. MSNBC named "Bratz" the "Hottest Toy of

5    the Year," and both MGA and "Bratz" received several other accolades.

6        45.    According to media reports and business analysts, this success caught

7    Mattel by surprise, with many Mattel insiders reportedly assuming that Bratz would

8    be a short-lived fad.

9        46.    As it turned out, "Bratz" was not a fleeting fancy among young girls.

10       47.    Beginning in 2002, "Bratz" really gave "Barbie" a run for its money

11    as the top selling fashion doll.

12       48.    Bryant continues to contribute to, and provide ideas, concepts and

13    designs for "Bratz" on an ongoing basis as a designer and consultant for MGA. For

14    example, Bryant designed a wholly original male character for MGA, which was

15    turned into the "Bratz Boyz" line of dolls by MGA.

16                           **Mattel's Market Response to "Bratz"**

17       49.    In response to "Bratz", Mattel, in 2002, rushed to release "My Scene

18    Barbie," a line of fashion dolls under the "Barbie" name that looked much more

19    like "Bratz" than the traditional main line "Barbie" Doll. Like "Bratz," "My Scene

20    Barbie" dolls have oversized heads, artfully made-up almond-shaped eyes, large,

21    overly-lined and lipsticked lips, trendy clothes and hair styles, over-sized feet and a

22    more ethnic look. Like the "Bratz" Dolls, "My Scene" Dolls are packaged with two

23    outfits and an accessory. And, since fall 2003, like the "Bratz, which are

24    introduced with themes, "My Scene" Dolls are introduced with a theme as well.

25       50.    After the success of MGA's "Bratz Boyz" dolls, Mattel also

26    introduced male doll characters to the "My Scene" line, even though for 45 years

27    the "Barbie" line had only included a single male doll – Barbie's boyfriend "Ken"

28

EXHIBIT A

1    (whom, after 45 years as her boyfriend, Barbie "dumped" in a 2004 Mattel publicity

2    stunt to revive "Barbie" in the face of the "Bratz" success).

3        51.    On information and belief, the "My Scene" Dolls, however, have not

4    come close to achieving the popularity and acclaim of "Bratz."

5        52.    A year after the debut of "My Scene," Mattel launched "Flavas," a line

6    of urban fashion dolls also intended to appeal to the "tween" market.  "Flavas,"

7    were poorly received by children, parents and the toy industry, and Mattel

8    discontinued the line less than a year after its launch.

9              **Mattel's Accusations of Copyright Infringement Against Bryant**

10       53.    Unable to supplant "Bratz" – the more popular, better quality product

11   – with the inferior and less popular "Flavas" or even "My Scene," Mattel changed

12   tactics.  It turned to disparaging Bryant, and accusing him of copying from Mattel.

13       54.    In or about July 2003, Mattel "sources" told a *Wall Street Journal*

14   reporter that "[I]nside Mattel, some are convinced the BRATZ borrow liberally

15   from a Mattel project that was scrapped at the testing stage in 1998."  Attached

16   hereto as Exhibit A is a true and correct copy of this article.

17       55.    Mattel's thinly veiled accusation of copyright infringement against

18   Bryant took more substantive form when, in April, 2004, Mattel sued Bryant in

19   California state court for, among other things, allegedly "converting" Mattel's

20   intellectual property (the "Bryant Litigation").  Bryant sought discovery from

21   Mattel, accordingly, regarding any Mattel idea, concept, project or product

22   allegedly stolen or copied by Bryant, including "Toon Teens," "Diva Stars," and

23   "My Scene."  Faced with objections from Mattel, Bryant offered to take no further

24   discovery on such issues if Mattel would enter into a fact stipulation that it would

25   not claim that Bryant copied "Bratz" from Mattel's "Toon Teens."  Mattel refused

26   to enter into such a stipulation.  For reasons unknown, Mattel has not yet sued

27   Bryant for copyright infringement.  It has, however, enlisted a surrogate to take a

28

10

**EXHIBIT B**      40

1   first-run at attempting to establish infringement, perhaps intending to see what the

2   outcome might be before launching a direct attack itself.

3       56.    Specifically, in 2002, MGA filed suit in Hong Kong against the

4   manufacturers of "Funky Tweenz" (known infringers of intellectual property in the

5   toy industry) (the "Hong Kong defendants"). "Funky Tweenz" is a line of "Bratz"

6   knock-off products. In connection with this lawsuit (the "Hong Kong Lawsuit"),

7   Bryant has been informed that MGA filed various documents substantiating its

8   ownership of "Bratz," including with regard to Bryant's involvement in MGA's

9   development of "Bratz" and in its reduction to practice of Bryant's original

10  inspirational sketches. Bryant has also been informed that in August 2004 the

11  Hong Kong defendants produced to MGA's counsel *unreleased photographs* of,

12  and documents relating to, Mattel's "Toon Teens" project – the same project Mattel

13  had mentioned in the *Wall Street Journal* article as the supposed origin of "Bratz."

14  The Hong Kong defendants initially refused, however, to authenticate these

15  documents, or to divulge the source of these photographs. The defendants also

16  refused to explain the purported relevance of the documents to the Hong Kong

17  Lawsuit.

18      57.    Finally, however, Bryant has been informed that on October 7, 2004,

19  the Hong Kong defendants revealed that Mattel was the source of the "Toon Teens"

20  documents and information. Indeed, the Hong Kong defendants have revealed that

21  they – accused copyright infringers -- have a document-sharing agreement with

22  Mattel. Apparently, Mattel prefers to assist known infringers in Hong Kong in

23  trying to prove that Bryant copied Mattel in coming up with "Bratz", instead of

24  trying to prove it themselves in a United States federal court of law – or at least for

25  the time being, that seems to be Mattel's strategy.

26      58.    On information and belief, Mattel, and the same counsel representing

27  it in the Bryant Litigation, have told the Hong Kong defendants that "Bratz" is not

28  an original design and have provided documents and other information to those

1  defendants in an effort to assist such infringers to evade liability for copyright

2  infringement of "Bratz" in the Hong Kong action.  On information and belief,

3  Matter has told the Hong Kong defendants that the "Toon Teens" documents

4  provided to such defendants prove that Bryant copied and infringed Mattel's "Toon

5  Teens" or other Mattel property.

6      59.   Mattel even rushed to register the copyright for its long-shelved "Toon

7  Teens" during the very same month that it claims to have first learned of Bryant's

8  contract with MGA, November, 2003, and using the same counsel that Mattel is

9  using in the Bryant Litigation.  A true and correct copy of this registration is

10  attached hereto as Exhibit B.  Notably, Bryant is informed that the dates on Mattel's

11  "Toon Teens" drawings and pictures reflect that they were created in 1999, *after*

12  Bryant conceived of "Bratz" in 1998.

13      60.   On information and belief, Mattei's copyright registration of "Toon

14  Teens" is no coincidence; it is a preliminary step necessary for Mattel to sue Bryant

15  for copyright infringement.

16      61.   There is no doubt that Mattel intends to get back at Bryant via false

17  allegations and to try to obtain control of Bryant's brainchild any way it can,

18  including falsely alleging that "Bratz" is nothing more than derivative of Mattel's

19  own work(s).  This is wholly untrue.  "Bratz," is an original idea and concept,

20  independently conceived and created during a time when Bryant was not working

21  for Mattel.  The fact that MGA reduced the original designs to practice and further

22  developed "Bratz" into a highly successful product that now competes directly with

23  and has taken market share from Mattel's "Barbie" line of fashion dolls, including

24  as a result of the "Bratz"-inspired and imitating dolls distributed by others, is not to

25  be under-estimated.

26

27

28

EXHIBIT 5 PAGE 85

12

EXHIBIT A    42

## FIRST CLAIM FOR RELIEF

### (Declaratory Judgment of Non-infringement)

62.     Bryant repeats and realleges the allegations contained in paragraphs 1 through 61 of this Complaint and incorporates them by reference, as though fully and completely set forth herein.

63.     Bryant has a reasonable apprehension that Mattel will bring an action against him under 17 U.S.C.A. §§ 101, *et seq*. alleging that "Bratz" is not an independent or original work but, rather, is copied, derived from or infringes Mattel's copyrights in "Toon Teens," or some other Mattel work; that Mattel is the rightful owner of his "Bratz" idea, concept or original drawings or works and any copyrights and other intellectual property rights therein; and that Mattel alone possesses the exclusive rights to exploit such rights.

64.     Bryant contends that "Bratz" is his own independent and original idea, concept and work, that "Bratz" dolls were derived from Bryant's original idea, concept and work, and that Mattel has no right in "Bratz" whatsoever.  Bryant denies that he copied any of Mattel's property or work in conceiving and developing "Bratz," and denies that "Bratz" infringes or was derived from any Mattel property or work.

65.     Indeed, "Bratz" and "Toon Teens" are not substantially similar. "Bratz" are sexy, hip, modern fashion dolls with up-to-date fashions, and are designed to look like real teenagers, and the "Bratz" themes and playsets are based on places and activities that real teenagers would go to and do.  Bryant is informed that "Toon Teens," in contrast, appear to be childlike, soft-bodied dolls with "baby-fat" and bright, fantasy-colored hair and are, by Mattel's own statements to the *Wall Street Journal*, "cartoonish."

66.     An actual and justiciable controversy exists between Bryant and Mattel regarding whether Bryant's  ideas, concepts, or designs for, or contributions to,

EXHIBIT 5 PAGE 86

13

EXHIBIT 8          43

1  "Bratz" were and are original works, or copied from, derivative of or infringing on

2  Mattel's works, be it "Toon Teens," or any other unidentified Mattel work.

3       67.   This actual and justiciable controversy arises under federal copyright

4  law.

5       68.   Bryant seeks Declaratory Judgment of non-infringement; specifically

6  that his ideas, concepts, and designs for, and contributions to, "Bratz" were and are

7  original works, and were and are not copied from, derivative of or infringing on any

8  Mattel work.

9       69.   A judicial declaration of non-infringement is necessary and

10  appropriate at this time pursuant to 28 U.S.C. § 2201, so that Bryant may ascertain

11  his rights and duties with respect to "Bratz," including but not limited to dispelling

12  any potential cloud over his ability to have assigned or otherwise transferred rights

13  to his original works to MGA.  It is also necessary to clear Bryant's name and

14  mitigate the continuing damage to his reputation resulting from Mattel's unfounded

15  representations about Bryant made in the press and to the defendants in the Hong

16  Kong Litigation.

17       WHEREFORE, Bryant hereby prays for relief against Mattel as

18  follows:

19       1.   For a Declaratory Judgment of non-infringement.

20       2.   For a Declaratory Judgment that Bryant's ideas, concepts,

21  drawings and designs for, and contributions to, "Bratz" were and are independent

22  and original works, and were and are not copied from, derivative of or infringing

23  any Mattel work, including, without limitation, Mattel's copyrighted "Toon Teens."

24       3.   For a Declaratory Judgment that Bryant was the sole and true

25  owner of all rights relating to "Bratz" that Bryant heretofore assigned to MGA and

26  that such rights were owned by Bryant free and clear of any ownership claim by

27  Mattel at the time he assigned rights to MGA. .

28       4.   For a Declaratory Judgment that none of Bryant's contributions

1   to and work on "Bratz" infringes Mattel's copyrighted "Toon Teens" or any other

2   property allegedly owned by Mattel and that all such contributions to and work on

3   "Bratz" by Bryant were independent and original to Bryant.

4          5.      For costs of suit herein, including reasonable attorneys' fees,

5   and such other and further relief as the court may deem just and proper.

6

7   Dated: November 2, 2004                ROBERT F. MILLMAN
                                           DOUGLAS A. WICKHAM
8                                          KEITH A. JACOBY
                                           LITTLER MENDELSON
9

10

11

12                                         By
                                              KEITH A. JACOBY
13                                            Attorneys for Plaintiff
                                              CARTER BRYANT
14

15

16  Los_Angeles:381846.1 028307.1010

17

18

19

20

21

22

23

24

25

26

27

28

15

EXHIBIT 5 PAGE 88

EXHIBIT A        45

Westlaw.                                                                    factiva

7/18/03 WSJ A1                                                              Page 1

7/18/03 Wall St. J. A1
2003 WL-WSJ 3974434

The Wall Street Journal
(Copyright (c) 2003, Dow Jones & Company, Inc.)

Friday, July 18, 2003

Dolled Up: To Lure Older Girls, Mattel Brings In Hip-Hop Crowd

---

It Sees Stalwart Barbie Lose Market Share, So 'Flavas' Will Take on the 'Bratz'

---

Battle of the Big Heads

By Maureen Tkacik

LOS ANGELES -- Tika, 10 inches tall with two-toned hair, is of ambiguous ethnic
origin -- maybe she's Asian, maybe Latina -- but her "platinum" medallion,
airbrushed jean jacket, shell-toe sneakers and graffiti-streaked packaging make
one thing clear.

"She's like . . . hip-hop," said Crystal Audigier, 10 years old, as she rifled
through the first crate of "Flavas" dolls to arrive at a Los Angeles FAO Schwarz
store last week.

Mattel Inc. hopes the dolls are hip enough to take on the "Bratz." The Flavas
(pronounced "Flay-vuhs," like "flavors"), a set of six dolls brought from design
to production in just three months, represent a striking gamble for the giant toy
company. In the 44 years since it introduced its bombshell Barbie, Mattel has
rarely brought out a doll line to compete with her.

But Mattel, which had become accustomed to its buxom blonde dominating the market,
has watched in alarm as Barbie has been challenged by a smaller toy maker's Bratz
-- a line of big-headed, pouty-lipped characters. While Barbie, which posted about
$1.7 billion in sales for Mattel last year, is still queen, her share of the
so-called fashion-doll market has fallen, almost entirely due to the Bratz.

After trying -- and failing -- to defeat the Bratz with a trendier Barbie last
year, Mattel has come up with a radical battle plan. Among other things, that
means curtailing its reliance on, and near-reverence toward, its cash cow. While
Barbie is still a plaything of choice for girls 3 to 7 years old, it's been years
since she managed to hold the attention of the tweens, or 8- to 12-year-olds. With
the Flavas, Mattel is trying to get back into that market -- even if it risks
cannibalizing its biggest product.

Copr. © West 2004 No Claim to Orig. U.S. Govt. Works

EXHIBIT 5 PAGE 89

EXHIBIT A  16  EXHIBIT A  116

7/18/03 WSJ A1                                                                        Page 2

Mattel has tweaked Barbie many times since she was introduced in 1959: bronzing
her skin during the 1970s, introducing black and Hispanic counterparts and giving
her a band (the fuchsia-clad "Rockers") during the 1980s. Mattel even shrunk her
chest and widened her hips in 1998.

But Mattel now concedes Barbie has gradually lost touch with some young girls'
lives. "Barbie began as a great girl who was simply a reflection of popular
culture, but in the past few years we had sort of put her on a pedestal," says
Matt Bousquette, president of the newly created Mattel Brands unit, which
consolidated the boys' and girls' toys divisions. "We're taking her off that
pedestal."

While Mr. Bousquette and his team overhaul Barbie, he is also enlisting the
Flavas, who wear sweats and heavy chains and have names like "Tre" and "P. Bo," as
a second force with which to fight the Bratz. Mattel says hip-hop -- which it
defines as "a cultural phenomenon . . . dimensionalized through freestyle dance,
street sports, music and fashion" -- has gained sufficient ground in the
mainstream to have its own toy line.

"Mattel is recognizing that there are other trends besides Barbie that girls want
to play with," says Manny Francione, divisional merchandise manager for Toys "R"
Us Inc., Paramus, N.J. "Hip-hop is one of those trends."

The Bratz, developed by a toy maker called MGA Entertainment Inc., North Hills,
Calif., were introduced in the summer of 2001. They became a hit with tweens, an
age group of girls that the toy industry had almost written off.

For the past decade, toy makers have been grappling with a phenomenon analysts
call "age compression," in which media-saturated youngsters are outgrowing dolls
and other toys at an earlier age. NPD Group Inc., a market-research firm, says toy
spending on children peaks at age 3 and steadily declines after that, with
spending on 12-year-olds at about a quarter of the peak level. By attracting
tweens, the Bratz bucked that trend.

Bratz "appealed to an older girl . . . who is not necessarily still a Barbie
customer," says Sean McGowan, a longtime industry analyst with Gerard Klauer
Mattison. "Nothing's ever challenged Barbie like the Bratz." At Barbie's 1997
peak, a year in which Mattel posted $1.9 billion in sales of the doll, her
clothing and accessories, she boasted more than a 90% share of the fashion-doll
market, Mr. McGowan says. Barbie held at least 85% of the market right before the
Bratz were introduced, he says, but her share has now dropped to about 70%.

The history of the Bratz is intertwined with Mattel. MGA says the Bratz were
designed by Carter Bryant, a former member of the Barbie team. Inside Mattel, some
are convinced the Bratz borrow liberally from a Mattel project that was scrapped
at the testing stage in 1998. Mattel declined to comment.

Mr. Bryant didn't work on the line that Mattel scrapped, according to former and
current Mattel designers. But most Barbie designers had seen the prototypes, his
former colleagues say. Mr. Bryant, through MGA, declined to be interviewed.

The Mattel doll line that was scrapped wasn't exactly like the Bratz, says a
longtime Mattel designer who worked on the project. But the Bratz's oversized

*Copr. © West 2004 No Claim to Orig. U.S. Govt. Works*

EXHIBIT 5 PAGE 90

VHIBIT A        17 EYUIDIT D  47

heads -- with their pursed lips and cartoonish eyes -- are "virtually identical" to the heads of the dolls her team created, says the designer, who left Mattel in 2001.

Lily Martinez, a designer who still works at Mattel, came up with the idea for the big doll heads for Mattel, colleagues say. Mattel declined to comment. She even posted her sketch on her cubicle, colleagues say. "Anyone who passed by her cubicle would see the picture up on the wall," says another designer who also left Mattel in 2001. "The big heads, the big eyes, the big feet -- they were all the same" as the Bratz. Ms. Martinez declined to comment.

The Mattel dolls were scrapped in testing, current and former designers say, because Mattel had strict quotas that allowed only one "flanker brand" -- that is, a brand that would compete with Barbie for shelf space -- on the market at a time. At the time, Mattel chose a product called "What's Her Face" -- a doll with a blank face on which kids could draw expressions. That doll remains on the market; Mattel declined to discuss its sales.

Designers say they often faced a higher bar for non-Barbie projects. And Barbie's image was carefully protected. Bruce Stein, who was president of Mattel until 1998, says that former Chief Executive Jill Barad nixed an idea for "Barbie as Xena" dolls in 1998.

Ms. Barad was replaced in 2000, after Mattel's disastrous $3.5 billion acquisition of a software maker called The Learning Company. Under her successor, Robert Eckert, a former Kraft Foods president, the company has returned to profitability by cutting its work force 10%, streamlining its supply chain and developing international sales, among other things. Mattel, which reported a net loss of $431 million in 2000, reported net income of $230 million last year. Its stock has risen about 76% since Mr. Eckert arrived.

Isaac Larian, chief executive of MGA, says he had never heard of a project similar to the Bratz at Mattel. He says he chose Mr. Bryant's idea for the Bratz over several others after holding a sort of fashion-doll design contest in late 1999.

Mr. Larian, who emigrated to the U.S. from Iran, founded his company in the late 1970s, making a name by picking up the license for hand-held Pac-Man games. Though his company had made baby dolls before, it had never made fashion dolls. He says he was motivated by a challenge from a Wal-Mart Stores Inc. buyer to "give me something that can compete with Barbie."

This year, closely held MGA expects revenue of about $800 million -- with 65% of that coming from the Bratz. The company says it's profitable, but won't discuss specifics. Mr. Bryant still does design work for MGA, Mr. Larian says, and collects royalties on the Bratz line.

Mattel began worrying about the Bratz's momentum during the 2001 holiday season. Barbie sales fell 12% in the U.S. that year, despite a marketing campaign featuring an animated video, "Barbie in the Nutcracker."

By spring of 2002, Adrienne Fontanella, then president of the girls' division, decided to launch what the company termed a more "reality based" Barbie line. Like the Bratz, the "My Scene" Barbies boasted bigger heads and feet and fuller lips,

Copr. © West 2004 No Claim to Orig. U.S. Govt. Works

EXHIBIT 5 PAGE 91

EXHIBIT A    18    EXHIBIT 8    48



as well as trendier clothes.

Mr. Larian, the head of MGA, calls the My Scene dolls a "cheap imitation" of the Bratz. Mattel declined to comment. Introduced in October 2002, the My Scene Barbies helped Mattel's sales, but still ranked behind the Bratz during the 2002 holiday season, according to NPD. "My Scene has been just OK for us," says Fred Hurley, a longtime girls'-toys buyer for KB Toys Inc., Pittsfield, Mass.

In February, Ms. Fontanella's job, along with others, was eliminated in what Mr. Eckert called a "restructuring" of Mattel's executive ranks aimed at "increasing efficiency."

Mr. Bousquette, the then-head of Mattel's boys' toy division, became the first man to take control of Barbie in more than a decade. "It used to be that whoever ran Barbie ran the company, not the other way around," says Mr. Stein, the former president. "For Matt to be in charge is a major shift."

Mattel no longer has quotas on how many products can compete with Barbie. After sitting through a girls'-design-team presentation in March, Mr. Bousquette seized upon the Flavas as the ideal dolls to compete for the dollars of Bratz buyers. Ivy Ross, head of girls' design, suggested bringing them to market for the spring 2004 season. Mr. Bousquette said the company should aim for this July instead.

"We were stunned," says a designer who worked on the Flavas and left the company in May. Another surprise: Mr. Bousquette asked the team to make the dolls look more hip-hop than the prototypes. "No one had really believed in the concept before that meeting, and it was stuck in this back-and-forth where first they were too edgy, then they weren't edgy enough," says the designer. "Matt came through and cut all of that out." Mr. Bousquette says he told designers to make the dolls "as authentic as possible, as quickly as possible."

Flavas are more complicated to manufacture than most fashion dolls. They are all different heights -- meaning separate molds -- and they have 10 points at which they can move, allowing them to strike a variety of poses. The Flavas design team often slept in their cubicles to get the dolls ready in time for summer shipment. Two designers each clocked 53 hours during Memorial Day weekend to prepare the line for the company's annual toy fair held in the first week of June.

Some buyers have been impressed. Mattel's girls' division "has never been a particularly forward-thinking group, but the Flavas are right on trend," says KB's Mr. Hurley. The six dolls in the Flavas line are certainly edgier than anyone in Barbie's clique. The Flavas girls have highlighted hair, flashier jewelry and wear midriff-baring tops with low-slung pants. Unlike Barbie, they have flat feet and wear sneakers. The two boy Flavas dolls sport earrings and serious expressions. Boxer underwear appears to show from the top of their cargo pants.

The Flavas come in boxes splashed with black-and-white photos of urban scenes shot around Venice Beach. When arranged together, the boxes create a "graffiti" mural that reads: "FA SIZZLE." It is a play on the hip-hop expression "Fa' shizzle," which means "For sure." Marketing director Lisa Tauber explains that it is also an acronym that stands for "Fashion, Attitude and Sizzlin' Style." The dolls, aimed at 9- to 11-year-olds, are "all about fearless self-expression," she says.

Copr. © West 2004 No Claim to Orig. U.S. Govt. Works

EXHIBIT 5 PAGE 92

EXHIBIT A  19     EXHIBIT A     49

MGA's Mr. Larian says he isn't scared by the Flavas. "The only thing that's
missing is a cocaine vial," he says. "You think of Mattel, you think of Barbie and
you think of sweetness. . . . This is like 'gangster' Barbie, and I think it's
going to backfire."

Telejah Dean, a nine-year-old from West Los Angeles noticed the Flavas last week,
as she was admiring Mattel's Mary-Kate and Ashley dolls. The Flavas are "not as
pretty as Barbie," she said. But her older sister, Tiffany, 22, seemed impressed
by the blond Happy D. doll. "Look, she's got black [hair] extensions like
Christina," she exclaimed, referring to pop singer Christina Aguilera.

In fact, Mattel has hired people to give out Flavas hats, wristbands and decals
during Ms. Aguilera's concert tour this summer. Ms. Aguilera, who got her start on
the Disney Channel, is now probably as well known for her 11 body piercings and
her mud wrestling-themed MTV video called "Dirrty."It's a sign of the changing
times, says Mattel spokeswoman Julia Jensen. "The old Mattel probably wouldn't try
to tie up with someone like Christina Aguilera."

                      ---- INDEX REFERENCES ----


COMPANY:          KB Holdings LLC (KBTY); Mattel Inc (MATL)


NEWS SUBJECT:     (Marketing (C31); Market Share (C313); Corporate/Industrial
News (CCAT); Content Types (NCAT); Page-One Story (NPAG); Editor's Choice -
Consumer Products (REQRCP); Editor's Choice - Industry Trends/Analysis (REQR))


INDUSTRY:         (Dolls/Toys/Games (I4941); Retail (I64); Specialty Stores
(I654); Hobby/Toy/Game Stores (I6540030); Consumer Products (ICNP); Media (IMED))

REGION:           (North American Countries (NAMZ); United States (USA); United
States - California (USCA); Northeast U.S. (USE); United States - Massachusetts
(USMA); Western U.S. (USW))

Language: EN

OTHER INDEXING:   Marketing; Market Share; Page-One Story; Content Types;
Corporate/Industrial News; United States - California; United States -
Massachusetts; United States; Northeast U.S.; Western U.S.; North American
Countries; Dolls/Toys/Games; Retail; Specialty Stores; Hobby/Toy/Game Stores;
Consumer Products; Media; Consumer Cyclical; Newswire More Code; Newswire End
Code; All Entertainment & Leisure; Limited Product Specialty Retailers;
Recreational Products & Services; All Specialty Retailers; Toys; Islamic Index;
S&P 500 Index component; Newspapers' Section Fronts; Marketing; Market

Word Count: 2217

7/18/03 WSJ A1
END OF DOCUMENT


              Copr. © West 2004 No Claim to Orig. U.S. Govt. Works


EXHIBIT 5 PAGE 93

EXHIBIT A      20      EXHIBIT      50

Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**FORM VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

**VAu 612 − 625**

EFFECTIVE DATE OF REGISTRATION

11 - 28 - 03

Month    Day    Year

---

**DO NOT WRITE ABOVE THIS LINE  IF YOU NEED MORE SPACE  USE A SEPARATE CONTINUATION SHEET**

**1**

Title of This Work ▼

TOON TEENS

NATURE OF THIS WORK ▼ See Instructions

Doll designs

Previous or Alternative Titles ▼

Publication as a Contribution If this work was published as a contribution to a periodical serial or collection give information about the collective work in which the contribution appeared  Title of Collective Work ▼

If published in a periodical or serial give   Volume ▼    Number ▼    Issue Date ▼    On Pages ▼

---

**2**

**NOTE**

Under the law the author of a work made for hire is generally the employer not the employee (see instructions) For any part of this work that was made for hire check Yes in the space provided give the employer (or other person for whom the work was prepared) as Author of that part and leave the space for dates of birth and death blank

**a** NAME OF AUTHOR ▼

Mattel Inc

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of _____
Domiciled in  United States

Was This Author's Contribution to the Work
Anonymous?  ☐ Yes  ☒ No
Pseudonymous?  ☐ Yes  ☒ No
If the answer to either of these questions is "Yes" see detailed instructions

Nature of Authorship  Check appropriate box(es) See Instructions
☐ 3 Dimensional sculpture    ☐ Map    ☐ Technical drawing
☒ 2 Dimensional artwork    ☐ Photograph    ☐ Text
☐ Reproduction of work of art    ☐ Jewelry design    ☐ Architectural work

**b** Name of Author ▼

Dates of Birth and Death
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of _____
Domiciled in _____

Was This Author's Contribution to the Work
Anonymous?  ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes" see detailed instructions

Nature of Authorship  Check appropriate box(es) See Instructions
☐ 3 Dimensional sculpture    ☐ Map    ☐ Technical drawing
☐ 2 Dimensional artwork    ☐ Photograph    ☐ Text
☐ Reproduction of work of art    ☐ Jewelry design    ☐ Architectural work

---

**3**

**a** Year in Which Creation of This Work Was Completed   1999
This information must be given
Year in all cases

**b** Date and Nation of First Publication of This Particular Work
Complete this information
ONLY if this work
has been published
Month _____  Day _____  Year _____
Nation _____

---

**4**

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2 ▼

Mattel Inc
333 Continental Blvd
El Segundo  CA  90245

Transfer If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2 give a brief statement of how the claimant(s) obtained ownership of the copyright ▼

APPLICATION RECEIVED
NOV 2 6 2003
ONE DEPOSIT RECEIVED
NOV 2 6 2003
TWO DEPOSITS RECEIVED
FUNDS RECEIVED

**EXHIBIT** B  5(

MORE ON BACK ▶  Complete all applicable spaces (numbers 5-9) on the reverse side of this page   See detailed instructions   Sign the form at line 8

EXHIBIT 5  PAGE 94

| | |
|---|---|
| EXAMINED | FORM VA |
| CHECKED BY | |
| ☐ CORRESPONDENCE Yes | FOR COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE  IF YOU NEED MORE SPACE USE A SEPARATE CONTINUATION SHEET**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes  ☑ No  If your answer is "Yes" why is another registration being sought? (Check appropriate box) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form
b. ☐ This is the first application submitted by this author as copyright claimant
c. ☐ This is a changed version of the work, as shown by space 6 on this application
If your answer is Yes  give Previous Registration Number ▼       Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work  complete only 6b for a compilation
a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates ▼

**6**
a

See instructions before completing this space

b **Material Added to This Work** Give a brief general statement of the material that has been added to this work and in which copyright is claimed ▼

b

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account
Name ▼                                           Account Number ▼
Mattel  Inc                                       DA037842

**7**
a

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent  Name/Address/Apt/City/State/ZIP ▼
Tania Krebs  Quinn Emanuel Urquhart Oliver & Hedges
865 South Figueroa Street, 10th Floor
Los Angeles  CA 90017 2543

b

Area code and daytime telephone number   (213 ) 443 3675          Fax number   (213 )624 0643
Email   taniakrebs@quinnemanuel com

**CERTIFICATION\*** I the undersigned hereby certify that I am the
check only one ▶  ☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of   Mattel  Inc
                        Name of author or other copyright claimant  or owner of exclusive right(s) ▲
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3  do not sign and submit it before that date
Tania Krebs                                                         Date  11 20-2003

Handwritten signature (X) ▼
x _____  11-20-03

**9**

| Certificate will be mailed in window envelope to this address | Name ▼ Tania Krebs  Quinn Emanuel |
|---|---|
| | Number/Street/Apt ▼ 865 South Figueroa Street  10th Floor |
| | City/State/ZIP ▼ Los Angeles  CA 90017 2543 |

17 U.S.C. §506(e) Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

EXHIBIT B

EXHIBIT B

EXHIBIT 5 PAGE 95

**Exhibit 6**

FILED

1  DALE M. CENDALI
   *(of counsel, not admitted in California)*
2  DIANA M. TORRES (S.B. #162284)
   PAULA E. AMBROSINI (S.B. #193126)
3  O'MELVENY & MYERS LLP
   400 South Hope Street
4  Los Angeles, CA 90071-2899
   Telephone: (213) 430-6000
5  Facsimile: (213) 430-6407
   email:      dtorres@omm.com
6
7  PATRICIA GLASER (S.B. # 55668)
   CHRISTENSEN, MILLER, FINK,
   JACOBS, GLASER, WEIL &
8  SHAPIRO LLP
   10250 Constellation Boulevard, 19th Floor
9  Los Angeles, CA 90067
   Telephone: (310) 553-3000
10 Facsimile: (310) 556-2920

11 Attorneys for Plaintiff
   MGA Entertainment, Inc.
12

13
14           UNITED STATES DISTRICT COURT
15          CENTRAL DISTRICT OF CALIFORNIA

                    CV 05-02727 CBM (RZx)

16 MGA ENTERTAINMENT, INC.,      Case No.
17           Plaintiff,           COMPLAINT FOR FALSE
                                  DESIGNATION OF ORIGIN,
18      v.                        AFFILIATION, ASSOCIATION OR
                                  SPONSORSHIP (15 U.S.C. § 1125
19 MATTEL, INC., a Delaware       (a)); UNFAIR COMPETITION (15
   Corporation, and DOES 1-10,    U.S.C. § 1125 (a), Cal. Bus. & Prof.
20                                Code § 17200 *et seq.* and California
           Defendants.            Common Law); DILUTION (15
21                                U.S.C. § 1125 (c), Cal. Bus. & Prof
                                  Code § 14330 and California Common
22                                Law); AND UNJUST ENRICHMENT

23                                DEMAND FOR JURY TRIAL
24
25
26
27
28

EXHIBIT 6 PAGE 96

1          Plaintiff MGA Entertainment, Inc. for its complaint against

2   Defendants Mattel, Inc. and DOES 1-10 alleges and avers as follows:

3

4                        **PARTIES**

5         1.     Plaintiff MGA Entertainment, Inc. ("MGA") is a California

6   corporation organized and existing under the laws of the State of California, with a

7   principal place of business in Van Nuys, California.

8         2.     MGA is informed and believes, and based thereon alleges, that

9   Defendant Mattel, Inc. ("Mattel") is a Delaware corporation with a principal place

10   of business in El Segundo, California.

11         3.     MGA is ignorant of the true names and capacities of the defendants

12   sued herein under the fictitious names DOES 1 through 10 inclusive. MGA will

13   seek leave of court to amend this complaint to allege such names and capacities

14   when they are ascertained. MGA is informed and believes, and based thereon

15   alleges, that each of the fictitiously named DOE defendants is responsible in some

16   manner for the wrongful conduct alleged herein. MGA further alleges that each

17   defendant acted in concert with, as agent or representative for, or at the request or

18   on behalf of another or Mattel. Each charging allegation contained herein is,

19   therefore, also hereby alleged against each fictitiously named DOE defendant.

20

21             **JURISDICTION AND VENUE**

22         4.     Through this action MGA asserts claims against Mattel arising under

23   the Lanham Act, 15 U.S.C. Sections 1125 (a) and (c), California Business and

24   Professions Code Sections 17200 *et seq.*, California Business and Professions Code

25   Section 14330 and California common law. This Court has original subject matter

26   jurisdiction over MGA's federal claims pursuant to 15 U.S.C. Sections 1116 and

27   1121, 28 U.S.C. Section 1338(a), and 28 U.S.C. Section 1331, and supplemental

28

1

EXHIBIT _6_ PAGE _97_

1   subject matter jurisdiction over MGA's state law claims pursuant to 28 U.S.C.
2   Section 1367(a).

3       5.      This Court has specific personal jurisdiction over Mattel, as it has
4   purposefully committed, within the State of California, the acts from which these
5   claims arise and/or has committed tortious acts outside California, knowing and
6   intending that such acts would cause injury to MGA within the state.  The Court
7   also has general personal jurisdiction over Mattel, as it conducts continuous,
8   systematic and routine business within the State of California and the County of
9   Los Angeles.

10      6.      Venue is proper in the United States District Court for the Central
11  District of California pursuant to 28 U.S.C. Sections 1391(b) and 1391(c).

12

13                        **FACTUAL BACKGROUND**

14      7.      MGA seeks by this action to halt Mattel's habitual and unfair tactics of
15  competition-by-intimidation and serial copycatting of MGA's products, which
16  Mattel has used in an unbridled effort to cause confusion in the market place and
17  eliminate MGA as a competitor in the toy and fashion doll market long dominated
18  and controlled by Mattel.

19      8.      MGA is a privately-held company in the San Fernando Valley that
20  began in 1979 as a small consumer electronics business.  In 1987, the company
21  made its first foray into the toy business when it secured rights to market handheld
22  LCD games featuring licensed Nintendo® characters.  Building on that small
23  success, the company began marketing products for popular licensed properties
24  such as the "Power Rangers"® and "Hello Kitty"®.  This little-known but
25  successful company, however, was propelled into the limelight after its daring
26  release in June 2001 of an innovative line of fashion dolls called "BRATZ".
27  "BRATZ" are multi-ethnic fashion dolls that sport a fresh new urban and
28  contemporary look and fashion.  At the time of the release of "BRATZ", "Barbie"

EXHIBIT ___ PAGE 98

1    sales were in a slump, Mattel was in turmoil, and the market was ripe for something

2    new, exciting and inventive. "BRATZ" fit the bill. It is the first fashion doll that

3    has been able to seriously challenge "Barbie" for market share, and begin to loosen

4    Mattel's 50-year iron-fisted grip on the fashion doll market.

5         9.    Mattel has not taken kindly to the challenge. Either unable or

6    unwilling to compete against "BRATZ" fairly, and on a level-playing field, Mattel

7    has, instead, taken a more expeditious approach, resorting to unfair and anti-

8    competitive business practices. Wielding its substantial clout and influence in the

9    toy industry, Mattel has tried to muscle MGA out of business. MGA is informed

10   and believes that Mattel has intimidated, coerced and threatened retailers, licensees,

11   suppliers and others in the industry – both in the U.S. and internationally – in order

12   to inhibit and stifle MGA's ability to compete with Mattel and to prevent MGA

13   from obtaining licensees, contracts and supplies for its products. Mattel has also

14   serially imitated and copy-catted the look of MGA products, trade dress,

15   trademarks, themes, ideas, advertising and packaging, including for the "BRATZ"

16   line of dolls. MGA brings this action to stop Mattel's tortious, unfair and anti-

17   competitive conduct and to recover the extensive damage that Mattel's illicit

18   behavior has caused, and continues to cause, MGA. Mattel's own website states:

19   "As the global leader in the toy industry, we believe that how we achieve success is

20   just as important as the success itself." It also proclaims that "unwavering integrity

21   defines our corporate culture on every level, guiding how we work and how we do

22   business." Mattel's own corporate governance standards require it to "play by the

23   rules," complete fairly and be a good corporate citizen. Mattel's actions, however,

24   speak louder than its words.

25

26

27

28

EXHIBIT _6_ PAGE _99_

**Mattel History and Performance**

10.    Mattel is the world's largest toy company, but it owes its immense
success chiefly to a single product: "Barbie." Since her debut in 1959, "Barbie"
has been the fuel for Mattel's growth and success, turning Mattel into an
international powerhouse. By the late 1990's, Mattel's annual sales of the doll
approached or topped $1.8 billion and Mattel stock reached a record high of
approximately $45.00 a share. At that time, the average American girl had eight
"Barbie" dolls, and "Barbie" was the world's best-selling toy.

11.    Mattel's reliance on a single, 40-year old product for as much as 50%
of its business turned out to be a risky business model, however. Resting on its
laurels, Mattel failed to react to the shifting tastes of consumers, changing dynamics
in the industry, and an increasing focus on technologically advanced and interactive
toys. "Barbie's" record sales fell into a tailspin. According to one report, Adrienne
Fontanella, Mattel's "Barbie" brand president, would later be quoted as saying that,
"The world changed very quickly, and we missed a beat. . . Barbie wasn't talking
to girls. She just wasn't hitting it."

12.    Sales began to plunge in 1997, and Mattel began posting a series of net
income losses. In the first quarter of 1998, sales of the "Barbie" brand dropped
17%. This steep slide was followed by another in the second quarter, when sales
fell again, down by 15%. By the end of 1998, Mattel reported an overall 14%
decline in "Barbie" sales for the year and analysts were using words such as
"devastating" and "a catastrophe" to describe Mattel's earnings. The company's
stock fell as much as 27% in a single day. "Barbie" was having a crisis.

13.    Jill Barad, who had taken over as Mattel's chairman and chief
executive in January 1997, at the height of Mattel's success, had to do something
fast. Instead of focusing on and investing in new product development, however,
which would obviously take time, Mattel embarked on a series of acquisitions that
were seemingly aimed at quickly diversifying the company's product line and

4

EXHIBIT _L_ PAGE _100_

reducing its reliance on "Barbie" and on traditional retailers, such as Toys-R-Us
and Wal-Mart. Mattel spent a reported $881 million in March 1997 to purchase
Tyco Toys and acquire the "Matchbox" toy car brand. Just more than a year later,
it spent $700 million for the Pleasant Co., a mail-order doll company and maker of
the "American Girl" doll collection. And in December 1998, Mattel announced
plans to fork out a monumental $3.5 billion to buy the Learning Company,
followed quickly by Mattel's purchase, in March 1999, of a software company,
Purple Moon.

14.     Despite these acquisitions, the company continued to struggle. The
retail environment and buying patterns had unquestionably changed, but Mattel had
not kept up. Despite Mattel's feverish acquisitions, Mattel's mainstay and primary
profit-generator was still "Barbie." But "Barbie" had grown stale, and sales
languished. Posting additional losses in the first quarter of 1999, Mattel announced
that it would lay off 3,000 employees – 10% of its work force.

15.     Mattel's stock plummeted again in late 1999, dropping 30% on
Mattel's announcement that it would fall as much as 55% short of analysts' earning
estimates for the third quarter. Mattel blamed its troubles primarily on its
expensive, $3.5 billion acquisition of the Learning Company, which had turned out
to be a disaster fraught with licensing and distribution problems, bad debt, high
product returns and high advertising costs.

16.     By early 2000, Mattel's stock had crashed to as low as $8 per share,
and some analysts considered Mattel vulnerable to a takeover. Investors clamored
for Ms. Barad's resignation, and got their wish.

17.     Jill Barad resigned from Mattel in February 2000.

18.     For three months, the company was without a permanent chief
executive until Robert Eckert took the helm in May 2000. Mr. Eckert had spent 23
years at Kraft Foods, a subsidiary of Altria Group, Inc., and was widely credited

5

EXHIBIT _6_ PAGE _101_

1    with reviving its ailing cheese business.  Investors looked for him to do the same

2    for Mattel.

3         19.    Upon his arrival at Mattel, Mr. Eckert's promise, according to *Wall*

4    *Street Journal* reports, was to deliver a "leaner and meaner" Mattel.

5         20.    The "leaner" Mattel came quickly.  Mr. Eckert laid off hundreds,

6    closed factories in the United States, shipped production to Mexico, and sold off the

7    Learning Company at a fraction of what Mattel had paid for it.  It helped Mattel's

8    bottom-line, but did nothing to spur sales growth.  Even under Mr. Eckert's "leaner

9    meaner" leadership, domestic "Barbie" sales remained in a slump into 2001.  In an

10   industry that had become increasingly driven by consumer whims and fads, and the

11   hot, must-have toys of the moment, Mattel remained disinterested in devoting its

12   resources to searching for or developing a new blockbuster toy.  Mr. Eckert's

13   business plan was not to diversify, but to build upon and expand sales of its existing

14   brands.  Mattel was, after all, still generating billions in revenue despite the decline

15   of "Barbie."  And so, Mattel remained committed to its age-worn icon and its two

16   other core brands, Fisher-Price and Hot Wheels, with each of the three accounting

17   for approximately a third of the company's sales.

18        21.    Then came the competition – MGA's "BRATZ".

19

20   **"BRATZ" Dolls Revolutionize The Fashion Doll Market**

21        22.    "BRATZ" challenged "Barbie's" half-century domination of the

22   fashion-doll market like nothing ever before had been able to do.

23        23.    MGA unveiled a preliminary sample of the "BRATZ" doll at the Hong

24   Kong Toy Fair in January 2001, while continuing to finalize the product throughout

25   that spring.  Finished products were first shipped in May 2001.  MGA introduced

26   the line to consumers in June 2001.

27

28

EXHIBIT _6_ PAGE _102_

24.    Unlike "Barbie" dolls, the "BRATZ" line of dolls and branded products sported a hip, multi-ethnic urban look that appealed to contemporary teenage and pre-teen girls.

## MGA's "BRATZ"



 

 

25.    At approximately 9.5 to 10 inches tall, the "BRATZ" dolls were intentionally shorter than "Barbie" dolls and looked like no other, with disproportionately large heads, big, dramatic eyes and lips, small, thin bodies, oversized feet (to emphasize shoe fashion and to stand on their own, unlike "Barbie," which requires a stand), and up-to-date fashions.

7

EXHIBIT 6 PAGE 103

26.    Indeed, the classic "Barbie" look was nowhere to be seen in these dolls; they would never be confused with "Barbie".

**MGA's "BRATZ"**          **Mattel's "Barbie"**

27.    Featuring and embodying the slogan "The Girls With a Passion for Fashion!", "BRATZ" dolls revitalized, transformed and expanded the fashion doll market, in particular proving popular among "tween" age girls – those between childhood and adolescence – who had been all but abandoned as a market by Mattel.

28.    The "BRATZ" line – with its unique and distinctive look – is well recognized and has been critically acclaimed and praised by consumers, retailers and toy industry analysts alike. In 2001, the "BRATZ" line won the Toy Industry Association ("TIA") People's Choice Toy of the Year Award, the Family Fun Toy of the Year Award and Toy Wishes Hot Pick Award. In 2002, the "BRATZ" line again won the TIA People's Choice Toy of the Year Award and the Family Fun Toy of the Year Award. LIMA, the licensing industry's official arm, awarded MGA's "BRATZ" the best character license of the year as well as the overall best licensed property of the year for 2003. MGA's "BRATZ" also earned the coveted TIA "Property of the Year" and "Girl Toy of the Year" for 2003, as well as the Family Fun Toy of the Year Award. MSNBC named "BRATZ" the "Hottest Toy of the Year," and both MGA and "BRATZ" received several other accolades in

EXHIBIT _C_ PAGE _104_

1  2004, including the Suppliers Performance Award by Retail Category (the

2  "SPARC" award) in the Girls' Toys category sponsored by DSN Retailing

3  Today/Apparel Merchandising.

4        29.    Although but a tiny fraction of Mattel's size, with "BRATZ", MGA

5  was able to chip away at Mattel's stranglehold on the fashion doll market, gaining

6  shelf space and market share as "Barbie" sales remained flat or, at times, declined.

7        30.    The competition that MGA (once a licensee of Mattel!) and "BRATZ"

8  posed to Mattel was unexpected and unwelcomed by Mattel.  Where "Barbie" had

9  once enjoyed a 90% share of the fashion doll market in 1997, that share had already

10  slipped to 85% or less by the time of the release of "BRATZ".  With the company

11  still struggling under Mr. Eckert to overcome prior years of declining sales and

12  mounting debt, "Barbie," Mattel – and Mr. Eckert – simply could not afford the

13  untimely competition.  Mr. Eckert's "leaner" Mattel was not enough to battle more

14  potential erosion in "Barbie's" market share.  Mattel had to combat "BRATZ" and

15  MGA, and in the process revealed Mr. Eckert's "meaner" Mattel.

16

17  **Mattel's Response to "BRATZ" and Efforts to Thwart MGA's Competition**

18        31.    Mattel was not poised to nimbly respond to "BRATZ" with a new,

19  creative product of its own – indeed, it had been antithetical to Mattel's corporate

20  culture and mentality for Mattel to even conceive that a product might vie for shelf

21  space with "Barbie", let alone be available for sale to consumers mere months after

22  first being shown to retailers.  Mattel had to take a more expeditious route.

23        32.    Instead of fairly competing, Mattel waged war against MGA using a

24  wide-array of tortious, unfair and anti-competitive practices including systematic,

25  serial copycatting and intellectual property infringement, aided by intimidation,

26  threats and other acts of unfair competition and anti-competitive conduct, all with

27  one goal in mind – to banish MGA from the market – or minimize its ability to

28  capture any meaningful share before it could do any real harm to Mattel.

EXHIBIT 6 PAGE 105

1    **Mattel's serial copycatting and intellectual property infringement**

2       33.    Mattel's serial copycatting of MGA's product lines began with the

3    "BRATZ" dolls themselves, but quickly extended to MGA's packaging, themes,

4    accessories, advertising and even other product lines.

5       34.    The first four "BRATZ" dolls that MGA launched in 2001, named

6    Jade, Yasmin, Cloe and Sasha, met their wannabe "BRATZ PACK" members in

7    October 2002 with Mattel's launch of three "My Scene" dolls named Madison,

8    Chelsea and "Barbie."  This was no ordinary "Barbie", however.  Indeed, not even

9    close.  Mattel designed its "My Scene" dolls to evoke the unique and distinctive

10    look of the "BRATZ" – also with disproportionately oversized heads, artfully

11    made-up almond-shaped eyes, large, overly-lined and lipsticked lips, trendy, hip

12    clothes and hair styles, and over-sized feet.

13

14    **Mattel's Traditional "Barbie"**          **Mattel's "My Scene" Doll**

15                                  circa 2002              circa 2004



10

EXHIBIT 6 PAGE 106

35.    These confusingly similar "BRATZ" imitators may have been
originally intended to buy Mattel time while it worked to release another product
the following summer, called "Flavas".  MGA's founder, Isaac Larian, was quoted
by the media as having predicted that the move would backfire on Mattel, and it
did.  Released in July 2003, Mattel's "Flavas" dolls took the urban, "hip-hop" look
too far, and were widely viewed as portraying a trampy, "bad-girl" image.  The
dolls were not well-received, and rumor has it that Mattel had to sell them at below
cost prices to get rid of inventory.  Most apparently wound up in discount bins, and
Mattel has seemingly abandoned the line.

36.    Realizing that "My Scene" was its best bet for riding MGA's
successful coattails and capitalizing on the unique and inherently distinctive look
that MGA had developed in its "BRATZ" dolls – and MGA's substantial goodwill
– Mattel has systematically proceeded to modify the "My Scene" dolls since their
original release, particularly their eyes, to increase their similarity to "BRATZ"
more and more over time.

37.    Indeed, when Mattel found out that its initial line of "My Scene" dolls
had trouble competing with "BRATZ", they simply *became* "BRATZ", in every
version, whether blonde, brunette or African American.  A few pictures here are
worth a thousand words.

**BLONDE**

| Mattel's Traditional "Barbie" | Mattel's Original "My Scene" | Mattel's Recent "My Scene" |
|---|---|---|
|  |  |  |

11

EXHIBIT _6_ PAGE _107_

1
2

**Mattel's
Traditional "Barbie"**

**Mattel's
Original "My Scene"**

**Mattel's
Recent "My Scene"**

3
4
5
6
7
8





9

**BRUNETTE**

10
11

**Mattel's
Traditional "Theresa"**

**Mattel's
Original "My Scene"**

**Mattel's
Recent "My Scene"**

12
13
14
15
16
17





18
19
20
21
22
23
24





25
26
27
28

12

EXHIBIT _6_ PAGE _108_

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## AFRICAN AMERICAN

| Mattel's Traditional "Barbie" | Mattel's Original "My Scene" | Mattel's Recent "My Scene" |
|---|---|---|




38.     The original "My Scene" eye, as shown here, for example, has recently turned into a virtual carbon-copy of the "BRATZ" eye.

### Original Mattel "My Scene" Eye




13

39.   The "My Scene" eye pictured above, for instance, has lashes that radiate almost straight out, circumferentially, from the eyelids and, although the eye is more almond shaped than a "Barbie" eye, the eye is not so sleepy and heavy lidded as a "BRATZ" eye and is only lightly shadowed.  The new "My Scene" eye, in contrast, is dramatically more similar to a "BRATZ" eye, as shown below in a side-by-side comparison.  The doe-eyed innocent look of the "My Scene" eye shown above is gone; replaced with a sultrier look, characteristic of "BRATZ."  The new "My Scene" eye, as shown below, boasts lashes that sweep out and away from the outer corner of the eye, just like the "BRATZ" eye.  The new "My Scene" eye is also more heavy lidded and thickly lined, and the make-up is more markedly pronounced and dramatic.

**MGA's "BRATZ" Eye**                    **New Mattel "My Scene" Eye**

                    

40.   Indeed, the progression of the "My Scene" eye, as it has departed from "Barbie" and edged closer and closer to "BRATZ", is readily apparent from virtually every angle, as shown here:

14

**BLONDE**

| Mattel's Traditional "Barbie" | Mattel's Original "My Scene" | Mattel's Recent "My Scene" |
|---|---|---|



**BRUNETTE**

| Mattel's Traditional "Theresa" | Mattel's Original "My Scene" | Mattel's Recent "My Scene" |
|---|---|---|



15

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28



| Mattel's Traditional "Theresa" | Mattel's Original "My Scene" | Mattel's Recent "My Scene" |

**AFRICAN AMERICAN**

| Mattel's Traditional "Barbie" | Mattel's Original "My Scene" | Mattel's Recent "My Scene" |

16

EXHIBIT 6 PAGE 112

41.    Mattel has not stopped at the eyes, however. Mattel has also incrementally but steadily modified its "My Scene" packaging, and the manner in which the dolls are displayed, to more closely mimic the packaging, trade-dress and overall look and total image of MGA's "BRATZ".

42.    To illustrate, Mattel's "My Scene" dolls were initially marketed like this:

**Mattel's Early "My Scene" Packaging**

43.    Little by little, however, the packaging has changed, creeping ever closer and closer to the open and transparent style of the "BRATZ" packaging. First, the panels seen running down each side of the front of the "My Scene" box shown above, framing the doll and giving the packaging a closed-in look, were changed as shown here:

**Intermediate Mattel "My Scene" Packaging**



EXHIBIT _6_ PAGE _113_

44.    Mattel replaced this intermediate packaging style with another that looked even more similar to the "BRATZ" packaging, as shown here in a side-by-side comparison:

| MGA's "BRATZ" "Wintertime Wonderland" Packaging | Mattel's "My Scene" "Chillin' Out" Packaging |
|---|---|
|  |  |

45.    Then later, Mattel changed its packaging and product display yet again to look even more closely and confusingly similar to MGA's packaging and "*tout ensemble*," as shown here

| MGA's "BRATZ" "SPORTZ" Packaging | Mattel's Recent "My Scene" "MIAMI GETAWAY" Packaging |
|---|---|
|  |  |

18

EXHIBIT _6_ PAGE _114_

46.     In this incarnation, Mattel notably abandoned the signature figure-eight style design that had appeared on its prior "My Scene" packaging, making this recent version clearer and more transparent on the front and sides than ever before, and much more like "BRATZ", accordingly.  Mattel also discarded its traditional, rectangular shaped box and, like "BRATZ", adopted an unusual, non-rectangular shaped box.  Mattel even adopted the "flying banner" ribbon-style slogan running across the middle of the box, similar to that used on the "BRATZ" packaging.

47.     As if these pointed and deliberate efforts to confuse and mislead consumers were not enough, Mattel exacerbated the confusion, and furthered the impression that the "My Scene" line and the "BRATZ" line are related, by taking up MGA's practice of regularly releasing new dolls in connection with a theme – but not just *any* theme, often *MGA's theme.*

48.     For example, when MGA released its "Wintertime Wonderland" theme in Fall 2003, Mattel released its "Chillin Out!" theme.  Each doll in MGA's line came with winter-sports accessories, such as a snowboard or skis and ski boots.  Each doll in Mattel's line featured winter sports accessories, also including snowboards or ski and ski boots.  Even MGA's color schemes and some of the clothing styles seemed to have made their way into the Mattel products.

49.     When MGA released its "Formal Funk" theme, Mattel released its "Night on the Town" theme.  "BRATZ Formal Funk" was an elaborately themed line with its dolls in hip formalwear; so was Mattel's "Night on the Town."

50.     When MGA released its distinctive "Sun-Kissed Summer" theme, Mattel released its confusingly similar "Jammin' in Jamaica" theme.  Each line featured a bright blue-and-orange color scheme, beach accessories, such as surfboards, and beachwear clothing.  Mattel's "Jammin' in Jamaica" "Guava Gulch Tiki Lounge" playset also contained elements remarkably similar to MGA's "Sun-Kissed Summer" playset.

1     51.   Mattel also began running television commercials for its "My Scene"

2  dolls bearing a remarkable similarity to "BRATZ" commercials, combining live

3  action with animated sequences set to similar sounding pop music and lyrics.

4     52.   Mattel even stooped so low as to mimic "BRATZ" accessories and

5  related products in order to further create consumer confusion in the marketplace.

6     53.   For instance, when MGA came up with its distinctive "BRATZ"

7  "Runway Disco", Mattel came out with a "My Scene" Sound Lounge with

8  packaging that imitated MGA's trapezoidal box.

9     54.   Mattel's conduct cannot be explained by sheer coincidence, nor is it

10  merely fair competition.  It is a calculated and intentional effort unquestionably

11  designed to trade off of MGA's hard work and goodwill, create confusion in the

12  marketplace, steal MGA's thunder and momentum, and dilute and blur away the

13  novelty and distinctiveness of MGA's products.  Out of the seemingly endless

14  possibilities that Mattel could have chosen for a new line of dolls, packaging,

15  themes, color schemes, commercials, accessories and playsets, Mattel deliberately

16  chose *not* to come out with something unique, new or different and has, instead,

17  focused its efforts and resources on flooding the market with something so close to

18  "BRATZ" that the public will, can, and does, simply mistake it for "BRATZ".

19     55.   As yet another example of this, when MGA came out with a "BRATZ"

20  "Funky Fashion Makeover Head," Mattel came out with a confusingly similar –

21  indeed, practically identical – "My Scene" styling head.

| | |
|---|---|
| **MGA's "BRATZ"** <br> **"Funky Fashion Makeover Head"** | **Mattel's "My Scene"** <br> **"Stylin' Head"** |

   

   

56.     Indeed, Mattel's "My Scene" styling head is so close to the "BRATZ" styling head that even the press have mistakenly pictured and identified it as MGA's "BRATZ".  The picture of Mattel's "My Scene" styling head shown below, for instance, appeared in the press with a caption indicating that the child was trying out different hairstyles "on a *Bratz* hair and makeup doll head."

Hairstyle practice



21

EXHIBIT 6 PAGE 117

57. Creating further confusion, Mattel's television commercial for its "My Scene" styling head was like watching a re-run of MGA's commercial for its "Funky Fashion Makeover Head".

58. At one point in time, Mattel also used a portion of the "BRATZ" dolls' now-famous trademarked tag line "The Girls With a Passion for Fashion" on Mattel's' website for its "Diva Starz" dolls, asking its website users: "Do you have a passion for fashion?"

59. Mattel has even recently come out with a confusingly similar line of "My Scene" plush pets, which adopt the distinctive look of MGA's "BRATZ" line. The "My Scene" pets feature large, humanlike eyes and wear clothing making them remarkably and confusingly similar to "BRATZ" products, including "BRATZ PETZ", as seen in this example where the pets each wear a jacket, a cap and carry a purse:

| MGA's "BRATZ Dogz" | Mattel's "My Scene" dog |
|---|---|



60. And here too, Mattel chose to package its pets the same way that MGA packaged its "BRATZ PETZ", sitting in an open box, with no top and with partial side panels that slope from a narrow front panel to a higher back panel.

61. Indeed, the similarity of the "My Scene" pets to "BRATZ PETZ" has confused even sophisticated retailers who have mistakenly merchandised "My Scene" dogs in the middle of the "BRATZ" section of a retail display, next to and as if they were part of MGA's "BRATZ Petz" line. It comes as no surprise that

EXHIBIT __L__ PAGE _118_