1  THOMAS J. NOLAN (Bar No. 66992)
   (tnolan@skadden.com)
2  JASON D. RUSSELL (Bar No. 169219)
   (jrussell@skadden.com)
3  MARINA V. BOGORAD (Bar No. 217524)
   (mbogorad@skadden.com)
4  SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
   300 South Grand Avenue
5  Los Angeles, California 90071-3144
   Telephone:  (213) 687-5000
6  Facsimile:  (213) 687-5600

7  RAOUL D. KENNEDY (Bar No. 40892)
   (rkennedy@skadden.com)
8  SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
   4 Embarcadero Center, Suite 3800
9  San Francisco, CA  94111-5974
   Tel.: (415) 984-2698 / Fax: (415) 984-2626
10

11 Attorneys for MGA Entertainment, Inc., MGA Entertainment (HK) Limited,
   MGAE de Mexico, S.R.L. de C.V., and Isaac Larian

12

13              UNITED STATES DISTRICT COURT

14             CENTRAL DISTRICT OF CALIFORNIA

15                    EASTERN DIVISION

16 CARTER BRYANT, an individual,        )  CASE NO. CV 04-9049 SGL (RNBx)
                                        )
17                    Plaintiff,        )  Consolidated with Case No. 04-9059
                                        )  and Case No. 05-2727
18          v.                          )
                                        )  Honorable Stephen G. Larson
19 MATTEL, INC., a Delaware             )  [PUBLIC REDACTED]
   corporation,                         )  DECLARATION OF JASON D.
20                                       )  RUSSELL IN SUPPORT OF MGA
                      Defendant.        )  PARTIES' MOTIONS IN LIMINE NOS.
21                                       )  1-12
                                        )
22                                       )      VOLUME 3 OF 5
                                        )
23                                       )  Hearing Date: May 21, 2008
                                        )  Time: 1:00 p.m.
24 _____          )
                                        )
25 AND CONSOLIDATED ACTIONS.            )

26

27

28

I, Jason D. Russell, hereby declare as follows:

1.     I am an attorney licensed to practice law in the State of California and am a partner at the law firm of Skadden, Arps, Slate, Meagher & Flom LLP, counsel of record for MGA Entertainment, Inc., Isaac Larian, MGA Entertainment (HK) Limited, and MGAE de Mexico S.R.L. de C.V. (collectively, the "MGA Parties") in the above-captioned matter. I submit this Declaration in Support of MGA Parties' Motions *in limine* Nos. 1-12. Unless otherwise stated, I have personal knowledge of the facts set forth below and, if called as a witness, I could and would testify competently thereto.

2.     More than three months ago, on January 15, 2008, MGA produced to Mattel excerpts of a rough transcript of the proceedings in the arbitration styled Larian v. Larian, Case No. 05-2096-ABH, arbitrated November 16 and 17, 2005 before ADR Services in Los Angeles (the "Larian Arbitration"). Only two witnesses testified in that arbitration: Isaac Larian and Jennifer Maurus. Maurus was disclosed as a former sales manager at MGA in MGA Entertainment Inc.'s Responses to Mattel Inc.'s First Set of Interrogatories re Claims of Unfair Competition at Response No. 1 dated January 19, 2008. Mattel began relying on Maurus's testimony in the Larian Arbitration last month in its Joint Opposition to the Motion for Summary Judgment, and its corresponding responses to MGA's Separate Statement of Uncontroverted Fact filed March 24, 2008. Maurus has not been deposed in this case, and, to my knowledge, Mattel has issued no deposition subpoena or scheduled any deposition for her. However, Maurus is listed as number 17 on Mattel's Phase 1 Witness List dated April 1, 2008 as a witness it intends at this time to call at trial as part of its case-in-chief. (A true and correct copy of Mattel's Phase 1 Witness List dated April 1, 2008 is attached hereto as Exhibit 1.) While Mattel "reserves the right to use these witnesses' testimony through prior deposition or other testimony to the extent the witness is unavailable to provide live testimony at trial," Mattel does not represent in its Witness List that it has made any effort to establish that Maurus will be unavailable to testify at trial.

3.     A true and correct copy of the Verified Complaint in <u>Larian v. Larian</u> dated August 25, 3003 and bearing Bates numbers FL 6465-6489 is attached hereto as **Exhibit 2**.

4.     A true and correct copy of a letter from Kaye Scholer to Cotkin Collins and Ginsburg dated November 15, 2005 and bearing Bates numbers CC 00567-00568 is attached hereto as **Exhibit 3**.

5.     A true and correct copy of the Complaint in <u>Larian v. Larian and Zorabi</u> dated February 28, 2005 and bearing Bates numbers FL 6526-6553 is attached hereto as **Exhibit 4**.

6.     A true and correct copy of the Opening Arbitration Brief in <u>Larian v. Larian</u> dated November 14, 2005 and bearing Bates numbers MGA 3809056-3809120 is attached hereto as **Exhibit 5**.

7.     A true and correct copy of excerpts of Volumes I and II of the Confidential-AEO transcripts of the arbitration proceeding in <u>Larian v. Larian</u> dated November 16 and 17, 2005 is attached hereto as **Exhibit 6**.

8.     A true and correct copy of the Final Arbitration Award in <u>Larian v. Larian</u> dated November 28, 2005 is attached hereto as **Exhibit 7**.

9.     A true and correct copy of the Final Arbitration Award in <u>Larian v. Larian</u> dated February 3, 2006 and bearing Bates numbers CC 00517-00522 is attached hereto as **Exhibit 8**.

10.    A true and correct copy of Third Party MGA Entertainment Inc's Motion for a Protective Order dated November 14, 2005 and bearing Bates numbers CC 00342-00360 is attached hereto as **Exhibit 9**.

11.    A true and correct copy of a communication from Farhad Larian bearing Bates numbers KS05926-05948 is attached hereto as **Exhibit 10**.

12.    A true and correct copy of an e-mail chain dated August 14, 2000 bearing Bates numbers KBK 01300-01301 is attached hereto as **Exhibit 11**.

13. A true and correct copy of excerpts of the transcript of the deposition of Farhad Larian taken February 4, 2008 is attached hereto as **Exhibit 12**.

14. A true and correct copy of an email chain between Isaac Larian and Haim Saban beginning on January 30, 2003 bearing Bates numbers MGA 1008775-1008778 is attached hereto as **Exhibit 13**.

15. A true and correct copy of an email from Mel Woods to Isaac Larian dated June 26, 2003 bearing Bates numbers MGA 4008769-4008771 is attached hereto as **Exhibit 14**.

16. A true and correct copy of the Affirmation of Peter Leung in <u>MGA Entm't, Inc. v. Double Grand Corp. Ltd.</u>, HCA 1883/2003 dated June 26, 2003 and bearing Bates numbers MGA 0885074-0885088 is attached hereto as **Exhibit 15**.

17. A true and correct copy of the Affidavit of Isaac Larian, <u>MGA Entm't, Inc. v. Toys & Trends</u>, HCA 2152/2002, bearing Bates numbers MGA 0883395-0883408 is attached hereto as **Exhibit 16**.

18. A true and correct copy of the Affirmation of Lam Yuen Chak, <u>MGA Entm't, Inc. v. Hunglam Toys Co.</u>, HCA 2687/2003, dated August 11, 2003 and bearing Bates numbers MGA 0884533-0884542 is attached hereto as **Exhibit 17**.

19. A true and correct copy of an Order Denying a Motion for Summary Judgment, <u>Art Attacks Ink v. MGA Entm't, Inc.</u>, Civ. No. 04 CV 1035-B (BLM) (S.D. Cal. Nov. 1, 2006), bearing Bates numbers MGA 1499772-1499791 is attached hereto as **Exhibit 18**.

20. A true and correct copy of the Summons and Complaint in <u>Integrity Toys, Inc. v. MGA Entm't, Inc.</u>, Case No. 05 CV 2142, dated August 17, 2005 and bearing Bates numbers MGA 0806552-0806573 is attached hereto as **Exhibit 19**.

21. A true and correct copy of a notice of opposition and opposition to an MGA trademark application (No. 78/382,405) in <u>Quicksilver, Inc. v. MGA Entm't, Inc.</u>,

Declaration of Jason D. Russell in Support of MGA Parties' Motions *in limine* Nos. 1-12
Case No. CV 04-9049 SGL (RNBx)

Opposition No. 91160679, dated May 26, 2004 and bearing Bates numbers MGA 0806427-0806445 is attached hereto as **Exhibit 20**.

22.    A true and correct copy of Declaration of Daphne Gronich in Support of Ex Parte Application for Temporary Restraining Order in <u>MGA Entm't, Inc. v. Multitoy, Inc.,</u> 04-CV-02524 (C.D. Cal. Apr. 12, 2004), bearing Bates numbers MGA 0871500-0871508 is attached hereto as **Exhibit 21**.

23.    A true and correct copy of the Witness Statement of Paula Treantafelles Garcia in <u>MGA Entm't, Inc. v. UBI Soft Entm't</u>, Arb. No. AAA Claim No. 50 T 133 00467, dated March 13, 2006 and bearing Bates numbers MGA 0873672-0873685 is attached hereto as **Exhibit 22**.

24.    A true and correct copy of the Declaration of David Oakes in <u>Dudnikov v. MGA Entm't, Inc.</u>, Civ. Action No. 03-D-2512 (PAC) (D. Col. Apr. 6, 2004), bearing Bates numbers MGA 0871307-0871313 is attached hereto as **Exhibit 23**.

25.    A true and correct copy of an excerpt of the Transcript of Arbitration in <u>Fun 4 All Corp. v. MGA Entm't, Inc.</u>, dated May 29, 2002 and bearing Bates numbers MGA 0871766-871775 is attached hereto as **Exhibit 24**.

26.    A true and correct copy of a settlement agreement between MGA Entertainment, Inc. and Bandai America Incorporated bearing Bates number MGA 1480173 is attached hereto as **Exhibit 25**.

27.    A true and correct copy of an order resolving proceedings in Mexico (in the original Spanish) dated September 12, 2006 and bearing Bates numbers MGA 0876944-0876959 is attached hereto as **Exhibit 26**.

28.    A true and correct copy a chart identifying the Bates numbers of examples of the types of Agreements to be excluded pursuant to the MGA Parties' Motion *in limine* No. 4 is attached hereto as **Exhibit 27**.

29.    True and correct copies of examples of MGA Employment Agreements Bates numbered MGA 0875741-50, MGA 0875719-28, MGA 3814785-89, MGA 0875570-79,

iv

MGA 0875548-54, MGA 0875683-5703, MGA 0875451-78, and MGA 0875555-69 are attached hereto as **Exhibit 28.**

30.    A true and correct copy of Mattel Inventions Agreement with Bryant dated January 4, 1999, introduced as C. Bryant Depo. Ex. 25, is attached hereto **Exhibit 29.**

31.    A true and correct copy of an email from Craig Holden to Michael Page, Isaac Larian and John Keker dated June 20, 2007 and bearing Bates numbers MGA 3765585-3765589 is attached hereto as **Exhibit 30.**

32.    A true and correct copy of MGA Entertainment's billing policy bearing Bates numbers MGA 3709766-3709771 is attached hereto as **Exhibit 31.**

33.    A true and correct copy of an email from Dale Cendali to Craig Holden and Isaac Larian dated June 23, 2007 and bearing Bates numbers MGA 3709794-3709798 is attached hereto as **Exhibit 32.**

34.    A true and correct copy of an excerpt from Mattel's Fifth Set of Interrogatories dated October 19, 2007 is attached hereto as **Exhibit 33.**

35.    A true and correct copy of Mattel's Opposition to MGA Parties' Motion for Clarification Regarding Portions of February 15, 2008 Order Granting In Part and Denying In Part Mattel's Motion to Compel Responses to Interrogatory Nos. 27-44 and 46-50 by the MGA Parties is attached hereto as **Exhibit 34.**

36.    A chart identifying the Bates numbers of samples of Phase Two documents to be excluded pursuant to the MGA Parties' Motion *in limine* No. 6 is attached hereto as **Exhibit 35.**

37.    A true and correct copy of an email exchange between Isaac Larian and Carter Bryant dated February 15, 2002 and bearing Bates numbers MGA 0069280-0069282 is attached hereto as **Exhibit 36.**

38.    A true and correct copy of excerpts of Mattel's Proposed Jury Instructions and Special Verdict Forms dated April 1, 2008 is attached hereto as **Exhibit 37.**

39.   A true and correct copy of an email chain from Isaac Larian to Nancy Koppang dated April 11, 2004 and bearing Bates numbers MGA 3473852-3473854 is attached hereto as **Exhibit 38**.

40.   A true and correct copy of an email form Ron Brawer to Linda Whaley dated February 28, 2006 and bearing Bates numbers MGA 0869679-0869683 is attached hereto as **Exhibit 39**.

41.   A true and correct copy of an email from Nancy Koppang to Isaac Larian bearing Bates numbers MGA 0861322-0861325 is attached hereto as **Exhibit 40**.

42.   A true and correct copy of an email from Isaac Larian to Ron Brawer dated October 26, 2004 and bearing Bates numbers MGA 0200954-0200958 is attached hereto as **Exhibit 41**.

43.   A true and correct copy of the Expert Report of Michael J. Wagner dated February 11, 2008 and Exhibits thereto is attached hereto as **Exhibit 42**.

44.   A true and correct copy of the Expert Rebuttal Report of Michael J. Wagner dated March 17, 2008 is attached hereto as **Exhibit 43**.

45.   A true and correct copy of excerpts of the transcript of the deposition of Michael J. Wagner taken March 21, 2008 is attached hereto as **Exhibit 44**.

46.   A true and correct copy of excerpts of the transcript of the deposition of Lisa Tonnu taken January 17, 2008 is attached hereto as **Exhibit 45**.

47.   A true and correct copy of excerpts of Supplemental Responses to MGA's First Set of Interrogatories to Mattel, Inc. dated December 7, 2007 is attached hereto as **Exhibit 46**.

48.   A true and correct copy of the Mattel, Inc.'s Form 10-K filed February 27, 2006 is attached hereto as **Exhibit 47**.

49.   A true and correct copy of IBISWorld Industry Report, "Doll, Toy, and Game Manufacturing in the U.S." dated February 18, 2008 is attached hereto as **Exhibit 48**.

50.    A true and correct copy of the Expert Rebuttal Report of Kenneth Hollander dated March 17, 2008 is attached hereto as **Exhibit 49**.

51.    A true and correct copy of the Expert Rebuttal Report of Heather McComb dated March 17, 2008 is attached hereto as **Exhibit 50**.

52.    A true and correct copy of the Expert Rebuttal Report of Denise Van Patten dated March 17, 2008 is attached hereto as **Exhibit 51**.

53.    A true and correct copy of the Expert Rebuttal Report and Supplement of Nicholas Mirzoeff dated March 17-18, 2008 is attached hereto as **Exhibit 52**.

54.    A    true    and    correct    copy    of    the    webpage    available    at http://www.kharesearch.com/legal.htm (last visited April 11, 2008) is attached hereto as **Exhibit 53**.

55.    A true and correct copy of an excerpt of the transcript of the deposition of Ralph Oman dated March 31, 2008 is attached hereto as **Exhibit 54**.

56.    A true and correct copy of the Expert Report of Ralph Oman dated February 11, 2008 is attached hereto as **Exhibit 55**.

57.    A true and correct copy of an excerpt of the transcript of the deposition of Sam Khare dated September 20, 2007 is attached hereto as **Exhibit 56**.

58.    A true and correct copy of the Expert Report of John L. Alex dated February 11, 2008 is attached hereto as **Exhibit 57**.

59.    A true and correct copy of excerpts of the transcript of the deposition of John L. Alex dated April 9, 2008 is attached hereto as **Exhibit 58**.

60.    A true and correct copy of the Expert Report of Carol A. Scott dated February 11, 2008, as well as curriculum vitae and Exhibit 4C attached thereto, is attached hereto as **Exhibit 59**.

61.    A true and correct copy of the Rebuttal Expert Report of Carol A. Scott dated March 17, 2008 is attached hereto as **Exhibit 60**.

62.    A true and correct copy of excerpts of the transcript of the deposition of Carol A. Scott taken April 3, 2008 is attached hereto as **Exhibit 61**.

63.    A true and correct copy of a spread sheet introduced as Lisa Tonnu deposition exhibit 660 bearing Bates numbers MGA 00868723-00868865 is attached hereto as **Exhibit 62**.

64.    A true and correct copy of excerpts of the Rough Transcript of the transcript of the deposition of Tina Patel (Varu) taken April 8, 2008 is attached hereto as **Exhibit 63**.

65.    A true and correct copy of excerpts of the Expert Rebuttal Report of Erich Joachimsthaler dated March 17, 2008 is attached hereto as **Exhibit 64**.

66.    A true and correct copy of the Expert Rebuttal Report of Robert C. Lind dated March 17, 2008 is attached hereto as **Exhibit 65**.

67.    A true and correct copy of the Expert Report of Lee Loetz dated February 11, 2008 and excerpts of exhibits attached thereto is attached hereto as **Exhibit 66**.

68.    A true and correct copy of the Expert Rebuttal Report of Lee Loetz dated March 17, 2008 is attached hereto as **Exhibit 67**.

69.    A true and correct copy of excerpts of the transcript of the deposition of Lee Loetz taken March 26, 2008 and Loetz deposition exhibit 4615 are attached hereto as **Exhibit 68**.

70.    A true and correct copy of a Copyright Office Letter dated April 8, 2005 bearing Bates numbers MGA 0868141-0868144 is attached hereto as **Exhibit 69**.

71.    A true and correct copy of excerpts of the transcript of the deposition of Margaret Leahy taken December 12, 2007 is attached hereto as **Exhibit 70**.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed on April 14, 2008, at Los Angeles, California.

Jason D. Russell

viii

# Exhibit 42

# THIS EXHIBIT IS FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER