## REPORT OF INDEPENDENT REGISTERED PUBLIC ACCOUNTING FIRM

To the Board of Directors and Stockholders of Mattel, Inc.

We have completed integrated audits of Mattel, Inc.'s 2005 and 2004 consolidated financial statements and of its internal control over financial reporting as of December 31, 2005, and an audit of its 2003 consolidated financial statements in accordance with the standards of the Public Company Accounting Oversight Board (United States). Our opinions, based on our audits, are presented below.

<u>Consolidated financial statements and financial statement schedule</u>

In our opinion, the consolidated financial statements listed in the index appearing under Item 15(a)(1) present fairly, in all material respects, the financial position of Mattel, Inc. and its subsidiaries at December 31, 2005 and 2004, and the results of their operations and their cash flows for each of the three years in the period ended December 31, 2005 in conformity with accounting principles generally accepted in the United States of America. In addition, in our opinion, the financial statement schedule listed in the index appearing under Item 15(a)(2) presents fairly, in all material respects, the information set forth therein when read in conjunction with the related consolidated financial statements. These financial statements and financial statement schedule are the responsibility of the Company's management. Our responsibility is to express an opinion on these financial statements and financial statement schedule based on our audits. We conducted our audits of these statements in accordance with the standards of the Public Company Accounting Oversight Board (United States). Those standards require that we plan and perform the audit to obtain reasonable assurance about whether the financial statements are free of material misstatement. An audit of financial statements includes examining, on a test basis, evidence supporting the amounts and disclosures in the financial statements, assessing the accounting principles used and significant estimates made by management, and evaluating the overall financial statement presentation. We believe that our audits provide a reasonable basis for our opinion.

<u>Internal control over financial reporting</u>

Also, in our opinion, management's assessment, included in Management's Report on Internal Control over Financial Reporting appearing under Item 8, that the Company maintained effective internal control over financial reporting as of December 31, 2005 based on criteria established in *Internal Control—Integrated Framework* issued by the Committee of Sponsoring Organizations of the Treadway Commission (COSO), is fairly stated, in all material respects, based on those criteria. Furthermore, in our opinion, the Company maintained, in all material respects, effective internal control over financial reporting as of December 31, 2005, based on criteria established in *Internal Control—Integrated Framework* issued by the COSO. The Company's management is responsible for maintaining effective internal control over financial reporting and for its assessment of the effectiveness of internal control over financial reporting. Our responsibility is to express opinions on management's assessment and on the effectiveness of the Company's internal control over financial reporting based on our audit. We conducted our audit of internal control over financial reporting in accordance with the standards of the Public Company Accounting Oversight Board (United States). Those standards require that we plan and perform the audit to obtain reasonable assurance about whether effective internal control over financial reporting was maintained in all material respects. An audit of internal control over financial reporting includes obtaining an understanding of internal control over financial reporting, evaluating management's assessment, testing and evaluating the design and operating effectiveness of internal control, and performing such other procedures as we consider necessary in the circumstances. We believe that our audit provides a reasonable basis for our opinions.

A company's internal control over financial reporting is a process designed to provide reasonable assurance regarding the reliability of financial reporting and the preparation of financial statements for external purposes in accordance with generally accepted accounting principles. A company's internal control over financial reporting includes those policies and procedures that (i) pertain to the maintenance of records that, in reasonable detail, accurately and fairly reflect the transactions and dispositions of the assets of the company; (ii) provide reasonable

Exhibit 47
P. 1002

## REPORT OF INDEPENDENT REGISTERED PUBLIC ACCOUNTING FIRM (Cont'd.)

assurance that transactions are recorded as necessary to permit preparation of financial statements in accordance with generally accepted accounting principles, and that receipts and expenditures of the company are being made only in accordance with authorizations of management and directors of the company; and (iii) provide reasonable assurance regarding prevention or timely detection of unauthorized acquisition, use, or disposition of the company's assets that could have a material effect on the financial statements.

Because of its inherent limitations, internal control over financial reporting may not prevent or detect misstatements. Also, projections of any evaluation of effectiveness to future periods are subject to the risk that controls may become inadequate because of changes in conditions, or that the degree of compliance with the policies or procedures may deteriorate.

*PricewaterhouseCoopers LLP*

PricewaterhouseCoopers LLP
Los Angeles, California
February 27, 2006

52

Exhibit 47
P. 1603

MATTEL, INC. AND SUBSIDIARIES

CONSOLIDATED BALANCE SHEETS

| | December 31, 2005 | December 31, 2004 |
|---|---|---|
| | (In thousands, except share data) | |
| **ASSETS** | | |
| **Current Assets** | | |
| Cash and equivalents | $ 997,734 | $1,156,835 |
| Accounts receivable, less allowances of $24.6 million and $32.8 million in 2005 and 2004, respectively | 760,643 | 759,033 |
| Inventories | 376,897 | 418,633 |
| Prepaid expenses and other current assets | 277,226 | 302,649 |
| Total current assets | 2,412,500 | 2,637,150 |
| Property, plant and equipment, net | 547,104 | 586,526 |
| Goodwill | 718,069 | 735,680 |
| Other noncurrent assets | 694,640 | 797,136 |
| Total Assets | $4,372,313 | $4,756,492 |
| **LIABILITIES AND STOCKHOLDERS' EQUITY** | | |
| **Current Liabilities** | | |
| Short-term borrowings | $ 117,994 | $ 28,995 |
| Current portion of long-term debt | 100,000 | 189,130 |
| Accounts payable | 265,936 | 349,159 |
| Accrued liabilities | 796,473 | 880,038 |
| Income taxes payable | 182,782 | 279,849 |
| Total current liabilities | 1,463,185 | 1,727,171 |
| **Noncurrent Liabilities** | | |
| Long-term debt | 525,000 | 400,000 |
| Other | 282,395 | 243,509 |
| Total noncurrent liabilities | 807,395 | 643,509 |
| **Commitments and Contingencies (See Note 9)** | | |
| **Stockholders' Equity** | | |
| Common stock $1.00 par value, 1.0 billion shares authorized; 441.4 million shares issued | 441,369 | 441,369 |
| Additional paid-in capital | 1,589,281 | 1,594,332 |
| Treasury stock at cost; 52.8 million shares and 26.0 million shares in 2005 and 2004, respectively | (935,711) | (473,349) |
| Retained earnings | 1,309,822 | 1,093,288 |
| Accumulated other comprehensive loss | (303,028) | (269,828) |
| Total stockholders' equity | 2,101,733 | 2,385,812 |
| Total Liabilities and Stockholders' Equity | $4,372,313 | $4,756,492 |

*The accompanying notes are an integral part of these statements.*

Exhibit 47,
P. 1604

## MATTEL, INC. AND SUBSIDIARIES

### CONSOLIDATED STATEMENTS OF OPERATIONS

| | For the Year | | |
|---|---|---|---|
| | 2005 | 2004 | 2003 |
| | (In thousands, except per share amounts) | | |
| Net Sales (See Note 1) | $5,179,016 | $5,102,786 | $4,960,100 |
| Cost of sales (See Note 1) | 2,806,148 | 2,692,061 | 2,530,617 |
| Gross Profit | 2,372,868 | 2,410,725 | 2,429,483 |
| Advertising and promotion expenses | 629,115 | 642,967 | 636,105 |
| Other selling and administrative expenses | 1,079,224 | 1,036,941 | 1,002,899 |
| Restructuring and other charges | — | — | 4,769 |
| Operating Income | 664,529 | 730,817 | 785,710 |
| Interest expense | 76,490 | 77,764 | 80,577 |
| Interest (income) | (34,211) | (19,683) | (18,966) |
| Other non-operating (income), net | (29,799) | (23,518) | (16,755) |
| Income Before Income Taxes | 652,049 | 696,254 | 740,854 |
| Provision for income taxes | 235,030 | 123,531 | 203,222 |
| Net Income | $ 417,019 | $ 572,723 | $ 537,632 |
| Net Income Per Common Share—Basic | $ 1.02 | $ 1.37 | $ 1.23 |
| Weighted average number of common shares | 407,402 | 419,235 | 437,020 |
| Net Income Per Common Share—Diluted | $ 1.01 | $ 1.35 | $ 1.22 |
| Weighted average number of common and common equivalent shares | 411,039 | 423,093 | 442,231 |
| Dividends Declared Per Common Share | $ 0.50 | $ 0.45 | $ 0.40 |

*The accompanying notes are an integral part of these statements.*

Exhibit 47

P. 1005

## MATTEL, INC. AND SUBSIDIARIES

## CONSOLIDATED STATEMENTS OF CASH FLOWS

| | For the Year | | |
|---|---|---|---|
| | 2005 | 2004 | 2003 |
| | (In thousands) | | |
| **Cash Flows From Operating Activities:** | | | |
| Net income | $ 417,019 | $ 572,723 | $ 537,632 |
| Adjustments to reconcile net income to net cash flows from operating activities: | | | |
| Gain on sale of investments | (32,831) | (22,135) | (15,549) |
| Net (gain) loss on sale of other property, plant and equipment | (107) | (2,717) | 1,250 |
| Non-cash restructuring and other charges | — | — | 792 |
| Depreciation | 170,772 | 176,729 | 178,256 |
| Amortization | 4,219 | 5,749 | 5,563 |
| Deferred income taxes | 106,350 | (18,560) | 13,589 |
| Increase (decrease) from changes in assets and liabilities: | | | |
| Accounts receivable, net | (12,680) | (170,203) | (9,470) |
| Inventories | 32,872 | (18,578) | (27,556) |
| Prepaid expenses and other current assets | 1,524 | (17,452) | (23,218) |
| Accounts payable, accrued liabilities and income taxes payable | (223,335) | 58,364 | (87,380) |
| Other, net | 2,874 | 6,452 | 30,893 |
| Net cash flows from operating activities | 466,677 | 570,372 | 604,802 |
| **Cash Flows From Investing Activities:** | | | |
| Purchases of tools, dies and molds | (74,690) | (89,858) | (99,267) |
| Purchases of other property, plant and equipment | (62,441) | (53,732) | (101,133) |
| Proceeds from sale of investments | 48,361 | 32,900 | 23,615 |
| Payments for businesses acquired | (1,495) | (12,955) | (5,015) |
| Proceeds from sale of other property, plant and equipment | 8,074 | 15,588 | 1,457 |
| Other, net | — | — | (420) |
| Net cash flows used for investing activities | (82,191) | (108,057) | (180,763) |
| **Cash Flows From Financing Activities:** | | | |
| Proceeds from short-term borrowings | 208,085 | 125,295 | 91,588 |
| Payments of short-term borrowings | (119,395) | (119,025) | (98,675) |
| Proceeds from long-term debt | 225,000 | | |
| Payments of long-term debt | (189,130) | (52,308) | (181,097) |
| Purchase of treasury stock | (487,127) | (255,130) | (244,446) |
| Payment of dividends on common stock | (200,464) | (186,864) | (171,336) |
| Proceeds from exercise of stock options | 28,426 | 21,683 | 49,502 |
| Other, net | (2,712) | — | — |
| Net cash flows used for financing activities | (537,317) | (466,349) | (554,464) |
| Effect of Currency Exchange Rate Changes on Cash | (6,270) | 8,188 | 16,068 |
| (Decrease) Increase in Cash and Equivalents | (159,101) | 4,154 | (114,357) |
| Cash and Equivalents at Beginning of Year | 1,156,835 | 1,152,681 | 1,267,038 |
| Cash and Equivalents at End of Year | $ 997,734 | $1,156,835 | $1,152,681 |
| **Supplemental Cash Flow Information:** | | | |
| Cash paid during the year for: | | | |
| Income taxes | $ 220,317 | $ 105,321 | $ 115,468 |
| Interest | 80,501 | 77,111 | 82,868 |
| Non-cash investing and financing activities: | | | |
| Liability for businesses acquired | $ — | $ 1,024 | $ 2,021 |
| Liability for equipment acquired | 7,341 | 6,899 | — |
| Asset write-downs | (878) | (5,095) | — |

*The accompanying notes are an integral part of these statements.*

Exhibit 47,
P. 1006

## MATTEL, INC. AND SUBSIDIARIES

### CONSOLIDATED STATEMENTS OF STOCKHOLDERS' EQUITY

| | Common Stock | Additional Paid-In Capital | Treasury Stock | Retained Earnings | Accumulated Other Comprehensive Income (Loss) | Total Stockholders' Equity |
|---|---|---|---|---|---|---|
| | | | | (In thousands) | | |
| Balance, December 31, 2002 | $437,229 | $1,541,242 | $ (245) | $ 341,133 | $(340,647) | $1,978,712 |
| Comprehensive income: | | | | | | |
| Net income | | | | 537,632 | | 537,632 |
| Change in net unrealized gain on securities | | | | | 4,492 | 4,492 |
| Change in net unrealized (loss) on derivative instruments | | | | | (978) | (978) |
| Minimum pension liability adjustments | | | | | (7,721) | (7,721) |
| Currency translation adjustments | | | | | 57,847 | 57,847 |
| Comprehensive income | | | | 537,632 | 53,640 | 591,272 |
| Purchase of treasury stock | | | (244,446) | | | (244,446) |
| Issuance of common stock for exercise of stock options | 3,670 | 45,832 | | | | 49,502 |
| Tax impact of stock option exercises | | 7,987 | | | | 7,987 |
| Tax impact of prior year stock warrant exercise | | 4,326 | | | | 4,326 |
| Compensation cost related to stock option modifications | | 204 | | | | 204 |
| Conversion of exchangeable shares | 313 | (313) | | | | — |
| Dividends declared | | | | (171,336) | | (171,336) |
| Balance, December 31, 2003 | 441,212 | 1,599,278 | (244,691) | 707,429 | (287,007) | 2,216,221 |
| Comprehensive income: | | | | | | |
| Net income | | | | 572,723 | | 572,723 |
| Change in net unrealized gain on securities | | | | | (16,359) | (16,359) |
| Change in net unrealized (loss) on derivative instruments | | | | | (1,412) | (1,412) |
| Minimum pension liability adjustments | | | | | (1,430) | (1,430) |
| Currency translation adjustments | | | | | 36,380 | 36,380 |
| Comprehensive income | | | | 572,723 | 17,179 | 589,902 |
| Purchase of treasury stock | | | (255,130) | | | (255,130) |
| Issuance of treasury stock for stock option exercises | | (6,409) | 26,472 | | | 20,063 |
| Issuance of common stock for exercise of stock options | 157 | 1,839 | | | | 1,996 |
| Tax impact of stock option exercises | | (376) | | | | (376) |
| Dividends declared | | | | (186,864) | | (186,864) |
| Balance, December 31, 2004 | 441,369 | 1,594,332 | (473,349) | 1,093,288 | (269,828) | 2,385,812 |
| Comprehensive income: | | | | | | |
| Net income | | | | 417,019 | | 417,019 |
| Change in net unrealized gain on securities | | | | | (16,442) | (16,442) |
| Change in net unrealized (loss) on derivative instruments | | | | | 29,252 | 29,252 |
| Minimum pension liability adjustments | | | | | (7,243) | (7,243) |
| Currency translation adjustments | | | | | (38,767) | (38,767) |
| Comprehensive income | | | | 417,019 | (33,200) | 383,819 |
| Purchase of treasury stock | | | (500,375) | | | (500,375) |
| Issuance of treasury stock for stock option exercises | | (9,448) | 37,874 | | | 28,426 |
| Other issuance of treasury stock | | 2 | 48 | | | 50 |
| Restricted stock and restricted stock units | | 106 | 91 | | | 197 |
| Tax impact of stock option exercises | | 4,268 | | | | 4,268 |
| Dividends declared | | 21 | | (200,485) | | (200,464) |
| Balance, December 31, 2005 | $441,369 | $1,589,281 | $(935,711) | $1,309,822 | $(303,028) | $2,101,733 |

*The accompanying notes are an integral part of these statements.*

Exhibit 47,
P. 1007

### MATTEL, INC. AND SUBSIDIARIES

### NOTES TO CONSOLIDATED FINANCIAL STATEMENTS

**Note 1—Summary of Significant Accounting Policies**

*Principles of Consolidation and Basis of Preparation*

The consolidated financial statements include the accounts of Mattel, Inc. and its subsidiaries ("Mattel"). All majority-owned subsidiaries are consolidated and included in Mattel's consolidated financial statements. Investments in joint ventures and other companies are accounted for by the equity method or cost basis, depending upon the level of the investment and/or Mattel's ability to exercise influence over operating and financial policies. Mattel does not have any minority stock ownership interests in which it has a controlling financial interest that would require consolidation. All significant intercompany accounts and transactions have been eliminated in consolidation, and certain amounts in the consolidated financial statements for prior years have been reclassified to conform to the current year presentation.

*Use of Estimates*

Preparation of the consolidated financial statements in conformity with accounting principles generally accepted in the United States of America requires management to make estimates and assumptions that affect the amounts reported in the consolidated financial statements and accompanying notes. Actual results could ultimately differ from those estimates.

*Foreign Currency Translation Exposure*

Mattel's reporting currency is the US dollar. The translation of its net investment in subsidiaries with non-US dollar functional currencies subjects Mattel to currency exchange rate fluctuations in its results of operations and financial position. Assets and liabilities of subsidiaries with non-US dollar functional currencies are translated into US dollars at fiscal year-end exchange rates. Income, expense, and cash flow items are translated at weighted average exchange rates prevailing during the fiscal year. The resulting currency translation adjustments are recorded as a component of accumulated other comprehensive loss within stockholders' equity. Mattel's primary currency translation exposures were related to its net investment in entities having functional currencies denominated in the Euro, British pound sterling and Mexican peso.

*Cash and Equivalents*

Cash and equivalents includes short-term investments, which are highly liquid investments with maturities of three months or less when purchased. Such investments are stated at cost, which approximates market value.

*Marketable Securities*

Marketable securities are comprised of investments in publicly traded securities, classified as available-for-sale, and are recorded at market value with unrealized gains or losses, net of tax, reported as a component of accumulated other comprehensive loss within stockholders' equity until realized. Gains or losses on the sale of marketable securities are calculated using the specific identification method. Mattel held no marketable securities at December 31, 2005.

*Accounts Receivable and Allowance for Doubtful Accounts*

Credit is granted to customers on an unsecured basis. Credit limits and payment terms are established based on extensive evaluations made on an ongoing basis throughout the fiscal year of the financial performance, cash generation, financing availability and liquidity status of each customer. Customers are reviewed at least annually, with more frequent reviews being performed if necessary, based on the customer's financial condition and the

57

Exhibit 47,
P. 1008

level of credit being extended. For customers who are experiencing financial difficulties, management performs additional financial analyses before shipping to those customers on credit. Mattel uses a variety of financial arrangements to ensure collectibility of accounts receivable of customers deemed to be a credit risk, including requiring letters of credit, factoring or purchasing various forms of credit insurance with unrelated third parties or requiring cash in advance of shipment.

Mattel records an allowance for doubtful accounts based on management's assessment of the business environment, customers' financial condition, historical collection experience, accounts receivable aging and customer disputes. When circumstances arise or a significant event occurs that comes to the attention of management, such as a bankruptcy filing of a customer, the allowance is reviewed for adequacy and adjusted to reflect the change in the estimated amount to be received from the customer.

*Inventories*

Inventories, net of an allowance for excess quantities and obsolescence, are stated at the lower of cost or market. Cost is determined by the first-in, first-out method.

*Property, Plant and Equipment*

Property, plant and equipment are stated at cost less accumulated depreciation and amortization. Depreciation is computed using the straight-line method over estimated useful lives of 10 to 40 years for buildings, 3 to 10 years for machinery and equipment, and 10 to 20 years, not to exceed the lease term, for leasehold improvements. Tools, dies and molds are amortized using the straight-line method over 3 years. Estimated useful lives are periodically reviewed and, where appropriate, changes are made prospectively. The carrying value of fixed assets is reviewed when events or changes in circumstances indicate that the carrying value of an asset may not be recoverable. Any impairment identified is assessed by evaluating the operating performance and future undiscounted cash flows of the underlying assets. When property is sold or retired, the cost of the property and the related accumulated depreciation are removed from the consolidated balance sheet and any gain or loss on the transaction is included in the results of operations.

*Goodwill*

Goodwill is allocated to various reporting units, which are either at the operating segment level or one reporting level below the operating segment for purposes of evaluating whether goodwill is impaired. Mattel's reporting units are: Mattel Girls Brands US division, Mattel Boys Brands US division, Fisher-Price Brands US, American Girl Brands and International. Mattel tests its goodwill for impairment annually in the third quarter, or whenever events or changes in circumstances indicate that the carrying value may not be recoverable, based on the fair value of the cash flows that the business can be expected to generate in the future.

*Foreign Currency Transaction Exposure*

Currency exchange rate fluctuations may impact Mattel's results of operations and cash flows. Mattel's currency transaction exposures include gains and losses realized on unhedged inventory purchases and unhedged receivables and payables balances that are denominated in a currency other than the applicable functional currency. Gains and losses on unhedged inventory purchases and other transactions associated with operating activities are recorded in the components of operating income in the consolidated statement of operations. Gains and losses on unhedged intercompany loans and advances are recorded as a component of other non-operating (income) expense, net in the consolidated statement of operations in the period in which the currency exchange rate changes. Inventory purchase transactions denominated in the Euro, British pound sterling, Mexican peso, Hong Kong dollar and Indonesian rupiah are the primary transactions that cause foreign currency transaction exposure for Mattel.

58

Exhibit 47
P. 1009

*Revenue Recognition*

Revenue is recognized upon shipment or upon receipt of products by the customer, depending on terms, provided that: there are no uncertainties regarding customer acceptance; persuasive evidence of an agreement exists documenting the specific terms of the transaction; the sales price is fixed or determinable; and collectibility is reasonably assured. Management assesses the business environment, the customer's financial condition, historical collection experience, accounts receivable aging and customer disputes to determine whether collectibility is reasonably assured. If collectibility is not considered reasonably assured at the time of sale, Mattel does not recognize revenue until collection occurs. Accruals for customer discounts and rebates, and defective returns are recorded when the related revenue is recognized.

During the fourth quarter of 2003, Mattel changed the way certain close out sales are classified in its consolidated statement of operations. Close out sales are sales of certain products that are no longer included in current product lines. These sales were previously classified as a reduction of cost of sales. Commencing October 1, 2003, close out sales are reported as net sales in Mattel's consolidated statements of operations. This change in classification had no impact on gross profit, operating income, net income or any element of the consolidated balance sheets or consolidated statements of cash flows for any date or period presented. For the first three quarters of 2003, close out sales, which were classified as a reduction of cost of sales, were $38.1 million. Mattel does not believe that these amounts are material, and therefore has not revised previously reported net sales and cost of sales amounts for these periods.

*Advertising and Promotion Costs*

Costs of media advertising are expensed the first time the advertising takes place, except for direct-response advertising, which is capitalized and amortized over its expected period of future benefits. Direct-response advertising consists primarily of catalog production and mailing costs that are generally amortized within three months from the date the catalogs are mailed.

*Product Recalls*

Mattel establishes a reserve for product recalls on a product-specific basis during the period in which the circumstances giving rise to the recall become known. Facts underlying the recall, including where the product affected by the recall is located (e.g., with consumers, in customers' inventory, or in Mattel's inventory), whether the product is repairable, cost estimates for communicating the recall to consumers and customers, and cost estimates for parts and labor if the recalled product is deemed to be repairable, are considered when establishing a product recall reserve. When facts or circumstances become known that would indicate that the recall reserve is either not sufficient to cover or exceeds the estimated product recall expenses, the reserve is reassessed and an adjustment is made to the reserve, as appropriate.

*Research and Development Costs*

Research and development costs are charged to the results of operations as incurred.

*Stock-Based Compensation*

Mattel applies the recognition and measurement principles of Accounting Principles Board ("APB") Opinion No. 25, *Accounting for Stock Issued to Employees*, and related interpretations in accounting for its stock compensation plans. Accordingly, no compensation cost has been recognized in the results of operations for nonqualified stock options granted under Mattel's plans as such options are granted at not less than the quoted market price of Mattel's common stock on the date of grant.

Exhibit 47 ,
P. 1010

Mattel has adopted the disclosure-only provisions of Statement of Financial Accounting Standards ("SFAS") No. 148, *Accounting for Stock-Based Compensation—Transition and Disclosure*, which amended SFAS No. 123, *Accounting for Stock-Based Compensation*. Had compensation cost for nonqualified stock options granted been determined based on their fair value at the date of grant, consistent with the fair value method of accounting prescribed by SFAS No. 123, Mattel's net income and net income per common share would have been adjusted as follows (amounts in millions, except per share amounts):

|  | For the Year | | |
|---|---|---|---|
|  | 2005 | 2004 | 2003 |
| *Net income* | | | |
| As reported | $ 417.0 | $ 572.7 | $ 537.6 |
| Pro forma compensation cost, net of tax | (49.0) | (32.9) | (22.0) |
| Pro forma net income | $ 368.0 | $ 539.8 | $ 515.6 |
| *Net income per common share* | | | |
| Basic | | | |
| As reported | $ 1.02 | $ 1.37 | $ 1.23 |
| Pro forma compensation cost, net of tax | (0.12) | (0.08) | (0.05) |
| Pro forma net income per common share—basic | $ 0.90 | $ 1.29 | $ 1.18 |
| Diluted | | | |
| As reported | $ 1.01 | $ 1.35 | $ 1.22 |
| Pro forma compensation cost, net of tax | (0.11) | (0.08) | (0.05) |
| Pro forma net income per common share—diluted | $ 0.90 | $ 1.27 | $ 1.17 |

The pro forma amounts shown above are not indicative of the impact on the statement of operations in future years because the amount, timing and type of share-based payments may vary in future years. Additionally, the 2005 pro forma amounts reflect the expense associated with stock options for which vesting was accelerated, which otherwise would have been recognized over the remaining future period of required employee service.

The fair value of Mattel options granted has been estimated using the Black-Scholes pricing model. The expected life of these options used in this calculation has been determined using historical exercise patterns. The following weighted average assumptions were used in determining fair value:

|  | 2005 | 2004 | 2003 |
|---|---|---|---|
| *Options granted at market price* | | | |
| Expected life (in years) | 4.92 | 6.25 | 6.13 |
| Risk-free interest rate | 4.11% | 4.00% | 3.71% |
| Volatility factor | 27.6% | 38.49% | 34.32% |
| Dividend yield | 2.38% | 1.15% | 0.67% |

The weighted average fair value of Mattel options granted at market price during 2005, 2004 and 2003 were $4.56, $6.67 and $7.25, respectively. The fair value of options granted in 2005 was lower than prior years due primarily to a lower expected life determined through a detailed study of historical exercise patterns, which also impacted the period that was considered in estimating volatility.

On December 28, 2005, the Compensation Committee of the Board of Directors of Mattel approved the acceleration of vesting of all outstanding unvested stock options with an exercise price of $16.09 or greater granted to employees other than Robert A. Eckert, Mattel's Chairman and Chief Executive Officer, under the Amended and Restated Mattel 1996 Stock Option Plan, the Amended and Restated Mattel 1999 Stock Option Plan and the Mattel, Inc. 2005 Equity Compensation Plan (collectively, the "Stock Option Plans"). Options held

Exhibit 47 ,
P. 1011

by non-employee members of the Board of Directors were also excluded from the acceleration. The effective date of the acceleration was December 28, 2005; on such date, the closing price of Mattel's common stock on the New York Stock Exchange was $15.95 per share. The options as to which vesting was accelerated have exercise prices per share ranging from $16.09 to $22.52, and a weighted average exercise price per share of $18.34. As a result of the acceleration, options for approximately 12.4 million shares became immediately exercisable. Typically, stock options granted to employees under the Stock Option Plans vest over a three-year period. The number of shares subject to, and exercise prices of, the options as to which vesting was accelerated remain unchanged.

With regard to the accelerated options held by Mattel's executive officers who report directly to Mr. Eckert, Mattel imposed a restriction consisting of a holding period on shares underlying the portion of such options as to which vesting was accelerated. Pursuant to this restriction, each such executive officer is required to refrain from selling any shares acquired upon exercise of any portion of such options that was accelerated, until the earlier of (a) the date on which the portion of the option being exercised by such executive officer would have become vested pursuant to the option's original vesting schedule, or (b) the date on which such executive officer ceases to be an executive officer of Mattel. The primary purpose of the accelerated vesting was to avoid recognizing future compensation expense associated with the accelerated stock options under the planned adoption by Mattel in 2006 of SFAS No. 123(R), *Share-Based Payment*. Additionally, for financial reporting purposes, there may be other potential tax benefits derived from accelerating the vesting of outstanding stock options prior to the adoption of SFAS No. 123(R). Mattel expects the accelerated vesting to reduce the pre-tax stock compensation expense it otherwise would be required to record by approximately $30 million over the period from 2006 through 2008.

*Income Taxes*

Certain income and expense items are accounted for differently for financial reporting and income tax purposes. Deferred income tax assets and liabilities are determined based on the difference between the financial statement and tax bases of assets and liabilities, applying enacted statutory income tax rates in effect for the year in which the differences are expected to reverse.

*Net Income Per Common Share*

Basic net income per common share is computed by dividing reported net income by the weighted average number of common shares and common shares obtainable upon the exchange of the exchangeable shares of Mattel's indirect wholly-owned Canadian subsidiary, Softkey Software Products Inc., outstanding during each period.

Diluted net income per common share is computed by dividing reported net income by the weighted average number of common shares, common shares obtainable upon the exchange of the exchangeable shares of Mattel's indirect wholly-owned Canadian subsidiary, Softkey Software Products Inc., and other common equivalent shares outstanding during each period. The calculation of common equivalent shares assumes the exercise of dilutive stock options and warrants, net of assumed treasury share repurchases at average market prices, as applicable. Nonqualified stock options totaling 27.6 million, 25.3 million and 16.1 million were excluded from the calculation of diluted net income per common share for 2005, 2004, and 2003, respectively, because they were anti-dilutive.

A reconciliation of weighted average shares for the years ended December 31 is as follows (in thousands):

| | 2005 | 2004 | 2003 |
|---|---|---|---|
| Common shares | 407,402 | 419,235 | 437,020 |
| Effect of dilutive securities: | | | |
| Stock options and restricted stock | 3,637 | 3,858 | 5,211 |
| Common and common equivalent shares | 411,039 | 423,093 | 442,231 |

61

Exhibit 47,
P. 1012

*Derivative Instruments*

Mattel uses foreign currency forward exchange and option contracts as cash flow hedges primarily to hedge its purchase and sale of inventory denominated in foreign currencies. Additionally, Mattel uses fair value hedges to hedge intercompany loans and advances denominated in foreign currencies.

At the inception of the contracts, Mattel designates its derivatives as either cash flow or fair value hedges and documents the relationship of the hedge to the underlying transaction, for cash flow hedges, or the recognized asset or liability, for fair value hedges. Hedge effectiveness is assessed at inception and throughout the life of the hedge to ensure the hedge qualifies for hedge accounting treatment. Changes in fair value associated with hedge ineffectiveness, if any, are recorded in the results of operations currently.

Changes in fair value of Mattel's cash flow derivatives are deferred and recorded as part of accumulated other comprehensive loss in stockholders' equity until the underlying transaction is settled. Upon settlement, any gain or loss resulting from the derivative is recorded in the results of operations. Transaction gains or losses on hedged intercompany inventory transactions are recorded in the consolidated statement of operations in the period in which the inventory is sold to customers. In the event that an anticipated transaction is no longer likely to occur, Mattel recognizes the change in fair value of the derivative in its results of operations currently.

Mattel uses fair value derivatives to hedge most intercompany loans and advances denominated in foreign currencies. Due to the short-term nature of the contracts involved, Mattel does not use hedge accounting for these contracts. Changes in fair value of these derivatives were not significant to the results of operations during any year.

*New Accounting Pronouncements*

In December 2004, the FASB issued SFAS No. 123(R), which replaced SFAS No. 123 and superseded APB Opinion No. 25. SFAS No. 123(R) requires all share-based payments to employees, including grants of employee stock options, to be recognized in the financial statements based on their fair values. The pro forma disclosures previously permitted under SFAS No. 123 will no longer be an alternative to financial statement recognition. Under SFAS No. 123(R), Mattel must determine the appropriate fair value method to be used for valuing share-based payments, the expense attribution method for compensation cost and the transition method to be used at the time of adoption. The transition methods include prospective and retroactive adoption options. The prospective method requires that compensation cost be recorded for all unvested stock options, restricted stock and restricted stock units beginning in the first quarter of adoption of SFAS No. 123(R), whereas the retroactive method requires recording compensation cost for all unvested stock options, restricted stock and restricted stock units beginning with the first period restated.

In April 2005, the Securities Exchange Commission amended Rule S-X to delay the effective date for compliance with SFAS No. 123(R). Based on the amended rule, Mattel is required to adopt SFAS No. 123(R) on January 1, 2006. In 2006, Mattel plans to use the prospective method of adoption under SFAS No. 123(R), and for new grants, to attribute expense to the service periods through the straight-line method. In December 2005, the Compensation Committee of the Board of Directors of Mattel approved the acceleration of vesting of certain outstanding unvested stock options primarily to avoid future compensation expense for those stock options, and because there may be future benefits for the provision for income taxes for financial reporting purposes. See "Stock-Based Compensation." Mattel is evaluating the requirements of SFAS No. 123(R) and expects that the adoption of SFAS No. 123(R) will negatively impact its results of operations; however, the amount and materiality of the impact will depend on the amount and type of share-based payments granted in future periods.

In November 2004, the FASB issued SFAS No. 151, *Inventory Costs—An Amendment of ARB No. 43, Chapter 4*. SFAS No. 151 amends the guidance in Chapter 4, "Inventory Pricing," of Accounting Research Bulletin ("ARB") No. 43, *Restatement and Revision of Accounting Research Bulletins*, to clarify the accounting for abnormal amounts of idle facility expense, freight, handling costs, and wasted material ("spoilage"). Among other provisions, the statement requires that items such as idle facility expense, excessive spoilage, double

freight, and rehandling costs be recognized as current-period charges regardless of whether they meet the criterion of "so abnormal" as stated in ARB No. 43. Additionally, SFAS No. 151 requires that the allocation of fixed production overhead to the costs of conversion be based on the normal capacity of the production facilities. SFAS No. 151 is effective for fiscal years beginning after June 15, 2005. Mattel does not expect the adoption of SFAS No. 151 to have a material impact on its results of operations and financial position.

In May 2005, the FASB issued SFAS No. 154, *Accounting Changes and Error Corrections,* a replacement of APB Opinion No. 20, *Accounting Changes,* and SFAS No. 3, *Reporting Accounting Changes in Interim Financial Statements*. SFAS No. 154 applies to all voluntary changes in accounting principle, and changes the requirements for accounting for and reporting of a change in accounting principle. SFAS No. 154 requires retrospective application to prior periods' financial statements of a voluntary change in accounting principle unless it is impracticable, whereas APB Opinion No. 20 previously required that most voluntary changes in accounting principle be recognized by including in net income of the period of the change the cumulative effect of changing to the new accounting principle. SFAS No. 154 is effective for fiscal years beginning after December 15, 2005. Mattel does not expect the adoption of SFAS No. 154 to have a material impact on its results of operations and financial position.

## Note 2—Goodwill

The change in the carrying amount of goodwill by reporting unit for the years ended 2005 and 2004 is shown below. Brand-specific goodwill held by foreign subsidiaries is allocated to the US reporting units selling those brands, thereby causing foreign currency translation impact to the US reporting units.

| | Mattel Girls Brands US Division | Mattel Boys Brands US Division | Fisher-Price Brands US | American Girl Brands | International | Total |
|---|---|---|---|---|---|---|
| | | | (In thousands) | | | |
| Balance at December 31, 2003 | $ 35,141 | $ 54,222 | $ 216,678 | $ 207,571 | $208,637 | $722,249 |
| Impact of currency exchange rate changes | 2,425 | 189 | 474 | — | 10,343 | 13,431 |
| Balance at December 31, 2004 | 37,566 | 54,411 | 217,152 | 207,571 | 218,980 | 735,680 |
| Impact of currency exchange rate changes | (3,563) | (277) | (697) | — | (13,074) | (17,611) |
| Balance at December 31, 2005 | $ 34,003 | $ 54,134 | $ 216,455 | $ 207,571 | $205,906 | $718,069 |

In 2005, Mattel performed the annual impairment test required by SFAS No. 142 and determined that its goodwill was not impaired.

## Note 3—Income Taxes

Consolidated pre-tax income consists of the following (in thousands):

| | For the Year | | |
|---|---|---|---|
| | 2005 | 2004 | 2003 |
| US operations | $ 27,990 | $ 89,934 | $166,884 |
| Foreign operations | 624,059 | 606,320 | 573,970 |
| | $652,049 | $696,254 | $740,854 |

63

Exhibit 47,
P. 1014

The provision for current and deferred income taxes consists of the following (in thousands):

|  | For the Year | | |
|  | 2005 | 2004 | 2003 |
| Current | | | |
| Federal | $ 20,844 | $ (8,456) | $ 55,904 |
| State | 5,989 | 7,950 | 6,100 |
| Foreign | 101,847 | 142,597 | 127,629 |
|  | 128,680 | 142,091 | 189,633 |
| Deferred | | | |
| Federal | 82,816 | 16,387 | 25,989 |
| State | 11,410 | 2,550 | (5,800) |
| Foreign | 12,124 | (37,497) | (6,600) |
|  | 106,350 | (18,560) | 13,589 |
| Provision for income taxes | $235,030 | $123,531 | $203,222 |

Deferred income taxes are provided principally for tax credit carryforwards, net operating loss carryforwards, research and development expenses, depreciation, employee compensation-related expenses and certain other reserves that are recognized in different years for financial reporting and income tax purposes. Mattel's deferred income tax assets (liabilities) are comprised of the following (in thousands):

|  | December 31, | |
|  | 2005 | 2004 |
| Tax credit carryforwards | $ 219,218 | $ 174,203 |
| Loss carryforwards | 177,316 | 136,782 |
| Research and development expenses | 172,852 | 161,607 |
| Allowances and reserves | 89,161 | 62,321 |
| Intangible assets | 54,780 | 72,088 |
| Deferred compensation | 45,310 | 46,306 |
| Loss on disposition of Learning Company | — | 186,407 |
| Other | 46,058 | 43,958 |
| Gross deferred income tax assets | 804,695 | 883,672 |
| Intangible assets | (35,884) | (31,088) |
| Other | (33,056) | (17,235) |
| Gross deferred income tax liabilities | (68,940) | (48,323) |
| Deferred income tax asset valuation allowances | (201,809) | (205,277) |
| Net deferred income tax assets | $ 533,946 | $ 630,072 |

Net deferred income tax assets are reported in the consolidated balance sheets as follows (in thousands):

|  | December 31, | |
|  | 2005 | 2004 |
| Prepaid expenses and other current assets | $ 58,390 | $ 74,467 |
| Other noncurrent assets | 495,914 | 572,374 |
| Accrued liabilities | (1,396) | (2,525) |
| Other noncurrent liabilities | (18,962) | (14,244) |
|  | $533,946 | $630,072 |

Exhibit 47,
P. 1015

As of December 31, 2005, Mattel has federal and foreign loss carryforwards totaling $426.2 million and tax credit carryforwards of $219.2 million. Utilization of these loss and tax credit carryforwards is subject to annual limitations. Mattel's loss and tax credit carryforwards expire in the following periods (in millions):

|  | Loss Carryforwards | Tax Credit Carryforwards |
|---|---|---|
| 2006 – 2010 | $ 77.4 | $ 113.2 |
| Thereafter | 145.4 | 96.5 |
| No expiration date | 203.4 | 9.5 |
| Total | $ 426.2 | $ 219.2 |

Management considered all available evidence and determined that a valuation allowance of $201.8 million was required as of December 31, 2005 for those loss and tax credit carryforwards that are not expected to provide future tax benefits. Changes in the valuation allowance for 2005 include an increase in the valuation allowance for 2005 losses without benefit, and a decrease in the valuation allowance for loss carryforwards which expired during 2005 and were written off. Management believes that it is more likely than not that Mattel will generate sufficient taxable income in the appropriate carryforward periods to realize the benefit of the remaining net deferred income tax assets of $533.9 million.

Differences between the provision for income taxes at the US federal statutory income tax rate and the provision in the consolidated statements of operations are as follows (in thousands):

|  | For the Year | | |
|---|---|---|---|
|  | 2005 | 2004 | 2003 |
| Provision at US federal statutory rates | $228,217 | $243,689 | $259,299 |
| Increase (decrease) resulting from: | | | |
| Foreign earnings taxed at different rates, including withholding taxes | (70,942) | (68,175) | (56,620) |
| Losses without income tax benefit | 10,110 | 7,730 | 4,903 |
| State and local taxes, net of US federal benefit | 583 | 6,825 | 195 |
| Repatriation of foreign earnings under AJCA, including state taxes | 107,010 | — | — |
| Adjustments to previously accrued taxes | (38,572) | (65,100) | — |
| Other | (1,376) | (1,438) | (4,555) |
| Provision for income taxes | $235,030 | $123,531 | $203,222 |

On October 22, 2004, the American Jobs Creation Act ("AJCA") was signed into law. Among its various provisions, AJCA creates a temporary incentive for US corporations to repatriate accumulated income earned abroad by providing an 85% dividends received deduction for certain dividends from controlled foreign corporations. Mattel repatriated $2.4 billion in foreign earnings during 2005. The statement of operations for the year ended December 31, 2005 includes a provision for income taxes of $107.0 million for the total amount of earnings repatriated. Management's domestic reinvestment plan for the reinvestment and repatriation of foreign earnings under AJCA was completed and approved by Mr. Eckert, Mattel's Chairman and Chief Executive Officer, on April 14, 2005. Mattel's Board of Directors approved this domestic reinvestment plan on November 18, 2005.

The cumulative amount of undistributed earnings of foreign subsidiaries that Mattel intends to permanently invest and upon which no deferred US income taxes have been provided is $1.2 billion as of December 31, 2005. The additional US income tax on unremitted foreign earnings, if repatriated, would be offset in whole or in part by foreign tax credits. The extent of this offset would depend on many factors, including the method of distribution and specific earnings distributed.

In the normal course of business, Mattel is regularly audited by federal, state and foreign tax authorities. Management establishes reserves for certain tax return positions that are likely to be challenged by the applicable taxing authority. The ultimate settlement of any particular issue with the applicable taxing authority could have a material impact on Mattel's consolidated financial statements.

Exhibit 47 ,
P. 1016

In 2005, Mattel reduced its total income tax reserves by $38.6 million as a result of tax settlements reached with various tax authorities and reassessments of tax exposures based on the status of current audits in various jurisdictions around the world. In 2004, Mattel reached a settlement with the IRS regarding the examination of Mattel's US federal income tax returns for the years 1998 through 2001. The settlement resulted in a net benefit of $65.1 million from changes in tax estimates, and the benefit is reflected in the 2004 provision for income taxes in the consolidated statement of operations. The IRS has completed its examination of Mattel's US federal income tax returns through 2003.

Cash paid for income taxes increased in 2005 as a result of an increase in foreign payments for current and prior year tax accruals.

Accounting principles generally accepted in the United States of America require that tax benefits related to the exercise of nonqualified stock options and stock warrants be credited to additional paid-in capital. The exercise of nonqualified stock options resulted in an increase in additional paid-in capital totaling $4.3 million in 2005, a decrease in additional paid-in capital totaling $0.4 million in 2004, and an increase in additional paid-in capital totaling $8.0 million during 2003. Stock warrants exercised in 2002 resulted in increases in additional paid-in capital during 2003 of $4.3 million.

Note 4—Employee Benefit Plans

Mattel and certain of its subsidiaries have qualified and nonqualified retirement plans covering substantially all employees of these companies. These plans include defined benefit pension plans, defined contribution retirement plans, postretirement benefit plans, and deferred compensation and excess benefit plans. In addition, Mattel makes contributions to government-mandated retirement plans in countries outside the US where its employees work.

A summary of retirement plan expense is as follows (in millions):

|  | For the Year | | |
|  | 2005 | 2004 | 2003 |
|---|---|---|---|
| Defined benefit pension plans | $ 22.2 | $ 15.2 | $ 16.4 |
| Defined contribution retirement plans | 29.6 | 27.8 | 24.0 |
| Postretirement benefit plans | 4.9 | 5.0 | 5.0 |
| Deferred compensation and excess benefit plans | 3.2 | 3.1 | 3.0 |
| Government-mandated plans outside the US | 0.3 | 0.9 | 1.2 |
|  | $ 60.2 | $ 52.0 | $ 49.6 |

*Defined Benefit Pension and Postretirement Benefit Plans*

Mattel provides defined benefit pension plans for eligible domestic employees, which satisfy the requirements of the Employee Retirement Income Security Act of 1974 ("ERISA"). Some of Mattel's foreign subsidiaries have defined benefit pension plans covering substantially all of their eligible employees. Mattel funds these plans in accordance with the terms of the plans and local statutory requirements, which differ for each of the countries in which the subsidiaries are located. Mattel also has unfunded postretirement health insurance plans covering certain eligible domestic employees.

66

A summary of the components of Mattel's net benefit cost for the years ended December 31 is as follows (in thousands):

| | Defined Benefit Pension Plans | | | Postretirement Benefit Plans | | |
|---|---|---|---|---|---|---|
| | 2005 | 2004 | 2003 | 2005 | 2004 | 2003 |
| Service cost | $ 10,016 | $ 7,998 | $ 7,162 | $ 119 | $ 121 | $ 129 |
| Interest cost | 23,117 | 21,584 | 21,019 | 3,245 | 3,404 | 3,570 |
| Expected return on plan assets | (23,889) | (22,146) | (21,383) | — | — | — |
| Amortization of: | | | | | | |
| Prior service cost | 1,920 | (599) | (492) | — | — | — |
| Net actuarial loss | 10,993 | 7,877 | 2,479 | 1,507 | 1,498 | 1,345 |
| Plan amendment loss | — | — | 7,594 | | | |
| Net periodic benefit cost | 22,157 | 14,714 | 16,379 | 4,871 | 5,023 | 5,044 |
| Special termination benefits | — | 519 | — | — | — | — |
| Net benefit cost | $ 22,157 | $ 15,233 | $ 16,379 | $4,871 | $5,023 | $5,044 |

Net periodic benefit cost for Mattel's domestic defined benefit pension and postretirement benefit plans was calculated on January 1 of each year using the following assumptions:

| | For the Year | | |
|---|---|---|---|
| | 2005 | 2004 | 2003 |
| *Defined benefit pension plans:* | | | |
| Discount rate | 5.7% | 6.0% | 6.5% |
| Weighted average rate of future compensation increases | 4.4% | 4.4% | 4.4% |
| Long-term rate of return on plan assets | 8.0% | 8.0% | 8.0% |
| *Postretirement benefit plans:* | | | |
| Discount rate | 5.7% | 6.0% | 6.5% |
| Annual increase in Medicare Part B premium | 6.0% | 4.0% | 4.0% |
| Health care cost trend rate: | | | |
| Pre-65 | 10.0% | 8.0% | 9.0% |
| Post-65 | 11.0% | 9.0% | 10.5% |
| Ultimate cost trend rate (pre- and post-65) | 5.0% | 5.5% | 5.5% |
| Year that the rate reaches the ultimate cost trend rate: | | | |
| Pre-65 | 2010 | 2007 | 2007 |
| Post-65 | 2011 | 2007 | 2007 |

Discount rates, weighted average rates of future compensation increases, and long-term rates of return on plan assets for Mattel's foreign defined benefit pension plans differ from the assumptions used for Mattel's domestic defined benefit pension plans due to differences in local economic conditions in which the non-US plans are based. The rates shown in the preceding table are indicative of the weighted average rates of all Mattel's defined benefit pension plans given the relative insignificance of the foreign plans to the consolidated total.

67

Exhibit 47 ,
P. 1018

A summary of the changes in benefit obligation and plans assets is as follows (in thousands):

| | Defined Benefit Pension Plans | | Postretirement Benefit Plans | |
|---|---|---|---|---|
| | 2005 | 2004 | 2005 | 2004 |
| **Change in Benefit Obligation** | | | | |
| Benefit obligation, beginning of year | $ 418,410 | $ 377,396 | $ 58,564 | $ 61,425 |
| Service cost | 10,016 | 7,998 | 119 | 121 |
| Interest cost | 23,117 | 21,584 | 3,245 | 3,404 |
| Participant contributions | 54 | 55 | — | — |
| Plan amendments | 16,820 | — | — | — |
| Special termination benefits | — | 519 | — | — |
| Impact of currency exchange rate changes | (10,551) | 4,381 | — | — |
| Actuarial loss (gain) | 29,158 | 23,528 | 1,732 | (1,200) |
| Benefits paid | (20,571) | (17,051) | (3,722) | (5,186) |
| Benefit obligation, end of year | $ 466,453 | $ 418,410 | $ 59,938 | $ 58,564 |
| **Change in Plan Assets** | | | | |
| Plan assets at fair value, beginning of year | $ 287,667 | $ 259,782 | $ — | $ — |
| Actual return on plan assets | 21,176 | 32,208 | — | — |
| Employer contributions | 13,266 | 9,704 | 3,722 | 5,186 |
| Participant contributions | 54 | 55 | — | — |
| Impact of currency exchange rate changes | (5,028) | 2,969 | — | — |
| Benefits paid | (20,571) | (17,051) | (3,722) | (5,186) |
| Plan assets at fair value, end of year | $ 296,564 | $ 287,667 | $ — | $ — |
| **Net Amount Recognized in the Consolidated Balance Sheets** | | | | |
| Funded status of the plans | $(169,889) | $(130,743) | $(59,938) | $(58,564) |
| Unrecognized actuarial loss | 178,215 | 159,687 | 23,970 | 23,744 |
| Unrecognized prior service cost | 17,161 | 3,822 | — | — |
| Net amount recognized | $ 25,487 | $ 32,766 | $(35,968) | $(34,820) |
| Intangible asset | $ 17,161 | $ 3,822 | $ — | $ — |
| Accrued benefit liability | (99,403) | (67,840) | (35,968) | (34,820) |
| Accumulated other comprehensive loss (a) | 107,729 | 96,784 | — | — |
| Net amount recognized | $ 25,487 | $ 32,766 | $(35,968) | $(34,820) |

(a) *The tax benefits related to accumulated other comprehensive loss are $39.0 million and $34.7 million for December 31, 2005 and 2004, respectively.*

Mattel's accumulated benefit obligation of its defined benefit pension plans as of December 31, 2005 and 2004 totaled $428.4 million and $395.0 million, respectively. Mattel does not have any defined benefit pension plans whose plan assets exceed the accumulated benefit obligation of such plans.

68

Exhibit 47 ,
P. 1619

The assumptions used in determining the projected and accumulated benefit obligations of Mattel's domestic defined benefit pension and postretirement benefit plans are as follows:

| | December 31, | |
| --- | --- | --- |
| | 2005 | 2004 |
| *Defined benefit pension plans:* | | |
| Discount rate . . . . . . . . . . . . . . . . . . . . . . . . . . | 5.4% | 5.7% |
| Weighted average rate of future compensation increases . . . . . . . . . . . . . . . . . . . . . . . . | 4.4% | 4.4% |
| *Postretirement benefit plans:* | | |
| Discount rate . . . . . . . . . . . . . . . . . . . . . . . . . . | 5.4% | 5.7% |
| Annual increase in Medicare Part B premium . . . . . . . . . . . . . . . . . . . . . . . . . | 6.0% | 6.0% |
| Health care cost trend rate: | | |
| Pre-65 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 9.0% | 10.0% |
| Post-65 . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 10.0% | 11.0% |
| Ultimate cost trend rate (pre- and post-65) . . . . . . . . . . . . . . . . . . . . . . . . . . . | 5.0% | 5.0% |
| Year that the rate reaches the ultimate cost trend rate: | | |
| Pre-65 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 2010 | 2010 |
| Post-65 . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 2011 | 2011 |

The future benefit payments for Mattel's defined benefit pension and postretirement benefit plans are as follows (in thousands):

| | Defined Benefit Pension Plans | Postretirement Benefit Plans Before Subsidy | Benefit of Medicare Part D Subsidy |
| --- | --- | --- | --- |
| 2006 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ 18,502 | $ 4,747 | $ (408) |
| 2007 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 18,240 | 4,769 | (438) |
| 2008 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 19,226 | 4,920 | (464) |
| 2009 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 18,745 | 5,018 | (487) |
| 2010 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 18,275 | 4,994 | (503) |
| 2011 – 2015 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 109,574 | 25,221 | (2,518) |

Mattel expects to make cash contributions totaling approximately $14 million to its defined benefit pension and postretirement benefit plans in 2006, including approximately $11 million for benefit payments for its unfunded plans.

Mattel's domestic defined benefit pension plan assets are comprised of the following:

| | December 31, | |
| --- | --- | --- |
| | 2005 | 2004 |
| Equity securities . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 70% | 72% |
| Debt securities . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 26 | 28 |
| Cash . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 4 | — |
| | 100% | 100% |

Mattel commissioned an actuarial study of the plans' assets and liabilities to determine an asset allocation that would best match cash flows from the plans' assets to expected benefit payments. The percentage allocation of plan assets as of December 31, 2005 approximates the target allocation of such assets. The Pension Committee of the Board of Directors, together with Mattel's Treasurer, monitors the returns earned by the plans' assets and reallocates investments as needed. Mattel's defined benefit pension plan assets are not directly invested in Mattel common stock. Mattel believes that the long-term rate of return on plan assets of 8.0% as of December 31, 2005 is reasonable based on historical returns, and based on the fact that the actual return on market value of plan assets has been approximately 12% over the last ten years.

69

A one percentage point increase/(decrease) in the assumed health care cost trend rate for each future year would impact the postretirement benefit obligation as of December 31, 2005 by approximately $6 million and $(5) million, respectively, while a one percentage point increase/(decrease) would impact the service and interest cost recognized for 2005 by approximately $0.3 million and $(0.3) million, respectively.

The Medicare Act was signed into law on December 8, 2003. On May 19, 2004, the FASB issued FASB Staff Position ("FSP") 106-2, which provides guidance as to how employers who sponsor post-65 prescription drug benefits should recognize the impact of the Medicare Act. Applying the guidance in FSP 106-2, Mattel, with the assistance of its outside actuaries, determined that the prescription drug benefits provided to certain retirees under one of its postretirement benefit plans are actuarially equivalent to the benefits provided under Medicare Part D, and that Mattel will be eligible to receive a federal subsidy beginning in 2006. On July 1, 2004, Mattel adopted the provisions of FSP 106-2 and reduced its accumulated postretirement benefit obligation by $7.6 million in recognition of the actuarial impact of the subsidy on benefits attributed to prior service. Mattel's net periodic benefit cost for 2004 was reduced by $1.0 million in the areas of interest cost ($0.5 million) and amortization of unrecognized net actuarial loss ($0.5 million). On January 21, 2005, the Centers for Medicare and Medicaid Services released final regulations implementing the Medicare Act. The final regulations did not have a material impact on Mattel's results of operations or financial position for the year ending December 31, 2005.

During 1999, Mattel amended The Fisher-Price Pension Plan to convert it from a career-average plan to a cash balance plan and applied for a determination letter from the IRS. In 2003, Mattel amended The Fisher-Price Pension Plan to reflect recent changes in regulations and court cases associated with cash balance plans and submitted a new application for a determination letter to the IRS. Mattel plans to convert The Fisher-Price Pension Plan to a cash balance plan upon receipt of a determination letter.

*Defined Contribution Retirement Plans*

Domestic employees are eligible to participate in 401(k) savings plans sponsored by Mattel or its subsidiaries, which are funded defined contribution plans satisfying ERISA requirements. Mattel makes employer contributions in cash and allows employees to allocate both their own contributions and employer contributions to a variety of investment funds, including a fund that is fully invested in Mattel common stock (the "Mattel Stock Fund"). Employees are not required to allocate any funds to the Mattel Stock Fund, which allows employees to limit or eliminate their exposure to market changes in Mattel's stock price. Furthermore, Mattel's plans limit an employee's allocation to the Mattel Stock Fund to 50% of the employee's total account balance. Employees may generally reallocate their account balances on a daily basis. The only limitation on the frequency of reallocations applies to changes involving the Mattel Stock Fund by employees classified as insiders or restricted personnel under Mattel's insider trading policy. Pursuant to Mattel's insider trading policy, insiders and restricted personnel are limited to certain window periods for making allocations into or out of the Mattel Stock Fund.

Certain non-US employees participate in defined contribution retirement plans with varying vesting and contribution provisions.

*Deferred Compensation and Excess Benefit Plans*

Mattel provides a deferred compensation plan that permits certain officers and key employees to elect to defer portions of their compensation. The deferred compensation plan, together with certain contributions made by Mattel and participating employees to an excess benefit plan earn various rates of return. The liability for these plans as of December 31, 2005 and 2004 was $52.0 million and $52.3 million, respectively, and is included in other noncurrent liabilities in the consolidated balance sheets.

Mattel has purchased group trust-owned life insurance contracts designed to assist in funding these programs. The cash surrender value of these policies, valued at $58.7 million and $59.7 million as of December 31, 2005 and 2004, respectively, are held in an irrevocable grantor trust, the assets of which are subject to the claims of Mattel's creditors and are included in other noncurrent assets in the consolidated balance sheets.

Exhibit 47 ,
P. 1621

*Incentive Compensation Plans*

Mattel has annual incentive compensation plans under which officers and key employees may earn incentive compensation based on Mattel's performance and subject to certain approvals of the Compensation Committee of the Board of Directors. For 2005, 2004 and 2003, $22.0 million, $41.8 million and $33.3 million, respectively, were charged to expense for awards under these plans.

The Mattel 2003 Long-Term Incentive Plan (the "LTIP") was approved by Mattel's stockholders in May 2003. The LTIP is intended to motivate and retain key executives of Mattel who regularly and directly make or influence decisions that affect the medium- and long-term success of Mattel. The LTIP replaces the Long-Term Incentive Plan approved in November 2000 and is effective as of January 1, 2003. Awards are based upon the financial performance of Mattel during a specified performance period and are settled in cash or unrestricted or restricted common stock of Mattel. In March 2003, the Compensation Committee of Mattel's Board of Directors established a January 1, 2003—December 31, 2006 performance cycle under the LTIP and in March 2005, the Compensation Committee established a January 1, 2005—December 31, 2007 performance cycle under the LTIP. For 2005, 2004 and 2003, no expense was recorded related to the LTIP.

## Note 5—Seasonal Financing and Debt

*Seasonal Financing*

Mattel maintains and periodically amends or replaces a domestic unsecured committed revolving credit facility with a commercial bank group that is used as the primary source of financing for the seasonal working capital requirements of its domestic subsidiaries. The agreement in effect was amended and restated in March 2005 and the expiration date of the facility was extended to March 23, 2010. The other terms and conditions of the amended and restated facility are substantially similar to those contained in the previous facility. Interest is charged at various rates selected by Mattel, ranging from market commercial paper rates to the bank reference rate. The domestic unsecured committed revolving credit facility contains a variety of covenants, including financial covenants that require Mattel to maintain certain consolidated debt-to-capital and interest coverage ratios. Specifically, Mattel is required to meet these financial covenant ratios at the end of each fiscal quarter and fiscal year, using the formulae specified in the credit agreement to calculate the ratios. Mattel was in compliance with such covenants at the end of each fiscal quarter and fiscal year in 2005. As of December 31, 2005, Mattel's consolidated debt-to-capital ratio, as calculated per the terms of the credit agreement, was 0.33 to 1 (compared to a maximum allowed of 0.50 to 1) and Mattel's interest coverage ratio was 11.81 to 1 (compared to a minimum allowed of 3.50 to 1).

On December 9, 2005, Mattel, Mattel Asia Pacific Sourcing Limited ("MAPS"), a wholly-owned subsidiary of Mattel, Bank of America, N.A., as a lender and administrative agent, and other financial institutions executed a Credit Agreement (the "MAPS facility") which provides for (i) a term loan facility of $225.0 million consisting of a term loan advanced to MAPS in the original principal amount of $225.0 million, with $50.0 million of such amount to be repaid by MAPS on each of December 15, 2006 and December 15, 2007, and the remaining aggregate principal amount of $125.0 million to be repaid on December 9, 2008 and (ii) a revolving loan facility consisting of revolving loans advanced to MAPS in the maximum aggregate principal amount at any time outstanding of $100.0 million, with a maturity date of December 9, 2008. Interest is charged at various rates selected by Mattel based on Eurodollar rates or bank reference rates. In connection with the MAPS facility, Mattel executed a Continuing Guaranty Agreement pursuant to which Mattel unconditionally guaranteed the obligations of MAPS arising pursuant to the MAPS facility. The MAPS facility contains a variety of covenants, including financial covenants that require Mattel to maintain certain consolidated debt-to-capital and interest coverage ratios at the end of each fiscal quarter and fiscal year, using the formulae specified and ratios allowed in the MAPS facility to calculate the ratios. The formulae specified in the MAPS facility are the same as those required by the domestic unsecured committed revolving credit facility. Mattel was in compliance with such covenants at December 31, 2005.

Exhibit 47,
P. 1622

To finance seasonal working capital requirements of certain foreign subsidiaries, Mattel avails itself of individual short-term credit lines with a number of banks. As of December 31, 2005, foreign credit lines total approximately $187 million, a portion of which are used to support letters of credit. Mattel expects to extend these credit lines throughout 2006.

In October 2005, two major credit rating agencies changed Mattel's long-term credit rating outlook to negative and one of the credit rating agencies reduced Mattel's short-term credit rating. Management does not expect these actions to have a significant impact on Mattel's ability to obtain financing or to have a significant negative impact on Mattel's liquidity or results of operations.

Mattel believes its cash on hand at the beginning of 2006, amounts available under its domestic unsecured committed revolving credit facility, the MAPS facility, its uncommitted money market facility, and its foreign credit lines will be adequate to meet its seasonal financing requirements in 2006. As of December 31, 2005, Mattel had available incremental borrowing resources totaling approximately $1.2 billion under its domestic unsecured committed revolving credit facility, the MAPS facility and foreign credit lines.

Mattel has a $300.0 million domestic receivables sales facility that is a sub-facility of Mattel's domestic unsecured committed revolving credit facility. The outstanding amount of receivables sold under the domestic receivables facility may not exceed $300.0 million at any given time, and the amount available to be borrowed under the credit facility is reduced to the extent of any such outstanding receivables sold. Under the domestic receivables facility, certain trade receivables are sold to a group of banks, which currently include, among others, Bank of America, N.A., as administrative agent, Citicorp USA, Inc. and Barclays Bank PLC, as co-syndication agents, and Societe Generale and BNP Paribas, as co-documentation agents. Pursuant to the domestic receivables facility, Mattel Sales Corp. and Fisher-Price, Inc. (which are wholly-owned subsidiaries of Mattel) can sell eligible trade receivables from Wal-Mart and Target to Mattel Factoring, Inc. ("Mattel Factoring"), a Delaware corporation and wholly-owned, consolidated subsidiary of Mattel. Mattel Factoring is a special purpose entity whose activities are limited to purchasing and selling receivables under this facility. Pursuant to the terms of the domestic receivables facility and simultaneous with each receivables purchase, Mattel Factoring sells those receivables to the bank group. Mattel records the transaction, reflecting cash proceeds and sale of accounts receivable in its consolidated balance sheet, at the time of the sale of the receivables to the bank group.

Mattel International Holdings B.V., a company incorporated in the Netherlands, Mattel France S.A.S., a company incorporated in France, and Mattel GmbH, a company incorporated in Germany, each of which is a subsidiary of Mattel, and Societe Generale Bank Nederland N.V. are parties to a Master Agreement for the Transfer of Receivables establishing a Euro 150 million European trade receivables facility, pursuant to which Mattel France S.A.S. and Mattel GmbH may sell trade receivables to Societe Generale Bank Nederland N.V. As with the domestic receivables facility, each sale of accounts receivable is recorded in Mattel's consolidated balance sheet at the time of such sale. No Mattel subsidiary is used as a special purpose entity in connection with these transactions. Under the European trade receivables facility, the outstanding amount of receivables sold may not exceed Euro 60 million from February 1 through July 31 of each year and may not exceed Euro 150 million at all other times. Pursuant to a letter agreement between Societe Generale Bank Nederland N.V. and Mattel International Holdings B.V., Mattel France S.A.S. and Mattel GmbH effective June 24, 2005, the commitment termination date for the European trade receivables facility was extended to June 23, 2006.

72

Exhibit 47, P. 1023

The outstanding amounts of accounts receivable that have been sold under these facilities and other factoring arrangements, net of collections from customers, have been excluded from Mattel's consolidated balance sheets and are summarized as follows (in thousands):

|  | December 31, | |
| --- | --- | --- |
|  | 2005 | 2004 |
| Receivables sold pursuant to the: | | |
| Domestic receivables facility | $ 251,372 | $ 253,378 |
| European receivables facility | 95,946 | 93,766 |
| Other factoring arrangements | 95,763 | 99,117 |
|  | $ 443,081 | $ 446,261 |

*Short-Term Borrowings*

As of December 31, 2005 and 2004, Mattel had foreign short-term bank loans outstanding totaling $18.0 million and $29.0 million, respectively. The weighted average interest rate on these borrowings as of December 31, 2005 and 2004 was 6.5% and 10.5%, respectively. As of December 31, 2005 and 2004, Mattel had short-term revolving loans outstanding of $100.0 million and $0, respectively, under the MAPS revolving loan facility, at a rate of 4.9% for 2005.

During 2005 and 2004, Mattel had average borrowings of $640.0 million and $824.8 million, respectively, under its domestic unsecured committed credit facilities, $2.7 million and $0, respectively, under the MAPS revolving loan facility, and $32.9 million and $29.1 million, respectively, under its foreign credit lines and other short-term borrowings to help finance its seasonal working capital requirements. The weighted average interest rate on domestic borrowings was 3.1% and 1.5% during 2005 and 2004, respectively, 4.9% on the MAPS revolving loan facility during 2005, and 10.8% and 9.4% during 2005 and 2004, respectively, on the foreign credit lines and short-term borrowings.

*Long-Term Debt*

Mattel's long-term debt consists of the following (in thousands):

|  | December 31, | |
| --- | --- | --- |
|  | 2005 | 2004 |
| 6⅛% senior notes due July 2005 | $ — | $ 150,000 |
| Medium-term notes due May 2006 to November 2013 | 400,000 | 400,000 |
| MAPS term loan facility due December 2006 to December 2008 | 225,000 | — |
| 10.15% mortgage note due November 2005 | — | 39,130 |
|  | 625,000 | 589,130 |
| Less: current portion | (100,000) | (189,130) |
| Total long-term debt | $ 525,000 | $ 400,000 |

Mattel's medium-term notes bear interest at fixed rates ranging from 6.50% to 7.49%, with a weighted average interest rate of 7.08% as of December 31, 2005 and 2004, respectively. During 2004, Mattel repaid $50.0 million of medium-term notes upon maturity.

During 2005, Mattel repaid $150.0 million of 6⅛% senior notes and the 10.15% mortgage note for $39.1 million upon maturity.

The MAPS term loan facility bears interest at various rates as selected by Mattel, based on Eurodollar rates or bank reference rates, with a weighted average interest rate of 5.2% during 2005.

Exhibit 47 ,
P. 1024

The aggregate amount of long-term debt maturing in the next five years is as follows (in thousands):

|  | Medium-Term Notes | Term Loan | Total |
|---|---|---|---|
| 2006 | $ 50,000 | $ 50,000 | $100,000 |
| 2007 | 50,000 | 50,000 | 100,000 |
| 2008 | 50,000 | 125,000 | 175,000 |
| 2009 | 50,000 | — | 50,000 |
| 2010 | 50,000 | — | 50,000 |
| Thereafter | 150,000 | — | 150,000 |
|  | $400,000 | $225,000 | $625,000 |

### Note 6—Stockholders' Equity

*Preference Stock*

Mattel is authorized to issue up to 20.0 million shares of $0.01 par value preference stock, of which none is currently outstanding.

*Preferred Stock*

Mattel is authorized to issue up to 3.0 million shares of $1.00 par value preferred stock, of which none is currently outstanding.

*Common Stock Repurchase Program*

In July 2003, Mattel's Board of Directors approved a share repurchase program of up to $250.0 million. During 2003, Mattel repurchased 12.7 million shares at a cost of $244.4 million pursuant to this program. In November 2003, the Board of Directors approved an increase to the share repurchase program of an additional $250.0 million. During 2004, Mattel repurchased 14.7 million shares at a cost of $255.1 million. In 2005, the Board of Directors approved an additional $500.0 million of share repurchases. During 2005, Mattel repurchased 28.9 million shares at a cost of $500.4 million. There were no remaining authorized funds for share repurchases as of December 31, 2005. In January 2006, the Board of Directors authorized Mattel to increase its share repurchase program by an additional $250.0 million. Repurchases under the share repurchase program will take place from time to time, depending on market conditions. Mattel's share repurchase program has no expiration date.

*Dividends*

In 2005, 2004 and 2003, Mattel paid a dividend per share of $0.50, $0.45 and $0.40, respectively, to holders of its common stock. The Board of Directors declared the dividend in November, and Mattel paid the dividend in December of each year. The payment of dividends on common stock is at the discretion of Mattel's Board of Directors and is subject to customary limitations.

Exhibit 47
P. 1025

*Comprehensive Income*

The changes in the components of other comprehensive income, net of tax, are as follows (in thousands):

| | For the Year | | |
|---|---|---|---|
| | 2005 | 2004 | 2003 |
| Net income | $417,019 | $572,723 | $537,632 |
| Currency translation adjustments | (38,767) | 36,380 | 57,847 |
| Minimum pension liability adjustments | (7,243) | (1,430) | (7,721) |
| Net unrealized gain (loss) on derivative instruments: | | | |
| Unrealized holding gains (losses) | 25,348 | (33,232) | (51,198) |
| Reclassification adjustment for realized losses included in net income | 3,904 | 31,820 | 50,220 |
| | 29,252 | (1,412) | (978) |
| Net unrealized (loss) gain on securities: | | | |
| Unrealized holding (losses) gains | (195) | (4,820) | 14,300 |
| Reclassification adjustment for realized gains included in net income | (16,247) | (11,539) | (9,808) |
| | (16,442) | (16,359) | 4,492 |
| | $383,819 | $589,902 | $591,272 |

For 2005, currency translation adjustments resulted in a net loss of $38.8 million, with losses from the weakening of the Euro and British pound sterling against the US dollar being partially offset by gains from the strengthening of the Mexican peso against the US dollar. For 2004, currency translation adjustments resulted in a net gain of $36.4 million, with gains from the strengthening of the British pound sterling, Euro, and Mexican peso against the US dollar being partially offset by losses from the weakening of the Indonesian rupiah against the US dollar. For 2003, currency translation adjustments resulted in a net gain of $57.8 million, with gains from the strengthening of the Euro, British pound sterling, and Hong Kong dollar against the US dollar being partially offset by losses from the weakening of the Mexican peso against the US dollar.

The components of accumulated other comprehensive loss are as follows (in thousands):

| | December 31, | |
|---|---|---|
| | 2005 | 2004 |
| Currency translation adjustments | $(238,559) | $(199,792) |
| Minimum pension liability adjustments | (68,715) | (61,472) |
| Net unrealized gain on securities | — | 16,442 |
| Net unrealized gain (loss) on derivative instruments | 4,246 | (25,006) |
| | $(303,028) | $(269,828) |

**Note 7—Stock Compensation Plans**

*Mattel Stock Option Plans*

In May 2005, Mattel's stockholders approved the Mattel, Inc. 2005 Equity Compensation Plan (the "2005 Plan"). Upon approval of the 2005 Plan, Mattel terminated its Amended and Restated 1996 Stock Option Plan (the "1996 Plan") and its 1999 Stock Option Plan (the "1999 Plan"), except with regard to grants then outstanding under the 1996 Plan and the 1999 Plan. Restricted stock awards made under the 1996 Plan continue to vest pursuant to the terms of their respective grant agreements. Outstanding stock option grants under plans that have expired or have been terminated continue to be exercisable under the terms of their respective grant agreements. All such stock options expire no later than ten years from the date of grant and generally provide for vesting over a period of three years from the date of grant. Such stock options generally were granted with exercise prices equal to the fair market value of Mattel's common stock on the date of grant, although there are a

75

few outstanding stock options that were granted with an exercise price in excess of the fair market value of Mattel's common stock on the date of grant, as to which vesting was dependent upon Mattel's common stock achieving a specified fair market value during a specified time period. Options were granted to non-employee members of Mattel's Board of Directors under the 1996 Plan with exercise prices equal to the fair market value of Mattel's common stock on the date of grant; such options expire no later than ten years from the date of grant and vest over a period of four years from the date of grant.

Under the 2005 Plan, Mattel has the ability to grant nonqualified stock options, incentive stock options, stock appreciation rights, restricted stock, restricted stock units, dividend equivalent rights and shares of common stock to officers, employees, and other persons providing services to Mattel. Generally, options vest and become exercisable contingent upon the grantees' continued employment with Mattel. Nonqualified stock options are granted at not less than 100% of the fair market value of Mattel's common stock on the date of grant, expire no later than ten years from the date of grant and vest on a schedule determined by the Compensation Committee of the Board of Directors, generally during a period of three years from the date of grant. Restricted stock units granted under the 2005 Plan are generally accompanied by dividend equivalent rights and generally vest over a period of three years from the date of grant. The 2005 Plan also contains provisions regarding grants of equity compensation to the non-employee members of the Board of Directors. Pursuant to these provisions, the Compensation Committee has approved grants to non-employee members of the Board of Directors that consist of a mix of nonqualified stock options and restricted stock units; such stock options and restricted stock units vest over a period of three years from the date of grant, and such stock options have exercise prices equal to the fair market value of Mattel's common stock on the date of grant and expire no later than ten years from the date of grant. The 2005 Plan expires on May 18, 2015, except as to any grants then outstanding.

The number of shares of common stock available for grant under the 2005 Plan is subject to an aggregate limit of 50 million shares and is further subject to share-counting rules as provided in the 2005 Plan. As a result of such share-counting rules, full-value grants such as grants of restricted stock or restricted stock units count against shares remaining available for grant at a higher rate than grants of stock options and stock appreciation rights. Each stock option or stock appreciation right grant is treated as using one available share for each share actually subject to such grant, whereas each full-value grant is treated as using three available shares for each share actually subject to such full-value grant. The 2005 Plan contains detailed provisions with regard to share-counting.

On December 28, 2005, the Compensation Committee of the Board of Directors of Mattel approved the acceleration of vesting of options for approximately 12.4 million shares with an exercise price of $16.09 or greater granted to employees other than Mattel's Chairman and Chief Executive Officer. Vesting was not accelerated as to stock options held by any member of the Board of Directors.

The following is a summary of stock option information and weighted average exercise prices for Mattel's stock option plans during the year (options in thousands):

| | 2005 | | 2004 | | 2003 | |
|---|---|---|---|---|---|---|
| | Number | Price | Number | Price | Number | Price |
| Outstanding at January 1 . . . . . . . . . . . . . . . . | 45,437 | $18.57 | 42,733 | $19.07 | 40,396 | $18.65 |
| Options granted . . . . . . . . . . . . . . . . . . . . | 7,619 | 18.68 | 7,455 | 16.98 | 7,394 | 19.49 |
| Options exercised . . . . . . . . . . . . . . . . . . . | (2,077) | 13.68 | (1,595) | 13.82 | (3,663) | 13.50 |
| Options canceled . . . . . . . . . . . . . . . . . . . | (3,128) | 22.82 | (3,156) | 24.00 | (1,394) | 23.77 |
| Outstanding at December 31 . . . . . . . . . . . . . | 47,851 | $18.53 | 45,437 | $18.57 | 42,733 | $19.07 |
| Exercisable at December 31 . . . . . . . . . . . . . . | 46,871 | $18.54 | 32,371 | $18.69 | 30,646 | $18.96 |
| Available for grant at December 31 . . . . . . . . . . | 42,472 | | 11,274 | | 15,717 | |

76

Exhibit 47,
P. 1627

The following table summarizes information about the weighted average remaining contractual life (in years) and the weighted average exercise prices for Mattel stock options outstanding as of December 31, 2005 (options in thousands):

| Exercise Price Ranges | Options Outstanding | | | Options Exercisable | |
|---|---|---|---|---|---|
| | Number | Remaining Life | Price | Number | Price |
| $10.31 – $15.00 ............................... | 13,114 | 4.2 | $12.18 | 13,082 | $12.18 |
| 15.01 – 18.00 ............................... | 7,148 | 7.7 | 16.91 | 6,842 | 16.90 |
| 18.01 – 22.00 ............................... | 19,287 | 7.6 | 19.32 | 18,687 | 19.34 |
| 22.01 – 33.00 ............................... | 6,550 | 1.5 | 24.49 | 6,508 | 24.50 |
| 33.01 – 42.00 ............................... | 1,752 | 1.9 | 41.75 | 1,752 | 41.75 |
| $10.31 – $42.00 ............................... | 47,851 | 5.6 | $18.53 | 46,871 | $18.54 |

### Learning Company Stock Option Plans

Prior to its 1999 merger, with Mattel, The Learning Company ("Learning Company") and its subsidiaries had various incentive and nonqualified stock option plans that provided benefits for eligible employees and non-employee directors. Effective with the 1999 merger, each option outstanding under these plans was converted into an option to purchase 1.2 shares of Mattel common stock. The exercise price of such options was adjusted by dividing the Learning Company option price by 1.2. Other than options granted under some plans assumed by Learning Company in connection with acquisitions, all Learning Company stock options vested and became fully exercisable as a result of the 1999 merger. No options were available for grant under any Learning Company stock option plan during 2005, 2004, or 2003.

The following is a summary of stock option information and weighted average exercise prices for Learning Company's stock option plans during the year (options in thousands):

| | 2005 | | 2004 | | 2003 | |
|---|---|---|---|---|---|---|
| | Number | Price | Number | Price | Number | Price |
| Outstanding at January 1 ........................ | 77 | $4.62 | 81 | $4.63 | 88 | $4.68 |
| Options exercised ........................ | — | — | (4) | 4.88 | (7) | 5.29 |
| Options canceled ........................ | — | — | — | — | — | — |
| Outstanding and exercisable at December 31 ......... | 77 | $4.62 | 77 | $4.62 | 81 | $4.63 |

The exercise price of Learning Company stock options outstanding as of December 31, 2005 ranges from $4.54 per share to $16.15 per share, with a weighted average price of $4.62 per share.

### Restricted Stock and Restricted Stock Units

In 2000, Mattel awarded 685.5 thousand deferrable restricted stock units to its Chief Executive Officer pursuant to the terms of his employment contract. These units are 75% vested, with the remaining units vesting in 2008. The aggregate fair market value of the restricted stock units is being amortized to compensation expense over the vesting period. The amount charged to expense related to the vesting of these units was $0.2 million in 2005, 2004 and 2003.

In 2005, Mattel granted 49.3 thousand shares of restricted stock and restricted stock units to certain employee officers and non-employee board members. The 2005 compensation expense recognized related to these grants was $0.2 million.

Exhibit 47
P. 1628

### Note 8—Financial Instruments

*Marketable Securities*

As of December 31, 2005, Mattel held no marketable securities. As of December 31, 2004, Mattel held marketable securities totaling $43.6 million, stated at fair market value based on quoted market prices. These equity securities were classified as securities available-for-sale and included in other noncurrent assets in the consolidated balance sheets. As of December 31, 2005 and 2004, Mattel held no marketable securities for which cost exceeded the fair market value of the securities. Unrealized pre-tax gains of $26.1 million ($16.4 million net of tax) as of December 31, 2004 were deferred in accumulated other comprehensive loss related to these securities.

During 2005 and 2004, Mattel sold marketable securities for proceeds totaling $42.0 million and $28.2 million, respectively. Gains on sales of these securities totaling $25.8 million and $18.3 million, net of transaction costs, were recorded in other non-operating (income), net in the consolidated statements of operations for 2005 and 2004, respectively.

*Derivative Financial Instruments*

Currency exchange rate fluctuations may impact Mattel's results of operations and cash flows. Inventory purchase transactions denominated in the Euro, British pound sterling, Mexican peso, Hong Kong dollar and Indonesian rupiah are the primary transactions that caused Mattel's currency transaction exposure for Mattel during 2005 and 2004. Mattel seeks to mitigate its exposure to market risk by monitoring its currency transaction exposure for the year and partially hedging such exposure using foreign currency forward exchange and option contracts. Such contracts are primarily used to hedge Mattel's purchase and sale of inventory, and other intercompany transactions denominated in foreign currencies. These contracts generally have maturity dates of up to 18 months. In addition, Mattel manages its exposure to currency exchange rate fluctuations through the selection of currencies used for international borrowings. Mattel does not trade in financial instruments for speculative purposes. The ineffectiveness related to cash flow hedges was not significant during any year.

Mattel uses fair value derivatives to hedge most intercompany loans and advances denominated in foreign currencies. Due to the short-term nature of the contracts involved, Mattel does not use hedge accounting for these contracts. Changes in the fair value of these derivatives were not significant to the results of operations during any year.

As of December 31, 2005 and 2004, Mattel held foreign currency forward exchange contracts with notional amounts totaling $727.2 million and $859.2 million. The notional amounts of these contracts were equal to the exposure hedged in both years.

The net loss on derivative financial instruments reclassified from accumulated other comprehensive loss to Mattel's results of operations was $3.9 million, $31.8 million and $50.2 million during 2005, 2004 and 2003, respectively. As of December 31, 2005 and 2004, $4.5 million of pre-tax unrealized gains ($4.2 million net of tax) and $28.5 million of pre-tax unrealized losses ($25.0 million net of tax), respectively, related to derivative instruments have been recorded in accumulated other comprehensive loss. Mattel expects to reclassify the unrealized gains as of December 31, 2005 from accumulated other comprehensive loss to its results of operations over the life of the contracts, generally within 18 months or less.

*Fair Value of Financial Instruments*

Mattel's financial instruments include cash, cash equivalents, marketable securities, investments, accounts receivable and payable, short-term borrowings, and accrued liabilities. The carrying amount of these instruments approximates fair value because of their short-term nature.

The estimated fair value of Mattel's long-term debt, including the current portion, is $644.6 million (compared to a carrying amount of $625.0 million) as of December 31, 2005 and $632.9 million (compared to a

Exhibit 47,
P. 1029

carrying amount of $589.1 million) as of December 31, 2004. The estimated fair value has been calculated based on broker quotes or rates for the same or similar instruments.

The estimated fair value of derivative financial instruments recognized in Mattel's consolidated balance sheets is as follows (in thousands):

|  | December 31, | |
|  | 2005 | 2004 |
| Accounts receivable | $ 1,309 | $ 2,120 |
| Prepaid expenses and other current assets | 6,218 | 1,094 |
| Accrued liabilities | (2,231) | (25,298) |
| Other noncurrent liabilities | — | (1,458) |

The estimated fair value of derivative financial instruments is based on dealer quotes and reflects the amount that Mattel would receive or pay at maturity for contracts involving the same currencies and maturity dates, if they had been entered into as of December 31, 2005 or 2004, respectively.

## Note 9—Commitments and Contingencies

### Leases

Mattel routinely enters into noncancelable lease agreements for premises and equipment used in the normal course of business. Certain of these leases include escalation clauses that adjust rental expense to reflect changes in price indices, as well as renewal options. In addition to minimum rental payments, certain of Mattel's leases require additional payments to reimburse the lessors for operating expenses such as real estate taxes, maintenance, utilities and insurance. The American Girl Place® leases in Chicago, Illinois, New York, New York, and Los Angeles, California, also contain provisions for additional rental payments based on a percentage of the sales of each store after reaching certain sales benchmarks. The following table shows the future minimum obligations under lease commitments in effect at December 31, 2005 (in thousands):

|  | Capitalized Leases | Operating Leases |
|  | --- | --- |
| 2006 | $ 300 | $ 62,000 |
| 2007 | 300 | 58,000 |
| 2008 | 300 | 48,000 |
| 2009 | 300 | 35,000 |
| 2010 | 300 | 29,000 |
| Thereafter | 7,600 | 137,000 |
|  | $ 9,100(a) | $369,000 |

(a) *Includes $6.8 million of imputed interest.*

Rental expense under operating leases amounted to $77.6 million, $73.7 million and $66.6 million for 2005, 2004 and 2003, respectively, net of sublease income of $1.3 million, $1.7 million and $0.9 million in 2005, 2004 and 2003, respectively.

### Commitments

In the normal course of business, Mattel enters into contractual arrangements to obtain and protect Mattel's right to create and market certain products, and for future purchases of goods and services to ensure availability and timely delivery. Such arrangements include royalty payments pursuant to licensing agreements and commitments for future inventory purchases. Certain of these commitments routinely contain provisions for guaranteed or minimum expenditures during the term of the contracts. Current and future commitments for guaranteed payments reflect Mattel's focus on expanding its product lines through alliances with businesses in other industries.

Exhibit 47,
P. 1030

Licensing and similar agreements provide for terms extending from 2006 through 2011 and contain provisions for future minimum payments as shown in the following table (in thousands):

|  | Minimum Payments |
|---|---|
| 2006 | $ 60,000 |
| 2007 | 50,000 |
| 2008 | 30,000 |
| 2009 | 30,000 |
| 2010 | 20,000 |
| Thereafter | 13,000 |
|  | $203,000 |

Royalty expense for 2005, 2004 and 2003 was $225.6 million, $204.5 million and $169.2 million, respectively.

As of December 31, 2005, Mattel had outstanding commitments for purchases of inventory, other assets and services totaling $196.6 million and $20.8 million in fiscal years 2006 and 2007, respectively.

*Insurance*

Mattel has a wholly-owned subsidiary, Far West Insurance Company, Ltd. ("Far West"), that was established to insure Mattel's workers' compensation, general, automobile and product liability risks. Far West insures the first $1.0 million per occurrence of Mattel's workers' compensation, the first $0.5 million for general and automobile liability risks and the first $2.0 million per occurrence of product liability risks. Various insurance companies, that have an "A" or better AM Best rating at the time the policies are purchased, reinsure Mattel's risk in excess of the amounts insured by Far West. Mattel's liability for reported and incurred but not reported claims at December 31, 2005 and 2004 totaled $22.1 million and $20.3 million, respectively, and is included in the consolidated balance sheets. Loss reserves are accrued based on Mattel's estimate of the aggregate liability for claims incurred using a study prepared by an independent actuary.

*Litigation*

*Litigation Related to Learning Company*

Following Mattel's announcement in October 1999 of the expected results of its Learning Company division for the third quarter of 1999, various Mattel stockholders filed purported class action complaints naming Mattel and certain of its present and former officers and directors as defendants.

These shareholder complaints were consolidated into two lead cases, one under §10(b) of the Securities Exchange Act of 1934 (the "Exchange Act"), and the other under §14(a) of the Exchange Act. In November 2002, the United States District Court for the Central District of California permitted the actions to proceed as class actions.

Several stockholders filed related derivative complaints purportedly on behalf of Mattel. Some of the derivative suits were consolidated into one lawsuit in Los Angeles County Superior Court in California, which was dismissed for the plaintiff's failure to make pre-suit demand on the Board of Directors. An appeal from that decision was dismissed in July 2003 by stipulation of the parties. Another derivative suit was filed in the Delaware Court of Chancery, and was dismissed without prejudice in August 2002 in deference to the then-ongoing California derivative case. A third derivative suit, filed in federal court in the Central District of California, was dismissed in July 2002, and re-filed in November 2002 as part of the settlement described below.

80

Exhibit 47 ,
P. 1031

In November 2002, the parties to the federal cases negotiated and thereafter memorialized in a final settlement agreement a settlement of all the federal lawsuits in exchange for payment of $122.0 million and Mattel's agreement to adopt certain corporate governance procedures. The District Court granted final approval to the settlement in September 2003, and judgments were entered accordingly. On October 9, 2003, a group of persons purporting to be members of the §14(a) class (such group of persons, the "Appellant") filed a notice of appeal, challenging the manner in which the $122.0 million was allocated between the §10(b) class and the §14(a) class. On July 29, 2005, the United States Court of Appeals for the Ninth Circuit affirmed the District Court's approval of the settlement. At the end of October 2005, the Appellant filed a petition for writ of certiorari before the United States Supreme Court, which was denied by that Court on January 9, 2006. The Appellant's time to seek rehearing of the denial of review has expired, and thus the District Court's approval of the settlement has become final.

*Litigation Related to LeapFrog Enterprises, Inc.*

Fisher-Price, Inc. ("Fisher-Price"), a subsidiary of Mattel, was sued for patent infringement by LeapFrog Enterprises, Inc. in a lawsuit filed in October 2003 in the United States District Court for the District of Delaware, and in September 2004, Mattel was joined to the lawsuit as a defendant. The lawsuit alleges that Fisher-Price's PowerTouch™ system infringes a LeapFrog patent relating to an electronic learning device for teaching phonics. A 10-day trial commenced on May 16, 2005, which resulted in a deadlocked jury. As an alternative to retrying the case, the parties agreed to submit the case for decision, based on the current trial record, to the presiding judge. The parties have filed their post-trial briefs, and the Court has not yet rendered a decision. The plaintiff in this lawsuit asserted a total damages claim of up to approximately $90 million, which has been reduced to approximately $58 million pursuant to rulings by the Court, and seeks an injunction preventing the further sale of the PowerTouch™ system; the damages could possibly be trebled if the infringement is found to be willful. Mattel and its subsidiary Fisher-Price believe the action is without merit and intend to continue to vigorously defend themselves.

*Litigation Related to Carter Bryant and MGA Entertainment, Inc.*

In April 2004, Mattel filed a lawsuit in Los Angeles County Superior Court against Carter Bryant ("Bryant"), a former Mattel design employee. The suit alleges that Bryant aided and assisted a Mattel competitor, MGA Entertainment, Inc. ("MGA"), during the time he was employed by Mattel, in violation of his contractual and other duties to Mattel. In September 2004, Bryant asserted counterclaims against Mattel, including counterclaims in which Bryant seeks, as a putative class action representative, to invalidate Mattel's Confidential Information and Propriety Inventions Agreements with its employees.

In December 2004, MGA intervened as a party-defendant in Mattel's action against Bryant, asserting that its rights to the "Bratz" property are at stake in the litigation. Mattel's suit has been removed to the United States District Court for the Central District of California, where it is currently pending.

Separately, in November 2004, Bryant filed an action against Mattel in the United States District Court for the Central District of California. The action seeks a judicial declaration that Bryant's purported conveyance of rights in "Bratz" was proper and that he did not misappropriate Mattel property in creating "Bratz."

In April 2005, MGA filed suit against Mattel in the United States District Court for the Central District of California. MGA's action alleges claims of trade dress infringement, trade dress dilution, false designation of origin, unfair competition and unjust enrichment. The suit alleges, among other things, that certain products, themes, packaging and/or television commercials in various Mattel product lines have infringed upon products, themes, packaging and/or television commercials for various MGA product lines, including "Bratz." The complaint also asserts that various alleged Mattel acts with respect to unidentified retailers, distributors and licensees have damaged MGA and that various alleged acts by industry organizations, purportedly induced by Mattel, have damaged MGA.

81

MGA's suit alleges that MGA has been damaged in an amount "believed to reach or exceed tens of millions of dollars" and further seeks punitive damages, disgorgement of Mattel's profits and injunctive relief. Mattel believes the claims by Bryant and MGA are without merit and intends to vigorously defend against them.

### Environmental

#### Fisher-Price

Fisher-Price has executed a consent order with the State of New York to implement a groundwater remediation system at one of its former manufacturing facilities. The execution of the consent order was in response to the New York State Department of Environmental Conservation ("NYSDEC") Record of Decision issued in March 2000. The NYSDEC approved a conceptual work plan in March 2001. One component of the remedial program mandated by the NYSDEC involves discharging the remediation wastewater into the publicly owned treatment works ("POTW"), which is owned and operated by the Village of Medina, New York. In June 2003, the Village of Medina approved the discharge of wastewater from the groundwater collection system into the POTW as part of a short-term, pilot scale pumping test to evaluate water quantity and quality necessary to complete the remedial design. The pilot program was successfully conducted in November 2003, and plans are underway to implement the actual groundwater remediation program. In 2005, Mattel constructed a ground water pumping system and began pumping groundwater to the Village of Medina. The ultimate liability associated with this cleanup presently is estimated to be approximately $2.3 million, approximately $2.0 million of which has been incurred through December 31, 2005.

#### Beaverton, Oregon

Mattel previously operated a manufacturing facility on a leased property in Beaverton, Oregon that was acquired as part of the March 1997 merger with Tyco Toys, Inc. In March 1998, samples of groundwater used by the facility for process water and drinking water disclosed elevated levels of certain chemicals, including trichloroethylene. Mattel immediately closed the water supply and self-reported the sample results to the Oregon Department of Environmental Quality ("ODEQ") and the Oregon Health Division. Mattel also implemented a community outreach program to employees, former employees and surrounding landowners.

Prior to 2003, Mattel recorded pre-tax charges totaling $19.0 million related to this property. During 2004 and 2003, Mattel recognized pre-tax income of $0.9 million and $7.9 million, respectively, representing adjustments to the reserve accrued in 1999 associated with the closure of the Beaverton facility. Costs totaling approximately $5.8 million have been incurred from December 31, 2005 for the Beaverton property, largely related to environmental remediation, attorney fees, consulting work and an employee medical screening program. In January 2003, Mattel entered into a settlement with the ODEQ resolving its cleanup liability in return for a contribution of $0.4 million to the cleanup, which is being performed by the company that caused the contamination. The remaining liability of approximately $4.3 million as of December 31, 2005 represents estimated amounts to be incurred for employee medical screening, project management, and other costs related to the Beaverton property.

### General

Mattel is also involved in various other litigation and legal matters, including claims related to intellectual property, product liability and labor, which Mattel is addressing or defending in the ordinary course of business. Management believes that any liability that may potentially result upon resolution of such matters will not have a material adverse effect on Mattel's business, financial condition or results of operations.

### Note 10—Restructuring and Other Charges

#### Financial Realignment Plan

In 2003, Mattel completed its financial realignment plan, originally announced during the third quarter of 2000, which was designed to improve gross profit, other selling and administrative expenses, operating income,

Exhibit 47 ,
P. 1033

and cash flows. During the duration of the plan, Mattel recorded a total pre-tax charge of $250.0 million, or approximately $171 million after-tax, of which approximately $123 million represented cash expenditures and $48 million represented non-cash asset write-downs.

Charges relating to the financial realignment plan were recorded in the following captions in the consolidated statements of operations (in millions):

| | For the Year 2003 |
|---|---|
| Gross profit | $ 4.1 |
| Other selling and administrative expenses | 8.6 |
| Restructuring and other charges | 12.7 |
| Other non-operating (income) expense, net | 0.9 |
| Pre-tax charges | $ 26.3 |

In 2003, as part of its financial realignment plan, Mattel announced the consolidation of its US Girls and US Boys—Entertainment segments into one segment, renamed Mattel Brands US (now Mattel Girls & Boys Brands US). Costs associated with this reorganization included the elimination of approximately 5% of executive-level positions, including the position of president of the Girls division. Also in 2003, Mattel substantially completed the consolidation of two of its manufacturing facilities in Mexico to streamline manufacturing within North America.

In 2002, as part of its financial realignment plan, Mattel commenced a long-term information technology strategy aimed at achieving operating efficiencies and cost savings across all disciplines. The program focused on simplifying Mattel's organization by defining common global processes based on industry best practices, streamlining its organizational structure by eliminating redundancies, and upgrading its systems to have greater visibility to information and data on a global basis. Also in 2002, Mattel completed the closure of its manufacturing and distribution facilities in Murray, Kentucky, as part of the North American Strategy.

Mattel recorded pre-tax restructuring charges of $12.7 million during 2003, of which no amounts remain unpaid as of December 31, 2005. These charges were largely related to the elimination of positions at its US-based headquarters locations in El Segundo, Fisher-Price and American Girl, costs associated with the North American Strategy, closure of certain international offices, and consolidation of facilities. From the inception of the plan through 2003, Mattel terminated the employment of approximately 2,570 employees.

The components of the restructuring charge and reconciliation of the liability are as follows (in millions):

| | Severance and Other Compensation | Lease Termination Costs | Other | Total Restructuring Charge |
|---|---|---|---|---|
| Balance at December 31, 2002 | $ 3.9 | $ 1.3 | $ 0.6 | $ 5.8 |
| 2003 charges | 12.9 | (0.3) | 0.1 | 12.7 |
| Amounts incurred | (16.2) | (0.6) | (0.6) | (17.4) |
| Balance at December 31, 2003 | 0.6 | 0.4 | 0.1 | 1.1 |
| Amounts incurred | (0.5) | (0.4) | (0.1) | (1.0) |
| Balance at December 31, 2004 | 0.1 | — | — | 0.1 |
| Amounts incurred | (0.1) | — | — | (0.1) |
| Balance at December 31, 2005 | $ — | $ — | $ — | $ — |

In 2003, Mattel recorded a net restructuring charge totaling $4.8 million in the consolidated statement of operations, representing $12.7 million of restructuring charges related to the financial realignment plan that were partially offset by a $7.9 million adjustment to a reserve accrued in 1999 associated with the closure of a manufacturing facility in Beaverton, Oregon.

Exhibit 47,
P. 1034

**Note 11—Segment Information**

*Description of Segments*

Mattel's operating segments are separately managed business units and are divided on a geographic basis between domestic and international. On October 10, 2005, Mattel announced the consolidation of its domestic Mattel Girls & Boys Brands and Fisher-Price Brands divisions into one division. The creation of the new "Mattel Brands" division, which will result in the consolidation of some management and support functions, is expected to more effectively and efficiently leverage Mattel's scale, and will preserve the natural marketing and design groups that are empowered to create and market toys based on gender and age groups. These changes are consistent with Mattel's ongoing strategy to build brands, cut costs and develop people in a streamlined organization that is focused on scale, innovation and execution. There were no changes to Mattel's operating segments as a result of the consolidation.

Mattel's domestic operating segments include:

*Mattel Girls & Boys Brands*—including Barbie® fashion dolls and accessories ("Barbie®"), Polly Pocket!™ and Disney Classics (collectively "Other Girls Brands"), Hot Wheels®, Matchbox® and Tyco® R/C vehicles and playsets (collectively "Wheels") and Harry Potter™, Yu-Gi-Oh!™, Batman™, Justice League™, MegaMan™ and games and puzzles (collectively "Entertainment").

*Fisher-Price Brands*—including Fisher-Price®, Little People®, Rescue Heroes®, BabyGear™ and View-Master® (collectively "Core Fisher-Price®"), Sesame Street®, Barney™, Dora the Explorer™, Winnie the Pooh, InteracTV™ and See 'N Say® (collectively "Fisher-Price® Friends") and Power Wheels®.

*American Girl Brands*—including Just Like You™ (formerly "American Girl Today®"), the historical collection (formerly "The American Girls Collection®") and Bitty Baby®. American Girl Brands products are sold directly to consumers and its children's publications are also sold to certain retailers.

Additionally, the International segment sells products in all toy categories, except American Girl Brands.

Exhibit 47
P. 1635

*Segment Data*

The tables below present information about revenues, income and assets by segment. Mattel does not include sales adjustments such as trade discounts and other allowances in the calculation of segment revenues (referred to as "gross sales"). Mattel records these adjustments in its financial accounting systems at the time of sale to each customer, but the adjustments are not allocated to individual products. For this reason, Mattel's chief operating decision maker uses gross sales by segment as one of the metrics to measure segment performance. Such sales adjustments are included in the determination of segment income from operations based on the adjustments recorded in the financial accounting systems. Segment income from operations represents operating income, while consolidated income from operations represents income from operations before income taxes as reported in the consolidated statements of operations. The corporate and other category includes costs not allocated to individual segments, including charges related to the financial realignment plan, incentive compensation and corporate headquarters functions managed on a worldwide basis.

|  | For the Year | | |
|---|---|---|---|
|  | 2005 | 2004 | 2003 |
|  |  | (In thousands) | |
| **Revenues** | | | |
| Domestic: | | | |
| Mattel Girls & Boys Brands US | $1,364,922 | $1,511,550 | $1,594,144 |
| Fisher-Price Brands US | 1,358,562 | 1,319,200 | 1,265,224 |
| American Girl Brands | 436,085 | 379,112 | 344,446 |
| Total Domestic | 3,159,569 | 3,209,862 | 3,203,814 |
| International | 2,463,984 | 2,336,236 | 2,175,709 |
| Gross sales | 5,623,553 | 5,546,098 | 5,379,523 |
| Sales adjustments | (444,537) | (443,312) | (419,423) |
| Net sales | $5,179,016 | $5,102,786 | $4,960,100 |
| **Segment Income** | | | |
| Domestic: | | | |
| Mattel Girls & Boys Brands US | $ 206,496 | $ 326,317 | $ 388,666 |
| Fisher-Price Brands US | 172,960 | 173,237 | 180,133 |
| American Girl Brands | 106,158 | 77,501 | 61,968 |
| Total Domestic | 485,614 | 577,055 | 630,767 |
| International | 316,153 | 299,224 | 364,963 |
|  | 801,767 | 876,279 | 995,730 |
| Corporate and other expense (a) | 137,238 | 145,462 | 210,020 |
| Operating income | 664,529 | 730,817 | 785,710 |
| Interest expense | 76,490 | 77,764 | 80,577 |
| Interest (income) | (34,211) | (19,683) | (18,966) |
| Other non-operating (income), net | (29,799) | (23,518) | (16,755) |
| Income before income taxes | $ 652,049 | $ 696,254 | $ 740,854 |

(a) *Corporate and other expense includes $7.1 million and $16.2 million of charges related to severance for the years ended December 31, 2005 and 2004, respectively. For 2003, corporate and other expense includes $26.3 million of charges related to the financial realignment plan and income of $7.9 million representing an adjustment to a reserve accrued in 1999 associated with the closure of a manufacturing facility in Beaverton, Oregon.*

Exhibit 47
P. 1636

|  | For the Year | | |
|---|---|---|---|
|  | 2005 | 2004 | 2003 |
|  | (In thousands) | | |
| **Depreciation/Amortization** | | | |
| Domestic: | | | |
| Mattel Girls & Boys Brands US | $ 42,921 | $ 48,304 | $ 55,437 |
| Fisher-Price Brands US | 37,170 | 37,261 | 38,628 |
| American Girl Brands | 12,798 | 15,166 | 16,979 |
| Total Domestic | 92,889 | 100,731 | 111,044 |
| International | 58,594 | 59,125 | 51,107 |
|  | 151,483 | 159,856 | 162,151 |
| Corporate and other | 23,508 | 22,622 | 21,668 |
| Depreciation and amortization | $174,991 | $182,478 | $183,819 |

Segment assets are comprised of accounts receivable and inventories, net of applicable reserves and allowances.

|  | December 31, | |
|---|---|---|
|  | 2005 | 2004 |
|  | (In thousands) | |
| **Assets** | | |
| Domestic: | | |
| Mattel Girls & Boys Brands US | $ 255,817 | $ 319,351 |
| Fisher-Price Brands US | 188,076 | 177,508 |
| American Girl Brands | 60,256 | 48,128 |
| Total Domestic | 504,149 | 544,987 |
| International | 547,980 | 588,144 |
|  | 1,052,129 | 1,133,131 |
| Corporate and other | 85,411 | 44,535 |
| Accounts receivable and inventories, net | $1,137,540 | $1,177,666 |

Mattel sells a broad variety of toy products, which are grouped into three major categories: Mattel Girls & Boys Brands, Fisher-Price Brands and American Girl Brands. The table below presents worldwide revenues by category:

|  | For the Year | | |
|---|---|---|---|
|  | 2005 | 2004 | 2003 |
|  | (In thousands) | | |
| **Worldwide Revenues** | | | |
| Mattel Girls & Boys Brands | $3,138,768 | $3,233,458 | $3,255,605 |
| Fisher-Price Brands | 2,023,858 | 1,920,164 | 1,771,209 |
| American Girl Brands | 436,085 | 379,112 | 344,446 |
| Other | 24,842 | 13,364 | 8,263 |
| Gross sales | 5,623,553 | 5,546,098 | 5,379,523 |
| Sales adjustments | (444,537) | (443,312) | (419,423) |
| Net sales | $5,179,016 | $5,102,786 | $4,960,100 |

Exhibit 47,
P. 1637

*Geographic Information*

The tables below present information by geographic area. Revenues are attributed to countries based on location of customer. Long-lived assets principally include goodwill, property, plant and equipment, net and identifiable intangibles, net.

|  | For the Year | | |
|---|---|---|---|
|  | 2005 | 2004 | 2003 |
|  | | (In thousands) | |
| **Revenues** | | | |
| United States | $3,159,569 | $3,209,862 | $3,203,814 |
| International: | | | |
| Europe | 1,408,653 | 1,410,525 | 1,356,131 |
| Latin America | 644,902 | 524,481 | 462,167 |
| Asia Pacific | 218,240 | 203,575 | 171,580 |
| Other | 192,189 | 197,655 | 185,831 |
| Total International | 2,463,984 | 2,336,236 | 2,175,709 |
| Gross sales | 5,623,553 | 5,546,098 | 5,379,523 |
| Sales adjustments | (444,537) | (443,312) | (419,423) |
| Net sales | $5,179,016 | $5,102,786 | $4,960,100 |

|  | December 31, | |
|---|---|---|
|  | 2005 | 2004 |
|  | (In thousands) | |
| **Long-Lived Assets** | | |
| United States | $ 934,476 | $ 933,393 |
| International | 529,423 | 613,575 |
| Consolidated total | $1,463,899 | $1,546,968 |

*Major Customers*

Sales to Mattel's three largest customers accounted for 45%, 46% and 47% of worldwide consolidated net sales for 2005, 2004 and 2003, respectively, as follows (in billions):

|  | For the Year | | |
|---|---|---|---|
|  | 2005 | 2004 | 2003 |
| Wal-Mart | $ 1.0 | $ 1.0 | $ 1.0 |
| Toys "R" Us | 0.8 | 0.8 | 0.8 |
| Target | 0.5 | 0.5 | 0.4 |

The Mattel Girls & Boys Brands US and Fisher-Price Brands US segments sell products to each of Mattel's three largest customers. The International segment sells products to Wal-Mart and Toys "R" Us. The American Girl Brands segment sells its children's publications to Wal-Mart and Target.

*Close Out Sales Information*

As discussed in Note 1 to the consolidated financial statements, effective October 1, 2003, Mattel changed the way certain close out sales are classified in its consolidated statement of operations. Close out sales are sales of certain products that are no longer included in current product lines. These sales were previously classified as a reduction of cost of sales. Commencing October 1, 2003, close out sales are reported as net sales in Mattel's consolidated statements of operations. This change in classification had no impact on gross profit, operating income, net income, net income per common share, or any element of the consolidated balance sheets or consolidated statements of cash flows for any date or period presented.

87

Exhibit 47,
P. 1038

The following table provides the quantification of close out sales classified as a reduction of cost of sales by segment, worldwide and geographic area (in thousands):

| | For the Year 2003 (a) |
|---|---|
| **Segment** | |
| Domestic: | |
| Mattel Girls & Boys Brands US | $17,814 |
| Fisher-Price Brands US | 10,313 |
| American Girl Brands | — |
| Total Domestic | 28,127 |
| International | 9,997 |
| | $38,124 |
| | |
| **Worldwide** | |
| Mattel Girls & Boys Brands | $25,492 |
| Fisher-Price Brands | 12,556 |
| American Girl Brands | — |
| Other | 76 |
| | $38,124 |
| | |
| **Geographic Area** | |
| United States | $28,127 |
| International: | |
| Europe | 6,202 |
| Latin America | 1,382 |
| Asia Pacific | 1,792 |
| Other | 621 |
| Total International | 9,997 |
| | $38,124 |

(a) *Close out sales for the three months ended December 31, 2003, totaling $19.2 million, were included in reported sales. Close out sales for the first nine months of 2003, totaling $38.1 million, were classified as a reduction of cost of sales.*

Exhibit 47
P. 1039

### Note 12—Supplemental Financial Information

|  | December 31, | |
|---|---|---|
|  | 2005 | 2004 |
|  | (In thousands) | |
| **Inventories include the following:** | | |
| Raw materials and work in process | $ 34,038 | $ 35,546 |
| Finished goods | 342,859 | 383,087 |
|  | $ 376,897 | $ 418,633 |
| **Property, plant and equipment, net include the following:** | | |
| Land | $ 29,125 | $ 29,282 |
| Buildings | 231,597 | 252,627 |
| Machinery and equipment | 736,041 | 710,122 |
| Tools, dies and molds | 557,133 | 585,181 |
| Capital leases | 23,271 | 23,271 |
| Leasehold improvements | 115,496 | 106,113 |
|  | 1,692,663 | 1,706,596 |
| Less: accumulated depreciation | (1,145,559) | (1,120,070) |
|  | $ 547,104 | $ 586,526 |
| **Other noncurrent assets include the following:** | | |
| Deferred income taxes | $ 495,914 | $ 572,374 |
| Identifiable intangibles, net | 20,422 | 22,926 |
| Other | 178,304 | 201,836 |
|  | $ 694,640 | $ 797,136 |
| **Accrued liabilities include the following:** | | |
| Receivable collections due to bank | $ 200,417 | $ 205,224 |
| Royalties | 106,257 | 108,256 |
| Advertising and promotion | 75,113 | 95,291 |
| Other | 414,686 | 471,267 |
|  | $ 796,473 | $ 880,038 |
| **Other noncurrent liabilities include the following:** | | |
| Benefit plan liabilities | $ 217,676 | $ 197,596 |
| Other | 64,719 | 45,913 |
|  | $ 282,395 | $ 243,509 |

|  | For the Year | | |
|---|---|---|---|
|  | 2005 | 2004 | 2003 |
|  | (In thousands) | | |
| **Currency transaction (gains)/losses included in:** | | | |
| Operating income | $ (57,356) | $ (56,667) | $ (17,864) |
| Other non-operating expense (income), net | 3,120 | (2,168) | 9,962 |
| Net transaction (gains) | $ (54,236) | $ (58,835) | $ (7,902) |
| **Other selling and administrative expenses include the following:** | | | |
| Research and development | $ 182,015 | $ 171,337 | $ 167,362 |
| Bad debt expense | 3,108 | 7,659 | 10,688 |
| Identifiable intangible asset amortization | 2,315 | 2,622 | 3,706 |

89

Exhibit 47
P. 1048

Note 13—Quarterly Financial Information (Unaudited)

| | First Quarter | Second Quarter | Third Quarter | Fourth Quarter |
|---|---|---|---|---|
| | (In thousands, except per share amounts) | | | |
| **Year Ended December 31, 2005** | | | | |
| Net sales | $783,120 | $886,823 | $1,666,145 | $1,842,928 |
| Gross profit | 344,060 | 386,817 | 761,257 | 880,734 |
| Advertising and promotion expenses | 87,709 | 93,116 | 191,607 | 256,683 |
| Other selling and administrative expenses | 250,822 | 265,176 | 260,850 | 302,376 |
| Operating income | 5,529 | 28,525 | 308,800 | 321,675 |
| Income before income taxes | 8,948 | 26,006 | 311,339 | 305,756 |
| Net income (loss) | $ 6,507 | $ (93,987) | $ 225,339 | $ 279,160 |
| Net income (loss) per common share—basic | $ 0.02 | $ (0.23) | $ 0.56 | $ 0.70 |
| Weighted average number of common shares | 416,096 | 409,769 | 403,743 | 400,213 |
| Net income (loss) per common share—diluted | $ 0.02 | $ (0.23) | $ 0.55 | $ 0.69 |
| Weighted average number of common and common equivalent shares | 421,105 | 409,769 | 407,222 | 402,507 |
| Dividends declared per common share | $ — | $ — | $ — | $ 0.50 |
| Common stock market price: | | | | |
| High | $ 21.42 | $ 21.00 | $ 19.45 | $ 17.00 |
| Low | 18.35 | 17.60 | 16.39 | 14.53 |
| **Year Ended December 31, 2004** | | | | |
| Net sales | $780,944 | $804,002 | $1,667,461 | $1,850,379 |
| Gross profit | 351,677 | 366,348 | 796,654 | 896,046 |
| Advertising and promotion expenses | 87,418 | 84,421 | 192,088 | 279,040 |
| Other selling and administrative expenses | 251,549 | 238,712 | 243,710 | 302,970 |
| Operating income | 12,710 | 43,215 | 360,856 | 314,036 |
| Income before income taxes | 12,404 | 32,490 | 351,119 | 300,241 |
| Net income | $ 8,993 | $ 23,555 | $ 255,830 | $ 284,345 |
| Net income per common share—basic | $ 0.02 | $ 0.06 | $ 0.62 | $ 0.69 |
| Weighted average number of common shares | 428,169 | 419,177 | 414,592 | 415,100 |
| Net income per common share—diluted | $ 0.02 | $ 0.06 | $ 0.61 | $ 0.68 |
| Weighted average number of common and common equivalent shares | 432,239 | 422,903 | 417,962 | 419,151 |
| Dividends declared per common share | $ — | $ — | $ — | $ 0.45 |
| Common stock market price: | | | | |
| High | $ 19.50 | $ 19.17 | $ 18.29 | $ 19.49 |
| Low | 17.90 | 16.88 | 15.98 | 17.09 |

Exhibit 47,
P. 1041

**Item 9.      Changes in and Disagreements with Accountants on Accounting and Financial Disclosure.**

None.

**Item 9A.      Controls and Procedures.**

*Evaluation of Disclosure Controls and Procedures*

As of December 31, 2005, Mattel's disclosure controls and procedures were evaluated. Based on this evaluation, Robert A. Eckert, Mattel's principal executive officer, and Kevin M. Farr, Mattel's principal financial officer, concluded that these disclosure controls and procedures were effective as of December 31, 2005, in timely alerting them to material information relating to Mattel required to be included in Mattel's periodic reports.

*Management's Report on Internal Control over Financial Reporting*

See Item 8 "Financial Statements and Supplementary Data—Management's Report on Internal Control over Financial Reporting."

*Changes in Internal Control Over Financial Reporting*

Mattel continues to implement a conversion to new and upgraded financial and human resources information technology systems that began in the fourth quarter of 2002. Mattel has evaluated the effect on its internal control over financial reporting of this conversion and determined that this conversion has not materially affected, and is not reasonably likely to materially affect, Mattel's internal control over financial reporting. Mattel has not made any significant changes to its internal control over financial reporting or in other factors that could significantly affect these controls subsequent to December 31, 2005.

**Item 9B.      Other Information.**

None.

Exhibit 47,
P. 1042

## PART III

**Item 10.     Directors and Executive Officers of the Registrant.**

Information required under this Item is incorporated herein by reference to Mattel's 2006 Notice of Annual Meeting of Stockholders and Proxy Statement to be filed with the SEC within 120 days after December 31, 2005. Information with respect to the executive officers of Mattel appears under the heading "Executive Officers of the Registrant" in Part I herein. Mattel has adopted the Mattel Code of Conduct (the "Code of Conduct") applicable to all directors, officers and employees which includes its general comprehensive code of ethical business conduct as well as provisions related to accounting and financial matters applicable to the Chief Executive Officer, Chief Financial Officer, Corporate Controller and other finance organization employees (the "finance code of ethics"). The Code of Conduct is publicly available on Mattel's corporate website at http://www.mattel.com. A copy may also be obtained free of charge by mailing a request in writing to: Secretary, Mail Stop M1-1516, Mattel, Inc., 333 Continental Blvd., El Segundo, California 90245-5012. If Mattel makes any substantive amendments to the Code of Conduct or the finance code of ethics, or grants any waiver, including any implicit waiver from a provision of the Code of Conduct for any executive officer or director, or the finance code of ethics for the Chief Executive Officer, Chief Financial Officer or Corporate Controller, Mattel will disclose the nature of such amendment or waiver on its corporate website or in a Current Report on Form 8-K. Mattel has posted the Board of Directors' corporate governance guidelines and the charters of its Audit, Compensation and Governance and Social Responsibility Committees of the Board of Directors on its corporate website at http://www.mattel.com. Copies of the corporate governance guidelines and committee charters may be obtained free of charge by mailing a request to the address noted above.

Mattel has filed the certification of its Chief Executive Officer with the New York Stock Exchange ("NYSE") for 2005 as required pursuant to Section 303A.12(a) of the NYSE Listed Company Manual. In addition, Mattel has filed the Sarbanes-Oxley Act Section 302 certifications of its Chief Executive Officer and Chief Financial Officer with the Securities and Exchange Commission, which are attached hereto as Exhibit 31.0 and Exhibit 31.1, respectively.

**Item 11.     Executive Compensation.**

The information required under this Item is incorporated herein by reference to Mattel's 2006 Notice of Annual Meeting of Stockholders and Proxy Statement to be filed with the SEC within 120 days after December 31, 2005.

**Item 12.     Security Ownership of Certain Beneficial Owners and Management and Related Stockholder Matters.**

The information required under this Item is incorporated herein by reference to Mattel's 2006 Notice of Annual Meeting of Stockholders and Proxy Statement to be filed with the SEC within 120 days after December 31, 2005.

**Item 13.     Certain Relationships and Related Transactions.**

The information required under this Item is incorporated herein by reference to Mattel's 2006 Notice of Annual Meeting of Stockholders and Proxy Statement to be filed with the SEC within 120 days after December 31, 2005.

**Item 14.     Principal Accountant Fees and Services.**

The information required under this Item is incorporated herein by reference to Mattel's 2006 Notice of Annual Meeting of Stockholders and Proxy Statement to be filed with the SEC within 120 days after December 31, 2005.

Exhibit 47,
P. 1043

## PART IV

**Item 15.    Exhibits and Financial Statement Schedules.**

(a)    The following documents are filed as part of this report:

1.    *Financial Statements*

The following financial statements are filed as part of this report under Item 8 "Financial Statements and Supplementary Data."

| | Page |
|---|---|
| Management's Report on Internal Control over Financial Reporting | 50 |
| Report of Independent Registered Public Accounting Firm | 51 |
| Consolidated Balance Sheets as of December 31, 2005 and 2004 | 53 |
| Consolidated Statements of Operations for the years ended December 31, 2005, 2004 and 2003 | 54 |
| Consolidated Statements of Cash Flows for the years ended December 31, 2005, 2004 and 2003 | 55 |
| Consolidated Statements of Stockholders' Equity for the years ended December 31, 2005, 2004 and 2003 | 56 |
| Notes to Consolidated Financial Statements | 57 |

2.    *Financial Statement Schedules for the years ended December 31, 2005, 2004 and 2003*

Schedule II—Valuation and Qualifying Accounts and Allowances

All other Financial Statement Schedules are omitted because they are not applicable or the required information is shown in the consolidated financial statements or notes thereto. See Item 8 "Financial Statements and Supplementary Data."

3.    *Exhibits (Listed by numbers corresponding to Item 601 of Regulation S-K)*

| Exhibit No. | Exhibit Description | Incorporated by Reference | | | |
|---|---|---|---|---|---|
| | | Form | File No. | Exhibit(s) | Filing Date |
| 3.0 | Restated Certificate of Incorporation of Mattel | 10-K | 001-05647 | 3.0 | March 28, 2001 |
| 3.1 | Certificate of Amendment of Restated Certificate of Incorporation of Mattel | 10-K | 001-05647 | 3.1 | March 28, 2002 |
| 3.2 | Certificate of Amendment of Restated Certificate of Incorporation of Mattel | DEF 14A | 001-05647 | B | March 26, 1998 |
| 3.3 | Amended and Restated Bylaws of Mattel | 10-K | 001-05647 | 3.3 | March 28, 2002 |
| 4.0 | Specimen Stock Certificate with respect to Mattel's Common Stock | 10-K | 001-05647 | 4.0 | March 28, 2002 |
| 4.1 | Indenture dated as of February 15, 1996 between Mattel and Chase Manhattan Bank and Trust Company, National Association, formerly Chemical Trust Company of California, as Trustee | 10-K | 001-05647 | 4.1 | March 28, 2002 |

Exhibit 47,
P. 1644

| Exhibit No. | Exhibit Description | Incorporated by Reference | | | |
| --- | --- | --- | --- | --- | --- |
| | | Form | File No. | Exhibit(s) | Filing Date |
| 10.0 | Third Amended and Restated Credit Agreement dated as of March 23, 2005, among Mattel, Inc., as Borrower, Bank of America, N.A. as Administrative Agent, and the financial institutions party thereto | 8-K | 001-05647 | 99.0 | March 29, 2005 |
| 10.1 | First Amended and Restated Receivables Purchase Agreement dated as of March 20, 2002 among Mattel Factoring, Inc., as Transferor, Mattel, Inc., as Servicer, Bank of America, N.A., as Administrative Agent, and the financial institutions thereto | 10-K | 001-05647 | 10.1 | March 28, 2002 |
| 10.2 | Amendment No. 1 to First Amended and Restated Receivables Purchase Agreement dated as of March 19, 2004, among Mattel Factoring, Inc., as Transferor, Mattel, Inc., as Servicer, Bank of America, N.A., as Administrative Agent, and the financial institutions party thereto | 10-Q | 001-05647 | 99.1 | May 7, 2004 |
| 10.3 | Amendment No. 2 to First Amended and Restated Receivables Purchas4 Agreement dated as of March 23, 2005, among Mattel Factoring, Inc., as Transferor, Mattel, Inc., as Servicer, Bank of America, N.A., as Administrative Agent, and the financial institutions party thereto | 8-K | 001-05647 | 99.1 | March 29, 2005 |
| 10.4 | Credit Agreement dated as of December 9, 2005, among Mattel Asia Pacific Sourcing Limited, as Borrower, Mattel, Inc., Bank of America, N.A., as Administrative Agent, and the financial institutions party thereto | 8-K | 001-05647 | 99.1 | December 15, 2005 |
| 10.5 | Continuing Guaranty Agreement dated as of December 9, 2005, by Mattel, Inc., as Guarantor, to Bank of America, N.A., as Administrative Agent | 8-K | 001-05647 | 99.2 | December 15, 2005 |
| 10.6 | Distribution Agreement dated November 12, 1997 among Mattel, Morgan Stanley & Co. Incorporated and Credit Suisse First Boston Corporation | 10-K | 001-05647 | 10.2 | March 24, 2003 |

94

Exhibit 47,
P. 1645

| Exhibit No. | Exhibit Description | Incorporated by Reference | | | |
| --- | --- | --- | --- | --- | --- |
| | | Form | File No. | Exhibit(s) | Filing Date |
| 10.7 | Master Agreement for the Transfer of Receivables dated 30th November, 2001 among Societe Generale Bank Nederland N.V., Mattel International Holdings B.V. as Depositor and Mattel France S.A. and Mattel GmbH as the Sellers | 10-K | 001-05647 | 10.6 | March 28, 2002 |
| 10.8 | Amendment to Master Agreement for the Transfer of Receivables dated December 20, 2001 among Societe Generale Bank Nederland N.V., Mattel International Holdings B.V., Mattel France S.A. and Mattel GmbH | 10-K | 001-05647 | 10.7 | March 28, 2002 |
| 10.9 | Amendment to Master Agreement for the Transfer of Receivables dated July 1, 2002 among Societe Generale Bank Nederland, Mattel International Holdings B.V., Mattel France S.A.S. and Mattel GmbH | 10-Q | 001-05647 | 99.3 | August 9, 2002 |
| 10.10 | Amendment to Master Agreement for the Transfer of Receivables dated July 29, 2003 among Societe Generale Bank Nederland N.V., Mattel International Holdings B.V., Mattel France S.A.S. and Mattel GmbH | 10-Q | 001-05647 | 99.0 | August 14, 2003 |
| 10.11 | Amendment to Master Agreement for the Transfer of Receivables dated July 12, 2004 among Societe Generale Bank Nederland N.V., Mattel International Holdings B.V., Mattel France S.A.S. and Mattel GmbH | 10-Q | 001-05647 | 99.0 | August 6, 2004 |
| 10.12 | Letter Agreement Regarding Master Agreement for the Transfer of Receivables among Societe Generale Bank Nederland B.V., Mattel International Holdings B.V., Mattel France S.A.S. and Mattel GmbH | 10-Q | 001-05647 | 99.2 | November 8, 2004 |
| 10.13 | Amendment to Master Agreement for the Transfer of Receivables dated June 14, 2005 among Societe Generale Bank Nederland N.V., Mattel International Holdings B.V., Mattel France S.A.S. and Mattel GmbH | 8-K | 001-05647 | 99.0 | June 24, 2005 |
| 10.14 | Amendment to Master Agreement for the Transfer of Receivables dated July 1, 2005 among Societe Generale Bank Nederland N.V., Mattel International Holdings B.V., Mattel France S.A.S. and Mattel GmbH | 8-K | 001-05647 | 99.0 | July 8, 2005 |

Exhibit 47,
P. 1046

| Exhibit No. | Exhibit Description | Incorporated by Reference | | | |
|---|---|---|---|---|---|
| | | Form | File No. | Exhibit(s) | Filing Date |
| **Executive Compensation Plans and Arrangements of Mattel** | | | | | |
| 10.15 | Form of Indemnity Agreement between Mattel and its directors and certain of its executive officers | 10-K | 001-05647 | 10.9 | March 28, 2001 |
| 10.16 | Executive Employment Agreement dated October 18, 2000 between Mattel and Robert A. Eckert | 10-K | 001-05647 | 10.10 | March 28, 2001 |
| 10.17 | Amendment to Executive Employment Agreement between Mattel and Robert A. Eckert dated March 8, 2005 | 8-K | 001-05647 | 99.7 | March 18, 2005 |
| 10.18 | Letter Agreement between Mattel and Robert A. Eckert entered into on April 4, 2005 regarding the Mattel, Inc. 2005 Supplemental Executive Retirement Plan | 8-K | 001-05647 | 99.1 | April 8, 2005 |
| 10.19 | Executive Employment Agreement dated January 31, 2000 between Mattel and Neil B. Friedman | 10-K | 001-05647 | 10.12 | March 10, 2000 |
| 10.20 | Amendment to Employment Agreement dated November 14, 2000 between Mattel and Neil B. Friedman | 10-K | 001-05647 | 10.29 | March 28, 2001 |
| 10.21 | Amendment to Employment Agreement and Stock Option Grant Agreements between Mattel and Neil B. Friedman dated February 10, 2000 | 10-K | 001-05647 | 10.14 | March 10, 2000 |
| 10.22 | Letter agreement between Mattel and Neil B. Friedman entered into on April 4, 2005 regarding the Mattel, Inc. 2005 Supplemental Executive Retirement Plan | 8-K | 001-05647 | 99.5 | April 8, 2005 |
| 10.23 | Amended and Restated Executive Employment Agreement dated March 28, 2000 between Mattel and Kevin M. Farr | 10-K | 001-05647 | 10.33 | March 28, 2001 |
| 10.24 | Amendment to Employment Agreement and Stock Option Grant Agreements dated July 20, 2000 between Mattel and Kevin M. Farr | 10-K | 001-05647 | 10.34 | March 28, 2001 |
| 10.25 | Amendment to Employment Agreement dated March 6, 2002 between Mattel and Kevin M. Farr | 10-K | 001-05647 | 10.30 | March 28, 2002 |
| 10.26 | Letter agreement between Mattel and Kevin M. Farr entered into on April 4, 2005 regarding the Mattel, Inc. 2005 Supplemental Executive Retirement Plan | 8-K | 001-05647 | 99.4 | April 8, 2005 |

96

Exhibit 47
P. 1047

| Exhibit No. | Exhibit Description | Incorporated by Reference | | | |
|---|---|---|---|---|---|
| | | Form | File No. | Exhibit(s) | Filing Date |
| 10.27 | Executive Employment Agreement dated November 13, 2000 between Mattel and Thomas A. Debrowski | 10-K | 001-05647 | 10.24 | March 8, 2005 |
| 10.28 | Letter agreement between Mattel and Thomas A. Debrowski entered into on April 4, 2005 regarding the Mattel, Inc. 2005 Supplemental Executive Retirement Plan | 8-K | 001-05647 | 99.3 | April 8, 2005 |
| 10.29 | Letter agreement between Mattel and Thomas A. Debrowski dated October 11, 2005, entered into October 12, 2005, amending Mr. Debrowski's employment agreement | 8-K | 001-05647 | 99.2 | October 14, 2005 |
| 10.30 | Employment letter dated August 22, 2000 between Mattel and Bryan G. Stockton | 10-K | 001-05647 | 10.26 | March 12, 2004 |
| 10.31* | Letter agreement between Mattel and Bryan G. Stockton entered into on March 28, 2005, regarding the Mattel, Inc. 2005 Supplemental Executive Retirement Plan | | | | |
| 10.32 | Separation Agreement between Mattel and Matthew C. Bousquette dated as of December 15, 2005 and entered into on December 22, 2005 | 8-K | 001-05647 | 99.1 | December 28, 2005 |
| 10.33 | Consulting Agreement between Mattel and Matthew C. Bousquette dated as of December 15, 2005 and entered into on December 22, 2005 | 8-K | 001-05647 | 99.2 | December 28, 2005 |
| 10.34 | 2002 Mattel Incentive Plan | DEF 14A | 001-05647 | Appendix A | April 11, 2002 |
| 10.35 | Mattel, Inc. 2003 Long-Term Incentive Plan | DEF 14A | 001-05647 | Appendix A | April 2, 2003 |
| 10.36 | Amendment No.1 to Mattel, Inc. 2003 Long-Term Incentive Plan | 8-K | 001-05647 | 99.1 | March 18, 2005 |
| 10.37 | Mattel, Inc. Deferred Compensation and PIP Excess Plan | S-8 | 333-89458 | 4.1 | May 31, 2002 |
| 10.38 | Mattel, Inc. Deferred Compensation Plan for Non-Employee Directors | 10-K | 001-05647 | 10.12 | March 31, 1999 |
| 10.39 | Amendment No. 1 to Mattel, Inc. Deferred Compensation Plan for Non-Employee Directors | 10-K | 001-05647 | 10.43 | March 28, 2001 |

97

Exhibit 47 , P. 1648

| Exhibit No. | Exhibit Description | Incorporated by Reference | | | |
| --- | --- | --- | --- | --- | --- |
| | | Form | File No. | Exhibit(s) | Filing Date |
| 10.40 | Mattel, Inc. Amended & Restated Supplemental Executive Retirement Plan as of May 1, 1996 | 10-K | 001-05647 | 10.37 | March 28, 2002 |
| 10.41 | Amendment No. 1 to Mattel, Inc. Amended & Restated Supplemental Executive Retirement Plan | 10-K | 001-05647 | 10.22 | March 10, 2000 |
| 10.42 | Mattel, Inc. 2005 Supplemental Executive Retirement Plan | 8-K | 001-05647 | 99.4 | March 18, 2005 |
| 10.43 | The Fisher-Price Pension Plan (1994 Restatement) | 10-K | 001-05647 | 10.41 | March 28, 2002 |
| 10.44 | Fifth Amendment to the Fisher-Price Pension Plan | 10-K | 001-05647 | 10.49 | March 28, 2001 |
| 10.45 | Sixth Amendment to the Fisher-Price Pension Plan | 10-K | 001-05647 | 10.43 | March 28, 2002 |
| 10.46 | Seventh Amendment to the Fisher-Price Pension Plan | 10-K | 001-05647 | 10.36 | March 12, 2004 |
| 10.47 | Eighth Amendment to the Fisher-Price Pension Plan | 10-K | 001-05647 | 10.37 | March 12, 2004 |
| 10.48* | Ninth Amendment to the Fisher-Price Pension Plan | | | | |
| 10.49 | The Fisher-Price Section 415 Excess Benefit Plan | 10 | 001-05647 | 10(n) | June 28, 1991 |
| 10.50 | Mattel, Inc. Personal Investment Plan, October 1, 2001 Restatement | 10-K | 001-05647 | 10.45 | March 28, 2002 |
| 10.51 | First Amendment to the Mattel, Inc. Personal Investment Plan | 10-K | 001-05647 | 10.40 | March 12, 2004 |
| 10.52 | Second Amendment to the Mattel, Inc. Personal Investment Plan | 10-K | 001-05647 | 10.41 | March 12, 2004 |
| 10.53 | Third Amendment to the Mattel, Inc. Personal Investment Plan | 10-K | 001-05647 | 10.42 | March 12, 2004 |
| 10.54 | Fourth Amendment to the Mattel, Inc. Personal Investment Plan | 10-K | 001-05647 | 10.43 | March 12, 2004 |
| 10.55 | Fifth Amendment to Mattel, Inc. October 1, 2001, Restated Personal Investment Plan | 10-Q | 001-05647 | 99.0 | November 8, 2004 |
| 10.56* | Sixth Amendment to Mattel, Inc. October 1, 2001 Restated Personal Investment Plan | | | | |
| 10.57 | Mattel, Inc. Amended and Restated 1990 Stock Option Plan (the "1990 Plan") | 10-K | 001-05647 | 10.49 | March 28, 2002 |
| 10.58 | Amendment No. 1 to the 1990 Plan | S-4 | 33-50749 | F-1 | October 25, 1993 |

98

Exhibit 47,
P. 1049

| Exhibit No. | Exhibit Description | Incorporated by Reference | | | |
|---|---|---|---|---|---|
| | | Form | File No. | Exhibit(s) | Filing Date |
| 10.59 | Amendment No. 2 to the 1990 Plan | 10-K | 001-05647 | 10.57 | March 28, 2001 |
| 10.60 | Amendment No. 3 to the 1990 Plan | 10-K | 001-05647 | 10.34 | March 10, 2000 |
| 10.61 | Amendment No. 4 to the 1990 Plan | 10-Q | 001-05647 | 99.0 | May 3, 2000 |
| 10.62 | Form of First Amendment to Award Agreement under the 1990 Plan | 10-K | 001-05647 | 10.60 | March 28, 2001 |
| 10.63 | Notice of Grant of Stock Options and Grant Agreement under the 1990 Plan | 10-K | 001-05647 | 10.61 | March 28, 2001 |
| 10.64 | Grant Agreement for a Non-Qualified Stock Option under the 1990 Plan | 10-K | 001-05647 | 10.62 | March 28, 2001 |
| 10.65 | Award Cancellation Agreement under the 1990 Plan | 10-K | 001-05647 | 10.63 | March 28, 2001 |
| 10.66 | Amended and Restated Mattel, Inc. 1996 Stock Option Plan (the "1996 Plan") | 10-K | 001-05647 | 10.58 | March 28, 2002 |
| 10.67 | Amendment to the 1996 Plan | S-8 | 333-75145 | 4.2 | March 26, 1999 |
| 10.68 | Amendment No. 2 to the 1996 Plan | 10-K | 001-05647 | 10.42 | March 10, 2000 |
| 10.69 | Amendment No. 3 to the 1996 Plan | 10-Q | 001-05647 | 99.1 | May 3, 2000 |
| 10.70 | Amendment No. 4 to the 1996 Plan | 10-K | 001-05647 | 10.68 | March 28, 2001 |
| 10.71 | Amendment No. 5 to the 1996 Plan | 10-Q | 001-05647 | 99.1 | October 26, 2001 |
| 10.72 | Amendment to the 1996 Plan | 10-K | 001-05647 | 10.64 | March 28, 2002 |
| 10.73 | Amendment No. 6 to the 1996 Plan | 10-Q | 001-05647 | 99.0 | August 9, 2002 |
| 10.74 | Amendment No. 7 to the 1996 Plan | 10-Q | 001-05647 | 99.0 | November 12, 2002 |
| 10.75 | Form of Option Grant Agreement for Outside Directors (Initial Grant) under the 1996 Plan, as amended | 10-Q | 001-05647 | 99.1 | August 14, 2003 |
| 10.76 | Form of Option Grant Agreement for Outside Directors (Annual Grant) under the 1996 Plan, as amended | 10-Q | 001-05647 | 99.2 | August 14, 2003 |
| 10.77 | Form of Option Grant Agreement (Three Year Vesting) under the 1996 Plan, as amended | 10-Q | 001-05647 | 99.3 | August 14, 2003 |
| 10.78 | Form of Grant Agreement for a Restricted Stock Grant under the Mattel, Inc. 1996 Stock Option Plan | 8-K | 001-05647 | 99.6 | March 18, 2005 |
| 10.79 | Mattel, Inc. 1997 Premium Price Stock Option Plan (the "1997 Plan") | DEF 14A | 001-05647 | A | March 26, 1998 |
| 10.80 | First Amendment to the 1997 Plan | 10-Q | 001-05647 | 10.00 | July 21, 1998 |
| 10.81 | Second Amendment to the 1997 Plan | 10-K | 001-05647 | 10.26 | March 31, 1999 |
| 10.82 | Amendment No. 3 to the 1997 Plan | 10-K | 001-05647 | 10.48 | March 10, 2000 |
| 10.83 | Amendment No. 4 to the 1997 Plan | 10-K | 001-05647 | 10.75 | March 28, 2001 |

99

Exhibit 47,
P. 1050

| Exhibit No. | Exhibit Description | Incorporated by Reference | | | |
| | | Form | File No. | Exhibit(s) | Filing Date |
|---|---|---|---|---|---|
| 10.84 | Amendment No. 5 to the 1997 Plan | 10-Q | 001-05647 | 99.1 | August 9, 2002 |
| 10.85 | Form of Option and TLSAR Agreement under the 1997 Plan (25% Premium Grant), as amended | 10-Q | 001-05647 | 10.1 | July 21, 1998 |
| 10.86 | Form of Option and TLSAR Agreement under the 1997 Plan (33 ⅓ % Premium Grant), as amended | 10-Q | 001-05647 | 10.2 | July 21, 1998 |
| 10.87 | Mattel 1999 Stock Option Plan (the "1999 Plan") | 10-K | 001-05647 | 10.51 | March 10, 2000 |
| 10.88 | Amendment No. 1 to the 1999 Plan | 10-Q | 001-05647 | 99.2 | May 3, 2000 |
| 10.89 | Amendment No. 2 to the 1999 Plan | 10-K | 001-05647 | 10.80 | March 28, 2001 |
| 10.90 | Amendment No. 3 to the 1999 Plan | 10-Q | 001-05647 | 99.2 | August 9, 2002 |
| 10.91 | Form of Option Grant Agreement (Three Year Vesting) under the 1999 Plan, as amended | 10-K | 001-05647 | 10.77 | March 12, 2004 |
| 10.92 | Mattel, Inc. 2005 Equity Compensation Plan ("the 2005 Plan") | DEF 14A | 001-05647 | Appendix C | April 13, 2005 |
| 10.93 | Form of Grant Agreement for grants to employees of Non-Qualified Stock Options ("NQSOs") under the 2005 Plan | 8-K | 001-05647 | 99.1 | August 5, 2005 |
| 10.94 | Form of Grant Agreement for grants to Robert A. Eckert of NQSOs under the 2005 Plan | 8-K | 001-05647 | 99.2 | August 5, 2005 |
| 10.95 | Form of Grant Agreement for grants to Matthew C. Bousquette of NQSOs under the 2005 Plan | 8-K | 001-05647 | 99.3 | August 5, 2005 |
| 10.96 | Form of Grant Agreement for grants to Thomas A. Debrowski of NQSOs under the 2005 Plan | 8-K | 001-05647 | 99.4 | August 5, 2005 |
| 10.97 | Form of Grant Agreement for grants to Kevin M. Farr of NQSOs under the 2005 Plan | 8-K | 001-05647 | 99.5 | August 5, 2005 |
| 10.98 | Form of Grant Agreement for grants to Neil B. Friedman of NQSOs under the 2005 Plan | 8-K | 001-05647 | 99.6 | August 5, 2005 |
| 10.99 | Form of Grant Agreement for Annual Grants to Outside Directors of NQSOs under the 2005 Plan | 10-Q | 001-05647 | 99.0 | August 3, 2005 |
| 10.100 | Form of Grant Agreement for Annual Grants to Outside Directors of Restricted Stock Units with Dividend Equivalents under the 2005 Plan | 10-Q | 001-05647 | 99.1 | August 3 2005 |

Exhibit 47,
P. 1651

| Exhibit No. | Exhibit Description | Incorporated by Reference | | | |
| --- | --- | --- | --- | --- | --- |
| | | Form | File No. | Exhibit(s) | Filing Date |
| 10.101 | Form of Grant Agreement for grant to Neil B. Friedman of Restricted Stock Units with Dividend Equivalents under the 2005 Plan | 8-K | 001-05647 | | October 14, 2005 |
| 10.102 | Mattel, Inc. Summary of Compensation of the Non-Employee Members of the Board of Directors | 8-K | 001-05647 | 99.2 | March 18, 2005 |
| 11.0* | Computation of Income per Common and Common Equivalent Share | | | | |
| 21.0* | Subsidiaries of the Registrant as of December 31, 2005 | | | | |
| 23.0* | Consent of Independent Registered Public Accounting Firm | | | | |
| 24.0* | Power of Attorney (on page 102 of Form 10-K) | | | | |
| 31.0* | Certification of Principal Executive Officer dated February 27, 2006 pursuant to Section 302 of the Sarbanes-Oxley Act of 2002 | | | | |
| 31.1* | Certification of Principal Financial Officer dated February 27, 2006 pursuant to Section 302 of the Sarbanes-Oxley Act of 2002 | | | | |
| 32.0** | Certification of Principal Executive Officer and Principal Financial Officer dated February 27, 2006, pursuant to 18 U.S.C. Section 1350, as adopted pursuant to Section 906 of the Sarbanes-Oxley Act of 2002 [1] | | | | |

\*    *Filed herewith.*
\*\*   *Furnished herewith.*

*(1) This exhibit should not be deemed to be "filed" for purposes of Section 18 of the Exchange Act.*

Mattel has not filed certain long-term debt instruments under which the principal amount of securities authorized to be issued does not exceed 10% of its total assets. Copies of such agreements will be provided to the SEC upon request.

(b) *Exhibits Required by Item 601 of Regulation S-K*

See Item (3) above.

(c) *Financial Statement Schedule*

See Item (2) above.

Copies of this Annual Report on Form 10-K (including Exhibit 24.0) and Exhibits 11.0, 21.0, 23.0, 31.0, 31.1 and 32.0 are available to stockholders of Mattel without charge. Copies of other exhibits can be obtained by stockholders of Mattel upon payment of twelve cents per page for such exhibits. Written requests should be sent to: Secretary, Mail Stop M1-1516, Mattel, Inc., 333 Continental Blvd., El Segundo, California 90245-5012.

101

Exhibit 47
P. 1052

## SIGNATURE

Pursuant to the requirements of Section 13 or 15(d) of the Securities Exchange Act of 1934, the registrant has duly caused this report to be signed on its behalf by the undersigned, thereunto duly authorized.

MATTEL, INC.
*Registrant*

By: _____/s/   KEVIN M. FARR_____

Kevin M. Farr
Chief Financial Officer

Date: February 27, 2006

## POWER OF ATTORNEY

We, the undersigned directors and officers of Mattel, Inc. do hereby severally constitute and appoint Robert A. Eckert, Robert Normile, Norman Gholson, and John L. Vogelstein, and each of them, our true and lawful attorneys and agents, to do any and all acts and things in our name and behalf in our capacities as directors and officers and to execute any and all instruments for us and in our names in the capacities indicated below, which said attorneys and agents, or any of them, may deem necessary or advisable to enable said Corporation to comply with the Securities Exchange Act of 1934, as amended, and any rules, regulations and requirements of the Securities and Exchange Commission, in connection with this Annual Report on Form 10-K, including specifically, but without limitation, power and authority to sign for us or any of us, in our names in the capacities indicated below, any and all amendments hereto; and we do each hereby ratify and confirm all that said attorneys and agents, or any one of them, shall do or cause to be done by virtue hereof.

Pursuant to the requirements of the Securities Exchange Act of 1934, this report has been signed below by the following persons on behalf of the registrant and in the capacities and on the dates indicated.

| Signature | Title | Date |
|---|---|---|
| /s/   ROBERT A. ECKERT<br>Robert A. Eckert | Chairman of the Board and Chief Executive Officer (principal executive officer) | February 27, 2006 |
| /s/   KEVIN M. FARR<br>Kevin M. Farr | Chief Financial Officer (principal financial officer) | February 27, 2006 |
| /s/   H. SCOTT TOPHAM<br>H. Scott Topham | Senior Vice President and Corporate Controller (principal accounting officer) | February 27, 2006 |
| /s/   EUGENE P. BEARD<br>Eugene P. Beard | Director | February 27, 2006 |
| /s/   MICHAEL J. DOLAN<br>Michael J. Dolan | Director | February 27, 2006 |
| /s/   TULLY M. FRIEDMAN<br>Tully M. Friedman | Director | February 27, 2006 |

102

Exhibit 47,
P. 1653

| Signature | Title | Date |
|---|---|---|
| /s/  ANDREA L. RICH<br>Andrea L. Rich | Director | February 27, 2006 |
| /s/  RONALD L. SARGENT<br>Ronald L. Sargent | Director | February 27, 2006 |
| /s/  CHRISTOPHER A. SINCLAIR<br>Christopher A. Sinclair | Director | February 27, 2006 |
| /s/  G. CRAIG SULLIVAN<br>G. Craig Sullivan | Director | February 27, 2006 |
| /s/  JOHN L. VOGELSTEIN<br>John L. Vogelstein | Director | February 27, 2006 |
| /s/  KATHY BRITTAIN WHITE<br>Kathy Brittain White | Director | February 27, 2006 |

103

Exhibit 47 ,
P. 1054

SCHEDULE II

MATTEL, INC. AND SUBSIDIARIES

VALUATION AND QUALIFYING ACCOUNTS AND ALLOWANCES

| | Balance at Beginning of Year | Additions Charged to Operations | Net Deductions | Balance at End of Year |
|---|---|---|---|---|
| | | | (In thousands) | |
| **Allowance for Doubtful Accounts** | | | | |
| Year ended December 31, 2005 . . . . . . . . . . . . . . . . . . . | $ 32,831 | $ 3,108 | $ (11,362)(a) | $ 24,577 |
| Year ended December 31, 2004 . . . . . . . . . . . . . . . . . . . | 27,451 | 7,659 | (2,279)(a) | 32,831 |
| Year ended December 31, 2003 . . . . . . . . . . . . . . . . . . . | 23,251 | 10,688 | (6,488)(a) | 27,451 |
| **Allowance for Inventory Obsolescence** | | | | |
| Year ended December 31, 2005 . . . . . . . . . . . . . . . . . . . | $ 65,231 | $27,574 | $ (32,270)(b) | $ 60,535 |
| Year ended December 31, 2004 . . . . . . . . . . . . . . . . . . . | 53,647 | 35,437 | (23,853)(b) | 65,231 |
| Year ended December 31, 2003 . . . . . . . . . . . . . . . . . . . | 49,118 | 36,992 | (32,463)(b) | 53,647 |
| **Income Tax Valuation Allowances** | | | | |
| Year ended December 31, 2005 . . . . . . . . . . . . . . . . . . . | $205,277 | $16,249 | $ (19,717)(c) | $201,809 |
| Year ended December 31, 2004 . . . . . . . . . . . . . . . . . . . | 208,878 | 25,745 | (29,346)(c) | 205,277 |
| Year ended December 31, 2003 . . . . . . . . . . . . . . . . . . . | 343,451 | 20,532 | (155,105)(c) | 208,878 |

(a)  *Includes writeoffs, recoveries of previous writeoffs, and currency translation adjustments.*
(b)  *Primarily represents relief of previously established reserves resulting from the disposal of related inventory, raw materials, write-downs and currency translation adjustments.*
(c)  *Primarily represents utilization of loss carryforwards.*

Exhibit 47
P. 1655

EXHIBIT 11.0

### MATTEL, INC. AND SUBSIDIARIES

### COMPUTATION OF INCOME PER COMMON AND COMMON EQUIVALENT SHARE

| | For the Year Ended December 31, | | | | |
|---|---|---|---|---|---|
| **BASIC** | 2005 | 2004 | 2003 | 2002 | 2001 |
| | (In thousands, except per share amounts) | | | | |
| Income from continuing operations .............. | $417,019 | $572,723 | $537,632 | $ 455,042 | $310,920 |
| Gain from discontinued operations, net of tax ...... | — | — | — | 27,253 | |
| Cumulative effect of change in accounting principles, net of tax ............................... | — | — | — | (252,194) | (12,001) |
| Net income applicable to common shares .......... | $417,019 | $572,723 | $537,632 | $ 230,101 | $298,919 |
| **Applicable Shares for Computation of Net Income Per Share:** | | | | | |
| Weighted average common shares outstanding ...... | 407,402 | 419,235 | 437,020 | 435,790 | 430,983 |
| **Net Income Per Common Share—Basic:** | | | | | |
| Income from continuing operations .............. | $ 1.02 | $ 1.37 | $ 1.23 | $ 1.04 | $ 0.72 |
| Gain from discontinued operations ................ | — | — | — | 0.06 | — |
| Cumulative effect of change in accounting principles ..................................... | — | — | — | (0.58) | (0.03) |
| Net income per common share .................. | $ 1.02 | $ 1.37 | $ 1.23 | $ 0.52 | $ 0.69 |
| **DILUTED** | | | | | |
| Income from continuing operations .............. | $417,019 | $572,723 | $537,632 | $ 455,042 | $310,920 |
| Gain from discontinued operations, net of tax ....... | — | — | — | 27,253 | |
| Cumulative effect of change in accounting principles, net of tax ............................... | — | — | — | (252,194) | (12,001) |
| Net income applicable to common shares .......... | $417,019 | $572,723 | $537,632 | $ 230,101 | $298,919 |
| **Applicable Shares for Computation of Net Income Per Share:** | | | | | |
| Weighted average common shares outstanding ...... | 407,402 | 419,235 | 437,020 | 435,790 | 430,983 |
| Weighted average common equivalent shares arising from: | | | | | |
| Dilutive stock options and restricted stock ...... | 3,637 | 3,858 | 5,211 | 5,355 | 4,765 |
| Stock subscription and other warrants ......... | — | — | — | 147 | 418 |
| Weighted average number of common and common equivalent shares ........................... | 411,039 | 423,093 | 442,231 | 441,292 | 436,166 |
| **Net Income Per Common Share—Diluted:** | | | | | |
| Income from continuing operations .............. | $ 1.01 | $ 1.35 | $ 1.22 | $ 1.03 | $ 0.71 |
| Gain from discontinued operations ................ | — | — | — | 0.06 | — |
| Cumulative effect of change in accounting principles ..................................... | — | — | — | (0.57) | (0.03) |
| Net income per common share .................. | $ 1.01 | $ 1.35 | $ 1.22 | $ 0.52 | $ 0.68 |

Exhibit 47,
P. 1056

EXHIBIT 31.0

## CERTIFICATION

I, Robert A. Eckert, certify that:

1. I have reviewed this annual report on Form 10-K of Mattel, Inc.;

2. Based on my knowledge, this annual report does not contain any untrue statement of a material fact or omit to state a material fact necessary to make the statements made, in light of the circumstances under which such statements were made, not misleading with respect to the period covered by this report;

3. Based on my knowledge, the financial statements, and other financial information included in this report, fairly present in all material respects the financial condition, results of operations and cash flows of the registrant as of, and for, the periods presented in this report;

4. The registrant's other certifying officer and I are responsible for establishing and maintaining disclosure controls and procedures (as defined in Exchange Act Rules 13a-15(e) and 15d-15(e)) and internal control over financial reporting (as defined in Exchange Act Rules 13a-15(f) and 15d-15(f)) for the registrant and have:

  (a) Designed such disclosure controls and procedures, or caused such disclosure controls and procedures to be designed under our supervision, to ensure that material information relating to the registrant, including its consolidated subsidiaries, is made known to us by others within those entities, particularly during the period in which this report is being prepared;

  (b) Designed such internal control over financial reporting, or caused such internal control over financial reporting to be designed under our supervision, to provide reasonable assurance regarding the reliability of financial reporting and the preparation of financial statements for external purposes in accordance with generally accepted accounting principles;

  (c) Evaluated the effectiveness of the registrant's disclosure controls and procedures and presented in this report our conclusions about the effectiveness of the disclosure controls and procedures, as of the end of the period covered by this report based on such evaluation; and

  (d) Disclosed in this report any change in the registrant's internal control over financial reporting that occurred during the registrant's most recent fiscal quarter (the registrant's fourth fiscal quarter in the case of an annual report) that has materially affected, or is reasonably likely to materially affect, the registrant's internal control over financial reporting; and

5. The registrant's other certifying officer and I have disclosed, based on our most recent evaluation of internal control over financial reporting, to the registrant's auditors and the audit committee of the registrant's board of directors (or persons performing the equivalent functions):

  (a) All significant deficiencies and material weaknesses in the design or operation of internal control over financial reporting which are reasonably likely to adversely affect the registrant's ability to record, process, summarize and report financial information; and

  (b) Any fraud, whether or not material, that involves management or other employees who have a significant role in the registrant's internal control over financial reporting.

Date:  February 27, 2006

By:  _Robert A. Eckert_
_____
Robert A. Eckert
Chairman and Chief Executive Officer
(Principal executive officer)

Exhibit 47,
P. 1657

**EXHIBIT 31.1**

### CERTIFICATION

I, Kevin M. Farr, certify that:

1. I have reviewed this annual report on Form 10-K of Mattel, Inc.;

2. Based on my knowledge, this annual report does not contain any untrue statement of a material fact or omit to state a material fact necessary to make the statements made, in light of the circumstances under which such statements were made, not misleading with respect to the period covered by this report;

3. Based on my knowledge, the financial statements, and other financial information included in this report, fairly present in all material respects the financial condition, results of operations and cash flows of the registrant as of, and for, the periods presented in this report;

4. The registrant's other certifying officer and I are responsible for establishing and maintaining disclosure controls and procedures (as defined in Exchange Act Rules 13a-15(e) and 15d-15(e)) and internal control over financial reporting (as defined in Exchange Act Rules 13a-15(f) and 15d-15(f)) for the registrant and have:

   (a) Designed such disclosure controls and procedures, or caused such disclosure controls and procedures to be designed under our supervision, to ensure that material information relating to the registrant, including its consolidated subsidiaries, is made known to us by others within those entities, particularly during the period in which this report is being prepared;

   (b) Designed such internal control over financial reporting, or caused such internal control over financial reporting to be designed under our supervision, to provide reasonable assurance regarding the reliability of financial reporting and the preparation of financial statements for external purposes in accordance with generally accepted accounting principles;

   (c) Evaluated the effectiveness of the registrant's disclosure controls and procedures and presented in this report our conclusions about the effectiveness of the disclosure controls and procedures, as of the end of the period covered by this report based on such evaluation; and

   (d) Disclosed in this report any change in the registrant's internal control over financial reporting that occurred during the registrant's most recent fiscal quarter (the registrant's fourth fiscal quarter in the case of an annual report) that has materially affected, or is reasonably likely to materially affect, the registrant's internal control over financial reporting; and

5. The registrant's other certifying officer and I have disclosed, based on our most recent evaluation of internal control over financial reporting, to the registrant's auditors and the audit committee of the registrant's board of directors (or persons performing the equivalent functions):

   (a) All significant deficiencies and material weaknesses in the design or operation of internal control over financial reporting which are reasonably likely to adversely affect the registrant's ability to record, process, summarize and report financial information; and

   (b) Any fraud, whether or not material, that involves management or other employees who have a significant role in the registrant's internal control over financial reporting.

Date: February 27, 2006

By: *Kevin M. Farr*

———————————————
Kevin M. Farr
Chief Financial Officer
(Principal financial officer)

**MATTEL, INC.**
**DIRECTORS AND OFFICERS**

**BOARD OF DIRECTORS**

Robert A. Eckert
Chairman and Chief Executive Officer,
Mattel, Inc.

Eugene P. Beard [1] [2] [3] [5]
Chairman and Chief Executive Officer,
Westport Asset Fund, Inc.

Michael J. Dolan [2]
Executive Vice President and
Chief Financial Officer, Viacom Inc. and
Chairman,
America's Choice, Inc.

Tully M. Friedman [1] [4] [5]
Chairman and Chief Executive Officer,
Friedman Fleischer & Lowe, LLC

Dominic Ng [7] [8]
Chairman, Chief Executive Officer and President,
East West Bancorp, Inc.

Dr. Andrea L. Rich [3] [4]
Former President, Chief Executive Officer and Director,
Los Angeles County Museum of Art

Ronald L. Sargent [4] [6]
Chairman and Chief Executive Officer,
Staples, Inc.

Christopher A. Sinclair [2] [5] [6]
Chairman,
Scandent Group Holdings, Mauritius

G. Craig Sullivan [3] [4]
Former Chairman and Chief Executive Officer,
The Clorox Company

John L. Vogelstein [1] [2] [3] [5]
Vice Chairman and Member,
Warburg Pincus LLC

Kathy Brittain White [4]
Founder,
Horizon Institute of Technology and
President and Founder,
Rural Sourcing, Inc.

(1) Member, Executive/Finance Committee
    John L. Vogelstein, Chair
(2) Member, Audit Committee
    Eugene P. Beard, Chair
(3) Member, Compensation Committee
    John L. Vogelstein, Chair
(4) Member, Governance and Social Responsibility Committee
    G. Craig Sullivan, Chair
(5) Member, Capital Allocation Committee
    John L. Vogelstein, Chair
(6) Member, Pension Committee
    Christopher A. Sinclair, Chair
(7) Mr. Ng will join the Board of Directors effective March 16, 2006
(8) Mr. Ng will join the Audit Committee effective April 17, 2006

**CORPORATE OFFICERS**

Robert A. Eckert
Chairman and Chief Executive Officer

Thomas A. Debrowski
Executive Vice President, Worldwide Operations

Kevin M. Farr
Chief Financial Officer

Alan Kaye
Senior Vice President, Human Resources

Robert Normile
Senior Vice President, General Counsel and Secretary

Michael A. Salop
Treasurer and Senior Vice President, External Affairs

H. Scott Topham
Senior Vice President and Corporate Controller

**BUSINESS UNIT EXECUTIVES**

Ellen L. Brothers
Executive Vice President of Mattel and
President, American Girl

Neil B. Friedman
President, Mattel Brands

Bryan G. Stockton
Executive Vice President, International

Exhibit 47
P. 1659

# CORPORATE INFORMATION

**CORPORATE OFFICE**
333 Continental Blvd.
El Segundo, CA 90245-5012
310-252-2000

For more information, please visit Mattel's
corporate website: www.mattel.com

**TRANSFER AGENT AND REGISTRAR**
Mattel, Inc. Common Stock
Computershare Trust Company, N.A.

**STOCKHOLDER ADMINISTRATION**
Inquiries relating to stockholder accounting
records, stock transfer, dividends (including
dividend reinvestment) and direct stock
purchase for Mattel, Inc. Common Stock should
be directed to:
Computershare Trust Company, N.A.
P.O. Box 43010
Providence, RI 02940-3010
888-909-9922
Website: www.computershare.com/equiserve

**STOCK EXCHANGE LISTING**
Mattel, Inc. Common Stock
New York Stock Exchange and
Pacific Exchange, Inc.
Ticker Symbol: MAT

**NOTE TRUSTEE**
Mattel, Inc. Medium-Term Notes
J.P. Morgan Trust Company, N.A.
600 Travis Street, Suite 1150
Houston, TX 77002

**MEDIA RELATIONS**
Financial media should contact:
Lisa Marie Bongiovanni
Vice President,
Corporate Communications at
310-252-3524

**INVESTOR RELATIONS**
Institutional investors, analysts,
brokers and other members of the professional
financial community should contact:
Joleen Jackson
Director, Investor Relations
at 310-252-2702 or
Mike Salop, Treasurer
and Senior Vice President External Affairs
at 310-252-2703

**COMMON STOCKHOLDERS**
As of February 24, 2006 there were approximately
41,000 holders of record of Mattel, Inc. Common Stock

**ANNUAL MEETING**
The Annual Meeting of Stockholders
will be held May 11, 2006,
at 10:00 a.m. at the
The Westin Los Angeles Airport Hotel,
5400 West Century Blvd.
Los Angeles, CA 90045

**FORM 10-K**
Mattel's Annual Report to the Securities and
Exchange Commission on Form 10-K for the year
ended December 31, 2005 is available on Mattel's
corporate website: www.mattel.com,
by calling toll-free 866-MAT-NYSE or by writing to:
Secretary
Mail Stop M1-1516,
Mattel, Inc.
333 Continental Blvd.
El Segundo, CA 90245-5012



*TRADEMARK LEGENDS*

Printed in USA on recycled paper.
©2006 Mattel, Inc. All Rights Reserved.

Exhibit 47
P. 1066



MATTEL

Exhibit 47,
P. 1061