**Exhibit 48**



EXHIBIT
WAGNER
4569
3/21/08



WHERE KNOWLEDGE IS POWER

IBISWorld Industry Report
February 18 2008

Doll, Toy and Game Manufacturing in the US: 33993



DISCLAIMER

This product has been supplied by IBISWorld Inc. ("IBISWorld") solely for use by its authorized licensees strictly in accordance with their license agreements with IBISWorld. IBISWorld makes no representation to any person with regard to the completeness or accuracy of the data or information contained herein, and it accepts no responsibility and disclaims all liability (save for liability which cannot be lawfully disclaimed) for loss or damage whatsoever suffered or incurred by any other person resulting from the use of, or reliance upon, the data or information contained herein. Copyright in this publication is owned by IBISWorld Inc. The data or information contained herein is not to be relied upon other than the purchaser where the purchaser is on the basis that the purchaser agrees not to copy the material contained within it for other than the purchaser's own purposes. In the event that the purchaser uses or quotes from the material in this publication - in papers, reports, or opinions prepared for any other person - it is agreed that it will be sourced to: IBISWorld Inc.

Exhibit 48
P. 10162

# Contents

Industry Definition ........................................................................................... 3
   ACTIVITIES (PRODUCTS AND SERVICES) ............................................ 3
   SIMILAR INDUSTRIES ............................................................................. 3
   DEMAND & SUPPLY INDUSTRIES .......................................................... 4
Key Statistics .................................................................................................. 5
   REAL GROWTH ....................................................................................... 6
   RATIO TABLE .......................................................................................... 6
   GRAPHS .................................................................................................. 6
Segmentation ................................................................................................. 8
   PRODUCTS AND SERVICE SEGMENTATION ....................................... 8
   MAJOR MARKET SEGMENTS ................................................................. 9
   INDUSTRY CONCENTRATION .............................................................. 10
   GEOGRAPHIC SPREAD ........................................................................ 11
Market Characteristics ................................................................................. 13
   MARKET SIZE ....................................................................................... 13
   LINKAGES ............................................................................................. 13
   DEMAND DETERMINANTS .................................................................... 14
   DOMESTIC AND INTERNATIONAL MARKETS ...................................... 15
   BASIS OF COMPETITION ...................................................................... 17
   LIFE CYCLE ........................................................................................... 17
Industry Conditions ...................................................................................... 19
   BARRIERS TO ENTRY ........................................................................... 19
   TAXATION ............................................................................................. 19
   INDUSTRY ASSISTANCE ...................................................................... 19
   REGULATION AND DEREGULATION ................................................... 20
   COST STRUCTURE ............................................................................... 20
   CAPITAL AND LABOR INTENSITY ........................................................ 21
   TECHNOLOGY AND SYSTEMS ............................................................ 22
   INDUSTRY VOLATILITY ......................................................................... 22
   GLOBALIZATION ................................................................................... 23
Key Factors .................................................................................................. 24
   KEY SENSITIVITIES .............................................................................. 24
   KEY SUCCESS FACTORS ..................................................................... 24
Key Competitors ........................................................................................... 26
   MAJOR PLAYERS ................................................................................. 26
   PLAYER PERFORMANCE ..................................................................... 26
   OTHER PLAYERS ................................................................................. 33
Industry Performance ................................................................................... 38
   CURRENT PERFORMANCE .................................................................. 38
   HISTORICAL PERFORMANCE .............................................................. 40
Outlook ......................................................................................................... 43

Exhibit 48
P. 1063

# Industry Definition

This industry comprises establishments primarily engaged in manufacturing dolls, toys, and games, such as complete dolls, doll parts, doll clothes, action figures, toys, games (including electronic), hobby kits, and children's vehicles (except metal bicycles and tricycles). Doll, toy and game manufacturing functions include buying raw materials, designing samples, arranging for the toys to be made from these materials, and marketing finished products to wholesalers and retailers.

## ACTIVITIES (PRODUCTS AND SERVICES)

The primary activities of this industry are:
- Action figures manufacturing
- Clothing, doll, manufacturing
- Doll clothing manufacturing
- Dolls, doll parts, and doll clothing (except wigs) manufacturing
- Stuffed toys (including animals) manufacturing
- Toys, doll, manufacturing
- Toys, stuffed, manufacturing

The major products and services in this industry are:
- Infant/Preschool Toys
- All other Toys
- Outdoor and Sports toys
- Dolls
- Board Games & Puzzles
- Arts and Crafts
- Vehicles
- Action Figures & Accessories
- Plush Toys
- Building Sets
- Learning/Exploration Toys

## SIMILAR INDUSTRIES

Industry: 33461 - Manufacturing and Reproducing Magnetic and Optical Media in the US
Description: Establishments engaged in manufacturing electronic video game cartridges and reproducing video game software.

Industry: 33699a - Motorcycle, Bicycle and Parts Manufacturing in the US
Description: Establishments engaged in manufacturing bicycles and metal tricycles.

Industry: 33699b - Military Armored Vehicle, Tank and Tank Component Manufacturing in the US
Description: Establishments engaged in manufacturing bicycles and metal tricycles.

Industry: 33992 - Sporting and Athletic Goods Manufacturing in the US
Description: Establishments engaged in manufacturing sporting and athletic goods.

© Copyright 2008, IBISWorld Inc.

Exhibit 48
P. 1064

Industry:  ▣ 33999 - All Other Miscellaneous Manufacturing in the US
Description:  Establishments engaged in manufacturing coin-operated game machines.

## DEMAND & SUPPLY INDUSTRIES

▣ 21239 - Other Nonmetallic Mineral Mining and Quarrying in the US
▣ 32221 - Paperboard Container Manufacturing in the US
▣ 32311 - Printing in the US
▣ 32614 - Polystyrene Foam Product Manufacturing in the US
▣ 32619 - Other Plastics Product Manufacturing in the US
▣ 32629 - Other Rubber Product Manufacturing in the US
▣ 33121 - Iron and Steel Pipe and Tube Manufacturing from Purchased Steel in the US
▣ 42192 - Toy and Hobby Goods and Supplies Wholesalers in the US
▣ 45112 - Hobby, Toy and Game Stores in the US
▣ 45322 - Gift, Novelty and Souvenir Stores in the US

© Copyright 2008, IBISWorld Inc.

Exhibit 48
P. 1065

# Key Statistics

| | 2004 | 2005 | 2006 | 2007 | 2008 | |
|---|---|---|---|---|---|---|
| Industry Revenue | *3,755.4 | *3,415.8 | *3,217.9 | *3,120.4 | *3,025.9 | $Mil |
| (2006 dollar value) | *3,541.3 | *3,318.5 | *3,217.9 | n/a | n/a | |
| Industry Gross Product | *2,085.5 | *2,025.9 | *1,852.5 | *1,796.4 | *1,741.9 | $Mil |
| (2006 dollar value) | *1,966.6 | *1,968.2 | *1,852.5 | n/a | n/a | |
| Exports | *933.2 | *1,101.4 | *1,325 | *1,550 | n/a | $Mil |
| (2006 dollar value) | *880 | *1,070 | *1,325 | n/a | n/a | |
| Imports | *15,105.2 | *16,720.2 | *16,972 | *17,500 | n/a | $Mil |
| (2006 dollar value) | *14,244 | *16,244 | *16,972 | n/a | n/a | |
| Total Wages | *561.7 | *556.3 | *525.6 | *530.8 | *528 | $Mil |
| (2006 dollar value) | *529.7 | *540.5 | *525.6 | n/a | n/a | |
| Domestic Demand | *17,927.4 | *19,034.6 | *18,864.9 | *19,070.4 | NC | $Mil |
| (2006 dollar value) | *16,905.3 | *18,492.5 | *18,864.9 | NC | NC | |
| Number of Establishments | 810 | 790 | *766 | *750 | *745 | Units |
| Number of Enterprises | *659 | *640 | *620 | *600 | *590 | Units |
| Employment | 15,257 | 14,876 | *14,725 | *14,550 | *13,625 | Units |

© Copyright 2006, IBISWorld Inc.

6

Exhibit 48
P. 1666

KEY STATISTICS
Doll, Toy and Game Manufacturing in the US
February 18 2008

## REAL GROWTH

| | 2004 | 2005 | 2006 | 2007 | 2008 | |
|---|---|---|---|---|---|---|
| Industry Revenue | *17.4 | *-9.7 | *-7.7 | *-9.0 | *-5.6 | % |
| Industry Gross Product | *28.0 | *-14.7 | *-4.9 | *-2.9 | *-8.6 | % |
| Number of Establishments | -2.7 | -4.1 | -4.1 | -2.5 | *-3.0 | % |
| Number of Enterprises | *-4.6 | *3.3 | *-1.3 | *-2.9 | *-3.1 | % |
| Employment | -12.9 | -10.1 | -16.8 | -2.5 | *-1.0 | % |
| Exports | *-5.3 | *1.3 | *-0.9 | *18.0 | *20.3 | % |
| Imports | *4.2 | *-7.8 | *-2.4 | *10.7 | *1.5 | % |
| Total Wages | *-5.0 | *-9.3 | *-13.9 | *-1.0 | *-5.5 | % |
| Domestic Demand | NC | *6.2 | *-0.9 | NC | NC | % |

## RATIO TABLE

| | 2004 | 2005 | 2006 | 2007 | 2008 | |
|---|---|---|---|---|---|---|
| Imports share of domestic demand | *93.58 | *81.28 | *80.07 | N/A | N/A | % |
| Exports Share of Revenue | *20.63 | *23.14 | *24.85 | *32.24 | *41.18 | % |
| Average Revenue per Employee | 0.22 | 0.22 | 0.25 | 0.23 | *0.22 | $Mill |
| Wages and Salaries Share of Revenue | *15.96 | *16.03 | *14.96 | *16.29 | *16.33 | % |

## GRAPHS



Revenue

Revenue Growth Rate

⊛ Copyright 2008, IBISWorld Inc.

6

Exhibit 48
P. 1067

KEY STATISTICS
Doll, Toy and Game Manufacturing in the US
February 18 2006



Note: Unless specified, an asterisk (*) associated with a number in a table indicates an IBISWorld estimate and references to dollars are to US dollars.

© Copyright 2006, IBISWorld Inc.

Exhibit 48,
P. 1068

## Segmentation

### PRODUCTS AND SERVICE SEGMENTATION



| Product/Services | Share |
|---|---|
| Infant/Preschool Toys | 14.5% |
| All other Toys | 12.8% |
| Outdoor and Sports toys | 12.6% |
| Dolls | 12.6% |
| Board Games & Puzzles | 11.2% |
| Arts and Crafts | 11.2% |
| Vehicles | 8.0% |
| Action Figures & Accessories | 6.1% |
| Plush Toys | 6.0% |
| Building Sets | 3.2% |
| Learning/Exploration Toys | 1.8% |

- IBISWorld estimates that in 2005, the top categories in Toy, and Game Manufacturing Industry's product segmentation are; arts and crafts, dolls, games and puzzles, infant/preschool and outdoor/sports toys.
- The top category was infant/preschool with 14.5%, followed by outdoor/sports 12.6% and dolls 12.6%.
- Infant/Preschool retail sales (including imports) for 2005 reached $3.1 billion, outdoor/sports $2.7 billion and dolls reached $2.7 billion.

© Copyright 2008, IBISWorld Inc.

8

Exhibit 48
P. 1669

Sales of Traditional Toys in US, 2003 to 2005

| Category | Billion Dollars 2003 | Billion Dollars 2004 | Billion Dollars 2005 |
|---|---|---|---|
| Action Figures and Accessories | 1.2 | 1.2 | 1.3 |
| Arts and Crafts | 2.5 | 2.3 | 2.4 |
| Building Sets | 0.6 | 0.6 | 0.7 |
| Dolls | 2.8 | 2.5 | 2.7 |
| Games and Puzzles | 2.4 | 2.3 | 2.4 |
| Infant/Preschool | 2.6 | 2.8 | 3.1 |
| Learning and Exploration | 0.4 | 0.5 | 0.4 |
| Outdoor and Sports Toys | 2.3 | 2.2 | 2.7 |
| Plush | 1.4 | 1.2 | 1.3 |
| Vehicles | 2.0 | 1.8 | 1.8 |
| Other Toys | 2.5 | 2.5 | 2.5 |
| Total Traditional Toy Industry | 20.7 | 20.1 | 21.3 |
| Video Games | 10.0 | 9.9 | 10.5 |

Source: NPD Group

- The two fastest growing categories in 2005 were outdoor/sports equipment and infant/preschool. Only two categories declined, they were plush and learning and exploration.
- Outdoor sports and infant/preschool have increased in popularity since 2003, while vehicles, dolls and plush sales declined.
- Preliminary results from a 2006 NPD study showed total retail sales increased slightly by 0.34%, reaching $22.3 billion in sales compared with $22.2 billion in 2005.

## MAJOR MARKET SEGMENTS



| Market Segment | Share |
|---|---|
| Retailers | 50.0% |
| Wholesalers | 35.0% |
| Schools | 10.0% |
| Toy Associations | 5.0% |

- Local manufacturers of dolls, toys and games sell mainly to wholesalers, and general and specialist retailers.
- The final purchasers of dolls, toys and games could be segmented by gender, ethnic background, age, geographic area of residence, household size and ages and household income. Young children who live in households with an

© Copyright 2008, IBISWorld Inc.

Exhibit 48
P. 1070

above average income are a major market for many dolls, toys and games. However, the characteristics of consumers vary from product to product.

- Manufacturers market their products through diverse channels of distribution. This provides diversification to the manufacturer's risk profile.
- There has been a trend for some large chain retailers to sell private label toys designed and branded by the retailers themselves. Such private label toys are usually sold at prices lower than comparable toys sold by manufacturers, hurting manufacturer's margins.
- Retailers (such as J.C. Penney and Target) have begun licensing certain products from manufacturers as a way to distinguish themselves from competitors. Exclusive licensing agreements mean retailers don't have to compete with other retailers for the same branded merchandise.
- According to the NPD Group, 51% of the toy sales by retail channel in terms of value were through mass merchandisers and discount stores while toy stores only accounted for 24% of all the toy sales by retail channel in 2004. The remaining 25% of all the retail channel sales for toys were done through department stores, electronic/video stores, food and drug stores, direct mail/internet sales and other channels in 2004.

## INDUSTRY CONCENTRATION

This industry is highly concentrated

- The Doll, Toy and Games Manufacturing industry consist of a large number of small establishments. The industry's four largest major players account for around 75% of industry revenue. As a result, there is a high level of concentration in the industry relative to other industries.
- Also, there are a large number of small sized establishments (employing between 1 to 4 people) operating in the industry. IBISWorld estimates in 2007 that there are 750 establishments operating in the Doll, Toy and Games Manufacturing industry. The following table provides a breakdown of establishments by employee numbers in 2007.

Establishments by Employment Size: 2007*

| Number of Employees | Percentage of Establishments |
|---|---|
| 1-4 | 52.3 |
| 5-9 | 16.3 |
| 10-19 | 9.6 |
| 20-49 | 11.7 |
| 50-99 | 5.4 |
| 100-249 | 3.4 |
| 500-999 | 0.7 |
| 1000-2499 | 0.1 |
| 2500+ | 0.5 |

Source: US Census
Note: *IBISWorld estimates based upon 2002 Census Data

Exhibit 48
P. 1071

## GEOGRAPHIC SPREAD

Year: 2007
Geographic Spread



| Region | Percentage |
|---|---|
| Far West | 21.8 |
| Mid East | 18.1 |
| Great Lakes | 16.8 |
| South East | 14.6 |
| New England | 9.6 |
| Plains | 8.3 |
| South West | 6.5 |
| Rocky Mountains | 4.3 |

- Establishments in the Doll, Toy and Games Manufacturing Industry are concentrated in the Far West, Mid East and in the Great Lakes regions. The three regions account for 56.7% of total establishments in the industry.
- The table below shows the percentage distribution of the population by age and region. Due to the fact that the age distribution of the population plays a significant role in this industry, it may be estimated that over the long run the demand for the Doll, Toy and Game Manufacturing Industry will decline as the ageing population takes centre stage in all regions across the United States.

© Copyright 2008, IBISWorld Inc.

11

Exhibit 48
P. 1672

Percentage Distribution of the Population by Age and Region: 1995, 2010, and 2025

| 1995 | Percentage Under 20 years | Percentage 20 to 64 years | Percentage 65 years and over |
|---|---|---|---|
| United States | 28.8 | 58.4 | 12.8 |
| Northeast | 26.9 | 58.9 | 14.2 |
| Midwest | 29 | 57.9 | 13.1 |
| South | 28.8 | 58.5 | 12.7 |
| West | 30.4 | 58.3 | 11.3 |
| 2010 | | | |
| United States | 27.4 | 59.4 | 13.2 |
| Northeast | 26.2 | 60.1 | 13.7 |
| Midwest | 26.9 | 59.5 | 13.6 |
| South | 26.6 | 59.8 | 13.8 |
| West | 29.8 | 58.5 | 11.7 |
| 2025 | | | |
| United States | 26.8 | 54.7 | 18.5 |
| Northwest | 25.8 | 56 | 18.2 |
| Midwest | 26.1 | 54.8 | 19.1 |
| Southwest | 25.3 | 54.7 | 20 |
| West | 29.9 | 54 | 16.1 |

Source: Census Bureau

- Manufacturers of toys have the highest concentration of establishments in the Far West and Mid East regions. By locating in the Far West and Great Lakes regions, manufacturers are increasing their proximity to the majority of their clients, thus reducing transportation costs.

Other Geographic Spread Data

| Region | Percentage Revenue | Percentage Wages | Percentage Employment |
|---|---|---|---|
| Far West | 41.2 | 30.9 | 30.4 |
| Great Lakes | 26.7 | 30.3 | 30.6 |
| Mid East | 14.4 | 16.7 | 16.3 |
| New England | 4.6 | 5.3 | 5.8 |
| Plains | 4.0 | 3.0 | 3.2 |
| Rocky Mountains | 3.7 | 3.8 | 3.9 |
| South East | 4.5 | 9.0 | 8.8 |
| South West | 0.8 | 1.0 | 1.0 |
| Total | 100.0 | 100.0 | 100.0 |

Source: Census Bureau

© Copyright 2008, IBISWorld Inc.

Exhibit 48
P. 1673

# Market Characteristics

## MARKET SIZE

Market Size outlines the size of an industry in the current financial year based on its key statistics such as revenue, gross product, enterprise and establishment numbers, employment and wages paid.

### Revenue and Gross Product

In 2007, IBISWorld estimates that the Doll, Toy and Game Manufacturing industry will generated revenue of $3.1 billion, representing a decrease of 3.0% compared to 2006. IBISWorld estimates that this industry accounted for about 0.1% of total US Manufacturing revenue in 2007. During the year, this industry will contribute gross product of $1.8 billion, representing a decrease of 3.0% compared to 2006. Overall, this industry will account for less than 0.1% of total US GDP.

### Enterprises and Establishments

In 2007, this industry will comprise about 600 enterprises, representing a decrease of 0.2% compared to 2006. Overall, these enterprises will control about 750 establishments, down 2.1% compared to 2006. During 2007, the four largest players in the industry will include Mattel Inc., Hasbro Inc., LeapFrog Enterprises Inc and Russ Berrie and Company LLC, who together will account for about 75% of industry revenue.

### Imports and Exports

In 2007, this industry will import about $17.5 billion in goods, representing an increase of 4.7% compared to 2006. Overall, imports will account for 96.6% of domestic demand in 2007, compared to 95.1% in 2006. The largest importer into the US is China who accounted for 19.6% all imports in 2006. In 2007, this industry will export about $1.5 billion in goods, representing an increase 17.0% compared to 2006. Overall, exports will account for about 49.7% of industry revenue in 2007, compared to 41.2% in 2006. The largest export market for this industry is Canada which accounted for 32.7% all exports in 2006. Exports have been growing faster than imports in the current period primarily due to the depreciating US dollar.

### Employment and Wages

In 2007, this industry will employ 14,550 people, representing an increase of 1.2% compared to 2006. Wages for this industry are expected to reach about $530.8 million in 2007, representing an increase of 1.0% compared to 2007. Overall, industry wages will account for 17.0% of revenue in 2007, compared to 16.3% in 2006.

### Executive Summary

This industry is part of the Other Miscellaneous Manufacturing in the US. Demand for goods manufactured by this industry is affected by fluctuations in the level of real household disposable income, seasonal trends, population characteristics, consumer preferences and leisure time availability. The performance of this industry over the current performance period has been affected by a decline in enterprise and establishment numbers, a reduction in employment levels and a shift in production to overseas locations. In addition, this industry has also been influenced by continued mass-imports of toys from Asia, principally China. Growth in import volumes have effectively reduced profit levels for domestic companies and increased competition.

## LINKAGES

### Demand Linkages

▣ 42192 - Toy and Hobby Goods and Supplies Wholesalers in the US

© Copyright 2006, IBISWorld Inc.

Exhibit 48
P. 1674

Major customers - Purchase toys, particularly dolls, for resale.

45112 - Hobby, Toy and Game Stores in the US
Major customers - purchase toys for retail sale in toy and game stores.

45322 - Gift, Novelty and Souvenir Stores in the US
Purchase toys for retail sale at novelty stores.

**Supply Linkages**
21239 - Other Nonmetallic Mineral Mining and Quarrying in the US
Provides gems to this industry

32221 - Paperboard Container Manufacturing in the US
Packaging for toys and games

32311 - Printing in the US
Provides printing for paper and cardboard packaging

32614 - Polystyrene Foam Product Manufacturing in the US
Supplier of pads and shaped cushioning, polystyrene foam, products used for packaging dolls, toys and games.

32619 - Other Plastics Product Manufacturing in the US
Supplies plastics for doll, toy and game manufacturing

32629 - Other Rubber Product Manufacturing in the US
Supplier of rubber products, such as rubber tubing, used to manufacture toys and games.

33121 - Iron and Steel Pipe and Tube Manufacturing from Purchased Steel in the US
Supplier of metal parts for toys

## DEMAND DETERMINANTS

Demand Determinants outlines the various factors which stimulate or reduce demand for goods supplied by this industry. The demand determinants include:

**Household Disposable Income**
The level of real household disposable income determines the quantity, quality and frequency of purchases of toys and games. As the level of real household disposable income increases, the purchases of toys will rise as consumers have greater discretionary spending power. However, it is interesting to note that the purchase of arts and crafts may actually increase as household disposable income decreases as consumers become more price conscious and engage in cheaper do-it-yourself activities.

**Seasonality**
Seasonal factors affect demand for products in this industry. Over 45% of toy retail sales occur in the fourth quarter, in the build up to Christmas. Similarly, sales of crafting products increase in the fourth quarter as more people decorate their homes and offices and make gifts for the festive season. Furthermore, seasonality for toys can also be summarized by product types such as;
-Outdoor games in spring

© Copyright 2008, IBISWorld Inc.

Exhibit 48
P. 1675

-Travel games for summer vacations
-Board games for longer winter nights

**Population Characteristics**
The growth and age structure of the population also affect the demand for toys and crafts. The youth market is the major market for toys. In contrast, the married, female population is the target market for arts and crafts. The toy and games industry has benefited in recent years from a growing population of more affluent baby boomers engaging in home based activities. According to the Census Bureau, in 2002, the age cohort 0-14 was approximately 21% of the American population. This group has remained a relatively stable portion of the American population over the last five years, and at approximately 21%, this stability is forecast to remain throughout the outlook period.

**Consumer Preferences**
The preferences of consumers play a major role in determining the demand for the industry products. For instance, the greatest impact on toy sales is global 'fads', which are usually linked to popular cartoons or films.

**Leisure Time Availability**
The amount of leisure time available to people influences the amount of time people have to participate in games and leisure activities.

**Substitute Prices**
As the relative price of dolls, toys and games rises in comparison to other substitutes (e.g. sporting equipment), manufacturers may experience a decline in demand. Popularity of certain films, books and TV shows are considered as substitutes in the industry. The rise in popularity of certain films, books and TV shows can create demand for toys based on characters (e.g. Disney's The Little Mermaid and Spider-Man). Also, the rise in popularity of video games can re-direct the time and money consumers have allocated to dolls and toys, and this may have a negative impact on demand in this industry.

## DOMESTIC AND INTERNATIONAL MARKETS

**Domestic and International Markets Exports**
Exports in this industry are high
Exports in this industry are increasing

**Domestic and International Markets Imports**
Imports in this industry are high
Imports in this industry are increasing

**Domestic and International Markets Analysis**

Domestic and International markets examines the import source and export destination for goods supplied by this industry. Over the five years ended 2006, both imports and exports have been increasing. Imported toys and games from Asia, principally from China, have caused a decline in the domestic manufacturing industry. Intense competition has arisen as a result of a global shift in manufacturing to China which is a "low-cost" producer of toys. Labor remains the most important cost factor in production. Wage rates in the developing Asian nations are as low as 5% of those in the United States.

**Imports**

© Copyright 2008, IBISWorld Inc.

Exhibit 48
P. 1076

This category examines the domestic market and its demand for foreign imports. Trade data indicates that doll, toy and games imports reached $16.9 billion in 2006, representing an increase of 4.5% (in nominal terms) compared to 2005. IBISWorld forecasts that import levels will reach about $17.5 million in 2007. Overall, imports will account for 96.6% of domestic demand in 2007, compared to 95.1% in 2006.

Doll, Toy and Game Manufacturing Imports: 2002 to 2007*

| Year | Million Dollars Imports | Percent Growth |
|------|------------------------|----------------|
| 2002 | 15062 | N/C |
| 2003 | 14173 | -5.9% |
| 2004 | 14244 | 0.5% |
| 2005 | 16243 | 14.0% |
| 2006 | 16972 | 4.5% |
| 2007 | 17500 | 3.1% |

Source: International Trade Commission

Data for 2006 indicates that the top five import countries for Doll, Toy and Game goods included:
- China: $14.6 billion
- Japan: $886.0 million
- Mexico: $312.0 million
- Hong Kong: $174.2 million
- Taiwan: $169.1 million

Exports

This category examines the international market and its demand for US exports. Trade data indicates that doll, toy and game exports reached $1.3 billion in 2006, representing an increase of 23.8% (in nominal terms) compared to 2005. IBISWorld forecasts that export levels will reach about $1.55 billion in 2007. Overall, exports will account for 49.7% of revenue in 2007, compared to 41.2% in 2006.

Doll, Toy and Game Manufacturing Exports: 2002 to 2007*

| Year | Million Dollars Exports | Percent Growth |
|------|------------------------|----------------|
| 2002 | 835.0 | N/C |
| 2003 | 863.0 | 3.4% |
| 2004 | 880.0 | 2.0% |
| 2005 | 1070.0 | 21.6% |
| 2006 | 1325.0 | 23.8% |
| 2007 | 1550.0* | 17.0% |

Source: International Trade Commission

Data for 2006 indicates that the top five export countries for Doll Toy and Game goods included:
- Canada: $433.3 million
- Mexico: $233.3 million
- United Kingdom: $76.5 million
- Hong Kong: $71.8 million

© Copyright 2006, IBISWorld Inc.

Exhibit 48
P. 1677

• Australia: $51.2 million

## BASIS OF COMPETITION
Competition in this industry is high
Competition in this industry is steady

Basis of Competition outlines the various factors which influence the level of rivalry between operators in this industry (internal competition) and operators in other industries (external competition).

- A high degree of concentration amongst the industry players. The Doll, Toy and Games Manufacturing industry is dominated by the top four manufacturers who account for approximately 75% of industry revenue.
- High levels of imports which provide competition to domestic manufacturers through, price, quality, quantity and product range.
- A medium level of barriers to entry, which increases the threat of competition from firms not present in the industry.
- Low level of product differentiation between competitors which commonly sees any new designs quickly copied by existing players. Many of the product segments such as dolls and soft toys are characterized by widespread imitation of popular designs.
- Competition is based on new product introductions, price reductions and extended payment terms.

**Firms within the industry compete upon the following basis:**

Product Availability: The availability of products to wholesalers is crucial in the industry since in particular the industry is extremely competitive and players in the industry are very determined to have their supplies in need, especially in peak times like Christmas. A key strategy is to predict demand for certain products to ensure over/undersupply issues aren't a problem.

Price: Industry players primarily compete upon price. Prices for Doll, Toy, and Game Manufacturing industry products tend to fluctuate, from season to season, depending upon productive capacity and industry demand. Also, price stability plays a major role in the industry due to the trend towards greater use of substitute products like video games.

In-place Labor Costs: Firms need to ensure the right amount of labor is in place to produce the goods when needed. Labor needs to be flexible to cope with demand fluctuations.

Product Range: Firms aim to have the newest and most advanced product on the market. Word or mouth and fashion play a large part of toys sales with parents and children wanting to have the latest toy available.

Also, the industry also competes with other manufacturers of equipment used for leisure. For example, this industry would compete with video game manufacturers, sports goods manufacturers and book publishers.

## LIFE CYCLE
**Life Cycle Stage**
The life cycle stage is decline

**Life Cycle Reasons**

© Copyright 2008, IBISWorld Inc.

Exhibit 48
P. 1078

- Rationalization in the number of establishments is indicative of an industry operating in the decline phase of its lifecycle.
- Decline in gross product compared to growth within total US GDP further supports the declining lifecycle for this industry.
- Static change in enterprise numbers indicates a saturated market in terms of players.
- Revenue prospects have been hampered by continued growth in import levels which have reduced domestic product and profits.

**Life Cycle Analysis**
- Over the past five years, the industry's value added has been declining at an average annual rate of 6.9% compared to the overall economy which has been growing at 3.3%.
- Intense competition from Asian imports will continue to place pressure on participants to close operations or merge to maintain profitability. Consequently establishment numbers in this industry are forecasted to decline also over the outlook period.
- This industry has very sophisticated and demanding buyers which creates a high degree of price competition amongst manufacturers.
- The product market of this industry is well defined and developed.

© Copyright 2006, IBISWorld Inc.

18

Exhibit 48
P. 1679

## Industry Conditions

### BARRIERS TO ENTRY

Barriers to entry in this industry are medium
These barriers are steady

- Established intellectual property rights, trademarks and unique product designs.
- High cost and long term nature of establishing brand names.
- Existence of large players (the industry's concentration level is classified as high as the four largest players account for 75 per cent of the industry's revenues).
- High levels of research and development are required to introduce and improve dolls, toys and games.

- The high cost and long term nature of brand reputation is a barrier to entry. As existing players have already established brand names in respective product offerings, new entrants will have to invest money and time to persuade clients to shift away from strong brand names and purchase relatively new brands.
- The cost of a technologically efficient plant and equipment can present another barrier for new entrants.
- Finding skilled labor can also prove problematic for new entrants. In particular, it can be difficult to secure skilled production workers, CAD-trained designers and tertiary qualified management. The experienced workers that are available are often approaching retirement whose training has been largely restricted to on-the-job instruction.
- Intellectual property rights enable manufacturers to exclusively produce a brand and/or use a patented product design.
- Toy and game development requires innovation to maintain children's interest in new and existing products. Research and development expense can be large.
- This industry also has barriers associated to economies of scale. Large production runs are typically required for toys and this favors companies who have the capital to produce large production runs of a certain item to keep costs low.

### TAXATION

There are no specific taxation issues for this industry

There are no specific taxes applied to the US Doll, Toy and Game Manufacturing industry.

### INDUSTRY ASSISTANCE

The level of Industry Assistance is low
The trend of Industry Assistance is steady

There are no specific tariffs for this industry

- The Toy Industry Association, Inc. was founded in 1916, and is the national trade association for US producers and importers of toys, games and children's entertainment products. Together with the US government, TIA has developed toy safety standards. TIA also works with consumer organizations, such as the International Consumer Product Health and Safety Organization (ICPHSO) and, most recently, the National SAFE KIDS Campaign, to communicate the importance of safe play throughout the US.

© Copyright 2006, IBISWorld Inc.

Exhibit 48 ,
P. 1080

- The National Association of Manufacturer's mission is to enhance the competitiveness of manufacturers and to increase understanding among policymakers, the media and the general public about the importance of manufacturing to America's economic strength.
- With the implementation of the Uruguay Round agreement effective January 1, 1995, all US duties on dolls and traditional toys were completely eliminated.

## REGULATION AND DEREGULATION

The level of Regulation is heavy
The trend of Regulation is steady

- Companies are subject to federal, state and local environmental and health and safety laws and regulations that impose workplace standards and limitations on the discharge of pollutants into the environment and establish standards for the handling, generation, emission, release, discharge, treatment, storage and disposal of certain materials, substances and wastes.
- Regulations are generally heavy in this industry because children are the users of these products and a certain level of safety needs to be adhered to for their well-being.
- Manufacturers are subject to the provisions of the Federal Consumer Product Safety Act. Those laws empower the Consumer Product Safety Commission (CPSC) to protect children from hazardous toys and other articles. The CPSC has the authority to exclude from the market articles which are found to be hazardous.
- The voluntary toy safety standard (ASTM F-963-03) limits soluble lead in toys to no more than 90 parts-per-million (ppm). In addition, under federal law, US Consumer product Safety Commission (CPSC) enforces a limit for total lead content of 600 ppm.
- Manufacturers are also subject to the requirements of the Flammable Fabrics Act and the Food, Drug and Cosmetics Act.
- Companies within this industry group are required to comply with environmental laws and regulations such as The Clean Air Act.
- Companies are also subject to occupational health and safety, wage, overtime, and other employment laws.
- Players within this industry also have their advertising subject to the Children's Television Act of 1990. In addition, company websites that are directed to children are subject to the Children's Online Privacy Protection Act.
- The Toy Industry Association (TIA) is a leading industry association together with the U.S. government has led the world in the development of toy safety standards, including the creation in 1971 of a comprehensive voluntary safety standard for toys, which is now known as ASTM F963.

## COST STRUCTURE

Year: 2007

© Copyright 2008, IBISWorld Inc.

Exhibit 48
P. 1081



| Item | Cost % |
| --- | --- |
| Purchases | 50.0%* |
| Wages | 22.6%* |
| Depreciation | 7.0%* |
| Rent | 1.5%* |
| Other | 8.9%* |
| Profit | 10.0%* |

IBISWorld estimates in 2007 that:

- Purchases are the largest expense item, accounting for 50% of industry revenue. Purchases include plastic, paper and cardboard, plastics resins consumed in the form of granules, pellets, powders, liquids; broad woven fabrics; electronic components and accessories, including circuit boards and recording heads. Sale prices of toys are highly sensitive and set on an annual basis. However, purchases of raw materials and components are under purchase orders and are typically imported. This can make it difficult for manufacturers to pass cost increases to customers if raw material prices rise or the exchange rate falls.
- Other consists of general administration expenses and costs for research and product development. Product development costs in this industry are considered high compared with other industries because of the need to develop new innovative products yearly. IBISWorld estimates the other segment to account for 8.9% of industry revenue in 2007.
- IBISWorld estimates that the wages account 22.6% of the industry revenues. Wage costs are preferred (albeit they have an estimated share of 22.6% in the industry's cost structure) to be kept low in the industry by keeping employees to a minimum and using temporary employees during peak times (the third and fourth quarters of each fiscal year).
- Rent accounts an estimated 1.5% of the industry revenues in the industry. This is small because most manufacturers own their production facilities.
- Profit (Returns) has 10% of the industry's revenues. Industry returns are based upon the profit before tax recorded by the industry operators. Returns will vary depending on the size of the manufacturing operation and the products produced.
- Depreciation and other expenses form the rest of the cost structure within the Doll, Toy and Game Manufacturing industry. IBISWorld estimates depreciation accounted for 7% of industry revenues in 2007. The cost of depreciation will invariably fluctuate between operators depending on their size and number of assets involved. Depreciable assets include buildings, storage equipment, machinery and computer systems.

## CAPITAL AND LABOR INTENSITY

The level of Capital Intensity is medium

- Wages and salaries is the second highest expense item in this industry.
- High levels of investment in new technologies and product innovation.

© Copyright 2008. IBISWorld Inc.

21



Exhibit 48
P. 1082

- The ratio of labor to capital is used to determine the amount of labor used for every unit of capital. It is an indicator of the capital-labor mix used in the production process of this industry. Wage costs are used as a proxy for labor whilst depreciation is used as a proxy for capital.
- The estimated wage to depreciation ratio for this industry was approximately 3.22:1. This indicates that for every dollar spent on depreciation, $3.22 is allocated towards labor costs. This is classed as a medium level of capital intensity.
- The medium level of labor intensity is reflective in the industry's need for technicians, laborers, apprentices etc. for the assembly and design of the products.
- Product development costs in this industry are high and companies spend money on capital to replace and improve existing machinery and equipment. During the 1990s, companies spent more on capital as they attempted to maintain competitiveness by investing in new technologies. However, in the past few years, firms have spent less on machinery and equipment in order to cut costs.
- Wage costs are preferred (albeit they have an estimated share of 22.6% in the industry's cost structure) to be kept low in the industry by keeping employees to a minimum and using temporary employees during peak times (the third and fourth quarters of each fiscal year).

## TECHNOLOGY AND SYSTEMS

The level of Technology Change is medium

- In this industry new technologies are applied in developing new products and new systems to manufacture products. In some toy segments product performance is very important, and new technologies can render existing products obsolete in a short period of time. In these segments research and development capabilities can be a significant success factor in this industry.
- Developments in plastic manufacturing and dry battery in the 1820s contributed to the toys industry significantly and since then toy manufacturers have been responsive to technological developments in the toys arena. The 1900s witnessed the development of cinematography, dry cell battery and motorized transport, all of which were reflected in toys through different ways such as toy automobiles, cartoon characters' toys etc. After World War II, toy production in US was stopped due to war and it shifted towards the Asian economies. The development of the computer towards the end of 1900s created a revolutionary front in the industry as toys with built-in microchips, such as crying dolls and speaking robot toys, marketed during the period.
- The types of materials used as inputs to the manufacturing process are also changing. Lighter and/or more durable materials are implemented for product modifications. In addition, enhanced safety features of toys such as non-toxic materials (most dolls now have their eyes painted as opposed to stuck on so they are not as easily removed and digested by kids) can be considered as a change in the types of materials in the industry.
- Manufacturers continue to use 20-year-old electronic data interchange (EDI) technology for trading with their top suppliers. This is because internet-based technology built on modern standards has yet to deliver savings large enough to cover the cost of switching from aging, but reliable and trusted, EDI.
- The latest toys released are ones that feature electronic components that make them interact with children. Microchips are being used to provide life like features for toys and enable children to engage with them. Rapid advances in this area are likely.

## INDUSTRY VOLATILITY

The level of volatility is medium

- Changes in the level of leisure time available to individuals impact on consumer demand for toys.

---

Exhibit 48 ,
P. 1083

- Exchange rate fluctuations (as the industry is a heavy importer) have been a major determinant of the volatility in the industry.
- International trade agreements and import competition also have been chiefly causing the high level of volatility in the industry.
- Fluctuations in real household disposable income and other economic indicators.
- Price fluctuations on the underlying materials such as plastic, batteries etc.
- Production shifts to China and other low cost producers is reducing domestic manufacturers returns

## GLOBALIZATION

The level of Globalization is high
The trend of Globalization is increasing

Globalization measures the extent to which this industry operates on a global scale. The level of globalization is determined by the following factors:

### Domestic operators in foreign markets

The majority of operators in this industry are US owned and earn their revenue from domestic operations. For example:

- Mattel: US sales accounted for 56% of revenue in 2006. The remaining 44% of revenue was derived via operations in Europe (25%), Latin America (12%), Asia/Pacific (4%) and other regions (3%).
- Hasbro: In 2006, US operations accounted for 60% of revenue, with the remaining 40% derived from operations in around 20 other counties.
- Leapfrog Enterprises: A reported 70% of revenue for 2006 was derived from the company's US consumer segment, with the remaining 30% derived from the International (23%) and Education and Training (7%) segments.

### Foreign operators in domestic markets

Analysis indicates that there are no significant foreign-owned operators in the domestic market.

### Export Trade

Trade data indicates that in 2006, exports accounted for $1.3 billion or 41.2% of revenue. IBISWorld considers this a high level of exports because it exceeds 20% of industry revenue. US manufacturers have invested in China to produce toys and games for export to the US and elsewhere. Labor costs in China are a fraction of the cost in US. The percentage of US imports coming from China-based affiliates of US firms has risen steadily over the past decade. Foreign-invested firms account for approximately 50% of China's total exports.

© Copyright 2006, IBISWorld Inc.

Exhibit  48 ,
P. 1084

# Key Factors

## KEY SENSITIVITIES

The key sensitivities affecting the performance of the Doll, Toy and Game Manufacturing industry include:

**Age Group (0-14)**
Description: Growth in population aged 0-14 years of age.

Traditionally children have been the target customers for this industry. Therefore a more mature population will have a lower demand for dolls, toys and games.

**Consumer Sentiment Index**
Description: The level of consumer confidence.

A rise in the index stimulates demand which increases industry revenue.

**Downstream Demand - Department Stores**
Description: Downstream demand for the industry's products

The downstream demand arising from department stores, particularly in the third and fourth quarters, drives the industry's revenues.

**Downstream Demand - Hobby, Toy and Game Stores**

An increase in the downstream demand for toys stimulates manufacturing activity and improves industry revenue.

**Leisure and Recreation - Leisure Time Availability**
Description: The availability of leisure time.

When the toy and game participation rate in a population rises as a result of increased leisure time, manufacturers will experience a rise in the demand for their goods.

**Per Capita Disposable Income**
Description: The level of and/or movements in real per capita disposable income.

Households with higher disposable incomes generally spend more on toys and games than households with lower disposable incomes. Therefore the level and growth in household disposable income affects demand for industry products.

## KEY SUCCESS FACTORS

The key success factors in the Doll, Toy and Game Manufacturing industry are:

- Having contracts which are favorable to purchaser
  Access to low cost materials, either locally or through imports.

---

© Copyright 2008, IBISWorld Inc.

24

Exhibit 48
P. 1085

- Establishment of brand names
  Brand name and image are important and so are agreements to supply major companies with these attributes.

- Effective cost controls
  Ensuring the most efficient utilization of the cost management.

- Ability to quickly adopt new technology
  Patented technology can be important when competing with imported products.

- Effective quality control
  To ensure the manufactured products meet design and legislative specifications.

- Ability to control stock on hand
  To keep unit costs down.

- Having a diverse range of clients
  To spread the risk of an important client leaving or suffering financial problems

- Must comply with required product standards
  Toy and game manufacturers are bound by legislation that requires products to meet certain standards.

© Copyright 2008, IBISWorld Inc.

26

Exhibit 48
P. 1086

# Key Competitors

## MAJOR PLAYERS
**Market Share**



| Major Player | Market Share Range |
|---|---|
| Mattel, Incorporated | 35.00% - 40.00% (2007) |
| Hasbro, Inc. | 25.00% - 30.00% (2007) |
| Mounte LLC | 3.00% - 5.00% (2007) |
| Other | 25.00% - 37.00% (2007) |

## PLAYER PERFORMANCE
**Mattel, Incorporated**
**Market Share: 40.00%**

**History**

Mattel was established in 1945 and originally specialized in producing dollhouse furniture, operating out of a converted Californian garage. By 1952 the company's product line had expanded to include burp guns and musical toys with annual sales in excess of $5 million. In 1959, the company's owners, Elliot and Ruth Handler, introduced the Barbie and Ken dolls which were aptly named after their daughter and son. Since its introduction, Barbie has experienced phenomenal success and is regarded as the most successful brand-name toy ever sold and accounts for over one-third of company sales. In 1960, the company went public and had annual sales of $75 million.

**Today**

Mattel is regarded as America's largest toy manufacturer and distributor. The company's product range is sold worldwide, while domestically products are distributed directly to large retailers including discount and freestanding toy stores, chain stores and department stores. Mattel's three largest customers are Wal-Mart, Toys'R'Us and Target who combined accounted for approximately 45% of net sales in 2006. Mattel's ten largest customers accounted for 64% of net sales in 2001. Due to the majority of the company's sales being derived from only a handful of customers, Mattel faces the risk that its total sales could be adversely affected if one of its customers was to withdraw all purchase orders.

Mattel is divided on a geographic basis between domestic and international segments. The Domestic segment is further divided into:

- Mattel Girls and Boys Brands: Includes Barbie, Polly Pocket!, Pixel Chix, Winx Club, Disney Classic (collectively "Other Girls Brands"), Hot Wheels, Matchbox, and Tyco Radio Control vehicles and playsets (collectively "Wheels"), and Batman, CARS, Superman, Radica and games and puzzles (collectively "Entertainment").
- Fisher-Price Brands: includes Fisher-Price, Little People, BabyGear and View-Master (collectively "Core Fisher-Price"), Sesame Street, Dora the Explorer, Go-Diego-Go, Winnie the Pooh, InteracTV and See'N Say (collectively "Fisher-Price Friends"), and Power Wheels.

© Copyright 2006, IBISWorld Inc.

Exhibit 48
P. 1087



- American Girl Brands: includes Just Like You, the historical collection and Bitty Baby, American Girl.

Mattel made several acquisitions in the 1990s including Fisher-Price (toys for pre-schoolers) and Kransco (battery-powered ride-in vehicles). In 1996, Mattel aborted a hostile takeover bid for Hasbro when it realized the purchase was too costly. In 1997, Mattel acquired the #3 US toy maker Tyco Toys (Tickle Me Elmo and Matchbox car brands). In 1998, Mattel bought mail-order firm Pleasant Company (American Girl-brand books, dolls, and clothing) and UK's Bluebird Toys.

In 2001, Mattel signed several licensing deals including one for games and toys based upon Barney, TV's purple dinosaur. More recently, Mattel signed a licensing agreement in July 2002 to sell a wide variety of toys based upon Warner Bros characters including Looney Tunes, Batman and Superman.

**Financial Performance**
Financial Results for Mattel, Inc.

| Year ended December | Million Dollars Sales Revenue | Percent Growth | Million Dollars Net Income | Percent Growth | Units Employment | Percent Growth |
|---|---|---|---|---|---|---|
| 2001 | 4687.9 | N/C | 298.9 | N/C | 27000 | N/C |
| 2002 | 4885.3 | 4.2% | 230.1 | -23.0% | 25000 | -7.4% |
| 2003 | 4960.1 | 1.5% | 537.6 | 133.6% | 25000 | 0.0% |
| 2004 | 5102.8 | 2.9% | 572.7 | 6.5% | 25000 | 0.0% |
| 2005 | 5179.0 | 1.5% | 417.0 | -27.2% | 26000 | 4.0% |
| 2006 | 5650.2 | 9.1% | 592.9 | 42.2% | 32000 | 23.1% |
| 2007 | 5800.0* | 2.7% | N/A | N/C | N/A | N/C |

Source: hoovers.com

2002: Financial results for the year ended December 2002 indicate that the company generated sales revenue of $4.8 billion, representing an increase of 4.2% compared to 2001. In 2002, US Girls segment sales decreased by 2%. Lower sales of Diva Starz, Barbie, and large dolls were partially offset by growth in "Polly Pocket!" and "American Girl" brands. The discontinuation of Cabbage Patch Kids during the year contributed to the decrease in total large doll sales. Domestic Barbie sales declined by 2% in 2002, largely due to the strategic initiative to reduce shipments of adult-targeted collector and holiday dolls. Barbie holiday doll shipments in 2002 were approximately one-half the amount shipped in 2001. Excluding these adult-targeted lines, domestic Barbie sales increased by 2% in 2002. The US Boys-Entertainment business remained relatively flat in 2002 due to a 2% decrease in US Wheels sales being offset by a 3% increase in US Entertainment sales. The decline in the US Wheels business reflects declines in Hot Wheels and Tyco Radio Control brands, which more than offset strong sales in Matchbox. In the US, certain customers raised the retail price for Hot Wheels, which had a negative impact on sales. Sales were also negatively impacted by competition from Spider-Man and Star Wars products and Mattel's own Matchbox brand.

2003: Financial results for the year ended December 2003 indicate that the company generated sales revenue of $4.9 billion, representing an increase of 1.5% compared to 2002. During the year the company's US sales revenue declined by 11% due to increased competition, a challenging retail environment and a shift in consumer purchases to later in the holiday season. Overall, Barbie sales decreased by 15% in the US. Revenue from Fisher-Price brands wholesaled by Mattel in the US decreased by 1% during 2003 due to a decline in demand for Fisher-Price and Hot Wheels products. This was partially offset by increased sales of licensed character brands and new product launches in the Fisher-Price interactive learning category. Net income from the company's US operations declined by 13% in 2003 due to lower sales

Exhibit 48
P. 1088

volumes and higher advertising costs as the company attempted to maintain its competitive position. Net income for 2003 was $537.6 million compared to net income of $230.1 million in 2002.

2004: Financial results for the year ended December 2004 indicate that the company generated sales revenue of $5.1 billion, representing an increase of 2.9% compared to 2003. Net income for 2004 was $572.7 million, representing an increase of 6.5% compared to 2003. Gross profit, as a share of net sales, declined from 49% in 2003 to 47.2% in 2004. Sales of lower margin products, including the impact of sales mix, value enhancement initiatives, change in classification of close out sales, higher royalty costs and ongoing external cost pressures were the primary drivers for the decline in gross profit. Income generated from continuing operations before income taxes declined. Contributing to this decline was a pre-tax charge of $16.2 million, primarily related to the elimination of approximately 285 positions as a result of headcount reductions at certain domestic and international locations. These increased costs were partially offset by gains on the sale of investments, net favorable legal settlements and a positive benefit from changes in currency exchange rates.

2005: Financial results for the year ended December 2005 indicate that the company generated sales revenue of $5.2 billion, representing an increase of 1.5% compared to 2004. Net income for 2005 was $417 million, down by 27.2% compared 2004. Gross profit, as a share of net sales, declined from 47.2% in 2004 to 45.8% in 2005. Higher external cost pressures, higher sales of lower margin products, including the impact of sales mix, and higher royalty costs were the primary drivers for the decline in gross profit. Income declined as a percentage of net sales in 2005 compared to 2004. Contributing to this decline were overall lower gross margins, higher selling, general and administrative costs due to upward cost pressures for employee-related expenses and ongoing investments in growth strategies including new product design and expansion of our American Girl Place r retail stores, partially offset by lower incentive compensation, lower advertising expenses and favorable changes in currency exchange rates.

2006: Financial results for the year ended December 2006 indicate that the company generated revenue of $5.6 billion, representing an increase of 9.1% compared to 2005. Net income for 2006 was $592.9 million, up 4.2.2% compared to 2005. Gross profit, as a share of net sales, increased to 46.2% in 2006 from 45.8% in 2005. The increase in gross profit was driven by price increases and savings from supply chain initiatives, which were partially offset by unfavorable mix, external cost pressures and higher royalty costs. Income as a percentage of net sales declined to 12.1% in 2006 from 12.6% in 2005. Contributing to this decline were higher selling and administrative expenses as a percentage of net sales and lower other non-operating income, partially offset by higher gross margins and lower advertising expenses as a percentage of net sales. Higher selling and administrative expenses were primarily attributed to increased incentive compensation accruals, costs associated with the opening of the third American Girl Place r retail store in April 2006 and the acquisition of Radica in October 2006.

2007: Financial results for the nine months ended September 2007 indicate that the company generated revenue of $3.8 billion, representing an increase of 6.8% compared to the previous corresponding period. Company profitability, as measured by net income, rose by 6.2% to $359.8 million. During the third quarter of 2007 the company recalled products with high-powered magnets that could have become dislodged and other products that were produced using non-approved paint containing lead in excess of applicable regulatory and Mattel standards. Overall, the product recall reduced net sales by about $36 million. Following the recall the company reduced shipments out of Asia as it conducted extensive product testing. Export licenses of several Chinese manufacturers were also temporarily suspended as safety procedures were reviewed. These factors effectively caused delays in shipments of one to two weeks. Products particularly affected by the recall and shipment delays included Barbie and Fisher-Price Friends Brands. The recall also affected Mattel's ability to import products into international countries. The following is a brief review of how each segment performed over the nine months ended September 2007.

© Copyright 2008, IBISWorld Inc.

Exhibit 48
P. 1689

- Mattel Girls & Boys Brands: Domestically this segment experienced a decline in sales of 4%. The decline in revenue was driven by lower sales volume, higher selling and administrative expenses and the impact of the product recalls, which lowered revenue by this segment by about $6 million.
- Fisher-Price Brands: Domestically, this segment experienced a rise in sales of 6%. Revenue growth was supported by a rise in demand for Core Fisher Price including continued demand for preschool Baby Gear, learning and infant products. Revenue was however affected by weaker demand for Fisher-Price Friends products including Dora the Explorer and Winnie the Pooh products.
- American Girl Brands: Domestically, this segment experienced a decline in sales of 3%. Revenue was affected by a softness in catalog sales and lower sales of historical characters.

Internationally, Mattel experienced a rise in sales of 16% compared to the previous corresponding period. International sales were supported by continued demand for Barbie, Wheels and Matchbox products.

**Hasbro, Inc.**
Market Share: 30.00%

**History**
Hasbro was established in 1923 in Rhode Island as Hassenfeld Brothers, specializing in the manufacturing and distribution of fabric-covered pencil boxes and pencils. During the 1940s the company expanded into toys, producing and selling a range of toy nurse and doctor kits and becoming the first company to use television to promote a toy product in 1952. In the mid-1960s, the company introduced the G.I. Joe doll, which quickly became its primary toy line. In 1968, Hassenfeld Brothers went public, changing its name to Hasbro Industries. After a decade of feuding during the 1970s, the company's toy and pencil division split in 1980 with the toy division retaining the Hasbro name.

During the 1980s the company reduced its toy line by one third to concentrate on developing a line of toys aimed at specific markets. In 1984, Hasbro released a popular line of toys known as Transformers and acquired Milton Bradley, the maker of popular board games, puzzles and pre-school toys (Playskool). In 1989, Hasbro acquired Cabbage Patch Kids, Scrabble, and Parcheesi. In 1991, the company acquired Tonka, which included Kenner and Parker Brothers brands and established operations in Greece, Mexico and Hungary.

In 1998, Hasbro expanded into the high-tech toy market, making several acquisitions including Tiger Electronics (Giga Pets brand), the rights to some 75 Atari home console game titles, Microprose and Galoob Toys. In 1999, Hasbro acquired game maker and distributor 'Wizards of the Coast' (maker of Pokemon trading cards).

**Today**
Hasbro, Inc. is regarded as America's second largest toy maker/wholesale distributor, responsible for brand names such as G.I. Joe, Tonka Toys, Playskool, Milton Bradley and Parker Brothers. Hasbro's US Toys segment designs, markets and wholesales boys' action figures, vehicles and playsets, girls toys, preschool toys and infant products, children's consumer electronics, electronic interactive products, creative play and toy related specialty products. The Games segment includes the development, manufacturing, marketing and selling of traditional board and card games, hand-held electronic games, trading card and role-playing games, as well as learning aids and puzzles.

Hasbro's products are distributed nationally to a broad spectrum of customers including other wholesalers, distributors, chain stores, discount stores, mail order houses, catalog stores, department stores and other traditional retailers, large and small, as well as internet-based toy distributors. The company employs its own sales force which accounts for the majority of Hasbro's sales. Although the Hasbro had more than 4,500 customers in the United States during 2002, including specialty retailers carrying trading card games and toy-related products, there has been significant consolidation

© Copyright 2008, IBISWorld Inc.

Exhibit 48
P. 1090

at the retail level over the past several years. The majority of the company's sales are now made to large chain stores, distributors and other wholesalers.

**Financial Performance**
Financial Results for Hasbro, Inc.

| Year ended December | Million Dollars Sales Revenue | Percent Growth | Million Dollars Net Income | Percent Growth | Persons Employment | Percent Growth |
|---|---|---|---|---|---|---|
| 2002 | 2816.2 | N/C | -170.6 | N/C | 7200 | N/C |
| 2003 | 3138.7 | 11.5% | 157.6 | -192.4% | 6900 | -4.2% |
| 2004 | 2997.5 | -4.5% | 196.0 | 24.4% | 6000 | -13.0% |
| 2005 | 3087.6 | 3.0% | 212.1 | 8.2% | 5900 | -1.7% |
| 2006 | 3151.5 | 2.1% | 230.1 | 8.5% | 5600 | -5.1% |
| 2007 | 3200.0* | 1.5% | N/A | N/C | N/A | N/C |

Source: hoovers.com

2002: Financial results for the year ended December 2002 indicate that the company generated sales revenue of $2.8 billion, representing a decrease of 1.4% compared to 2001. While the company's US Toy segment posted growth in sales of 7% and its Games segment experienced an 8% fall in sales. Toy segment revenues were positively affected by the release of the new Star Wars movie during the year as well as by increased shipments of certain core brands, such as G.I. Joe, Transformers and Playskool products, and the introduction of Beyblades products. The decline in Games revenue was primarily due to decreased sales of trading card games, primarily Pokemon, and, to a lesser extent, Harry Potter and "Magic: The Gathering", which was offset by increased sales of Trivial Pursuit which was released in a new version celebrating its 20th anniversary.

2003: Financial results for the year ended December 2003 indicate that the company generated sales revenue $3.1 billion, representing an increase of 11.5% compared to 2002.
- US Toys: Net revenues by the US Toys segment increased by 6% in 2003 compared to 2002. The increase was primarily due to strong sales of Beyblade and Furreal Friends products, which were introduced in the second half of 2002. In addition, revenue from sales of Videonow, (introduced in 2003), contributed to the increase in revenue. Revenue was also positively supported by increased shipments of products related to certain core brands, such as Transformers and Playskool products. US Toys operating profit was $92 million compared with $75.6 million in the prior year. The increase in operating profit was largely due to lower royalty and amortization expenses as the result of lower sales of entertainment-based products.
- US Games: Games segment revenues increased 9% in 2003 to $804.5 million from 2002 levels of $739.8 million. The increase primarily relates to continued strong shipments of Trivial Pursuit. Games segment operating profit increased to $175.3 million in 2003 from $124.5 million in 2002. The increase in operating profit was primarily due to increased gross profit from higher revenues, as well as lower royalty expense, resulting from decreased sales of licensed trading card games.

2004: Financial results for the year ended December 2004 indicate that the company generated revenue of $2.9 billion, representing a decrease of 4.5% compared to 2003. Despite the decline in sales revenue, the company posted a 24.4% rise in profitability, as measured by net income to $196 million.
- US Toys: The decrease in US Toys operating profit to $7.2 million in 2004 from 2003, primarily relates to decreased gross profit as a result of the lower net revenues as well as a change in product mix, including the decline in sales of Beyblade products which carry a higher gross margin. Competitive price pressures and customer sales allowances

Exhibit 48
P. 1691

contributed to lower gross margins. US Toys operating profit was also impacted by charges associated with organizational and staffing changes made in December 2004. The decrease in operating profit was partially offset by decreased royalties, driven by lower sales of Beyblade products, as well as lower selling, distribution, and administration expenses as a result of a combination of lower sales activity and cost reduction initiatives.

- US Games: Games segment net revenues for the year ended December, 2004 decreased slightly by 1% to $796 million from 2003. The decrease in revenues was primarily due to decreased sales of board games. Partially offsetting this decrease were increased revenues from products in the electronic and pre-school categories. Revenues from trading card games increased slightly. Games segment operating profit decreased 21% to $137.6 million in 2004 from 2003. The decrease reflects lower gross margin as a result of a change in the mix of trading card game revenue, higher product development and royalty expenses associated with DVD games, and increased advertising expense.

2005: Financial results for the year ended December 2005 indicate that the company generated revenue of $3.1 billion, representing an increase of 3.0% compared to 2004.

- US Toys: In 2005, the US Toys segment posted revenue of $1.1 billion, up by 13% compared to 2004. The rise in US Toy sales was predominantly attributed to increased revenues from Star Wars related products. US Toys revenue was also positively affected by the successful reintroduction of Littlest Pet Shop and Furby products.
- US Games: In 2005, the US Games segment posted revenue of $730.6 million, down 8% compared to 2004. The decrease in revenue was primarily attributed to a decline in revenue from trading card games. The decrease also reflect a reduction in board game sales primarily due to lower revenue from Trivial Pursuit, compared to sales for 2004. During 2005, the US Games segment posted an operating profit of $69.5 million, down 50% compared to 2004. The decrease in operating profit was primarily due to a decline in gross profit due to the fall in revenue and specifically, the decline in trading card games, which have a high gross margin. The operating profit for the Games segment was also negatively influenced by a loss of approximately $23 million in the electronic games category, which included charges associated with inventory obsolescence and customer allowances related to plug and play games.

2006: Financial results for the year ended December 2006 indicate that the company generated revenue of $3.2 billion, representing an increase of 2.1% compared to 2005. Net earnings for the fiscal year ended December 2006 were $230.1 million. This compares to net earnings for fiscal 2005 of $212.1 million. Increased sales of Littlest Pet Shop and Playskool products, as well as revenues from the successful reintroduction of Baby Alive contributed to the increase. Revenues were also positively impacted, to a lesser extent, by increased sales of Play-Doh and Transformers products. Star Wars revenues were significant in 2006 due to the theatrical and DVD releases. The increase in operating profit is primarily due to increased gross profit as a result of the increased sales in 2006 as well as decreases in royalty and amortization expense principally due to the decrease in sales of Star Wars products. Net income was negatively impacted by higher research and product development costs due to higher investments in the Playskool line.

2007: Financial results for the nine months ended September 2007 indicate that the company generated revenue of $2.5 billion, representing an increase of 24.7% compared to the previous corresponding period. Geographically, North American or US operations accounted for $1.7 billion or 66.7% of company revenue for the nine months ended September 2007, representing an increase of 19.4% compared to the previous corresponding period.

- Boys' Toys: Revenue growth stemmed from a rise in the boys' toys category and was driven by sales of "Marvel" and "Transformers" products following the release of Spider-Man 3 in May 2007 and Transformers in July 2007. Revenue by the boy's toys category also continued to be significantly supported by sales of Star Wars products.
- Girls' Toys: Revenue by this segment was supported by a rise in sales of "Littlest Pet Shop" and "Furrel Friends" products, and to a lesser extent revenue by "Baby Alive". Increased shipments of "My Little Pony" products also

© Copyright 2006, IBISWorld Inc.

Exhibit 48
P. 1092

boded well for sales by this segment. However revenue was affected by lower sales from "Easy-Bake Oven" products following its recall in July 2007.

- Preschool: Sales by the preschool segment were reported as flat for the nine months ended September 2007, compared to the previous corresponding period.
- Tweens: This segment experienced a decline in revenue for the nine months ended September 2007 due to lower sales of electronic products.

**Mounte LLC**
Market Share: 5.00%

A division of Mounte, LLC (previously Knowledge Universe, Inc), LeapFrog Enterprises Inc (LFE) specializes in interactive learning toys and books. LeapFrog's best selling LeapPad learning system looks like a laptop and teaches spelling, reading and phonics to preschoolers. Mounte owns approximately 85% of LFE. Former CEO Michael Wood founded LFE in 1995 because the toy market offered nothing to help his 3 year old learn phonics.

The company invests in internet-oriented education companies, day care and childhood learning companies, and B2B companies, principally in business and human resources consulting and online training. LFE major customers are Toys "R" Us, Walmart and Target who account for 80% of LFE sales.

LeapFrog's business is highly seasonal, with retail customers making a large percentage of all purchases in preparation for the traditional holiday season. LeapFrog's business, being subject to these significant seasonal fluctuations, generally realizes the majority of net sales and all net income during the third and fourth calendar quarters. These seasonal purchasing patterns and production lead times cause risk to businesses associated with the under- production of popular items and over-production of items that do not match consumer demand. In addition customers are managing their inventories more stringently, requiring LeapFrog to ship products closer to the time they expect to sell to consumers, increasing its risk to meet the demand for specific products at peak demand times, or adversely impacting inventory levels by the need to pre-build products to meet the demand.

**Financial Performance**
Financial Results for LeapFrog Enterprises, Inc.

| Year | Million Dollars Sales Revenue | Percent Growth | Million Dollars Net Income | Percent Growth | Persons Employees | Percent Growth % Change |
|------|------|------|------|------|------|------|
| 2002 | 531.8 | N/C | 43.4 | N/C | 690 | N/C |
| 2003 | 680.0 | 27.9% | 72.7 | 67.5% | 869 | 25.9% |
| 2004 | 640.3 | -5.8% | -8.5 | -108.9% | 921 | 6.0% |
| 2005 | 649.8 | 1.5% | 17.5 | -369.2% | 837 | -9.1% |
| 2006 | 502.3 | -22.7% | -145.1 | -929.1% | 916 | 9.4% |
| 2007 | * | N/C | | N/C | | N/C |

Source: hoovers.com

2003: Financial results for the year ended December 2003 indicate that the company generated sales revenue of $680.0 million, representing an increase of 27.9% compared to 2002. The positive result in revenue was reflected across each of the product segments which experienced an increase in sales during the year. The Education and Training segment increased by 86% to $37.5 million, the International segment increased by 80% to $96.6 million and the US Consumer

--------------------------------------------------------------------

Exhibit 48
P. 1093

segment increased by 19% to $546 million compared to 2002. Net sales of standalone, software and platform products increased by 42%. The 13% increase in platform sales year-over-year was primarily due to the successful launch of new platforms and the continued success of the LeapPad family of platforms.

2004: Financial results for the year ended December 2004 indicate that the company generated revenue of $640.3 million, representing a decrease of 5.8% compared to 2003. The decline in sales revenue was attributed to lower sales of more established platforms and related software, primarily the Classic LeapPad system, and to a lesser extent, My First LeapPad and Quantum LeapPad systems. This was partially offset by higher sales of Leapster and LittleTouch LeapPad platforms and software. Also, retailers were reluctant to take on additional inventory and hence had lowered inventory levels throughout 2004. Higher fixed expenses, including higher warehousing and freight resulting from higher inventory levels, and higher depreciation of capitalized tooling expenses resulting from tooling write-offs associated with discontinued products led to a net income loss of $6.5 million.

2005: Financial results for the year ended December 2005 indicate that the company generated revenue of $649.8 million, representing an increase of 1.5% compared to 2004. The increase was a result of the introduction of the FLY Pentop Computer and related software and accessories in the third quarter of October 2005. In addition, the US Consumer segment experienced significant demand for screen-based products including the Leapster L-MAX system, which was introduced in the third quarter of 2005. These sales increases were partially offset by continuing declines in the LeapPad family of products in the US Consumer segment. In the US Consumer segment, LeapFrog markets and sells products directly to national and regional mass-market and specialty retailers as well as to other retail stores through sales representatives. This segment is subject to significant seasonal influences, with the substantial majority of sales occurring in the third and fourth quarters. In 2005, this segment represented approximately 74% of LeapFrog's total sales.

2006: Financial results for the year ended December 2006 indicate that the company generated revenue of $502.3 million, representing a decrease of 22.7% compared to 2005. All segments are reported to have experienced a decline in sales during 2006, primarily due to significant reduction in the sales of LeapPad family of products. LeapFrog increased its promotional activities to reduce existing FLY Pentop inventories. Sales of screen-based products were down slightly as retailers worked off excess inventories. Retailers' inventories were estimated to fall 40% at the end of 2006 compared to 2005, which also negatively impacted sales. The company recorded a net loss of $145.1 million for 2006 compared to net income of $17.5 million for 2005. The change was primarily due to the decline in sales, lower gross margin and higher income tax expense.

2007: Financial results for the nine months ended September 2007 indicate that the company generated sales revenue of $261.0 million, representing a decrease of 18% compared to the previous corresponding period. The decline in sales was experienced across all three company segments. Lower sales of LeapPad and other product lines which the company is exiting and replacing in 2008 influenced revenue for the US Consumer segment. The decline in revenue by the International segment was attributed to lower sales to distributor markets as distributors worked through excess inventory from previous years. The SchoolHouse segment also posted a decline in sales due to the implementation of the company's strategic plan in late 2006.

## OTHER PLAYERS

### Marvel Entertainment, Inc

Marvel's operations are focused in four areas; entertainment, licensing, publishing and toys. Marvel's toy segment creates, designs, develops, markets and distributes a line of toys to the worldwide marketplace. The company's products were based upon the Spider-Man movies and upon characters the company licensed, such as characters from movies and television shows. Toy sales to customers in the United States accounted for approximately 65%, 65% and 75% of the

Exhibit 48
P. 1694

company's toy segment net toy sales in 2005, 2004 and 2003, respectively. The toy segments products are aimed primarily at boys aged 4-12 and collectors.

The company has an agreement with Toy Biz Worldwide Ltd (TBW) for TBW to use Marvel characters in producing action figures and accessories. Royalty and service fee income recognized in 2005, 2004 and 2003 from the license and agency agreements with TBW aggregated $51.8 million, $15.2 million and $64.8 million respectively.

Financial Results for Marvel Entertainment, Inc.

| Year | Million Dollars Sales Revenue | Percent Growth | Million Dollars Net Income | Percent Growth | Persons Employees | Percent Growth |
|------|------|------|------|------|------|------|
| 2002 | 299.0 | N/C | 31.0 | N/C | 369 | N/C |
| 2003 | 347.6 | 16.3% | 151.6 | 389.0% | 586 | 58.8% |
| 2004 | 513.6 | 47.8% | 124.9 | -17.6% | 630 | 7.5% |
| 2005 | 390.5 | -24.0% | 102.8 | -17.7% | 250 | -60.3% |
| 2006 | 351.8 | -9.9% | 58.7 | -42.9% | 230 | -8.0% |

Source: hoovers.com

The company entered into a license agreement with Hasbro under which Hasbro will have exclusive right to make action figures, plush toys and certain role-play toys, and the non-exclusive right to make several other types of toys, featuring Marvel characters. The license gives Hasbro the right to sell those toys at retail from January 2007. Marvel agreed to provide brand expertise, marketing support and other services in connection with the licensed toys.

Sales revenue in 2003 increased by 16.3% to $347.6 million while net income increased by 389% to $151.6 million. Toy Biz segment revenues decreased by approximately $69.8 million or 45% to $85.2 million (from $155 million in the 2002 period). This decrease was primarily due to slowing sales of products based upon Spider-Man: The Movie, which was released in May 2002. The decrease in 2003 was partially offset by stronger-than-expected sales in the Lord of the Rings toy line, which increased 96% over 2002 sales. The Cost of sales for the toy business consists of product and package manufacturing, shipping and agents' commissions. The best selling Marvel toys in 2003 were based on The Incredible Hulk and classic Spider-Man toys, which are produced by TBW under its Marvel license with revenues classified as royalty income in the company's licensing segment.

Net sales in the Toy segment increased in absolute dollars and as a percentage of total net sales as sales of toys based on Spider-Man 2 increased due to the movie's release in June 2004. Sales revenue increased by 47.8% to $513.6 million and net income fell by 17.6% to $124.9 million. The increase in sales was because the best selling Marvel toys in 2004 were Spider-Man movie toys, which are produced by the company and for which the entire wholesale sales price is recorded as revenues. Toy segment revenues increased by $62.9 million or 42% to $212.8 million (from $149.9 million in the 2003 period). This increase was primarily due to growing sales of products based upon Spider-Man 2 (released in June 2004) which were produced by the company. This increase offset a decline in royalty and service fee income derived from TBW's sales of other action figures and accessories based on Marvel characters. The decrease in Toy segment operating income resulted from a shift in revenues based on royalty and service fee percentages of the wholesale sales price in 2003 (related to toys based on The Hulk, which were produced by TBW) to toys based on the Spider-Man 2 movie, for which wholesale sales are recorded as net revenues, resulting in a decline in Toy operating margins from 2003 to 2004.

Exhibit 48
P. 1095

Toy revenues shifted in 2005 from lines which record the wholesale value as sales, such as Spider-Man movie toys, to lines for which a royalty and service fee are recorded as sales, such as Fantastic Four toys. Sales revenue decreased by 24% to $390.5 million. The main toy line in 2005 was Fantastic Four movie toys. Sales from the Toy segment decreased $144.8 million to $68 million in the year ended December 31, 2005, and also decreased as a percentage of total net sales, as sales of toys based on Spider-Man 2 decreased by $170 million in 2005 due to the movie's release in June 2004 and limited carry forward into 2005. Sales of action figures and accessories based on the Lord of The Rings movies also declined $12.6 million to $7.7 million. These decreases were partially offset by an increase in royalty and service fee revenue from $15.2 million in 2004 to $51.8 million in 2005 derived from licensed toy sales made by TBW, primarily resulting from increased sales of toys based on the Fantastic Four movie and classic Spider-Man. Toy segment cost of revenues consists of product and package manufacturing, shipping and agents' commissions. The most significant portion of cost of revenues is product and package manufacturing.

Sales By Division, 2004 to 2006

| | Million Dollars 2004 | Million Dollars 2005 | Million Dollars 2006 |
|---|---|---|---|
| Licensing | 214.7 | 230.1 | 127.2 |
| Publishing | 86.0 | 92.4 | 108.5 |
| Toys | 212.8 | 68.0 | 116.1 |
| Total | 513.5 | 390.5 | 351.8 |

Source: Annual Report

Toy segment net sales increased $48.1 million compared to the prior year period and also increased as a percentage of consolidated net sales. Those increased revenues, however, reflect a decrease in sales to retailers compared to 2005. In 2005, Toy segment net sales included $51.8 million of royalty and service fee revenue. Sales to retailers decreased from $185.1 million in 2005 to $116.1 million in 2006 partly because of the launch of the Fantastic Four movie toy line in 2005 and also due to the transition from TBW, which disrupted production and caused cancellations of certain sales orders. The increase in Toy segment cost of revenues from 14% of Toy segment net sales during 2005 to 49% during 2006 reflects manufacturing costs to produce toys formerly produced under license by TBW, for which Marvel incurred no manufacturing costs. Operating income in the Toy segment increased $5.6 million in 2006 compared with 2005 predominantly due to the $12.5 million non-recurring expense in 2005 for the early termination of TBW.

Russ Berrie and Company, Inc

The Russ Berrie and Company (RBC) was incorporated in New Jersey in 1966. The company has showrooms throughout the US and in Australia, Canada, China, Hong Kong and the UK. The company also has a direct sales team and distribution network in Austria, Belgium, France, Germany, Netherlands, Ireland and Spain. The company designs and manufactures through third parties and markets a variety of gift products to retail stores throughout the United States. The company's product line of approximately 6,000 gift items is marketed under the trade name and trademark RUSS. This line includes collectible heirloom bears, stuffed animals, wedding, anniversary and baby gifts, tabletop accessories and home decor, including candles and accessories, collectible glass, porcelain and ceramic gifts.

Financial Results for Russ Berrie and Company, Inc.

| Year | Million Dollars Sales Revenue | Percent Growth | Million Dollars Net Income | Percent Growth | Persons Employees | Percent Growth |
|---|---|---|---|---|---|---|
| 2002 | 321.4 | N/C | 46.1 | N/C | 1750 | N/C |

Exhibit 48
P. 1096

| 2003 | 329.7 | 2.6% | 34.7 | -24.7% | 1591 | -9.1% |
| 2004 | 266.0 | -19.3% | -20.0 | -157.6% | 1340 | -15.8% |
| 2005 | 290.2 | 9.1% | -35.1 | 75.5% | 1220 | -9.0% |
| 2006 | 294.8 | 1.6% | -9.4 | -73.2% | 1034 | -15.2% |

Source: hoovers.com

The company's consolidated net sales for the year ended December, 2003 increased 2.6% to $329.7 million compared to $321.4 million for the year ended December, 2002. The sales increase was primarily attributable to the company's infant and juvenile segment, specifically, from sales generated by Sassy, Inc, acquired in July, 2002, offset, in part by a sales decrease in the company's gift segment. The company's gift segment's sales for the year ended December, 2003 decreased 7.7% to $269.4 million compared $291.7 million for the year ended December, 2002 due primarily to the sales decrease in its North American operations as a result of the uncertain and changing retail environment. The company's gift segment's international sales benefited from favorable foreign exchange rates of approximately $11.4 million in 2003. The company's infant and juvenile segment's net sales for the year ended December 31, 2003 increased 161.4% as a result of a full year of sales generated by Sassy, Inc.

The company's consolidated sales revenue for the year ended December, 2004 decreased 19.3% to $266 million compared to $329.7 million for the year ended December, 2003. The sales decline was primarily attributable to the company's gift segment. The company's infant and juvenile segment's net sales increased 13.7% for the year. This segment included two weeks of Kids Line, LLC net sales, as compared to 2003. The company's gift segment's net sales for the year ended December, 2004 decreased 24.3% to $203.9 million compared to 2003. Infant and juvenile sales were positively affected by the purchase of Kids Line, LLC. Consolidated gross profit was 41.6% of consolidated net sales for the year ended December 31, 2004 as compared to 53.1% of consolidated net sales for the year ended December 31, 2003. The erosion in the consolidated gross profit percentage is primarily due to a significant inventory write-down and competitive pricing pressure in the gift segment.

Sales revenue for the year ended December, 2005 increased 9.1% to $290.2 million, compared to $266 million for the year ended December, 2004. The sales increase was primarily attributable to growth in the company's infant and juvenile segment as a result of the acquisition of Kids Line LLC, partially offset by a sales decrease in the company's gift segment. The company's gift segment net sales for the year ended December, 2005 decreased 22.3% to $158.5 million compared to 2004. The company's infant and juvenile segment net sales for the year ended December, 2005 increased 129.9% to $131.5 million compared to $57.2 million for 2004, primarily as a result of the acquisition of Kids Line. Consolidated gross profit was 40.1% of consolidated net sales for 2005 compared to 41.6% of consolidated net sales for 2004. The decrease in the consolidated gross profit percentage is primarily due to greater competitive pricing pressure in the gift segment, partially offset by lower inventory write-downs in 2005. Consolidated net operating loss was $35.1 million for 2005 compared to a loss of $20 million in 2004. The improvement was primarily the result of an increase in operating income in the company's infant and juvenile segment. The increase in operating income in the company's infant and juvenile segment was a result of the full year impact of Kids Line.

Sales revenue for 2006 increased by 1.6% to $294.8 million, compared to $290 million for 2005. The sales increase was primarily attributable to growth in the infant and juvenile segment, partially offset by a sales decrease in the gift segment. The gift segment net sales for the year decreased 6.8% to $147.7 million compared to 2005. Gross profit for the gift segment was 37.6% of sales compared to 38.5% of net sales for 2005, primarily as a result of continued competitive pricing pressures in the gift segment. Gross profit for the infant and juvenile segment was 42.7% of sales for 2006 as compared to 42% of net sales for 2005, due primarily to new products with improved gross margins. Net income was $9.4 million for 2006 compared to an operating loss of $35.1 million for 2005. This improvement was primarily the

© Copyright 2006, IBISWorld Inc.

Exhibit 48
P. 1097

result of a decrease in the operating loss in the gift segment and a $3.1 million improvement in the infant and juvenile segment during the same period.

Exhibit 48 ,
P. 1698

# Industry Performance

## CURRENT PERFORMANCE

### Industry Revenue and Value Added

Over the last five years to 2007, the industry's revenue declined at an average annualized rate of 7.1% to $3.1 billion in
2007 from revenues of $4.5 billion in 2002 (constant 2006 dollars). During the same period, the industry value added
decreased at an average annualized rate of 6.9% to $1.7 billion in 2007, from $2.5 billion in 2002. The number of
establishments also declined gradually between the years of 2002 and 2007 at an average annualized rate of 3.2%, while
employment in the Doll, Toy, and Game Manufacturing industry declined sharply by approximately 6.5% per annum due
to the shift in production overseas. Currently IBISWorld considers this Industry to be in decline

Changes in industry revenue and value added are a factor of per-capita disposable income, youth population growth,
imports, seasonality and consumer preferences. Per capita disposable income is important because it is the major factor
in deciding a purchase. The US has recorded consistent income growth in the current period, contributing to a high level
of disposable income. The US is currently one of the richest countries in the world and provides huge opportunities for
manufacturers. Other important factors such as population growth and consumer preference provide a passive boundary
for manufacturers to work around. The US Census projects slow growth in the youth population in the US while
traditionally sales of toys and games peak at Christmas. Considering toys and games compete with a myriad of other
activities, competition for children's attention and ultimately purchase is very high. Another large factor for domestic
manufacturers to consider is the size and growth of imports into the industry. Imports from China dominate the US toy and
game industry and most US manufacturers realize they cannot compete with mass produced toys and games and
therefore concentrate on innovative products that are hard to mass produce.

US Domestic Economic Overview, 2002 to 2007

| | Percentage 2002 | Percentage 2003 | Percentage 2004 | Percentage 2005 | Percentage 2006 | Percentage 2007 |
|---|---|---|---|---|---|---|
| Real GDP Growth (%) | 1.60 | 2.61 | 3.81 | 3.22 | 3.30 | 2.75 |
| Consumer Prices (%) | 1.57 | 2.29 | 2.68 | 3.39 | 2.80 | 2.80 |
| Real Disposable Income Growth (%) | 2.10 | 1.36 | 2.40 | 0.26 | 1.59 | 2.50 |
| Trade Weighted Index (TWI)# | -1.49 | -12.25 | -8.22 | -1.92 | -1.48 | -0.50 |
| Interest Rates | 4.71 | 4.73 | 4.29 | 6.10 | 7.94 | 8.30 |

Source: Economist Intelligence Unit

The table above sets the domestic economic overview of the US economy. Over the performance period between 2001
and 2008, the consumer prices have been stable at reasonable rates although the economy experienced a downturn in
2001 and 2002, where GDP only grew by about 1.6% in 2002 following very low GDP growth in 2001. The higher interest
rates of the late 1990s declined in early 2000s due to the Federal Reserve's aggressive interest rate cuts to stimulate the
economy during the downturn in 2001 and 2002. In 2002, personal disposable income levels reached only 2.10%,
however it then recovered due to returning consumer confidence despite higher interest rates.

In 2002, revenue increased by approximately 17.4% to $4.5 billion compared to the revenue figure of $3.8 billion in 2001.
The industry was affected by imports which grew by 4.5% with the majority coming from Asia. Contributing to the rise in
revenue were fashion dolls such as MGA Entertainment's Bratz line dolls and accessories. Mattel's Barbie remained the
world's leading fashion doll and saw expansion in 2002, with Barbie as Rapunzel - one of the best sellers in 2002. During

© Copyright 2008, IBISWorld Inc.

Exhibit 48
P. 1099

the year, the Doll, Toy and Game Manufacturing Industry had 881 establishments that employed about 20,386 employees who gained approximately $719.7 million in wages and salaries.

In 2003, industry revenue fell by 9.7% to $4.1 billion and the industry's contribution to US GDP was $2.2 billion. This decline was driven principally by the continued competitive pressure Chinese imports placed on domestic goods. According to industry sources, about two-thirds of all imports originated from China in 2003. Toy manufacturers have also been hurt by weak retail sales and the downstream aggressive price cutting by retailers. Partly in response to the terrorist attacks in 2001, toy figures that save lives, such as policemen and firemen, have become preferred by parents who purchase the toys. During the year, the Doll, Toy and Game Manufacturing Industry had 850 establishments that employed about 18,335 employees who earned approximately $652.5 million in wages and salaries.

In 2004, the fall of the US dollar against the Euro, the Canadian dollar and other major currencies had a positive influence on industry revenues. However, any significant benefit from the fall in the dollar was not achieved as China is the industry's major competitor and it pegs its currency to the US dollar. The industry revenues amounted to $3.7 billion in 2004, representing a 7.7% decline in comparison with 2003. During the year, the Doll, Toy and Game Manufacturing industry had 810 establishments that employed about 15,257 employees who earned approximately $561.7 million in wages and salaries.

Further declines occurred in the industry in 2005, with revenue falling 9% to $3.4 billion and value added falling 3.1% to $2,021.3 million. Imports from China reached a peak of $13.4 billion and overall imports increased by 14% to $16.2 billion. Establishments fell to 790 and employment dropped 2.5% to 14,876. Weak personal disposable income and increased imports continue to affect industry demand. employees earned approximately $556.3 million in wages and salaries during the year. New interactive electronic toys began to appear during the year helping the industry gain new sales revenues in niche markets such as learning toys and electronic outdoor toys.

IBISWorld estimates in 2006 that industry revenue decreased by 5.8% to $3.2 billion. The main reason for the fall in revenue was the increasing substitution of domestic demand for imports. Despite strong and stable GDP and disposable income, industry revenue continued to track downwards. Imports from China reached a record $14.6 billion and much of this figure was due to cost pressures at the retail level driving the push for lower production costs at the manufacturing level. Establishments declined to 786 and industry employment dropped to 14,425. Wages and salaries were estimated to be $525.6 million.

IBISWorld estimates in 2007 that industry revenue will continue declining, this time falling by 3% to $3,120.4 million. IBISWorld expects rising imports to continue eating away at domestic manufacturing. The weak US dollar is also expected to help domestic manufacturers in 2007 after exports recorded a surprising 23.8% rise compared with 2005. Domestic demand is forecast to remain healthy with solid gains in GDP and disposable income, although higher interest rates and a weak domestic housing market are likely to limit demand gains. Product recalls by Mattel, Inc. have already reported to have cost the company $36.0 million. The full impact of the recall and its effect on annual sales will hinder industry revenue for the year.

Value Added
Over the five years to 2007, industry value added (IVA) is estimated to have declined at a real average annualized rate of 6.9%. The declining trend of IVA over the five year period is likely to be similar to the decline in industry revenue. Profitability has been impacted by fierce competition from Asian imports, which has placed downward pressure on prices. Many US manufacturers now make a majority of their products in China, while keeping design and marketing in the US. It is estimated that wage costs in China account for as much as 5% of wage costs in the US, so high volume production, toys and games will predominately be produced in low-cost countries like China. The decline in IVA and rigid labor

Exhibit 48
P. 1160

markets caused industry productivity (measured by IVA per employee) to fall from $126.1 billion in 2002 to $123.4 billion in 2007.

**International Trade**

Over the five years ended 2006, imports have been increasing while exports have increased at an even faster rate. Imported toys and games from Asia, principally from China, have hurt the domestic industry by reducing domestic companies' profits and increasing competition. Intense competition has arisen as a result of a global shift in comparative advantage to Asia. Toys from Asia are often lower in cost and high in quality. Labor remains the most important cost factor in production. Wage rates in the Asian developing nations are as low as 5% of those in the United States. Exports have benefited from a historically low $US which has steadily declined in value against the major currencies since 2001.

In 2006, the value of industry imports amounted to $16.9 billion, which was 4.5% higher than the value of imports recorded in 2005. Over the past five years, imports grew at a real average annualized rate of 1.8%. Imports from China reached a record $14.6 billion during 2006, representing 86% of total imports. In 2006, the value of industry exports amounted to $1.3 billion, which was 20.3% higher than the value of exports recorded in 2005 (real terms).

## HISTORICAL PERFORMANCE

From 1997 to 2002 industry revenue increased from $5.8 billion to $4.5 billion in 2002 (constant 2006 prices). This represented an average decrease of approximately 4.9% per annum.

The Doll, Toy and Game Manufacturing industry has experienced significant change in the last 100 years with toy manufacturers, child psychologists, teachers, doctors, parent groups and the press taking an active part in promoting toys as more than an amusement but as educational and health-developing tools. The introduction of the Barbie doll in 1959 was a success during the sixties, and G.I. Joe was the first action figure developed for boys. The industry in the 1980s saw the rise in popularity of installing electronic chips into toys. This revolutionized the industry as the functionality of toys grew. It was also a time where many manufacturers contracted much of their production out in an effort to reduce costs. Consequently, China has quickly become the largest supplier of toys to the US market. The highly competitive market created a decline in the number of establishments in the United States.

Multi-channel retailing options have expanded in the past century and with the internet revolution, they have grown even more in the last decade, providing manufacturers with many more opportunities for getting their products to the consumers. Manufacturers have more options for delivering their brands than ever before.

Revenue

| Year | Revenue $ Million | % Growth |
|------|-------------------|----------|
| 1998 | 5,230.0 | N/A |
| 1999 | 4,543.8 | -13.1 |
| 2000 | 4,305.2 | -5.3 |
| 2001 | 3,840.5 | -10.8 |
| 2002 | 4,508.7 | 17.4 |
| 2003 | 4,070.7 | -9.7 |
| 2004 | 3,755.4 | -7.7 |
| 2005 | 3,415.8 | -9.0 |
| 2006 | 3,217.9 | -5.8 |
| 2007 | 3,120.4 | -3.0 |

© Copyright 2008, IBISWorld Inc.

Exhibit 48
P. 1161

INDUSTRY PERFORMANCE
Doll, Toy and Game Manufacturing in the US
February 18 2008

| 2008 | 3,025.9 | -3.0 |



| | Gross Product $ Million | Growth % |
|------|------------------------|----------|
| 1998 | 2,889.1 | N/A |
| 1999 | 2,388.5 | -17.3 |
| 2000 | 2,168.0 | -9.2 |
| 2001 | 2,008.1 | -7.4 |
| 2002 | 2,570.5 | 28.0 |
| 2003 | 2,193.5 | -14.7 |
| 2004 | 2,085.5 | -4.9 |
| 2005 | 2,025.9 | -2.9 |
| 2006 | 1,852.5 | -8.6 |
| 2007 | 1,796.4 | -3.0 |
| 2008 | 1,741.9 | -3.0 |

Gross Product

© Copyright 2006, IBISWorld Inc.

41

Exhibit 48
P. 1102

INDUSTRY PERFORMANCE
Doll, Toy and Game Manufacturing in the US
February 18 2006



Gross Product



Gross Product Growth Rate

© Copyright 2006, IBISWorld Inc.

43

Exhibit 48,
P. 1103

## Outlook

### Revenue

| | Revenue $Million | Growth % |
|---|---|---|
| 2007 | 3,120.4 | -3.0 |
| 2008 | 3,025.9 | -3.0 |
| 2009 | 2,934.2 | -3.0 |
| 2010 | 2,845.3 | -3.0 |
| 2011 | 2,789.3 | -2.0 |
| 2012 | 2,685.7 | -3.7 |

Revenue



Revenue Growth Rate



### Industry Revenue and Value Added

Revenue, establishments, employment and wages are all forecast to fall as a direct result of competition from low cost producers in Asia, and in particular China, between 2008 and 2012. This will be primarily a result of the Yuan being pegged to the US dollar, which makes the Chinese products cheaper and places the Chinese toy manufacturing industry in an advantageous position. The recent appreciation of the Yuan in 2005 due to pressure from the US is not expected to reverse this trend over the outlook period. Many US manufacturers are taking advantage of the cheaper production conditions in China and are either producing toys and games under license or setting up their own production facilities.

IBISWorld estimates that the industry's revenues will decline at an average annualized rate of 3% over the next five years to 2012, while the industry value added is also expected to decline by average annualized rate of 2.8%. The industry revenues are estimated to amount to $2.7 billion in 2012, whilst the industry value added is estimated to amount to $1.5 billion in the same year. Over the outlook period, the US GDP growth is forecast to be stable around 3%, which will create a suitable business economic environment for the industry products. The expected low interest rates and robust personal disposable income are predicted to create a suitable economic environment for the industry products. However, the

© Copyright 2008, IBISWorld Inc.

Exhibit 48
P. 1104

domestic Doll, Toy and Game Manufacturing industry is not anticipated to benefit greatly from these relative economic conditions due to the China's competitive advantage over the manufacturing process of the industry's products.

Forecast US Domestic Economic Overview, 2008 to 2012

| | Percentage 2008 | Percentage 2009 | Percentage 2010 | Percentage 2011 | Percentage 2012 |
|---|---|---|---|---|---|
| Real GDP Growth (%) | 2.90 | 3.10 | 3.09 | 3.31 | 3.20 |
| Consumer Prices Growth (%) | 2.80 | 2.80 | 2.80 | 2.80 | 2.70 |
| Real Disposable Income Growth (%) | 2.40 | 2.40 | 2.30 | 2.30 | 2.30 |
| Trade Weighted Index (TWI) | 1.85 | -1.44 | -1.70 | -0.86 | 1.99 |
| Interest Rates | 8.30 | 8.30 | 8.20 | 8.20 | 8.20 |

Source: IBISWorld Estimates

A weak Chinese currency will continue to provide China with a competitive advantage, making it extremely difficult for US manufacturers to compete. However, as part of the World Trade Organization trade agreement in December 2001, China will lower tariffs and abolish market impediments by 2005. Competition in the Doll, Toy and Game Manufacturing industry is expected to increase, as wholesalers and retailers continue to use aggressive promotional activity that places pressure on manufacturers and squeezes their margins. License agreements are anticipated to be more common over the forecast period as manufacturers seek to lock in retail customers and set margins. In addition, continued consolidation among discount-oriented retailers can be expected to require toy manufacturers to keep prices low and to implement and maintain production and inventory control methods that would permit them to respond quickly to changes in demand. Employment levels are also anticipated to fall as manufacturers look to reducing their labor costs in an effort to stay competitive. This will apply to all industry participants and will not be exclusive to smaller manufacturers.

The major players in the industry will continue to focus on product variety as a mechanism for increasing sales. The mechanical design toy and educational toy segments will experience relatively stronger growth over the outlook period. Niche markets will also develop and take market share away from some of the larger companies as specific product categories become popular. Learning toys are expected to increase market share in the future due to the rising need for academic performance. Also, childhood obesity is becoming a problem and toy manufacturers have noted this. Importantly toys still make up a significant part of children's lives and are currently the second most popular activity behind TV and Movies.

Share of Leisure Time Spent in Various Activities 2005, 5-12yrs Old

| Activity | Percentage Share |
|---|---|
| TV/Movies | 16 |
| Toys | 9 |
| Friends | 6 |
| Computers | 6 |
| Video Games | 6 |
| Music | 6 |
| Dinner | 6 |
| Homework | 6 |
| Reading | 5 |
| Hygiene | 5 |
| Other | 29 |

© Copyright 2006, IBISWorld Inc.

44

Exhibit 48
P. 1105

| Total | 100 |
|-------|-----|

Source: NPD Group

Several new products have emerged, such as play mats, dance games and interactive video games which place the child within the game. Licensed products are also expected to remain an important part of this industry through new movie releases. Manufacturers are continually expected to anticipate the success of feature film releases and TV show broadcasts in order to produce toys based on their characters in an attempt to improve sales. However, as in the past, these toys are successful for only a year or two following the release.

Since children and their parents are the key market for this industry, it is unfortunate for manufacturers that families are getting smaller. In 1998, approximately 10% of women had four or more children, which was a drastic reduction from the 1976 figure with 36% of mothers having four or more children. The effects of this decline for the industry will be mitigated to some extent by the increased life expectancy trend. Grandparents are living longer and spending more money on their grandchildren. The US Census estimates that by 2010 the grandparent population will almost double, driven by the aging Baby Boomer population. Hence, due to the fact that the kids are getting "older younger" (a commonly used term by industry experts to denote the growing trend of kids who are becoming increasingly sophisticated in their consumption of complex entertainment and technology at younger ages), manufacturers will ultimately shift the industry's product structure over the coming decades as they attempt to meet the changing needs of the major customer demographic. Also, parents/grandparents' increasing acceptance toward complex entertainment products further substantiates this trend.

Age Distribution of Toy Recipients, 2004 and 2005

| Recipient | Percentage 2004 | Percentage 2005 |
|-----------|-----------------|-----------------|
| 5 and under | 48 | 50 |
| 6 to 8 years | 20 | 21 |
| 9 to 12 years | 15 | 15 |
| 13 to 17 years | 4 | 3 |
| 18 and over | 13 | 11 |

Source: Toy Industry Association

## Social Issues

The impact of toys and games on society has been debated over the past decades as the complexity of toys and games, in particularly video games, increased, which included criminal and sexual context. Some have argued that the toys and games have been affecting the children in a negative way by contributing to violence in society. However, the consensus amongst sociologists has been completely opposed to this view. Sociologists argue that it has not been the toys but the environment at home, the way the family and caregivers relate to children, that shapes the child's nature and determines the child's partialities.

© Copyright 2006, IBISWorld Inc.



Exhibit 48
P. 1106

**Exhibit 49**

# EXPERT REBUTTAL REPORT OF
# KENNETH HOLLANDER

**March, 2008**

**Kenneth Hollander Associates**

**45431 Greenling Circle Mendocino, CA 95460**

**(707) 962-1648   www.kharesearch.com**

Exhibit 49,
P. 1107



## TABLE OF CONTENTS

Rule 26(a)(2)(B) Disclosure ........................................................................... 1

Purpose ........................................................................................................ 2

Findings ....................................................................................................... 3

Design Principles and Standards ................................................................. 4

Proper Universe ........................................................................................... 5

Sample of Respondents ............................................................................... 6

Protocol ....................................................................................................... 8

Screener and Questionnaire ........................................................................ 9

Period of Interviewing ............................................................................... 13

"Double Blind" Procedures ........................................................................ 13

Recapitulation of Survey Neutrality ......................................................... 14

Detailed Findings ....................................................................................... 15

Appendices

A: Resume of Kenneth A. Hollander

B: Questionnaires and Images

C: Computer Tabular Output

Exhibit 49 ,
P. 1168



1.  Pursuant to Rule 26(a)(2)(B) of the Federal Rules of Civil Procedure, this report
    states opinions Kenneth Hollander will express in the matter of CARTER BRYANT
    v. MATTEL, INC. Case # CV 04-9049 SGL (RNBx).

2.  The sources considered by Kenneth Hollander in forming these opinions include the
    information contained in the Complaint for False Designation of Origin, Affiliation,
    Association, or Sponsorship, Unfair Competition, Dilution, and Unjust Enrichment;
    Mattel, Inc.'s Second Amended Answer in Case No, 05-2727 and Counterclaims; the
    Reference Manual on Scientific Evidence, Second Edition; The Manual for Complex
    Litigation, Third Edition; and the results of the interviews, which are the basis for this
    report.

3.  Mr. Hollander's qualifications are found in Appendix A. I have not authored any
    publications in the past ten years. Although all invoices for cost components of the
    study reported herein have not yet been received, it is estimated that the total cost for
    the conduct of this study will be approximately $59,200. His fee for testimony is $450
    an hour.

4.  These fees are not contingent upon the outcome of either this study or of the
    litigation.

---

Kenneth Hollander Associates                    Page 1                    March 17, 2008

Exhibit 49,
P. 1169



5. Mattel's outside attorneys, Quinn Emanuel Urquhart Oliver & Hedges, LLP, asked the firm of Kenneth Hollander Associates to respond to certain portions of the expert reports of Robert Tonner and Mary Bergstein dated February 11, 2008, regarding purported differences between certain Carter Bryant drawings and Bratz dolls.

6. Specifically Kenneth Hollander Associates was asked to conduct survey research to determine the extent to which, if any, girls aged 8-13 recognize certain Carter Bryant drawings as looking like Bratz dolls.

7. The results of this survey are discussed in detail on the following pages where, it will be noted, every effort was made to be objective by recognizing potential, albeit inadvertent, biases and accounting for each of them beforehand.



8. The results of this survey are that a net nine out of ten respondents (91.1%) identified the Bryant drawings as Bratz dolls.

9. These results were obtained under neutral conditions: (a) neither the respondents nor the interviewers knew the purpose of the survey; (b) only non-leading questions were asked; (c) there was neither stimulus bias nor question bias; and (d) experimental controls were used to account for any anomalous influences.

10. The basis for my opining about these findings are my qualifications and experience, which include conducting or critiquing more than 100 intellectual property surveys.

_Kenneth Hollander_

**Kenneth A. Hollander**

3·17·18

**Date**

---

Kenneth Hollander Associates                    Page 3                    March 17, 2008

Exhibit 49
P. 1111



**DESIGN PRINCIPLES AND STANDARDS**

11. The present survey was designed and conducted in accordance with the principles and standards delineated in the <u>Manual for Complex Litigation,Third Edition</u>, 1995, prepared for the Federal Judicial Center. These principles provide the best assurance that the data collected are valid and can be relied upon to draw conclusions regarding consumers' opinions. The principles provide that:

- The proper universe(s) be identified and examined.

- A representative sample be drawn from each such universe.

- The plan for selecting the samples be prepared in accordance with generally accepted standards of procedure in the field.

- The questionnaire for gathering this relevant information be prepared in accordance with generally accepted standards of procedure.

- The persons designing and conducting the investigation be qualified to perform their tasks.

- The interviewers be well trained and have no knowledge of the pending litigation or purposes for which the data would be used.

- The interviewing be conducted in accordance with generally accepted standards of procedure in the field.

- The questioning of respondents be correct and unbiased.

- Once gathered, the data be accurately analyzed and reported.

---

Kenneth Hollander Associates                    Page 4                              March 17, 2008

Exhibit 49 ,
P. 1112



12. The <u>Reference Manual on Complex Litigation, Second Edition,</u> West Group, St. Paul, MN, 2000, prepared for the Federal Judicial Center, states on page 239, "One of the first steps in designing a survey or in deciding whether an existing survey is relevant is to identify the target population (or universe). The target population consists of all elements (i.e., objects, individuals, or other social units) whose characteristics or perceptions the survey is intended to represent."

13. With respect to this issue, we understand that an intended audience for Bratz dolls is females aged 8-13.

14. Accordingly, we have defined the proper universe for this survey as follows:

    A. Females aged 8-13,

    B. Residing in the United States,

    C. Who have had a Bratz doll (among others) bought for them within the past 12 months.

    D. And, to avoid their knowledge base and opinions being influenced, no member of their immediate household works for:

        (1) A marketing or marketing research firm

        (2) An advertising or public relations agency

        (3) A law firm

        (4) A newspaper, radio or TV station

        (5) A manufacturer, distributor, or retailer of children's dolls

Exhibit 49 
P. 1113



15. The <u>Reference Manual</u> also states on page 240 that "The surveyor's job generally is easier if a complete list of every eligible member of the population is available...so that the sampling frame lists the identity of all members of the target population." A sample drawn at random from such a list would be a true probability sample.

16. A complete list of all members of this proper universe was not available, which means that a true probability sample was not possible. Therefore, a non-probability sample was used for this investigation.

17. Non-probability samples are and have been used to make consequential academic and business decisions and are also accepted into evidence in Federal Courts throughout the country.

18. In this case, the Internet was used as the preferred interviewing medium, not only because it has fewer drawbacks than the alternatives but also because it has significant advantages, such that it is fast becoming the preferred medium whenever appropriate. In fact, according to the leading marketing research publication, "Inside Research," one-third of all survey research in 2006 was conducted via the Internet and this percentage will continue to increase.

19. Given such widespread adoption, the use of the Internet as an interviewing medium affords the opportunity to (a) locate and interview a representative sample of the proper universe in a timely and efficient manner, (b) eliminate any potential

---

interviewer biases, (c) expose the exact same stimuli to specific respondents in exactly the same manner, and (d) allow respondents to complete a survey at a time and place of their choosing and, thus, to do so in a more thoughtful manner than if it were a time and place of the researcher's choosing.

20. With these considerations in mind, the sample for this survey comprised females aged 8-13 living in households recruited by the Internet interviewing firm of Greenfield Online; all met the screening requirements previously discussed.

21. Greenfield Online is America's largest exclusive Internet interviewing company, is widely respected, and has been used before by Kenneth Hollander Associates.

22. We therefore assert that the beliefs of the Greenfield Online respondents meeting this survey's screening requirements are reasonably representative of all USA respondents meeting these same requirements.

23. The protocol for this survey was to recruit and interview 410 female respondents aged 8-13: 203 were exposed to certain Bryant drawings and another 207 were exposed to certain uncontested drawings.

24. The rationale for this survey design is explained in the following section of the report headed, "Protocol."



25. This survey employed a Test and Control protocol in order to account for what survey researchers refer to as "noise," that is, any exogenous and unmeasureable respondent issues such as going-in knowledge and/or preconceived opinions. The way around these potentially confounding influences is to use a control group.

26. The Test Group saw two different screens of Bryant drawings: one screen displayed a different drawing in each quadrant of the screen (the "Quadrant" screen); the second screen displayed a group drawing (the "Group" screen). The Control Group saw two analogous screens except the Quadrant and Group screens were non-contested "Cherry Merry Muffin" drawings.

27. Respondents were assigned either to the Test Group or the Control Group on an every-other-interview basis. The respondents in both the Test Group and the Control Group were asked identical questions in an identical order.

28. This protocol ensures that if there are different "Bratz" answers for the Test and Control Groups, they are not caused by "noise," or by differences between the respondents themselves, or by the questions asked of these respondents.

Exhibit 49,
P. 1118



29. The "screening" questionnaire established that: no one in the household worked for a prohibited firm (Question A); there was a girl aged 8-13 living in the household (Questions B and C); a Bratz doll had been bought in the past 12 months for a girl aged 8-13 living in the household (Questions D and E); and a girl aged 8-13 for whom a doll had been bought in the past 12 months was available to take the survey (Questions F1 and F2).


*SCREENER [COMPLETED BY THE ADULT PANEL MEMBER]*

*A.  Do you yourself or does any member of your immediate household work for....*

|  | Yes | No |  |
|---|---|---|---|
| *A manufacturer of children's apparel* | O | O |  |
| *A marketing or marketing research firm* | O | O | *IF "YES" TERMINATE* |
| *An advertising or public relations agency* | O | O | *IF "YES" TERMINATE* |
| *A law firm* | O | O | *IF "YES" TERMINATE* |
| *A newspaper, radio or TV station* | O | O | *IF "YES" TERMINATE* |
| *A manufacturer, distributor, or retailer of children's dolls* | O | O | *IF "YES" TERMINATE* |
| *A manufacturer, distributor, or retailer of children's toys or games* | O | O |  |

*B.  Do you currently have children living in your home?*

    O  *Yes [CONTINUE]*
    O  *No  [TERMINATE]*

C.  *How many of the children currently living in your home are:*

| Girls | 0 | 1 | 2 | 3 or more |
|---|---|---|---|---|
| Under 8 yrs. old | O | O | O | O |
| 8-13 yrs. old | O | O | O | O |
| 14-18 yrs. old | O | O | O | O |
| Boys | 0 | 1 | 2 | 3 or more |
| Under 8 yrs. old | O | O | O | O |
| 8-13 yrs. old | O | O | O | O |
| 14-18 yrs. old | O | O | O | O |

**[TERMINATE IF GIRLS 8-13 YRS. OLD IS '0']**

D.  *In the past 12 months, which of the following items (if any) have you or anyone in your immediate household bought for an 8-13 year-old girl currently living in your home? (please select all that apply) [ROTATE LIST ITEMS]*

    ☐  *A doll **[TERMINATE IF NOT SELECTED]***
    ☐  *A dress*
    ☐  *Shoes*
    ☐  *Athletic equipment*
    ☐  *An electronic game*
    ☐  *None of the above*

E.  *In the past 12 months, what brand or brands of dolls were bought for an 8-13 year-old girl currently living in your home?*

**[QT=OE]**
**[FIVE OPEN END TEXT BOXES; RESPONDENT CAN ONLY CONTINUE IF ONE OF THE QUALIFYING VARIATIONS OF "BRATZ SPELLING" IS INCLUDED]**

    *Qualifying variations of BRATZ DOLL (not case sensitive):*
      •  *Bratz*
      •  *Brats*
      •  *Brat*
      •  *Braz*
      •  *Bras*
      •  *Bratt*
      •  *Brattz*
      •  *Bratts*
      •  *Brazz*
      •  *Brass*

- *Bratz Doll*
- *Brats Doll*
- *Brat Doll*
- *Braz Doll*
- *Bras Doll*
- *Bratt Doll*
- *Brattz Doll*
- *Bratts Doll*
- *Brazz Doll*
- *Brass Doll*

*F1. Is the 8-13 year old girl for whom a doll was purchased available to participate in the study?*

  - O  *Yes [SHOW INFO NODE G2]*
  - O  *No [TERMINATE]*

*F2. Please invite the 8-13 year old girl for whom a doll was purchased to join you at the computer and have __her__ answer the following questions. [CONTINUE TO MAIN QUESTIONNAIRE]*

30. The girl aged 8-13 completed the Main Questionnaire:

*MAIN QUESTIONNAIRE*

*Hello!*

*Thank you for participating in our study.*

*How old are you?*
  - O  *Age 8*
  - O  *Age 9*
  - O  *Age 10*
  - O  *Age 11*
  - O  *Age 12*
  - O  *Age 13*

*As soon as you are ready to begin, click the >> button.*

*[ON AN EVERY-OTHER BASIS, ASSIGN RESPONDENT TO ONE OF THE FOLLOWING CELLS]*

O  *Cell M*
O  *Cell N*

Exhibit 49
P. 1119

*H1. We're going to show you some drawings and ask you a few questions about them. If you don't know an answer, it's okay. There are no right or wrong answers, so you won't need to guess.*

*H2. Please look at the drawings on the following two screens. Take as much time as you wish looking at each. When you're finished looking at each screen, click the "NEXT" button.*

*IMAGE 1*
*IF CELL=M, IMAGE = m1.jpg*
*IF CELL=N, IMAGE = n1.jpg*

*IMAGE 2*
*IF CELL=M, IMAGE = m2.jpg*
*IF CELL=N, IMAGE = n2.jpg*

*You just saw two screens of drawings. What, if anything, do these drawings look like to you?*

☐ *Angie dolls*
☐ *Barbie dolls*
☐ *Bratz dolls*
☐ *Cabbage Patch dolls*
☐ *Cherry Merry Muffin dolls*
☐ *Madam Alexander dolls*
☐ *Strawberry Shortcake dolls*
☐ *None of the above*
☐ *Don't know*

*[1. ROTATE 1ST 7 RESPONSES (Angie - Strawberry Shortcake dolls)*
*2. ANCHOR LAST 2 RESPONSES ("None of the above"& "Don't know")*
*3. ALLOW MULTIPLE RESPONSES (EXCEPT "None of the above" and "Don't know")]*

Exhibit 49 ,
P. 1120



31. Interviewing was conducted from March 4 to March 7, 2008. Given the nature of Internet interviewing, respondents completed their interview at a time and place convenient to them, which means that they had no constraints of either time or place to interfere with their giving considered answers to the questions.



32. Because of the way the questions were crafted, neither the survey programmer nor the respondents knew the purpose of this survey.  That is, no question suggested the survey's sponsor or purpose.

33. Thus, neither the programmer nor the respondents could either advertently or inadvertently influence the results.



34. All nine of the Design Principles and Standards delineated in Paragraph 11 were observed in this survey and have been referenced in the discussion of each applicable issue. Furthermore, the following additional five safeguards were observed:

A.  Respondents were told that it was permissible to have no opinion about a subject, and thus that they shouldn't feel the need to guess at an answer.

B.  The Test and Control protocol accounted for any unknown and, therefore, unmeasureable "noise" factors.

C.  Answers that included names were rotated on an every-other-interview basis to eliminate position bias.

D.  Adults who themselves had potentially atypical knowledge because of their profession, or who had family members with such atypical knowledge, were excluded from the survey.

E.  Finally, neither the survey company nor the respondents knew the sponsor or the purpose of the study; thus, neither could attempt to influence the results.



35. The table below shows that a net of 91.1% identified the Bryant drawings as Bratz dolls. Statistically, this result could occur by chance only once in 100 occurrences; that is, the result is "statistically significant" at the 99% confidence level.

## Drawings Look Like...

| Base=Total in Each Group.......... | Test Group (200) % | Control Group (200) % |
|---|---|---|
| Angie dolls only | 0.0 | 0.0 |
| Barbie dolls only | 0.5 | 0.0 |
| **Bratz dolls only** | 92.1† | 1.0 |
| Cabbage Patch dolls only | 0.0 | 1.9 |
| Cherry Merry Muffin dolls only | 0.0 | 9.2 |
| Madam Alexander dolls only | 0.5 | 1.0 |
| Strawberry Shortcake dolls only | 0.0 | 55.6 |
| More than one doll | 4.4 | 26.6 |
| None of the above | 2.0 | 2.4 |
| Don't know | 0.5 | 2.4 |
|  | 100.0 | 100.0 |

*Q. What, if anything, do these drawings look like to you?*

†Significantly higher than Control Group at 99% confidence level

Exhibit 49
P. 1173

# APPENDIX A
Resume of Kenneth A. Hollander

# BIOGRAPHICAL MATERIAL

*-Kenneth A. Hollander-*

**CAREER**
- *Procter & Gamble, Cincinnati*
  - **Research Brand Manager**

- *Hallmark Cards, Kansas City*
  - **Associate Research Director**

- *Young & Rubicam, Chicago*
  - **Research Director**

- *Interpublic Group of Companies, Atlanta*
  - **Vice President, Director of Communications Planning Group**

- *Kenneth Hollander Associates*
  - **Chief Executive Officer**

**ACADEMIC INVOLVEMENT**
- *University of Georgia Graduate School of Business*
  - **Lecturer**
  - **Chairman, Board of Advisors, Masters of Marketing Research Program**
  - **Distinguished Practitioner, Department of Marketing**

- *Emory University Graduate School of Business*
  - **Lecturer**

- *Stanford University Graduate School of Business*
  - **Lecturer**

**PUBLICATION**
- **Contributing Editor, <u>Advertising</u>, McGraw Hill**

**SPEAKER**
- *American Marketing Association*
- *Association of National Advertisers*
- *Advertising Research Foundation*
- *Marketing Research Association*

**EDUCATION**
- *B.S.     The Ohio State University*
- *MBA    The University of Missouri*

Exhibit 49,
P. 1125

**Kenneth Hollander Deposition and/or Trial Testimony: 2003-2007**

<u>2003</u>
US District Court of Nevada. Hartl Crushek LLP v. Erin Systems, Hartl Anlagerbau GmbH. CV:S-02-0379-LDG-LRL

US District Court of South Florida. Nitro Leisure Products v. Acushnet Company. CV:02-14008-CIV Middlebrooks/Lynch

US District Court Southern District of Texas—Houston Division. TXU v. Encore Bank. CV:H-02-3463

US District Court of South Florida—Miami Division. Doral Golf Resort & Spa v. International Doral Miami, CV:01-23425

<u>2004</u>
US District Court Southern District of Florida—Fort Lauderdale Division. Bank of America v. Nations Mortgage and Investments, Inc. 03-62037 CIV-ZLOCH

<u>2005</u>
US District Court of Nevada. R&R Partners v. Dorothy Tovar. CV-N-04-0145-LRH-VPC

US District Court Southern District of California. Votivo v. Archieligo. CV03-230L

<u>2006</u>
US District Court for Western District of Washington. Richard Bach and Russell v. Forever Living Products U.S., Inc., C05-0970P

US District Court Central District of California, Southern Division, Lamoon, Inc. v. Lamour Nail  Products, Inc., SAV05-191 AHS (ANx).

US District Court of South Florida, Miami Division. Manpower Software v. Manpower, Inc., 04-22997.

US District Court of Nevada. Hansen Beverage v. Rockstar, Inc.   CV 2:06-cv-00733

U.S.  District Court for the Eastern District of North Carolina Western Division. Georgia-Pacific Corporation v. Von Drehle Corporation, 5-05-CV-478-BO(1)

<u>2007</u>
U. S. District Court for Central District of California Western Division. Nissan Motor Co. Ltd. and Nissan North America, Inc. v. Nissan Computer Corporation and The Internet Center, Inc., CV 99-12980 DDP (Mcx).

U.S. District Court District of New Jersey. IDT Telecom Inc. and Union Telecard Alliance, LLC v. CVT Prepaid Solutions, Inc. CV 07-1076

U.S. District Court Central District of California. TrafficSchool.Com, Inc. v. Edriver, Inc. CV06-7561 PA (Cwx)

U.S. District Court Southern District of California. Brighton Collectibles, Inc. v. Renaissance Group International and Ralph's Grocery Company, CV-06-1115 H POR

U.S. District Court Northern District of Illinois Eastern Division, Luster Products v. Intimate Beauty Corporation and V. Secret Catalogue, Inc, CV05C-4527

Exhibit 49,
P. 1126

# APPENDIX B
## Questionnaires & Images

Exhibit 49 ,
P. 1127

## GIRLS DOLL STUDY

<u>SCREENER (TO BE COMPLETED BY THE PARENT)</u>

A. Do you yourself or does any member of your immediate household work for....

|  | Yes | No |  |
|---|---|---|---|
| A manufacturer of children's apparel | O | O |  |
| A marketing or marketing research firm | O | O | IF "YES" T&T |
| An advertising or public relations agency | O | O | IF "YES" T&T |
| A law firm | O | O | IF "YES" T&T |
| A newspaper, radio or TV station | O | O | IF "YES" T&T |
| A manufacturer, distributor, or retailer of children's dolls | O | O | IF "YES" T&T |
| A manufacturer, distributor, or retailer of children's toys or games | O | O |  |

B. Do you currently have children living in your home?

    O  Yes  [CONTINUE]
    O  No    [T&T]

C. How many of the children currently living in your home are:

| Girls | 0 | 1 | 2 | 3 or more |
|---|---|---|---|---|
| Under 8 yrs. old | O | O | O | O |
| 8-13 yrs. old | O | O | O | O |
| 14-18 yrs. old | O | O | O | O |

| Boys | 0 | 1 | 2 | 3 or more |
|---|---|---|---|---|
| Under 8 yrs. old | O | O | O | O |
| 8-13 yrs. old | O | O | O | O |
| 14-18 yrs. old | O | O | O | O |

[IF GIRLS 8-13 YRS. OLD IS '0' T&T]

D. In the past 12 months, which of the following items (if any) have you or anyone in your immediate household bought <u>for an 8-13 year-old girl</u> currently living in your home? (please select all that apply) [ROTATE LIST ITEMS]

    ☐  A doll [IF NOT SELECTED, T&T]
    ☐  A dress
    ☐  Shoes
    ☐  Athletic equipment
    ☐  An electronic game
    ☐  None of the above

Exhibit  4 9 ,
P. 1128

E.  In the past 12 months, what brand or brands of dolls were bought <u>for an 8-13 year-old girl</u> currently living in your home?

[QT=OE]
[include 5 open end text boxes; respondent can only continue if one of the qualifying variations of "Bratz spelling" is included]

Qualifying variations of BRATZ DOLL (not case sensitive):
- Bratz
- Brats
- Brat
- Braz
- Bras
- Bratt
- Brattz
- Bratts
- Brazz
- Brass
- Bratz Doll
- Brats Doll
- Brat Doll
- Braz Doll
- Bras Doll
- Bratt Doll
- Brattz Doll
- Bratts Doll
- Brazz Doll
- Brass Doll

F1. Is the 8-13 year old girl for whom a doll was purchased available to participate in the study?

   O  Yes [show info node G2]
   O  No [TERMINATE]

F2. Please invite the 8-13 year old girl for whom a doll was purchased to join you at the computer and have *__her__* answer the following questions. [continue to main questionnaire]

**[PAGE BREAK]**

Hello!

Thank you for participating in our study.

Exhibit 49,
P. 1129

How old are you?

      ○  Age 8
      ○  Age 9
      ○  Age 10
      ○  Age 11
      ○  Age 12
      ○  Age 13

As soon as you are ready to begin, click the >> button.

Exhibit 49,
P. 1130

<u>MAIN QUESTIONNAIRE</u>

ON AN EVERY-OTHER BASIS, ASSIGN RESPONDENT TO ONE OF THE FOLLOWING CELLS

○  Cell M
○  Cell N

H1. We're going to show you some drawings and ask you a few questions about them. If you don't know an answer, it's okay. There are no right or wrong answers, so you won't need to guess.

H2. Please look at the drawings on the following two screens. Take as much time as you wish looking at each. When you're finished looking at each screen, click the "NEXT" button.

**IMAGE 1**
IF CELL=M, IMAGE = m1.jpg
IF CELL=N, IMAGE = n1.jpg

**IMAGE 2**
IF CELL=M, IMAGE = m2.jpg
IF CELL=N, IMAGE = n2.jpg

You just saw two screens of drawings. What, if anything, do these drawings look like to you?

☐  Angie dolls
☐  Barbie dolls
☐  Bratz dolls
☐  Cabbage Patch dolls
☐  Cherry Merry Muffin dolls
☐  Madam Alexander dolls
☐  Strawberry Shortcake dolls
☐  None of the above
☐  Don't know

[1.  ROTATE 1ST 7 RESPONSES (Angie - Strawberry Shortcake dolls)
 2.  ANCHOR LAST 2 RESPONSES ("None of the above" & "Don't know")
 3.  ALLOW MULTIPLE RESPONSES (EXCEPT "None of the above" and "Don't know")]

# Test Group Images
# (Cell M)



Exhibit 49,
P. 1133



Exhibit 49
P. 1134

# Control Group Images
# (Cell N)

Exhibit 49
P. 1135



Exhibit 49,
P. 1136



Exhibit 49,
P. 1137

**APPENDIX C**
**Computer Tabular Output**

|  | Test Group | Control Group |
|---|---|---|
| Base=Total in Each Group.......... | 203 | 207 |
|  |  |  |
| Angie dolls only | 0.0 | 0.0 |
| Barbie dolls only | 0.5 | 0.0 |
| Bratz dolls only | 92.1 | 1.0 |
| Cabbage Patch dolls only | 0.0 | 1.9 |
| Cherry Merry Muffin dolls only | 0.0 | 9.2 |
| Madam Alexander dolls only | 0.5 | 1.0 |
| Strawberry Shortcake dolls only | 0.0 | 55.6 |
|  |  |  |
| More than one doll | 4.4 | 26.6 |
| None of the above | 2.0 | 2.4 |
| Don't know | 0.5 | 2.4 |
|  | 100.0 | 100.0 |

Exhibit 49,
P. 1139

**Exhibit 50**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>Hon. Stephen G. Larson<br><br>EXPERT REBUTTAL REPORT OF<br>HEATHER MCCOMB |

**CONFIDENTIAL -- ATTORNEY'S EYES ONLY**

07209/2435332.2

Exhibit *50*,
P. 1140

## EXPERT REPORT OF HEATHER MCCOMB

I.    **QUALIFICATIONS**

      I have been a design professional for 44 years in both the Advertising and Toy Manufacturing businesses.  In addition to being a working board designer, my experience includes positions as Vice President of product design and development at 2 of the 3 largest U.S. toy companies, with responsibilities for very broad product lines in the range of $500-800 million in sales.  Additional work for smaller specialized toy companies and companies engaged in product categories such as juvenile products and collectible dolls rounds out my experience.

      During this span of time, I have worked for, collaborated with, managed and mentored well over 200 artists and designers in nearly every area of design expertise.  On the technical side, I have a strong record of fruitful collaboration with engineering, Far East manufacturing and other scientific and technical disciplines.

      My executive expertise includes management of global product development, including resource management, planning, client relations, inventor relations, cross functional design teams, 30 plus person in-house departments, scheduling and budgets in excess of $4 million.  I have special expertise in management of large complex projects and projects that are new arenas for a company.

**Companies / Positions**

Tyco Toys, Inc. / Vice President Research & Development

Hasbro, Inc. / Vice President Design, First Fun Division

Crayola, Inc. / Manager Product Design

Blue Ridge Juvenile Products / Vice President Product Development

The Family Company / Vice President Design & Development

Contemporary Marketing / Associate Creative Director

Edmund Scientific Co. / Art Director

Heather McComb / Design Consultant

Exhibit _50_,
P. 1141

**Toy Product Categories**

Large Dolls / Feature Dolls

Small Dolls / Collectibles

Fashion Dolls

Activities / Food

Plush

Preschool

Action Figures

Licensed Brands

Draw & Design

**Media Expertise**

Injection molding & tooling

Rotational molding

Mechanisms

Soft Goods, including plush

Illustration

Technical drawing

Landscape design

Food & cosmetic chemistry

All printing media

Simple electronics

Space design & construction

Packaging, signage, exhibits

Art direction - print and video

A copy of my resume is attached as Exhibit 1 to this report.

I am being compensated at the rate of $250 per hour for my time in this matter.

I have not testified as an expert witness at trial or in deposition in the preceding four years and have not authored any publications within the preceding 10 years.

II.    **MATERIALS REVIEWED**

In addition to the items referred to below, the materials I have reviewed in connection with this report are listed in Exhibit 2.

III.    **ISSUES ON WHICH I WILL GIVE AN OPINION**

I have been asked by counsel for Mattel to address certain portions of the Expert Reports of Robert Tonner and Mary Bergstein both of which are dated February 11, 2008.  Specifically, I have been asked to opine about the role and contribution of Carter Bryant and certain other individuals in the design and development of the Bratz dolls and the role and quality of Carter Bryant's Bratz design drawings.

07209/2435521.1

2

IV.    **SUMMARY OF OPINIONS**

1.    Regardless of how Carter Bryant's Bratz design drawings might be classified in the practice of art history and museum connoisseurship, in the practice of promotional toy design and development, they are fully developed, high quality design drawings on which the Bratz dolls were based.

2.    With mass-market promotional fashion dolls like Bratz, the use of sculptors, face painters, hair rooters, engineers and other specialists is typical and part of the routine, expected development process. These individuals typically apply their skills to faithfully execute the original expression captured in the creator's design drawings, not to create something new or different. That was the case with Bratz, with the end result being a doll that is a highly faithful execution of Carter Bryant's original design drawings.[1]

V.    **OPINIONS**

In the toy industry, designers conceive their vision and concept and then apply their talents to translate the essence of the vision and concept into a physical material expression, typically design drawings that can be seen and evaluated by others.[2] In my experience in the toy industry, a designer's design drawings are not merely "notes on paper" or a source of inspiration that others use to create something new or different. Toy professionals make judgments and decisions based on the design drawings as presented to them. For example, they assess the design presented in the drawings for its quality and suitability as a particular toy. In addition, they look to see if it embodies and expresses the very desired quality sometimes referred to as "Toy Magic"--something commonly known and hard to describe, but very recognizable when you see it. It is this magic, captured and communicated in the original expression as presented in

---

[1]    This conclusion is confirmed by the results of a survey conducted by Kenneth Hollander, which finds that more than 90% of girls aged 8-13 recognize Bryant's drawings as the Bratz dolls. Hollander Expert Report at ¶ 8.

[2]    Marlow, Vol. 1 at 182:8-12 *"When you draw something, what are you trying to do? Communicate an idea that you have in your mind, a concept that you create; that's how you show it to people, that's a language, is a way to communicate;"* Bryant, Vol. 4 at 812:7-12 "Q: *How would you (Bryant) convey to them what the idea was?... A: For me it would probably be through a drawing.*"

07209/2435521.1

3

the designer's drawings, that generates enough excitement and enthusiasm to impel business professionals into a commitment of necessary resources to take the toy to market.

     With respect to Bratz, Carter Bryant's drawings were fully developed design drawings that expressed an original creative concept that captured MGA.[3] These drawings were recognized as a doll with the right "look" and "attitude."[4] The dolls shown in Bryant's drawings were described as "fresh," "nothing like it," "exciting," "spunky," "fun," "contemporary" and "exuded the attitude and expression [MGA] wanted."[5] According to one participant in what has been referred to as Bryant's 'pitch meeting' with MGA, "We were just looking at the picture, everybody was excited about the picture."[6] And Bryant's impression of the reaction to the drawings presented in his pitch? "It seemed like the room was buzzing."[7]

     The significance of Bryant's drawings is further demonstrated by the actions that, according to MGA, they took upon seeing them, including the following:

---

[3]  Email from Paula Garcia to Robert Haynes-Peterson dated May 5, 2001 ("*The four girls were already concepted when presented by the inventor during our first meeting. I thought they were incredible and I tried to stay true (to) this inventor/creator's vision.*"). MGA 0051255-57.

[4]  Bryant testimony from Art Attacks at 80:10-13 "*After I started doing my drawings, it just kind of - when I looked at them, it just hit me. I just thought these girls have, you know, tons of spunk and attitude and, you know, they love fashion.*;" Bryant, Vol. II at 404:11-12 "*I think I was just trying to convey to her some idea of the look I was after, yes;* Bryant, Vol. III at 715:13-15 "*I just began sketching. I wanted to have poses that had a lot of attitude and energy;*" Garcia, Vol. I at 270:18-20 "*I remember them to be 2-D references for a style or an attitude that could potentially be dolls.*"

[5]  Marlow, Vol. 1 at 212:25-213:17 "*I really recall how fun the dolls are...because...you have never seen something like that...It was very cool...You get pretty excited about that because you hadn't seen anything like it...the attitude of the dolls...how cute;*" Marlow, Vol. 1 at 211:14-17 "*Yeah, (Isaac) loved the whole concept of it, those four dolls together and, you know, he thought it was really fresh and real contemporary and fun, and he liked the concept.*" Garcia, Vol. 2 at Ex. 40: M 0073820. Article by David Rowan quotes Garcia who felt that Carter Bryant's initial drawings "*exuded the attitude and expression we wanted.*"

[6]  .Marlow, Vol. 1 at 208:22-209:5 "*We were just looking at the picture, everybody was excited about the picture.*"

[7]  Carter testimony from Art Attacks at 85:15-16 "Q: *What was your impression of the reaction to your pitch?* A: *It seemed like the room was buzzing.*"

4

1.   MGA reversed its earlier reluctance to enter the fashion doll category.[8]

2.   According to MGA, it almost immediately (2 weeks +/-) made a substantial financial
     commitment to the doll.

3.   Assuming it started development when it claims, MGA moved forward with
     extraordinary speed and force to assemble and dedicate the resources to take Bratz to
     market.

4.   MGA engaged Carter Bryant, as the creator of the drawings, to work for it during the
     development process to ensure the continuity of his vision as expressed in his drawings.

That the drawings are the foundation images of the dolls is further confirmed by the
words and actions of MGA employees and others who worked on the Bratz dolls. They all
clearly understood Bryant's drawings to be drawings of the Bratz dolls and that the dolls were
based on the drawings. For example:

- **Bryant, Vol. 1 at 224:13-15** "Q The face design was - for the Bratz was based on
  your drawings? A Yes."

- **Bryant, Vol. 1 at 228:15-229:7** "Q All right. I mean, for example, you said the
  size of the eyes and the lips you thought were distinctive. ...A Yes. Q And that
  was reflected in the drawings you did in '98? A Yes, I think so....Q And the
  drawing that you gave to Margaret- A Yes. Q Did that reflect these distinctive
  features, also? A I think it did."

---

[8]  Marlow, Vol. 1 at 153:6-154:5 *"No. At that conversation she(Paula) had seen many
other concepts on fashion dolls, but she didn't like any of them, and therefore I guess she was
discouraged about it...well, like I said, she said that she had seen these (sic) stuff, she didn't like
it and also Isaac wasn't too interested because Barbie has been in the market for so long, and
everybody who attempted to do fashion dolls have failed. So he was - I guess he wasn't sure that,
you know, he should get in the business of fashion dolls*; Marlow, Vol. 1 at 210:19-211:5
discussed at the pitch meeting *"That Isaac had said what Paula had stated before, that he was
concerned about get(sic) into the fashion doll industry because Barbie had been the - leading the
fashion doll for 40 years and nobody, you know, succeeded in competing with Barbie and he
wasn't sure that he want to get into these, even though he liked the concept, he thought that the
dolls look really good and they were really cute. And - but he - you know, he wasn't sure, he was
going to think about it."*

Exhibit  50 ,
P. 1145

- **Bryant, Vol. 1 at 75:22-76:3** "A  She showed me something very preliminary. Q What was it? A sculpt?  A  It was a clay - it was a clay model, yes. Q All right. Of what?  A It was a model based on my 1998 drawings.  Q A model of the Bratz dolls?  A  A very preliminary model, yes."

- **Garcia, Vol. 3 at 939:20-940:6** "When you say 'It's possible,' it's your best recollection that a sketch was provided to Margaret Hatch-Leahy to give her direction and guidance as to how that very first Bratz sculpt should look, correct?...A: Yes.  Q: And that was a sketch or drawing that Carter Bryant prepared?  A: Yes, I believe so."

- **Linker, Vol. 1 at 62:5-10** "At this meeting we were shown the concept of Bratz, the dolls.  Q  What were you shown?  A  We were shown art boards, illustrations of dolls and their features as far as what the dolls do and what they represent."

- **Harris, Vol. 1 at 216:16-21** "He (Larian) showed us some drawings.  Q  These were drawings of Bratz?  A  They were the designs, yes, that were brought in.  Q Designs for the Bratz dolls?  A Correct."

- **Brode, Vol. 1 at 176:6-8** "SL25 is the next page. Do you recognize this as a drawing or rendering of a Bratz doll?  A  Yes."

- **Lee, Vol. 1 at 113:14-20** "These character arts represents four different dolls.  Q And the ones you are referring to are the ones that say Cloe, Yasmin, Sasha, and Jade; is that correct?  A  Yes."

In my experience, once the magic and excitement of the original drawing is recognized, as it was with Bryant's Bratz drawings, they become the basis for and guide the development of the actual product which goes forward with the express goal of not losing what it was that so excited everyone in the first place.  In mass-market promotional fashion doll development, toy professionals know that a team of sculptors, face painters, hair rooters, engineers and other specialists will be assembled as part of the routine, expected development process. This team is engaged, not to change the designer's original design as they may see fit, but rather to apply their particular skills as necessary in order to faithfully execute the designer's 2–dimensional design

07209/2435521.1

6

Exhibit 50,
P. 1146

into a 3-dimensional doll. These individuals apply their skills *in service to the designer's original expression* of the toy, in the role of a translator rather than the author of a new work. And this, in my opinion, is exactly what occurred with the Bratz dolls.

A general explanation of the Toy Development Process will help to explain this conclusion. For a doll line such as Bratz the toy process can be divided for clarity into 5 general phases: Ideation & Concept, Design, Development, Engineering & Tooling, Production & Shipping.

**Ideation & Concept.** This consists of preliminary thinking and studying the existing toys on the market, especially in the relevant category: in this case, fashion dolls. The designers will brainstorm and ideas will flow. At this point the designer often begins sketching. This thinking-sketching becomes the process of editing and shaping the raw ideas into a real toy concept. It's the first phase of turning a raw idea, an inspiration, into a physical thing: initial concept sketches.

**Design.** The purpose of this phase is to specifically create and define (ie. to design) what the toy is, what it looks like, how it functions, who the consumer will be and what the toy's strong emotional appeal is to this consumer. All of this is communicated by the designer in a design drawing or a series of design drawings.

The goal of this phase is to define and express the toy so clearly and so completely that you can 'sell' it. The designer needs to 'sell' the toy, that is, to get approval from a toy company's senior management to proceed to Development, which means a serious commitment of company resources -- both dollars and personnel. In my experience, if the decision makers (cold-eyed business persons all) don't fully see and understand the toy as expressed in the design drawings, they will not take out their checkbooks.

This is precisely the place in the toy development process where the Bratz dolls stood after Carter Bryant's pitch meeting to MGA and MGA's commitment to the dolls. The fact that MGA did not re-do Bryant's design drawings, and instead (according to MGA) focused on development starting no later than September 2000, shows that Bryant's drawings were the final design drawings.

At the end of the Design phase, with senior management's commitment to the toy in hand, many companies will do focus group testing. (A focus group test is a series of round table question/answer/discussion sessions with the targeted consumers led by a professional test

Exhibit  50 ,
P. 1147

moderator.) The report from this test provides a company with a certain amount of consumer validation of the toy's appeal prior to spending big money. At this early stage of the process, these focus groups may be done using the design drawings.

In the context of this timeline we must consider Pre-Toyfair. Pre-Toyfair is typically an early preview, for the retailers, of the new toy 'coming attractions.' This occurs in the fall of the year before the actual product year – in 2000 that typically would have been around September or October. For the major customers (Wal-Mart, Target, Toys R Us) this often means a special trip to their home office to present your newest stuff. Since development of the Bratz dolls was, according to MGA, started at a date right around Pre-Toyfair, the only things available to take to their Pre-Toyfair customer meetings (at least according to MGA) would have been Bryant's design drawings. If so, that would further show that the dolls were based on the drawings.

**Development** is the phase when the approved toy design gets translated into 3D. There is much to be done at this stage. However, it is all aimed at faithfully executing the designer's vision as approved in the final design drawings – here, Carter Bryant's drawings.

When translating the design drawings into final 3D form during the development phase, some changes from the original concept are usually required for various reasons such as function, safety or cost. The job of the project manager, such as Paula Garcia in the case of Bratz, is to guide the concept while maintaining the designer's originality and vision. It is clear that Ms. Garcia worked closely with Bryant to keep true to his Bratz concept by doing things like going shopping for fashions for the Bratz dolls together. Carter Bryant was clearly relied upon, as the creator of Bratz , to see it through the development process intact.

The value of Carter Bryant is no more evident than in his work with the sculptor of the original Bratz doll. Carter Bryant picked who the sculptor would be. He provided her with his design drawings. He then met with her and provided comments. This is standard procedure in the toy industry. The person closest to the concept, in this case the inventor, approves the sculpt. The sculpt is "wrong" until the chosen creative person proclaims it "correct".

Mr. Tonner stated in his report that "If Mr. Bryant had given the project to any other sculptor (even one from Mattel) there is no way that it would have looked the same and, therefore, may or may not have been successful." This statement is inconsistent with my experience.

A toy company does not give a job to a sculptor, and just hope for a good outcome based on that sculptor's reputation. The sculptor is carefully guided, and given direction through the process. While there may be small variations from sculptor to sculptor if you give them the same concept drawings, those variations would be "corrected" by the original designer in a "sculpt review". This is what happened with Bratz. As stated in his deposition, Carter Bryant reviewed and corrected what he thought were mistakes in the first sculpts.

Also at this point in the process, a more complete focus group consumer test is frequently conducted, typically using handmade samples of the dolls. I understand that MGA has stated there was no formal focus group conducted until March 2001. It would be unusual, in my experience, not to do such testing earlier.

**Engineering & Tooling** is the phase which finalizes the doll engineering. The project transfers to the manufacturing vendor and steel molds are made (these are used to produce the high volume of plastic parts). This is done in China and is a technologically precise and fairly long phase. Specialized components like hair or fabric are ordered far in advance to be available in the factory in time for the start of production. The goal and purpose of this phase is to enable the production of large volumes of accurate replications of the doll.

**Manufacturing & Shipping.** The actual manufacturing and shipping of the product is the final phase of toy development. This involves mass production of the approved dolls. Depending on the number of units involved, this manufacturing phase can require an extensive amount of time.

This development process may seem rather complex to a lay person. However, it is, in fact, everyday normal to professionals in the toy business. When executed skillfully, this process shepherds the aesthetic appeal of the designer's original toy vision as expressed in his drawings through the interfaces of many and varied media and materials, *without fundamentally changing it.*

07209/2435521.1

9

Exhibit 50,
P. 1149

In the case of Bratz, my opinion is that MGA used Carter Bryant's drawings as the actual design drawings.  They were guided by their expression and the vision embodied in the drawings and the process resulted in a manufactured Bratz doll that is strikingly similar to Mr. Bryant's original Bratz drawings, complete with the drawings' "freshness", "excitement", "expression", "look", "style", "attitude" and distinctive aesthetic signature clearly still there.

DATED:  March 17, 2008

*Heather McComb   3.17.2008*

_____

Heather McComb

Exhibit 50 ,
P. 1150

# Exhibit 51

Expert Witness Report
By Denise Van Patten
March 10, 2008
Confidential – For Attorney's Eyes Only

Quinn Emanuel Urquhart Oliver & Hedges, LLP contacted me regarding a
lawsuit between Mattel and MGA. I have been an expert witness in only one
other case for Mattel and I have been paid as an expert in this case at $300
per hour. I have known and met various people from Mattel and MGA over
the years in my capacity as the Guide to Doll Collecting at About.com, and
written about the dolls from both companies on my About.com site for the
past 9 years. I also am a dealer of collectible Barbie dolls.

1.    My Experience

I live and work in Chico, California, where I own a doll and toy shop called
Katherine's Cottage. I have been the Guide to Doll Collecting at About.com
since early 1999, and I am the author of *The Official Price Guide to Dolls*,"
published by House of Collectibles (Random House Books) in 2005. My
work is completely within the doll and toy industry, and has been for 9 years
full time, and part-time for several years before that. I have bought and sold
hundreds of thousands of dollars worth of dolls for my personal collection as
well. I have owned and operated my full-time doll and toy shop since
September 10, 2001 and an online and by-appointment doll business for 5
years prior to that.

As Guide to Doll Collecting at About.com I write and report exclusively and
extensively on dolls, doll collecting and the doll industry. In that capacity, I
write several articles about dolls each month, and have done so since 1999.
About.com is currently owned by The New York Times Company.   The
URL of my web site is www.collectdolls.about.com. Through this site, I stay
very up to date on dolls on the market, doll trends, and doll companies and
artists.  I have attended New York Toy Fair each year since 2000, and I have
also attended countless other doll shows, doll conventions, and doll events. I
have given seminars and lectures about dolls and doll history at many
events, including seminars about Barbie dolls and fashion doll history,
including at many national United Federation of Doll Clubs ("UFDC")

1

Exhibit 51
P. 1151

conventions from 1997 through 2006, as well as at various IDEX doll shows in San Francisco, Orlando, Florida, and Las Vegas, and other doll events.

My book, *"The Official Price Guide to Dolls,"* is 600 pages long, and it includes price information, information on doll trends, doll history, and much more plus an extensive bibliography. The book is a leading reference for doll pricing and identification.

My shop sells many types of dolls currently available. Dolls that are carried include Barbie dolls, Tonner dolls, Madame Alexander dolls, Adora dolls, Lee Middleton dolls, the American Ball Jointed dolls, Marie Osmond dolls, Only Heart Club dolls, Ginny dolls, Madi the Magical Fairy, Corolla dolls, Groovy Girls, Ty Girlz, and many others.

I have also personally collected dolls for my entire life, and in earnest since 1990. My personal collection consists of several hundred dolls. One of the main focuses of my doll collection is fashion dolls, and I own fashion dolls and fashion doll clothing and accessories going back to the 1860s, and fashion dolls and fashion doll clothing and accessories from every decade from the 1950s through to today, including an extensive vintage Barbie doll collection.

## 2.    Review of Documents

I have reviewed certain documents in Mattel, Inc. v. Carter Bryant, and Carter Bryant v. Mattel, Inc and MGA Entertainment, Inc. v. Mattel, Inc, and MGA Entertainment, Inc. v. Mattel, Inc. with a case number of CV-04-9049, consolidated with Case No. 04-9059 and Case No. 05-2727 and other various filings, including Mattel's Second Amended Answer and Counterclaims and reports in conjunction with these lawsuits, including expert reports by Robert Tonner and Mary Bergstein for MGA and Carter Bryant, and by Lee Loetz and Kenneth Hollander for Mattel. I have also reviewed Mattel catalogs, articles and photos of dolls, my own site at About.com, and my book, the *"Official Price Guide to Dolls."*

## 3.    Bases for This Report

The bases for this report are the documents I have reviewed listed in section 2 above, as well as the research I have done for the hundreds of articles I've written for About.com and other publications and for my book, as well as

Exhibit 51 ,
P. 1152

my experience in the doll industry. I have also based part of this report on the research I have done for lectures and seminars that I have given to the members of the UFDC and attendees at IDEX and at doll clubs throughout the years; my topics have included "Barbie: The Doll That Changed a Generation" and "The History of Fashion Dolls."

## 4.    A (Very) Brief History of the Fashion Doll – The Beginning of the Fashion Doll

Bratz are fashion dolls—dolls with a teenage or adult look and body that have in-scale wardrobes and accessories available for the dolls. The original fashion dolls were made in the 1860s, mostly by French companies. These were dolls with bisque heads and often kid leather or wood bodies that were shaped and dressed like a woman and which had an entire cottage industry in France that helped dress and accessorize them to look just like the fashionable ladies of their day [Exhibit 1]. French Fashion Dolls had everything available for them—day dresses, evening wear, church outfits, hats, shoes, underwear, lawn bowling sets, sewing sets, opera glasses, even bibles and crosses—that a refined lady of the late 1800s would need. The dolls were intended to teach little girls of their time how to be a lady. Made by companies including Bru, Jumeau, and Gaultier, the French Fashion dolls reigned as the most popular dolls of their day until they were quite thoroughly dethroned by dolls representing little girls [Exhibit 2]—first also produced by the same French companies and later by German dollmaking companies just as Simon and Halbig and Kestner. By 1900, French Fashion Dolls were a distant memory, and fashion dolls in general were not truly seen again in large numbers until the 1950s.

## 5.    Dolls During the First Half of the 20th Century and the Re-Birth of the Fashion Doll

During the first half of the 1900s, most dolls that were manufactured and played with represented babies and young children. Dolls that were important (and representative of many other dolls in their genres) throughout this period of doll history include the By-Lo Baby, mama dolls (an entire genre of composition toddler dolls that could walk and cry "mama"), Effanbee's Patsy and Patsyette, Ginny, Betsy Wetsy and Shirley Temple [Exhibit 3].

3

Exhibit 51 ,
P. 1153

In 1955, Madame Alexander introduced Cissy [Exhibit 4], a 21" fashion doll with a (somewhat) womanly figure including a small bust and feet molded in a position for high-heeled shoes. She had high-fashion outfits and accessories (gowns, day dresses, hats, jewelry, and high-heels) available separately. Although available only to well-off families due to her cost, she was the first true fashion doll of the 20[th] Century, and spawned in the last half of the 1950s many similar dolls including Miss Revlon, Little Miss Revlon (by Ideal), Jill (by Vogue) Cissette (a smaller 10" fashion doll by Madame Alexander), and many others [Exhibit 5].

**6.    Barbie: A Landmark Fashion Doll**

The first Barbie doll burst into this scene in 1959 [Exhibit 6]. Barbie was truly a landmark doll. Although she had some similarities to her fashion doll predecessors in the 1950s, those predecessors only hinted at what Barbie would be. The earlier 1950s dolls had lovely wardrobes and accessories, but the Barbie doll had more—she was the perfect, handheld, miniaturized size for play, and she had an extremely extensive, detailed wardrobe. And, of course, the Barbie doll had an over-exaggerated womanly body (large breasts, tiny waist and perfect, slim hips) to show off the doll's clothing and to help project the child, through play, into her future as a teen and adult woman.

The Barbie doll was hugely successful, and it changed the way dolls were played with and the types of dolls that were made, not only for an entire generation of girls, but throughout the remainder of the 20th Century and into the 21st.

**7.    Barbie: A Controversial Doll**

The thing to note about a landmark doll is that it presents a big change from dolls that come immediately before, and often will stir up controversy. The womanly shape of the first Barbie dolls made them quite controversial with some mothers in the 1960s (much in the same way that Bratz is controversial today, but more about that later). Some mothers were scandalized by Barbie's large breasts and refused to buy Barbie for their little girls (often the mothers would buy Tammy [Exhibit 7], Ideal's answer to Barbie who was much flatter in build). Barbie also started out with harsh, adult-looking make-up that existed in the #1 and #2 versions of the first Ponytail Barbie doll, but Mattel quickly reacted to parental objections and toned down the

4

facial makeup within the first year of production by making changes to the doll's make-up and releasing what collectors refer to today as Ponytail Barbie #3 (this took place within the first year of release of the doll) [Exhibit 8].

In fact, for some people, Barbie dolls remain controversial today. Commentators delight in pointing out how unnatural the dolls' dimensions would be in a real-life woman (according to the National Organization for Women, if Barbie were 5 ft 6 inches, her measurements would be 39-21-33, and the chances of a real woman having those measurements are 1 in 100,000), and that if her dimensions were real, she would topple over off her teeny tiny un-proportional feet.

## 8.   The Wardrobe of Early Barbie

The first Barbie was sold in a bathing suit, albeit a modest one-piece, but 2-piece bathing suits followed by the mid 1960s with the "Twist and Turn" Barbie dolls. Some mothers found the bathing suits immodest, but the dolls were not sold in bathing suits to be racy—they were sold in bathing suits to keep the cost of the doll down, much the same way that French Fashion Dolls were sold in their underwear in the 1860s-1880s. Fashion dolls are sold to dress, and by selling a "basic" doll in underwear (or, in Barbie's case, a bathing suit), the doll was accessible to more people due to a lower price point. The cost of a couture French Fashion Doll dress could easily exceed the cost of a French Fashion Doll, just as the cost of an elaborate 1960s Barbie evening dress could easily equal or exceed the cost of a Barbie doll.

The original Barbie's wardrobe [Exhibit 9] consisted not of cutting-edge fashions, but the type of fashions you would see on teens and women of the era—beautiful business suits, dresses for shopping, nursing uniforms, evening and bridal gowns. Mothers who objected to the original Barbie doll were objecting to the doll's figure (especially the ample bosom) and generally not her classic wardrobe. It is this wardrobe and the way it was sold and played with that made Barbie a truly classic fashion doll. Just as the French Fashion Dolls of the 1800s helped girls imagine and practice life as an adult, the first Barbie dolls provided the same type of projection-play for little girls in the 1960s.

Exhibit _51_ ,
P. _1155_

**9.    A Brief History of Barbie's Competitors:**

Thanks to Barbie's popularity, a host of fashion doll competitors sprung up in the 1960s. These included Tammy (as mentioned above, she had flatter body proportions, aimed at those mothers who felt Barbie was a bit too womanly-looking), the Littlechaps, Tressy, and many others. Some were called "Barbie clones" for their obvious similarity to Barbie dolls (Mitzi, Genevieve, Peggy Ann, etc.) Although the Barbie doll's popularity waned a bit in the early 1970s, it soon recovered and has become the best-known and best-selling doll of all time. From the 1960s through the 1970s, many other fashion dolls made for play were competitors [Exhibit 10], including Dawn Dolls, Crissy Dolls, Tiffany Taylor, Darci and many, many others, and most of those competitors are no longer in production.

**10.    Bratz Dolls Were a Departure From Traditional Play Dolls For Children**

There were many types of play dolls available for children on the market when Bratz was launched. A look at my *"Hot Holiday Dolls for Children"* feature on About.com from 1999 and 2000 shows some of the most popular and some of the most innovative play dolls during the period from 1998 to 2000, which included:

a. Celebration Barbie (by Mattel)
b. Angelina Ballerina (mouse doll with a series of books by Pleasant Company)
c. Holiday Brandy (Celebrity fashion doll by Mattel)
d. Amazing Ally (talking little girl doll by Playmates Toys)
e. Amazing Babies (talking baby dolls by Playmates Toys)
f. Sailor Moon (cartoon-inspired fashion doll by Irwin)
g. Barbie Holiday Sisters Gift Set (by Mattel)
h. Eloise  (Literary character, by Madame Alexander)
i. Bitty Baby (Baby Doll by Pleasant Co.)
j. Madeline (Literary character by Eden LLC)
k. Ann Estelle (Mary Engelbreit character by Tonner Doll Company)

As one can see from this list, most of the play dolls available at the time were traditional fashion dolls (dolls in the Barbie line, celebrity fashion dolls

6

Exhibit 51
P. 1156

such as Brandy), baby dolls (Amazing Babies, Bitty Baby), child dolls and dolls from literature and art (Angelina Ballerina, Madeline, Ann Estelle).

Sailor Moon was a bit of a departure—she was based on a children's series, but Sailor Moon made my Hot Holiday Doll list for her innovative qualities—she wasn't really widely available at usual play toy outlets but instead at specialty outlets like Sun Coast Videos.

By 2002, Bratz was on my *"Hot Holiday Dolls"* list (2001 Hot Holiday Dolls did not appear due to the 9/11 attacks).

## 11.   Bratz: A Landmark Fashion Doll for the 21st Century

Bratz dolls [Exhibit 11], much like the first Barbie doll in 1959, was a landmark doll--a doll that changed how children play and the types of dolls that are made, a controversial doll, and a doll that broke with the look and feel of other dolls that were contemporaneously on the market.

Bratz, to my mind as an observer of and participant in the doll industry, has several defining characteristics, the combination of which made them a landmark doll:

a. Very Large Heads
b. Large, oversized eyes and lips & minimized nose
c. Tiny Torso
d. Long Legs
e. Large, snap-off feet
f. Multi-ethnicity
g. Attitude
h. Flashy lifestyle
i. Urban, trendy, edgy clothing

Some of these particular traits have been seen in prior dolls that had been on the market. For instance, the Blythe doll [Exhibit 12] of 1972 had an overly large head, giant eyes and long, skinny legs (but that doll, although highly sought-after by collectors today, was a failure in the marketplace and was only released for 1 year). Betty Spaghetty [Exhibit 13] didn't only have removable, snap-off feet but other snap-off parts as well. Diva Starz [Exhibit 14] had huge eyes and a huge head (produced by Mattel and introduced to the public in 2000 before Bratz) but Diva Starz as released to

7

Exhibit 51 ,
P. 1157

market lack the attitude and fashion sense of the Bratz and have tiny lips. Many dolls have been produced with multi-ethnic variations.

Just as some Barbie dolls took a few cues from cultural influences and dolls on the market that came before, but put them together in a totally new way, Bratz did the same. Bratz had a unique look and concept in the toy marketplace in 2001, when it was introduced.

The unique look and concept of Bratz clearly can be seen in the Carter Bryant drawings shown in Exhibit 15. The drawing, to my eyes as a doll industry commentator and observer, clearly seem to be drawings of Bratz. In fact, as the Expert Rebuttal Report of Kenneth Hollander dated March 2008 shows, most of the girls between the ages of 8 and 13 (Bratz target audience) who were surveyed clearly share my opinion that the Carter Bryant drawings are drawings of the Bratz dolls. It's an overall impression— the facial features, the proportion of the dolls bodies and heads, the huge feet, the attitude. I disagree with Mary Bergstein's position in her Expert Report dated February 11, 2008, that Carter Bryant's drawing was only one of the many inspirations for Bratz. That the drawing was the direct instrument of their creation can be seen in the unusual attitude of the drawing and the dolls—an attitude that was not seen in mass market dolls available for play from 1998 through 2001.

## 12.   Bratz – They've Got Attitude!

Traditionally, play dolls reflect the mainstream fashion of the times they are produced in (such as the French Fashion Dolls did in the 1800s and certain of the Barbie dolls did in the 1960s). Not edgy fashion, not fashion-on-the-fringe, but the fashions that many in the culture are familiar with. Typical play baby dolls wear clothing just like that of most actual babies and children of their era. Typical play fashion dolls wear clothing like mainstream clothing for teenagers and adults, with an emphasis on adult and classic fashions (gowns, casual dresses, bridal dresses, equestrian outfits, everyday outfits). These types of outfits for fashion dolls made it easier for girls to do "projection play" into their own futures as grown women, and made it easier for moms to part with their money to buy the dolls. As mentioned, the whole point of fashion dolls in the 1860s was to teach girls how to be ladies; the dolls had the dresses, the accessories that any grown lady of culture and taste would have. Many Barbie dolls in the early 1960s did much the same thing.

8

Exhibit 51 ,
P. 1158

Bratz, however, are dolls with an attitude. The attitude can be seen in the physical appearance and edgy clothing styles of the dolls as produced and it is clearly shown in Carter Bryant's drawing.

Bratz have always proudly worn their attitude, they have a "passion for fashion" (catch phrase used to sell the dolls) and an urban sassy, edgy look and feel (some would say sexy instead of sassy, but not officially as it is pretty hard to sell a sexy doll to a mom for their little girls) .Bratz dolls (especially in the first few years of their production) had midriff-baring fashions, often short skirts, and other edgy adult-themed wear. Due to the cutting-edge attitudes, fashions, and lifestyles of the Bratz mixed with their unique look (their heavy-lidded eyes, their bee-stung large lips) Bratz have garnered some unfortunate nick-names. The following unfortunate nicknames are among those that I found while researching Bratz on the Internet for this report: "Prosti-tots", "My Little Stripper," and "Skank" dolls. These are the words of other commentators, not mine, and I am not using them here to be disparaging about the Bratz dolls (which I have covered extensively and mostly positively on my About.com site) but to show through these severe reactions to Bratz that the dolls are a landmark doll, a departure from dolls in the marketplace that came before them, and that they garner controversy and critics just as the first Barbie doll did.

One of my favorite quotes regarding Bratz is the following one from Newsweek Magazine: "Bratz, after all, are the dolls you can't take to school because they don't meet the dress code". (Newsweek, Dec 11, 2006, article by Ramin Setoodeh)

## 13.    Barbie: Many Different Face Sculpts, Body Sculpts, Materials and Countless Incarnations

There have been hundreds of different types of Barbie dolls released. I'm going to point out only a few which highlight some of the different body features and styles of Barbie dolls throughout the years.

The very first Barbie dolls, the Ponytail Barbie dolls (1959-1965) [Exhibit 6], as well as the "Bubblecut" Barbie dolls that followed immediately after (1961-1966) showed off early 1960s outfits and styles. These dolls had jointing only at the neck, shoulders and hips (for the legs). By 1965, glamour was all the rage thanks to Jackie Onassis, and the American Girl Barbie dolls

9

Exhibit _51_,
P. _1151_

[Exhibit 17] were introduced (1965-1966). These dolls had bendable knees, and a shoulder-length classic Page Boy hair style which looked beautiful with the mid-1960s Barbie outfits. Between the Ponytail Barbie dolls and the American Girl Barbie dolls, several other Barbie dolls were introduced with unique features. One was the Fashion Queen Barbie Doll (1963-1964) [Exhibit 18], which came with molded hair and three wigs. Another was Miss Barbie (1964) [Exhibit 18]—the only Barbie doll that has ever sported a hard-plastic head (as opposed to vinyl) and sleep eyes that opened and closed.

Many of these Barbie dolls had, basically, the same facial sculpt. By the mid to late 1960s, the mod and groovy era of history arrived, and Barbie dolls changed. The first Twist and Turn Barbie dolls (1966-1971) [Exhibit 19] were introduced. Twist and Turn Barbie dolls had swivel waists (so the dolls could be posed in "mod" stances), rooted eyelashes for the first time, and long hair to the mid-back. The face of the doll was also re-sculpted with a more youthful appearance.

By the late 1960s, several talking versions of Barbie dolls were introduced (Mattel took the pull-string technology that had worked so well on Chatty Cathy and other talking dolls and toys, and put it into Barbie). Other notable Barbie variations of the late 1960s and early 1970s included Malibu Barbie (tanned, surfer-girl persona), Living Barbie (rotating waist, bendable at wrists and ankles), and Color Magic Barbie (actually 1966; you could change her hair color with chemicals).

During the early 1970s, the face-sculpt used on many Barbie dolls didn't change very much, but Barbie dolls were no longer sold only in basic bathing suits. Barbie dolls began increasingly to be sold in themed versions—ballet, gymnastics, and horse-back riding were some of the 1970s themes.

In 1977, the Barbie doll was re-invented again with a new face and body sculpt that collectors refer to as the "Superstar" Barbie [Exhibit 20], named for the first doll that bore this sculpt. This new Barbie doll had a big smile, bright, larger eyes and arms permanently bent at the elbows. This was the face of the Barbie in the 1980s, and the Superstar Barbie doll became synonymous with Barbie throughout the 1980s. Many of the dolls with the Superstar Barbie sculpt wore big, sparkly gowns and would have been right

Exhibit _51_,
P. _1160_

at home in an episode of the television program Dynasty from the mid 1980s.

Although not meant for play, it bears mentioning that Barbie has been released in several porcelain versions for collectors, starting with Blue Rhapsody Barbie in 1986 [Exhibit 21].

By the 1990s, several new face and body sculpts were created, including a more sophisticated close-mouth sculpt (used on dolls such as Bead Blast Barbie (1997-1998) [Exhibit 22], and some slimmer and less curvy body sculpts. Since the 1990s, several versions of a 38-inch tall Barbie have been produced, called "My Size Barbie." By the end of the 1990s and into the 21st century, fantasy Barbie dolls were very popular (princesses and fairy tale themes) and Barbie starred in several motion pictures including The Nutcracker and The Twelve Dancing Princesses. Barbie also began to meld with technology in the 1990s, with computer versions that could be dressed like Barbie dolls. Barbie has been sold in the shape of an MP3 player [Exhibit 23], which enables girls to also play with their Barbie dolls online in the virtual Barbie Girls world. On www.barbiegirls.com, girls can dress their virtual Barbie dolls, style their hair, decorate their houses and interact with other girls and their virtual Barbie dolls.

Although also not a play doll, Silkstone Barbie (also known as the Fashion Model Barbie) [Exhibit 24] was introduced to collectors in 2000—this is a Barbie with a different, hard, porcelain-type of vinyl, a slimmer body, and a retro-looking face sculpt and face painting.

My Scene [Exhibit 16] Barbie dolls were introduced in 2002. They do have the "lollipop" look (larger, non-proportional head) which has become common in dolls in the 21st century. They also tend to wear edgier fashion (although, overall, not as edgy as the Bratz dolls clothing). However, the dolls are still clearly recognizable as Barbie dolls. They are taller than the Bratz, they have a Barbie body, they actually have feet, and their heads aren't nearly as large as the heads on the Bratz dolls.

Along the way, Barbie has also had over 100 careers (including nurse, teacher, president, airline hostess, doctor, pet doctor, soccer coach, swim coach etc.). She has been produced in Asian, Hispanic and African American versions and too many hair colors to count, she's run for President and even had a tattoo (of a butterfly; 1999 Butterfly Tattoo Barbie). My

11

Scene Barbie dolls are just one of the many, many incarnations that Barbie doll have taken over its nearly 50 year history.

_Dee Van Patten_                    3-17-08

Denise Van Patten                    Date

12