**7. Bratz Sales**
2001 - 2006
Profit Center 0300 STATIONERY by Item
Note: COS at HK Std Cost is based on the respective year's true HK Stds

MGA0868747

CONFIDENTIAL -- ATTORNEY'S EYES ONLY

Exhibit 62
P. 1397

**7. Bratz Sales**
2001 - 2006
**Profit Center 0300 STATIONERY by Item**
Note: COS at HK Std Cost is based on the respective year's true HK Std

MGA0868748

CONFIDENTIAL – ATTORNEY'S EYES ONLY

Exhibit 162
P. 1398

**7. Bratz Sales**
2001 - 2006
**Profit Center 0300 STATIONERY by Item**
Note: COS at HK Std Cost is based on the respective years true HK Std

MGA0868749

CONFIDENTIAL -- ATTORNEY'S EYES ONLY

Exhibit 62
P. 1399

MGA0868750

CONFIDENTIAL -- ATTORNEY'S EYES ONLY

**7. Bratz Sales**
2001 - 2006
Profit Center 0300 STATIONERY by Item
Note: COS at HK Std Cost is based on the respective year's true HK Stds



Exhibit 62
P. 1400

**7. Bratz Sales**
2001 - 2006
Profit Center 0400 FASHION DOLLS by Item
Note: COS of HK Std Cost is based on the respective year's true HK Sids



CONFIDENTIAL -- ATTORNEY'S EYES ONLY

MGA0868751

Exhibit 102
P. 1401

**7. Bratz Sales**

2001 - 2006

Profit Center 0400 FASHION DOLLS by Item

Note: COS at HK Cost is based on the respective year's true HK Stds

CONFIDENTIAL — ATTORNEY'S EYES ONLY

MGA0868752

Exhibit 162
P. 1902



# 7. Bratz Sales

2001 - 2006
Per Hit Coutler 0400 FASHION DOLLS by Item
Note: COS at HK Std Cost is based on the respective year's true HK Std.



MGA0868753

CONFIDENTIAL -- ATTORNEY'S EYES ONLY

Exhibit 162
P. 1403

**7. Bratz Sales**
2001 - 2006
Profit Center 0400 FASHION DOLLS by Item
Note: COS at HK Std Cost is based on this respective year's true HK Stds

CONFIDENTIAL — ATTORNEY'S EYES ONLY

MGA0868754

Exhibit 62
P. 1404

**7. Bratz Sales**
2001 - 2006
Profit Center 0400 FASHION DOLLS by Item
Note: COS at HK Std is based on the respecting year's low HK Std

MGA0868755

CONFIDENTIAL -- ATTORNEY'S EYES ONLY


Exhibit 62
P. 1905

**7. Bratz Sales**
2001 - 2006
Profit Center 0400 FASHION DOLLS by Item
Note: COS at HK Std Cost is based on the respective year's true HK Std.



Exhibit 162
P. 1406

CONFIDENTIAL — ATTORNEY'S EYES ONLY

MGA0868756

**7. Bratz Sales**
2001 - 2006
Profit Center 0400 FASHION DOLLS by Item
Note: COS at HK Std Cost is based on the respective year's true HK Std

CONFIDENTIAL -- ATTORNEY'S EYES ONLY

MGA0868757

Exhibit 62
P. 1407



7. Bratz Sales
2001 - 2006 FASHION DOLLS by Item
Profit Center 0400 FASHION DOLLS by Item
Note: COS at HK Std Cost is based on line respecting year's true HK Std.

CONFIDENTIAL -- ATTORNEY'S EYES ONLY

MGA0868758

Exhibit 62
P. 1408

**7. Bratz Sales**
2001 - 2006  FASHION DOLLS by Item
Profit Center 0400 FASHION DOLLS
Note: COGS at 10K Std Cost is based on the respective year's true 10K Stds



CONFIDENTIAL -- ATTORNEY'S EYES ONLY

MGA0868759

Exhibit 62
P. 1409

**7. Bratz Sales**
2001 - 2006
Profit Center 0400 FASHION DOLLS by Item
Note: COS at HK Std Cost is based on the respective year's true HK Std



CONFIDENTIAL -- ATTORNEY'S EYES ONLY

MGA0868750

Exhibit 62
P. 1410

**7. Bratz Sales**
2001 - 2006
Profit Center 0600 FASHION DOLLS by Item
Note: COS at HK Std Cost is based on the respective year's true HK Gds.



MGA0868761

CONFIDENTIAL -- ATTORNEYS EYES ONLY

Exhibit 62
P. 1411

**7. Bratz Sales**
2001 - 2006
Profit Center 0400 FASHION DOLLS by Item
Note: COS at HK Std Cost is based on the respective year's true HK Std

CONFIDENTIAL — ATTORNEY'S EYES ONLY

MGA0868762

Exhibit 62
P. 1472

**7. Bratz Sales**
2001 - 2006
Profit Center 0400 FASHION DOLLS by Item
Note: COS at HK Std Cost is based on the respective year's true HK Std.

MGA0868763

CONFIDENTIAL -- ATTORNEY'S EYES ONLY

Exhibit 62
P. 1413

**7. Bratz Sales**

2001 - 2006

Profit Center 0400 FASHION DOLLS by Item

Note: COS of HK Std Coal is based on the respective year's true HK Stds



CONFIDENTIAL – ATTORNEY'S EYES ONLY

MGA0868764



Exhibit 62
P. 1414

**7. Bratz Sales**
2001 - 2006
Profit Center 0400 FASHION DOLLS by Item
Note: COS at HK Std Cost is based on the respective year's true HK Std



CONFIDENTIAL — ATTORNEY'S EYES ONLY

MGA0868765

Exhibit 62
P. 1415

**7. Bratz Sales**
2001 - 2006
Profit Center 0400 FASHION DOLLS by Item
Note: COS at HK Std Cost is based on the respective year's line HK Std



CONFIDENTIAL -- ATTORNEY'S EYES ONLY

MGA0868766

Exhibit 62
P. 1416

**7. Bratz Sales**
2001 - 2006
Profit Center 0400 FASHION DOLLS by Item
Note: COS at HK Std Cost is based on the respective year's true HK Stds

CONFIDENTIAL -- ATTORNEY'S EYES ONLY

MGA0868767



Exhibit 62
P. 1417

**7. Bratz Sales**
2001 - 2006
Profit Center 0400 FASHION DOLLS by Item
Note: COS of HK Cost is based on the respective year's true HK Std



MGA0868768

CONFIDENTIAL – ATTORNEY'S EYES ONLY

Exhibit 62
P. 1418

**7. Bratz Sales**
2001 - 2006
Profit Center 0400 FASHION DOLLS by Item
Note: COS at HK Std Cost is based on the respective year's live HK Stds

CONFIDENTIAL -- ATTORNEY'S EYES ONLY

MGA0868769

Exhibit 62
P. 1419

**7. Bratz Sales**
2001 - 2006 FASHION DOLLS by Item
Profit Center 0400 FASHION DOLLS by Item
Note: COGS at HK Std Cost is based on the respective year's true HK Std.



MGA0868770

CONFIDENTIAL – ATTORNEY'S EYES ONLY

Exhibit 162
P. 1420

# 7. Bratz Sales
2001 - 2006
Profit Center 0400 FASHION DOLLS by Item
Note: COS at HK Std Cost is based on the respective year's true HK Stds

MGA0868771

CONFIDENTIAL -- ATTORNEY'S EYES ONLY

Exhibit 62
P. 1421