**7. Bratz Sales**
2001 - 2006
Profit Center 0400 FASHION DOLLS by Item
Note: COS at HK Std Cost is based on the respective year's true HK Std

CONFIDENTIAL -- ATTORNEY'S EYES ONLY

MGA0868772

Exhibit 62
P. 1422

# 7. Bratz Sales
## 2001 - 2006
### Profit Center D400 FASHION DOLLS by Item
Note: COS at HK Std Cost is based on the respective year's true HK Std.

MGA0868773

CONFIDENTIAL -- ATTORNEY'S EYES ONLY

Exhibit 62
P. 1428

MGA0868774

# 7. Bratz Sales
2001 - 2006
Profit Center 0400 FASHION DOLLS by Item
Note: COS at HK Std Cost is based on the respective year's true HK Std

CONFIDENTIAL – ATTORNEY'S EYES ONLY

Exhibit 162
P. 1424

**7. Bratz Sales**
2001 - 2006
Profit Center 0400 FASHION DOLLS by Item
Note: COS at HK Std Cost is based on the respective year's true HK Stds



CONFIDENTIAL – ATTORNEY'S EYES ONLY

MGA0868775

Exhibit 62
P. 1425

**7. Bratz Sales**
2001 - 2006
Profit Center 0400 FASHION DOLLS by Item
Note: COS at HK Std Cost is based on the respective year's true HK Std.

CONFIDENTIAL – ATTORNEY'S EYES ONLY

MGA0868776

Exhibit 62
P. 1426

MGA0868777

**7. Bratz Sales**
2001 - 2006
Profit Center 0400 FASHION DOLLS by Item
Note: COS at HK Std Cost is based on this respective year's true HK Stds

CONFIDENTIAL -- ATTORNEY'S EYES ONLY

Exhibit 102
P. 1427

MGA0868778

**7. Bratz Sales**
2001 - 2006
Profit Center 0400 FASHION DOLLS by Item
Note: COS at HK Std Cost is based on the respective year's true HK Stds

CONFIDENTIAL — ATTORNEY'S EYES ONLY

Exhibit 162
P. 1428

**7. Bratz Sales**
2001 - 2006
Profit Center 0400 FASHION DOLLS by Item
Note: COS at HK Std Cost is based on the respective year's true HK Std

MGA0868779

CONFIDENTIAL -- ATTORNEY'S EYES ONLY

Exhibit 62
P. 1429

MGA0868780

CONFIDENTIAL -- ATTORNEY'S EYES ONLY

7, Bratz Sales
2001 - 2006
Profit Center 0400 FASHION DOLLS by Item
Note: COS at HK Std Cost is based on the respective year's true HK Stds

Exhibit 62
P. 1430

**7. Bratz Sales**
2001 - 2006
Profit Center 0400 FASHION DOLLS by Item
Note: COS at HK Std Cost is based on the respective year's true HK Std.

MGA0068781

CONFIDENTIAL – ATTORNEY'S EYES ONLY

Exhibit 62
P. 1431



**7. Bratz Sales**
2001 - 2006
Profit Center 0400 FASHION DOLLS by Item
Note: COS at HK Std Cos is based on the respective year's low HK Stds

MGA0868782

CONFIDENTIAL — ATTORNEY'S EYES ONLY

Exhibit 162
P. 1432

MGA0868783

**7. Bratz Sales**
2001 - 2006
Profit Center 0400 FASHION DOLLS by Item
Note: COS at HK Cost is based on the respective year's true HK Std

CONFIDENTIAL -- ATTORNEY'S EYES ONLY

Exhibit 102
P. 1437

# 7. Bratz Sales
2001 - 2006
Profit Center 0400 FASHION DOLLS by Item
Note: COS at HK Std Cost is based on the respective year's true HK Stds

MGA0868784

CONFIDENTIAL -- ATTORNEY'S EYES ONLY

Exhibit 62
P. 1434

**7. Bratz Sales**
2001 - 2006
Profit Center 0400 FASHION DOLLS by Item
Note: COS at HK Std Cost is based on the respective year's true HK Stds

MGA0868785

CONFIDENTIAL — ATTORNEY'S EYES ONLY

Exhibit 62
P. 1435

**7. Bratz Sales**
2001 - 2006
Profit Center 0400 FASHION DOLLS by Item
Note: COS at HK Std Cost is based on its respective year's true HK Std

MGA0868786

CONFIDENTIAL -- ATTORNEY'S EYES ONLY

Exhibit 62
P. 1436

**7. Bratz Sales**
2001 - 2006
Profit Center 0400 FASHION DOLLS by Item
Note: COS at HK Std Cost is based on the respective year's true HK Std...

CONFIDENTIAL -- ATTORNEYS EYES ONLY

MGA0868787

Exhibit 62
P. 1437

**7. Bratz Sales**
2001 - 2006
Profit Center 0400 FASHION DOLLS by Item
Note: COS at HK Std Cost is based on the respective year's raw HK Stds

MGA0868788

CONFIDENTIAL – ATTORNEYS EYES ONLY

Exhibit 62
P. 1438

**7. Bratz Sales**
2001 – 2006
Profit Center for 0400 FASHION DOLLS by Item
Note: COGS at HK Std Cost is based on this respective year's true HK Stds

MGA0868789

CONFIDENTIAL – ATTORNEY'S EYES ONLY

Exhibit 62
P. 1439

7. Bratz Sales
2001 - 2006
Profit Center 0400 FASHION DOLLS by Item
Note: COS at HK Std Cost is based on the respective year's live HK Stds

MGA0868790

CONFIDENTIAL — ATTORNEY'S EYES ONLY

Exhibit 62
P. 1940

MGA0868791

**7. Bratz Sales**
2001 - 2006
Profit Center 0400 FASHION DOLLS by Item
Note: COS at HK Std Cost is based on the respective years Door HK Side

CONFIDENTIAL – ATTORNEY'S EYES ONLY

Exhibit 62
P. 1441

MGA0868792

CONFIDENTIAL -- ATTORNEY'S EYES ONLY

# 7. Bratz Sales

2001 - 2006
Profit Center 0400 FASHION DOLLS by Item
Note: COS at HK Std Cost is based on the respective year's true HK Stds

Exhibit 162
P. 1442

**7. Bratz Sales**

2001 - 2006

Profit Center 0500 FASHION DOLLS ACCESSORIES by Item

Note: COS at HK Cost Cost is based on the respective year's true HK Stds



CONFIDENTIAL — ATTORNEYS EYES ONLY

MGA0060793

Exhibit 62
P. 1443

**7. Bratz Sales**

2001 - 2006

Profit Center 0500 FASHION DOLLS ACCESSORIES by Item

Note: COS at IHK Std Cost is based on true year's true HK Std

CONFIDENTIAL -- ATTORNEYS EYES ONLY

MGA0868794

Exhibit 162
P. 1444

# 7. Bratz Sales
2001 - 2006
Profit Center 0500 FASHION DOLLS ACCESSORIES by Item
Note: COG at HK Cost is based on the respective year's HK Std

CONFIDENTIAL -- ATTORNEY'S EYES ONLY

MGA0868795

Exhibit 62
P. 1445