**7. Bratz Sales**
2001 - 2006
**Profit Center 0500 FASHION DOLLS ACCESSORIES by Item**
Note: COtS at HK Std Cost is based on the respective year's own HK Std

CONFIDENTIAL — ATTORNEY'S EYES ONLY

MGA0868796

Exhibit 62
P. 1446

**7. Bratz Sales**

2001 - 2006

Profit Center 0500 FASHION DOLLS ACCESSORIES by Item

Note: COS at HK Std Cost is based on the respective year's true HK Std

CONFIDENTIAL -- ATTORNEYS EYES ONLY

MGA0868797

Exhibit 162
P. 1447

**7. Bratz Sales**

2001 - 2006

Profit Center 0500 FASHION DOLLS ACCESSORIES by Item

Note: COS at HK Std Cost is based on the respective year's raw HK Stds

CONFIDENTIAL -- ATTORNEY'S EYES ONLY

MGA0868798

Exhibit 162
P. 1448

**7. Bratz Sales**

2001 - 2006

Profit Center 0500 FASHION DOLLS ACCESSORIES by Item

Note: COS at HK Std Cost is based on the respective year's true HK Stds

CONFIDENTIAL -- ATTORNEY'S EYES ONLY

MGA0868799

Exhibit 62
P. 1449

**7. Bratz Sales**

2001 - 2006

Profit Center 0500 FASHION DOLLS ACCESSORIES by Item

Note: COG at HK Std Cost is based on the respective year's true HK Std

CONFIDENTIAL -- ATTORNEY'S EYES ONLY

MGA0868800

Exhibit 62
P. 1950

7. Bratz Sales

2001 - 2006
Profit Center 0500 FASHION DOLLS ACCESSORIES by Item
Note: COS at HK Std Cost is based on the respective year's true HK Std

CONFIDENTIAL -- ATTORNEY'S EYES ONLY

MGA0868801

Exhibit 62
P. 1451

7. Bratz Sales
2001 - 2006
Profit Center 0500 FASHION DOLLS ACCESSORIES by Item
Note: COS at HK Std Cost is based on the respective year's line HK Std

Exhibit 62
P. 1452

CONFIDENTIAL -- ATTORNEY'S EYES ONLY

MGA0868802

**7, Bratz Sales**

2001 - 2006

Profit Center 0500 FASHION DOLLS ACCESSORIES by Item

Note: COG at HK Std Cost is based on the respective year's true HK Std

CONFIDENTIAL -- ATTORNEY'S EYES ONLY

MGA0868803

Exhibit 62
P. 1453

**7. Bratz Sales**
2001 - 2006
Profit Center 0500 FASHION DOLLS ACCESSORIES by Item
Note: COS at HK Std Cost is based on the respective year's Hue Hkt

CONFIDENTIAL — ATTORNEY'S EYES ONLY

MGA0868804

Exhibit 62
P. 1454

**7. Bratz Sales**
2001 - 2006
**Profit Center 0500 FASHION DOLLS ACCESSORIES by Item**
Note: COGs at Hit Std Cost is based on one respective year's true Hit Stda

CONFIDENTIAL -- ATTORNEY'S EYES ONLY

MGA0868805

Exhibit 62
P. 1455

**7. Bratz Sales**
2001 - 2006
Profit Center 0500 FASHION DOLLS ACCESSORIES by Item
Note: COS at HK Std Cost is based on the respective year's true HK Stds



CONFIDENTIAL -- ATTORNEY'S EYES ONLY

MGA0868806

Exhibit 62
P. 1456

**7. Bratz Sales**
2001 - 2006
Profit Center 0500 FASHION DOLLS ACCESSORIES by Item
Note: COS at HK Std Cost is based on the respective year's true HK Stds

CONFIDENTIAL – ATTORNEY'S EYES ONLY

MGA0868807

Exhibit 62
P. 1457

## 7. Bratz Sales

2001 - 2006
Profit Center J3500 FASHION DOLLS ACCESSORIES by Item
Note: COS at H/K Std Cost is based on the respective year's true H/K Std

MGA0868808

CONFIDENTIAL -- ATTORNEY'S EYES ONLY

Exhibit 62
P. 1458

# 7. Bratz Sales

2001 - 2006

Profit Center 0500 FASHION DOLLS ACCESSORIES by Item

Note: COS at HK Std Cost is based on the respective year's raw HK Stds

MGA0868809

CONFIDENTIAL -- ATTORNEY'S EYES ONLY

Exhibit 102
P. 1459

**7. Bratz Sales**
2001 - 2006
Profit Center 0500 FASHION DOLLS ACCESSORIES by Item
Note: COS at HK Std Cost is based on the respective year's line HK Std.

MGA0868810

CONFIDENTIAL -- ATTORNEY'S EYES ONLY

Exhibit 162
P. 1460

MGA0868811

**7. Bratz Sales**

2001 - 2006

Profit Center 0500 FASHION DOLLS ACCESSORIES by Item

Note: COS at HK Std Costs is based on the respective year's own HK Stds

CONFIDENTIAL -- ATTORNEY'S EYES ONLY

Exhibit 162

P. 1461

# 7. Bratz Sales

2001 - 2006
**Profit Center 0500 FASHION DOLLS ACCESSORIES by Item**
Note: COS at HK Std Cost is based on the respective year's true HK Std.

MGA0868812

CONFIDENTIAL -- ATTORNEY'S EYES ONLY

Exhibit 162
P. 1462

## 7. Bratz Sales

2001 - 2006

Profit Center 0600 SMALL/MINI DOLLS by Item

Note: COS at HK Std Cost is based on the respective year's true HK Std

CONFIDENTIAL -- ATTORNEY'S EYES ONLY

MGA0868813

Exhibit 162
P. 1463

**7. Bratz Sales**

2001 - 2006

**Profit Center 0600 SMALL/MINI DOLLS by Item**

Note: COS at HK Std Cost is based on the respective year's true HK Std

CONFIDENTIAL -- ATTORNEY'S EYES ONLY

MGA0868814

Exhibit 162
P. 1464

# 7. Bratz Sales
## 2001 - 2006
## Profit Center 0600 SMALL/MINI DOLLS by Item

Note: COS at HK Std Cost is based on the respective year's true HK Std

MGA0868815

CONFIDENTIAL – ATTORNEY'S EYES ONLY

Exhibit 162
P. 1465

# 7. Bratz Sales

2001 - 2006
Profit Center 0600 SMALL/MINI DOLLS by Item
Note: COS at HK Std Cost is based on the respective year's true HK Std



MGA0868816

CONFIDENTIAL -- ATTORNEY'S EYES ONLY

Exhibit 62
P. 1466

**7. Bratz Sales**
2001 - 2006
Profit Center 0600 SMALL/MINI DOLLS by Item
Note: COS at HK Std Cost is based on the respective year's true HK Std

CONFIDENTIAL -- ATTORNEY'S EYES ONLY

MGA0868817

Exhibit 162
P. 1467

