# 7. Bratz Sales

2001 - 2006

**Profit Center 0600 SMALL/MINI DOLLS by Item**

Note: COS at HK Std Cost is based on the respective year's true HK Stds

MGA0868818

CONFIDENTIAL -- ATTORNEY'S EYES ONLY

Exhibit 62
P. 1468

# 7. Bratz Sales

2001 - 2006

**Profit Center 0600 SMALL/MINI DOLLS by Item**

Note: COS at HK Std Cost is based on the respective year's true HK Stds

MGA0868819

CONFIDENTIAL -- ATTORNEY'S EYES ONLY

Exhibit 62
P.1469



**7. Bratz Sales**
2001 - 2006
Profit Center 0600 SMALL/MINI DOLLS by Item
Note: COS at HK Std Cost is based on the respective year's true HK Std



CONFIDENTIAL -- ATTORNEY'S EYES ONLY

MGA0868820

Exhibit 162
P. 1470

## 7. Bratz Sales

2001 - 2006

Profit Center 0600 SMALL/MINI DOLLS by Item

Note: COS at HK Std Cost is based on the respective year's true HK Stds

VLACL2FFF1\users2\UP\2003\TWKGM5WP\Bent stuf\MGADopositions0330j(d)VMattel 3300j(6) to MGATTeoui prep\Bratz data to produce.xls\0600

MGA0868821

CONFIDENTIAL -- ATTORNEY'S EYES ONLY

Exhibit 62
P. 1471

# 7. Bratz Sales

2001 - 2006

**Profit Center 0600 SMALL/MINI DOLLS by Item**

Note: COS at HK Std Cost is based on the respective year's true HK Stds

MGA0868822

CONFIDENTIAL -- ATTORNEY'S EYES ONLY

Exhibit 62
P. 1472

# 7. Bratz Sales

2001 - 2006
**Profit Center 0600 SMALL/MINI DOLLS by Item**
Note: COS at HK Std Cost is based on the respective year's true HK Stds

MGA0868823

CONFIDENTIAL -- ATTORNEY'S EYES ONLY

Exhibit 163
P. 1473

**7. Bratz Sales**

2001 - 2006

Profit Center 0600 SMALL/MINI DOLLS by Item

Note: COS at HK Std Cost is based on the respective year's true HK Std

MGA0868824

CONFIDENTIAL -- ATTORNEY'S EYES ONLY

Exhibit 102
P. 1474

# 7. Bratz Sales

2001 - 2006

Profit Center 0600 SMALL/MINI DOLLS by Item

Note: COS at HK Std Cost is based on the respective year's true HK Stds

CONFIDENTIAL -- ATTORNEY'S EYES ONLY

MGA0868825

Exhibit 62
P. 1475

MGA0868826

# 7. Bratz Sales
2001 - 2006

**Profit Center 0600 SMALL/MINI DOLLS by Item**

Note: COS at HK Std Cost is based on the respective year's true HK Std

CONFIDENTIAL -- ATTORNEY'S EYES ONLY

Exhibit 62
P. 1476

MGA0868827

**7. Bratz Sales**
2001 - 2006
Profit Center 0600 SMALL/MINI DOLLS by Item
Note: COS at HK Std Cost is based on the respective year's true HK Stds

CONFIDENTIAL -- ATTORNEY'S EYES ONLY

Exhibit 62
P. 1477

**7. Bratz Sales**
2001 - 2006
**Profit Center 0600 SMALL/MINI DOLLS by Item**
Note: COS at HK Std Cost is based on the respective year's true HK Stds

CONFIDENTIAL -- ATTORNEYS EYES ONLY

MGA0868828

Exhibit 162
P. 1478

# 7. Bratz Sales
2001 - 2006
Profit Center 0600 SMALL/MINI DOLLS by Item
Note: COS at HK Std Cost is based on the respective year's true HK Stds

MGA0868829

CONFIDENTIAL -- ATTORNEY'S EYES ONLY

Exhibit 62
P. 1479

MGA0868830

CONFIDENTIAL -- ATTORNEY'S EYES ONLY

# 7. Bratz Sales

2001 - 2006

**Profit Center 0600 SMALL/MINI DOLLS by Item**

Note: COS at HK Std Cost is based on the respective year's true HK Std.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | 40,002 | 301,829 | 107,625 |
| | | | | | | 70,000 | 157,516 | 108,352 |
| | | | | | | 100,008 | 173,114 | 82,357 |
| | | | | | | 250,002 | 5,497,504 | 2,745,517 |
| | | | | | | 50,000 | 9,000 | 99,978 |
| | | | | | | 23,834 | 158,519 | 74,014 |
| | | | | | | 25,002 | 268,387 | 78,644 |

\\ACLEFFP1\users2\UPL09031\MCC\ETSWP\client stuff\MGA\Opps\Item.0600\(0)\Mattel 12b

Exhibit 62
P. 1480

**7. Bratz Sales**

2001 - 2006

Profit Center 0700 SMALL/MINI DOLLS ACCESSORIES by item

Note: COS at HK Std Cost is based on the respective year's true HK Std

CONFIDENTIAL -- ATTORNEYS' EYES ONLY

MGA0868831

Exhibit 162
P. 1481

# 7. Bratz Sales

2001 - 2006
Profit Center 0700 SMALL/MINI DOLLS ACCESSORIES by Item
Note: COS at HK Std Cost is based on the respective year's true HK Std

CONFIDENTIAL -- ATTORNEY'S EYES ONLY

MGA0868832

Exhibit 62
P. 1482

# 7. Bratz Sales

2001 - 2006

**Profit Center 0700 SMALL/MINI DOLLS ACCESSORIES by Item**

Note: COS at HK Std Cost is based on the respective year's true HK Stds

CONFIDENTIAL -- ATTORNEY'S EYES ONLY

MGA0868833

Exhibit 62
P. 1483

# 7. Bratz Sales

2001 - 2006

Profit Center 0700 SMALL/MINI DOLLS ACCESSORIES by Item

Note: COS at HK Std Cost is based on the respective year's true HK Std

CONFIDENTIAL -- ATTORNEY'S EYES ONLY

MGA0868834

Exhibit 62
P. 1484

# 7. Bratz Sales

2001 - 2006

**Profit Center 0700 SMALL/MINI DOLLS ACCESSORIES by Item**

Note: COG at HK Skid Cost is based on the respective year's true HK Skid

CONFIDENTIAL -- ATTORNEY'S EYES ONLY

MGA0868835

Exhibit 62
P. 1485

**7. Bratz Sales**

2001 - 2006

Profit Center 0700 SMALL/MINI DOLLS ACCESSORIES by Item

Note: COS at HK Std Cost is based on the respective yaer's true HK Stds

MGA0863836

CONFIDENTIAL — ATTORNEY'S EYES ONLY

Exhibit 162
P. 1486

# 7. Bratz Sales

2001 - 2006

Profit Center 0700 SMALL/MINI DOLLS ACCESSORIES by Item

Note: COS at HK Std Cost is based on the respective year's true HK Std

MGA0868837

CONFIDENTIAL -- ATTORNEY'S EYES ONLY

Exhibit 162
P. 1487

# 7. Bratz Sales

2001 - 2006

Profit Center 0700 SMALL/MINI DOLLS ACCESSORIES by Item

Note: COS at HK Std Cost is based on the respective year's low HK Stds

MGA0868838

CONFIDENTIAL -- ATTORNEY'S EYES ONLY

Exhibit 62
P. 1488

# 7. Bratz Sales

2001 - 2006

Profit Center 0700 SMALL/MINI DOLLS ACCESSORIES by Item

Note: COS at HK Std Cost is based on the respective year's true HK Std

MGA0868839

CONFIDENTIAL -- ATTORNEY'S EYES ONLY

Exhibit 62
P. 1489

## 7. Bratz Sales

2001 - 2006

**Profit Center 0700 SMALL/MINI DOLLS ACCESSORIES by Item**

Note: COS at HK Std Cost is based on the respective year's true HK Std

MGA0868840

CONFIDENTIAL – ATTORNEY'S EYES ONLY

Exhibit 162
P. 1490

**7. Bratz Sales**
2001 - 2006
Profit Center 0800 LARGE DOLLS by Item
Note: COS at HK Std Cost is based on the respective year's Ave HK Std

CONFIDENTIAL -- ATTORNEY'S EYES ONLY

MGA0868841

Exhibit 62
P. 1491