**7. Bratz Sales**
2001 - 2006
Profit Center 0800 LARGE DOLLS by Item
Note: COS at HK Std Cost is based on the respective year's but HK Stds

MGA0868842

CONFIDENTIAL -- ATTORNEY'S EYES ONLY

Exhibit 62
P. 1492

## 7. Bratz Sales

2001 - 2006

Profit Center 0900 LARGE DOLL ACCESS by Item

Note: COS at HK Std Cost is based on the respective year's true HK Stds



CONFIDENTIAL -- ATTORNEYS EYES ONLY

MGA0868843

Exhibit 62
P. 1493

1\\LAC1.FP1\vssxn2LP_0956\1\MO\SW\P\client stuff\MGA\ID\deposition\03(00)(6)\Mattel 3D(0)(6) to MGA\Tonnu prep\Bratz data to produce.xls\1800

MGA0868844

CONFIDENTIAL — ATTORNEY'S EYES ONLY

**7. Bratz Sales**
**2001 - 2006**
**Profit Center 1050 PLUSH by Item**

Exhibit 62
P. 1494

**7. Bratz Sales**
**2001 - 2006**
Profit Center 1100 GAMES/PUZZLES by Item
Note: COS at HK Std Cost is based on the respective year's true HK Std



CONFIDENTIAL -- ATTORNEY'S EYES ONLY

MGA0868845

Exhibit 102
P. 1495

**7. Bratz Sales**
2001 - 2006
Profit Center 1100 GAMES/PUZZLES by Item
Note: COS at HK Std Cost is based on the respective year's true HK Std

CONFIDENTIAL -- ATTORNEYS EYES ONLY

MGA0868846

Exhibit 62
P. 1491

## 7. Bratz Sales
2001 - 2006
Profit Center 1100 GAMES/PUZZLES by Item
Note: COS at HK Std Cost is based on the respective year's true HK Std

CONFIDENTIAL -- ATTORNEY'S EYES ONLY

MGA0868847

Exhibit 62
P. 1497

# 7. Bratz Sales

2001 - 2006

**Profit Center 1100 GAMES/PUZZLES by Item**

Note: COS at HK Std Cost is based on the respective year's true HK Std

MGA0868848

CONFIDENTIAL – ATTORNEY'S EYES ONLY

Exhibit 62
P. 1498

**7. Bratz Sales**

2001 - 2006

Profit Center 1100 GAMES/PUZZLES by Item

Note: COS at HK Std Cost is based on the respective year's true HK Std

MGA0868849

CONFIDENTIAL -- ATTORNEY'S EYES ONLY

Exhibit 62
P. 1479

MGA0868850

CONFIDENTIAL -- ATTORNEY'S EYES ONLY

# 7. Bratz Sales
## 2001 - 2006
### Profit Center 1100 GAMES/PUZZLES by Item
Note: COS at HK Std Cost is based on the respective year's true HK Stds

Exhibit 62
P. 1500

# 7. Bratz Sales

2001 - 2006

**Profit Center 1100 GAMES/PUZZLES by Item**

Note: COS at HK Std Cost is based on the respective year's true HK Stds

| Production/Manufacturing | Item Number | Item Description | Total Quantity | Total Gross USD | HK Std COGS USD | HK Std COGS HK$ | 2006 Quantity | Gross USD | HK Std COGS USD | HK Std COGS HK$ |
|---|---|---|---|---|---|---|---|---|---|---|
| Total | | | 26,392.00 | 302,743.12 | 120,713.60 | | 26,392.00 | 302,743.12 | 120,713.60 | 120,713.60 |
| 1400 LICENSED | | | 26,392.00 | 302,743.12 | 120,713.60 | | 26,392.00 | 302,743.12 | 120,713.60 | 120,713.60 |
| 352341E | Total | | 25,384.00 | 290,294.32 | 116,108.95 | | 25,384.00 | 290,294.32 | 116,108.95 | 116,108.95 |
| 352341E DL1 | Bratz Shrek Doll Kasım | | 1,008.00 | 12,448.80 | 4,604.64 | | 1,008.00 | 12,448.80 | 4,604.64 | 4,604.64 |

\\LACL2FP1\users2\UP-J09631\MOMS\WP\client stuff\MGA\Depositions\30(b)(6)\Mattel 30(b)(6)\(6)\Bratz data to produce.xls\1800

CONFIDENTIAL -- ATTORNEY'S EYES ONLY

MGA0868851

Exhibit 62
P. 1501

# 7. Bratz Sales
## 2001 - 2006
## Profit Center 1600 SPORTING GOODS by Item

Note: COS at HK Std Cost is based on the respective year's true HK Stds



CONFIDENTIAL -- ATTORNEY'S EYES ONLY

MGA0868852

Exhibit 62
P. 1502

**7. Bratz Sales**

2001 - 2006

Profit Center 1500 SPORTING GOODS by Item

Note: COS at HK Std Cost is based on the respective year's new HK Stds

CONFIDENTIAL -- ATTORNEYS EYES ONLY

MGA0868853

Exhibit 62
P. 1508

# 7. Bratz Sales

## 2001 - 2006

### Profit Center 1500 SPORTING GOODS by Item

Note: COS at HK Std Cost is based on the respective year's true HK Stds

MGA00868854

CONFIDENTIAL -- ATTORNEY'S EYES ONLY

Exhibit 62
P. 1504

# 7. Bratz Sales
## 2001 - 2006
### Profit Center 1600 SPORTING GOODS by Item
Note: COS at HK Std Cost is based on the respective year's true HK Stds

MGA0868855

CONFIDENTIAL -- ATTORNEY'S EYES ONLY

Exhibit 62
P. 1505

**7. Bratz Sales**

2001 - 2006

**Profit Center 1500 SPORTING GOODS by Item**

Note: COS at HK Std Cost is based on the respective year's true HK Stds

MGA0868856

CONFIDENTIAL – ATTORNEY'S EYES ONLY

Exhibit 62
P. 1506

# 7. Bratz Sales
2001 - 2006
**Profit Center 1500 SPORTING GOODS by Item**
Note: COS at HK Std Cost is based on the respective year's true HK Std

MGA0868857

CONFIDENTIAL -- ATTORNEY'S EYES ONLY

Exhibit 62
P. 1507

**7. Bratz Sales**
2001 - 2006
Profit Center 1600 CONSUMER ELECTRONICS by Item
Note: COS at HK Std Cost is based on the respective year's true HK Stds

CONFIDENTIAL -- ATTORNEYS EYES ONLY

MGA0868858

Exhibit 62
P. 1508

# 7. Bratz Sales

2001 - 2006
Profit Center 1600 CONSUMER ELECTRONICS by Item
Note: COS is based on HK Std Cost is based on the respective year's true HK Std s

CONFIDENTIAL -- ATTORNEY'S EYES ONLY

MGA0868859

Exhibit 62
P. 1569

## 7. Bratz Sales

2001 - 2006
Profit Center 1600 CONSUMER ELECTRONICS by Item

Note: COS at HK Std Cost is based on the respective year's true HK Std...

MGA0868860

CONFIDENTIAL -- ATTORNEY'S EYES ONLY

Exhibit 62
P. 1510

# 7. Bratz Sales

2001 - 2006

**Profit Center 1600 CONSUMER ELECTRONICS by Item**

Note: COS at HK Std Cost is based on the respective year's true HK Std

MGA0868861

CONFIDENTIAL -- ATTORNEY'S EYES ONLY

Exhibit 62
P. 1511

## 7. Bratz Sales
### 2001 - 2006
Profit Center 1600 CONSUMER ELECTRONICS by Item.

Note: COS at HK Std Cost is based on the respective year's true HK Stds

MGA 0868862

CONFIDENTIAL -- ATTORNEY'S EYES ONLY

Exhibit 162
P. 1512

## 7. Bratz Sales
2001 - 2006
Profit Center 1600 CONSUMER ELECTRONICS by Item
Note: COS at HK Std Cost is based on the respective year's true HK Std

MGA0868863

CONFIDENTIAL -- ATTORNEY'S EYES ONLY

Exhibit 62
P. 1513

**7. Bratz Sales**

2001 - 2006

Profit Center 1800 CONSUMER ELECTRONICS by Item

Note: COS at HK Std Cost is based on the respective year's true HK Std

CONFIDENTIAL -- ATTORNEYS EYES ONLY

MGA0668864

Exhibit 62
P. 1514

# 7. Bratz Sales
2001 - 2006
Profit Center 1980 CONSUMER ELECTRONICS by Item
Note: COS at HK Std Cost is based on the respective year's true HK Stds

MGA0868865

CONFIDENTIAL -- ATTORNEY'S EYES ONLY

Exhibit 102
P. 1515