MGA LOG

# *16*

Exhibit 87,
P. 186

**David Rosenbaum**

| | |
|---|---|
| Sent: | Thursday, September 28, 2000 4:04 PM |
| To: | 'Victoria O'Connor' |
| Cc: | 'Isaac Larian' |
| Subject: | RE: Carter Bryant |

No she did not, but I will call her tomorrow afternoon to follow up.

Regards,
David S. Rosenbaum
Fischbach, Perlstein & Lieberman, LLP
1875 Century Park East, Suite 850
Los Angeles, California 90067
Tel:310-556-1956
Fax:310-556-4617
e-mail: drosenbaum@fpllaw.com

This message is intended for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately and return the original message to us at the above address. Thank you.

-----Original Message-----
From: Victoria O'Connor [mailto:VOConnor@mgae.com]
Sent: Thursday, September 28, 2000 3:32 PM
To: David Rosenbaum
Cc: Isaac Larian
Subject: RE: Carter Bryant

Did she give you an indication on when you would receive comments?

-----Original Message-----
From: David Rosenbaum [mailto:drosenbaum@fpllaw.com]
Sent: Thursday, September 28, 2000 11:55 AM
To: Victoria O'Connor (E-mail)
Subject: Carter Bryant

PRIVILEGED AND CONFIDENTIAL
ATTORNEY - CLIENT COMMUNICATION

Victoria:

# REDACTED

1

CONFIDENTIAL - ATTORNEYS' EYES ONLY

MGA 3708219

Exhibit 87
P. 187

REDACTED

Regards,
David S. Rosenbaum
Fischbach, Perlstein & Lieberman, LLP
1875 Century Park East, Suite 850
Los Angeles, California 90067
Tel:310-556-1956
Fax:310-556-4617
e-mail: drosenbaum@fpllaw.com

This message is intended for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately and return the original message to us at the above address. Thank you.

2

CONFIDENTIAL - ATTORNEYS' EYES ONLY

MGA 3708220

Exhibit 87
P. 188

MGA LOG

# 18

**David Rosenbaum**

| | |
|---|---|
| From: | Victoria O'Connor [VOConnor@mgae.com] |
| Sent: | Tuesday, September 26, 2000 3:03 PM |
| To: | David Rosenbaum; Dennis Medici |
| Subject: | RE: Consulting Agreement |

I expect his attorney to call you Thursday or Friday to discuss.   REDACTED

-----Original Message-----
From: David Rosenbaum [mailto:drosenbaum@fpllaw.com]
Sent: Tuesday, September 26, 2000 3:01 PM
To: 'Victoria O'Connor'; 'Dennis Medici'
Subject: RE: Consulting Agreement
Importance: High

Victoria:   REDACTED

Regards,
David S. Rosenbaum
Fischbach, Perlstein & Lieberman, LLP
1875 Century Park East, Suite 850
Los Angeles, California 90067
Tel:310-556-1956
Fax:310-556-4617
e-mail: drosenbaum@fpllaw.com

_____

This message is intended for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately and return the original message to us at the above address. Thank you.

-----Original Message-----
From: Victoria O'Connor [mailto:VOConnor@mgae.com]
Sent: Monday, September 25, 2000 12:16 PM
To: Dennis Medici
Cc: David Rosenbaum
Subject: RE: Consulting Agreement

REDACTED                                David, I spoke
with Carter this morning who is meeting with counsel on Wednesday.  He hopes
to execute the agreement by Friday.

i

CONFIDENTIAL - ATTORNEYS' EYES ONLY

MGA 3708221

Exhibit 8
P. 190

-----Original Message-----
From: Dennis Medici
Sent: Monday, September 25, 2000 12:10 PM
To: Victoria O'Connor
Cc: David Rosenbaum
Subject: RE: Consulting Agreement

We must have all third party work have a purchase order obtained with an approved not to exceed budget.

## REDACTED

-----Original Message-----
From: Victoria O'Connor
Sent: Monday, September 25, 2000 10:05 AM
To: Dennis Medici
Subject: FW: Consulting Agreement

FYI

-----Original Message-----
From: David Rosenbaum [mailto:drosenbaum@fpllaw.com]
Sent: Tuesday, September 19, 2000 12:23 AM
To: 'Carter Bryant'
Cc: Victoria O'Connor (E-mail); Isaac Larian (E-mail)
Subject: Consulting Agreement

Dear Mr. Bryant:

As you know, we represent MGA Entertainment. Attached for your review is a draft of the above referenced agreement. Please review the draft and have your attorney call me to discuss.

Please note that inasmuch as our client has not had an opportunity to review this correspondence and/or attachment(s) hereto, I must reserve their right to comment.

Regards,
David S. Rosenbaum
Fischbach, Perlstein & Lieberman, LLP
1875 Century Park East, Suite 850
Los Angeles, California 90067
Tel:310-556-1956
Fax:310-556-4617
e-mail: drosenbaum@fpllaw.com

This message is intended for the use of the individual or entity to which it is addressed and may contain information that is privileged, confide and exempt from disclosure under applicable law. If the reader of th message is not the intended recipient, or the employee or agent res for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this

2

CONFIDENTIAL - ATTORNEYS' EYES ONLY

MGA 3708222

Exhibit 87
P. 191

communication in error, please notify us immediately and return the original message to us at the above address. Thank you.

3

CONFIDENTIAL - ATTORNEYS' EYES ONLY

MGA 3708223

Exhibit 87
P. 192

MGA LOG

# # 19

**David Rosenbaum**

| | |
|---|---|
| **From:** | Victoria O'Connor [VOConnor@mgae.com] |
| **Sent:** | Monday, September 25, 2000 12:16 PM |
| **To:** | Dennis Medici |
| **Cc:** | David Rosenbaum |
| **Subject:** | RE: Consulting Agreement |

# REDACTED

David, I spoke with Carter this morning who is meeting with counsel on Wednesday.  He hopes to execute the agreement by Friday.

-----Original Message-----
From: Dennis Medici
Sent: Monday, September 25, 2000 12:10 PM
To: Victoria O'Connor
Cc: David Rosenbaum
Subject: RE: Consulting Agreement


We must have all third party work have a purchase order obtained with an approved not to exceed budget.

# REDACTED

-----Original Message-----
From: Victoria O'Connor
Sent: Monday, September 25, 2000 10:05 AM
To: Dennis Medici
Subject: FW: Consulting Agreement


FYI

-----Original Message-----
From: David Rosenbaum [mailto:drosenbaum@fpllaw.com]
Sent: Tuesday, September 19, 2000 12:23 AM
To: 'Carter Bryant'
Cc: Victoria O'Connor (E-mail); Isaac Larian (E-mail)
Subject: Consulting Agreement


Dear Mr. Bryant:

As you know, we represent MGA Entertainment.  Attached for your review is a draft of the above referenced agreement.  Please review the draft and have your attorney call me to discuss.

Please note that inasmuch as our client has not had an opportunity to review this correspondence and/or attachment(s) hereto, I must reserve their right to comment.

Regards,
David S. Rosenbaum
Fischbach, Perlstein & Lieberman, LLP
1875 Century Park East, Suite 850
Los Angeles, California 90067

1

CONFIDENTIAL - ATTORNEYS' EYES ONLY

MGA 3708224

Exhibit 87,
P. 194

Tel:310-556-1956
Fax:310-556-4617
e-mail: drosenbaum@fpllaw.com

This message is intended for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately and return the original message to us at the above address. Thank you.

2

CONFIDENTIAL - ATTORNEYS' EYES ONLY

MGA 3708225

Exhibit 87
P. 195

MGA LOG

# 21

**21**

Exhibit 87
P. 196

**David Rosenbaum**

| | |
|---|---|
| From: | Victoria O'Connor [VOConnor@mgae.com] |
| Sent: | Tuesday, September 19, 2000 2:26 PM |
| To: | David Rosenbaum |
| Subject: | RE: Consulting Agreement |

# REDACTED

-----Original Message-----
From: David Rosenbaum [mailto:drosenbaum@fpllaw.com]
Sent: Tuesday, September 19, 2000 2:05 PM
To: 'Victoria O'Connor'
Subject: RE: Consulting Agreement

Thanks.

# REDACTED

Regards,
David S. Rosenbaum
Fischbach, Perlstein & Lieberman, LLP
1875 Century Park East, Suite 850
Los Angeles, California 90067
Tel:310-556-1956
Fax:310-556-4617
e-mail: drosenbaum@fpllaw.com

This message is intended for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately and return the original message to us at the above address. Thank you.

-----Original Message-----
From: Victoria O'Connor [mailto:VOConnor@mgae.com]
Sent: Tuesday, September 19, 2000 7:06 AM
To: David Rosenbaum
Subject: RE: Consulting Agreement

Thanks David. But you didn't have to work until midnight.

-----Original Message-----
From: David Rosenbaum [mailto:drosenbaum@fpllaw.com]
Sent: Tuesday, September 19, 2000 12:23 AM
To: 'Carter Bryant'
Cc: Victoria O'Connor (E-mail); Isaac Larian (E-mail)

CONFIDENTIAL - ATTORNEYS' EYES ONLY

MGA 3708226

Exhibit 87
P. 197

Subject: Consulting Agreement

Dear Mr. Bryant:

As you know, we represent MGA Entertainment. Attached for your review is a draft of the above referened agreement. Please reveiw the draft and have your attorney call me to discuss.

Please note that inasmuch as our client has not had an opportunity to review this correspondence and/or attachment(s) hereto, I must reserve their right to comment.

Regards,
David S. Rosenbaum
Fischbach, Perlstein & Lieberman, LLP.
1875 Century Park East, Suite 850
Los Angeles, California 90067
Tel:310-556-1956
Fax:310-556-4617
e-mail: drosenbaum@fpllaw.com

---

This message is intended for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately and return the original message to us at the above address. Thank you.

2

CONFIDENTIAL - ATTORNEYS' EYES ONLY

MGA 3708227

Exhibit 87,
P. 198

**Exhibit 88**

*DR LOG*
*# 12*

**David Rosenbaum**

| | |
|---|---|
| **From:** | Victoria O'Connor [VOConnor@mgae.com] |
| **Sent:** | Thursday, October 05, 2000 10:26 AM |
| **To:** | David Rosenbaum |
| **Subject:** | RE: In the interest of saving time |

I will as soon as I get it. Tomorrow I am receiving a license agreement for the Final Fantasy movie from Dan Kletzky over at ELA. He said you guys are friends.

——Original Message——
From: David Rosenbaum [mailto:drosenbaum@fpllaw.com]
Sent: Thursday, October 05, 2000 10:17 AM
To: 'Victoria O'Connor'
Subject: RE: In the interest of saving time

## REDACTED

Regards,
David S. Rosenbaum
Fischbach, Perlstein & Lieberman, LLP
1875 Century Park East, Suite 850
Los Angeles, California 90067
Tel:310-556-1956
Fax:310-556-4617
e-mail: drosenbaum@fpllaw.com

This message is intended for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately and return the original message to us at the above address. Thank you.

——Original Message——
From: Victoria O'Connor [mailto:VOConnor@mgae.com]
Sent: Wednesday, October 04, 2000 4:49 PM
To: David Rosenbaum
Subject: RE: In the interest of saving time

## REDACTED

——Original Message——
From: David Rosenbaum [mailto:drosenbaum@fpllaw.com]
Sent: Wednesday, October 04, 2000 4:20 PM
To: 'Victoria O'Connor'
Subject: RE: In the interest of saving time

1

CONFIDENTIAL - ATTORNEYS' EYES ONLY

DR 00006

Exhibit 88
P. 199

REDACTED

Regards,
David S. Rosenbaum
Fischbach, Perlstein & Lieberman, LLP
1875 Century Park East, Suite 850
Los Angeles, California 90067
Tel:310-556-1956
Fax:310-556-4617
e-mail: drosenbaum@fpllaw.com

This message is intended for the use of the individual or entity to
which it is addressed and may contain information that is privileged,
confidential and exempt from disclosure under applicable law. If the
reader of this message is not the intended recipient, or the employee or
agent responsible for delivering the message to the intended recipient,
you are hereby notified that any dissemination, distribution or copying
of this communication is strictly prohibited. If you have received this
communication in error, please notify us immediately and return the
original message to us at the above address. Thank you.

-----Original Message-----
From: Victoria O'Connor [mailto:VOConnor@mgae.com]
Sent: Wednesday, October 04, 2000 3:52 PM
To: David Rosenbaum
Subject: In the interest of saving time

REDACTED

CONFIDENTIAL - ATTORNEYS' EYES ONLY

2

DR 00007

Exhibit  88
P.  200

DR # 14

## David Rosenbaum

Sent:              Thursday, September 28, 2000 4:04 PM
To:                'Victoria O'Connor'
Cc:                'Isaac Larian'
Subject:           RE: Carter Bryant

No she did not, but I will call her tomorrow afternoon to follow up.

Regards,
David S. Rosenbaum
Fischbach, Perlstein & Lieberman, LLP
1875 Century Park East, Suite 850
Los Angeles, California 90067
Tel:310-556-1956
Fax:310-556-4617
e-mail: drosenbaum@fpllaw.com

This message is intended for the use of the individual or entity to
which it is addressed and may contain information that is privileged,
confidential and exempt from disclosure under applicable law. If the
reader of this message is not the intended recipient, or the employee or
agent responsible for delivering the message to the intended recipient,
you are hereby notified that any dissemination, distribution or copying
of this communication is strictly prohibited. If you have received this
communication in error, please notify us immediately and return the
original message to us at the above address. Thank you.

-----Original Message-----
From: Victoria O'Connor [mailto:VOConnor@mgae.com]
Sent: Thursday, September 28, 2000 3:32 PM
To: David Rosenbaum
Cc: Isaac Larian
Subject: RE: Carter Bryant

Did she give you an indication on when you would receive comments?

-----Original Message-----
From: David Rosenbaum [mailto:drosenbaum@fpllaw.com]
Sent: Thursday, September 28, 2000 11:55 AM
To: Victoria O'Connor (E-mail)
Subject: Carter Bryant

PRIVILEGED AND CONFIDENTIAL
ATTORNEY - CLIENT COMMUNICATION

Victoria:

# REDACTED

1

CONFIDENTIAL - ATTORNEYS' EYES ONLY

DR 00008

Exhibit 88
P. 201

# REDACTED

Regards,
David S. Rosenbaum
Fischbach, Perlstein & Lieberman, LLP
1875 Century Park East, Suite 850
Los Angeles, California 90067
Tel:310-556-1956
Fax:310-556-4617
e-mail: drosenbaum@fpllaw.com

---

This message is intended for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately and return the original message to us at the above address. Thank you.

CONFIDENTIAL - ATTORNEYS' EYES ONLY

2

DR 00009

DR #16

**David Rosenbaum**

From:        Victoria O'Connor [VOConnor@mgae.com]
Sent:        Tuesday, September 26, 2000 3:03 PM
To:          David Rosenbaum; Dennis Medici
Subject:     RE: Consulting Agreement

I expect his attorney to call you Thursday or Friday to discuss.

## REDACTED

——Original Message——
From: David Rosenbaum [mailto:drosenbaum@fpllaw.com]
Sent: Tuesday, September 26, 2000 3:01 PM
To: 'Victoria O'Connor'; 'Dennis Medici'
Subject: RE: Consulting Agreement
Importance: High

Victoria:

## REDACTED

Regards,
David S. Rosenbaum
Fischbach, Perlstein & Lieberman, LLP
1875 Century Park East, Suite 850
Los Angeles, California 90067
Tel:310-556-1956
Fax:310-556-4617
e-mail: drosenbaum@fpllaw.com

This message is intended for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately and return the original message to us at the above address. Thank you.

——Original Message——
From: Victoria O'Connor [mailto:VOConnor@mgae.com]
Sent: Monday, September 25, 2000 12:16 PM
To: Dennis Medici
Cc: David Rosenbaum
Subject: RE: Consulting Agreement

## REDACTED

David, I spoke with Carter this morning who is meeting with counsel on Wednesday. He hopes to execute the agreement by Friday.

CONFIDENTIAL - ATTORNEYS' EYES ONLY

1

DR 00010

Exhibit 88
P. 203

——Original Message——
From: Dennis Medici
Sent: Monday, September 25, 2000 12:10 PM
To: Victoria O'Connor
Cc: David Rosenbaum
Subject: RE: Consulting Agreement

We must have all third party work have a purchase order obtained with an approved not to exceed budget.

**REDACTED**

——Original Message——
From: Victoria O'Connor
Sent: Monday, September 25, 2000 10:05 AM
To: Dennis Medici
Subject: FW: Consulting Agreement

FYI

——Original Message——
From: David Rosenbaum [mailto:drosenbaum@fpllaw.com]
Sent: Tuesday, September 19, 2000 12:23 AM
To: 'Carter Bryant'
Cc: Victoria O'Connor (E-mail); Isaac Larian (E-mail)
Subject: Consulting Agreement

Dear Mr. Bryant:

As you know, we represent MGA Entertainment.  Attached for your review is a draft of the above referenced agreement.  Please review the draft and have your attorney call me to discuss.

Please note that inasmuch as our client has not had an opportunity to review this correspondence and/or attachment(s) hereto, I must reserve their right to comment.

Regards,
David S. Rosenbaum
Fischbach, Perlstein & Lieberman, LLP
1875 Century Park East, Suite 850
Los Angeles, California 90067
Tel: 310-556-1956
Fax: 310-556-4617
e-mail: drosenbaum@fpllaw.com

This message is intended for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this

2

CONFIDENTIAL - ATTORNEYS' EYES ONLY

DR 00011

Exhibit 88
P. 204

communication in error, please notify us immediately and return the original message to us at the above address. Thank you.

CONFIDENTIAL - ATTORNEYS' EYES ONLY

3

DR 00012

Exhibit 88
P. 205

DR #17

**David Rosenbaum**

From:          Victoria O'Connor [VOConnor@mgae.com]
Sent:          Monday, September 25, 2000 12:16 PM
To:            Dennis Medici
Cc:            David Rosenbaum
Subject:       RE: Consulting Agreement

## REDACTED

David, I spoke with Carter this morning who is meeting with counsel on Wednesday. He hopes to execute the agreement by Friday.

——Original Message——
From: Dennis Medici
Sent: Monday, September 25, 2000 12:10 PM
To: Victoria O'Connor
Cc: David Rosenbaum
Subject: RE: Consulting Agreement

We must have all third party work have a purchase order obtained with an approved not to exceed budget.

## REDACTED

——Original Message——
From: Victoria O'Connor
Sent: Monday, September 25, 2000 10:05 AM
To: Dennis Medici
Subject: FW: Consulting Agreement

FYI

——Original Message——
From: David Rosenbaum [mailto:drosenbaum@fpllaw.com]
Sent: Tuesday, September 19, 2000 12:23 AM
To: 'Carter Bryant'
Cc: Victoria O'Connor (E-mail); Isaac Larian (E-mail)
Subject: Consulting Agreement

Dear Mr. Bryant:

As you know, we represent MGA Entertainment. Attached for your review is a draft of the above referened agreement. Please reveiw the draft and have your attorney call me to discuss.

Please note that inasmuch as our client has not had an opportunity to review this correspondence and/or attachment(s) hereto, I must reserve their right to comment.

Regards,
David S. Rosenbaum
Fischbach, Perlstein & Lieberman, LLP
1875 Century Park East, Suite 850
Los Angeles, California 90067

1

CONFIDENTIAL - ATTORNEYS' EYES ONLY

Exhibit **88**
P. **206**

Tel:310-556-1956
Fax:310-556-4617
e-mail: drosenbaum@fpllaw.com

This message is intended for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately and return the original message to us at the above address. Thank you.

2

CONFIDENTIAL - ATTORNEYS' EYES ONLY

DR 00014

Exhibit 88
P. 207

DR #19

**David Rosenbaum**

From:
Sent:          Victoria O'Connor [VOConnor@mgae.com]
To:            Tuesday, September 19, 2000 2:26 PM
Subject:       David Rosenbaum
               RE: Consulting Agreement

## REDACTED

——Original Message——
From: David Rosenbaum [mailto:drosenbaum@fpllaw.com]
Sent: Tuesday, September 19, 2000 2:05 PM
To: 'Victoria O'Connor'
Subject: RE: Consulting Agreement

Thanks.

## REDACTED

Regards,
David S. Rosenbaum
Fischbach, Perlstein & Lieberman, LLP
1875 Century Park East, Suite 850
Los Angeles, California 90067
Tel:310-556-1956
Fax:310-556-4617
e-mail: drosenbaum@fpllaw.com

This message is intended for the use of the individual or entity to
which it is addressed and may contain information that is privileged,
confidential and exempt from disclosure under applicable law. If the
reader of this message is not the intended recipient, or the employee or
agent responsible for delivering the message to the intended recipient,
you are hereby notified that any dissemination, distribution or copying
of this communication is strictly prohibited. If you have received this
communication in error, please notify us immediately and return the
original message to us at the above address. Thank you.

——Original Message——
From: Victoria O'Connor [mailto:VOConnor@mgae.com]
Sent: Tuesday, September 19, 2000 7:06 AM
To: David Rosenbaum
Subject: RE: Consulting Agreement

Thanks David.  But you didn't have to work until midnight.

——Original Message——
From: David Rosenbaum [mailto:drosenbaum@fpllaw.com]
Sent: Tuesday, September 19, 2000 12:23 AM
To: 'Carter Bryant'
Cc: Victoria O'Connor (E-mail); Isaac Larian (E-mail)

1

CONFIDENTIAL - ATTORNEYS' EYES ONLY

DR 00015

Exhibit 88
P. 208

Subject: Consulting Agreement

Dear Mr. Bryant:

As you know, we represent MGA Entertainment. Attached for your review is a draft of the above referened agreement. Please reveiw the draft and have your attorney call me to discuss.

Please note that inasmuch as our client has not had an opportunity to review this correspondence and/or attachment(s) hereto, I must reserve their right to comment.

Regards,
David S. Rosenbaum
Fischbach, Perlstein & Lieberman, LLP
1875 Century Park East, Suite 850
Los Angeles, California 90067
Tel:310-556-1956
Fax:310-556-4617
e-mail: drosenbaum@fpllaw.com

This message is intended for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately and return the original message to us at the above address. Thank you.

2

CONFIDENTIAL - ATTORNEYS' EYES ONLY

DR 00016

Exhibit 88
P. 209

Exhibit 88
P. 210

# Exhibit 89

1          IN THE UNITED STATES DISTRICT COURT

2       FOR THE CENTRAL DISTRICT OF CALIFORNIA

4    MATTEL, INC., a Delaware Corporation,

5               Plaintiff,

6          vs.                CASE NO. CV 04-9059 NM
                                    (RJBx)
7    CARTER BRYANT, an individual, and
     DOES 1 through 10, Inclusive.
8
               Defendants.
9    _____

     CARTER BRYANT, on behalf of himself,
10   all present and former employees of
     Mattel, Inc., and the general public.
11
               Cross-Complaint.
12
          vs.
13
     MATTEL, INC.,
14   a Delaware corporation.

15             Cross-Defendant.

16   _____

17

18          Deposition of JACQUELINE PRINCE, taken by the

19   Defendant, at 999 Peachtree Street, Suite 2300, Atlanta,

20   Georgia, on the 21st day of December, 2004, at 9:40 a.m.,

21   before Kendra R. Bridges, Registered Professional

22   Reporter and Notary Public.

23

24

25                  Exhibit 89
                    P. 211

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1    APPEARANCES OF COUNSEL:

 2

 3    For the Plaintiff and Cross-Defendant:

 4    MR. MICHAEL T. ZELLER, Esq.

 5    Quinn, Emanuel, Urquhart, Oliver & Hedges, LLP

 6    865 South Figueroa Street

 7    Tenth Floor

 8    Los Angeles, California   90017

 9    213-624-7707

10    213-624-0643

11    mtz@quinnemanuel.com

12

13    MICHAEL MOORE, Esq.

14    Mattel, Inc.

15    333 Continental Boulevard

16    El Segundo, California   90245

17    310-252-2000

18    310-252-3861

19    michael.moore@mattel.com

20

21

22

23

24

25
```

Exhibit 89 ,
P. 212

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

```
 1    APPEARANCES OF COUNSEL:  (CONTINUED)

 2

 3    For the Defendants:

 4    LARRY W. MCFARLAND, Esq.

 5    KEATS MCFARLAND & WILSON

 6    9720 Wilshire Boulevard

 7    Penthouse Suite

 8    Beverly Hills, California   90212

 9    310-777-3750

10    310-860-0363

11    lmcfarland@kmwlaw.com

12

13    DONALD W. BENSON, Esq.

14    LITTLER MEDELSON

15    3348 Peachtree Road, NE

16    Suite 1100

17    Atlanta, Georgia   30326

18    404-233-0330

19    404-233-2361

20    dbenson@littler.com

21

22

23

24

25              Exhibit 89
                P. 213
```

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1    APPEARANCES OF COUNSEL: (CONTINUED)

2

3    For Ms. Prince:

4    DANIEL J. WARREN, Esq.

5    Sutherland Asbill & Brennan, LLP

6    999 Peachtree Street

7    Suite 2300

8    Atlanta, Georgia   30309

9    404-853-8028

10   404-853-8806

11   djwarren@sablaw.com

12

13

14

15

16

17

18

19

20

21

22

23

24

25                        Exhibit 89
                          P. 214

```
 1        Q.    -- during the day?

 2        A.    Uh-huh.

 3        Q.    Did you have typical office hours that you kept?

 4        A.    8:00 to 5:00.

 5        Q.    Every day, during the week?

 6        A.    Oh and on -- yeah, except Friday.  Eight to one.

 7        Q.    So the record's clear then, your normal office

 8   or business hours on Mondays, Tuesdays, Wednesdays, and

 9   Thursdays was 8:00 a.m. to about 5:00 p.m.?

10        A.    Right.

11        Q.    And so having talked about that, do you have any

12   better recollection as to the time of day or the evening

13   when Mr. Bryant showed up with his drawings?

14        A.    No.

15        Q.    Was there anyone else in your apartment when he

16   showed up?

17        A.    My two little boys.

18        Q.    Was anyone else around at anytime when you and

19   Mr. Bryant were there?

20        A.    No.

21        Q.    So Mr. Bryant at some point showed up at your

22   apartment and he came in.  If you could please tell me

23   what it is that happened from there.

24        A.    He just said that he had these drawings that he

25   had worked on while he was back home visiting in --
```

Exhibit 89 ,
P. 215

1    reuniting with his family is what he said.  And that he

2    wanted to somehow have some documentation that he did

3    those before he started working back at Mattel.  And I

4    said, Well, I don't know how to do that.  And he said,

5    Why don't we just notarize it for today.  I could

6    notarize my signature on there, right?  I said, Yeah, we

7    could do that.  So that's what we did.

8        Q.  And so the drawings themselves were actually

9    notarized all on that -- on that same occasion?

10        A.  Right.

11        Q.  In other words he didn't go and get his drawings

12   and come back?

13        A.  No, he had them with him.

14        Q.  Did Mr. Bryant tell you why it is that he wanted

15   to document that he did the drawings before he worked

16   for Mattel?

17        A.  Yes.  Because he said he didn't want anyone to

18   think that he did those while he was at Mattel.

19        Q.  Did he say why he didn't want anyone to think

20   that?

21        A.  No.  He just said that he brainstormed and came

22   up with the ideas while he was back home with his family.

23        Q.  Did you have any understanding as to why

24   Mr. Bryant didn't want anyone to think that he came up

25   with the drawings when he was at Mattel?

Exhibit 89
P. 216

125

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1

2

3

4

5

6

7

8

9     I, JACQUELINE RAMONA PRINCE, do hereby declare under

10  penalty of perjury that I have read the foregoing

11  transcript; that I have made any corrections as appear

12  noted, in ink, initialed by me, or attached hereto; that

13  my testimony as contained herein, as corrected, is true

14  and correct.

15     EXECUTED this _____ day of _____,

16  20_____, at _____, _____.
                 (City)         (State)

17

18

19

20

              _____

21              JACQUELINE RAMONA PRINCE

22

23

24

25

Exhibit 89 ,
P. 217

198

Case 2:04-cv-09049-DOC-RNB   Document 3872-4   Filed 05/29/08   Page 43 of 66   Page ID
#:92120
Mattel, Inc., et al. v. Carter Bryant, et al.                                    CV 04-9059 NM (RJBX)
Jacqueline Ramona Prince                                                          12/21/2004

Page 199

1

2    STATE OF GEORGIA:

3    COUNTY OF FULTON:

4    I hereby certify that the foregoing

5    deposition was stenographically recorded by me, as

6    stated in the caption.  The deponent was duly sworn

7    to tell the truth, the whole truth, and nothing but

8    the truth.  The colloquies, statements, questions,

9    and answers thereto were reduced to typewriting

10   under my direction and supervision; that the

11   deposition is a true and correct record of the

12   testimony/evidence given by the deponent.

13   I further certify that I am not a relative,

14   an employee of attorney or counsel of the parties,

15   nor am I financially interested in the action.

16                  This, the 21st day of December, 2004

17

18                  *Kendra R. Bridges*

19                  KENDRA R. BRIDGES

20                  Certified Court Reporter

21                  (B-2194) and Notary Public

22                  My commission expires on the

23                  5th day of August 2008.

24

25                  Exhibit 89 ,
                    P. 218

Reported By: Kendra R. Bridges, Court Reporter
Huseby, Inc. Charlotte, 1230 West Morehead Street, Suite 408, Charlotte, NC, 28208, 704-333-9889

KENDRA~1.TIF

# Exhibit 90



JADE

LUPE



ZÖE





HALLYDAY

ATTORNEY'S EYES ONLY

EXHIBIT

102

12/21/04   KKB

BRYANT 00192

Exhibit 90 ,
P. 219



ATTORNEY'S EYES
ONLY

BRYANT 00194

Exhibit 90
P. 220



VAL

ATTORNEY'S EYES ONLY

BRYANT 00105

Exhibit 90
P. 221



JADE

ATTORNEY'S EYES ONLY

BRYANT 00201

Exhibit 90
P. 222



ATTORNEY'S EYES
ONLY

BRYANT 00202

Exhibit 90,
P. 223



ATTORNEY'S EYES ONLY

BRYANT 00204

Exhibit 90
P. 224



JARED

ATTORNEY'S EYES ONLY

BRYANT 00207

Exhibit 90,
P. 225



20E

ATTORNEY'S EYES
ONLY

BRYANT 00208

Exhibit 90,
P. 226



ATTORNEY'S EYES ONLY

BRYANT 00210

Exhibit 90
P. 227



? 90% ?

ATTORNEY'S EYES ONLY

BRYANT 00241

Exhibit 90
P. 228



ATTORNEY'S EYES ONLY

BRYANT 00214

Exhibit 90
P. 229



HALLYDAY



ZOE



ATTORNEY'S EYES
ONLY

BRYANT 00215

Exhibit 90
P. 230



BASIC
ACTUAL
SIZE 3/4
VIEW HEADS

PLEASE SEE
JADE'S "GUMDOVE"
DRAWING FOR
A MORE ACCURATE
LIP SHAPE.

ATTORNEY'S EYES
ONLY

BRYANT 00301

Exhibit 90,
P. 231



BRYANT 01003

CONFIDENTIAL
ATTORNEYS EYES
ONLY

Exhibit 90
P. 232



CONFIDENTIAL

BRYANT 01243

Exhibit 90
P. 233

**Exhibit 91**

Page 2

1                  UNITED STATES DISTRICT COURT

2                CENTRAL DISTRICT OF CALIFORNIA

3                      EASTERN DIVISION

4

5    CARTER BRYANT, AN                )
     INDIVIDUAL,                      )
6                                     )  CASE NO.
              PLAINTIFF,              )  CV 04-9049 SGL(RNBX)
7                                     )
      V.                              )  CONSOLIDATED WITH
8                                     )  CASE NO. 04-9059
     MATTEL, INC., A DELAWARE         )            AND
9    CORPORATION,                     )  CASE NO. 05-2727
                                      )
10            DEFENDANT.              )
     _____)
11                                    )
     AND CONSOLIDATED ACTION(S)       )
12   _____)

13

14

15          CONFIDENTIAL ATTORNEYS' EYES ONLY

16          VIDEOTAPED DEPOSITION OF VERONICA

17          MARLOW, TAKEN ON BEHALF OF MATTEL,

18          INC., AT 865 SOUTH FIGUEROA STREET,

19          10TH FLOOR, LOS ANGELES, CALIFORNIA,

20          COMMENCING AT 10:14 A.M., FRIDAY,

21          DECEMBER 28, 2007, BEFORE PAULA A.

22          PYBURN, C.S.R. 7304, R.P.R., C.L.R.

23

24

25

Exhibit 91 ,
P. 234

Page 3

```
 1    APPEARANCES OF COUNSEL:
 2    FOR M.G.A. ENTERTAINMENT, INC.:
 3     SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
       BY:  KENNETH PLEVAN, ESQ.
 4     FOUR TIMES SQUARE
       NEW YORK, NEW YORK 10036-6522
 5     (212) 735-3000
       KPLEVAN@SKADDEN.COM
 6
 7    FOR MATTEL, INC.:
 8     QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
       BY:  MICHAEL T. ZELLER, ESQ.
 9     BY:  BRIDGET A. HAULER, ESQ.
       865 SOUTH FIGUEROA STREET
10     10TH FLOOR
       LOS ANGELES, CALIFORNIA 90017-2543
11     (213) 443-3000
       MICHAELZELLER@QUINNEMANUEL.COM
12     BRIDGETHAULER@QUINNEMANUEL.COM
13
      FOR CARTER BRYANT:
14
       KEKER & VAN NEST LLP
15     BY:  CHRISTA MARTINE ANDERSON, ESQ.
       710 SANSOME STREET
16     SAN FRANCISCO, CALIFORNIA 94111
       (415) 391-5400
17     CANDERSON@KVN.COM
18
      FOR THE WITNESS:
19
       KEATS, MCFARLAND & WILSON LLP
20     BY:  LARRY W. MCFARLAND, ESQ.
       BY:  CHRISTIAN C. DOWELL, ESQ.
21     9720 WILSHIRE BOULEVARD
       PENTHOUSE SUITE
22     BEVERLY HILLS, CALIFORNIA 90212
       (310) 777-3749
23     LMCFARLAND@KMWLAW.COM
       CDOWELL@KMWLAW.COM
24
25
```

Exhibit 91
P. 235

1   WORKED FOR MAIN LINE.

2           SO WE WERE CHAT- -- CHATTING FOR A WHILE,

3   AND I SAID, WHAT DO YOU DO BEFORE?

4           AND HE TOLD ME ABOUT THE PROJECT THAT HE

5   WORKED ON WHILE HE WAS IN MISSOURI.

6           AND I SAID, OH, REALLY, WHAT WAS THAT?

7           AND HE SAID, OH, SOME CONCEPTS FOR THE

8   DOLLS.  AND HE SAID -- HE ASKED ME IF I WOULD LIKE

9   TO SEE IT, AND IF I WOULD EVEN BE INTERESTED IN

10  HELPING HIM OUT WITH THE CONCEPT.

11          I GOES, YEAH, WELL, SHOW ME WHAT YOU GOT.

12          AND -- AND WE TALKED, AND THAT'S WHEN HE

13  TOLD ME ABOUT THE -- I DIDN'T KNOW THAT IT WAS

14  BRATZ, I HADN'T SEEN ANYTHING.

15          AND A COUPLE WEEKS WENT BY, AND WE TALKED

16  AGAIN, WE SAW EACH OTHER IN THE HALLWAYS, AND I

17  REMINDED HIM THAT, HE GOES, OKAY, WELL, I'M GOING TO

18  BRING AND SHOW IT TO YOU.

19          SO HE DID, AND WE WENT TO HIS CAR IN THE

20  PARKING LOT, HE SHOWED ME THE PROJECT, AND I LOVE

21  IT, I THOUGHT IT WAS VERY ADORABLE.  SO I GOT REAL

22  EXCITED ABOUT IT, THOUGHT THAT'S A GREAT IDEA

23  CARTER, IT'S REALLY FRESH AND IT'S SOMETHING I HAVE

24  NEVER SEEN BEFORE, THIS IS A LOT OF FUN.

25          AND HE SAID, YEAH, I'M THINKING ABOUT DOING

Exhibit 91 ,
P. 236

1    SOMETHING WITH IT.

2              I SAID, HAVE YOU SHOWED THIS TO ANYONE?

3              HE GOES, YES, I SHOWED TO A COMPANY IN NEW

4    YORK, BUT NOTHING HAPPENED.

5              SO CONVERSATION STAYED AT THAT.  WASN'T

6    UNTIL I -- MY JOB AT MATTEL FINISHED, OR WITH THE

7    TEMP JOB THAT I WAS DOING AT MATTEL, AND I WAS

8    WORKING WITH STEPHANIE ESKANDER ON THE -- THAT DOLL

9    AND WORKING WITH PAULA ON PRAYER ANGELS, AND AS I

10   DEVELOPED A RELATIONSHIP WITH PAULA -- BECAUSE WHEN

11   I CAME TO M.G.A. TO WORK ON PRAYER ANGELS, ANOTHER

12   DESIGNER WAS WORKING PRAYER ANGELS.  IT WAS AMY

13   SOMETHING, I DON'T REMEMBER HER LAST NAME.

14             BUT PAULA WASN'T HAPPY WITH THE DIRECTION

15   THAT PRAYER ANGEL WAS GOING, AND SO PAULA AND I

16   STARTED CHATTING ABOUT, OH, WHAT COULD YOU DO TO

17   MAKE THESE, YOU KNOW -- THESE DOLL LITTLE, YOU KNOW,

18   TRENDY.  I KNOW IT'S AN ANGEL, BUT WHAT CAN WE DO?

19             AND -- SO I START THROWING SOME IDEAS, AND

20   PAULA IS LIKE GETTING EXCITED ABOUT MY IDEAS, AND

21   SHE GOES, YEAH, I FEEL LIKE THAT'S THE WAY IT SHOULD

22   BE, IT SHOULD BE SOMETHING FRESH AND DIFFERENT.

23             AND I NOTICE THAT PAULA LIKE REALLY TRAINED

24   THE STAFF.  AND SO I THOUGHT ABOUT THE DOLLS THAT

25   CARTER HAD SHOWN ME, THE DRAWING THAT HE SHOWED ME

Exhibit 91 ,
P. 237

Page 422

1                    DECLARATION OF WITNESS

2

3      I CERTIFY UNDER PENALTY OF PERJURY UNDER THE LAWS

4    OF THE STATE OF CALIFORNIA THAT THE FOREGOING IS

5    TRUE AND CORRECT.

6

7

8    EXECUTED AT                   , ON                        ,
                       (PLACE)                 (DATE)

9

10

11                  (SIGNATURE OF WITNESS)

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Exhibit 91 ,
P. 238

Page 423

```
 1    STATE OF CALIFORNIA )

 2    COUNTY OF RIVERSIDE )  SS.

 3

 4        I, PAULA A. PYBURN, CSR NO. 7304, R.P.R.,

 5    C.L.R., IN AND FOR THE STATE OF CALIFORNIA, DO

 6    HEREBY CERTIFY:

 7        I AM THE DEPOSITION OFFICER THAT

 8    STENOGRAPHICALLY RECORDED THE TESTIMONY IN THE

 9    FOREGOING DEPOSITION;

10        PRIOR TO BEING EXAMINED THE DEPONENT WAS FIRST

11    DULY SWORN BY ME;

12        THE FOREGOING TRANSCRIPT IS A TRUE RECORD OF

13    THE TESTIMONY GIVEN.

14        BEFORE COMPLETION OF THE DEPOSITION, REVIEW OF

15    THE TRANSCRIPT [X] WAS [ ] WAS NOT REQUESTED.  IF

16    REQUESTED, ANY CHANGES MADE BY THE DEPONENT (AND

17    PROVIDED TO THE REPORTER) DURING THE PERIOD ALLOWED

18    ARE APPENDED HERETO.

19

20        DATED _____.

21

22

23        _____

          PAULA A. PYBURN

24        C.S.R. NO. 7304, R.P.R.

          CERTIFIED LIVENOTE REPORTER

25
```

A&E COURT REPORTERS (213) 955-0070 FAX: (213) 955-0077

Exhibit 91 ,
P. 239