1  QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
   John B. Quinn (Bar No. 090378)
2    johnquinn@quinnemanuel.com
   Michael T. Zeller (Bar No. 196417)
3    (michaelzeller@quinnemanuel.com)
   Jon D. Corey (Bar No. 185066)
4    (joncorey@quinnemanuel.com)
   865 South Figueroa Street, 10th Floor
5  Los Angeles, California 90017-2543
   Telephone: (213) 443-3000
6  Facsimile: (213) 443-3100

7  Attorneys for Mattel, Inc.

8

9                  UNITED STATES DISTRICT COURT

10                 CENTRAL DISTRICT OF CALIFORNIA

11                       EASTERN DIVISION

12  CARTER BRYANT, an individual,      CASE NO. CV 04-9049 SGL (RNBx)

13            Plaintiff,                Consolidated with
                                        Case No. CV 04-09059
14       vs.                            Case No. CV 05-02727

15  MATTEL, INC., a Delaware
    corporation,                        **NOTICE OF LODGING IN
16                                       SUPPORT OF MATTEL'S
             Defendant.                  MOTIONS PENDING BEFORE
17                                       THE DISCOVERY MASTER**

18  AND CONSOLIDATED ACTIONS

19

20

21
                                        Date:  N/A
22                                      Time:  10:00 a.m.
                                        Place: Courtroom 1
23
                                        **Phase 1**
24                                      Pre-Trial Conference:  May 19, 2008
                                        Trial Date:            May 27, 2008
25

26

27

28

07209/2521496.1

1    TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF

2  RECORD, PLEASE TAKE NOTICE that pursuant to the Court's request, Mattel,

3  Inc. hereby lodges the following documents with the Court in support of it motions

4  pending before the Discovery Master:

5

6    1.    Mattel, Inc.'s Notice of Motion and Motion to Compel Deposition of

7          Littler Mendelson, P.C. Pursuant to Subpoena, filed December 14,

8          2007.

9

10   2.    Carter Bryant's Memorandum of Points and Authorities in Opposition

11         to Mattel's Motion to Compel the Deposition of Littler Mendelson,

12         P.C., filed December 19, 2007.

13

14   3.    Reply of Mattel, Inc. in Support of Motion to Compel Deposition of

15         Littler Mendelson, P.C., filed December 24, 2007.

16

17   4.    MGA Defendants' Notice of Motion and Motion to Quash Deposition

18         Subpoenas [re Wachovia], filed January 22, 2008.

19

20   5.    MGA Defendants' Amended Notice of Motion and Amended Motion

21         to Quash Deposition Subpoenas [re Wachovia], filed January 23, 2008.

22

23   6.    Mattel, Inc.'s Opposition to MGA Defendants' Motion to Quash

24         Deposition Subpoenas [re Wachovia], filed February 7, 2008.

25

26   7.    MGA Defendants' Supplemental and Second Amended Notice of

27         Motion to Quash Deposition Subpoenas [re Wachovia], filed February

28         14, 2008.

8.    MGA Defendants' Reply in Further Support of Supplemental and Second Amended Motion to Quash Deposition Subpoenas [re Wachovia], filed February 28, 2008.

9.    Mattel, Inc.'s Notice of Motion and Motion to Compel Production of Previously Withheld Documents Only Portions of Which Are Allegedly Privileged, filed January 22, 2008.

10.    Notice of Motion and Motion of Mattel, Inc. for Order Compelling Production of Withheld MGA: (1) Trademark Search Results, (2) Date of First Use Information, and (3) Factual Data Communicated for the Purpose of Filing Trademark or Other Intellectual Property Applications, filed January 23, 2008.

11.    Mattel, Inc.'s Notice of Motion and Motion Compelling Production of Third Party Communications Improperly Withheld Under a Claim of "Common Interest" Privilege, filed January 23, 2008.

12.    Supplemental Notice of Motion and Memorandum in Support of Mattel, Inc.'s Motion to Compel Production of Previously Withheld Documents Only Portions of Which are Allegedly Privileged, filed February 5, 2008.

13.    Supplemental Notice of Motion and Memorandum in Support of Mattel, Inc.'s Motion for Order Compelling Production of Withheld MGA: (1) Trademark Search Results, (2) Date of First Use Information, and (3) Factual Data Communicated for the Purpose of

1    Filing Trademark or Other Intellectual Property Applications, filed
2    February 5, 2008.
3
4    14.   Supplemental Notice of Motion and Memorandum in Support of
5          Mattel, Inc.'s Motion Compelling Production of Third Party
6          Communications Improperly Withheld Under a Claim of "Common
7          Interest" Privilege. filed February 5, 2008.
8
9    15.   MGA's Opposition to Mattel's Motion to Compel Production of
10         Previously Withheld Documents Only Portions of Which Are
11         Allegedly Privileged, filed February 7, 2008.
12
13   16.   Mattel's Reply in Support Motion to Compel Production of Previously
14         Withheld Documents Only Portions of Which Are Allegedly
15         Privileged, filed February 15, 2008.
16
17   17.   MGA's Opposition to Motion of Mattel, Inc. for Order Compelling
18         Production of Withheld MGA: (1) Trademark Search Results, (2) Date
19         of First Use Information, and (3) Factual Data Communicated for the
20         Purpose of Filing Trademark or Other Intellectual Property
21         Applications, filed February 7, 2008.
22
23   18.   Mattel's Reply in Support of Motion for Order Compelling Production
24         of Withheld MGA: (1) Trademark Search Results, (2) Date of First Use
25         Information, and (3) Factual Data Communicated for the Purpose of
26         Filing Trademark or Other Intellectual Property Applications, filed
27         February 15, 2008.
28

19.   MGA's Opposition to Mattel's Motion Compelling Production of Third Party Communications Improperly Withheld Under a Claim of "Common Interest" Privilege, filed February 7, 2008.

20.   Mattel, Inc.'s Reply In Further Support of Motion Compelling Production of Third Party Communications Improperly Withheld Under a Claim of "Common Interest" Privilege, filed February 19, 2008.

21.   MGA's Opposition to Mattel's Supplemental Motions to Compel (1) Production of Previously Withheld Documents Only Portions of Which Are Allegedly Privileged, (2) Production of Documents Reflecting Trademark Search Results and Other Factual Information, and (3) Production of Documents Withheld Under a Claim of "Common Interest" Exception, filed February 29, 2008.

22.   Mattel, Inc.'s Reply to MGA's Opposition to Mattel's Supplemental Notices Regarding:  (1) Motion to Compel Production of Documents Previously Withheld Only Portions of Which are Allegedly Privileged; (2) Motion to Compel Production of Third Party Communications Improperly Withheld Under a Claim of "Common Interest" Privilege; (3) Motion to Compel Production of Withheld MGA (i) Trademark Search Results, (ii) Date of First Use Information, and (iii) Factual Data Communicated for the Purpose of Filing Trademark or Other Intellectual Property Applications, filed March 6, 2008.

23.   Notice of Motion and Motion of Mattel, Inc. to Compel Production of Documents Improperly Withheld as Privileged by MGA, Isaac Larian and Third Party David Rosenbaum, filed January 28, 2008.

24.   MGA's Opposition to Mattel's Motion to Compel Production of Documents Improperly Withheld as Privileged by MGA, Isaac Larian and Third Party David Rosenbaum, filed February 7, 2008.

25.   Mattel's Reply in Support of Motion to Compel Production of Documents Improperly Withheld as Privileged by MGA, Isaac Larian and Third Party David Rosenbaum, filed February 12, 2008.

26.   MGA's Amended Opposition to Mattel's Motion to Compel Production of Documents Improperly Withheld as Privileged by MGA, Isaac Larian and Third Party David Rosenbaum, filed February 28, 2008.

27.   Mattel's Reply to MGA's Amended Opposition to Mattel's Motion to Compel Production of Documents Improperly Withheld as Privileged by MGA, Isaac Larian and Third Party David Rosenbaum, filed March 4, 2008.

28.   Mattel Inc.'s Motion to Compel Production of Documents by Anne Wang, filed January 28, 2008.

29.   Third Party Witness Anne Wang's Opposition To Mattel, Inc.'s Motion to Compel Production of Documents, filed February 11, 2008.

30. Mattel's Reply in Support of Motion to Compel Production of Documents by Anne Wang, filed February 19, 2008.

31. Notice of Motion and Motion of Mattel, Inc. for an Order Enforcing Court's January 25, 2007 Order Compelling Bryant to Produce Computer Hard Drives and for Sanctions, filed January 28, 2008.

32. Carter Bryant's Opposition to Mattel's Motion for an Order Enforcing Court's January 25, 2007 Order Compelling Bryant to Produce Computer Hard Drives and for Sanctions, filed February 7, 2008.

33. Mattel's Reply in Support of Motion for an Order Enforcing Court's January 25, 2007 Order Compelling Bryant to Produce Computer Hard Drives and for Sanctions, filed February 15, 2008.

34. Mattel's Amended Reply in Support of Motion for an Order Enforcing Court's January 25, 2007 Order Compelling Bryant to Produce Computer Hard Drives and for Sanctions, filed February 15, 2008.

35. Carter Bryant's Notice of Motion and Motion to Strike Mattel Inc.'s Reply In Support of Motion for an Order Enforcing Court's January 25, 2007 Order Compelling Bryant to Produce Computer Hard Drives and for Sanctions or Alternatively, for Leave to File a Surreply, filed February 19, 2008.

36. Carter Bryant's Amended Motion to Strike Mattel Inc.'s Amended Reply in Support of Motion for an Order Enforcing Court's January 25,

1    2007 Order Compelling Bryant to Produce Computer Hard Drives and

2    for Sanctions, filed February 20, 2008.

3

4    37.   Mattel's Opposition to Bryant's Motion to Strike Mattel's Amended

5          Reply Memorandum in Support of Motion for an Order Enforcing

6          Court's January 25, 2007 Order Compelling Bryant to Produce

7          Computer Hard Drives and for Sanctions, filed March 4, 2008.

8

9    38.   Carter Bryant's Reply in Support of Motion to Strike Amended Reply

10         Memorandum in Support of Motion of Mattel, Inc. for an Order

11         Enforcing Court's January 25, 2007 Order Compelling Bryant to

12         Produce Computer Hard Drives and for Sanctions, filed March 7, 2008.

13

14   39.   Carter Bryant's Surreply Re: Mattel Inc.'s Motion for an Order

15         Enforcing Court's January 25, 2007 Order Compelling Bryant to

16         Produce Computer Hard Drives and for Sanctions, filed March 17,

17         2008.

18

19   40.   Mattel Inc.'s Notice of Motion and Motion to Compel MGA

20         Entertainment, Inc., MGA Entertainment (HK) Limited, Isaac Larian,

21         and Carter Bryant to Respond to Mattel, Inc.'s First Set of Requests for

22         Admission Propounded to MGA Entertainment, Inc.; Carter Bryant;

23         MGA Entertainment (HK) Limited; and Isaac Larian, filed February 7,

24         2008.

25

26   41.   MGA Entertainment, Inc.'s Opposition to Mattel Inc.'s Notice of

27         Motion and Motion to Compel MGA Entertainment, Inc., MGA

28         Entertainment (HK) Limited, Isaac Larian, and Carter Bryant to

1      Respond to Mattel, Inc.'s First Set of Requests for Admission

2      Propounded to MGA Entertainment, Inc.; Carter Bryant;

3      MGA Entertainment (HK) Limited; and Isaac Larian, filed February 7,

4      2008.

5

6      42.   Mattel, Inc.'s Reply in Support of Motion to Compel MGA

7            Entertainment, Inc., MGA Entertainment (HK) Limited, Isaac Larian,

8            and Carter Bryant to Respond to Mattel, Inc.'s First Set of Requests for

9            Admission Propounded to MGA Entertainment, Inc.; Carter Bryant;

10           MGA Entertainment (HK) Limited; and Isaac Larian, filed February

11           15, 2008.

12

13     43.   MGA Entertainment, Inc.'s Opposition to Mattel, Inc.'s Motion to

14           Compel Responses to First Set of Requests For Admission Propounded

15           to MGA, Entertainment, Inc., Carter Bryant; MGA Entertainment (HK)

16           Limited; and Isaac Larian, filed March 7, 2008.

17

18     44.   Mattel, Inc.'s Reply In Support Of Motion to Compel MGA

19           Entertainment, Inc., MGA Entertainment (HK) Limited, and Isaac

20           Larian to Respond to Mattel, Inc.'s First Set of Requests for Admission

21           Propounded to MGA Entertainment, Inc.; Carter Bryant; MGA

22           Entertainment (HK) Limited; and Isaac Larian, filed March 17, 2008.

23

24     45.   Mattel Inc.'s Notice of Motion and Motion to Compel MGA and Carter

25           Bryant to Return Privileged Document and for Protective Order, filed

26           February 28, 2008.

27

28

NOTICE OF LODGING IN SUPPORT OF MATTEL'S MOTIONS PENDING BEFORE THE DISCOVERY
MASTER

46.   MGA Entertainment, Inc.'s and Carter Bryant's Opposition to Mattel, Inc.'s Motion to Compel MGA and Carter Bryant to Return Privileged Document and for Protective Order, filed March 11, 2008.

47.   Mattel's Reply in Support Motion to Compel MGA and Carter Bryant to Return Privileged Document and for Protective Order, filed March 21, 2008.

48.   Mattel Inc.'s Ex Parte Application (1) To Compel Depositions of Ana Cabrera, Beatriz Morales, and Maria Salazar; (2) for Guidance as to Evidence Received From Ana Cabrera; and (3) for Sanctions, filed April 3, 2008.

49.   Letter to Hon. Edward Infante (Ret.) from Mattel's counsel, dated May 7, 2008.

50.   Letter to Hon. Edward Infante (Ret.) from Carter Bryant's counsel, dated May 8, 2008.

51.   Letter to Hon. Edward Infante (Ret.) from MGA's counsel, dated May 8, 2008.

52.   Letter to Hon. Edward Infante (Ret.) from Mattel's counsel, dated May 8, 2008.

//

//

//

1    53.    Letter to Hon. Edward Infante (Ret.) from Mattel's counsel, dated April

2           15, 2008.

3

4

5    DATED:  May 29, 2008              QUINN EMANUEL URQUHART OLIVER &
                                       HEDGES, LLP
6

7                                      By B. Dylan Proctor /s/
                                          B. Dylan Proctor
8                                         Attorneys for Mattel, Inc.

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF LODGING IN SUPPORT OF MATTEL'S MOTIONS PENDING BEFORE THE DISCOVERY
MASTER