THOMAS J. NOLAN (Bar No. 66992)
(tnolan@skadden.com)
JASON D. RUSSELL (Bar No. 169219)
(jrussell@skadden.com)
MARINA V. BOGOROD (Bar No. 217524)
(mbogorad@skadden.com)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue, Suite 3400
Los Angeles, CA 90071
Tel.: (213) 687-5000/Fax: (213) 687-5600

RAOUL D. KENNEDY (Bar No. 40892)
(rkennedy@skadden.com)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
4 Embarcadero Center, Suite 3800
San Francisco, CA 94111-5974
Tel.: (415) 984-2698 / Fax: (415) 984-2626

Attorneys for MGA Entertainment, Inc., MGA Entertainment (HK) Limited, MGAE de Mexico, S.R.L. DE C.V., and Isaac Larian

UNITED STATED DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>    Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>    Defendant.<br><br>AND CONSOLIDATED ACTIONS. | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with Case No. 04-9059 and Case No. 05-2727<br><br>Honorable Stephen G. Larson<br><br>MGA PARTIES' REVISED [PROPOSED] SPECIAL VERDICT FORMS ON STATUTE OF LIMITATIONS |

# PHASE 1-A VERDICT FORMS

## Proposed Form of Verdict No. 7 (Declaratory Relief)

*On the claim of MGA respecting the date when Mattel suspected or had reason to suspect that wrongdoing on the part of MGA had taken place, we, the jury, find as follows:*

    (c)    With respect to whether MGA have proven that Mattel suspected or had reason to suspect that wrongdoing had taken place before April 27, 2001, we find:

        ☐ yes or

        ☐ no.  (If no, please proceed to Verdict Form No. 8)

## Proposed Form of Verdict No. 9 (Liability for Aiding and Abetting Breach of Fiduciary Duty)

*On the claim of MGA respecting the date when Mattel suspected or had reason to suspect that wrongdoing on the part of MGA had taken place, we, the jury, find as follows:*

    (s)    With respect to whether MGA have proven that Mattel suspected or had reason to suspect that wrongdoing had taken place before April 27, 2002, we find:

        ☐ yes or

        ☐ no.  (If yes, please proceed to Verdict Form No. 10)

## Proposed Form of Verdict No. 11 (Liability for Aiding and Abetting Breach of Duty of Loyalty)

*On the claim of MGA respecting the date when Mattel suspected or had reason to suspect that wrongdoing on the part of MGA had taken place, we, the jury, find as follows:*

(t)  With respect to whether MGA have proven that Mattel suspected or had reason to suspect that wrongdoing had taken place before April 27, 2002, we find:

☐ yes or

☐ no. (If no, please proceed to Verdict Form No. 12)

**Proposed Form of Verdict No. 12 (Liability for Intentional Interference with Contract)**

*On the claim of MGA respecting the date when the alleged wrongdoing on the part of MGA had taken place, we, the jury, find as follows:*

(s)  With respect to whether MGA have proven that Mattel suspected or had reason to suspect that wrongdoing had taken place before April 27, 2002, we find:

☐ yes or

☐ no. (If yes, please proceed to next Verdict Form, No. 13)

**Proposed Form of Verdict No. 13 (Conversion)**

*On the claim of MGA respecting the date when the alleged wrongdoing on the part of MGA had taken place, we, the jury, find as follows:*

(s)  With respect to whether MGA have proven that Mattel suspected or had reason to suspect that wrongdoing had taken place before April 27, 2001, we find:

☐ yes or

☐ no. (If yes, please proceed to Verdict Form No. 14)

1 | **PHASE 1-B VERDICT FORMS**

2 | **Proposed Form of Verdict No. 2 (Copyright Infringement)**

*On the claim of MGA respecting the date when the alleged wrongdoing on the part of MGA had taken place, we, the jury, find as follows:*

(aa) With respect to whether MGA has proven that Mattel suspected or had reason to suspect that wrongdoing had taken place before April 27, 2001, we find:

☐ yes or

☐ no.  (If yes, please proceed to Verdict Form No. 3.)[1]

---

[1] The proposed form on copyright infringement is included here only out of abundance of caution, in case the Court does not find persuasive the arguments that the copyright infringement claim cannot relate back to any pleading filed before October 30, 2006, the date when Mattel registered its copyrights. See MGA Parties' Response to the Court's May 28, 2008 Order Re Statute of Limitations Defense. If the Court, however, accepts that the claim cannot relate back, then no form would be required for this claim, as it would be subject for dismissal as untimely.