1 | THOMAS J. NOLAN (Bar No. 66992)
(tnolan@skadden.com)
2 | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue
3 | Los Angeles, CA 90071-3144
Tel.: (213) 687-5000 / Fax: (213) 687-5600
4
5 | RAOUL D. KENNEDY (Bar No. 40892)
(rkennedy@skadden.com)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
6 | 4 Embarcadero Center, 38th Floor
San Francisco, CA 94111-5974
7 | Tel.: (415) 984-6400 / Fax: (415) 984-2698

8 | Attorneys for MGA Entertainment, Inc.,
MGA Entertainment (HK) Limited,
9 | MGAE de Mexico, S.R.L. DE C.V.,
and Isaac Larian

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| CARTER BRYANT, an individual, | CASE NO. CV 04-9049 SGL (RNBx) |
|---|---|
| Plaintiff, | Consolidated with Case No. 04-9059 and Case No. 05-2727 |
| v. | **MGA PARTIES' APPLICATION TO FILE UNDER SEAL MGA PARTIES' OMNIBUS OPPOSITION TO MATTEL'S *EX PARTE* APPLICATIONS:** |
| MATTEL, INC., a Delaware corporation, | |
| Defendant. | |
| AND CONSOLIDATED ACTIONS | (1) For an Order Shortening Time to Hear Mattel's Motion Compelling Production of Communications Allegedly Made in Furtherance of Crimes and Frauds; and |
| | (2) To Expedite the Court's Hearing of Mattel's Motion to Enforce the Discovery Master's May 7, 2008 Order; and |
| | Declaration of Philip W. Marsh filed in support thereof. |
| | Hearing Date: TBD<br>Time: TBD<br>Place: TBD |

Pursuant to Local Rule 79-5.1 and the Stipulated Protective Order entered by the Court in this action, MGA Entertainment, Inc. ("MGA"), Isaac Larian ("Mr. Larian" or "Larian"), MGA Entertainment (HK) Limited ("MGA HK"), and MGAE de Mexico S.R.L. de C.V. ("MGA Mexico") (collectively, the "MGA Parties") hereby respectfully request that the Court order the following documents be filed under seal: MGA Parties' Opposition to Mattel, Inc.'s *Ex Parte* Applications: (1) For an Order Shortening Time to Hear Mattel's Motion Compelling Production of Communications Allegedly Made in Furtherance of Crimes and Frauds; and (2) To Expedite the Court's Hearing of Mattel's Motion to Enforce the Discovery Master's May 7, 2008 Order, and the Declaration of Philip W. Marsh in support thereof. Good cause exists for filing these documents under seal because certain exhibits attached to the declaration have been designated as "Confidential" or "Confidential—Attorneys' Eyes Only" pursuant to the Protective Order, and the opposition references these exhibits.

DATED: May 26, 2008

SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP

By: /s/ Thomas J. Nolan
THOMAS J. NOLAN

Attorneys for Counter-Defendants MGA Entertainment, Inc., MGA Entertainment (HK) Limited, MGAE De Mexico, S.R.L. De C.V., and ISAAC LARIAN