**QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP**
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with<br>Case Nos. CV 04-09059 & CV 05-2727<br><br>Hon. Stephen G. Larson<br><br>MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL THE NOTICE OF MOTION AND MOTION OF PLAINTIFF MATTEL, INC. FOR ORDER COMPELLING PRODUCTION OF COMMUNICATIONS MADE IN FURTHERANCE OF CRIMES AND FRAUDS; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF; THE DECLARATION OF HARRY A. OLIVAR, JR. IN SUPPORT THEREOF; AND *EX PARTE* APPLICATION FOR AN ORDER SHORTENING TIME<br><br>[[Proposed] Order filed concurrently herewith]<br><br>Hearing Date:  August 4, 2008<br>Time:  10:00 a.m.<br><br>**Phase 1**<br>Pre-Trial Conference: May 19, 2008<br>Trial Date:  May 27, 2008 |

MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL

1       Pursuant to <u>Local Rule</u> 79-5.1 and the Stipulated Protective Order
2 entered by the Court in this action, Mattel, Inc. ("Mattel") hereby respectfully
3 requests that the Court order filed under seal Mattel's Notice of Motion and Motion
4 for an Order Compelling Production of Communications Made in Furtherance of
5 Crimes and Frauds; the Memorandum of Points and Authorities in support thereof;
6 and the Declaration of Harry A. Olivar, Jr. in support thereof (collectively "Motion,
7 Olivar Declaration in support thereof, and *Ex Parte* Application").

8       The Motion and Olivar Declaration in support thereof contain materials
9 that Mattel, MGA or Bryant have designated as "Confidential" or "Confidential--
10 Attorneys' Eyes Only" pursuant to the Protective Order. Accordingly, Mattel
11 requests that the Court order that the Motion, Olivar Declaration in support thereof,
12 and *Ex Parte* Application be filed under seal.

14 DATED: May 23, 2008       QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

16 By: /s/ Harry A. Olivar, Jr. per
17       Harry A. Olivar, Jr.
      Attorneys for Mattel, Inc.