QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with<br>Case Nos. CV 04-09059 & CV 05-2727<br><br>Hon. Stephen G. Larson<br><br>MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL EXHIBIT A TO THE NOTICE OF ERRATA RE THE DECLARATION OF HARRY A. OLIVAR, JR. IN SUPPORT OF MATTEL, INC.'S NOTICE OF MOTION AND MOTION OF PLAINTIFF MATTEL, INC. FOR ORDER COMPELLING PRODUCTION OF COMMUNICATIONS MADE IN FURTHERANCE OF CRIMES AND FRAUDS<br><br>[[Proposed] Order filed concurrently herewith]<br><br>Hearing Date: August 4, 2008<br>Time: 10:00 a.m.<br><br>**Phase 1**<br>Pre-Trial Conference: May 19, 2008<br>Trial Date: May 27, 2008 |

07209/2517449.1

MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL

1         Pursuant to <u>Local Rule</u> 79-5.1 and the Stipulated Protective Order entered by the Court in this action, Mattel, Inc. ("Mattel") hereby respectfully requests that the Court order filed under seal Exhibit A to the Notice of Errata regarding the Declaration of Harry A. Olivar, Jr. in Support of Mattel, Inc.'s Notice of Motion and Motion for an Order Compelling Production of E-mails in Furtherance of Crimes and Frauds ("Notice of Errata").

        Exhibit A contains materials that Mattel, MGA or Bryant have designated as "Confidential" or "Confidential--Attorneys' Eyes Only" pursuant to the Protective Order. Accordingly, Mattel requests that the Court order that the Exhibit A to the Notice of Errata be filed under seal.

DATED: May 27, 2008        QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

By /s/ Eric Emanuel
   Eric Emanuel
   Attorneys for Mattel, Inc.