ORIGINAL

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
   John B. Quinn (Bar No. 090378)
   (johnquinn@quinnemanuel.com)
   Michael T. Zeller (Bar No. 196417)
   (michaelzeller@quinnemanuel.com)
   Jon D. Corey (Bar No. 185066)
   (joncorey@quinnemanuel.com)
   Timothy L. Alger (Bar No. 160303)
   (timalger@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with<br>Case Nos. CV 04-09059 & CV 05-2727<br><br>MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL THE MAY 27, 2008 JOINT REPORT RE UNDER SEAL DOCUMENTS<br><br>[[Proposed] Order filed concurrently]<br><br>**Phase 1:**<br>Trial Date:            May 27, 2008 |

07209/2518390.1

1         Pursuant to <u>Local Rule</u> 79-5.1 and the Stipulated Protective Order

2   entered by the Court in this action, Mattel, Inc. ("Mattel") hereby respectfully

3   requests that the Court order filed under seal the May 27, 2008 Joint Report Re

4   Under Seal Documents (the "Joint Report").

5         The Joint Report discusses the contents of documents designated by the

6   parties as "Confidential" or "Confidential--Attorneys' Eyes Only" pursuant to the

7   Protective Order, and the reasons they should remain under seal.  This discussion

8   necessarily discloses confidential information contained within those documents.

9   Accordingly, Mattel requests that the Court order that the Joint Report be filed under

10  seal.

11

12  DATED:  May 23, 2008        QUINN EMANUEL URQUHART OLIVER &
                                 HEDGES, LLP

13

14                                By

15                                   Melissa Grant
                                 Attorneys for Mattel, Inc.

16

17

18

19

20

21

22

23

24

25

26

27

28

## PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is Now Legal Service, 1301 W. 2nd Street, Suite 206, Los Angeles, CA 90026.

On May 27, 2008, I served true copies of the following document(s) described as **MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL THE MAY 27, 2008 JOINT REPORT RE UNDER SEAL DOCUMENTS** on the parties in this action as follows:

Thomas Nolan, Esq.
**Skadden, Arps, Slate, Meagher & Flom LLP**
300 So. Grand Ave.
Suite 3400
Los Angeles CA 90071

Mark E. Overland, Esq.
David E. Scheper, Esq.
Alexander H. Cote, Esq.
**Overland Borenstein Scheper & Kim, LLP**
One Bunker Hill
601 West Fifth Street, 12th Floor
Los Angeles, CA 90017

**BY PERSONAL SERVICE:** I delivered such envelope(s) by hand to the office of the person(s) being served.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on May 27, 2008, at Los Angeles, California.

NOW LEGAL -- Dave Quintana

07209/2169461.1