| | |
|---|---|
| 1 | QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP |
| | John B. Quinn (Bar No. 090378) |
| 2 | (johnquinn@quinnemanuel.com) |
| | Michael T. Zeller (Bar No. 196417) |
| 3 | (michaelzeller@quinnemanuel.com) |
| | Jon D. Corey (Bar No. 185066) |
| 4 | (joncorey@quinnemanuel.com) |
| | 865 South Figueroa Street, 10th Floor |
| 5 | Los Angeles, California  90017-2543 |
| | Telephone:  (213) 443-3000 |
| 6 | Facsimile:  (213) 443-3100 |
| 7 | Attorneys for Mattel, Inc. |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual, | CASE NO. CV 04-9049 SGL (RNBx) |
| | Consolidated with |
| Plaintiff, | Case Nos. CV 04-09059 & CV 05-2727 |
| vs. | |
| | PROOF OF SERVICE |
| MATTEL, INC., a Delaware corporation, | |
| | Hearing Date: August 4, 2008 |
| | Time: 10:00 a.m. |
| Defendant. | Place: Courtroom 1 |
| | Judge: Hon. Stephen G. Larson |
| AND CONSOLIDATED ACTIONS | **Phase 1** |
| | Pre-Trial Conference: May 19, 2008 |
| | Trial Date: May 27, 2008 |

07209/2515013.1

PROOF OF SERVICE.

## PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is Now Legal Service, 1301 W. 2nd Street, Suite 206, Los Angeles, CA 90026.

On May 23, 2008, I served true copies of the following document(s) described as **TITLE** on the parties in this action as follows:

Thomas J. Nolan
**Skadden, Arps, Slate, Meageher & Flom LLP**
300 South Grand Ave., Ste. 3400
Los Angeles, CA 90071

Mark E. Overland
David C. Scheper
Alexander H. Cote
**Overland Borenstein Scheper & Kim LLP**
601 West Fifth Street, 12th Floor
Los Angeles, CA 90017

**BY PERSONAL SERVICE:** I delivered such envelope(s) by hand to the office of the person(s) being served.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on May 23, 2008, at Los Angeles, California.

NOW LEGAL -- Dave Quintana

07209/2217862.1

## PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 865 South Figueroa Street, 10th Floor, Los Angeles, California 90017-2543.

On May 23, 2008, I served true copies of the following document(s) described as **TITLE OF PLEADING** on the parties in this action as follows:

John W. Keker, Esq.
Michael H. Page, Esq.
Christina M. Anderson, Esq.
**Keker & Van Nest, LLP**
710 Sansome Street
San Francisco, CA 94111

**BY MAIL:** I enclosed the foregoing into sealed envelope(s) addressed as shown above, and I deposited such envelope(s) in the mail at Los Angeles, California. The envelope was mailed with postage thereon fully prepaid.

**BY FEDEX:** I deposited such document(s) in a box or other facility regularly maintained by FedEx, or delivered such document(s) to a courier or driver authorized by FedEx to receive documents, in sealed envelope(s) or package(s) designated by FedEx with delivery fees paid or provided for, addressed to the person(s) being served.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on May 23, 2008, at Los Angeles, California.

_____
Kelly Tiller

07209/2217871.1

## DOCUMENT LIST

1) [PROPOSED] ORDER RE MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL THE NOTICE OF MOTION AND MOTION OF PLAINTIFF MATTEL, INC. FOR ORDER COMPELLING PRODUCTION OF COMMUNICATIONS MADE IN FURTHERANCE OF CRIMES AND FRAUDS; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF; AND DECLARATION OF HARRY A. OLIVAR, JR. IN SUPPORT THEREOF

2) MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL THE NOTICE OF MOTION AND MOTION OF PLAINTIFF MATTEL, INC. FOR ORDER COMPELLING PRODUCTION OF COMMUNICATIONS MADE IN FURTHERANCE OF CRIMES AND FRAUDS; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF; AND THE DECLARATION OF HARRY A. OLIVAR, JR. IN SUPPORT THEREOF

3) DECLARATION OF HARRY A. OLIVAR, JR. IN SUPPORT OF MOTION OF MATTEL, INC. FOR ORDER COMPELLING PRODUCTION OF COMMUNICATIONS MADE IN FURTHERANCE OF CRIMES AND FRAUDS

4) NOTICE OF MOTION AND MOTION OF MATTEL, INC. FOR ORDER COMPELLING PRODUCTION OF COMMUNICATIONS MADE IN FURTHERANCE OF CRIMES AND FRAUDS

5) MATTEL, INC.'S EX PARTE APPLICATION FOR AN ORDER SHORTENING TIME TO HEAR MATTEL'S MOTION COMPELLING PRODUCTION OF COMMUNICATIONS MADE IN FURTHERANCE OF CRIMES AND FRAUDS AND RELIEF FROM LOCAL RULE MEET AND CONFER REQUIREMENTS

6) PROOF OF SERVICE