```
 1  THOMAS J. NOLAN (Bar No. 66992)
    SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
 2  300 South Grand Avenue
    Los Angeles, CA 90071-3144
 3  Telephone:  (213) 687-5000
    Facsimile:  (213) 687-5600
 4  E-mail:     tnolan@skadden.com

 5  RAOUL D. KENNEDY (Bar No. 40892)
    SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
 6  Four Embarcadero Center, Suite 3800
    San Francisco, CA 94111
 7  Telephone:  (415) 984-6400
    Facsimile:  (415) 984-2698
 8  E-mail:     rkennedy@skadden.com

 9  Attorneys for Counter-Defendants,
    MGA ENTERTAINMENT, INC., ISAAC LARIAN, MGA ENTERTAINMENT
10  (HK) LIMITED, AND MGAE de MEXICO S.R.L. de C.V.
```

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual<br><br>    Plaintiff,<br><br>    v.<br><br>MATTEL, INC., a Delaware corporation<br><br>    Defendant.<br><br>Consolidated with MATTEL, INC. v. BRYANT and MGA ENTERTAINMENT, INC. v. MATTEL, INC. | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with Case No. 04-9059 and Case No. 05-2727<br><br>**DISCOVERY MATTER**<br><br>**PROOF OF SERVICE**<br><br>Trial Date:   May 27, 2008 |

PROOF OF SERVICE                                                NO. CV 04-9049 SGL (RNBx)

## PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO

I am employed in the county of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 300 South Grand Avenue, Suite 3400, Los Angeles, California 90071.

On **May 27, 2008**, I served the foregoing documents described as:

**SEE ATTACHED DOCUMENT LIST**

on the interested parties in this action addressed as follows:

Jon D. Corey, Esq.
Michael T. Zeller, Esq.
John Quinn, Esq.
Quinn Emanuel Urquhart Oliver & Hedges, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017-2543
(213) 443-3000
(213) 443-3100 (Fax)

(X)   (BY PERSONAL SERVICE)   ☒   By personally delivering copies to the person served. (FEDERAL)

☐   I caused such document to be hand delivered to the above addressees. (FEDERAL)

( )   (BY FEDERAL EXPRESS)

( )   (BY ELECTRONIC MAIL)

I declare under penalty of perjury under the laws of the State of California and the United States of America that the above is true and correct.

Executed on **May 27, 2008**, in Los Angeles, California.

Becky Isomoto
PRINT NAME                    SIGNATURE

## DOCUMENT LIST

(1)  MGA PARTIES' OMNIBUS OPPOSITION TO MATTEL'S *EX PARTE* APPLICATIONS:
(1) For an Order Shortening Time to Hear Mattel's Motion Compelling Production of Communications Allegedly Made in Furtherance of Crimes and Frauds; and
(2) To Expedite the Court's Hearing of Mattel's Motion to Enforce the Discovery Master's May 7, 2008 Order

(2)  DECLARATION OF PHILIP W. MARSH IN SUPPORT OF MGA PARTIES' OMNIBUS OPPOSITION TO MATTEL'S *EX PARTE* APPLICATIONS:
(1) For an Order Shortening Time to Hear Mattel's Motion Compelling Production of Communications Allegedly Made in Furtherance of Crimes and Frauds; and
(2) To Expedite the Court's Hearing of Mattel's Motion to Enforce the Discovery Master's May 7, 2008 Order;

(3)  MGA PARTIES' APPLICATION TO FILE UNDER SEAL MGA PARTIES' OMNIBUS OPPOSITION TO MATTEL'S *EX PARTE* APPLICATIONS;

(4)  [PROPOSED] ORDER TO FILE UNDER SEAL MGA PARTIES' OMNIBUS OPPOSITION TO MATTEL'S *EX PARTE* APPLICATIONS AND DECLARATION OF PHILIP W. MARSH;

(5)  PROOF OF SERVICE

PROOF OF SERVICE　　　　　　　　　　　　　　　　　　　　　　　　NO. CV 04-9049 SGL (RNBx)