ORIGINAL

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
  Timothy L. Alger (Bar No. 160303)
  (timalger@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| CARTER BRYANT, an individual, | CASE NO. CV 04-9049 SGL (RNBx) |
|---|---|
| Plaintiff, | Consolidated with Case Nos. CV 04-09059 & CV 05-2727 |
| vs. | MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL THE SUPPLEMENTED MAY 27, 2008 JOINT REPORT RE UNDER SEAL DOCUMENTS |
| MATTEL, INC., a Delaware corporation, | |
| Defendant. | [[Proposed] Order filed concurrently] |
| AND CONSOLIDATED ACTIONS | **Phase 1:** Trial Date:     May 27, 2008 |

07209/2518390.1

MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL

1   Pursuant to Local Rule 79-5.1 and the Stipulated Protective Order
2   entered by the Court in this action, Mattel, Inc. ("Mattel") hereby respectfully
3   requests that the Court order filed under seal the Supplemented May 27, 2008 Joint
4   Report Re Under Seal Documents (the "Joint Report").
5   The Joint Report discusses the contents of documents designated by the
6   parties as "Confidential" or "Confidential--Attorneys' Eyes Only" pursuant to the
7   Protective Order, and the reasons they should remain under seal. This discussion
8   necessarily discloses confidential information contained within those documents.
9   Accordingly, Mattel requests that the Court order that the Joint Report be filed under
10  seal.

12  DATED: May 28, 2008          QUINN EMANUEL URQUHART OLIVER &
                                 HEDGES, LLP

14                               By_____
15                                  Cyrus S. Naim
                                    Attorneys for Mattel, Inc.

## PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is Now Legal Service, 1301 W. 2nd Street, Suite 206, Los Angeles, CA 90026.

On May 28, 2008, I served true copies of the following document(s) described as **MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL THE SUPPLEMENTED MAY 27, 2008 JOINT REPORT RE UNDER SEAL DOCUMENTS** on the parties in this action as follows:

Thomas Nolan, Esq.
**Skadden, Arps, Slate, Meagher & Flom LLP**
300 So. Grand Ave.
Suite 3400
Los Angeles CA 90071

Mark E. Overland, Esq.
David E. Scheper, Esq.
Alexander H. Cote, Esq.
**Overland Borenstein Scheper & Kim, LLP**
One Bunker Hill
601 West Fifth Street, 12th Floor
Los Angeles, CA 90017

**BY PERSONAL SERVICE:** I delivered such envelope(s) by hand to the office of the person(s) being served.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on May 28, 2008, at Los Angeles, California.

_____
NOW LEGAL -- Dave Quintana

07209/2490733.1