# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - TRIAL**

| | |
|---|---|
| Case No. | CV 04-09049 SGL(RNBx) |
| Title: | CARTER BRYANT -v- MATTEL, INC. |
| Date | May 28, 2008 |

Present: The Honorable  STEPHEN G. LARSON, UNITED STATES DISTRICT JUDGE

| Gina Guzman (Relief) | Mark Schweitzer (A.M.) |
|---|---|
| | Theresa Lanza, CSR (P.M.) |
| *Courtroom Deputy Clerk* | *Court Reporters* |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendants: |
|---|---|
| John B. Quinn | Thomas J. Nolan |
| Michael T. Zeller | Raoul D. Kennedy |
| | Lauren E. Aguiar |

____ Day Court Trial    3rd Day Jury Trial

____ One day trial:    ____ Begun (1st day);    ____ Held & Continued;    ____ Completed by jury verdict/submitted to court.

____ The Jury is impaneled and sworn.
____ Opening statements made by
√ Witnesses called, sworn and    √ Exhibits    √ Exhibits admitted.
____ Plaintiff(s) rest.    ____ Defendant(s) rest.
____ Closing arguments made by    ____ plaintiff(s)    ____ defendant(s).    ____ Court instructs jury.
____ Bailiff(s) sworn.    ____ Jury retires to deliberate.    ____ Jury resumes deliberations.
____ Jury Verdict in favor of    ____ plaintiff(s)    ____ defendant(s) is read and filed.
____ Jury polled.    ____ Polling waived.
____ Filed Witness & Exhibit Lists    ____ Filed jury notes.    ____ Filed jury instructions.
____ Judgment by Court    ____ plaintiff(s)    ____ defendant(s).
____ Findings, Conclusions of Law & Judgment to be prepared by    ____ plaintiff(s)    ____ defendant(s).
____ Case submitted.    Briefs to be filed by ____
____ Motion to dismiss by ____    is    ____ granted.    ____ denied.    ____ submitted.
____ Motion for mistrial by ____    is    ____ granted.    ____ denied.    ____ submitted.
____ Motion for Judgment/Directed Verdict by ____    is    ____ granted.    ____ denied.    ____ submitted.
____ Settlement reached and placed on the record.
____ Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberation/findings.
____ Counsel stipulate to the return of exhibits upon the conclusion of trial. Exhibit Release Form prepared and filed.
____ Trial subpoenaed documents returned to subpoenaing party.
√ Case continued    to 5/29/08, trial resumes at 9:00 am    for further jury trial proceedings.
√ Other:    Counsel are to report at 8:30 am on 5/29/08.

____ : 06/27

Initials of Deputy Clerk   glg

cc: