THOMAS J. NOLAN (Bar No. 66992)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue, Suite 3400
Los Angeles, CA 90071-3144
Tel.: (213) 687-5000 / Fax: (213) 687-5600:
(tnolan@skadden.com)
Attorneys for MGA Entertainment, Inc., et al.

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARTER BRYANT, an individual<br><br>PLAINTIFF(S)<br>v.<br>MATTEL, INC., a Delaware corporation<br><br>DEFENDANT(S). | CASE NUMBER:<br>CV 04-9049 SGL (RNBx)<br><br>**NOTICE OF MANUAL FILING** |

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 06-07 and Local Rule 5-4 the following document(s) or item(s) will be manually filed.

**List Documents:**
(1) MGA Parties' Trial Brief Re Certain Non-Party Witness' Invocation of Fifth Amendment; (2) Declaration of Bernard Shek in Support of MGA Parties' Trial Brief Re Certain Non-Party Witnesses' Invocation of Fifth Amendment; (3) Proof of Service; (4) MGA Parties' Application to File Under Seal MGA Parties' Trial Brief Re Certain Non-Party Witnesses' Invocation of Fifth Amendment and Declaration of Bernard Shek in Support; (5) [Proposed] Order to File Under Seal MGA Parties' Trial Brief Re Certain Non-Party Witnesses Invocation of Fifth Amendment and Declaration of Bernard Shek in Support

**Document Description:**
- ☐ Administrative Record
- ☒ Exhibits
- ☐ Ex Parte Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act (pursuant to Local Rule 79-5 .4(h)
- ☒ Other

**Reason:**
- ☒ Under Seal
- ☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
- ☐ Electronic versions are not available to filer
- ☐ Per Court order dated _____
- ☐ Manual Filing required (reason):

May 30, 2008
Date

Thomas J. Nolan
Attorney Name

MGA ENTERTAINMENT, INC., et al.

G-92 (02/07)         NOTICE OF MANUAL FILING         American LegalNet, Inc.
www.FormsWorkflow.com

| | Party Represented |
|---|---|

Note:   File one Notice in each case, each time you manually file document(s).