1  THOMAS J. NOLAN (Bar No. 66992)
   (tnolan@skadden.com)
2  SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
   300 South Grand Avenue, Suite 3400
3  Los Angeles, CA 90071
   Tel.: (213) 687-5000/Fax: (213) 687-5600
4
   RAOUL D. KENNEDY (Bar No. 40892)
5  (rkennedy@skadden.com)
   SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
6  Four Embarcadero Center, 38th Floor
   San Francisco, CA 94111
7  Tel.: (415) 984-6400/Fax: (415) 984-2698

8  Attorneys for MGA Entertainment, Inc., MGA Entertainment (HK) Limited,
   MGAE de Mexico, S.R.L. DE C.V., and Isaac Larian
9

10

11                    UNITED STATES DISTRICT COURT

12                   CENTRAL DISTRICT OF CALIFORNIA

13

14  CARTER BRYANT, an individual,        ) CASE NO. CV 04-9049 SGL (RNBx)
                                         )
15              Plaintiff,               ) Consolidated with Case No. 04-9059
                                         ) and Case No. 05-2727
16         v.                            )
                                         )
17  MATTEL, INC., a Delaware             ) DECLARATION OF
    corporation,                         ) LARRY W. McFARLAND
18                                       )
                                         ) Judge: Hon. Stephen G. Larson
19              Defendant.               )
                                         )
20  _____     )
                                         )
21  AND CONSOLIDATED ACTIONS             )
                                         )
22

23

24

25

26

27

28

1  I, Larry W. McFarland, hereby declare as follows:

2  1.    I am an attorney licensed to practice law in the State of California and am a partner at the law firm of Keats, McFarland & Wilson LLP ("KMW"), counsel for non-party witnesses in this matter, Veronica and Peter Marlow. Unless otherwise stated, I have personal knowledge of the facts set forth below and, if called as a witness, I could and would competently testify thereto.

3  2.    KMW was retained by Veronica and Peter Marlow in this matter in June 2007. KMW's fees for that representation are billed to and have been paid by Carter Bryant. KMW has not billed and has not received any payment from MGA for its representation of Veronica and Peter Marlow.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 29th day of May, 2008, in Beverly Hills, California.

*[signature]*
Larry W. McFarland

---
1
Declaration of Larry W. McFarland
Case No. CV 04-9049 SGL (RNBx)