QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
  Timothy L. Alger (Bar No. 160303)
  (timalger@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:   (213) 443-3000
Facsimile:   (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>          Plaintiff,<br><br>     vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>          Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with<br>Case Nos. CV 04-09059 & CV 05-2727<br><br>ORDER GRANTING MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL THE MAY 27, 2008 JOINT REPORT RE UNDER SEAL DOCUMENTS<br><br>**Phase 1:**<br>Trial Date:                    May 27, 2008 |

## ORDER

Based on the concurrently filed Mattel, Inc.'s Application to File Under Seal the May 27, 2008 Joint Report Re Under Seal Documents,

IT IS HEREBY ORDERED:

The May 27, 2008 Joint Report Re Under Seal Documents is ORDERED filed under seal pursuant to Local Rule 79-5.1.

DATED: May 29, 2008    _____
Hon. Stephen G. Larson
United States District Judge