# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - TRIAL**

| | |
|---|---|
| Case No. | CV 04-09049 SGL(RNBx) |
| Title: | CARTER BRYANT -v- MATTEL, INC. |
| Date | May 29, 2008 |

Present: The Honorable  STEPHEN G. LARSON, UNITED STATES DISTRICT JUDGE

| Gina Guzman (Relief) | Theresa Lanza, CSR (A.M.) |
| --- | --- |
| | Mark Schweitzer (P.M.) |
| *Courtroom Deputy Clerk* | *Court Reporters* |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendants: |
| --- | --- |
| John B. Quinn | Thomas J. Nolan |
| William Price | Lauren E. Aguiar |
| | Carl Roth |

____ Day Court Trial      4th Day Jury Trial

____ One day trial:   ____ Begun (1st day);   ____ Held & Continued;   ____ Completed by jury verdict/submitted to court.

____ The Jury is impaneled and sworn.
____ Opening statements made by
√ Witnesses called, sworn and     √ Exhibits      √ Exhibits admitted.
____ Plaintiff(s) rest.         ____ Defendant(s) rest.
____ Closing arguments made by     ____ plaintiff(s)     ____ defendant(s).    ____ Court instructs jury.
____ Bailiff(s) sworn.       ____ Jury retires to deliberate.       ____ Jury resumes deliberations.
____ Jury Verdict in favor of     ____ plaintiff(s)    ____ defendant(s) is read and filed.
____ Jury polled.           ____ Polling waived.
____ Filed Witness & Exhibit Lists   ____ Filed jury notes.       ____ Filed jury instructions.
____ Judgment by Court                ____ plaintiff(s)    ____ defendant(s).
____ Findings, Conclusions of Law & Judgment to be prepared by    ____ plaintiff(s)    ____ defendant(s).
____ Case submitted.     Briefs to be filed by ____
____ Motion to dismiss by _____        is   ____ granted.   ____ denied.   ____ submitted.
____ Motion for mistrial by _____      is   ____ granted.   ____ denied.   ____ submitted.
____ Motion for Judgment/Directed Verdict by ____   is  ____ granted.   ____ denied.   ____ submitted.
____ Settlement reached and placed on the record.
____ Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberation/findings.
____ Counsel stipulate to the return of exhibits upon the conclusion of trial. Exhibit Release Form prepared and filed.
____ Trial subpoenaed documents returned to subpoenaing party.
√ Case continued   to 5/30/08; trial resumes at 9:00 am       for further jury trial proceedings.
√ Other:   Counsel are to report at 8:30 am on 5/30/08.

: 06/03

Initials of Deputy Clerk  glg

cc: