QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>　　　　Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with<br>Case Nos. CV 04-09059 & CV 05-2727<br><br>Hon. Stephen G. Larson<br><br>[PROPOSED] ORDER RE MATTEL, INC.'S *EX PARTE* APPLICATION FOR AN ORDER SHORTENING TIME TO HEAR MATTEL'S MOTION COMPELLING PRODUCTION OF COMMUNICATIONS MADE IN FURTHERANCE OF CRIMES AND FRAUDS AND RELIEF FROM LOCAL RULE MEET AND CONFER REQUIREMENTS<br><br>Hearing Date: August 4, 2008<br>Time: 10:00 a.m.<br><br>**Phase 1**<br>Pre-Trial Conference: May 19, 2008<br>Trial Date: May 27, 2008 |

[PROPOSED] ORDER

# [~~PROPOSED~~] ORDER

Based on the concurrently filed *Ex Parte* Application for an Order Shortening Time to Hear Mattel's Motion Compelling Production of Communications Made in Furtherance of Crimes and Frauds and Relief from Local Rule Meet and Confer Requirements ("Application"), and good cause appearing for the entry thereof, IT IS HEREBY ORDERED:

That the briefing schedule for Mattel's Motion Compelling Production of Communications Made in Furtherance of Crimes and Frauds and Relief be shortened.

DATED: JUN - 2 2008, 2008

Hon. Stephen G. Larson
United States District Judge