# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA



**THIS DOCUMENT IS CURRENTLY**

**UNDER SEAL**

**AND**

**IS RESTRICTED FROM**

**PUBLIC VIEWING**