QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
John B. Quinn (Bar No. 090378)
(johnquinn@quinnemanuel.com)
Michael T. Zeller (Bar No. 196417)
(michaelzeller@quinnemanuel.com)
Jon D. Corey (Bar No. 185066)
(joncorey@quinnemanuel.com)
Timothy L. Alger (Bar No. 160303)
(timalger@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| CARTER BRYANT, an individual, | CASE NO. CV 04-9049 SGL (RNBx) |
|---|---|
| Plaintiff, | Consolidated with Case Nos. CV 04-09059 & CV 05-2727 |
| vs. | [PROPOSED] ORDER GRANTING MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL THE SUPPLEMENTED MAY 27, 2008 JOINT REPORT RE UNDER SEAL DOCUMENTS |
| MATTEL, INC., a Delaware corporation, | |
| Defendant. | |
| AND CONSOLIDATED ACTIONS | **Phase 1:**<br>Trial Date: May 27, 2008 |

07209/2518393.1

[PROPOSED] ORDER

## [PROPOSED] ORDER

Based on the concurrently filed Mattel, Inc.'s Application to File Under Seal the Supplemented May 27, 2008 Joint Report Re Under Seal Documents,

IT IS HEREBY ORDERED:

The Supplemented May 27, 2008 Joint Report Re Under Seal Documents is ORDERED filed under seal pursuant to Local Rule 79-5.1.

JUN -3 2008

DATED: 3 2008 , 2008
Hon. Stephen G. Larson
United States District Judge

**PROOF OF SERVICE**

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is Now Legal Service, 1301 W. 2nd Street, Suite 206, Los Angeles, CA 90026.

On May 28, 2008, I served true copies of the following document(s) described as **[PROPOSED] ORDER GRANTING MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL THE SUPPLEMENTED MAY 27, 2008 JOINT REPORT RE UNDER SEAL DOCUMENTS** on the parties in this action as follows:

| | |
|---|---|
| Thomas Nolan, Esq.<br>**Skadden, Arps, Slate, Meagher & Flom LLP**<br>300 So. Grand Ave.<br>Suite 3400<br>Los Angeles CA 90071 | Mark E. Overland, Esq.<br>David E. Scheper, Esq.<br>Alexander H. Cote, Esq.<br>**Overland Borenstein Scheper & Kim, LLP**<br>One Bunker Hill<br>601 West Fifth Street, 12th Floor<br>Los Angeles, CA 90017 |

**BY PERSONAL SERVICE:** I delivered such envelope(s) by hand to the office of the person(s) being served.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on May 28, 2008, at Los Angeles, California.

_____
NOW LEGAL -- Dave Quintana

07209/2490733.1