```
 1 | THOMAS J. NOLAN (Bar No. 66992)
   | (tnolan@skadden.com)
 2 | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
   | 300 South Grand Avenue
 3 | Los Angeles, CA  90071-3144
   | Tel.: (213) 687-5000 / Fax: (213) 687-5600
 4 |
   | RAOUL D. KENNEDY (Bar No. 40892)
 5 | (rkennedy@skadden.com)
   | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
 6 | 4 Embarcadero Center, 38th Floor
   | San Francisco, CA  94111-5974
 7 | Tel.: (415) 984-6400 / Fax: (415) 984-2698
 8 | Attorneys for MGA Entertainment, Inc.,
   | MGA Entertainment (HK) Limited,
 9 | MGAE de Mexico, S.R.L. DE C.V.,
   | and Isaac Larian
10 |
```

FILED
CLERK, U.S. DISTRICT COURT
JUN 3 2008
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION    BY DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>                Plaintiff,<br><br>    v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>               Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with Case No. 04-9059 and Case No. 05-2727<br><br>[PROPOSED] ORDER TO FILE UNDER SEAL MGA PARTIES' OMNIBUS OPPOSITION TO MATTEL'S EX PARTE APPLICATIONS:<br><br>(1) For an Order Shortening Time to Hear Mattel's Motion Compelling Production of Communications Allegedly Made in Furtherance of Crimes and Frauds; and<br><br>(2) To Expedite the Court's Hearing of Mattel's Motion to Enforce the Discovery Master's May 7, 2008 Order; and<br><br>Declaration of Philip W. Marsh filed in support thereof. |

[Proposed] Order To File Under Seal
Case No. CV 04-9049 SGL (RNBx)

## ORDER

Based on the above Application, and good cause appearing for the entry thereof, IT IS HEREBY ORDERED that the following documents be filed under seal pursuant to Local Rule 79-5.1: MGA Parties' Opposition to Mattel, Inc.'s *Ex Parte* Applications: (1) For an Order Shortening Time to Hear Mattel's Motion Compelling Production of Communications Allegedly Made in Furtherance of Crimes and Frauds; and (2) To Expedite the Court's Hearing of Mattel's Motion to Enforce the Discovery Master's May 7, 2008 Order, and the Declaration of and Philip W. Marsh in support thereof.

DATED: ~~May~~ June 3, 2008

*/s/ S. G. Larson*

Hon. Stephen G. Larson
United States District Court Judge

[Proposed]Order To File Under Seal
Case No. CV 04-9049 SGL (RNBx)

839047-D.C. Server 1A - MSW