# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - TRIAL**

| | | | |
|---|---|---|---|
| Case No. | CV 04-09049 SGL(RNBx) | Date | June 4, 2008 |
| Title: | CARTER BRYANT -v- MATTEL, INC. | | |

Present: The Honorable   STEPHEN G. LARSON, UNITED STATES DISTRICT JUDGE

| Jim Holmes | Theresa Lanza, CSR  (A.M.) |
|---|---|
| *Courtroom Deputy Clerk* | *Court Reporters* |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendants: |
|---|---|
| John B. Quinn<br>William Price<br>Michael T. Zeller<br>John D. Corey | Thomas J. Nolan<br>Lauren E. Aguiar<br>Carl Roth |

_____ Day Court Trial   7th (1/2 day)   Day Jury Trial

_____ One day trial:   _____ Begun (1st day);   _____ Held & Continued;   _____ Completed by jury verdict/submitted to court.

_____ The Jury is impaneled and sworn.

_____ Opening statements made by _____

√ Witnesses called, sworn and testified.   √ Exhibits identified.   √ Exhibits admitted.

_____ Plaintiff(s) rest.   _____ Defendant(s) rest.

_____ Closing arguments made by   _____ plaintiff(s)   _____ defendant(s).   _____ Court instructs jury.

_____ Bailiff(s) sworn.   _____ Jury retires to deliberate.   _____ Jury resumes deliberations.

_____ Jury Verdict in favor of   _____ plaintiff(s)   _____ defendant(s) is read and filed.

_____ Jury polled.   _____ Polling waived.

_____ Filed Witness & Exhibit Lists   _____ Filed jury notes.   _____ Filed jury instructions.

_____ Judgment by Court for _____   _____ plaintiff(s)   _____ defendant(s).

_____ Findings, Conclusions of Law & Judgment to be prepared by   _____ plaintiff(s)   _____ defendant(s).

_____ Case submitted.   _____ Briefs to be filed by _____

_____ Motion to dismiss by _____ is _____ granted.   _____ denied.   _____ submitted.

_____ Motion for mistrial by _____ is _____ granted.   _____ denied.   _____ submitted.

_____ Motion for Judgment/Directed Verdict by _____ is _____ granted.   _____ denied.   _____ submitted.

_____ Settlement reached and placed on the record.

_____ Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberation/findings.

_____ Counsel stipulate to the return of exhibits upon the conclusion of trial. Exhibit Release Form prepared and filed.

_____ Trial subpoenaed documents returned to subpoenaing party.

√ Case continued to   to 6/5/08; trial resumes at 8:30 am   for further jury trial proceedings.

√ Other:   Counsel to report for bench conference at 8:15 a.m.

: 3/00

Initials of Deputy Clerk   jh

cc: