QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
  Timothy L. Alger (Bar No. 160303)
  (timalger@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with<br>Case Nos. CV 04-09059 & CV 05-2727<br><br>[PROPOSED] ORDER RE MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL MATTEL, INC.'S MOTION FOR ORDER FINDING THAT CERTAIN DOCUMENTS ARE AUTHENTIC, GRANTING ADVERSE INFERENCE JURY INSTRUCTIONS AND PRECLUDING CERTAIN TESTIMONY BASED ON INVOCATION OF FIFTH AMENDMENT AND MGA'S VIOLATION OF COURT ORDERS AND RELATED DOCUMENTS<br><br>Hearing Date: August 4, 2008<br>Time: 10:00 a.m.<br>Place: Courtroom 1<br><br>**Phase 1**<br>Pre-Trial Conference: May 19, 2008<br>Trial Date: May 27, 2008 |

## [PROPOSED] ORDER

Based on the concurrently filed Application to File Under Seal Mattel, Inc.'s Motion for Order Finding That Certain Documents Are Authentic, Granting Adverse Inference Jury instructions and Precluding Certain Testimony Based on Invocation of Fifth Amendment and MGA's Violation of Court Orders and Related Documents,

IT IS HEREBY ORDERED:

1. Mattel, Inc.'s Motion for Order Finding That Certain Documents Are Authentic, Granting Adverse Inference Jury instructions and Precluding Certain Testimony Based on Invocation of Fifth Amendment and MGA's Violation of Court Orders and Memorandum of Points and Authorities are ORDERED filed under seal pursuant to Local Rule 79-5.1.

2. Exhibits 1, 2, 4, 5, 6, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 21, 22, 23, 24, 25, 26, 27, 28, and 29 to the Declaration of Duane R. Lyons in Support of Mattel, Inc.'s Motion for Order Finding That Certain Documents Are Authentic, Granting Adverse Inference Jury instructions and Precluding Certain Testimony Based on Invocation of Fifth Amendment and MGA's Violation of Court Orders are ORDERED filed under seal pursuant to Local Rule 79-5.1.

//
//
//
//
//
//
//
//
//

1    3.   Exhibits 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, and 16 to
2 the Declaration of Cyrus S. Naim in Support of Mattel, Inc.'s Motion for Order
3 Finding That Certain Documents Are Authentic, Granting Adverse Inference Jury
4 instructions and Precluding Certain Testimony Based on Invocation of Fifth
5 Amendment and MGA's Violation of Court Orders are ORDERED filed under seal
6 pursuant to Local Rule 79-5.1.

DATED: 6/5 , 2008

_____
Hon. Stephen G. Larson
United States District Judge

[PROPOSED] ORDER