QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 90378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

CARTER BRYANT, an individual,

  Plaintiff,

  vs.

MATTEL, INC., a Delaware corporation,

  Defendant.

AND CONSOLIDATED ACTIONS

CASE NO. CV 04-9049 SGL (RNBx)

Consolidated with
Case No. CV 04-09059
Case No. CV 05-02727

Hon. Stephen G. Larson

[PROPOSED] ORDER GRANTING MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL EXHIBITS 4, 8 AND 15 TO THE DECLARATION OF JUAN PABLO ALBAN IN SUPPORT OF MATTEL, INC.'S MOTION TO ENFORCE THE DISCOVERY MASTER'S MAY 7, 2008 ORDER

[Local Rule 79-5.1]

Hearing Date: August 4, 2008
Time: 10:00 a.m.
Place: Courtroom 1

**Phase 1**
Pre-trial Conference: May 19, 2008
Trial Date: May 27, 2008

## [PROPOSED] ORDER

Based on Mattel, Inc.'s Application To File Under Seal Exhibits 4, 8 and 15 to the Declaration of Juan Pablo Albán In Support Of Mattel, Inc.'s Motion To Enforce The Discovery Master's May 7, 2008 Order ("Albán Declaration"), and good cause appearing for the entry thereof, IT IS HEREBY ORDERED that: Exhibits 4, 8 and 15 of the Albán Declaration, shall be filed under seal pursuant to Local Rule 79-5.1.

DATED: 6/5, 2008

_/s/ S.G. Larson_
Hon. Stephen G. Larson
United States District Judge

07209/2513944.1

[PROPOSED] ORDER