1  QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
2    John B. Quinn (Bar No. 90378)
     (johnquinn@quinnemanuel.com)
     Michael T. Zeller (Bar No. 196417)
3    (michaelzeller@quinnemanuel.com)
     Jon D. Corey (Bar No. 185066)
4    (joncorey@quinnemanuel.com)
   865 South Figueroa Street, 10th Floor
5  Los Angeles, California  90017-2543
   Telephone:  (213) 443-3000
6  Facsimile:  (213) 443-3100

7  Attorneys for Mattel, Inc.

FILED
CLERK, U.S. DISTRICT COURT

JUN  5 2008

CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION          BY DEPUTY

8                 UNITED STATES DISTRICT COURT

9                 CENTRAL DISTRICT OF CALIFORNIA

10                       EASTERN DIVISION

| | |
|---|---|
| 11  CARTER BRYANT, an individual, | CASE NO. CV 04-9049 SGL (RNBx) |
| 12         Plaintiff, | Consolidated with<br>Case No. CV 04-09059 |
| 13    vs. | Case No. CV 05-02727 |
| 14  MATTEL, INC., a Delaware | Hon. Stephen G. Larson |
| 15  corporation, | **[PROPOSED] ORDER RE APPLICATION TO FILE UNDER SEAL NOTICE OF MOTION AND MOTION OF MATTEL, INC. FOR AN ORDER ENFORCING THE COURT'S DECEMBER 27 2007 ORDER COMPELLING ISAAC LARIAN TO PRODUCE CERTAIN DOCUMENTS;  NOTICE OF ERRATA RE DECLARATION OF MELISSA GRANT IN SUPPORT THEREOF** |
| 16 | |
| 17         Defendant. | |
| 18 | |
| 19  AND CONSOLIDATED ACTIONS | |
| 20 | |
| 21 | [Local Rule 79-5.1] |
| 22 | |
| 23 | Date:   TBA<br>Time:   TBA<br>Place:  TBA |
| 24 | |
| 25 | **Phase 1**<br>Pre-trial Conference: May 19, 2008<br>Trial Date: May 27, 2008 |
| 26 | |
| 27 | |
| 28 | |

LODGED

ORIGINAL

07209/2515249.1

[PROPOSED] ORDER

## [PROPOSED] ORDER

       Based on the Mattel's Application filed concurrently herewith, and good cause appearing for the entry thereof, IT IS HEREBY ORDERED:

       Notice of Motion and Motion of Mattel, Inc. for an Order Enforcing the Court's December 27 2007 Order Compelling Isaac Larian to Produce Certain Documents; Notice of Errata re Declaration of Melissa Grant In Support Thereof is ORDERED filed under seal pursuant to Local Rule 79-5.1.

DATED: _6/5_____, 2008        _____

                                    Hon. Stephen G. Larson
                                    United States District Judge