UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - TRIAL**

| | |
|---|---|
| Case No. | CV 04-09049 SGL(RNBx) |
| Title: | CARTER BRYANT -v- MATTEL, INC. |
| Date | June 5, 2008 |

Present: The Honorable   STEPHEN G. LARSON, UNITED STATES DISTRICT JUDGE

| Jim Holmes | Theresa Lanza, CSR (A.M.) |
| | Mark Schweitzer (P.M.) |
| *Courtroom Deputy Clerk* | *Court Reporters* |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendants: |
|---|---|
| John B. Quinn | |
| William Price | Thomas J. Nolan |
| Michael T. Zeller | Lauren E. Aguiar |
| John D. Corey | Carl Roth |

\_\_\_\_ Day Court Trial     8th Day Jury Trial

\_\_\_\_ One day trial:   \_\_\_\_ Begun (1st day);   \_\_\_\_ Held & Continued;   \_\_\_\_ Completed by jury verdict/submitted to court.

\_\_\_\_ The Jury is impaneled and sworn.
\_\_\_\_ Opening statements made by
√ Witnesses called, sworn and testified.   √ Exhibits identified.   √ Exhibits admitted.
\_\_\_\_ Plaintiff(s) rest.   \_\_\_\_ Defendant(s) rest.
\_\_\_\_ Closing arguments made by   \_\_\_\_ plaintiff(s)   \_\_\_\_ defendant(s).   \_\_\_\_ Court instructs jury.
\_\_\_\_ Bailiff(s) sworn.   \_\_\_\_ Jury retires to deliberate.   \_\_\_\_ Jury resumes deliberations.
\_\_\_\_ Jury Verdict in favor of   \_\_\_\_ plaintiff(s)   \_\_\_\_ defendant(s) is read and filed.
\_\_\_\_ Jury polled.   \_\_\_\_ Polling waived.
\_\_\_\_ Filed Witness & Exhibit Lists   \_\_\_\_ Filed jury notes.   \_\_\_\_ Filed jury instructions.
\_\_\_\_ Judgment by Court for   \_\_\_\_ plaintiff(s)   \_\_\_\_ defendant(s).
\_\_\_\_ Findings, Conclusions of Law & Judgment to be prepared by   \_\_\_\_ plaintiff(s)   \_\_\_\_ defendant(s).
\_\_\_\_ Case submitted.   \_\_\_\_ Briefs to be filed by
\_\_\_\_ Motion to dismiss by \_\_\_\_\_ is \_\_\_ granted.   \_\_\_ denied.   \_\_\_ submitted.
\_\_\_\_ Motion for mistrial by \_\_\_\_\_ is \_\_\_ granted.   \_\_\_ denied.   \_\_\_ submitted.
\_\_\_\_ Motion for Judgment/Directed Verdict by \_\_\_\_\_ is \_\_\_ granted.   \_\_\_ denied.   \_\_\_ submitted.
\_\_\_\_ Settlement reached and placed on the record.
\_\_\_\_ Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberation/findings.
\_\_\_\_ Counsel stipulate to the return of exhibits upon the conclusion of trial. Exhibit Release Form prepared and filed.
\_\_\_\_ Trial subpoenaed documents returned to subpoenaing party.
√ Case continued to   to 6/6/08; trial resumes at 9:00 am   for further jury trial proceedings.
√ Other: **A further hearing is set for 6-10-08, at 2:00 p.m., regarding the Discovery Motion for an Order to Compel the Littler Mendelson Firm to designate a person most knowledgeable for the taking of a deposition. The Littler Mendelson Firm's written response to the request is due filed no later than 6-6-08.**

: 6/35

Initials of Deputy Clerk   jh

cc: