THOMAS J. NOLAN (Bar No. 66992)
(tnolan@skadden.com)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue
Los Angeles, CA 90071-3144
Tel.: (213) 687-5000 / Fax: (213) 687-5600

RAOUL D. KENNEDY (Bar No. 40892)
(rkennedy@skadden.com)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
4 Embarcadero Center, 38th Floor
San Francisco, CA 94111-5974
Tel.: (415) 984-6400 / Fax: (415) 984-2698

Attorneys for MGA Entertainment, Inc., MGA Entertainment (HK) Limited, MGAE de Mexico, S.R.L. DE C.V., and Isaac Larian

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with Case No. 04-9059 and Case No. 05-2727<br><br>APPLICATION TO FILE UNDER SEAL MGA PARTIES' TRIAL BRIEF RE CERTAIN NON-PARTY WITNESSES' INVOCATION OF FIFTH AMENDMENT AND DECLARATION OF BERNARD SHEK IN SUPPORT<br><br>Judge: Hon. Stephen G. Larson |

1  Pursuant to Local Rule 79-5.1 and the Stipulated Protective Order entered by
2  the Court in this action, MGA Entertainment, Inc. ("MGA"), Isaac Larian
3  ("Mr. Larian" or "Larian"), MGA Entertainment (HK) Limited ("MGA HK"), and
4  MGAE de Mexico S.R.L. de C.V. ("MGA Mexico") (collectively, the "MGA
5  Parties") hereby respectfully request that the Court order the following documents be
6  filed under seal: (1) MGA Parties' Trial Brief re Certain Non-Party Witnesses'
7  Invocation of Fifth Amendment, and (2) Declaration of Bernard Shek in support
8  thereof. Good cause exists for filing these documents under seal because certain
9  exhibits attached to the declaration have been designated as "Confidential" or
10 "Confidential—Attorneys' Eyes Only" pursuant to the Protective Order, and the trial
11 brief references these exhibits.

DATED: May 30, 2008

SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP

By: /s/ Thomas Nolan
Thomas J. Nolan

Attorneys for MGA Entertainment, Inc., Isaac Larian, MGA Entertainment (HK) Limited, and MGAE de Mexico S.R.L. de C.V