1 THOMAS J. NOLAN (Bar No. 66992)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
2 300 South Grand Avenue
Los Angeles, CA 90071-3144
3 Telephone: (213) 687-5000
Facsimile: (213) 687-5600
4 E-mail: tnolan@skadden.com

5 RAOUL D. KENNEDY (Bar No. 40892)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
6 Four Embarcadero Center, Suite 3800
San Francisco, CA 94111
7 Telephone: (415) 984-6400
Facsimile: (415) 984-2698
8 E-mail: rkennedy@skadden.com

9 Attorneys for Counter-Defendants,
MGA ENTERTAINMENT, INC., ISAAC LARIAN, MGA ENTERTAINMENT
10 (HK) LIMITED, AND MGAE de MEXICO S.R.L. de C.V.

11

12 **UNITED STATES DISTRICT COURT**

12 **CENTRAL DISTRICT OF CALIFORNIA**

13 **EASTERN DIVISION**

14

15 CARTER BRYANT, an individual

                Plaintiff,
16

17      v.

18 MATTEL, INC., a Delaware
corporation
19
                Defendant.
20

21 Consolidated with MATTEL, INC. v.
BRYANT and MGA
22 ENTERTAINMENT, INC. v.
MATTEL, INC.
23

CASE NO. CV 04-9049 SGL (RNBx)

Consolidated with Case No. 04-9059
and Case No. 05-2727

**DISCOVERY MATTER**

**PROOF OF SERVICE**

Trial Date: May 27, 2008

24

25

26

27

28

PROOF OF SERVICE

NO. CV 04-9049 SGL (RNBx)

1

## PROOF OF SERVICE

2

STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO

3

4

I am employed in the county of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 300 South Grand Avenue, Suite 3400, Los Angeles, California 90071.

5

On **May 30, 2008,** I served the foregoing documents described as:

6

### SEE ATTACHED DOCUMENT LIST

7

on the interested parties in this action addressed as follows:

8

9
10
11
12

Jon D. Corey, Esq.
Michael T. Zeller, Esq.
John Quinn, Esq.
Quinn Emanuel Urquhart Oliver & Hedges, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017-2543
(213) 443-3000
(213) 443-3100 (Fax)

13

14

**(X)   (BY PERSONAL SERVICE)**   □   By personally delivering copies to the person served. (FEDERAL)

15

16

☒   I caused such document to be hand delivered to the above addressees. (FEDERAL)

17

18

**( )   (BY FEDERAL EXPRESS)**

19

20

**( )   (BY ELECTRONIC MAIL)**

21

22

23

I declare under penalty of perjury under the laws of the State of California and the United States of America that the above is true and correct.

24

Executed on **May 30, 2008,** in Los Angeles, California.

25

26

Jean A. Chun
PRINT NAME                        SIGNATURE

27

28

2

## DOCUMENT LIST

(1)     MGA PARTIES' TRIAL BRIEF RE CERTAIN NON-PARTY WITNESSES' INVOCATION OF FIFTH AMENDMENT;

(2)     DECLARATION OF BERNARD SHEK IN SUPPORT OF MGA PARTIES' TRIAL BRIEF RE CERTAIN NON-PARTY WITNESSES' INVOCATION OF FIFTH AMENDMENT;

(3)     MGA PARTIES' APPLICATION TO FILE UNDER SEAL MGA PARTIES' TRIAL BRIEF RE CERTAIN NON-PARTY WITNESSES' INVOCATION OF FIFTH AMENDMENT AND DECLARATION OF BERNARD SHEK IN SUPPORT THEREOF;

(4)     [PROPOSED] ORDER TO FILE UNDER SEAL MGA PARTIES' TRIAL BRIEF RE CERTAIN NON-PARTY WITNESSES' INVOCATION OF FIFTH AMENDMENT AND DECLARATION OF BERNARD SHEK IN SUPPORT THEREOF;

(5)     PROOF OF SERVICE

PROOF OF SERVICE

NO. CV 04-9049 SGL (RNBx)