UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
3470 Twelfth Street, Riverside, CA 92501
<u>CIVIL MINUTES -- GENERAL</u>

Case No.    CV 04-09049 SGL(RNBx)                               Date: June 6, 2008
Title:      CARTER BRYANT -v- MATTEL, INC.

<u>Consolidated With Related Actions:</u>
CASE NO. CV 04-09059 SGL(RNBx):  MATTEL, INC.  v. CARTER BRYANT
CASE NO. CV 05-02727 SGL (RNBx): MGA ENTERTAINMENT, INC. v. MATTEL, INC.
=======================================================================
PRESENT:  HONORABLE STEPHEN G. LARSON, UNITED STATES DISTRICT JUDGE

           Jim Holmes
           Courtroom Deputy Clerk

<u>ATTORNEYS PRESENT FOR CARTER BRYANT:</u>        <u>ATTORNEYS PRESENT FOR MATTEL:</u>

None Present                                      None Present


<u>ATTORNEYS PRESENT FOR MGA</u> <u>AND</u>
<u>ISAAC LARIAN:</u>

None Present

PROCEEDINGS:    **ORDER VACATING COURT'S JUNE 5, 2008, ORDER GRANTING MATTEL'S MOTION RE ADVERSE JURY INSTRUCTION**

   On June 5, 2008, the Court issued an Order captioned: "ORDER GRANTING MATTEL, INC.'S MOTION FOR AN ORDER FINDING THAT CERTAIN DOCUMENTS ARE AUTHENTIC, GRANTING ADVERSE INFERENCE JURY INSTRUCTIONS, [AND] PRECLUDING CERTAIN TESTIMONY."  <u>See</u> 04-9049 Docket #3922.

   The Order granting Mattel's motion was mistakenly processed by the Clerk's office.  The Court has not considered Mattel's motion, and has explicitly stated on the record that it has deferred ruling on this matter.  The Court will consider and rule on Mattel's motion at a later point in the ongoing trial, after the relevant witnesses have been called to testify, but before the jury is instructed.  This Order – which the Court now vacates – should not be taken as any indication of

MINUTES FORM 90                                                  Initials of Deputy Clerk: jh
CIVIL -- GEN
                                         1

how the Court will ultimately rule on this issue.

Accordingly, the Court **VACATES** the Order Granting Mattel, Inc.'s Motion re Adverse Jury Instruction, docket #3922.

**IT IS SO ORDERED.**