THOMAS J. NOLAN (Bar No. 66992)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue
Los Angeles, California 90071-3144
Telephone: (213) 687-5000
Facsimile: (213) 687-5600
E-mail: tnolan@skadden.com

RAOUL D. KENNEDY (Bar No. 40892)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
4 Embarcadero Center, 38th Floor
San Francisco, CA 94111-5974
Telephone: (415) 984-6400
Facsimile: (415) 984-2698
Email: rkennedy@skadden.com

Attorneys for MGA Entertainment, Inc.,
MGA Entertainment (HK) Limited,
MGAE de Mexico S.R.L. de C.V.,
and Isaac Larian

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation<br><br>Defendant.<br><br>Consolidated with MATTEL, INC. v. BRYANT and MGA ENTERTAINMENT, INC. v. MATTEL, INC. | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with Case No. 04-9059 and Case No. 05-2727<br><br>**DECLARATION OF JOSÉ R. ALLEN IN SUPPORT OF MGA ENTERTAINMENT, INC.'S MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO MATTEL, INC.'S MOTION TO COMPEL DOCUMENTS SUBJECT TO THE "COMMON INTEREST" PRIVILEGE**<br><br>Hearing Date: TBD<br>Time: TBD<br>Place: Courtroom 1<br><br>**Phase 1:**<br>Pre-Trial Conference: May 19, 2008<br>Trial Date: May 27, 2008 |

# DECLARATION OF JOSÉ R. ALLEN

I, José R. Allen, declare as follows:

1. I make this declaration in support of the MGA parties' Memorandum of Points and Authorities in Opposition to Mattel, Inc.'s Motion Compelling Production of Third Party Communications Improperly Withheld Under a Claim of "Common Interest" Privilege ("Common Interest Motion").

2. I am an attorney duly licensed to practice law in the State of California and am a member of the law firm of Skadden, Arps, Slate, Meagher & Flom LLP, counsel of record for MGA Entertainment Inc., MGA Entertainment (HK) Limited, MGAE De Mexico, S.R.L. De C.V. and Isaac Larian (collectively, the "MGA parties") in this action. Except where otherwise noted, I have personal knowledge of the facts set forth below and could competently testify thereto.

3. During a hearing on June 2, 2008, this Court requested that the MGA parties submit evidence that all documents identified in Mattel's Common Interest Motion fell into one of two categories of documents:

(a) Documents through which Bandai, Acclaim Games or other third parties are assisting the MGA parties in various trademark and intellectual property matters, including securing counsel in foreign countries to provide advice with respect to intellectual property matters or acting as a liaison between local counsel and the MGA parties with respect to intellectual property matters, and

(b) Documents through which Bandai, Acclaim Games or other third parties are assisting the MGA parties in identifying other companies that have been infringing on MGA's trademarks or other intellectual property in foreign countries, whether or not there has been actual litigation involved, or where Bandai, Acclaim Games or other third parties are assisting the MGA parties in resolving issues related to potential infringers of the MGA parties' intellectual property rights.

1

1          4.     I, or others at my direction, have reviewed the documents that were the subject of Mattel's Common Interest Motion.

        5.     Based on the review described in paragraph 4 above, I hereby represent that the documents referenced in Mattel's Common Interest Motion fall into one or both of the categories identified in paragraphs 3(a) and 3(b), above. Those documents that do not fall into one or both of the categories identified in paragraphs 3(a) or 3(b) above have been produced to Mattel in whole or redacted form.

        I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

        Executed this 6th day of June, 2008, in San Francisco, California.

        José R. Allen

DECL. OF JOSÉ R. ALLEN IN SUPPORT OF MGA ENTERTAINMENT, INC'S MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO MATTEL'S MOTION RE: COMMON INTEREST PRIVILEGE