Jon D. Corey (Bar No. 185066)
Quinn Emanuel Urquhart Oliver & Hedges,
865 S. Figueroa Street
10th Floor
Los Angeles, CA 90017

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| CARTER BRYANT, an individual, | CASE NUMBER: CV 04-9049 SGL (RNBx) |
|---|---|
| PLAINTIFF(S) v. | |
| MATTEL, INC., a Delaware corporation, | **NOTICE OF MANUAL FILING** |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 08-02 and Local Rule 5-4 the following document(s) or item(s) will be manually filed.

**List Documents:**

Exhibits 1, 2 and 4 to the Declaration of Juan Pablo Alban in Support of Mattel, Inc.'s Motion for Leave to Submit Expert Reports of 42 LLC Regarding Review of Recently Provided Electronic Media and Recovery of Evidence Deleted From that Media; Application to File Under Seal; [Proposed] Order

**Document Description:**

- [ ] Administrative Record
- [X] Exhibits
- [ ] Ex Parte Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act (pursuant to Local Rule 79-5.4(h)
- [X] Other Application to File Under Seal and [Proposed] Order

**Reason:**

- [X] Under Seal
- [ ] Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
- [ ] Electronic versions are not available to filer
- [X] Per Court order dated January 4, 2005
- [ ] Manual Filing required (*reason*):

| June 9, 2008 | /s/ Jon D. Corey |
|---|---|
| Date | Attorney Name |
| | Mattel, Inc. |
| | Party Represented |

Note: File one Notice in each case, each time you manually file document(s).