UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - TRIAL**

| | | | |
|---|---|---|---|
| Case No. | CV 04-09049 SGL(RNBx) | Date | June 6, 2008 |
| Title: | CARTER BRYANT -v- MATTEL, INC. | | |

| | |
|---|---|
| Present: The Honorable | STEPHEN G. LARSON, UNITED STATES DISTRICT JUDGE |

| Jim Holmes | Theresa Lanza, CSR (A.M.) <br> Mark Schweitzer (P.M.) |
|---|---|
| *Courtroom Deputy Clerk* | *Court Reporters* |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendants: |
|---|---|
| John B. Quinn <br> William Price <br> Michael T. Zeller <br> John D. Corey | Thomas J. Nolan <br> Lauren E. Aguiar <br> Carl Roth |

\_\_\_\_ Day Court Trial     9th Day Jury Trial

\_\_\_\_ One day trial:   \_\_\_\_ Begun (1st day);   \_\_\_\_ Held & Continued;   \_\_\_\_ Completed by jury verdict/submitted to court.

\_\_\_\_ The Jury is impaneled and sworn.
\_\_\_\_ Opening statements made by
√    Witnesses called, sworn and testified.   √ Exhibits identified.   √ Exhibits admitted.
\_\_\_\_ Plaintiff(s) rest.                          \_\_\_\_ Defendant(s) rest.
\_\_\_\_ Closing arguments made by           \_\_\_\_ plaintiff(s)   \_\_\_\_ defendant(s).   \_\_\_\_ Court instructs jury.
\_\_\_\_ Bailiff(s) sworn.                          \_\_\_\_ Jury retires to deliberate.                \_\_\_\_ Jury resumes deliberations.
\_\_\_\_ Jury Verdict in favor of                \_\_\_\_ plaintiff(s)   \_\_\_\_ defendant(s) is read and filed.
\_\_\_\_ Jury polled.                                \_\_\_\_ Polling waived.
\_\_\_\_ Filed Witness & Exhibit Lists        \_\_\_\_ Filed jury notes.       \_\_\_\_ Filed jury instructions.
\_\_\_\_ Judgment by Court for                                                  \_\_\_\_ plaintiff(s)   \_\_\_\_ defendant(s).
\_\_\_\_ Findings, Conclusions of Law & Judgment to be prepared by  \_\_\_\_ plaintiff(s)   \_\_\_\_ defendant(s).
\_\_\_\_ Case submitted.     Briefs to be filed by
\_\_\_\_ Motion to dismiss by                                  is   \_\_\_\_ granted.  \_\_\_\_ denied.   \_\_\_\_ submitted.
\_\_\_\_ Motion for mistrial by                                 is   \_\_\_\_ granted.  \_\_\_\_ denied.   \_\_\_\_ submitted.
\_\_\_\_ Motion for Judgment/Directed Verdict by   is   \_\_\_\_ granted.  \_\_\_\_ denied.   \_\_\_\_ submitted.
\_\_\_\_ Settlement reached and placed on the record.
\_\_\_\_ Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberation/findings.
\_\_\_\_ Counsel stipulate to the return of exhibits upon the conclusion of trial. Exhibit Release Form prepared and filed.
\_\_\_\_ Trial subpoenaed documents returned to subpoenaing party.
√    Case continued to   to 6/10/08; trial resumes at 10:00 am   for further jury trial proceedings.
√    Other:
       **See Minutes of 6/6/08, Setting hearing on Discovery Matter for 8:00 a.m.**, 6/10/08.

                                                                                                                   :   7/55
                                                          Initials of Deputy Clerk   jh

cc: