QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  johnquinn@quinnemanuel.com
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>**PROOF OF SERVICE**<br><br>**Phase 1**<br>Pre-Trial Conference: May 19, 2008<br>Trial Date:           May 27, 2008 |

# PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is Apex Attorney Services, 1055 West Seventh Street, Suite 250, Los Angeles, CA 90017.

On June 10, 2008, I served true copies of the following documents described as:

1. DECLARATION OF JUAN PABLO ALBAN IN SUPPORT OF MATTEL, INC.'S MOTION FOR LEAVE TO SUBMIT EXPERT REPORTS OF 42 LLC REGARDING REVIEW OF RECENTLY PROVIDED ELECTRONIC MEDIA AND RECOVERY OF EVIDENCE DELETED FROM THAT MEDIA;

2. MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL EXHIBITS 1, 2 AND 4 TO THE DECLARATION OF JUAN PABLO ALBAN IN SUPPORT OF MATTEL, INC.'S MOTION FOR LEAVE TO SUBMIT EXPERT REPORTS OF 42 LLC REGARDING REVIEW OF RECENTLY PROVIDED ELECTRONIC MEDIA AND RECOVERY OF EVIDENCE DELETED FROM THAT MEDIA;

3. [PROPOSED] ORDER GRANTING MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL EXHIBITS 1, 2 AND 4 TO THE DECLARATION OF JUAN PABLO ALBAN IN SUPPORT OF MATTEL, INC.'S MOTION FOR LEAVE TO SUBMIT EXPERT REPORTS FO 42 LLC REGARDING REVIEW OF RECENTLY PROVIDED ELECTRONIC MEDIA AND RECOVERY OF EVIDENCE DELETED FROM THAT MEDIA

on the parties in this action as follows:

Thomas J. Nolan, Esq.
Jason D. Russell, Esq.
**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP**
300 S. Grand Avenue, Sutie 3400
Los Angeles, CA 90071

[√]   [PERSONAL] by personally delivering the document listed above to the person(s) at the address(es) set forth above.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made

Executed on June 10, 2008, at Los Angeles, California.

*/s/ signature/*