QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 90378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| CARTER BRYANT, an individual, | CASE NO. CV 04-9049 SGL (RNBx) |
|---|---|
| Plaintiff, | Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727 |
| vs. | Hon. Stephen G. Larson |
| MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL EXHIBITS 1, 2 AND 4 TO THE DECLARATION OF JUAN PABLO ALBÁN IN SUPPORT OF MATTEL, INC.'S MOTION FOR LEAVE TO SUBMIT EXPERT REPORTS OF 42 LLC REGARDING REVIEW OF RECENTLY PROVIDED ELECTRONIC MEDIA AND RECOVERY OF EVIDENCE DELETED FROM THAT MEDIA<br><br>[[Proposed] Order filed concurrently]<br><br>[Local Rule 79-5.1]<br><br>**Phase 1**<br>Pre-trial Conference: May 19, 2008<br>Trial Date: May 27, 2008 |

07209/2513929.2

APPLICATION TO FILE UNDER SEAL

1       Pursuant to Local Rule 79-5.1 and the Stipulated Protective Order entered by the Court in this action, Mattel, Inc. ("Mattel") hereby respectfully requests that the Court order filed under seal Exhibits 1, 2 and 4 to the Declaration of Juan Pablo Albán In Support Of Mattel, Inc.'s Motion For Leave To Submit Expert Reports Of 42 LLC Regarding Review Of Recently Provided Electronic Media And Recovery Of Evidence Deleted From That Media ("Albán Declaration").

      Exhibits 1, 2 and 4 to the Albán Declaration has been designated by MGA Entertainment, Inc., Elise Cloonan or Mattel as "Confidential" or "Confidential – Attorneys Eyes Only" pursuant to the Protective Order. Accordingly, Mattel respectfully requests that the Court order that Albán Declaration Exhibits 1, 2 and 4 be filed under seal. In the alternative, Mattel respectfully requests that the Court order such information be deemed not confidential.

DATED: June 9, 2008

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

By _____
Juan Pablo Albán
Attorneys for Plaintiff
Mattel, Inc.