**QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP**
  John B. Quinn (Bar No. 90378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

FILED
CLERK, U.S. DISTRICT COURT
JUN 10 2008
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION   BY DEPUTY

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>Hon. Stephen G. Larson<br><br>[PROPOSED] ORDER GRANTING MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL EXHIBITS 1, 2 AND 4 TO THE DECLARATION OF JUAN PABLO ALBAN IN SUPPORT OF MATTEL, INC.'S MOTION FOR LEAVE TO SUBMIT EXPERT REPORTS OF 42 LLC REGARDING REVIEW OF RECENTLY PROVIDED ELECTRONIC MEDIA AND RECOVERY OF EVIDENCE DELETED FROM THAT MEDIA<br><br>[Local Rule 79-5.1]<br><br>**Phase 1**<br>Pre-trial Conference: May 19, 2008<br>Trial Date: May 27, 2008 |

07209/2533898.1

[PROPOSED] ORDER

## [PROPOSED] ORDER

Based on Mattel, Inc.'s Application To File Under Seal Exhibits 1, 2 and 4 to the Declaration of Juan Pablo Albán In Support Of Mattel, Inc.'s Motion For Leave To Submit Expert Reports Of 42 LLC Regarding Review Of Recently Provided Electronic Media And Recovery Of Evidence Deleted From That Media ("Albán Declaration"), and good cause appearing for the entry thereof, IT IS HEREBY ORDERED that:

Exhibits 1, 2 and 4 of the Albán Declaration, shall be filed under seal pursuant to Local Rule 79-5.1.

DATED: JUN 10 2008, 2008

STEPHEN G. LARSON
UNITED STATES DISTRICT JUDGE

Hon. Stephen G. Larson
United States District Judge

07209/2533898.1