1  THOMAS J. NOLAN (Bar No. 66992)
   (tnolan@skadden.com)
2  JASON D. RUSSELL (Bar No. 169219)
   (jrussell@skadden.com)
3  MARINA V. BOGORAD (Bar No. 217524)
   (mbogorad@skadden.com)
4  SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
   300 South Grand Avenue, Suite 3400
5  Los Angeles, CA 90071
   Tel.: (213) 687-5000/Fax: (213) 687-5600
6
   RAOUL D. KENNEDY (Bar No. 40892)
7  (rkennedy@skadden.com)
   SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
8  4 Embarcadero Center, Suite 3800
   San Francisco, CA 94111-5974
9  Tel.: (415) 984-2698 / Fax: (415) 984-2626

10 Attorneys for MGA Entertainment, Inc., MGA Entertainment (HK) Limited,
   MGAE de Mexico, S.R.L. DE C.V., and Isaac Larian

11                UNITED STATES DISTRICT COURT
12                CENTRAL DISTRICT OF CALIFORNIA
13                         EASTERN DIVISION
14

| | |
|---|---|
| CARTER BRYANT, an individual, | CASE NO. CV 04-9049 SGL (RNBx) |
| Plaintiff, | Consolidated with Case No. 04-9059 and Case No. 05-2727 |
| v. | Honorable Stephen G. Larson |
| MATTEL, INC., a Delaware corporation, | **[PROPOSED] ORDER GRANTING THE MGA PARTIES' REQUEST TO WITHDRAW DOCKET ENTRIES 3956 AND 3957** |
| Defendant. | |
| AND CONSOLIDATED ACTIONS | |

## ORDER

Based on MGA Parties' Request to Withdraw Docket Entries 3956 and 3957, and good cause appearing,

IT IS HEREBY ORDERED that the following documents be withdrawn from the Court's Docket in Case No. CV 04-9049 SGL (RNBx): Docket No. 3956 (Notice of Manual Filing) and Docket No. 3957 (Ex Parte Application).

DATED: June __, 2008

_____
Hon. Stephen G. Larson
United States District Court Judge