UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
3470 Twelfth Street, Riverside, CA  92501
<u>CIVIL MINUTES -- GENERAL</u>

Case No.   CV 04-09049 SGL(RNBx)                                    Date:  June 12, 2008

Title:   MATTEL -*v*- MGA
         AND CONSOLIDATED ACTIONS
========================================================================
PRESENT:  HONORABLE STEPHEN G. LARSON, UNITED STATES DISTRICT JUDGE

      Jim Holmes                                None Present
      Courtroom Deputy Clerk                    Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:        ATTORNEYS PRESENT FOR DEFENDANTS:

None present                             None present

PROCEEDINGS:    MINUTE ORDER (IN CHAMBERS)

### ORDER TO SHOW CAUSE

    The Court **ORDERS** Thomas J. Nolan, Cal. Bar # 66992, Jason D. Russell, Cal. Bar # 169219, Marcus R. Mumford, Cal. Bar # 243270, and their law firm, Skadden, Arps, Slate, Meagher & Flom, LLP, **TO SHOW CAUSE** on Friday, June 13, 2008, at 8:30 a.m., why appropriate monetary sanctions should not be imposed pursuant to this Court's inherent authority based on counsel's failure to follow the Court's order and directives and their representations to keep under seal the contents of and matter related to the sealed anonymous letter MGA submitted, by and through its counsel, to this Court on June 5, 2008.

    The basis for the alleged violation of this Court's order is the public filing on June 11, 2008, of the e-filed Notice of Manual filing, docket #3956, which disclosed the basic subject matter of the anonymous letter by setting forth the detailed title of the motion, and the Ex Parte Application to shorten time in which to hear the motion, docket #3957, which, in addition to revealing the title of the motion, also disclosed, in substantial detail, the substance of the motion.  Additionally, the declaration and the proposed order e-filed concurrently with the Ex Parte Application, like the Notice of Manual Filing, disclosed the basic subject matter of the anonymous letter by setting forth the detailed title of the motion.

In response to the Court's inquiry, lead counsel for Skadden, Arps indicated on the record that the Court is providing sufficient time to respond to this Order to Show Cause. The individually named counsel and the law firm of Skadden, Arps are hereby afforded leave to file a written response to supplement their physical appearance in advance of the hearing. A paper courtesy copy of any written response shall be hand-delivered to the Courtroom Deputy Clerk – no courtesy copy shall be placed in the Court's courtesy copy box. A paper courtesy copy shall also be provided to counsel for Mattel at the same time.

The Court will consider a request by Mattel to permit Mattel to elicit sworn testimony from the three attorneys whose names appear in the first paragraph of this Order.

**IT IS SO ORDERED.**