1 | THOMAS J. NOLAN (Bar No. 66992)
(tnolan@skadden.com)
2 | JASON D. RUSSELL (Bar No. 169219)
(jrussell@skadden.com)
3 | MARINA V. BOGORAD (Bar No. 217524)
(mbogorad@skadden.com)
4 | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue, Suite 3400
5 | Los Angeles, CA 90071
Tel.: (213) 687-5000/Fax: (213) 687-5600
6 |
RAOUL D. KENNEDY (Bar No. 40892)
7 | (rkennedy@skadden.com)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
8 | 4 Embarcadero Center, Suite 3800
San Francisco, CA 94111-5974
9 | Tel.: (415) 984-2698 / Fax: (415) 984-2626

10 | Attorneys for MGA Entertainment, Inc., MGA Entertainment (HK) Limited,
MGAE de Mexico, S.R.L. DE C.V., and Isaac Larian

11 |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual, | CASE NO. CV 04-9049 SGL (RNBx) |
| Plaintiff, | Consolidated with Case No. 04-9059 and Case No. 05-2727 |
| v. | Honorable Stephen G. Larson |
| MATTEL, INC., a Delaware corporation, | **MGA PARTIES' APPLICATION TO FILE UNDER SEAL** |
| Defendant. | |
| | Hearing Date: TBD |
| | Time: TBD |
| AND CONSOLIDATED ACTIONS | |

1    Pursuant to Local Rule 79-5.1 and the Stipulated Protective Order entered by the

2  Court in this action on January 4, 2005, MGA Entertainment, Inc., Isaac Larian, and MGA

3  Entertainment (HK) Limited (collectively, the "MGA Parties") hereby respectfully request

4  that the Court order the following documents be filed under seal:  MGA PARTIES'

5  MOTION FOR LIMITED DISCOVERY ("Motion"); DECLARATIONS OF MARCUS R.

6  MUMFORD; ISAAC LARIAN AND C.L. ("Declarations"); and [PROPOSED] ORDER

7  GRANTING MGA PARTIES' MOTION FOR LIMITED DISCOVERY ("Order").

8    Good cause exists for filing these documents under seal because certain exhibits

9  attached to the Declarations have been designated as "Confidential" or "Confidential—

10  Attorneys' Eyes Only" pursuant to the Protective Order, and the Motion and Declarations

11  reference these exhibits.

12  DATED:  June 12, 2008

13                                    SKADDEN, ARPS, SLATE, MEAGHER &
                                      FLOM, LLP

14

15                        By:  _____
                                      Jason D. Russell
16                               Attorneys for MGA Parties

17

18

19

20

21

22

23

24

25

26

27

28