| | |
|---|---|
| 1 | THOMAS J. NOLAN (Bar No. 66992) |
| | (tnolan@skadden.com) |
| 2 | JASON D. RUSSELL (Bar No. 169219) |
| | (jrussell@skadden.com) |
| 3 | MARINA V. BOGORAD (Bar No. 217524) |
| | (mbogorad@skadden.com) |
| 4 | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP |
| | 300 South Grand Avenue, Suite 3400 |
| 5 | Los Angeles, CA 90071 |
| | Tel.: (213) 687-5000/Fax: (213) 687-5600 |
| 6 | |
| | RAOUL D. KENNEDY (Bar No. 40892) |
| 7 | (rkennedy@skadden.com) |
| | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP |
| 8 | 4 Embarcadero Center, Suite 3800 |
| | San Francisco, CA 94111-5974 |
| 9 | Tel.: (415) 984-2698 / Fax: (415) 984-2626 |
| 10 | Attorneys for MGA Entertainment, Inc., MGA Entertainment (HK) Limited, |
| 11 | MGAE de Mexico, S.R.L. DE C.V., and Isaac Larian |

FILED 2008 JUN 12 PM 3:50

### UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF CALIFORNIA
### EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual | CASE NO. CV 04-9049 SGL (RNBx) |
| Plaintiff, | Consolidated with Case No. 04-9059 and Case No. 05-2727 |
| v. | |
| MATTEL, INC., a Delaware corporation | |
| | **AMENDED PROOF OF SERVICE** |
| Defendant. | |
| AND CONSOLIDATED ACTIONS. | |

## PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO

I am employed in the county of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 300 South Grand Avenue, Suite 3400, Los Angeles, California 90071.

On **June 12, 2008**, I served the foregoing documents described as:

(1) MGA Parties' Motion For Limited Discovery;
(2) Declarations Of Marcus R. Mumford, Isaac Larian, And C.L.;
(3) [Proposed] Order
(4) Application to File Under Seal;
(5) [Proposed] Order
(6) Proof of Service

on the interested parties in this action addressed as follows:

John B. Quinn, Es.
Jon D. Corey, Esq.
B. Dylan Proctor, Esq.
Michael T. Zeller, Esq.
Quinn Emanuel Urquhart Oliver & Hedges, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017-2543

**(Marriott Hotel – Riverside)**

(X) (BY PERSONAL SERVICE)  ( ) By personally delivering copies to the person served. (FEDERAL)

(X) I caused such document to be hand delivered to the above addressees. (FEDERAL)

( ) (BY ELECTRONIC MAIL)

I declare under penalty of perjury under the laws of the State of California and the United States of America that the above is true and correct.

Executed on **June 12, 2008**, in Los Angeles, California.

_Jean A. Chun_
PRINT NAME

_[signature]_
SIGNATURE

---

PROOF OF SERVICE

2

NO. CV 04-9049 SGL (RNBx)