UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
3470 Twelfth Street, Riverside, CA  92501
<u>CIVIL MINUTES -- GENERAL</u>

Case No.    CV 04-09049 SGL(RNBx)                                    Date:  June 13, 2008
Title:      MATTEL, INC. -*v*- MGA, INC.
            AND CONSOLIDATED ACTIONS
========================================================================
PRESENT:    HONORABLE STEPHEN G. LARSON, U.S. DISTRICT JUDGE

            Jim Holmes                           Theresa Lanza
            Courtroom Deputy Clerk               Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:     ATTORNEYS PRESENT FOR DEFENDANTS:

John B. Quinn                          Thomas J. Nolan
Michael T. Zeller                      Jason D. Russell
                                       Marcus R. Mumford
                                       Lauren E. Aguiar


PROCEEDINGS:    **ORDER DISCHARGING OSC**

       This matter was heard in chambers and under seal on June 13, 2008.  For the reasons stated on the record, the Court finds the Court's June 12, 2008, Order to Show Cause re sanctions **SATISFIED** and, therefore, **DISCHARGES** said order.

       Jason D. Russell, Cal. Bar # 169219, is hereby **ORDERED** to certify to the Court, no later than thirty days from the entry of this Order, that he has completed retraining by the Clerk's Office for the Central District of California of this Court's e-filing procedures.

       The transcript of the proceedings conducted in chambers shall be maintained by the Court Reporter under seal and shall not be distributed to anyone.

       **IT IS SO ORDERED.**




MINUTES FORM 90                                    Initials of Deputy Clerk __jh_____
CIVIL -- GEN                        1              Time: 00/30

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
3470 Twelfth Street, Riverside, CA  92501
<u>CIVIL MINUTES -- GENERAL</u>

Case No.   CV 04-09049 SGL(RNBx)                          Date:  June 13, 2008
Title:     MATTEL, INC. -*v*- MGA, INC.
               AND CONSOLIDATED ACTIONS
=======================================================================
PRESENT:  HONORABLE STEPHEN G. LARSON, U.S. DISTRICT JUDGE

            Jim Holmes                         Theresa Lanza
            Courtroom Deputy Clerk             Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:    ATTORNEYS PRESENT FOR DEFENDANTS:

John B. Quinn                         Thomas J. Nolan
Michael T. Zeller                     Jason D. Russell
                                      Marcus R. Mumford
                                      Lauren E. Aguiar


PROCEEDINGS:    **ORDER DISCHARGING OSC**

        This matter was heard in chambers and under seal on June 13, 2008.  For the reasons stated on the record, the Court finds the Court's June 12, 2008, Order to Show Cause re sanctions **SATISFIED** and, therefore, **DISCHARGES** said order.

        Jason D. Russell, Cal. Bar # 169219, is hereby **ORDERED** to certify to the Court, no later than thirty days from the entry of this Order, that he has completed retraining by the Clerk's Office for the Central District of California of this Court's e-filing procedures.

        The transcript of the proceedings conducted in chambers shall be maintained by the Court Reporter under seal and shall not be distributed to anyone.

        **IT IS SO ORDERED.**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
3470 Twelfth Street, Riverside, CA  92501
<u>CIVIL MINUTES -- GENERAL</u>

Case No.    CV 04-09049 SGL(RNBx)                              Date:  June 13, 2008
Title:      MATTEL, INC. -v- MGA, INC.
            AND CONSOLIDATED ACTIONS
========================================================================

PRESENT:   HONORABLE STEPHEN G. LARSON, U.S. DISTRICT JUDGE

           Jim Holmes                            Theresa Lanza
           Courtroom Deputy Clerk                Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:     ATTORNEYS PRESENT FOR DEFENDANTS:

John B. Quinn                          Thomas J. Nolan
Michael T. Zeller                      Jason D. Russell
                                       Marcus R. Mumford
                                       Lauren E. Aguiar


PROCEEDINGS:    **ORDER DISCHARGING OSC**

     This matter was heard in chambers and under seal on June 13, 2008.  For the reasons stated on the record, the Court finds the Court's June 12, 2008, Order to Show Cause re sanctions **SATISFIED** and, therefore, **DISCHARGES** said order.

     Jason D. Russell, Cal. Bar # 169219, is hereby **ORDERED** to certify to the Court, no later than thirty days from the entry of this Order, that he has completed retraining by the Clerk's Office for the Central District of California of this Court's e-filing procedures.

     The transcript of the proceedings conducted in chambers shall be maintained by the Court Reporter under seal and shall not be distributed to anyone.

     **IT IS SO ORDERED.**


MINUTES FORM 90                                    Initials of Deputy Clerk __jh_____
CIVIL -- GEN                       1               Time: 00/30

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
3470 Twelfth Street, Riverside, CA  92501
<u>CIVIL MINUTES -- GENERAL</u>

Case No.    CV 04-09049 SGL(RNBx)                                    Date:  June 13, 2008
Title:         MATTEL, INC. *-v-* MGA, INC.
                  AND CONSOLIDATED ACTIONS
========================================================================
PRESENT:   HONORABLE STEPHEN G. LARSON, U.S. DISTRICT JUDGE

              Jim Holmes                                    Theresa Lanza
              Courtroom Deputy Clerk                        Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:      ATTORNEYS PRESENT FOR DEFENDANTS:

John B. Quinn                                    Thomas J. Nolan
Michael T. Zeller                                Jason D. Russell
                                                 Marcus R. Mumford
                                                 Lauren E. Aguiar


PROCEEDINGS:   **ORDER DISCHARGING OSC**

       This matter was heard in chambers and under seal on June 13, 2008.  For the reasons
stated on the record, the Court finds the Court's June 12, 2008, Order to Show Cause re sanctions
**SATISFIED** and, therefore, **DISCHARGES** said order.

       Jason D. Russell, Cal. Bar # 169219, is hereby **ORDERED** to certify to the Court, no later
than thirty days from the entry of this Order, that he has completed retraining by the Clerk's Office
for the Central District of California of this Court's e-filing procedures.

       The transcript of the proceedings conducted in chambers shall be maintained by the Court
Reporter under seal and shall not be distributed to anyone.

       **IT IS SO ORDERED.**




MINUTES FORM 90                                       Initials of Deputy Clerk __jh_____
CIVIL -- GEN                          1              Time: 00/30

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
3470 Twelfth Street, Riverside, CA  92501
<u>CIVIL MINUTES -- GENERAL</u>

Case No.   CV 04-09049 SGL(RNBx)                              Date:  June 13, 2008
Title:     MATTEL, INC. -*v*- MGA, INC.
                AND CONSOLIDATED ACTIONS
=======================================================================
=
PRESENT:  HONORABLE STEPHEN G. LARSON, U.S. DISTRICT JUDGE

            Jim Holmes                              Theresa Lanza
            Courtroom Deputy Clerk                  Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:      ATTORNEYS PRESENT FOR DEFENDANTS:

John B. Quinn                          Thomas J. Nolan
Michael T. Zeller                      Jason D. Russell
                                       Marcus R. Mumford
                                       Lauren E. Aguiar


PROCEEDINGS:    **ORDER DISCHARGING OSC**

        This matter was heard in chambers and under seal on June 13, 2008.  For the reasons stated on the record, the Court finds the Court's June 12, 2008, Order to Show Cause re sanctions **SATISFIED** and, therefore, **DISCHARGES** said order.

        Jason D. Russell, Cal. Bar # 169219, is hereby **ORDERED** to certify to the Court, no later than thirty days from the entry of this Order, that he has completed retraining by the Clerk's Office for the Central District of California of this Court's e-filing procedures.

        The transcript of the proceedings conducted in chambers shall be maintained by the Court Reporter under seal and shall not be distributed to anyone.

        **IT IS SO ORDERED.**