THOMAS J. NOLAN (Bar No. 66992)
(tnolan@skadden.com)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue, Suite 3400
Los Angeles, CA 90071
Tel.: (213) 687-5000/Fax: (213) 687-5600

RAOUL D. KENNEDY (Bar No. 40892)
(rkennedy@skadden.com)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Embarcadero Center, 38th Floor
San Francisco, CA 94111
Tel.: (415) 984-6400/Fax: (415) 984-2698

Attorneys for MGA Entertainment, Inc., MGA Entertainment (HK) Limited, MGAE de Mexico, S.R.L. DE C.V., and Isaac Larian

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARTER BRYANT, an individual, <br><br> Plaintiff, <br><br> v. <br><br> MATTEL, INC., a Delaware corporation, <br><br> Defendant. <br><br> AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx) <br><br> Consolidated with Case No. 04-9059 and Case No. 05-2727 <br><br> DECLARATION OF LANCE ETCHEVERRY IN SUPPORT OF MGA PARTIES' RESPONSE TO MATTEL'S MOTION FOR LEAVE TO SUBMIT EXPERT REPORTS OF 42 LLC <br><br> Date: August 18, 2008 <br> Time: 10:00 a.m. <br> Place: Courtroom 1 <br> Judge: Hon. Stephen G. Larson |

I, Lance Etcheverry, declare:

1. I am an attorney duly licensed to practice law in the State of California and am a partner with the law firm of Skadden, Arps, Slate, Meagher & Flom LLP, counsel of record for MGA Entertainment Inc., MGA Entertainment (HK) Limited, MGAE De Mexico, S.R.L. De C.V. and Isaac Larian in this action. Except where otherwise noted, I have personal knowledge of the facts set forth below and could competently testify thereto.

2. In late May 2008, I received two CDs containing, among other things, more than 50,000 fragments from purportedly "deleted" files that 42 LLC had extracted from the unallocated space on Mr. Larian's hard drives. Skadden Arps reviewed all of these fragments pursuant to the protocol agreed to by the parties. Following that review, I sent Jon Corey, counsel for Mattel, a letter dated June 7, 2008, notifying him of the results of our review and analysis. A true and complete copy of that letter is attached hereto as Exhibit 1.

3. I was primarily responsible for communicating with counsel for Mattel, primarily Mr. Corey, regarding a protocol for the inspection of Mr. Larian's hard drives. At no time during these communications did Mr. Corey or any other attorney for Mattel assert that Mr. Larian or his counsel were trying to delay reaching an agreement on the protocol.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 13th day of June, 2008, in Los Angeles, California.

_____
Lance Etcheverry

**Exhibit 1**

## SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

300 SOUTH GRAND AVENUE

LOS ANGELES, CALIFORNIA 90071-3144
———
TEL: (213) 687-5000
FAX: (213) 687-5600
www.skadden.com

FIRM/AFFILIATE OFFICES
———
BOSTON
CHICAGO
HOUSTON
NEW YORK
PALO ALTO
SAN FRANCISCO
WASHINGTON, D.C.
WILMINGTON
———
BEIJING
BRUSSELS
FRANKFURT
HONG KONG
LONDON
MOSCOW
MUNICH
PARIS
SINGAPORE
SYDNEY
TOKYO
TORONTO
VIENNA

DIRECT DIAL
(213) 687-5432
EMAIL ADDRESS
LETCHEVE@SKADDEN.COM

June 7, 2008

**VIA ELECTRONIC & U.S. MAIL**

Jon Corey
Quinn, Emanuel, Urquhart, Oliver &
Hedges, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017

RE: Mattel v. MGA

Dear Jon:

    I write to inform you that we have completed our review and analysis of the first two CD's of information extracted by 42, LLC from Mr. Isaac Larian's hard drive devices. Please be advised that there is no responsive information contained on the CD's that has not already been produced to Mattel in this litigation or been placed on the MGA parties' privilege logs. There is accordingly no need for Mr. Larian to produce or log any of this information at this time.

Sincerely,

*/s/ Lance A. Etcheverry*

Lance A. Etcheverry

Exhibit _1_,
P. _2_