1  QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
   John B. Quinn (Bar No. 090378)
2  (johnquinn@quinnemanuel.com)
   Michael T. Zeller (Bar No. 196417)
3  (michaelzeller@quinnemanuel.com)
   Jon D. Corey (Bar No. 185066)
4  (joncorey@quinnemanuel.com)
   865 South Figueroa Street, 10th Floor
5  Los Angeles, California  90017-2543
   Telephone: (213) 443-3000
6  Facsimile: (213) 443-3100

7
   Attorneys for Plaintiff
8  Mattel, Inc.

9                    UNITED STATES DISTRICT COURT
10                  CENTRAL DISTRICT OF CALIFORNIA
11                         EASTERN DIVISION

| | |
|---|---|
| 12  CARTER BRYANT, an individual, | Case No. CV 04-09049 SGL (RNBx) |
| 13          Plaintiff, | Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727 |
| 14     vs. | STIPULATION REGARDING FILING OF REVISED PROPOSED JURY INSTRUCTIONS AND VERDICT FORMS |
| 15  MATTEL, INC., a Delaware corporation, | |
| 16          Defendant. | |
| 17  | [[Proposed] Order lodged concurrently] |
| 18  AND CONSOLIDATED CASES | **Phase 1:** |
| 19  | Trial Date: May 27, 2008 |

07209/2540584.20/2436012
7.1

STIPULATION RE: AMENDED JURY INSTRUCTIONS AND VERDICT FORMS

## **STIPULATION**

WHEREAS, the parties filed their initial proposed jury instructions and verdict forms on May 5, 2008;

WHEREAS, the Court subsequently issued rulings that impact the parties' proposed jury instructions and verdict forms;

WHEREAS, the Pretrial Conference Order provides that revised jury instructions shall be submitted by June 6, 2008;

WHEREAS, Mattel has requested a continuance of the deadline for filing revised proposed jury instructions and verdict forms; and

WHEREAS, the MGA Parties have agreed as a professional courtesy to continue the deadline for filing revised proposed jury instructions and verdict forms, subject to the Court's approval.

NOW, THEREFORE, Mattel, Inc. ("Mattel"), MGA Entertainment, Inc., Isaac Larian, and MGA Entertainment (HK) Ltd. (collectively, the "MGA Parties"), by and through their counsel of record, hereby agree as follows, subject to the Court's approval:

1. The parties shall file their amended proposed jury instructions and verdict forms on or before June 15, 2008;

2. The parties shall exchange their respective objections to each other's amended proposed jury instructions and verdict forms on or before June 17, 2008 at 12 p.m.; and

3. The parties shall file the foregoing objections, along with any responses to each other's objections, on or before June 18, 2008.

IT IS SO STIPULATED.

DATED: June 14, 2008

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

By /s/ B. Dylan Proctor
B. Dylan Proctor
Attorneys for Mattel, Inc.

DATED: June 14, 2008

SKADDEN ARPS SLATE MEAGHER & FLOM, LLP

By /s/ Jason Russell
Jason Russell
Attorneys for MGA Entertainment, Inc., Isaac Larian, and MGA Entertainment (HK) Ltd.