QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
John B. Quinn (Bar No. 090378)
(johnquinn@quinnemanuel.com)
Michael T. Zeller (Bar No. 196417)
(michaelzeller@quinnemanuel.com)
Jon D. Corey (Bar No. 185066)
(joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED CASES | Case No. CV 04-09049 SGL (RNBx)<br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>[PROPOSED] ORDER RE: STIPULATION REGARDING FILING OF REVISED PROPOSED JURY INSTRUCTIONS AND VERDICT FORMS<br><br>**Phase 1:**<br>Trial Date:         May 27, 2008 |

---

[PROPOSED] ORDER RE: STIPULATION RE: AMENDED JURY INSTRUCTIONS AND VERDICT FORMS

# [PROPOSED] ORDER

Having considered the parties' Stipulation Regarding Filing of Revised Proposed Jury Instructions and Verdict Forms (the "Stipulation"), and for good cause shown:

**IT IS HEREBY ORDERED THAT:**

1. The parties shall file their amended proposed jury instructions and verdict forms on or before June 15, 2008;

2. The parties shall exchange their respective objections to each other's amended proposed jury instructions and verdict forms on or before June 17, 2008 at 12 p.m.; and

3. The parties shall file the foregoing objections, along with any responses to each other's objections, on or before June 18, 2008.

**IT IS SO ORDERED.**

DATED: June    , 2008

_____
Honorable Stephen G. Larson
United States District Judge