QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  johnquinn@quinnemanuel.com
  Michael T. Zeller (Bar No. 196417)
  michaelzeller@quinnemanuel.com
  Jon D. Corey (Bar No. 185066)
  joncorey@quinnemanuel.com
  Timothy L. Alger (Bar No. 160303)
  timalger@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:  (213) 443-3000
Facsimile:  (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>              Plaintiff,<br><br>         vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>              Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>Hon. Stephen G. Larson<br><br>**MATTEL, INC.'S AMENDED PROPOSED VERDICT FORMS**<br><br>**Phase 1:**<br><br>Pre-Trial Conference: May 19, 2008<br>Trial Date:                May 27, 2008 |

1  Mattel, Inc. ("Mattel") hereby proposes the following amended proposed
2  verdict forms for Phases 1A and 1B of the trial in this matter. Mattel's proposed
3  form for Phase 1A is attached behind Tab A. Mattel's proposed form for Phase 1B
4  is attached behind Tab B. Mattel requests and reserves the right to amend, modify,
5  withdraw and/or supplement these forms before or during the trial of this matter.

7  DATED: June 15, 2008          QUINN EMANUEL URQUHART OLIVER &
                                  HEDGES, LLP

            By /s/ Jon D. Corey
               Jon D. Corey
               Attorneys for Mattel, Inc.

# MATTEL'S PROPOSED VERDICT FORMS

## Verdict Form for Phase 1A

We answer the questions submitted to us as follows:

## Ownership of Inventions

1. Did Carter Bryant create any Bratz-related drawings, sculpts or other works while employed by Mattel?

    Yes  \_\_\_\_

    No  \_\_\_\_

*If your answer is "yes," then answer Question 2.*

*If your answer is "no," then answer Question 4.*

2. Which of the following Bratz-related drawings and designs did Carter Bryant create while employed by Mattel? Place an X or another mark next to each such work:

**Trial Exhibit No.**

Trial Exhibit 3-1       \_\_\_\_\_

Trial Exhibit 3-2       \_\_\_\_\_

Trial Exhibit 3-3       \_\_\_\_\_

Trial Exhibit 3-4       \_\_\_\_\_

Trial Exhibit 3-5       \_\_\_\_\_

Trial Exhibit 3-6       \_\_\_\_\_

Trial Exhibit 3-7       \_\_\_\_\_

Trial Exhibit 3-8       \_\_\_\_\_

| | | |
|---|---|---|
| 1 | Trial Exhibit 3-9 | _____ |
| 2 | Trial Exhibit 3-10 | _____ |
| 3 | Trial Exhibit 3-12 | _____ |
| 4 | Trial Exhibit 3-13 | _____ |
| 5 | Trial Exhibit 5-79 | _____ |
| 6 | Trial Exhibit 5-86 | _____ |
| 7 | Trial Exhibit 5-89 | _____ |
| 8 | Trial Exhibit 10033 | _____ |
| 9 | Trial Exhibit 10153 | _____ |
| 10 | Trial Exhibit 1107 | _____ |
| 11 | Trial Exhibit 1108 | _____ |
| 12 | Trial Exhibit 1109 | _____ |
| 13 | Trial Exhibit 1110 | _____ |
| 14 | Trial Exhibit 1-1 | _____ |
| 15 | Trial Exhibit 1-2 | _____ |
| 16 | Trial Exhibit 1-3 | _____ |
| 17 | Trial Exhibit 1-4 | _____ |
| 18 | Trial Exhibit 1-5 | _____ |
| 19 | Trial Exhibit 1-6 | _____ |
| 20 | Trial Exhibit 1-7 | _____ |
| 21 | Trial Exhibit 1-8 | _____ |
| 22 | Trial Exhibit 1-9 | _____ |
| 23 | Trial Exhibit 1-10 | _____ |
| 24 | Trial Exhibit 1-11 | _____ |
| 25 | Trial Exhibit 712 | _____ |
| 26 | Trial Exhibit 713 | _____ |
| 27 | Trial Exhibit 5-34 | _____ |
| 28 | | |

| | | |
|---|---|---|
| 1 | Trial Exhibit 5-35 | _____ |
| 2 | Trial Exhibit 5-36 | _____ |
| 3 | Trial Exhibit 5-37 | _____ |
| 4 | Trial Exhibit 5-38 | _____ |
| 5 | Trial Exhibit 5-39 | _____ |
| 6 | Trial Exhibit 5-40 | _____ |
| 7 | Trial Exhibit 5-41 | _____ |
| 8 | Trial Exhibit 5-43 | _____ |
| 9 | Trial Exhibit 5-46 | _____ |
| 10 | Trial Exhibit 5-49 | _____ |
| 11 | Trial Exhibit 5-50 | _____ |
| 12 | Trial Exhibit 5-52 | _____ |
| 13 | Trial Exhibit 5-53 | _____ |
| 14 | Trial Exhibit 5-54 | _____ |
| 15 | Trial Exhibit 5-55 | _____ |
| 16 | Trial Exhibit 5-56 | _____ |
| 17 | Trial Exhibit 5-57 | _____ |
| 18 | Trial Exhibit 5-58 | _____ |
| 19 | Trial Exhibit 5-59 | _____ |
| 20 | Trial Exhibit 5-60 | _____ |
| 21 | Trial Exhibit 5-61 | _____ |
| 22 | Trial Exhibit 5-62 | _____ |
| 23 | Trial Exhibit 5-63 | _____ |
| 24 | Trial Exhibit 5-64 | _____ |
| 25 | Trial Exhibit 5-65 | _____ |
| 26 | Trial Exhibit 5-66 | _____ |
| 27 | Trial Exhibit 5-67 | _____ |
| 28 | | |

| | | |
|---|---|---|
| 1 | Trial Exhibit 5-68 | _____ |
| 2 | Trial Exhibit 5-69 | _____ |
| 3 | Trial Exhibit 5-70 | _____ |
| 4 | Trial Exhibit 5-71 | _____ |
| 5 | Trial Exhibit 5-72 | _____ |
| 6 | Trial Exhibit 5-73 | _____ |
| 7 | Trial Exhibit 5-74 | _____ |
| 8 | Trial Exhibit 5-75 | _____ |
| 9 | Trial Exhibit 5-76 | _____ |
| 10 | Trial Exhibit 5-77 | _____ |
| 11 | Trial Exhibit 5-78 | _____ |
| 12 | Trial Exhibit 5-79 | _____ |
| 13 | Trial Exhibit 5-80 | _____ |
| 14 | Trial Exhibit 5-80 | _____ |
| 15 | Trial Exhibit 5-81 | _____ |
| 16 | Trial Exhibit 5-82 | _____ |
| 17 | Trial Exhibit 5-83 | _____ |
| 18 | Trial Exhibit 5-84 | _____ |
| 19 | Trial Exhibit 5-85 | _____ |
| 20 | Trial Exhibit 5-86 | _____ |
| 21 | Trial Exhibit 5-87 | _____ |
| 22 | Trial Exhibit 5-88 | _____ |
| 23 | Trial Exhibit 5-89 | _____ |
| 24 | Trial Exhibit 5-102 | _____ |
| 25 | Trial Exhibit 5-103 | _____ |
| 26 | Trial Exhibit 5-104 | _____ |
| 27 | Trial Exhibit 5-105 | _____ |
| 28 | | |

07209/2540913.1

-4-

Case No. CV 04-9049 SGL (RNBx)
MATTEL'S AMENDED PROPOSED VERDICT FORMS

| | | |
|---|---|---|
| 1 | Trial Exhibit 5-106 | _____ |
| 2 | Trial Exhibit 5-107 | _____ |
| 3 | Trial Exhibit 5-108 | _____ |
| 4 | Trial Exhibit 5-111 | _____ |
| 5 | Trial Exhibit 5-113 | _____ |
| 6 | Trial Exhibit 5-114 | _____ |
| 7 | Trial Exhibit 5-136 | _____ |
| 8 | Trial Exhibit 10-2 | _____ |

-- ==THEN ADD BACK IN ALL OTHER BRATZ WORKS ALLEGEDLY CREATED IN 98, in trial exhibit sequential order==

3. Which of the following Bratz-related three-dimensional sculpts did Carter Bryant create, or direct others to create, while employed by Mattel? Place an X or another mark next to each such work:

Trial Exhibit 1105   _____
Trial Exhibit 1136   _____
Trial Exhibit 537    _____
Trial Exhibit 1140   _____
Trial Exhibit 1234   _____

4. Did Bryant conceive the idea for the name "Bratz" while employed by Mattel?

   Yes ____
   No  ____

5. Did Bryant conceive the idea for a line of dolls called "Bratz" while employed by Mattel?

1         Yes   ____

2         No   ____

### Intentional Interference with Contractual Relations

6. Is MGA Entertainment, Inc. ("MGA") liable to Mattel for intentional interference with contractual relations?

        Yes   ____

        No   ____

7. Is Isaac Larian liable to Mattel for intentional interference with contractual relations?

        Yes   ____

        No   ____

### Aiding and Abetting Breach of Fiduciary Duty

8. Is MGA liable to Mattel for aiding and abetting breach of fiduciary duty?

        Yes   ____

        No   ____

9. Is Isaac Larian liable to Mattel for aiding and abetting breach of fiduciary duty?

        Yes   ____

        No   ____

**Aiding and Abetting Breach of the Duty of Loyalty**

10. Is MGA liable to Mattel for aiding and abetting breach of the duty of loyalty?

    Yes ____

    No ____

11. Is Isaac Larian liable to Mattel for aiding and abetting breach of the duty of loyalty?

    Yes ____

    No ____

**Conversion**

12. Is MGA liable to Mattel for conversion?

    Yes ____

    No ____

13. Is Isaac Larian liable to Mattel for conversion?

    Yes ____

    No ____

14. Is MGA Entertainment (HK) Limited liable to Mattel for conversion?

    Yes ____

    No ____

**Fraudulent Concealment**

15. Did defendants fraudulently conceal the bases for Mattel's claim of intentional interference with contract against them until on or after April 27, 2001?

Yes ____

No ____

16. Did defendants fraudulently conceal the bases for Mattel's claim of conversion against them until on or after April 27, 2002?

Yes ____

No ____

Once this verdict form is completed, the foreperson of the jury should sign and date on the lines below.

DATED: _____, 2008

_____
Jury Foreperson

## Verdict Form for Phase 1B

We answer the questions submitted to us as follows:

### Copyright Infringement

1.  Is MGA Entertainment, Inc. ("MGA") liable to Mattel for copyright infringement?

    Yes  ____
    No   ____

2.  Is Isaac Larian liable to Mattel for copyright infringement?

    Yes  ____
    No   ____

3.  Is MGA Entertainment (HK) Limited ("MGA HK") liable to Mattel for copyright infringement?

    Yes  ____
    No   ____

4.  What amount of damages should be awarded to Mattel for the Defendants' copyright infringement?  (Answer all that apply.)

    (a)  Copyright Infringement by MGA
         MGA's Profits      $_____

     (b)    Copyright Infringement by Isaac Larian

            Distributions Larian Received from MGA

            $_____

            Value of Larian's Ownership Percentage of Bratz

            $_____

     (c)    Copyright Infringement by MGA HK

            MGA HK's Profits   $_____

### Intentional Interference With Contractual Relations

5. In Phase 1A of this trial, you found that the Defendant(s) [INSERT NAMES] is/are liable to Mattel for intentional interference with contractual relations. What amount of damages should be awarded to Mattel?

$_____

### Aiding and Abetting Breach of Fiduciary Duty

6. In Phase 1A of this trial, you found that the Defendant(s) [INSERT NAMES] is/are liable to Mattel for aiding and abetting Carter Bryant's breach of fiduciary duty. What amount of damages should be awarded to Mattel?

$_____

### Aiding and Abetting Breach of the Duty of Loyalty

7. In Phase 1A of this trial, you found that the Defendant(s) [INSERT NAMES] is/are liable to Mattel for aiding and abetting Carter Bryant's breach of the duty of loyalty. What amount of damages should be awarded to Mattel?

$_____

### Conversion

8. In Phase 1A of this trial, you found that the Defendant(s) [INSERT NAMES] is/are liable to Mattel for conversion. What amount of damages should be awarded to Mattel?

$_____

### Punitive Damages

9. Did MGA engage in conduct that harmed Mattel with malice, oppression, or fraud?

       Yes  ____

       No  ____

*If your answer is "yes," then answer Question 10.*

*If your answer is "no," then answer Question 11.*

10. What amount of punitive damages should be awarded against MGA Entertainment, if any?

$_____

11. Did Isaac Larian engage in conduct that harmed Mattel with malice, oppression, or fraud?

       Yes  ____

       No  ____

*If your answer is "yes," then answer Question 12.*

*If your answer is "no," then answer Question 13.*

12. What amount of punitive damages should be awarded against Mr. Larian, if any?

$_____

13. Did MGA HK engage in conduct that harmed Mattel with malice, oppression, or fraud?

Yes ____

No ____

*If your answer is "yes," then answer Question 14.*

14. What amount of punitive damages should be awarded against MGA HK, if any?

$_____

Once this verdict form is completed, the foreperson of the jury should sign and date on the lines below.

DATED: _____, 2008

_____
Jury Foreperson