QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  johnquinn@quinnemanuel.com
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
  Timothy L. Alger (Bar No. 160303)
  (timalger@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>        Plaintiff,<br><br>    vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>        Defendant.<br><br>AND CONSOLIDATED CASES | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with<br>Case Nos. CV 04-09059 & CV 05-2727<br><br>NOTICE OF ERRATA RE MATTEL, INC.'S AMENDED PROPOSED SPECIAL VERDICT FORMS<br><br>**Phase 1:**<br>Trial Date:        May 27, 2008 |

07209/2540938.1

NOTICE OF ERRATA RE MATTEL'S AMENDED PROPOSED SPECIAL VERDICT FORMS

1  TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2        PLEASE TAKE NOTICE that, due to a clerical error, Mattel
3  inadvertently filed an incorrect version of its Amended Proposed Verdict Forms on
4  June 15, 2008, at Docket Number 3973.  The correct version, captioned Mattel,
5  Inc.'s Corrected Amended Proposed Verdict Forms, is being filed
6  contemporaneously herewith.  Please disregard the Amended Proposed Verdict
7  Forms filed by Mattel at Docket Number 3973.

8

9  DATED: June 15, 2008        QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

10

11                                By /s/ B. Dylan Proctor
12                                  B. Dylan Proctor
                                Attorneys for Mattel, Inc.