QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  johnquinn@quinnemanuel.com
  Michael T. Zeller (Bar No. 196417)
  michaelzeller@quinnemanuel.com
  Jon D. Corey (Bar No. 185066)
  joncorey@quinnemanuel.com
  Timothy L. Alger (Bar No. 160303)
  timalger@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>Hon. Stephen G. Larson<br><br>**MATTEL, INC.'S CORRECTED AMENDED PROPOSED VERDICT FORMS**<br><br>**Phase 1:**<br><br>Pre-Trial Conference: May 19, 2008<br>Trial Date: May 27, 2008 |

1  Mattel, Inc. ("Mattel") hereby proposes the following corrected amended
2  proposed verdict forms for Phases 1A and 1B of the trial in this matter. Mattel's
3  proposed form for Phase 1A is attached behind Tab A. Mattel's proposed form for
4  Phase 1B is attached behind Tab B. Mattel requests and reserves the right to amend,
5  modify, withdraw and/or supplement these forms before or during the trial of this
6  matter.

7

8  DATED: June 15, 2008         QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
9
10                              By /s/ Jon D. Corey
11                                 Jon D. Corey
                                   Attorneys for Mattel, Inc.

# MATTEL'S PROPOSED VERDICT FORMS

## Verdict Form for Phase 1A

We answer the questions submitted to us as follows:

## Ownership of Inventions

1. Did Carter Bryant create any Bratz-related drawings, sculpts or other works while employed by Mattel?

   Yes  \_\_\_\_
   
   No   \_\_\_\_

*If your answer is "yes," then answer Question 2.*

*If your answer is "no," then answer Question 4.*

2. Which of the following Bratz-related drawings and designs did Carter Bryant create while employed by Mattel? Place an X or another mark next to each such work:

**Trial Exhibit No.**

   Trial Exhibit 3-1      \_\_\_\_\_
   Trial Exhibit 3-2      \_\_\_\_\_
   Trial Exhibit 3-3      \_\_\_\_\_
   Trial Exhibit 3-4      \_\_\_\_\_
   Trial Exhibit 3-5      \_\_\_\_\_
   Trial Exhibit 3-6      \_\_\_\_\_
   Trial Exhibit 3-7      \_\_\_\_\_
   Trial Exhibit 3-8      \_\_\_\_\_

| | | |
|---|---|---|
| 1 | Trial Exhibit 3-9 | _____ |
| 2 | Trial Exhibit 3-10 | _____ |
| 3 | Trial Exhibit 3-12 | _____ |
| 4 | Trial Exhibit 3-13 | _____ |
| 5 | Trial Exhibit 5-79 | _____ |
| 6 | Trial Exhibit 5-86 | _____ |
| 7 | Trial Exhibit 5-89 | _____ |
| 8 | Trial Exhibit 10033 | _____ |
| 9 | Trial Exhibit 10153 | _____ |
| 10 | Trial Exhibit 1107 | _____ |
| 11 | Trial Exhibit 1108 | _____ |
| 12 | Trial Exhibit 1109 | _____ |
| 13 | Trial Exhibit 1110 | _____ |
| 14 | Trial Exhibit 1-1 | _____ |
| 15 | Trial Exhibit 1-2 | _____ |
| 16 | Trial Exhibit 1-3 | _____ |
| 17 | Trial Exhibit 1-4 | _____ |
| 18 | Trial Exhibit 1-5 | _____ |
| 19 | Trial Exhibit 1-6 | _____ |
| 20 | Trial Exhibit 1-7 | _____ |
| 21 | Trial Exhibit 1-8 | _____ |
| 22 | Trial Exhibit 1-9 | _____ |
| 23 | Trial Exhibit 1-10 | _____ |
| 24 | Trial Exhibit 1-11 | _____ |
| 25 | Trial Exhibit 5-14 | _____ |
| 26 | Trial Exhibit 5-18 | _____ |
| 27 | Trial Exhibit 5-19 | _____ |
| 28 | | |

| | | |
|---|---|---|
| 1 | Trial Exhibit 5-28 | _____ |
| 2 | Trial Exhibit 5-30 | _____ |
| 3 | Trial Exhibit 5-34 | _____ |
| 4 | Trial Exhibit 5-35 | _____ |
| 5 | Trial Exhibit 5-36 | _____ |
| 6 | Trial Exhibit 5-37 | _____ |
| 7 | Trial Exhibit 5-38 | _____ |
| 8 | Trial Exhibit 5-39 | _____ |
| 9 | Trial Exhibit 5-40 | _____ |
| 10 | Trial Exhibit 5-41 | _____ |
| 11 | Trial Exhibit 5-46 | _____ |
| 12 | Trial Exhibit 5-49 | _____ |
| 13 | Trial Exhibit 5-50 | _____ |
| 14 | Trial Exhibit 5-52 | _____ |
| 15 | Trial Exhibit 5-53 | _____ |
| 16 | Trial Exhibit 5-54 | _____ |
| 17 | Trial Exhibit 5-55 | _____ |
| 18 | Trial Exhibit 5-56 | _____ |
| 19 | Trial Exhibit 5-57 | _____ |
| 20 | Trial Exhibit 5-58 | _____ |
| 21 | Trial Exhibit 5-59 | _____ |
| 22 | Trial Exhibit 5-60 | _____ |
| 23 | Trial Exhibit 5-61 | _____ |
| 24 | Trial Exhibit 5-62 | _____ |
| 25 | Trial Exhibit 5-63 | _____ |
| 26 | Trial Exhibit 5-64 | _____ |
| 27 | Trial Exhibit 5-65 | _____ |
| 28 | | |

| | | |
|---|---|---|
| 1 | Trial Exhibit 5-66 | _____ |
| 2 | Trial Exhibit 5-67 | _____ |
| 3 | Trial Exhibit 5-68 | _____ |
| 4 | Trial Exhibit 5-69 | _____ |
| 5 | Trial Exhibit 5-70 | _____ |
| 6 | Trial Exhibit 5-71 | _____ |
| 7 | Trial Exhibit 5-72 | _____ |
| 8 | Trial Exhibit 5-73 | _____ |
| 9 | Trial Exhibit 5-74 | _____ |
| 10 | Trial Exhibit 5-75 | _____ |
| 11 | Trial Exhibit 5-76 | _____ |
| 12 | Trial Exhibit 5-77 | _____ |
| 13 | Trial Exhibit 5-78 | _____ |
| 14 | Trial Exhibit 5-79 | _____ |
| 15 | Trial Exhibit 5-80 | _____ |
| 16 | Trial Exhibit 5-80 | _____ |
| 17 | Trial Exhibit 5-81 | _____ |
| 18 | Trial Exhibit 5-82 | _____ |
| 19 | Trial Exhibit 5-83 | _____ |
| 20 | Trial Exhibit 5-84 | _____ |
| 21 | Trial Exhibit 5-85 | _____ |
| 22 | Trial Exhibit 5-86 | _____ |
| 23 | Trial Exhibit 5-87 | _____ |
| 24 | Trial Exhibit 5-88 | _____ |
| 25 | Trial Exhibit 5-89 | _____ |
| 26 | Trial Exhibit 5-95 | _____ |
| 27 | Trial Exhibit 5-96 | _____ |
| 28 | | |

| | | |
|---|---|---|
| 1 | Trial Exhibit 5-99 | _____ |
| 2 | Trial Exhibit 5-102 | _____ |
| 3 | Trial Exhibit 5-103 | _____ |
| 4 | Trial Exhibit 5-104 | _____ |
| 5 | Trial Exhibit 5-105 | _____ |
| 6 | Trial Exhibit 5-106 | _____ |
| 7 | Trial Exhibit 5-107 | _____ |
| 8 | Trial Exhibit 5-108 | _____ |
| 9 | Trial Exhibit 5-111 | _____ |
| 10 | Trial Exhibit 5-113 | _____ |
| 11 | Trial Exhibit 5-114 | _____ |
| 12 | Trial Exhibit 5-136 | _____ |
| 13 | Trial Exhibit 10-2 | _____ |
| 14 | Trial Exhibit 712 | _____ |
| 15 | Trial Exhibit 713 | _____ |
| 16 | Trial Exhibit 1327 | _____ |
| 17 | Trial Exhibit 1328 | _____ |

18

19    3.    Which of the following Bratz-related three-dimensional sculpts or
20 works did Carter Bryant create, or direct others to create, while employed by
21 Mattel?  Place an X or another mark next to each such work:

22

23    **Trial Exhibit No.**

| | | |
|---|---|---|
| 24 | Trial Exhibit 537 | _____ |
| 25 | Trial Exhibit 1105 | _____ |
| 26 | Trial Exhibit 1136 | _____ |
| 27 | Trial Exhibit 1140 | _____ |

28

Trial Exhibit 1234            _____

4. Did Bryant conceive the idea for the name "Bratz" while employed by Mattel?

    Yes    ____
    No     ____

5. Did Bryant conceive the idea for a line of dolls called "Bratz" while employed by Mattel?

    Yes    ____
    No     ____

### Intentional Interference with Contractual Relations

6. Is MGA Entertainment, Inc. ("MGA") liable to Mattel for intentional interference with contractual relations?

    Yes    ____
    No     ____

7. Is Isaac Larian liable to Mattel for intentional interference with contractual relations?

    Yes    ____
    No     ____

### Aiding and Abetting Breach of Fiduciary Duty

8. Is MGA liable to Mattel for aiding and abetting breach of fiduciary duty?

|   |   |   |
|---|---|---|
|   | Yes | ____ |
|   | No | ____ |

9. Is Isaac Larian liable to Mattel for aiding and abetting breach of fiduciary duty?

      Yes ____

      No ____

## Aiding and Abetting Breach of the Duty of Loyalty

10. Is MGA liable to Mattel for aiding and abetting breach of the duty of loyalty?

      Yes ____

      No ____

11. Is Isaac Larian liable to Mattel for aiding and abetting breach of the duty of loyalty?

      Yes ____

      No ____

## Conversion

12. Is MGA liable to Mattel for conversion?

      Yes ____

      No ____

13. Is Isaac Larian liable to Mattel for conversion?

      Yes ____

      No ____

14. Is MGA Entertainment (HK) Limited liable to Mattel for conversion?

       Yes  ____

       No  ____

**Fraudulent Concealment**

15. Did defendants fraudulently conceal the bases for Mattel's claim of intentional interference with contract against them until on or after April 27, 2001?

       Yes  ____

       No  ____

16. Did defendants fraudulently conceal the bases for Mattel's claim of conversion against them until on or after April 27, 2002?

       Yes  ____

       No  ____

Once this verdict form is completed, the foreperson of the jury should sign and date on the lines below.

DATED: _____, 2008

_____
Jury Foreperson

## Verdict Form for Phase 1B

We answer the questions submitted to us as follows:

### Copyright Infringement

1. Is MGA Entertainment, Inc. ("MGA") liable to Mattel for copyright infringement?

    Yes  ____

    No   ____

2. Is Isaac Larian liable to Mattel for copyright infringement?

    Yes  ____

    No   ____

3. Is MGA Entertainment (HK) Limited ("MGA HK") liable to Mattel for copyright infringement?

    Yes  ____

    No   ____

4. What amount of damages should be awarded to Mattel for the Defendants' copyright infringement?  (Answer all that apply.)

    (a) Copyright Infringement by MGA

      MGA's Profits    $_____

    (b)    Copyright Infringement by Isaac Larian

Distributions Larian Received from MGA

$_____

Value of Larian's Ownership Percentage of Bratz

$_____

    (c)    Copyright Infringement by MGA HK

MGA HK's Profits    $_____

**Intentional Interference With Contractual Relations**

5. In Phase 1A of this trial, you found that the Defendant(s) [INSERT NAMES] is/are liable to Mattel for intentional interference with contractual relations. What amount of damages should be awarded to Mattel?

$_____

**Aiding and Abetting Breach of Fiduciary Duty**

6. In Phase 1A of this trial, you found that the Defendant(s) [INSERT NAMES] is/are liable to Mattel for aiding and abetting Carter Bryant's breach of fiduciary duty. What amount of damages should be awarded to Mattel?

$_____

**Aiding and Abetting Breach of the Duty of Loyalty**

7. In Phase 1A of this trial, you found that the Defendant(s) [INSERT NAMES] is/are liable to Mattel for aiding and abetting Carter Bryant's breach of the duty of loyalty. What amount of damages should be awarded to Mattel?

$_____

**Conversion**

8. In Phase 1A of this trial, you found that the Defendant(s) [INSERT NAMES] is/are liable to Mattel for conversion. What amount of damages should be awarded to Mattel?

$_____

**Punitive Damages**

9. Did MGA Entertainment act with malice, oppression, or fraud?

Yes  \_\_\_\_

No   \_\_\_\_

*If your answer is "yes," then answer Question 10.*

*If your answer is "no," then answer Question 11.*

10. What amount of punitive damages should be awarded against MGA Entertainment, if any?

$_____

11. Did Isaac Larian act with malice, oppression, or fraud?

```
 1              Yes  ____
 2              No   ____
 3        If your answer is "yes," then answer Question 12.
 4        If your answer is "no," then answer Question 13.
 5
 6        12.   What amount of punitive damages should be awarded against Mr.
 7  Larian, if any?
 8              $_____
 9
10        13.   Did MGA HK act with malice, oppression, or fraud?
11              Yes  ____
12              No   ____
13        If your answer is "yes," then answer Question 14.
14
15        14.   What amount of punitive damages should be awarded against MGA
16  HK, if any?
17              $_____
18
19        Once this verdict form is completed, the foreperson of the jury should sign
20  and date on the lines below.
21
22  DATED: _____, 2008
23
24
25                                          _____
                                                       Jury Foreperson
26
27
28
```