QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  johnquinn@quinnemanuel.com
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
  Timothy L. Alger (Bar No. 160303)
  (timalger@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with<br>Case Nos. CV 04-09059 & CV 05-2727<br><br>Hon. Stephen G. Larson<br><br>[~~PROPOSED~~] [~~AMENDED~~] ORDER REGARDING ADMISSION OF ORIGINAL CARTER BRYANT DRAWINGS<br><br>**Phase 1:**<br>Discovery Cut-Off: January 28, 2008<br>Pre-Trial Conference: May 19, 2008<br>Trial Date: May 27, 2008 |

Case 2:04-cv-09049-DOC-RNB   Document 3977   Filed 06/13/08   Page 2 of 8   Page ID
 #:93150

<pre>
 1                        [PROPOSED] ORDER

 2        Having considered the parties' Supplemental Joint Exhibit Stipulation
 3  Regarding Original Carter Bryant Drawings (the "Stipulation"), and for good cause
 4  shown:
 5        IT IS HEREBY ORDERED THAT the following exhibits are hereby
 6  admitted into evidence for Phase 1(A) of trial:
 7
</pre>

| Trial Exhibit Number | | | | | Bates Start |
|---|---|---|---|---|---|
| TX 00001.001 | | | | | BRYANT0000262 |
| TX 00001.002 | | | | | BRYANT0000263 |
| TX 00001.003 | | | | | BRYANT0000264 |
| TX 00001.004 | | | | | BRYANT0000265 |
| TX 00001.005 | | | | | BRYANT0000266 |
| TX 00001.006 | | | | | BRYANT0000267 |
| TX 00001.007 | | | | | BRYANT0000268 |
| TX 00001.008 | | | | | BRYANT0000269 |
| TX 00001.009 | | | | | BRYANT0000270 |
| TX 00001.010 | | | | | BRYANT0000271 |
| TX 00001.011 | | | | | BRYANT0000272 |
| TX 00002.001 | | | | | BRYANT0000310 |
| TX 00002.002 | | | | | BRYANT0000311 |
| TX 00002.003 | | | | | BRYANT0000312 |
| TX 00002.004 | TX 00737.001 | TX 00738.001 | | | BRYANT0000313 |
| TX 00002.005 | TX 00729.001 | | | | BRYANT0000314 |
| TX 00002.006 | TX 00745.001 | | | | BRYANT0000315 |
| TX 00002.007 | TX 00745.000 | | | | BRYANT0000316 |
| TX 00002.008 | TX 00743.001 | | | | BRYANT0000317 |
| TX 00002.009 | TX 00733.001 | | | | BRYANT0000318 |
| TX 00002.010 | | | | | BRYANT0000319 |
| TX 00003.001 | TX 00780.001 | | | | BRYANT0000222 |
| TX 00003.002 | TX 00726.001 | TX 00727.001 | TX 00728.001 | | BRYANT0000223 |
| TX 00003.003 | TX 01152.020 | TX 11838.001 | TX 15182.001 | | BRYANT0000224 |
| TX 00003.004 | TX 10540.001 | TX 15183.001 | | | BRYANT0000225 |
| TX 00003.005 | TX 00791.001 | | | | BRYANT0000226 |
| TX 00003.006 | TX 11837.001 | TX 15184.001 | | | BRYANT0000227 |
| TX 00003.007 | TX 00718.001 | TX 00719.001 | | | BRYANT0000228 |
| TX 00003.008 | TX 00789.001 | | | | BRYANT0000229 |
| TX 00003.009 | TX 00788.000 | | | | BRYANT0000230 |
| TX 00003.010 | TX 00735.001 | | | | BRYANT0000231 |
| TX 00003.012 | TX 00792.001 | | | | BRYANT0000233 |
| TX 00003.013 | TX 00793.001 | | | | BRYANT0000234 |
| TX 00004.001 | | | | | BRYANT0000238 |
| TX 00004.002 | TX 12876.000 | | | | BRYANT0000239 |

07209/2539482.3
-2-
[PROPOSED] [AMENDED] ORDER REGARDING ORIGINAL CARTER BRYANT DRAWINGS

| | | | | | |
|---|---|---|---|---|---|
| 1 | TX 00004.003 | TX 12877.000 | | | BRYANT0000240 |
| | TX 00004.004 | TX 12878.000 | | | BRYANT0000241 |
| 2 | TX 00004.005 | TX 12879.000 | | | BRYANT0000242 |
| | TX 00004.006 | TX 12880.000 | | | BRYANT0000243 |
| 3 | TX 00004.007 | TX 12881.000 | | | BRYANT0000244 |
| 4 | TX 00004.008 | TX 12882.000 | | | BRYANT0000245 |
| | TX 00004.009 | TX 12883.000 | | | BRYANT0000246 |
| 5 | TX 00004.010 | | | | BRYANT0000247 |
| | TX 00004.011 | | | | BRYANT0000248 |
| 6 | TX 00004.012 | | | | BRYANT0000249 |
| | TX 00004.013 | | | | BRYANT0000250 |
| 7 | TX 00004.014 | | | | BRYANT0000251 |
| | TX 00004.015 | | | | BRYANT0000252 |
| 8 | TX 00004.016 | | | | BRYANT0000253 |
| 9 | TX 00004.017 | | | | BRYANT0000254 |
| | TX 00004.018 | | | | BRYANT0000255 |
| 10 | TX 00004.019 | | | | BRYANT0000256 |
| | TX 00004.020 | | | | BRYANT0000257 |
| 11 | TX 00004.021 | | | | BRYANT0000258 |
| | TX 00004.022 | | | | BRYANT0000259 |
| 12 | TX 00004.023 | | | | BRYANT0000260 |
| | TX 00004.024 | | | | BRYANT0000261 |
| 13 | TX 00005.001 | TX 10503.000 | | | BRYANT0000138 |
| 14 | TX 00005.002 | TX 10504.000 | | | BRYANT0000139 |
| | TX 00005.003 | TX 10505.000 | | | BRYANT0000140 |
| 15 | TX 00005.004 | TX 10506.000 | | | BRYANT0000141 |
| | TX 00005.005 | TX 10507.000 | | | BRYANT0000142 |
| 16 | TX 00005.006 | TX 10508.000 | | | BRYANT0000143 |
| | TX 00005.007 | TX 10509.000 | | | BRYANT0000144 |
| 17 | TX 00005.008 | TX 10510.000 | | | BRYANT0000145 |
| | TX 00005.009 | TX 10511.000 | | | BRYANT0000146 |
| 18 | TX 00005.010 | TX 10512.000 | | | BRYANT0000147 |
| 19 | TX 00005.011 | TX 10513.000 | | | BRYANT0000148 |
| | TX 00005.012 | TX 10514.000 | | | BRYANT0000149 |
| 20 | TX 00005.013 | TX 11849.000 | | | BRYANT0000150 |
| | TX 00005.014 | TX 10515.000 | | | BRYANT0000151 |
| 21 | TX 00005.015 | TX 10516.000 | | | BRYANT0000152 |
| | TX 00005.016 | TX 11835.000 | | | BRYANT0000153 |
| 22 | TX 00005.017 | TX 10517.000 | | | BRYANT0000154 |
| | TX 00005.018 | TX 10518.000 | | | BRYANT0000155 |
| 23 | TX 00005.019 | TX 10519.000 | | | BRYANT0000156 |
| 24 | TX 00005.020 | TX 10520.000 | | | BRYANT0000157 |
| | TX 00005.021 | TX 10521.000 | | | BRYANT0000158 |
| 25 | TX 00005.022 | TX 10522.000 | | | BRYANT0000159 |
| | TX 00005.023 | TX 10523.000 | | | BRYANT0000160 |
| 26 | TX 00005.024 | TX 10524.000 | | | BRYANT0000161 |
| | TX 00005.025 | TX 10525.000 | | | BRYANT0000162 |
| 27 | TX 00005.026 | TX 00712.000 | | | BRYANT0000163 |
| | TX 00005.027 | TX 00713.000 | | | BRYANT0000164 |
| 28 | TX 00005.028 | TX 10526.000 | | | BRYANT0000165 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1 | TX 00005.029 | TX 10527.000 | | | | BRYANT0000166 |
| | TX 00005.030 | TX 10528.000 | | | | BRYANT0000167 |
| 2 | TX 00005.031 | TX 10529.000 | | | | BRYANT0000168 |
| | TX 00005.032 | TX 10530.000 | | | | BRYANT0000169 |
| 3 | TX 00005.033 | TX 00393.001 | | | | BRYANT0000170 |
| 4 | TX 00005.034 | | | | | BRYANT0000173 |
| | TX 00005.035 | | | | | BRYANT0000175 |
| 5 | TX 00005.044 | TX 11848.000 | | | | BRYANT0000184 |
| | TX 00005.045 | TX 10532.000 | | | | BRYANT0000185 |
| 6 | TX 00005.047 | TX 11809.000 | | | | BRYANT0000187 |
| | TX 00005.048 | TX 10533.000 | | | | BRYANT0000188 |
| 7 | TX 00005.051 | TX 11810.000 | | | | BRYANT0000191 |
| | TX 00005.077 | TX 00707.001 | | | | BRYANT0000217 |
| 8 | TX 00005.084 | TX 00716.001 | TX 00717.001 | | | BRYANT0000273 |
| 9 | TX 00005.085 | | | | | BRYANT0000274 |
| | TX 00005.086 | | | | | BRYANT0000275 |
| 10 | TX 00005.087 | | | | | BRYANT0000276 |
| | TX 00005.088 | | | | | BRYANT0000279 |
| 11 | TX 00005.091 | TX 12128.000 | | | | BRYANT0000280 |
| | TX 00005.092 | | | | | BRYANT0000281 |
| 12 | TX 00005.093 | | | | | BRYANT0000282 |
| | TX 00005.094 | | | | | BRYANT0000283 |
| 13 | TX 00005.095 | | | | | BRYANT0000284 |
| | TX 00005.096 | | | | | BRYANT0000285 |
| 14 | TX 00005.097 | | | | | BRYANT0000286 |
| 15 | TX 00005.098 | | | | | BRYANT0000287 |
| | TX 00005.099 | | | | | BRYANT0000288 |
| 16 | TX 00005.100 | | | | | BRYANT0000289 |
| | TX 00005.102 | TX 10542.000 | | | | BRYANT0000291 |
| 17 | TX 00005.103 | TX 10543.000 | | | | BRYANT0000292 |
| | TX 00005.104 | TX 10544.000 | | | | BRYANT0000293 |
| 18 | TX 00005.105 | TX 10545.000 | | | | BRYANT0000294 |
| | TX 00005.106 | TX 10546.000 | | | | BRYANT0000295 |
| 19 | TX 00005.107 | TX 10547.000 | | | | BRYANT0000296 |
| 20 | TX 00005.108 | TX 00724.001 | TX 00725.001 | | | BRYANT0000297 |
| | TX 00005.109 | | | | | BRYANT0000298 |
| 21 | TX 00005.110 | | | | | BRYANT0000299 |
| | TX 00005.111 | TX 00708.001 | | | | BRYANT0000300 |
| 22 | TX 00005.113 | | | | | BRYANT0000302 |
| | TX 00005.114 | | | | | BRYANT0000303 |
| 23 | TX 00005.115 | | | | | BRYANT0000320 |
| 24 | TX 00005.116 | TX 11812.000 | | | | BRYANT0000321 |
| | TX 00005.117 | TX 12884.000 | | | | BRYANT0000322 |
| 25 | TX 00005.118 | TX 11811.000 | | | | BRYANT0000323 |
| | TX 00005.119 | TX 11808.000 | | | | BRYANT0000324 |
| 26 | TX 00005.120 | TX 10015.000 | | | | BRYANT0000325 |
| | TX 00005.121 | | | | | BRYANT0000326 |
| 27 | TX 00005.122 | | | | | BRYANT0000327 |
| | TX 00005.123 | TX 11807.000 | | | | BRYANT0000328 |
| 28 | TX 00005.124 | TX 10549.000 | | | | BRYANT0000329 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1 | TX 00005.125 | | | | | BRYANT0000330 |
| | TX 00005.126 | | | | | BRYANT0000331 |
| 2 | TX 00005.127 | | | | | BRYANT0000332 |
| | TX 00005.128 | TX 11278.000 | | | | BRYANT0000333 |
| 3 | TX 00005.129 | TX 10550.001 | | | | BRYANT0000334 |
| | TX 00005.130 | TX 10550.002 | | | | BRYANT0000335 |
| 4 | TX 00005.131 | TX 10550.003 | | | | BRYANT0000336 |
| | TX 00005.132 | TX 10550.004 | | | | BRYANT0000337 |
| 5 | TX 00005.133 | TX 10550.005 | | | | BRYANT0000338 |
| | TX 00005.134 | TX 10550.006 | | | | BRYANT0000339 |
| 6 | TX 00005.135 | TX 11279.000 | | | | BRYANT0000340 |
| | TX 00005.136 | TX 00711.001 | | | | BRYANT0000341 |
| 7 | TX 00005.137 | TX 11847.000 | | | | BRYANT0000342 |
| | TX 00005.138 | TX 11839.001 | | | | BRYANT0000343 |
| 8 | TX 00005.139 | TX 11839.002 | | | | BRYANT0000344 |
| | TX 00005.140 | TX 11851.000 | | | | BRYANT0000345 |
| 9 | TX 00005.141 | TX 12885.000 | | | | BRYANT0000346 |
| | TX 00005.142 | TX 12886.000 | | | | BRYANT0000347 |
| 10 | TX 00005.143 | TX 12887.000 | | | | BRYANT0000348 |
| | TX 00005.144 | TX 00832.001 | | | | BRYANT0000349 |
| 11 | TX 00005.145 | TX 00832.002 | | | | BRYANT0000350 |
| | TX 00005.146 | TX 00832.003 | | | | BRYANT0000351 |
| 12 | TX 00035.001 | TX 00005.087 | | | | BRYANT0000277 |
| | TX 00035.002 | TX 00005.088 | | | | BRYANT0000278 |
| 13 | TX 00035.003 | TX 00005.100 | TX 00796.003 | TX 10541.001 | TX 15196.001 | BRYANT0000290 |
| 14 | TX 00062.001 | TX 00005.052 | TX 00624.001 | | | BRYANT0000192 |
| | TX 00062.002 | TX 00005.054 | TX 00620.001 | TX 00775.001 | | BRYANT0000194 |
| 15 | TX 00062.003 | TX 00005.055 | | | | BRYANT0000195 |
| | TX 00062.009 | TX 00005.070 | TX 00623.001 | | | BRYANT0000210 |
| 16 | TX 00062.011 | TX 00005.074 | TX 10537.001 | TX 15180.001 | | BRYANT0000214 |
| 17 | TX 00062.013 | TX 00005.111 | TX 10548.001 | TX 15203.001 | | BRYANT0000301 |
| | TX 00062.014 | | | | | BRYANT0001003 |
| 18 | TX 00062.015 | TX 10613.000 | TX 01152.001 | | | BRYANT0001243 |
| 19 | TX 00523.001 | TX 00005.039 | TX 00751.001 | TX 00752.001 | | BRYANT0000179 |
| | TX 00621.001 | TX 00005.062 | TX 00062.005 | TX 00768.001 | | BRYANT0000202 |
| 20 | TX 00701.001 | TX 00005.036 | TX 00702.001 | | | BRYANT0000176 |
| 21 | TX 00703.001 | TX 00005.037 | | | | BRYANT0000177 |
| | TX 00704.001 | TX 00005.049 | | | | BRYANT0000189 |
| 22 | TX 00705.001 | TX 00005.050 | | | | BRYANT0000190 |
| | TX 00706.001 | TX 00005.076 | | | | BRYANT0000216 |
| 23 | TX 00709.001 | TX 00005.043 | | | | BRYANT0000183 |
| | TX 00710.001 | TX 00005.046 | | | | BRYANT0000186 |
| 24 | TX 00714.001 | TX 00003.011 | | | | BRYANT0000232 |
| | TX 00715.001 | TX 00005.081 | | | | BRYANT0000236 |
| 25 | TX 00720.001 | TX 00005.080 | | | | BRYANT0000235 |
| 26 | TX 00721.001 | TX 00005.079 | TX 00722.001 | | | BRYANT0000221 |
| | TX 00723.001 | TX 00005.082 | | | | BRYANT0000237 |
| 27 | TX 00730.001 | TX 00731.001 | | | | BRYANT0001049 |
| | TX 00732.001 | | | | | BRYANT0001111 |
| 28 | TX 00739.001 | TX 00005.059 | | | | BRYANT0000199 |

| | | | | | |
|---|---|---|---|---|---|
| TX 00741.001 | TX 00005.073 | TX 00742.001 | | | BRYANT0000213 |
| TX 00747.001 | | | | | BRYANT0001110 |
| TX 00749.001 | | | | | BRYANT0001112 |
| TX 00751.001 | | | | | BRYANT0000179 |
| TX 00753.001 | TX 00005.040 | TX 13583.000 | | | BRYANT0000180 |
| TX 00755.001 | TX 00005.041 | | | | BRYANT0000181 |
| TX 00756.001 | TX 00005.042 | | | | BRYANT0000182 |
| TX 00757.001 | | | | | BRYANT0000175 |
| TX 00758.001 | TX 00005.063 | TX 00759.001 | TX 00760.001 | | BRYANT0000203 |
| TX 00761.001 | TX 00005.060 | | | | BRYANT0000200 |
| TX 00762.001 | TX 00005.038 | | | | BRYANT0000178 |
| TX 00763.001 | | | | | BRYANT0001118 |
| TX 00766.001 | | | | | BRYANT0001247 |
| TX 00776.001 | TX 00005.057 | TX 00777.001 | | | BRYANT0000197 |
| TX 00787.001 | | | | | BRYANT0000220 |
| TX 00794.001 | TX 00005.066 | | | | BRYANT0000206 |
| TX 01107.001 | TX 10638.000 | | | | BRYANT0002774 |
| TX 01108.001 | TX 10639.000 | | | | BRYANT0002776 |
| TX 01109.001 | TX 00771.001 | | | | BRYANT0002775 |
| TX 01110.001 | | | | | BRYANT0002777 |
| TX 01152.008 | TX 00005.065 | TX 11789.001 | | | BRYANT0000205 |
| TX 01155C | | | | | BLACK NOTEBOOK |
| TX 01156.001 | | | | | BRYANT0000116 |
| TX 01162.001 | | | | | BRYANT0000124 |
| TX 01164.001 | | | | | BRYANT0000131 |
| TX 01313C | | | | | Turquoise Notebook |
| TX 01327.001 | | | | | BRYANT0001975 |
| TX 01328.001 | | | | | BRYANT0001976 |
| TX 01747.005 | | | | | BRYANT0000195 |
| TX 01748.001 | TX 00005.061 | TX 00062.004 | TX 00796.001 | | BRYANT0000201 |
| TX 01750.001 | TX 00005.064 | TX 00062.006 | | | BRYANT0000204 |
| TX 01751.004 | TX 00005.068 | TX 00062.008 | TX 00786.001 | TX 00790.001 | BRYANT0000208 |
| TX 01752.001 | TX 00005.071 | TX 00062.100 | TX 00770.001 | TX 01752.001 | BRYANT0000211 |
| TX 10535.001 | TX 00005.067 | TX 01152.012 | TX 15172.001 | TX 00062.007 | BRYANT0000207 |
| TX 11788.001 | | TX 00005.069 | | | BRYANT0000209 |
| TX 15058.001 | | | | | BRYANT0000013 |
| TX 15059.001 | TX 10019.001 | | | | BRYANT0000014 |
| TX 15091.001 | | | | | BRYANT0000046 |
| TX 15110.001 | | | | | BRYANT0000065 |
| TX 15118.001 | | | | | BRYANT0000073 |
| TX 15175.001 | TX 00005.053 | TX 01152.006 | TX 10534.001 | | BRYANT0000193 |
| TX 15176.001 | TX 00005.056 | TX 00764.001 | | | BRYANT0000196 |
| TX 15177.001 | TX 00005.058 | TX 00765.001 | | | BRYANT0000198 |
| TX 15179.001 | TX 00005.072 | TX 01152.160 | TX 10536.001 | | BRYANT0000212 |
| TX 15181.001 | TX 00005.075 | TX 10538.001 | TX 00062.012 | | BRYANT0000215 |
| TX 15242.001 | | | | | BRYANT0000725 |
| TX 15243.001 | | | | | BRYANT0000861 |
| TX 15333.001 | TX 13584.000 | | | | BRYANT0002692 |
| TX 15339.001 | | | | | BRYANT0002786 |
| TX 15340.001 | | | | | BRYANT0002787 |

| | | | | | |
|---|---|---|---|---|---|
| TX 15341.001 | TX 10641.001 | | | | BRYANT0002788 |
| TX 15341.002 | TX 10642.001 | | | | BRYANT0002789 |
| TX 15364.003 | | | | | BRYANT0004842 |
| TX 15364.004 | | | | | BRYANT0004843 |
| TX 15364.005 | | | | | BRYANT0004844 |
| TX 15364.006 | | | | | BRYANT0004845 |
| TX 15364.007 | | | | | BRYANT0004846 |
| TX 15364.008 | | | | | BRYANT0004847 |
| TX 15364.009 | | | | | BRYANT0004848 |
| TX 15364.010 | | | | | BRYANT0004849 |
| TX 15364.011 | TX 01157.000 | | | | BRYANT0004850 |
| TX 15364.012 | | | | | BRYANT0004851 |
| TX 15364.013 | | | | | BRYANT0004852 |
| TX 15364.014 | | | | | BRYANT0004853 |
| TX 15393.001 | TX 10669.001 | | | | BRYANT0005025 |
| TX 15429.001 | | | | | BRYANT20001773 |
| TX 15429.003 | | | | | BRYANT20001775 |
| TX 15429.005 | | | | | BRYANT20001777 |
| TX 15429.007 | | | | | BRYANT20001779 |
| TX 15435.001 | | | | | BRYANT20001798 |
| TX 15439.001 | | | | | BRYANT20001810 |
| TX 18281.001 | TX 10579.001 | | | | BRYANT0000972 |
| TX 18460.001 | | | | | BRYANT0000002 |
| TX 18485.001 | | | | | BRYANT0000855 |
| TX 18486.001 | | | | | BRYANT0000868 |
| TX 18487.001 | | | | | BRYANT0000891 |
| TX 18488.001 | | | | | BRYANT0002667 |
| TX 18489.001 | | | | | BRYANT0002669 |
| TX 18490.001 | | | | | BRYANT0002674 |
| TX 18491.001 | | | | | BRYANT0002675 |
| TX 18492.001 | | | | | BRYANT0002684 |
| TX 18493.001 | | | | | BRYANT0002781 |
| TX 18496.001 | | | | | BRYANT0002848 |
| TX 18497.001 | | | | | BRYANT0002864 |

| TX 18498.001 | | | | | BRYANT0004764 |
|---|---|---|---|---|---|
| TX 18499.001 | | | | | BRYANT0004765 |
| TX 18500.001 | | | | | BRYANT0004766 |
| TX 18501.001 | TX 00005.078 | TX 10539.001 | | | BRYANT0000218 |
| TX 18515.001 | | | | | BRYANT0005031 |

**IT IS SO ORDERED.**

DATED: June 13, 2008

_____
Honorable Stephen G. Larson
United States District Judge