UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - TRIAL**

| Case No. | CV 04-09049 SGL(RNBx) | Date | June 10, 2008 |
|---|---|---|---|
| Title: | CARTER BRYANT -v- MATTEL, INC. | | |

Present: The Honorable  STEPHEN G. LARSON, UNITED STATES DISTRICT JUDGE

| Jim Holmes | Theresa Lanza, CSR (A.M.) / Mark Schweitzer (P.M.) |
|---|---|
| *Courtroom Deputy Clerk* | *Court Reporters* |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendants: |
|---|---|
| | Thomas J. Nolan / Lauren E. Aguiar / Carl Roth |
| John B. Quinn / William Price / Michael T. Zeller / John D. Corey | Attorney for Carter Bryant: Christa Anderson |
| | Attorney for Law Firm of Littler Mendelson: Jeffrey W. Kramer |

_____ Day Court Trial    10th Day Jury Trial

_____ One day trial:    _____ Begun (1st day);    _____ Held & Continued;    _____ Completed by jury verdict/submitted to court.

_____ The Jury is impaneled and sworn.
_____ Opening statements made by
√ Witnesses called, sworn and testified.    √ Exhibits identified.    √ Exhibits admitted.
_____ Plaintiff(s) rest.    _____ Defendant(s) rest.
_____ Closing arguments made by    _____ plaintiff(s)    _____ defendant(s).    _____ Court instructs jury.
_____ Bailiff(s) sworn.    _____ Jury retires to deliberate.    _____ Jury resumes deliberations.
_____ Jury Verdict in favor of    _____ plaintiff(s)    _____ defendant(s) is read and filed.
_____ Jury polled.    _____ Polling waived.
_____ Filed Witness & Exhibit Lists    _____ Filed jury notes.    _____ Filed jury instructions.
_____ Judgment by Court for    _____ plaintiff(s)    _____ defendant(s).
_____ Findings, Conclusions of Law & Judgment to be prepared by    _____ plaintiff(s)    _____ defendant(s).
_____ Case submitted.    Briefs to be filed by _____
_____ Motion to dismiss by _____ is _____ granted.    _____ denied.    _____ submitted.
_____ Motion for mistrial by _____ is _____ granted.    _____ denied.    _____ submitted.
_____ Motion for Judgment/Directed Verdict by _____ is _____ granted.    _____ denied.    _____ submitted.
_____ Settlement reached and placed on the record.
_____ Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberation/findings.
_____ Counsel stipulate to the return of exhibits upon the conclusion of trial. Exhibit Release Form prepared and filed.
_____ Trial subpoenaed documents returned to subpoenaing party.
√ Case continued to    to 6/11/08, trial resumes at 9:00 am; Counsel to report at 8:45 a.m. for bench conference, if needed.
√ Other:    An In-Camera hearing was held; Carter Bryant was placed under oath and testifies. Counsel will prepare an order.

: 7/10

Initials of Deputy Clerk    jh

cc: