UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - TRIAL**

| Case No. | CV 04-09049 SGL(RNBx) | | Date | June 12, 2008 |
|---|---|---|---|---|
| Title: | CARTER BRYANT -v- MATTEL, INC. | | | |

Present: The Honorable  STEPHEN G. LARSON, UNITED STATES DISTRICT JUDGE

| Jim Holmes | Theresa Lanza, CSR (A.M.) / Mark Schweitzer (P.M.) |
|---|---|
| *Courtroom Deputy Clerk* | *Court Reporters* |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendants: |
|---|---|
| | Thomas J. Nolan / Lauren E. Aguiar / Carl Roth |
| John B. Quinn / William Price / Michael T. Zeller / John D. Corey | Attorney for Carter Bryant: Michael H. Page |

_____ Day Court Trial   12th Day Jury Trial

___ One day trial:   ___ Begun (1st day);   ___ Held & Continued;   ___ Completed by jury verdict/submitted to court.

___ The Jury is impaneled and sworn.
___ Opening statements made by _____
√ Witnesses called, sworn and testified.   √ Exhibits identified.   √ Exhibits admitted.
___ Plaintiff(s) rest.   ___ Defendant(s) rest.
___ Closing arguments made by   ___ plaintiff(s)   ___ defendant(s).   ___ Court instructs jury.
___ Bailiff(s) sworn.   ___ Jury retires to deliberate.   ___ Jury resumes deliberations.
___ Jury Verdict in favor of   ___ plaintiff(s)   ___ defendant(s) is read and filed.
___ Jury polled.   ___ Polling waived.
___ Filed Witness & Exhibit Lists   ___ Filed jury notes.   ___ Filed jury instructions.
___ Judgment by Court for   ___ plaintiff(s)   ___ defendant(s).
___ Findings, Conclusions of Law & Judgment to be prepared by   ___ plaintiff(s)   ___ defendant(s).
___ Case submitted.   ___ Briefs to be filed by _____
___ Motion to dismiss by _____   is   ___ granted.   ___ denied.   ___ submitted.
___ Motion for mistrial by _____   is   ___ granted.   ___ denied.   ___ submitted.
___ Motion for Judgment/Directed Verdict by _____   is   ___ granted.   ___ denied.   ___ submitted.
___ Settlement reached and placed on the record.
___ Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberation/findings.
___ Counsel stipulate to the return of exhibits upon the conclusion of trial. Exhibit Release Form prepared and filed.
___ Trial subpoenaed documents returned to subpoenaing party.
√ Case continued to   to 6/13/08, trial resumes at 9:00 am; Counsel to report at 8:45 a.m. for bench conference, if needed.
√ Other:

_____ : 5/40

Initials of Deputy Clerk   jh

cc: