ORIGINAL

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
John B. Quinn (Bar No. 090378)
(johnquinn@quinnemanuel.com)
Michael T. Zeller (Bar No. 196417)
(michaelzeller@quinnemanuel.com)
Jon D. Corey (Bar No. 185066)
(joncorey@quinnemanuel.com)
Timothy L. Alger (Bar No. 160303)
(timalger@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with<br>Case Nos. CV 04-09059 & CV 05-2727<br><br>MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL OPPOSITION TO MGA PARTIES' MOTION FOR LIMITED DISCOVERY, AND CROSS-MOTION FOR ISSUE PRECLUSION<br><br>[[Proposed] Order filed concurrently]<br><br>Hearing Date: TBA<br>Time: TBA<br>Place: Courtroom 1<br><br>**Phase 1:**<br>Trial Date: May 27, 2008 |

07209/2542487.1

MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL

Pursuant to Local Rule 79-5.1 and the Stipulated Protective Order entered by the Court in this action, Mattel, Inc. ("Mattel") hereby respectfully requests that the Court order filed under seal Mattel Inc.'s Opposition to MGA Parties' Motion For Limited Discovery, and Cross-Motion For Issue Preclusion (the "Opposition"), the Declaration of Michael T. Zeller in Support (the "Zeller Declaration"), and the Declaration of Richard de Anda in Support (the "De Anda Declaration").

The Opposition and Declarations specifically reference and discuss the contents and subject matter of a document placed under seal by this Court on June 5, 2008.

Further, the De Anda Declaration attaches materials that Mattel has designated as "Confidential--Attorneys' Eyes Only" pursuant to the Protective Order. The Zeller Declaration attaches and discusses documents that Mattel and MGA have designated as "Confidential--Attorneys' Eyes Only" pursuant to the Protective Order, and that the Court has ordered under seal. MGA has designated Exhibit 16 as "Confidential--Attorneys' Eyes Only." Mattel has designated Exhibit 20 as "Confidential--Attorneys' Eyes Only," and Exhibit 17 as "Confidential." The Court has ordered Exhibit 12 under seal.

Accordingly, Mattel requests that the Court order that the Opposition, the Zeller Declaration, and the De Anda Declaration be filed under seal.

DATED: June 16, 2008

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

By /s/ Cyrus S. Naim
Cyrus S. Naim
Attorneys for Mattel, Inc.

## PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is Now Legal Service, 1301 W. 2nd Street, Suite 206, Los Angeles, CA 90026.

On June 16, 2008, I served true copies of the following document(s) described as **MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL OPPOSITION TO MGA PARTIES' MOTION FOR LIMITED DISCOVERY, AND CROSS-MOTION FOR ISSUE PRECLUSION** on the parties in this action as follows:

Thomas Nolan, Esq.
**Skadden, Arps, Slate, Meagher & Flom LLP**
300 So. Grand Ave.
Suite 3400
Los Angeles CA  90071

**BY PERSONAL SERVICE:** I delivered such envelope(s) by hand to the office of the person(s) being served.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on June 16, 2008, at Los Angeles, California.

_____
NOW LEGAL -- Dave Quintana

07209/2490733.1