QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:  (213) 443-3000
Facsimile:   (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>                  Plaintiff,<br><br>        vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>                  Defendant.<br><br>AND CONSOLIDATED CASES | Case No. CV 04-09049 SGL (RNBx)<br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>ORDER RE: STIPULATION REGARDING FILING OF REVISED PROPOSED JURY INSTRUCTIONS AND VERDICT FORMS<br><br>**Phase 1:**<br>Trial Date:                May 27, 2008 |

## ORDER

Having considered the parties' Stipulation Regarding Filing of Revised Proposed Jury Instructions and Verdict Forms (the "Stipulation"), and for good cause shown:

**IT IS HEREBY ORDERED THAT**:

1.     The parties shall file their amended proposed jury instructions and verdict forms on or before June 15, 2008;

2.     The parties shall exchange their respective objections to each other's amended proposed jury instructions and verdict forms on or before June 17, 2008 at 12 p.m.; and

3.     The parties shall file the foregoing objections, along with any responses to each other's objections, on or before June 18, 2008.

4.     The parties shall provide a paper courtesy copy of the documents referenced in 1–3, above.  Those documents shall be placed in labeled, tabbed, and indexed three ring binders.  Counsel shall also provide, in the same form, a copy of the most recent proposed joint instructions and verdict forms.  The three-ring binders shall be delivered to the courtroom deputy clerk no later than 9:00 a.m., June 19, 2008.

5.     Along with the paper courtesy copies, counsel shall provide a CD with electronic copies (Microsoft Word format) of all the documents referenced in 1–4, above.

**IT IS SO ORDERED.**

DATED:  June  16. 2008

_____

Honorable Stephen G. Larson
United States District Judge

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER RE:  STIPULATION RE: AMENDED JURY INSTRUCTIONS AND VERDICT FORMS