# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARTER BRYANT, an individual, <br><br> PLAINTIFF(S) | CASE NUMBER <br><br> CV 04 – 09049 SGL (RNBx) |
| v. <br><br> MATTEL, INC., a Delaware corporation; <br><br> DEFENDANT(S). | **NOTICE OF CHANGE OF ATTORNEY INFORMATION** |

**The following information must be provided:**

I, ___Emil W. Herich___, ___116783___, ___eherich@kmwlaw.com___
     *Name*         *CA Bar ID Number*         *E-mail Address*

☑ am counsel of record or ☐ out-of-state attorney in the above-entitled cause of action for the following party(s)

___Non-parties Ana Elise Cloonan, Margaret Leahy, Veronica Marlow, Peter Marlow, Lucy Arant and Sarah Halpern___

and am requesting the following change(s):

> **THIS SECTION MUST BE COMPLETED IF YOUR E-MAIL ADDRESS IS TO BE ADDED.**
> I ☐ consent   ☐ do not consent to receive service of documents by electronic means in accordance with Fed. R. Civ. P. 5(b)(2)(E) and 77 (d), and Fed. R. Crim. P. 49(b)-(d).

## *SELECT THE CATEGORY AND COMPLETE THE INFORMATION REQUESTED:*

☐ TO UPDATE NAME OR FIRM INFORMATION:

    ☐    I am providing the following new information pursuant to Local Rule 83-2.7 to be updated on the above-entitled cause of action.

                          PROVIDE ONLY THE INFORMATION THAT HAS CHANGED

Attorney Name changed to _____

New Firm/Government Agency Name _____

New Address _____

New Telephone Number _____ New Facsimile Number _____

New E-mail address _____

☐ TO BE ADDED AS COUNSEL OF RECORD: CHECK ONE BOX

    ☐    I am counsel of record in the above-entitled action and should have been added to the docket in this case. I made my first appearance in this case on _____

    ☐    This constitutes my Notice of Appearance to appear as counsel of record for the party(s) listed above in the above-entitled action.

IF YOUR FIRM IS **NOT** ALREADY PART OF THIS ACTION AND ARE ASSOCIATING IN AS COUNSEL OF RECORD A NOTICE OF

ASSOCIATION SHOULD BE FILED. IF YOU ARE GOING TO APPEAR PRO HAC VICE, A SEPARATE APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE, G-64 MUST BE FILED.

Attorney Name _____ CA State Bar Number _____

Firm/Government Agency Name _____

Address: _____

Telephone Number _____ Facsimile Number _____

New E-mail address _____

☑ TO BE REMOVED FROM THE CASE: **

    ☑ I am ☑ the aforementioned attorney from my firm is no longer counsel of record in the above- entitled cause of action.

CHECK ONE BOX

    ☐ The order relieving me/the aforementioned attorney from my firm was filed on: _____.

    ☑ There is/are other attorney(s) from the undersigned attorney's law firm/government agency who are counsel of record in this case.

    ☐ I am ☐ the aforementioned attorney is no longer with the firm/government agency representing the above-named party in this action. There is/are attorney(s) from my former firm/government agency who are currently counsel of record in this case.

**This form *cannot* be used as a substitution of attorney form. For substitution of attorney procedures please refer to Local Rule 83-2.9 and form G-01, *Request for Substitution of Attorney* and G-01ORDER, *Order on Request for Substitution of Attorney.* At least one member of the firm/government agency MUST continue to represent and receive service for the parties indicated above in this action.**

Date: June 13, 2008 _____      _____
                                                  *Signature of Attorney of Record / Attorney for the Firm*

**PLEASE NOTE: CM/ECF users must update their account information in the system pursuant to General Order 08-02, in addition to filing this Notice of Change of Attorney Information. A separate Notice must be filed in every pending case pursuant to Local Rule 83–2.7.**

## DECLARATION OF SERVICE

*CARTER BRYANT v. MATTEL, INC.*
*Case No.: CV 04 – 09049 SGL (RNBx)*
*Consolidated with Case Nos. CV 04-9059 and CV 05-2727*

I, the undersigned say, I am and was at all times herein mentioned a resident of the County of Los Angeles, over the age of eighteen (18) years and not a party to the within action or proceeding. My business address is 9720 Wilshire Boulevard, Penthouse Suite, Beverly Hills, California 90212 and I am employed in the offices of Keats, McFarland & Wilson LLP by a member of the Bar of this Court at whose direction the service mentioned herein below was made.

On June 18, 2008, I served the following document(s):

**NOTICE OF CHANGE OF ATTORNEY INFORMATION**

upon counsel and interested parties named below or on an attached service list, by placing a true and correct copy thereof in an envelope addressed as follows:

**See Attached Service List**

[]   **BY EMAIL OR ELECTRONIC TRANSMISSION:**   I caused the document(s) to be sent to the persons at the e-mail addresses as listed above and/or on the attached Service List. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

[X]   **BY MAIL:** I sealed said envelope(s) and, following the ordinary business practices of my employer, placed said sealed envelope(s) in the office of my employer at 9720 Wilshire Boulevard, Penthouse Suite, Beverly Hills, California, for collection and mailing with the United States Postal Service on the same date.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 18, 2008, at Beverly Hills, California.

*Tanya Glover*
**Tanya Glover**

1

### SERVICE LIST

2

**CARTER BRYANT v. MATTEL, INC**.
*Case No.: CV 04 – 09049 SGL (RNBx)*

3

*Consolidated with Case Nos. CV 04-9059 and CV 05-2727*

4

5

Amy R. Sabrin, Esq.

6

Lauren E. Aguiar, Esq.
David W. Foster, Esq.

7

**SKADDEN, ARPS, SLATE,**
**MEAGHER & FLOM LLP &**

8

**AFFILIATES**
1440 New York Avenue

9

Washington, D.C. 20005-2111

10

11

12

13

Cheryl Plambeck, Esq.
**DAVIS & GILBERT LLP**

14

1740 Broadway
New York, NY 10019

15

16

Kien C. Tiet, Esq.

17

**STERN AND GOLDBERG**
6345 Balboa Boulevard, Suite 200

18

Encino, CA 91316

19

20

21

22

23

24

25

26

27

28