UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - TRIAL**

| | |
|---|---|
| Case No. | CV 04-09049 SGL(RNBx) |
| Title: | CARTER BRYANT -v- MATTEL, INC. |
| Date | June 18, 2008 |

Present: The Honorable  STEPHEN G. LARSON, UNITED STATES DISTRICT JUDGE

| Jim Holmes/Gina Guzman | Theresa Lanza, CSR (A.M.) / Mark Schweitzer (P.M.) |
|---|---|
| *Courtroom Deputy Clerk* | *Court Reporters* |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendants: |
|---|---|
| John B. Quinn<br>William Price<br>Michael T. Zeller | Thomas J. Nolan<br>Lauren E. Aguiar<br>Matthew Sloan<br><br>Attorney for Carter Bryant:<br>Matthew Werdergar |

___ Day Court Trial    15th Day Jury Trial

___ One day trial:    ___ Begun (1st day);    ___ Held & Continued;    ___ Completed by jury verdict/submitted to court.

___ The Jury is impaneled and sworn.
___ Opening statements made by
√ Witnesses called, sworn and testified.    √ Exhibits identified.    √ Exhibits admitted.
___ Plaintiff(s) rest.    ___ Defendant(s) rest.
___ Closing arguments made by ___ plaintiff(s) ___ defendant(s). ___ Court instructs jury.
___ Bailiff(s) sworn.    ___ Jury retires to deliberate.    ___ Jury resumes deliberations.
___ Jury Verdict in favor of ___ plaintiff(s) ___ defendant(s) is read and filed.
___ Jury polled.    ___ Polling waived.
___ Filed Witness & Exhibit Lists    ___ Filed jury notes.    ___ Filed jury instructions.
___ Judgment by Court for ___ plaintiff(s) ___ defendant(s).
___ Findings, Conclusions of Law & Judgment to be prepared by ___ plaintiff(s) ___ defendant(s).
___ Case submitted.    Briefs to be filed by ___
___ Motion to dismiss by ___ is ___ granted. ___ denied. ___ submitted.
___ Motion for mistrial by ___ is ___ granted. ___ denied. ___ submitted.
___ Motion for Judgment/Directed Verdict by ___ is ___ granted. ___ denied. ___ submitted.
___ Settlement reached and placed on the record.
___ Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberation/findings.
___ Counsel stipulate to the return of exhibits upon the conclusion of trial. Exhibit Release Form prepared and filed.
___ Trial subpoenaed documents returned to subpoenaing party.
√ Case continued to   to 6/20/08, trial resumes at 9:00 am; Counsel to report at 8:45 a.m. for bench conference, if needed.
√ Other:

6/40 : ___

Initials of Deputy Clerk   jh

cc: