SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue, Suite 3400
Los Angeles, CA 90071-3144
Tel.: (213) 687-5000 / Fax: (213) 687-5600:
(tnolan@skadden.com)
Attorneys for MGA Entertainment, Inc., et al.

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| CARTER BRYANT, an individual | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | CV 04-9049 SGL (RNBx) |
| v. | |
| MATTEL, INC., a Delaware corporation | NOTICE OF MANUAL FILING |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 06-07 and Local Rule 5-4 the following document(s) or item(s) will be manually filed.

**List Documents:**
(1) MGA Defendants' Opposition to Mattel's Renewed Motion for Order Compelling Production of Communications Purportedly Made in Furtherance of Alleged Crimes and Frauds; (2) Declaration of Bernard Shek in Support of MGA Defendants' Opposition to Mattel's Renewed Motion for Order Compelling Production of Communications Purportedly Made in Furtherance of Alleged Crimes and Frauds; (3) Proof of Service; (4) Application to File Under Seal MGA Defendants' Opposition to Mattel's Renewed Motion for Order Compelling Production of Communications Purportedly Made in Furtherance of Alleged Crimes and Frauds and Declaration of Bernard Shek in Support Thereof; (5) [Proposed] Order to File Under Seal MGA Defendants' Opposition to Mattel's Renewed Motion for Order Compelling Production of Communications Purportedly Made in Furtherance of Alleged Crimes and Frauds and Declaration of Bernard Shek in Support Thereof

**Document Description:**

- ☐ Administrative Record
- ☒ Exhibits
- ☐ Ex Parte Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act (pursuant to Local Rule 79-5 .4(h)
- ☒ Other

**Reason:**

- ☒ Under Seal
- ☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
- ☐ Electronic versions are not available to filer
- ☐ Per Court order dated _____
- ☐ Manual Filing required *(reason):*

June 19, 2008                                                         Thomas J. Nolan

G-92 (02/07)                            NOTICE OF MANUAL FILING                    American LegalNet, Inc.
                                                                                    www.FormsWorkflow.com

| Date | Attorney Name |
|---|---|
| | MGA ENTERTAINMENT, INC., et al. |
| | Party Represented |

Note: File one Notice in each case, each time you manually file document(s).

G-92 (02/07)          **NOTICE OF MANUAL FILING**

American LegalNet, Inc.
www.FormsWorkflow.com