THOMAS J. NOLAN (Bar No. 66992)
(tnolan@skadden.com)
LAUREN AGUIAR (Admitted Pro Hac Vice)
(laguiar@skadden.com)
CARL ALAN ROTH (Bar No. 151517)
(croth@skadden.com)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue, Suite 3400
Los Angeles, CA 90071
Tel.: (213) 687-5000/Fax: (213) 687-5600

Attorneys for MGA Entertainment, Inc., MGA Entertainment (HK) Limited, and Isaac Larian

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>               Plaintiff,<br><br>    v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>              Defendant.<br><br>AND CONSOLIDATED ACTIONS. | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with Case No. 04-9059 and Case No. 05-2727<br><br>Honorable Stephen G. Larson<br><br>MGA PARTIES' SECOND REVISED [PROPOSED] PHASE 1-A SPECIAL VERDICT FORM |

**QUESTION NO. 1:**

**Ownership of Drawings**

a) Has Mattel proven by a preponderance of the evidence that Carter Bryant conceived of the idea for and drew the initial master drawings of the Bratz characters while Mr. Bryant was employed by Mattel?

☐ YES

or

☐ NO

1

MGA Parties' Second Revised [Proposed] Spec. Verdict Forms– Case No. CV 04-9049 SGL (RNBx)

**QUESTION NO. 2:**

**Intentional Interference with Contract**

a) Has Mattel proven by a preponderance of the evidence that either MGA or Isaac Larian approached Carter Bryant and induced him to breach his contract with Mattel?

As to MGA:

☐ YES

or

☐ NO

As to Isaac Larian:

☐ YES

or

☐ NO

(If NO to both, please proceed to QUESTION NO. 3)

b) Has Mattel proven by a preponderance of the evidence that MGA or Isaac Larian were aware of the material terms of the contract between Carter Bryant and Mattel?

As to MGA:

☐ YES

or

☐ NO

As to Isaac Larian:

☐ YES

or

☐ NO

(If NO to both, please proceed to QUESTION NO. 3)

**QUESTION NO. 2** *(continued)***:**

c) Has Mattel proven by a preponderance of the evidence that Carter Bryant breached his contract with Mattel?

☐ YES

or

☐ NO

(If NO, please proceed to QUESTION NO. 3)

d) Has Mattel proven by a preponderance of the evidence that Mattel suffered any harm by Carter Bryant's breach of his contract with Mattel?

☐ YES

or

☐ NO

(If NO, please proceed to QUESTION NO. 3)

3

MGA Parties' Second Revised [Proposed] Spec. Verdict Forms– Case No. CV 04-9049 SGL (RNBx)

**QUESTION NO. 2** *(continued)*:

e)  Has Mattel proven by a preponderance of the evidence that either MGA or Isaac Larian, by entering into an agreement with Carter Bryant, was a substantial factor in any harm suffered by Mattel from Carter Bryant's breach of his contract with Mattel?

As to MGA:

☐ YES

or

☐ NO

As to Isaac Larian:

☐ YES

or

☐ NO

(If NO to both, please proceed to QUESTION NO. 3)

f)  Has Mattel proven by a preponderance of the evidence that either MGA or Isaac Larian were certain that they were contracting for something that belonged to Mattel when MGA contracted with Bryant for the rights to Bratz?

As to MGA:

☐ YES

or

☐ NO

As to Isaac Larian:

☐ YES

or

☐ NO

**QUESTION NO. 3:**

**Conversion**

a) Has Mattel proven by a preponderance of the evidence that, under its contract with Carter Bryant, it owns any of Mr. Bryant's Bratz drawings?

☐ YES

or

☐ NO

(If NO, please proceed to QUESTION NO. 4)

b) Has Mattel proven by a preponderance of the evidence that either MGA or Isaac Larian intentionally prevented Mattel from having access to any of Carter Bryant's drawings, or destroyed those drawings?

As to MGA:

☐ YES

or

☐ NO

As to Isaac Larian:

☐ YES

or

☐ NO

(If NO to both, please proceed to QUESTION NO. 4)

c) Has Mattel proven by a preponderance of the evidence that it suffered any harm as a result of any of the above conduct?

☐ YES

or

☐ NO

**QUESTION NO. 3** *(continued)*:

d) Has Mattel proven by a preponderance of the evidence that either MGA or Isaac Larian's conduct was a substantial factor in any harm suffered by Mattel?

As to MGA:

☐ YES

or

☐ NO

As to Isaac Larian:

☐ YES

or

☐ NO

**QUESTION NO. 4:**

**Aiding and Abetting Breach of Fiduciary Duty Other Than to Maintain the Confidentiality of Information Provided to Him by Mattel**

a) Has Mattel proven by a preponderance of the evidence that Carter Bryant expressly agreed to assume a fiduciary duty to Mattel <u>other than</u> to maintain the confidentiality of information provided to him by Mattel?

☐ YES

or

☐ NO

(If NO, please proceed to QUESTION NO. 5)

b) Has Mattel proven by a preponderance of the evidence that Carter Bryant breached the fiduciary duty that you found in QUESTION 4(a)?

☐ YES

or

☐ NO

(If NO, please proceed to QUESTION NO. 5)

c) Has Mattel proven by a preponderance of the evidence that Mattel suffered any harm while Carter Bryant was employed at Mattel as a result of the breach of the fiduciary duty that you found in QUESTION NO. 4(b)?

☐ YES

or

☐ NO

(If NO, please proceed to QUESTION NO. 5)

7

MGA Parties' Second Revised [Proposed] Spec. Verdict Forms– Case No. CV 04-9049 SGL (RNBx)

**QUESTION NO. 4** *(continued)*:

d) Has Mattel proven by a preponderance of the evidence that either MGA or Isaac Larian was aware of Carter Bryant's breach of the fiduciary duty you found in QUESTION NO. 4(b)?

As to MGA:

☐ YES

or

☐ NO

As to Isaac Larian:

☐ YES

or

☐ NO

(If NO to both, please proceed to QUESTION NO. 5)

e) Has Mattel proven by a preponderance of the evidence that either MGA or Isaac Larian made a conscious decision to participate in wrongful activity designed to assist Carter Bryant's breach of the fiduciary duty to Mattel that you found in QUESTION NO. 4(b)?

As to MGA:

☐ YES

or

☐ NO

As to Isaac Larian:

☐ YES

or

☐ NO

**QUESTION NO. 5:**

**<u>Aiding and Abetting Breach of Fiduciary Duty to Maintain the Confidentiality of Information Provided to Him by Mattel</u>**

a) Has Mattel proven by a preponderance of the evidence that Carter Bryant expressly agreed to assume a fiduciary duty to Mattel to maintain the confidentiality of information provided to him by Mattel?

☐ YES

or

☐ NO

(If NO, please proceed to QUESTION NO. 6)

b) Has Mattel proven by a preponderance of the evidence that Carter Bryant breached his fiduciary duty to maintain the confidentiality of information provided to him by Mattel?

☐ YES

or

☐ NO

(If NO, please proceed to QUESTION NO. 6)

c) Has Mattel proven by a preponderance of the evidence that Mattel suffered any harm while Carter Bryant was employed at Mattel as a result of the breach of the fiduciary duty that you found in QUESTION NO. 5(b)?

☐ YES

or

☐ NO

(If NO, please proceed to QUESTION NO. 6)

**QUESTION NO. 5** *(continued)*:

d) Has Mattel proven by a preponderance of the evidence that either MGA or Isaac Larian was aware of Carter Bryant's breach of the fiduciary duty you found in QUESTION NO. 5(b)?

As to MGA:

☐ YES

or

☐ NO

As to Isaac Larian:

☐ YES

or

☐ NO

(If NO to both, please proceed to QUESTION NO. 6)

e) Has Mattel proven by a preponderance of the evidence that either MGA or Isaac Larian made a conscious decision to participate in wrongful activity designed to assist Carter Bryant's breach of the fiduciary duty to Mattel that you found in QUESTION NO. 5(b)?

As to MGA:

☐ YES

or

☐ NO

As to Isaac Larian:

☐ YES

or

☐ NO

**QUESTION NO. 6:**

**<u>Aiding and Abetting Breach of Duty of Loyalty Other Than Not Entering Into a Contract with Another Company While Employed at Mattel</u>**

a) Has Mattel proven by a preponderance of the evidence that Carter Bryant expressly agreed to assume a duty of loyalty <u>other than</u> not entering into a contract with another company while employed at Mattel?

☐ YES

or

☐ NO

(If NO, please proceed to QUESTION NO. 7)

b) Has Mattel proven by a preponderance of the evidence that Carter Bryant breached the duty of loyalty that you found in QUESTION NO. 6(a)?

☐ YES

or

☐ NO

(If NO, please proceed to QUESTION NO. 7)

c) Has Mattel proven by a preponderance of the evidence that Mattel suffered any harm while Carter Bryant was employed at Mattel as a result of the breach of the duty of loyalty that you found in QUESTION NO. 6(b)?

☐ YES

or

☐ NO

(If NO, please proceed to QUESTION NO. 7)

d) Has Mattel proven by a preponderance of the evidence that either MGA or Isaac Larian was aware of Carter Bryant's breach of the duty of loyalty to Mattel?

As to MGA:

☐ YES

or

☐ NO

As to Isaac Larian:

☐ YES

or

☐ NO

(If NO to both, please proceed to QUESTION NO. 7)

e) Has Mattel proven by a preponderance of the evidence that either MGA or Isaac Larian made a conscious decision to participate in wrongful activity designed to assist Carter Bryant's breach of the duty of loyalty to Mattel?

As to MGA:

☐ YES

or

☐ NO

As to Isaac Larian:

☐ YES

or

☐ NO

**QUESTION NO. 7:**

**Aiding and Abetting Breach of Duty of Loyalty By Entering Into a Contract with Another Company While Employed at Mattel**

a) Has Mattel proven by a preponderance of the evidence that Carter Bryant expressly agreed to assume a duty of loyalty of not entering into a contract with another company while employed at Mattel?

☐ YES

or

☐ NO

(If NO, please proceed to end, and sign and date the verdict form)

b) Has Mattel proven by a preponderance of the evidence that Carter Bryant breached the duty of loyalty that you found in QUESTION NO. 7(a)?

☐ YES

or

☐ NO

(If NO, please proceed to end, and sign and date the verdict form)

c) Has Mattel proven by a preponderance of the evidence that Mattel suffered any harm while Carter Bryant was employed at Mattel as a result of the breach of the duty of loyalty that you found in QUESTION NO. 7(b)?

☐ YES

or

☐ NO

(If NO, please proceed to end, and sign and date the verdict form)

d) Has Mattel proven by a preponderance of the evidence that either MGA or Isaac Larian was aware of Carter Bryant's breach of the duty of loyalty to Mattel?

As to MGA:

☐ YES

or

☐ NO

As to Isaac Larian:

☐ YES

or

☐ NO

(If NO to both, please proceed to end and sign and date the verdict form)

e) Has Mattel proven by a preponderance of the evidence that either MGA or Isaac Larian made a conscious decision to participate in wrongful activity designed to assist Carter Bryant's breach of the duty of loyalty to Mattel?

As to MGA:

☐ YES

or

☐ NO

As to Isaac Larian:

☐ YES

or

☐ NO

(Please sign and date the verdict form)

_____        _____
        Jury Foreperson                              Date

1  DATED: June 19, 2008

4           SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

6                 By:      /s/ Thomas J. Nolan
                              Thomas J. Nolan
                        Attorneys for the MGA Parties