1 | QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
2 |  johnquinn@quinnemanuel.com
  Michael T. Zeller (Bar No. 196417)
3 |  michaelzeller@quinnemanuel.com
  Jon D. Corey (Bar No. 185066)
4 |  joncorey@quinnemanuel.com
  Timothy L. Alger (Bar No. 160303)
5 |  timalger@quinnemanuel.com
865 South Figueroa Street, 10th Floor
6 | Los Angeles, California  90017-2543
Telephone:   (213) 443-3000
7 | Facsimile:   (213) 443-3100

8 | Attorneys for Mattel, Inc.

9 |                    UNITED STATES DISTRICT COURT

10 |              CENTRAL DISTRICT OF CALIFORNIA

11 |                       EASTERN DIVISION

12 |

13 | CARTER BRYANT, an individual,          CASE NO. CV 04-9049 SGL (RNBx)

14 |                  Plaintiff,            Consolidated with
                                         Case No. CV 04-09059
15 |                                       Case No. CV 05-02727
         vs.
16 |                                       Hon. Stephen G. Larson
    MATTEL, INC., a Delaware
17 | corporation,
                                         **MATTEL, INC.'S SECOND AMENDED**
18 |                  Defendant.           **PROPOSED VERDICT FORMS**

19 |
    AND CONSOLIDATED ACTIONS            **Phase 1:**
20 |
                                         Pre-Trial Conference: May 19, 2008
21 |                                       Trial Date:                 May 27, 2008

22 |

23 |

24 |

25 |

26 |

27 |

28 |

Mattel, Inc. ("Mattel") hereby proposes the following second amended proposed verdict forms for Phases 1A and 1B of the trial in this matter, which are updated to reflect the evidence introduced at trial and reflect the Court's recent rulings regarding the statute of limitations defense.  Mattel's proposed form for Phase 1A is attached behind Tab A.  Mattel's proposed form for Phase 1B is attached behind Tab B.  Mattel requests and reserves the right to amend, modify, withdraw and/or supplement these forms before or during the trial of this matter.

DATED:  June 19, 2008                QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP


                                      By  /s/ Jon D. Corey
                                           Jon D. Corey
                                           Attorneys for Mattel, Inc.

## MATTEL'S PROPOSED VERDICT FORMS

### Verdict Form for Phase 1A

We answer the questions submitted to us as follows:

### Ownership of Inventions

1.      Did Carter Bryant create any Bratz-related drawings, sculpts or other works while employed by Mattel?

        Yes   ____

        No    ____

*If your answer is "yes," then answer Question 2.*

*If your answer is "no," then answer Question 4.*

2.      Which of the following Bratz-related drawings and designs did Carter Bryant create while employed by Mattel?  Place an X or another mark next to each such work:

**Trial Exhibit No.**

Trial Exhibits 3-1, 780                          _____

Trial Exhibits 3-2, 726,                         _____

        727, 728

        Trial Exhibits 3-3,                      _____

1152-20, 11838, 15182

Trial Exhibits 3-4, 540,                         _____

        15103

Trial Exhibits 3-5, 791                          _____

| | |
|---|---|
| 1 | Trial Exhibits 3-6, |
| 2 | 11837, 15184 |


| # | Exhibit | |
|---|---|---|
| 1 | Trial Exhibits 3-6, | _____ |
| 2 | 11837, 15184 | |
| 3 | Trial Exhibits 3-7, 718, | _____ |
| 4 | 719 | |
| 5 | Trial Exhibits 3-8, 789 | _____ |
| 6 | Trial Exhibits 3-9, 788 | _____ |
| 7 | Trial Exhibits 3-10, 735 | _____ |
| 8 | Trial Exhibits 3-12, 792 | _____ |
| 9 | Trial Exhibits 3-13, 793 | _____ |
| 10 | Trial Exhibits 5-79, 721, | _____ |
| 11 | 722 | |
| 12 | Trial Exhibit 5-86 | _____ |
| 13 | Trial Exhibits 5-89, | _____ |
| 14 | 35-2, 323-32, 323-33 | |
| 15 | Trial Exhibit 10033 | _____ |
| 16 | Trial Exhibit 10153 | _____ |
| 17 | Trial Exhibits 1107, | _____ |
| 18 | 10638 | |
| 19 | Trial Exhibits 1108, | _____ |
| 20 | 10639 | |
| 21 | Trial Exhibits 1109, 771 | _____ |
| 22 | Trial Exhibit 1110 | _____ |
| 23 | Trial Exhibit 1-1 | _____ |
| 24 | Trial Exhibit 1-2 | _____ |
| 25 | Trial Exhibit 1-3 | _____ |
| 26 | Trial Exhibit 1-4 | _____ |
| 27 | Trial Exhibit 1-5 | _____ |
| 28 | | |

07209/2540712.6

Case No. CV 04-9049 SGL (RNBx)
MATTEL'S SECOND AMENDED PROPOSED VERDICT FORMS

| | | |
|---|---|---|
| 1 | Trial Exhibit 1-6 | _____ |
| 2 | Trial Exhibit 1-7 | _____ |
| 3 | Trial Exhibit 1-8 | _____ |
| 4 | Trial Exhibit 1-9 | _____ |
| 5 | Trial Exhibit 1-10 | _____ |
| 6 | Trial Exhibit 1-11 | _____ |
| 7 | Trial Exhibit 3-11 | |
| 8 | Trial Exhibits 5-14, | _____ |
| 9 | 10515 | |
| 10 | Trial Exhibits 5-18, | _____ |
| 11 | 10518 | |
| 12 | Trial Exhibits 5-19, | _____ |
| 13 | 10519 | |
| 14 | Trial Exhibits 5-26, 712 | _____ |
| 15 | Trial Exhibits 5-27, 713 | _____ |
| 16 | Trial Exhibits 5-28, | _____ |
| 17 | 10526 | |
| 18 | Trial Exhibits 5-30, | _____ |
| 19 | 10528 | |
| 20 | Trial Exhibit 5-34 | _____ |
| 21 | Trial Exhibit 5-35 | _____ |
| 22 | Trial Exhibits 5-36, 701, | _____ |
| 23 | 702 | |
| 24 | Trial Exhibits 5-37, 703 | _____ |
| 25 | Trial Exhibits 5-38, 762 | _____ |
| 26 | Trial Exhibits 5-39, 523, | _____ |
| 27 | 751, 752 | |
| 28 | | |

| | | |
|---|---|---|
| 1 | Trial Exhibits 5-40, 753, | _____ |
| 2 | 13583 | |
| 3 | Trial Exhibits 5-41, 755 | _____ |
| 4 | Trial Exhibits 5-42, 756 | _____ |
| 5 | Trial Exhibits 5-43, 709 | _____ |
| 6 | Trial Exhibits 5-46, 710 | _____ |
| 7 | Trial Exhibits 5-49, 704 | _____ |
| 8 | Trial Exhibits 5-50, 705 | _____ |
| 9 | Trial Exhibits 5-52, | _____ |
| 10 | 62-1, 624 | |
| 11 | Trial Exhibits 5-53, | _____ |
| 12 | 1152-6, 10534, 15175 | |
| 13 | Trial Exhibits 5-54, | _____ |
| 14 | 62-2, 620, 775 | |
| 15 | Trial Exhibits 5-55, | _____ |
| 16 | 62-3 | |
| 17 | Trial Exhibits 5-56, 764, | _____ |
| 18 | 15176 | |
| 19 | Trial Exhibits 5-57, 776, | _____ |
| 20 | 777 | |
| 21 | Trial Exhibits 5-58, 765, | _____ |
| 22 | 15177 | |
| 23 | Trial Exhibits 5-59, 739 | _____ |
| 24 | Trial Exhibits 5-60, 761 | _____ |
| 25 | Trial Exhibits 5-61, | _____ |
| 26 | 62-4, 796, 1748 | |
| 27 | Trial Exhibits 5-62, | _____ |
| 28 | | |

Case No. CV 04-9049 SGL (RNBx)
MATTEL'S SECOND AMENDED PROPOSED VERDICT FORMS

| | |
|---|---|
| 62-5, 621, 768 | |
| Trial Exhibits 5-63, 758, 759, 760 | _____ |
| Trial Exhibits 5-64, 62-6, 1750 | _____ |
| Trial Exhibits 5-65, 1152-8, 11789 | _____ |
| Trial Exhibits 5-66, 794 | _____ |
| Trial Exhibits 5-67, 62-7, 1152-12, 10535, 15172 | _____ |
| Trial Exhibits 5-68, 62-8, 786, 790, 1751-4 | _____ |
| Trial Exhibits 5-69, 11788 | _____ |
| Trial Exhibits 5-70, 62-9, 623 | _____ |
| Trial Exhibits 5-71, 62-10, 770, 1752-1 | _____ |
| Trial Exhibits 5-72, 1152-16, 10536, 15179 | _____ |
| Trial Exhibits 5-73, 741, 742 | _____ |
| Trial Exhibits 5-74, 62-11, 10537, 15180 | _____ |
| Trial Exhibits 5-75, 62-12, 10538, 15181 | _____ |

07209/2540712.6

| | |
|---|---|
| 1 | Trial Exhibits 5-76, 706 _____ |
| 2 | Trial Exhibits 5-77, 707 _____ |
| 3 | Trial Exhibits 5-78, _____ |
| 4 | 10539, 18501 |
| 5 | Trial Exhibits 5-80, 720 _____ |
| 6 | Trial Exhibits 5-81, 715 _____ |
| 7 | Trial Exhibits 5-82, 723 _____ |
| 8 | Trial Exhibit 5-83 _____ |
| 9 | Trial Exhibits 5-84, 716, _____ |
| 10 | 717 |
| 11 | Trial Exhibit 5-85 _____ |
| 12 | Trial Exhibit 5-87 _____ |
| 13 | Trial Exhibits 5-88, _____ |
| 14 | 35-1 |
| 15 | Trial Exhibit 5-95 _____ |
| 16 | Trial Exhibit 5-96 _____ |
| 17 | Trial Exhibit 5-99 _____ |
| 18 | Trial Exhibit 5-101 _____ |
| 19 | Trial Exhibits 5-102, _____ |
| 20 | 10542 |
| 21 | Trial Exhibits 5-103, _____ |
| 22 | 10543 |
| 23 | Trial Exhibits 5-104, _____ |
| 24 | 10544 |
| 25 | Trial Exhibits 5-105, _____ |
| 26 | 10545 |
| 27 | Trial Exhibits 5-106, _____ |
| 28 | |

| | |
|---|---|
| 10546 | |
| Trial Exhibits 5-107, | _____ |
| 10547 | |
| Trial Exhibits 5-108, | _____ |
| 724, 725 | |
| Trial Exhibits 5-111, | _____ |
| 708 | |
| Trial Exhibit 5-112, | _____ |
| 62-13 | |
| Trial Exhibit 5-113 | _____ |
| Trial Exhibit 5-114 | _____ |
| Trial Exhibits 5-136, | _____ |
| 711 | |
| Trial Exhibit 10-2 | _____ |
| Trial Exhibit 62-14 | _____ |
| Trial Exhibits 62-15, | _____ |
| 1152-1, 10613 | |
| Trial Exhibit 323-18 | _____ |
| Trial Exhibit 323-19 | _____ |
| Trial Exhibit 323-26 | _____ |
| Trial Exhibit 1327 | _____ |
| Trial Exhibit 1328 | _____ |
| Trial Exhibit 10579, | _____ |
| 18281 | |

3.    Which of the following Bratz-related three-dimensional sculpts or works did Carter Bryant create, or direct others to create, while employed by Mattel?  Place an X or another mark next to each such work:

**<u>Trial Exhibit No.</u>**

Prototype doll that                    _____
Bryant testified he
presented to MGA on
Sep. 1, 2000

Trial Exhibit 537                      _____
Trial Exhibit 1105                     _____
Trial Exhibit 1136                     _____
Trial Exhibit 1141                     _____
Trial Exhibit 1234                     _____

4.      Did Bryant conceive the idea for the name "Bratz" while employed by Mattel?

Yes    ____

No     ____

5.      Did Bryant conceive the idea for a line of dolls called "Bratz" while employed by Mattel?

Yes    ____

No     ____

**<u>Intentional Interference with Contractual Relations</u>**

6.      Is MGA Entertainment, Inc. ("MGA") liable to Mattel for intentional interference with contractual relations?

Yes    ____

No     ____

1    7.    Is Isaac Larian liable to Mattel for intentional interference with
2  contractual relations?

3              Yes    ____

4              No     ____

5

6          **Aiding and Abetting Breach of Fiduciary Duty**

7    8.    Is MGA liable to Mattel for aiding and abetting breach of fiduciary

8  duty?

9              Yes    ____

10             No     ____

11

12   9.    Is Isaac Larian liable to Mattel for aiding and abetting breach of

13  fiduciary duty?

14             Yes    ____

15             No     ____

16

17       **Aiding and Abetting Breach of the Duty of Loyalty**

18   10.   Is MGA liable to Mattel for aiding and abetting breach of the duty of

19  loyalty?

20             Yes    ____

21             No     ____

22

23   11.   Is Isaac Larian liable to Mattel for aiding and abetting breach of the

24  duty of loyalty?

25             Yes    ____

26             No     ____

27

28

1

**<u>Conversion</u>**

2   12.   Is MGA liable to Mattel for conversion?

3        Yes   ____

4        No    ____

5

6   13.   Is Isaac Larian liable to Mattel for conversion?

7        Yes   ____

8        No    ____

9

10   14.   Is MGA Entertainment (HK) Limited liable to Mattel for conversion?

11        Yes   ____

12        No    ____

13

14   Once this verdict form is completed, the foreperson of the jury should sign

15   and date on the lines below.

16   DATED: _____, 2008

17

18

19   _____

                    Jury Foreperson

20

21

22

23

24

25

26

27

28

1

### **Verdict Form for Phase 1B**

2

3      We answer the questions submitted to us as follows:

4

5      ### **Copyright Infringement**

6      1.      Is MGA Entertainment, Inc. ("MGA") liable to Mattel for copyright

7   infringement?

8              Yes    ____

9              No     ____

10

11     2.      Is Isaac Larian liable to Mattel for copyright infringement?

12

13             Yes    ____

             No     ____

14

15

16     3.      Is MGA Entertainment (HK) Limited ("MGA HK") liable to Mattel for

     copyright infringement?

17

18             Yes    ____

19             No     ____

20

21     4.      What amount of damages should be awarded to Mattel for the

22   Defendants' copyright infringement?  (Answer all that apply.)

23

             (a)     Copyright Infringement by MGA

24

                     MGA's Profits      $_____

25

26

27

28

1
      (b)     Copyright Infringement by Isaac Larian

2
             Distributions Larian Received from MGA

3
                         $_____

4

5
             Value of Larian's Ownership Percentage of Bratz

6
                         $_____

7

8
      (c)     Copyright Infringement by MGA HK

9
             MGA HK's Profits     $_____

10

11
**Intentional Interference With Contractual Relations**

12
     5.     In Phase 1A of this trial, you found that the Defendant(s) [INSERT

13
NAMES] is/are liable to Mattel for intentional interference with contractual

14
relations.  What amount of damages should be awarded to Mattel?

15

16
     $_____

17

18
**Aiding and Abetting Breach of Fiduciary Duty**

19
     6.     In Phase 1A of this trial, you found that the Defendant(s) [INSERT

20
NAMES] is/are liable to Mattel for aiding and abetting Carter Bryant's breach of

21
fiduciary duty.  What amount of damages should be awarded to Mattel?

22

23
     $_____

24

25

26

27

28

**Aiding and Abetting Breach of the Duty of Loyalty**

7.　In Phase 1A of this trial, you found that the Defendant(s) [INSERT NAMES] is/are liable to Mattel for aiding and abetting Carter Bryant's breach of the duty of loyalty.  What amount of damages should be awarded to Mattel?

$_____

**Conversion**

8.　In Phase 1A of this trial, you found that the Defendant(s) [INSERT NAMES] is/are liable to Mattel for conversion.  What amount of damages should be awarded to Mattel?

$_____

**Punitive Damages**

9.　Did MGA Entertainment act with malice, oppression, or fraud?

　　　Yes　____

　　　No　　____

*If your answer is "yes," then answer Question 10.*

*If your answer is "no," then answer Question 11.*

10.　What amount of punitive damages should be awarded against MGA Entertainment, if any?

$_____

11.　Did Isaac Larian act with malice, oppression, or fraud?

Yes   ____

No   ____

*If your answer is "yes," then answer Question 12.*

*If your answer is "no," then answer Question 13.*

12.   What amount of punitive damages should be awarded against Mr. Larian, if any?

$_____

13.   Did MGA HK act with malice, oppression, or fraud?

Yes   ____

No   ____

*If your answer is "yes," then answer Question 14.*

14.   What amount of punitive damages should be awarded against MGA HK, if any?

$_____

## **Fraudulent Concealment**

15.   Did defendants fraudulently conceal the bases for Mattel's claim of intentional interference with contract against them?

Yes   ____

No   ____

16.   Did defendants fraudulently conceal the bases for Mattel's claim of conversion against them?

Yes   ____

No   ____

1    Once this verdict form is completed, the foreperson of the jury should sign

2  and date on the lines below.

3

4  DATED: _____, 2008

5

6

7                                                        _____
                                                                        Jury Foreperson

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-15-