

| | |
|---|---|
| 1 | THOMAS J. NOLAN (Bar No. 66992) |
| | (tnolan@skadden.com) |
| 2 | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP |
| | 300 South Grand Avenue |
| 3 | Los Angeles, CA 90071-3144 |
| | Tel.: (213) 687-5000 / Fax: (213) 687-5600 |
| 4 | |
| | RAOUL D. KENNEDY (Bar No. 40892) |
| 5 | (rkennedy@skadden.com) |
| | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP |
| 6 | 4 Embarcadero Center, 38th Floor |
| | San Francisco, CA 94111-5974 |
| 7 | Tel.: (415) 984-6400 / Fax: (415) 984-2698 |
| 8 | Attorneys for MGA Entertainment, Inc., MGA Entertainment (HK) Limited, MGAE de Mexico, S.R.L. DE C.V., and Isaac Larian |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARTER BRYANT, an individual, | CASE NO. CV 04-9049 SGL (RNBx) |
| Plaintiff, | Consolidated with Case No. 04-9059 and Case No. 05-2727 |
| v. | APPLICATION TO FILE UNDER SEAL MGA DEFENDANTS' OPPOSITION TO MATTEL'S RENEWED MOTION FOR ORDER COMPELLING PRODUCTION OF COMMUNICATIONS PURPORTEDLY MADE IN FURTHERANCE OF ALLEGED CRIMES AND FRAUDS AND DECLARATION OF BERNARD SHEK IN SUPPORT THEREOF |
| MATTEL, INC., a Delaware corporation, | |
| Defendant. | |
| AND CONSOLIDATED ACTIONS | |
| | Judge: Hon. Stephen G. Larson |

Application To File Under Seal
Case No. CV 04-9049 SGL (RNBx)

Pursuant to Local Rule 79-5.1 and the Stipulated Protective Order entered by the Court in this action, MGA Entertainment, Inc. ("MGA"), Isaac Larian ("Mr. Larian" or "Larian"), MGA Entertainment (HK) Limited ("MGA HK"), and MGAE de Mexico S.R.L. de C.V. ("MGA Mexico") (collectively, the "MGA Parties") hereby respectfully request that the Court order the following documents be filed under seal: (1) MGA Defendants' Opposition to Mattel's Renewed Motion for Order Compelling Production of Communications Purportedly Made in Furtherance of Alleged Crimes and Frauds, and (2) Declaration of Bernard Shek in support thereof. Good cause exists for filing these documents under seal because certain exhibits attached to the declaration have been designated as "Confidential" or "Confidential—Attorneys' Eyes Only" pursuant to the Protective Order, and the trial brief references these exhibits.

DATED: June 19, 2008

SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP

By: _Thomas Nolan (APo)_
Thomas J. Nolan

Attorneys for MGA Entertainment, Inc., Isaac Larian, MGA Entertainment (HK) Limited, and MGAE de Mexico S.R.L. de C.V