THOMAS J. NOLAN (Bar No. 66992)
(tnolan@skadden.com)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue
Los Angeles, CA 90071-3144
Tel.: (213) 687-5000 / Fax: (213) 687-5600

RAOUL D. KENNEDY (Bar No. 40892)
(rkennedy@skadden.com)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
4 Embarcadero Center, 38th Floor
San Francisco, CA 94111-5974
Tel.: (415) 984-6400 / Fax: (415) 984-2698

Attorneys for MGA Entertainment, Inc., MGA Entertainment (HK) Limited, MGAE de Mexico, S.R.L. DE C.V., and Isaac Larian

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARTER BRYANT, an individual, | CASE NO. CV 04-9049 SGL (RNBx) |
| Plaintiff, | Consolidated with Case No. 04-9059 and Case No. 05-2727 |
| v. | [PROPOSED] ORDER TO FILE UNDER SEAL MGA DEFENDANTS' OPPOSITION TO MATTEL'S RENEWED MOTION FOR ORDER COMPELLING PRODUCTION OF COMMUNICATIONS PURPORTEDLY MADE IN FURTHERANCE OF ALLEGED CRIMES AND FRAUDS AND DECLARATION OF BERNARD SHEK IN SUPPORT THEREOF |
| MATTEL, INC., a Delaware corporation, | |
| Defendant. | |
| AND CONSOLIDATED ACTIONS | |

## ORDER

Based on the MGA Parties' Application to File Under Seal, and good cause appearing for the entry thereof, IT IS HEREBY ORDERED that the following documents be filed under seal pursuant to Local Rule 79-5.1: (1) MGA Defendants' Opposition to Mattel's Renewed Motion for Order Compelling Production of Communications Purportedly Made in Furtherance of Alleged Crimes and Frauds, and (2) Declarations of Bernard Shek in support thereof.

DATED: ___JUN 19 2008___, 2008

/s/ Larson

Hon. Stephen G. Larson
United States District Court Judge