QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
John B. Quinn (Bar No. 090378)
(johnquinn@quinnemanuel.com)
Michael T. Zeller (Bar No. 196417)
(michaelzeller@quinnemanuel.com)
Jon D. Corey (Bar No. 185066)
(joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with<br>Case Nos. CV 04-09059 & CV 05-2727<br><br>[~~PROPOSED~~] ORDER GRANTING MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL OPPOSITION TO MGA PARTIES' MOTION FOR LIMITED DISCOVERY, AND CROSS-MOTION FOR ISSUE PRECLUSION<br><br>Hearing Date:  August 4, 2008<br>Time:  10:00 a.m.<br>Place:  Courtroom 1<br><br>**Phase 1:**<br>Pre-trial Conference:  May 19, 2008<br>Trial Date:  May 27, 2008 |

## [~~PROPOSED~~] ORDER

Based on the concurrently filed Mattel, Inc.'s Application to File Under Seal Opposition to MGA Parties' Motion for Limited Discovery, and Cross-Motion for Issue Preclusion,

IT IS HEREBY ORDERED:

Mattel Inc.'s Opposition to MGA Parties' Motion For Limited Discovery, and Cross-Motion For Issue Preclusion, the Declaration of Michael T. Zeller in Support, the Declaration of Richard de Anda in Support, and the Declaration of Donald Moon in Support, are ORDERED filed under seal pursuant to Local Rule 79-5.1.

DATED:  JUN 18 2008 , 2008  _____
Hon. Stephen G. Larson
United States District Judge

## PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is Now Legal Service, 1301 W. 2nd Street, Suite 206, Los Angeles, CA 90026.

On June 16, 2008, I served true copies of the following document(s) described as **[PROPOSED] ORDER GRANTING MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL OPPOSITION TO MGA PARTIES' MOTION FOR LIMITED DISCOVERY, AND CROSS-MOTION FOR ISSUE PRECLUSION** on the parties in this action as follows:

Thomas Nolan, Esq.
**Skadden, Arps, Slate, Meagher & Flom LLP**
300 So. Grand Ave.
Suite 3400
Los Angeles CA 90071

**BY PERSONAL SERVICE:** I delivered such envelope(s) by hand to the office of the person(s) being served.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on June 16, 2008, at Los Angeles, California.

_____
NOW LEGAL -- Dave Quintana

07209/2490733.1