QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:  (213) 443-3000
Facsimile:   (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>　　　　Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with Case No. CV 04-09059 and Case No. CV 05-02727<br><br>Hon. Stephen G. Larson<br><br>**NOTICE OF ERRATA RE MATTEL, INC.'S [PUBLIC REDACTED] NOTICE OF MOTION AND MOTION FOR AN ORDER COMPELLING PRODUCTION OF E-MAILS IN FURTHERANCE OF CRIMES AND FRAUDS**<br><br>**Phase 1**<br>Pre-Trial Conference:　May 19, 2008<br>Trial Date:　　　　　　　May 27, 2008 |

-1-
NOTICE OF ERRATA RE MATTEL INC.'S NOTICE OF MOTION AND MOTION COMPELLING PRODUCTION OF EMAILS IN FURTHERANCE OF CRIMES AND FRAUDS

1

2  TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

3        PLEASE TAKE NOTICE that in the [Public Redacted] Notice of Motion and Motion for an Order Compelling Production of Communications in Furtherance of Crimes and Frauds ("Motion"), electronically filed with the Court on May 23, 2007, at page 1, line 7 the word "Revised" was inadvertently omitted from a document title.  Instead of "MGA's January 23, 2008 Privilege Log," the correct title is "MGA's Revised January 23, 2008 Privilege Log."  The same mistake also occurred in footnote 29, at page 4 of the Memorandum of Points and Authorities in support of the Motion.  Also, two digits were transposed on page 20, line 3.  "Entry No. 347" should have been "Entry No. 374."  Finally, at page 20, line 5 and page 1, line 10 "Entry No. 91" should have been "Entry No. 92."  Attached as Exhibit A is the corrected Motion.

DATED:  June 20, 2008        QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

                                    By */s/ B. Dylan Proctor*
                                         B. Dylan Proctor
                                         Attorneys for Mattel, Inc.