THOMAS J. NOLAN (Bar No. 66992)
(tnolan@skadden.com)
JASON D. RUSSELL (Bar No. 169219)
(jrussell@skadden.com)
MARINA V. BOGORAD (Bar No. 217524)
(mbogorad@skadden.com)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue, Suite 3400
Los Angeles, CA 90071
Tel.: (213) 687-5000/Fax: (213) 687-5600

RAOUL D. KENNEDY (Bar No. 40892)
(rkennedy@skadden.com)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
4 Embarcadero Center, Suite 3800
San Francisco, CA 94111-5974
Tel.: (415) 984-2698 / Fax: (415) 984-2626

Attorneys for MGA Entertainment, Inc., MGA Entertainment (HK) Limited, MGAE de Mexico, S.R.L. DE C.V., and Isaac Larian

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with Case No. 04-9059 and Case No. 05-2727<br><br>Honorable Stephen G. Larson<br><br>**ORDER DENYING THE MGA PARTIES' REQUEST TO WITHDRAW DOCKET ENTRIES 3956 AND 3957** |

1
2
## ORDER

3   MGA filed a request to withdraw filings designated as docket #3956 (Notice of
4 Manual Filing) and #3957 (Ex Parte Application).  As set forth elsewhere on the record,
5 these filings revealed certain information that had been ordered by the Court to remain
6 sealed.  The Court **DENIES** the request to withdraw the filings designated as docket
7 #3956 and #3957.  These filings shall instead be maintained under seal.
8 DATED:  June 20, 2008

*S.G. Larson*

Hon. Stephen G. Larson
United States District Court Judge