QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
John B. Quinn (Bar No. 090378)
  johnquinn@quinnemanuel.com
Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100
**Attorneys for Plaintiff Mattel, Inc.**

THOMAS J. NOLAN (Bar No. 66992)
(tnolan@skadden.com)
JASON D. RUSSELL (Bar No. 169219)
(jrussell@skadden.com)
MARINA V. BOGORAD (Bar No. 217524)
(mbogorad@skadden.com)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue, Suite 3400
Los Angeles, CA 90071
Tel.: (213) 687-5000/Fax: (213) 687-5600

RAOUL D. KENNEDY (Bar No. 40892)
(rkennedy@skadden.com)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
4 Embarcadero Center, Suite 3800
San Francisco, CA 94111-5974
Tel.: (415) 984-2698 / Fax: (415) 984-2626
**Attorneys for MGA Entertainment, Inc., MGA Entertainment (HK) Limited, MGAE de Mexico, S.R.L. DE C.V., and Isaac Larian**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>   Plaintiff,<br><br>   vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>   Defendant. | Case No. CV 04-09049 SGL (RNBx)<br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>Hon. Stephen G. Larson<br><br>STIPULATION REGARDING ZIP DISK LABELED "BRATZ" |
| AND CONSOLIDATED CASES | **Phase 1:**<br>Pre-trial Conference: May 19, 2008<br>Trial Date: May 27, 2008 |

07209/2548365.1

STIPULATION RE: ZIP DISK LABELED "BRATZ"

# **STIPULATION**

WHEREAS, pursuant to her discovery obligations and in response to a subpoena served by Mattel, Anaelise Cloonan, a non-party, located and produced to Mattel a Zip Disk labeled "Bratz" (the "Zip Disk"), which is currently marked for identification as Trial Ex. No. 13648,

WHEREAS, MGA Entertainment, Inc., MGA Entertainment (HK) Ltd. and Isaac Larian (collectively, "MGA") and Mattel (together, the "Parties") believe they may be able to resolve custodial issues relating to the Zip Disk without calling Ms. Cloonan to testify in person at trial,

NOW, THEREFORE, the Parties, by and through their counsel of record, hereby agree as follows:

1. The Zip Disk (TX 13648) should be entered into evidence in this action.

2. The following facts are undisputed, and should be read to the jury:

a. Anaelise Cloonan and Carter Bryant were roommates from approximately January 1999 through at least September 1999.

b. In connection with this matter, Ms. Cloonan found a Zip Disk with the handwritten label of "Bratz" on it.

c. Ms. Cloonan has no specific recollection of the Zip Disk or of ever deleting or otherwise removing any files from that Zip Disk.

d. The handwriting on the Zip Disk label is not Ms. Cloonan's.

e. In April or May 2005, Ms. Cloonan gave the Zip Disk to her attorney, Larry McFarland, at the law firm of Keats McFarland & Wilson LLP.

f. A copy of that Zip Disk was subsequently provided to Mattel's forensic consultants for review and analysis on November 29, 2007.

IT IS SO STIPULATED.

DATED: June 20, 2008          QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

                              By     / s / B. Dylan Proctor
                                  B. Dylan Proctor
                                  Attorneys for Plaintiff Mattel, Inc.


DATED: June 20, 2008          SKADDEN ARPS SLATE MEAGHER & FLOM, LLP

                              By     / s / Carl A. Roth
                                  Carl A. Roth
                                  Attorneys for MGA Entertainment, Inc.,
                                  Isaac Larian, and MGA Entertainment
                                  (HK) Ltd.