QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  johnquinn@quinnemanuel.com
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100
**Attorneys for Plaintiff Mattel, Inc.**

THOMAS J. NOLAN (Bar No. 66992)
(tnolan@skadden.com)
JASON D. RUSSELL (Bar No. 169219)
(jrussell@skadden.com)
MARINA V. BOGORAD (Bar No. 217524)
(mbogorad@skadden.com)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue, Suite 3400
Los Angeles, CA 90071
Tel.: (213) 687-5000/Fax: (213) 687-5600

RAOUL D. KENNEDY (Bar No. 40892)
(rkennedy@skadden.com)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
4 Embarcadero Center, Suite 3800
San Francisco, CA 94111-5974
Tel.: (415) 984-2698 / Fax: (415) 984-2626
**Attorneys for MGA Entertainment, Inc., MGA Entertainment (HK) Limited, MGAE de Mexico, S.R.L. DE C.V., and Isaac Larian**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual, | CASE NO. CV 04-9049 SGL (RNBx) |
| Plaintiff, | Consolidated with Case No. 04-9059 and Case No. 05-2727 |
| v. | Honorable Stephen G. Larson |
| MATTEL, INC., a Delaware corporation, | **[PROPOSED] ORDER RE: STIPULATION REGARDING ZIP DISK LABELED "BRATZ"** |
| Defendant. | |
| AND CONSOLIDATED ACTIONS | |

# ORDER

Having considered the parties' Stipulation Regarding Zip Disk Labeled "Bratz" (the "Stipulation"), and for good cause shown:

**IT IS HEREBY ORDERED:**

1. The Zip Disk (TX 13648) should be entered into evidence in this action.

2. The following facts are undisputed, and should be read to the jury:

    a. Anaelise Cloonan and Carter Bryant were roommates from approximately January 1999 through at least September 1999.

    b. In connection with this matter, Ms. Cloonan found a Zip Disk with the handwritten label of "Bratz" on it.

    c. Ms. Cloonan has no specific recollection of the Zip Disk or of ever deleting or otherwise removing any files from that Zip Disk.

    d. The handwriting on the Zip Disk label is not Ms. Cloonan's.

    e. In April or May 2005, Ms. Cloonan gave the Zip Disk to her attorney, Larry McFarland, at the law firm of Keats McFarland & Wilson LLP.

    f. A copy of that Zip Disk was subsequently provided to Mattel's forensic consultants for review and analysis on November 29, 2007.

**IT IS SO ORDERED.**

DATED: June __, 2008

_____
Hon. Stephen G. Larson
United States District Court Judge