THOMAS J. NOLAN (Bar No. 66992)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue, Suite 3400
Los Angeles, CA 90071-3144
Tel.: (213) 687-5000 / Fax: (213) 687-5600:
tnolan@skadden.com
Attorneys for The MGA Parties

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARTER BRYANT, an individual<br><br>PLAINTIFF(S)<br>v.<br>MATTEL, INC., a Delaware corporation<br><br>DEFENDANT(S). | CASE NUMBER:<br>CV 04-9049 SGL (RNBx)<br><br>**NOTICE OF MANUAL FILING** |

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 06-07 and Local Rule 5-4 the following document(s) or item(s) will be manually filed.

**List Documents:**
(1) MGA Parties' Ex Parte Application for Motion to Exclude Trial Testimony of Peter Marlow in Phase 1A; (2) Declaration of Jonathan D. Uslaner in Support of MGA Parties' Ex Parte Application for Motion to Exclude Trial Testimony of Peter Marlow in Phase 1A; (3) [Proposed] Order Regarding The MGA Parties Ex Parte Application for Motion to Exclude Trial Testimony of Peter Marlow in Phase 1A (4) MGA Parties' Application to File Under Seal; (5) [Proposed] Order Granting Filing Under Seal; (6) Proof of Service

**Document Description:**

- [ ] Administrative Record
- [x] Exhibits
- [ ] Ex Parte Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act (pursuant to Local Rule 79-5 .4(h)
- [ ] Other

**Reason:**

- [x] Under Seal
- [ ] Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
- [ ] Electronic versions are not available to filer
- [ ] Per Court order dated _____
- [ ] Manual Filing required *(reason)*:

| | |
|---|---|
| June 23, 2008<br>Date | Thomas J. Nolan<br>Attorney Name<br><br>MGA ENTERTAINMENT, INC., et al.<br>Party Represented |

Note:   File one Notice in each case, each time you manually file document(s).

G-92 (02/07)                    NOTICE OF MANUAL FILING

American LegalNet, Inc.
www.FormsWorkflow.com