UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
3470 Twelfth Street, Riverside, CA 92501
<u>CIVIL MINUTES -- GENERAL</u>

Case No.   CV 04-09049 SGL(RNBx)                                     Date: June 20, 2008

Title:      CARTER BRYANT -v- MATTEL, INC.
            AND CONSOLIDATED ACTIONS
=======================================================================
PRESENT:   HONORABLE STEPHEN G. LARSON, UNITED STATES DISTRICT JUDGE

           Jim Holmes                                None Present
           Courtroom Deputy Clerk                    Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:          ATTORNEYS PRESENT FOR DEFENDANTS:

None present                                None present

PROCEEDINGS:   **ORDER DENYING MGA'S MOTION FOR LEAVE TO CONDUCT FURTHER DISCOVERY; ORDER DENYING MATTEL'S CROSS-MOTION FOR ISSUE PRECLUSION**

   For the reason set forth in the Court's concurrently filed, under seal Order, the Court **DENIES** MGA's motion for leave to conduct further discovery and **DENIES** Mattel's cross-motion for issue preclusion.

   IT IS SO ORDERED.

MINUTES FORM 90                                                  Initials of Deputy Clerk: jh
CIVIL -- GEN
                                        1