UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
3470 Twelfth Street, Riverside, CA  92501
<u>CIVIL MINUTES -- GENERAL</u>

Case No.   CV 04-09049 SGL(RNBx)                              Date:  June 20, 2008

Title:        CARTER BRYANT -v- MATTEL, INC.
              AND CONSOLIDATED ACTIONS
======================================================================
PRESENT:   HONORABLE STEPHEN G. LARSON, UNITED STATES DISTRICT JUDGE

         Jim Holmes                                             None Present
         Courtroom Deputy Clerk                          Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:        ATTORNEYS PRESENT FOR DEFENDANTS:

None present                                                   None present

PROCEEDINGS:   (IN CHAMBERS) ORDER RE MOTION TO COMPEL PRODUCTION OF COMMUNICATIONS MADE IN FURTHERANCE OF CRIMES AND FRAUDS

     On June 20, 2008, the Court ordered MGA to submit documents, detailed on the record, for in camera inspection.  MGA did so, and the Court conducted its in camera review.  Based on its review of the clawed-back document, as well as the document submitted for in camera review, the preponderance of the evidence does not support a finding that the sought legal advice in order to further a crime or fraud.  Accordingly, the Court does not order the production of the privileged documents identified on the record.

     Nevertheless, the Court's review revealed that an email from Carter Bryant to Isaac Larian was withheld from production as privileged.  As acknowledged by counsel for MGA, this document, identified as privilege log number 0548, is not privileged and is to be produced to Mattel forthwith.

     IT IS SO ORDERED.

MINUTES FORM 90                                                Initials of Deputy Clerk:  jh
CIVIL -- GEN