**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

CARTER BRYANT

PLAINTIFF(S)

v.

MATTEL, INC.

DEFENDANT(S).

CASE NUMBER:

CV 04-9049 SGL (RNBx)

**NOTICE OF MANUAL FILING**

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 08-02 and Local Rule 5-4 the following document(s) or item(s) will be manually filed.

**List Documents:**

Notice of Motion and Motion of Plaintiff Mattel, Inc. for Order Compelling Production of Communications as to Which MGA has Waived the Attorney-Client Privilege; Decl. of B. Dylan Proctor ISO Motion; [Proposed] Order Granting Motion; App. to File Under Seal; [Proposed] Order re: App.; Proof of Service

**Document Description:**

☐   Administrative Record

☑   Exhibits

☐   Ex Parte Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act (pursuant to Local Rule 79-5.4(h)

☑   Other   Notice of Motion and Motion; [Proposed] Order; Application to File Under Seal; [Proposed] Order re: Application to File Under Seal; Proof of Service

**Reason:**

☑   Under Seal

☐   Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)

☐   Electronic versions are not available to filer

☑   Per Court order dated  January 4, 2005

☐   Manual Filing required (*reason*):

June 24, 2008
Date

B. Dylan Proctor
Attorney Name

Mattel, Inc.
Party Represented

Note:   File one Notice in each case, each time you manually file document(s).