THOMAS J. NOLAN (Bar No. 66992)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue
Los Angeles, CA 90071-3144
Telephone: (213) 687-5000
Facsimile: (213) 687-5600
E-mail: tnolan@skadden.com

RAOUL D. KENNEDY (Bar No. 40892)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
4 Embarcadero Center, 38th Floor
San Francisco, California 94111-5974
Telephone: (415) 984-6400
Facsimile: (415) 984-2698
Email: rkennedy@skadden.com

Attorneys for Counter-Defendants
MGA ENTERTAINMENT, INC., ISAAC LARIAN,
MGA ENTERTAINMENT (HK) LIMITED, and
MGAE de MEXICO S.R.L. de C.V.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual<br><br>          Plaintiff,<br><br>     v.<br><br>MATTEL, INC., a Delaware corporation<br><br>          Defendant.<br><br>Consolidated with MATTEL, INC. v. BRYANT and MGA ENTERTAINMENT, INC. v. MATTEL, INC. | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with Case No. 04-9059 and Case No. 05-2727<br><br>Hon. Stephen G. Larson<br><br>**STIPULATION RE: EXPERT REPORTS AND TESTIMONY RE ELECTRONIC MEDIA OF ISAAC LARIAN, FARHAD LARIAN AND ELISE CLOONAN**<br><br>[Proposed] Order filed concurrently herewith] |

07209/2551595.1

STIPULATION RE EXPERT REPORTS AND TESTIMONY RE ELECTRONIC MEDIA OF ISAAC LARIAN, FARHAD LARIAN AND ELISE CLOONAN
Case No. CV 04-9049 SGL (RNBx)

# STIPULATION

This Stipulation is entered into by and between Mattel, on the one hand, and MGA Entertainment, Inc., Isaac Larian, MGA Entertainment (HK) Limited, and MGAE de Mexico S.R.L. de C.V. (collectively, the "MGA Parties"), on the other hand, with reference to the following:

WHEREAS, on June 9, 2008, Mattel served an Examination Report of 42 LLC concerning forensic examination of certain electronic media of Elise Cloonan (the "Cloonan Report") and a Preliminary Examination Report of 42 LLC concerning forensic examination of certain electronic media of Isaac Larian and Farhad Larian (the "Preliminary Larian Report") (collectively, the "42 LLC Reports");

WHEREAS, with respect to the Preliminary Larian Report, 42 LLC has stated that its analysis is preliminary and that it may supplement the Preliminary Larian Report;

WHEREAS, pursuant to the protocol agreed upon by the parties, the MGA Parties' counsel, Skadden Arps, is currently reviewing certain files extracted from Mr. Larian's hard drives by 42 LLC for responsiveness and privilege (the "Files Under Review");

WHEREAS, on June 9, 2008, Mattel filed a motion for leave to (1) submit the 42 LLC Reports, and (2) call Christopher Pavan of 42 LLC to testify as to the 42 LLC Reports (the "Motion for Leave"); and

WHEREAS, on June 13, 2008, the MGA Parties filed a response to Mattel's Motion for Leave;

THEREFORE, the undersigned parties, through their undersigned counsel, stipulate and agree as follows, subject to the Court's approval:

1.   Any supplement by Mattel to the Preliminary Larian Report shall be served on the MGA Parties no later than June 24, 2008, after which time the

Preliminary Larian Report and any previously-served supplement thereto shall constitute the complete report of 42 LLC concerning forensic examination of certain electronic media of Isaac Larian and Farhad Larian (the "Final Larian Report").

2. To the extent that Skadden Arps deems it appropriate to produce to Mattel any of the Files Under Review ("Produced Files"), the parties agree to meet and confer regarding authentication of any Produced Files that are intended to be used at trial. If the parties are unable to reach agreement regarding authentication of the Produced Files within four (4) court days following their identification by Skadden Arps, the parties may offer testimony at trial from the Expert Witnesses (defined below) regarding authentication, identification, deletion and recovery or inability to recover of such documents, provided that such testimony does not add to or otherwise modify any of the opinions or bases or reasons therefor that are set forth in their previously served expert reports.

3. The MGA Parties shall serve Mattel no later than June 24, 2008, with the disclosures set forth in Fed. R. Civ. P. 26(a)(2)(A) & (B) with respect to any expert testimony that the MGA Parties may offer in response to the Cloonan Report.

4. The deposition, if any, of Mr. Pavan shall be conducted on or before June 26, 2008.

5. The MGA Parties shall serve Mattel no later than July 1, 2008, with the disclosures set forth in Fed. R. Civ. P. 26(a)(2)(A) & (B) with respect to any expert testimony that the MGA Parties may offer in response to the Final Larian Report. To the extent that the Final Larian Report materially modifies or adds to the analysis or findings set forth in the Preliminary Larian Report, the MGA Parties reserve the right to seek an order extending their time to respond.

6. The depositions, if any, of the expert witness(es) disclosed by the MGA Parties pursuant to paragraphs 3 and 5 above (collectively, with Mr. Pavan, the "Expert Witnesses") shall be conducted on or before July 3, 2008.

7.     Discovery with respect to the Expert Witnesses shall be governed by the terms of the Order on Stipulation Re: Expert Discovery for Phase 1, filed March 11, 2008, except that documents responsive to Expert Document Requests to the Expert Witnesses shall be served within two (2) calendar days of the receipt by counsel of the Expert Document Requests.

8.     The parties will work together regarding the scheduling and orderly presentation of any testimony by the Expert Witnesses or a witness or witnesses to admit the Cloonan Zip disk or the documents recovered from the Cloonan Zip disk or to testify regarding the chain of custody of the Cloonan Zip disk, if not resolved by stipulation beforehand.  The parties agree not to object to the testimony of any such witness on the basis that the offering party did not present such witness in its case-in-chief.  If MGA rests before the stipulated expert discovery set forth above is complete, then MGA shall not object to Mattel's presentation of the testimony of the Expert Witnesses on the ground discovery is not complete or that MGA's investigation of the information in the 42 LLC Expert Reports is not complete.  The

*[Remainder of page intentionally left blank]*

07209/2551595.1

-3-

STIPULATION RE EXPERT REPORTS AND TESTIMONY RE ELECTRONIC MEDIA OF ISAAC LARIAN, FARHAD LARIAN AND ELISE CLOONAN
Case No. CV 04-9049 SGL (RNBx)

parties reserve all other objections to the admissibility of testimony by any such witness.

IT IS SO STIPULATED.

DATED: June 24, 2008    SKADDEN ARPS SLATE MEAGHER & FLOM, LLP

By   /s/ Carl A. Roth
   Carl A. Roth
   Attorneys for Counter-Defendants
   MGA ENTERTAINMENT, INC.,
   ISAAC LARIAN, MGA
   ENTERTAINMENT (HK) LIMITED, and
   MGAE de MEXICO S.R.L. de C.V.

DATED: June 24, 2008    QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

By   /s/ Jon D. Corey
   Jon D. Corey
   Attorneys for Plaintiff Mattel, Inc.