ORIGINAL

```
 1  THOMAS J. NOLAN (Bar No. 66992)
    (tnolan@skadden.com)
 2  LAUREN E. AGUIAR (Admitted Pro Hac Vice)
    (laguiar@skadden.com)
 3  SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
    300 South Grand Avenue
 4  Los Angeles, CA 90071-3144
    Tel.: (213) 687-5000 / Fax: (213) 687-5600
 5
    Attorneys for The MGA Parties
 6
 7
 8              UNITED STATES DISTRICT COURT
 9              CENTRAL DISTRICT OF CALIFORNIA
10
11  CARTER BRYANT, an individual,    ) CASE NO. CV 04-9049 SGL (RNBx)
                                     )
12                   Plaintiff,      ) Consolidated with Case No. 04-9059
                                     ) and Case No. 05-2727
13       v.                          )
                                     )
14  MATTEL, INC., a Delaware         ) MGA PARTIES' APPLICATION
    corporation,                     ) TO FILE UNDER SEAL
15                                   )
                     Defendant.      )
16  _____  )
                                     )
17                                   )
                                     )
18  AND CONSOLIDATED ACTIONS         )
                                     )
19                                   )
                                     )
20  _____  )
```

FILED
2008 JUN 23 AM 11:21

Lodged (Proposed)

Application To File Under Seal
Case No. CV 04-9049 SGL (RNBx)

1  Pursuant to Local Rule 79-5.1 and the Stipulated Protective Order entered by the Court in this action, MGA Entertainment, Inc., Isaac Larian, and MGA Entertainment (HK) Limited (collectively, the "MGA Parties") hereby respectfully request that the Court order the following document be filed under seal: MGA Parties' Ex Parte Application for Motion to Exclude Trial Testimony of Peter Marlow in Phase 1A and Declaration of Jonathan D. Uslaner in Support of MGA Parties' Ex Parte Application for Motion to Exclude Trial Testimony of Peter Marlow in Phase 1A. Good cause exists for filing these documents under seal because the memorandum and declaration concerns matters that took place in nonparty Peter Marlow's deposition, the transcript of which has been marked "Confidential – Attorneys' Eyes Only" by the parties pursuant to the Stipulated Protective Order.

DATED: June 23, 2008

SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP

By: _____
Thomas J. Nolan

Attorneys for The MGA Parties