QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:  (213) 443-3000
Facsimile:   (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with<br>Case Nos. CV 04-09059 & CV 05-2727<br><br>Hon. Stephen G. Larson<br><br>MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL MOTION FOR ORDER COMPELLING PRODUCTION OF COMMUNICATIONS AS TO WHICH MGA HAS WAIVED THE ATTORNEY-CLIENT PRIVILEGE AND DECLARATION OF B. DYLAN PROCTOR IN SUPPORT THEREOF<br><br>[[Proposed] Order filed concurrently herewith]<br><br>**Phase 1**<br>Pre-Trial Conference: May 19, 2008<br>Trial Date:                May 27, 2008 |

1 | Pursuant to Local Rule 79-5.1 and the Stipulated Protective Order entered by the Court in this action, Mattel, Inc. ("Mattel") hereby respectfully requests that the Court order filed under seal Mattel's Notice of Motion and Motion for an Order Compelling Production of Communications as to which MGA has Waived the Attorney-Client Privilege ("Motion") and Exhibit B to the Declaration of B. Dylan Proctor in support thereof (collectively "Motion and Proctor Declaration in support thereof").

The Motion and Proctor Declaration in support thereof contain materials that Mattel, MGA or Bryant have designated as "Confidential" or "Confidential--Attorneys' Eyes Only" pursuant to the Protective Order. Accordingly, Mattel requests that the Court order that the Motion and Proctor Declaration in support thereof be filed under seal.

DATED: June 24, 2008

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

By *B. Dylan Proctor* /TJ
B. Dylan Proctor
Attorneys for Mattel, Inc.