QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with<br>Case Nos. CV 04-09059 & CV 05-2727<br><br>Hon. Stephen G. Larson<br><br>MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL MOTION FOR ORDER COMPELLING PRODUCTION OF COMMUNICATIONS AS TO WHICH MGA HAS WAIVED THE ATTORNEY-CLIENT PRIVILEGE AND DECLARATION OF B. DYLAN PROCTOR IN SUPPORT THEREOF<br><br>[[Proposed] Order filed concurrently herewith]<br><br>**Phase 1**<br>Pre-Trial Conference: May 19, 2008<br>Trial Date:             May 27, 2008 |

1  Pursuant to Local Rule 79-5.1 and the Stipulated Protective Order
2  entered by the Court in this action, Mattel, Inc. ("Mattel") hereby respectfully
3  requests that the Court order filed under seal Mattel's Notice of Errata regarding its
4  Motion for an Order Compelling Production of Communications as to which MGA
5  has Waived the Attorney-Client Privilege ("Notice") and Exhibit A thereto.
6  The Notice and Exhibit A contain materials that Mattel, MGA or
7  Bryant have designated as "Confidential" or "Confidential--Attorneys' Eyes Only"
8  pursuant to the Protective Order.  Accordingly, Mattel requests that the Court order
9  that the Notice and Exhibit A in support thereof be filed under seal.

DATED: June 24, 2008

QUINN EMANUEL URQUHART OLIVER &
HEDGES, LLP

By /s/ B. Dylan Proctor
B. Dylan Proctor
Attorneys for Mattel, Inc.