THOMAS J. NOLAN (Bar No. 66992)
(tnolan@skadden.com)
LAUREN E. AGUIAR (*Admitted Pro Hac Vice*)
(laguiar@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue, Suite 3400
Los Angeles, CA 90071
Tel.: (213) 687-5000/Fax: (213) 687-5600

Attorneys for The MGA Parties

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS. | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with Case No. 04-9059 and Case No. 05-2727<br><br>**PROOF OF SERVICE** |

PROOF OF SERVICE                                      NO. CV 04-9049 SGL (RNBx)

## PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO

I am employed in the county of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 300 South Grand Avenue, Suite 3400, Los Angeles, California 90071.

On **June 23, 2008**, I served the foregoing documents described as:

**(1) MGA Parties' Ex Parte Application for Motion to Exclude Trial Testimony of Peter Marlow in Phase 1A;**

**(2) Declaration of Jonathan D. Uslaner in Support of MGA Parties' Ex Parte Application for Motion to Exclude Trial Testimony of Peter Marlow in Phase 1A;**

**(3) [Proposed] Order re MGA Parties' Ex Parte Application for Motion to Exclude Trial Testimony of Peter Marlow in Phase 1A;**

**(4) MGA Parties' Application to File Under Seal;**

**(5) [Proposed] Order to File Under Seal and**

**(6) Proof of Service**

on the interested parties in this action addressed as follows:

John B. Quinn, Es.
Jon D. Corey, Esq.
B. Dylan Proctor, Esq.
Michael T. Zeller, Esq.
Quinn Emanuel Urquhart Oliver & Hedges, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017-2543

**(Marriott Hotel – Riverside)**

**(X)** (BY PERSONAL SERVICE)  ( ) By personally delivering copies to the person served. (FEDERAL)

**(X)** I caused such document to be hand delivered to the above addressees. (FEDERAL)

I declare under penalty of perjury under the laws of the State of California and the United States of America that the above is true and correct.

Executed on **June 23, 2008,** in Los Angeles, California.

BECKY ISOMOTO
PRINT NAME                                    SIGNATURE

PROOF OF SERVICE                                           NO. CV 04-9049 SGL (RNBx)
519504.01-Los Angeles Server 2A - MSW