ORIGINAL

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  johnquinn@quinnemanuel.com
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

FILED
2008 JUN 24 PM 1:16
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
RIVERSIDE

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant. | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>**Proof of Service**<br><br>Date: TBA<br>Time: TBA<br>Place: TBA<br><br>Discovery Cut-Off: January 28, 2008<br>Pre-Trial Conference: May 5, 2008<br>Trial Date: May 27, 2008 |

07209/2391134.1

-1-

Case No. CV 04-9049 SGL (RNBx)
PROOF OF SERVICE

**PROOF OF SERVICE**

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 865 S. Figueroa St., 10th Floor, Los Angeles, California 90017.

On June 24, 2008, I served true copies of the following documents described as:

**SEE ATTACHED DOCUMENT LIST**

on the parties in this action as follows:

Thomas J. Nolan, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
300 South Grand Avenue, Suite 3400
Los Angeles, CA 90071
**(Mission Inn, Riverside, CA)**

[√] **PERSONAL**: By personally delivering the document listed above to the person(s) at the address(es) set forth above.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made

Executed on June 24, 2008, at Riverside, California.

*Andrea Hoeven*
Andrea M. Hoeven

# DOCUMENT LIST

1. NOTICE OF ERRATA RE MOTION OF PLAINTIFF MATTEL, INC. FOR ORDER COMPELLING PRODUCTION OF COMMUNICATIONS AS TO WHICH MGA HAS WAIVED THE ATTORNEY-CLIENT AND DECLARATION OF B. DYLAN PROCTOR IN SUPPORT THEREOF

2. APPLICATION TO FILE UNDER SEAL

3. [PROPOSED] ORDER RE: APPLICATION TO FILE UNDER SEAL

4. PROOF OF SERVICE