THOMAS J. NOLAN (Bar No. 66992)
(tnolan@skadden.com)
JASON D. RUSSELL (Bar No. 169219)
(jrussell@skadden.com)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue
Los Angeles, California 90071-3144
Telephone: (213) 687-5000
Facsimile: (213) 687-5600

Attorneys for MGA Parties

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>    Plaintiff,<br><br>    v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>    Defendant.<br><br>AND CONSOLIDATED ACTIONS. | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with Case No. 04-9059 and Case No. 05-2727<br><br>Honorable Stephen G. Larson<br><br>DECLARATION OF JASON D. RUSSELL CERTIFYING COMPLIANCE WITH COURT'S JUNE 13, 2008 ORDER |

1    I, Jason D. Russell, hereby declare as follows:

2    1.   I am an attorney licensed to practice law in the State of California and am a partner in the law firm of Skadden, Arps, Slate, Meagher & Flom LLP, counsel of record for MGA Entertainment, Inc., Isaac Larian, MGA Entertainment (HK) Limited, and MGAE de Mexico S.R.L. de C.V. (collectively, the "MGA Parties") in the above-captioned matter. I submit this Declaration in response to the Court's June 13, 2008 Order Discharging the June 12, 2008 Order to Show Cause. Unless otherwise stated, I have personal knowledge of the facts set forth below and could and would testify competently thereto.

3    2.   On June 13, 2008, this Court issued an order discharging its June 12, 2008 Order to Show Cause. In that Order, the Court directed me to certify to it within thirty days from the entry of that Order that I had completed re-training by the Clerk's Office for the Central District of California of this Court's e-filing procedures. I understood the Court's Order to require me to attend in-person training offered through the Clerk's Office for the Central District of California and to preclude compliance through on-line training.

4    3.   Although I wished to satisfy the Court's Order the day it issued, there were no training courses listed as available on the Court's website for June 13, 2008. On June 16, 2008, I signed up for the next available e-filing training course offered by the Central District of California, which was scheduled to be held on June 17, 2008 from 1:00 to 3:30 p.m. in Room 531 of the Western Division Federal Court House located at 312 North Spring Street, Los Angeles, California 90012.

5    4.   On June 17, 2008, I attended the Introduction to Electronic Case Filing course offered through the Clerk's Office of the Central District of California from 1:00 to 4:15 p.m. in Room 531 (the course went beyond the scheduled time). The course was led by Mr. Patrick W. Watkins, Training Specialist and Deputy Clerk for the United States District Court for the Central District of California. During that course, Mr. Watkins instructed me on all aspects of the Court's e-filing procedures and we practiced making a

1. few electronic filings.

5. At the conclusion of the course, Mr. Watkins indicated to me that I had successfully completed all of the requirements to be permitted to electronically file documents with the Court. I explained what I understood the Court's June 13, 2008 Order had directed me to do and asked Mr. Watkins whether he believed that any additional training would be necessary to be fully versed and trained in the Court's e-filing procedures. Mr. Watkins indicated that no further training would be necessary in his view as this course was a comprehensive overview of all e-filing procedures. To verify my attendance at the course, and compliance with the Court's June 13, 2008 Order, I asked Mr. Watkins to provide me with a certificate of completion and was told that I would receive one in approximately one week in the mail.

6. On June 25, 2008, I received a copy of a certification from the Clerk's Office for the United States District Court for the Central District of California that I had successfully attended and completed the course entitled, "Introduction to Electronic Case Filing" on June 17, 2008. (A true and correct copy of that certification is attached hereto as Exhibit A.)

7. Based on my attendance and successful completion of the aforementioned course, I hereby certify to the Court that I have complied with the terms of the Court's June 13, 2008 Order Discharging the June 12, 2008 Order to Show Cause.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed on June 25, 2008, at Los Angeles, California.

_____
Jason D. Russell

---

Declaration of Jason D. Russell Certifying Compliance With Court's June 13, 2008 Order
Case No. CV 04-9049 SGL (RNBx)
2