# EXHIBIT A



# United States District Court
## Central District of California

This certifies that

**Jason D. Russell**

*has attended and successfully completed*

**Introduction to Electronic Case Filing**

Presented by this Court on this 17th day of June, 2008.

_____
Patrick W. Watkins, Instructor – Training Specialist