UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - TRIAL**  (AMENDED TRIAL MINUTES)

| | |
|---|---|
| Case No. | CV 04-09049 SGL(RNBx) |
| Title: | CARTER BRYANT -v- MATTEL, INC. |
| Date | June 20, 2008 |

Present: The Honorable  STEPHEN G. LARSON, UNITED STATES DISTRICT JUDGE

| Jim Holmes | Mark Schweitzer (A.M.) / Theresa Lanza, CSR (P.M.) |
|---|---|
| *Courtroom Deputy Clerk* | *Court Reporters* |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendants: |
|---|---|
| John B. Quinn | Thomas J. Nolan |
| William Price | Lauren E. Aguiar |
| Michael T. Zeller | Matthew Sloan |
| Jon Corey | |
| | Attorney for Carter Bryant: |
| | Christa Andrson |

___ Day Court Trial    16th Day Jury Trial

___ One day trial:  ___ Begun (1st day);  ___ Held & Continued;  ___ Completed by jury verdict/submitted to court.

___ The Jury is impaneled and sworn.
___ Opening statements made by
√ Witnesses called, sworn and testified.    √ Exhibits identified.    √ Exhibits admitted.
___ Plaintiff(s) rest.    ___ Defendant(s) rest.
___ Closing arguments made by    ___ plaintiff(s)    ___ defendant(s).    ___ Court instructs jury.
___ Bailiff(s) sworn.    ___ Jury retires to deliberate.    ___ Jury resumes deliberations.
___ Jury Verdict in favor of    ___ plaintiff(s)    ___ defendant(s) is read and filed.
___ Jury polled.    ___ Polling waived.
___ Filed Witness & Exhibit Lists    ___ Filed jury notes.    ___ Filed jury instructions.
___ Judgment by Court for    ___ plaintiff(s)    ___ defendant(s).
___ Findings, Conclusions of Law & Judgment to be prepared by    ___ plaintiff(s)    ___ defendant(s).
___ Case submitted.    Briefs to be filed by
___ Motion to dismiss by    is    ___ granted.    ___ denied.    ___ submitted.
___ Motion for mistrial by    is    ___ granted.    ___ denied.    ___ submitted.
___ Motion for Judgment/Directed Verdict by    is    ___ granted.    ___ denied.    ___ submitted.
___ Settlement reached and placed on the record.
___ Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberation/findings.
___ Counsel stipulate to the return of exhibits upon the conclusion of trial. Exhibit Release Form prepared and filed.
___ Trial subpoenaed documents returned to subpoenaing party.
√ Case continued to    to 6/24/08, trial resumes at 9:00 am; Counsel to report on 6/23/08, at 3:00 p.m., for a bench conference.
√ Other:    The Court ORDERS Docket No. 4010, regarding Minutes (16th day) referencing trial proceedings held June 19, 2008, is VACATED; this matter was in recess on June 19, 2008.

7/20    :
Initials of Deputy Clerk  jh

cc: