UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
3470 Twelfth Street, Riverside, CA  92501
<u>CIVIL MINUTES -- GENERAL</u>

Case No.     CV 04-09049 SGL(RNBx)                                    Date:  June 23, 2008

Title:    MATTEL, INC. -v- MGA ENTERTAINMENT, INC., ISAAC LARIAN
===================================================================
PRESENT:    HONORABLE STEPHEN G. LARSON, UNITED STATES DISTRICT JUDGE

    Jim Holmes                                              None Present
    Courtroom Deputy Clerk                          Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:        ATTORNEYS PRESENT FOR DEFENDANTS:

None present                                                     None present

PROCEEDINGS:    ORDER STRIKING DOCKET ENTRY NO. 3942
                            (IN CHAMBERS)


     During the deputy clerk's docketing sequence for the Court's June 6, 2008, Minute Order, the system timed-out, which resulted in an incomplete entry at Docket No. 3942 on the clerk's docket in this matter.  The imaged copy of the Court's Minutes was not attached to the docket entry and was not served.

     The Court's Minutes of June 6, 2008, was re-docketed by the deputy clerk resulting in Docket No. 3943, which shall serve as corrected docket entry for the Minute Order of June 6, 2008.  Counsel were served with an imaged copy of said order.

     Accordingly, Docket No. 3942 is STRICKEN.

     IT IS SO ORDERED.