```
 1  QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
      John B. Quinn (Bar No. 090378)
 2    (johnquinn@quinnemanuel.com)
      Michael T. Zeller (Bar No. 196417)
 3    (michaelzeller@quinnemanuel.com)
      Jon D. Corey (Bar No. 185066)
 4    (joncorey@quinnemanuel.com)
    865 South Figueroa Street, 10th Floor
 5  Los Angeles, California 90017-2543
    Telephone: (213) 443-3000
 6  Facsimile:  (213) 443-3100
 7  Attorneys for Mattel, Inc.
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with<br>Case Nos. CV 04-09059 & CV 05-2727<br><br>Hon. Stephen G. Larson<br><br>[PROPOSED] ORDER RE MATTEL, INC.'S APPLICATION TO FILE UNDER SEAL NOTICE OF ERRATA RE: MOTION FOR ORDER COMPELLING PRODUCTION OF COMMUNICATIONS AS TO WHICH MGA HAS WAIVED THE ATTORNEY-CLIENT PRIVILEGE AND EXHIBIT A THERETO<br><br>**Phase 1**<br>Pre-Trial Conference: May 19, 2008<br>Trial Date:              May 27, 2008 |

1 [P~~ROPOSE~~D] ORDER

2

3      Based on the concurrently filed Application to File Under Seal Mattel's
4 Notice of Errata regarding its Motion for an Order Compelling Production of
5 Communications as to which MGA has Waived the Attorney-Client Privilege and
6 Exhibit A, and good cause appearing for the entry thereof, IT IS HEREBY
7 ORDERED:

8      The above-referenced Notice and Exhibit A thereto is ORDERED filed
9 under seal pursuant to Local Rule 79-5.1.

10

11 DATED: ___JUN 24 2008___, 2008      _/s/ S.G. Larson_____
                                       Hon. Stephen G. Larson
12                                     United States District Judge

13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28