ORIGINAL

LODGED

THOMAS J. NOLAN (Bar No. 66992)
(tnolan@skadden.com)
LAUREN E. AGUIAR (*Admitted Pro Hac Vice*)
(laguiar@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue, Suite 3400
Los Angeles, CA  90071
Tel.: (213) 687-5000/Fax: (213) 687-5600

JUN 2 4 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

Attorneys for The MGA Parties

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

CARTER BRYANT, an individual,

                Plaintiff,

     v.

MATTEL, INC., a Delaware
corporation,

                Defendant.

AND CONSOLIDATED ACTIONS

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

CASE NO. CV 04-9049 SGL (RNBx)

Consolidated with Case No. 04-9059
and Case No. 05-2727

Honorable Stephen G. Larson

[PROPOSED] ORDER TO FILE
UNDER SEAL

## ORDER

Based on the concurrently filed Application, and good cause appearing for the entry thereof, IT IS HEREBY ORDERED that the following documents be filed under seal pursuant to Local Rule 79-5.1:  MGA PARTIES' EX PARTE APPLICATION FOR MOTION TO EXCLUDE TRIAL TESTIMONY OF PETER MARLOW IN PHASE 1A; DECLARATION OF JONATHAN USLANER.

DATED:  June 23, 2008

Hon. Stephen G. Larson
United States District Court Judge