1  QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
     John B. Quinn (Bar No. 090378)
2    johnquinn@quinnemanuel.com
     Michael T. Zeller (Bar No. 196417)
3    michaelzeller@quinnemanuel.com
     Jon D. Corey (Bar No. 185066)
4    joncorey@quinnemanuel.com
     Timothy L. Alger (Bar No. 160303)
5    timalger@quinnemanuel.com
   865 South Figueroa Street, 10th Floor
6  Los Angeles, California  90017-2543
   Telephone:   (213) 443-3000
7  Facsimile:   (213) 443-3100

8  Attorneys for Mattel, Inc.

9                UNITED STATES DISTRICT COURT

10             CENTRAL DISTRICT OF CALIFORNIA

11                    EASTERN DIVISION

12

13  CARTER BRYANT, an individual,        CASE NO. CV 04-9049 SGL (RNBx)

14          Plaintiff,                   Consolidated with
                                         Case No. CV 04-09059
15                                       Case No. CV 05-02727
        vs.
16                                       Hon. Stephen G. Larson
   MATTEL, INC., a Delaware
17 corporation,
                                         **MATTEL, INC.'S THIRD AMENDED**
18          Defendant.                   **PROPOSED VERDICT FORMS**

19 ─────────────────────────────
   AND CONSOLIDATED ACTIONS            **Phase 1:**
20
                                         Pre-Trial Conference: May 19, 2008
21                                       Trial Date:          May 27, 2008

22

23

24

25

26

27

28

Mattel, Inc. ("Mattel") hereby proposes the following third amended proposed verdict forms for Phases 1A and 1B of the trial in this matter, which are updated to reflect the evidence introduced at trial and reflect the Court's recent rulings regarding the statute of limitations defense.  Mattel's proposed form for Phase 1A is attached behind Tab A.  Mattel's proposed form for Phase 1B is attached behind Tab B.  Mattel requests and reserves the right to amend, modify, withdraw and/or supplement these forms before or during the trial of this matter.

DATED:  June 26, 2008                QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP


                                     By  /s/ Jon D. Corey
                                        Jon D. Corey
                                        Attorneys for Mattel, Inc.

# MATTEL'S PROPOSED VERDICT FORMS

## <u>Verdict Form for Phase 1A</u>

We answer the questions submitted to us as follows:

### <u>Ownership of Inventions</u>

1. Did Carter Bryant create any Bratz-related drawings, sculpts or other works while employed by Mattel?

  Yes ____

  No ____

*If your answer is "yes," then answer Question 2.*

*If your answer is "no," then answer Question 4.*

2. Which of the following Bratz-related drawings and designs did Carter Bryant create while employed by Mattel?  Place an X or another mark next to each such work:

### <u>Trial Exhibit No.</u>

Trial Exhibits 3-1, 779, 780 _____

Trial Exhibits 3-2, 726, 727, 728 _____

Trial Exhibits 3-3, 1152-20, 11838, 15182 _____

Trial Exhibits 3-4, 5-84, 716, 717 _____

Trial Exhibits 3-5, 791 _____

Trial Exhibits 3-6, 11837, 15184 _____

Trial Exhibits 3-7, 5-85, 718, 719 _____

Trial Exhibits 3-8, 789 _____

| | | |
|---|---|---|
| 1 | Trial Exhibits 3-9, 788 | _____ |
| 2 | Trial Exhibits 3-10, 735, 736 | _____ |
| 3 | Trial Exhibits 3-12, 792 | _____ |
| 4 | Trial Exhibits 3-13, 793 | _____ |
| 5 | Trial Exhibits 5-79 | _____ |
| 6 | Trial Exhibits 5-80, 5-86, 721, 722 | _____ |
| 7 | Trial Exhibits 5-89, 35-2, 323-32, 323-33 | _____ |
| 8 | Trial Exhibit 10033-3, 10033-4 | _____ |
| 9 | Trial Exhibit 5-88, 10153-3, 10153-4 | _____ |
| 10 | Trial Exhibits 1107, 10638 | _____ |
| 11 | Trial Exhibits 1108, 10639 | _____ |
| 12 | Trial Exhibits 1109, 771 | _____ |
| 13 | Trial Exhibit 1110, 773 | _____ |
| 14 | Trial Exhibit 1-1 | _____ |
| 15 | Trial Exhibit 1-2 | _____ |
| 16 | Trial Exhibit 1-3 | _____ |
| 17 | Trial Exhibit 1-4, 728 | _____ |
| 18 | Trial Exhibit 1-5 | _____ |
| 19 | Trial Exhibit 1-6 | _____ |
| 20 | Trial Exhibit 1-7 | _____ |
| 21 | Trial Exhibit 1-8 | _____ |
| 22 | Trial Exhibit 1-9 | _____ |
| 23 | Trial Exhibit 1-10 | _____ |
| 24 | Trial Exhibit 1-11 | _____ |
| 25 | Trial Exhibit 2-1, 778 | _____ |
| 26 | Trial Exhibit 2-2 | _____ |
| 27 | Trial Exhibit 2-3 | _____ |
| 28 | | |

| | | |
|---|---|---|
| 1 | Trial Exhibit 2-4 | _____ |
| 2 | Trial Exhibit 2-5 | _____ |
| 3 | Trial Exhibit 2-6, 746 | _____ |
| 4 | Trial Exhibit 2-7 | _____ |
| 5 | Trial Exhibit 2-8, 744 | _____ |
| 6 | Trial Exhibit 2-9, 734 | _____ |
| 7 | Trial Exhibit 2-10 | _____ |
| 8 | Trial Exhibit 3-11 | _____ |
| 9 | Trial Exhibits 5-14, 10515 | _____ |
| 10 | Trial Exhibits 5-18, 10518 | _____ |
| 11 | Trial Exhibits 5-19, 10519 | _____ |
| 12 | Trial Exhibits 5-26, 712 | _____ |
| 13 | Trial Exhibits 5-27, 713 | _____ |
| 14 | Trial Exhibits 5-28, 10526 | _____ |
| 15 | Trial Exhibits 5-30 | _____ |
| 16 | Trial Exhibit 5-34 | _____ |
| 17 | Trial Exhibit 5-35 | _____ |
| 18 | Trial Exhibits 5-36, 701, 702 | _____ |
| 19 | Trial Exhibits 5-37, 703 | _____ |
| 20 | Trial Exhibits 5-38, 762 | _____ |
| 21 | Trial Exhibits 5-39, 523, 751, 752 | _____ |
| 22 | Trial Exhibits 5-40, 753, 754, 13583 | _____ |
| 23 | Trial Exhibits 5-41, 755 | _____ |
| 24 | Trial Exhibits 5-42, 756 | _____ |
| 25 | Trial Exhibits 5-43, 709 | _____ |
| 26 | Trial Exhibits 5-46, 710 | _____ |
| 27 | Trial Exhibits 5-49, 704 | _____ |
| 28 | | |

| | | |
|---|---|---|
| 1 | Trial Exhibits 5-50, 705 | _____ |
| 2 | Trial Exhibits 5-52, 62-1, 624 | _____ |
| 3 | Trial Exhibits 5-53, 1152-6, 10534, 15175 | _____ |
| 4 | Trial Exhibits 5-54, 62-2, 620, 774, 775 | _____ |
| 5 | Trial Exhibits 5-55, 62-3, 785 | _____ |
| 6 | Trial Exhibits 5-56, 764, 15176 | _____ |
| 7 | Trial Exhibits 5-57, 776, 777 | _____ |
| 8 | Trial Exhibits 5-58, 765, 15177 | _____ |
| 9 | Trial Exhibits 5-59, 739, 740 | _____ |
| 10 | Trial Exhibits 5-60, 761 | _____ |
| 11 | Trial Exhibits 5-61, 62-4, 782, 796-1, 1748 | _____ |
| 12 | Trial Exhibits 5-62, 62-5, 621, 767, 768 | _____ |
| 13 | Trial Exhibits 5-63, 758, 759, 760 | _____ |
| 14 | Trial Exhibits 5-64, 62-6, 795, 1750 | _____ |
| 15 | Trial Exhibits 5-65, 1152-8, 11789 | _____ |
| 16 | Trial Exhibits 5-66, 794 | _____ |
| 17 | Trial Exhibits 5-67, 62-7, 784, 1152-12, 10535, 15172 | _____ |
| 18 | Trial Exhibits 5-68, 62-8, 781, 786, 790, 1751-4 | _____ |
| 19 | Trial Exhibits 5-69, 5-70, 62-9, 623, 783, 11788 | _____ |
| 20 | Trial Exhibits 5-71,62-10, 769, 770, 1752-1 | _____ |
| 21 | Trial Exhibits 5-72, 1152-16, 10536, 15179 | _____ |
| 22 | Trial Exhibits 5-73, 741, 742 | _____ |
| 23 | Trial Exhibits 5-74, 62-11, 10537, 15180 | _____ |
| 24 | Trial Exhibits 5-75, 62-12, 10538, 15181 | _____ |
| 25 | Trial Exhibits 5-76, 706 | _____ |
| 26 | Trial Exhibits 5-77, 707 | _____ |
| 27 | Trial Exhibits 5-78, 10539, 18501 | _____ |
| 28 | | |

| | | |
|---|---|---|
| 1 | Trial Exhibits 5-81, 720 | _____ |
| 2 | Trial Exhibits 5-82, 715 | _____ |
| 3 | Trial Exhibit 5-83, 723 | _____ |
| 4 | Trial Exhibit 5-87 | _____ |
| 5 | Trial Exhibits 5-88,35-1, 5-101 | _____ |
| 6 | Trial Exhibit 5-95 | _____ |
| 7 | Trial Exhibit 5-96 | _____ |
| 8 | Trial Exhibit 5-99 | _____ |
| 9 | Trial Exhibits 5-102, 10542 | _____ |
| 10 | Trial Exhibits 5-103, 10543 | _____ |
| 11 | Trial Exhibits 5-104, 10544 | _____ |
| 12 | Trial Exhibits 5-105, 10545 | _____ |
| 13 | Trial Exhibits 5-106, 10546 | _____ |
| 14 | Trial Exhibits 5-107, 10547 | _____ |
| 15 | Trial Exhibits 5-108, 724, 725 | _____ |
| 16 | Trial Exhibits 5-111, 708 | _____ |
| 17 | Trial Exhibit 5-112, 62-13 | _____ |
| 18 | Trial Exhibit 5-113 | _____ |
| 19 | Trial Exhibit 5-114 | _____ |
| 20 | Trial Exhibits 5-136, 711 | _____ |
| 21 | Trial Exhibit 10-2, 63-1 | _____ |
| 22 | Trial Exhibit 62-14 | _____ |
| 23 | Trial Exhibits 62-15, 1152-1, 10613 | _____ |
| 24 | Trial Exhibit 323-18 | _____ |
| 25 | Trial Exhibit 323-19 | _____ |
| 26 | Trial Exhibit 323-26 | _____ |
| 27 | Trial Exhibit 1327 | _____ |
| 28 | | |

Trial Exhibit 1328      _____

Trial Exhibit 10579, 18281      _____

    3.    Which of the following Bratz-related three-dimensional sculpts or works did Carter Bryant create, or direct others to create, while employed by Mattel?  Place an X or another mark next to each such work:

**<u>Trial Exhibit No.</u>**

Prototype doll that Bryant testified he presented to      _____

MGA on Sep. 1, 2000

Trial Exhibit 537      _____

Trial Exhibit 1105      _____

Trial Exhibit 1136      _____

Trial Exhibit 1141      _____

Trial Exhibit 1234      _____

    4.    Did Bryant conceive the idea for the name "Bratz" while employed by Mattel?

    Yes    ____

    No    ____

    5.    Did Bryant conceive the idea for a line of dolls called "Bratz" while employed by Mattel?

    Yes    ____

    No    ____

**Intentional Interference with Contractual Relations**

6.    Is MGA Entertainment, Inc. ("MGA") liable to Mattel for intentional interference with contractual relations?

Yes   ____

No    ____

7.    Is Isaac Larian liable to Mattel for intentional interference with contractual relations?

Yes   ____

No    ____

**Aiding and Abetting Breach of Fiduciary Duty**

8.    Is MGA liable to Mattel for aiding and abetting breach of fiduciary duty?

Yes   ____

No    ____

9.    Is Isaac Larian liable to Mattel for aiding and abetting breach of fiduciary duty?

Yes   ____

No    ____

**Aiding and Abetting Breach of the Duty of Loyalty**

10.    Is MGA liable to Mattel for aiding and abetting breach of the duty of loyalty?

Yes   ____

No    ____

1    11.    Is Isaac Larian liable to Mattel for aiding and abetting breach of the

2    duty of loyalty?

3            Yes    ____

4            No     ____

5

6                              **Conversion**

7    12.    Is MGA liable to Mattel for conversion?

8            Yes    ____

9            No     ____

10

11   13.    Is Isaac Larian liable to Mattel for conversion?

12           Yes    ____

13           No     ____

14

15   14.    Is MGA Entertainment (HK) Limited liable to Mattel for conversion?

16           Yes    ____

17           No     ____

18

19        Once this verdict form is completed, the foreperson of the jury should sign

20   and date on the lines below.

21   DATED: _____, 2008

22

23

24   _____

                                Jury Foreperson

25

26

27

28

# **Verdict Form for Phase 1B**

We answer the questions submitted to us as follows:

## **Copyright Infringement**

1.      Is MGA Entertainment, Inc. ("MGA") liable to Mattel for copyright infringement?

       Yes    _____

       No     _____

2.      Is Isaac Larian liable to Mattel for copyright infringement?

       Yes    _____

       No     _____

3.      Is MGA Entertainment (HK) Limited ("MGA HK") liable to Mattel for copyright infringement?

       Yes    _____

       No     _____

4.      What amount of damages should be awarded to Mattel for the Defendants' copyright infringement?  (Answer all that apply.)

       (a)      Copyright Infringement by MGA

       MGA's Profits      $_____

1    (b)    Copyright Infringement by Isaac Larian

2           Distributions Larian Received from MGA

3                                      $_____

4

5           Value of Larian's Ownership Percentage of Bratz

6                                      $_____

7

8    (c)    Copyright Infringement by MGA HK

9           MGA HK's Profits    $_____

10

11   **Intentional Interference With Contractual Relations**

12   5.    In Phase 1A of this trial, you found that the Defendant(s) [INSERT

13   NAMES] is/are liable to Mattel for intentional interference with contractual

14   relations.  What amount of damages should be awarded to Mattel?

15

16        $_____

17

18   **Aiding and Abetting Breach of Fiduciary Duty**

19   6.    In Phase 1A of this trial, you found that the Defendant(s) [INSERT

20   NAMES] is/are liable to Mattel for aiding and abetting Carter Bryant's breach of

21   fiduciary duty.  What amount of damages should be awarded to Mattel?

22

23        $_____

24

25

26

27

28

**Aiding and Abetting Breach of the Duty of Loyalty**

7.      In Phase 1A of this trial, you found that the Defendant(s) [INSERT NAMES] is/are liable to Mattel for aiding and abetting Carter Bryant's breach of the duty of loyalty.  What amount of damages should be awarded to Mattel?

$_____

**Conversion**

8.      In Phase 1A of this trial, you found that the Defendant(s) [INSERT NAMES] is/are liable to Mattel for conversion.  What amount of damages should be awarded to Mattel?

$_____

**Punitive Damages**

9.      Did MGA Entertainment act with malice, oppression, or fraud?

        Yes      ____

        No       ____

*If your answer is "yes," then answer Question 10.*

*If your answer is "no," then answer Question 11.*

10.     What amount of punitive damages should be awarded against MGA Entertainment, if any?

        $_____

11.     Did Isaac Larian act with malice, oppression, or fraud?

Yes   ____

No   ____

*If your answer is "yes," then answer Question 12.*

*If your answer is "no," then answer Question 13.*

12.   What amount of punitive damages should be awarded against Mr. Larian, if any?

$_____

13.   Did MGA HK act with malice, oppression, or fraud?

Yes   ____

No   ____

*If your answer is "yes," then answer Question 14.*

14.   What amount of punitive damages should be awarded against MGA HK, if any?

$_____

**Fraudulent Concealment**

15.   Did defendants fraudulently conceal the bases for Mattel's claim of intentional interference with contract against them?

Yes   ____

No   ____

16.   Did defendants fraudulently conceal the bases for Mattel's claim of conversion against them?

Yes   ____

No   ____

1    Once this verdict form is completed, the foreperson of the jury should sign

2    and date on the lines below.

3

4    DATED: _____, 2008

5

6                                    _____

7                                           Jury Foreperson

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28