UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
3470 Twelfth Street, Riverside, CA  92501
<u>CIVIL MINUTES -- GENERAL</u>

Case No.   CV 04-09049 SGL(RNBx)                                              Date:  June 30, 2008

Title:   CARTER BRYANT -v- MATTEL, INC.
              AND CONSOLIDATED ACTIONS
===============================================================================
PRESENT:  HONORABLE STEPHEN G. LARSON, UNITED STATES DISTRICT JUDGE

    Jim Holmes                                                 None Present
    Courtroom Deputy Clerk                       Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:    ATTORNEYS PRESENT FOR DEFENDANTS:

None present                                    None present

PROCEEDINGS:   ORDER RE REPLY IN SUPPORT OF MOTION FOR ORDER COMPELLING PRODUCTION OF PRIVILEGED DOCUMENTS

     The Court has reviewed Mattel's motion seeking production of documents upon which it contends the attorney-client privilege has been waived.  The Court has also received and reviewed the opposition thereto.  Mattel is directed to file a reply in support of its motion no later than 5:00 p.m., Tuesday, July 1, 2008.  A paper courtesy copy should be provided to the courtroom deputy clerk.

     **IT IS SO ORDERED.**

MINUTES FORM 90                                                         Initials of Deputy Clerk:  jh
CIVIL -- GEN