QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  johnquinn@quinnemanuel.com
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
  Timothy L. Alger (Bar No. 160303)
  (timalger@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual, | CASE NO. CV 04-9049 SGL (RNBx) |
| Plaintiff, | Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727 |
| vs. | |
| MATTEL, INC., a Delaware corporation, | [PUBLIC REDACTED] DECLARATION OF SCOTT B. KIDMAN IN SUPPORT OF MATTEL, INC.'S MOTION OBJECTING TO PORTIONS OF DISCOVERY MASTER'S DECEMBER 31, 2007 ORDER REGARDING TAX RETURNS |
| Defendant. | |
| AND CONSOLIDATED ACTIONS | |

Hearing Date: February 25, 2008
Time: 10:00 a.m.
Place: Courtroom 1

**Phase 1:**

Discovery Cut-off: January 14, 2008
Pre-trial Conference: April 7, 2008
Trial Date: April 29, 2008

I, Scott B. Kidman, declare as follows:

1. I am a member of the bar of the State of California and a partner at Quinn Emanuel Urquhart Oliver & Hedges, LLP, attorneys for Mattel, Inc. ("Mattel"). I make this declaration of personal, firsthand knowledge and, if called and sworn as a witness, I could and would testify competently thereto.

2. Attached as Exhibit 1 is a true and correct copy of excerpts of trial testimony on May 1, 2007 in the matter entitled Art Attacks Ink, LLC v. MGA Entertainment, Inc.

3. On June 13, 2007, Mattel propounded its First Set of Requests for Production of Documents and Things to Isaac Larian.

4. Mattel moved to compel production of documents by Isaac Larian on October 11, 2007. Attached as Exhibit 2 is a true and correct copy of excerpts of Mattel, Inc.'s Consolidated Separate Statement in Support of Motion to Compel Production of Documents by Isaac Larian.

5. Attached as Exhibit 3 is a true and correct copy of the Discovery Master's Order Granting in Part and Denying in Part Mattel's Motion to Compel Production of Documents by Isaac Larian; Denying Request for Sanctions, dated December 31, 2007.

6. Attached as Exhibit 4 is a true and correct copy of excerpts of the deposition transcript of Lisa Tonnu (Vols. 1 and 2), dated July 19, 2007, and September 24, 2007.

7. Attached as Exhibit 5 is a true and correct copy of a document produced by MGA in this action with Bates number MGA 0863888.

/
/
/
/
/

8. I met and conferred with Philip Marsh, counsel for Isaac Larian, on January 10, 2008, prior to bringing this motion. Mr. Marsh refused to stipulate to a modification of the Court's Order regarding Request No. 209.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 16th day of January, 2008, at Los Angeles, California.

Scott B. Kidman