1  QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
    John B. Quinn (Bar No. 090378)
2    (johnquinn@quinnemanuel.com)
    Michael T. Zeller (Bar No. 196417)
3    (michaelzeller@quinnemanuel.com)
    Jon D. Corey (Bar No. 185066)
4    (joncorey@quinnemanuel.com)
   865 South Figueroa Street, 10th Floor
5  Los Angeles, California 90017-2543
   Telephone: (213) 443-3000
6  Facsimile:  (213) 443-3100

7  Attorneys for Mattel, Inc.

8

9                UNITED STATES DISTRICT COURT

10               CENTRAL DISTRICT OF CALIFORNIA

11                      EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual, | CASE NO. CV 04-9049 SGL (RNBx) |
| Plaintiff, | Consolidated with Case Nos. CV 04-09059 and CV 05-02727 |
| vs. | **DISCOVERY MATTER** |
| MATTEL, INC., a Delaware corporation, | **[To Be Heard By Discovery Master Hon. Edward Infante (Ret.)]** |
| Defendant. | **[PUBLIC REDACTED]** DECLARATION OF JUAN PABLO ALBÁN IN SUPPORT OF MATTEL, INC.'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS BY MGA IN RESPONSE TO MATTEL'S FIRST SET OF REQUESTS FOR DOCUMENTS AND THINGS |
| AND CONSOLIDATED ACTIONS | |
| | Hearing Date:    TBA<br>Time:            TBA<br>Place:           Telephonic Hearing |
| | **Phase 1**<br>Discovery Cut-Off:    January 28, 2008<br>Pre-Trial Conference: May 5, 2008<br>Trial Date:           May 27, 2008 |

# DECLARATION OF JUAN PABLO ALBÁN

I, Juan Pablo Albán, declare as follows:

1. I am a member of the bar of the State of California and an associate with Quinn Emanuel Urquhart Oliver & Hedges, LLP, attorneys for Mattel, Inc. I make this declaration of personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify competently thereto.

2. Since October 1, 2007, MGA Entertainment, Inc. ("MGA") and/or Isaac Larian have produced to Mattel, Inc. approximately 2,786,642 pages of documents, including over 490,000 pages since January 1, 2008.

3. Based on Mattel's current review and searches of the documents MGA and Mr. Larian have produced, it appears that neither MGA nor Mr. Larian have produced MGA's general ledger from the year 2000. It also appears that neither MGA nor Mr. Larian have produced Mr. Larian's checking or money market account statements, cancelled checks from Mr. Larian's personal accounts, income tax returns, MGA check registries for 2000 and most of 2001, or any check registries from after March 2003.

4. Attached as Exhibit 1 is a true and correct copy of the Verified Complaint in Larian v. Larian, Los Angeles Sup. Ct. Case no. BC301371, bearing Bates number FL 6465 - 6524.

5. Attached as Exhibit 2 are true and correct copies of relevant portions of MGA's Account Records, bearing Bates numbers MGA 3787372 - 3787375.

6. Attached as Exhibit 3 are true and correct copies of MGA's audited consolidated financial statements for the years ended 2001 through 2006 bearing Bates numbers MGA 0863860 – 086391 and MGA 0868693 - 0868722.

7. Attached as Exhibit 4 is a true and correct copy of a document produced by MGA titled "Isaac Larian Total Income per Tax Returns" for the years 1999-2006, bearing Bates number MGA 3787278.

8. Attached as Exhibit 5 is a true and correct copy of a letter dated April 6, 2004 from Don Howarth, Esq. to Larry R. Feldman, Esq., regarding <u>Larian v. Larian</u> and bearing Bates numbers FL 0224 – 0235.

9. Attached as Exhibit 6 is a true and correct copy of a letter dated July 5, 2007 from Patricia L. Glaser, Esq. to John B. Quinn, Esq.

10. Attached as Exhibit 7 is a true and correct copy of a transcript of the hearing the parties held before the Discovery Master on February 11, 2008.

11. Attached as Exhibit 8 is a true and correct copy of an email exchange between Marcus Mumford, Esq. and Timothy Alger, Esq., dated January 25, 2008 to January 30, 2008.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on February 15, 2008, at Los Angeles, California.

*[signature]*
Juan Pablo Albán