1  THOMAS J. NOLAN (Bar No. 66992)
   (tnolan@skadden.com)
2  LAUREN E. AGUIAR (*Admitted Pro Hac Vice*)
   (laguiar@skadden.com)
3  SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
   300 South Grand Avenue, Suite 3400
4  Los Angeles, CA  90071
   Tel.: (213) 687-5000/Fax: (213) 687-5600
5
   Attorneys for The MGA Parties
6

7

8              UNITED STATES DISTRICT COURT

9              CENTRAL DISTRICT OF CALIFORNIA

10                   EASTERN DIVISION

11 CARTER BRYANT, an individual,        ) CASE NO. CV 04-9049 SGL (RNBx)
                                        )
12              Plaintiff,              ) Consolidated with Case No. 04-9059
                                        ) and Case No. 05-2727
13       v.                             )
                                        ) Honorable Stephen G. Larson
14 MATTEL, INC., a Delaware             )
   corporation,                         ) **MGA PARTIES' APPLICATION**
15                                      ) **TO FILE UNDER SEAL**
                Defendant.              )
16 _____        ) Hearing Date: TBD
                                        ) Time: TBD
17                                      )
                                        )
18 AND CONSOLIDATED ACTIONS             )
                                        )
19                                      )
                                        )
20 _____        )

1  Pursuant to Local Rule 79-5.1 and the Stipulated Protective Order entered by the Court in this action on January 4, 2005, MGA Entertainment, Inc., Isaac Larian, and MGA Entertainment (HK) Limited (collectively, the "MGA Parties") hereby respectfully request that the Court order the following documents be filed under seal: MGA PARTIES' MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO MATTEL, INC.'S MOTION FOR ORDER COMPELLING PRODUCTION OF COMMUNICATIONS AS TO WHICH MGA HAS ALLEGEDLY WAIVED THE ATTORNEY-CLIENT PRIVILEGE (the "Opposition"); and DECLARATION OF THOMAS J. NOLAN IN SUPPORT THEREOF (the "Declaration").

Good cause exists for filing these documents under seal because certain exhibits attached to the Declaration have been designated as "Confidential" or "Confidential—Attorneys' Eyes Only" pursuant to the Protective Order, and the Opposition and Declaration reference these exhibits.

DATED: June 27, 2008

SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP

By: _____
Thomas J. Nolan
Attorneys for The MGA Parties