THOMAS J. NOLAN (Bar No. 66992)
(tnolan@skadden.com)
LAUREN E. AGUIAR (*Admitted Pro Hac Vice*)
(laguiar@skadden.com)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue, Suite 3400
Los Angeles, CA  90071
Tel.: (213) 687-5000/Fax: (213) 687-5600

Attorneys for The MGA Parties

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
## EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS. | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with Case No. 04-9059 and Case No. 05-2727<br><br>Honorable Stephen G. Larson<br><br>**PROOF OF SERVICE** |

PROOF OF SERVICE                                              NO. CV 04-9049 SGL (RNBx)

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO

I am employed in the county of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 300 South Grand Avenue, Suite 3400, Los Angeles, California 90071.

On **June 27, 2008**, I served the foregoing documents described as:

(1) MGA Parties' Memorandum Of Points And Authorities In Opposition To Mattel, Inc.'s Motion For Order Compelling Production Of Communications As To Which MGA Has Waived The Attorney-Client Privilege;
(2) Declaration of Thomas J. Nolan in Support of MGA Parties' Memorandum Of Points And Authorities In Opposition To Mattel, Inc.'s Motion For Order Compelling Production Of Communications As To Which MGA Has Allegedly Waived The Attorney-Client Privilege;
(3) MGA Parties' Application to File Under Seal;
(4) [Proposed] Order To File Under Seal; and
(5) Proof of Service

on the interested party in this action addressed as follows:

John B. Quinn, Esq. / Jon D. Corey, Esq.
B. Dylan Proctor, Esq. / Michael T. Zeller, Esq.
Quinn Emanuel Urquhart Oliver & Hedges, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017-2543

(X)  (BY PERSONAL SERVICE)   ( )  By personally delivering copies to the person served. (FEDERAL)

(X)  I caused such documents to be hand delivered to the above addressees. (FEDERAL)

( )  (BY ELECTRONIC MAIL)

I declare under penalty of perjury under the laws of the State of California and the United States of America that the above is true and correct.

Executed on **June 27, 2008**, in Los Angeles, California

Allison G. Velkes
PRINT NAME                                SIGNATURE