

Confidential - For Attorney's Eyes Only

MGA 1639668

| | H | NAME OF ACCOUNT | G | BALANCE |
|---|---|---|---|---|
| 1 | | | | |
| 2 | | | | |
| 3 | | | | |
| 4 | | | | |
| 5 | | | | |
| 6 | | | | |
| 7 | | | | BALANCE |
| 8 | | | | |
| 9 | | | | |
| 10 | | RENT & RATES | | |
| 11 | | PHOTO CHGS | | |
| 12 | | ACCRUED EXP | | |
| 13 | | A/C PAYABLE / LABEL CHGS | | |
| 14 | | A/C PAYABLE | | |
| 15 | | SUNDRY EXPENSES | | |
| 16 | | PHOTO CHGS | | |
| 17 | | BANK CHGS / C/A WITH ABC INTL / EX. DIFF | | |
| 18 | | STAFF WELFARE / OVEASEAS TRAVELLING / TELEPHONE / L.TRAVELLING & DELIVERY | | |
| 19 | | CERT. & DECLARATION FEE | | |
| 20 | | STAFF RECRUITMENT | | |
| 21 | | PRINTING & SUPPLIES | | |
| 22 | | STORAGE | | |
| 23 | | FAX CHGS / TELEPHONE | | |

Confidential - For Attorney's Eyes Only

MGA 1639689

REDACTED

| G | H |
|---|---|
| 24 | SUNDRY DEBTORS / FREIGHT CHGS (CFS) |
| 25 | SUNDRY DEBTORS / FREIGHT CHGS (CFS) |
| 26 | SUNDRY DEBTORS / FREIGHT CHGS (CFS) |
| 27 | BANK CHGS |
| 28 | OVEASEAS TRAVELLING / L TRAVELLING & DELIVERY |
| 29 | DEPOSIT RECEIVED |
| 30 | C/A WITH ABC INTL / PRINTING & SUPPLIES |
| 31 | SAMPLES CHGS |
| 32 | SUNDRY DEBTORS / FREIGHT CHGS (CFS) |
| 33 | C/A WITH ABC INTL |
| 34 | BANK CHGS (L/C) |
| 35 | PRINTING & SUPPLIES |
| 36 | PRINTING & SUPPLIES |
| 37 | PRINTING & SUPPLIES |
| 38 | PRINTING & SUPPLIES |
| 39 | L TRAVELLING & DELIVERY |
| 40 | TELEPHONE / OVEASEAS TRAVELLING |
| 41 | SUNDRY DEBTORS / FREIGHT CHGS (CFS) |
| 42 | BANK CHGS (L/C) |
| 43 | C/A WITH ABC INTL / BANK CHGS |
| 44 | TELEPHONE |
| 45 | BANK CHGS (L/C) |

Confidential - For Attorney's Eyes Only

MGA 1639870

REDACTED



| G | H | |
|---|---|---|
| 46 | SAMPLES CHGS | |
| 47 | BANK CHGS / C/A WITH ABC INT'L / EX. DIFF | |
| 48 | SUNDRY DEBTORS / FREIGHT CHGS (CFS) | |
| 49 | INSURANCE | |
| 50 | L.TRAVELLING & DELIVERY / ENTERTAINMENT / OVEASEAS TRAVELLING | |
| 51 | PETTY CASH | |
| 52 | BANK CHGS (L/C) | |
| 53 | INSURANCE | |
| 54 | OVEASEAS TRAVELLING / STAFF WELFARE | |
| 55 | SUNDRY DEBTORS | |
| 56 | ENTERTAINMENT | |
| 57 | | |
| 58 | | |
| 59 | | |
| 60 | | |
| 61 | | |
| 62 | | |
| 63 | | |
| 64 | | |
| 65 | | |
| 66 | | |
| 67 | | |
| 68 | | |
| 69 | | |
| 70 | | |
| 71 | | |
| 72 | | |
| 73 | | |
| 74 | | |
| 75 | | |
| 76 | | |

Confidential - For Attorney's Eyes Only

MGA 1639871

REDACTED



Confidential - For Attorney's Eyes Only

MGA 1639672

REDACTED



Confidential - For Attorney's Eyes Only

MGA 1638873

REDACTED



Confidential - For Attorney's Eyes Only

MGA 1639674

REDACTED



Confidential - For Attorney's Eyes Only

MGA 1639877

REDACTED



Confidential - For Attorney's Eyes Only

MGA 1639674

REDACTED



Confidential - For Attorney's Eyes Only

MGA 1639675

REDACTED



Confidential - For Attorney's Eyes Only

MGA 1639678

REDACTED



Confidential - For Attorney's Eyes Only

MGA 1639679

REDACTED



Confidential - For Attorney's Eyes Only

MGA 1639680

REDACTED



Confidential - For Attorney's Eyes Only

MGA 1639881

REDACTED



Confidential - For Attorney's Eyes Only

MGA 1639682

REDACTED



Confidential - For Attorney's Eyes Only

MGA 1639683

REDACTED



Confidential - For Attorney's Eyes Only

MGA 1639684

REDACTED



Confidential - For Attorney's Eyes Only

MGA 1639685

REDACTED

**Exhibit  21**

**THIS EXHIBIT IS FILED UNDER SEAL
PURSUANT TO PROTECTIVE ORDER**

**Exhibit  22**

REDACTED

## MGA Banks Identified In Production To Date

| Company | Bank Name | Account # | Bates Numbers of Documents Identifying Bank Account (No Actual Bank Records Included) |
|---|---|---|---|
| MGA USA | Bank of America | | |
| MGA USA | Beal Bank | | MGA 4045069-5178 |
| MGA USA | HSBC | | MGA 4009299-9300, MGA 4009303-04 |
| MGA USA | UBOC | | MGA 3708312-MGA 3708424 (redacted check at 3708424) |
| MGA USA | State Street Bank International | | |
| MGA USA | State Street Bank International & LA | | MGA 3850336 |
| MGA USA | State Street LA | | MGA 3765665-3765747 |
| MGA USA | UBOC | | MGA 1728809 |
| MGA USA | Union Bank (UBOC) | | MGA 0433431-MGA 0433432; MGA 3765665-3765747 |
| MGA USA | Union Bank (UBOC) | | MGA 1710906- MGA 1710909 |
| MGA USA | UBOC | | |
| MGA USA | UBOC | | MGA 3765665-3765747 |
| MGA USA | UBOC | | MGA 3765665-3765747 |
| MGA USA | | | MGA 3765665-3765747 |
| MGA USA | Wells Fargo | | MGA 1475167-MGA 1475184 |
| MGA USA | Wells Fargo | | MGA 1513313-MGA 1513314 |
| MGA USA | Wells Fargo | | MGA 1513313 |
| MGA USA | Wells Fargo | | MGA 0869730 |
| MGA USA | Wells Fargo | | MGA 0878534- MGA 0878535; MGA 0878553-MGA 0878562 |

Attorney's Eyes Only

## MGA Banks Identified In Production To Date

| Company | Bank Name | Account # | Bates Numbers of Documents Identifying Bank Account (No Actual Bank Records Included) |
|---|---|---|---|
| Banco Nossa Caixa-Brazil | | | MGA 1728809 |
| MGA HK | Bank of America | | MGA 4006024 |
| MGA HK | Bank of America | | MGA 1699085 |
| MGA HK | State Street Bank & Trust company | | MGA 4029646-48 |
| | | | MGA 1639686- MGA 1639697 |
| MGA HK | HSBC | | MGA 1513312-1513314 |
| MGA HK | Hong Kong Bank | | |
| MGA HK | HSBC- Hong Kong Shanghai Banking Corporation | | MGA 2684333-MGA 2684339 |
| MGA HK | N/A | | MGA 3862019-20; MGA 3862021-2026; |
| | | | MGA 3848826-8827 |
| | | | MGA 3708298-MGA 3708311 |
| MGA HK | Standard Chartered Bank Hong Kong | | MGA 2100446- MGA 2100451 |
| MGA EU | N/A | | |
| MGA Canada | Wells Fargo | | MGA 1135431 |
| MGA Mexico | N/A | | |
| MGA Mexico | N/A | | |
| MGA Mexico | N/A | | MGA 1693228-MGA 1693235 |
| MGA Mexico | Banamex | | MGA 1534924-MGA 1534925 |
| MGA Mexico | Banamex | | MGA 1534924-MGA 1534925 |
| MGA Mexico | Dept. of Treasury Reporting Banamex Accounts | | MGA 1535083-MGA 1535086 |

Attorney's Eyes Only

REDACTED

REDACTED

## MGA Banks Identified In Production To Date

| Company | Bank Name | Account # | Bates Numbers of Documents Identifying Bank Account (No Actual Bank Records Included) |
|---------|-----------|-----------|--------------------------------------------------------------------------------------|
| MGA Entertainment Mauritius Limited | Mauritius -HSBC Deposit Account | | MGA 1513313-MGA 1513314 |
| MGA Entertainment Mauritius Limited | Wells Fargo-SF - Wells Capital Management | | MGA 1513313-MGA 1513314 |
| MGA Entertainment Mauritius Limited | "Mauritian Offshore Banks" | | MGA 3708298-MGA 3708311, MGA 3848828- MGA 3848833 |
| MGA Entertainment Mauritius Limited | "Mauritian Offshore Banks" | | MGA 1480182, MGA 3848828- MGA 3848833 |
| MGA Entertainment Mauritius Limited | Mauritian Offshore Banks | | MGA 2089380, MGA 3848828- MGA 3848833 |
| MGA Entertainment Mauritius Limited | "Mauritian Offshore Banks" | | MGA 2089381, MGA 3848828- MGA 3848833 |
| MGA Entertainment Mauritius Limited | Mauritian Offshore Banks | | MGA 2089384 |
| MGA Entertainment Mauritius Limited | Mauritian Offshore Banks | | MGA 2802963; MGA 3396397-6405, MGA 3848828- MGA 3848833 |
| MGA Entertainment Mauritius Limited | | | MGA 3473566, MGA 3848822- MGA 3848825, MGA 3473567-MGA 3473579 |
| | Mauritian Offshore Banks | | MGA 3473567-MGA 3473579 |
| | Mauritian Offshore Banks | | MGA 3848822- MGA 3848825 |
| MGA Entertainment Mauritius Limited | Mauritian Offshore Banks | | MGA 3848826-MGA 3848827, MGA 3848828- MGA 3848833 |

Attorney's Eyes Only

## MGA Banks Identified In Production To Date

| Company | Bank Name | Account # | Bates Numbers of Documents Identifying Bank Account (No Actual Bank Records Included) |
|---|---|---|---|
| Mga Entertainment Mauritius Limited, FAX to Stephen S. C. Lee from wincy Wong December 6, 2000 | Mauritian Offshore Banks | | MGA 3848828- MGA 3848833 |
| MGA Entertainment Mauritius Limited | Mauritian Offshore Banks | | MGA 3848822- MGA 3848825 |
| MGA Entertainment Mauritius Limited | Mauritian Offshore Banks | | MGA 3848766- MGA 3848771 |
| | | | |
| MGA International Holding Company (Netherlands) | N/A | | MGA 1639026-1639027 & MGA 1639028-1639030 |
| | | | |
| FLOTIS Bank (Netherlands; Wells Fargo | | | MGA 3710760-MGA 3710775 |
| And other banks for MGA Affiliates | | | MGA 3710760-MGA 3710775 |
| | | Concentration Account | MGA 3787447 |
| | | Concentration Account | MGA 3787427 |

Attorney's Eyes Only

REDACTED

MGA Banks Identified In Production To Date

| Company | Bank Name | Account # | Bates Numbers of Documents Identifying Bank Account (No Actual Bank Records Included) |
|---|---|---|---|
| US Bank Corp Reference Email | US Bank Corp. | | MGA 0142904 |
| US Bank Corp Reference Email | | | MGA 1002883 |
| Wells Fargo HSBC trade Bank | See also 2004 projections, "assuming conservation $850 MM in sales" - appears email is re investors. | | MGA I729141 |

Attorney's Eyes Only

Page 5 of 5

Exhibit 23

| | A | B | C | D | E | F | G | H |
|---|---|---|---|---|---|---|---|---|
| 1 | MGA Entertainment, Inc. | | | | | | | |
| 2 | Daily Cash Report as at 3/21/05 | | | | | | | |
| 3 | | | | | | | | |
| 4 | | | | | | | US Balance | HK Balance |
| 5 | | | | | | | US$ | US$ |
| 6 | | | | | | | | |
| 7 | | | USA | | | | | |
| 8 | Union Bank | | | | | | | |
| 9 | | Disbursement Account | | | | | | |
| 10 | | Deposit Account | | | | | | |
| 11 | | | | | | | | |
| 12 | Wells Fargo | | | | | | | |
| 13 | | Disbursement Account | | | | | | |
| 14 | | Deposit Account | | | | | | |
| 15 | | | | | | | | |
| 16 | Wells Fargo Overnight Investment A/C | | | | | | | |
| 17 | | | | | | | | |
| 18 | | | HONG KONG | | | | | |
| 19 | Bank of America | | | | | | | |
| 20 | | | | | | | | |
| 21 | | H.K.Dollars-Current Account | | | | | | |
| 22 | | U.S.Dollars-Current Account | | | | | | |
| 23 | | U.S.Dollars-Saving Account | | | | | | |
| 24 | | | | | | | | |
| 25 | | Overnight deposit | | | | | | |
| 26 | | From A/C | | | | | | |
| 27 | | From A/C | | | | | | |
| 28 | | From A/C | | | | | | |
| 29 | | From A/C | | | | | | |
| 30 | HSBC | | | | | | | |
| 31 | | | | | | | | |
| 32 | | Multi Currency Statement Saving A/C | | | | | | |
| 33 | | | | | | | | |
| 34 | | Overnight deposit | | | | | | |
| 35 | | From A/C | | | | | | |
| 36 | | From A/C | | | | | | |
| 37 | | | | | | | | |
| 38 | | | | | | | | |
| 39 | | | MAURITIUS | | | | | |
| 40 | HSBC | | | | | | | |
| 41 | | Deposit Account | | | | | | |
| 42 | | | | | | | | |
| 43 | Wells Fargo - SF | | | | | | | |
| 44 | | Wells Capital Mgmt # | | | | | | |
| 45 | | Wells Capital Mgmt # | | | | | | |
| 46 | | Wells Capital Mgmt # | | | | | | |
| 47 | | Interest 2-28-05 | | | | | | |
| 48 | CASH BOOK BALANCE | | | | | | | |
| 49 | | | | | | | | |
| 50 | | | | | | | | |
| 51 | Remarks | | | | | | | |
| 52 | | | | | | | | |

Confidential - For Attorney's Eyes Only

REDACTED

MGA 1513313

| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | Mauritius Balance |
| 5 | US$ |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |
| 29 | |
| 30 | |
| 31 | |
| 32 | |
| 33 | |
| 34 | |
| 35 | |
| 36 | |
| 37 | |
| 38 | |
| 39 | |
| 40 | |
| 41 | |
| 42 | |
| 43 | |
| 44 | |
| 45 | |
| 46 | |
| 47 | |
| 48 | |
| 49 | |
| 50 | |
| 51 | |
| 52 | |

Confidential - For Attorney's Eyes Only

MGA 1513314

REDACTED

**Exhibit 24**

# WEEKLY STATUS REPORT
# 9/20/02

## WAREHOUSE

**Shipping & Receiving**
- $6m shipped through yesterday for the month. Will insure all potential September backlog is cleared and review October orders for possible September ship.
- (25) containers received this week, (24) next week, spiking to (46) week of 9/30.
- Daily WM Bratz doll replenishment orders have decreased significantly.
- No delays in getting containers from LA/LB port to Montebello.
- Container shortage in HK has eased slightly. All containers covered with 90% shipping on fast vessels (11 day) vs. slower (15 day).
- Working closely with Dwight on re-consignment/delivery of Ames orders to Kay Bee toys.

**Inventory Control / Rework**
- Rework activity very high. Primarily repacking spring Bratz for WM orders.
- Balance is changing case pack (Target Arcade games from 6-4 pack), and opening assortments for specific open stock items.
- Daily cycle routine progressing well.

**Administrative**
- Met with Pat Maloney (ProLogis / Building owner). Communicated our desire to take 150k parcel as opposed to 170k parcel. Will have response early next week.

Don't we have a contract in place already? Isaac
- Kay T. moving to Montebello. She is happy and I get invoicing done close to real time, so I am happy.
- Jorge Gomez still off work (fractured wrist).
- Final interview process for import position today and Monday, will make offer early next week.

## PRODUCTION AND INVENTORY

- Set up entire Spring 03 Capacity and Allocation plan for key products. HKO is arranging all vendor capacity.
- Allocated all Bandai and other Intl forecasts.

Confidential - For Attorney's Eyes Only

MGA 3473739

- Reviewed all non-Bratz items for transfers to LA for 4th qtr Xmas shipping. Bringing nearly all unsold TV item qtys to LA.
- Ordered addtl Strut-its, Bratz Pax, Holiday Bratz, Vespas, Furniture, Furnishings, Boyz, Spiderman H/H & Pinball, Makeover

How much hair have we orderd? Lets order extra hair ( 3-4 month in addition to forcast) so we don't miss production.

**I need a new excess inventory list.**

**Did we get KB close out orders?**

# CUSTOMER SERVICE

### Customer Registration Forms

- I received a quote from eDistrict on allowing consumers to input registration data via the Internet direct to our database. This will be a relatively easy project and could be completed in time to go live at the same time Dave Malacrida's site update is complete (approximately 10/14). I would like to discuss this subject with you further to work out a few details before we have eDistrict proceed.

Keep Joe in the loop on this. I believe we already did this work when Margo Chazen and Abe were here.
- Our current consumer database of product registration cards plus fan club members is over 100,000 names.

### Product Issues/Consumer Complaints

- No previously unidentified quality issues were reported by consumers this week.

### Bratz Fan Club

- I received my first e-mails on 9/13 indicating fan club members are beginning to receive their Bratz carrying cases in the mail.
- Total fan club membership exceeds 81,000.

Confidential - For Attorney's Eyes Only

MGA 3473740

**E-commerce**

- I spoke with Joe Tiongco, eDistrict, and two fulfillment centers this week regarding possibly adding a shopping cart to our site. I have some ballpark numbers on costs and will be able to ask for firm quotes once we have our meeting and agree on details on how we plan to proceed.

When is the meeting? Isaac

# Finance/Accounting

**Congress/ Cash-**

- Credit line availability is an excess of $17.5mm with a line outstanding of $1.0mm as of Thursday, September 19th. Cash availability remains strong with increasing cash flow to MGA-HK. The mechanism is already in place to sweep all available excess cash into an interest bearing account at Union Bank.

**Deloitte & Touch Audit-** Joe Rumley and I are talking Monday to try to wrap up the few loose ends left.

**Financial Statements-**

We have not been able to close out Accounts Payable since Barbara has been out ill 3 days this week (which is one reason why we are pushing to hire the open position). Carlos is really getting in there and getting inventory under control. This is giving us more accurate information, but is also exposing new issues. We are planning on working on Sunday to catch up. However Joe is doing a major server transfer on Saturday. If they finish and we can work Sunday, we will have financials on Wednesday 9/25.

You need to work hard and deligintly and getting accounting dept under control and out of chaos fire fighting mode and to planed and action mode.

- **Standard Costing System-** Standard costing will be implemented in GP on an on going basis. Controls have been initiated to limit the entry or change of data into GP. This will give rise to a more consistent analysis of the inventory costing with variance analysis.

Please give me a finish date.

**2003 Departmental Budget-**

Confidential - For Attorney's Eyes Only

MGA 3473741

- Budget packages will be available to distribute to all departments by 10/31/02.
- Joan and I were trained on GP budgeting module

## US Bancorp/Piper Jaffrays

- 2001/2002 Quarterly financials being sent today
- Quarterly 2003 due 9/24
- Two US Bancorp people to attend Sales Meeting
- Sep 25 all day review with US Bancorp, Joan, Michael and I to review numbers
- We are on schedule for them to contact investors the week of the 30th.

## Insurance-

- I am meeting with Peggy from Marsh Friday the 27th to review all insurance we currently carry and their status.

- We should be receiving quotes this week for flood and earthquake insurance. To lower the rates, we have proposed a seasonally adjusted rate that floats on inventory selling price on hand at the last day of each month.

- Patent Infringement- I am working with Beth to propose a list of all our registered patents, trademarks and copywrites. We will get a ballpark quote with this information. There are certain carriers that want to charge $5000-$10,000 as an assessment fee whether or not they quote to us. There is one company that will quote with out this fee, however they will require and additional application to be filled out. We will get the ballpark quote from this company before we proceed with this detailed application.

- Media/ E & O. We are in the process of answering additional questions posed to us.

Are you sure we don't have coverage on these already? Please have an insurance attorney review our policies and make recommendations immediately.

- Villanova, our workers compensation insurance carrier, has petitioned the courts for liquidation. Marsh is submitting an application to California State Compensation Insurance Fund.

## Transfer Pricing-

The ball is in your court regarding share allocation. This must be done to set up the proper corporate structure between ABC, MGA Mauritius and MGA HK. Ongoing discussions continue with Mark and Moshe regarding details for implementing this

Confidential - For Attorney's Eyes Only

MGA 3473742

structure.Michael and I reviewed mechanics of implementing Mauritius once we can "turn it on".

Allocate shares 82-18. Show me how this will be done so everyone ( I and Shirin/Eli) are paying our fair shares of $$.

I told my uncle we will pay off Fred end October as we need the shares for tax restructuring.

**Name Change-** The name change from ABC International Traders, Inc. to MGA Entertainment Inc. has been submitted to the California Secretary of State. It should be approved by Monday. We will have to notify all the appropriate parties of this change.

I thought it was approved?

**Hallmark-** We are still tracking down the DT agreement. I have a call into Mark to get it from them

# CREDIT AND COLLECTIONS

**1) Ames.**
   Two shipments total 625K. The largest portion of the shipment 499K has been claimed and containers on their way to KB Toys.

Make sure we get paid from KB before releasing goods.
   The last shipment of 125K          cleared today. We have full clean propery.

**2) TRU.**
   Working with Herb Lang VP on company to change terms for Domestic shipments to Net20 days and LC's for all HK shipments on
   Bratz's only.

Did they pay past due?

Dwight told me that Jose made a mistake with EDI . This can't happen.

No shipping to TRU unless fully current and no unauthorized deductions.

**3) K-Mart** we will advise them of change of there terms to Ne t20 on Domestic and LC' on all HK shipments.

This needs to be told to Joyce ( DVP ) by either Gary or Me.

**4) FAO-Zainy Brainy-Right Start .**

Confidential - For Attorney's Eyes Only                    MGA 3473743

Our balance 118K. 100K under LC and 18K open account and have promise to pay by 9-24-02. Have account on hold including LC shipments

Why hold the LC shipment?

> 5) **Credit Memos** – Getting all information together so we can get credits signed after the sales meetings. About 1.2M.

I want a spread sheet of these and need to sign off on each one. Need back up for each.

6) **LC's on International Customers 5MM**

> Working with HK and Sales to push up our lead time on Domestic and International Sales. Our LC's are not coming in on time on a timely manner or lead time for us to get shipments out without allot of amendments and on time for us to complete shipments.

# MIS

- Server transfer set for Saturday Sept 21,2002
- Installed 3 systems in Montebello to take care of busy season processing of Labels and additional system for a new hire
- Microsoft .net Framework initial beta brought online
- Reviewing GP modification with Christine Beech
- Install Second Company for HK GP Accounting system on Saturday Sept 21,2002

Preparing for HK training with GP VAR

# COO/CFO

**Current Positions open:**

**Controller**
- Sent word out to my network 9/17.
- Job posted on Monster 9/19Reviewed over 150 resumes to date.
- Screening starting Monday Sep 23. Interviews to start by 9/27.

**MIS Applications Manager**

- Sent word out to my network 9/18
- Reviewed over 40 resumes

Confidential - For Attorney's Eyes Only

MGA 3473744

- Interviewed a great candidate today 9/20 – will schedule for you to meet him. His name is Scott Mcgoon.

Lets discuss Joe's issues.

**Royalty Accountant**

Joan and Eve had spoken to a candidate when we were looking for accounting managers. We have been in contact with him and he is interested. We sent a job description today, 9/20. We will bring him by 9/27.

We need people with experince to hit the ground running. No time to teach.

**A/P Clerk**

- This is a position which has been open since the person left. We have been trying to hold off on hiring, however, given the season we are in we can not wait any longer. I am working with Eve to find the right person.

**Other employee issues**

Eve and I spoke with Julie today. She will stay on and transition to Mitch and in turn we will give her one months severance. Her last day is 10/4.

Where is the status report of your KRA's?

Confidential - For Attorney's Eyes Only

MGA 3473745

Larian, Isaac (AEO) 12/15/2005 9:06:00 AM

1          UNITED STATES DISTRICT COURT

2          CENTRAL DISTRICT OF CALIFORNIA

3    _____

4                        )

5    ART ATTACKS INK, LLC, a      )

6    California limited liability   )

7    company              )

8                        )

9          Plaintiffs,      )

10                       )

11    vs.              )CASE NO. 04-1035-J

12                       )

13    MGA ENTERTAINMENT, INC. a     )

14    California corporation; ISAAC   )

15    LARIAN, an individual; and DOES )

16    1 through 199, inclusive      )

17                       )

18          Defendants.    )

19    _____)

20          CONFIDENTIAL

21          ATTORNEYS' EYES ONLY

22    THE VIDEOTAPED DEPOSITION OF ISAAC LARIAN

23          LOS ANGELES, CALIFORNIA

24       THURSDAY, DECEMBER 15, 2005

25    Reported by Charolette Martinez, CSR No. 11983

26          PRS Job No. 3-300553

MGA_AA_005                    None·                    Page 1

CONFIDENTIAL - ATTORNEYS' EYES ONLY                    MGA 3708470

Larian, Isaac (AEO) 12/15/2005 9:06:00 AM

1   1  Appearances:

2   2  For Plaintiff:

3   3     Quade & Associates

4        By:  Michael W. Quade

5   4     11230 Sorrento Valley Road, Suite 225

6        San Diego, California  92121

7   5     (858) 642-1700

8   6     -- and --

9   7     Epsten, Grinnell & Howell

10        By:  Douglas W. Grinnell

11  8     9980 Carroll Canyon Road, 2nd Floor

12        San Diego, California  92131

13  9     (858) 527-0111

14  10  For Defendant:

15  11     O'Melveny & Myers, LLP

16        By:  Dale M. Cendali

17  12     Times Square Tower

18        7 Times Square

19  13     New York, New York  10036

20        (212) 326-2000

21  14

22        -- and

23  15

24        MGA Entertainment

25  16     By:  Daphne Gronich (General Counsel)

26        16380 Roscoe Boulevard

27  17     Van Nuys, California  91406

28        (818) 894-2525

29  18

30  19  Also Present:

31  20     Loreto Castillo, Videographer

32  21

33  22

34  23

35  24

36  25

CONFIDENTIAL – ATTORNEYS' EYES ONLY

MGA 3708471

Larian, Isaac (AEO)  12/15/2005  9:06:00 AM

1      Q  You may answer the question.

2      A  What's the question?

3      Q  Did you ever review the License Europe

4  article at any time?

5      A  I believe I did.

6      Q  Did you ever recall needing to make any

7  corrections to the article based upon facts being

8  inaccurate?

9      A  I don't recall doing it one way or

10  another.

11     Q  Is there anyone at your company who's in

12  charge of looking over any of the articles written

13  about your company to make sure that they're

14  factually accurate?

15     A  I don't know if there is.

16     Q  Nobody that you're aware of?

17     A  I don't know if they do it or not, but we

18  have people in our PR department.

19     Q  How did you finance the Bratz dolls

20  from -- as I understand it, the meeting occurred in

21  September 2000. How did you get the financing

22  together to move forward with this project?

23     A  What portion of the project?

24     Q  Creating the dolls and taking them to

25  market.

MGA_AA_005                     None                     Page 184

CONFIDENTIAL - ATTORNEYS' EYES ONLY              MGA 3708653

Larian, Isaac (AEO) 12/15/2005 9:06:00 AM

1       A   We financed it from the company.

2       Q   So your company MGA financed it.  You

3   didn't go out and get a loan?

4       A   Not that I remember.  We had a line of

5   credit with a bank.

6       Q   Who's your bank that you had a line of

7   credit with?

8       A   I believe it was a company called Congress

9   Financial at the time.

10      Q   Do you remember when you had a line of

11  credit with Congress Financial?  What time periods?

12      A   Not exactly.

13      Q   Who do you currently have your line of

14  credit with?

15      A   I think either Union Bank or Wells Fargo.

16      Q   Where does the company do its banking, the

17  general account?  Is that with Wells Fargo or Union

18  Bank?

19      A   I don't know.

20      Q   How about you personally?  Where do you do

21  your banking?

22      A   Bank of --

23          MS. CENDALI:  Objection.  Overbroad.

24          You can answer.

25          THE WITNESS:  Bank of America.

MGA_AA_005                    None                    Page 185

CONFIDENTIAL - ATTORNEYS' EYES ONLY                    MGA 3708654

Larian, Isaac (AEO) 12/15/2005 9:06:00 AM

1      DECLARATION UNDER PENALTY OF PERJURY

2

3     I, Isaac Larian, do hereby certify under

4    penalty of perjury that I have read the foregoing

5    transcript of my deposition taken on December 15,

6    2005; that I have made such corrections as appear

7    noted herein in ink, initialed by me; that my

8    testimony as contained herein, as corrected, is true

9    and correct.

10

11    DATED this _____ day of _____, 2004,

12    at _____, California.

13

14

15

16         _____

17         Isaac Larian

18

19

20

21

22

23

24

25

MGA_AA_005               None               Page 276

CONFIDENTIAL - ATTORNEYS' EYES ONLY          MGA 3708747

Larian, Isaac (AEO)  12/15/2005  9:06:00 AM

1          REPORTER'S CERTIFICATE

2

3          I, Charolette A. Martinez, Certified Shorthand

4     Reporter, in and for the State of California, do

5     hereby certify:

6

7          That the foregoing witness was by me duly

8     sworn; that the deposition was then taken before me

9     at the time and place herein set forth; that the

10    testimony and proceedings were reported

11    stenographically by me and later transcribed into

12    typewriting under my direction; that the foregoing

13    is a true record of the testimony and proceedings

14    taken at that time.

15

16         IN WITNESS WHEREOF, I have subscribed my name

17    this 27th day of December, 2005.

18

19

20

21    _____

22         Charolette A. Martinez, CSR No. 11983

23

24

25

26

MGA_AA_005                           None                           Page  279

CONFIDENTIAL - ATTORNEYS' EYES ONLY                           MGA  3708748



| | A | B | C | D | E | F | G | H | I | J | K | L | M |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | | MGA 2003 Revised Forecast | | | | | | | | | | |
| 2 | | | October 8, 2003 | | | | | | | | | | |
| 3 | | | | | | | | | | | | | |
| 4 | | | | | | | | | | | | | |
| 5 | | | Forecast Assumptions | | | | | | | | | | |
| 6 | | | | | | | | | | | | | |
| 7 | | | | | | | | | | | | | |
| 8 | | (1) | Sales for October thru December are per Gary Thompson's latest forecast reflecting actual backlog totals and total chase. | | | | | | | | | | |
| 9 | | | | | | | | | | | | | |
| 10 | | (2) | Hallmark Sales are deferred for November and December in the amounts of 80% of total sales for both months. The impact | | | | | | | | | | |
| 11 | | | on the Income Statement is reduced sales of $111 million and reduced costs of $62.2 million. The Balance Sheet impact | | | | | | | | | | |
| 12 | | | is a reduction in Accounts Receivable of the $111 million, increased inventory of $62.2 million, and decreased Retained | | | | | | | | | | |
| 13 | | | Earnings by the after tax effect of $48.8 million (approximately $47 million). | | | | | | | | | | |
| 14 | | | | | | | | | | | | | |
| 15 | | (3) | Cash position assumes HK is able to stay within 15-20 day window for preparation of Commercial Invoices and no significant | | | | | | | | | | |
| 16 | | | delays in collections are experienced. | | | | | | | | | | |
| 17 | | | | | | | | | | | | | |
| 18 | | (4) | Loans payable to Beal Bank (SBA Loan) and to Aghdas Larian are both paid off in full during October. | | | | | | | | | | |

Confidential - For Attorney's Eyes Only

MGA 1506083

| From: | Stephen Lee |
|---|---|
| To: | Fred Larian |
| CC: | Dennis Medici; Jose Rivera; John Sroka; Stanley Li |
| BCC: | |
| Sent Date: | 2001-02-06 06:31:14:515 |
| Received Date: | 2001-02-06 10:30:47:758 |
| Subject: | RE: Negotiating LC's, bank charges on LC's |
| Attachments: | |

Dear Fred,

Please see our responses as marked below:

Best regards,
Stephen S.C. Lee
www.mgae.com

SL/ec

-----Original Message-----
**From: Fred Larian**
**Sent:** Tuesday, February 06, 2001 7:59 AM
**To:** Stephen Lee; Stanley Li
**Cc:** Dennis Medici; Jose Rivera; John Sroka
**Subject:** RE: Negotiating LC's, bank charges on LC's

Dear Stephen:

Please let me know

1)  If we use LC opening instructions that we give to our customers and whether such instructions include preferred advising bank.

[Stephen S.C. Lee] All our instructions include the preferred advising bank. However, it is unlikely that most customers will follow our instruction. This is one of the reasons that we are still receiving L/Cs that still bear our old company name.

2)  In your opinion, what service does State Street Bank provide? Do they lend us money on LCs being negotiated through them while we wait for the payments? What is your opinion of negotiating LCs directly with the opening or advising banks? I think we will save money by paying only one bank commissions, but I dont know what the negatives may be (and other possible positives).

[Stephen S.C. Lee]

Regarding to services from State Street Bank, since MGA HK is not the financial centre, State Street Bank only does L/C negotiation here but nothing else. I believe we should be using State Street Bank in LA for other purposes. Please check with Dennis in this respect.

With regard to lending of money, again this is initiated by Dennis in LA. Please discuss with him.

CONFIDENTIAL – ATTORNEYS' EYES ONLY

MGA 3850336

L/C negotiation directly with the opening bank is not possible. It has to go through State Street Bank in HK (or whatever bank that we designated) as the handling bank. I do not think you can save the extra bank commission. In fact, as advised yesterday, the bank charges only represented 0.3% of the invoice amount which is very reasonable for commissions from 2 banks. If you want to get a better commission rate, you will have to negotiate with State Street Bank in LA.

3)   I need details on the allowed correspondence bank charges listed in the JC Penney LC and need to know if the amount deducted matches what is allowed under the LC.

[Stephen S.C. Lee] Details of bank charges for L/C from JC Penny are listed below. Please note such charges only cover one bill (amount of which is US$1,080,000).

Correspondence bank charges: US$1,445
Negotiation in lieu of exchange commission (@ 0.1% of bill amount): US$1,080
Collection commission (@0.0625% of bill amount): US$675
Postage courier: US$30
TT charges: US$15
Correspondence bank charges: US$5

I would like to remind you that the L/C commissions are charged in most cases according to the invoice amounts. Some of them do have a minimum charge and again such are to be negotiated with the issuing banks in LA. I had experienced before at 1/16th percentage, but that was rare case because of continuous relationship.


Best regards,

Fred Larian



——Original Message——
From: Stephen Lee
Sent: Monday, February 05, 2001 12:03 AM
To: Fred Larian
Subject: RE: Negotiating LC's, bank charges on LC's

Dear Fred,

This shipment was for JC Penny.

1.   The LC was advised through Wells Fargo Bank.

2.   The documents were negotiated through State Street Bank.

3.   The total LC value was US$2,399,640 but US$7,203.97 was incurred as bank charges (roughly 0.3%). Key bank charges are:
     Negotiation in lieu of exchange commission for HK bank and foreign bank
     Collection commission
     Postage courier
     TT charges
     Correspondence bank charges

     We do not have any policy to verify bank charges and we are unable to control this since it may involve bank charges from 1 to 2 banks during negotiation. I would assume that LA should have

CONFIDENTIAL – ATTORNEYS' EYES ONLY

MGA 3850337

negotiated bank charges with State Street Bank in LA.

Please advise if further action is required.

Best regards,
Stephen S.C. Lee
www.mgae.com

SL/ec

——Original Message——
**From: Fred Larian**
**Sent:** Monday, February 05, 2001 11:23 AM
**To:** Stephen Lee
**Subject:** Negotiating LC's, bank charges on LC's

——Original Message——
**From: Fred Larian**
**Sent:** Wednesday, January 31, 2001 5:27 PM
**To:** Supreme - Steve Lee
**Cc:** Dennis Medici; Jose Rivera; John Sroka
**Subject:** Negotiating LC's, bank charges on LC's

Please investigate LC # MII335704 (INV. # HKINV003375, 003377) and let me know the following:

1) Which bank was the LC advised through?

2) Which bank did we negotiate documents through?

3) What is our policy on verifying bank charges that get deducted from LC payments to us?

CONFIDENTIAL – ATTORNEYS' EYES ONLY

MGA 3850338

**Exhibit 25**

| From: | Isaac Larian |
|---|---|
| To: | Abe Mirza; Gary Thomson |
| CC: | |
| BCC: | |
| Sent Date: | 2002-03-12 00:32:17:812 |
| Received Date: | 2002-03-12 00:32:17:812 |
| Subject: | Draft-Bandai-CONFIDENTIAL-LET ME KNOW YOUR COMMENTS AND OTHER WISHES BEFORE I SEND. |

Attachments:

Dear Masa,

The investment banker group we have hired (US Bank corp.) has advised us that the current _____ _____ . This is based on company-projected profits.

I would like to make an appointment to come and see you in Paris and show you the detail and discuss this further. Please advise when are you available?

Please also advise what are the agenda items (your wish list) that Bandai wants to get from the deal?

From our side, beside the initial minority investment by Bandai, we would like to get the following from Bandai relationship:

- Autonomy to run and grow MGA's business as we have done in the past.

- Creative input in MGA's future product lunches.
- Bandai to distribute and promote MGA's products in as many markets as Bandai is strong.
- Bandai to distribute MGA products such as Bratz in Japan as soon as it no longer has a conflict with Mattel.
- MGA to have the first right to license secondary Bandai property products that Bandai will not produce ( e.g. Gundum Wing Walkie Talkie, etc).
- 

Confidential - For Attorney's Eyes Only

MGA 0142904

REDACTED

| | |
|---|---|
| **From:** | Isaac Larian |
| **To:** | US Bancorp Piper Jaffray - David Dandel; US Bancorp Piper Jaffray - John Jacobs; US Bancorp Piper Jaffray - Philip Collins |
| **CC:** | Lois Ungar; Michael Bernstein; Gary Thomson |
| **BCC:** | |
| **Sent Date:** | 2002-09-08 22:52:53:890 |
| **Received Date:** | 2002-09-08 22:52:53:890 |
| **Subject:** | MGA value |
| **Attachments:** | |

It was good to see you last week.

MGA's valuation should be revisited based on the following

1-MGA's sales and EBITDA.

2-Licensing income:

of Bratz licensed products will be sold by end 2003. We get a net royalty of 10-12% which goes directly to the bottom line here.

Please review and advise.

Isaac Larian
*Isaac Larian*
CEO
*M G A E*ntertainment
16730 Schoenborn Street
North Hills, California 91343
Tel: 818-894-3150
Fax:818-894-1267
e-mail: llarian@MGAE.COM
*Please Visit*
www.MGAE.com
*And the beautiful BRATZ at*
www.Bratzpack.com
*Hey! Its MGA!*

Confidential - For Attorney's Eyes Only

MGA 1002868

**REDACTED**

| From: | Isaac Larian |
| To: | Lois Ungar |
| CC: | |
| BCC: | |
| Sent Date: | 2002-09-09 23:38:19:906 |
| Received Date: | 2002-09-09 23:38:19:906 |
| Subject: | FW: MGA value |
| Attachments: | |

FYI

-----Original Message-----
From: Jacobs, John [mailto:JJacobs@pjc.com]
Sent: Monday, September 09, 2002 4:33 PM
To: 'Isaac Larian'
Subject: RE: MGA value

Isaac:

This all sounds great and it will definitely go into the overall valuation.
We are anxious to work with you and Lois to finalize the financial model for
the next several years. Everyone at the meeting was impressed and looking
forward to working together. We have a conference call scheduled with Lois
on Wednesday to go over the schedule and time line. We will all spend a lot
of time on the model and then it is our job collectively to present it in
the best light to potential investors/acquirers.

Best regards,

John

-----Original Message-----
From: Isaac Larian [mailto:ilarian@mgae.com]
Sent: Sunday, September 08, 2002 3:53 PM
To: US Bancorp Piper Jaffray - David Dandel; US Bancorp Piper Jaffray -
John Jacobs; US Bancorp Piper Jaffray- Philip Collins
Cc: Lois Ungar; Michael Bernstein; Gary Thomson
Subject: MGA value

It was good to see you last week.

MGA's valuation should be revisited based on the following

1-MGA's sales and EBITDA.

2-Licensing income:

Confidential - For Attorney's Eyes Only

of Bratz licensed products will be sold by end 2003. We get a net royalty of 10-12% which goes directly to the bottom line here.

Please review and advise.

Isaac Larian
Isaac Larian
CEO
M G A Entertainment
16730 Schoenborn Street
North Hills, California 91343
Tel: 818-894-3150
Fax:818-894-1267
e-mail: llarian@MGAE.COM
Please Visit
www.MGAE.com
And the beautiful BRATZ at
www.Bratzpack.com
Hey! Its MGA!

U.S. Bancorp Piper Jaffray - Guides for the journey.®

We have been guiding clients through all types of market conditions for more than 100 years. No matter where you're headed, we recommend you take a guide.

Find out more at http://www.piperjaffray.com

Investment products purchased from or through U.S. Bancorp Piper Jaffray:

-----------------------------------------------------

* Not FDIC-insured * No bank guarantee * May lose value *

-----------------------------------------------------

For additional disclosure information see
http://www.pjc.com/sub_global/usbpj_disclosure.html

Confidential - For Attorney's Eyes Only

MGA 1002884

REDACTED

| | |
|---|---|
| From: | Isaac Larian (President / CEO) |
| To: | Brian Wing |
| CC: | |
| BCC: | |
| Sent Date: | 2005-03-23 02:39:11:156 |
| Received Date: | 2005-03-23 02:39:11:156 |
| Subject: | FW: Daily Consolidated Cash Report - 3/21/05 |
| Attachments: | MGA Consolidated Cash Report 0305.xls |

What are we doing with this money to invest it???

Isaac Larian
CEO
MGA Entertainment, Inc.
16380 Roscoe Blvd. Suite 200
Van Nuys, California 91406
Tel: 818-894-3150
email: larianl1@mgae.com
fax: 818-894-1267
www.mgae.com
www.bratzpack.com
www.alienracers.com


-----Original Message-----
From: Mondana Hamzavi
Sent: Tuesday, March 22, 2005 2:44 PM
To: Isaac Larian (President / CEO); Mel Woods; Valerie Grant
Subject: Daily Consolidated Cash Report - 3/21/05

Consolidated Cash Balance as of 3/21/05 is                Please see the attached cash report.

Mondana

Confidential - For Attorney's Eyes Only

MGA 1513312

REDACTED

| | A | B | C | D | E | F | G | H |
|---|---|---|---|---|---|---|---|---|
| 1 | MGA Entertainment, Inc. | | | | | | | |
| 2 | Daily Cash Report as at 3/21/05 | | | | | | | |
| 3 | | | | | | | | |
| 4 | | | | | | | US Balance | HK Balance |
| 5 | | | | | | | US$ | US$ |
| 6 | | | | | | | ('000) | ('000) |
| 7 | | | USA | | | | | |
| 8 | Union Bank | | | | | | | |
| 9 | | Disbursement Account | | | | | | |
| 10 | | Deposit Account | | | | | | |
| 11 | | | | | | | | |
| 12 | Wells Fargo | | | | | | | |
| 13 | | Disbursement Account | | | | | | |
| 14 | | Deposit Account | | | | | | |
| 15 | | | | | | | | |
| 16 | Wells Fargo Overnight Investment A/C | | | | | | | |
| 17 | | | | | | | | |
| 18 | | | HONG KONG | | | | | |
| 19 | Bank of America | | | | | | | |
| 20 | | | | | | | | |
| 21 | | H.K.Dollars-Current Account | | | | | | |
| 22 | | U.S.Dollars-Current Account | | | | | | |
| 23 | | U.S.Dollars-Saving Account ( | | | | | | |
| 24 | | | | | | | | |
| 25 | | Overnight deposit | | | | | | |
| 26 | | From A/C | | | | | | |
| 27 | | From A/C | | | | | | |
| 28 | | From A/C | | | | | | |
| 29 | | From A/C | | | | | | |
| 30 | HSBC | | | | | | | |
| 31 | | | | | | | | |
| 32 | | Multi Currency Statement Saving A/C | | | | | | |
| 33 | | | | | | | | |
| 34 | | Overnight deposit | | | | | | |
| 35 | | From A/C | | | | | | |
| 36 | | From A/C | | | | | | |
| 37 | | | | | | | | |
| 38 | | | | | | | | |
| 39 | | | MAURITIUS | | | | | |
| 40 | HSBC | | | | | | | |
| 41 | | Deposit Account | | | | | | |
| 42 | | | | | | | | |
| 43 | Wells Fargo - SF | | | | | | | |
| 44 | | Wells Capital Mgmt | | | | | | |
| 45 | | Wells Capital Mgmt | | | | | | |
| 46 | | Wells Capital Mgmt | | | | | | |
| 47 | | Interest 2-28-05 | | | | | | |
| 48 | CASH BOOK BALANCE | | | | | | | |
| 49 | | | | | | | | |
| 50 | | | | | | | | |
| 51 | Remarks | | | | | | | |
| 52 | | | | | | | | |

Confidential - For Attorney's Eyes Only

MGA 1513313

REDACTED

| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | Mauritius Balance |
| 5 | US$ |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |
| 29 | |
| 30 | |
| 31 | |
| 32 | |
| 33 | |
| 34 | |
| 35 | |
| 36 | |
| 37 | |
| 38 | |
| 39 | |
| 40 | |
| 41 | |
| 42 | |
| 43 | |
| 44 | |
| 45 | |
| 46 | |
| 47 | |
| 48 | |
| 49 | |
| 50 | |
| 51 | |
| 52 | |

Confidential - For Attorney's Eyes Only

MGA 1513314

**EXHIBIT 26**

**THIS EXHIBIT IS FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER**

**EXHIBIT 27**

# THIS EXHIBIT IS FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER

| From: | Wolf, Richard (US - Los Angeles) |
|---|---|
| To: | 'ilarian@mgae.com' |
| CC: | 'dmedici@mgae.com'; 'nbadcoube@deloitte.com' |
| BCC: | |
| Sent Date: | 2001-06-27 21:28:20:000 |
| Received Date: | 2001-06-27 21:28:53:236 |
| Subject: | FW: Open Items for International Project Implementation |
| Attachments: | |

-----Original Message-----
**From:** Badcoubae, Nazanin (US - Los Angeles)
**Sent:** Wednesday, June 27, 2001 10:26 AM
**To:** Wolf, Richard (US - Los Angeles)
**Subject:** FW: Open Items for International Project Implementation
**Importance:** High

-----Original Message-----
**From:** Isaac Larian [mailto:ilarian@mgae.com]
**Sent:** Tuesday, June 26, 2001 8:17 PM
**To:** 'Badcoubae, Nazanin (US - Los Angeles)'
**Cc:** O'Toole, David (US - Los Angeles); Trachtman, Alex (US - Los Angeles); Dennis Medici; Deloitte & Touches - Ben Fried; Deloitte & Touches - Ben Fried
**Subject:** RE: Open Items for International Project Implementation

$50,000 "deposit" for filing tax returns?! What is our deal with Delloit on tax returns?

Ben: It looks we need to look for a new CPA firm AGAIN for the 2nd time out of Delloit,

If we leave this time, we are not coming back again, ever.

I don' like to have gun pointed to my head and this is what Rick is doing. We dispute your invoices and costs billed and must meet to settle them.

Nanaz: I don't have Rick's e mail. Please forward this to him. I also, herby formally demand that Delloit return ALL my personal and company TAX files to arrive at my office by June 29th. We keep Delloit <u>fully responsible and accountable</u> for ALL interest and loss profits on getting the tax refunds due if we don't get these back by 6-29-2001. Time is of the essence.

Isaac

CONFIDENTIAL - ATTORNEYS' EYES ONLY

MGA 3848822

REDACTED

-----Original Message-----
From: Badcoubae, Nazanin (US - Los Angeles) [mailto:nbadcoubae@deloitte.com]
Sent: Tuesday, June 26, 2001 9:42 AM
To: 'Ilarian@mgae.com'
Cc: O'Toole, David (US - Los Angeles); Trachtman, Alex (US - Los Angeles); 'Dmedici@mgae.com'
Subject: Open Items for International Project Implementation
Importance: High

-----Original Message-----
From:   Wolf, Richard (US - Los Angeles)
Sent:   Monday, June 25, 2001 7:55 PM
To:     Badcoubae, Nazanin (US - Los Angeles)
Subject:    FW:

-----Original Message-----
From:   Trachtman, Alex (US - Los Angeles)
Sent:   Monday, June 25, 2001 11:52 AM
To:     Wolf, Richard (US - Los Angeles)
Cc:     O'Toole, David (US - Los Angeles); Badcoubae, Nazanin (US - Los Angeles)
Subject:
Importance:    High

Rick:

CONFIDENTIAL - ATTORNEYS' EYES ONLY

MGA 3848823

REDACTED

purpose, and is protected by law. - If you are not the intended recipient, you should delete this message and are hereby notified that any disclosure, copying, or distribution of this message, or the taking of any action based on it, is strictly prohibited.

CONFIDENTIAL - ATTORNEYS' EYES ONLY

MGA 3848825

- This message (including any attachments) contains confidential information intended for a specific individual and purpose, and is protected by law.  - If you are not the intended recipient, you should delete this message and are hereby notified that any disclosure, copying, or distribution of this message, or the taking of any action based on it, is strictly prohibited.

- This message (including any attachments) contains confidential information intended for a specific individual and

CONFIDENTIAL - ATTORNEYS' EYES ONLY

MGA 3848824

REDACTED



德勤・關黃陳方會計師行

Certified Public Accountants
26/F, Wing On Centre
111 Connaught Road Central
Hong Kong

香港中區干諾道中111號
永安中心26樓

Tel: (852) 2852 1600
mail@deloitte.com.hk
www.deloitte.com.hk

電話: (852) 2852 1600
mail@deloitte.com.hk
www.deloitte.com.hk

# Deloitte
# Touche
# Tohmatsu

# Fax

| To: | Office/Company: |
|---|---|
| Mr. Stephen S.C. Lee | MGA Entertainment (HK) Ltd. |
| Fax No: | Date: |
| 2312 0101 | 6 December 2000 |
| From: | Service Division: |
| Wincy Wong | Corporate & Asset Protection Tax Services Group |
| Fax No: | Tel No: |
| 2543 4647 | 2852 5832 |
| No of Pages (including cover sheet): | To confirm receipt, or if you do not receive all pages, please call: |
| 6 | |

Comments:

Dear Stephen:

Confidentiality Notice: This page and any accompanying documents contain confidential information intended for a specific individual and purpose. This telecopied information is private and protected by law. If you are not the intended recipient, you are hereby notified that any disclosure, copying or distribution, or the taking of any action based on the contents of this information, is strictly prohibited.

CONFIDENTIAL - ATTORNEYS' EYES ONLY          REDACTED          MGA 3848828

6 December 2000
Mr. Stephen S.C. Lee
Page 2

CONFIDENTIAL – ATTORNEYS' EYES ONLY   REDACTED   MGA 3848829

6 December 2000
Mr. Stephen S.C. Lee
Page 3

Should you have any questions regarding the above, please do not hesitate to contact us.

Best regards,

(sgd) Wincy Wong

Wincy Wong
Tax Manager

WW/gy

Attachment

c.c.   David O'Toole, Los Angeles Office (By Fax: (213) 694-5840)
       Alex Trachtman, Los Angeles Office (By Fax: (213) 694-5342)
       Dennis Medici, ABC International Traders, Inc. (By Fax: (818) 830-7176)

CONFIDENTIAL – ATTORNEYS' EYES ONLY          REDACTED          MGA 3848830

<u>Attachment 1</u>

<u>INFORMATION REQUIRED FOR THE INCORPORATION OF AN ORDINARY OFFSHORE COMPANY REGISTERED IN MAURTIUS</u>

1. Proposed name: **[Please provide]**

2. Shareholder's details: **[Please provide]**

3. Main objects: Investment Holding

4. Proposed authorized share capital: **[Please provide]**

5. Proposed issued share capital: **[Please provide]**

6. Proposed year end date and currency of books of account: **[Please provide]**

7. Preparation of accounts and audit requirements on an annual basis: **[Yes/No]**

8. <u>Name of director(s)</u>          <u>Nationality</u>     <u>Identification</u>

   **[Please provide details and note that two resident directors in Mauritius would be provided by our Mauritius office]**

9. Name of secretary: **One resident secretary [Provide by our Mauritius office]**

10. Bankers: **[Please provided]**

11. Contact person: Please forward all correspondence to DTT's HK office in the meantime.

12. Background information: Same as the main objects.

13. The letter of comfort: **[Please provided letter of comfort issued by bankers or lawyers]**

14. The Registers of shareholders/directors: will be registered in the Mauritius Registrar.

CONFIDENTIAL – ATTORNEYS' EYES ONLY          MGA 3848831

<u>Attachment 2</u>

<u>INFORMATION REQUIRED FOR THE INCORPORATION OF AN ORDINARY INTERNATIONAL COMPANY REGISTERED IN MAURITIUS</u>

1. Proposed name: [Please provide]

2. Shareholder's details: [Please provide]

3. Main objects: Trading of toys product

4. Proposed authorized share capital: [Please provide]

5. Proposed issued share capital: [Please provide]

6. Proposed year end date and currency of books of account: [Please provide]

7. Preparation of accounts and audit requirements on an annual basis: [Yes/No]

8. <u>Name of director(s)</u>     <u>Nationality</u>     <u>Identification</u>

   [Please provide and note that appointment of resident directors is optional]

9. Name of secretary: [Please provide and note that appointment of resident secretarial is optional]

10. Bankers: [Please provided]

11. Contact person: Please forward all correspondence to DTT's HK office in the meantime.

12. Background information: Same as the main objects.

13. The letter of comfort: [Please provide letter of comfort issued by bankers or lawyers]

14. The Registers of shareholders/directors: will be registered in the Mauritius Registrar.

CONFIDENTIAL – ATTORNEYS' EYES ONLY                    MGA 3848832

Attachment 3

SPECIMEN LETTER OF COMFORT

Dear Sirs

**Reference for [in the name of holding company]**

I/We,                            hereby confirm that (Mr/Mrs) who has been referred to you as a possible client is a person known to me/us for (    ) years in my/our capacity as  ( ) and to the best of my/our knowledge and belief is of probity in business matters, and for whom you may therefore act with confidence and trust.

I/We also confirm that to the best of my/our knowledge and belief the above named person has never been declared bankrupt or been a Director or otherwise concerned in the management of a Company which has been subject to an insolvent liquidation or been the subject of a Judicial enquiry.

Signed for and on behalf of:                          Date:

Name:

(Authorised signatory)

In the presence of

Witness:

Occupation:

Address:

| From: | Stephen Lee |
|---|---|
| To: | Isaac Larian; Dennis Medici |
| CC: | |
| BCC: | |
| Sent Date: | 2000-12-07 07:29:56:609 |
| Received Date: | 2000-12-07 07:30:08:144 |
| Subject: | CONFIDENTIAL - Set up of Mauritius companies |
| Attachments: | mga.doc |

Received the following from Deloitte HK with respect to the setting up of the Mauritius company. I have some questions regarding section 1(a), 1(b) and 1(e) of the attached message. Point 1 of the following e-mail from Wincy addressed that.

Please take your time and study the attachment very carefully, and advise your input for filling in the blanks. Please pay special attention to :
Point I d,
Point I e - i through vii. Here involved a lot more staffs than day 1 which was supposed to be one only. Also I don't know if we are using a Mauritian Offshore Bank.

My suggestion is we should try to keep "MGA" as part of the name for the Mauritius company to avoid confusion to our local vendors.

I must advise you that even though we are proceeding on this, I have not discussed the issue with our manufacturers to find out if they will accept orders placed from Mauritius. It is obvious that such arrangement makes a lot of difference to them since some vendors (like Kin Yat) are already concerned about the lack of assets with MGA HK. The situation will be even worse for the Mauritius company on which they know nothing. I do not know how many factories will dispute and what kind of disputes they will bring up. I cannot even discuss with makers since we have no concrete idea of how the whole structure will be.

I must remind you that we do have a hard time for the makers to accept/sign off the Manufacturer Agreements - the New One representing Mauritius could be even worse.

Best regards,
Stephen S.C. Lee
www.mgae.com

SL/ec

-----Original Message-----
From: winwong@deloitte.com.hk [mailto:winwong@deloitte.com.hk]
Sent: Wednesday, December 06, 2000 5:39 PM
To: sclee@mgae.com
Cc: sarmcgrath@deloitte.com.hk; david_o'toole@deloitte.com.hk;
alex_trachtman@deloitte.com.hk
Subject: Set up of Mauritius companies

CONFIDENTIAL - ATTORNEYS' EYES ONLY

MGA 3848826

Dear Stephen,

Should you have any further questions, please do not hesitate to contact me.
Best regards,

Wincy Wong

CONFIDENTIAL – ATTORNEYS' EYES ONLY

MGA 3848827

REDACTED

LA1 453410v10

Confidential - For Attorney's Eyes Only

MGA Restructuring

MGA 1480182

REDACTED

J.

LAI 453410v10

Confidential - For Attorney's Eyes Only

MGA 1480163

**REDACTED**

[no further text on this page]

3

LA1 453410v10

Confidential - For Attorney's Eyes Only

MGA 1480184

REDACTED

Signature Page                    MGA Restructuring

LAI 453410v10

Confidential - For Attorney's Eyes Only                    REDACTED                    MGA 1480185

| From: | Michael Bernstein |
|---|---|
| To: | Patrick Ma |
| CC: | Stanley Li; Stephen Lee; Joan Tansavatdi; Lois Ungar; Jim Olmstead; Christine Tsui |
| BCC: | |
| Sent Date: | 2002-10-21 23:10:59:031 |
| Received Date: | 2002-10-21 23:15:07:250 |
| Subject: | RE: Mauritius new set up |
| Attachments: | |

Patrick,

We WILL implement the new structure immediately. The old products will be handled as we have in the past. The following discussion will refer to the NEW products that include LIL' BRATZ and OTHER ITEMS. Please see a complete list of these products under a separate email.

Please see my comments below.

I have reviewed the attached procedures for non-GP operations and it looks O.K. with the exception of # 8. Please explain.

Regards,
Michael


-----Original Message-----
**From:** Patrick Ma
**Sent:** Monday, October 21, 2002 1:26 AM
**To:** Michael Bernstein
**Cc:** Stanley Li; Stephen Lee; Joan Tansavatdi; Lois Ungar; Jim Olmstead; Christine Tsui
**Subject:** RE: Mauritius new set up

Michael

Confidential - For Attorney's Eyes Only

<< File: Mauritius.xls >>

Confidential - For Attorney's Eyes Only

REDACTED

MGA 2089385

7.

S.

Confidential - For Attorney's Eyes Only

REDACTED

MGA 2089387

Regards

Patrick


-----Original Message-----
**From:** Michael Bernstein
**Sent:** Tuesday, October 08, 2002 5:23 AM
**To:** Patrick Ma
**Subject:** FW: Mauritius new set up
**Importance:** High

Patrick,

It was good working with you last week. I hope you had a good trip back.

Your description below is accurate. I have had discussions with IS regarding the duplication of some processes. I will have discussions this week with the outside GP VARs Joe Lyons and Christine in trying to simplify the system. I will keep you informed on further developments..

Regards,
Michael


**From:** Patrick Ma
**Sent:** Sunday, October 06, 2002 9:11 PM
**To:** Lawrie Chan; Christine Tsui; Anthony Lo; Frankie Chong; Eric Yip
**Cc:** Jim Olmstead; Stanley Li; Stephen Lee; Michael Bernstein; Franki Tsang; Joe Tiongco
**Subject:** Mauritius new set up

Dear All

Confidential - For Attorney's Eyes Only

MGA 2069386

Regards

Patrick

P.S. Michael-

Confidential - For Attorney's Eyes Only

MGA 2089388

REDACTED

**Project Status Update**
November 14, 2002 US
November 15, 2002 Hong Kong

CONFIDENTIAL - ATTORNEYS' EYES ONLY                    REDACTED        MGA 4374522

CONFIDENTIAL - ATTORNEYS' EYES ONLY

MGA 4374523

REDACTED

CONFIDENTIAL - ATTORNEYS' EYES ONLY

REDACTED

MGA 4374524

CONFIDENTIAL - ATTORNEYS' EYES ONLY

REDACTED

MGA 4374525

CONFIDENTIAL - ATTORNEYS' EYES ONLY

REDACTED

MGA 4374526

CONFIDENTIAL - ATTORNEYS' EYES ONLY

MGA 4374527

REDACTED

# Functional Analysis

### Relative Responsibilities of:

## MGA Entertainment, Inc., MGA Entertainment (Mauritius) Limited, and MGA Entertainment (H.K.) Limited

**Entities**
US = MGA Entertainment, Inc.,
Mauritius = MGA Entertainment (Mauritius) Limited
HK = MGA Entertainment (H.K.) Limited
China = Third-Party Manufacturers in China

**Degree**
R = Responsible
A = Assists
N/A = Not Applicable

Please indicate which entity performs the following functions for each division and to what degree.

  

| Function | Individually Packaged Bratz® Dolls | Bratz® Combination Packs and Accessories | Non Bratz® |
|---|---|---|---|
| MANUFACTURING | | | |
| Plant, Machinery, Equipment | | | |
| Determines plant size | China-R | China-R | China-R |
| Determines plant location | China-R | China-R | China-R |
| Designs plant | China-R | China-R | China-R |
| Supervises plant construction | China-R | China-R | China-R |
| Sets specifications for machinery, equipment | China-R | China-R | China-R |
| Designs machinery, equipment | China-R | China-R | China-R |
| Purchases machinery, equipment | China-R | China-R | China-R |
| Maintains buildings, grounds | China-R | China-R | China-R |
| Maintains equipment | China-R | China-R | China-R |
| Materials | | | |
| Develops sources | China-R | China-R | China-R |
| Determines raw material, component needs | HK-R/C-A | HK-R/C-A | HK-R/C-A |

Confidential - For Attorney's Eyes Only

MGA 3398397



| Function | Individually Packaged Bratz® Dolls | Bratz® Combination Packs and Accessories | Non Bratz® |
|---|---|---|---|
| Qualifies vendors | China-R | China-R | China-R |
| Implements quality control | China-R | China-R | China-R |
| Purchases raw materials, components | China-R | China-R | China-R |
| Warehouses raw materials, components | China-R | China-R | China-R |
| Develops materials flow techniques | China-R | China-R | China-R |
| Arranges for freight, insurance | China-R | China-R | China-R |
| Pays for freight, insurance | China-R | China-R | China-R |
| Production | | | |
| Plans production schedules | HK-R/China-A | HK-R/China-A | HK-R/China-A |
| Supervises production operations | China-R | China-R | China-R |
| Coordinates production, sales | US-R/HK-A | US-R/HK-A | US-R/HK-A |
| Controls flow of raw materials, components | China-R | China-R | China-R |
| Packages, labels products | China-R | China-R | China-R |
| Develops cost standards | HK-R | HK-R | HK-R |
| Develops quality control standards | HK-R | HK-R | HK-R |
| Implements quality control | HK-R/China-A | HK-R/China-A | HK-R/China-A |
| MARKETING, SALES, SERVICE, DISTRIBUTION | | | |
| Customer Mix | | | |
| Sells to consumer end users | N/A | N/A | N/A |
| Sells to business end users | N/A | N/A | N/A |
| Sells to wholesalers, distributors | US-R | US-R | US-R |
| Sells to OEMs | N/A | N/A | N/A |
| Sells to other types of customer not listed above | N/A | N/A | N/A |
| Market Research | | | |
| Conducts market research studies internally | US-R | US-R | US-R |
| Contracts out for market research studies | US-R | US-R | US-R |
| Marketing Strategy | | | |
| Determines market position | US-R | US-R | US-R |
| Controls corporate marketing activities | US-R | US-R | US-R |
| Identifies, determines sales channels | US-R | US-R | US-R |
| Determines need for outside marketing services | US-R | US-R | US-R |

Confidential - For Attorney's Eyes Only

MGA 3395396



| Function | Individually Packaged Bratz® Dolls | Bratz® Combination Packs and Accessories | Non Bratz® |
|---|---|---|---|
| Selects outside marketing services provider | US-R | US-R | US-R |
| Manages relationship with marketing services provider | US-R | US-R | US-R |
| Develops overall marketing strategy | US-R | US-R | US-R |
| Develops new markets | US-R | US-R | US-R |
| Product Strategy | | | |
| Coordinates marketing strategy implementation | US-R | US-R | US-R |
| Develops marketing plans | US-R | US-R | US-R |
| Develops promotional themes | US-R | US-R | US-R |
| Identifies need for product modification | US-R | US-R | US-R |
| Designs packaging materials | US-R | US-R | US-R |
| Develops training materials | US-R | US-R | US-R |
| Trains staff | US-R | US-R | US-R |
| Pricing Strategy | | | |
| Determines market level | US-R | US-R | US-R |
| Determines pricing strategy for third-party customers | US-R | US-R | US-R |
| Establishes credit terms for third-party customers | US-R/HK-R | US-R/HK-R | US-R/HK-R |
| Facilities | | | |
| Determines size, number, location of distribution facilities | US-R | US-R | US-R |
| Evaluates potential facilities | US-R | US-R | US-R |
| Negotiates lease, purchase of facilities | US-R | US-R | US-R |
| Advertising, Marketing Implementation | | | |
| Plans commercials | US-R | US-R | US-R |
| Selects media | US-R | US-R | US-R |
| Plans promotional materials | US-R | US-R | US-R |
| Determines telemarketing strategy | N/A | N/A | N/A |
| Selects outside telemarketing services vendors | N/A | N/A | N/A |
| Selects outside fulfillment services vendors | N/A | N/A | N/A |
| Determines personal calling strategy | N/A | N/A | N/A |
| Purchasing | | | |
| Determines which goods to purchase | US-R/HK-R | US-R/HK-R | US-R/HK-R |
| Determines stocking levels of goods | US-R/HK-R | US-R/HK-R | US-R/HK-R |

~AUTOTIME                    Functional Analysis of Relative Responsibilities                    3

Confidential - For Attorney's Eyes Only                                                          MGA 3396399



| Function | Individually Packaged Bratz® Dolls | Bratz® Combination Packs and Accessories | Non Bratz® |
|---|---|---|---|
| Determines markup amount, percent | US-R/HK-R | US-R/HK-R | US-R/HK-R |
| Identifies, qualifies unrelated sources of goods for resale | N/A | N/A | N/A |
| Negotiates purchasing arrangements with unrelated parties | N/A | N/A | N/A |
| Purchases goods from unrelated parties for resale | N/A | N/A | N/A |
| Inventory | | | |
| Determines purchasing needs (e.g., quantity, timing) | US-R | US-R | US-R |
| Title passes at: | Hong Kong | Hong Kong | Hong Kong |
| Takes title to goods from unrelated parties at: | Hong Kong | Hong Kong | Hong Kong |
| Maintains inventory of finished goods | US-R | US-R | US-R |
| Maintains inventory of spare parts, components | HK-R | HK-R | HK-R |
| Performs inventory control | US-R/HK-A | US-R/HK-A | US-R/HK-A |
| Provides product warehousing services in own facilities | US-R | US-R | US-R |
| Procures product warehousing services from related parties | N/A | N/A | N/A |
| Procures product warehousing services from unrelated parties | US-R | US-R | US-R |
| Sales | | | |
| Sets sales personnel compensation | US-R | US-R | US-R |
| Supervises sales force | US-R | US-R | US-R |
| Contacts customers directly | US-R | US-R | US-R |
| Designs, develops catalogs | US-R | US-R | US-R |
| Determines sales personnel needs | US-R | US-R | US-R |
| Determines coverage of sales territories | US-R | US-R | US-R |
| Shipping | | | |
| Selects mode of shipment | US-R/HK-R | US-R/HK-R | US-R/HK-R |
| Determines standard lot size for shipment | US-R/HK-R | US-R/HK-R | US-R/HK-R |
| Qualifies, selects vendors of transportation services | US-R/HK-R | US-R/HK-R | US-R/HK-R |
| Provides transportation services | US-R/HK-R | US-R/HK-R | US-R/HK-R |
| Determines standard shipping terms | US-R/HK-R | US-R/HK-R | US-R/HK-R |
| Pays for transportation services | US-R/HK-R | US-R/HK-R | US-R/HK-R |
| Customer Service | | | |
| Maintains customer contact | US-R/HK-R | US-R/HK-R | US-R/HK-R |
| Processes customer complaints | US-R/HK-R | US-R/HK-R | US-R/HK-R |
| Processes customer returns | US-R/HK-R | US-R/HK-R | US-R/HK-R |

~AUTOTIME                 Functional Analysis of Relative Responsibilities                 4

Confidential - For Attorney's Eyes Only                 MGA 3398400

| Function | Individually Packaged Bratz® Dolls | Bratz® Combination Packs and Accessories | Non Bratz® |
|---|---|---|---|
| Administers warranty program | US-R/HK-R | US-R/HK-R | US-R/HK-R |
| Provides repair services | US-R/HK-R | US-R/HK-R | US-R/HK-R |
| Contracts out for repair services | N/A | N/A | N/A |
| Bears financial risks for: | | | |
| Price reduction for customer inventory | US-R/HK-R | US-R/HK-R | US-R/HK-R |
| Price reduction for own inventory | US-R/HK-R | US-R/HK-R | US-R/HK-R |
| Obsolescence of customer inventory | US-R/HK-R | US-R/HK-R | US-R/HK-R |
| Obsolescence of own inventory | US-R/HK-R | US-R/HK-R | US-R/HK-R |
| Foreign exchange fluctuations | N/A | N/A | N/A |
| Customer receivables | US-R/HK-R | US-R/HK-R | US-R/HK-R |
| Warranty repairs | US-R/HK-R | US-R/HK-R | US-R/HK-R |
| Property, casualty losses beyond insurance coverage | US-R/HK-R | US-R/HK-R | US-R/HK-R |
| Product liability losses beyond insurance coverage | US-R/HK-R | US-R/HK-R | US-R/HK-R |
| Customer returns | US-R/HK-R | US-R/HK-R | US-R/HK-R |
| Foreign exchange dealings with related parties | N/A | N/A | N/A |
| Foreign exchange dealings with unrelated parties | N/A | N/A | N/A |
| Loans to unrelated parties | N/A | N/A | N/A |
| Financing customer purchases through installment contracts | N/A | N/A | N/A |
| Performance bonds, other indemnity agreements | N/A | N/A | N/A |
| Environmental liabilities | N/A | N/A | N/A |
| RESEARCH AND DEVELOPMENT | | | |
| Manufacturing Process Intangibles | | | |
| Develops manufacturing processes | N/A | N/A | N/A |
| Develops process improvements by "learning by doing" | N/A | N/A | N/A |
| Incurs development costs | N/A | N/A | N/A |
| Product Intangibles | | | |
| Develops products, components | US-R | US-R | US-R |
| Develops product, component specifications | US-R | US-R | US-R |
| Develops manufacturing processes, techniques | N/A | N/A | N/A |
| Incurs development costs | US-R | US-R | US-R |
| Marketing Intangibles | | | |
| Develops trade name | US-R | US-R | US-R |

Confidential - For Attorney's Eyes Only

MGA 3398401

| Function | Individually Packaged Bratz® Dolls | Bratz® Combination Packs and Accessories | Non Bratz® |
|---|---|---|---|
| Develops trademark | US-R | US-R | US-R |
| Incurs development costs | US-R | US-R | US-R |
| Research and Development Facilities | | | |
| Operates design facility | US-R | US-R | US-R |
| Operates testing facility | US-R | US-R | US-R |
| Contracts out for design services | US-R | US-R | US-R |
| Contracts out for testing services | US-R/HKM | US-R/HKM | US-R/HKM |
| Owns testing equipment | N/A | N/A | N/A |
| INTANGIBLES | | | |
| Manufacturing Process Intangibles | | | |
| Uses processes that are: | N/A | N/A | N/A |
| If processes are patented or partially patented: | N/A | N/A | N/A |
| Licenses rights from: | N/A | N/A | N/A |
| Pays royalties to related licensors | N/A | N/A | N/A |
| Pays royalties to unrelated licensors | N/A | N/A | N/A |
| Related party contributed intangibles to capital | N/A | N/A | N/A |
| Licenses intangibles to unrelated parties | N/A | N/A | N/A |
| Product Intangibles | | | |
| Owns patents that are partially or wholly incorporated in products | US-R | US-R | US-R |
| Incorporates unpatented know-how in products | N/A | N/A | N/A |
| Owns outright rights to manufacture products | US-R | US-R | US-R |
| Licenses rights from related party to manufacture products | N/A | N/A | N/A |
| Licenses rights from unrelated party to manufacture products | US-R | US-R | US-R |
| Pays royalties to related licensors | Intercompany royalty payments/reim bursements | Intercompany royalty payments/reim bursements | Intercompany royalty payments/reim bursements |
| Pays royalties to unrelated licensors –But US reimbursed by Mauritius | US-R | US-R | US-R |
| Related party contributed intangibles to capital | N/A | N/A | N/A |
| Licenses intangibles to unrelated parties | US-R | US-R | US-R |
| Marketing Intangibles | | | |
| Markets products that are generic commodities (contain no intangibles) | N/A | N/A | N/A |
| Markets products that incorporate trademarks, labels owned by company | US-R | US-R | US-R |

Confidential - For Attorney's Eyes Only                                         MGA 3398402



| Function | Individually Packaged Bratz® Dolls | Bratz® Combination Packs and Accessories | Non Bratz® |
|---|---|---|---|
| Owns trademarks and trade names unique to this group | US-R | US-R | US-R |
| Owns trademarks and trade names used in USA and unique to USA | US-R | US-R | US-R |
| Owns unique trademarks and trade names used outside USA | US-R | US-R | US-R |
| Licenses trademark, trade name from related party | Mauritius licensed from US | Mauritius licensed from US | Mauritius licensed from US |
| Licenses trademark, trade name from unrelated party | US-R | US-R | US-R |
| Pays royalties to related licensors | HK pays dist. royalties to US/Mauritius | HK pays dist. royalties to US/Mauritius | HK pays dist. royalties to US/Mauritius |
| Pays royalties to unrelated licensors - But US reimbursed by Mauritius | US-R | US-R | US-R |
| Related party contributed intangibles to capital | N/A | N/A | N/A |
| Transfers intangibles to unrelated parties by licenses | N/A | N/A | N/A |
| GENERAL, ADMINISTRATION | | | |
| Strategic Planning | | | |
| Determines overall corporate strategy | US-R | US-R | US-R |
| Determines lines of business to enter, exit | US-R | US-R | US-R |
| Determines where manufacturing takes place | US-R | US-R | US-R |
| Determines where distribution takes place | US-R | US-R | US-R |
| Determines role in research and development | US-R | US-R | US-R |
| Determines criteria for major capital investments | US-R | US-R | US-R |
| Determines nature of relationships to be developed, maintained | US-R | US-R | US-R |
| Financial Management | | | |
| Prepares invoices | US-R/HK-R | US-R/HK-R | US-R/HK-R |
| Responsible for collections | US-R/HK-R | US-R/HK-R | US-R/HK-R |
| Selects banking services provider | US-R/HK-R | US-R/HK-R | US-R/HK-R |
| Determines priority of payment to creditors | US-R/HK-R | US-R/HK-R | US-R/HK-R |
| Negotiates terms for borrowing | US-R/HK-R | US-R/HK-R | US-R/HK-R |
| Determines cash requirements | US-R/HK-R | US-R/HK-R | US-R/HK-R |
| Establishes credit policy | US-R/HK-R | US-R/HK-R | US-R/HK-R |
| Determines sources of capital | US-R | US-R | US-R |
| Human Resources | | | |
| Determines overall staffing levels | US-R/HK-R | US-R/HK-R | US-R/HK-R |

Confidential - For Attorney's Eyes Only                                                    MGA 3396403



| Function | Individually Packaged Bratz® Dolls | Bratz® Combination Packs and Accessories | Non Bratz® |
|---|---|---|---|
| Determines recruiting policy | US-R/HK-R | US-R/HK-R | US-R/HK-R |
| Determines employment policies | US-R/HK-R | US-R/HK-R | US-R/HK-R |
| Establishes compensation programs | US-R/HK-R | US-R/HK-R | US-R/HK-R |
| Selects own senior staff (List staff levels.) | US-R/HK-R | US-R/HK-R | US-R/HK-R |
| Accounting | | | |
| Sets accounting policies | US-R/HK-R | US-R/HK-R | US-R/HK-R |
| Develops systems, software | N/A | N/A | N/A |
| Prepares financial reports, budgets | US-R/HK-R | US-R/HK-R | US-R/HK-R |
| Legal | | | |
| Selects outside legal services | US-R/HK-R | US-R/HK-R | US-R/HK-R |
| Provides internal legal counsel | US-R | US-R | US-R |
| Handles government matters | US-R/HK-R | US-R/HK-R | US-R/HK-R |
| Handles other legal matters | US-R/HK-R | US-R/HK-R | US-R/HK-R |
| Negotiates contracts with third-party customers, suppliers | US-R/HK-R | US-R/HK-R | US-R/HK-R |
| Insurance | | | |
| Determines insurance needs | US-R/HK-R | US-R/HK-R | US-R/HK-R |
| Qualifies, selects providers of insurance services | US-R/HK-A | US-R/HK-A | US-R/HK-A |
| Purchases property, casualty insurance | US-R/HK-R | US-R/HK-R | US-R/HK-R |
| Purchases product liability insurance | US-R | US-R | US-R |
| REIMBURSEMENTS | | | |
| Reimbursements Received from Related Parties for: | | | |
| Advertising | N/A | N/A | N/A |
| Freight | N/A | N/A | N/A |
| Salary, benefits | N/A | N/A | N/A |
| Research and development expense | Mauritius pays US | Mauritius pays US | Mauritius pays US |
| Engineering services | N/A | N/A | N/A |
| Repairs performed under warranty for customers | N/A | N/A | N/A |
| Other warranty expenses | N/A | N/A | N/A |
| Other customer services | N/A | N/A | N/A |
| Marketing services | N/A | N/A | N/A |
| Other services | N/A | N/A | N/A |

~AUTOTIME        Functional Analysis of Relative Responsibilities        8

Confidential - For Attorney's Eyes Only

MGA 3396404

**EXHIBIT 28**

**CERTIFIED COPY**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | | |
|---|---|---|
| CARTER BRYANT, AN INDIVIDUAL, | ) | |
| PLAINTIFF, | ) | |
| V. | ) | NO.  CV 04-9040 SGL (RNBX) |
| MATTEL, INC., A DELAWARE CORPORATION, | ) | |
| DEFENDANT. | ) | |
| AND CONSOLIDATED ACTION(S). | ) | |

**C O N F I D E N T I A L**
**FOR ATTORNEYS EYES ONLY**

**DEPOSITION OF LISA TONNU**

**VOLUME I**

**JULY 19, 2007**



COURT REPORTERS
700 S. Flower Street
Suite 1100
Los Angeles, California 90017
Office: (213) 955-0070
Fax: (213) 955-0077

REPORTED BY:
APRIL PRAXMARER
CSR NO. 12437
JOB NO. 07AE487-AC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION


CARTER BRYANT, AN INDIVIDUAL, )
                              )

        PLAINTIFF,            )

                              )

VS.                           ) CASE NO.

                            ) CV 04-9049 SGL (RNBX)

MATTEL, INC., A DELAWARE      )

CORPORATION,            )

                            )

        DEFENDANT.          )

                            )

AND CONSOLIDATED ACTION(S).   )

_____)


C O N F I D E N T I A L

(THIS TRANSCRIPT HAS BEEN DESIGNATED CONFIDENTIAL FOR
ATTORNEYS' EYES ONLY)


     VOLUME I DEPOSITION OF LISA TONNU, TAKEN ON BEHALF OF
THE DEFENDANT, AT 865 SOUTH FIGUEROA STREET, TENTH FLOOR,
LOS ANGELES, CALIFORNIA, COMMENCING AT 10:00 A.M.,
THURSDAY, JULY 19, 2007, BEFORE APRIL CRUZ CACULITAN,
CERTIFIED SHORTHAND REPORTER NO. 12437.

```
 1   APPEARANCES OF COUNSEL:
 2   FOR CARTER BRYANT:
 3       KEKER & VAN NEST, LLP
         BY:  MICHAEL PAGE, ESQ.
 4       710 SANSOME STREET
         SAN FRANCISCO, CALIFORNIA 94111
 5       (415) 391-5400
         (NOT PRESENT)
 6
     FOR MATTEL, INC.:
 7
         QUINN EMANUEL URQUART OLIVER & HEDGES, LLP
 8       BY:  JON COREY, ESQ.
         865 SOUTH FIGUEROA STREET
 9       TENTH FLOOR
         LOS ANGELES, CALIFORNIA 90017
10       (213) 624-7707
11   FOR MGA ENTERTAINMENT, INC.:
12
         O'MELVENY & MEYERS, LLP
13       BY:  JAMES PAUL JENAL, ESQ.
         400 SOUTH FIGUEROA STREET
14       LOS ANGELES, CALIFORNIA 90071-2899
         (213) 430-6000
15
     ALSO PRESENT:
16
         PHILIP CRUZ, VIDEOGRAPHER
17       J.T.V. LITIGATION SERVICES, INC.
18       CRAIG HOLDEN - MGA ENTERTAINMENT
19
20
21
22
23
24
25
```

3

```
 1                           INDEX

 2

 3   DEPONENT      LISA TONNU                          PAGE

 4   EXAMINATION

 5   BY MR. COREY                                        7

 6

 7   EXHIBITS FOR IDENTIFICATION

 8

 9   NO.          DESCRIPTION                          PAGE

10   515             DIAGRAM                             47

11   516             FILING                             100

12   517             SPANISH LANGUAGE DOCUMENT          102

13   518             TAX RETURN                         108

14   519             ENGAGEMENT LETTER                  128

15   520             CONSULTING AGREEMENT               139

16   521             LIST                               164

17   522             DECLARATION                        165

18   523             DRAWING                            185

19   524             E-MAIL DATED 5/15/2004             199

20             (INSTRUCTIONS NOT TO ANSWER)

21        PAGE     LINE        PAGE     LINE

22         53       15          219      15

           54       17          219      25

23         55        2          220      11

           55       12          220      21

24         56        7          221       1

          163        9          224      23

25        163       19          225       8
```

4

```
 1                  (INSTRUCTIONS NOT TO ANSWER)
 2          PAGE    LINE        PAGE        LINE
 3          163      25         225          13
            178       3         225          17
 4          179       5         225          21
            179      22         226           2
 5          180       2         226           7
            181       5         226          11
 6          181      14         226          24
            181      23         227          22
 7          182       5         228           6
            183       5         228          10
 8          183      11         228          15
            185       3         228          19
 9          189      12         228          25
            215      16         229           4
10          217      17
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

5

|    |                                                                           |          |
|----|---------------------------------------------------------------------------|----------|
| 1  | LOS ANGELES, CALIFORNIA;                                                   |          |
| 2  | THURSDAY, JULY 19, 2007, 10:00 A.M.                                        |          |
| 3  |                                                                           |          |
| 4  | THE VIDEOGRAPHER:  OKAY.  GOOD MORNING.  WE                                | 10:01:25 |
| 5  | ARE NOW ON THE RECORD AT 10:00 A.M.  TODAY'S DATE IS                       | 10:01:28 |
| 6  | THURSDAY, JULY 19, 2007.  MY NAME IS PHILIP CRUZ, WITH                     | 10:01:31 |
| 7  | J.T.V. LITIGATION SERVICES IN LOS ANGELES, CALIFORNIA.                     | 10:01:38 |
| 8  | WE ARE TAPING THESE PROCEEDINGS AT 865 SOUTH                               | 10:01:41 |
| 9  | FIGUEROA STREET, THE TENTH FLOOR, IN DOWNTOWN LOS                          | 10:01:46 |
| 10 | ANGELES.                                                                  | 10:01:48 |
| 11 | THIS IS TAPE NUMBER 1 FOR THE VIDEOTAPED                                   | 10:01:49 |
| 12 | DEPOSITION OF MS. LISA TONNU IN THE ACTION ENTITLED                        | 10:01:53 |
| 13 | "BRYANT VERSUS MATTEL."  THIS DEPOSITION A BEING TAKEN                     | 10:01:57 |
| 14 | ON BEHALF OF THE DEFENDANTS.  THE CASE NUMBER IS                           | 10:02:00 |
| 15 | CV 04-9049 SGL.                                                            | 10:02:03 |
| 16 | AND MAY I HAVE INTRODUCTIONS FOR THE RECORD,                               | 10:02:07 |
| 17 | PLEASE.                                                                    | 10:02:11 |
| 18 | MR. COREY:  I'M JON COREY, ON BEHALF OF                                    | 10:02:12 |
| 19 | MATTEL.                                                                    | 10:02:14 |
| 20 | MR. JENAL:  JIM JENAL, WITH O'MELVENY &                                    | 10:02:15 |
| 21 | MEYERS, FOR DEFENDANT MGA ENTERTAINMENT, INC.                              | 10:02:19 |
| 22 | MR. HOLDEN:  CRAIG HOLDEN, MGA ENTERTAINMENT.                              | 10:02:21 |
| 23 | THE WITNESS:  LISA TONNU, FROM MGA.                                        | 10:02:24 |
| 24 | THE VIDEOGRAPHER:  YOU MAY SWEAR IN THE                                    | 10:02:25 |
| 25 | WITNESS.                                                                   | 10:02:25 |

6

| | | |
|---|---|---|
| 1 | /// | 10:02:25 |
| 2 | LISA TONNU, | 10:02:25 |
| 3 | HAVING BEEN FIRST DULY AFFIRMED BY THE REPORTER, WAS | 10:02:25 |
| 4 | EXAMINED AND TESTIFIED AS FOLLOWS: | 10:02:25 |
| 5 | | 10:02:25 |
| 6 | EXAMINATION | 10:02:25 |
| 7 | BY MR. COREY: | 10:02:35 |
| 8 | Q    GOOD MORNING, MS. TONNU.  IS THAT -- IS THAT | 10:02:35 |
| 9 | HOW YOU SAY YOUR NAME? | 10:02:39 |
| 10 | A    YES. | 10:02:42 |
| 11 | Q    TONNU? | 10:02:43 |
| 12 | A    TONNU. | 10:02:44 |
| 13 | Q    TONNU.  I'LL TRY AND GET THAT RIGHT. | 10:02:46 |
| 14 | HAVE YOU EVER HAD YOUR DEPOSITION TAKEN | 10:02:49 |
| 15 | BEFORE? | 10:02:50 |
| 16 | A    NO. | 10:02:51 |
| 17 | Q    I'M SURE YOUR COUNSEL HAS TALKED TO YOU A | 10:02:51 |
| 18 | LITTLE BIT ABOUT DEPOSITIONS, BUT JUST TO MAKE SURE | 10:02:56 |
| 19 | WE'RE ALL ON THE SAME PAGE, WE'RE GOING TO GO OVER | 10:02:59 |
| 20 | SOME -- A COUPLE OF GROUND RULES. | 10:03:02 |
| 21 | DO YOU UNDERSTAND THAT THE COURT REPORTER | 10:03:03 |
| 22 | SEATED TO YOUR RIGHT IS TAKING DOWN EVERYTHING THAT | 10:03:04 |
| 23 | EVERYONE IN THE ROOM SAYS? | 10:03:07 |
| 24 | A    YES. | 10:03:07 |
| 25 | Q    DO YOU UNDERSTAND THAT SHE WILL PREPARE A | 10:03:08 |

7

| | | |
|---|---|---|
| 1 | Q    LEGAL NAMES TO THE EXTENT THAT YOU HAVE THEM. | 10:57:13 |
| 2 | AND KNOWING OTHER PEOPLE IN YOUR POSITION AND OTHER | 10:57:17 |
| 3 | COMPANIES, I TRUST THAT YOU DO. | 10:57:19 |
| 4 | A    (WITNESS COMPLIES.) | 11:00:11 |
| 5 | THAT'S PRETTY MUCH IT. | 11:06:32 |
| 6 | MR. COREY: LET'S TAKE A QUICK BREAK.  I'LL | 11:06:44 |
| 7 | GO MAKE SOME PHOTOCOPIES OF THIS. | 11:06:50 |
| 8 | THE VIDEOGRAPHER:  OKAY.  WE'RE OFF THE | 11:06:53 |
| 9 | RECORD AT 11:05 A.M. | 11:06:54 |
| 10 | (A RECESS WAS TAKEN.) | 11:06:56 |
| 11 | THE VIDEOGRAPHER:  WE'RE BACK ON RECORD AT | 11:20:52 |
| 12 | 11:19 A.M. | 11:20:54 |
| 13 | BY MR. COREY: | 11:20:56 |
| 14 | Q    MS. TONNU, I'VE GIVEN YOU EXHIBIT 515, WHAT'S | 11:20:56 |
| 15 | MARKED AS EXHIBIT 515, WHICH YOU SPENT THE LAST COUPLE | 11:21:09 |
| 16 | OF MINUTES CREATING. | 11:21:09 |
| 17 | (DEFENDANT'S EXHIBIT 515 WAS MARKED FOR | 11:21:11 |
| 18 | IDENTIFICATION.) | 11:21:11 |
| 19 | BY MR. COREY: | 11:21:12 |
| 20 | Q    TELL ME -- TELL ME WHAT IT IS THAT YOU | 11:21:12 |
| 21 | CREATED. | 11:21:14 |
| 22 | A    I CREATED MGA'S CORPORATE ORGANIZATIONAL | 11:21:14 |
| 23 | CHART. | 11:21:19 |
| 24 | Q    AND THIS IS CURRENT AS OF TODAY? | 11:21:19 |
| 25 | A    THAT'S CORRECT. | 11:21:22 |

47

| | | |
|---|---|---|
| 1 | Q     AND HOW -- HOW DO YOU KNOW WHAT THE CORPORATE | 11:21:23 |
| 2 | ORGANIZATION OF MGA AND ITS SUBSIDIARIES IS? | 11:21:35 |
| 3 | A     I HAVE BEEN MAINTAINING THE STRUCTURE, | 11:21:38 |
| 4 | CORPORATE STRUCTURE, SINCE JOINING THE COMPANY. | 11:21:40 |
| 5 | Q     WHAT DO YOU MEAN, "MAINTAINING THE CORPORATE | 11:21:43 |
| 6 | STRUCTURE"? | 11:21:46 |
| 7 | A     THE ACTUAL PRESENTATION, THE ORGANIZATION | 11:21:46 |
| 8 | CHART. | 11:21:51 |
| 9 | Q     YOU KEEP TRACK -- YOU'RE RESPONSIBLE FOR THE | 11:21:51 |
| 10 | ORGANIZATIONAL CHART AND MAKING SURE IT'S UP-TO-DATE? | 11:21:54 |
| 11 | A     CORRECT. | 11:21:57 |
| 12 | Q     AND THEN YOU'VE GOT -- ALL RIGHT.  LET'S JUST | 11:21:57 |
| 13 | GO THROUGH THIS VERY -- LET'S JUST GO THROUGH THIS. | 11:22:17 |
| 14 | YOU'VE GOT MGA ENTERTAINMENT? | 11:22:20 |
| 15 | MR. JENAL:  SORRY, JON.  I JUST NEED TO | 11:22:23 |
| 16 | INTERJECT. | 11:22:24 |
| 17 | GIVEN THAT WE'RE GOING TO GO INTO THE DETAILS | 11:22:24 |
| 18 | ON THIS CHART, WE'LL DESIGNATE AT LEAST THIS PORTION OF | 11:22:27 |
| 19 | THE TESTIMONY ATTORNEYS' EYES.  THERE MAY BE OTHER | 11:22:30 |
| 20 | SECTIONS AS WELL, BUT CERTAINLY THIS PART. | 11:22:33 |
| 21 | MR. COREY:  OKAY.  AND I ASSUME, THEN, YOU'RE | 11:22:38 |
| 22 | DESIGNATING THIS -- | 11:22:40 |
| 23 | MR. JENAL:  CORRECT. | 11:22:41 |
| 24 | MR. COREY:  -- EXHIBIT 515 AS ATTORNEYS EYES | 11:22:41 |
| 25 | ONLY AS WELL? | 11:22:44 |

| | | |
|---|---|---|
| 1 | MR. JENAL:  CORRECT. | 11:22:46 |
| 2 | BY MR. COREY: | 11:22:46 |
| 3 | Q    YOU'VE GOT MG -- MGA ENTERTAINMENT, INC. | 11:22:46 |
| 4 | IS THERE A -- IS THERE A HOLDING COMPANY | 11:22:52 |
| 5 | ABOVE MGA ENTERTAINMENT, INC.? | 11:22:53 |
| 6 | A    NO. | 11:22:58 |
| 7 | Q    JUST SHAREHOLDERS? | 11:22:58 |
| 8 | A    YES. | 11:22:59 |
| 9 | Q    ONE SHAREHOLDER?  HOW MANY SHAREHOLDERS ARE | 11:22:59 |
| 10 | THERE? | 11:23:03 |
| 11 | A    THERE ARE TWO SHAREHOLDERS. | 11:23:04 |
| 12 | Q    AND WHO ARE THEY? | 11:23:05 |
| 13 | A    MR. ISAAC LARIAN AND MR. ELI MAKABI. | 11:23:07 |
| 14 | Q    DID YOU SAY ELI? | 11:23:14 |
| 15 | A    ELI, E-L-I.  HIS -- I THINK -- I BELIEVE HIS | 11:23:16 |
| 16 | LEGAL NAME IS JAHANGIR MAKABI. | 11:23:22 |
| 17 | Q    CAN YOU SPELL THAT? | 11:23:24 |
| 18 | A    J-A-H-A-N-G-I-R. | 11:23:25 |
| 19 | Q    AND HOW DO YOU PRONOUNCE THAT? | 11:23:31 |
| 20 | A    JAHANGIR. | 11:23:34 |
| 21 | Q    JAHANGIR. | 11:23:35 |
| 22 | AND ARE THEY -- ARE THEY SHAREHOLDERS | 11:23:39 |
| 23 | INDIVIDUALLY, OR ARE THOSE THROUGH TRUSTS OR SOMETHING | 11:23:42 |
| 24 | LIKE THAT? | 11:23:45 |
| 25 | A    THEY'RE HELD THROUGH TRUSTS. | 11:23:45 |

49

| | | | |
|---|---|---|---|
| 1 | Q | OKAY.  AND DO YOU KNOW WHAT THE PERCENTAGE OF | 11:23:47 |
| 2 | SHARE OWNERSHIP IS BETWEEN THE TWO? | | 11:23:51 |
| 3 | A | YES. | 11:23:54 |
| 4 | Q | WHAT IS THAT? | 11:23:54 |
| 5 | A | MR. ISAAC LARIAN HAS 81.82 AND MR. MAKABI HAS | 11:23:55 |
| 6 | THE REMAINDER. | | 11:24:03 |
| 7 | Q | WHEN YOU SAY -- 81.82? | 11:24:04 |
| 8 | A | CORRECT.  PERCENT. | 11:24:07 |
| 9 | | 18.18. | 11:24:15 |
| 10 | Q | AND THAT'S CURRENTLY.  HOW LONG HAS THAT | 11:24:16 |
| 11 | BEEN -- HAS THAT DIVISION OF SHARES BEEN LIKE THAT? | | 11:24:20 |
| 12 | A | DIVISION OF SHARES HAS BEEN LIKE THAT SINCE | 11:24:22 |
| 13 | 2002. | | 11:24:28 |
| 14 | Q | AND PRIOR TO 2002, WHAT WAS IT? | 11:24:28 |
| 15 | A | PRIOR TO 2002, IT WAS 90/10. | 11:24:36 |
| 16 | Q | BETWEEN MR. LARIAN AND MR. MAKABI? | 11:24:43 |
| 17 | A | CORRECT. | 11:24:49 |
| 18 | Q | AND DO YOU KNOW WHY THAT CHANGED? | 11:24:50 |
| 19 | A | I DO NOT KNOW WHY. | 11:24:55 |
| 20 | Q | WHO WOULD KNOW WHY THE SHARE DIVISION | 11:24:57 |
| 21 | CHANGED? | | 11:25:01 |
| 22 | A | I DO NOT KNOW. | 11:25:01 |
| 23 | Q | WELL, PRESUMABLY MR. LARIAN OR MR. MAKABI MAY | 11:25:02 |
| 24 | KNOW. | | 11:25:07 |
| 25 | A | YES. | 11:25:07 |

50

| | | | |
|---|---|---|---|
| 1 | Q | WOULD MR. WING? | 11:25:08 |
| 2 | A | KNOW?  IS THAT YOUR QUESTION? | 11:25:14 |
| 3 | Q | WOULD HE KNOW, YES. | 11:25:16 |
| 4 | A | YES.  I DO NOT KNOW IF HE WOULD KNOW. | 11:25:17 |
| 5 | Q | AND HOW LONG WAS IT 90/10? | 11:25:19 |
| 6 | A | PRIOR TO THAT, IT WAS A DIFFERENT OWNERSHIP. | 11:25:23 |
| 7 | | PRIOR TO THE 90/10, THERE WAS A DIFFERENT OWNERSHIP. | 11:25:29 |
| 8 | Q | AND MR. -- MR. LARIAN ACQUIRED THE COMPANY, | 11:25:33 |
| 9 | | IS THAT WHAT YOU'RE SAYING? | 11:25:35 |
| 10 | A | NO.  PRIOR TO THAT, MR. LARIAN HAD A | 11:25:36 |
| 11 | | DIFFERENT OWNERSHIP AMOUNT. | 11:25:39 |
| 12 | Q | PERCENTAGE? | 11:25:41 |
| 13 | A | PERCENTAGE. | 11:25:41 |
| 14 | Q | OKAY.  HOW LONG -- AND HOW LONG WAS IT 90/10? | 11:25:41 |
| 15 | A | IT WAS 90/10 BETWEEN 2000 TO 2002. | 11:25:43 |
| 16 | Q | AND IN 2000 OR PRIOR TO 2000, WHAT WAS IT? | 11:25:48 |
| 17 | A | IT WAS 45 PERCENT WAS HELD BY MR. ISAAC | 11:25:58 |
| 18 | | LARIAN; 45 HELD BY FAHAD LARIAN, FRED LARIAN, AND | 11:26:01 |
| 19 | | 10 PERCENT WAS OWNED BY MR. MAKABI. | 11:26:09 |
| 20 | Q | DID ISAAC LARIAN ACQUIRE FRED LARIAN'S | 11:26:18 |
| 21 | | OWNERSHIP INTEREST? | 11:26:32 |
| 22 | A | YES. | 11:26:33 |
| 23 | Q | AND THAT HAPPENED IN 2000? | 11:26:33 |
| 24 | A | THAT HAPPENED IN 2000. | 11:26:36 |
| 25 | Q | WHEN YOU WERE AT ERNST & YOUNG, WERE YOU -- | 11:26:42 |

51

| | | |
|---|---|---|
| 1 | WERE YOU PROVIDING TAX ADVICE TO MGA ENTERTAINMENT | 11:26:48 |
| 2 | BEFORE YOU JOINED THEM? | 11:26:52 |
| 3 | A    NO. | 11:26:53 |
| 4 | Q    HOW LONG WAS THE OWNERSHIP OF MGA | 11:26:53 |
| 5 | ENTERTAINMENT, INC. 45/45/10? | 11:26:59 |
| 6 | MR. JENAL:  UP THROUGH OR BACK TO JANUARY 1, | 11:27:03 |
| 7 | 1999, THE TOPIC? | 11:27:05 |
| 8 | MR. COREY:  THAT'S FINE. | 11:27:10 |
| 9 | THE WITNESS:  I'M AWARE THAT FROM '99 TO 2000 | 11:27:12 |
| 10 | IT WAS 45/45/10. | 11:27:15 |
| 11 | BY MR. COREY: | 11:27:17 |
| 12 | Q    DO YOU KNOW WHAT IT WAS PRIOR TO '99? | 11:27:18 |
| 13 | MR. JENAL:  OBJECTION.  SCOPE.  CALLS FOR | 11:27:32 |
| 14 | SPECULATION. | 11:27:34 |
| 15 | THE WITNESS:  I DO NOT KNOW. | 11:27:35 |
| 16 | BY MR. COREY: | 11:27:37 |
| 17 | Q    NOW, OTHER THAN WHAT I ASSUME ARE PERSONAL | 11:27:37 |
| 18 | TRUSTS, THERE ARE NO OTHER COMPANIES BETWEEN MR. LARIAN | 11:27:58 |
| 19 | AND MGA ENTERTAINMENT, INC.? | 11:28:03 |
| 20 | A    NO. | 11:28:05 |
| 21 | Q    AND MR. MAKABI AND MGA ENTERTAINMENT, INC.? | 11:28:05 |
| 22 | A    NO. | 11:28:10 |
| 23 | Q    DO YOU HAVE ANY RESPONSIBILITY FOR THE | 11:28:11 |
| 24 | TRUSTS? | 11:28:15 |
| 25 | MR. JENAL:  THAT'S A "YES" OR "NO" QUESTION. | 11:28:20 |

52

| | | |
|---|---|---|
| 1 | THE WITNESS:  WHAT DO YOU MEAN BY | 11:28:20 |
| 2 | "RESPONSIBILITY"? | 11:28:20 |
| 3 | BY MR. COREY: | 11:28:20 |
| 4 | Q    WELL, YOU'RE AN EMPLOYEE OF MGA | 11:28:20 |
| 5 | ENTERTAINMENT, INC.? | 11:28:22 |
| 6 | A    THAT'S CORRECT. | 11:28:23 |
| 7 | Q    AND LET ME -- LET ME TAKE IT BACK -- LET ME | 11:28:25 |
| 8 | TAKE YOU BACK A LITTLE BIT. | 11:28:31 |
| 9 | DO YOU PROVIDE ANY SERVICES TO MR. LARIAN | 11:28:33 |
| 10 | PERSONALLY WITH RESPECT TO THIS TAXATION? | 11:28:38 |
| 11 | A    YES. | 11:28:39 |
| 12 | Q    OKAY.  SO YOU HAVE RESPONSIBILITY FOR | 11:28:39 |
| 13 | PREPARING HIS TAX RETURNS FOR THE TRUSTS? | 11:28:43 |
| 14 | A    I DO NOT PREPARE THEM. | 11:28:44 |
| 15 | Q    WHAT ROLE DO YOU PLAY IN -- WELL, LET'S JUST | 11:28:46 |
| 16 | DO IT LIKE THIS: | 11:28:51 |
| 17 | HOW MANY TRUSTS FOR MR. LARIAN DO YOU HAVE | 11:28:52 |
| 18 | RESPONSIBILITY FOR? | 11:28:56 |
| 19 | MR. JENAL:  I'M GOING TO OBJECT.  FIRST OF | 11:28:56 |
| 20 | ALL, IT'S OUTSIDE THE SCOPE.  SECOND OF ALL, THE | 11:28:58 |
| 21 | STRUCTURING OF MR. LARIAN'S PERSONAL FINANCES IS NOT AT | 11:29:02 |
| 22 | ISSUE HERE AND MAY CALL FOR PRIVILEGED COMMUNICATIONS | 11:29:06 |
| 23 | WITH REGARDS TO ATTORNEYS INVOLVED WITH THAT. | 11:29:09 |
| 24 | SO I'LL -- YOU CAN ASK A "YES" OR "NO" | 11:29:14 |
| 25 | QUESTION AS TO WHETHER SHE WAS INVOLVEMENT WITH THAT, | 11:29:16 |

| | | |
|---|---|---|
| 1 | BUT WE'RE GOING TO OBJECT ON PRIVILEGE AND PRIVACY | 11:29:19 |
| 2 | GROUNDS BOTH FOR QUESTIONS AS TO WHAT SHE MAY HAVE | 11:29:23 |
| 3 | DONE, ET CETERA, ON THAT. | 11:29:27 |
| 4 | SO CAN WE HAVE THE QUESTION BACK AND SEE IF | 11:29:31 |
| 5 | IT'S A "YES" OR "NO" ANSWER. | 11:29:33 |
| 6 | (RECORD READ.) | 11:29:47 |
| 7 | MR. JENAL:  I'M GOING TO INSTRUCT THE WITNESS | 11:29:48 |
| 8 | NOT TO ANSWER THAT QUESTION. | 11:29:50 |
| 9 | MR. COREY:  ON WHAT GROUNDS? | 11:29:52 |
| 10 | MR. JENAL:  ON THE GROUNDS JUST CITED FOR | 11:29:53 |
| 11 | BOTH PRIVILEGE AND PRIVACY.  AND OUTSIDE THE SCOPE, FOR | 11:29:55 |
| 12 | THAT MATTER. | 11:29:59 |
| 13 | BY MR. COREY: | 11:30:00 |
| 14 | Q    ARE YOU GOING TO FOLLOW YOUR COUNSEL'S | 11:30:00 |
| 15 | INSTRUCTION? | 11:30:03 |
| 16 | A    YES. | 11:30:03 |
| 17 | Q    IS THERE ONE TRUST THAT HOLDS THE SHARES FOR | 11:30:04 |
| 18 | MR. LARIAN IN MGA ENTERTAINMENT, INC.? | 11:30:14 |
| 19 | MR. JENAL:  SAME OBJECTIONS; SAME | 11:30:18 |
| 20 | INSTRUCTION. | 11:30:20 |
| 21 | MR. COREY:  IT'S A "YES" OR "NO" QUESTION. | 11:30:21 |
| 22 | MR. JENAL:  SAME OBJECTION; SAME INSTRUCTION. | 11:30:23 |
| 23 | BY MR. COREY: | 11:30:26 |
| 24 | Q    ARE YOU GOING FOLLOW YOUR COUNSEL'S | 11:30:26 |
| 25 | INSTRUCTION? | 11:30:28 |

54

| | | |
|---|---|---|
| 1 | A     YES. | 11:30:28 |
| 2 | Q     WHO IS THE TRUSTEE OF THE TRUSTS -- TRUST OR | 11:30:29 |
| 3 | TRUSTS? | 11:30:32 |
| 4 | MR. JENAL:  SAME OBJECTION; SAME INSTRUCTION. | 11:30:33 |
| 5 | BY MR. COREY: | 11:30:36 |
| 6 | Q     ARE YOU GOING TO FOLLOW YOUR COUNSEL'S | 11:30:36 |
| 7 | INSTRUCTION? | 11:30:39 |
| 8 | A     YES. | 11:30:40 |
| 9 | Q     DO YOU HAVE RESPONSIBILITY FOR MR. MAKABI'S | 11:30:40 |
| 10 | PERSONAL TAXES? | 11:30:44 |
| 11 | A     YES. | 11:30:45 |
| 12 | Q     IS THERE -- HOW MANY TRUSTS ARE THERE THAT | 11:30:45 |
| 13 | HOLD MR. MAKABI'S SHARES IN MGA ENTERTAINMENT? | 11:30:50 |
| 14 | MR. JENAL:  OBJECTION.  IT'S OUTSIDE THE | 11:30:56 |
| 15 | SCOPE.  CALLS FOR PRIVILEGED AND PRIVATE INFORMATION. | 11:30:58 |
| 16 | INSTRUCT THE WITNESS NOT TO ANSWER. | 11:31:01 |
| 17 | BY MR. COREY: | 11:31:03 |
| 18 | Q     ARE YOU GOING TO FOLLOW YOUR COUNSEL'S | 11:31:03 |
| 19 | INSTRUCTION? | 11:31:06 |
| 20 | A     YES. | 11:31:07 |
| 21 | MR. COREY:  CAN WE STIPULATE, MR. JENAL, THAT | 11:31:08 |
| 22 | THE WITNESS WILL FOLLOW YOUR INSTRUCTION? | 11:31:11 |
| 23 | MR. JENAL:  YES. | 11:31:15 |
| 24 | BY MR. COREY: | 11:31:16 |
| 25 | Q     DO YOU KNOW WHO THE TRUSTEE OR TRUSTEES ARE | 11:31:16 |

55

| | | |
|---|---|---|
| 1 | OF MR. MAKABI'S TRUST? | 11:31:20 |
| 2 | MR. JENAL:  IT'S A "YES" OR "NO" QUESTION. | 11:31:21 |
| 3 | THE WITNESS:  DO -- DO I KNOW? | 11:31:22 |
| 4 | BY MR. COREY: | 11:31:23 |
| 5 | Q    YES. | 11:31:23 |
| 6 | A    YES. | 11:31:24 |
| 7 | Q    WHO ARE THEY? | 11:31:24 |
| 8 | MR. JENAL:  OBJECTION.  OUTSIDE THE SCOPE. | 11:31:26 |
| 9 | CALLS FOR PRIVILEGED COMMUNICATIONS. | 11:31:27 |
| 10 | AND INSTRUCT THE WITNESS NOT TO ANSWER. | 11:31:29 |
| 11 | BY MR. COREY: | 11:31:38 |
| 12 | Q    DID YOU ESTABLISH THE TRUSTS? | 11:31:38 |
| 13 | A    NO. | 11:31:40 |
| 14 | Q    WERE THEY ESTABLISHED PRIOR TO YOUR JOINING | 11:31:40 |
| 15 | MGA? | 11:31:43 |
| 16 | A    YES. | 11:31:43 |
| 17 | Q    DO YOU KNOW WHERE THE TRUSTS ARE BASED? | 11:31:44 |
| 18 | MR. JENAL:  OBJECTION. VAGUE.  OUTSIDE THE | 11:31:52 |
| 19 | SCOPE CALLS FOR SPECULATION. | 11:31:55 |
| 20 | THE WITNESS:  I DO UNDERSTAND WHAT YOU MEAN. | 11:31:57 |
| 21 | BY MR. COREY: | 11:31:58 |
| 22 | Q    ARE THE TRUSTS DOMESTIC OR -- | 11:31:58 |
| 23 | A    YES. | 11:32:02 |
| 24 | Q    -- ARE THEY FOREIGN TRUSTS? | 11:32:02 |
| 25 | THEY'RE DOMESTIC? | 11:32:05 |

56

| | | | |
|---|---|---|---|
| 1 | A | YES. | 11:32:06 |
| 2 | Q | FOR BOTH MR. MAKABI AND MR. LARIAN? | 11:32:06 |
| 3 | A | YES. | 11:32:10 |
| 4 | Q | DOES FRED LARIAN HAVE ANY OWNERSHIP INTEREST | 11:32:10 |
| 5 | | IN ANY OF THE ENTITIES THAT YOU'VE IDENTIFIED ON | 11:32:19 |
| 6 | | EXHIBIT 515? | 11:32:24 |
| 7 | A | CURRENTLY? | 11:32:25 |
| 8 | Q | CURRENTLY. | 11:32:26 |
| 9 | A | NO. | 11:32:27 |
| 10 | Q | DOES FRED LARIAN HAVE ANY RESPONSE -- JOB | 11:32:27 |
| 11 | | RESPONSIBILITIES FOR ANY OF THE ENTITIES THAT YOU'VE | 11:32:37 |
| 12 | | IDENTIFIED ON EXHIBIT 515? | 11:32:41 |
| 13 | A | NOT THAT I'M AWARE OF. | 11:32:43 |
| 14 | Q | HE'S NOT ON THE PAYROLL OF ANY OF THESE | 11:32:45 |
| 15 | | COMPANIES? | 11:32:48 |
| 16 | A | NO. | 11:32:49 |
| 17 | Q | OKAY.  YOU HAVE -- YOU HAVE A HORIZONTAL LINE | 11:32:49 |
| 18 | | GOING ACROSS THE TOP OF THE PAGE, AND THEN YOU HAVE A | 11:33:16 |
| 19 | | NUMBER OF COMPANIES COMING OFF OF THAT LINE. | 11:33:26 |
| 20 | | DOES THAT MEAN THAT MGA ENTERTAINMENT, INC., | 11:33:31 |
| 21 | | IS THE 100 PERCENT SHAREHOLDER -- ACTUALLY, I NEED TO | 11:33:35 |
| 22 | | QUALIFY THAT. | 11:33:41 |
| 23 | | IS MGA ENTERTAINMENT, INC., THE 100 PERCENT | 11:33:47 |
| 24 | | SHAREHOLDER OF MGA MEXICO, INC.? | 11:33:50 |
| 25 | A | YES. | 11:33:54 |

57

| | | | |
|---|---|---|---|
| 1 | Q | AND MGA ENTERTAINMENT PRODUCTION, INC.? | 11:33:54 |
| 2 | A | YES. | 11:33:58 |
| 3 | Q | MGA ENTERTAINMENT MUSIC, INC.? | 11:33:58 |
| 4 | A | YES. | 11:34:01 |
| 5 | Q | THE LITTLE TYKES COMPANY? | 11:34:02 |
| 6 | A | YES. | 11:34:03 |
| 7 | Q | MGA ENTERTAINMENT CANADA COMPANY? | 11:34:04 |
| 8 | A | YES. | 11:34:07 |
| 9 | Q | MGA ENTERTAINMENT FRANCE S.A.S.? | 11:34:07 |
| 10 | A | YES. | 11:34:11 |
| 11 | Q | AND THEN IT'S MGA ENTERTAINMENT -- IS THAT | 11:34:12 |
| 12 | | W.C.? | 11:34:16 |
| 13 | A | U.K. | 11:34:16 |
| 14 | Q | OH, U.K., LIMITED? | 11:34:18 |
| 15 | A | YES. | 11:34:24 |
| 16 | Q | MGA ENTERTAINMENT GMBH? | 11:34:24 |
| 17 | A | YES. | 11:34:31 |
| 18 | Q | MGA ENTERTAINMENT SWEDEN A.B.? | 11:34:31 |
| 19 | A | YES. | 11:34:36 |
| 20 | Q | SMOBY MAJORETTE GROUP, S.A.S.? | 11:34:36 |
| 21 | A | YES. | 11:34:48 |
| 22 | Q | AND THAT HOLDS A 55.5 INTEREST IN SMOBY S.A.? | 11:34:48 |
| 23 | A | YES. | 11:34:51 |
| 24 | Q | WHO HOLDS THE OTHER 40 -- 44.5 PERCENT | 11:34:52 |
| 25 | | INTEREST? | 11:35:02 |

58

| | | |
|---|---|---|
| 1 | MR. JENAL:  OBJECTION.  SCOPE.  CALLS FOR | 11:35:02 |
| 2 | SPECULATION. | 11:35:04 |
| 3 | BY MR. COREY: | 11:35:05 |
| 4 | Q    YOU CAN GO AHEAD AND ANSWER THE QUESTION. | 11:35:05 |
| 5 | MR. JENAL:  IF YOU KNOW. | 11:35:07 |
| 6 | THE WITNESS:  IT'S A PUBLIC COMPANY. | 11:35:08 |
| 7 | BY MR. COREY: | 11:35:11 |
| 8 | Q    AND DO YOU KNOW WHICH PUBLIC COMPANY? | 11:35:11 |
| 9 | A    EXCUSE ME? | 11:35:13 |
| 10 | Q    WHICH PUBLIC COMPANY? | 11:35:14 |
| 11 | A    SMOBY S.A. IS A PUBLIC COMPANY.  IT'S | 11:35:16 |
| 12 | PUBLICLY -- | 11:35:19 |
| 13 | Q    OH, I UNDERSTAND. | 11:35:19 |
| 14 | SMOBY S.A. IS -- SO THEIR SHAREHOLDERS -- | 11:35:22 |
| 15 | PUBLIC SHAREHOLDERS OWN THE OTHER 44.5 PERCENT. | 11:35:23 |
| 16 | WHAT ABOUT MGA ENTERTAINMENT BELGIUM -- IS | 11:35:26 |
| 17 | THAT S.P.R.L.? | 11:35:26 |
| 18 | A    CORRECT. | 11:35:27 |
| 19 | Q    MGA ENTERTAINMENT, INC., IS THE HUNDRED | 11:35:27 |
| 20 | PERCENT SHAREHOLDER OF THAT? | 11:35:33 |
| 21 | A    YES. | 11:35:33 |
| 22 | Q    MGA ENTERTAINMENT SPAIN S.L.? | 11:35:34 |
| 23 | A    YES. | 11:35:37 |
| 24 | Q    MGA ENTERTAINMENT INTERNATIONAL, INC.? | 11:35:37 |
| 25 | A    YES. | 11:35:45 |

59

| | | |
|---|---|---|
| 1 | Q   AND THEN IT LOOKS LIKE YOU HAVE MGA | 11:35:46 |
| 2 | ENTERTAINMENT, INC., OWNING 65 PERCENT AND MGA | 11:36:02 |
| 3 | ENTERTAINMENT INTERNATIONAL, INC., OWNING 35 PERCENT OF | 11:36:06 |
| 4 | MGA ENTERTAINMENT HOLDINGS COOPERATIEF U.A.  IS THAT | 11:36:10 |
| 5 | WHAT THAT IS? | 11:36:17 |
| 6 | A   YES. | 11:36:17 |
| 7 | Q   AND WHAT COUNTRY IS THAT BASED IN? | 11:36:18 |
| 8 | A   THE NETHERLANDS. | 11:36:21 |
| 9 | Q   AND THEN YOU HAVE MGA ENTERTAINMENT HOLDINGS | 11:36:23 |
| 10 | COOPERATIEF U.A. AND MGA INTERNATIONAL -- IS THAT B.V.? | 11:36:36 |
| 11 | A   YES. | 11:36:46 |
| 12 | Q   -- COMBINED, OWNING 95 PERCENT AND 5 PERCENT | 11:36:46 |
| 13 | RESPECTIVELY OF MGA ENTERTAINMENT INTERNATIONAL | 11:36:51 |
| 14 | HOLDINGS COOPERATIEF U.A.? | 11:36:57 |
| 15 | A   YES. | 11:37:01 |
| 16 | Q   AND THAT DUTCH COMPANY OWNS 100 PERCENT OF | 11:37:01 |
| 17 | THE COMPANIES LISTED IN THE BOTTOM PORTION OF THE PAGE? | 11:37:04 |
| 18 | A   YES. | 11:37:07 |
| 19 | Q   MGA SHENZHEN TOY COMPANY, IS THAT A CHINESE | 11:37:08 |
| 20 | COMPANY? | 11:37:23 |
| 21 | A   YES. | 11:37:23 |
| 22 | Q   AND THEN IT SAYS, "TO CHINESE BRANCH" BELOW | 11:37:23 |
| 23 | THAT. | 11:37:27 |
| 24 | WHAT'S -- IS THAT A SEPARATE COMPANY OR WHAT | 11:37:27 |
| 25 | IS THAT? | 11:37:36 |

60

| | | |
|---|---|---|
| 1 | A    IT'S A REGISTERED BRANCH. | 11:37:36 |
| 2 | Q    PARDON? | 11:37:38 |
| 3 | A    IT'S A REGISTERED BRANCH. | 11:37:39 |
| 4 | Q    OKAY.  WHICH -- WHICH COMPANY OWNS MGA'S | 11:37:41 |
| 5 | INTEREST IN ZAPF? | 11:37:56 |
| 6 | A    MGA DOESN'T OWN ZAPF. | 11:38:01 |
| 7 | Q    I KNOW IT DOESN'T OWN ZAPF, BUT IT OWNS AN | 11:38:03 |
| 8 | INTEREST -- | 11:38:06 |
| 9 | A    IT DOES NOT. | 11:38:08 |
| 10 | MR. JENAL:  OBJECTION.  CALLS FOR | 11:38:09 |
| 11 | SPECULATION. | 11:38:10 |
| 12 | MR. COREY:  OKAY.  I'LL DOUBLE-CHECK MY NOTES | 11:38:11 |
| 13 | ON THAT. | 11:38:13 |
| 14 | Q    OTHER THAN THE PUBLIC SHAREHOLDERS IN SMOBY | 11:38:14 |
| 15 | S.A., ARE THERE ANY OTHER SHAREHOLDERS IN ANY OF THE | 11:38:18 |
| 16 | COMPANIES THAT YOU'VE LISTED, EITHER DIRECTLY OR | 11:38:36 |
| 17 | INDIRECTLY, OTHER THAN MR. LARIAN OR MR. MAKABI | 11:38:48 |
| 18 | CURRENTLY? | 11:38:53 |
| 19 | A    NO. | 11:38:53 |
| 20 | Q    AND THE ONLY SHAREHOLDER -- AND GOING BACK IN | 11:38:53 |
| 21 | TIME, THE ONLY OTHER SHAREHOLDER, AGAIN, DIRECTLY OR | 11:39:00 |
| 22 | INDIRECTLY, OTHER THAN THE PUBLIC SHAREHOLDERS IN SMOBY | 11:39:04 |
| 23 | WAS MR. FRED LARIAN, GOING BACK TO 1999? | 11:39:11 |
| 24 | A    YES. | 11:39:13 |
| 25 | Q    NOW, WHICH OF THESE ARE -- WHICH OF THE | 11:39:14 |

61

| | | |
|---|---|---|
| 1 | COMPANIES IDENTIFIED ON THIS SHEET, EXHIBIT 515, ARE | 11:39:44 |
| 2 | DOMESTIC COMPANIES? | 11:39:48 |
| 3 | A    MGA ENTERTAINMENT MUSIC, INC.; MGA | 11:39:51 |
| 4 | ENTERTAINMENT PRODUCTION, INC.; MGA ENTERTAINMENT | 11:39:57 |
| 5 | MEXICO, INC.; MGA ENTERTAINMENT, INC.; THE LITTLE TYKES | 11:40:00 |
| 6 | COMPANY; MGA ENTERTAINMENT INTERNATIONAL, INC. | 11:40:07 |
| 7 | Q    OVER ON THE RIGHT-HAND SIDE. | 11:40:10 |
| 8 | NOW, WHO ARE THE DIRECTORS OF MGA | 11:40:36 |
| 9 | ENTERTAINMENT, INC., CURRENTLY? | 11:40:40 |
| 10 | A    CURRENTLY, IT IS MR. ISAAC LARIAN, | 11:40:42 |
| 11 | JAHANGIR MAKABI AND ANGELA LARIAN. | 11:40:44 |
| 12 | Q    DID YOU SAY ANGELA LARIAN? | 11:40:58 |
| 13 | A    YES. | 11:41:08 |
| 14 | Q    AND WHO IS SHE? | 11:41:08 |
| 15 | A    SHE IS MR. ISAAC LARIAN'S WIFE. | 11:41:11 |
| 16 | Q    AND HOW LONG HAS THAT BEEN THE MAKEUP OF THE | 11:41:14 |
| 17 | BOARD OF MGA ENTERTAINMENT, INC.? | 11:41:23 |
| 18 | A    ANGELA LARIAN JOINED THE BOARD RECENTLY. | 11:41:26 |
| 19 | Q    WITHIN THE LAST YEAR? | 11:41:30 |
| 20 | A    YES. | 11:41:31 |
| 21 | Q    DID SHE REPLACE SOMEONE? | 11:41:31 |
| 22 | A    YES. | 11:41:41 |
| 23 | Q    WHO DID SHE REPLACE? | 11:41:41 |
| 24 | A    SHE REPLACED LEON FARAHNIK. | 11:41:43 |
| 25 | Q    COULD YOU SPELL HIS LAST NAME, PLEASE. | 11:41:48 |

| | | |
|---|---|---|
| 1 | A    I BELIEVE YOU SPELL IT F-A-R-A-H-N-I-K. | 11:41:53 |
| 2 | Q    WHO IS MR. FARAHNIK? | 11:42:04 |
| 3 | A    I DON'T KNOW.  HE'S A MEMBER OF THE BOARD OF | 11:42:05 |
| 4 | DIRECTORS. | 11:42:08 |
| 5 | Q    HAVE YOU MET HIM BEFORE? | 11:42:08 |
| 6 | A    NO. | 11:42:09 |
| 7 | Q    DO YOU KNOW WHAT HIS BACKGROUND IS? | 11:42:09 |
| 8 | A    NO. | 11:42:11 |
| 9 | Q    DO YOU KNOW WHY MS. -- OR MRS. LARIAN | 11:42:12 |
| 10 | REPLACED HIM? | 11:42:18 |
| 11 | A    NO. | 11:42:18 |
| 12 | Q    AND HOW LONG DID THE MAKEUP OF THE BOARD | 11:42:18 |
| 13 | INCLUDE MR. LARIAN, MR. MAKABI AND MR. FARAHNIK? | 11:42:25 |
| 14 | A    SINCE I'VE BEEN AT MGA. | 11:42:30 |
| 15 | Q    DO YOU KNOW WHAT THE MAKEUP OF THE BOARD WAS | 11:42:32 |
| 16 | PRIOR TO THAT TIME -- PRIOR TO YOUR JOINING MGA? | 11:42:38 |
| 17 | A    NO. | 11:42:39 |
| 18 | Q    AND THE DOMESTIC COMPANIES THAT YOU | 11:42:40 |
| 19 | IDENTIFIED FOR ME, DO THEY HAVE THE SAME BOARD MEMBERS? | 11:42:51 |
| 20 | I THINK -- AND CURRENTLY?  THAT'S MY -- THAT'S MY | 11:42:54 |
| 21 | QUESTION RIGHT NOW. | 11:43:01 |
| 22 | A    CURRENTLY.  I DO NOT KNOW A HUNDRED PERCENT | 11:43:02 |
| 23 | FOR SURE THAT THEY HAVE THE SAME MAKEUP. | 11:43:12 |
| 24 | MR. JENAL:  JUST BELATEDLY, OBJECTION. | 11:43:12 |
| 25 | SCOPE.  CALLS FOR SPECULATION. | 11:43:12 |

63

| | | |
|---|---|---|
| 1 | BY MR. COREY: | 11:43:14 |
| 2 | Q   DO YOU KNOW WHO THE MEMBERS OF THE BOARD ARE | 11:43:14 |
| 3 | FOR MGA ENTERTAINMENT MUSIC, INC., CURRENTLY? | 11:43:20 |
| 4 | MR. JENAL:  OBJECTION.  SCOPE.  CALLS FOR | 11:43:24 |
| 5 | SPECULATION. | 11:43:26 |
| 6 | THE WITNESS:  I DO NOT KNOW POSITIVELY IT'S | 11:43:26 |
| 7 | THE SAME BOARD MEMBERS. | 11:43:29 |
| 8 | BY MR. COREY: | 11:43:32 |
| 9 | Q   DO YOU KNOW WHO THE BOARD MEMBERS ARE? | 11:43:32 |
| 10 | A   I BELIEVE IT'S MR. -- YES. | 11:43:34 |
| 11 | Q   WHO ARE THEY? | 11:43:38 |
| 12 | A   I BELIEVE IT'S ISAAC AND MR. MAKABI, BUT I | 11:43:39 |
| 13 | DON'T KNOW IF THERE'S A THIRD. | 11:43:42 |
| 14 | Q   IS IT MGA'S PRACTICE TO HAVE THREE BOARD | 11:43:45 |
| 15 | MEMBERS? | 11:44:00 |
| 16 | MR. JENAL:  OBJECTION.  SCOPE.  CALLS FOR | 11:44:00 |
| 17 | SPECULATION.  VAGUE. | 11:44:02 |
| 18 | THE WITNESS:  I DON'T KNOW. | 11:44:03 |
| 19 | BY MR. COREY: | 11:44:04 |
| 20 | Q   AND JUST SO IT'S CLEAR, YOU KNOW THAT | 11:44:04 |
| 21 | MR. LARIAN AND MR. MAKABI ARE MEMBERS OF THE BOARD OF | 11:44:13 |
| 22 | MGA ENTERTAINMENT MUSIC, INC., YOU JUST DON'T KNOW IF | 11:44:17 |
| 23 | THERE'S A THIRD ONE? | 11:44:22 |
| 24 | A   CORRECT. | 11:44:23 |
| 25 | Q   AND IS IT -- WOULD YOUR ANSWER BE THE SAME | 11:44:23 |

64

| | | |
|---|---|---|
| 1 | FOR MGA ENTERTAINMENT PRODUCTION, INC.? | 11:44:25 |
| 2 | A    YES. | 11:44:29 |
| 3 | Q    AND MGA ENTERTAINMENT MEXICO, INC.? | 11:44:30 |
| 4 | A    YES. | 11:44:33 |
| 5 | Q    WHAT ABOUT THE LITTLE TYKES COMPANY? | 11:44:33 |
| 6 | MR. JENAL:  OBJECTION.  SCOPE.  CALLS FOR | 11:44:36 |
| 7 | SPECULATION. | 11:44:37 |
| 8 | IF YOU KNOW, YOU CAN ANSWER. | 11:44:57 |
| 9 | THE WITNESS:  OH, I'M SORRY. | 11:44:58 |
| 10 | THE LITTLE TYKES COMPANY, I BELIEVE IT'S | 11:45:00 |
| 11 | MR. LARIAN AND MR. MAKABI.  AND I'M NOT SURE WHO THE | 11:45:02 |
| 12 | THIRD PERSON IS.  IT MAY BE ANGELA.  I'M NOT FOR SURE | 11:45:07 |
| 13 | BECAUSE THAT WAS A RECENT ACQUISITION. | 11:45:12 |
| 14 | BY MR. COREY: | 11:45:16 |
| 15 | Q    WHAT ABOUT MGA ENTERTAINMENT INTERNATIONAL, | 11:45:16 |
| 16 | INC.? | 11:45:19 |
| 17 | MR. JENAL:  SAME OBJECTION.  OUTSIDE THE | 11:45:19 |
| 18 | SCOPE.  CALLS FOR SPECULATION. | 11:45:22 |
| 19 | THE WITNESS:  SAME RESPONSE.  I'M NOT SURE. | 11:45:24 |
| 20 | I THINK IT'S MR. LARIAN AND MR. MAKABI. | 11:45:27 |
| 21 | BY MR. COREY: | 11:45:33 |
| 22 | Q    AND THERE MAY BE A THIRD PERSON? | 11:45:33 |
| 23 | A    MAY BE. | 11:45:37 |
| 24 | Q    NOW, WITH RESPECT TO THE FOREIGN COMPANIES, | 11:45:38 |
| 25 | ARE MR. LARIAN AND MR. MAKABI ALSO DIRECTORS, OR | 11:46:03 |

65

| | | |
|---|---|---|
| 1 | WHATEVER THE EQUIVALENT OF A DIRECTOR WOULD BE, IN | 11:46:09 |
| 2 | THOSE RESPECTIVE COMPANIES -- EXCUSE ME, COUNTRIES? | 11:46:13 |
| 3 | MR. JENAL:  OBJECTION. | 11:46:17 |
| 4 | BY MR. COREY: | 11:46:18 |
| 5 | Q    FOR THOSE -- FOR THOSE COMPANIES? | 11:46:18 |
| 6 | MR. JENAL:  OBJECTION.  SCOPE.  LACKS | 11:46:20 |
| 7 | FOUNDATION.  CALLS FOR SPECULATION. | 11:46:23 |
| 8 | THE WITNESS:  DO I ANSWER? | 11:46:27 |
| 9 | BY MR. COREY: | 11:46:31 |
| 10 | Q    UNLESS -- UNLESS HE INSTRUCTS YOU NOT TO | 11:46:31 |
| 11 | ANSWER. | 11:46:33 |
| 12 | MR. JENAL:  AND PARTICULARLY AS TO THE LAST, | 11:46:34 |
| 13 | MAY CALL FOR A LEGAL CONCLUSION. | 11:46:36 |
| 14 | TO THE EXTENT YOU KNOW, GO AHEAD. | 11:46:39 |
| 15 | THE WITNESS:  NOT IN -- NOT IN ALL INSTANCES. | 11:46:41 |
| 16 | BY MR. COREY: | 11:46:43 |
| 17 | Q    DO YOU KNOW WHO THE DIRECTORS OR DIRECTOR | 11:46:43 |
| 18 | EQUIVALENTS ARE FOR THE FOREIGN COMPANIES? | 11:46:47 |
| 19 | MR. JENAL:  SAME OBJECTIONS. | 11:46:50 |
| 20 | THE WITNESS:  I DO IN SOME INSTANCES. | 11:46:51 |
| 21 | BY MR. COREY: | 11:46:58 |
| 22 | Q    WELL, LET'S -- LET'S GO THROUGH THEM. | 11:46:58 |
| 23 | ACTUALLY, BEFORE WE GET ONTO THIS, BEFORE WE | 11:47:01 |
| 24 | GET ON TO THE FOREIGN COMPANIES, I HAD ASKED YOU ABOUT | 11:47:05 |
| 25 | THE MAKEUP OF THE BOARDS OF THE DOMESTIC COMPANIES | 11:47:08 |

| | | |
|---|---|---|
| 1 | CURRENTLY. | 11:47:12 |
| 2 | WOULD YOUR ANSWER BE THE SAME GOING BACK | 11:47:13 |
| 3 | THROUGH 1999? | 11:47:18 |
| 4 | A    YES. | 11:47:19 |
| 5 | Q    WHAT ABOUT NOW MOVING ON TO THE FOREIGN | 11:47:20 |
| 6 | COMPANIES, MGA DE MEXICO, IT LOOKS LIKE, S.R.L. DE LA | 11:47:33 |
| 7 | C.V. | 11:47:39 |
| 8 | A    YES. | 11:47:41 |
| 9 | Q    DO YOU KNOW WHO THE DIRECTORS OR DIRECTOR | 11:47:42 |
| 10 | EQUIVALENTS ARE THERE? | 11:47:45 |
| 11 | MR. JENAL:  OBJECTION.  SCOPE.  LACKS | 11:47:47 |
| 12 | FOUNDATION.  MAY CALL FOR A LEGAL CONCLUSION. | 11:47:49 |
| 13 | THE WITNESS:  IT'S MR. ISAAC LARIAN AND | 11:47:51 |
| 14 | MR. JAHANGIR MAKABI. | 11:47:55 |
| 15 | BY MR. COREY: | 11:47:59 |
| 16 | Q    AND HOW LONG HAS THAT BEEN THE CASE? | 11:48:00 |
| 17 | MR. JENAL:  SAME OBJECTIONS. | 11:48:04 |
| 18 | THE WITNESS:  I BELIEVE IT'S BEEN SINCE | 11:48:05 |
| 19 | INCORPORATION. | 11:48:08 |
| 20 | BY MR. COREY: | 11:48:12 |
| 21 | Q    FOR -- FOR THE MEXICAN COMPANY, DO YOU KNOW | 11:48:12 |
| 22 | WHAT THE TITLE OF DIRECTOR OR DIRECTOR EQUIVALENT IS? | 11:48:16 |
| 23 | A    I DO NOT KNOW. | 11:48:20 |
| 24 | Q    WHAT ABOUT MGA ENTERTAINMENT CANADA COMPANY? | 11:48:21 |
| 25 | MR. JENAL:  LACKS FOUNDATION.  CALLS FOR | 11:48:29 |

67

| | | |
|---|---|---|
| 1 | SPECULATION.  OUTSIDE THE SCOPE. | 11:48:30 |
| 2 | YOU MAY ANSWER. | 11:48:31 |
| 3 | THE WITNESS:  IT'S THE SAME TWO INDIVIDUALS. | 11:48:32 |
| 4 | BY MR. COREY: | 11:48:34 |
| 5 | Q    WHAT ABOUT MGA ENTERTAINMENT U.K., LIMITED? | 11:48:35 |
| 6 | MR. JENAL:  SAME OBJECTIONS.  LACKS | 11:48:43 |
| 7 | FOUNDATION.  OUTSIDE THE SCOPE.  CALLS FOR SPECULATION. | 11:48:45 |
| 8 | MAY CALL FOR A LEGAL CONCLUSION. | 11:48:48 |
| 9 | THE WITNESS:  IT IS MR. ISAAC LARIAN. | 11:48:51 |
| 10 | BY MR. COREY: | 11:48:56 |
| 11 | Q    ANYONE ELSE? | 11:48:57 |
| 12 | A    NOT CURRENTLY. | 11:48:58 |
| 13 | Q    AND WHEN DID THAT CHANGE? | 11:48:58 |
| 14 | A    EXCUSE ME? | 11:48:59 |
| 15 | Q    WHEN DID THAT CHANGE? | 11:49:00 |
| 16 | MR. JENAL:  OUTSIDE THE SCOPE. | 11:49:02 |
| 17 | BY MR. COREY: | 11:49:07 |
| 18 | Q    HAS IT ALWAYS BEEN JUST MR. LARIAN? | 11:49:07 |
| 19 | A    NO. | 11:49:10 |
| 20 | Q    AT SOME POINT IN TIME, THE MAKEUP OF THE | 11:49:10 |
| 21 | BOARD OR THE DIRECTOR OR DIRECTOR EQUIVALENTS CHANGED. | 11:49:14 |
| 22 | WHEN DID THAT CHANGE? | 11:49:19 |
| 23 | A    IT CHANGED AT THE END OF 2006. | 11:49:19 |
| 24 | Q    AND HOW DID THAT CHANGE? | 11:49:21 |
| 25 | MR. JENAL:  OBJECTION.  OUTSIDE THE SCOPE. | 11:49:23 |

68

| | | |
|---|---|---|
| 1 | THE WITNESS:  THE PERSON WHO WAS THE DIRECTOR | 11:49:25 |
| 2 | LEFT THE COMPANY. | 11:49:28 |
| 3 | BY MR. COREY: | 11:49:30 |
| 4 | Q    WHO WAS THAT? | 11:49:30 |
| 5 | A    MR. BRIAN WING. | 11:49:31 |
| 6 | Q    WAS MR. LARIAN A DIRECTOR PRIOR TO 2006 OF | 11:49:36 |
| 7 | THAT COMPANY? | 11:49:42 |
| 8 | A    NO. | 11:49:42 |
| 9 | Q    SO HE -- HE REPLACED MR. WING IN THAT | 11:49:43 |
| 10 | POSITION? | 11:49:46 |
| 11 | A    YES. | 11:49:46 |
| 12 | Q    WHAT ABOUT MGA ENTERTAINMENT GMBH? | 11:49:46 |
| 13 | MR. JENAL:  I'LL INTERJECT.  IT LACKS | 11:49:59 |
| 14 | FOUNDATION, CALLS FOR SPECULATION AND OUTSIDE THE | 11:50:01 |
| 15 | SCOPE. | 11:50:08 |
| 16 | THE WITNESS:  THE DIRECTOR THERE IS | 11:50:08 |
| 17 | THOMAS PFAU. | 11:50:10 |
| 18 | BY MR. COREY: | 11:50:14 |
| 19 | Q    CAN YOU SPELL -- WHAT IS IT, FOWELL? | 11:50:14 |
| 20 | A    P-H -- NO.  I'M SORRY.  P-F-A-U. | 11:50:17 |
| 21 | Q    ANY OTHER DIRECTORS? | 11:50:25 |
| 22 | A    NOT THAT I CAN RECALL. | 11:50:27 |
| 23 | Q    AND HOW LONG HAS MR. PFAU BEEN THE DIRECTOR? | 11:50:28 |
| 24 | A    SINCE ITS INCORPORATION. | 11:50:33 |
| 25 | Q    WHAT ABOUT MGA ENTERTAINMENT -- WHEN WAS MGA | 11:50:35 |

69

| | | |
|---|---|---|
| 1 | ENTERTAINMENT GMBH INCORPORATED? | 11:50:47 |
| 2 | A    2005.  LATE 2005. | 11:50:51 |
| 3 | Q    DID I ASK YOU -- I THINK I SKIPPED MGA | 11:50:53 |
| 4 | ENTERTAINMENT FRANCE S.A.S. | 11:51:03 |
| 5 | MR. JENAL:  OBJECTION.  OUTSIDE THE SCOPE. | 11:51:05 |
| 6 | CALLS FOR SPECULATION.  LACKS FOUNDATION. | 11:51:08 |
| 7 | THE WITNESS:  ISAAC LARIAN. | 11:51:11 |
| 8 | BY MR. COREY: | 11:51:12 |
| 9 | Q    HOW LONG HAS THAT BEEN THE CASE? | 11:51:13 |
| 10 | A    SINCE INCEPTION -- INCORPORATION. | 11:51:15 |
| 11 | Q    WHEN WAS THAT? | 11:51:18 |
| 12 | A    IT WAS FORMED IN 2006. | 11:51:19 |
| 13 | Q    WHEN WAS MGA ENTERTAINMENT CANADA COMPANY | 11:51:21 |
| 14 | INCORPORATED? | 11:51:29 |
| 15 | A    CANADA WAS 2004. | 11:51:30 |
| 16 | Q    LITTLE TYKES -- I DON'T CARE ABOUT THE DATE | 11:51:34 |
| 17 | OF INCORPORATION. | 11:51:55 |
| 18 | WHAT ABOUT THE DATE OF MGA ENTERTAINMENT | 11:51:58 |
| 19 | MUSIC, INC.? | 11:52:02 |
| 20 | MR. JENAL:  SORRY? | 11:52:03 |
| 21 | MR. COREY:  THE DATE OF INCORPORATION. | 11:52:04 |
| 22 | THE WITNESS:  IT WAS INCORPORATED IN 2004. | 11:52:06 |
| 23 | BY MR. COREY: | 11:52:09 |
| 24 | Q    MGA PRODUCTION, INC.? | 11:52:09 |
| 25 | A    2004. | 11:52:11 |

| | | |
|---|---|---|
| 1 | Q    MGA ENTERTAINMENT MEXICO, INC.? | 11:52:12 |
| 2 | A    2004. | 11:52:15 |
| 3 | Q    MGA ENTERTAINMENT S.R.L. DE LA C.V.? | 11:52:17 |
| 4 | A    IT WAS IN 2004. | 11:52:20 |
| 5 | Q    MGA ENTERTAINMENT SWEDEN A.B.? | 11:52:21 |
| 6 | A    2006. | 11:52:34 |
| 7 | Q    AND WHO WERE THE DIRECTORS OR DIRECTOR | 11:52:35 |
| 8 | EQUIVALENTS THERE? | 11:52:39 |
| 9 | A    I DO NOT RECALL. | 11:52:39 |
| 10 | Q    MGA ENTERTAINMENT BELGIUM S.P.R.L. | 11:52:41 |
| 11 | MR. JENAL:  WHAT'S -- | 11:52:51 |
| 12 | BY MR. COREY: | 11:52:52 |
| 13 | Q    BELGIUM S.P.R.L., THE DIRECTORS. | 11:52:53 |
| 14 | A    DIRECTORS? | 11:52:54 |
| 15 | MR. JENAL:  LACKS FOUNDATION.  CALLS FOR | 11:52:55 |
| 16 | SPECULATION.  OUTSIDE THE SCOPE. | 11:52:58 |
| 17 | THE WITNESS:  I BELIEVE IT IS ISAAC LARIAN. | 11:53:02 |
| 18 | BY MR. COREY: | 11:53:09 |
| 19 | Q    ANYONE ELSE? | 11:53:09 |
| 20 | A    THERE MAY BE SOME LOCAL DIRECTORS.  I DO NOT | 11:53:09 |
| 21 | RECALL. | 11:53:15 |
| 22 | Q    AND HOW LONG HAS MR. LARIAN BEEN ON THE BOARD | 11:53:15 |
| 23 | OF THAT COMPANY? | 11:53:20 |
| 24 | A    SINCE INCORPORATION. | 11:53:20 |
| 25 | Q    WHEN WAS THAT? | 11:53:22 |

71

```
 1         A    2006.                                          11:53:22

 2         Q    MGA ENTERTAINMENT SPAIN S.L., WHO WERE THE     11:53:24

 3   DIRECTORS OR DIRECTOR EQUIVALENTS?                        11:53:32

 4         MR. JENAL:  OBJECTION.  OUTSIDE THE SCOPE.          11:53:35

 5   LACKS FOUNDATION.  CALLS FOR SPECULATION.  MAY CALL FOR   11:53:36

 6   A LEGAL CONCLUSION.                                       11:53:41

 7         THE WITNESS:  ISAAC LARIAN.                         11:53:42

 8   BY MR. COREY:                                             11:53:43

 9         Q    ANYONE ELSE?                                   11:53:43

10         A    NOT THAT I RECALL.                             11:53:44

11         Q    HOW LONG HAS HE BEEN THE DIRECTOR OR DIRECTOR  11:53:46

12   EQUIVALENT?                                               11:53:49

13         A    SINCE INCORPORATION.                           11:53:49

14         Q    WHICH WAS IN WHAT YEAR?                        11:53:51

15         A    2006.                                          11:53:52

16         Q    MGA ENTERTAINMENT HOLDINGS COOPERATIEF U.A.,   11:53:53

17   WHEN WAS THAT INCORPORATED?                               11:54:05

18         A    2007.                                          11:54:07

19         Q    AND WHO ARE THE DIRECTORS OR DIRECTOR          11:54:08

20   EQUIVALENTS?                                              11:54:13

21         MR. JENAL:  OBJECTION.  OUTSIDE THE SCOPE.          11:54:13

22   LACKS FOUNDATION.  CALLS FOR SPECULATION.  MAY CALL FOR   11:54:15

23   A LEGAL CONCLUSION.                                       11:54:18

24         THE WITNESS:  THE DIRECTOR IS -- ARE,               11:54:20

25   ACTUALLY, ISAAC LARIAN, MYSELF, AND TWO LOCAL             11:54:23
```

| | | |
|---|---|---|
| 1 | DIRECTORS. | 11:54:30 |
| 2 | BY MR. COREY: | 11:54:31 |
| 3 | Q     WHAT ARE THEIR NAMES? | 11:54:31 |
| 4 | A     FRANK LOAST AND A CORPORATE ENTITY. | 11:54:33 |
| 5 | Q     IS IT A CORPORATE ENTITY THAT IS ON | 11:54:47 |
| 6 | EXHIBIT 515 -- | 11:54:50 |
| 7 | A     NO. | 11:54:52 |
| 8 | Q     -- OR SOMETHING SEPARATE? | 11:54:52 |
| 9 | WHAT'S THE NAME OF THE CORPORATE ENTITY? | 11:54:55 |
| 10 | A     FORTIS INTERTRUST. | 11:54:58 |
| 11 | Q     FORTIS INTERTRUST? | 11:55:03 |
| 12 | A     CORRECT. | 11:55:04 |
| 13 | Q     IS IT A BANK? | 11:55:04 |
| 14 | A     IT'S NOT A BANK.   IT'S AN AFFILIATE. | 11:55:05 |
| 15 | Q     AN AFFILIATE OF A BANK? | 11:55:11 |
| 16 | A     OF FORTIS. | 11:55:13 |
| 17 | Q     AN AFFILIATE OF FORTIS. | 11:55:15 |
| 18 | MGA ENTERTAINMENT INTERNATIONAL B.V., WHEN | 11:55:25 |
| 19 | WAS THAT INCORPORATED? | 11:55:28 |
| 20 | A     2007. | 11:55:30 |
| 21 | Q     AND WHO ARE THE DIRECTORS OF THAT | 11:55:30 |
| 22 | CORPORATION? | 11:55:34 |
| 23 | MR. JENAL:  OBJECTION.  SCOPE.  LACKS | 11:55:35 |
| 24 | FOUNDATION.  CALLS FOR SPECULATION.  MAY CALL FOR A | 11:55:37 |
| 25 | LEGAL CONCLUSION. | 11:55:39 |

73

| | | |
|---|---|---|
| 1 | THE WITNESS:  THE SAME. | 11:55:41 |
| 2 | BY MR. COREY: | 11:55:43 |
| 3 | Q    THE SAME AS MGA ENTERTAINMENT HOLDINGS | 11:55:43 |
| 4 | COOPERATIEF U.A.? | 11:55:46 |
| 5 | A    YES. | 11:55:50 |
| 6 | Q    WHAT ABOUT MGA INTERNATIONAL HOLDINGS | 11:55:50 |
| 7 | COOPERATIEF U.A.? | 11:55:59 |
| 8 | MR. JENAL:  WAIT.  WHAT ABOUT IT? | 11:56:02 |
| 9 | MR. COREY:  THE DATE OF INCORPORATION. | 11:56:03 |
| 10 | THE WITNESS:  2005. | 11:56:06 |
| 11 | BY MR. COREY: | 11:56:07 |
| 12 | Q    AND WHO ARE THE DIRECTORS OR DIRECTOR | 11:56:07 |
| 13 | EQUIVALENTS? | 11:56:11 |
| 14 | MR. JENAL:  OBJECTION.  SCOPE.  LACKS | 11:56:11 |
| 15 | FOUNDATION.  CALLS FOR SPECULATION.  MAY CALL FOR A | 11:56:13 |
| 16 | LEGAL CONCLUSION. | 11:56:15 |
| 17 | THE WITNESS:  ISAAC LARIAN, MYSELF, PATRICK | 11:56:16 |
| 18 | POTGESSIER AND ERIC GROLAN. | 11:56:22 |
| 19 | BY MR. COREY: | 11:56:31 |
| 20 | Q    I'M SURE THE COURT REPORTER WOULD APPRECIATE | 11:56:31 |
| 21 | IF YOU COULD SPELL MR. -- SPELL PATRICK'S LAST NAME. | 11:56:33 |
| 22 | A    IT'S P-O-T-G-E-S-S-I-E-R. | 11:56:36 |
| 23 | Q    AND ANOTHER PERSON WAS ERIC GROMAN [SIC]? | 11:56:43 |
| 24 | A    GROLAN. | 11:56:51 |
| 25 | Q    AND HOW LONG HAS THAT BEEN THE MAKEUP OF THE | 11:56:52 |

74

| | | |
|---|---|---|
| 1 | DIRECTORS? | 11:56:56 |
| 2 | A    IT HAS BEEN THE MAKEUP SINCE MAY OR JUNE OF | 11:56:56 |
| 3 | THIS YEAR. | 11:57:00 |
| 4 | Q    AND PRIOR TO THAT, WHO WERE THE OTHER | 11:57:01 |
| 5 | DIRECTORS? | 11:57:06 |
| 6 | A    IT WAS -- INSTEAD OF ERIC GROLAN, IT WAS A | 11:57:06 |
| 7 | GENTLEMAN BY THE NAME OF KAM-WAH CHENG. | 11:57:10 |
| 8 | Q    CAN YOU SPELL HIS FIRST NAME? | 11:57:16 |
| 9 | A    K-A-M, DASH, W-A-H. | 11:57:17 |
| 10 | Q    WERE THERE ANY OTHER CHANGES TO THE | 11:57:23 |
| 11 | DIRECTORSHIP OR TO THE BOARD GOING BACK TO 2005? | 11:57:33 |
| 12 | A    YES. | 11:57:39 |
| 13 | Q    WHAT WAS THAT CHANGE -- WHAT WERE THOSE | 11:57:39 |
| 14 | CHANGES? | 11:57:44 |
| 15 | A    BEFORE 2007, I WAS NOT ON THE BOARD. | 11:57:45 |
| 16 | Q    DID YOU REPLACE SOMEONE? | 11:57:56 |
| 17 | A    YES. | 11:57:57 |
| 18 | Q    WHO DID YOU REPLACE? | 11:57:57 |
| 19 | A    BRIAN WING. | 11:57:59 |
| 20 | Q    YOU REPLACED HIM WHEN HE LEFT THE COMPANY? | 11:58:00 |
| 21 | A    CORRECT. | 11:58:08 |
| 22 | Q    WERE THERE ANY OTHER CHANGES TO THE BOARD | 11:58:10 |
| 23 | GOING BACK TO 2005? | 11:58:12 |
| 24 | A    YES. | 11:58:13 |
| 25 | Q    WHAT WERE THOSE CHANGES? | 11:58:14 |

75

| | | |
|---|---|---|
| 1 | A    PRIOR TO MR. POTGESSIER AND MR. CHENG'S | 11:58:16 |
| 2 | POSITION ON THE BOARD, IT WAS FRANK LOAST AND FORTIS | 11:58:23 |
| 3 | INTERTRUST. | 11:58:29 |
| 4 | Q    ANY OTHER CHANGES TO THE BOARD? | 11:58:34 |
| 5 | A    NO. | 11:58:46 |
| 6 | Q    PRIOR TO 2005 -- EXCUSE ME. | 11:58:47 |
| 7 | PRIOR TO 2007 AND THE CREATION OF MGA | 11:58:54 |
| 8 | HOLDINGS COOPERATIEF U.A. AND MGA ENTERTAINMENT | 11:58:58 |
| 9 | INTERNATIONAL B.V., WHO HELD THE SHARES OF MGA | 11:59:06 |
| 10 | ENTERTAINMENT INTERNATIONAL COOPERATIEF U.A.? | 11:59:08 |
| 11 | A    MGA ENTERTAINMENT, INC., AND MGA | 11:59:09 |
| 12 | ENTERTAINMENT INTERNATIONAL, INC. | 11:59:12 |
| 13 | Q    AND IN WHAT PERCENTAGES, IF YOU RECALL? | 11:59:14 |
| 14 | A    99/1 RESPECTIVELY. | 11:59:16 |
| 15 | Q    WHY WERE MGA ENTERTAINMENT HOLDINGS | 11:59:19 |
| 16 | COOPERATIEF U.A. AND MGA ENTERTAINMENT INTERNATIONAL | 11:59:43 |
| 17 | B.V. CREATED? | 11:59:47 |
| 18 | MR. JENAL:  OBJECTION.  CALLS FOR | 11:59:52 |
| 19 | SPECULATION. | 11:59:53 |
| 20 | THE WITNESS:  THE ARTICLES OF INCORPORATION | 11:59:54 |
| 21 | OF MGA ENTERTAINMENT INTERNATIONAL HOLDINGS COOPERATIEF | 11:59:57 |
| 22 | U.A. DID NOT ALLOW FOR A SPLIT PLEDGE OF ASSETS. | 11:59:59 |
| 23 | AND THROUGH FINANCING, WE HAD TO PLEDGE | 12:00:03 |
| 24 | 65 PERCENT OF THE COMPANY, SO WE ACTUALLY HAD TO INSERT | 12:00:07 |
| 25 | A COMPANY ABOVE IT THAT HAD A 65/35 SPLIT SO WE COULD | 12:00:13 |

76

| | | |
|---|---|---|
| 1 | PLEDGE 65. | 12:00:18 |
| 2 | BY MR. COREY: | 12:00:19 |
| 3 | Q    I'M SORRY.  OKAY.  WHICH COMPANY'S BYLAWS | 12:00:22 |
| 4 | WOULDN'T LET THEM DO THAT? | 12:00:26 |
| 5 | A    THE MGA ENTERTAINMENT INTERNATIONAL HOLDINGS | 12:00:27 |
| 6 | COOPERATIEF U.A. | 12:00:34 |
| 7 | Q    GOT IT. | 12:00:35 |
| 8 | SO WHICH -- WHICH COMPANY IS PLEDGING | 12:00:47 |
| 9 | 65 PERCENT OF ITS ASSETS? | 12:00:48 |
| 10 | A    MGA HOLDINGS COOPERATIEF U.A. | 12:00:51 |
| 11 | Q    AND IT IS JUST A COINCIDENCE THAT IT'S OWNED | 12:00:54 |
| 12 | 65 PERCENT BY MGA ENTERTAINMENT, INC.? | 12:01:03 |
| 13 | A    NO.  WE DID THAT ON PURPOSE, TO PLEDGE THE | 12:01:05 |
| 14 | SHARES IN THAT COMPANY, 65 PERCENT. | 12:01:08 |
| 15 | Q    MGA ENTERTAINMENT, INC., HAS PLEDGED THE | 12:01:10 |
| 16 | SHARES OF MGA ENTERTAINMENT HOLDING COOPERATIEF U.A.? | 12:01:15 |
| 17 | A    CORRECT. | 12:01:18 |
| 18 | Q    GOT IT.  THANK YOU.  SOMETIMES I'M THICK, BUT | 12:01:18 |
| 19 | I'LL CATCH ON EVENTUALLY. | 12:01:24 |
| 20 | AND WHAT -- WAS THERE A PARTICULAR FINANCING | 12:01:26 |
| 21 | THAT THAT WAS DONE IN CONNECTION WITH? | 12:01:29 |
| 22 | A    IT WAS FINANCING TO RAISE CAPITAL FOR | 12:01:32 |
| 23 | ACQUISITIONS. | 12:01:37 |
| 24 | Q    ANY ACQUISITION IN PARTICULAR? | 12:01:37 |
| 25 | A    THE LITTLE TYKES COMPANY. | 12:01:41 |

| | | |
|---|---|---|
| 1 | Q     WHO PROVIDED THAT FINANCING? | 12:01:43 |
| 2 | MR. JENAL:  OBJECTION.  SCOPE.  CALLS FOR | 12:02:10 |
| 3 | SPECULATION. | 12:02:13 |
| 4 | IF YOU KNOW. | 12:02:13 |
| 5 | THE WITNESS:  WACHOVIA IS THE LEADING BANK, | 12:02:14 |
| 6 | BUT THERE'S A SYNDICATE OF VARIOUS BANKS. | 12:02:19 |
| 7 | BY MR. COREY: | 12:02:29 |
| 8 | Q     WHEN WAS MGA ENTERTAINMENT IRELAND, LIMITED, | 12:02:29 |
| 9 | INCORPORATED? | 12:02:41 |
| 10 | A     2006. | 12:02:42 |
| 11 | Q     AND WHO CURRENTLY ARE THE DIRECTORS OR | 12:02:43 |
| 12 | DIRECTOR EQUIVALENTS? | 12:02:48 |
| 13 | MR. JENAL:  OBJECTION.  OUTSIDE THE SCOPE. | 12:02:49 |
| 14 | LACKS FOUNDATION.  CALLS FOR SPECULATION.  MAY CALL FOR | 12:02:50 |
| 15 | A LEGAL CONCLUSION. | 12:02:53 |
| 16 | THE WITNESS:  ISAAC LARIAN. | 12:02:55 |
| 17 | BY MR. COREY: | 12:02:57 |
| 18 | Q     ANYONE ELSE? | 12:02:57 |
| 19 | A     YES. | 12:02:58 |
| 20 | Q     WHO ELSE? | 12:02:58 |
| 21 | A     TWO LOCAL DIRECTORS. | 12:02:59 |
| 22 | Q     DO YOU KNOW WHO THEY ARE? | 12:03:01 |
| 23 | A     YES. | 12:03:03 |
| 24 | Q     WHO ARE THEY? | 12:03:03 |
| 25 | A     SHAWN KELLEHER AND JOHN HOGAN. | 12:03:06 |

78

| | | |
|---|---|---|
| 1 | Q    HOW LONG HAS THAT BEEN THE MAKEUP OF THE | 12:03:17 |
| 2 | BOARD? | 12:03:20 |
| 3 | A    SINCE INCORPORATION. | 12:03:20 |
| 4 | Q    WHEN WAS THE MGA SHENZHEN TOY COMPANY | 12:03:22 |
| 5 | CREATED? | 12:03:26 |
| 6 | A    IN 2005, I BELIEVE. | 12:03:27 |
| 7 | Q    AND DO YOU KNOW WHAT THE MAKEUP OF THE | 12:03:31 |
| 8 | DIRECTOR OR DIRECTOR EQUIVALENTS FOR THAT COMPANY IS? | 12:03:35 |
| 9 | A    I DO NOT. | 12:03:39 |
| 10 | Q    DO REGISTERED BRANCHES HAVE DIRECTORS OR | 12:03:43 |
| 11 | DIRECTOR EQUIVALENTS? | 12:03:48 |
| 12 | A    I DO NOT KNOW. | 12:03:49 |
| 13 | Q    MGA ENTERTAINMENT H.K., LIMITED, WHEN WAS | 12:03:50 |
| 14 | THAT INCORPORATED? | 12:03:55 |
| 15 | A    WHEN WAS IT INCORPORATED? | 12:03:57 |
| 16 | Q    WHEN WAS IT CREATED? | 12:03:59 |
| 17 | A    PRIOR -- | 12:04:00 |
| 18 | MR. JENAL:  OBJECTION.  IT'S OUTSIDE THE | 12:04:01 |
| 19 | SCOPE. | 12:04:02 |
| 20 | THE WITNESS:  PRIOR TO 1999. | 12:04:03 |
| 21 | BY MR. COREY: | 12:04:05 |
| 22 | Q    DO YOU KNOW WHO THE DIRECTOR OR DIRECTOR | 12:04:05 |
| 23 | EQUIVALENTS IN THAT COMPANY IS? | 12:04:12 |
| 24 | MR. JENAL:  OBJECTION.  SCOPE. | 12:04:15 |
| 25 | /// | |

79

| | | |
|---|---|---|
| 1 | BY MR. COREY: | 12:04:15 |
| 2 | Q    ARE CURRENTLY? | 12:04:15 |
| 3 | MR. JENAL:  LACKS FOUNDATION.  CALLS FOR | 12:04:15 |
| 4 | SPECULATION.  MAY CALL FOR A LEGAL CONCLUSION. | 12:04:20 |
| 5 | THE WITNESS:  I BELIEVE IT'S ISAAC LARIAN OR | 12:04:22 |
| 6 | MR. JAHANGIR MAKABI.  I DON'T KNOW IF THERE ARE OTHER | 12:04:27 |
| 7 | DIRECTORS. | 12:04:32 |
| 8 | BY MR. COREY: | 12:04:32 |
| 9 | Q    HOW LONG HAS THAT BEEN THE MAKEUP OF THE | 12:04:32 |
| 10 | BOARD? | 12:04:35 |
| 11 | A    I DON'T KNOW HOW FAR BACK THAT GOES.  AS LONG | 12:04:35 |
| 12 | AS I'VE BEEN AT THE COMPANY, I'VE BEEN AWARE OF THEM. | 12:04:39 |
| 13 | THE VIDEOGRAPHER:  I HAVE TO CHANGE TAPE IN | 12:04:47 |
| 14 | FIVE MINUTES. | 12:04:48 |
| 15 | BY MR. COREY: | 12:04:49 |
| 16 | Q    WHEN WAS MGA ENTERTAINMENT POLAND S.P.Z. | 12:04:49 |
| 17 | CREATED? | 12:04:54 |
| 18 | A    IN 2006. | 12:04:55 |
| 19 | Q    AND WHAT'S -- EXCUSE ME -- WHAT'S THE MAKEUP | 12:04:56 |
| 20 | OF THE BOARD OR -- EXCUSE ME, WHO ARE THE DIRECTORS OR | 12:04:57 |
| 21 | DIRECTOR EQUIVALENTS FOR THAT COMPANY? | 12:05:02 |
| 22 | MR. JENAL:  OUTSIDE THE SCOPE.  LACKS | 12:05:05 |
| 23 | FOUNDATION.  CALLS FOR SPECULATION.  MAY CALL FOR A | 12:05:11 |
| 24 | LEGAL CONCLUSION. | 12:05:11 |
| 25 | THE WITNESS:  ISAAC LARIAN. | 12:05:11 |

80

| | | |
|---|---|---|
| 1 | BY MR. COREY: | 12:05:12 |
| 2 | Q    ANYONE ELSE? | 12:05:12 |
| 3 | A    NOT THAT I RECALL. | 12:05:13 |
| 4 | Q    AND HOW LONG HAS THAT BEEN THE MAKEUP OF THE | 12:05:14 |
| 5 | BOARD? | 12:05:16 |
| 6 | A    SINCE INCORPORATION. | 12:05:16 |
| 7 | Q    AND WHAT ABOUT MGA ENTERTAINMENT NETHERLANDS | 12:05:18 |
| 8 | B.V., WHEN WAS THAT CREATED? | 12:05:22 |
| 9 | A    IN 2005. | 12:05:24 |
| 10 | Q    WHO ARE THE DIRECTORS OR DIRECTOR EQUIVALENTS | 12:05:27 |
| 11 | FOR THAT COMPANY? | 12:05:33 |
| 12 | MR. JENAL:  OBJECTION.  OUTSIDE THE SCOPE. | 12:05:33 |
| 13 | LACKS FOUNDATION.  CALLS FOR SPECULATION.  MAY CALL FOR | 12:05:36 |
| 14 | A LEGAL CONCLUSION. | 12:05:38 |
| 15 | THE WITNESS:  THE SAME AS MGA ENTERTAINMENT | 12:05:40 |
| 16 | INTERNATIONAL HOLDING COOPERATIEF. | 12:05:44 |
| 17 | BY MR. COREY: | 12:05:46 |
| 18 | Q    NOW, IS THE MAKEUP OF THE BOARD OF MGA | 12:05:46 |
| 19 | ENTERTAINMENT NETHERLANDS B.V. -- STRIKE THAT. | 12:06:24 |
| 20 | HAVE THE CHANGES IN THE BOARD OF MGA | 12:06:28 |
| 21 | ENTERTAINMENT NETHERLANDS B.V. TRACKED THE CHANGES IN | 12:06:30 |
| 22 | THE BOARD OF MGA ENTERTAINMENT INTERNATIONAL HOLDINGS | 12:06:34 |
| 23 | COOPERATIEF U.A.? | 12:06:38 |
| 24 | A    YES. | 12:06:40 |
| 25 | MR. COREY:  LET'S GO OFF THE RECORD AND | 12:06:48 |

81

| | | |
|---|---|---|
| 1 | CHANGE THE TAPE. | 12:06:50 |
| 2 | THE VIDEOGRAPHER:  THIS IS THE END OF TAPE | 12:06:50 |
| 3 | NUMBER 1.  WE'RE OFF THE RECORD AT 12:05 P.M. | 12:06:53 |
| 4 | (A LUNCH RECESS WAS TAKEN.) | 12:06:56 |
| 5 | THE VIDEOGRAPHER:  THIS IS THE START OF TAPE | 01:21:41 |
| 6 | NUMBER 2.  WE'RE BACK ON RECORD AT 1:21 P.M. | 01:21:43 |
| 7 | BY MR. COREY: | 01:21:46 |
| 8 | Q    I'M JUST GOING TO REMIND YOU, MS. TONNU, THAT | 01:21:46 |
| 9 | YOU REMAIN UNDER OATH.  EXCUSE ME. | 01:21:51 |
| 10 | NOW, ONE COMPANY I DID NOT ASK YOU ABOUT | 01:22:04 |
| 11 | IS -- IT LOOKS LIKE SMOBY MAJORETTE GROUP S.A.S. | 01:22:06 |
| 12 | A    YES. | 01:22:10 |
| 13 | Q    WHEN WAS THAT CREATED? | 01:22:11 |
| 14 | A    IT WAS NOT CREATED. | 01:22:12 |
| 15 | Q    WHAT IS IT? | 01:22:14 |
| 16 | A    IT WAS ACQUIRED. | 01:22:15 |
| 17 | Q    WAS IT ACQUIRED -- IS IT OWNED 100 PERCENT BY | 01:22:17 |
| 18 | MGA ENTERTAINMENT, INC.? | 01:22:25 |
| 19 | A    YES. | 01:22:26 |
| 20 | Q    WHO ARE THE DIRECTORS OR DIRECTOR EQUIVALENTS | 01:22:27 |
| 21 | OF THAT COMPANY? | 01:22:30 |
| 22 | MR. JENAL:  OBJECTION.  SCOPE.  LACKS | 01:22:31 |
| 23 | FOUNDATION.  CALLS FOR SPECULATION. | 01:22:34 |
| 24 | THE WITNESS:  I DO NOT KNOW. | 01:22:35 |
| 25 | BY MR. COREY: | 01:22:36 |

82

| | | |
|---|---|---|
| 1 | Q     DO YOU KNOW IF MR. LARIAN IS A DIRECTOR OR | 01:22:36 |
| 2 | DIRECTOR EQUIVALENT OF THAT COMPANY? | 01:22:41 |
| 3 |         MR. JENAL:  SAME OBJECTIONS. | 01:22:45 |
| 4 |         THE WITNESS:  I DO NOT KNOW. | 01:22:46 |
| 5 | BY MR. COREY: | 01:22:47 |
| 6 | Q     ARE THERE COMPANIES THAT EXISTED BETWEEN 1999 | 01:22:47 |
| 7 | AND TODAY THAT WERE OWNED, IN WHOLE OR IN PART, BY MGA | 01:22:53 |
| 8 | ENTERTAINMENT, INC. THAT DO NOT APPEAR ON THIS SHEET? | 01:23:00 |
| 9 | A     YES. | 01:23:05 |
| 10 | Q     AND WHAT COMPANIES ARE THOSE? | 01:23:05 |
| 11 | A     MGA ENTERTAINMENT MAURITIUS, LIMITED. | 01:23:07 |
| 12 | Q     MAURITIUS? | 01:23:16 |
| 13 | A     MAURITIUS. | 01:23:18 |
| 14 | Q     ANY OTHER COMPANIES? | 01:23:25 |
| 15 | A     NOT THAT I'M AWARE OF. | 01:23:26 |
| 16 | Q     WHEN DID THAT COMPANY COME INTO EXISTENCE? | 01:23:28 |
| 17 | A     IT WAS INCORPORATED IN 2002. | 01:23:30 |
| 18 | Q     AND WHEN DID IT STOP? | 01:23:32 |
| 19 | A     2006. | 01:23:37 |
| 20 | Q     WHY DID IT -- WHY DID MGA ENTERTAINMENT STOP | 01:23:39 |
| 21 | USING THAT COMPANY? | 01:23:43 |
| 22 |         MR. JENAL:  OBJECTION.  LACKS FOUNDATION. | 01:23:44 |
| 23 | CALLS FOR SPECULATION. | 01:23:45 |
| 24 |         THE WITNESS:  IT WAS IN A JURISDICTION THAT | 01:23:47 |
| 25 | WAS NOT FAVORABLE FOR US, SO WE REPLACED IT WITH A | 01:23:51 |

83

| | | |
|---|---|---|
| 1 | DIFFERENT COMPANY. | 01:23:56 |
| 2 | BY MR. COREY: | 01:23:58 |
| 3 | Q    WHEN YOU SAY "THE JURISDICTION WAS NOT | 01:23:58 |
| 4 | FAVORABLE," WHAT DO YOU MEAN? | 01:24:00 |
| 5 | A    MAURITIUS WASN'T FAVORABLE TO INTERNATIONAL | 01:24:01 |
| 6 | BUSINESS. | 01:24:06 |
| 7 | Q    IT WAS -- SO IT WAS A BUSINESS WHO WAS A -- | 01:24:06 |
| 8 | WAS IT BECAUSE SALES WEREN'T GOING WELL THERE, OR DID | 01:24:09 |
| 9 | THE COMPANY MOVE TO A DIFFERENT COUNTRY? | 01:24:15 |
| 10 | A    WE MOVED OUR HOLDING COMPANY TO A DIFFERENT | 01:24:17 |
| 11 | JURISDICTION BECAUSE MAURITIUS WASN'T A FAVORABLE | 01:24:21 |
| 12 | INTERNATIONAL BUSINESS TO CENTRALIZE OUR INTERNATIONAL | 01:24:28 |
| 13 | BUSINESS. | 01:24:32 |
| 14 | Q    IS THERE A COMPANY ON EXHIBIT 515 THAT | 01:24:32 |
| 15 | ESSENTIALLY REPLACED OR PROVIDED THE SAME FUNCTIONS | 01:24:36 |
| 16 | THAT THE MAURITIUS COMPANY DID? | 01:24:39 |
| 17 | A    YES. | 01:24:40 |
| 18 | Q    WHAT COMPANY IS THAT? | 01:24:40 |
| 19 | A    THAT WOULD BE MGA ENTERTAINMENT INTERNATIONAL | 01:24:42 |
| 20 | HOLDINGS COOPERATIEF U.A. | 01:24:52 |
| 21 | Q    OKAY.  AND WHO WERE THE -- WHO WERE THE | 01:24:55 |
| 22 | DIRECTORS OR DIRECTOR EQUIVALENTS OF MGA ENTERTAINMENT | 01:24:56 |
| 23 | MAURITIUS, LIMITED? | 01:24:58 |
| 24 | MR. JENAL:  OBJECTION.  SCOPE.  LACKS | 01:25:01 |
| 25 | FOUNDATION.  CALLS FOR SPECULATION.  MAY CALL FOR A | 01:25:03 |

84

| | | |
|---|---|---|
| 1 | LEGAL CONCLUSION. | 01:25:05 |
| 2 | THE WITNESS:  I DON'T RECALL. | 01:25:07 |
| 3 | BY MR. COREY: | 01:25:09 |
| 4 | Q    DID -- WHAT COMPANIES DID MGA ENTERTAINMENT | 01:25:09 |
| 5 | MAURITIUS, LIMITED, OWN BETWEEN 2002 AND 2006? | 01:25:12 |
| 6 | A    IT OWNED MGA ENTERTAINMENT HONG KONG, | 01:25:16 |
| 7 | LIMITED. | 01:25:22 |
| 8 | Q    ANY OTHERS? | 01:25:23 |
| 9 | A    NO. | 01:25:24 |
| 10 | Q    SOME COMPANIES USE A NUMBERING SYSTEM TO KEEP | 01:25:24 |
| 11 | TRACK OF THEIR CORPORATIONS. | 01:26:15 |
| 12 | DOES MGA DO THAT? | 01:26:17 |
| 13 | A    NO. | 01:26:18 |
| 14 | Q    WHICH OF THE COMPANIES ON EXHIBIT 515 ARE | 01:26:18 |
| 15 | OPERATING COMPANIES AS OPPOSED TO HOLDING COMPANIES? | 01:26:36 |
| 16 | MR. JENAL:  OBJECTION.  VAGUE. | 01:26:46 |
| 17 | THE WITNESS:  OPERA -- DO YOU WANT ME TO TELL | 01:26:49 |
| 18 | YOU WHICH COMPANIES ARE OPERATING, OR DO YOU WANT TO | 01:26:52 |
| 19 | TELL ME [SIC] WHICH COMPANIES ARE JUST -- ARE INACTIVE | 01:26:55 |
| 20 | VERSUS ACTIVE? | 01:26:58 |
| 21 | BY MR. COREY: | 01:27:00 |
| 22 | Q    WELL, LET'S DO ACTIVE VERSUS INACTIVE AND | 01:27:00 |
| 23 | WE'LL GO FROM THERE. | 01:27:03 |
| 24 | A    MGA ENTERTAINMENT MUSIC, INC., IS INACTIVE. | 01:27:04 |
| 25 | MGA PRODUCTION, INC., IS INACTIVE.  MGA ENTERTAINMENT | 01:27:09 |

85

| | | |
|---|---|---|
| 1 | MEXICO, INC., IS INACTIVE.  MGA ENTERTAINMENT SWEDEN | 01:27:17 |
| 2 | A.B. IS INACTIVE.  MGA ENTERTAINMENT INTERNATIONAL, | 01:27:26 |
| 3 | INC., IS INACTIVE.  MGA ENTERTAINMENT HOLDINGS | 01:27:28 |
| 4 | COOPERATIEF U.A. IS INACTIVE.  MGA ENTERTAINMENT | 01:27:35 |
| 5 | INTERNATIONAL B.V. IS INACTIVE. | 01:27:42 |
| 6 |     Q    WHAT DO YOU MEAN BY "INACTIVE"? | 01:27:44 |
| 7 |     A    THERE IS NO ACTIVITIES WITHIN THE COMPANY | 01:27:47 |
| 8 | OTHER THAN, IN SOME INSTANCES, INVESTMENT. | 01:27:52 |
| 9 |     Q    THEY DON'T HAVE EMPLOYEES; THEY'RE NOT | 01:27:55 |
| 10 | GENERATING SALES IN THEIR NAMES; THOSE KINDS OF THINGS? | 01:27:58 |
| 11 |     A    CORRECT. | 01:28:01 |
| 12 |     Q    DO ALL OF THE COMPANIES OTHER THAN THE | 01:28:02 |
| 13 | INACTIVE COMPANIES HAVE THEIR OWN EMPLOYEES? | 01:28:05 |
| 14 |     MR. JENAL:  OBJECTION.  VAGUE. | 01:28:10 |
| 15 |     THE WITNESS:  CAN YOU REPEAT THAT. | 01:28:11 |
| 16 | BY MR. COREY: | 01:28:13 |
| 17 |     Q    SURE. | 01:28:13 |
| 18 |     YOU'VE IDENTIFIED A NUMBER OF INACTIVE | 01:28:15 |
| 19 | COMPANIES FOR ME.  AND WHAT I'M TRYING TO FIND OUT IS | 01:28:18 |
| 20 | WHETHER ALL OF THE OTHER COMPANIES -- STRIKE THAT. | 01:28:20 |
| 21 |     THE OTHER COMPANIES ARE ACTIVE -- IN MY | 01:28:26 |
| 22 | PARLANCE, I WOULD SAY THAT THEY'RE ALL -- THEY'RE ALL | 01:28:32 |
| 23 | ACTIVELY OPERATING COMPANIES. | 01:28:33 |
| 24 |     DO YOU UNDERSTAND THAT? | 01:28:35 |
| 25 |     MR. JENAL:  OBJECTION.  VAGUE. | 01:28:36 |

86

| | | |
|---|---|---|
| 1 | THE WITNESS:  WELL, IF I DIDN'T STATE THAT | 01:28:40 |
| 2 | THEY WERE INACTIVE, THEN THEY ARE ACTIVE. | 01:28:42 |
| 3 | BY MR. COREY: | 01:28:45 |
| 4 | Q    OKAY.  AND THEN MY QUESTION IS:  DO THE | 01:28:45 |
| 5 | ACTIVE COMPANIES ALL HAVE EMPLOYEES? | 01:28:51 |
| 6 | A    NO. | 01:28:54 |
| 7 | Q    OKAY.  WHICH COMPANIES -- WHICH OF THE | 01:28:55 |
| 8 | COMPANIES ON EXHIBIT 515 HAVE EMPLOYEES? | 01:28:57 |
| 9 | A    HAVE EMPLOYEES? | 01:29:03 |
| 10 | Q    YES. | 01:29:05 |
| 11 | A    MGA DE MEXICO S.R.L. DES LA C.V. HAS | 01:29:06 |
| 12 | EMPLOYEES.  THE LITTLE TYKES COMPANY HAS EMPLOYEES. | 01:29:11 |
| 13 | THE MGA ENTERTAINMENT CANADA HAS EMPLOYEES.  MGA | 01:29:19 |
| 14 | ENTERTAINMENT FRANCE S.A.S. HAS AN EMPLOYEE. | 01:29:23 |
| 15 | Q    ONE EMPLOYEE? | 01:29:28 |
| 16 | A    IT HAS EMPLOYEES. | 01:29:29 |
| 17 | Q    OKAY. | 01:29:30 |
| 18 | A    MGA ENTERTAINMENT, INC., HAS EMPLOYEES.  MGA | 01:29:30 |
| 19 | ENTERTAINMENT U.K., LIMITED, HAS EMPLOYEES.  MGA | 01:29:36 |
| 20 | ENTERTAINMENT G.M.B.H. HAS EMPLOYEES.  MGA | 01:29:40 |
| 21 | ENTERTAINMENT BELGIUM S.P.R.L. HAS EMPLOYEES.  SMOBY | 01:29:45 |
| 22 | S.A. HAS EMPLOYEES.  MGA ENTERTAINMENT SPAIN S.L. HAS | 01:29:54 |
| 23 | EMPLOYEES.  MGA ENTERTAINMENT INTERNATIONAL HOLDINGS | 01:29:59 |
| 24 | COOPERATIEF U.A. HAS EMPLOYEES. | 01:30:05 |
| 25 | Q    WAIT.  MGA ENTERTAINMENT HOLDING -- | 01:30:08 |

87

| | | |
|---|---|---|
| 1 | A      INTERNATIONAL HOLDINGS -- | 01:30:10 |
| 2 | Q      INTERNATIONAL HOLDINGS.   OKAY. | 01:30:13 |
| 3 | A      -- COOPERATIEF U.A. HAS EMPLOYEES. | 01:30:13 |
| 4 | MGA SHENZHEN TOY COMPANY HAS EMPLOYEES.   MGA | 01:30:18 |
| 5 | ENTERTAINMENT HONG KONG, LIMITED, HAS EMPLOYEES.   MGA | 01:30:22 |
| 6 | ENTERTAINMENT POLAND S.P.Z.O.O. HAS EMPLOYEES.   AND MGA | 01:30:27 |
| 7 | ENTERTAINMENT NETHERLANDS B.V. HAS EMPLOYEES. | 01:30:34 |
| 8 | Q      ARE YOU ALSO RESPONSIBLE FOR THE | 01:30:48 |
| 9 | INTERNATIONAL TAX ASPECTS FOR THE FOREIGN COMPANIES? | 01:30:56 |
| 10 | A      YES. | 01:30:58 |
| 11 | Q      WHAT SERVICES DO -- WHAT SERVICES DOES MGA | 01:30:58 |
| 12 | ENTERTAINMENT, INC., IF ANY, PROVIDE TO ITS FOREIGN | 01:31:22 |
| 13 | SUBSIDIARIES? | 01:31:28 |
| 14 | MR. JENAL:  OBJECTION.  VAGUE.  CALLS FOR A | 01:31:29 |
| 15 | NARRATIVE. | 01:31:31 |
| 16 | THE WITNESS:  IT PROVIDES MGA ENTERTAINMENT | 01:31:32 |
| 17 | CANADA COMPANY WITH BACK OFFICE ADMINISTRATIVE | 01:31:41 |
| 18 | SERVICES.  IT PROVIDES MGA ENTERTAINMENT IRELAND, | 01:31:44 |
| 19 | LIMITED, WITH PRODUCT DEVELOPMENT SERVICES. | 01:31:50 |
| 20 | BY MR. COREY: | 01:32:01 |
| 21 | Q      ANYTHING ELSE? | 01:32:01 |
| 22 | A      THAT'S JUST INTERNATIONAL; CORRECT? | 01:32:03 |
| 23 | Q      JUST INTERNATIONAL. | 01:32:08 |
| 24 | A      RIGHT.  THAT'S ALL I'M AWARE OF. | 01:32:09 |
| 25 | Q      AND WHAT -- WHAT ARE THE BACK OFFICE SERVICES | 01:32:12 |

88

| | | |
|---|---|---|
| 1 | THAT ARE PROVIDED MGA ENTERTAINMENT CANADA COMPANY? | 01:32:16 |
| 2 | A    ACCOUNTING.   INVOICING. | 01:32:20 |
| 3 | Q    ANYTHING ELSE? | 01:32:23 |
| 4 | A    NOT THAT I'M AWARE OF. | 01:32:30 |
| 5 | Q    AND THE PRODUCT DEVELOPMENT SERVICES FOR MGA | 01:32:32 |
| 6 | ENTERTAINMENT IRELAND LIMITED, WHAT ARE THOSE? | 01:32:35 |
| 7 | MR. JENAL:  OBJECTION.  SCOPE. | 01:32:39 |
| 8 | THE WITNESS:  MGA ENTERTAINMENT, INC., | 01:32:40 |
| 9 | PROVIDES SERVICES THAT RELATE TO PRODUCT DEVELOPMENT TO | 01:32:45 |
| 10 | IRELAND. | 01:32:48 |
| 11 | BY MR. COREY: | 01:32:49 |
| 12 | Q    BUT WHAT ARE THOSE SERVICES? | 01:32:49 |
| 13 | MR. JENAL:  SAME OBJECTION. | 01:32:51 |
| 14 | THE WITNESS:  THEY'RE DEVELOPING PRODUCTS ON | 01:32:53 |
| 15 | BEHALF OF MGA IRELAND. | 01:32:55 |
| 16 | BY MR. COREY: | 01:32:58 |
| 17 | Q    CAN YOU GIVE ME AN EXAMPLE? | 01:32:58 |
| 18 | MR. JENAL:  OBJECTION.  SCOPE. | 01:33:01 |
| 19 | THE WITNESS:  FOR EXAMPLE, A PRODUCT WE HAD | 01:33:02 |
| 20 | IN THE MARKET LAST -- COUPLE YEARS AGO, ALIEN RACER, | 01:33:07 |
| 21 | THAT PRODUCT WAS DEVELOPED BY -- DEVELOPED VIA SERVICES | 01:33:12 |
| 22 | PROVIDED BY MGA ENTERTAINMENT, INC. | 01:33:18 |
| 23 | BY MR. COREY: | 01:33:21 |
| 24 | Q    BUT IS THAT A PRODUCT THAT'S ONLY IN THE | 01:33:21 |
| 25 | MARKET IN IRELAND? | 01:33:24 |

89

| | | |
|---|---|---|
| 1 | A    NO. | 01:33:24 |
| 2 | Q    SO DOES MGA ENTERTAINMENT, INC., PROVIDE | 01:33:25 |
| 3 | PRODUCT DEVELOPMENT SERVICES TO OTHER INTERNATIONAL | 01:33:43 |
| 4 | SUBSIDIARIES? | 01:33:47 |
| 5 | A    NO. | 01:33:47 |
| 6 | Q    WHAT PRODUCT DEVELOPMENT SERVICES DID MGA | 01:33:47 |
| 7 | ENTERTAINMENT, INC., PROVIDE TO MGA ENTERTAINMENT | 01:33:58 |
| 8 | IRELAND, LIMITED, WITH RESPECT TO ACCELERACERS [SIC]? | 01:34:00 |
| 9 | A    TO? | 01:34:10 |
| 10 | Q    WITH RESPECT TO ACCELERACERS? | 01:34:10 |
| 11 | MR. JENAL:  OBJECTION TO SCOPE.  CALLS FOR | 01:34:11 |
| 12 | SPECULATION. | 01:34:13 |
| 13 | BY MR. COREY: | 01:34:13 |
| 14 | Q    OR ALIEN RACERS.  WHAT DID YOU SAY? | 01:34:13 |
| 15 | A    ALIEN RACERS. | 01:34:13 |
| 16 | Q    ALIEN RACERS. | 01:34:14 |
| 17 | MR. JENAL:  SAME OBJECTIONS.  CALLS FOR | 01:34:16 |
| 18 | SPECULATION. | 01:34:18 |
| 19 | THE WITNESS:  I DON'T KNOW THE SPECIFICS OF | 01:34:24 |
| 20 | WHAT SERVICES WERE BEING PROVIDED; HOWEVER, I KNOW THAT | 01:34:24 |
| 21 | THEY PROVIDED PRODUCT DEVELOPMENT SERVICES WHERE THEY | 01:34:24 |
| 22 | ACTUALLY DEVELOPED THE PRODUCT. | 01:34:27 |
| 23 | BY MR. COREY: | 01:34:31 |
| 24 | Q    WHERE MGA ENTERTAINMENT, INC., DEVELOPED THE | 01:34:31 |
| 25 | PRODUCT? | 01:34:36 |

90

| | | |
|---|---|---|
| 1 | A    THAT'S CORRECT. | 01:34:36 |
| 2 | Q    AND IS THAT SOMETHING MGA ENTERTAINMENT | 01:34:36 |
| 3 | IRELAND, LIMITED, PAID FOR? | 01:34:40 |
| 4 | MR. JENAL:  OBJECTION.  SCOPE. | 01:34:42 |
| 5 | THE WITNESS:  THROUGH THE PRODUCT DEVELOPMENT | 01:34:42 |
| 6 | SERVICES. | 01:34:45 |
| 7 | BY MR. COREY: | 01:34:45 |
| 8 | Q    HOW DO YOU KNOW THAT? | 01:34:45 |
| 9 | A    HOW DO I KNOW THAT?  THERE'S A PRODUCT | 01:34:55 |
| 10 | DEVELOPMENT SERVICES AGREEMENT IN PLACE. | 01:34:59 |
| 11 | Q    AND IS THAT JUST BETWEEN -- IS THERE JUST ONE | 01:35:01 |
| 12 | PRODUCT DEVELOPMENT SERVICES AGREEMENT IN PLACE? | 01:35:05 |
| 13 | A    YES. | 01:35:10 |
| 14 | Q    AND WHY IS THERE ONLY A PRODUCT DEVELOPMENT | 01:35:10 |
| 15 | SERVICES AGREEMENT IN PLACE BETWEEN THOSE TWO | 01:35:14 |
| 16 | COMPANIES? | 01:35:16 |
| 17 | MR. JENAL:  OBJECTION.  SCOPE.  LACKS | 01:35:17 |
| 18 | FOUNDATION.  CALLS FOR SPECULATION. | 01:35:19 |
| 19 | THE WITNESS:  WHY IS THERE ONLY ONE PRODUCT | 01:35:21 |
| 20 | DEVELOPMENT SERVICE AGREEMENT IN PLACE, IS THAT YOUR | 01:35:24 |
| 21 | QUESTION? | 01:35:26 |
| 22 | BY MR. COREY: | 01:35:26 |
| 23 | Q    WHY IS THERE A PRODUCT DEVELOPMENT SERVICE | 01:35:26 |
| 24 | AGREEMENT IN PLACE BETWEEN THOSE TWO COMPANIES AND NO | 01:35:30 |
| 25 | OTHER COMPANIES? | 01:35:32 |

91

| | | |
|---|---|---|
| 1 | MR. JENAL:  OBJECTION.  SCOPE.  LACKS | 01:35:34 |
| 2 | FOUNDATION.  CALLS FOR SPECULATION. | 01:35:37 |
| 3 | THE WITNESS:  MGA ENTERTAINMENT IRELAND DOES | 01:35:38 |
| 4 | NOT HAVE ANY EMPLOYEES, SO IT'S BASICALLY PAYING MGA | 01:35:41 |
| 5 | ENTERTAINMENT, INC., TO DEVELOP PRODUCTS ON THEIR | 01:35:45 |
| 6 | BEHALF. | 01:35:48 |
| 7 | BY MR. COREY: | 01:35:50 |
| 8 | Q    ARE THERE OTHER SERVICES AGREEMENTS IN PLACE | 01:35:50 |
| 9 | BETWEEN THOSE TWO COMPANIES? | 01:35:56 |
| 10 | MR. JENAL:  OBJECTION.  SCOPE.  LACKS | 01:35:57 |
| 11 | FOUNDATION.  CALLS FOR SPECULATION. | 01:35:59 |
| 12 | THE WITNESS:  YES, THERE IS. | 01:36:00 |
| 13 | BY MR. COREY: | 01:36:02 |
| 14 | Q    AND WHAT ARE THEY? | 01:36:02 |
| 15 | MR. JENAL:  SAME OBJECTIONS. | 01:36:03 |
| 16 | THE WITNESS:  THERE -- THERE ARE TRADEMARK | 01:36:06 |
| 17 | LICENSES AGREEMENTS BETWEEN THE TWO COMPANIES. | 01:36:09 |
| 18 | BY MR. COREY: | 01:36:14 |
| 19 | Q    ANYTHING ELSE? | 01:36:14 |
| 20 | A    AND THERE ARE THIRD-PARTY LICENSING | 01:36:15 |
| 21 | AGREEMENTS BETWEEN THE TWO COMPANIES, SUBLICENSING | 01:36:19 |
| 22 | AGREEMENTS. | 01:36:24 |
| 23 | Q    WHEN DID MGA ENTERTAINMENT, INC., CHANGE ITS | 01:36:24 |
| 24 | NAME -- TO MGA ENTERTAINMENT, INC.? | 01:36:52 |
| 25 | A    I BELIEVE IT CHANGED ITS NAME IN 2002. | 01:36:55 |

92

| | | |
|---|---|---|
| 1 | Q   DO YOU KNOW WHY THAT WAS DONE? | 01:37:02 |
| 2 | A   NO, I DO NOT. | 01:37:04 |
| 3 | Q   DOES MGA ENTERTAINMENT, INC., PREPARE | 01:37:05 |
| 4 | CONSOLIDATED FINANCIAL STATEMENTS? | 01:37:33 |
| 5 | A   YES. | 01:37:34 |
| 6 | Q   ARE THERE ANY EXCLUSIONS FROM THOSE FINANCIAL | 01:37:34 |
| 7 | STATEMENTS? | 01:37:39 |
| 8 | MR. JENAL:  OBJECTION.  VAGUE.  OUTSIDE THE | 01:37:41 |
| 9 | SCOPE. | 01:37:44 |
| 10 | THE WITNESS:  WE HAVE NOT CONSOLIDATED WITH | 01:37:44 |
| 11 | SMOBY MAJORETTE GROUP S.A.S. | 01:37:51 |
| 12 | BY MR. COREY: | 01:37:56 |
| 13 | Q   AND DO YOU ANTICIPATE DOING THAT? | 01:37:56 |
| 14 | A   YES. | 01:37:58 |
| 15 | Q   IT'S A RECENT ACQUISITION, I ASSUME, THAT | 01:37:59 |
| 16 | THAT'S -- WELL, I WON'T ASSUME ANYTHING. | 01:38:04 |
| 17 | WHY HAVE YOU NOT INCLUDED SMOBY MAJORETTE | 01:38:07 |
| 18 | GROUP S.A.S. IN YOUR CONSOLIDATED FINANCIAL STATEMENTS? | 01:38:11 |
| 19 | MR. JENAL:  OBJECTION.  SCOPE.  LACKS | 01:38:16 |
| 20 | FOUNDATION.  CALLS FOR SPECULATION. | 01:38:16 |
| 21 | THE WITNESS:  THE NUMBERS HAVE NOT BEEN MADE | 01:38:16 |
| 22 | AVAILABLE TO US. | 01:38:18 |
| 23 | BY MR. COREY: | 01:38:21 |
| 24 | Q   DO YOU EXPECT THEM TO BE MADE AVAILABLE TO | 01:38:21 |
| 25 | YOU IN THE NEXT QUARTER? | 01:38:23 |

93

```
 1              MR. JENAL:  SAME OBJECTIONS.              01:38:26

 2              THE WITNESS:  I DO NOT KNOW.             01:38:27

 3    BY MR. COREY:                                     01:38:29

 4         Q    WILL MGA ENTERTAINMENT, INC., INCLUDE   01:38:29

 5    INFORMATION FROM SMOBY MAJORETTE GROUP S.A.S. IN ITS  01:38:34

 6    CONSOLIDATED FINANCIAL STATEMENTS WHEN THE INFORMATION  01:38:40

 7    IS PROVIDED?                                      01:38:43

 8              MR. JENAL:  OBJECTION.  SCOPE.  LACKS   01:38:44

 9    FOUNDATION.  CALLS FOR SPECULATION.               01:38:46

10              THE WITNESS:  YES.                      01:38:47

11    BY MR. COREY:                                     01:38:48

12         Q    DOES MGA ENTERTAINMENT, INC., PREPARE   01:38:48

13    CONSOLIDATED TAX RETURNS?                         01:38:53

14         A    CONSOLIDATED IN WHAT MANNER?            01:38:57

15         Q    LET'S START WITH REVENUE.               01:39:00

16              MR. JENAL:  OBJECTION.  SCOPE.          01:39:04

17              THE WITNESS:  NOT ALL OF THE ENTITIES ARE  01:39:06

18    INCLUDED IN CONSOLIDATION FOR TAX PURPOSES.       01:39:08

19    BY MR. COREY:                                     01:39:13

20         Q    AND WHICH ARE NOT?                      01:39:13

21              MR. JENAL:  OBJECTION.  SCOPE.          01:39:15

22              THE WITNESS:  WE HAVE NOT FILED OUR TAX  01:39:16

23    RETURN YET FOR '06, SO FOR WHAT YEAR ARE YOU REFERRING  01:39:19

24    TO?                                               01:39:22

25    BY MR. COREY:                                     01:39:22
```

94

| | | |
|---|---|---|
| 1 | Q    FOR THE MOST RECENT YEAR FOR WHICH MGA | 01:39:22 |
| 2 | ENTERTAINMENT, INC., HAS FILED A TAX RETURN. | 01:39:25 |
| 3 | A    WE -- | 01:39:31 |
| 4 | MR. JENAL:  SAME OBJECTION. | 01:39:32 |
| 5 | THE WITNESS:  WE DID NOT FILE CONSOLIDATED | 01:39:32 |
| 6 | WITH MGA ENTERTAINMENT INTERNATIONAL HOLDINGS | 01:39:36 |
| 7 | COOPERATIEF U.A. | 01:39:42 |
| 8 | BY MR. COREY: | 01:39:42 |
| 9 | Q    SO THAT'S MGA ENTERTAINMENT INTERNATIONAL | 01:39:46 |
| 10 | HOLDINGS COOPERATIEF U.A.? | 01:39:46 |
| 11 | A    CORRECT. | 01:39:48 |
| 12 | Q    DID IT INCLUDE SUBSIDIARIES OF THAT COMPANY? | 01:39:48 |
| 13 | A    NO. | 01:39:51 |
| 14 | Q    SO THEY -- SO EVERYTHING FROM M.G.A. | 01:39:51 |
| 15 | ENTERTAINMENT INTERNATIONAL HOLDINGS COOPERATIEF U.A. | 01:39:56 |
| 16 | DOWN WAS NOT INCLUDED? | 01:39:56 |
| 17 | A    CORRECT.  THERE WAS MORE ENTITY NOT INCLUDED. | 01:39:59 |
| 18 | Q    AND WHAT IS THAT? | 01:40:01 |
| 19 | A    MGA ENTERTAINMENT SWEDEN. | 01:40:02 |
| 20 | Q    DID MGA ENTERTAINMENT SWEDEN HAVE ANYTHING TO | 01:40:05 |
| 21 | REPORT? | 01:40:13 |
| 22 | A    FOR? | 01:40:13 |
| 23 | Q    2005. | 01:40:13 |
| 24 | MR. JENAL:  OBJECTION.  SCOPE.  LACKS | 01:40:15 |
| 25 | FOUNDATION.  CALLS FOR SPECULATION. | 01:40:17 |

| | | |
|---|---|---|
| 1 | THE WITNESS:  NOT THAT I RECALL. | 01:40:19 |
| 2 | BY MR. COREY: | 01:40:21 |
| 3 | Q    WELL, ACTUALLY, I DON'T THINK IT EXISTED | 01:40:21 |
| 4 | BECAUSE IT WAS CREATED -- YOU SAID IT WAS CREATED IN | 01:40:23 |
| 5 | 2006? | 01:40:27 |
| 6 | A    RIGHT. | 01:40:27 |
| 7 | Q    AND SO IT WOULD NOT HAVE EXISTED FOR THE 2005 | 01:40:27 |
| 8 | TAX RETURN? | 01:40:30 |
| 9 | A    RIGHT. | 01:40:31 |
| 10 | Q    AND WHY -- WHY WAS MGA ENTERTAINMENT | 01:40:31 |
| 11 | INTERNATIONAL HOLDINGS COOPERATIEF U.A. NOT INCLUDED IN | 01:40:52 |
| 12 | THE 2005 TAX RETURN? | 01:40:55 |
| 13 | MR. JENAL:  OBJECTION.  SCOPE.  LACKS | 01:40:57 |
| 14 | FOUNDATION.  CALLS FOR SPECULATION. | 01:41:00 |
| 15 | THE WITNESS:  WE'RE NOT REQUIRED TO. | 01:41:01 |
| 16 | BY MR. COREY: | 01:41:31 |
| 17 | Q    IS YOUR ANSWER THE SAME FOR BOTH THE | 01:41:31 |
| 18 | CALIFORNIA STATE AND FEDERAL TAX RETURNS? | 01:42:01 |
| 19 | A    THAT'S CORRECT. | 01:42:01 |
| 20 | MR. JENAL:  OBJECTION.  SCOPE. | 01:42:01 |
| 21 | THE WITNESS:  YES. | 01:42:02 |
| 22 | BY MR. COREY: | 01:42:02 |
| 23 | Q    NOW, MGA ENTERTAINMENT INTERNATIONAL HOLDINGS | 01:42:02 |
| 24 | COOPERATIEF U.A. WAS CREATED IN 2005, BUT IT APPEARS | 01:42:13 |
| 25 | THAT PRIOR TO 2005, MGA ENTERTAINMENT H.K., LIMITED, IS | 01:42:18 |

96

| | | |
|---|---|---|
| 1 | THE ONLY COMPANY UNDERNEATH THAT COMPANY THAT EXISTED. | 01:42:28 |
| 2 | FOR PRIOR YEARS, WAS THAT INCLUDED -- THAT | 01:42:32 |
| 3 | COMPANY, MGA ENTERTAINMENT H.K., LIMITED, INCLUDED IN | 01:42:37 |
| 4 | YOUR CONSOLIDATED RETURNS? | 01:42:37 |
| 5 | A    NO. | 01:42:39 |
| 6 | MR. JENAL:  SORRY.  OBJECTION.  SCOPE. | 01:42:41 |
| 7 | BY MR. COREY: | 01:42:44 |
| 8 | Q    GOING BACK IN TIME, WERE THERE ANY OTHER | 01:42:44 |
| 9 | COMPANIES THAT WERE NOT INCLUDED IN YOUR CONSOLIDATED | 01:42:46 |
| 10 | RETURNS? | 01:42:49 |
| 11 | MR. JENAL:  OBJECTION.  SCOPE. | 01:42:51 |
| 12 | BY MR. COREY: | 01:42:54 |
| 13 | Q    I MEAN I'LL ASK FOR 2004.  WE'LL JUST DO IT A | 01:42:54 |
| 14 | YEAR AT A TIME. | 01:42:57 |
| 15 | MR. JENAL:  LACKS FOUNDATION.  CALLS FOR | 01:42:57 |
| 16 | SPECULATION.  OUTSIDE THE SCOPE. | 01:43:00 |
| 17 | THE WITNESS:  THAT'S ON THIS CHART? | 01:43:03 |
| 18 | BY MR. COREY: | 01:43:08 |
| 19 | Q    OR INCLUDING THE MAURITIUS COMPANY. | 01:43:08 |
| 20 | A    MAURITIUS WAS NOT INCLUDED. | 01:43:11 |
| 21 | Q    SO FOR 2004, MAURITIUS AND MGA ENTERTAINMENT | 01:43:14 |
| 22 | H.K., LIMITED, WERE NOT INCLUDED? | 01:43:20 |
| 23 | A    YES. | 01:43:22 |
| 24 | Q    ARE THOSE THE ONLY TWO? | 01:43:22 |
| 25 | A    YES. | 01:43:24 |

97

| | | |
|---|---|---|
| 1 | Q     FOR 2003? | 01:43:25 |
| 2 | MR. JENAL:  OBJECTION.  SCOPE.  LACKS | 01:43:29 |
| 3 | FOUNDATION.  CALLS FOR SPECULATION. | 01:43:31 |
| 4 | THE WITNESS:  THE SAME TWO COMPANIES. | 01:43:32 |
| 5 | BY MR. COREY: | 01:43:34 |
| 6 | Q     FOR 2002? | 01:43:34 |
| 7 | MR. JENAL:  SAME OBJECTIONS. | 01:43:36 |
| 8 | THE WITNESS:  SAME COMPANIES. | 01:43:38 |
| 9 | BY MR. COREY: | 01:43:39 |
| 10 | Q     AND THEN 2001, THE MAURITIUS COMPANY DIDN'T | 01:43:39 |
| 11 | EXIST, BUT WHAT ABOUT MGA ENTERTAINMENT H.K., LIMITED? | 01:43:47 |
| 12 | MR. JENAL:  OBJECTION.  SCOPE.  LACKS | 01:43:52 |
| 13 | FOUNDATION.  CALLS FOR SPECULATION. | 01:43:55 |
| 14 | THE WITNESS:  IT WAS NOT INCLUDED. | 01:43:57 |
| 15 | BY MR. COREY: | 01:44:01 |
| 16 | Q     AND 2000? | 01:44:01 |
| 17 | MR. JENAL:  SAME OBJECTIONS. | 01:44:02 |
| 18 | THE WITNESS:  NOT INCLUDED. | 01:44:03 |
| 19 | BY MR. COREY: | 01:44:04 |
| 20 | Q     2001? | 01:44:04 |
| 21 | MR. JENAL:  SORRY? | 01:44:06 |
| 22 | BY MR. COREY: | 01:44:08 |
| 23 | Q     I'M SORRY.  1999.  I'M GOING THE WRONG WAY. | 01:44:08 |
| 24 | MR. JENAL:  SAME OBJECTIONS. | 01:44:13 |
| 25 | THE WITNESS:  NOT INCLUDED. | 01:44:13 |

98

| | | |
|---|---|---|
| 1 | BY MR. COREY: | 01:44:15 |
| 2 | Q   WE'LL SET THAT ASIDE FOR A MINUTE. | 01:44:15 |
| 3 | WHO MAKES THE DECISIONS ABOUT PROFITS BEING | 01:44:51 |
| 4 | DIVIDENDED UP TO PARENT COMPANIES? | 01:45:01 |
| 5 | MR. JENAL:  OBJECTION.  VAGUE.  LACKS | 01:45:06 |
| 6 | FOUNDATION.  CALLS FOR SPECULATION.  OUTSIDE THE SCOPE. | 01:45:08 |
| 7 | THE WITNESS:  I DON'T KNOW. | 01:45:13 |
| 8 | BY MR. COREY: | 01:45:15 |
| 9 | Q   WHO WOULD KNOW THE ANSWER TO THAT QUESTION? | 01:45:15 |
| 10 | MR. JENAL:  SAME OBJECTIONS. | 01:45:19 |
| 11 | THE WITNESS:  I DO NOT KNOW. | 01:45:21 |
| 12 | BY MR. COREY: | 01:45:23 |
| 13 | Q   DOES MGA ENTERTAINMENT, INC., ISSUE DIVIDENDS | 01:45:23 |
| 14 | TO MR. LARIAN AND MR. MAKABI -- | 01:45:43 |
| 15 | MR. JENAL:  OBJECTION. | 01:45:45 |
| 16 | BY MR. COREY: | 01:45:45 |
| 17 | Q   -- SINCE YOU'VE BEEN WITH THE FIRM? | 01:45:46 |
| 18 | MR. JENAL:  OUTSIDE THE SCOPE.  LACKS | 01:45:48 |
| 19 | FOUNDATION.  CALLS FOR SPECULATION. | 01:45:48 |
| 20 | THE WITNESS:  YES. | 01:45:52 |
| 21 | BY MR. COREY: | 01:45:53 |
| 22 | Q   AND WHO'S MADE THE DECISION WITH RESPECT TO | 01:45:53 |
| 23 | THOSE DIVIDENDS? | 01:45:56 |
| 24 | MR. JENAL:  SAME OBJECTIONS. | 01:45:57 |
| 25 | THE WITNESS:  I DO NOT KNOW. | 01:45:58 |

99

| | | |
|---|---|---|
| 1 | BY MR. COREY: | 01:46:00 |
| 2 | Q    WHO WOULD YOU ASK TO FIND OUT THE ANSWER TO | 01:46:00 |
| 3 | THAT QUESTION? | 01:46:02 |
| 4 | MR. JENAL:   SAME OBJECTIONS. | 01:46:03 |
| 5 | THE WITNESS:   I WOULD PROBABLY ASK | 01:46:04 |
| 6 | ISAAC LARIAN OR REVIEW BOARD RESOLUTIONS. | 01:46:11 |
| 7 | (DEFENDANT'S EXHIBIT 516 WAS MARKED FOR | 01:46:50 |
| 8 | IDENTIFICATION.) | 01:46:50 |
| 9 | BY MR. COREY: | 01:46:52 |
| 10 | Q    LET ME GIVE YOU WHAT'S BEEN MARKED AS | 01:46:52 |
| 11 | EXHIBIT 516. | 01:46:55 |
| 12 | HAVE YOU SEEN EXHIBIT 516 BEFORE? | 01:47:09 |
| 13 | A    I DON'T KNOW IF I'VE SEEN THIS EXACT SAME | 01:47:12 |
| 14 | ONE. | 01:47:31 |
| 15 | Q    HAVE YOU SEEN SIMILAR FILINGS WITH THE | 01:47:31 |
| 16 | SECRETARY OF STATE? | 01:47:36 |
| 17 | A    YES. | 01:47:37 |
| 18 | Q    AND WHEN HAVE YOU SEEN THEM? | 01:47:37 |
| 19 | A    I CAN'T PINPOINT THE EXACT DATE. | 01:47:40 |
| 20 | Q    WITHIN THE PAST TWO MONTHS? | 01:47:46 |
| 21 | A    NO. | 01:47:48 |
| 22 | Q    NOW, IF YOU LOOK IN THE CENTER OF THE PAGE, | 01:47:49 |
| 23 | IT'S IDENTIFIED THE DIRECTORS AS ISAAC LARIAN, | 01:48:00 |
| 24 | MR. MAKABI, AND LEON FARAHNIK.  AND THAT'S NO LONGER | 01:48:04 |
| 25 | ACCURATE. | 01:48:12 |

100

| | | |
|---|---|---|
| 1 | DO YOU SEE WHERE I'M LOOKING? | 01:48:14 |
| 2 | A    YES. | 01:48:15 |
| 3 | Q    IT'S NOT VERY LEGIBLE, BUT THIS IS THE BEST | 01:48:16 |
| 4 | COPY THAT I HAVE. | 01:48:19 |
| 5 | A    YES. | 01:48:19 |
| 6 | Q    AND YOU TESTIFIED THAT MRS. LARIAN HAS | 01:48:20 |
| 7 | REPLACED MR. FARAHNIK ON THE BOARD? | 01:48:23 |
| 8 | A    YES. | 01:48:25 |
| 9 | Q    AND IMMEDIATELY ABOVE THAT, YOU'LL SEE THAT | 01:48:25 |
| 10 | THERE'S A CHIEF -- THERE'S A LISTING OF THE OFFICERS, | 01:48:28 |
| 11 | CHIEF EXECUTIVE OFFICER, SECRETARY AND CHIEF FINANCIAL | 01:48:30 |
| 12 | OFFICER, AND MR. LARIAN IS IDENTIFIED AS A CHIEF | 01:48:34 |
| 13 | FINANCIAL OFFICER. | 01:48:37 |
| 14 | DOES THAT CONTINUE TO BE THE CASE? | 01:48:38 |
| 15 | A    I DO NOT KNOW IF THAT'S ACCURATE. | 01:48:41 |
| 16 | Q    YOU DON'T KNOW IF IT'S ACCURATE AS OF TODAY? | 01:48:43 |
| 17 | A    EVEN THEN OR WHENEVER THIS WAS FILED. | 01:48:47 |
| 18 | Q    WELL, IT WAS FILED JUNE 15, 2005. | 01:48:50 |
| 19 | A    OKAY. | 01:48:55 |
| 20 | Q    WAS MR. LARIAN THE CHIEF FINANCIAL OFFICER | 01:48:56 |
| 21 | WHEN YOU JOINED THE COMPANY? | 01:48:59 |
| 22 | A    NOT THAT I'M AWARE OF, NO. | 01:49:00 |
| 23 | Q    WHO WAS THE CHIEF FINANCIAL OFFICER WHEN | 01:49:02 |
| 24 | YOU -- WHEN YOU JOINED? | 01:49:05 |
| 25 | MR. JENAL: OBJECTION.  SCOPE. | 01:49:06 |

101

| | | |
|---|---|---|
| 1 | THE WITNESS:  I DO NOT THINK -- I DON'T THINK | 01:49:08 |
| 2 | WE EVER HAD ANYONE IN THAT POSITION. | 01:49:11 |
| 3 | BY MR. COREY: | 01:49:14 |
| 4 | Q    WAS -- WAS MR. WING THE -- NOT MR. WING. | 01:49:14 |
| 5 | VILLETTE.  WAS HE THE SENIOR FINANCIAL PERSON OF THE | 01:49:22 |
| 6 | COMPANY WHEN YOU JOINED? | 01:49:26 |
| 7 | A    NO.  HE'S AN EXECUTIVE V.P. OF OPERATIONS AND | 01:49:27 |
| 8 | FINANCE. | 01:49:32 |
| 9 | Q    WHEN YOU JOINED THE COMPANY, WHO WAS THE | 01:49:32 |
| 10 | SENIOR FINANCIAL OFFICER? | 01:49:34 |
| 11 | A    THERE WAS NO ONE SERVING THAT POSITION. | 01:49:35 |
| 12 | Q    THERE AS -- THERE WAS NO -- IS THERE SOMEONE | 01:49:38 |
| 13 | SERVING THAT POSITION NOW? | 01:49:41 |
| 14 | A    NO. | 01:49:42 |
| 15 | (DEFENDANT'S EXHIBIT 517 WAS MARKED FOR | 01:49:42 |
| 16 | IDENTIFICATION.) | 01:49:42 |
| 17 | BY MR. COREY: | 01:49:42 |
| 18 | Q    ALL RIGHT.  WE CAN SET THAT ASIDE. | 01:49:42 |
| 19 | I'M GOING TO SHOW YOU WHAT'S BEEN MARKED AS | 01:50:37 |
| 20 | EXHIBIT 517.  AND THIS IS ACTUALLY TWO DOCUMENTS -- | 01:50:42 |
| 21 | WELL, IT'S ACTUALLY THREE DOCUMENTS. | 01:50:45 |
| 22 | IT'S A -- IT'S A DOCUMENT IN SPANISH, AND | 01:50:48 |
| 23 | IT'S A TRANSLATION, AND THEN THE LAST PAGE IS A | 01:51:06 |
| 24 | CERTIFICATE OF TRANSLATION. | 01:51:07 |
| 25 | I DON'T KNOW IF YOU SPEAK SPANISH OR NOT, BUT | 01:51:18 |

102

| | | |
|---|---|---|
| 1 | MR. COREY:  I'M NOT SURE WHAT YOU'RE ASKING. | 01:57:05 |
| 2 | WHY -- WHAT WAS IT TRANSLATED? | 01:57:07 |
| 3 | MR. JENAL:  NO.  WHERE.  I SAW THE | 01:57:08 |
| 4 | CERTIFICATE AT THE END.  I'M JUST TRYING TO UNDERSTAND. | 01:57:09 |
| 5 | THIS IS A TRANSLATION THAT WAS COMMISSIONED BY MATTEL | 01:57:11 |
| 6 | FOR THE PURPOSE OF THE LITIGATION, IS THAT WHAT THIS | 01:57:14 |
| 7 | SUGGESTS? | 01:57:16 |
| 8 | MR. COREY:  YES. | 01:57:17 |
| 9 | MR. JENAL:  I SEE.  SO I'D OBJECT TO THE USE | 01:57:17 |
| 10 | OF THE DOCUMENT ON AUTHENTICITY GROUNDS. | 01:57:19 |
| 11 | BY MR. COREY: | 01:57:28 |
| 12 | Q    AND THEN YOU SEE A LITTLE BIT FURTHER DOWN | 01:57:28 |
| 13 | THE PAGE, THERE'S A REFERENCE THERE TO MR. LARIAN AND | 01:57:30 |
| 14 | MR. MAKABI BEING MANAGERS ON THE BOARD OF MANAGERS. | 01:57:34 |
| 15 | WHO'S -- WHO'S PARK THOMAS?  DO YOU SEE | 01:57:39 |
| 16 | BETWEEN TWO -- BETWEEN A THIRD AND HALF OF THE WAY DOWN | 01:57:50 |
| 17 | THE PAGE, THE IDENTIFICATION OF LEGAL AGENTS, AND | 01:57:51 |
| 18 | PARK THOMAS IS IDENTIFIED AS A LEGAL AGENT? | 01:57:54 |
| 19 | A    I DO NOT KNOW WHAT ROLE HE WAS -- WHAT -- WHO | 01:57:57 |
| 20 | HE IS.  IT IS BEFORE MY TIME AT MGA. | 01:58:03 |
| 21 | Q    THE NAME'S NOT FAMILIAR TO YOU? | 01:58:07 |
| 22 | A    I'VE HEARD OF THE NAME, BUT I DON'T REMEMBER | 01:58:09 |
| 23 | WHAT TITLE HE HELD AT MGA. | 01:58:11 |
| 24 | Q    YOU CAN SET THAT ASIDE. | 01:58:13 |
| 25 | A    (WITNESS COMPLIES.) | 01:59:26 |

106

| | | |
|---|---|---|
| 1 | Q    DOES MGA ENTERTAINMENT KEEP DOCUMENTS LIKE | 01:59:26 |
| 2 | EXHIBIT 517 AS THEY'RE UPDATED, THE DIFFERENT COPIES | 01:59:31 |
| 3 | AND VERSIONS OF THEM, IN ITS OFFICES IN VAN NUYS? | 01:59:37 |
| 4 | MR. JENAL:  OBJECTION.  SCOPE.  LACKS | 01:59:43 |
| 5 | FOUNDATION.  CALLS FOR SPECULATION. | 01:59:45 |
| 6 | THE WITNESS:  I'M NOT AWARE OF ANY DOCUMENTS | 01:59:47 |
| 7 | LIKE THAT. | 01:59:49 |
| 8 | BY MR. COREY: | 01:59:49 |
| 9 | Q    WHAT ABOUT DOCUMENTS LIKE EXHIBIT 516? | 01:59:49 |
| 10 | MR. JENAL:  SAME OBJECTIONS. | 01:59:55 |
| 11 | THE WITNESS:  I'M NOT AWARE OF IT BEING -- | 01:59:57 |
| 12 | ORIGINALS BEING KEPT. | 01:59:59 |
| 13 | BY MR. COREY: | 02:00:01 |
| 14 | Q    WELL, THE ORIGINAL IS FILED, BUT WHAT ABOUT | 02:00:01 |
| 15 | COPIES? | 02:00:05 |
| 16 | MR. JENAL:  SAME OBJECTIONS. | 02:00:12 |
| 17 | THE WITNESS:  I DON'T RECALL WHETHER OR NOT | 02:00:12 |
| 18 | COPIES ARE KEPT BY -- | 02:00:12 |
| 19 | BY MR. COREY: | 02:00:13 |
| 20 | Q    DO YOU KNOW -- DO YOU KNOW WHAT -- I'M SORRY. | 02:00:13 |
| 21 | GO AHEAD. | 02:00:16 |
| 22 | A    NO.  I'M JUST GOING TO SAY, I DON'T KNOW | 02:00:17 |
| 23 | WHO -- WHO WOULD KEEP THOSE COPIES.  I DON'T RECALL WHO | 02:00:18 |
| 24 | WOULD KEEP THEM. | 02:00:21 |
| 25 | Q    DO YOU USE -- DO YOU USE DOCUMENTS LIKE 516 | 02:00:21 |

| | | |
|---|---|---|
| 1 | AND 517 FOR YOUR PURPOSES OF KEEPING TRACK OF THE | 02:00:25 |
| 2 | ORGANIZATION CHART AND THE RELATIVE OWNERSHIP OF THE | 02:00:30 |
| 3 | RESPECTIVE COMPANIES? | 02:00:32 |
| 4 | A    NO. | 02:00:33 |
| 5 | Q    WHAT REFERENCE MATERIALS DO YOU USE TO DO | 02:00:34 |
| 6 | THAT? | 02:00:37 |
| 7 | A    REFERENCE MATERIALS IS BASED UPON EXISTING | 02:00:37 |
| 8 | ORGANIZATION CHARTS AND ANY ADDITIONS TO THAT | 02:00:43 |
| 9 | ORGANIZATION CHART. | 02:00:47 |
| 10 | Q    SO YOU DON'T GO BACK AND LOOK AT KIND OF THE | 02:00:47 |
| 11 | BASIC CORPORATE DOCUMENTS OF THE STOCK CERTIFICATES OF | 02:00:52 |
| 12 | THE VARIOUS COMPANIES? | 02:00:57 |
| 13 | A    NOT FOR COMPANIES THAT WERE CREATED BEFORE MY | 02:00:58 |
| 14 | TIME. | 02:01:03 |
| 15 | Q    DO YOU KNOW IF PRIOR VERSIONS OF EITHER 516 | 02:01:11 |
| 16 | OR 517 EXIST? | 02:01:15 |
| 17 | MR. JENAL:  OBJECTION.  LACKS FOUNDATION. | 02:01:18 |
| 18 | CALLS FOR SPECULATION.  SCOPE. | 02:01:19 |
| 19 | THE WITNESS:  NO, I DO NOT. | 02:01:22 |
| 20 | (DEFENDANT'S EXHIBIT 518 WAS MARKED FOR | 02:01:24 |
| 21 | IDENTIFICATION.) | 02:01:24 |
| 22 | BY MR. COREY: | 02:01:36 |
| 23 | Q    HAVE YOU SEEN WHAT'S BEEN MARKED AS | 02:01:36 |
| 24 | EXHIBIT 518? | 02:01:38 |
| 25 | A    YES. | 02:01:43 |

108

| | | |
|---|---|---|
| 1 | Q    AND WHEN HAVE YOU SEEN IT? | 02:01:43 |
| 2 | A    I'VE SEEN THIS SOMETIME BEFORE IT WAS FILED. | 02:01:48 |
| 3 | Q    BEFORE IT WAS FILED IN -- WITH THE GOVERNMENT | 02:01:56 |
| 4 | IN HONG KONG? | 02:02:02 |
| 5 | A    THAT'S CORRECT. | 02:02:03 |
| 6 | Q    WERE YOU INVOLVED IN THE PREPARATION OF THIS | 02:02:04 |
| 7 | DOCUMENT? | 02:02:06 |
| 8 | A    NO. | 02:02:06 |
| 9 | Q    WHY DID YOU SEE IT BEFORE IT WAS FILED? | 02:02:07 |
| 10 | A    I USUALLY REVIEW ALL DOCUMENTS RELATED TO TAX | 02:02:09 |
| 11 | MATTERS. | 02:02:14 |
| 12 | Q    WHAT IS -- WHAT IS EXHIBIT 518? | 02:02:15 |
| 13 | A    IT'S JUST THE NORMAL CORPORATE ANNUAL RETURN | 02:02:18 |
| 14 | FOR THE HONG KONG COMPANY. | 02:02:24 |
| 15 | Q    AND DOES THE HONG KONG COMPANY HAVE THIS FOR | 02:02:26 |
| 16 | EVERY YEAR THAT IT'S EXISTED? | 02:02:29 |
| 17 | MR. JENAL:  OBJECTION.  LACKS FOUNDATION. | 02:02:32 |
| 18 | CALLS FOR SPECULATION.  SCOPE. | 02:02:33 |
| 19 | THE WITNESS:  I BELIEVE SO. | 02:02:37 |
| 20 | BY MR. COREY: | 02:02:38 |
| 21 | Q    AND IS A COPY OF THIS -- DOES A COPY OF THE | 02:02:38 |
| 22 | ANNUAL RETURN FOR THE MGA ENTERTAINMENT HONG KONG, | 02:02:43 |
| 23 | LIMITED, EXIST AT MATTEL -- EXCUSE ME, AT MGA | 02:02:46 |
| 24 | ENTERTAINMENT, INC.'S OFFICES IN VAN NUYS? | 02:02:51 |
| 25 | MR. JENAL:  OBJECTION.  SCOPE.  LACKS | 02:02:55 |

109

| | | |
|---|---|---|
| 1 | FOUNDATION.  CALLS FOR SPECULATION. | 02:02:57 |
| 2 | THE WITNESS:  I DO NOT RECALL IF THIS COPY IS | 02:02:58 |
| 3 | RETAINED AT VAN NUYS. | 02:03:00 |
| 4 | BY MR. COREY: | 02:03:02 |
| 5 | Q    I'D LIKE YOU TO LOOK AT THE SECOND PAGE, | 02:03:02 |
| 6 | WHICH IS PAGE 60. | 02:03:25 |
| 7 | WHAT'S THE REFERENCE TO "SHARE CAPITAL" ON | 02:03:31 |
| 8 | NUMBER 9? | 02:03:34 |
| 9 | MR. JENAL:  OBJECTION.  SCOPE.  LACKS | 02:03:35 |
| 10 | FOUNDATION.  CALLS FOR SPECULATION. | 02:03:37 |
| 11 | THE WITNESS:  IT'S THE INVESTMENT, HOW MANY | 02:03:39 |
| 12 | SHARES ARE ISSUED AND OUTSTANDING OF THE COMPANY. | 02:03:51 |
| 13 | BY MR. COREY: | 02:03:55 |
| 14 | Q    YOUR UNDERSTANDING IS THAT IT'S THE NUMBER OF | 02:03:55 |
| 15 | SHARES, NOT A DOLLAR REFERENCE? | 02:03:58 |
| 16 | A    THERE IS A DOLLAR REFERENCE TO THERE -- ON | 02:04:02 |
| 17 | THERE AS WELL. | 02:04:05 |
| 18 | Q    IT'S -- IT'S ESSENTIALLY THE EQUIVALENT OF | 02:04:06 |
| 19 | PAR VALUE? | 02:04:11 |
| 20 | A    YES. | 02:04:12 |
| 21 | Q    AND AS YOU TURN THE PAGE, YOU'VE GOT MGA | 02:04:12 |
| 22 | INTERNATIONAL -- EXCUSE ME, MGA ENTERTAINMENT | 02:04:15 |
| 23 | INTERNATIONAL HOLDING COOPERATIEF U.A. HOLDING 7,000 -- | 02:04:19 |
| 24 | 7,800,000 SHARES? | 02:04:25 |
| 25 | A    YES. | 02:04:28 |

110

| | | |
|---|---|---|
| 1 | Q    THOSE ARE THE TOTAL SHARES OUTSTANDING FOR | 02:04:29 |
| 2 | MGA HONG KONG -- MGA H.K., LIMITED? | 02:04:33 |
| 3 | A    THOSE ARE TOTAL NUMBER OF SHARES ISSUED. | 02:04:37 |
| 4 | Q    RIGHT.  AND THE DIRECTORS ARE -- IF YOU TURN | 02:04:42 |
| 5 | TO PAGE 63 AND 64 -- MR. LARIAN AND MR. MAKABI, AS OF | 02:04:56 |
| 6 | AUGUST 22ND, 2006? | 02:05:15 |
| 7 | MR. JENAL:  OBJECTION.  SCOPE.  LACKS | 02:05:17 |
| 8 | FOUNDATION.  CALLS FOR SPECULATION.  THE DOCUMENT | 02:05:20 |
| 9 | SPEAKS FOR ITSELF. | 02:05:23 |
| 10 | BY MR. COREY: | 02:05:37 |
| 11 | Q    DID YOU ANSWER THE QUESTION? | 02:05:37 |
| 12 | A    OH, NO, I DIDN'T.  THAT'S WHAT THE DOCUMENT | 02:05:39 |
| 13 | STATES.  THAT'S THE DATE OF THE SIGNATURE. | 02:05:41 |
| 14 | Q    AND IS THIS -- IS THIS EFFECTIVE FOR FISCAL | 02:05:44 |
| 15 | YEAR 2005, DO YOU KNOW? | 02:05:46 |
| 16 | MR. JENAL:  OBJECTION.  LACKS FOUNDATION. | 02:05:48 |
| 17 | CALLS FOR SPECULATION.  SCOPE. | 02:05:50 |
| 18 | THE WITNESS:  THAT I DO NOT KNOW. | 02:05:53 |
| 19 | BY MR. COREY: | 02:05:55 |
| 20 | Q    IT HAS A DATE OF AUGUST 2006 ON IT.  I | 02:05:55 |
| 21 | JUST -- I'M NOT SUFFICIENTLY FAMILIAR WITH THIS KIND OF | 02:05:59 |
| 22 | DOCUMENT TO KNOW WHAT YEAR THAT WAS ASSOCIATED WITH OR | 02:06:04 |
| 23 | WHEN IT'S REQUIRED TO BE FILED. | 02:06:10 |
| 24 | DO YOU KNOW? | 02:06:13 |
| 25 | MR. JENAL:  ASKED AND ANSWERED.  SAME | 02:06:14 |

| | | |
|---|---|---|
| 1 | OBJECTIONS. | 02:06:15 |
| 2 | THE WITNESS:  I DO HOT -- I DO NOT KNOW WHAT | 02:06:17 |
| 3 | YEAR IT REFLECTS. | 02:06:18 |
| 4 | BY MR. COREY: | 02:06:19 |
| 5 | Q    NOW, DO YOU -- DO YOU -- IS IT YOUR PRACTICE | 02:06:19 |
| 6 | TO -- EXCUSE ME -- TO REVIEW THESE TYPE OF FILINGS FOR | 02:06:21 |
| 7 | ALL OF THE FOREIGN SUBSIDIARIES? | 02:06:29 |
| 8 | A    NO. | 02:06:30 |
| 9 | Q    FOR WHICH FOREIGN SUBSIDIARIES DO YOU REVIEW | 02:06:31 |
| 10 | THESE TYPES OF FILINGS? | 02:06:35 |
| 11 | MR. JENAL:  OBJECTION.  SCOPE. | 02:06:36 |
| 12 | THE WITNESS:  IT DEPENDS ON WHETHER OR NOT | 02:06:37 |
| 13 | THE LOCAL PERSON WOULD LIKE MY HELP IN REVIEWING IT. | 02:06:40 |
| 14 | BUT FOR HONG KONG, USUALLY I REVIEW IT JUST TO MAKE | 02:06:43 |
| 15 | COMMENTS AND TO MAKE SURE THE NAMES ARE CORRECT AND SO | 02:06:47 |
| 16 | FORTH. | 02:06:52 |
| 17 | BY MR. COREY: | 02:06:53 |
| 18 | Q    WHAT OTHER -- FOR WHAT OTHER FOREIGN | 02:06:53 |
| 19 | SUBSIDIARIES DO YOU USUALLY REVIEW ANNUAL RETURNS? | 02:07:00 |
| 20 | MR. JENAL:  OBJECTION.  MISSTATES THE | 02:07:00 |
| 21 | TESTIMONY.  SCOPE. | 02:07:02 |
| 22 | THE WITNESS:  SPAIN, MGA ENTERTAINMENT SPAIN. | 02:07:03 |
| 23 | THAT'S THE ONLY OTHER ONE I CAN RECALL AT THIS POINT | 02:07:13 |
| 24 | THAT HAS AN ANNUAL FILING REQUIREMENT. | 02:07:17 |
| 25 | /// | |

```
1   STATE OF CALIFORNIA      )
                             ) SS.
2   COUNTY OF LOS ANGELES    )

3

4

5        I, LISA TONNU, HEREBY CERTIFY UNDER PENALTY OF PERJURY

6   UNDER THE LAWS OF THE STATE OF CALIFORNIA THAT THE

7   FOREGOING IS TRUE AND CORRECT.

8        EXECUTED THIS _____ DAY OF

9   _____, 2007, AT

10  _____, CALIFORNIA.

11

12

13

14

15

16                            _____

17                                  LISA TONNU

18

19

20

21

22

23

24

25
```

237



**EXHIBIT 29**

| From: | Wolf, Richard (US - Los Angeles) |
|---|---|
| To: | 'ilarian@mgae.com' |
| CC: | 'dmedici@mgae.com'; 'nbadcoube@deloitte.com' |
| BCC: | |
| Sent Date: | 2001-06-27 21:28:20:000 |
| Received Date: | 2001-06-27 21:28:53:236 |
| Subject: | FW: Open Items for International Project Implementation |
| Attachments: | |

-----Original Message-----
**From:** Badcoubae, Nazanin (US - Los Angeles)
**Sent:** Wednesday, June 27, 2001 10:26 AM
**To:** Wolf, Richard (US - Los Angeles)
**Subject:** FW: Open Items for International Project Implementation
**Importance:** High

-----Original Message-----
**From:** Isaac Larian [mailto:ilarian@mgae.com]
**Sent:** Tuesday, June 26, 2001 8:17 PM
**To:** 'Badcoubae, Nazanin (US - Los Angeles)'
**Cc:** O'Toole, David (US - Los Angeles); Trachtman, Alex (US - Los Angeles); Dennis Medici; Deloitte & Touches - Ben Fried; Deloitte & Touches - Ben Fried
**Subject:** RE: Open Items for International Project Implementation

$50,000 "deposit" for filing tax returns?! What is our deal with Deliot on tax returns?

Ben: It looks we need to look for a new CPA firm AGAIN for the 2nd time out of Delloit.

If we leave this time, we are not coming back again, ever.

I don' like to have gun pointed to my head and this is what Rick is doing. We dispute your invoices and costs billed and must meet to settle them.

Nanaz: I don't have Rick's e mail. Please forward this to him. I also, herby formally demand that Delloit return ALL my personal and company TAX files to arrive at my office by June 29th. We keep Delloit __fully responsible and accountable__ for ALL interest and loss profits on getting the tax refunds due if we don't get these back by 6-29-2001. Time is of the essence.

Isaac

CONFIDENTIAL - ATTORNEYS' EYES ONLY

MGA 3848822

REDACTED

-----Original Message-----
**From:** Badcoubae, Nazanin (US - Los Angeles) [mailto:nbadcoubae@deloitte.com]
**Sent:** Tuesday, June 26, 2001 9:42 AM
**To:** 'Ilarian@mgae.com'
**Cc:** O'Toole, David (US - Los Angeles); Trachtman, Alex (US - Los Angeles); 'Dmedici@mgae.com'
**Subject:** Open Items for International Project Implementation
**Importance:** High

-----Original Message-----
**From:** Wolf, Richard (US - Los Angeles)
**Sent:** Monday, June 25, 2001 7:55 PM
**To:** Badcoubae, Nazanin (US - Los Angeles)
**Subject:** FW:

-----Original Message-----
**From:** Trachtman, Alex (US - Los Angeles)
**Sent:** Monday, June 25, 2001 11:52 AM
**To:** Wolf, Richard (US - Los Angeles)
**Cc:** O'Toole, David (US - Los Angeles); Badcoubae, Nazanin (US - Los Angeles)
**Subject:**
**Importance:** High

Rick:

CONFIDENTIAL - ATTORNEYS' EYES ONLY

MGA 3848823

REDACTED

purpose, and is protected by law. - If you are not the intended recipient, you should delete this message and are hereby notified that any disclosure, copying, or distribution of this message, or the taking of any action based on it, is strictly prohibited.

CONFIDENTIAL - ATTORNEYS' EYES ONLY

MGA 3848825

- This message (including any attachments) contains confidential information intended for a specific individual and purpose, and is protected by law.  - If you are not the intended recipient, you should delete this message and are hereby notified that any disclosure, copying, or distribution of this message, or the taking of any action based on it, is strictly prohibited.

- This message (including any attachments) contains confidential information intended for a specific individual and

CONFIDENTIAL - ATTORNEYS' EYES ONLY

MGA 3848824

REDACTED



德勤・關黃陳方會計師行

**Certified Public Accountants**
26/F, Wing On Centre
111 Connaught Road Central
Hong Kong

Tel: (852) 2852 1600
mail@deloitte.com.hk
www.deloitte.com.hk

香港中環干諾道中111號
永安中心26樓

電話:(852) 2852 1600
mail@deloitte.com.hk
www.deloitte.com.hk

**Deloitte**
**Touche**
**Tohmatsu**

# Fax

| To:<br>Mr. Stephen S.C. Lee | Office/Company:<br>MGA Entertainment (HK) Ltd. |
|---|---|
| Fax No:<br>2312 0101 | Date:<br>6 December 2000 |
| From:<br>Wincy Wong | Service Division:<br>Corporate & Asset Protection Tax Services Group |
| Fax No:<br>2543 4647 | Tel No:<br>2852 5832 |
| No of Pages (including cover sheet):<br>6 | To confirm receipt, or if you do not receive all pages, please call: |

Comments:

Dear Stephen:

**Confidentiality Notice:** This page and any accompanying documents contain confidential information intended for a specific individual and purpose. This telecopied information is private and protected by law. If you are not the intended recipient, you are hereby notified that any disclosure, copying or distribution, or the taking of any action based on the contents of this information, is strictly prohibited.

CONFIDENTIAL - ATTORNEYS' EYES ONLY          REDACTED          MGA 3848828

6 December 2000
Mr. Stephen S.C. Lee
Page 2

CONFIDENTIAL - ATTORNEYS' EYES ONLY          REDACTED     MGA 3848829

6 December 2000
Mr. Stephen S.C. Lee
Page 3

Should you have any questions regarding the above, please do not hesitate to contact us.

Best regards,

(sgd) Wincy Wong

Wincy Wong
Tax Manager

WW/gy

Attachment

c.c.   David O'Toole, Los Angeles Office (By Fax: (213) 694-5840)
       Alex Trachtman, Los Angeles Office (By Fax: (213) 694-5342)
       Dennis Medici, ABC International Traders, Inc. (By Fax: (818) 830-7176)

CONFIDENTIAL – ATTORNEYS' EYES ONLY          REDACTED     MGA 3848830

INFORMATION REQUIRED FOR THE INCORPORATION OF AN ORDINARY OFFSHORE COMPANY REGISTERED IN MAURTIUS

1. Proposed name: **[Please provide]**

2. Shareholder's details: **[Please provide]**

3. Main objects: Investment Holding

4. Proposed authorized share capital: **[Please provide]**

5. Proposed issued share capital: **[Please provide]**

6. Proposed year end date and currency of books of account: **[Please provide]**

7. Preparation of accounts and audit requirements on an annual basis: **[Yes/No]**

8. <u>Name of director(s)</u>                <u>Nationality</u>      <u>Identification</u>

   **[Please provide details and note that two resident directors in Mauritius would be provided by our Mauritius office]**

9. Name of secretary: **One resident secretary [Provide by our Mauritius office]**

10. Bankers: **[Please provided]**

11. Contact person: Please forward all correspondence to DTT's HK office in the meantime.

12. Background information: Same as the main objects.

13. The letter of comfort: **[Please provided letter of comfort issued by bankers or lawyers]**

14. The Registers of shareholders/directors: will be registered in the Mauritius Registrar.

CONFIDENTIAL - ATTORNEYS' EYES ONLY

INFORMATION REQUIRED FOR THE INCORPORATION OF AN ORDINARY INTERNATIONAL COMPANY REGISTERED IN MAURITIUS

1. Proposed name: [Please provide]

2. Shareholder's details: [Please provide]

3. Main objects: Trading of toys product

4. Proposed authorized share capital: [Please provide]

5. Proposed issued share capital: [Please provide]

6. Proposed year end date and currency of books of account: [Please provide]

7. Preparation of accounts and audit requirements on an annual basis: [Yes/No]

8. Name of director(s)         Nationality      Identification

   [Please provide and note that appointment of resident directors is optional]

9. Name of secretary: [Please provide and note that appointment of resident secretarial is optional]

10. Bankers: [Please provided]

11. Contact person: Please forward all correspondence to DTT's HK office in the meantime.

12. Background information: Same as the main objects.

13. The letter of comfort: [Please provide letter of comfort issued by bankers or lawyers]

14. The Registers of shareholders/directors: will be registered in the Mauritius Registrar.

CONFIDENTIAL - ATTORNEYS' EYES ONLY

MGA 3848832

## SPECIMEN LETTER OF COMFORT

Dear Sirs

**Reference for [in the name of holding company]**

I/We,                              hereby confirm that (Mr/Mrs) who has been referred to you as a possible client is a person known to me/us for (    ) years in my/our capacity as ( ) and to the best of my/our knowledge and belief is of probity in business matters, and for whom you may therefore act with confidence and trust.

I/We also confirm that to the best of my/our knowledge and belief the above named person has never been declared bankrupt or been a Director or otherwise concerned in the management of a Company which has been subject to an insolvent liquidation or been the subject of a Judicial enquiry.

Signed for and on behalf of:                    Date:

Name:

(Authorised signatory)

In the presence of

Witness:

Occupation:

Address:

CONFIDENTIAL – ATTORNEYS' EYES ONLY                    MGA 3848833

| From: | Stephen Lee |
|---|---|
| To: | Isaac Larian; Dennis Medici |
| CC: | |
| BCC: | |
| Sent Date: | 2000-12-07 07:29:56:609 |
| Received Date: | 2000-12-07 07:30:08:144 |
| Subject: | CONFIDENTIAL - Set up of Mauritius companies |
| Attachments: | mga.doc |

Received the following from Deloitte HK with respect to the setting up of the Mauritius company. I have some questions regarding section 1(a), 1(b) and 1(e) of the attached message. Point 1 of the following e-mail from Wincy addressed that.

Please take your time and study the attachment very carefully, and advise your input for filling in the blanks. Please pay special attention to :
Point I d,
Point I e - i through vii. Here involved a lot more staffs than day 1 which was supposed to be one only. Also I don't know if we are using a Mauritian Offshore Bank.

My suggestion is we should try to keep "MGA" as part of the name for the Mauritius company to avoid confusion to our local vendors.

I must advise you that even though we are proceeding on this, I have not discussed the issue with our manufacturers to find out if they will accept orders placed from Mauritius. It is obvious that such arrangement makes a lot of difference to them since some vendors (like Kin Yat) are already concerned about the lack of assets with MGA HK. The situation will be even worse for the Mauritius company on which they know nothing. I do not know how many factories will dispute and what kind of disputes they will bring up. I cannot even discuss with makers since we have no concrete idea of how the whole structure will be.

I must remind you that we do have a hard time for the makers to accept/sign off the Manufacturer Agreements - the New One representing Mauritius could be even worse.

Best regards,
Stephen S.C. Lee
www.mgae.com

SL/ec

—-Original Message----
From: winwong@deloitte.com.hk [mailto:winwong@deloitte.com.hk]
Sent: Wednesday, December 06, 2000 5:39 PM
To: sclee@mgae.com
Cc: sarmcgrath@deloitte.com.hk; david_o'toole@deloitte.com.hk;
alex_trachtman@deloitte.com.hk
Subject: Set up of Mauritius companies

CONFIDENTIAL - ATTORNEYS' EYES ONLY

MGA 3848826

Dear Stephen,

Should you have any further questions, please do not hesitate to contact me.
Best regards,

Wincy Wong

CONFIDENTIAL – ATTORNEYS' EYES ONLY

MGA 3848827

REDACTED

MGA Restructuring

Confidential - For Attorney's Eyes Only

REDACTED

MGA 1480182

Jε

2

Confidential - For Attorney's Eyes Only

MGA 1480183

REDACTED

[no further text on this page]

LAI 453410v10

Confidential - For Attorney's Eyes Only

MGA 1480184

REDACTED

Signature Page                                    MGA Restructuring

LA1 453410v10

Confidential - For Attorney's Eyes Only

REDACTED                          MGA 1480185

| From: | Michael Bernstein |
| To: | Patrick Ma |
| CC: | Stanley Li; Stephen Lee; Joan Tansavatdi; Lois Ungar; Jim Olmstead; Christine Tsui |
| BCC: | |
| Sent Date: | 2002-10-21 23:10:59:031 |
| Received Date: | 2002-10-21 23:15:07:250 |
| Subject: | RE: Mauritius new set up |
| Attachments: | |

Patrick,

We WILL implement the new structure immediately. The old products will be handled as we have in the past. The following discussion will refer to the NEW products that include LIL' BRATZ and OTHER ITEMS. Please see a complete list of these products under a separate email.

Please see my comments below.

I have reviewed the attached procedures for non-GP operations and it looks O.K. with the exception of # 8. Please explain.

Regards,
Michael


-----Original Message-----
**From:** Patrick Ma
**Sent:** Monday, October 21, 2002 1:26 AM
**To:** Michael Bernstein
**Cc:** Stanley Li; Stephen Lee; Joan Tansavatdi; Lois Ungar; Jim Olmstead; Christine Tsui
**Subject:** RE: Mauritius new set up

Michael

Confidential - For Attorney's Eyes Only

MGA 2089384

<< File: Mauritius.xls >>

Confidential - For Attorney's Eyes Only

REDACTED

MGA 2089385

*1.*

S

Confidential - For Attorney's Eyes Only

REDACTED

MGA 2089387

Regards

Patrick

-----Original Message-----
**From:** Michael Bernstein
**Sent:** Tuesday, October 08, 2002 5:23 AM
**To:** Patrick Ma
**Subject:** FW: Mauritius new set up
**Importance:** High

Patrick,

It was good working with you last week. I hope you had a good
trip back.

Your description below is accurate. I have had discussions with IS
regarding the duplication of some processes. I will have
discussions this week with the outside GP VARs Joe Lyons and
Christine in trying to simplify the system. I will keep you
informed on further developments..

Regards,
Michael


**From:** Patrick Ma
**Sent:** Sunday, October 06, 2002 9:11 PM
**To:** Lawrie Chan; Christine Tsui; Anthony Lo; Frankie Chong; Eric
Yip
**Cc:** Jim Olmstead; Stanley Li; Stephen Lee; Michael Bernstein;
Franki Tsang; Joe Tiongco
**Subject:** Mauritius new set up

Dear All

Confidential - For Attorney's Eyes Only

MGA 2089386

Regards

Patrick

P.S. Michael-

Confidential - For Attorney's Eyes Only

REDACTED

MGA 2089388

**Project Status Update**
November 14, 2002 US
November 15, 2002 Hong Kong

CONFIDENTIAL - ATTORNEYS' EYES ONLY

REDACTED

MGA 4374522

CONFIDENTIAL - ATTORNEYS' EYES ONLY

MGA 4374523

REDACTED

CONFIDENTIAL - ATTORNEYS' EYES ONLY

REDACTED

MGA 4374524

CONFIDENTIAL - ATTORNEYS' EYES ONLY

REDACTED

MGA 4374525

CONFIDENTIAL - ATTORNEYS' EYES ONLY

MGA 4374526

REDACTED

CONFIDENTIAL - ATTORNEYS' EYES ONLY

MGA 4374527

REDACTED

# Functional Analysis

## Relative Responsibilities of:

## MGA Entertainment, Inc., MGA Entertainment (Mauritius) Limited, and MGA Entertainment (H.K.) Limited

**Entities**
US = MGA Entertainment, Inc.,
Mauritius = MGA Entertainment (Mauritius) Limited
HK = MGA Entertainment (H.K.) Limited
China = Third-Party Manufacturers in China

**Degree**
R = Responsible
A = Assists
N/A = Not Applicable

Please indicate which entity performs the following functions for each division and to what degree.

  

| Function | Individually Packaged Bratz® Dolls | Bratz® Combination Packs and Accessories | Non Bratz® |
|---|---|---|---|
| MANUFACTURING | | | |
| Plant, Machinery, Equipment | | | |
| Determines plant size | China-R | China-R | China-R |
| Determines plant location | China-R | China-R | China-R |
| Designs plant | China-R | China-R | China-R |
| Supervises plant construction | China-R | China-R | China-R |
| Sets specifications for machinery, equipment | China-R | China-R | China-R |
| Designs machinery, equipment | China-R | China-R | China-R |
| Purchases machinery, equipment | China-R | China-R | China-R |
| Maintains buildings, grounds | China-R | China-R | China-R |
| Maintains equipment | China-R | China-R | China-R |
| Materials | | | |
| Develops sources | China-R | China-R | China-R |
| Determines raw material, component needs | HK-R/C-A | HK-R/C-A | HK-R/C-A |

Confidential - For Attorney's Eyes Only          MGA 3398397



| Function | Individually Packaged Bratz® Dolls | Bratz® Combination Packs and Accessories | Non Bratz® |
|---|---|---|---|
| Qualifies vendors | China-R | China-R | China-R |
| Implements quality control | China-R | China-R | China-R |
| Purchases raw materials, components | China-R | China-R | China-R |
| Warehouses raw materials, components | China-R | China-R | China-R |
| Develops materials flow techniques | China-R | China-R | China-R |
| Arranges for freight, insurance | China-R | China-R | China-R |
| Pays for freight, insurance | China-R | China-R | China-R |
| Production | | | |
| Plans production schedules | HK-R/China-A | HK-R/China-A | HK-R/China-A |
| Supervises production operations | China-R | China-R | China-R |
| Coordinates production, sales | US-R/HK-A | US-R/HK-A | US-R/HK-A |
| Controls flow of raw materials, components | China-R | China-R | China-R |
| Packages, labels products | China-R | China-R | China-R |
| Develops cost standards | HK-R | HK-R | HK-R |
| Develops quality control standards | HK-R | HK-R | HK-R |
| Implements quality control | HK-R/China-A | HK-R/China-A | HK-R/China-A |
| MARKETING, SALES, SERVICE, DISTRIBUTION | | | |
| Customer Mix | | | |
| Sells to consumer end users | N/A | N/A | N/A |
| Sells to business end users | N/A | N/A | N/A |
| Sells to wholesalers, distributors | US-R | US-R | US-R |
| Sells to OEMs | N/A | N/A | N/A |
| Sells to other types of customer not listed above | N/A | N/A | N/A |
| Market Research | | | |
| Conducts market research studies internally | US-R | US-R | US-R |
| Contracts out for market research studies | US-R | US-R | US-R |
| Marketing Strategy | | | |
| Determines market position | US-R | US-R | US-R |
| Controls corporate marketing activities | US-R | US-R | US-R |
| Identifies, determines sales channels | US-R | US-R | US-R |
| Determines need for outside marketing services | US-R | US-R | US-R |

Confidential - For Attorney's Eyes Only

MGA 3396398

| Function | Individually Packaged Bratz® Dolls | Bratz® Combination Packs and Accessories | Non Bratz® |
|---|---|---|---|
| Selects outside marketing services provider | US-R | US-R | US-R |
| Manages relationship with marketing services provider | US-R | US-R | US-R |
| Develops overall marketing strategy | US-R | US-R | US-R |
| Develops new markets | US-R | US-R | US-R |
| Product Strategy | | | |
| Coordinates marketing strategy implementation | US-R | US-R | US-R |
| Develops marketing plans | US-R | US-R | US-R |
| Develops promotional themes | US-R | US-R | US-R |
| Identifies need for product modification | US-R | US-R | US-R |
| Designs packaging materials | US-R | US-R | US-R |
| Develops training materials | US-R | US-R | US-R |
| Trains staff | US-R | US-R | US-R |
| Pricing Strategy | | | |
| Determines market level | US-R | US-R | US-R |
| Determines pricing strategy for third-party customers | US-R | US-R | US-R |
| Establishes credit terms for third-party customers | US-R/HK-R | US-R/HK-R | US-R/HK-R |
| Facilities | | | |
| Determines size, number, location of distribution facilities | US-R | US-R | US-R |
| Evaluates potential facilities | US-R | US-R | US-R |
| Negotiates lease, purchase of facilities | US-R | US-R | US-R |
| Advertising, Marketing Implementation | | | |
| Plans commercials | US-R | US-R | US-R |
| Selects media | US-R | US-R | US-R |
| Plans promotional materials | US-R | US-R | US-R |
| Determines telemarketing strategy | N/A | N/A | N/A |
| Selects outside telemarketing services vendors | N/A | N/A | N/A |
| Selects outside fulfillment services vendors | N/A | N/A | N/A |
| Determines personal calling strategy | N/A | N/A | N/A |
| Purchasing | | | |
| Determines which goods to purchase | US-R/HK-R | US-R/HK-R | US-R/HK-R |
| Determines stocking levels of goods | US-R/HK-R | US-R/HK-R | US-R/HK-R |

~AUTOTIME                    Functional Analysis of Relative Responsibilities                    3

Confidential - For Attorney's Eyes Only

| Function | Individually Packaged Bratz® Dolls | Bratz® Combination Packs and Accessories | Non Bratz® |
|---|---|---|---|
| Determines markup amount, percent | US-R/HK-R | US-R/HK-R | US-R/HK-R |
| Identifies, qualifies unrelated sources of goods for resale | N/A | N/A | N/A |
| Negotiates purchasing arrangements with unrelated parties | N/A | N/A | N/A |
| Purchases goods from unrelated parties for resale | N/A | N/A | N/A |
| Inventory | | | |
| Determines purchasing needs (e.g., quantity, timing) | US-R | US-R | US-R |
| Title passes at: | Hong Kong | Hong Kong | Hong Kong |
| Takes title to goods from unrelated parties at: | Hong Kong | Hong Kong | Hong Kong |
| Maintains inventory of finished goods | US-R | US-R | US-R |
| Maintains inventory of spare parts, components | HK-R | HK-R | HK-R |
| Performs inventory control | US-R/HK-A | US-R/HK-A | US-R/HK-A |
| Provides product warehousing services in own facilities | US-R | US-R | US-R |
| Procures product warehousing services from related parties | N/A | N/A | N/A |
| Procures product warehousing services from unrelated parties | US-R | US-R | US-R |
| Sales | | | |
| Sets sales personnel compensation | US-R | US-R | US-R |
| Supervises sales force | US-R | US-R | US-R |
| Contacts customers directly | US-R | US-R | US-R |
| Designs, develops catalogs | US-R | US-R | US-R |
| Determines sales personnel needs | US-R | US-R | US-R |
| Determines coverage of sales territories | US-R | US-R | US-R |
| Shipping | | | |
| Selects mode of shipment | US-R/HK-R | US-R/HK-R | US-R/HK-R |
| Determines standard lot size for shipment | US-R/HK-R | US-R/HK-R | US-R/HK-R |
| Qualifies, selects vendors of transportation services | US-R/HK-R | US-R/HK-R | US-R/HK-R |
| Provides transportation services | US-R/HK-R | US-R/HK-R | US-R/HK-R |
| Determines standard shipping terms | US-R/HK-R | US-R/HK-R | US-R/HK-R |
| Pays for transportation services | US-R/HK-R | US-R/HK-R | US-R/HK-R |
| Customer Service | | | |
| Maintains customer contact | US-R/HK-R | US-R/HK-R | US-R/HK-R |
| Processes customer complaints | US-R/HK-R | US-R/HK-R | US-R/HK-R |
| Processes customer returns | US-R/HK-R | US-R/HK-R | US-R/HK-R |

Confidential - For Attorney's Eyes Only

MGA 3398400

| Function | Individually Packaged Bratz® Dolls | Bratz® Combination Packs and Accessories | Non Bratz® |
|---|---|---|---|
| Administers warranty program | US-R/HK-R | US-R/HK-R | US-R/HK-R |
| Provides repair services | US-R/HK-R | US-R/HK-R | US-R/HK-R |
| Contracts out for repair services | N/A | N/A | N/A |
| Bears financial risks for: | | | |
| Price reduction for customer inventory | US-R/HK-R | US-R/HK-R | US-R/HK-R |
| Price reduction for own inventory | US-R/HK-R | US-R/HK-R | US-R/HK-R |
| Obsolescence of customer inventory | US-R/HK-R | US-R/HK-R | US-R/HK-R |
| Obsolescence of own inventory | US-R/HK-R | US-R/HK-R | US-R/HK-R |
| Foreign exchange fluctuations | N/A | N/A | N/A |
| Customer receivables | US-R/HK-R | US-R/HK-R | US-R/HK-R |
| Warranty repairs | US-R/HK-R | US-R/HK-R | US-R/HK-R |
| Property, casualty losses beyond insurance coverage | US-R/HK-R | US-R/HK-R | US-R/HK-R |
| Product liability losses beyond insurance coverage | US-R/HK-R | US-R/HK-R | US-R/HK-R |
| Customer returns | US-R/HK-R | US-R/HK-R | US-R/HK-R |
| Foreign exchange dealings with related parties | N/A | N/A | N/A |
| Foreign exchange dealings with unrelated parties | N/A | N/A | N/A |
| Loans to unrelated parties | N/A | N/A | N/A |
| Financing customer purchases through installment contracts | N/A | N/A | N/A |
| Performance bonds, other indemnity agreements | N/A | N/A | N/A |
| Environmental liabilities | N/A | N/A | N/A |
| RESEARCH AND DEVELOPMENT | | | |
| Manufacturing Process Intangibles | | | |
| Develops manufacturing processes | N/A | N/A | N/A |
| Develops process improvements by "learning by doing" | N/A | N/A | N/A |
| Incurs development costs | N/A | N/A | N/A |
| Product Intangibles | | | |
| Develops products, components | US-R | US-R | US-R |
| Develops product, component specifications | US-R | US-R | US-R |
| Develops manufacturing processes, techniques | N/A | N/A | N/A |
| Incurs development costs | US-R | US-R | US-R |
| Marketing Intangibles | | | |
| Develops trade name | US-R | US-R | US-R |

Confidential - For Attorney's Eyes Only                    MGA 3398401



| Function | Individually Packaged Bratz® Dolls | Bratz® Combination Packs and Accessories | Non Bratz® |
|---|---|---|---|
| Develops trademark | US-R | US-R | US-R |
| Incurs development costs | US-R | US-R | US-R |
| Research and Development Facilities | | | |
| Operates design facility | US-R | US-R | US-R |
| Operates testing facility | US-R | US-R | US-R |
| Contracts out for design services | US-R | US-R | US-R |
| Contracts out for testing services | RESEARCH | RESEARCH | RESEARCH |
| Owns testing equipment | N/A | N/A | N/A |
| INTANGIBLES | | | |
| Manufacturing Process Intangibles | | | |
| Uses processes that are: | N/A | N/A | N/A |
| If processes are patented or partially patented: | N/A | N/A | N/A |
| Licenses rights from: | N/A | N/A | N/A |
| Pays royalties to related licensors | N/A | N/A | N/A |
| Pays royalties to unrelated licensors | N/A | N/A | N/A |
| Related party contributed intangibles to capital | N/A | N/A | N/A |
| Licenses intangibles to unrelated parties | N/A | N/A | N/A |
| Product Intangibles | | | |
| Owns patents that are partially or wholly incorporated in products | US-R | US-R | US-R |
| Incorporates unpatented know-how in products | N/A | N/A | N/A |
| Owns outright rights to manufacture products | US-R | US-R | US-R |
| Licenses rights from related party to manufacture products | N/A | N/A | N/A |
| Licenses rights from unrelated party to manufacture products | US-R | US-R | US-R |
| Pays royalties to related licensors | Intercompany royalty payments/reimbursements | Intercompany royalty payments/reimbursements | Intercompany royalty payments/reimbursements |
| Pays royalties to unrelated licensors –But US reimbursed by Mauritius | US-R | US-R | US-R |
| Related party contributed intangibles to capital | N/A | N/A | N/A |
| Licenses intangibles to unrelated parties | US-R | US-R | US-R |
| Marketing Intangibles | | | |
| Markets products that are generic commodities (contain no intangibles) | N/A | N/A | N/A |
| Markets products that incorporate trademarks, labels owned by company | US-R | US-R | US-R |

Confidential - For Attorney's Eyes Only

MGA 3398402



| Function | Individually Packaged Bratz® Dolls | Bratz® Combination Packs and Accessories | Non Bratz® |
|---|---|---|---|
| Owns trademarks and trade names unique to this group | US-R | US-R | US-R |
| Owns trademarks and trade names used in USA and unique to USA | US-R | US-R | US-R |
| Owns unique trademarks and trade names used outside USA | US-R | US-R | US-R |
| Licenses trademark, trade name from related party | Mauritius licensed from US | Mauritius licensed from US | Mauritius licensed from US |
| Licenses trademark, trade name from unrelated party | US-R | US-R | US-R |
| Pays royalties to related licensors | HK pays dist. royalties to US/Mauritius | HK pays dist. royalties to US/Mauritius | HK pays dist. royalties to US/Mauritius |
| Pays royalties to unrelated licensors - But US reimbursed by Mauritius | US-R | US-R | US-R |
| Related party contributed intangibles to capital | N/A | N/A | N/A |
| Transfers intangibles to unrelated parties by licenses | N/A | N/A | N/A |
| GENERAL, ADMINISTRATION | | | |
| Strategic Planning | | | |
| Determines overall corporate strategy | US-R | US-R | US-R |
| Determines lines of business to enter, exit | US-R | US-R | US-R |
| Determines where manufacturing takes place | US-R | US-R | US-R |
| Determines where distribution takes place | US-R | US-R | US-R |
| Determines role in research and development | US-R | US-R | US-R |
| Determines criteria for major capital investments | US-R | US-R | US-R |
| Determines nature of relationships to be developed, maintained | US-R | US-R | US-R |
| Financial Management | | | |
| Prepares invoices | US-R/HK-R | US-R/HK-R | US-R/HK-R |
| Responsible for collections | US-R/HK-R | US-R/HK-R | US-R/HK-R |
| Selects banking services provider | US-R/HK-R | US-R/HK-R | US-R/HK-R |
| Determines priority of payment to creditors | US-R/HK-R | US-R/HK-R | US-R/HK-R |
| Negotiates terms for borrowing | US-R/HK-R | US-R/HK-R | US-R/HK-R |
| Determines cash requirements | US-R/HK-R | US-R/HK-R | US-R/HK-R |
| Establishes credit policy | US-R/HK-R | US-R/HK-R | US-R/HK-R |
| Determines sources of capital | US-R | US-R | US-R |
| Human Resources | | | |
| Determines overall staffing levels | US-R/HK-R | US-R/HK-R | US-R/HK-R |

Confidential - For Attorney's Eyes Only

MGA 3396403

| Function | Individually Packaged Bratz® Dolls | Bratz® Combination Packs and Accessories | Non Bratz® |
|---|---|---|---|
| Determines recruiting policy | US-R/HK-R | US-R/HK-R | US-R/HK-R |
| Determines employment policies | US-R/HK-R | US-R/HK-R | US-R/HK-R |
| Establishes compensation programs | US-R/HK-R | US-R/HK-R | US-R/HK-R |
| Selects own senior staff (List staff levels.) | US-R/HK-R | US-R/HK-R | US-R/HK-R |
| Accounting | | | |
| Sets accounting policies | US-R/HK-R | US-R/HK-R | US-R/HK-R |
| Develops systems, software | N/A | N/A | N/A |
| Prepares financial reports, budgets | US-R/HK-R | US-R/HK-R | US-R/HK-R |
| Legal | | | |
| Selects outside legal services | US-R/HK-R | US-R/HK-R | US-R/HK-R |
| Provides internal legal counsel | US-R | US-R | US-R |
| Handles government matters | US-R/HK-R | US-R/HK-R | US-R/HK-R |
| Handles other legal matters | US-R/HK-R | US-R/HK-R | US-R/HK-R |
| Negotiates contracts with third-party customers, suppliers | US-R/HK-R | US-R/HK-R | US-R/HK-R |
| Insurance | | | |
| Determines insurance needs | US-R/HK-R | US-R/HK-R | US-R/HK-R |
| Qualifies, selects providers of insurance services | US-R/HK-A | US-R/HK-A | US-R/HK-A |
| Purchases property, casualty insurance | US-R/HK-R | US-R/HK-R | US-R/HK-R |
| Purchases product liability insurance | US-R | US-R | US-R |
| REIMBURSEMENTS | | | |
| Reimbursements Received from Related Parties for: | | | |
| Advertising | N/A | N/A | N/A |
| Freight | N/A | N/A | N/A |
| Salary, benefits | N/A | N/A | N/A |
| Research and development expense | Mauritius pays US | Mauritius pays US | Mauritius pays US |
| Engineering services | N/A | N/A | N/A |
| Repairs performed under warranty for customers | N/A | N/A | N/A |
| Other warranty expenses | N/A | N/A | N/A |
| Other customer services | N/A | N/A | N/A |
| Marketing services | N/A | N/A | N/A |
| Other services | N/A | N/A | N/A |

Confidential · For Attorney's Eyes Only                                        MGA 3396404