QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  johnquinn@quinnemanuel.com
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
  Timothy L. Alger (Bar No. 160303)
  (timalger@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09039<br>Case No. CV 05-02727<br><br>Hon. Stephen G. Larson<br><br>[PUBLIC REDACTED] DECLARATION OF B. DYLAN PROCTOR IN SUPPORT OF MATTEL, INC.'S MOTIONS IN LIMINE NOS. 1-14<br><br>Date: May 21, 2008<br>Time: 1:00 p.m.<br>Place: Courtroom 1<br><br>**Phase 1:**<br>Pre-Trial Conference: May 5, 2008<br>Trial Date: May 27, 2008 |

**VOLUME 2 OF 6**

07209/2469544.2

-1-

PROCTOR DECLARATION

# DECLARATION OF B. DYLAN PROCTOR

I, B. Dylan Proctor, declare as follows:

1.  I am a member of the bar of the State of California and a member of Quinn Emanuel Urquhart Oliver & Hedges, LLP, attorneys for Mattel, Inc. I make this declaration of personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify competently thereto.

2.  Attached hereto as Exhibit 1 is a true and correct copy of Bryant's Memorandum of Points and Authorities in Opposition to Mattel's Motion for Partial Summary Judgment, dated March 24, 2008.

3.  Attached hereto as Exhibit 2 is a true and correct copy of the Court's Order Granting Motions to Dismiss, dated July 18, 2006.

4.  Attached hereto as Exhibit 3 is a true and correct copy of the Stipulation and Order Regarding Carter Bryant's Amended Reply to Mattel's Counterclaims, dated October 5, 2007.

5.  Attached hereto as Exhibit 4 is a true and correct copy of the Expert Report of D. Jan Duffy, dated February 11, 2008.

6.  Attached hereto as Exhibit 5 is a true and correct copy of the Memorandum of Points and Authorities in Support of Mattel's Motion to Dismiss Cross-Complaint Pursuant to Federal Rule of Civil Procedure 12(b)(6), dated November 23, 2004.

7.  Attached hereto as Exhibit 6 is a true and correct copy of Mattel's Employee Confidential Information and Inventions Agreement, signed by Carter Bryant and dated January 4, 1999.

8.  Attached hereto as Exhibit 7 is a true and correct copy of a Mattel Employee Confidential and Inventions Agreement, dated March 22, 2004.

9.  Attached hereto as Exhibit 8 is a true and correct copy of Robert Hudnut's Employee Confidential Information and Inventions Agreement, dated March 30, 1998.

1   10.   Attached hereto as Exhibit 9 is a true and correct copy of Robert Hudnut's Conflict of Interest Questionnaire, dated March 30, 1998.

2   11.   Attached hereto as Exhibit 10 is a true and correct copy of the Side Letter to Mattel/Hudnut Offer Letter and Mattel Employee Confidential Information and Inventions Agreement, dated March 17, 1998.

3   12.   Attached hereto as Exhibit 11 is a true and correct copy of Mattel, Inc.'s Corrected Opposition to the MGA Parties' and Carter Bryant's Motions for Partial Summary Judgment, dated March 24, 2008.

4   13.   Attached hereto as Exhibit 12 is a true and correct copy of Mattel's Second Amended Answer in Case No. 05-2727 and Counterclaims, dated July 12, 2007.

5   14.   Attached hereto as Exhibit 13 is a true and correct copy of Mattel's Complaint in Mattel v. Bryant, Case No. BC314398, dated April 27, 2004.

6   15.   Attached hereto as Exhibit 14 is a true and correct copy of Mattel's Supplemental Responses to MGA's First Set of Interrogatories to Mattel, Inc., dated December 7, 2007.

7   16.   Attached hereto as Exhibit 15 is a true and correct copy of MGA's Complaint in Case No. 05-2727, dated April 13, 2005.

8   17.   Attached hereto as Exhibit 16 is a true and correct copy of the Court's Order Regarding Mattel's Motion for Leave to Amend, dated January 12, 2007.

9   18.   Attached hereto as Exhibit 17 is a true and correct copy of the Scheduling Order, dated February 22, 2007 in Mattel v. Bryant, Case No. CV 04-09059.

10  19.   Attached hereto as Exhibit 18 is a true and correct copy of the Scheduling Order, dated February 22, 2007 in MGA v. Mattel, Case No. CV 05-02727.

20.  Attached hereto as Exhibit 19 is a true and correct copy of the Court's Minute Order Granting Mattel's Motion Re Trial Structure, dated July 2, 2007.

21.  Attached hereto as Exhibit 20 is a true and correct copy of Mattel's Memorandum Regarding Trial Structure, dated June 20, 2007.

22.  Attached hereto as Exhibit 21 is a true and correct copy of the Court's Civil Minutes, dated February 4, 2008.

23.  Attached hereto as Exhibit 22 is a true and correct copy of the Expert Report of Dr. Erich Joachimsthaler, dated February 11, 2008.

24.  Attached hereto as Exhibit 23 is a true and correct copy of the Expert Report of Paul K. Meyer, dated February 11, 2008.

25.  Attached hereto as Exhibit 24 is a true and correct copy of the D. Jan Duffy Rebuttal of Report of Bruce L. Stein, dated March 17, 2008.

26.  Attached hereto as Exhibit 25 is a true and correct copy of MGA's Response to Mattel, Inc.'s Amended Supplemental Interrogatory Regarding Defendants' Affirmative Defenses, dated January 7, 2008.

27.  Attached hereto as Exhibit 26 is a true and correct copy of Carter Bryant's Responses to Mattel, Inc.'s Amended Supplemental Interrogatory Regarding Defendants' Affirmative Defenses, dated January 7, 2008.

28.  Attached hereto as Exhibit 27 is a true and correct copy of Isaac Larian's Amended Answer and Affirmative Defenses to Mattel, Inc.'s Second Amended Answer and Counterclaims, dated November 8, 2007.

29.  Attached hereto as Exhibit 28 is a true and correct copy of Carter Bryant's Second Amended Reply to Mattel, Inc.'s Counterclaims, dated October 16, 2007.

30.  Attached hereto as Exhibit 29 is a true and correct copy of the Amended Answer and Affirmative Defenses of MGA Entertainment Inc., MGA

1  Entertainment (HK) Limited and MGAE de Mexico S.R.L. De C.V. To Mattel,
2  Inc.'s Second Amended Answer and Counterclaims, dated September 19, 2007.
3         31.    Attached hereto as Exhibit 30 is a true and correct copy of
4  excerpts from the January 7, 2008 Hearing Transcript Regarding Discovery Matters.
5         32.    Attached hereto as Exhibit 31 is a true and correct copy of
6  excerpts of the Scheduling Conference Transcript, dated February 12, 2007.
7         33.    Attached hereto as Exhibit 32 is a true and correct copy of MGA
8  Entertainment, Inc.'s Motion for Terminating Sanctions Against Mattel, Inc. Due to
9  Spoliation of Evidence, dated July 23, 2007.
10        34.    Attached hereto as Exhibit 33 is a true and correct copy of the
11 Joint Stipulation Re: Mattel, Inc.'s Motion to Compel Inspection of Original
12 Documents and Tangible Things, dated February 18, 2005.
13        35.    Attached hereto as Exhibit 34 is a true and correct copy of MGA
14 Defendants' and Carter Bryant's Joint Notice of Service of Exhibit List and
15 Deposition Designations, dated April 1, 2008.
16        36.    Attached hereto as Exhibit 35 is a true and correct copy of
17 MGA's and Carter Bryant's Notice of Motion and Motion for an Evidentiary
18 Hearing Regarding Witness Tampering, dated March 12, 2008.
19        37.    Attached hereto as Exhibit 36 is a true and correct copy of
20 MGA's Reply to Mattel's Opposition in Further Support of MGA's Motion to
21 Compel Production of Documents from Third Party Right Management Consultants,
22 Inc., dated March 13, 2008.
23        38.    Attached hereto as Exhibit 37 is a true and correct copy of
24 excerpts from the Hearing Transcript, dated March 31, 2008.
25        39.    Attached hereto as Exhibit 38 is a true and correct copy of
26 excerpts from the Hearing Transcript, dated December 14, 2007.
27        40.    Attached hereto as Exhibit 39 is a true and correct copy of
28 excerpts from the Hearing Transcript, dated March 10, 2008.

41. Attached hereto as Exhibit 40 is a true and correct copy of an e-mail from from Robert Eckert to Richard De Anda, dated June 6, 2003.

42. Attached hereto as Exhibit 41 are true and correct copies of excerpts from Bryant's Motion for Partial Summary Judgment, dated March 7, 2008.

43. Attached hereto as Exhibit 42 are true and correct copy of the Court's Minute Order dated February 4, 2008.

44. Attached hereto as Exhibit 43 is a true and correct copy of MGA's Supplemental Responses to Mattel, Inc.'s Fifth Set of Requests for Admission, dated August 21, 2007.

45. Attached hereto as Exhibit 44 is a true and correct copy of MGA Entertainment, Inc.'s Second Supplemental Responses to Mattel, Inc.'s Revised Third Set of Interrogatories, dated January 7, 2008.

46. Attached hereto as Exhibit 45 is a true and correct copy of a facsimile from Carter Bryant to David Rosenbaum, dated September 14, 2000.

47. Attached hereto as Exhibit 46 is a true and correct copy of the Supplemental Revised Privilege and Redaction Log for MGA's 2005 Document Production.

48. Attached hereto as Exhibit 47 is a true and correct copy of the Privilege Log of David Rosenbaum, dated October 26, 2007.

49. Attached hereto as Exhibit 48 is a true and correct copy of an e-mail message from Isaac Larian to David Rosenbaum, dated February 10, 2001.

50. Attached hereto as Exhibit 49 is a true and correct copy of the Privilege Log of Isaac Larian, dated January 15, 2008.

51. Attached hereto as Exhibit 50 is a true and correct copy of excerpts from MGA's Supplemental Privilege Log, dated August 14, 2007.

52. Attached hereto as Exhibit 51 is a true and correct copy of excerpts from MGA Entertainment, Inc.'s Opposition to Motion of Plaintiff Mattel,

1 | Inc. for Order Finding Waiver and To Compel Production of Documents Withheld
2 | as Privileged, dated January 31, 2008.
3 |           53.    Attached hereto as Exhibit 52 is a true and correct copy of the
4 | Expert Report of Robert Tonner, dated February 11, 2008.
5 |           54.    Attached hereto as Exhibit 53 is a true and correct copy of
6 | Mattel's Amended and Supplemental Responses and Objections to MGA's Second
7 | Set of Requests for Admission, dated December 4, 2007.
8 |           55.    Attached hereto as Exhibit 54 is a true and correct copy of the
9 | MGA Parties' Corrected Motion for Partial Summary Judgment, dated March 7,
10 | 2008.
11 |           56.    Attached hereto as Exhibit 55 is a true and correct copy of the
12 | Expert Report of Mary Bergstein, dated February 11, 2008.
13 |           57.    Attached hereto as Exhibit 56 is a true and correct copy of the
14 | Expert Report of Michael J. Wagner (without exhibits), dated February 11, 2008.
15 |           58.    Attached hereto as Exhibit 57 is a true and correct copy of the
16 | Expert Report of Carol A. Scott, dated February 11, 2008.
17 |           59.    Attached hereto as Exhibit 58 is a true and correct copy of the
18 | Expert Report of Lee Loetz, dated February 11, 2008.
19 |           60.    Attached hereto as Exhibit 59 is a true and correct copy of the
20 | Rebuttal Expert Report of Paul K. Meyer, dated March 17, 2008.
21 |           61.    Attached hereto as Exhibit 60 is a true and correct copy of the
22 | Rebuttal Expert Report of Douglas Kidder, dated March 17, 2008.
23 |           62.    Attached hereto as Exhibit 61 is a true and correct copy of Carter
24 | Bryant's Notice of Expert Disclosures, dated February 11, 2008.
25 |           63.    Attached hereto as Exhibit 62 is a true and correct copy of the
26 | Rebuttal Expert Report of Thomas S. Gruca, dated March 17, 2008.
27 |           64.    Attached hereto as Exhibit 63 is a true and correct copy of the
28 | Rebuttal Expert Report of Robert Tonner, dated March 17, 2008.

1   65. Attached hereto as Exhibit 64 is a true and correct copy of the
2 Third Notice of Deposition of MGA Entertainment, Inc. Pursuant to <u>Federal Rule of</u>
3 <u>Civil Procedure</u> 30(b)(6), dated June 5, 2007.

4   66. Attached hereto as Exhibit 65 is a true and correct copy of the
5 Court's Order Granting in Part and Denying in Part Mattel's Motion to Compel
6 MGA to Produce Witnesses Pursuant to Third Notice of Deposition Under <u>Rule</u>
7 30(b)(6), dated September 25, 2007.

8   67. Attached hereto as Exhibit 66 is a true and correct copy of
9 Mattel's Supplemental Interrogatory Pursuant to Order Dated September 25, 2007,
10 dated October 19, 2007.

11   68. Attached hereto as Exhibit 67 is a true and correct copy of MGA
12 Entertainment, Inc.'s Objections and Responses to Mattel's Supplemental Set of
13 Interrogatories, dated November 19, 2007.

14   69. Attached hereto as Exhibit 68 is a true and correct copy of the
15 MGA Parties' Memorandum of Points and Authorities in Opposition to Mattel's
16 Motion for Partial Summary Judgment, dated March 24, 2008.

17   70. Attached hereto as Exhibit 69 is a true and correct copy of the
18 Expert Report of Peter S. Menell, dated February 11, 2008.

19   71. Attached hereto as Exhibit 70 is a true and correct copy of the
20 Court's Order Granting Motion to Disqualify Expert, dated April 8, 2008.

21   72. Attached hereto as Exhibit 71 is a true and correct copy of a
22 drawing, Bates-numbered M 0110183.

23   73. Attached hereto as Exhibit 72 is a true and correct copy of a
24 drawing, Bates-numbered M 0110187.

25   74. Attached hereto as Exhibit 73 is a true and correct copy of a
26 drawing, Bates-numbered M 0110197.

27   75. Attached hereto as Exhibit 74 is a true and correct copy of a
28 drawing, Bates-numbered M 0110202.

76. Attached hereto as Exhibit 75 is a true and correct copy of a drawing, Bates-numbered M 0110192.

77. Attached hereto as Exhibit 76 is a true and correct copy of Peter S. Menell's Rebuttal Report to the Expert Report of Lee Loetz, dated March 16, 2008.

78. Attached hereto as Exhibit 77 is a true and correct copy of Peter S. Menell's Rebuttal Report to the Expert Report of Ralph Oman, dated March 16, 2008.

79. Attached hereto as Exhibit 78 is a true and correct copy of Peter S. Menell's Rebuttal Report to the Expert Report of Bruce L. Stein, dated March 16, 2008.

80. Attached hereto as Exhibit 79 is a true and correct copy of the Declaration of Peter S. Menell in support of MGA's Opposition to Mattel's Motion for Partial Summary Judgment, dated March 23, 2008.

81. Attached hereto as Exhibit 80 is a true and correct copy of a drawing, Bates-numbered M 0059704.

82. Attached hereto as Exhibit 81 is a true and correct copy of a drawing, Bates-numbered M 0059708.

83. Attached hereto as Exhibit 82 is a true and correct copy of a drawing, Bates-numbered M 0059712.

84. Attached hereto as Exhibit 83 is a true and correct copy of a drawing, Bates-numbered M 0059716.

85. Attached hereto as Exhibit 84 is a true and correct copy of a drawing, Bates-numbered M 0059736.

86. Attached hereto as Exhibit 85 is a true and correct copy of a Form CA filed with the United States Copyright Office, dated March 28, 2005, which has been marked as Exhibit No. 4966 in this action.

87. Attached hereto as Exhibit 86 is a true and correct copy of Carter Bryant's Responses to Mattel's Sixth Set of Requests for Admission to Carter Bryant, dated August 22, 2007.

88. Attached hereto as Exhibit 87 is a true and correct copy of the Affidavit of Isaac Larian, dated July 2, 2002, filed in <u>ABC International Traders, Inc. (d/b/a/ MGA Entertainment) v. Toys & Trends (Hong Kong) Limited, et al.</u>, High Court of the Hong Kong Special Administrative Region, Court of First Instance, Civ. Action No. 2152 (2002).

89. Attached hereto as Exhibit 88 is a true and correct copy of a document, Bates-numbered M 0001489A.

90. Attached hereto as Exhibit 89 is a true and correct copy of a document, Bates-numbered M 0001489-1505.

91. Attached hereto as Exhibit 90 is a true and correct copy of the Expert Report of Deborah Middleton, dated February 11, 2008.

92. Attached hereto as Exhibit 91 is a true and correct copy of the Expert Report of Glenn Villpu, dated March 14, 2008.

93. Attached hereto as Exhibit 92 is a true and correct copy of excerpts from <u>The Real Toy Story: Inside the Ruthless Battle for America's Youngest Consumers</u> by Eric Clark.

94. Attached hereto as Exhibit 93 is a true and correct copy of 2005 Barbie Spring Line Review, dated April 15, 2004.

95. Attached hereto as Exhibit 94 is a true and correct copy of e-mail correspondence between Tim Kilpin, Steve Ross, Russell Arons, Lisa Tauber, Stephanie Cota, Cassidy Park, Evelyn Viohl, Richard Dickson, Rick Dellacquila, Sujata Luther, Cynthia Rapp, Christina DeRosa, Ron Brawer and Milt Zablow, dated April 2, 2004.

96. Attached hereto as Exhibit 95 is a true and correct copy of "Mattel Tries Hip-Hop Dolls -- Firm's Stalwart Barbie Loses Market Share, So 'Flavas' Will Take on Rivals the 'Bratz'" by Maureen Tkacik, dated July 21, 2003.

97. Attached hereto as Exhibit 96 is a true and correct copy of a document Bates-numbered PMH002273.

98. Attached hereto as Exhibit 97 is a true and correct copy of "The Bratz Brief" dated November 14, 2003.

99. Attached hereto as Exhibit 98 is a true and correct copy of Barbie 2004 Marketing Plan Update, dated March 16, 2004.

100. Attached hereto as Exhibit 99 is a true and correct copy of MGA's Notice of Motion and Motion to Compel Production of Documents From Third Party Right Management Consultants, Inc., dated March 3, 2008.

101. Attached hereto as Exhibit 100 is a true and correct copy of Court's Order Denying MGA's Motion to Compel Productions of Documents From Third Party Right Management Consultants, Inc., dated April 11, 2008.

102. Attached hereto as Exhibit 101 is a true and correct copy of EEOC v. Indiana Bell Tel. Co., Inc., 1997 WL 1098409 (S.D. Ind. 1997).

103. Attached hereto as Exhibit 102 is a true and correct copy of Lee v. City and County of San Francisco, 203 F.3d 831 (9th Cir. 1999).

104. Attached hereto as Exhibit 103 is a true and correct copy of Barbie 2004 Marketing Plan, dated October 28, 2003.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on April 14, 2008, at Los Angeles, California.

B. Dylan Proctor