34. Because of the benefits of brands to consumers, consumers tend to behave in a positive way toward strong brands. With regard to strong brands, consumers tend to exhibit (a) a greater willingness to consider the brand's products, (b) a greater receptivity to marketing information about a brands' products, (c) a stronger desire or aspiration for the brand's products, (d) a greater loyalty and willingness to purchase the brand again, (e) a greater tolerance toward the brand in case of product failure or problems, (f) a greater willingness to pay for the brand's products, and (g) a greater willingness to recommend the brand to other consumers.

35. In summary, brands provide enormous benefits to manufacturers, like MGA Entertainment, and to consumers especially in the toy industry and the doll, fashion and accessories categories. The brand is a significant and absolutely business-essential asset to MGA Entertainment's success in maintaining a meaningful relationship with consumers and continued success in the future.

**B. Proactive Management of the Bratz Brand at MGA Entertainment**

36. Strong brands do not just develop by default; they need to be created, and proactively nurtured and managed over time. Every company that operates in a market where a brand is important has systems, policies, procedures, methodologies and capabilities in place that help to build the brand. In my experience, there are huge differences from one company to another and from one industry to another. The first system to manage brands was developed by Neil McElroy in the early 1930s at Procter & Gamble. Since that time, many companies have adopted this system or components of the system. In the consumer goods industry, these

17

CONFIDENTIAL – ATTORNEY'S EYES ONLY

EXHIBIT 22
PAGE 634

systems have become very sophisticated management systems. In other industries, there is often less sophistication around brand management but some brand-essential components of a good system have been adopted by nearly all firms that are successful in building brands over time.

37. I have analyzed the MGA Entertainment processes, procedures, and activities to manage Bratz, which I call a system, and will describe next my conclusions from this analysis. The information for my analysis comes from my interviews with executives of MGA Entertainment, my research of databases and my review of articles and books that been have written about Bratz.

38. In my book co-written with David Aaker, I describe four major components of a good and proactive system to manage brands: Brand Identity/Position, Brand Architecture, Organizational Structure and Processes and Brand-Building Programs.[32] It is these four major components that at minimum create the basis for the discipline of management toward the practice, investment and development of brands today. There are many forms which these components take depending on the company. In younger and more entrepreneurial companies, the system is more human and often depends on a small circle of people who "get" what the brand stands for. Nike, for example, built a billion dollar brand with a very simple system of managing their brand.  At Nike, a few individuals in key functions of the business knew how to guide and steward the development of the brand during its early years.[33] At more mature companies, the system takes on the bureaucratic complexities of other functions and processes of an organization. Nearly all major consumer goods

---

[32] David A. Aaker and Erich Joachimsthaler, *Brand Leadership: The Next Level of the Brand Revolution*, New York, NY, The Free Press, 2000, Ch. 1
[33] Daniel Roth, "Can Nike Still Do It Without Phil Knight", *Fortune*, April 4, 2005.

18

CONFIDENTIAL – ATTORNEY'S EYES ONLY

EXHIBIT 22
PAGE 635

companies have comprehensive systems for managing the brand. I have helped numerous companies to build or improve systems for managing their brands in the course of my career.

39. I will now describe each of the four components of a system of managing a brand. I will use examples from MGA Entertainment and I will show how together, these four components have been a major reason for the success of the Bratz brand in the highly competitive market of fashion dolls.

*Brand Identity System*

40. One of the most important aspects for managing a brand is to create and maintain a clear and compelling "brand identity system". A brand identity refers to what a brand stands for and aspires to create in consumers' minds. It defines the set of associations or values that should be mentally linked to the name in consumers' mind.[34] A brand identity defines the vision for a brand from the perspective of the strategist and therefore defines how a brand is created and how it is maintained over time. Over the last 15 years, the development of a brand identity system as a tool has been one of the most important developments in the field of branding. Some also refer to it as the brand DNA, the brand print, the brand intent, the brand story or the brand foundation. David Aaker and I have used the word Brand Identity System because identity defines the distinguishing character of a person. I use the word system because defining a brand requires a system of concepts and elements that fit together in a coherent and logical way.

---

[34] David A. Aaker and Erich Joachimsthaler, *Brand Leadership: The Next Level of the Brand Revolution*, New York, NY, The Free Press, 2000, Ch. 1

19

CONFIDENTIAL – ATTORNEY'S EYES ONLY

EXHIBIT 22
PAGE 636

41. The development of the brand identity of Bratz started at MGA Entertainment in the year 2000.[35] Based on an interview with Paula Garcia, I understand that she came to MGA feeling that there was an incredible void in the market for a fashion doll. This void was a function of the age compression in the doll market (often referred to as KGOY, or Kids Growing Older Younger)[36] which had shrunk the core market of Barbie to 3 to 6 year olds[37], as well as the dominant position of Barbie in the fashion doll market.[38] It is also my understanding that, being of Greek ethnic descent, Paula Garcia felt there was no variety among fashion dolls she could relate to: a doll with ethnic roots that is bought not just as a play piece but as an emotion piece. When she saw Carter Bryant's drawings, she was inspired and an idea of the Bratz brand began forming in her mind.  She intuited that consumers of the age 7-12 live diversity everyday in a way that their predecessors didn't. She also understood that they look up to teenagers who wear fashions that are trendy, edgy, more relevant, and super cool.[39] Barbie overshoots this target because Barbie, as I understand it, is essentially about 26 to 30 years old, more the age of 7-12 year olds' mothers than their true aspirational reference targets which happen to be teenagers that are much closer in age to them.[40] Thus, from a brand identity standpoint, Bratz was defined around several differentiating attributes: a fashion doll that appeals to 7-12 years, diversity including ethnic diversity, a creative target that the market aspires to of 14 years and older -- essentially teenagers, and edgy and cool fashions. These elements are important in defining the brand identity of Bratz but two

---

[35] Interview with Paula Garcia, January 29, 2008
[36] Julie Tinson and Clive Nancarrow, "GROw"ing up: tweens' involvement in family decision making, *Journal of Consumer Marketing*, (2007)160-170
[37] Eric Clark, *The Real Toy Story: Inside the Ruthless Battle for America's Youngest Consumers*, The Free Press, New York, New York, 2007, pg. 93
[38] In fact, in December 2001, Barbie had a 90% market capture of the doll industry. Source: Barbie vs. Bratz; MGA 0153682 at MGA0153685
[39] Interview with Paula Garcia, January 29, 2008
[40] *Ibid*

CONFIDENTIAL – ATTORNEY'S EYES ONLY

EXHIBIT 22
PAGE 637

additional ones are worth analyzing further: brand personality and symbol. As I noted in my

book with David Aaker, these two have generally prominence in creating strong brand

identities.[41]

42. Brand personality defines a brand in terms of human-like characteristics. For example, Nike

has a personality of being aggressive, athletic, spirited and cool, maybe even American.

Brand personality is an important concept because it can help provide the needed

differentiation even in markets where the product, its design or attributes are equivalent to

others. Brand personality helps in three ways: first, a personality can make the brand

interesting and memorable. Second, brand personality can suggest a brand-customer

relationship such as being cool or a fun friend or being an authority like a mother or teacher.

43. From the beginning, Bratz was conceived by defining the personality of the brand. As Paula

Garcia described it: "it started with assigning the characters and what the personalities were,

their styles defined by their fashions first and foremost."[42] Each character had a different

personality.  While Cloe was excited by animal prints and sparkly fabrics, Jade liked

"xtreme" clothing and cats.  Sasha and Yasmin had an individual spirit with Sasha liking

urban street wear and Yasmin mainly subscribing to the Bohemian look.[43]   The attempt was

to make a general mapping of the ethnicities of the market but to never call out the obvious,

allowing young girls to make their own impressions.[44]  Although the girls resembled a mix of

Hispanic, Caucasian, Asian and African American, the ethnicities of the dolls were never

mentioned or revealed.[45]  As Isaac Larian describes, "We decided at the beginning the key

---

[41] *Ibid*
[42] Interview with Paula Garcia, January 29, 2008 and review of various literatures.
[43] Bratz Factsheet, MGA Entertainment, MGA 0178895
[44] *Ibid*
[45] *Ibid*

21

CONFIDENTIAL – ATTORNEY'S EYES ONLY

EXHIBIT 22
PAGE 638

thing was to keep the characters [ethnically] ambiguous. Not everybody is blond and six foot two inches and has perfect proportions; We're going to make these dolls multiracial, mix and match. That's the way society is."[46] Thus, the goal was to create characters that were relevant to tween consumers in ways that previous fashion dolls could not. They went beyond the stereotypical images of race, color and ethnicity and took on more trendy, expressionistic personalities. Yasmin, for example was earth-toned and very natural, while the Asian character was created to be more punky, loud and fierce.[47] The Bratz characters are about self-expression and attitude.[48] On the Be-Bratz website, the four Bratz characters introduce themselves on their own personalized page, emphasizing their individuality with likes and dislikes and detailing their personality traits ranging from shy and practical to sassy and drama queen. While Sasha is more attributable to personalizing the punk style, Cloe's style resembles the hip hop scene with sparkly fabrics and different prints.[49] These character traits aimed at spreading the message about Bratz dolls, that they were fun, trendy and adhered to an image.[50] These traits ultimately augment the power of the overall Bratz brand, and reinforce the notion that Bratz is not just about dolls, but about "an attitude".[51]

44. Although these characters broke stereotypical molds and ideas about body image, Mattel research shows that the brand image profile of Bratz was highly favorable, and rang true among young girls.[52] Today, girls in the age range of 7 and upward immerse themselves in defining who they are in their own ways. They want to express their identities and

---

[46] Eric Clark, *The Real Toy Story: Inside The Ruthless Battle for America's Youngest Consumers*, Free Press, New York, New York, 2007
[47] *Ibid*
[48] *Ibid*
[49] Bratz Factsheet, MGA Entertainment, MGA 0178895
[50] My Scene Competitive Overview, August 27, 2003, M 072025
[51] Kristine Hodgkin, *Short Term Bratz Defense*, Ogilvy, March 14, 2002, M 0253419
[52] Mattel Worldwide Consumer Research 2004 – 2005, M0082100-M0082110, M0080100-M0080110.

22

CONFIDENTIAL – ATTORNEY'S EYES ONLY

EXHIBIT 22
PAGE 639

personalities. The dolls are a means of helping girls to define who they are and to express it to others.

45. As Eric Clark, the author of *The Real Toy Story* writes:  "The character expressions of Bratz stand in stark contrast to the Barbie character which was designed expressively to be nothing in particular, but instead to be a vehicle for little girls' aspirations."[53]  Barbie was created to be an all "American" girl: a blond hair, blue eyed beauty.  As Clark further observed: "Underpinning Barbie's triumph over rivals has been Ruth Handler's original brilliant decision that the doll should be a blank canvas for a girl to make her whatever she wants."[54] A product of her time, in 1950, the year Barbie was created, young girls yearned to express a part of themselves that their mothers were never privy to in previous years.  This way, Barbie won the hearts of all young girls who dreamed of "freedom and purchasing power" and "goods and gadgets".[55]  Bratz, like Barbie fifty years before, helps a new generation of tween girls to define who they are by creating their own personality, seeking pride in what they look like, and expressing themselves through fashions, clothes, accessories and the like and finding their independence.  Unlike during the Barbie era though, young girls today more strongly influence and make more often purchase decisions, have more of their own money and are very media savvy.[56]  Bratz has given these girls the ability to "name and identify with different characters"[57] who seem to be as spunky as excited as they are.

46. A second and important element or concept of a strong brand identity is the *symbol*. As I have noted in my writing before, a symbol or visual elements in general such as logos,

---

[53] Eric Clark, *The Real Toy Story: Inside the Ruthless Battle for America's Youngest Consumers*, The Free Press, New York, NY, 2007.
[54] *Ibid*, pg. 91
[55] *Ibid*
[56] *Ibid*
[57] Mattel Worldwide Consumer Research, November 1, 2004, M 0066490 at M0066492

23

CONFIDENTIAL – ATTORNEY'S EYES ONLY

EXHIBIT 22
PAGE 640

symbols, trademarks, taglines, colors, brand characters, or design aspects of the physical features of products, labels on the product, packaging or promotional materials[58] provide a sort of "glue" or structure that helps hold the various elements of the brand together into a coherent brand identity system making it easier to gain recognition or recall.[59] In most cases, a brand's overall visual identity results from a combination of several visual elements. For example, FedEx uses a logo, a specific typeface, and a specific orange and purple color combination on a white background to create a visual identity of its brand of overnight delivery service. The company uses this combination of visual elements consistently on various "media" including its signage, its shipping envelopes, its delivery trucks, and its website. In some instances, a single visual element may be a primary carrier of a brand's visual identity. This is the case, for instance, of the distinctive pink that characterizes Barbie products – so much that the 10th floor of Mattel's headquarters is known internally as the "Pink Floor".[60] It is the visual identity that invokes the thoughts, feelings, emotions and past experiences with the brand.

47. In the case of Bratz, a huge number of symbols and visual identity elements come together in a coherent and logical way to create the overall Bratz brand identity. Take, for example, product design, which is important in the fashion doll category. The Bratz dolls were designed by MGA Entertainment from a unique perspective which sought to express the ethnicities from reality -- as authentic and real as possible while also using different stylization. According to Paula Garcia, distorting people and objects was a trend sweeping

---

[58] David Aaker and Erich Joachimsthaler, *Brand Leadership: The Next Level of the Brand Revolution*, The Free Press, New York, NY, 2000, p.54
[59] *Ibid*, p.54
[60] Eric Clark, *The Real Toy Story: Inside the Ruthless Battle for America's Youngest Consumers*, The Free Press, New York, NY 2007

24
CONFIDENTIAL – ATTORNEY'S EYES ONLY

EXHIBIT 22
PAGE 641

the US at the time[61], as illustrated by Steve Madden's ad campaigns.[62] For Bratz, this involved creating oversized heads and huge lips, but keeping them to a "softened" proportion that would still speak to girls of the ages 7 to 12, as Carter Bryant has stated.[63] The big head and somewhat distorted facial features allowed the doll "to go beyond the box" and fashion herself as an expressive and stylistic creation.[64] At the same time, the doll took Barbie's womanly proportions and toned them down, reducing the breast, hips and waist to a more realistic size for 10 year old girls who aspire to be teenagers.  The unrealistic nature of the Bratz doll plays into the awkward stage that is characteristic of 7 to 12 year old girls creating a healthy tension between what is not real and at the same time what is expressive and innovative.  As Paula Garcia explains, while girls at that age can't be teenagers yet, the Bratz dolls represent what is cool in their life right now and encourage them to celebrate it.[65]

48. Product design is one visual identity element but there are a large number of other symbols for Bratz. In fact, the entire range of visual identity elements creates the brand. These elements range from the unique trapezoid packaging with PVC, the colors, and the tagline (The Girls with a Passion for Fashion), to the music, the font and typography, themes and types of licensed products.[66] These elements create a fresh, innovative, streetwise and rebellious personality while still claiming that the Bratz dolls are angels.[67] The trapezoidal package shape, for example, creates a broad visual impact.  From what I understand based on my interview with Steffen Smith, the industry standard is a square or rectangular box,

---

[61] Interview with Paula Garcia, January 29, 2008
[62] Kumi Croom deposition transcript, pg. 85 at line 12
[63] Carter Bryant deposition, pg. 279 at line 19
[64] Ibid
[65] Ibid
[66] Interview with Steffen Smith, January 31, 2008
[67] Interview with Paula Garcia, January 29, 2008

25

CONFIDENTIAL – ATTORNEY'S EYES ONLY

EXHIBIT 22
PAGE 642

while the trapezoid shape allows for the layering effect, making the package look fuller.[68] This creates value perceptions for young girls. There appears more in the box and this creates value for money perceptions. This is confirmed through research which shows that consumers believe the package holds the "best accessories,"[69] and "have the best accessories" (58%) and "comes with the most items in the box" (58%).[70] One of the Bratz doll comes with a metallic pink mouse and mouse pad, providing girls with an element of trendy technology that they can use while browsing the Be-Bratz.com website. Furthermore, the themes that resonate season to season are creative and bring life to the dolls. The way in which the themes are designed does not lose the identity of the Bratz dolls but instead puts them in different settings always remaining true to the core identity of the brand, such as being edgy.

49. Overall, the Bratz brand identity system is strong with depth and texture. It has a unique structure that extends from interethnic personalities to a huge array of symbols. It appears to be developed from an extreme but realistic and authentic vantage point reflecting the diversity of life in America or the world. It is in sharp contrast to the Barbie identity, which was a "blank canvas for a girl to make her whatever she wants" – as Ivy Ross said, Barbie "isn't anything in particular, so she becomes a vehicle for [the girls'] dreams, their aspirations, their frustrations."[71] Barbie is an identity that is strong on emotional benefits. Barbie makes children feel whatever they want to feel, whether this is to be a successful mother or a successful professional lawyer. Bratz also delivers emotional benefits but appears to be a brand identity that predominantly delivers the benefits of self-expression. It

---

[68] *Ibid*
[69] Mattel Worldwide Consumer Research, June 10, 2005, M 0030111
[70] Bratz International A&U Tracking Study, November 2007, Prepared by C&R Research, MGA 3823970
[71] Eric Clark, *The Real Toy Story: Inside the Ruthless Battle for America's Youngest Consumers*, Free Press, New York, New York, 2007

26

CONFIDENTIAL – ATTORNEY'S EYES ONLY

EXHIBIT 22
PAGE 643

allows tweens to express their individuality and identity and attitude: irreverent, rebellious and cool.

*Brand Architecture*

50. Another important component of a system of managing a brand is the *brand architecture*. Brand architecture is a way to view the brand not as an individual product but as a team that functions together as a unit to create synergy, clarity and leverage. There are several dimensions of brand architecture which I have extensively described in my book and numerous articles. Several important aspects should be highlighted here.

51. First is the brand and sub-brands within a portfolio. From the perspective of a tween consumer, the dolls Cloe, Sasha, Jade and Yasmin can be defined as sub-brands of Bratz. This allows different girls to have different relationships with these dolls.   Some may like one doll in particular. Others may view one particular doll as a good "representation" of one or more of their friends or themselves.[72] Still others may view them as imaginary older sisters. That is, the intensity and meaning of the relationship between these dolls can be very different. This makes these dolls effective sub-brands that together build the Bratz brand in consumers' mind. The dolls create synergies that are helpful for the purposes of brand building.

52. Another level to understand the architecture of brands is to evaluate the themes.  A thematic approach to branding is particularly important when developing not just a doll but a fashion or lifestyle brand. MGA Entertainment went to great lengths to approach the Bratz brand from this perspective. A strong brand builds from creating themes around relevant episodes of life. MGA Entertainment used focus groups to "constantly tapping into their fan base for

---

[72] CNBC Report, *It's War*, http://youtube.com/watch?v=2xxbJejTbuI

27

CONFIDENTIAL – ATTORNEY'S EYES ONLY

EXHIBIT 22
PAGE 644

theme ideas."[73] They were able to create innovative themes that resonated on a large scale through the product and package.[74]  Throughout the years, the Bratz dolls have done everything from spending time with their friends at the hair salon to visiting the Wild West. With themes as varied as music themes, fashion themes, activities and settings; and ranging from "rock and roll" and "rodeo" to "beach party" and "funk out"[75], a girl with any type of fashion sense or personality will find a doll through which she can express herself.

53.  These themes are a means of creating a unique lifestyle brand and to evoke emotions associated with this lifestyle. Hence, Bratz are an emotion piece, unlike Barbie which is more a play-with piece, as I understand from my interview with Paula Garcia. Bratz also provides an avenue of expression or self-expression. This is one of the key success factors of Bratz because MGA Entertainment recognized that the new consumer at the age of 7-12 plays less and spends more time in emulate teenagers. This form of self-expression differs from girls that play with Barbie. Barbie is more a symbolization of girls' professional aspirations – she began as a model and has had over 90 careers over the years (fashion editor, ballerina, stewardess, astronaut, doctor, nurse, and so forth).[76]  Bratz, unlike Barbie which was introduced as a play-with piece, and has always been looked as a way of emulating others, with the aspirational reference target of teenagers throughout the years.[77] The self-expression, if any, of using or owning Barbie is further removed and more conceptual and works well with the 3 to 6 year old set. Hence, Barbie's themes have historically resonated with the on goings and cultural context of a "stylized" America, mostly about careers,

[73] My Scene Competitive Overview, August 27, 2003, M 0072014 at M0072024
[74] Ibid
[75] MGA Entertainment, Awards, http://www.mgae.com/awards/2006_awards.asp
[76] Eric Clark, The Real Toy Story: Inside the Ruthless Battle for America's Youngest Consumers, The Free Press, New York, NY 2007.
[77] Interview with Paula Garcia, January 29, 2008

CONFIDENTIAL – ATTORNEY'S EYES ONLY

EXHIBIT 22
PAGE 645

holidays and culturally significant moments.[78] She introduced concepts to young girls to aspire to in the far future, in contrast to Bratz dolls whose themes embody characteristics to which young girls are already relating to today, here and now. The different themes that the Bratz dolls embody each season strengthen the brand identity system. It captures the emotional code of the cultural context in which tweens realistically live today and hence makes the brand part of their cultural currency.

54. Another level important to understanding the brand architecture is to look at brand extensions and licensing. These components lay out the framework for the brand, creating a mental landscape or brand territory that defines the social-situational context in which the brand resides, creates associations and manifests growth. In my opinion, it is this construction of the brand territory of the Bratz "world"[79] that truly creates the brand and the value to MGA Entertainment and consumers. The fast and effective means to create this world, to transcend a doll brand and become truly a lifestyle and entertainment brand is through brand growth strategies such as licensing and brand extensions. It matters how these growth strategies fit together, and how they connect the various elements that relate to young girls today. In my book, *Hidden in Plain Sight*, I call this progress: capturing the ecosystem of consumer demand. Kids today are interested in self-expression, technology and independence. They want to be creative, hip, and play with toys that resemble cell phones, video games and automatic toys all while immersing themselves in a brand they think is cool. The Bratz brand has produced hundreds of products that build this strong brand architecture. The Bratz line consists of Bratz Petz, Bratz Kidz, clothing, safari packs, pool lounges, shoes, waterslides,

---

[78] Eric Clark, *The Real Toy Story: Inside the Ruthless Battle for America's Youngest Consumers*, The Free Press, New York, NY 2007.
[79] My Scene Competitive Overview, August 27, 2003, M 0072014 at M0072022

29

CONFIDENTIAL – ATTORNEY'S EYES ONLY

EXHIBIT 22
PAGE 646

canopy, chalk, toothpaste, bags, and stationary sets among others.[80]  Furthermore, with numerous brand products and accessories sold with the brand extensions, such as purses in the form of "quality soft goods,"[81] young girls are able to live the brand, forming strong associations about their abilities to express themselves with Bratz.

55. In conclusion, Bratz has developed a logical system of sub-brands, themes and other products, brands and innovations that reinforce the Bratz brand identity. It also creates clarity of what Bratz stands for and creates clear differentiation from Barbie or other dolls.

*Organizational Structure and Processes*

56. The third component of a system of managing the brand is the organizational structure and the processes that are in place to manage a brand from its inception to its growth. One of the most important areas is that there needs to be somebody in charge. In my book *Brand Leadership* as well as research that led to the book, I describe the various organizational structures that create responsibilities and accountabilities for managing the brand.[82] At MGA Entertainment, this effort was led by Paula Garcia and a small group of people that she worked with.[83]  In my opinion, there appears to be a loose, intuitive process of managing the product design and brand development process as it is typical for young and entrepreneurial firms.

57. In addition to the core team that had the vision for Bratz, there were host of other people involved from inside and outside the firm. For example, Paula Garcia used outside freelance and design help so there was a continuous and ongoing back and forth process on sculpting

---

[80] Outdoor Activities, Spring 2005, MGA 1675793
[81] My Scene Competitive Overview, August 27, 2003, M 0072014
[82] See for example: David A. Aaker and Erich Joachimsthaler (1999), The Lure of Global Branding, *Harvard Business Review*, November/December.
[83] Interview with Paula Garcia, January 29, 2008

CONFIDENTIAL – ATTORNEY'S EYES ONLY

EXHIBIT 22
PAGE 647

that created the final designs – there was a specialist named Margaret Leahy who created rough sculpts in an attempt to envision what the doll would be like and how it would come to life, and there were brain storming sessions that were run by Rachel Harris with design teams to create breakthrough packaging design ideas. Carter Bryant and Veronica Marlow searched for inspiration from different and new fabrics.[84]  There was also early on a sense that consumer research is important. Isaac Larian has often said that listening to young kids is important, including asking his own daughter Jasmin, whose age fell within the "tween" age bracket. Kids always tell the truth in the most honest and straight way.[85] MGA Entertainment conducted focus groups as early as 2001.[86] Often, these focus groups were designed to provide inspiration from consumers rather than merely to confirm and test existing doll concepts and to avoid risk and failure.[87]

58. These activities point to processes of managing the brand from the early inceptions of the Bratz brand. I have interviewed several executives of MGA Entertainment to further understand how these processes work today and from experience with similar entrepreneurial companies in similar industries, I conclude that MGA Entertainment has some of the important key processes, systems and structures in place to manage effectively the brand over time. There are also gaps as I would expect and as is typical in these types of firms.

*Brand-Building Programs*

59. The fourth component of a proactive system of managing a brand is the mechanism to create powerful brand-building programs that are on target and that resonate with consumers or

---

[84] *Ibid*
[85] Eric Clark, *The Real Toy Story: Inside the Ruthless Battle for America's Youngest Consumers*, The Free Press, New York, NY 2007
[86] Interviews with Paula Garcia and Steffen Smith, January 29 and 31, 2008
[87] Interview with Paula Garcia, January 29, 2008

31

CONFIDENTIAL – ATTORNEY'S EYES ONLY

EXHIBIT 22
PAGE 648

retailers.   At MGA Entertainment, there appears to be present a system that is able to consistently create a "strong branding" with the ability to "execute on irreverence."[88]  In order to do so, MGA constructed effective and unique brand-building programs that not only launched the Bratz dolls but also proved to be effective again and again. Over the years, these programs created one of the most popular doll brands today, not only able to sell dolls but to "convince consumers to buy into a higher price point."[89]  One of these ideas, for example, was the creation of a Bratz movie with live characters. At the time, this was a departure from movies that were made primarily using animation.  The movie grossed                           in the United States alone and was said to be a "fun" movie with "a lot of clothes" about "spilling secrets."[91] These characteristics resonated with young girls and provided them with the level of sophistication they seek as tweens.

60. Another brand-building program that has been very effective is MGA's use of different media outlets such as radio, cable and music to reach consumers.  Music in particular allows young girls to identify the brand quickly and relate to the sounds.  When defining their approach to building brand equity, competitors state that it is imperative to use taglines, sound bites and brand music in a consistent way so girls directly recognize the advertisements.[92]  Responding to the tweens' desire to emulate older girls, MGA released its own Bratz music CD, capturing the popular sounds of today and reaching young girls looking for a piece of pop culture with which they can relate to.[93]

[88] My Scene & Bratz What's Working & What's Not, M 0078511 at M 0078512
[89] My Scene Competitive Overview, August 27, 2003, M 0072014 at M0072025
[90] The Numbers -- Box Office Data, http://www.the-numbers.com/movies/2007/BRATZ.php, 1997 - 2007
[91] Mattel Worldwide Consumer Research Memo from Dawn Rapp, July 19, 2005, M 0077590
[92] Email from A Lago to Young & Republican, November 1, 2004, Y & R 000135 - 136
[93] Bratz Passion 4 Fashion Diamondz, Marketing Plan Authorization, Presented July 28, 2006. MGA0194218

32

CONFIDENTIAL – ATTORNEY'S EYES ONLY

**EXHIBIT 22**
**PAGE 649**

61. I reviewed the consolidated statements of operations of MGA Entertainment from 2001 to 2006 to gain a sense of how much the marketing budget weighed relative to total revenue, a metric commonly used to measure how active a company is in managing it(s) brand(s). MGA Entertainment's "marketing and sales" budget grew from 15.7 million dollars in 2001 to 54 million dollars in 2006, representing 16.4% of revenue the first year and stabilizing at an average of 8.6% the following years.[94] Over half (52.6%) of all CMOs (Chief Marketing Officer) of US-based consumer goods companies claim to spend less than 4% on sales and marketing.[95] I also reviewed Mattel's annual report over the same period of time and found that Mattel had spent on average 12% of revenue on "marketing and sales".[96] I conclude that the toy industry and in particular the fashion doll space is very competitive and that companies invest heavily in building systems for managing their brands and marketing their products. Furthermore, I conclude that MGA Entertainment followed the category and actively invested in building it(s) brand(s).

62. In conclusion, MGA Entertainment had in place all the major pieces of a successful and proactive brand management system during the early years of Bratz. The company was in a unique position of having experience in the toy industry but not necessarily with the specific category of fashion dolls. This helped Isaac Larian to attract talented people early on, something that would be more difficult for a pure start-up company. These professionals knew the effective workings and processes of building a brand, and they had access to external partners or suppliers they could trust to make the task of managing the brand consistent with their vision. The system of proactive brand management at MGA

---

[94] Financial statements (P&L) from MGA Entertainment, MGA 3709872-MGA 3709924 (2001); MGA 3710834-MGA 3711607 (2006)
[95] CMO Council. "Positive outlook on marketing spend reported by CMO council."
http://www.marketwire.com/mw/release.do?id=809857
[96] My calculations based on financial statements from MGA Entertainment.

CONFIDENTIAL – ATTORNEY'S EYES ONLY

EXHIBIT 22
PAGE 650

Entertainment is looser and more fluid than in larger companies that manages brands much like they manage financial assets using procedures, policies, guidelines and rules, for example. The more fluid system benefits from allowing decision making to be intuitive and creative not formal; fast-paced rather than lengthy with enormous time lapses; and less bureaucratic and hierarchical. It is my opinion that the success of Bratz in the market place had as much to do with the ideas around the brand as with the way it was managed proactively at MGA Entertainment. In the following section, I will describe my analysis of how MGA Entertainment built specific brand assets that together make up the strength of the Bratz brand. I also discuss how the Bratz brand has been built overtime through a powerful set of brand-building programs and marketing activities.

### C. The Strength of the Bratz Brand and its Development from 2001 until Today

63. The concept of *brand equity* emerged in the late 1980s and is based on the idea that a brand provides a quantifiable value to a company's success. This value is greater than the sum of its tangible assets (i.e., product, design and distribution capabilities). Brand equity is defined as the set of assets or liabilities that add or subtract from the value provided by a product or service.[97] The brand's equity – its ability to contribute to operation profit – is a function of its power to acquire and retain customers. It is a strategic variable to be built and enhanced by new innovations, advertising, promotions and other brand-building activities.

64. An assessment of a brand's equity focuses not just on any or all aspects of the brand but those that influence consumer response or brand performance in the market place. The most

---

[97] David A. Aaker, *Managing Brand Equity*, The Free Press, New York, NY 1991; David A. Aaker and Erich Joachimsthaler, *Brand Leadership: The Next Level of the Brand Revolution* , The Free Press, New York, NY 2000.

34

CONFIDENTIAL – ATTORNEY'S EYES ONLY

EXHIBIT 22
PAGE 651

brand can help to sustain relevance amid constantly changing tastes and rapid turnover of core customers. The reality of the tween market is that every 5 years a toy company addresses a completely new group of consumers. Toy companies targeting tweens must therefore carefully manage their brands through constant renewal of their brand positioning and user imagery with new consumers. This requires consistent investment in the brand.

25. A third benefit to the manufacturer is that strong brands provide the basis for brand extensions, co-branding and licensing arrangements. Brand extensions involve using an existing brand name to introduce a new product, bring new customers to the brand franchise and increase market coverage.[15] Brand extensions are commonly used in the toy industry to enable companies to access new market segments or new categories. Examples of brand extensions of the Bratz brand include the Bratz Petz and the Lil Bratz lines. Brand extensions and other brand growth strategies are important because they help to create the brand territory, the world of Barbie or the world of Bratz.

26. Co-branding in particular has strong implications for brands by using more than one brand to enhance the overall value proposition, enriching the experience consumers have with the brand through a multiplicity of consumer touchpoints. As I state in my book with David Aaker, *Brand Leadership*, co-branding creates an advantage because of the positive associations it provides of the different brands. An example in the toy space would be the NBA licensing their name with Barbie to create NBA Barbie.[16] In this case, both the NBA and Barbie draw on strengths from each other's brands to create value for the NBA Barbie, which in turn bolsters each of their own brands.

---

[15] Kevin Lane Keller, *Strategic Brand Management: Building, Measuring, and Managing Brand Equity*, 3rd Ed, Prentice Hall, Upper Saddle River, New Jersey, 2008.
[16] David A. Aaker and Erich Joachimsthaler, *Brand Leadership: The Next Level of the Brand Revolution*, New York: The Free Press, 2000, p. 142.

13

CONFIDENTIAL – ATTORNEY'S EYES ONLY

EXHIBIT 22
PAGE 630

27. Furthermore, licensing arrangements and product tie-ins allow for extra revenue to be earned from the strength of the brand. These arrangements make it possible to assist a product in growing into a meaningful franchise that is able to build onto itself, and hence create longevity for its products. For example, Mattel built a strong lifestyle franchise around the Barbie doll[17], and thus, in my view, extended the timeframe during which their doll product prospered.

28. These arrangements also make it possible for the brand owner to enter new markets without extending its own capabilities beyond its core competency. For example, Harley Davidson is a well-known example of successful licensing – indeed, a big share of their revenue comes from licensing arrangements for T-shirts, hats, jackets, and other accessories. The same appears to be true of Bratz. Bratz uses a brand growth strategy of licensing. It has approximately 2,650 North American licenses.[18] The Bratz licenses include Bratz Hosiery, Au'Some Candies, Bratz Valentines, Dream Apparel, Bratz Bedding and Bratz Beach Towels. Royalty income from third parties was approximately _____ from net sales of _____ n the year 2006.[19] It helps to build the world of Bratz and contributes its success as a company as it exists today. A license for a Bratz bag, for example, brings in about _____.

29. A fourth benefit to manufacturers of strong brands is to gain distribution and establish trade relationships. Retail distribution is highly concentrated in America with Wal-Mart, Target, Toys R' Us, Kmart and KB Toys selling most American toys. The first three alone account

---

[17] Eric Clark, *The Real Toy Story: Inside the Ruthless Battle for America's Youngest Consumers*, The Free Press, New York, New York, 2007, pg. 76
[18] MGA Entertainment, Inc Licensing North America, List of Licensees and Contracts MGA 3765287-3765551
[19] MGA Inc. Consolidated Financial Statements, December 31, 2006. MGA0868707 at MGA0868714.
[20] MGA Entertainment Domestic Licensing Data, *Payment Log*, June 30, 2007. MGA 3743606-3745687

14

CONFIDENTIAL – ATTORNEY'S EYES ONLY

REDACTED          EXHIBIT 22
                  PAGE 631

launched in 2007, where girls can read about and interact with their doll in cyberspace. All of these brand-building activities contributed to the creation of a "Bratz world" that extended far beyond merely the doll.[105]

67. In addition to specific brand-building programs, the physical presence of the Bratz doll on shelves contributes to its high awareness. The packaging and store displays create awareness by introducing clear messages, unique shapes and specific bright colors.[106] The type of package for a toy product is important, giving impetus to many toy companies to invest in initiatives designed to drive sales momentum, such as more "open packaging."[107] Bratz has taken an "innovative" approach, with "unique pyramid shape" packaging.[108] The packaging's clear structure allows for almost the entire product to be seen on all sides and lets the doll and the accessories to shine through. Furthermore, "the Bratz front packaging has more callouts than My Scene and always has a handle."[109] Although the use of a handle on a package seems like a small feature, it makes a big difference with the young consumer. Focus groups have shown that young girls "are more attracted to structures with furry handles", giving the girls storage capability and portability."[110] Bratz's packaging has, in fact, garnered several awards: *Create Magazine*'s Editor's Pick Winner for best packaging for Bratz Genie Magic and Bratz Rodeo.

68. In addition to the design of the package, the placement and order in the aisles is also essential. The packages are lined from smaller to bigger sizes and allow for systematic decision-making and hanging displays make it easier to differentiate the products and create

[105] My Scene Competitive Overview, August 27, 2003, M 0082139
[106] Competitive Overview, August 27, 2003, M 0072014
[107] Mattel 10K filed March 8, 2005 at 23
[108] *Ibid*
[109] My Scene vs. Bratz Dolls, Competitive Analysis and Recommendations, M 0086622
[110] Mattel Worldwide Consumer Research 2004, My Scene waves B & C, Focus Group Report, October 13, 2003 M 0747909

37

CONFIDENTIAL – ATTORNEY'S EYES ONLY

EXHIBIT 22
PAGE 654

a visual flow from segment to segment.[111]   The bright, metallic colors of the consistent shelf tags, wallpaper, and packaging of the Bratz dolls enhance their edgy and trendy personalities, and create strong impact at the shelf.  In fact, Mattel talks about the need to change their packaging strategy[112] and color palette and structure[113] because it is not sufficiently "hip/cool/edgy".[114]  Other doll brands argue that packaging is an important element on which they have to work harder in order to match Bratz.[115]  By extending the Bratz branding to the store shelves, MGA Entertainment has created a whole consumer experience.

69.  The Bratz dolls have achieved high awareness, especially among tweens. Global awareness tests in 2006 and 2007 indicate that the Bratz dolls hold an average of 60% unaided awareness worldwide and 71% in the US, as opposed to My Scene Barbie that averages 21% worldwide and 20% in U.S. Research shows that in 2006 girls held the Bratz brand in strong position as second most top-of-mind doll, especially in Spain, U.K., and Canada and in 2007 Bratz dolls were the most top-of-mind in the UK and Canada.[116]  In a 2006 survey conducted for MGA Entertainment, 50% of girls said they played with Barbie and 50% of girls said they played with Bratz dolls.  Furthermore, the Bratz brand in 2006 was the second best known among mothers internationally[117]

70.  As I said before, achieving awareness is an important step in creating brand equity, but it is not enough.  The insurance company *Aflac* is a case that illustrates this important fact. The company uses a duck as a brand character which pronounces the word Aflac in advertising in

---

[111] Barbie Retail Experience, M0065511
[112] The house is on fire! Packaging Improvements to Save Barbie M0082011
[113] My Scene Competitive Overview, August 27, 2003, M 0082139
[114] Barbie Retail Experience M 0065497
[115] My Scene Go Forward Strategy M 0085691
[116] Bratz International A&U US, UK, & Canada, November 2007, pg. 65 MGA 3823970; Bratz International A&U December 2006 study, MGA 0295483
[117] A&U December 2006 study p. 35 – 64 MGA 0295483

CONFIDENTIAL – ATTORNEY'S EYES ONLY

EXHIBIT 22
PAGE 655

a unique tone of voice. The company has reported phenomenal 85% brand awareness
associated with this symbol. However, while many consumers know the duck and know the
sounds of the Aflac name, they still do not know what products or services the company
offers or what the company stands for.  This creates a situation where there is a lot of
familiarity and awareness but not real brand equity because awareness does not translate to
additional sales.[118]

*Associations*

71.  A second fundamental asset dimension of a brand is for it to have strong, favorable and
unique brand associations. Brand associations are anything 'linked' in memory to the
brand.[119]   An association can be a visual image (Ronald McDonald for *McDonald's*), a
feature (*iPod*'s distinctive design and use of color), an attribute (*Volvo*'s safety), a gesture
(*Allstate*'s hand gesture associated with the tagline: You are in good hands with *Allstate*), or
a benefit (*Crest*'s cavity prevention). Such associations form the core of how consumers
evaluate a brand on an ongoing basis. A brand has value when the associations that
consumers hold about the brand are strong, favorable, and unique.[120]

72.  The Bratz brand has achieved strong, meaningful associations amongst girls and mothers.
According to an A&U study conducted in 2006 with tween girls and their mothers, Bratz is
considered the "coolest-looking" and most fashionable doll when compared to Barbie, Mary-
Kate and Ashley, Jam 'n Glam, and Fashion Polly.  Among the positive associations, Bratz
were seen as fashionable, cool, and fun or exciting.[121]  Furthermore, in the 2007 A&U Study,

---

[118] Lisa Sanders, "CMO Says: Shut the Duck Up", *Advertising Age*, February 19, 2007.
[119] David A. Aaker, *Managing Brand Equity*, New York, NY, The Free Press, 1991.
[120] Kevin Lane Keller, *Strategic Brand Management: Building, Measuring, and Managing Brand Equity*, Third
Edition, Pearson Prentice Hall, Upper Saddle River, NJ, 2008.
[121] Bratz International A&U Tracking Study, 2006, Prepared by C&R Research. MGA 0295483

CONFIDENTIAL – ATTORNEY'S EYES ONLY

EXHIBIT 22
PAGE 656

Bratz imagery continued to be strong for being fashionable, fun and appropriate for girls ages 6 to 11 and were overwhelmingly picked as "something their friends would like."[122]  Neutral associations included big features, big heads, accessories, feet and shoes. Negative associations included too much makeup, dumb, stupid, weird, and strange looking.[123]  These associations are relatively strong for both Bratz and Barbie over the years.[124]  Both brands however face significant competition for the preferences from young girls from newer dolls such as Hannah Montana or High School Musical.[125]

73. Mothers of tweens also have strong associations with the brand. MGA's own research study found that 69% of mothers gave positive associations, with some of the strongest associations being stylish, modern, cute, pretty, beautiful and hip and trendy.  The study showed that mothers think Bratz are fashionable, age – appropriate for 6-11 year olds, fun to play with, and okay for their daughter to have.  The research also showed that mothers think Bratz were the coolest dolls.  Neutral associations included big features (heads, eyes, lips, and faces), babies, doll names, young, original, and different.  Negative associations included ugly, expensive, too much make-up, sluttish, sleazy, weird, strange looking, rude, nasty, and mean.[126]

74. The Bratz dolls represent strong and unique associations that have captured the attention of girls and mothers alike.  A recent study resulted in 9 in 10 moms and girls buying at least one Bratz doll in a stimulated shopping event[127] with 305 mom & daughter pairs in 12 geographically dispersed markets (Atlanta, Charlotte, LA, Minneapolis, New York, Omaha,

---

[122] Bratz International A&U US, UK, & Canada, November 2007, pg. 36 MGA3823970
[123] A&U December 2006 study p.41 – 42 MGA 0295483
[124] Mattel Worldwide Consumer Research 2004 – 2005, M0082100-M00821110, M0080091-M0080100.
[125] A&U Tracking Study, 2006, Prepared by C&R Research MGA 0295483
[126] A&U December 2006 study p. 79 – 81 MGA 0295483
[127] Bratz Fall '05 Girls' Line Central Location Test p. 13 MGA 0201197

40

CONFIDENTIAL – ATTORNEY'S EYES ONLY

EXHIBIT 22
PAGE 657

Orlando, Philadelphia, Phoenix, San Antonio, Seattle, St. Louis). The results show that key associations are both positive and negative. However, the positive associations that Bratz dolls have been able to create in the minds of consumers are in particular very powerful and meaningful to both tween girls and their mothers. While Barbie retains its iconic status, Bratz has surpassed Barbie in terms of desirability among girls.[128] In all but two of the countries surveyed (US, Spain, United Kingdom, Canada, France, Mexico, Benelux, Germany), girls chose Bratz more often than any other doll as the one that they are most likely to want next. 25% of girls surveyed wanted a Bratz as their next doll, whereas 17% surveyed wanted a Barbie as their next doll. This result is also confirmed in the studies by Mattel.[129]

75. It is interesting to reflect on how consumers' memories about brands are formed. Cognitive processes of memory play an important role in decision-making since people rely on their memory when deciding which doll to buy or to play with[130]. The information stored in people's memories about brands contain the brand associations that make up a brand's identity at the consumer level.

76. With respect to consumers' memory for dolls, it is generally believed that the brand name often serves as a central node in a brand-related network.[131] In addition, there are the many elements of the brand's identity (e.g., its design, colors, logo, and packaging) that can be so closely connected to the brand name that it operates in virtually the same way as the brand's

---

[128] Bratz International A&U December 2006, Prepared by C&R Research Services, Inc, MGA 0295483
[129] For example, Mattel Worldwide Consumer Research 2004 – 2005, M0082100-M00821110, M0080091-M0080100.
[130] J. W. Alba and J. W. Hutchinson (1987), "Dimensions of Consumer Expertise," *Journal of Consumer Research*, 13 (4), 411-54.
[131] Kevin Lane Keller, *Strategic Brand Management: Building, Measuring, and Managing Brand Equity*, Third Edition, Pearson Prentice Hall, Upper Saddle River, New Jersey, 2008

41

CONFIDENTIAL – ATTORNEY'S EYES ONLY

EXHIBIT 22
PAGE 658

central node.[132]  For example, it is possible that the tagline: "passion for fashion" immediately invokes all associations with Bratz. Other elements or nodes in a brand's memory network, sometimes called a brand's "memory trace," represent beliefs about the brand's main attributes and benefits (e.g., functionality, quality, doll personality), experiences with the product whether direct (e.g., personal experience) or indirect (e.g., word-of-mouth, advertising), and other beliefs or feelings about the brand (e.g., popularity with peers, its "cool" factor, relevance to user's personality and imagination). The figure below illustrates how brand-related memories may be organized as a network.



77. In the case of the Bratz dolls, a consumer familiar with the brand may have a memory network as follows:[133]

---
[132] *Ibid*
[133] A&U December 2006 study MGA 0295483

42

CONFIDENTIAL – ATTORNEY'S EYES ONLY

EXHIBIT 22
PAGE 659



78. As for Barbie dolls, a typical consumer's memory network may look as follows:[134]



---

[134] A&U December 2006 study, MGA 0295483

43

CONFIDENTIAL – ATTORNEY'S EYES ONLY

EXHIBIT 22
PAGE 660

79. The strength, favorability and uniqueness of the associations that consumers' have with the brand are reflections of the memory networks that are in consumers' mind and that influence how they purchase and play with dolls.

*Perceived Quality*

80. Perceived quality is "the customer's perception of the overall quality or superiority of a product or service with respect to intended purpose, relative to alternatives."[135]  It is an association, but it is often separated out because of its strategic importance as the source of many brands' competitive advantage.

81. According to internal MGA Entertainment documents, the brand strength of the Bratz dolls is rooted in the attention to detail and the quality of the product.[136] In addition, the dolls are sold with numerous accessories and in theme packs, such as lifestyle packs and fashion packs.  The ability to fill out the package with lots of value has resulted in the creation of a quality brand that girls as well as moms see as superior to other doll products.[137] In the December 2006 A & U study, research showed that "When Bratz and Barbie are compared head to head, girls think that Bratz is the most fashionable and cool…having the best accessories and the most items in the box."[138]  Even further research shows that U.S. mothers alone believe that Bratz has the best accessories, finding even higher percentages among girls and mothers than in any other country.[139]

82. As early as 2001, Bratz established a strong vision for quality in terms of its accessory-merchandising program. The program was clearly designed to set itself apart from the typical

---

[135] David A. Aaker, *Managing Brand Equity*, The Free Press, New York, NY, 1991.
[136] BRATZ S.W.O.T. MGA0212252
[137] *Ibid*
[138] Bratz International A&U December 2006, Prepared by C&R Research Services, Inc, MGA 0295483
[139] *Ibid*

44

CONFIDENTIAL – ATTORNEY'S EYES ONLY

EXHIBIT 22
PAGE 661

character program.[140]  When introduced to Bratz, girls overwhelmingly believed that Bratz came with "better stuff."[141]  This belief has been upheld by much research performed by both competitors and MGA Entertainment.  Mattel research has concluded that Bratz has succeeded in part because girls think Bratz accessories are "over the top hip,"[142] and in particular, girls are enamored by the high piece count and stuff that comes with the dolls.  Despite the higher prices, moms tend to perceive the dolls as having higher value.[143]

83. The quality of the Bratz dolls comes through research on perception among girls that shows why "Bratz remains the brand with the strongest imagery in the doll category."[144]  The favorable quality of the brand has translated into many awards and recognitions of excellence within the toy community.  Awards and recognition for quality include Toy of the Year 2001 by the Toy Industry Association, Family Fun's Toy of the Year 2001,[145] and TIA People's Choice Toy of the Year Award.[146]

*Loyalty*

84. Loyalty is "a measure of the attachment that a customer has to a brand. It reflects how likely a customer will be to switch to another brand." [147]  Loyalty and trust are the cornerstones of a brand's relationship with its consumer.  This relationship takes time to be built and requires continual reinforcement through advertising, product innovation, perpetual delivery of the

---

[140] Holiday Fair Bratz Dolls Marketing Plan/Licensing Proposal, MGA 0064245
[141] Mattel Worldwide Consumer Research, Girls Monthly Brand Tracking Study in the US, March 4, 2005, M 0082090
[142] Mattel Worldwide Consumer Research, Diagnostic Testing with Girls Age 6 to 9, M 0088292
[143] The Bratz Brief, November 14, 2003, M 0079765
[144] Mattel Worldwide Consumer Research, Girls Monthly Brand Tracking Study in the U.S., M 0082090
[145] Bratz Fact Sheet, MGA 0178908
[146] MGA Entertainment's passion for fashioning innovative consumer entertainment products has earned numerous awards, 2003
[147] David A. Aaker, *Managing Brand Equity*, The Free Press, New York, NY, 1991.

45

CONFIDENTIAL – ATTORNEY'S EYES ONLY

EXHIBIT 22
PAGE 662

brand's equity and image promise, and constant improvement of the marketing systems.[148] Brands like Harley-Davidson exemplify the highest levels of loyalty. Few other brands have followers so deeply loyal that they tattoo the brand logo on their skin.

85. Brand loyalty can be achieved by involving the customer in brand-building experiences. In contrast, providing extensive information about a product through media advertising simply cannot produce the impact that a customer's personal experience with a brand can achieve. Consider for example "Legoland"; "McDonald's PlayPlace" or "Playland" playgrounds for kids; and the involvement of customers in the "Nike Runner's Lounge". The Bratz Brand, for example, has created brand-building experiences in the online world, inviting tweens to access their *Be-Bratz.com* website with a key only found in Bratz dolls packages. Once inside the site, Bratz owners can access a full interactive world where they are able to create their own Bratz character, take care of a pet, and choose characteristics ranging from personality attributes to fashion choices. The vast array of interactive activities involves the consumer and builds the world of Bratz to include much more than just the product. Visiting the site myself, I was able to see that the interactive life you build for your character, the enabled chat and text messages as well as the multitude of games and activities encourages repeat visits.

86. With websites, fan clubs and free gifts the Bratz brand has inspired popularity and loyalty among young consumers such that most girls who own Bratz dolls, have about four on average.[149] Consumer loyalty to Bratz has pushed retailers to devote more shelf space to Bratz. Although challenging the iconic Barbie doll was a lofty goal, Bratz was able to win shelf space through consumer demand that resulted in $20 million worth of Bratz dolls being

---

[148] *Ibid*
[149] A&U December 2006 study p. 32, MGA 0295483

46

CONFIDENTIAL – ATTORNEY'S EYES ONLY

EXHIBIT 22
PAGE 663

sold in the first six months they were out.[150] In the year 2007, a survey shows that moms felt that their daughters played ever less with Barbie than the previous year when Bratz were already winning for play time among young consumers.[151] For example, Bratz is given shelf space equal in size to My Scene and Flavas combined.[152] Furthermore, the Bratz website boasts a large following of loyal fans. The Bratz website (www.bratzpack.com) logs about 70 thousand fans on a regular basis[153] with over 400,000 subscribers, the majority of which are repeat visitors.[154]

87. In conclusion, MGA Entertainment engaged in the classic brand-building activities that I would expect from an entrepreneurial-minded company as such; they have achieved high awareness levels, strong associations, high perceptions of quality, and loyalty among customers. These brand-building efforts have translated to a high willingness-to-buy. For example, 56% of the dollars that moms in general are willing to spend on buying a fashion doll would be used to buy a Bratz doll; versus Barbie & My Scene's combined 42% share of dollars that moms are willing to spend on buying a fashion doll.[155] The desirability of the dolls has translated directly to high conversion rates for girls and mothers.[156] In Spain, the U.K. and Canada, the girls' conversion rate was at 75% and in the U.S., France and Mexico, the rate was at 50%-66%. Moms as well have high conversion rates, processing awareness and association into ownership; they are buying Bratz more than any other doll except Barbie — an average conversion rate of 69%[157], as opposed to a 94% conversion rate for Barbie.[158]

---

[150] Mel Duvall and Kim S. Nash, Baseline, *Mattel: How Barbie Lost her Groove*, August 4, 2005
[151] Bratz International A&U US, UK, & Canada, November 2007, pg. 65 MGA 3824035
[152] JP Morgan Securities US Equity Research – Mattel, Inc. MGA0191335
[153] Bratz Fact Sheet MGA0178909
[154] Bratz – Mr. Pete Lipnick/OfficeMax/December 1, 2004 MGA0212217
[155] Bratz Fall '05 Girls' Line Central Location Test p. 11 MGA 0201197
[156] The conversion rate refers to the percentage of translation from mere consideration to actual purchase.
[157] A&U December 2006 study p. 70 MGA 0295483
[158] *Ibid*

47

CONFIDENTIAL – ATTORNEY'S EYES ONLY

EXHIBIT 22
PAGE 664

The Bratz dolls' high conversion rate exemplifies the strength of the brand in motivating consumers to purchase.

*Other Proprietary Brand Assets*

88. Other proprietary brand assets include patents, trademarks, or channel relationships that create value for the brand. An important asset dimension for MGA Entertainment and Bratz is its channel or trade relationships. This is particularly important in today's toy market where a few major companies have swallowed smaller firms and now control the toy industry.[159] They dominate distribution with key retailers. The situation is exacerbated for other manufacturers because as discussed earlier, toy retailing is highly concentrated among the top five retailers with the top three accounting for 60% of the volume while many of the specialty stores like Zany Brainy, Noodle Kidoodle or Store of Knowledge disappear. It is extremely difficult to achieve distribution with various retail formats. Strong retail channel relationships represent an important asset dimension for toy manufacturers.

89. Beginning in 2001, it is my understanding that a comprehensive retail strategy was created to launch Bratz dolls and most importantly, put them on shelves.[160] Product samples, mock advertisements, and store end caps were drafted to present to retailers.[161] Kits were created by the sales department that included press clippings, media and promotional plans with digital photos, prospective licensees, character profiles and flash animation.[162] Obtaining shelf space in a retail environment that was used to selling only Barbie was almost an

---

[159] Eric Clark, *The Real Toy Story: Inside the Ruthless Battle for America's Youngest Consumers*, The Free Press, New York, NY, 2007.
[160] Interview with Paula Garcia, January 29, 2008.
[161] Holiday Fair Bratz Dolls Marketing Plan and Licensing Proposal, June 21, 2001. MGA 0064245
[162] *Ibid*

48

CONFIDENTIAL – ATTORNEY'S EYES ONLY

EXHIBIT 22
PAGE 665

impossible task, as explained by Paula Garcia.[163]  In order to get shelf space, MGA Entertainment had to present their dolls at the NY Toy Fair in hopes of impressing one of the Big Four players: Toys "R" Us, Wal-Mart, Kmart and Target.[164]  At the time, out of all major retail chains at the fair, only Target agreed to pick up the line, offering approximately one foot of shelf space compared to the 24 feet that Barbie normally occupies.[165]  Today, Bratz occupies substantial shelf space at all major retailers including Walmart, Kmart, Target and Toys "R" Us, where Bratz holds 64 feet of shelf space compared to My Scene Barbie which has 24.  Similarly, at Kmart, Bratz holds 32 feet of space whereas My Scene Barbie holds 6 feet.[166]  The efforts that were made in the early stages of the Bratz dolls' development have lead to the retail space that the brand is able to occupy today.[167]

90.  When MGA Entertainment entered the doll space, Mattel had introduced the top 5 dolls sold in 2000.  The two years previous to that, only 3 of the top 25 items and two of the top 25 items were not Barbie branded. Barbie was the #1 Fashion doll and Celebration Barbie and Millennium Barbie both had sales upwards of          Today, Bratz dolls are the #2 girl property and #1 girl property for 6-8 and 9-11 year olds.[168]

91.  MGA Entertainment continues to manage a comprehensive retail strategy.  This strategy focuses on selling to the most popular toy retailers including Toys R' Us, Target, Wal-Mart and Macy's, where Bratz has the same amount if not more shelf space than Barbie,[169] as well as several other channels such as mid-tier department stores, toy specialty stores, and e-

[163] Interview with Paula Garcia, January 29, 2008
[164] T.L. Stanley and Karen Benezra, "Toys: would she make it after all", *Brandweek*, February 09, 1998.
[165] Interview with Paula Garcia, January 29, 2008
[166] My Scene Competitive Overview, August 27, 2003, M 0072014
[167] ABC International Traders, Inc., Business Plan Copy #1, March 2001, MGA 0047162
[168] 2003/2004 Mattel Girls Toy Competitive, O&M 000002
[169] My Scene vs. Bratz Dolls Competitive Analysis & Recommendations, M 0086622

49

CONFIDENTIAL – ATTORNEY'S EYES ONLY

REDACTED

EXHIBIT 22
PAGE 666

commerce ports.[170]  Bratz dolls support these accounts through over 2,650 North America licenses, featuring Bratz shoes, high-tech radio controlled vehicles and videogames, creating the premier fashion doll lifestyle brand of today.[171] It is not only the foot traffic that Bratz brings to retailers, but also the competitive atmosphere which promotes diversification of the doll space.  Retailers benefit from the addition of a new player, taking away their dependence on one single brand.  Furthermore, retailers had "expressed dissatisfaction" with the low margins of 20%, while Bratz reportedly had the "normal" margins of 35%.[172]

92. In conclusion, Bratz has become a strong brand in a relatively short time. This was recognized and fully analyzed by Mattel at least as early as November 14, 2003 in a briefing document that states that "within two years of its launch, Bratz awareness levels in the U.S. were impressive – in the range of 90-100%" and concludes that "the competitive threat represented by Bratz was based on an unique brand positioning and product execution that was relevant resonated with older girls"[173].  By March 16th 2004, an update to the 2004 Barbie marketing plan states that "the House is on Fire! Every Score Card measurement is down with [Barbie] market share of doll category down 7%, top 4 POS down 13% and account ad space support down 85% at Walmart and 22% at Toys "R" Us while Bratz is gaining share with core 5-8 year olds. Since November [2003], Bratz penetration has grown from 66% to 80% with 5-6 year olds and 80 to 84% with 7-8 year olds".[174]  On April 15th 2004, another document concludes that "we must do some things differently around here"[175] since "a rival-led Barbie genocide rapidly grows. […] Product, packaging, marketing and

[170] ABC International Traders, Inc., Business Plan Copy #1, March 2001, MGA 0047162
[171] MGA Entertainment, Inc Licensing North America, List of Licensees and Contracts MGA 3765287-3765551
[172] The Bratz Brief, M0079765
[173] The Bratz Brief, M0079765
[174] 2004 Barbie Marketing Plan Update p.3 M0079848
[175] 2005 Barbie Spring Line Review p.4 M0079731

50

CONFIDENTIAL – ATTORNEY'S EYES ONLY

EXHIBIT 22
PAGE 667

sales must be launched that is brilliant, tactical, aggressive, revolutionary and ruthless".[176] An internal email entitled "The Barbie Call to Action" dated April 2nd, 2004 states "the old way of building the Barbie brand just doesn't work anymore", highlights that Bratz is now outselling Barbie at Mattel's largest retail account, Wal-Mart, and concludes that the marketing team will need to present new approaches to packaging, pricing, design and marketing.[177]

93. In contrast, every asset dimension of Bratz has strengthened meaningfully over the 5 years following the launch. As previously shown, a considerable number of Mattel documents admit to the brand strengths of Bratz.[178] These strengths are clearly a result of a large array of actions, new innovations and numerous successful brand-building programs that were initiated during the last seven years. The Bratz brand strengths should translate into a significant price premium that Bratz can realize over an unbranded equivalent. In order to understand how these brand assets impact consumers and hence realizing a price premium for MGA Entertainment when buying toys, dolls, apparel and accessories, it is important to understand how consumers make those buying decisions. I turn to this issue in the next section.

---

[176] 2005 Barbie Spring Line Review p.5 M0079731
[177] Internal email M0079846
[178] Documents include but are not limited to: The Bratz Brief, M0079765; 2004 Marketing Plan Update M0079848; 2005 Barbie Spring Line Review M0079731; 2003/2004 Mattel Girls Toy Competitive, O&M 000002; My Scene vs. Bratz Dolls Competitive Analysis & Recommendations, M 0086622; My Scene Competitive Overview, August 27, 2003, M 0072014; Mattel Worldwide Consumer Research, Girls Monthly Brand Tracking Study in the U.S., M 0082090; Mattel Worldwide Consumer Research, Diagnostic Testing with Girls Age 6 to 9, M 0088292; Mattel Worldwide Consumer Research, Girls Monthly Brand Tracking Study in the US, March 4, 2005, M 0082090; The house is on fire! Packaging Improvements to Save Barbie M0082011;Barbie Retail Experience M 0065497; My Scene Go Forward Strategy M 0085691; My Scene Competitive Overview, August 27, 2003, M 0082139; Competitive Overview, August 27, 2003, M 0072014; My Scene vs. Bratz Dolls, Competitive Analysis and Recommendations, M 0086622
Mattel Worldwide Consumer Research 2004, My Scene waves B & C, Focus Group Report, October 13, 2003 M 0747909; Barbie Retail Experience, M0065511

CONFIDENTIAL – ATTORNEY'S EYES ONLY

EXHIBIT 22
PAGE 668

**D. How Consumers Make Decisions for Toys, Dolls, Apparel and Accessories**

94. Consumer decision making is generally thought of as consisting of several distinct stages.[179]
The first stage, called "problem recognition" or "need recognition," is the stage in which the
consumer first experiences a problem or a need (e.g., "I need to buy a gift for my daughter";
"Playing helps the development of the child"), and realizes that a product of a certain
category may be needed (e.g., "Maybe, I'll buy a doll" or "She needs to have some toys to
play with"). A large part of this problem recognition stage is driven by parents or family
members who spend more than three times (about $170 billion) on tweens than tweens spend
themselves (about $51 billion) in the US. Preferences of girls, of course, influence the
purchases by parents. Dolls are an extremely important toy for girls still today. One research
study showed that when asked about their most favorite toy, 37% of girls age 5 to 13 list
dolls as their most favorite toy, 17% list stuffed animals as their favorite toy and 15% prefer
educational activities.[180] Spending on toys differs highly between parents and tweens. While
parents may buy the doll, tweens spend a large amount on apparel and accessories. There are
huge differences in the motivations of purchasing a doll, perhaps as a gift and purchasing
fashion and accessories for a doll that is already owned. Furthermore, recent research shows
that "adolescents seem to play a significant role in the final stages of decision making."[181]
Increasingly, the consumption of brands in the case of children has become important in the
arena of expressing ones' personality and identity. As the youth market shifts making tweens

---

[179] Wayne D. Hoyer and Deborah J. MacInnis, *Consumer Behavior* (3rd ed.). Boston, MA: Houghton Mifflin, 2003.
[180] Isabelle Cherney and Kamala London (2006), "Gender-linked Differences in the Toys, Television Shows, Computer Games and Outdoor Activities of 5 to 13-years old Children," *Sex Roles*, Springer Netherlands, May, Vol. 54, No. 9-10.
[181] Julie Tinson & Clive Nancarrow (2007), "Grow"ing up: tweens' involvement in family decision making, *Journal of Consumer Marketing*, 160-170.

52

CONFIDENTIAL – ATTORNEY'S EYES ONLY

EXHIBIT 22
PAGE 669

older in aspirations and values, their purchase intent and the influence they have on parents and older family members becomes significant.[182]

95. The second stage, called the information search, is the stage in which the consumer gathers information to make the decision. Different types of information may be searched at this stage including (a) information about what options are available (e.g., "What are the different dolls available?"), (b) information about the main attributes of the options (e.g., "Which doll has a broad range of accessories?"; "How much will the child play with it?"), and (c) information about how to make the decision (e.g., "The type of fashion that the doll can be dressed is more important than the design of the doll"; "I better ask a person from the daycare center what they recommend"). Consumers' information search can be external (e.g., seeing what other kids her age play with, browsing the web) or internal, that is, based on their knowledge and memory (e.g., "I remember seeing a great doll a while ago"). A survey of 1,306 U.S. children showed that 36% of tweens ages 8-12 agree that they often pay close attention to advertisements to make sure they buy the right products and 36% also say that they often look to see what their friends use and buy when making purchase decisions, and 62% like to buy things their friends have.[183] Often, the information search will combine both internal and external searches and is generally more extensive when the consumer is particularly motivated to make a "good decision," a notion called "consumer involvement".[184] Consumer involvement with the decision tends to be higher whenever "the stakes are high" such as when the product is expensive (e.g. buying a car), the decision has

---

[182] *Ibid*
[183] Online survey by Harris Interactive in collaboration with the University of Delaware's Lerner College of Business and Economics.
[184] Sharon E. Beatty and Scott M. Smith (1987), "External Search Effort - an Investigation across Several Product Categories," Journal of Consumer Research, 14 (1), 83-95; Erich Joachimsthaler and John Lastovicka (1985), 4MODE1 AND 4MODE2: Fortran IV Programs for the Four-Mode Components Analysis Problem, *Journal of Marketing Research*, (Computer Abstracts).

53

CONFIDENTIAL – ATTORNEY'S EYES ONLY

EXHIBIT 22
PAGE 670

important consequences (e.g., will she play with it), the product entails risks (e.g., choosing a brand of medicine), or the product has high symbolic or expressive value (e.g., choosing a gift or to feel grown up). The extent of the information search also depends on the amount of experience and familiarity that the consumer has with the decision and the product category whether it is a purchase of a fashion doll, apparel or accessories.

96. The fact that consumers' information search is not only external but also largely internal has important implications for this case. It is important to recognize that a large part of the information that consumers learn about brands is not learned in the context of or in relation to a specific decision. Instead, a large part of consumer's knowledge is acquired incidentally, that is, without an explicit intention to learn the specific information.[185] A consumer with no need or intent to buy a doll may still acquire, incidentally, a lot of doll-related information (e.g., seeing other people while walking in the park; noticing another child's doll while going out, seeing different types of dolls while passing by a toy store, seeing an ad for dolls while reading a magazine, etc.). Part of this information will eventually resurface if one day the same consumer does need to buy a doll and starts searching through his or her memory. This implies that differences between a brand and another have consequences that extend beyond the particular setting where the original learning about doll initially took place.  Industry experience shows, for example, that consumer take only three seconds to notice a brand on a shelf.[186]  So, when a consumer walks by a shelf in a toy store, the distinctiveness of the packaging may be one of the determining factors to ensure that a consumer encodes the doll as a Bratz doll. This incidence may influence the consumers' memory and future attitude and

---

[185] H. E. Krugman (1967). "The measurement of advertising involvement," *Public Opinion Quarterly*, 30, 583-596
[186] Interview with Steffen Smith, January 31, 2008

CONFIDENTIAL – ATTORNEY'S EYES ONLY

EXHIBIT 22
PAGE 671

behavior toward Bratz even if the consumer uses a different channel (for example, surfing the web) to buy a doll, apparel or accessories.

97. The next stage is called consideration set formation. Because product choice often involves a multitude of alternatives—Target.com, for example, carries 8 types of fashion doll characters and 267 different fashion dolls to be exact. Toysrus.com carries 11 types of fashion dolls and 209 different fashion doll products—Consumers almost always narrow down the set of options or alternatives to a more manageable subset called the consideration set. The consideration set is the set of options that "the consumer considers seriously when making a purchase and/or consumption decision".[187] Depending on whether information is searched externally or internally, consideration sets may be formed by paring down the set of options available in the external environment (e.g., a consumer "zooming in" on a subset of toothbrushes in the aisle of a supermarket; a consumer refining his or her search from a web-shopping site) or by searching the set of options that come to mind and selecting a subset for further consideration. Consideration sets have been found to contain typically between three and six alternatives across a broad range of product categories.[188] Generally, it is only after they have narrowed down the options to this smaller set that consumers proceed with a more formal evaluation of the options.[189]

98. It is therefore extremely important for brand owners that their brands or products be included in this consideration set. If a brand is included in the consideration set, the probability that it will eventually be purchased is, of course, not 100 percent. Rather, it is more or less inversely

---

[187] John R. Hauser and Birger Wernerfelt (1990), "An Evaluation Cost Model of Consideration Sets," *Journal of Consumer Research*, 16 (4), p.393.
[188] *Ibid*
[189] J. Edward Russo and Abraham D. Horowitz (1994), "Expert Systems for Consumers." In Beherns, G., K.P. Kaas, B. Neibecker, V. Trommsdorff, and P. Weinberg (eds.), Konsumentenforschung, Munich: Verlag-Vahlen, 367; John W. Payne (1976), "Task Complexity and Contingent Processing in Decision Making: An Information Search and Protocol Analysis," *Organizational Behavior and Human Performance*, Vol. 16, 694

CONFIDENTIAL – ATTORNEY'S EYES ONLY

EXHIBIT 22
PAGE 672

proportional to the number of options included in the consideration set. However, if a brand is not included in the consumer's consideration set, its chances of being eventually purchased by this consumer are virtually none. Support for this proposition comes from the finding that the percentage of consumers who include a brand into their consideration set has been found to be a major predictor of this brand's market share.[190]

99. Inclusion in the consideration set is said to be driven by a number of factors. Several studies suggest that liking of objects is influenced by the ease (or difficulty) in processing information relating to the product or brand. In the case of Bratz, I believe the key brand identity elements fit well together and hence facilitate the processing of information. Bratz has a unique typography that fits well with the color scheme which fits well to the attitude that the Bratz dolls try to express. This type of consistency plays an integral role in helping consumers to narrow down one's consideration set.[191] Another factor follows from extant research that shows that people tend to buy brands with high awareness and familiarity that is often associated with established brands. Consumers invoke the cues or associations that they remember. These cues or associations can stem from information they've heard from others, from advertisements, or visual encounters.[192] In the case of fashion dolls, for example a girl may pick up a cue from friends or classmates that a new doll product is "cool." This could happen through sheer observation of someone else having a particular doll and this can give the impetus to include the doll in their consideration set.

---

[190] John R. Hauser (1978), "Testing Accuracy, Usefulness, and Significance of Probabilistic Choice Models - Information-Theoretic Approach," *Operations Research*, 26 (3), 406-21.
[191] Aparna A. Labroo (2006), "Do Products Smile? When Fluency Confers Liking and Enhances Purchase Intent, "*Advances in Consumer Research*, Volume 33.
[192] Kevin Lane Keller, *Strategic Brand Management: Building, Measuring, and Managing Brand Equity*, Third Edition, Pearson Prentice Hall, Upper Saddle River, New Jersey, 2008.

56

CONFIDENTIAL – ATTORNEY'S EYES ONLY

EXHIBIT 22
PAGE 673

100.  The notion of the consideration set is particularly important for this case. As mentioned previously, an important indicator of a brand's strength at the consumer level is the degree to which the consumer is willing to consider the brand as an option, that is, whether the brand is part of this consumer's consideration set. A primary source of competitive advantage for strong brands is therefore their ability to enter into the consideration sets of a larger number of consumers.  This ability stems in part from these brands' higher levels of consumer memory awareness. Everything else equal, brands that are better known (more accessible in consumers' memory) are more likely to be considered, and therefore more likely to be purchased.[193] For example, sales of Bruno Magli fashion shoes, which previously were relatively unknown, went up by 30 percent after these shoes' brand name was prominently featured in the O.J. Simpson trial, and this in spite of the fact that the shoes were mentioned as being those worn by the murderer.[194]  The impeccable popularity of the High School Musical Dolls, a best-selling doll at Toys R' Us for example, is a stark indicator of how a brand that enters into a consideration set is built on memory awareness.  High School Musical is extremely popular among tweens.  Owned and endorsed by the Disney Corporation, the play and movie features popular songs that are currently in stores, characters that appear on Disney Channel specials regularly and High School Musical clothing among many other products that work to embed the amazing and sensational popularity of this program into consumers' minds.

101.  The ability of strong brands to enter consumers' consideration sets also stems from their distinctive and compelling brand identity. For example, a consumer in the market for a new

---

[193] Prakash Nedungadi (1990), "Recall and Consumer Consideration Sets: Influencing Choice without Altering Brand Evaluations, *Journal of Consumer Research,* 17 (December), 263-276.
[194] A. Scot Walton (1997), "Bruno Magli: Shoe Sales are Up Because of Ad Campaign," in *The Atlanta Journal-Constitution.* Atlanta, GA

57
CONFIDENTIAL – ATTORNEY'S EYES ONLY

EXHIBIT 22
PAGE 674

digital (mp3) player is very likely to at least consider an iPod as an option, not just because the consumer knows the brand, but this brand stands for something compelling and distinctive in this consumer's mind (e.g., "cool", "popular"; "great design"). Therefore, any source of confusion between the brand and another or any dilution of what the brand means for the consumer severely reduces this brand's ability to enter the consumer's consideration set, and therefore the likelihood that it will eventually be chosen.

102.  The notion of consideration set formation is also important in this case because, in a crowded retail environment, a major way of narrowing down the set of options for further consideration is to focus on the alternatives that one can recognize.[195] The Bratz brand has been able to set itself apart with a number of unique store aisle tactics and packaging attributes. The Bratz package uses bright metallic colors to make the product stand out and re-enforce the edgy and stylish feel of the brand in addition to the clear form, strong logo, themed handle, and similar structure that resonates throughout all products.[196] MGA Entertainment has also designed a Bratz aisle experience for the consumer that includes a cohesive color palate including wallpaper that is repeated through the entire aisle. Their products are peg-able, creating more visually appealing space that allows the consumer to see the product from all sides through the clear trapezoidal package.[197] MGA has gone so far as to place the various Bratz products in order by size from top to bottom to make choosing and buying a clearer and more appealing process.[198] These visual identifiers manifest the brand's ability to enter the consumer's consideration set and therefore the likelihood that it will be purchased.

[195] Wayne D. Hoyer (1984), "An Examination of Consumer Decision Making for a Common Repeat Purchase Product," *Journal of Consumer Research*, 11 (December)
[196] My Scene and Bratz: What's Working and What's Not M 0078511-12
[197] Barbie Retail Experience, M 0065497
[198] *Ibid*

58

CONFIDENTIAL – ATTORNEY'S EYES ONLY

EXHIBIT 22
PAGE 675

103. Once the consideration set has been formed, the consumer proceeds with a more detailed and careful evaluation of the alternatives included in this set.[199] This is the formal evaluation stage. In this evaluation stage, the options' main attributes and benefits are reviewed and compared. A consumer trying to decide between a Barbie and a Bratz doll may compare the look, construction quality, and price. In this evaluation stage, tradeoffs and comparison decisions have to be made. For instance, a young consumer might look at the package and decide that the metallic colors of the Bratz doll are more "edgy and appealing"[200] than the light pink color of Barbie and thus might pay more for the Bratz doll than for the Barbie doll.

104. Various mechanisms also favor strong brand identities at the evaluation stage. First, the brand itself may become a criterion for evaluation and a decision driver. A consumer who is comparing three digital music players, an iPod, an iRiver, and a Creative Zen player, may favor the iPod because "Apple is a cool brand," a statement that is independent of the three players' objective attributes. This applies to the Bratz brand because as Paula Garcia explains, girls use the dolls as an expression piece rather than a play piece. Second, consumers' overall liking of and attraction to a brand may also color how this consumer will perceive and interpret the brand's product attributes, a phenomenon known as "halo-effect".[201] For instance, consumers who generally like Apple as a brand might perceive the iPod song selection mechanism as a "plus," whereas other consumers who are not as partial to Apple might perceive the same mechanism as a "minus." Finally, a strong brand identity may also help when no option clearly stands out based on a comparison of their attributes.

[199] John W. Payne (1976), "Task Complexity and Contingent Processing in Decision Making: An Information Search and Protocol Analysis," Organizational Behavior and Human Performance, Vol. 16, 694; J. Edward Russo and France Leclerc (1994), "An Eye-Fixation Analysis of Choice Processes for Consumer Nondurables," Journal of Consumer Research, Vol. 21
[200] Barbie Retail Experience M 0065497
[201] N. E. Beckwith and D. R. Lehmann (1976), "Halo Effects in Multi-attribute Attitude Models: An Appraisal of some Unresolved Issues," Journal of Marketing Research., v13.

CONFIDENTIAL – ATTORNEY'S EYES ONLY

EXHIBIT 22
PAGE 676

This is clearly the case in many apparel purchases. In this case, a strong brand identity may serve as a "tie-breaking" heuristic. The formal evaluation stage generally culminates in a choice. A single product is selected and purchased.

105.  It is important to note that when the formal evaluation and choice takes place, all the relevant information about the options is not necessarily externally accessible to the consumer. Consumer researchers make a distinction between "stimulus-based" choice, where the information about the options is available in front of the consumer (e.g., a consumer in a drugstore comparing different brands of shampoo on the shelf) and "memory-based" choice, where the information about the options is only available from memory (e.g., a consumer trying to decide which brand of beer to order at a bar). In a third type of situation, called "mixed-based" choice, information accessible in the immediate external environment and information available from memory are combined. Many consumer decisions fall into the third category.[202] This distinction is important because it emphasizes that memory plays a very important role in consumers' decisions.[203] Therefore, any source of confusion or dilution in consumers' memory about options has important consequences for consumers' decisions.

106.  The final stage in the consumer decision making process is the post-choice or post-purchase stage. In this stage, consumers experience the product and can more fully evaluate the product's performance. Product satisfaction or dissatisfaction and purchase satisfaction or regret may arise as a result. High product satisfaction may result in consumers telling others about how pleased they are with the product through, for instance, word-of-mouth or web-

---

[202] John G. Lynch and Thomas K. Srull. (1982). "Memory and Attentional Factors in Consumer Choice: Concepts and Research Methods," *Journal of Consumer Research*, 9 (June).
[203] J. W. Alba and J. W. Hutchinson (1987), "Dimensions of Consumer Expertise," *Journal of Consumer Research*, 13 (4), 411-54.

CONFIDENTIAL – ATTORNEY'S EYES ONLY

EXHIBIT 22
PAGE 677

product review postings. Strong product dissatisfaction may have mirror effects. Again, a strong brand identity can also play an important role at this stage. As mentioned previously, a strong brand identity may further motivate the consumer to share their satisfaction with others if they are satisfied with the product's performance. A strong brand identity may also mitigate consumers' negative reactions in case of product disappointment.[204]

107.   Based on my analysis above, I conclude that the nature of the consumer decision-making process in toys, and in particular dolls, is such that a strong brand has a significant impact on how consumers make purchase decisions.

## E. The price premium commanded by the Bratz brand

108.   As discussed above, the role of the brand appears to be critical at every stage of this process and to the success of the doll in the market place. Indeed, brand equity translates into brand performance in the marketplace. A common way to measure the ability of a brand with high brand equity to influence the brand performance in the market place is the 'price premium' which I define as the ability of a brand to charge a higher price than an unbranded equivalent.[205]

109.   The estimation of the price premium can be made via the triangulation of the results from different methods. There are several dozens of methods in use today, no one method provides a perfectly accurate and numeric solution.[206] However, in my field, a good

---

[204] Kevin Lane Keller, *Strategic Brand Management: Building, Measuring, and Managing Brand Equity*, 3rd Ed, Prentice Hall, Upper Saddle River, New Jersey, 2008.
[205] Kusum L. Ailawadi, Donald R. Lehmann, & Scott A. Neslin (2003), "Revenue Premium as an Outcome Measure of Brand Equity," *Journal of Marketing*, Vol. 67 (October), 1-17.
[206] Chan Su Park and V. Srinivasan (1994), "A Survey-Based Method for Measuring and Understanding Brand Equity and Its Extendability," *Journal of Marketing Research*, Vol. XXXI (May), 271-288; Manoj K. Agarwal, and Vithala R. Rao (1996), "An Empirical Comparison of Consumer-Based Measures of Brand Equity," *Marketing*

CONFIDENTIAL – ATTORNEY'S EYES ONLY

EXHIBIT 22
PAGE 678

approximation of the price premium, that one can rely on with reasonable degree of confidence, can be made through triangulation, particularly when different conditions of measurement reliability and validity hold.[207] One condition is that the results hold true over different situations and/or over time. For example, if the price premium measured across two reasonably distant time periods stays the same or does not vary significantly, we have support for the reliability of the results, ceteris paribus. Another condition is that the results from very different methods converge. If the price premium converges across different methods to a similar number or range of numbers, we have support for the validity of the results. Reliability and validity are the two measurement criteria that we use in our field to conclude that the results are reasonably accurate.

110.    There are industry-level methods that assess the price premium due to the brand at the aggregate level of an industry or product category. There are also individual-level methods that assess the price premium an individual consumer is willing to pay.[208] Some methods are empirical and require data collection from consumers, others rely primarily on managerial or expert judgments, others require the collection of financial and accounting data from companies within an industry or category, and still others require strategic analyses and rely on the systematic analysis of factors that drive the price premium.

111.    Over the course of the last twenty years, I have applied nearly all methods in estimating the price premium. At my firm, I have a team of specialist brand valuation experts that help

Letters, 7:3, 237-247; Walfried Lassar, Banwari Mittal and Arun Sharma (1995), "Measuring Customer-Based Brand Equity," Journal of Consumer Marketing, Vol. 12, No. 4, 11-19.
[207] Erich Joachimsthaler, John Lastovicka and John P. Murry (1990), "Measurement Validity of VALS and a Custom Lifestyle Typology with Multiplicative Factoring of Multimethod- Multitrait Matrices," Journal of Marketing Research.
[208] Robert P. Leone, Vithala R. Rao, Kevin Lane Keller, Anita Man Luo, Leigh McAlister, and Rajendra Srivastava (2006), "Linking Brand Equity to Customer Equity, Journal of Service Research, Vol. 9, No. 2, November, 125-138; Tuelin Erdem, Joffre Swait and Jordan Louviere (2002), "The Impact of Brand Credibility on Consumer Price Sensitivity," International Journal of Research in Marketing, 19, 1-19.

CONFIDENTIAL – ATTORNEY'S EYES ONLY

EXHIBIT 22
PAGE 679

me in estimating the price premium for about a dozen of applications or projects every year. My firm conducts these estimations of the price premium for some companies on a one-time basis and for others on a continuous basis. When we estimate the price premium on a continuous basis, a company tends to be interested in measuring the impact of their branding efforts on the improvement of the price premium over time. Projects that we conduct on a one-off basis tend to be projects where we help companies evaluate alternative courses of action such as: determining whether or not to eliminate brands and sub-brands from a brand portfolio, or determining the required investments into brand-building programs or allocating of resources across products, brands and geographies.

112.    For the purposes of assessing the price premium of Bratz, I relied on a number of different methods. First, I relied on existing secondary research on the percent of value that intangibles represent relative to total market value in 479 companies in thirty industries including dolls and toys.[209] This secondary research also included extant research by companies such as *Interbrand* that conducts the brand valuation of the 100 best global brands on an annual basis. This league table is published annually in the well-known *Business Week* magazine. This method separates the value that is due to the brand versus the value that is due to other intangibles.[210] I corroborated these results with my brand valuation team who regularly conducts empirical studies on behalf of our clients. Absent of specific empirical research for the purposes of estimating the price premium for Bratz, I also analyzed the factors that drive the price premium and made an estimation based on the information that I

---

[209] Victor J. Cook, Jr., *Competing for Customer Capital*, Thomson Southwestern, Mason, Ohio, 2006, pp. 5-7.
[210] Raymond Perrier (1997), "The Role of Branding," in: Raymond Perrier (ed.), *Brand Valuation*, London, 43-53. Business Week's *Best Global Brand 2007 Study by Interbrand, August 7.*

CONFIDENTIAL – ATTORNEY'S EYES ONLY

EXHIBIT 22
PAGE 680

have collected for this report from Mattel and MGA Entertainment and the fashion doll business. Following are some major factors that drive price premium which I analyzed:

113. *The importance of intangibles.* The value of intangibles for consumer goods companies tends to be in the range of 45% to 75%. Companies in highly categories like household products tend to be on the top range while dolls and toys companies tend to be in the lower range (52%).[211]

114. *The role of the brand.* Studies that have shown that relative importance of brands in industries like food and drinks, that is typical consumer goods industries is about 55% and in luxury goods it is about 70%.[212]

115. *The degree of social influence.* Generally, the price premium is higher for brands where there is a larger social influence effect. That is, the consumer's choice of brand is strongly influenced by what peers, family or friends or other relevant reference groups especially for brands or consumption contexts that are highly conspicuous. Clearly, not all toys or dolls have a strong influence but it is my opinion that in the case of Bratz dolls, social influence is strong and use is highly conspicuous, seeking of peer-group acceptance among the relevant consumers of girls is very high.  In the annual MGA Entertainment A&U study, consumers said that: ...the Bratz dolls are "something that friends would like."[213] In fact, Mattel's research confirms what MGA Entertainment's own research says, and shows empirical support for this social influence effect. Mattel's research estimates that approximately 50%

---

[211] Victor J. Cook, Jr., *Competing for Customer Capital,* Thomson Southwestern, Mason, Ohio, 2006, p. 7.
[212] Raymond Perrier (1997), "The Role of Branding," in: Raymond Perrier (ed.), *Brand Valuation,* London, 44.
[213] A&U December 2006 study, MGA 0295483

CONFIDENTIAL – ATTORNEY'S EYES ONLY

EXHIBIT 22
PAGE 681

of girls would "most want to show friends", especially in the older girls (8-10 years) surveyed.[214]

116.    *The role of culture.* The price premium that consumers are willing to pay for a brand has much to do with the cultural idiosyncrasies and the context of culture, that is how we live, work and play. Today, we live in a society where parents live with a large sense of guilt. This drives the price premium higher for dolls and toys and other means of pleasing children. Juliet Schor, a recognized expert on consumerism, economics, and family studies, argues that certain factors create a sense of guilt that stems from the growth of single parents, divorced families, and long working hours. This creates time-starved households with parents that are more susceptible to spend more "guilt money" on kids.[215]   A new toy and in particular dolls are emotional purchases – in particular those that are highly desired by the child – that are essentially a time-effective way of proving to the child that she is loved. It creates comfort in parents and reassures them that they are good parents. Hence, the prices are relatively inelastic for toys and dolls. This means that doll brands tend to have a higher price premium.

117.    The nature of consumer decision-making. I have outlined this extensively previously but here it is of value to recall the unique nature of how consumers make decisions for fashion dolls. The strong influence of the child in forming the preference should be noted here while the purchase is often made by parents. Children are strong influencers while parents are the purchasers. This split of decision-making roles tends to support a price premium and in the case of the Bratz brand, moms perceived a definite 'value for money' and were willing to

---

[214] Mattel Worldwide Consumer Reports Monthly Brand Tracking Studies:  September 2004 M0080097; February 2005 M0080259; May 2005 M008011; amongst others
[215] Juliet B. Schor, *Born to Buy*, Scribner, 2004

65

CONFIDENTIAL – ATTORNEY'S EYES ONLY

EXHIBIT 22
PAGE 682

justify their purchase[216] I also discussed the issue of gifting. Because the purchase is sometimes a gift purchase, it is my experience that this also increases the price premium.

118.    Fashion and dolls are affordable luxuries. An important trend in today's society is the growing expectations of consumers. All consumers seek luxuries. It is also called the mass-tige concept, a word comprised of mass and prestige. This trend has been rampant over the years and has affected every category of the business, ranging from beauty to fashion to coffee.[217] Starbucks is a quintessential example of this trend where consumers today are willing to pay $4 for a coffee that used to essentially cost a few cents to produce. Fashion dolls are an affordable luxury for parents. I believe every parent in this country has $20 in the pocket for a doll for their own child, every day of the week – even in the recession! This massive trend toward seeking reward and pleasure through buying affordable luxuries drives the price premium for fashion dolls up.

119.    Absent of extensive empirical research, it is difficult to put a precise estimate of the price premium of Bratz. However, I believe that my analysis of the strength of the Bratz brand, the role of the brand in consumer decision making and the specific analyses of the price premium, it is reasonable to estimate a range of price premiums for Bratz. I conclude that the price premium that the Bratz brand can realize over an unbranded equivalent ranges from 50% to 70%.

**F. The Responses of Mattel and MGA Entertainment to a Changing Toy Industry and the Root Causes of the Growth of the Bratz Brand**

---

[216] The Bratz Brief, p. 5 M0079765
[217] Michael Silverstein, *Trading Up: The New American Luxury*, Portfolio, 2005

CONFIDENTIAL – ATTORNEY'S EYES ONLY

**EXHIBIT 22
PAGE 683**

120.    In this section, I turn to describing my results concerning analyses I have conducted to understand the responses of Mattel and MGA Entertainment to the changing toy industry around 1999 until today. I was looking to understand how it was possible for MGA Entertainment to build such a strong brand in a relatively short period of time and to extend the success from a short-lived new product launch to a growing brand franchise. I did these analyses in order to see the major trends and the larger competitive and consumer context that allowed the Bratz brand to take off. I also wanted to understand why executives at Mattel, the dominant industry leader, did not see the big opportunity right in front of their noses or whether they might have seen the opportunity but did not act on it with sufficient effort for any reason.

121.    At the turn of the century and in the early years of the new century, the toy industry was experiencing important changes. Industry growth rates tended to be negative. Young consumers spent less of their time playing year after year.[218] This concerned particularly kids ages 3 to 8. Overall the average weekly time spent on playing for all consumers' ages 3 to 12 decreased from 14.30 minutes to 12.12 minutes from 1981 to 1997.[219] The consumer market for toys also was shrinking in part because of the contraction of the number of young consumers as a percentage of total population. As a result the retailing landscape was rapidly changing and consolidating. Some smaller retail stores disappeared gradually while the industry volume concentrated among a few large retailers. Manufacturers also consolidated with Mattel and Hasbro leading the industry.

---

[218] Eric Clark, *The Real Toy Story: Inside the Ruthless Battle for America's Youngest Consumers*, The Free Press, New York, NY 2007
[219] Sandra Hofferth and John F. Sandberg, "Changes in American Children's Use of Time, 1981-1997," in T. J. Owens and S. L. Hofferth, eds., *Advances in Life Course Research Series: Children at the Millenium: Where Have We Come From, Where Are We Going?* New York: Elsevier Science, pp. 193-229, 2001.

CONFIDENTIAL – ATTORNEY'S EYES ONLY

EXHIBIT 22
PAGE 684

122.    It is helpful to explore in more detail the drivers of these changes in the industry with particular focus on dolls. First, there was a fundamental environmental shift in the behavior of the girls of the new millennium.[220]  This change is encapsulated in the acronym KGOY – Kids Getting Older Younger – otherwise known as age compression.[221]  These terms recognize the fact that contemporary children were and are now growing up faster than they ever were, as a reflection of today's societal trends.  Several factors are worth mentioning here. The divorce rate in the United States is approximately 33% for first marriages within 10 years; and is as high as 50% when marriages hit 20 years.[222]  Given the rising number of single-parent households and longer working hours, kids are spending more time unsupervised than ever.  Children nowadays have cell phones, unlimited Internet access, their own TVs, their own money – the list does not stop there – to facilitate their increasingly independent lives.  Moreover, kids are getting exposed to adult media at an earlier age. Puberty is also hitting earlier.[223]  Relative to their predecessors decades ago, children know more earlier, and behave accordingly.[224]

123.    Second, there are notable changes in American lifestyles, in the relationship between parents and their children and in the role that children play in purchase decisions.  Parents give in more easily to what their kids want – 89% of tweens' parents say that they ask for their kids' opinions before buying products for them.[225]  Moreover, children are becoming shoppers at an earlier age.  6-12 year olds visit stores 2-3 times per week and put 6 items in

---

[220] The Bratz Brief, p.2 M0079766
[221] Julie Tinson and Clive Nancarrow, "GROw"ing up: tweens' involvement in family decision making, *Journal of Consumer Marketing*, (2007)160-170
[222] Claudia and Brian Strow, "A History of Divorce and Remarriage in the United States", http://www.emeraldinsight.com/Insight/ViewContentServlet?Filename=/published/emeraldfulltextarticle/pdf/12402 20404.pdf.
[223] Jennifer Haupt, "More Girls Experience Early Puberty", *CNN*, http://archives.cnn.com/2000/HEALTH/children/03/31/early.puberty.wmd/#0
[224] Juliet B. Schor, *Born to Buy*, Scribner, New York, NY, 2004, p. 56.
[225] *Ibid.*

CONFIDENTIAL – ATTORNEY'S EYES ONLY

EXHIBIT 22
PAGE 685

the cart each time they go; 80% of them shop regularly with their parents. In a 2001 survey by Hofferth and Sandberg, results show that 52% of the participating children go shopping each week, more than the time they read (42%), spend time in household conversation (32%), or play outdoors (17%).[226] In direct correlation with the amount of time they spend shopping, children are also becoming more brand-conscious. According to a 2001 Nickelodeon study, the average 10 year old has memorized anywhere from 300-400 brands. In the segment of 8-14 year olds, 92% of product requests are brand-specific; another 89% consider themselves to be brand-loyal.[227] Thus, not only do girls today grow up in a different environment from girls 10 years ago, they also behave differently.

124. Third, girls nowadays are experiencing increasing influence from the fashion and entertainment industries. Their worlds are continuously bombarded with adult media; as a result, they strive to mature faster in order to emulate the fashion models, actresses, and pop stars they see everywhere. Actresses and pop stars dispense advice on make-up, hairstyles, and how to attract "your crush"; girls further scrutinize their role models' clothes. Abigail Hirschhorn, executive at a major advertising agency, proclaimed at the 2001 Annual Marketing to Kids Conference that it is time to stop talking down to kids and start "talking up", arguing for more "glamour, fashion, style, irony, and popular music".[228]

125. These major consumer changes have caused significant changes in the market for dolls in the US. The market used to be characterized through bifurcation, a market situation where the changes in environment, behaviors, and tastes converge to create a split into two market. In the youth market, the market neatly divided into the 12-and -above and the 12-and-below

---

[226] *Ibid.*
[227] *Ibid.* Page 25
[228] Juliet B. Schor, *Born to Buy*, Scribner, 2004, p. 56.

69

CONFIDENTIAL – ATTORNEY'S EYES ONLY

EXHIBIT 22
PAGE 686

segment. The important change in the market was the further balkanization of the market particularly below 12 year old girls. The new market became trifurcated. The consumer market increasingly divided into the 3-6 year olds, 7-12 year olds (the tweens), and 13+ (the teenagers). [229]

126.    This trifurcation of the market is particularly noteworthy because the fragmentation created three markets with clear and marked boundaries, entirely new motivations, preferences and consumers. The introduction of Bratz crystallized the clear boundaries between the 3-6, 7-12 and 13+ markets further.  The new Bratz doll came to symbolize the doll that a 7-12 year old would want to play with or would want to show her friends. [230]  The newly emerging consumer group, the 7 to 12 year olds, were the tweens that aspired to be more like teenagers, but were not ready to leave the safety of their childhood behind (nor were they developmentally ready to become young adults). In regard to the doll space, girls 7-12 years old have evolved teenage, even adult tastes; yet they were not completely doll-averse. This segment of consumers has been changing the definition of common words like "sexy" and "cool". When Barbie pioneered the fashion doll market over 40 years ago, she was deemed "too sexy" by the society and culture of that time; but 40 years later, the tweens' idea of "sexy" had evolved *past* Barbie's unrealistic proportions and career aspirations. These girls were no longer striving to be Barbie:  her multiple careers are not just aspirations anymore, because women everywhere are now becoming teachers, dentists, astronauts, and police officers.  By the late 90's, tween girls had moved beyond wanting dolls that represented their fantasies and their futures; the fashion dolls category needed to catch up with the fact that these 7-12 year old girls now wanted their dolls to reflect the reality around

---

[229] The Bratz Brief, p.2 M0079766
[230] Mattel Worldwide Consumer Report Monthly Brand Tracking Study M0080097

70

CONFIDENTIAL – ATTORNEY'S EYES ONLY

EXHIBIT 22
PAGE 687

them – fashion, makeup, and all. As a result, these tweens were no longer interested in Barbie dolls. A sense of fatigue had settled in. And Bratz offered a positioning and a product execution that were relevant and resonated with the older girls.[231]

127.    The Bratz doll's relevance was embodied in the tween girl's notion of "cool". "Cool" is socially exclusive and/or expensive, "cool" is being older than one's actual age, "cool" is being anti-adult, and finally, "cool" is about being edgy. "Cool" is an ambiguous but important idea: a survey of 4,002 children in grades 4-8 showed that 66% define themselves as cool.[232] Being edgy and "cool", in contemporary times, is associated with "street", with ties to rap and hip-hop music, and the African-American culture.[233] When an alternative was introduced, Barbie no longer resonated with the notion of "cool".[234]

128.    It is my opinion, that when consumer markets are changing as they were during those years, it creates significant opportunity for innovation and growth for incumbents in an industry. It also creates opportunities for new entrants in market who take a new look at markets, often with the benefit of being unbiased, seeing more clearly and objectively the market opportunities. Generally, however, an industry as barriers to entry and so does the toy or doll industry. This hands the benefits of responding to changing markets to incumbents. For example, existing and dominant industry players tend to have earned strong retail and trade relationships over the years. These relationships are generally difficult to create for new entrants especially in a consolidated retail environment. This is an important advantage especially in the doll business. Another major advantage of incumbents is their capacity to rapidly innovate around new markets and consumers. Innovation, the ability to create and

---

[231] The Bratz Brief, p.4 M0079766
[232] *Ibid.* Page 47
[233] *Ibid.* Page 48.
[234] 2005 Barbie Spring Line Review p.3, April 15, 2004  M0079731

71

CONFIDENTIAL – ATTORNEY'S EYES ONLY

EXHIBIT 22
PAGE 688

launch new products, services, business models and processes especially in changing or shrinking markets is the single most important initiative for an incumbent to ensure continued and sustained growth. In a market that is highly concentrated as is the doll market, innovation by the incumbent players tends to influence the entire health of the industry.

129.   This situation raises two key questions: first, did the industry-leading Mattel company see the opportunity and what were the responses to the changing market environment and second, what did MGA Entertainment, the new entrant in the industry do. I will describe my analysis of these two questions in the next paragraphs.

130.   As the dominant player in the industry, Mattel felt the changing market for dolls thoroughly, as noted by various emails explaining that, "the old way of building the Barbie brand just doesn't work anymore."[235]  Barbie was the best-selling doll. It is estimated that every half a second, a Barbie is sold around the world.[236] Barbie also accounted for a significant percentage of the profits of Mattel, something upward of 30 percent.[237] A common known fact also was that due to age compression, the relevance of Barbie was being relegated to the 3-6 years old girls.[238] As a consequence, Barbie sales dropped in the three consecutive years to the year 2000. Mattel ran into financial difficulties, claiming that if they did not successfully market their products or if media or other advertising or promotional costs increased, these factors could have a material adverse affect on Mattel's business and financial condition.[239]

---

[235] Email from T Kilpin to R Arons, April 2, 2004, *The Barbie Call to Action*, M 0079846
[236] Eric Clark, *The Real Toy Story: Inside the Ruthless Battle for America's Youngest Consumers*, The Free Press, New York, NY 2007
[237] *Ibid*
[238] The Bratz Brief, p.3 M0079766
[239] Mattel 10 K filed March 24, 2003

72

CONFIDENTIAL – ATTORNEY'S EYES ONLY

EXHIBIT 22
PAGE 689

131.    Beyond the response of Mattel to the challenges of Barbie, there were larger issues that the Mattel company faced. I will explain these factors in more detail below. It's clear that these factors together created a situation in which Mattel did not respond decisively enough to the market challenges it was facing.

132.    It is my opinion that factors such as the changing market conditions, in particular the trifurcation of the market into three clearly distinct segments and the lack of adequate response of the industry incumbent in the particular structure of the doll industry created the big market opportunity in plain sight that MGA Entertainment took advantage of. I have studied this phenomenon over many years. In particular, I have researched how it is possible that companies appear to have all the advantages to respond to market changes and yet don't see or don't act on it properly. It happens all the time. In my book: *Hidden in Plain Sight: How to Find and Execute your Company's Next Big Growth Strategy* that was published last year by the Harvard Business School Press I describe some of the findings of my research. I want to now summarize only some of the major factors that I have analyzed specifically for the situation of Mattel and MGA Entertainment over the last 7 years.

133.    First, large companies such as Mattel do not embrace radical innovation and instead focus on sustaining innovations.  Sustaining innovations are those that improve the performance of existing products or services and are also called incremental innovations.[240] This could have been because they did not see with enough clarity the trifurcation of the market, or they were not willing to accept that this change was not merely a cyclical change but a permanent market shift. I have found that this is often the case in companies. Incumbents cannot see the

---

[240] Clayton Christensen, *The Innovator's Dilemma*, Harvard Business School Press, 1997

73

CONFIDENTIAL – ATTORNEY'S EYES ONLY

EXHIBIT 22
PAGE 690

long-term potential of an opportunity.[241] They view the world from their own successes and project trend lines that have proven right in the past into the future. There is so much data, research and information around that proves past successes.

134.    As a consequence, large companies tend to stick what they know, whether it involves investing in a certain market because that direction has been historically successful in offering good growth opportunities. Large companies tend to allocate resources to divisions or products that have solid track records.[242]  While these maneuvers yield favorable results, they tend to neglect the consumers - the people at the receiving end of these products.  As I write in *Hidden in Plain Sight*, "Even when a rogue designer or engineer conceives of a product or service that could be the next big venue for growth, too often the innovation is either swept into the rubric of an existing corporate strength, or it is damned with faint praise, and given some encouragement and funding but not enough to give it a fair shot in the market."[243] Especially in the usual situation where money is tight as it was at Mattel during the time, it is difficult to allocate sufficient dollars to a new radical innovation over supporting the status quo and the most successful or most profitable part of the business which was Barbie for Mattel.[244] Even for My Scene, which is considered Mattel's innovative approach to the changing tastes of the doll consumers today, received less-than-adequate funding for its advertising.[245] This tendency towards financial conservatism appeared to be the case at Mattel.

---

[241] Rosabeth Moss Kanter, *"Innovation: The Classic Traps"*, Harvard Business Review, November 2006, p. 4
[242] Gary Hamel & Liisa Valikangas, *"The Quest for Resilience"*, Harvard Business Review, September 2003, *"Liberating Resources" section*
[243] Erich Joachimsthaler, *Hidden in Plain Sight*, Harvard Business School Press, 2007.
[244] The Bratz Brief, p.3 M0079766
[245] From my understanding of Brian Hooks' deposition, Peterson, Milla, Hooks was agreeable to the ending of the Mattel relationship due to Mattel's unwillingness to spend the appropriate amounts of money on its commercials. Brian Hooks deposition transcript, pg. 34-5, at lines 19-3.

74

CONFIDENTIAL – ATTORNEY'S EYES ONLY

EXHIBIT 22
PAGE 691

135.    Mattel's launch of the Diva Starz is evidence of the fact that they were cognizant of what was happening out in the girls' world.[246]  The CEO called Diva Starz "the hottest new trend", based on what Mattel "already knew about girls and their play patterns"[247].  These dolls, a mere 8.5 inches compared to Barbie's towering 11 inches, "make a statement with an irreverent sense of style, fashion and play that has never been seen in a doll."[248]  There are four members to the Diva Starz cast, each of which "has a major personality and expresses it with her unique vocab, phat fashions and totally extreme attitude."[249]

136.    The Diva Starz were Mattel's acknowledgement of consumer trends, produced in such a fashion that they would not be a threat to the main Barbie brand. At 2.5 inches shorter than Barbie, the Diva Starz were relegated to the "small doll aisle" and were considered as an interactive toy.[250]  By default, they were never allowed to encroach upon the fashion doll space, and prohibited from cannibalizing Barbie -- even though what girls wanted was a fashion doll, and not a robotic, small doll.  Instead, Mattel focused on sustaining innovations by updated Barbie while carefully preserving the heritage of the brand, despite evidence that showed the brand was losing older girls.  Barbie's personality and core values are guarded with "extreme vigilance", and there are "strict limits" as to what she is allowed to do or to be.[251]  Even Ivy Ross, head of design and development for the Girls' Division at Mattel, recognized the difficulty of revamping Barbie: "This particular toy comes infused with a lot

[246] The Bratz Brief, p.3 M0079766
[247] Mattel, Inc. Annual Report. 2000.
[248] Mattel, Inc. Press Release:  http://www.shareholder.com/mattel/news/20000912-43327.cfm
[249] Mattel, Inc. Press Release:  http://www.shareholder.com/mattel/news/20000912-43327.cfm
[250] Mattel, Inc. Annual Report. 2000.
[251] Eric Clark, *The Real Toy Story:  Inside the Ruthless Battle for America's Youngest Consumers*, Free Press, 2007, p. 92

CONFIDENTIAL – ATTORNEY'S EYES ONLY

EXHIBIT 22
PAGE 692

of baggage because it is an iconic symbol."[252] As a result, product developers at Barbie continued to provide "more or better" of the same old same old.[253]  In 2001, there was the Barbie in the Nutcracker; following that success, there was Barbie as Rapunzel in 2002.  In 2005, Mattel introduced American Idol Barbie – an answer to the American Idol craze around the country, and a move towards the pop star culture that girls had been craving since 2000.

137.    Second, executives under pressure in large companies like Mattel tend to occupy themselves with managing structures and cultures while markets are changing. Focusing inwards in times of difficulties is comforting. That's what operational managers are good at. Managers tend to focus on the kinds of strategic and operational practices that are necessary to manage an organization across multiple product lines and save jobs including their own. This creates a smokescreen that changes the company's view and blinds managers in seeing the biggest opportunities for innovation and growth in plain sight. The company fails to see the "big picture" around the changing consumer environment and market.

138.    Mattel's internal structure – including all its strategic and operational practices – was undergoing a major change in the period of time that it took for Bratz to launch.  The company was suffering from the acquisition and unsuccessful integration of the unprofitable The Learning Co., which was blamed for Mattel's $431 million loss in 2000.[254] Then-CEO Jill Barad, who led the fateful acquisition, resigned in 2000 due to pressure from shareholders and investors over the company's disappointing financial performance.[255]

---

[252] Eric Clark, *The Real Toy Story: Inside the Ruthless Battle for America's Youngest Consumers*, , Free Press, 2007, p. 92
[253] Erich Joachimsthaler, *Hidden in Plain Sight*. Harvard Business School, 2007.
[254] Mel Duvall and Kim S. Nash. "Mattel: How Barbie Lost Her Groove". *Baseline*. August 4th, 2005.
[255] Business Biographies.

CONFIDENTIAL – ATTORNEY'S EYES ONLY

**EXHIBIT 22**
**PAGE 693**

139.    On top of Mattel's financial vulnerability, the company's culture was changing along with the arrival of a new CEO.  The former Barbie-leader Jill Barad was replaced by former Kraft Foods chief executive Robert Eckert, a proven executive with no experience in the toy industry. The two executives are also a study in contrasts.  Jill Barad was characterized as "fierce, flamboyant"[256], and synonymous with the Barbie brand[257]:  She wore "Barbie-pink suits and signature high heels", repainted the office walls in bright colors, and told Mattel's 25,000 employees on video, arms outstretched, "I love you all."[258]  In contrast to Barad's "glamour and radiance"[259], Robert Eckert is "low-wattage"[260].  He reads from notes with his head down; as *Fortune* magazine wrote, "Blandness becomes him."[261]  Mattel's choice of a new CEO reflects the company's direction – with Eckert's arrival, attention was to be focused inwards, on regaining financial stability and cleaning up the aftereffects of The Learning Co. acquisition.[262]

140.    In light of Mattel's financial trouble and the winds of change in the upper echelons of management, Robert Eckert focused on regaining profitability, all the while relying on tried-and-true corporate strengths like the Barbie brand.  This also can be read in Mattel's annual reports.  In 2000, the overall theme was "Refocus", chosen because "it describes our mission going forward"; their strategy for the year was "returning to [their] roots".[263]  In particular, Mattel's first priority was to maximize profitability through "improved execution of [their]

[256] Kathleen Morris.  "The Rise of Jill Barad".  *BusinessWeek.*  May 25, 1998.
[257] Mel Duvall and Kim S. Nash.  "Mattel:  How Barbie Lost Her Groove".  *Baseline.*  August 4th, 2005.
[258] Eric Clark, *The Real Toy Story*, Free Press 2007, p. 83.
[259] Kathleen Morris.  "The Rise of Jill Barad".  *BusinessWeek.*  May 25, 1998.
[260] Patricia Sellers.  "The New Breed:  The latest crop of CEOs is disciplined, deferential, even a bit dull.  What a relief."  *Fortune.*  November 18, 2002.
[261] Patricia Sellers.  "The New Breed:  The latest crop of CEOs is disciplined, deferential, even a bit dull.  What a relief."  *Fortune.*  November 18, 2002.
[262] Mattel Inc. Annual Report.  2000;  "Robert Eckert", *Reference for Business*, http://www.referenceforbusiness.com/biography/A-E/Eckert-Robert-A-1954.html
[263] Mattel, Inc. Annual Report.  2000.

CONFIDENTIAL – ATTORNEY'S EYES ONLY

EXHIBIT 22
PAGE 694

existing toy business", which meant speed and efficiency in the supply chain, a financial realignment plan to increase pre-tax savings, and the continued identification of opportunities for "new efficiencies and cost reduction".[264]  In those years, emphasis was placed on finances, rather than product development and innovation.

141.    Furthermore, in the 2001 annual report, the theme was "Optimize", defined as "to make as perfect or effective as possible; to make the most of".[265]  Eckert reports on the successful accomplishment of strengthening core brand momentum both domestically and internationally, as outlined in 2000.  He attributes this to Mattel's "strong marketing programs" that promoted "product lines such as Barbie in the Nutcracker", and that looking forward for 2002, "Barbie will star in the story of Rapunzel, with a video and toy line".[266]

142.    Time and time again, Barbie is referred to as a core brand, a "time-tested favorite" that has "proven kid appeal".[267]  Mattel's strategic objectives of maximizing profitability rely on staying true to the tried-and-true Barbie brand.  They use product line updates to keep the Barbie brand current[268], but the goal was not to change the face of the fashion doll space.  The toymaker's corporate culture seemed to be about words like strong balance sheet, core products, proven stability, targeted consumers, multiple channels of distribution, experienced and capable management team, and repeat purchases.[269]  Facing pressure from investors, shareholders, and analysts, Mattel was no longer solely about the toys but also about profitability.  Bob Eckert stated that his consistent philosophy since starting at Mattel was that "we need to build brands, cut costs and develop people and we are going to do just that,

---

[264] Mattel, Inc. Annual Report.  2000.
[265] Mattel, Inc. Annual Report 2001.
[266] Mattel, Inc. Annual Report. 2001.
[267] Mattel, Inc. Annual Report. 2000.
[268] The Bratz Brief, p.3 M0079766
[269] Eric Clark, *The Real Toy Story: Inside the Ruthless Battle for America's Youngest Consumers*, Free Press 2007.

78

CONFIDENTIAL – ATTORNEY'S EYES ONLY

EXHIBIT 22
PAGE 695

in a streamlined organization that's focused on scale, innovation and execution".[270] , Toys had become a "four-letter word not to be uttered in a Wall Street company".[271]

143.    Third, key functions tend to manage systems and processes around defined consumers needs and wants. By monitoring existing needs and wants and how they change, they don't see the complexities of the ephemeral changing ecosystem of demand. I define the ecosystem of demand in my book as the daily episodic behaviors of consumers in the social-situational context in which consumers live and how products and services loose relevance in this context. In short, by trying to fill pre-defined consumer needs, companies "miss the point, fail to anticipate the future, and tend to short-change the innovation and growth process."[272]

144.    In my opinion, it was not that Mattel lacked the resources to identify the forces behind the changing needs and wants of their target consumers' (girls, ages 7-12). It was the fact that the system of research and hence consumer understanding was geared toward a view which I call an inside-out view of the world of consumers. The toymaker boasts "an intelligence machine that would have chilled George Orwell's blood"[273]: scores of research scientists collect and analyze both internal and third-party data, using sophisticated statistical analysis and business intelligence software[274]. This data includes point-of-sale numbers, trend and demographic information from over five market research companies, impromptu interviews of girls at malls, psychographic data about how girls of different ages play, observations from the company's private focus groups at its own Child Test Center.[275]

---

[270] Q3 2005 Mattel Earnings Conference Call p.3 Exhibit 2524
[271] Eric Clark, *The Real Toy Story: Inside the Ruthless Battle for America's Youngest Consumers*, Free Press 2007.
[272] Erich Joachimsthaler. *Hidden in Plain Sight.* Harvard Business School, 2007.
[273] Eric Clark, *The Real Toy Story*, Free Press, 2007, p. 84
[274] Mel Duvall and Kim S. Nash. "Mattel: How Barbie Lost Her Groove". *Baseline*. August 4th, 2005
[275] Mel Duvall and Kim S. Nash. "Mattel: How Barbie Lost Her Groove". *Baseline*. August 4th, 2005; Eric Clark, *The Real Toy Story: Inside the Battle for America's Youngest Consumers*, Free Press, 2007, p. 84.

CONFIDENTIAL – ATTORNEY'S EYES ONLY

EXHIBIT 22
PAGE 696

145.    There is no problem with this type of research itself but I have found that in successful companies like Mattel, the research tends to reinforce an inside-out view of the world of consumers. All of this research tends to look out at their customers through the lens of their own products, processes, capabilities. Even in conducting the most diligent of research, companies do so with their own products and services firmly in mind. They lose their own objectivity in favor of their incentives.

146.    That seems to me what happened at Mattel – they placed the value and heritage of the Barbie brand above consumers' changing tastes and preferences. Their intelligence unit's meticulously gathered data which was interpreted through the corporate lens, hampered by internal changes, corporate culture, strategic objectives, and brand baggage. Product launches such as Generation Girl, Diva Starz, Mystery Squad, and Flavas were introduced as attempts to secure the older girl market.[276] However, they failed to "capitalize on the elements that older girls found appealing and therefore the brand was unable to capture their interest."[277] Nancy Zwiers, former head of the Barbie brand, highlights the loss of objectivity due to incentives: "Mattel did not have an incentive to turn the fashion-doll aesthetic upside down. Only someone trying to unseat Barbie could do that"[278]

147.    Therefore, I conclude that regardless whether or not Carter Bryant had taken the original Bratz design to Mattel, it is unlikely that Mattel would have been accepting of an idea for a new line of fashion dolls that appeared to be a radical innovation to them– the more probable scenario is that it would have been swept under the rug of stabilizing corporate finances and retaining Mattel's core values.

---

[276] The Bratz Brief, November 14, 2003, M0079765 at M0079767
[277] The Bratz Brief, November 14, 2003, M0079765 at M0079768
[278] Mel Duvall and Kim S. Nash. "Mattel: How Barbie Lost Her Groove", *Baseline*. August 4th, 2005

80

CONFIDENTIAL – ATTORNEY'S EYES ONLY

EXHIBIT 22
PAGE 697

## Conclusion

148.    It is my opinion that MGA Entertainment saw and seized a unique opportunity that was emerging in the fashion doll market. MGA Entertainment capitalized on the new consumer segment of tween girls of the millennium, older than 6 years, a consumer base where Barbie had become culturally irrelevant. This created a huge gap in the fashion doll space – an opportunity in plain sight. The Bratz brand tapped into this elusive group of tweens, successfully capturing "the imagination of older girls, making dolls cool" again.[279]

149.    This emerging and relatively new market has clearly defined boundaries and consumer dynamics. This explains why Bratz could succeed in this market as a new market entrant. MGA Entertainment launched what can be called a radical innovation. The Bratz dolls were so different from anything else in the fashion doll space of 2000-2001. As MGA Entertainment's CEO Isaac Larian recalls, he thought the dolls were "weird" and "ugly".[280] As it happens, he asked his daughter Jasmin what she thought and she replied, "Dad, this is really good."[281]  Larian was convinced by her candor, so he said, "Let's take a risk – let's go."[282]

150.    During the years of launching the Bratz dolls, MGA Entertainment was a company that was ready to take the necessary changes and risks in this new market. It also had a unique combination of people who with experience in the toy industry as well the fashion doll business created the innovations necessary to build and nurture the Bratz brand while also

---

[279] Holly Acland, "Long live toys", *Business Source Alumni Edition*
[280] CNBC Report, *It's War*, http://www.youtube.com/watch?v=2xxbJejTbuI
[281] Eric Clark, *The Real Toy Story:  Inside the Ruthless Battle for America's Youngest Consumers*, Free Press, 2007
[282] Eric Clark, *The Real Toy Story:  Inside the Ruthless Battle for America's Youngest Consumers*, Free Press, 2007

81

CONFIDENTIAL -- ATTORNEY'S EYES ONLY

EXHIBIT 22
PAGE 698

having the discipline of managing the brand consistent with a unified vision of what the Bratz brand aspires to create and stands for.

151.   I have also described in my report the consumer decision making principles and cognitive processes that have facilitated the Bratz brand to grow relatively fast and to become one of the key business-essential assets of the firm.

152.   As a result, MGA Entertainment has grown the market for fashion dolls. Looking at the market through key player segments displays the areas in which the growth occurred -- and this was a growth in the marketplace, rather than a stagnant market with competitors stealing shares from each other. Even Kevin Farr, Mattel's current CFO, testifies that MGA Entertainment grew the marketplace rather than merely its own share in the marketplace.[283] From the years 2002 to 2003, the Bratz brand grew          dollars, four times greater than the next competitor within the dolls super category ($56M) as compared to My Scene Barbie that had a growth change of $40 million dollars (7%). The fact that Bratz dolls grew the toy industry is evident by the net sales statistics of the year 2000, when Barbie had already been declining steadily for 3 consecutive years. Mattel's sales only began to grow after Bratz released their doll and Mattel released the My Scene Barbie. The doll industry was already suffering and while Mattel does not show a great change in the years 2000 – 2006, the Bratz brand has shown great growth, at times exceeding a 160% share growth rate.

---

[283] Kevin Farr deposition, pg. 186 at lines 15-18.

CONFIDENTIAL – ATTORNEY'S EYES ONLY

REDACTED          EXHIBIT 22
PAGE 699

Executed this 11th day of February, 2008:

Erich Joachimsthaler

CONFIDENTIAL – ATTORNEY'S EYES ONLY

EXHIBIT 22
PAGE 700

CV

EXHIBIT 22
PAGE 701

ERICH A. JOACHIMSTHALER, Ph.D.

**Residence:**
311 Amsterdam Avenue, # Ph-B
New York, New York 10023

Tel. 1-917-441-9141
Cell 1-917-679-8614

Email: ej@vivaldipartners.com

**Office:**
125 Park Avenue, 15th Floor
New York, New York 10017

Tel. 1-212-965-0900
Fax 1-212-965-0992

**Education**

| | | |
|---|---|---|
| Post-Doctoral Research Fellow | 1987 - 1988 | Harvard Business School |
| Doctor of Philosophy | 1981 - 1985 | University of Kansas<br>Business Administration<br>Specialization: Marketing and<br>Quantitative Methods |
| Master of Science | 1980 - 1981 | University of Kansas<br>Marketing Research |
| Vordiplom | 1979 - 1980 | University of Frankfurt<br>Economics |
| Diplom Betriebswirt | 1976 - 1979 | Fachhochschule Giessen-<br>Friedberg<br>Business Administration and<br>Computer Science/ |

**Doctoral Dissertation**        "Lp-Norm Estimation in Discriminant Analysis."
Chairs: John L. Lastovicka and Kenneth O. Cogger

**Academic Experience**

| | |
|---|---|
| 2004 - | Visiting Professor of Business Administration<br>Department of Marketing, Instituto Estudios Superios de la Empresa<br>(IESE), Barcelona |
| 1994 - 1998 | Rust Visiting Professor of Business Administration<br>Colgate Darden Graduate School of Business Administration<br>University of Virginia, Charlottesville |
| 1989 - 1994 | Associate Professor of Marketing |

84

CONFIDENTIAL – ATTORNEY'S EYES ONLY

EXHIBIT 22
PAGE 702

Department of Marketing, Instituto Estudios Superios de la Empresa (IESE), Barcelona

1985 - 1987    Assistant Professor of Marketing
               Department of Marketing, University of Houston, Houston

1982 - 1984    Adjunct Professor of Management
               Institute of Safety and Systems Management, University of Southern
               California, Los Angeles

1981 - 1985    Graduate Instructor in Marketing
               School of Business and School of Journalism, University of Kansas,
               Lawrence

## Work Experience

1999           Founder and Chief Executive Officer, Vivaldi Partners, New York,
       London,
               Hamburg, Zurich, Buenos Aires, Duesseldorf, and Munich.
1998 - 1999    Chairman, Prophet Brand Strategy, New York and San Francisco.
1995 - 1998    Aaker-Joachimsthaler & Partners (AJ&P), Charlottesville and Berkeley.
AJ&P was
               acquired by Prophet Brand Strategy in January of 1999.
1990 - 1994    Alza Limited - Strategic Marketing and Reseach Consultancy, Barcelona.

## Professional Memberships

American Marketing Association (AMA)
The Institute of Management Science (TIMS) - Marketing College
The Conference Board
European Academy of Marketing (EAM)
European Society for Opinion and Marketing Research (ESOMAR)

## PERSONAL INFO

Erich is married to Daniela Gomez. Daniela was born in Santa Fe, Argentina and is an audiologist with a specialty for hearing disorders. They have two daughters, Sara, and Sophia and one son, Julian.

CONFIDENTIAL – ATTORNEY'S EYES ONLY

EXHIBIT 22
PAGE 703

# PUBLICATIONS

## A. Publications

### Brand Strategy and International Marketing

Room To Grow, **Marketing Management**, November/December, 2007.

Capturing the Ecosystem of Demand, **Advertising Age**, 2007, with Agathe Blanchon-Ersham.

Profitable Growth through Opportunities in Plain Sight, **Absatzwirtschaft** Sonderausgabe 2006, with Markus Pfeiffer

Power-Brands der nächsten Generation, **Absatzwirtschaft** Sonderausgabe 2005, with Markus Pfeiffer

Don't Just Fit In – Stand out: In Search of Profitable Growth, **Absatzwirtschaft**, 2005.

Der Zweck heiligt die Mittel, **Absatzwirtschaft**, 2004.

Wie man mit Kontextrelevanz Wachstum schafft, **Absatzwirtschaft Online**, 2004.

Ist das Markenarchitektur-Konzept noch zeitgemaeß?, **Absatzwirtschaft Online**, 2004.

Muessen die Marken in Zukunft ihre Herkunft verleugnen?, **Absatzwirtschaft**, 2003.

Mitarbeiter: Die vergessene Zielgruppe fuer Markenerfolge, **Absatzwirtschaft**, 2002.

Je kleiner desto besser, **Absatzwirtschaft**, 2002.

Getting the most out of your branding effort, **Markenartikel**, 2002.

Aufbau von Marken im Zeitalter der Post-Massenmedien, **Moderne Markenfuehrung**, 2001, 3. Auflage, Franz-Rudolf Esch (Eds), Gabler Verlag, Wiesbaden, with David Aaker.

Top Marken Strategien: Markenwert schaffen und absichern, **Absatzwirtschaft**, 2000.

The Branding Relationship Spectrum: The Key to the Brand Architecture Challenge, **California Management Review**, 2000, with David A. Aaker.

Brand Leadership, **Brandweek**, 2000, with David A. Aaker.

Brand Leadership, **The Free Press**, New York, 2000, with David A. Aaker. Translated in German, Spanish, Italian, Finnish, Japanese, Korean, and Portugese.

CONFIDENTIAL – ATTORNEY'S EYES ONLY

EXHIBIT 22
PAGE 704

The Lure of Global Branding, **Harvard Business Review**, 1999, with David A. Aaker.

Building Brands without Mass Media Advertising: Lessons from Europe, **Harvard Business Review**, 1997, with David A. Aaker.

IMOS: An International Market Opportunity Screening System, **Journal of International Marketing**, 1994, with Antonie Stam and V. Kumar.

After the Wall: Marketing Guidelines for Eastern Europe, **Sloan Management Review**, 1991, with John A. Quelch; reprinted in: Después del Muro: Pautas de Comercialización para Europa del Este, **Alta Dirección**, 1992 and European Marketing: Readings and Cases, Chris Halliburton and Reinhard Hünerberg, Addison-Wesley, 1993.

El Valor del País de Origin (The Value of Country of Origin Information), **Actualidad de Economía**, 1991.

Methodology

New Answers for Old Questions: Conjoint Analysis Takes the Guess Work out of Marketing Decisions, **Dirección Farmaceutica**, 1994, with Paul Green.

Mathematical Programming Procedures for the Classification Problem in Discriminant Analysis: A Review, **Multivariate Behavioral Research**, 1990, with Antonie Stam.

A Robust Mixed-Integer Approach to Establish Classification Rules for the Discriminant Problem, **European Journal of Operational Research**, 1989, with Antonie Stam.

Solving the Classification Problem in Discriminant Analysis Via Linear and Nonlinear Programming Methods, **Decision Sciences**, 1989, with Antonie Stam.

Four Approaches to the Classification Problem in Discriminant Analysis, **Decision Sciences**, 1988, with Antonie Stam.

4MODE1 AND 4MODE2: Fortran IV Programs for the Four-Mode Components Analysis Problem, **Journal of Marketing Research**, (Computer Abstracts), 1985, with John Lastovicka.

RELCON: A Program for the Estimation of Internal Consistency of Composites with Congeneric Measurement Properties, **Journal of Marketing Research**, (Computer Abstracts), 1985, with Lane Curtis.

Technology, Strategy and Industrial MarketingBuying/Selling

87

CONFIDENTIAL – ATTORNEY'S EYES ONLY

EXHIBIT 22
PAGE 705

Decision Support System Implementation: A Meta Analysis, **Management Information Systems (MIS) Quarterly**, 1992, with Maryam Alavi.

Sales Resource Allocation with Multiple Conflicting Objectives: An Interactive Decision Support Aid, **Decision Sciences**, 1991, with Antonie Stam and Lorraine Gardiner.

Order (Market) Selection Given Multiple Conflicting Objectives and Goals: An Interactive Marketing-Manufacturing Decision Model, **Decision Sciences**, 1989, with Antonie Stam and Lorraine Gardiner.

Influence of Formalization on the Organizational Commitment and Work Alienation of Salespeople and Industrial Buyers, **Journal of Marketing Research**, 1988, with Ronald Michaels, William Cron, and Alan Dubinsky.

Multicriteria Issues in Marketing: A Sales Resource Allocation Example and Potential Areas of Future Research, **Lecture Notes in Economics and Mathematical Systems Series**, 1988, Springer Verlag, with Lorraine Gardiner and Antonie Stam.

Individual Difference Factors in the Satisfaction and Usage of a Marketing Decision Support System, **Journal of Marketing Research**, 1987, with George Zinkhan and Thomas C. Kinnear.

Role Stress Among Industrial Buyers: An Integrative Model with Implications for Marketing, **Journal of Marketing**, 1987, with Ronald E. Michaels and Ralph L. Day.

Methodology and Consumer Behavior

Measurement Validity of VALS and a Custom Lifestyle Typology with Multiplicative Factoring of Multimethod- Multitrait Matrices, **Journal of Marketing Research**, 1990, with John Lastovicka and John P. Murry.

Improving Personality-Behavior Relationships, **Journal of Consumer Research**, 1988, with John Lastovicka.

A Lifestyle Typology to Model Young Male Drinking and Driving, **Journal of Consumer Research**, 1987, with John Lastovicka, John P. Murry, and Gaurav Bhalla.

Optimal Stimulation Level, Exploratory Behavior Models, **Journal of Consumer Research**, 1984, with John Lastovicka.

**B. Books & Book Chapters**

CONFIDENTIAL -- ATTORNEY'S EYES ONLY

EXHIBIT 22
PAGE 706

*Hidden in Plain Sight: How to Find and Execute Your Company's Next Big Growth Strategy,* Harvard Business School Press, Massachusetts, 2007. Translated in German, Spanish, Finnish, Chinese, Korean, Polish, and Lithuanian.

"Strategie und Architektur fuer Markenportfolios" in *Handbuch Markenartikel,* to be published in 2004, Manfred Bruhn, Gabler Verlag, Wiesbaden, with Markus Pfeiffer.

*Brand Leadership,* The Free Press, New York, 2000, with David A. Aaker. Translated in German, Spanish, Italian, Finnish, Japanese, Korean, and Portugese.

"Branding Challenges For Transitional Economy Firms in Local Markets," in *Marketing Issues in Transitional Economies,* 1999, Rajeev Batra, Kluwer Academic Publishers, Norwell, Massachusetts, with Jordi Garolera and Dana Pillsbury.

"Nestle Buitoni: The House that Mamma Built," in *Relationship Marketing: Strategy and Implementation,* 1999, Helen Peck, Adrian Payne, Martin Christopher, and Moira Clark, Butterworth-Heinemann, Oxford, with Edward Hickman.

## C. Working Papers & Teaching Notes, etc.

Eastman Kodak: Digital & Applied Imaging, Darden Educational Material, 1996.

Energia General (Eg3): Retail Service Stations in Argentina, Darden Educational Material, 1996.

Nike Europe, IESE Case Publication No. M-968, 1995.

Renault SA, IESE Case Publication No. M-966, 1995.

Hugo Boss AG, IESE Case Publication No. M-965, 1995.

IBM Ambra, IESE Case Publication No. M-963, 1995.

ABB: Electrical Motors, Case Study, 1995.

CCNR-Coca-Cola Nestlé Refreshments, Case Study, 1995.

Corporate Brands, IESE Working Paper.

The Andrex Case Story, IESE Case Publication No. M-952, 1994.

The Nestlé Buitoni Case Story: The House that Mamma Built, IESE Case Publication No. M-953, with Edward Hickman, 1994.

Marketing Metamorphosis: From Products to Brands to Consumers, IESE Working Paper No. MN-282, 1994.

CONFIDENTIAL – ATTORNEY'S EYES ONLY

EXHIBIT 22
PAGE 707

Building Global Brand-Consumer Relationships, IESE Working Paper No. MN-294, 1994.

Maintaining Global Brand-Consumer Relationships, IESE Working Paper No. M-293, 1994.

Conjoint Analysis Takes the Guess Work Out of Pharmaceutical Marketing Decisions, IESE Publication No.: MN-284, with Paul Green, 1994.

The Häagen-Dazs Story, IESE Case Publication No. M-940, with Peter Taugbol, 1994.

The Swatch Story, IESE Case Publication No. M-930, 1993.

Anfi del Mar, S.A., IESE Case Publication No. M-888, with Madhur Mehta 1993; Teaching Note No.: MT-8, and Supplementary Material No.: M-924.

RCI: Service Quality and Its Measurement, IESE Case Publication No. M-905 with Brian Hare, 1993; Teaching Note for RCI M-10.

## EXPERT WITNESS EXPERIENCE

*Coty (Davidoff) v. CVS*

*Exide v. Enersys*

*Adidas America, Inc. & Adidas-Salomon AG v. Kmart Corporation*

*Adidas America, Inc. & Adidas AG, v. Payless ShoeSource, Inc.*

*Deere & Company v. MTD Holdings Inc., formerly known as MTD Products Inc*

*Verizon v. Nextel*

*Richard Bach and Russell Munson v. Forever Living Products*

*Nissan North America, Inc. & Nissan Motor Co., LTD. v. Audi AG and Volkswagen of America, Inc.*

*Remo Imports LTD. v. Jaguar Canada Inc. & Jaguar Cars Limited*

*E&M Motels v. Super 8 Motels, Cendant*

*United Parcel Service of America v. The Gator Corporation*

90

CONFIDENTIAL – ATTORNEY'S EYES ONLY

EXHIBIT 22
PAGE 708

*Richard Bach and Russell Munson vs. Forever Living Products, a Nevada corporation*

*Lulu Enterprises, Inc vs.Hulu, LLC*

*Positive Ions, Inc vs. Ion Media Networks, inc., Paxson Communications Corp.*

*Frisch's Restaurants, Inc. vs. Elby's Big Boy of Steubenville, Inc.*

*Victor Moseley and Cathy Moseley, DBA Victor's LittleSecret, Petitioners v. V Secret Catalogue, Inc., et al*

*Liz Claiborne, inc. and Lucky Brand Dungarees, Inc. vs. Marcel fashion Group, inc.*

*Quiksilver International pty ltd;. Quiksilver, Inc. and QS Holdings Sarl vs. Roxy Togs, Inc.*

*Sirius/XM Satellite Radio vs. SoundExchange*

*Board of Supervisors of the Louisiana State University and Agricultural and Mechanical College Board of Regents of the University of Oklahoma, Ohio State University, University of Southern California, Pasadena Tournament of Roses and The Collegiate Licensing Company vs. Smack Apparel Company and Wayne Curtis*

## MATERIALS I HAVE REVIEWED OR CONSIDERED IN INFORMING MY OPINION

ABC International Traders, Inc., Business Plan Copy #1, March 2001, MGA 0047162

About Us Corporate Information, Lego Group, http://www.lego.com

Acland, Holly, Long live toys, Business Source Alumni Edition

Adult-Size Barbie, *Christian Science Monitor*, Vol. 89, Issue 19, p 20

Aparna A. Labroo (2006), "Do Products Smile? When Fluency Confers Liking and Enhances Purchase Intent, *"Advances in Consumer Research*, Volume 33.

A. Scot Walton (1997), "Bruno Magli: Shoe Sales are Up Because of Ad Campaign," in *The Atlanta Journal-Constitution*. Atlanta, GA

Barbie Retail Experience, M0065511

Brand Comparison Chart, M 006505

91

CONFIDENTIAL – ATTORNEY'S EYES ONLY

EXHIBIT 22
PAGE 709

Bratz Factsheet, MGA Entertainment, MGA 0178895

Bratz Fall '05 Girls' Line Central Location Test p. 13, MGA 0201197

Bratz International A&U Tracking Study, UK, & Canada November 2007, Prepared by C&R Research, MGA 3823970

Bratz International A&U December 2006 study, MGA 0295483

Bratz Passion 4 Fashion Diamondz, Marketing Plan Authorization, Presented July 28, 2006. MGA0194218

Bratz press release, "Bratz Magazine Wins Best Sellers Award For Best ABC Debut in the United Kingdom, February 27, 2007.

Bratz – Mr. Pete Lipnick/OfficeMax/December 1, 2004 – MGA0212217

BRATZ S.W.O.T. MGA0212252

Brian Hooks deposition transcript, pg. 34-5, at lines 19-3

Carter Bryant deposition, pg. 279 at line 19

Chan Su Park and V. Srinivasan (1994), "A Survey-Based Method for Measuring and Understanding Brand Equity and Its Extendability," *Journal of Marketing Research*, Vol. XXXI (May), 271-288

Claudia and Brian Strow, "A History of Divorce and Remarriage in the United States", http://www.emeraldinsight.com/Insight/ViewContentServlet?Filename=/published/emeraldfulltextarticle/pdf/1240220404.pdf.

Clayton Christensen, *The Innovator's Dilemma*, Harvard Business School Press, 1997

CMO Council. "Positive outlook on marketing spend reported by CMO council." http://www.marketwire.com/mw/release.do?id=809857

CNBC Report, *It's War*, http://youtube.com/watch?v=2xxbJejTbuI

Daniel Roth, "Can Nike Still Do It Without Phil Knight", *Fortune*, April 4, 2005.

David A. Aaker, *Managing Brand Equity*, New York, NY, The Free Press, 1991

David A. Aaker and Erich Joachimsthaler, *Brand Leadership: The Next Level of the Brand Revolution*, New York, NY, The Free Press, 2000, p. 51-52

David A. Aaker, *Building Strong Brands*, New York, NY, The Free Press, 1996

92

CONFIDENTIAL – ATTORNEY'S EYES ONLY

EXHIBIT 22
PAGE 710

David A. Aaker and Erich Joachimsthaler (1999), The Lure of Global Branding, *Harvard Business Review*, November/December.

David Ogilvy, *Confessions of an Adman*, Southbank Publishing, London, New Ed Edition, 2004

Duvall, Mel and Kim S. Nash. "Mattel: How Barbie Lost Her Groove". *Baseline*, August 4th, 2005.

Email from T Kilpin to R Arons, April 2, 2004, *The Barbie Call to Action*, M 0079846

Email from A Lago to Young & Republican, November 1, 2004, Y & R 000135 - 136

Eric Clark, *The Real Toy Story: Inside the Ruthless Battle for America's Youngest Consumers*, The Free Press, New York, NY 2007.

Erich Joachimsthaler and John Lastovicka (1985), 4MODE1 AND 4MODE2: Fortran IV Programs for the Four-Mode Components Analysis Problem, *Journal of Marketing Research*, (Computer Abstracts).

Erich Joachimsthaler, John Lastovicka and John P. Murry (1990), "Measurement Validity of VALS and a Custom Lifestyle Typology with Multiplicative Factoring of Multimethod- Multitrait Matrices," *Journal of Marketing Research*.

Erich Joachimsthaler and Paul Green (1994), "Conjoint Analysis Takes the Guess Work Out of Pharmaceutical Marketing Decisions," *IESE Publication No.: MN-284*.
Erich Joachimsthaler, *Hidden in Plain Sight: How to Find and Execute your Company's Next Big Growth Strategy*, Harvard Business School Press, Boston, Mass, 2007.

Financial statements from MGA Entertainment (P&L)

Girls Monthly Brand Tracking Study in the U.S., M 0082090

Gary Hamel & Liisa Valikangas, *"The Quest for Resilience"*, Harvard Business Review, September 2003, *"Liberating Resources" section*

H. E. Krugman (1967). "The measurement of advertising involvement," *Public Opinion Quarterly*, 30, 583-596

Holiday Fair Bratz Dolls Marketing Plan/Licensing Proposal, MGA 0064245

http://archives.cnn.com/2000/HEALTH/children/03/31/early.puberty.wmd/#0

Interbrand, *Best Global Brand 2007*, pp. 14 - 15

93

CONFIDENTIAL – ATTORNEY'S EYES ONLY

EXHIBIT 22
PAGE 711

Interbrand, *Best Global Brand 2003, 2002, and 2001*

Interview with Paula Garcia, January 29, 2008

Interview with Steffen Smith, January 31, 2008

Internal email M0079846

Isabelle Cherney and Kamala London (2006), "Gender-linked Differences in the Toys, Television Shows, Computer Games and Outdoor Activities of 5 to 13-years old Children," *Sex Roles*, Springer Netherlands, May, Vol.

Jennifer Aaker, "The Malleable Self: The Role of Self-Expression in Persuasion," *Journal of Marketing Research*, Winter, 1999.

John R. Hauser and Birger Wernerfelt (1990), "An Evaluation Cost Model of Consideration Sets," *Journal of Consumer Research*, 16 (4), p.393

J. Edward Russo and Abraham D. Horowitz (1994), "Expert Systems for Consumers." In Behrens, G., K.P. Kaas, B. Neibecker, V. Trommsdorff, and P. Weinberg (eds.), Konsumentenforschung, Munich: Verlag-Vahlen

John R. Hauser (1978), "Testing Accuracy, Usefulness, and Significance of Probabilistic Choice Models - Information-Theoretic Approach," *Operations Research*, 26 (3), 406-21.

John W. Payne (1976), "Task Complexity and Contingent Processing in Decision Making: An Information Search and Protocol Analysis," *Organizational Behavior and Human Performance*, Vol. 16, 694

John G. Lynch and Thomas K. Srull. (1982). "Memory and Attentional Factors in Consumer Choice: Concepts and Research Methods," *Journal of Consumer Research*, 9 (June).

JP Morgan Securities US Equity Research – Mattel, Inc.  MGA0191335

Juliet B. Schor, *Born to Buy*, Scribner, New York, NY, 2004

Julie Tinson and Clive Nancarrow, "GROw"ing up: tweens' involvement in family decision making, *Journal of Consumer Marketing*, (2007)160-170
Kristine Hodgkin, *Short Term Bratz Defense*, Ogilvy, March 14, 2002.

J. W. Alba and J. W. Hutchinson (1987), "Dimensions of Consumer Expertise," *Journal of Consumer Research*, 13 (4), 411-54.

94

CONFIDENTIAL – ATTORNEY'S EYES ONLY

EXHIBIT 22
PAGE 712

Kevin L. Keller (2008), *Strategic Brand Management: Building, Measuring, and Managing Brand Equity*, 3rd Ed., Englewood Cliffs, NJ: Prentice-Hall, p. 3

Kevin Farr deposition, pg. 186 at lines 15-18.

Kristine Hodgkin, *Short Term Bratz Defense*, Ogilvy, March 14, 2002. M 0253419

Kumi Croom deposition transcript, pg. 85 at line 12

Kusum L. Ailawadi, Donald R. Lehmann, & Scott A. Neslin (2003), "Revenue Premium as an Outcome Measure of Brand Equity," *Journal of Marketing*, Vol. 67 (October), 1-17.

Lev, Baruch, *Intangibles*. Washington, DC: Brookings Institution Press, 2001

Lisa Sanders (2007), CMO Says: Shut the Duck Up, *Advertising Age*, February 19.

Manjoy K. Agarwal and Vithala Rao (1996), "An Empirical Comparison of Consumer-Based Measures of Brand Equity, *Marketing Letters*, 7 (3), 237-47.

Mattel 10K filed March 8, 2005 at 23

Mattel 10 K filed March 24, 2003

Mattel, Inc. Annual Report. 2000.

Mattel, Inc. Press Release: http://www.shareholder.com/mattel/news/20000912-43327.cfm

Mattel Worldwide Consumer Research, Girls Monthly Brand Tracking Study in the US, March 4, 2005, M 0082090

Mattel Worldwide Consumer Research: Girls Monthly Tracking study, 2004. M0082125.

Mattel Worldwide Consumer Research 2004 – 2005, M0082100-M00821110, M0080091-M0080100.

Mattel Worldwide Consumer Research 2004, My Scene waves B & C, Focus Group Report, October 13, 2003 M 0747909

Mattel Worldwide Consumer Research, November 1, 2004, M 0066490

Mattel Worldwide Consumer Research, Girls Monthly Brand Tracking Study in the U.S., M 0082090

Mattel Worldwide Consumer Research, June 10, 2005, M 0080111

CONFIDENTIAL – ATTORNEY'S EYES ONLY

**EXHIBIT 22**
**PAGE 713**

Mattel Worldwide Consumer Research Memo from Dawn Rapp, July 19, 2005, M 0077590

Mel Duvall and Kim S. Nash, Baseline, *Mattel: How Barbie Lost her Groove*, August 4, 2005

Michael Silverstein, *Trading Up: The New American Luxury*, Portfolio, 2005

Morris, Kathleen. "The Rise of Jill Barad". *BusinessWeek.* May 25, 1998.

MGA Inc. Consolidated Financial Statements, December 31, 2006. MGA0868707 at MGA0868714.

MGA Entertainment, Inc Licensing North America, List of Licensees and Contracts

MGA Entertainment Domestic Licensing Data, *Payment Log,* June 30, 2007.

MGA Entertainment, *Awards,* http://www.mgae.com/awards/2006_awards.asp

MGA Entertainment's passion for fashioning innovative consumer entertainment products has earned numerous awards, 2003

My Scene Go Forward Strategy M 0085691

My Scene Marketing Plan, Fall 2004, M 0086863

My Scene vs. Bratz Vehicles and Playsets Competitive Analysis and Recommendations; M 0086623

My Scene & Bratz What's Working& What's Not, M 0078511

My Scene vs. Bratz Dolls, Competitive Analysis and Recommendations, M 0086622

My Scene Competitive Overview, August 27, 2003, M 0072014, M 0072060, M 072025

Nedungadi, Prakash (1990), "Recall and Consumer Consideration Sets: Influencing Choice without Altering Brand Evaluations, *Journal of Consumer Research,* 17 (December), 263-276.

N. E. Beckwith and D. R. Lehmann (1976), "Halo Effects in Multi-attribute Attitude Models: An Appraisal of some Unresolved Issues," *Journal of Marketing Research.*, v13.

Online survey by Harris Interactive in collaboration with the University of Delaware's Lerner College of Business and Economics

CONFIDENTIAL – ATTORNEY'S EYES ONLY

**EXHIBIT 22**
**PAGE 714**

Outdoor Activities, Spring 2005, MGA 1675793

Rosabeth Moss Kanter, *"Innovation: The Classic Traps"*, Harvard Business Review, November 2006, p. 4

Q3 2005 Mattel Earnings Conference Call p.3 Exhibit 2524

Raymond Perrier (1997), "The Role of Branding," in: Raymond Perrier (ed.), *Brand Valuation*, London, 43-53. Business Week's *Best Global Brand 2007 Study by Interbrand, August 7.*

Robert P. Leone, Vithala R. Rao, Kevin Lane Keller, Anita Man Luo, Leigh McAlister, and Rajendra Srivastava (2006), "Linking Brand Equity to Customer Equity, *Journal of Service Research*, Vol. 9, No. 2, November, 125-138

Sandra Hofferth and John F. Sandberg, "Changes in American Children's Use of Time, 1981-1997," in T. J. Owens and S. L. Hofferth, eds., *Advances in Life Course Research Series: Children at the Millenium: Where Have We Come From, Where Are We Going?* New York: Elsevier Science, pp. 193-229, 2001.

Sellers, Patricia. "The New Breed: The latest crop of CEOs is disciplined, deferential, even a bit dull. What a relief." *Fortune*. November 18, 2002.

Sharon E. Beatty and Scott M. Smith (1987), "External Search Effort - an Investigation across Several Product Categories," Journal of Consumer Research, 14 (1), 83-95

The conversion rate refers to the percentage of translation from mere consideration to actual purchase.

The Bratz Brief, November 14, 2003, M 0079765

The house is on fire! Packaging Improvements to Save Barbie M0082011

The Numbers – Box Office Data, http://www.the-numbers.com/movies/2007/BRATZ.php, 1997 – 2007

T.L. Stanley and Karen Benezra, Toys: would she make it after all, *Brandweek*, February 09, 1998.

*The Power of Private Label 2005, A Review of Growth Trends around the World,* Nielsen Report, 2005.

Walfried Lassar, Banwari Mittal and Arun Sharma (1995), "Measuring Customer-Based Brand Equity," *Journal of Consumer Marketing*, Vol. 12, No. 4, 11-19.

Tuelin Erdem, Joffre Swait and Jordan Louviere (2002), "The Impact of Brand Credibility on Consumer Price Sensitivity," *International Journal of Research in Marketing, 19, 1-19.*

97

CONFIDENTIAL – ATTORNEY'S EYES ONLY

EXHIBIT 22
PAGE 715

Victor J. Cook, Jr., *Competing for Customer Capital,* Thomson Southwestern, Mason, Ohio, 2006, pp. 5-7.

Wayne D. Hoyer and Deborah J. MacInnis, *Consumer Behavior* (3rd ed.), Boston, MA: Houghton Mifflin, 2003

Zajonc, Robert B. (1980), Feeling and Thinking: Preferences Need No Inferences, *American Psychologist,* 35(February), 151-171.

2003/2004 Mattel Girls Toys Competitive, MGA Entertainment, O&M 000001

2004 Marketing Plan Update, M0079848

2005 Barbie Spring Line Review, M0079731

Girls Monthly Brand Tracking Study in the U.S. - August 2005, September 12, 2005, M0079806

Girls Monthly Brand Tracking Study in the U.S. - February 2005, March 2, 2005, M0080379

Qualititative Research on the My Scene Goes Hollywood Video-Report, July, 19, 2005, M0077590

2006 Barbie and My Scene pre Fall Viability Testing in the US Report, June 2, 2005, M0066897

My Scene "Living Large" Campaign Concept Diagnostics Report, June 9, 2005, M0053574

Bathing Suit Barbie Preference Screen, 19-Nov-97, M 0048323

AD Testing with Girls Ages 4-6 (Soccer Barbie), 16-Feb-99, M 0043811

AD Testing with Girls Ages 4-10 (Bowling Party Stacy, 2-Jun-99, M 0043805

Qualitative Research - Flanker Dolls, 17-Nov-99, M 0014264

AD Testing with Girls Ages 4 through 8, 16-Feb-99, M 0043808

Qualitative Research - Flanker Dolls, 4-Nov-99, M 0014273

Sakura (dolls) Qualitative Research, 5-Nov-99, M 014285

Qualitative Research on Barbie and Standalone Plush, 13-Jun-00, M 0062258

CONFIDENTIAL – ATTORNEY'S EYES ONLY

EXHIBIT 22
PAGE 716

Qualitative Research on 2001 Generation Girls, 11-Apr-00, M 0052118

Barbie 2000 NYTF and PTF Sizzle Diagnostics Focus Group Results, 18-Sep-00, M 0046786

Focus Groups On 2002 Fall Independently Large Dolls Concepts, 18-Apr-01, M 0047633

2001 US Girls' Attitude and Usage Part III: Barbie Analysis, 27-Jun-02, M 0048021

Pose me Pets Revised AD Test Results, 11-Feb-02, M 0052010

Qualitative Research on Dolls of the World, 17-Oct-02, M 0046392

Summary of My Scene Research to Date, 15-Jul-02, M 0066042

Perceptions of Barbie, 1-Oct-02, M 0090660

World Wide Consumer Research My Scene Focus Groups Report, 25-Sep-02, M 0079871

Pose Me Pets with Hair Preference Test, 20-Jun-02, M 0052011

My Scene Diagnostic in the US Report,  11-Dec-02, M 0066048

My Scene Focus Group Report, 25-Sep-02, M 0086624

2004 Girls Full Year U.S. Viability Resting Report, 15-Dec-03, M 045646

Quantitative Screen Test for Spring 2004 MAX Steel Line in Mexico Report, 12-Mar-03, M 0031207

My Scene Night Out On The Town Diagnostic Testing with Girls Ages 6 to 9, 29-Jul-03, M 0088292

U.S. General Girl Assortment Preference, 27-May-03, M 0074434

2005 Barbie and My Scene Worlds Online Study-Report, 26-Jan-04, M 0043628

My Scene Vacation Desitination/Activity Online Survey, 12-Feb-04, M 0153031

2005 Pre Fall Barbie Viability in the US Report, 10-Aug-04, M 0049880

State of Girls Report, 1-Nov-04, M 0066491

CONFIDENTIAL – ATTORNEY'S EYES ONLY

EXHIBIT 22
PAGE 717

Girls Monthly Brand Tracking Study in the U.S. - October 2004, 3-Nov-04, M 0080249

Girls Monthly Brand Tracking Study in the U.S. - November 2004, 22-Dec-04, M 0082217

Girls Monthly Brand Tracking Study in the U.S. - November 03 - Feb 04, 9-Mar-04, M 0082121

Focus Groups for products tests, 5-Aug-04, M 0053696
Girls Monthly Brand Tracking Study in the U.S. - September 2004, 20-Oct-04, M 0082296

Girls Monthly Brand Tracking Study in the U.S. - July 2004, 25-Aug-04, M 0082159

Qualitative Research on the 2005 Spring Cali Girl Concepts, 28-Apr-04, M 0046199

DVD Research: Phase 1 Qualitative Study, 6-Dec-04, M 0054125

AD Testing with Girls Ages 8 through 9 (My Scene Miami Getaway), 21-Jan-05, M 0050257

My Scene: finding the hook, 22-Mar-05, M 0069833

Qualitative Testing on the 2006 Spring My Scene Bling Bling Pets, 12-Apr-05, M 0088877

Packaging Research, M0072037

My Scene Diagnostic Interviews in France and Spain, December 1, 2002, PMH 000803

My Scene Diagnostics in the US – Report, December 11, 2002, PMH 000502

Diagnostic testing with girls ages 6 to 9, July 29, 2003, PMH 001615

My Scene Diagnostics, January 13, 2003, PMH 000505

My Scene and Bratz Advertising Learnings, Mar 2003, PMH 002011

My Scene Direction, May 23, 2003, PMH 001039

My Scene & Bratz Advertising Learnings, march 2003, PMH 002193

Ad testing with girls ages 5 to 10, June 19, 203, Y&R 000195

My Scene Sessions 2005; Brand, Advertising and Media Perceptions of Girls Ages 7-12, January 1, 2005, Y&R 000001

100

CONFIDENTIAL – ATTORNEY'S EYES ONLY

**EXHIBIT 22**
**PAGE 718**

MGA Entertainment Licensing Program Comparison, MGA 0201388

Survey used for research, MGA 0046963

Bratz Focus Group Evaluation Top line Analysis, March 27, 2001, MGA 0046937

Research girls of different ages and mothers, March 23, 2001, MGA 0046950

Bratz TV creative development qualitative research, 18-Sep-02, MGA 0159122

2002 Bratz Commercial Test & Product Appeals Study, 29-Jan-02, MGA 0186824

Weekly update, 2-Aug-02, MGA 0179298

Bratz TV creative development qualitative research, 18-Sep-02, MGA 0199847

2002 Bratz Commercial & Appeals Test—Report, 29-Jan-02, MGA 0186345

Leisure: Mattel, Inc., 18-Sep-03, MGA 0191335

Point-of-Sale Information, May-03, MGA 0188569

Bratz '04 Line Research Final Report, 25-Nov-03, MGA 0161876

New Product Qualitative Research Bratz Pets Bratz Sportz and Color/Design Direction for Portfolio & Home Décor, Sep-03, MGA 0190330

Bratz Stats, 2003, MGA 0191927

German Market Survey and Recommendation, 9-Nov-04, MGA 0162409

Girls' Perceptions/ Feelings About Selected Commercials/new Products/Music For The Bratz, Jul-04, MGA 0161852

Proposal Qualitative Study Dolls, Jul-04, MGA 0159081

KidWise research based consultancy Bratz Management Summary, Apr-04, MGA 0199192

Bratz Rock Angels & Babyz Research, Mar-05, MGA 0201143

Bratz Rock Angelz DVD Research Plus TV Commercial Research, Aug-05, MGA 0158911

Bratz Tracking Study Top Line V2, December 2006, MGA 0197109

101

CONFIDENTIAL – ATTORNEY'S EYES ONLY

EXHIBIT 22
PAGE 719

Bratz Dance Divas, MGA 0052580

Storytime & Rescue Pets: Research Report (3 focus groups conducted among girls and moms), 28-Apr-06, MGA 0158982

Giggles and Toots Bratz Big Babyz, Fashion Pixies and Doll Title, 23-Jun-06, MGA 0193909

Final Report: Version ; Hot Button Research for '06 Ad Development, 13-Mar-06, MGA 0192506

MGA Doll Research, 14-Feb-07, MGA 0221562

2005 BDO Issue Analysis/ Brand Architecture, 25-Sep-03, M 0086193

My Scene vs. Bratz Vehicles and Playsets Competitive Analysis and Recommendations, M 0086623

My Scene CAS Presentation, 15-Oct-03, M 0086053

My Scene Overview 2003, M 0086031

My Scene Competitor Q & A, M 0057471

Tween Girls and their Crews, PMH 002425

Barbie/My Scene Action Plan, 24-Mar-03, PMH 002172

Barbie Personality Traits, 3-Jan, PMH 000345

My Scene (overview), 24-Jun-03, PMH 001518

My Scene Marketing Update, 13-Aug-02, PMH 002439

Product overview based on celebrities, 26-Dec-02, PMH 000482

My Scene TV boards season 2, 12-Feb-03, PMH 000738

My Scene Hanging Out Brief, 18-Aug-03, PMH 001460

Barbie Action Plan Follow Up, 13-Mar-03, PMH 002340

Mattel - Barbie (My Scene Action Plan), May/June 2003, PMH 002024

My Scene Advertising Communication, 15-Mar-03, PMH 002285

102

CONFIDENTIAL – ATTORNEY'S EYES ONLY

EXHIBIT 22
PAGE 720

Bratz Brainstorm, 22-Jan-01, MGA 0023117

Bratz Brainstorm 2002, 22-Jan-01, MGA 0186385

Marketing Plan – Europe, 9-Sep-02, MGA 0189716

Bandai GmbH Bratz, Bratz 2002, MGA 0187763

Marketing Plans – Europe, 15-Nov-02, MGA 0189743

Marketing Plan Mexico, Year 2003, MGA 0141440

Bratz Rock Angelz, 30-Aug-05, MGA 0148985

Bratz Babyz: The Movie Marketing Plan Authorization, 28-Jul-06, MGA 0194205

MGA Entertainment UK Plan, 1-Jun-06, MGA 0192434

Bratz Passion 4 Fassion Diamondz Marketing Plan Authorizaiton, 26-Sep-06, MGA 0194218

MGA Entertainment Strategic Plan, 21-Jul-06, MGA 0194301

Bratz Marketing Update UK and Ireland, Bratz 2001, MGA 0187586

Media Task Force Status Report, PMH 002274

Bratz links, 2001, PMH 002389

MyScene.com Phase 1 Launch Analysis, March 14, 2003, PMH 002323

Email from Deborah L. Rosenbaum, January 10, 2001, M 0066949

My Scene up against Bratz, PMH 002122
How do we accelerate My Scene, PMH 002273

Illustrations My Scene, 1-Oct-02, PMH 001377

Mattel email from Brian Hooks, 2-Oct-02, PMH 001380

Agreement between Mattel and Chris Long an artist, PMH 001365

Invoice Peterson Milla Hooks to Chris Long about Job description, 21-Oct-02, PMH 001358

CONFIDENTIAL – ATTORNEY'S EYES ONLY

EXHIBIT 22
PAGE 721

Brian Hooks conversation (email), 30-Sep-02, PMH 001354

Mattel's perception Bratz, PMH 002147

Plans for Barbie, PMH 002242

Handwritten notes Barbie, PMH 002379

Nuevo Spot Bratz (email), 13-Mar-03, PMH 002378

Email from Lisa Nelson "For Little Book", 27-Jan-03, PMH 000277

Email to Barb Miller about ideas for their Thursday meeting, 13-Feb-03, PMG 000274

Mattel Slates, 13-Aug-03, PMH 001439

InPut on Webcam, 2-Feb-03, PMH 000282

104
CONFIDENTIAL – ATTORNEY'S EYES ONLY

EXHIBIT 22
PAGE 722

**EXHIBIT 23**

**MGA Entertainment, Inc. v. Mattel, Inc., et al.**

Case No. CV 05-2727

Expert Report of Paul K. Meyer

February 11, 2008

_(signature)_
Paul K. Meyer

CONFIDENTIAL – ATTORNEYS' EYES ONLY

EXHIBIT _____

PAGE ___   **EXHIBIT 23
PAGE 723**

Expert Report of Paul K. Meyer

## TABLE OF CONTENTS

I.  INTRODUCTION ............................................................................................. 2
    A.  Navigant Consulting, Inc. / Qualifications............................................... 2
    B.  Assignment................................................................................................ 3
    C.  Discovery Has Not Been Completed ........................................................ 3
    D.  The Accused Property Subject To Copyright Protection.......................... 4
II.  SUMMARY OF OPINIONS ........................................................................... 5
III.  MATTEL AND MGA ...................................................................................... 7
IV.  OPINIONS ....................................................................................................... 8
    A.  MGA Deductible Expenses....................................................................... 8
    B.  Apportionment Factors And Considerations ........................................... 11
        1.  Design Of The Doll........................................................................... 15
        2.  Themes Associated With The Dolls .................................................. 19
        3.  Fashions Sold With The Dolls........................................................... 24
        4.  Accessories Sold With The Dolls ..................................................... 28
        5.  Characters Associated With The Doll Line ....................................... 30
        6.  Packaging In Which The Dolls Are Sold........................................... 35
        7.  MGA's Branding, Marketing And Advertising Efforts .................... 38
    C.  Apportionment Approaches ..................................................................... 42
        1.  Apportionment Approach: Mattel's studies of "Key Fashion Doll Attributes" in conjunction with the creative elements to develop a fashion doll .......................... 43
        2.  Apportionment Approach: Royalties paid by MGA to Mr. Bryant for his contributions to the Bratz doll line........................................................................... 47
        3.  Apportionment Approach: Work tasks to develop the original Bratz doll ...................... 48
        4.  Apportionment Approach: MGA's Bratz product development contributions ................. 50
        5.  Apportionment Approach: MGA's "licensing in" and "licensing out" royalty rates........ 50
        6.  Apportionment Approach: MGA's investments in the Bratz product line....................... 51
        7.  Apportionment Approach: Sales variation among Bratz products ................................. 52
        8.  Summary Of Apportionment Analyses........................................... 54

EXHIBIT 23
PAGE 724

*CONFIDENTIAL – ATTORNEYS' EYES ONLY*

EXHIBIT ...................................................... 1

PAGE ..................................................

Expert Report of Paul K. Meyer

## I.  INTRODUCTION

### A.    Navigant Consulting, Inc. / Qualifications

1.    I am a Managing Director at Navigant Consulting, Inc ("NCI") and a co-leader of NCI's national intellectual property practice.  NCI is an international business, economic, financial and damages consulting company that provides services to business entities, individuals and counsel.  NCI has approximately 2,000 professionals in over forty offices throughout the United States, Canada, Europe and China.

2.    I am a Certified Public Accountant, Certified Fraud Examiner and accredited in business valuation (CPA-ABV).  I am a Consulting Professor at Stanford University in the Graduate School of Engineering, where I have been co-teaching accounting, quantitative methods and financial issues for over fifteen years.  I am also a member of the Advisory Board for the McIntire School of Commerce at the University of Virginia.  I graduated from the University of Virginia in 1979.

3.    Before joining NCI in February 2004, I was co-founder and President of Tucker Alan Inc.  Tucker Alan Inc. was a business, economic, financial and damages consulting company with approximately 350 employees and 13 offices in the United States.  Prior to founding Tucker Alan Inc. in July 1994, I was employed by Peterson Consulting, an international consulting firm.  At Peterson Consulting, I held various positions including Executive Vice President and Member of the Board of Directors.   Before joining Peterson Consulting in 1981, I worked for an international public accounting and consulting firm.

4.    I am experienced in financial, economic, damage, valuation and accounting matters related to the scope of my work, analysis and study on this matter.  I have analyzed and prepared numerous claims for lost profits, reasonable royalties, increased costs and other financial and economic impacts, including matters involving intellectual property misappropriation and infringement.  I have also analyzed hundreds of agreements relating to the licensing of intellectual property, determined reasonable royalty rates for the use of intellectual property, and valued intellectual property on numerous occasions. These matters have involved both litigation and non-litigation assignments.   I have consulted on matters involving toys, games, rights of publicity and professional sports property licensing and merchandising.

**EXHIBIT 23**
**PAGE 725**

*CONFIDENTIAL – ATTORNEYS' EYES ONLY*

EXHIBIT _____

2

PAGE _____

**Expert Report of Paul K. Meyer**

5.  My curriculum vitae is included as ATTACHMENT 1 to this Report. A listing of cases in which I have testified as an expert witness at trial, arbitration and/or deposition during the preceding four years is included as ATTACHMENT 2 to this Report. My hourly billing rate on this matter is $550. I have no publications during the last ten years. NCI's compensation is not dependent on the outcome of this matter.

**B.    Assignment**

6.  I was retained by counsel for MGA Entertainment, Inc. ("MGA") to address damages issues related to Mattel, Inc.'s ("Mattel") allegations set forth in its Second Amended Answer and Counterclaims. That complaint includes a variety of claims made by Mattel against MGA. For purposes of this Report, I will be addressing certain aspects of the purported damages associated with Mattel's copyright claim against MGA. At this point in time, I have been asked to offer an initial opinion regarding MGA's deductible expenses, as well as consider methods of apportioning MGA's profits attributable to the accused copyrighted property as defined in paragraph 12 of this Report.[1]

7.  To the extent Mattel submits damages opinions on additional claims in any initial expert report submitted on February 11, 2008, I will address those opinions in a Rebuttal Report which I understand must be submitted on March 17, 2008.

**C.    Discovery Has Not Been Completed**

8.  The opinions in this Report are based on currently available information. I understand that a substantial amount of fact discovery has not been completed and likely will not be completed for another 30 to 45 days. I further understand that this additional discovery relates to damages issues in this case, and in particular, the damages sought by Mattel in connection with the claims asserted in its Second Amended Answers and Counterclaims. I anticipate submitting a Rebuttal Report addressing the propriety of any damages claims submitted by Mattel or experts retained on behalf of Mattel. That Rebuttal Report will also take into account any additional discovery available following the date of this Report. Given the outstanding discovery, my opinions and conclusions may be supplemented, amended or revised.

**EXHIBIT 23**
**PAGE 726**

---

[1] The ultimate scope of the intellectual property allegedly owned by Mattel, and the extent such property is subject to protection, have yet to be determined.

EXHIBIT

*CONFIDENTIAL – ATTORNEYS' EYES ONLY*                    PAGE                    3

Expert Report of Paul K. Meyer

9.      ATTACHMENT 3 to this Report contains a listing of various documents, data and other information that I have considered in forming my opinions in this matter. I have also had discussions with MGA personnel including:

- Paula Garcia, *MGA Vice President of Product Design and Development*
- Ken Kaufman, *MGA Vice President of Advertising*
- Steffen Smith, *MGA Director of Structural Engineering – Creative Package Development*
- Aileen Storer, *MGA Packaging*
- Anise Evans, *MGA Director of Financial Planning*

I have also had discussions with other experts retained on behalf of MGA, including:

- Robert Tonner
- Erich Joachimsthaler, Ph.D.
- Peter Menell, J.D., Ph.D.
- Tina Tomiyama

10.     Selected pages of the documents and information listed on ATTACHMENT 3 may be used as exhibits to summarize or support my opinions. Additionally, I may prepare graphical or illustrative exhibits to use at trial based on the documents and information relied upon and my analysis of those documents and information.

**D.      The Accused Property Subject To Copyright Protection**

11.     According to Mattel's Second Amended Answer and Counterclaims dated July 12, 2007, the accused property includes the intellectual property associated either directly or indirectly with the Bratz fashion doll line that Mattel claims it owns. In its Second Amended Answer and Counterclaims, Mattel describes the accused property as: "the concept, design and name of Bratz," and "drawings and three-dimensional models of Bratz dolls, and fashion designed for the dolls, associated clothing and accessories."[2] I understand that MGA and Carter Bryant dispute these claims. The scope of the accused property, if any, that Mattel owns has not been determined and will not be determined until sometime after the submission of this Report and my

---

[2] Mattel, Inc.'s Second Amended Answer In Case No. 05-2727 And Counterclaims ("Mattel's Second Amended Answer And Counterclaims"), July 12, 2007, p. 35.

*CONFIDENTIAL – ATTORNEYS' EYES ONLY*

EXHIBIT _____

PAGE _____

**EXHIBIT 23**
**PAGE 727**

4

Expert Report of Paul K. Meyer

Rebuttal Report. My opinions in this Report may be supplemented, amended or revised based upon the ultimate determination of the scope of the accused property, if any, that Mattel owns.

12.   For purposes of this Report, I have accepted certain assumptions as to the scope of the accused property allegedly owned by Mattel. The accused property is assumed to include drawings Carter Bryant created prior to his departure from Mattel that allegedly are subject to copyright protection.[3] This Report specifically addresses damages issues relevant to the copyright infringement claims. My opinions in this Report may be supplemented, amended or revised based upon the ultimate determination of the scope of the accused copyrighted property, if any, that Mattel owns.

## II. SUMMARY OF OPINIONS

13.   In this Report, I express opinions related to damages asserted by Mattel in connection with copyright claims it asserts in this matter. I understand damages for copyright infringement may be based on the plaintiff's actual damages and/or the defendant's profits, to the extent they are not duplicative of plaintiff's actual damages, if any. When measuring the defendant's profits from any infringing products, the copyright statute provides that, "...the infringer is required to prove his or her <u>deductible expenses</u> and the <u>elements of profit attributable to factors other than the copyrighted work</u>." (emphasis added)[4] Determining the elements of profit attributable to factors other than the copyrighted work is referred to as apportionment of profit.

14.   The opinions in this Report include (a) an initial analysis of MGA's deductible expenses in connection with the development, production and sale of Bratz-related products, and (b) the determination of the elements of profit attributable to factors other than the copyrighted work. I provide apportionment percentages indicating the split of profits between the accused copyrighted property and other factors.[5]

---

[3] Mattel states in its Second Amended Answer And Counterclaims that "Mattel is the owner of copyrights in works that are fixed in tangible media expression and that are the subject of valid, and subsisting, copyright registrations owned by Mattel. These include, without limitation, the works that are the subject of Registrations VA 1-378-648, VA 1-378-649, VA 1-378-650, VA 1-378-651, VA 1-378-652, VA 1-378-653, VA 1-378-654, VA 1-378-655, VA 1-378-656, VA 1-378-657, VA 1-378-658, VA 1-378-659, VA 1-378-660, VAu 715-270, VAu 715-271 and VAu 715-273." Mattel's Second Amended Answer And Counterclaims, July 12, 2007, p. 53-54.
[4] 17 U.S.C. § 504(b).
[5] If experts on behalf of Mattel put forth a claim for lost sales and profits, I will address any such claim in my Rebuttal Report.

CONFIDENTIAL – ATTORNEYS' EYES ONLY

EXHIBIT ..........

PAGE .............

**EXHIBIT 23**
**PAGE 728**

**5**

Expert Report of Paul K. Meyer

15.     MGA's deductible expenses in connection with the production and sale of Bratz-related products include (1) expenses that are tracked by MGA to a specific product, such as the manufacturing cost of a product,[6] (2) relevant expenses allocated to subsets of MGA products, such as selling discounts and allowances for SKU-related sales, and (3) other relevant expenses, such as general and administrative expenses.   The results of my initial analysis of deductible expenses are described in Section A below and summarized on ATTACHMENTS 4 and 5.

16.     Factors other than the accused copyrighted property that contribute to the profits generated by the sale of Bratz-related products by MGA include, but are not limited to: (1) design of the doll; (2) development of the characters associated with the doll line; (3) development of themes associated with the dolls; (4) development of fashions sold with the dolls; (5) development of accessories sold with the dolls; (6) packaging in which the dolls are sold; and (7) MGA's branding, marketing and advertising efforts.[7]   MGA's significant contributions to the generation of sales and profits of the Bratz fashion doll line are addressed in detail in Section B (Apportionment Factors And Considerations) below.

17.     In developing percentages to apportion MGA's profits attributable to the accused copyrighted property, I have considered and analyzed the following apportionment approaches:

    1.  Mattel's studies of "Key Fashion Doll Attributes" in conjunction with the creative elements to develop a fashion doll;

    2.  Royalties paid by MGA to Mr. Bryant for his contributions to the Bratz doll line;

    3.  Work tasks to develop the original Bratz doll;

    4.  MGA's Bratz product development contributions;

    5.  MGA's "licensing in" and "licensing out" royalty rates;

    6.  MGA's investments in the Bratz product line; and

    7.  Sales variation among Bratz products.

18.     Based on the information available to date, my apportionment analysis indicates that approximately 14.3% to 25.0% of MGA's profits earned from sales of allegedly infringing

---

[6] Products are often referred to as "SKUs," or Stock Keeping Units.  Each finished product sold by MGA is assigned a unique SKU number for purposes of management and accounting within MGA.

[7] MGA's branding efforts have played a significant role in the success of Bratz.  I understand that another expert retained on behalf of MGA, Dr. Erich Joachimsthaler, Ph.D., is addressing the importance of branding in his expert report.

CONFIDENTIAL – ATTORNEYS' EYES ONLY

EXHIBIT ___ . . .

PAGE ___ . . .

**EXHIBIT 23**
**PAGE 729**
**6**

Expert Report of Paul K. Meyer

products are attributable to the accused copyrighted property.[8]  My apportionment approaches are described in Section C (Apportionment Approaches) below and in the related ATTACHMENTS.

## III. MATTEL AND MGA

19.    MGA[9] is a privately-held company founded by Isaac Larian in 1979 as a small consumer electronics business in the San Fernando Valley.[10]  In 1987, MGA entered the toy business when it began marketing handheld video games featuring licensed Nintendo characters.[11]  MGA later began marketing products for other popular licensed properties, such as the Power Rangers and Hello Kitty.[12]  In 2001, MGA introduced a new line of dolls known as Bratz, multi-ethnic fashion dolls that "sport[ed] a fresh new urban and contemporary look and fashion."[13]  Today, in addition to Bratz, MGA sells a variety of toys, dolls and games, such as Yummi-Land Ice Cream Pop Girls, Storytime Princess Collection, Rescue Pets and Big Fish Lil' Fish.[14]

20.    Mattel was incorporated in 1948 and is headquartered in El Segundo, California.[15]  In 1959, Mattel introduced the first Barbie doll.[16]  According to its public filings, Mattel designs, manufactures and markets a broad variety of toys worldwide through its Mattel Girls & Boys Brands, its Fisher-Price Brands and its American Girl Brands.[17]  The US segment of the Mattel Girls & Boys Brands includes Barbie fashion dolls and accessories, My Scene, Barbie Collector

---

[8] I understand that other experts retained on behalf of MGA will address substantial differences between the Bratz doll and the drawings included in the accused copyrighted property, as alleged.  One of the factors identified as important to the success of Bratz is the "design of the doll."  In this Report, I do not attempt to split the category "design of the doll" between the various functions that contribute to doll design, including the accused copyrighted property, new drawings, sculpt, face paint and hair, as examples.  If such a split were performed, it would reduce apportionment percentages summarized in Section C related to the accused copyrighted property.
[9] Until 2002, MGA conducted business under the name ABC International Traders, Inc.  "Independent Auditors' Report" of MGA Entertainment, Inc, Deloitte & Touche LLP, October 8, 2002, MGA7352-62 at 52.
[10] MGA's Complaint For False Designation of Origin, Affiliation, Association or Sponsorship; Unfair Competition; Dilution; and Unjust Enrichment ("MGA's Complaint"), April 13, 2005, p. 2.
[11] MGA's Complaint, April 13, 2005, p. 2.
[12] MGA's Complaint, April 13, 2005, p. 2.
[13] MGA's Complaint, April 13, 2005, p. 2.  A third party research firm acknowledged that "[c]ompared to Barbie, Bratz dolls are seen by tweens and buyers for chains such as Toys 'R' Us as having more style, being more edgy, and consequently offering more interest to older girls."  "The U.S. Tweens Market," Packaged Facts, April 2003, p. 18.
[14] http://www.mgae.com/Fall_2007_Product_Pages/Products/Brandsindex.asp.
[15] Mattel, Inc. Form 10-K for the period ended December 31, 2006, p. 3.
[16] http://www.mattel.com/about_us/history/default.asp?f=true.
[17] Mattel, Inc. Form 10-K for the period ended December 31, 2006, p. 3.

EXHIBIT 23
PAGE 730

EXHIBIT _____

PAGE _____

*CONFIDENTIAL – ATTORNEYS' EYES ONLY*                                                             7

Expert Report of Paul K. Meyer

and "Other Girl Brands."[18]  "Other Girl Brands" have included products such as Diva Starz, What's Her Face, and Flavas.[19]

21.    Sales of Barbie peaked at approximately $1.8 billion in 1997, followed by a 14% "plummet" in 1998.[20]  Adrienne Fontanella, Mattel's former President of Barbie, Large Dolls and Small Dolls, said in 2000 that "'[t]he world changed very quickly, and we missed a beat.'"[21]  Mattel's response in 2000 included redesigning Barbie's packaging, "to put more light into the box" by removing cardboard from the front and adding transparent plastic "for a cleaner presentation" that was "'just delicious to look at.'"  Mattel also "launch[ed] more Barbie dolls aimed at pre-teen girls, using strands of hair studded with rhinestones, street-fashion clothing and a first-ever Barbie bellybutton."[22]  By 2006, sales of Barbie had declined to $1.2 billion worldwide.[23]

## IV. OPINIONS

22.    I discuss my analysis and resulting opinions in the following three sections.  In Section A, I describe my initial analysis of MGA's deductible expenses.   In Section B, I discuss apportionment factors that contributed to the successful development and generation of profits for the Bratz product line.  Lastly, in Section C, I address apportionment approaches and the resulting apportionment percentages to be applied against Bratz profits from sales of allegedly infringing products.  My findings are based on currently available information and working assumptions regarding the scope of the accused copyrighted property.

### A.    MGA Deductible Expenses

23.    In anticipation of Mattel submitting a damages claim for copyright infringement, I have performed initial analysis related to aggregating and summarizing the deductible costs and expenses from MGA's sales of its Bratz products.  I continue to review the nature of MGA's costs and will finalize my deductible costs analysis and allocation methods upon receiving

---

[18] Mattel, Inc. Form 10-K for the period ended December 31, 2006, p. 3.
[19] Mattel, Inc. Form 10-K for the period ended December 31, 2003, p. 19.
[20] "Let's Play Makeover Barbie-For Doll's Revival, Mattel Banks On Trendy Clothes, Lip Gloss And A Bellybutton," The Wall Street Journal, February 17, 2000.
[21] "Let's Play Makeover Barbie-For Doll's Revival, Mattel Banks On Trendy Clothes, Lip Gloss And A Bellybutton," The Wall Street Journal, February 17, 2000.
[22] "Let's Play Makeover Barbie – For Doll's Revival, Mattel Banks On Trendy Clothes, Lip Gloss And A Bellybutton," The Wall Street Journal, February 17, 2000.
[23] "Let's Play Makeover Barbie – For Doll's Revival, Mattel Banks On Trendy Clothes, Lip Gloss And A Bellybutton," The Wall Street Journal, February 17, 2000; Deposition of Kevin Farr (rough), January 28, 2008, p. 11.

( (

**Expert Report of Paul K. Meyer**

Mattel's damages claims.   These summaries are included in ATTACHMENTS 4 and 5 to this Report.

24.     In analyzing the deductible costs and expenses associated with the development, production and sale of Bratz-related products, I have relied upon data from MGA's accounting systems, Great Plains and Axapta, to identify MGA's expenses.   Between 2001 and 2005, MGA used the Great Plains accounting system and, beginning in 2006 through the present, switched to the Axapta accounting system.   MGA separately maintains a detailed accounting system to track sales, costs of goods sold and returns of products shipped to MGA customers, which I also relied upon.   This data resides in MGA's accounting system called Targit.   The Targit data contains records reflecting all transactions by product sold to each MGA customer.   The Targit data is summarized and transferred to the Axapta/Great Plains systems, which are used to accumulate and report all MGA costs and expenses.[24]   Each cost category in the profit and loss statements of MGA was reviewed with Anise Evans, Director of Financial Planning.   As noted above, MGA's costs were summarized from contemporaneous MGA accounting records.   These costs were incurred in the normal course of MGA's business to support the development, production, management, marketing, selling and administration of Bratz dolls.

25.     MGA tracks each product it sells by a SKU number.   Between 2001 and 2007, MGA has sold thousands of product SKUs.   The profitability of each SKU can be determined by deducting costs tracked by product and other relevant costs from the sales of each SKU.   Costs tracked by each product SKU at MGA include cost of goods sold, product returns, tooling and royalty expenses.   Other relevant costs include MGA costs that are not tracked by SKU, such as selling discounts and allowances, product development, sales and marketing, salaries and other general and administrative expenses.   These other relevant costs would be allocated to MGA products based on factors such as SKU sales or total MGA sales.   As MGA's sales have increased since 2001, so have its costs.

26.     Certain other relevant costs at MGA are specific to a subset of products sold by MGA.   For instance, MGA derives sales revenues from various revenue sources, including product SKUs, entertainment (e.g., television, DVD, theatrical and music) and licensing.   A cost such as freight

---

[24] I have also relied upon other contemporaneous financial records produced MGA which are referenced in ATTACHMENT 3 to this Report and included in my workpapers.

*CONFIDENTIAL – ATTORNEYS' EYES ONLY*

EXHIBIT _____   9

PAGE _____   **EXHIBIT 23**
**PAGE 732**

**Expert Report of Paul K. Meyer**

relates primarily to product SKUs. Therefore, freight costs would be allocated based only on sales of product SKUs, and not MGA's other sales such as entertainment and licensing. Other costs and expenses, such as rent, are not attributable to a particular revenue source, and therefore would be allocated based on all of MGA's revenue sources. The basis for allocating costs and expenses is derived from a review of MGA's financial records and statements, as well as discussions with MGA personnel.[25]

27.　　In determining deductible costs, I understand that costs that contribute to the development, production, management, marketing, selling and administration of the accused products may be deducted. Sales of Bratz products represent a significant portion of MGA's total company sales since 2001. Significant increases in MGA's sales and marketing, product development and general and administrative expenses have accompanied sales growth in the Bratz product line. The growth in these costs is demonstrated in **ATTACHMENT 4.A**, indicating overall growth rates of over 30.0% during this period for some cost accounts. These costs are necessary for MGA to manage and administer the various functions that benefit the Bratz product line. These costs have been relevant to MGA's successful development and sales of Bratz products.

28.　　In summary, I have reviewed MGA costs and determined whether the expenditures are costs tracked by product or other relevant costs. **ATTACHMENT 4** includes a listing of MGA's costs tracked by product SKU that would be deductible. **ATTACHMENT 5** provides a further breakdown of costs tracked by product SKUs. Additionally, on **ATTACHMENT 4**, I have summarized other relevant costs and the basis that I preliminarily anticipate using to perform allocations to accused sales revenues.[26] I am unable to perform allocations of the other relevant costs until Mattel and/or its experts submit their damages claims and identify accused products and sales revenues. I will determine deductible costs and provide opinions in a Rebuttal Report.

---

[25] I discussed MGA's financial and accounting records with Anise Evans, MGA's Director of Financial Planning.
[26] MGA is an S Corporation. In accordance with Subchapter S of the Internal Revenue Code, the company is not subject to federal income taxes at the corporate level. Taxable income or loss of a company is allocated to the shareholders based on their respective ownership interests. From 2000 through 2006, MGA's provision for income taxes was generally less than 10% as reported on its consolidated statements of income. This provision would include foreign taxes on the company's subsidiaries and state taxes. Taxes are deductible expenses. Additionally, allocation bases and approaches may vary depending on the actual damages claims submitted by Mattel and/or its experts.

*CONFIDENTIAL – ATTORNEYS' EYES ONLY*

EXHIBIT

PAGE

10

EXHIBIT 23
PAGE 733

Expert Report of Paul K. Meyer

### B.    Apportionment Factors And Considerations

29.    I understand that copyright law allows the accused party to identify elements of profit attributable to factors other than the copyrighted work.   I have analyzed, researched and summarized other creative elements and factors related to the success of the Bratz product line. This study has included review of MGA and Mattel documents, review of deposition testimony, discussions with MGA personnel, research, and discussions with other experts retained by MGA. Mattel's documents corroborate inputs I received from MGA personnel identifying important factors it believes contributed to Bratz success.   The results of my study to identify apportionment factors and considerations are summarized in this section of my Report.

30.    The purpose of this Section B is not to provide independent expert opinion on underlying issues and characteristics of the specifically identified apportionment factors, but to identify the important factors contributing to the generation of Bratz success and profits.   I then use these results in the next section of this Report (Section C), which addresses apportionment approaches and resulting percentages.

31.    One of the factors identified as important to the success of Bratz is the "design of the doll."   I understand that other experts retained on behalf of MGA will address substantial differences between the Bratz doll and the drawings included in the accused copyrighted property, as alleged.   In this Report, I do not attempt to split the category "design of the doll" between the various functions that contribute to doll design, including the accused copyrighted property, new drawings, sculpt, face paint and hair, as examples.   If such a split were performed, it would reduce the apportionment percentages summarized in Section C related to the accused copyrighted property.[27, 28]

---

[27] I understand that Peter Menell, Ph.D., a professor of law at UC Berkeley and an expert for MGA, will testify that MGA's Bratz dolls do not infringe copyright in the Carter Bryant doll sketches. In his expert report dated February 10, 2008, Dr. Menell states, "His [Mr. Bryant's] concepts do not attract copyright protection. His sketches reflect a mix of relatively detailed soft goods elements (clothing and accessory) and largely rudimentary hard goods elements. Thus, the doll features attract relatively modest protection. When the sketches are subjected to successive filters of copyright law's limiting doctrines (originality, merger, scènes à faire, functionality), many of the hard goods elements of Carter Bryant's fall away entirely or fade in significance...But since the individual elements themselves attract relatively modest (if any) protection, the compilation itself only enjoys protection against 'bodily appropriation' or 'virtual identity.' As the comparisons show, MGA's Bratz blank and face paint do not reflect anywhere near that level of similarity. The elements differ quite significantly from the Bryant sketches...Based on these considerations, I do not believe that MGA's Bratz dolls infringe copyright in the Carter Bryant doll sketches...I do not believe that the similarities between the overall compilation of elements in MGA's individual Bratz dolls reflect even substantial similarity to any protected compilation in Bryant's sketches. In any case, they do not rise to the level of bodily appropriation." Expert Report of Professor Peter S. Menell,

---

*CONFIDENTIAL – ATTORNEYS' EYES ONLY*

EXHIBIT

PAGE

11

**EXHIBIT 23
PAGE 734**

(         (

**Expert Report of Paul K. Meyer**

*Many People From MGA Contributed To Bratz Sales And Profits*

32.     The success of the Bratz product line is attributable to significant contributions made by MGA in the development, launch and growth of the Bratz product line. The development of the Bratz product line was a collaborative effort involving contributions from numerous people working on various aspects of product development.[29, 30]

33.     For example, Veronica Marlow, a pattern maker and seamstress, worked to develop the Bratz fashions. As Ms. Marlow explained in her deposition, "the final product ended up being a product of many people working on the project...the [final] doll turn[ed] out to be different than his [Mr. Bryant's] original idea, because a lot of people had input on the doll."[31] Likewise, Margaret Leahy, the sculptor who developed the first Bratz-related sculpts, testified that "Carter [Bryant] initially came up with a design, and Paula [Garcia] carried it out...She was responsible for the final product and the way it looked on the shelves...You can have a good sculpt, but if you have a paint, bad hair, bad fashions, bad pack out and bad marketing, it won't go anywhere. Paula was the mastermind behind making Bratz what it is and putting it all together."[32] Similarly, Isaac Larian confirmed that the development of the Bratz doll "was a collaboration."[33]

---

February 10, 2008, p. 4, 22. To the extent the Court accepts certain positions of Dr. Menell, this may put downward pressure on the apportionment percentages summarized in Section C.

[28] I understand that Robert Tonner, Tina Tomiyama and others will testify on behalf of MGA that the Bratz doll as actually designed and developed includes significant differences and enhancements over the accused copyrighted property. Expert Reports of Robert Tonner and Tina Tomiyama. In his expert report, Mr. Tonner states that "the importance of the sculptor and what he/she brings to a doll cannot be over emphasized. Just as the idea or concept of a new doll is crucial, so is the ability and sensibility of the sculptor....the tone of the doll was changed during sculpting. In comparing Mr. Bryant's original sketches with the final sculpt, I see important differences. The shape of the head is the most drastic change. Although the sculptor achieved a stylized sculpt that superficially resembles the illustration, the sculpt has a more childlike quality." In addition, Mr. Tonner states, "I believe a good face painter can enhance a doll, but a great face painter can turn an ordinary doll into a spectacular doll. The combination of a great face painter with a great sculpt can create doll magic. The artist [Anna Rhee] who designed the Bratz way used his/her own artistry to create a very new look for Bratz." Expert Witness Report by Robert Tonner, February 8, 2008, p. 12-14. In her expert report, Ms. Tomiyama comments that the Bratz sculpt was "a very fine piece of work," and that it allowed the face painter "considerable freedom to create faces with different configurations, different eye shapes, different lip fullness, etc. Thus, each of the Bratz characters can be differentiated via the face paint, even though all four initial characters used the same sculpt." Ms. Tomiyama also states, "Certainly to the face designer, the face paint is the key component of the appeal of the doll...most of the 'personality' of the doll is conveyed by the face paint." Expert Report of Tina Tomiyama, February 8, 2008, p. 7-8. To the extent the Court accepts positions of Mr. Tonner and Ms. Tomiyama on these issues, this may put downward pressure on the apportionment percentages summarized in Section C.

[29] Discussions with Paula Garcia and Aileen Storer.

[30] Mr. Tonner concludes in his expert report, "Whereas the importance of a new idea cannot be denied, the same idea, without the help of a very talented staff, could have been a flop. I believe that the original idea for Bratz was only one part of what made a very successful doll program." Expert Witness Report by Robert Tonner, February 8, 2008, p. 19.

[31] Deposition of Veronica Marlow, December 28, 2007, p. 177.

[32] Deposition of Margaret Leahy, December 12, 2007, p. 205-206.

[33] Deposition of Isaac Larian, July 18, 2006, p. 127-128.

**EXHIBIT 23**
**PAGE 735**

*CONFIDENTIAL – ATTORNEYS' EYES ONLY*

EXHIBIT _____ 12

PAGE _____

Expert Report of Paul K. Meyer

Mr. Larian testified that Carter Bryant, Veronica Marlow, Paula Garcia and "the Hong Kong team" were all involved in the development of the fashions for the Bratz dolls. Carter Bryant also testified that Mercedeh Ward, Paula Garcia, Veronica Marlow, Anna Rhee and Steve Tarmichael worked on the development of the Bratz project.[34]

34. Based on my review of this and other deposition testimony, production schedules produced in this matter and discussions with Paula Garcia, I understand that at least twelve people provided creative contributions into the initial Bratz doll. These individuals include Carter Bryant, Margaret Leahy, Veronica Marlow, Mercedeh Ward, Anna Rhee, Aileen Storer, Paula Garcia, Charles O'Connor, Sarah Halpern, Steve Tarmichael, David Dees and Rachel Harris. These people and their roles in the development of the initial Bratz dolls are summarized on ATTACHMENT 6.

35. Subsequent to the initial Bratz dolls, MGA has continued to create new Bratz characters, themes, fashions and packaging. Consequently, MGA has continued to devote substantial resources to create new Bratz products and expand the Bratz product line. These efforts have involved continuing creative contributions from these and other individuals.[35]

*Many Factors Contributed To Bratz Sales And Profits*

36. Bratz's success derives from a combination of numerous aspects beyond the scope of the accused copyrighted property. Mattel, which analyzed the success of the Bratz doll line, has attributed Bratz's success to a variety of factors. For example, a presentation included in Mattel's documents entitled, "My City, My Style, My Scene: Competitive Analysis" dated August 2003, identifies factors that contributed to the success of the Bratz product line. Under the heading, "Why Is Bratz Successful?," the following reasons were listed:

- "Brand name is easy for girls to pronounce and they understand meaning
- Appeals to older girls who have outgrown Barbie
- Hip, cool, fun, trendy image
- Color scheme is appealing and creates presence
- Fashions and accessories are 'over the top' hip

---

[34] Deposition of Carter Bryant, November 5, 2004, p. 278. See also Deposition of Carter Bryant, November 5, 2004, p. 281-282.
[35] Discussions with Paula Garcia.

*CONFIDENTIAL – ATTORNEYS' EYES ONLY*

EXHIBIT 23
PAGE 736

EXHIBIT

PAGE

13

Expert Report of Paul K. Meyer

---

       • Packaging is innovative

      • Themes are all fashion driven"[36]

37.    Similarly, a Mattel document titled "My Scene vs. Bratz Dolls, Competitive Analysis & Recommendations" listed numerous suggestions on how Mattel's My Scene could more effectively compete with Bratz. The suggestions highlighted Bratz's focus on fashion/soft goods, accessories and packaging. **TABLE I** below summarizes some of the recommendations.

**TABLE I – Mattel Recommendations**[37]

| Section Heading | Mattel Recommendation | Bratz Execution |
|---|---|---|
| Doll Fashions | "Glitter, sparkle or shine on every fashion – girls notice pop more than detail.<br>a.  Soft goods purses have more play value (put things inside)<br>b.  Soft goods have more perceived value than tchotch" | • "Bratz always offers soft goods purse<br>• Bratz girl fashions use a lot of glitter and sequins/studs. Every outfit adorned with something that shines.<br>• Bratz offers more soft goods in pack than My Scene<br>• Bratz offers more fashions than My Scene" (emphasis added) |
| Piece Count | "1.  Fewer pieces of metallic piece count is better than lots of plastic<br>2.  Keep tchotch pieces thematic and innovative" | • "Bratz jewelry has more metal/VUM than My Scene and has more 'eye-catching' tchotch (e.g., fuzzy cell phone)." (emphasis added) |
| Packaging | "1.  More callouts on front packaging to highlight key selling points and points of differentiation v. Bratz.<br>2.  Thematic handles.  Even if there is no theme, have a handle." | • "Bratz front packaging has more call-outs than My Scene.<br>• Bratz packaging always has a handle – though not always thematic." (emphasis added) |

---

[36] "My City, My Style, My Scene: Competitive Analysis," August 2003, M0082139-46 at 39.

[37] "My Scene vs. Bratz Dolls, Competitive Analysis & Recommendations," M0086622-3.

*CONFIDENTIAL – ATTORNEYS' EYES ONLY*

**EXHIBIT 23**
**PAGE 737**

EXHIBIT

PAGE

14

**Expert Report of Paul K. Meyer**

38.   In its Second Amended Answer and Counterclaims, Mattel recognizes that the design and development of new products depends on a variety of creative talent, resources, "intellectual infrastructure" and collaboration:

> "Critical to Mattel's success is its ability to design and develop new products.   Mattel invests millions of dollars in product design and development and introduces hundreds of new products each year.   Mattel maintains a 180,000 square-foot design center in El Segundo, California, that houses hundreds of <u>designers, sculptors, painters and other artists, who work exclusively to create the products</u> on which Mattel's business depends.
>
> Mattel also has invested substantial amounts over many years to develop its business methods and practices, including, without limitation, its marketing and advertising research, plans, methods and processes; its business research and forecasts; its costs, budgets, pricing, credit terms, deal terms and finances; its manufacturing, distribution, and sales methods and processes; and its inventory methods and processes.   These represent a <u>material part of the intellectual infrastructure of Mattel and are highly valuable.</u>"[38]   (emphasis added)

39.   Based on review of documents and information, review of deposition testimony and discussions with MGA management and other experts retained on behalf of MGA, the success of the Bratz fashion dolls resulted from a variety of important contributing factors, including: (1) the design of the doll; (2) the development of the characters associated with the doll line; (3) the themes associated with the dolls; (4) the development of fashions sold with the dolls; (5) the development of accessories sold as part of the doll line; (6) the packaging in which the dolls are sold; and (7) MGA's branding, marketing and advertising efforts.[39]   All of these factors include creative contributions.[40]

   1.   **Design Of The Doll**

40.   Based on discussions with Paula Garcia, Robert Tonner and Tina Tomiyama and review of deposition testimony and documents produced in this case, I understand that a variety of design

**EXHIBIT 23**
**PAGE 738**

---

[38] Mattel's Second Amended Answer And Counterclaims, July 12, 2007, p. 33.
[39] Paula Garcia and Robert Tonner concurred that these seven factors were the major factors contributing to Bratz's sales and profits.
[40] Mr. Tonner addresses critical components of doll design in his expert report dated February 8, 2008, including "presenting the idea," "the sculpt," "fashion design," "the face design," "hair design," "the project manager," "the packaging design" and "the marketing."   Expert Witness Report by Robert Tonner, February 8, 2008, p. 10-14.

*CONFIDENTIAL – ATTORNEYS' EYES ONLY*                                                                 15

EXHIBIT

PAGE

Expert Report of Paul K. Meyer

steps are critical in the development of a Bratz doll and contribute to MGA's generation of Bratz sales and profits.

41.     The "design of the doll" refers to a variety of developmental steps, each of which involves substantial creative contributions. These steps include: (a) Carter Bryant's drawings, both before and after his departure from Mattel, (b) the sculpts for the Bratz dolls created by Margaret Leahy, (c) the engineering concepts that allowed for production of the doll, (d) the face painting of the dolls by Anna Rhee, and (e) the Bratz dolls hair rooting and hairstyling by Steve Tarmichael. All of these doll development steps were overseen by Ms. Garcia. Mr. Tonner recognizes the importance of Ms. Garcia's role in this process.[41]

42.     First, Mr. Bryant's drawings provided inspiration and guidance for the creation of the Bratz dolls.[42] I understand that a portion of these drawings were prepared by Mr. Bryant prior to his consulting agreement with MGA.[43] In addition, I understand that the drawings Mr. Bryant created after he entered his agreement with MGA reflected an effort by Mr. Bryant and Ms. Garcia to "soften" Mr. Bryant's original drawings.[44] Ms. Garcia concluded that while Mr. Bryant's original drawings could serve as inspiration for a fashion doll line that appealed to an older group of girls, those drawings were too extreme for a mainline fashion doll. The drawings had to be softened considerably before they could be sold successfully to 7 to 10 year old girls.[45] Moreover, I understand that the postures and shapes of the characters in Mr. Bryant's original drawings could not be replicated in a doll. Thus, the drawings Mr. Bryant created while working with MGA were designed to help MGA create bodies for the Bratz characters that could be translated into a doll.

43.     Second, the sculpts for the Bratz dolls created by Margaret Leahy represented a substantial creative contribution beyond Mr. Bryant's drawings. I understand that the sculpting process

---

[41] "Ms. Treantafelles [Garcia] was perhaps the most important person in the development of the project. She took an idea from an untested, unknown clothing designer (who was not a doll designer) and worked with an extremely talented staff to develop a market changing doll." Expert Witness Report by Robert Tonner, February 8, 2008, p. 16.
[42] Discussions with Paula Garcia.
[43] I further understand that there is considerable dispute in this case about whether the drawings prepared by Mr. Bryant were prepared while Mr. Bryant was employed by Mattel and whether Mattel has some ownership interest in those drawings. I am offering no opinion on this subject. I also understand that the parties dispute whether the drawings are subject to copyright protection. See Expert Report of Professor Peter S. Menell, February 10, 2008.
[44] See Deposition of Carter Bryant, November 5, 2004, p. 279-280.
[45] Based on discussions with Paula Garcia, for example, the portfolio drawings for one of Mr. Bryant's characters were so extreme as to look "gangster-like."

CONFIDENTIAL – ATTORNEYS' EYES ONLY

EXHIBIT 23
PAGE 739

EXHIBIT

PAGE

16

**Expert Report of Paul K. Meyer**

involves creating a three-dimensional rendering of the doll from the two-dimensional drawings. I further understand that this process draws extensively on the expertise, judgment and creative expression of the sculptor.[46]

44.   According to Ms. Leahy's deposition testimony, "Carter gave me the drawings and said, 'Here's what I've done. Let's see what you come up with.'"[47]   Ms. Leahy also stated that Mr. Bryant's initial drawings were "inspirations for me to get started sculpting" and that they were "not actual working drawings so I had to come up with the sculpt on my own given the inspiration he gave me. It's kind of a big leap."[48]   Ms. Leahy further stated, "From a sculptor's standpoint, these drawings [weren't] really usable."[49]   After completing her initial sculpt, Ms. Leahy met with Mr. Bryant several times, during which Mr. Bryant would provide feedback and create additional drawings based on Ms. Leahy's sculpt.[50]

45.   Ms. Leahy further testified that her own artistic inputs contributed greatly to the overall look of the doll that she ultimately sculpted:

> Q: So you don't believe that the faces that Carter Bryant drew here on this page...looks, in terms of their appearance, like the face of the Bratz doll that you sculpted; is that true?
>
> A: Correct.
>
> Q: So where did the face come from?
>
> A: It came from me.
>
> Q: You completed [sic] devised it on your own?
>
> A: I sculpted it, so in large part, it was from me.[51]
>
> * * *
>
> Q: In your view then, are you the person who created the appearance of the Bratz head?
>
> A: Yes.[52]
>
> * * *

---

[46] Discussions with Robert Tonner.
[47] Deposition of Margaret Leahy, December 12, 2007, p. 152.
[48] Deposition of Margaret Leahy, December 12, 2007, p. 149.
[49] Deposition of Margaret Leahy, December 12, 2007, p. 155.
[50] Deposition of Margaret Leahy, December 12, 2007, p. 149, 153-157. Both Ms. Leahy and Ms. Marlow testified that the drawings prepared by Mr. Bryant prior to working with MGA did not resemble the final Bratz product.
[51] Deposition of Margaret Leahy, December 12, 2007, p. 269.
[52] Deposition of Margaret Leahy, December 12, 2007, p. 275.

**EXHIBIT 23**
**PAGE 740**

EXHIBIT _____

*CONFIDENTIAL – ATTORNEYS' EYES ONLY*

PAGE _____

17

**Expert Report of Paul K. Meyer**

> Q: Do you believe that any drawings that Carter Bryant created that you have seen are substantially similar in appearance to the Bratz sculptures that you have created?
>
> A: No.[53]

46. Deposition testimony from Mr. Bryant corroborates Ms. Leahy's position that the drawings which he provided to her were to serve as inspiration. Mr. Bryant stated, "To the best of my knowledge I did the drawing and then Margaret added her own spin on doing the sculpt...I did not expect her to take this drawing and do it verbatim. I really was counting on Margaret's own artistic input to create something that, you know, had her own sensibilities sort of infused in her work...My expectation was that...she would take this drawing, interpret it in her own way with her own vision. That was my expectation." Mr. Bryant stated that the drawing was supposed to give her guidance on size and pose and "was just a general guide."[54]

47. Third, I understand that the sculpt prepared by Ms. Leahy needed to be altered so that it could be manufactured as a doll. In particular, I understand the doll design needed to be modified so the limbs of the doll could move and the clothing could be put on the doll. According to Mr. Bryant, Ms. Leahy's first sculpt had to be "pretty much completely" redone after Mercedeh Ward, Senior Director of Product Development, joined the Bratz project.[55] Mr. Bryant testified, "She saw the work that Margaret had done and said this is not going to work, we need to start again...Mercedeh was really the one that knew how to put a doll together. She knew how to form the joints. She knew how to construct a doll. None of us really did, so she was the one that said this sculpt is not going to work, we're going to need to start from scratch."[56] Mr. Larian confirmed Mr. Bryant's testimony, stating that Ms. Ward was "very instrumental to making the [Bratz] project – product come to market."[57]

48. According to Mr. Bryant, "the body had to be resculpted, the face needed to be resculpted, the fashions were redesigned, the size of the doll was changed, the colors of the hair were changed from the original look of the 1998 drawings. The face design overall was made softer..."[58] Ms.

---

[53] Deposition of Margaret Leahy, December 12, 2007, p. 293.
[54] Deposition of Carter Bryant, November 8, 2005, p. 559-560.
[55] Deposition of Carter Bryant, November 4, 2004, p. 120-121.
[56] Deposition of Carter Bryant, November 4, 2004, p. 120-121.
[57] Deposition of Isaac Larian, July 18, 2006, p. 144.
[58] Deposition of Carter Bryant, November 5, 2004, p. 279.

**EXHIBIT 23**
**PAGE 741**

*CONFIDENTIAL – ATTORNEYS' EYES ONLY*

EXHIBIT _____

PAGE _____                    18

Expert Report of Paul K. Meyer

Leahy's second sculpt resulted in a "more neutral pose" with a straighter, slimmer body, a narrower torso, narrower legs, longer arms and more "ambivalent" features in its face, all of which Mr. Bryant believed were "significant" changes.[59] According to Ms. Garcia, the new sculpt had a different head, lips, ears, eyes and "the angularity in the face was changed."[60]

49.   Fourth, after the sculpt is prepared, I understand that face painting, hair rooting and hairstyling are applied to the doll head, or rotocast. These are additional creative contributions. Anna Rhee had primary responsibility for the Bratz face paint. Ms. Rhee added facial features to the doll including the skin tone, eyes, mouth, nose and ears as well as other creative elements such as makeup. Mr. Bryant confirmed that the Bratz doll ended up with a face design that Ms. Rhee had come up with.[61] Steve Tarmichael was responsible for the hair of the Bratz doll which includes creative elements such as hair styling, coloring and rooting to the rotocast.

### 2.   Themes Associated With The Dolls

50.   Based on discussions with Paula Garcia and Robert Tonner and reviewing documents produced in this case, as well as the review of research and deposition testimony in this matter, I understand that fashion dolls are marketed with various themes. For example, Barbie themes have included "California Girl," "Princess World," "Fairy World," "Kelly World," "Happy Family," "Pop" and "Essentials."[62] Bratz themes have included "Sun-Kissed Summer," "Wintertime Wonderland" and "Formal Funk," as examples.[63]

51.   The themes associated with fashion dolls play a large role in MGA's generation of Bratz sales and profits. Sales of themed Bratz products vary significantly, demonstrating that theme selection plays an important role in the success of a Bratz fashion doll. This concept is further described in Section C.7.

52.   An MGA presentation titled, "Bratz, Fashion Doll Competition," listed as one of Bratz's strengths: "Themes lend to Bratz strong and sexy personas, which allow characters to exude confidence, individuality, femininity, and overall girl power emotion."[64]

---

[59] Deposition of Carter Bryant, November 4, 2004, p. 122; Deposition of Carter Bryant, November 5, 2004, p. 352.
[60] Deposition of Paula Garcia, October 10, 2007, p. 1298.
[61] Deposition of Carter Bryant, November 4, 2004, p. 116.
[62] "Barbie 2004 Marketing Plan," October 28, 2003, M0284970-96 at 85.
[63] MGA's Complaint, April 13, 2005, p. 19.
[64] "Bratz, Fashion Doll Competition," MGA0212249-60 at 53.

**EXHIBIT 23**
**PAGE 742**

*CONFIDENTIAL – ATTORNEYS' EYES ONLY*

EXHIBIT

PAGE

19

**Expert Report of Paul K. Meyer**

53.    Mattel also acknowledged the contribution of the Bratz's themes to the doll line's success.  A Mattel document titled "My Scene & Bratz: What's Working & What's Not" listed a variety of ways that the Bratz's themes contributed to the success of Bratz, including:

- "Innovative themes" (emphasis added)
- "Themes well & FULLY executed throughout product & package" (emphasis added)
- "Executing a theme consistently on a large scale throughout product, consumer products, & content"[65] (emphasis added)

54.    In "The Bratz Brief," a Mattel document dated November 14, 2003, the author wrote that "research highlighted insights which explained older girls' interest in Bratz.  Most important was the observation from older girls who had grown tired of Barbie – they saw Bratz as the teenage aspirational dolls that allowed them to act out 'irreverent' storylines."[66]

55.    In the presentation "My City, My Style, My Scene: Competitive Overview," dated August 27, 2003, one "Bratz Topline Strategy" identified in the presentation was that MGA "continually conduct[ed] focus groups" and was "constantly tapping into fan base for theme ideas."[67]

56.    In addition, Tim Kilpin, Mattel's Senior Vice President of Marketing and Design for Girls from October 2003 to October 2005, testified that Bratz "delivered on fashion play," or "the ability for a girl to interact with a doll with specific fashions and playing with the doll's hair."[68]  Furthermore, he testified that he believed that one of the reasons for the success of Bratz was its fashion driven themes.  Mr. Kilpin testified:

"Q:  Sure.  Did you believe that the Bratz themes were all focused on fashion or they were all fashion driven?

A:  I believe that's an accurate statement.

Q:  And that was one of the items that made it successful?

A:  I would agree with that, yes."[69]

---

[65] "My Scene & Bratz: What's Working & What's Not," M0078511-2.
[66] "The Bratz Brief," November 14, 2003, M0079765-71 at 69.
[67] "My City, My Style, My Scene: Competitive Overview," August 27, 2003, M0072014-60 at 24.
[68] Deposition of Timothy Kilpin (rough), January 25, 2008, p. 120.
[69] Deposition of Timothy Kilpin (rough), January 25, 2008, p. 297.

**EXHIBIT 23**
**PAGE 743**

*CONFIDENTIAL – ATTORNEYS' EYES ONLY*

EXHIBIT

PAGE

20