**EXHIBIT 46**

# Supplemental Revised Privilege and Redaction Log for MGA's 2005 Document Production

Case No. CV 04-09049 and consolidated cases

| Doc. No. | Date | Item Type | Author(s) Sender(s) Email Chain (A. B. C. etc...) | Recipient(s) Addressee(s) | CC or BCC | Grounds for Privilege; Manner Object; AC/WP Doc. Produced? WP Claim | Description; Subject Matter (Privileged) | No. of Duplicates |
|---|---|---|---|---|---|---|---|---|
| 1. | Sept. 20, 2000 | Email | B)  Lucy Arant, Esq. | Kerri Legg | | AC (A portion produced; B & C portions produced with redactions MGA 3708206 - 3708207) | Email message rendering legal advice regarding intellectual property issues | 2 |
| | Undated | Email | C)  Kerri Legg | Lucy Arant, Esq. | | AC | Email message requesting legal advice regarding intellectual property issues | |
| 2. | Nov. 1, 2000 | Email | A)  Isaac Larian | Kerri Legg; Paula Treantafelles | Colleen O'Higgins | AC (B portion produced; A & C portions produced with redactions MGA 3708208) | Email message reflecting legal advice regarding intellectual property issues | 1 |
| | | Email | C)  Lucy Arant, Esq. | Kerri Legg | | AC | Email message rendering legal advice regarding intellectual property issues | |

1

CONFIDENTIAL

EXHIBIT .

PAGE ___

EXHIBIT 46
PAGE 1508

# Supplemental Revised Privilege and Redaction Log for MGA's 2005 Document Production

Case No. CV 04-09049 and consolidated cases

| Doc No. | Date | Item Type | Author(s) (Sender) / Email Chain (A-B-C, etc.) | Recipient(s) (Addressee) | CC Recipient | Privileges/ Protections Asserted (AC, WP, JD) | Description of Document/ Subject Matter |
|---|---|---|---|---|---|---|---|
| 3. | Feb. 22, 2001 | Email | A) David Rosenbaum, Esq. | Victoria O'Connor | | AC | Email message rendering legal advice regarding Carter Bryant contract | 2 |
| | Feb. 22, 2001 | Email | B) Victoria O'Connor | David Rosenbaum, Esq. | | AC | Email message requesting legal advice regarding Carter Bryant contract | |
| | Feb. 21, 2001 | Email | C) David Rosenbaum, Esq. | Victoria O'Connor | | AC | Email message rendering legal advice regarding Carter Bryant contract | |
| | Feb. 21, 2001 | Email | D) Victoria O'Connor | David Rosenbaum, Esq. | | AC | Email message requesting legal advice regarding Carter Bryant contract | |

2

CONFIDENTIAL

EXHIBIT _____
PAGE _

EXHIBIT 46
PAGE 1509

# Supplemental Revised Privilege and Redaction Log for MGA's 2005 Document Production

Case No. CV 04-09049 and consolidated cases

| Doc No. | Date | Item Type | Author(s) (Email Sender(s)) | Recipient(s) (Address(es)) | (Email CC) | Privilege Claim | Description of Document | Redacted Attachment |
|---|---|---|---|---|---|---|---|---|
| 4. | Feb. 22, 2001 | Email | A) Victoria O'Connor | David Rosenbaum, Esq. | | AC | Email message requesting legal advice regarding Carter Bryant contract | 2 |
| | Feb. 21, 2001 | Email | B) David Rosenbaum, Esq. | Victoria O'Connor | | AC | Email message rendering legal advice regarding Carter Bryant contract | |
| | Feb. 21, 2001 | Email | C) Victoria O'Connor | David Rosenbaum, Esq. | | AC | Email message requesting legal advice regarding Carter Bryant contract | |
| 5. | Feb. 21, 2001 | Email | A) David Rosenbaum, Esq. | Victoria O'Connor | | AC | Email message rendering legal advice regarding Carter Bryant contract | 1 |

3

CONFIDENTIAL

EXHIBIT

PAGE___

EXHIBIT 46
PAGE 1510

# Supplemental Revised Privilege and Redaction Log for MGA's 2005 Document Production

Case No. CV 04-09049 and consolidated cases

| Doc. No. | Date | Item Type | Author(s)/ Sender(s) Email Chain (A&B, C etc.) | Recipient(s) / Addressee(s) | CC/BCC | Grounds for Privilege Attorney-Client – AC Work Product – WP (Non-Privileged – NP) | Description of Subject Matter / Redaction | Privilege Related Entries |
|------|------|------|------|------|------|------|------|------|
|  | Feb. 21, 2001 | Email | B) Victoria O'Connor | David Rosenbaum, Esq. |  | AC | Email message requesting legal advice regarding Carter Bryant contract |  |
| 6. | Feb. 21, 2001 | Email | Victoria O'Connor | David Rosenbaum, Esq. |  | AC | Email message requesting legal advice regarding Carter Bryant contract | 1 |
| 7. |  | Fax cover sheet |  |  |  | Produced, MGA 3708209 | Fax cover sheet for entries 8 & 9 |  |
| 8. | Feb. 10, 2001 | Email | C) Isaac Larian | David Rosenbaum, Esq. |  | AC (A & B portions produced; C portion produced with redactions MGA 3708210 – 3708211) | Email message requesting legal advice regarding Carter Bryant contract and licensing | 2 |

4

CONFIDENTIAL

EXHIBIT _____

PAGE _____

EXHIBIT 46
PAGE 1511

Supplemental Revised Privilege and Redaction Log for MGA's 2005 Document Production

Case No. CV 04-09049 and consolidated cases

| Doc. | Date | Item Type | Author(s) / Sender(s) / Entities / Author(s) | Recipient(s) / Addressee(s) | Entities | Basis of Privilege / Redaction / Reason to Claim Work Product | Description of Document | No. of Copies |
|------|------|-----------|---------------------------------------------|----------------------------|----------|--------------------------------------------------------------|------------------------|--------------|
| 9. | Feb. 12, 2001 | Email | A) David Rosenbaum, Esq. | Isaac Larian | Victoria O'Connor | AC (A & B portions produced with redactions MGA 3708212 - 3708213) | Email message rendering legal advice regarding Carter Bryant contract and licensing | 2 |
| | Feb. 10, 2001 | Email | B) Isaac Larian | David Rosenbaum, Esq. | | AC | Email message requesting legal advice regarding Carter Bryant contract and licensing | |
| 10. | Feb. 12, 2001 | Email | A) David Rosenbaum, Esq. | Isaac Larian | Victoria O'Connor | AC (A & B produced with redactions MGA 3708214 - 3708215) | Email message rendering legal advice regarding Carter Bryant contract and licensing | 2 |
| | Feb. 10, 2001 | Email | B) Isaac Larian | David Rosenbaum, Esq. | | AC | Email message requesting legal advice regarding Carter Bryant contract and licensing | |

5

CONFIDENTIAL

EXHIBIT_

PAGE_____

EXHIBIT 46
PAGE 1512

# Supplemental Revised Privilege and Redaction Log for MGA's 2005 Document Production

Case No. CV 04-09049 and consolidated cases

| Doc. No. | Date | Doc. Type | Author/Sender | Recipient/Addressee | Doc'ts BCC'd | Grounds for Privilege/Basis of Redaction | Description/Subject Matter | |
|---|---|---|---|---|---|---|---|---|
| 11. | Feb. 10, 2001 | Email | Isaac Larian | David Rosenbaum, Esq. | | AC (produced with redactions MGA 3708216) | Email message requesting legal advice regarding Carter Bryant contract and licensing | 1 |
| 12. | Oct. 5, 2000 | Email | B) David Rosenbaum, Esq. | Victoria O'Connor | | AC (A portion produced; B-H portions produced with redactions MGA 3708217 - 3708218) | Email message rendering legal advice regarding Carter Bryant contract | 2 |
| | Oct. 4, 2000 | Email | C) Victoria O'Connor | David Rosenbaum, Esq. | | AC | Email message requesting legal advice regarding Carter Bryant contract | |
| | Oct. 4, 2000 | Email | D) David Rosenbaum, Esq. | Victoria O'Connor | | AC | Email message rendering legal advice regarding Carter Bryant contract | |

6

CONFIDENTIAL

EXHIBIT __

PAGE _____

EXHIBIT 46
PAGE 1513

# Supplemental Revised Privilege and Redaction Log for MGA's 2005 Document Production

Case No. CV 04-09049 and consolidated cases

| Doc. No. | Date | Item Type | Author(s) / Sender(s) Email Chain (A, B, C etc.) | Recipient(s) / Addressee(s) | CC or BCC | Grounds for Privilege Attorney-Client - AC Work Product - WP (with Privilege Date) | Description of Subject Matter (Attachments) | # of Pgs (Attach.) |
|---|---|---|---|---|---|---|---|---|
| | Oct. 4, 2000 | Email | E) Victoria O'Connor | David Rosenbaum, Esq. | | AC | Email message requesting legal advice regarding Carter Bryant contract | |
| 13. | Oct. 5, 2000 | Email | A) David Rosenbaum, Esq. | Victoria O'Connor | | AC | Email message rendering legal advice regarding Carter Bryant contract | 2 |
| | Oct. 4, 2000 | Email | B) Victoria O'Connor | David Rosenbaum, Esq. | | AC | Email message requesting legal advice regarding Carter Bryant contract | |
| | Oct. 4, 2000 | Email | C) David Rosenbaum, Esq. | Victoria O'Connor | | AC | Email message rendering legal advice regarding Carter Bryant contract | |

7

CONFIDENTIAL

EXHIBIT ___

PAGE _____

**EXHIBIT 46**
**PAGE 1514**

# Supplemental Revised Privilege and Redaction Log for MGA's 2005 Document Production

Case No. CV 04-09049 and consolidated cases

| Doc. No. | Date | Docu- ment Type | Author(s)/ Sender(s) Email Incl. in "From:" | Recipient(s) Addressee(s) and others "cc:, bcc:" | Privilege Asserted (A/C, W/P, JD) and "Redacted or Withheld" | Description and Privilege Asserted (Subject) |
|---|---|---|---|---|---|---|
| | Oct. 4, 2000 | Email | D) Victoria O'Connor | David Rosenbaum, Esq. | AC | Email message requesting legal advice regarding Carter Bryant contract |
| 14. | Oct. 4, 2000 | Email | A) Victoria O'Connor | David Rosenbaum, Esq. | AC | Email message requesting legal advice regarding Carter Bryant contract | 1 |
| | Oct. 4, 2000 | Email | B) David Rosenbaum, Esq. | Victoria O'Connor | AC | Email message rendering legal advice regarding Carter Bryant contract |
| | Oct. 4, 2000 | Email | C) Victoria O'Connor | David Rosenbaum, Esq. | AC | Email message requesting legal advice regarding Carter Bryant contract |

8

CONFIDENTIAL

EXHIBIT

PAGE

**EXHIBIT 46**
**PAGE 1515**

# Supplemental Revised Privilege and Redaction Log for MGA's 2005 Document Production

Case No. CV 04-09049 and consolidated cases

| Doc. No. | Date | Item Type | Author(s) Sender(s) Email Chain (A, B, C, etc. ...) | Recipient(s) Addressee(s) | Cc and Bcc | Grounds for: Privilege, Exclusion, Redaction and/or Withholding (A/C, W/P) | Document Subject Matter Description | No. of Attachments |
|---|---|---|---|---|---|---|---|---|
| 15. | Oct. 4, 2000 | Email | A) David Rosenbaum, Esq. | Victoria O'Connor | | AC | Email message rendering legal advice regarding Carter Bryant contract | 1 |
| | Oct. 4, 2000 | Email | B) Victoria O'Connor | David Rosenbaum, Esq. | | AC | Email message requesting legal advice regarding Carter Bryant contract | |
| 16. | Sept. 28, 2000 | Email | C) David Rosenbaum, Esq. | Victoria O'Connor | | AC (A & B portions produced; C portion produced with redactions MGA 3708219 - 3708220) | Email message rendering legal advice regarding Carter Bryant contract | 2 |
| 17. | Sept. 28, 2000 | Email | David Rosenbaum, Esq. | Victoria O'Connor | | AC | Email message rendering legal advice regarding Carter Bryant contract | 1 |

9

CONFIDENTIAL

EXHIBIT —

PAGE

EXHIBIT 46
PAGE 1516

# Supplemental Revised Privilege and Redaction Log for MGA's 2005 Document Production

Case No. CV 04-09049 and consolidated cases

| Doc. No. | Dates | Item Type | Author(s)/ Sender(s) (Employer) (AC or BC) | Recipient(s)/ Addressee(s) | Copyee(s) (AC or BC) | Grounds for Privilege And/or Privileged Material Withheld/Redacted (Basis) | Description/Subject Matter (Privileged Info Withheld/ Redacted) | Priv. |
|---|---|---|---|---|---|---|---|---|
| 18. | Sept. 26, 2000 | Email | A) Victoria O'Connor | David Rosenbaum, Esq. Dennis Medici, Esq. | | AC (E & F portions produced; A-D portions produced with redactions MGA 3708221 - 3708223) | Email message requesting legal advice regarding Carter Bryant contract | 3 |
| | Sept. 26, 2000 | Email | B) David Rosenbaum, Esq. | Victoria O'Connor; Dennis Medici, Esq. | | AC | Email message rendering legal advice regarding Carter Bryant contract | |
| | Sept. 25, 2000 | Email | C) Victoria O'Connor | Dennis Medici, Esq. | David Rosenbaum, Esq. | AC | Email message reflecting legal advice regarding intellectual property issues | |
| | Sept. 25, 2000 | Email | D) Dennis Medici, Esq. | Victoria O'Connor | David Rosenbaum, Esq. | AC | Email message reflecting legal advice regarding intellectual property issues | |

10

CONFIDENTIAL

EXHIBIT _

PAGE _

EXHIBIT 46
PAGE 1517

# Supplemental Revised Privilege and Redaction Log for MGA's 2005 Document Production

Case No. CV 04-09049 and consolidated cases

| Doc. No. | Date | Document Type | Author(s)/Sender(s)/Email Client(s)(A)(H)(CC)(BCC) | Recipient(s)/Addressee(s) | Recipient/CC/Addressee | Grounds for Privilege/Protection (Produced, Withheld, Redacted) | Description/Subject Matter (if redactions) | Basis for Redactions |
|---|---|---|---|---|---|---|---|---|
| 19. | Sept. 25, 2000 | Email | A) Victoria O'Connor | Dennis Medici, Esq. | | David Rosenbaum, Esq. | AC (C & D portions produced; A & B portions produced with redactions MGA 3708224 - 3708225) | Email message reflecting legal advice regarding intellectual property issues | 2 |
| | Sept. 25, 2000 | Email | B) Dennis Medici, Esq. | Victoria O'Connor | | David Rosenbaum, Esq. | AC | Email message reflecting legal advice regarding intellectual property issues | |
| 20. | Undated | Draft contract | David Rosenbaum, Esq. | | | | Attorney Work Product (underlying contract without counsel's notes previously produced BRYANT 16895-902) | Draft Carter Bryant contract with counsel's notes | 13 |

11

CONFIDENTIAL

# Supplemental Revised Privilege and Redaction Log for MGA's 2005 Document Production

Case No. CV 04-09049 and consolidated cases

| Doc. No. | Date | Item Type | Author(s) (Sender(s)) Email Chain (A-B-C etc.) | Recipient(s) Addressee(s) | Cc/Bcc | Production Privilege Status: Attorney-Client & Work Product = AC Quotes) | Material Contents (Privilege Description) | No. of Pages Withheld or Redacted |
|---|---|---|---|---|---|---|---|---|
| 21. | Sept. 19, 2000 | Email | A) Victoria O'Connor | David Rosenbaum, Esq. | | AC (C & D portions produced; A & B portion produced with redactions MGA 3708226 - 3708227) | Email message requesting legal advice regarding Carter Bryant contract | 2 |
| | Sept. 19, 2000 | Email | B) David Rosenbaum, Esq. | Victoria O'Connor | | AC | Email message rendering legal advice regarding Carter Bryant contract | |
| 22. | Sept. 19, 2000 | Email | A) David Rosenbaum, Esq. | Victoria O'Connor | | AC (B & C portions produced; A portion produced with redactions MGA 3708228 - 3708229) | Email message rendering legal advice regarding Carter Bryant contract | 2 |
| 23. | Sept. 14, 2000 | Email | A) Victoria O'Connor | David Rosenbaum, Esq. | | AC | Email message requesting legal advice regarding Carter Bryant contract. | 4 |

12

CONFIDENTIAL

EXHIBIT _____

PAGE _____

**EXHIBIT 46
PAGE 1519**

# Supplemental Revised Privilege and Redaction Log for MGA's 2005 Document Production

Case No. CV 04-09049 and consolidated cases

| Doc. No. | Date | Item Type | Author(s) Sender(s) Email Chain (Last Chain) | Recipient(s) Addressee(s) | CC or BCC | Grounds for Privilege Attorney-Client Work Product Other | Description (Subject Matter / Attachment) |
|---|---|---|---|---|---|---|---|
| | Jan. 14, 1990 [sic] | Email | B) David Rosenbaum, Esq. | Victoria O'Connor | | AC | Email message rendering legal advice regarding Carter Bryant contract |
| | Sept. 14, 2000 | Email | C) Victoria O'Connor | David Rosenbaum, Esq. | | AC | Email message requesting legal advice regarding Carter Bryant contract |
| | Sept. 12, 2000 | Email | D) David Rosenbaum, Esq. | Victoria O'Connor | Dennis Medici, Esq. | AC | Email message rendering legal advice regarding Carter Bryant contract |
| | Sept. 12, 2000 | Email | E) Victoria O'Connor | David Rosenbaum, Esq. | Dennis Medici, Esq. | AC | Email message requesting legal advice regarding Carter Bryant contract |

13

CONFIDENTIAL

EXHIBIT _

PAGE _____

**EXHIBIT 46
PAGE 1520**

# Supplemental Revised Privilege and Redaction Log for MGA's 2005 Document Production

Case No. CV 04-09049 and consolidated cases

| Doc. No. | Date | Document Type | Author(s) | Recipient(s) (Addressee) | cc or BCC | Ground for Withholding | Description of document | |
|---|---|---|---|---|---|---|---|---|
| | Sept. 12, 2000 | Email | F) David Rosenbaum, Esq. | Victoria O'Connor | Dennis Medici, Esq. | AC | Email message rendering legal advice regarding Carter Bryant contract | |
| | Sept. 12, 2000 | Email | G) Victoria O'Connor | David Rosenbaum, Esq. | Dennis Medici, Esq. | AC | Email message requesting legal advice regarding Carter Bryant contract | |
| 24. | Sept. 12, 2000 | Email | A) David Rosenbaum, Esq. | Victoria O'Connor | Dennis Medici, Esq. | AC | Email message rendering legal advice regarding Carter Bryant contract | 3 |
| | Sept. 12, 2000 | Email | B) Victoria O'Connor | David Rosenbaum, Esq. | Dennis Medici, Esq. | AC | Email message requesting legal advice regarding Carter Bryant contract | |

14

CONFIDENTIAL

EXHIBIT _____

PAGE _____

EXHIBIT 46
PAGE 1521

# Supplemental Revised Privilege and Redaction Log for MGA's 2005 Document Production

Case No. CV 04-09049 and consolidated cases

| Doc. No. | Date | Item Type | Author(s)/Sender(s) (Title/if attorney) | Recipient(s)/Addressee(s) | cc | Ground for Privilege/ Attorney Title (if attorney) | Description/ Subject Matter | (Bates No.) |
|---|---|---|---|---|---|---|---|---|
| | Sept. 12, 2000 | Email | C) David Rosenbaum, Esq. | Victoria O'Connor | Dennis Medici, Esq. | AC | Email message rendering legal advice regarding Carter Bryant contract | |
| | Sept. 12, 2000 | Email | D) Victoria O'Connor | David Rosenbaum, Esq. | Dennis Medici, Esq. | AC | Email message requesting legal advice regarding Carter Bryant contract | |
| 25. | Sept. 14, 2000 | Email | A) Victoria O'Connor | David Rosenbaum, Esq. | | AC | Email message requesting legal advice regarding Carter Bryant contract | 3 |
| | Sept. 12, 2000 | Email | B) David Rosenbaum, Esq. | Victoria O'Connor | Dennis Medici, Esq. | AC | Email message rendering legal advice regarding Carter Bryant contract | |

15

CONFIDENTIAL

EXHIBIT ___

PAGE _____

**EXHIBIT 46
PAGE 1522**

# Supplemental Revised Privilege and Redaction Log for MGA's 2005 Document Production

Case No. CV 04-09049 and consolidated cases

| Doc. No. | Date | Type of Document | Author(s) Sender(s) Email (if pertinent) | Recipient(s) Addressee(s) | Copyee(s) Blind Copyee(s) Email (if pertinent) | Grounds for Non-Production Privilege and/or Work Product Asserted | Description | Number of Pages |
|---|---|---|---|---|---|---|---|---|
| | Sept. 12, 2000 | Email | C) Victoria O'Connor | David Rosenbaum, Esq. | | Dennis Medici, Esq. | AC | Email message requesting legal advice regarding Carter Bryant contract | |
| | Sept. 12, 2000 | Email | D) David Rosenbaum, Esq. | Victoria O'Connor | | Dennis Medici, Esq. | AC | Email message rendering legal advice regarding Carter Bryant contract | |
| | Sept. 12, 2000 | Email | E) Victoria O'Connor | David Rosenbaum, Esq. | | Dennis Medici, Esq. | AC | Email message requesting legal advice regarding Carter Bryant contract | |
| 26. | Sept. 12, 2000 | Email | A) Victoria O'Connor | David Rosenbaum, Esq. | | Dennis Medici, Esq. | AC | Email message requesting legal advice regarding Carter Bryant contract. | 2 |

16

CONFIDENTIAL

EXHIBIT _

PAGE _

EXHIBIT 46
PAGE 1523

# Supplemental Revised Privilege and Redaction Log for MGA's 2005 Document Production

Case No. CV 04-09049 and consolidated cases

| Doc. No. | Date | Item Type | Author(s)/ Sender(s) Email Chain A – E etc | Recipient(s) Addressee(s) | Copied Recipient | Confidential and/or Privileged Basis for Withholding | Description |
|---|---|---|---|---|---|---|---|
|  | Sept. 12, 2000 | Email | B) David Rosenbaum, Esq. | Victoria O'Connor | Dennis Medici, Esq. | AC | Email message rendering legal advice regarding Carter Bryant contract |
|  | Sept. 12, 2000 | Email | C) Victoria O'Connor | David Rosenbaum, Esq. | Dennis Medici, Esq. | AC | Email message requesting legal advice regarding Carter Bryant contract. |
| 27. | Sept. 12, 2000 | Email | A) David Rosenbaum, Esq. | Victoria O'Connor | Dennis Medici, Esq. | AC | Email message rendering legal advice regarding Carter Bryant contract | 2 |
|  | Sept. 12, 2000 | Email | B) Victoria O'Connor | David Rosenbaum, Esq. | Dennis Medici, Esq. | AC | Email message requesting legal advice regarding Carter Bryant contract |

17

CONFIDENTIAL

EXHIBIT __

PAGE ____

EXHIBIT 46
PAGE 1524

# Supplemental Revised Privilege and Redaction Log for MGA's 2005 Document Production

Case No. CV 04-09049 and consolidated cases

| Doc. No. | Date | Item Type | Author(s) Sender(s) Email Chain (A, B, C, etc.) | Recipient(s) Addressee(s) | Cc or BCC | Grounds for Privilege Attorney Client - AC Work Product - WP Notes (if any) | Description (Subject Matter Attachment) | Privilege Issue |
|---|---|---|---|---|---|---|---|---|
| 28. | Sept. 20, 2000 | Email | C) Lucy Arant, Esq. | Kerri Legg | | AC (A & B portions produced; C portion produced with redactions MGA 3708230 - 3708231) | Email message rendering legal advice regarding intellectual property issues | 4 |
| 29. | Mar. 30, 2001 | Email | B) Lucy Arant, Esq. | Isaac Larian | Lucy Arant, Esq. | AC (A & C portions produced; B & D-H portions produced with redactions MGA 3708232 - 3708235) | Email message rendering legal advice regarding intellectual property issues | 4 |
| | Mar. 29, 2001 | Email | D) Lucy Arant, Esq. | Isaac Larian | | AC | Email message rendering legal advice regarding intellectual property issues | |
| | Undated | Email | E) Isaac Larian | Paula Treantafelles Lucy Arant, Esq. | | AC | Email message requesting legal advice regarding intellectual property issues | |

18

CONFIDENTIAL

EXHIBIT 46
PAGE 1525

# Supplemental Revised Privilege and Redaction Log for MGA's 2005 Document Production

Case No. CV 04-09049 and consolidated cases

| Doc. No. | Date | Document Type | Author(s)/ Sender(s) | Recipient(s)/ Addressee(s) | Copied (CC) | Claim(s) of Privilege/ Subject Matter (Work Product) | Description | [col] |
|---|---|---|---|---|---|---|---|---|
| | Mar. 29, 2001 | Email | F) Lucy Arant, Esq. | Isaac Larian | | AC | Email message rendering legal advice regarding intellectual property issues | |
| | Undated | Email | G) Isaac Larian | Larry Russ, Esq. | | AC | Email message requesting legal advice regarding intellectual property issues | |
| | Mar. 29, 2001 | Email | H) Larry Russ, Esq. | Isaac Larian | Lucy Arant, Esq. | AC | Email message rendering legal advice regarding intellectual property issues | |
| 30. | Mar. 29, 2001 | Email | B) Lucy Arant, Esq. | Isaac Larian | | AC (A portion produced; B-F portions produced with redactions MGA 3708236 - 3708238) | Email message rendering legal advice regarding intellectual property issues | 3 |

19

CONFIDENTIAL

EXHIBIT _

PAGE _____

**EXHIBIT 46 PAGE 1526**

CONFIDENTIAL

# Supplemental Revised Privilege and Redaction Log for MGA's 2005 Document Production

Case No. CV 04-09049 and consolidated cases

| Doc. No. | Date | Item Type | Author(s)/Sender(s)/Publisher(s) (Re: Sec. 3.3) | Recipient(s)/Author(s) | Cc: or Bcc | Grounds for Privilege/Redaction/ Assertion of Privilege/Protection | Document Subject Matter |
|---|---|---|---|---|---|---|---|
| | Undated | Email | C) Isaac Larian | Lucy Arant, Esq. Paula Treantafelles | | AC | Email message requesting legal advice regarding intellectual property issues |
| | Mar. 29, 2001 | Email | D) Lucy Arant, Esq. | Isaac Larian | | AC | Email message rendering legal advice regarding intellectual property issues |
| | Undated | Email | E) Isaac Larian | Larry Russ, Esq. | | AC | Email message requesting legal advice regarding intellectual property issues |
| | Mar. 29, 2001 | Email | F) Larry Russ, Esq. | Isaac Larian | Lucy Arant, Esq. | AC | Email message rendering legal advice regarding intellectual property issues |

20

EXHIBIT ___

PAGE ___

EXHIBIT 46
PAGE 1527

# Supplemental Revised Privilege and Redaction Log for MGA's 2005 Document Production

Case No. CV 04-09049 and consolidated cases

| Doc. No. | Date | Document Type | Author(s) (Sender) Email or Other (A/CH/S etc.) | Recipient(s) Addressee(s) | cc: or Bcc: | Grounds for Privilege and/or Redaction & Source of Claims Withheld in Full or in Part? | Description of Document (Subject Matter of Document if Withheld in Full) | Total Docs. / No. of Pages (if Withheld) |
|---|---|---|---|---|---|---|---|---|
| 31. | Mar. 29, 2001 | Email | A) Isaac Larian | Larry Russ, Esq. Lucy Arant, Esq. | Paula Treantafelles | AC (A-D portions produced with redactions MGA 3708239 - 3708240) | Email message requesting legal advice regarding intellectual property issues | 2 |
| | Mar. 29, 2001 | Email | B) Lucy Arant, Esq. | Isaac Larian | | AC | Email message rendering legal advice regarding intellectual property issues | |
| | Undated | Email | C) Isaac Larian | Larry Russ, Esq. | | AC | Email message requesting legal advice regarding intellectual property issues | |
| | Mar. 29, 2001 | Email | D) Larry Russ, Esq. | Isaac Larian | Lucy Arant, Esq. | AC | Email message rendering legal advice regarding intellectual property issues | |

21

CONFIDENTIAL

EXHIBIT _

PAGE _

**EXHIBIT 46
PAGE 1528**

# Supplemental Revised Privilege and Redaction Log for MGA's 2005 Document Production

Case No. CV 04-09049 and consolidated cases

| Doc. No. | Date | Comm. Type | Author(s)/Sender(s) (AC Desc.) | Recipient(s) Addressee(s) | Grounds for Privilege Claim/Redaction Status | Description of Document | Privilege |
|---|---|---|---|---|---|---|---|
| 32. | Mar. 29, 2001 | Email | A) Isaac Larian | Larry Russ, Esq. | AC (A & B portions produced with redactions MGA 3708241) | Email message requesting legal advice regarding intellectual property issues | 1 |
| | Mar. 29, 2001 | Email | B) Larry Russ, Esq. | Isaac Larian | AC | Email message rendering legal advice regarding intellectual property issues | |
| 33. | Mar. 29, 2001 | Email | Isaac Larian | Alan Rose, Esq. | AC (produced with redactions MGA 3708242 - 3708243) | Email message requesting legal advice regarding intellectual property issues | 1 (1) |
| 34. | Apr. 5, 2001 | Email | A) Isaac Larian | David Rosenbaum, Esq.; Martin Hitch | AC (D & E portions produced; A-C & F portions produced with redactions MGA 3708244 - 3708246) | Email message requesting legal advice regarding distribution agreements | 3 |

CONFIDENTIAL

22

EXHIBIT_

PAGE_

**EXHIBIT 46 PAGE 1529**

# Supplemental Revised Privilege and Redaction Log for MGA's 2005 Document Production

Case No. CV 04-09049 and consolidated cases

| No. | Date | Item Type | Author(s) Sender(s) Email Chain (A, B, C, etc.) | Requesting Addressee(s) | Recipient(s) Addressee(s) | Privilege Asserted Redaction or Withhold | Description of Withheld Information | No. of Pages |
|---|---|---|---|---|---|---|---|---|
| | Apr. 5, 2001 | Email | B) David Rosenbaum, Esq. | Martin Hitch; Isaac Larian | | AC | Email message rendering legal advice regarding distribution agreements | |
| | Apr. 5, 2001 | Email | C) Martin Hitch | Isaac Larian | David Rosenbaum, Esq. | AC | Email message reflecting legal advice regarding distribution agreements | |
| | Mar. 28, 2001 | Email | F) Isaac Larian | David Rosenbaum, Esq. | Martin Hitch; Fred Larian | AC | Email message requesting legal advice regarding distribution agreements | |
| 35. | Apr. 2, 2001 | Email | B) Fred Larian | Isaac Larian David Rosenbaum, Esq. | Martin Hitch | AC (A portion produced; B & C portions produced with redactions MGA 3708247 - 3708248) | Email message requesting legal advice regarding distribution agreements | 2 |

23

CONFIDENTIAL

EXHIBIT ___

PAGE ___

**EXHIBIT 46**
**PAGE 1530**

Supplemental Revised Privilege and Redaction Log for MGA's 2005 Document Production

Case No. CV 04-09049 and consolidated cases

| Doc. No. | Date | Item Type | Author(s)/Sender(s) Email Chain (A, B, C, etc ...) | Recipient(s)/Addressee(s) | CC or BCC | Grounds for Privilege: Attorney-Client=AC Work Product=WP More Produced (Notes) | Description of Subject Matter (for which privilege is being claimed) | Log # |
|---|---|---|---|---|---|---|---|---|
| | Mar. 28, 2001 | Email | C) Isaac Larian | David Rosenbaum, Esq. | Martin Hitch; Fred Larian | AC | Email message requesting legal advice regarding distribution agreements | |
| 36. | Mar. 28, 2001 | Email | Isaac Larian | David Rosenbaum, Esq. | Martin Hitch; Fred Larian | AC (produced with redactions MGA 3708249) | Email message requesting legal advice regarding distribution agreements | 1 |
| 37. | Mar. 14, 2001 | Email | B) Rejina Chan, Esq. | Franki Tsang | Isaac Larian; Stephen Lee | AC (A portion produced; B portion produced with redactions MGA 3708250 - 3708251) | Email message rendering legal advice regarding intellectual property issues | 2 |
| 38. | Mar. 14, 2001 | Email | B) Rejina Chan, Esq. | Franki Tsang | Isaac Larian; Stephen Lee | AC (A portion produced; B portion produced with redactions MGA 3708252 - 3708253) | Email message rendering legal advice regarding intellectual property issues | 2 |

24

CONFIDENTIAL

EXHIBIT.

PAGE

**EXHIBIT 46
PAGE 1531**

# Supplemental Revised Privilege and Redaction Log for MGA's 2005 Document Production

Case No. CV 04-09049 and consolidated cases

| Doc. No. | Date | Item or Type | Author(s)/Sender(s) | Recipient(s)/Addressee(s) | CC or BCC | Privilege Claim Asserted/Reason Withheld or Redacted | Description of Documents/Privileged Material Withheld or Redacted | Number of Pages |
|---|---|---|---|---|---|---|---|---|
| 39. | Feb. 14, 2001 | Email | B) Rejina Chan, Esq. | Isaac Larian | Franki Tsang; Stephen Lee | AC (A portion produced; B portion produced with redactions MGA 3708254 - 3708256) | Email message rendering legal advice regarding intellectual property issues | 3 |
| 40. | Feb. 14, 2001 | Email | B) Franki Tsang | Isaac Larian | Stephen Lee | AC (A portion produced; B & C portions produced with redactions MGA 3708257 - 3708259) | Email message reflecting legal advice regarding intellectual property issues | 3 |
| | Feb. 14, 2001 | Email | C) Rejina Chan, Esq. | Isaac Larian | Franki Tsang; Stephen Lee | AC | Email message rendering legal advice regarding intellectual property issues | |

CONFIDENTIAL

EXHIBIT

PAGE

EXHIBIT 46
PAGE 1532

# Supplemental Revised Privilege and Redaction Log for MGA's 2005 Document Production

Case No. CV 04-09049 and consolidated cases

| Doc. No. | Date | Doc. Type | Author(s)/Sender(s)/Function/Title (A, B, C, etc.) | Recipient(s)/Addressee(s) | Person(s) Copied and/or Blind Copied | Privilege(s) Asserted (Whether Claim is AC or WP and to Whom) | Description of the Document (and Subject Matter) | Related Document No. |
|---|---|---|---|---|---|---|---|---|
| 41. | May 23, 2001 | Email | D) Nana Ashong | Isaac Larian | | AC (A-C, E-G portions produced; D & H portions produced with redactions MGA 3708260 - 3708263) | Email message reflecting legal advice regarding intellectual property issues | 4 |
| | Mar. 14, 2001 | Email | H) Rejina Chan, Esq. | Franki Tsang | Isaac Larian; Stephen Lee | AC | Email message rendering legal advice regarding intellectual property issues | |
| 42. | May 23, 2001 | Email | B) Nana Ashong | Isaac Larian | | AC (A, C-E portions produced; B & F portions produced with redactions MGA 3708264 - 3708266) | Email message reflecting legal advice regarding intellectual property issues | 4 |
| | Mar. 14, 2001 | Email | F) Rejina Chan, Esq. | Franki Tsang | Isaac Larian; Stephen Lee | AC | Email message rendering legal advice regarding intellectual property issues | |

26

CONFIDENTIAL

EXHIBIT
PAGE ____

EXHIBIT 46
PAGE 1533

# Supplemental Revised Privilege and Redaction Log for MGA's 2005 Document Production

Case No. CV 04-09049 and consolidated cases

| Doc. No. | Date | Item Type | Author(s)/ Sender(s)/ Email Chain (A, B, C, etc.) | Recipient(s)/ Addressee(s) | CC/Bcc/ etc. | Grounds for Privilege/ Produced with Redaction (Y/N) | Description of Privileged Material Redacted | No. of Pages |
|---|---|---|---|---|---|---|---|---|
| 43. | Mar. 14, 2001 | Email | D) Rejina Chan, Esq. | Franki Tsang | Isaac Larian; Stephen Lee | AC (A–C portions produced; D portion produced with redactions MGA 3708267 - 3708269) | Email message rendering legal advice regarding intellectual property issues | 3 |
| 44. | Apr. 24, 2001 | Email | B) Rejina Chan, Esq. | Isaac Larian | Stephen Lee; Franki Tsang | (A, C, D, F, G portions produced; B & E portions produced with redactions MGA 3708270 - 3708274) | Email message rendering legal advice regarding intellectual property issues | 5 |
| | Mar. 14, 2001 | Email | E) Rejina Chan, Esq. | Isaac Larian | Franki Tsang; Stephen Lee | AC | Email message rendering legal advice regarding intellectual property issues | |
| 45. | Mar. 14, 2000 | Email | A) Isaac Larian | Franki Tsang | Stephen Lee | AC | Email message reflecting legal advice regarding intellectual property issues | 1 |

27

CONFIDENTIAL

EXHIBIT __

PAGE ____

**EXHIBIT 46**
**PAGE 1534**

# Supplemental Revised Privilege and Redaction Log for MGA's 2005 Document Production

Case No. CV 04-09049 and consolidated cases

| Doc. No./ Bates No. | Date | Item Type | Author(s)/ Sender(s) (a. attorney; b. paralegal; c. other) | Recipient(s)/ Addressee(s) | Cc/ Copies | Privilege Asserted/ Redaction/ Legend Source of Privilege (AC; WP; JD) | Description (and explanation of privilege if redaction) | Privilege Asserted/ No. of Pages |
|---|---|---|---|---|---|---|---|---|
| | Mar. 13, 2001 | Email | B) Franki Tsang | Isaac Larian | Stephen Lee | AC | Email message reflecting legal advice regarding intellectual property issues | 1 |
| 46. | | | | | | Previously produced as MGA 0868124 [Rest of the row intentionally left blank] | | |
| 47. | Mar. 14, 2001 | Email | D) Rejina Chan, Esq. | Isaac Larian | Franki Tsang; Stephen Lee | AC (A-C portions produced; D portion produced with redactions MGA 3708275 - 3708277) | Email message rendering legal advice regarding intellectual property issues | 3 |

28

CONFIDENTIAL

EXHIBIT __

PAGE _____

**EXHIBIT 46
PAGE 1535**

# Supplemental Revised Privilege and Redaction Log for MGA's 2005 Document Production

Case No. CV 04-09049 and consolidated cases

| Doc. No. | Date | Item Type | Author(s)/Sender(s) | Recipient(s)/Addressee(s) | Recipient(s) (cc) | Grounds for Immunity/Attorney Client and Redacted Parties | Description of Document and Redacted Material | Related Log Item(s) Producing a Similar Document |
|---|---|---|---|---|---|---|---|---|
| 48. | Apr. 24, 2001 | Email | B) Rejina Chan, Esq. | Isaac Larian | Stephan Lee; Franki Tsang | AC (A, C, D, F, & G. portions produced; B & E portions produced with redactions MGA 3708278 - 3708282) | Email message rendering legal advice regarding intellectual property issues | 5 |
| | Mar. 14, 2001 | Email | E) Rejina Chan, Esq. | Isaac Larian | Franki Tsang; Stephan Lee | AC | Email message rendering legal advice regarding intellectual property issues | |
| 49. | | | | | | Previously produced as MGA 0868137 [Rest of the row intentionally left blank] | | |

29

CONFIDENTIAL

EXHIBIT.

PAGE

EXHIBIT 46
PAGE 1536

# Supplemental Revised Privilege and Redaction Log for MGA's 2005 Document Production

Case No. CV 04-09049 and consolidated cases

| Doc. No. | Date | Item Type | Author(s)/Sender(s) Email Chain (A, B, C (etc...)) | Recipient(s) Addressee(s) | CC (or BCC) | Grounds for Privilege/Redaction (Was Document Withheld or Redacted) | Description of Document Subject Matter/Attachment | No. of Pages |
|---|---|---|---|---|---|---|---|---|
| 50. | Sept. 20, 2000 | Email | C) Lucy Arant, Esq. | Kerri Legg | | AC (A & B portions produced; C portion produced with redactions MGA 3708283 - 3708284) | Email message rendering legal advice regarding intellectual property issues | 2 |
| 51. | Dec. 8, 2000 | Email | B) Lucy Arant, Esq. | Isaac Larian | | AC (A portion produced; B & C portions produced with redactions MGA 3708285 - 3708286) | Email message rendering legal advice regarding intellectual property issues | 2 |
| | Undated | Email | C) Isaac Larian | Lucy Arant, Esq. | | AC | Email message requesting legal advice regarding intellectual property issues | |
| 52. | Dec. 8, 2000 | Email | Isaac Larian | Lucy Arant, Esq. Larry Russ, Esq. | Paula Treantafelles | AC | Email message requesting legal advice regarding intellectual property issues | 1 |

30

CONFIDENTIAL

EXHIBIT
PAGE

EXHIBIT 46
PAGE 1537

Supplemental Revised Privilege and Redaction Log for MGA's 2005 Document Production

Case No. CV 04-09049 and consolidated cases

| No. | Date | Doc Type | Author(s)/Sender(s); Email Status | Recipient(s) | Recipient(s)/ Witnessed | Grounds for privilege/ redaction; Produced Bates Nos. | Description of Document | Redaction Index No. |
|---|---|---|---|---|---|---|---|---|
| 53. | Nov. 1, 2000 | Email | A) Isaac Larian | Kerri Legg; Paula Treantafelles | Colleen O'Higgins | AC (B portion produced; A & C portions produced with redactions MGA 3708287 - 3708288) | Email message reflecting legal advice regarding intellectual property issues | 2 |
| | Oct. 31, 2000 | Email | C) Lucy Arant, Esq. | Kerri Legg | | AC | Email message rendering legal advice regarding intellectual property issues | |
| 54. | | | | | | Previously produced as MGA 0868131-132 [Rest of the row intentionally left blank] | | |
| 55. | Feb. 10, 2001 | Email | B) Isaac Larian | David Rosenbaum, Esq. | | AC (A portion produced; B portion produced with redactions MGA 3708289) | Email message requesting legal advice regarding licensing issues | 1 |

31

CONFIDENTIAL

EXHIBIT __

PAGE __

EXHIBIT 46
PAGE 1538

# Supplemental Revised Privilege and Redaction Log for MGA's 2005 Document Production

Case No. CV 04-09049 and consolidated cases

| Doc. No. | Date | Type of Communication (Email, Memo, etc.) | Author(s), Sender(s) and Affiliation(s) | Recipient(s) Addressee(s) | CC/BCC | Grounds for Privilege or Protection and Subject Matter (Nature of Privilege) | Description/Subject Matter (Comments) | Number of Attachments |
|---|---|---|---|---|---|---|---|---|
| 56. | | | | | | Previously produced as MGA 0868133-134 [Rest of the row intentionally left blank] | | |
| 57. | Mar. 30, 2001 | Email | A) Paula Treantafelles | Larry Russ, Esq. Lucy Arant, Esq. | | AC (A-E portions produced with redactions MGA 3708290 - 3708291) | Email message requesting legal advice regarding intellectual property issues | 2 |
| | Mar. 29, 2001 | Email | B) Isaac Larian | Larry Russ, Esq. Lucy Arant, Esq. | | AC | Email message requesting legal advice regarding intellectual property issues | |
| | Mar. 29, 2001 | Email | C) Lucy Arant, Esq. | Isaac Larian | | AC | Email message rendering legal advice regarding intellectual property issues | |

32

CONFIDENTIAL

EXHIBIT ___
PAGE ___

EXHIBIT 46
PAGE 1539

# Supplemental Revised Privilege and Redaction Log for MGA's 2005 Document Production

Case No. CV 04-09049 and consolidated cases

| Doc. No. | Doc. Date | Item Type | Author(s)/ Source(s) Email chain (A,B,C,etc.) | Recipient(s)/ Addressee(s) | Grounds for Privilege Attorney Client (AC), Work Product (WP) | Basis for Privilege/ Redaction/ Description | Redactions/ Privileged (P) |
|---|---|---|---|---|---|---|---|
| | Undated | Email | D) Isaac Larian | Lucy Arant, Esq. | AC | Email message requesting legal advice regarding intellectual property issues | |
| | Mar. 29, 2001 | Email | E) Larry Russ, Esq. | Isaac Larian | Lucy Arant, Esq. | AC | Email message rendering legal advice regarding intellectual property issues | |
| 58. | Mar. 30, 2001 | Email | A) Paula Treantafelles | Larry Russ, Esq., Victoria O'Connor | AC (B portion produced; A & C-G portions produced with redactions MGA 3708292 - 3708294) | Email message reflecting legal advice regarding intellectual property issues | 3 |
| | Mar. 30, 2001 | Email | C) Paula Treantafelles | Larry Russ, Esq. Lucy Arant, Esq. Victoria O'Connor | AC | Email message requesting legal advice regarding intellectual property issues | |

CONFIDENTIAL

33

EXHIBIT ___

PAGE ___

**EXHIBIT 46**
**PAGE 1540**

# Supplemental Revised Privilege and Redaction Log for MGA's 2005 Document Production

Case No. CV 04-09049 and consolidated cases

| Doc. No. | Date | Document Type | Author(s)/Sender(s) Email(s)/Author(s) | Recipient(s)/Addressee(s) | Cc/BCC | Subject to Claim of Privilege and/or Protected from Disclosure | Description of Privileged Matter |
|---|---|---|---|---|---|---|---|
| | Mar. 29, 2001 | Email | D) Isaac Larian | Larry Russ, Esq. Lucy Arant, Esq. | | AC | Email message requesting legal advice regarding intellectual property issues |
| | Mar. 29, 2001 | Email | E) Lucy Arant, Esq. | Isaac Larian | | AC | Email message rendering legal advice regarding intellectual property issues |
| | Undated | Email | F) Isaac Larian | Larry Russ, Esq. | | AC | Email message requesting legal advice regarding intellectual property issues |
| | Mar. 29, 2001 | Email | G) Larry Russ, Esq. | Isaac Larian | Lucy Arant, Esq. | AC | Email message rendering legal advice regarding intellectual property issues |

34

CONFIDENTIAL

EXHIBIT

PAGE

**EXHIBIT 46**
**PAGE 1541**

# Supplemental Revised Privilege and Redaction Log for MGA's 2005 Document Production

Case No. CV 04-09049 and consolidated cases

| Doc. No. | Date | Item Type | Author or Sender & Email Chain (AB) (attach) | Recipient(s) (cc) | Other CC & Recipient(s) | Ground for Privilege Attorney-Client Privilege W/P & Production Notes | Description of Redaction | Page Count |
|---|---|---|---|---|---|---|---|---|
| 59. | Aug. 17, 2000 | Email | Kerri Legg | Paula Treantafelles | Isaac Larian | AC (Produced with redactions MGA 3708295) | Email message reflecting legal advice regarding intellectual property issues | 1 |
| 60. | Aug. 17, 2000 | Email | B) Paula Treantafelles | Kerri Legg | Isaac Larian | AC (A portion produced; B & C portions produced with redactions MGA 3708296) | Email message reflecting legal advice regarding intellectual property issues | 1 |
| | Aug. 17, 2000 | Email | C) Kerri Legg | Paula Treantafelles | Isaac Larian | AC | Email message reflecting legal advice regarding intellectual property issues | |
| 61. | Aug. 17, 2000 | Email | B) Paula Treantafelles | Kerri Legg | Isaac Larian | AC (A portion produced; B & C portions produced with redactions MGA 3708297) | Email message reflecting legal advice regarding intellectual property issues | 1 |

35

CONFIDENTIAL

EXHIBIT .

PAGE___

EXHIBIT 46
PAGE 1542

# Supplemental Revised Privilege and Redaction Log for MGA's 2005 Document Production

Case No. CV 04-09049 and consolidated cases

| Doc. No. | Date | Doc. Type | Author(s) / Source(s) / Email Chain (if applicable) | Recipient(s) / Addressee(s) | cc'd/bcc | Grounds & Privilege / Protection Asserted | Description |
|---|---|---|---|---|---|---|---|
| | Aug. 17, 2000 | Email | C) Kerri Legg | Paula Treantafelles | Isaac Larian | AC | Email message reflecting legal advice regarding intellectual property issues |

36

CONFIDENTIAL

EXHIBIT ___

PAGE ___

EXHIBIT 46
PAGE 1543

**EXHIBIT 47**

Privilege Log of David Rosenbaum re: Mattel Inc.'s Subpoena Duces Tecum, Dated October 26, 2007
In the Action Captioned *Bryant v. Mattel Inc.*, Case No. CV 04-9049 SGL (RNBx) and Consolidated Cases

| No. | Primary Date | Item Type | From | To | Cc | Bcc | Privilege Type | Description |
|---|---|---|---|---|---|---|---|---|
| 1. | 07/02/01 | Email | Isaac Larian | Patty Glaser, Esq. | David Rosenbaum, Esq. | | Attorney-Client | Email message requesting legal advice regarding lawsuit. |
| 2. | 02/22/01 | Email Chain | David Rosenbaum, Esq. | Victoria O'Connor | | | Attorney-Client; Work Product | Email chain requesting and reflecting legal advice regarding contract. |
| 3. | 02/22/01 | Email Chain | Victoria O'Connor | David Rosenbaum, Esq. | | | Attorney-Client; Work Product | Email chain requesting and reflecting legal advice regarding contract. |
| 4. | 02/21/01 | Email Chain | David Rosenbaum, Esq. | Victoria O'Connor | | | Attorney-Client; Work Product | Email chain requesting and reflecting legal advice regarding contract. |
| 5. | 02/21/01 | Email | Victoria O'Connor | David Rosenbaum, Esq. | | | Attorney-Client | Email message requesting legal advice regarding contract. |
| 6. | 02/10/01 | Email | Isaac Larian | David Rosenbaum, Esq. | | | Attorney-Client | Email message requesting legal advice regarding contract.  DR 00001-2 |
| 7. | 02/12/01 | Email | David Rosenbaum, Esq. | Isaac Larian | Victoria O'Connor | | Attorney-Client; Work Product | Email message reflecting legal advice regarding contract.  DR 00003-4 |

12 - 3

EXHIBIT 47
PAGE 1544

| No. | Primary Date | Item Type | From | To | Cc | Bcc | Privilege Type | Description |
|---|---|---|---|---|---|---|---|---|
| | 02/10/01 | Email | Isaac Larian | David Rosenbaum | | | Attorney-Client | Email message requesting legal advice regarding contract. |
| 8. | 02/10/01 | Email | Isaac Larian | David Rosenbaum, Esq. | | | Attorney-Client | Email message requesting legal advice regarding contract.<br><br>DR 00005 |
| 9. | 10/04/00 | Email Chain | Victoria O'Connor | David Rosenbaum, Esq. | | | Attorney-Client; Work Product | Email chain requesting and reflecting legal advice regarding contract. |
| 10. | 10/05/00 | Email Chain | David Rosenbaum, Esq. | Victoria O'Connor | | | Attorney-Client; Work Product | Email chain requesting and reflecting legal advice regarding contract. |
| 11. | 10/05/00 | Email Chain | David Rosenbaum, Esq. | Victoria O'Connor | | | Attorney-Client; Work Product | Email chain requesting and reflecting legal advice regarding contract. |
| 12. | 10/05/00 | Email | David Rosenbaum, Esq. | Victoria O'Connor | | | Attorney-Client; Work Product | Email message reflecting legal advice regarding contract.<br><br>DR 00006-7 |
| | 10/04/00 | Email | Victoria O'Connor | David Rosenbaum, Esq. | | | Attorney-Client | Email message requesting legal advice regarding contract. |

2

EXHIBIT 47
PAGE 1545

| No. | Primary Date | Item Type | From | To | Cc | Bcc | Privilege Type | Description |
|-----|-------------|-----------|------|-----|-----|-----|---------------|-------------|
|  | 10/04/00 | Email | David Rosenbaum, Esq. | Victoria O'Connor |  |  | Attorney-Client; Work Product | Email message reflecting legal advice regarding contract. |
|  | 10/05/00 | Email | Victoria O'Connor | David Rosenbaum, Esq. |  |  | Attorney-Client | Email message requesting legal advice regarding contract. |
| 13. | 10/04/00 | Email Chain | David Rosenbaum, Esq. | Victoria O'Connor |  |  | Attorney-Client; Work Product | Email chain requesting and reflecting legal advice regarding contract. |
| 14. | 09/28/00 | Email | David Rosenbaum, Esq. | Victoria O'Connor |  |  | Attorney-Client; Work Product | Email message reflecting legal advice regarding contract. DR 00008-9 |
| 15. | 09/28/00 | Email | David Rosenbaum, Esq. | Victoria O'Connor |  |  | Attorney-Client; Work Product | Email message reflecting legal advice regarding contract. |
| 16. | 09/25/00 | Email | Victoria O'Connor | David Rosenbaum, Esq.; Dennis Medici, Esq. |  |  | Attorney-Client | Email message requesting legal advice regarding contract. DR 00010-12 |
|  | 09/25/00 | Email | David Rosenbaum, Esq. | Victoria O'Connor; Dennis Medici, Esq. |  |  | Attorney-Client; Work Product | Email message reflecting legal advice regarding contract. |

3

EXHIBIT 47
PAGE 1546

| No. | Primary Date | Item Type | From | To | Cc | Bcc | Privilege Type | Description |
|-----|--------------|-----------|------|-----|-----|-----|----------------|-------------|
|     | 09/25/00 | Email | Victoria O'Connor | Dennis Medici, Esq. | David Rosenbaum, Esq. | | Attorney-Client | Email message requesting legal advice regarding contract. |
|     | 09/25/00 | Email | Dennis Medici, Esq. | Victoria O'Connor | David Rosenbaum, Esq. | | Attorney-Client; Work Product | Email message reflecting legal advice regarding contract. |
| 17. | 09/25/00 | Email Chain | Victoria O'Connor | Dennis Medici, Esq. | David Rosenbaum, Esq. | | Attorney-Client | Email message requesting legal advice regarding contract. DR 00013-14 |
|     | 09/25/00 | Email Chain | Dennis Medici, Esq. | Victoria O'Connor | David Rosenbaum, Esq. | | Attorney-Client; Work Product | Email message reflecting a legal advice regarding contract. |
| 18. | 09/19/00 | Draft Contract | | | | | Work Product | Draft contract with attorney's handwritten comments. |
| 19. | 09/19/00 | Email | Victoria O'Connor | David Rosenbaum, Esq. | | | Attorney-Client; Work Product | Email message requesting legal advice regarding contract. DR 00015-16 |

4

EXHIBIT 47
PAGE 1547

| No. | Primary Date | Item Type | From | To | Cc | Bcc | Privilege Type | Description |
|-----|--------------|-----------|------|-----|-----|-----|----------------|-------------|
|  | 09/19/00 | Email | David Rosenbaum, Esq. | Victoria O'Connor |  |  | Attorney-Client; Work Product | Email message reflecting legal advice regarding contract. |
| 20. | 09/19/00 | Email | David Rosenbaum, Esq. | Victoria O'Connor |  |  | Attorney-Client; Work Product | Email message reflecting legal advice regarding contract. DR 00017-18 |
| 21. | 09/14/00 | Email Chain | Victoria O'Connor | David Rosenbaum, Esq. |  |  | Attorney-Client; Work Product | Email chain requesting and reflecting legal advice regarding contract. |
| 22. | 09/12/00 | Email Chain | David Rosenbaum, Esq. | Victoria O'Connor | Dennis Medici, Esq. |  | Attorney-Client; Work Product | Email chain requesting and reflecting legal advice regarding contract. |
| 23. | 09/14/00 | Email Chain | Victoria O'Connor | David Rosenbaum, Esq. |  |  | Attorney-Client; Work Product | Email chain requesting and reflecting legal advice regarding contract. |
| 24. | 09/12/00 | Email Chain | Victoria O'Connor | David Rosenbaum, Esq. | Dennis Medici, Esq. |  | Attorney-Client; Work Product | Email chain requesting and reflecting legal advice regarding contract. |
| 25. | 09/12/00 | Email Chain | David Rosenbaum, Esq. | Victoria O'Connor | Dennis Medici, Esq. |  | Attorney-Client; Work Product | Email chain requesting and reflecting legal advice regarding contract. |
| 26. | 07/02/01 | Email | Isaac Larian | Patty Glaser, Esq. | David Rosenbaum, Esq. |  | Attorney-Client | Email message requesting legal advice regarding insurance. |

5

EXHIBIT 47
PAGE 1548

**EXHIBIT 48**

David Rosenbaum

| | |
|---|---|
| From: | Isaac Larian [llarian@mgae.com] |
| Sent: | Saturday, February 10, 2001 6:37 PM |
| To: | David Rosenbaum |
| Subject: | BRATZ |

attorney/client privilege

David,

Bratz are very hot.

# REDACTED

Thanks.

Isaac Larian
CEO
MGA Entertainment.
16730 Schoenborn Street
North Hills, California, USA 91343-6122
Visit our website at
http://www.mgae.com
818-894-3150

CONFIDENTIAL - ATTORNEYS' EYES ONLY

1

DR 00005

**EXHIBIT 48
PAGE 1549**

**EXHIBIT 49**

Confidential

Larian Privilege Log
January 15, 2008
Case No CV 04-09049 and Consolidated Cases

| # | To | From | BCC | Date | Doc Type | Attorney/Client | Description |
|---|---|---|---|---|---|---|---|
| 1 | | | | | CONTRACT | Attorney/Client | Draft distribution agreement reflecting legal advice. |
| 2 | | | | 26-Oct-04 | CONTRACT | Attorney/Client | Draft distribution agreement reflecting legal advice. |
| 3 | | | | 26-Oct-04 | CONTRACT | Attorney/Client | Draft distribution agreement reflecting legal advice. |
| 4 | | | | | CONTRACT | Attorney/Client | Draft distribution agreement reflecting legal advice. |
| 5 | | | | | CONTRACT | Attorney/Client | Draft distribution agreement reflecting legal advice. |
| 6 | | | | | CONTRACT | Attorney/Client | Draft distribution agreement reflecting legal advice. |
| 7 | | | | | CONTRACT | Attorney/Client | Draft distribution agreement reflecting legal advice. |
| 8 | | | | | CONTRACT | Attorney/Client | Draft distribution agreement reflecting legal advice. |
| 9 | | | | | CONTRACT | Attorney/Client | Draft distribution agreement reflecting legal advice. |
| 10 | | | | | CONTRACT | Attorney/Client | Draft distribution agreement reflecting legal advice. |
| 11 | | | | | CONTRACT | Attorney/Client | Draft distribution agreement reflecting legal advice. |
| 12 | | | | 1-Oct-03 | CONTRACT | Attorney/Client | Draft distribution agreement reflecting legal advice. |
| 13 | | | | | CONTRACT | Attorney/Client | Draft distribution agreement reflecting legal advice. |
| 14 | | | | | CONTRACT | Attorney/Client | Draft distribution agreement reflecting legal advice. |
| 15 | | | | | CONTRACT | Attorney/Client | Draft distribution agreement reflecting legal advice. |
| 16 | | | | | CONTRACT | Attorney/Client | Draft distribution agreement reflecting legal advice. |
| 17 | | | | | CONTRACT | Attorney/Client | Draft distribution agreement reflecting legal advice. |
| 18 | | | | | CONTRACT | Attorney/Client | Draft distribution agreement reflecting legal advice. |
| 19 | | | | | CONTRACT | Attorney/Client | Draft distribution agreement reflecting legal advice. |
| 20 | | | | 5-Dec-03 | CONTRACT | Attorney/Client | Draft distribution agreement reflecting legal advice. |

1/15/08

EXHIBIT __
PAGE __

EXHIBIT 49
PAGE 1550

Confidential

Larian Privilege Log
January 15, 2008
Case No CV 04-09049 and Consolidated Cases

| Log No. | To | From | CC | BCC | Date | Document Type | Privilege Ret. Log | Document/Subject Description |
|---|---|---|---|---|---|---|---|---|
| 21 | | | | | | CONTRACT | Attorney/Client | Draft distribution agreement reflecting legal advice. |
| 22 | | | | | | CONTRACT | Attorney/Client | Draft distribution agreement reflecting legal advice. |
| 23 | | | | | | CONTRACT | Attorney/Client | Draft distribution agreement reflecting legal advice. |
| 24 | | | | | 6-Dec-04 | CONTRACT | Attorney/Client | Draft distribution agreement reflecting legal advice. |
| 25 | | | | | | CONTRACT | Attorney/Client | Draft distribution agreement reflecting legal advice. |
| 26 | | | | | 20-Dec-04 | CONTRACT | Attorney/Client | Draft distribution agreement reflecting legal advice. |
| 27 | | | | | | CONTRACT | Attorney/Client | Draft distribution agreement reflecting legal advice. |
| 28 | | | | | 15-Mar-05 | CONTRACT | Attorney/Client | Draft amendment to distribution agreement reflecting legal advice. |
| 29 | Joe Tiongco | Isaac Larian | | | 9-Feb-04 | EMAIL | Attorney/Client; Work Product | Email chain for purpose of requesting legal advice regarding trademark litigation. |
| 30 | Joe Tiongco | Isaac Larian | | | 7-Feb-04 | EMAIL | Attorney/Client; Work Product | Email message for purpose of requesting legal advice regarding trademark litigation. |
| 31 | Jose Antonio Vargas | Isaac Larian | Fernando Perez;Milagros Gonzalez;Sandrine de Raspide | | 10-Jul-02 | EMAIL | Attorney/Client | Email chain for purpose of requesting legal advice regarding trademark infringement. |
| 32 | Eve Johnson | Isaac Larian | Eve Johnson | | 16-Jul-02 | EMAIL | Attorney/Client | Email chain for purpose of requesting legal advice regarding trademark litigation. |
| 33 | Dave Malacrida | Isaac Larian | | | 16-Jul-02 | EMAIL | Attorney/Client | Email chain for purpose of requesting legal advice regarding trademark litigation. |
| 34 | Ninette Pembleton;Paula Treantafelles;Shirin Salemia | Isaac Larian | | | 24-May-04 | EMAIL | Attorney/Client; Work Product | Email message with attachment for purpose of requesting legal advice regarding trademark infringement. |
| 35 | Nancy Koppang | Isaac Larian | | | 4-May-04 | EMAIL | Attorney/Client; Work Product | Email message with attachments for purpose of requesting legal advice regarding trademark litigation. |

Page 2 of 16

EXHIBIT ___
PAGE ___

EXHIBIT 49
PAGE 1551

Confidential

Larian Privilege Log
January 15, 2008
Case No CV 04-09049 and Consolidated Cases

| No. | To | From | CC | BCC | Date | Document Type | Privilege Asserted | Document Description |
|---|---|---|---|---|---|---|---|---|
| 36 | Mitchell Kamarck, Esq. | Isaac Larian | | | 24-Sep-02 | EMAIL | Attorney/Client; Work Product | Email message with attachment for purpose of requesting legal advice regarding trademark litigation. |
| 37 | Regina Chan, Esq. | Isaac Larian | William Fan, Esq. | | 24-Sep-02 | EMAIL | Attorney/Client; Work Product | Email message for purpose of requesting legal advice regarding trademark litigation. |
| 38 | Dario Berte;Giochi Preziosi | Isaac Larian | | | 28-Sep-02 | EMAIL | Attorney/Client; Work Product | Email message for purpose of requesting legal advice regarding trademark litigation. |
| 39 | Stephen Lee | Isaac Larian | Edmond Lee;William Fan, Esq. | | 1-Apr-04 | EMAIL | Attorney/Client | Email message with attachment for purpose of requesting legal advice regarding employee contract. |
| 40 | Rick Kraemer | Isaac Larian | Doug Winthrop | | 18-May-06 | EMAIL | Attorney/Client; Work Product | Email chain for purposes of rendering legal advice regarding litigation. |
| 41 | Nancy Koppang | Isaac Larian | | | 14-May-06 | EMAIL | Attorney/Client | Email chain with attachment for purposes of rendering legal advice regarding arbitration. |
| 42 | William Fan, Esq. | Isaac Larian | | | 19-Apr-04 | EMAIL | Attorney/Client | Email chain for purposes of rendering legal advice regarding employment issues. |
| 43 | Stanley Li | Isaac Larian | Edmond Lee;Eric Villete;Patrick Ma;Stephen Lee | | 22-Mar-06 | EMAIL | Attorney/Client; Work Product | Email chain for purposes of rendering legal advice regarding settlement. |
| 44 | Brian Wing | Isaac Larian | Mondana Hamzavi | | 26-Oct-06 | EMAIL | Attorney/Client | Email chain for purposes of rendering legal advice regarding arbitration. |
| 45 | Stephen Lee | Isaac Larian | Edmond Lee;Stanley Li;William Fan, Esq. | | 28-Jul-06 | EMAIL | Attorney/Client; Work Product | Email chain for purposes of rendering legal advice regarding potential litigation. |
| 46 | Stanley Li;William Fan, Esq.;William W.L. Fan & Co | | Edmond Lee;Stephen Lee | | 8-Jul-06 | EMAIL | Attorney/Client | Email chain for purposes of requesting legal advice regarding potential litigation. |
| 47 | Lee Small;Peter Weil, Esq., Esq. | Isaac Larian | Patricia Glaser, Esq. | | 16-Sep-06 | EMAIL | Attorney/Client; Work Product | Email chain for purposes of requesting legal advice regarding real property issues and potential litigation. |
| 48 | Lee Small | Isaac Larian | | | 15-Sep-06 | EMAIL | Attorney/Client | Email chain for purposes of requesting legal advice regarding real property issues. |
| 49 | Isaac Larian | Patricia Glaser, Esq. | | | 8-Mar-07 | EMAIL | Attorney/Client; Work Product | Email chain with attachment for purposes of rendering legal advice regarding litigation. |

EXHIBIT _

PAGE _____

EXHIBIT 49
PAGE 1552

Confidential

Larian Privilege Log
January 15, 2008
Case No CV 04-09049 and Consolidated Cases

| No. | Author | From | To | CC | Type | Date | Document Type | Priv. Type/Basis | Privilege/Redact Description |
|-----|--------|------|----|----|------|------|---------------|------------------|------------------------------|
| 50 | Isaac Larian | Maxwell M Blecher, Esq. | | | | 7-Sep-04 | EMAIL | Attorney/Client;Work Product | Email chain rendering legal advice regarding pending litigation. |
| 51 | Isaac Larian | Joe Tiongco | | | | 9-Feb-04 | EMAIL | Attorney/Client | Email chain for purposes of requesting legal advice regarding trademark and copyright issues. |
| 52 | Isaac Larian | Joe Tiongco | | | | 4-Sep-03 | | Attorney/Client | Email chain for purposes of requesting legal advice regarding trademark and copyright issues. |
| 53 | Isaac Larian | Joe Tiongco | | | | 4-Sep-03 | EMAIL | Attorney/Client | Email chain for purposes of requesting legal advice regarding trademark and copyright issues. |
| 54 | | | | | | | ATTACHMENT;Lett er/Note | Attorney/Client;Work Product | Memo requesting legal advice regarding pending litigation. |
| 55 | | | | | | 4-May-04 | ATTACHMENT;Lett er/Note | Attorney/Client | Memo analysis of pending litigation. |
| 56 | Isaac Larian | Joe Tiongco | | | | 4-Sep-03 | EMAIL | Attorney/Client | Email chain for purposes of requesting and rendering legal advice regarding trademark and copyright issues. |
| 57 | Isaac Larian | Joe Tiongco | | | | 4-Sep-03 | EMAIL | Attorney/Client | Email chain for purposes of requesting and rendering legal advice regarding trademark and copyright issues. |
| 58 | Isaac Larian | Joe Tiongco | | | | 4-Sep-03 | EMAIL | Attorney/Client | Email chain for purposes of requesting and rendering legal advice regarding trademark and copyright issues. |
| 59 | Fred Larian | Nana Ashong | Martin Hitch; Paula Treantafelles; Victoria O'Connor | | | 30-Apr-01 | EMAIL | Attorney/Client | Email message for purposes of requesting and rendering legal advice regarding trademark and copyright issues. |
| 60 | Isaac Larian | Patricia Glaser, Esq. | | | | 3-Jan-04 | EMAIL | Attorney/Client | Email chain for purposes of requesting and rendering legal advice on arbitration. |
| 61 | Isaac Larian | Joe Tiongco | | | | 9-Feb-04 | EMAIL | Attorney/Client | Email chain for purposes of requesting and rendering legal advice regarding trademark and copyright issues. |
| 62 | Isaac Larian | Joe Tiongco | | | | 9-Feb-04 | EMAIL | Attorney/Client | Email chain for purposes of requesting and rendering legal advice regarding trademark and copyright issues. |
| 63 | Isaac Larian | Joe Tiongco | | | | 9-Feb-04 | EMAIL | Attorney/Client | Email chain for purposes of requesting and rendering legal advice regarding trademark and copyright issues. |

EXHIBIT __

PAGE __

EXHIBIT 49
PAGE 1553

Confidential

Larian Privilege Log
January 15, 2008
Case No CV 04-09049 and Consolidated Cases

| # | To | From | BCC | Date | Document Type | Privilege Type | Document/Record Description |
|---|---|---|---|---|---|---|---|
| 64 | Isaac Larian | Joe Tiongco | | 9-Feb-04 | EMAIL | Attorney/Client | Email chain for purposes of requesting and rendering legal advice regarding trademark and copyright issues. |
| 65 | William Fan, Esq. | Isaac Larian | Stephen Lee | 3-Nov-05 | EMAIL | Attorney/Client | Email message for purposes of rendering legal advice regarding contract matters. |
| 66 | William Fan, Esq. | Isaac Larian | | 14-Apr-05 | EMAIL | Attorney/Client; Work Product | Email chain for purposes of rendering legal advice regarding infringement dispute. |
| 67 | William Wong | Isaac Larian | | 17-Oct-03 | EMAIL | Attorney/Client; Work Product | Email chain with attachment reflecting legal advise regarding pending litigation. |
| 68 | Kerri Legg;Paula Treantafelles | Isaac Larian | Colleen O'Higgins | 1-Nov-00 | EMAIL | Attorney/Client | Email chain reflecting and requesting legal advice regarding trademark registration. |
| 69 | Patricia Glaser, Esq. | Isaac Larian | David Rosenbaum, Esq. | 2-Jul-01 | EMAIL | Attorney/Client | Email message requesting legal advise regarding potential litigation. |
| 70 | Patricia Glaser, Esq. | Isaac Larian | | 3-Jul-01 | EMAIL | Attorney/Client; Work Product | Email chain reflecting legal advise regarding litigation. |
| 71 | Lon Ross | Isaac Larian | David Rosenbaum, Esq. | 3-Jul-01 | EMAIL | Attorney/Client; Work Product | Email chain requesting legal advise regarding potential litigation. |
| 72 | Gary Sommerstein, Esq. | Isaac Larian | Dennis Medici;Didi Brown | 7-Jul-01 | EMAIL | Attorney/Client | Email chain reflecting legal advise regarding MGA insurance policies. |
| 73 | Lon Ross | Isaac Larian | David Rosenbaum, Esq. | 11-Jul-01 | EMAIL | Attorney/Client; Work Product | Email chain reflecting legal advise regarding potential litigation. |
| 74 | David Rosenbaum, Esq. | Isaac Larian | Lon Ross | 11-Jul-01 | EMAIL | Attorney/Client; Work Product | Email chain reflecting request for legal advise on potential contract dispute. |
| 75 | Nana Ashong | Isaac Larian | Martin Hitch;Paula Treantafelles;Victoria O'Connor | 11-Jul-01 | EMAIL | Attorney/Client | Email chain reflecting legal advise on trademark registration costs. |
| 76 | Eva Chuck | Isaac Larian | Nana Ashong;Stephen Lee | 11-Jul-01 | EMAIL | Attorney/Client | Email message reflecting request for legal advise regarding the engagement of trade mark attorneys in Hong Kong. |
| 77 | Paul Warner | Isaac Larian | Becky Harris;Dennis Medici | 26-Jul-01 | EMAIL | Attorney/Client | Email chain for purposes of rendering legal advice regarding advertising agreement. |
| 78 | David Rosenbaum, Esq. | Isaac Larian | Lon Ross | 27-Jul-01 | EMAIL | Attorney/Client | Email chain for purposes of requesting and rendering legal advice regarding marketing agreement. |
| 79 | Christine Dalley;Isaac Larian;Paula Treantafelles | Lon Ross | | 26-Jul-01 | EMAIL | Attorney/Client; Work Product | Email chain reflecting legal advise regarding potential litigation. |

Page 5 of 16

EXHIBIT ___

PAGE ___

EXHIBIT 49
PAGE 1554

Larian Privilege Log
January 15, 2008
Case No CV 04-09049 and Consolidated Cases

Confidential

| # | From | To | CC | BCC | Date | Document Type | Privilege Type | Description |
|---|------|-----|-----|-----|------|---------------|----------------|-------------|
| 80 | Isaac Larian | Gary Sommerstein, Esq. | | | 27-Jun-01 | EMAIL | Attorney/Client | Email rendering legal advice regarding contract. |
| 81 | Jonathan Buford | Isaac Larian | | | 15-Feb-01 | EMAIL | Attorney/Client | Email chain reflecting legal advice regarding intellectual property registration. |
| 82 | Victoria O'Connor | Isaac Larian | Paula Treantafelles | | 7-May-01 | EMAIL | Attorney/Client | Email chain rendering legal advice regarding employment contract. |
| 83 | Victoria O'Connor | Isaac Larian | | | 6-May-01 | EMAIL | Attorney/Client | Email chain rendering legal advice regarding employment contract. |
| 84 | Victoria O'Connor | Isaac Larian | | | 30-Apr-01 | EMAIL | Attorney/Client | Email chain for purpose of requesting legal advice regarding licensing. |
| 85 | Victoria O'Connor | Isaac Larian | | | 28-Apr-01 | EMAIL | Attorney/Client | Email chain for purpose of requesting legal advice regarding licensing. |
| 86 | Nana Ashong | Isaac Larian | Didi Brown;Fred Larian;Kerri Brode | | 23-May-01 | EMAIL | Attorney/Client | Email chain rendering legal advice regarding intellectual property issues. |
| 87 | Gary Sommerstein, Esq. | Isaac Larian | | | 27-Jun-01 | EMAIL | Attorney/Client | Email chain requesting and rendering legal advice regarding agency agreement. |
| 88 | Nana Ashong | Isaac Larian | | | 7-Jun-01 | EMAIL | Attorney/Client | Email chain requesting and rendering legal advice regarding intellectual property issues. |
| 89 | Christensen White - Patricia Glaser, Esq. | Isaac Larian | | | 30-Jun-01 | EMAIL | Attorney/Client; Work Product | Email message requesting legal advice regarding Mattel litigation. |
| 90 | Greg Fischbach;Patricia Glaser, Esq. | Isaac Larian | | | 29-Jun-01 | EMAIL | Attorney/Client; Work Product | Email message for purpose of requesting legal advice regarding potential litigation. |
| 91 | David Rosenbaum, Esq. | Isaac Larian | | | 27-Jul-01 | EMAIL | Attorney/Client | Email message requesting legal advice regarding legal work. |
| 92 | David Rosenbaum, Esq. | Isaac Larian | | | 27-Jul-01 | EMAIL | Attorney/Client; Work Product | Email message for purpose of requesting legal advice regarding potential litigation. |
| 93 | Christensen White-Caroline Mankey, Esq. | Isaac Larian | Fred Larian;Patricia Glaser, Esq. | | 29-Jun-01 | EMAIL | Attorney/Client; Work Product | Email message for purpose of requesting legal advice regarding litigation. |
| 94 | Caroline Mankey, Esq. | Isaac Larian | Fred Larian;Patricia Glaser, Esq. | | 29-Jul-01 | EMAIL | Attorney/Client; Work Product | Email message for purpose of requesting legal advice regarding litigation. |
| 95 | David Rosenbaum, Esq. | Isaac Larian | | | 30-Jul-01 | EMAIL | Attorney/Client; Work Product | Email chain for purpose of rendering legal advice regarding potential litigation. |

EXHIBIT

PAGE __

EXHIBIT 49
PAGE 1555

Confidential

Larian Privilege Log
January 15, 2008
Case No CV 04-09049 and Consolidated Cases

| Log No. | To | From | CC | BCC | Date | Document Type | Privilege Type | Privilege Description (Basis for Privilege) |
|---|---|---|---|---|---|---|---|---|
| 96 | Caroline Markley, Esq.;Patricia Glaser, Esq. | Isaac Larian | Fred Larian | | 30-Jul-01 | EMAIL | Attorney/Client | Email message for purpose of requesting legal advice regarding manufacturing. |
| 97 | David Rosenbaum, Esq. | Isaac Larian | | | 30-Jul-01 | EMAIL | Attorney/Client; Work Product | Email message requesting legal advice regarding potential litigation. |
| 98 | Eva Chuck;Nana Ashong | Isaac Larian | | | 30-Jul-01 | EMAIL | Attorney/Client | Email chain rendering and reflecting legal advice regarding trademark registration. |
| 99 | Bourland, Kirkman, Seidler & Evans, LLP - David Lattimore Evans;Larry Russ, Esq. | Isaac Larian | | | 31-Jul-01 | EMAIL | Attorney/Client; Work Product | Email chain for purpose of requesting legal advice regarding litigation. |
| 100 | David Rosenbaum, Esq. | Isaac Larian | | | 30-Jul-01 | EMAIL | Attorney/Client; Work Product | Email chain for purpose of requesting legal advice regarding potential litigation. |
| 101 | David Rosenbaum, Esq. | Isaac Larian | | | 30-Jul-01 | EMAIL | Attorney/Client; Work Product | Email chain for purpose of requesting legal advice regarding potential litigation. |
| 102 | Bourland, Kirkman, Seidler & Evans, LLP - David Lattimore Evans;Larry Russ, Esq. | Isaac Larian | | | 31-Jul-01 | EMAIL | Attorney/Client; Work Product | Email chain for purpose of requesting legal advice regarding litigation. |
| 103 | Bourland, Kirkman, Seidler & Evans, LLP - David Lattimore Evans;Larry Russ, Esq. | Isaac Larian | | | 31-Jul-01 | EMAIL | Attorney/Client; Work Product | Email chain for purpose of rendering legal advice regarding litigation. |
| 104 | Didi Brown | Isaac Larian | | | 31-Jul-01 | EMAIL | Attorney/Client; Work Product | Email chain for purpose of rendering legal advice regarding litigation. |
| 105 | Didi Brown;Nana Ashong | Isaac Larian | | | 1-Aug-01 | EMAIL | Attorney/Client | Email chain reflecting legal advice regarding meeting with lawyer. |
| 106 | Donald Kaul;Sherry Forteny, Esq. | Isaac Larian | | | 1-Aug-01 | EMAIL | Attorney/Client | Email message requesting legal advice regarding trademark infringement. |
| 107 | Nana Ashong;Paula Treantafelles | Isaac Larian | Dennis Medici;Jonathan Buford | | 1-Aug-01 | EMAIL | Attorney/Client | Email chain rendering legal advice regarding patent registration. |

EXHIBIT _
PAGE ____

EXHIBIT 49
PAGE 1556

Confidential

Larian Privilege Log
January 15, 2008
Case No CV 04-09049 and Consolidated Cases

| Doc No. | To | Author | From | BCC | Date | Document Type | Privilege Basis | Document Description |
|---|---|---|---|---|---|---|---|---|
| 108 | Christine Dailey, Paula Treantafelles, Stephanie Eshbach | Isaac Larian | David Rosenbaum, Esq. | | 2-Aug-02 | EMAIL | Attorney/Client; Work Product | Email chain rendering legal advice regarding dispute. |
| 109 | Christensen White - Peter Weil, Esq. | Isaac Larian | Christensen White - Patty Glaser, Esq., Dennis Medici | | 10-Aug-01 | EMAIL | Attorney/Client | Email message for the purpose of rendering legal advice regarding escrow agreement. |
| 110 | Didi Brown | Isaac Larian | Christensen White - Caroline Mankey, Esq., Fred Larian | | 12-Aug-01 | EMAIL | Attorney/Client | Email message for purposes of rendering legal advice regarding MGA cases. |
| 111 | Christensen White - Peter Weil, Esq. | Isaac Larian | Christensen White - Patty Glaser, Esq., Dennis Medici | | 13-Aug-01 | EMAIL | Attorney/Client | Email chain reflecting legal advice regarding establishment of an escrow. |
| 112 | David Rosenbaum, Esq. | Isaac Larian | | | 21-Aug-01 | EMAIL | Attorney/Client; Work Product | Email chain requesting and rendering legal advice regarding commercial comments. |
| 113 | Caroline Mankey, Esq., Patty Glaser, Esq. | Isaac Larian | Fred Larian | | 23-Aug-01 | EMAIL | Attorney/Client; Work Product | Email message for purpose of rendering legal advice regarding potential litigation. |
| 114 | David Rosenbaum, Esq. | Isaac Larian | | | 23-Aug-01 | EMAIL | Attorney/Client; Work Product | Email chain requesting legal advice regarding potential litigation. |
| 115 | David Rosenbaum, Esq. | Isaac Larian | | | 23-Aug-01 | EMAIL | Attorney/Client; Work Product | Email chain for purpose of rendering legal advice regarding potential litigation. |
| 116 | Caroline Mankey, Esq. | Isaac Larian | Didi Brown | | 23-Aug-01 | EMAIL | Attorney/Client | Email message requesting legal advice regarding litigation. |
| 117 | Caroline Mankey, Esq. | Isaac Larian | Fred Larian; Patty Glaser, Esq. | | 23-Aug-01 | EMAIL | Attorney/Client | Email message rendering legal advice regarding a litigation matter. |
| 118 | David Rosenbaum, Esq. | Isaac Larian | | | 24-Aug-01 | EMAIL | Attorney/Client | Email chain for purpose of rendering legal advice regarding product promotion. |
| 119 | Laura Stanton | Isaac Larian | Larry Russ, Esq. | | 24-Aug-01 | EMAIL | Attorney/Client | Email message requesting legal advice regarding settlement issues. |
| 120 | Victoria O'Connor | Isaac Larian | | | 27-Aug-01 | EMAIL | Attorney/Client | Email chain for purpose of requesting legal advice regarding trademark applications. |
| 121 | Laura Stanton | Isaac Larian | Larry Russ, Esq. | | 28-Aug-01 | EMAIL | Attorney/Client; Work Product | Email chain for purpose of requesting legal advice regarding settlement of legal dispute. |
| 122 | Larry Russ, Esq., Laura Stanton | Isaac Larian | | | 29-Aug-01 | EMAIL | Attorney/Client; Work Product | Email message for purpose of requesting legal advice regarding a pending dispute. |

EXHIBIT
PAGE

**EXHIBIT 49
PAGE 1557**

Confidential

Larian Privilege Log
January 15, 2008
Case No CV 04-09049 and Consolidated Cases

| Log No. | Attorney(s) | To | From | CC | BCc | Date | Document Type | Privilege Type(s) | Privilege Explanation/Description |
|---|---|---|---|---|---|---|---|---|---|
| 123 | Larry Russ, Esq. | Isaac Larian | | | | 29-Aug-01 | EMAIL | Attorney/Client; Work Product | Email message for purpose of requesting legal advice regarding a potential dispute. |
| 124 | Alan Rose, Esq. | Isaac Larian | Dennis Medici;Didi Brown | | | 30-Aug-01 | EMAIL | Attorney/Client | Email message for purpose of requesting legal advice regarding product payments. |
| 125 | Stephen Lee | Isaac Larian;Joe Tiongco | | | | 30-Aug-01 | EMAIL | Attorney/Client | Email chain for purpose of requesting legal advice regarding product payments. |
| 126 | Gerald Horn, Esq. | Isaac Larian | Dennis Medici;Stanley Li | | | 30-Aug-01 | EMAIL | Attorney/Client | Email chain requesting legal advice regarding commercial and customs issues. |
| 127 | Bob King | Isaac Larian | Amy Thomas-Mellema;Gary Thomson;geo@stitrade.com, Esq.;Gerald Horn, Esq.;Judy Sweetman;Lisa Saunders;Ray Gawel | | | 31-Aug-01 | EMAIL | Attorney/Client | Email chain for purposes of requesting legal advice regarding customs issues and shipment disputes. |
| 128 | Bob King;Isaac Larian | Isaac Larian | Amy Thomas-Mellema;Gary Thomson;geo@stitrade.com, Esq.;Gerald Horn, Esq.;Judy Sweetman;Lisa Saunders;Ray Gawel;Rene Turin | | | 31-Aug-01 | EMAIL | Attorney/Client | Email chain for purposes of requesting legal advice regarding customs and shipment issues. |
| 129 | Stanley Li;Stephen Lee | Isaac Larian | Dennis Medici;William Fan, Esq. | | | 3-Sep-01 | EMAIL | Attorney/Client; Work Product | Email chain for purposes of requesting legal advice regarding customs and shipment disputes. |
| 130 | David Rosenbaum, Esq. | Isaac Larian | | | | 4-Sep-01 | EMAIL | Attorney/Client | Email chain reflecting legal advice rendered on licensing agreements. |
| 131 | David Rosenbaum, Esq. | Isaac Larian | | | | 6-Sep-01 | EMAIL | Attorney/Client; Work Product | Email message requesting legal advice regarding status of lawsuit. |
| 132 | David Rosenbaum, Esq. | Isaac Larian | Dennis Medici;Rene Turin | | | 6-Sep-01 | EMAIL | Attorney/Client; Work Product | Email message for purposes of requesting legal advice regarding litigation matters. |

EXHIBIT

PAGE

**EXHIBIT 49
PAGE 1558**

Confidential

Larian Privilege Log
January 15, 2008
Case No CV 04-09049 and Consolidated Cases

| | To | From | CC | BCC | Date | Document Type | Priv Type/Format | Description/Subject Matter of Privileged Communication |
|---|---|---|---|---|---|---|---|---|
| 133 | Gerald Hom, Esq. | Issac Larian | | | 6-Sep-01 | EMAIL | Attorney/Client | Email message for purposes of requesting legal advice regarding counterfeit shipment and customs matters. |
| 134 | Bourland, Kirkman, Seidler & Evans, LLP - David Lattimore Evans, Esq. | Issac Larian | Dennis Medici;Russ, August & Kabot - Larry Russ, Esq. | | 10-Sep-01 | EMAIL | Attorney/Client; Work Product | Email message for purposes of requesting legal advice regarding royalties payment and litigation strategy. |
| 135 | William Fan, Esq. | Issac Larian | chau tony;William Fan, Esq | | 11-Sep-01 | EMAIL | Attorney/Client; Work Product | Email chain reflecting legal advice regarding shipment and payment disputes. |
| 136 | Bourland, Kirkman, Seidler & Evans, LLP - David Lattimore Evans, Esq. | Issac Larian | Dennis Medici;Fred Larian | | 12-Sep-01 | EMAIL | Attorney/Client; Work Product | Email message for purposes of requesting legal advice regarding some audit and litigation matters. |
| 137 | Bourland, Kirkman, Seidler & Evans, LLP - Thomas Mitchel, Esq.;Kim Miller | Issac Larian | | | 12-Sep-01 | EMAIL | Attorney/Client; Work Product | Email chain for purposes of requesting legal advice on audit issues and other litigation matters. |
| 138 | Bourland, Kirkman, Seidler & Evans, LLP - David Lattimore Evans, Esq.;Bourland, Kirkman, Seidler & Evans, LLP - Thomas Mitchel, Esq.;Kim Miller;Russ, August & Kabot - Larry Russ, Esq. | Issac Larian | Dennis Medici;Fred Larian | | 12-Sep-01 | EMAIL | Attorney/Client; Work Product | Email message requesting legal advice regarding pending litigation matters. |
| 139 | Russ, August & Kabot - Larry Russ, Esq. | Issac Larian | | | 14-Sep-01 | EMAIL | Attorney/Client; Work Product | Email message requesting legal advice regarding litigation issues. |

EXHIBIT ___
PAGE _____

EXHIBIT 49
PAGE 1559

Confidential

Larian Privilege Log
January 15, 2008
Case No CV 04-09049 and Consolidated Cases

| No. | To | From | Cc | Date | Document Type | Privilege / Protection | Description |
|---|---|---|---|---|---|---|---|
| 140 | Bourland, Kirkman, Seidler & Evans, LLP - David Lattimore Evans, Esq.; Bourland, Kirkman, Seidler & Evans, LLP - Thomas Mitchel, Esq.; Laura Stanton-Russ, August & Kabot - Larry Russ, Esq. | Isaac Larian | Dennis Medici; Eli Makabi | 14-Sep-01 | EMAIL | Attorney/Client; Work Product | Email message requesting for legal advice regarding litigation matters. |
| 141 | Christensen White-Carolina Mankey, Esq. | Isaac Larian | | 14-Sep-01 | EMAIL | Attorney/Client; Work Product | Email message requesting legal advice regarding some litigation matters. |
| 142 | Russ, August & Kabot - Larry Russ, Esq. | Isaac Larian | Laura Stanton | 14-Sep-01 | EMAIL | Attorney/Client; Work Product | Email chain reflecting legal advice regarding pending litigation matters. |
| 143 | Bourland, Kirkman, Seidler & Evans, LLP - David Lattimore Evans, Esq.; Thomas Michel | Isaac Larian | Larry Russ, Esq. | 14-Sep-01 | EMAIL | Attorney/Client; Work Product | Email message requesting legal advice regarding pending litigation matters. |
| 144 | Bourland, Kirkman, Seidler & Evans, LLP - Thomas Mitchel, Esq. | Isaac Larian | David Lattimore Evans, Esq.; Larry Russ, Esq. | 14-Sep-01 | EMAIL | Attorney/Client; Work Product | Email message requesting legal advice regarding pending litigation matters. |
| 145 | Alan Rose, Esq. | Isaac Larian | | 14-Sep-01 | EMAIL | Attorney/Client | Email message requesting legal advice regarding legal fees. |
| 146 | Bourland, Kirkman, Seidler & Evans, LLP - Thomas Mitchel, Esq. | Isaac Larian | David Lattimore Evans, Esq.; Dennis Medici; Larry Russ, Esq. | 14-Sep-01 | EMAIL | Attorney/Client; Work Product | Email message requesting legal advice regarding litigation matters. |
| 147 | Bourland, Kirkman, Seidler & Evans, LLP - David Lattimore Evans, Esq. | Isaac Larian | | 17-Sep-01 | EMAIL | Attorney/Client; Work Product | Email message reflecting legal advice rendered regarding pending litigation matters. |

EXHIBIT ___
PAGE ___

EXHIBIT 49
PAGE 1560

Confidential

Larian Privilege Log
January 15, 2008
Case No CV 04-09049 and Consolidated Cases

| No. | To | Author | CC | BCC | Date | Document Type | Privilege Type Asserted | Description |
|---|---|---|---|---|---|---|---|---|
| 146 | Bourland, Kirkman, Seidler & Evans, LLP - David Lattimore Evans, Esq. | Isaac Larian | | Larry Russ, Esq. | 17-Sep-01 | EMAIL | Attorney/Client; Work Product | Email chain rendering legal advice regarding pending litigation matters. |
| 149 | Larry Russ, Esq. | Isaac Larian | | | 17-Sep-01 | EMAIL | Attorney/Client; Work Product | Email chain reflecting legal advice rendered regarding pending litigation matters. |
| 150 | Bourland, Kirkman, Seidler & Evans, LLP - Thomas Mitchel, Esq. | Isaac Larian | David Lattimore Evans, Esq.;Larry Russ, Esq. | | 18-Sep-01 | EMAIL | Attorney/Client; Work Product | Email message requesting legal advice regarding pending litigation matters. |
| 151 | Alan Rose, Esq. | Isaac Larian | | | 17-Sep-01 | EMAIL | Attorney/Client | Email chain reflecting legal advice rendered regarding legal fees. |
| 152 | Bourland, Kirkman, Seidler & Evans, LLP - Thomas Mitchel, Esq. | Isaac Larian | David Lattimore Evans, Esq.;Dennis Medic;Larry Russ, Esq. | Fred Larian | 20-Sep-01 | EMAIL | Attorney/Client; Work Product | Email message for purpose of requesting legal advice regarding pending litigation matters. |
| 153 | Bourland, Kirkman, Seidler & Evans, LLP - Thomas Mitchel, Esq. | Isaac Larian | David Lattimore Evans, Esq.;Dennis Medic;Larry Russ, Esq. | | 19-Sep-01 | EMAIL | Attorney/Client; Work Product | Email message reflecting legal advice rendered regarding pending litigation matters. |
| 154 | Bourland, Kirkman, Seidler & Evans, LLP - Thomas Mitchel, Esq. | Isaac Larian | David Lattimore Evans, Esq.;Larry Russ, Esq. | | 20-Sep-01 | EMAIL | Attorney/Client; Work Product | Email chain reflecting legal advice rendered regarding pending litigation matters. |
| 155 | David Lattimore Evans, Esq. | Isaac Larian | Larry Russ, Esq.;Thomas Michel | | 20-Sep-01 | EMAIL | Attorney/Client; Work Product | Email chain reflecting legal advice rendered regarding pending litigation matters. |
| 156 | Thomas Michel | Isaac Larian | David Lattimore Evans, Esq. | | 20-Sep-01 | EMAIL | Attorney/Client; Work Product | Email message reflecting legal advice rendered regarding pending litigation matters. |
| 157 | Peter Weil, Esq. | Isaac Larian | Dennis Medic;Fred Larian;Patty Glaser, Esq. | | 24-Sep-01 | EMAIL | Attorney/Client | Email message requesting legal advice regarding legal fees. |
| 158 | Peter Weil, Esq. | Isaac Larian | Dennis Medic;Patty Glaser, Esq. | | 24-Sep-01 | EMAIL | Attorney/Client | Email chain for purposes of requesting legal advice regarding legal fees. |

EXHIBIT __

PAGE __

EXHIBIT 49
PAGE 1561

Confidential

Larian Privilege Log
January 15, 2008
Case No CV 04-09049 and Consolidated Cases

| Log No. | To | From | cc | bcc | Date | Document Type | Privilege Asserted | Description of Document |
|---|---|---|---|---|---|---|---|---|
| 159 | David Rosenbaum, Esq. | Isaac Larian | | | 26-Sep-01 | EMAIL | Attorney/Client | Email message requesting legal advice regarding a pending litigation. |
| 160 | William W.L. Fan & Co | Isaac Larian | Stephen Lee | | 26-Sep-01 | EMAIL | Attorney/Client | Email chain reflecting and requesting legal advice regarding shipment disputes. |
| 161 | Isaac Larian;William W.L. Fan & Co | Isaac Larian | Stephen Lee | | 26-Sep-01 | EMAIL | Attorney/Client | Email chain reflecting and requesting legal advice rendered regarding shipment disputes. |
| 162 | William Fan, Esq. | Isaac Larian | Stanley Li;Stephen Lee | | 28-Sep-01 | EMAIL | Attorney/Client | Email chain reflecting and requesting legal advice regarding litigation. |
| 163 | Johnson Stokes & Master | William W. L. Fan & Co | | | 27-Sep-01 | LETTER | Attorney/Client | Attorney work product draft regarding potential litigation. |
| 164 | William W.L. Fan & Co | Isaac Larian | Connie Lee, Esq.;Stephen Lee | | 30-Sep-01 | EMAIL | Attorney/Client | Email chain rendering and reflecting legal advice regarding a commercial dispute. |
| 165 | Peter Weil, Esq. | Isaac Larian | Dennis Medici;Patty Glaser, Esq. | | 3-Oct-01 | EMAIL | Attorney/Client | Email chain for the purposes of rendering and reflecting legal advice regarding contract. |
| 166 | William W.L. Fan & Co | Isaac Larian | Connie Lee, Esq.;Stephen Lee | | 8-Oct-01 | EMAIL | Attorney/Client | Email chain rendering, reflecting and requesting legal advice regarding commercial dispute. |
| 167 | William Fan, Esq. | Isaac Larian | Stephen Lee | | 10-Oct-01 | EMAIL | Attorney/Client | Email message requesting legal advice regarding commercial dispute. |
| 168 | William W.L. Fan & Co | Isaac Larian | | | 10-Oct-01 | EMAIL | Attorney/Client | Email chain requesting, rendering and reflecting legal advice regarding commercial dispute. |
| 169 | Greg Fischbach;Isaac Larian | David Rosenbaum, Esq. | | | 11-Oct-01 | LETTER | Attorney/Client | Letter containing agreement between attorney and client. |
| 170 | Arlene Mays | Isaac Larian | Christensen White - Patty Glaser, Esq.;Elie Dekel;Sharon Markowitz;Vicki Applegate,Victoria O'Connor | | 11-Oct-01 | EMAIL | Attorney/Client | Email message reflecting legal advice on potential contract dispute which may lead to litigation. |
| 171 | Gary Sommerstein, Esq.,Victoria O'Connor | Isaac Larian | Christensen White - Peter Weil, Esq. | | 12-Oct-01 | EMAIL | Attorney/Client | Email chain reflecting legal advice on legal services. |

EXHIBIT __

PAGE ____

EXHIBIT 49
PAGE 1562

Confidential

Larian Privilege Log
January 15, 2008
Case No CV 04-09049 and Consolidated Cases

| BATES NO. | TO | FROM | CC | BCC | Date | Document Type | Priv. Type Basis | Privilege Description/Subject Matter |
|---|---|---|---|---|---|---|---|---|
| 172 | Victoria O'Connor | Isaac Larian | Beth Cahill | | | 15-Oct-01 | EMAIL | Attorney/Client | Email chain reflecting legal advice on potential licensing dispute. |
| 173 | David Rosenbaum, Esq. | Isaac Larian | Beth Cahill | | | 15-Oct-01 | EMAIL | Attorney/Client | Email message requesting legal advice regarding litigation. |
| 174 | Alan Rose, Esq. | Isaac Larian | Abe Mirza/Beth Cahill | | | 15-Oct-01 | EMAIL | Attorney/Client | Email message reflecting legal advice on disputes regarding disputed bills. |
| 175 | Beth Cahill | Isaac Larian | | | | 15-Oct-01 | EMAIL | Attorney/Client | Email chain requesting legal advice on trademark/infringement issues. |
| 176 | Beth Cahill | Isaac Larian | | | | 15-Oct-01 | EMAIL | Attorney/Client | Email chain requesting legal advice on possible contract dispute, trademarks, and possible litigation. |
| 177 | Beth Cahill | Isaac Larian | | | | 15-Oct-01 | EMAIL | Attorney/Client | Email chain requesting legal advice regarding contract negotiation. |
| 178 | Beth Cahill | Isaac Larian | | | | 15-Oct-01 | EMAIL | Attorney/Client | Email chain requesting legal advice regarding contract negotiation. |
| 179 | Martin Hitch, Victoria O'Connor, Paula Treantafelles, Jackie Bielke, Kerri Brode | Isaac Larian | Beth Cahill | | | 16-Oct-01 | EMAIL | Attorney/Client | Email chain requesting and rendering legal advice regarding trademark registration. |
| 180 | Martin Hitch, Victoria O'Connor, Paula Treantafelles, Jackie Bielke, Kerri Brode | Isaac Larian | Beth Cahill | | | 15-Oct-01 | EMAIL | Attorney/Client | Email chain requesting legal advice regarding trademark registration. |
| 181 | Larry Russ, Esq.;Laura Stanton;Lucy Arant, Esq. | Isaac Larian | Beth Cahill | | | 16-Oct-01 | EMAIL | Attorney/Client; Work Product | Email message reflecting attorney client communication concerning licensing and copyright infringement. |
| 182 | Alan Rose, Esq. | Isaac Larian | Abe Mirza/Beth Cahill;Dennis Medici | | | 16-Oct-01 | EMAIL | Attorney/Client | Email chain concerning communication between Attorney Client reflecting billing issues. |
| 183 | Christensen White, Patty Glaser, Esq. | Isaac Larian | | | | 29-Oct-01 | EMAIL | Attorney/Client | Email chain for the purpose of requesting legal advice regarding licensing. |
| 184 | Christensen White, Patty Glaser, Esq. | Isaac Larian | | | | 30-Oct-01 | EMAIL | Attorney/Client | Email chain for the purpose of requesting legal advice regarding corporate audit. |
| 185 | Victoria O'Connor | Isaac Larian | Beth Cahill | | | 14-Dec-01 | EMAIL | Attorney/Client | Email chain for the purpose of requesting legal advice on licensee contracts. |
| 186 | Clementina Jarrin | Isaac Larian | Beth Cahill | | | 14-Dec-01 | EMAIL | Attorney/Client | Email chain for the purpose of requesting legal advice on trademark registration. |

EXHIBIT ___

PAGE ___

**EXHIBIT 49**
**PAGE 1563**

Confidential

Larian Privilege Log
January 15, 2008
Case No CV 04-09049 and Consolidated Cases

| No. | To | From | CC | BCC | Date | Document Type | Privilege Claimed | Document Description |
|---|---|---|---|---|---|---|---|---|
| 187 | Beth Cahill | Isaac Larian | | | 14-Dec-01 | EMAIL | Attorney/Client | Email chain for the purpose of requesting legal advice on trademark registration. |
| 188 | Scott Bachrach | Isaac Larian | CASMK@aol.com; Beth Cahill; Victoria O'Connor | David Rosenbaum, Esq. | 16-Dec-01 | EMAIL | Attorney/Client | Email chain for the purpose of requesting legal advice regarding on contract amendments. |
| 189 | Beth Cahill | Isaac Larian | Aileen Storer; Dianna Eisenberg; Victoria O'Connor; Paula Treantafelles | | 18-Dec-07 | EMAIL | Attorney/Client | Email chain with attachment for the purpose of requesting legal advice regarding product development. |
| 190 | Victoria O'Connor | Isaac Larian | Paula Treantafelles; Beth Cahill | | 18-Dec-01 | EMAIL | Attorney/Client | Email chain for purpose of requesting legal advice regarding contract negotiation. |
| 191 | Beth Cahill | Isaac Larian | | | 18-Dec-01 | EMAIL | Attorney/Client | Email chain for the purpose of rendering legal advice regarding trademark issues. |
| 192 | Paula Treantafelles; Beth Cahill | Isaac Larian | Aileen Storer; Dianna Eisenberg; Victoria O'Connor | | 18-Dec-01 | EMAIL | Attorney/Client | Email chain for the purpose of requesting legal advice regarding product development. |
| 193 | Beth Cahill | Isaac Larian | Victoria O'Connor | | 20-Dec-01 | EMAIL | Attorney/Client | Email message for the purpose of rendering legal advice on product development. |
| 194 | Beth Cahill | Isaac Larian | Victoria O'Connor; Abe Mirza | | 21-Dec-01 | EMAIL | Attorney/Client | Email chain for the purpose of requesting legal advice regarding trademark registration. |
| 195 | Beth Cahill; Paula Treantafelles; Victoria O'Connor | Isaac Larian | | | 21-Dec-01 | EMAIL | Attorney/Client | Email message requesting legal advice regarding trademark infringement. |
| 196 | Victoria O'Connor | Isaac Larian | Victoria O'Connor | | 21-Dec-01 | EMAIL | Attorney/Client | Email chain for the purpose of requesting legal advice regarding contract negotiations. |
| 197 | Victoria O'Connor; Beth Cahill | Isaac Larian | Abe Mirza; David Rosenbaum, Esq; Eve Johnson;Dianna Eisenberg | | 22-Dec-01 | EMAIL | Attorney/Client | Email message requesting legal advice on licensing issues. |
| 198 | Beth Cahill | Isaac Larian | Paula Treantafelles; Victoria O'Connor; Abe Mirza | | 22-Dec-01 | EMAIL | Attorney/Client | Email chain requesting legal advice on trademark registration in Europe. |

EXHIBIT _

PAGE ___

EXHIBIT 49
PAGE 1564

Confidential

Larian Privilege Log
January 15, 2008
Case No CV 04-09049 and Consolidated Cases

| No. | To | From | CC | BCC | Date | Document Type | Privilege Type Asserted | Description/Redacted Description |
|---|---|---|---|---|---|---|---|---|
| 199 | Beth Cahill | Isaac Larian | | | 22-Dec-01 | EMAIL | Attorney/Client | Email chain for the purpose of requesting legal advice regarding trademark infringement in United Kingdom. |
| 200 | Beth Cahill; Carol Witschel, Esq. | Isaac Larian | Victoria O'Connor | | 25-Dec-01 | EMAIL | Attorney/Client | Email chain requesting legal advice regarding trademark infringement. |
| 201 | Beth Cahill; Carol Witschel, Esq.; Victoria O'Connor | Isaac Larian | | | 27-Dec-01 | EMAIL | Attorney/Client | Email chain requesting legal advice on trademark infringement. |
| 202 | Victoria O'Connor; Beth Cahill; David Rosenbaum, Esq. | Isaac Larian | Paula Treantafelles | | 28-Dec-01 | EMAIL | Attorney/Client | Email chain requesting legal advice regarding licensing agreement. |
| 203 | Victoria O'Connor; Beth Cahill; David Rosenbaum, Esq. | Isaac Larian | Paula Treantafelles | | 28-Dec-01 | EMAIL | Attorney/Client | Email chain requesting legal advice regarding licensing agreement. |
| 204 | David Rosenbaum, Esq.; Beth Cahill | Isaac Larian | Victoria O'Connor | | 30-Dec-01 | EMAIL | Attorney/Client | Email chain requesting legal advice regarding licensing agreements. |
| 205 | David Rosenbaum, Esq. | Isaac Larian | Abe Mirza; Beth Cahill | | 31-Dec-01 | EMAIL | Attorney/Client | Email message requesting legal advice regarding law firm billing. |
| 206 | Barbara Malcolm | Isaac Larian | Abe Mirza; Dianna Eisenberg; Christine Dailey; Beth Cahill; Brian Rothmuller | | 31-Dec-01 | EMAIL | Attorney/Client | Email message for the purpose of requesting advice regarding purchase orders. |
| 207 | Isaac Larian | Isaac Larian | Beth Cahill; Victoria O'Connor; Dennis Medici; Abe Mirza | | 14-Nov-01 | EMAIL | Attorney/Client | Email message for the purpose of requesting legal advice of audit review. |
| 208 | Fred Larian; Beth Cahill | Isaac Larian | | | 20-Oct-01 | EMAIL | Attorney/Client | Email chain for the purpose of requesting legal advice regarding disputed bills. |
| 209 | Fred Larian; Dennis Medici | Isaac Larian | | | 9-Oct-11 | EMAIL | Attorney/Client | Email message requesting legal advice regarding audit issues. |
| 210 | Isaac Larian; David Rosenbaum, Esq. | Fred Larian | Martin Hitch | | 30-Mar-01 | EMAIL | Attorney/Client | Email chain. requesting legal advice regarding distributorship agreement. |

EXHIBIT

PAGE

**EXHIBIT 49
PAGE 1565**

**EXHIBIT 50**

Confidential

MGA Privilege Log
Supplemental Privilege Log
Case No CV 04-09049 and consolidated cases

| Doc Num | Date | From/Author | To | CC | BCC | Privilege | Description of Document and/or Redactions |
|---|---|---|---|---|---|---|---|
| 644 | 11/14/01 | Beth Cahill (Paralegal within Law Department) | Victoria O'Connor | | | Attorney Client Privilege and Work Product | Email communication reflecting attorney comments for draft license. |
| 645 | 12/22/03 | Helen Bruno (Legal Assistant at White & Case) | Isaac Larian | Bryan Armstrong Carol Witschel, Esq. (White and Caes) | | Attorney Client Privilege | Letter communication forwarding legal advice from an attorney to client regarding a trademark registration |
| 646 | 09/25/03 | Carol Witschel, Esq. (White and Caes) | Helen Bruno (Legal Assistant at White & Case) | | | Attorney Client Privilege | Email communication containing a clients request for legal advice regarding trademark registrations |
| 647 | 07/09/01 | Lucy Arant, Esq. (Russ August Kabat & Kent) | Kerri Brode | | | Attorney Client Privilege | Letter containing an attorney-client communication for the purpose of rendering legal advice regarding a trademark registration |
| 648 | 07/30/01 | Lucy Arant, Esq. (Russ August Kabat & Kent) | Kerri Brode | | | Attorney Client Privilege | Letter containing an attorney-client communication for the purpose of rendering legal advice regarding a trademark registration |
| 649 | 07/30/01 | Lucy Arant, Esq. (Russ August Kabat & Kent) | Kerri Brode | | | Attorney Client Privilege | Letter containing an attorney-client communication for the purpose of rendering legal advice regarding a trademark registration |
| 650 | 10/09/01 | Lucy Arant, Esq. (Russ August Kabat & Kent) | Kerri Brode | | | Attorney Client Privilege | Letter containing an attorney-client communication for the purpose of rendering legal advice regarding a trademark registration |
| 651 | 03/03/04 | Lourdes Ble | Paula Treantafellas | | | Attorney Client Privilege | Internal MGA Email communication forwarding a previous request for legal advice to an attorney regarding trademark. |

EXHIBIT _

PAGE _____

EXHIBIT 50
PAGE 1566

Confidential

MGA Privilege Log
Supplemental Privilege Log
Case No CV 04-09049 and consolidated cases

| Doc Num | Date | From/Author | To | CC | BCC | Privilege | Description of Document and/or Redactions |
|---|---|---|---|---|---|---|---|
| 652 | 02/19/04 | Daphne Gronich, Esq. | Lourdes Bie, Bryan Armstrong | Charles O'Connor, Paula Treantafellas, Steve Cheng | | Attorney Client Privilege | Email communication from attorney to client, wherein the attorney renders legal advice regarding a design mark. |
| 653 | N/A | Lucy Arant, Esq. (Russ August Kabat & Kent) | File | | | Attorney Client Privilege | Internal record sheet containing attorney notes reflecting an attorney communication with a client, wherein the confidential information from the client is given to the attorney for the purpose of rendering legal advice |
| 654 | 12/07/00 | Lucy Arant, Esq. (Russ August Kabat & Kent) | Paula Treantafellas | | | Attorney Client Privilege | Facsimile communication from attorney to client, wherein the attorney requests information from the client for the purpose of rendering legal advice |
| 655 | 07/02/01 | Isaac Larian | Patricia Glaser, Esq. (Christensen White) | David Rosenbaum | | Attorney Client Privilege and Work Product | Email communication from client to attorney providing information for the purpose of obtaining legal advice regarding potential litigation |
| 656 | 06/30/01 | Isaac Larian | Patricia Glaser, Esq. (Christensen White) | | | Attorney Client Privilege and Work Product | Email communication from client to attorney providing information for the purpose of obtaining legal advice regarding potential litigation |
| 657 | 06/29/01 | Isaac Larian | Patricia Glaser, Esq. (Christensen White) | Greg Fischbach | | Attorney Client Privilege and Work Product | Email communication from client to attorney providing information for the purpose of obtaining legal advice regarding potential litigation |
| 658 | 09/29/00 | David Rosenbaum, (Fischbach, Perlstein & Lieberman) | Victoria O'Connor | | | Attorney Client Privilege | Email message for purposes of rendering legal advice regarding contract negotiations. |

Page 129 of 210

EXHIBIT ___

PAGE ___

EXHIBIT 50
PAGE 1567

Confidential

MGA Privilege Log
Supplemental Privilege Log
Case No CV 04-09049 and consolidated cases

| Doc Num | Date | From/Author | To | CC | BCC | Privilege | Description of Document and/or Redactions |
|---|---|---|---|---|---|---|---|
| 659 | 09/23/03 | Isaac Larian | Noel Miri | Mitchell Kamarack, Esq. | | Attorney Client Privilege | Email message forwarding attorney-client privileged materials for purpose of obtaining legal advice. |
| 660 | 06/29/01 | Isaac Larian | Patty Glaser, Esq. (Christensen, Miller, Fink) | | | | Email communication from client to Attorney seeking legal advice regarding Bratz |
| 661 | 09/26/00 | David Rosenbaum, Esq. (Fischbach, Perlstein & Lieberman) | Victoria O'Connor Dennis Medici | | | Attorney Client Privilege | Email communication from attorney to client providing legal advice regarding consulting agreement. |
| 662 | 09/19/00 | David Rosenbaum, Esq. (Fischbach, Perlstein & Lieberman) | Victoria O'Connor | | | Attorney Client Privilege | Email communication from attorney to client providing legal advice regarding consulting agreement. |
| 663 | 09/14/00 | David Rosenbaum, Esq. (Fischbach, Perlstein & Lieberman) | Victoria O'Connor | | | Attorney Client Privilege | Email communication from client to attorney seeking legal advice regarding employment law issues, and attaching prior emails between counsel and client seeking and providing legal advice. |
| 664 | 02/17/04 | Lourdes Bie | Paula Treantafelles, Shawn Brower, Summer Wells, Gabriella Burlando | Charles O'Connor | | Attorney - Client Privileged | Email forwarding attorney-client communications for the purpose of rendering legal advice regarding trademark applications. |

Page 130 of 210

Confidential

MGA Privilege Log
Supplemental Privilege Log
Case No CV 04-09049 and consolidated cases

| Doc Num | Date | From/Author | To | CC | BCC | Privilege | Description of Document and/or Redactions |
|---|---|---|---|---|---|---|---|
| 665 | 02/17/04 | Lourdes Bie | Bryan Armstrong (Paralegal within Law Department) | Paula Treantafelles, Charles O'Connor, Daphne Gronich, Esq. | | Attorney - Client Privileged | Email containing attorney-client communications for the purpose of rendering legal advice regarding trademark applications. |
| 666 | 02/16/04 | Richard Daniels, Esq. | Paula Treantafelles | Daphne Gronich, Esq. | | Attorney - Client Privileged | Email containing attorney-client communications for the purpose of rendering legal advice regarding copyright issues. |
| 667 | 02/11/04 | Richard Daniels, Esq. | Paula Treantafelles | Daphne Gronich, Esq. | · | Attorney - Client Privileged | Email containing attorney-client communications for the purpose of rendering legal advice regarding patent applications. |
| 668 | 02/18/04 | Lourdes Bie | Bryan Armstrong (Paralegal within Law Department) | Paula Treantafelles, Charles O'Connor, Daphne Gronich, Esq. | | Attorney - Client Privileged | Email containing attorney-client communications for the purpose of rendering legal advice regarding trademark applications. |
| 669 | 02/17/04 | Lourdes Bie | Paula Treantafelles, Shawn Brower, Summer Wells, Gabriella Burlando | Charles O'Connor | | Attorney - Client Privileged | Email forwarding attorney-client communications for the purpose of rendering legal advice regarding trademark applications. |
| 670 | 02/17/04 | Marcy George | Paula Treantafelles, David Oakes, Esq. | Daphne Gronich, Esq. | | Attorney - Client Privileged | Email containing attorney-client communications for the purpose of rendering legal advice regarding copyright applications. |
| 671 | 02/17/04 | David Oakes, Esq. | Paula Treantafelles, Marcy George | Daphne Gronich, Esq. | | Attorney - Client Privileged | Email containing attorney-client communications for the purpose of rendering legal advice regarding copyright application. |

EXHIBIT _
PAGE _____

EXHIBIT 50
PAGE 1569

**EXHIBIT 51**

CALENDARED

RECEIVED

JAN 31 2008

1 THOMAS J. NOLAN (Bar No. 66992)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
2 300 South Grand Avenue
Los Angeles, California 90071-3144
3 Telephone: (213) 687-5000
Facsimile: (213) 687-5600
4 E-mail: tnolan@skadden.com

5 RAOUL D. KENNEDY (Bar No. 40892)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
6 Four Embarcadero Center, 38th Floor
San Francisco, California 94111-5974
7 Telephone: (415) 984-6400
Facsimile: (415) 984-2698
8 E-mail: rkennedy@skadden.com

9 Attorneys for Cross-Defendants
MGA Entertainment, Inc., MGA
10 Entertainment (HK) Limited,
MGAE De Mexico, S.R.L. De C.V.,
11 and ISAAC LARIAN

12 **UNITED STATES DISTRICT COURT**

13 **CENTRAL DISTRICT OF CALIFORNIA**

14 **EASTERN DIVISION**

15 CARTER BRYANT, an individual ) CASE NO. CV 04-9049 SGL (RNBx)
16              Plaintiff, ) Consolidated with Case No. 04-9059
) and Case No. 05-2727
17    v. )
) **DISCOVERY MATTER**
18 MATTEL, INC., a Delaware )
corporation ) **[To be heard by Discovery Master**
19 ) **Hon. Edward A. Infante (Ret.)]**
             Defendant. )
20 ) **MGA ENTERTAINMENT, INC.'S**
) **OPPOSITION TO MOTION OF**
21 Consolidated with MATTEL, INC. v. ) **PLAINTIFF MATTEL, INC. FOR**
BRYANT and MGA ) **ORDER FINDING WAIVER AND**
22 ENTERTAINMENT, INC. v. ) **TO COMPEL PRODUCTION OF**
MATTEL, INC. ) **DOCUMENTS WITHHELD AS**
23 ) **PRIVILEGED**
24 **CONFIDENTIAL – ATTORNEYS'** ) Hearing Date: February 11, 2008
**EYES ONLY** ) Time: 8:30 a.m.
25 ) Place: Telephonic
**FILED UNDER SEAL PURSUANT** )
26 **TO PROTECTIVE ORDER** ) **Phase 1:**
) Discovery Cut-Off: January 28, 2008
27 ) Pre-Trial Conference: May 5, 2008
**EXHIBIT** ) Trial Date: May 27, 2008
28

**EXHIBIT 51**
**PAGE 1570**

**PAGE ____**

MGA'S OPP. TO MATTEL'S MOTION FOR ORDER FINDING WAIVER          Case No. CV 04-9049 SGL

1-31

1

**TABLE OF CONTENTS**

2
**PAGE**

3   TABLE OF AUTHORITIES ............................................................................................ ii

4   MEMORANDUM OF POINTS AND AUTHORITIES .......................................... 1

5   I.    INTRODUCTION .......................................................................................... 1

6   II.   PERTINENT FACTUAL AND PROCEDURAL BACKGROUND ............ 1

7         A.    MGA's "Good Faith" Affirmative Defenses ......................................... 1

8         B.    MGA's Partial Waiver Offers ..................................................... 2

9         C.    MGA's Original Implied Waiver Motion .............................................. 5

10        D.    MGA's Renewed Waiver Motion ........................................................... 6

11        E.    The Present Motion .............................................................................. 6

12        F.    Mattel's Lame Attempts To Distinguish MGA's Renewed Motion ..... 8

13  III.  ARGUMENT ................................................................................................... 9

14        A.    Fairness Concerns Apply With Equal Force To Mattel's And
                MGA's Claims Of Privilege ................................................................. 9
15
          B.    Production Should Be Limited To The Documents Specified In
16              The Motion That Relate To MGA's Acquisition Of Bratz ................ 11

17  IV.   CONCLUSION ............................................................................................... 13

18

19

20

21

22

23

24

25

26

27

**EXHIBIT**

**EXHIBIT 51**
28
**PAGE ___**   **PAGE 1571**

-i-

1

**TABLE OF AUTHORITIES**

2                                                                                    **PAGE(S)**

3

4 **CASES**

5 *Aloe Vera of America, Inc. v. United States,*
6    No. CV 99-1794-PHX-JAT, 2003 WL 22429082 (D. Ariz. Sept. 23, 2003),
     *aff'd* 376 F.3d 960 (9th Cir. 2004) ........................................................................ 12

7 *Bittaker v. Woodford,*
8    331 F.3d 715 (9th Cir. 2003) ........................................................................ 10, 11, 13

9 *Cox v. Administrator United States Steel & Carnegie,*
     17 F.3d 1386 (11th Cir. 1994),
10    *cert. denied,* 513 U.S. 1110 (1995) ........................................................................ 9

11 *Rambus Inc. v. Samsung Electronics Co.,*
     Nos. C-05-02298, C-05-00334,
12    2007 WL 3444376 (N.D. Cal. Nov. 13, 2007) ...................................... 10, 11, 12, 13

13 *Titan Corp. v. M/A-Com, Inc.,*
     No. 93-CV-335, 1994 WL 16001739 (S.D. Cal. June 22, 1994) ......................... 13

14 **RULES**

15 Local Rule 37-2.1 ........................................................................................ 7, 11

16

17

18

19

20

21

22

23

24

25

26

27                                              **EXHIBIT**        **EXHIBIT 51**

28                                              **PAGE** _____  **PAGE 1572**

1    **MEMORANDUM OF POINTS AND AUTHORITIES**

2  **I.    INTRODUCTION**

3         In mirror image motions, Mattel, Inc. ("Mattel") and MGA Entertainment, Inc.

4  ("MGA"), each claim that fairness dictates that the Court should find a partial waiver

5  of the attorney-client and work product privileges. Otherwise, Mattel and MGA will

6  not be able to fully contest issues that the other has asserted i.e., Mattel's claim that

7  the statute of limitations and laches should be tolled and MGA's claim that it had a

8  "good faith" believe that Carter Bryant owned the original Bratz drawings in 2000

9  when MGA obtained an assignment of his rights in those drawings.

10        Mattel cannot, however, resist attempting to "have its cake and eat it too" and

11  advances a totally incongruous argument that MGA should be found to have

12  impliedly waived the privileges but that Mattel has not. There is no principled basis

13  for distinguishing the two motions.

14  **II.   PERTINENT FACTUAL AND PROCEDURAL BACKGROUND**

15       **A.    MGA's "Good Faith" Affirmative Defenses**

16        In the Amended Answer and Affirmative Defenses of MGA Entertainment

17  Inc., MGA Entertainment (HK) Limited, and MGAE De Mexico S.R.L. De C.V. to

18  Mattel, Inc.'s Second Amended Answer and Counterclaims, dated September 19,

19  2007,[1] MGA[2] raised three affirmative defenses in which it asserted that, when MGA

20  acquired Bryant's "original Bratz drawings" in 2000, MGA had a "good faith belief

21  that Bryant owned the rights" to those drawings:

22                    FIFTH AFFIRMATIVE DEFENSE

23                     (Bona Fide Purchaser for Value)

24        Mattel cannot maintain its counterclaims against MGA
          Defendants because MGA Defendants paid valuable
25

26  [1]  A copy of which is Exhibit 4 to the Declaration of Bernard B. Smyth in
         Support of Motion of Plaintiff Mattel, Inc. for Order Finding Waiver and to
27       Compel Production of Documents Withheld as Privileged ("Smyth Decl.").

28  [2]  For ease of reference, these entities will sometimes be referred to herein
         collectively as "MGA."

                              -1-

EXHIBIT.

PAGE___

**EXHIBIT 51**
**PAGE 1573**

1   consideration for Bryant's assignment of his rights in the original Bratz drawings to MGA Defendants, and MGA
2   Defendants acted with a good faith belief that Bryant owned the rights to his original Bratz drawings and that his
3   assignment of such rights to MGA Defendants was valid and permissible.

4

5                    SIXTH AFFIRMATIVE DEFENSE

6                        (17 U.S.C. § 205(d))

7   Mattel cannot maintain its counterclaims against MGA Defendants because, among other things, MGA Defendants
    acted with a good faith belief that Bryant owned the rights
8   to his original Bratz drawings and that his assignment of such rights to MGA Defendants was valid and permissible.

9

                    *       *       *       *

10

11              EIGHTEENTH AFFIRMATIVE DEFENSE

12                          (Good Faith)

13  Mattel's counterclaims are barred in whole or in part because the MGA Defendants acted in good faith.

14

15  [Smyth Decl., Ex. 4, 22:8-21; 25:12-15.] MGA confirmed that belief in response to

16  those discovery requests but objected to those requests insofar as they sought

17  attorney-client or work product privileged materials. Motion of Plaintiff Mattel, Inc.

18  For Order Finding Waiver And To Compel Production Of Documents Withheld As

19  Privileged ("Motion" or "Present Motion"). Mot. at 3:14-4:15.

20      **B.    MGA's Partial Waiver Offers**

21          The Present Motion could have been obviated had Mattel accepted MGA's

22  prior, limited waiver offers. Back on November 29, 2004, when Mattel had noticed

23  the deposition of Victoria O'Connor, a former MGA employee, MGA's counsel

24  wrote to Mattel's lawyers offering:

25          To facilitate the deposition [of Ms. O'Connor], however, MGA would be willing to agree to a limited waiver of the
26          attorney client privilege, in which MGA would waive the attorney client privilege solely with respect to
27          communications that occurred between MGA and its counsel in and before October 2000 regarding the
28          MGA/Bryant negotiations under certain conditions. First, both Mattel and Bryant must agree that MGA's disclosure

                                -2-

1         would not waive any other privileges with respect to any
communications at any other time between MGA and its
2         counsel concerning the MGA-Bryant negotiations or
agreement.  Second, both Mattel and Bryant must agree
3         that MGA's disclosure would not waive the attorney client
privilege or work product protections with respect to any
4         other subject made at any time, whether or not such matters
involved the same counsel that represented MGA in
5         connection with the Bryant negotiations.  Finally, MGA
would insist that Mattel and Bryant agree that any
6         information disclosed pursuant to such waiver be
designated "Attorney's Eyes Only," which designation
7         could not be challenged by the parties.  If this is acceptable
to Mattel, please let me know and we will draft the
8         appropriate documentation.  If not, please be advised that
MGA will not waive either the attorney client privilege or
9         the protection of the work product doctrine with respect to
any issue [Miller Decl., Ex. E].

10

11     Mattel did not accept that offer.  Similarly, during the O'Connor deposition on

12 December 6, 2004, MGA offered, and Mattel rejected, a limited waiver:

13         Q.    Ms. O'Connor, did you deal with David Rosenbaum
[an outside lawyer for MGA] in connection with the Carter
14         Bryant negotiations?

15
        A.    Yes.
16

17         Q.    And when I -- let me ask you more specifically.  Did
you have conversations with him about those negotiations?
18

19         A.    Yes.

20
        Ms. Torres:  We have offered you guys a transactional
21         waiver; you have -- I think you declined earlier and haven't
gotten back to me on our most recent offer.
22

23         I have no further questions at this time, but we may raise
the issue with the Court, and therefore I'm going to leave
24         the deposition open.

25
        Mr. Quinn:  Well, I don't know what that means about
26         "transactional waiver," but I mean – if you're saying you
might want to bring Ms. O'Connor back, we oppose that.  I
27         mean, today's the day for her deposition, and we see no
basis for continuing it at some future date.
28

-3-

EXHIBIT 51
PAGE 1575
PAGE __

1   Ms. Torres:  Well, we -- we put our position in the letter,
2   we can agree to disagree.

3   Mr. Quinn:  Your position about whether her deposition
4   will be done today?

5   Ms. Torres:  No, our position about whether or not we
    could question her about communications with MGA's
6   counsel without waiving the privilege beyond the scope of
    the subject of those discussions.  And until -- unless and
7   until the court rules on that, if -- we're not in agreement
    then, and we're --
8

9   Mr. Quinn:  You're free to ask her about those, but it does
    constitute a waiver of the privilege, so that's your choice.
10

11  Ms. Torres:  I understand, but there's a -- a -- we obviously
    have a difference of opinion as to the breadth of that waiver.
12

13  Mr. Quinn:  Well, I don't know, until I hear your questions
    I guess I wouldn't know, but I think that the deposition is
14  going to conclude today, I only have a few more things.

15
    Ms. Torres:  We're --
16

17  Mr. Jacoby:  Just so our position is clear, with respect to
    Carter Bryant and Ann Wang and with respect to MGA and
18  David Rosenbaum, my understanding is that both Carter
    Bryant and MGA have offered Mattel a transactional
19  waiver of the privilege whereby we are -- Carter Bryant is
    willing to waive the privilege with regard Ann Wang with
20  respect to the subject of the negotiation of the contract
    that's in Exhibit 15.
21

22  My understanding is that MGA has made a settlement offer
    with respect to David Rosenbaum, but my understanding of
23  Mattel's position is that if we -- if Ms. Torres was to begin
    to embark on questions that were privileged, that Mattel
24  would take the position that all conversations between
    MGA and Mr. Rosenbaum would be subject to disclosure
25  beyond the subject of the Bryant negotiation.

26
    My understanding is Mattel's taking the exact same
27  position with respect to Mr. Bryant and Ann Wang, and
    given that that's true, we can't question her about those
28  because then that would open up questions that you would
    have about subjects beyond the negotiation.  As you made

-4-

MGA'S OPP. TO MATTEL'S MOTION FOR ORDER FINDING WAIVER          Case No. CV 04-9049 SGL

EXHIBIT _

EXHIBIT 51
PAGE ___          PAGE 1576

1   clear in this deposition, we can't instruct her not to answer,
    or at least we can't enforce it, so I don't think that counsel
2   for Mr. Bryant or counsel for MGA has any choice but to
    not ask those questions but seek relief from the court that
3   this transactional waiver is the correct statement of the law,
    which I believe it is.
4
5   Mr. Quinn: I have never heard of a "transactional waiver,"
    and I -- I don't think you can selectively waive the privilege.
6   So I guess to that extent we do have a disagreement on that.
    I mean, you could have sought a ruling before. In our view,
7   the deposition is concluded today.

8   Miller Decl., Ex. F at 167:10-170:13.

9   ## C.   MGA's Original Implied Waiver Motion

10       The subject of implied waiver arose again in December of 2007 when the

11  parties met and conferred regarding the implied waiver implications of Mattel's claim.

12  MGA's contention that Mattel's claim that the statute of limitations for its claims

13  against MGA and Carter Bryant was tolled because it was not until November of

14  2003 that Mattel first knew or suspected the alleged misconduct now in issue.

15       More specifically, in paragraphs 35 and 36 of the counterclaims that Mattel

16  filed together with its Second Amended Answer on July 12, 2007, Mattel alleged:

17       Bryant and MGA deliberately and intentionally concealed
         facts sufficient for Mattel to suspect or to know that it was
18       the true owner of Bratz. Their acts of concealment include,
         but are not limited to, concealing the fact that Bryant
19       conceived, created, designed and developed Bratz while
         employed by Mattel . . . .
20
         Because of Bryant's and MGA's acts of concealment and
21       Bryant's misrepresentations to Mattel, Mattel had no reason
         to suspect that Bryant had worked with MGA, or assisted
22       MGA, while he still employed by Mattel until
         approximately November 24, 2003, when Mattel received,
23       through an unrelated legal action, a copy of Bryant's
         agreement with MGA which showed that the date of
24       Bryant's agreement with MGA predated Bryant's departure
         from Mattel. It was then, as a result, that Mattel learned for
25       the first time that Bryant had secretly aided, assisted and
         worked for and with MGA while employed at Mattel and
26       in violation of his Mattel Employment Agreement.[3]

27

28  [3]   See Declaration of Marcus R. Mumford in Support of MGA's Motion to
         Compel Discovery As To Issues As To Which Mattel Has Waived The
                                                                    *(cont'd)*

                                    -5-

EXHIBIT

EXHIBIT 51

PAGE___          PAGE 1577

1    In addition, in opposing a motion by MGA and Bryant for Terminating

2  Sanctions, in August of 2007 Mattel argued that it did not first learn "of the

3  misconduct at issue in this case" until late November of 2003 when Mattel "obtained

4  a copy of the agreement MGA and Bryant signed while he worked for Mattel."[4]

5    The failure of this meet and confer led to the filing of MGA's Motion to

6  Compel Regarding Mattel's Privilege Waiver by Claim Assertion ("Original Waiver

7  Motion") on December 18, 2007.  Miller Decl., Ex. A.

8    On December 27, Mattel filed an opposition to MGA's Original Waiver

9  Motion in which Mattel cited 25 cases as supposedly providing authority for the

10  proposition that there had been no implied waiver.  *Id.*, Ex. B.

11    MGA's Original Implied Waiver Motion was noticed for hearing on January 3

12  but the press of other matters prevented its being heard on that day.  However, on

13  January 3, the Court did hear and grant MGA's and Bryant's Motion to Overrule

14  Mattel's Relevance Objection and to Compel Discovery Related to Statute of

15  Limitations and Laches Defenses ("Relevance Motion").  Miller Decl., Ex. D.

16    **D.    MGA's Renewed Waiver Motion**

17    MGA then withdrew its Original Implied Waiver Motion and, on January 18

18  filed its Motion to Compel Discovery As To Issues As To Which Mattel Has Waived

19  The Attorney-Client And Work Product Privileges By Claims Assertion ("MGA's

20  Renewed Motion"), to address the impact of the Court's ruling on the Relevance

21  Motion.  MGA's Renewed Waiver Motion is one of the matters that the parties have

22  asked the Court to hear on February 11.

23    **E.    The Present Motion**

24    On January 23, Mattel filed the present Motion, seeking a determination that

25  MGA's "good faith" defenses effected a partial, implied waiver and seeking all

26  ─────────────────
*(cont'd from previous page)*
27     Attorney-Client Privilege And Work Product Privileges By Claims Assertion
     (1/18/08) ("Mumford Decl."), Ex. 1 at 42:1-8; 42:16-24.
28  [4]   Mumford Decl., Ex. 32 at 393:21; 394:10-11.

-6-

1 │ documents regarding the propriety of MGA's contracting with Bryant "including

2 │ without limitation" 21 specific documents that MGA either withheld or produced in

3 │ redacted form, which Mattel seeks to produce in unredacted form.  Notice of Mot. at

4 │ 2:10-14.[5]  The Notice also identifies specific questions that were asked during Isaac

5 │ Larian's deposition as to which Mattel seeks responses or further responses.  *Id.*

6 │ 2:14-16.

7 │      MGA believes that production of 17 of those documents, which were

8 │ generated in 2000, is warranted for the same reason that MGA is entitled to discover

9 │ privileged material concerning Mattel's tolling claims.  MGA believes that an *in*

10 │ *camera* examination of the other four documents, which were generated in 2002, will

11 │ disclose that their production is not warranted.[6]

12 │      MGA objects to the "including without limitation" portion of Mattel's demand

13 │ as violative of Local Rule 37-2.1.  As Mattel explained in its December 27, 2007

14 │ Opposition to MGA's Original Implied Waiver Motion:

15 │
16 │        The <u>Local Rules</u> mandate that all discovery motions should
   │        be supported by a document setting forth either the specific
   │        requests or the specific question, and any specific
17 │        objections, so that the Court will have both precision and
   │        context for its rulings.  <u>Local Rule</u> 37-2.1; <u>U.S. ex. rel.</u>
18 │        <u>O'Connell v. Chapman University</u>, 245 F.R.D. 646, 648
   │        (C.D. Cal. 2007) (entering order to show cause for failure
   │        to comply with <u>Local Rule</u> 37-2.1); <u>Estate of Gonzalez v.</u>
19 │        <u>Hickman</u>, 2007 WL 3238725, at *2 (C.D. Cal. 2007)
   │        (refusing to hear motion because of party's failure to
20 │        comply with <u>Local Rule</u> 37-2.1).  MGA's motion utterly
   │        fails to do this.
21 │
22 │        MGA provides no basis upon which to seek an order
   │        compelling further responses to discovery "in general,"
23 │        rather than as to specific discovery requests.  A motion
   │        seeking an order compelling "further responses" to
24 │        unspecified discovery requests does not give fair notice.

25 │ [5]   "(1) Entry Nos. 655-657 and 660 on MGA's August 14, 2007 Supplemental
   │ Privilege Log, (2) Entry Nos. 12-19 and 21-27 on MGA's Supplemental
26 │ Revised Privileged and Redaction Log for MGA's 2005 Document Production,
   │ (3) Entry Nos. 89 and 90 on Isaac Larian's Privilege Log, . . . ."
27 │ [6] MGA suggests that Mattel's request for a further deposition of Mr. Larian be
28 │ deferred until Mattel has had an opportunity to review the requested
   │ documents and can specify whether and why further examination is needed.

-7-

EXHIBIT _
PAGE ____

**EXHIBIT 51**
**PAGE 1579**

1
2
3
4

> The Discovery Master has consistently rejected the parties' request that he lay down general discovery guidelines not tied to specific discovery requests. MGA's request for vague discovery rulings without identification of the specific discovery requests or information at issue should likewise be rejected here. [Miller Decl., Ex. B at 3:4-19].

5    The same limitation should apply here.

6    **F.    Mattel's Lame Attempts To Distinguish MGA's Renewed Motion**

7    The first thirteen and one-half pages of Mattel's Memorandum of Points and

8 Authorities reads almost like a plagiarization of MGA's Original and Renewed

9 Motions. This is in marked contrast to the position Mattel took in its December 2007

10 Opposition to MGA's Original Waiver Motion.

11    Then, on page 14, Mattel claims that an implied waiver finding is warranted as

12 to MGA, because MGA has not produced any non-privileged support for its "good

13 faith" claims but not as to Mattel which "has produced substantial non-privileged

14 information regarding when Mattel learned of Bryant's wrongful conduct." Mot. at

15 14:10-11. In fact, the record already contains substantial non-privileged evidence of

16 MGA's good faith, including recent deposition testimony of David Rosenbaum and

17 Anne Wang evidencing the representations made by Carter Bryant to MGA in

18 connection with MGA's acquisition of Bratz. (See Miller Decl., Exhs. G and H). In

19 contrast, Mattel fails to offer any examples of this "substantial non-privileged

20 information."

21    In addition, Mattel does not dispute that the record is replete with indicia that

22 Mattel suspected Bryant of wrongdoing well before November 2003; by late 2001, or

23 2002 at the latest, Mattel had its lawyers investigating whether Bryant had worked

24 on Bratz while employed at Mattel. Miller Decl., Ex. C at 2:7-3:22. In short, even if

25 Mattel has produced non-privileged information to support its claim that it did not

26 have reason to suspect wrongdoing before November 2003, Mattel has used the

27 attorney-client and work product privileges to block MGA's efforts to support its

28

-8-

EXHIBIT

**EXHIBIT 51**
**PAGE 1580**

PAGE

1 | competing claim that Mattel suspected or had reason to suspect the alleged
2 | wrongdoing well before that date.

3 | Mattel also makes a throwaway argument that it "simply denies" that its
4 | claims are time-barred and did not affirmatively inject them into the case. Mot. at
5 | 14:15-21. Mattel fails to explain how paragraphs 35 and 36 of its Counterclaims, in
6 | which Mattel seeks affirmative relief are mere "denials." Similarly, Mattel fails to
7 | explain how its assertion in its opposition to the Motion for Terminating Sanctions
8 | that it did not have cause to suspect any of the alleged wrongdoing until November
9 | of 2003 is a mere "denial."

10 | Moreover, *Cox v. Administrator United States Steel & Carnegie*, 17 F.3d 1386,
11 | 1419 (11th Cir. 1994), *cert. denied*, 513 U.S. 1110 (1995), the sole authority that
12 | Mattel relies upon for its "simply denies" argument, makes clear a claim that the
13 | statute of limitations was tolled because of lack of knowledge is exactly the kind of
14 | claim that warrants an implied waiver. As explained in *Cox*:

15 |    USX waives the privilege if it injects into the case an issue
16 |    that in fairness requires an examination of otherwise
       protected communications. In *Conkling v. Turner*, 883
17 |    F.2d 431, 434-35 (5th Cir. 1989), the plaintiff claimed that
       the RICO statute of limitations period was tolled because
18 |    he did not know that a statement made by the defendants
       was false until told by his attorney 18 years after the fact.
19 |    The Fifth Circuit held that by doing so, he waived the
       privilege as to communications from his attorney about the
20 |    statement; "the attorney-client privilege is waived when a
       litigant 'place[s] information protected by it in issue
21 |    through some affirmative act for his own benefit, and to
       allow the privilege to protect against disclosure of such
22 |    information would be manifestly unfair to the opposing
       party.'" *Id.* at 434 (quoting *Hearn v. Rhay*, 68 F.R.D. 574,
23 |    581 (E.D. Wash. 1975)) (alteration in original). [17 F.3d at
       1419].

24 | **III.   ARGUMENT**

25 |    A.   **Fairness Concerns Apply With Equal Force To Mattel's And
              MGA's Claims Of Privilege**
26 |

27 | "[F]airness, not relevance, is the touchstone of the scope of the implied waiver
28 | doctrine." *Rambus Inc. v. Samsung Elecs. Co.*, Nos. C-05-02298, C-05-00334, 2007

-9-

**EXHIBIT 51**
PAGE   **PAGE 1581**

1  WL 3444376, at *6 (N.D. Cal. Nov. 13, 2007). As Mattel argues, "parties in
2  litigation may not abuse the privilege by asserting claims the opposing party cannot
3  adequately dispute unless it has access to the privileged materials." *Bittaker v.*
4  *Woodford*, 331 F.3d 715, 719 (9th Cir. 2003) ; Mot. at 10:8-11. As the Ninth Circuit
5  explained the underpinning of the implied waiver doctrine: "The court thus gives the
6  holder of the privilege a choice: If you want to litigate this claim, then you must
7  waive your privilege to the extent necessary to give your opponent a fair opportunity
8  to defend against it." *Bittaker*, 331 F.3d at 720. These fairness principles apply with
9  equal force to Mattel's tolling claims and to MGA's "good faith" affirmative defenses.
10  MGA submits that the Court should find a limited waiver by Mattel and order
11  Mattel to produce the additional discovery specifically identified and requested in
12  MGA's Renewed Motion and, similarly, order MGA to produce the September 2000
13  communications concerning MGA's acquisition of the original Bratz drawings from
14  Bryant.[7]

15  MGA further urges that the Court conduct an in-camera inspection of the 2001
16  exchanges between Isaac Larian and Patricia Glaser, a lawyer with what was then the
17  Christensen firm.[8] MGA submits that this exchange is either totally irrelevant to
18  MGA's "good faith" when it acquired the Bratz drawings from Mr. Bryant nearly a
19  year before. Alternatively, it is of marginal relevance and its production is
20  substantially outweighed by the danger of unfair prejudice, confusion of the issues,
21  undue delay or waste of time.

22  An *in camera* review will confirm that the 2001 exchange is fully-consistent
23  with MGA's assertion of "good faith." On the other hand, the exchange is about
24  potential litigation and is between Mr. Larian and one of his eventual trial counsel,
25

26  [7]  "Entry Nos. 12-19 and 21-27 on MGA's Supplemental Revised Privileged and
27  Redaction Log for MGA's 2005 Document Production, and Entry Nos. 89 and 90 on Isaac Larian's Privilege Log, . . . ."

28  [8]  "Entry Nos. 655-657 and 660 on MGA's August 14, 2007 Supplemental Privilege Log."

-10-

MGA'S OPP. TO MATTEL'S MOTION FOR ORDER FINDING WAIVER      Case No. CV 04-9049 SGL

EXHIBIT 51
PAGE 1582

1 Ms. Glaser.  Production of these documents would, undoubtedly, lead to Mattel's
2 demanding to depose both Mr. Larian and Ms. Glaser and would, inevitably, lead to
3 squabbling and motion practice over the appropriate limits of that examination.

4      **B.**    **<u>Production Should Be Limited To The Documents Specified In The Motion That Relate To MGA's Acquisition Of Bratz.</u>**

6      In its Notice of Motion Mattel identifies 21 specific documents that it seeks to
7 compel on the grounds that MGA has waived the privilege protecting those
8 documents from production, but adds that the relief it seeks is "including without
9 limitation" these documents.  Notice of Mot. at 2:10-11.  As Mattel contended in its
10 December 27, 2007, Opposition Brief at page 3, such non-specific demands are
11 improper under Local Rule 37-2.1, which, as Mattel put it, "mandate[s] that all
12 discovery motions be supported by a document setting forth either the specific
13 requests or the specific question, and any specific objections, so that the Court will
14 have both precision and context for its rulings."  Miller Decl., Ex. B at 3:4-7.

15      Mattel's argument is fully consistent with the rule that the Court "must impose
16 a waiver no broader than needed to ensure the fairness of the proceedings before it."
17 *Bittaker*, 331 F.3d at 720 ("Because a waiver is required so as to be fair to the
18 opposing side, the rationale only supports a waiver broad enough to serve that
19 purpose.")  "[A] court finding an implied waiver and ordering production must
20 define the contours of the production and the privilege waiver."  *Rambus*, 2007 WL
21 3444376, at *6.  The Ninth Circuit recognizes that "[c]ourts, including ours, that
22 have imposed waivers under the fairness principle have therefore closely tailored the
23 scope of the waiver to the needs of the opposing party in litigating the claim in
24 question."  *Bittaker*, 331 F.3d at 720.  Thus, while relevance is a prerequisite to a
25 finding of implied waiver, the proper *scope* of the waiver is driven not by relevance,
26 but by fairness.  *Rambus*, 2007 WL 3444376, at *6. (reversing portion of magistrate's
27 order compelling "any and all documents . . . that discuss, refer, or relate to" the
28 issue on which privilege was waived; "Such an order produces all relevant materials,

-11-

EXHIBIT _

**EXHIBIT 51
PAGE 1583**

PAGE

1 | but fairness, not relevance, is the touchstone of the scope of the implied waiver
2 | doctrine.").

3 |     Accordingly, in *Rambus*, having approved the ruling of the Special Master that
4 | Samsung had impliedly waived the privilege by asserting the discovery rule and
5 | equitable tolling to overcome the statute of limitations, the Judge directed the Special
6 | Master to conduct an *in camera* review of the particular documents at issue in the
7 | motion and to closely tailor the production by limiting it to "documents
8 | demonstrating Samsung's subjective knowledge of Steinberg's work for Rambus, or
9 | the objective circumstances relating to Steinberg's work for Rambus, prior to the
10 | critical date(s) for Samsung's tolling allegations." *Id.* at *7.

11 |     MGA urges that, if this Court finds an implied waiver by MGA and Mattel,
12 | the Court should follow a procedure similar to that the Judge ordered in *Rambus*, i.e.,
13 | conduct an *in camera* review of documents being requested by each side and
14 | determine:

15 |     1.    With respect to the Mattel documents at issue in
16 | MGA's Motion, whether the documents demonstrate
    Mattel's subjective knowledge of, or facts demonstrating
17 | that it had reason to suspect that, prior to November 2003,
    (a) Carter Bryant was involved in Bratz, (b) any belief or
18 | suspicion that Carter Bryant may have breached his
    contract with Mattel, (c) that Carter Bryant was working
19 | for MGA, and/or (d) any belief or suspicion in an alleged
    basis to assert that Mattel was alleged true owner of Bratz;
20 | and

21 |     2.    With respect to the MGA and Rosenbaum
    documents at issue in this Motion, whether the documents
22 | demonstrate advice to MGA, prior to October 4, 2000 (the
    date MGA entered into its agreement with Bryant) that its
23 | acquisition of Bratz from Bryant was unlawful.

24 | So as to narrowly tailor the scope of both implied waivers, only those documents
25 | falling within these criteria should be ordered produced. *See also Aloe Vera of Am.,*
26 | *Inc. v. United States,* No. CV 99-1794-PHX-JAT, 2003 WL 22429082, at *5 (D.
27 | Ariz. Sept. 23, 2003), *aff'd* 376 F.3d 960 (9th Cir. 2004) (ordering production of
28 | "documents containing information relating to when [p]laintiffs' counsel may have

EXHIBIT 51
PAGE 1584

-12-

MGA'S OPP. TO MATTEL'S MOTION FOR ORDER FINDING WAIVER      Case No. CV 04-9049 SGL

1  advised [p]laintiffs that a cause of action may have accrued [...] if [such information]

2  exists"); *Titan Corp. v. M/A-Com, Inc.*, No. 93-CV-335, 1994 WL 16001739, at *4

3  (S.D. Cal. June 22, 1994) (ordering production of "the following additional

4  information: 1) specifically when plaintiff's counsel informed plaintiff or gave

5  plaintiff reason to believe that it had been defrauded by defendant; 2) whether

6  plaintiff or its agents supplied any information relevant to that determination; 3) the

7  specifics of that information; and 4) when each item of information was supplied to

8  plaintiff's counsel").[9]

9      MGA will make the documents identified by Mattel in its Notice of Motion

10  available for *in camera* review at the request of the Court, before, during or after the

11  February 11 hearing.

12  **IV.   CONCLUSION**

13      MGA urges that the Court enter orders finding that fairness dictates that partial

14  privilege waivers be found for both Mattel and MGA, that Mattel be required to

15  produce the documents and make the additional discovery specified in MGA's

16  Renewed Motion and order MGA to produce the documents listed in Mattel's Notice

17  of Motion for the present motion, except for entries 655-657 and 660 on MGA's

18  August 14, 2000 Supplemental Privilege Log.

19

20

21

22

23

---

24  [9]  In accordance with the process prescribed by the Ninth Circuit in *Bittaker* and employed by Judge Whyte in *Rambus*, should the Court find that there has

25  been an implied waiver as to any document, in accordance with Ninth Circuit procedure the Court must give the holder of the privilege the option "to

26  preserve the confidentiality of the privileged communications by choosing to abandon the claim that gives rise to the waiver condition. *Bittaker*, 331 F.3d

27  at 721. *See also, Rambus,* 2007 WL 3444376, at *7 (following *Bittaker*, court directed special master to "first give Samsung the option of declining to

28  proceed with its claims," and that only if Samsung chooses to proceed should the *in camera* inspection proceed).

EXHIBIT.

**EXHIBIT 51**
**PAGE 1585**