Exhibit #4
Milestone Dolls



Barbie



Chatty Cathy

EXHIBIT 52
PAGE 1624

CONFIDENTIAL --
ATTORNEYS EYES ONLY



Cabbage Patch doll



Bratz dolls

EXHIBIT 52
PAGE 1625

CONFIDENTIAL --
ATTORNEYS EYES ONLY

35

5

EXHIBIT 52
PAGE 1626

# Exhibit #5
## Pirates



Mattel's Barbie Pirate

**EXHIBIT 52**
**PAGE 1627**

CONFIDENTIAL –
ATTORNEYS EYES ONLY



Madam Alexander Cissy Pirate



Tonner Pirate

**EXHIBIT 52**
**PAGE 1628**

CONFIDENTIAL --
ATTORNEYS EYES ONLY

37

6

EXHIBIT 52
PAGE 1629

**Exhibit #6**
**Clippings from August 1998 Seventeen Magazine**
**and Other 1998 Seventeen Magazines**





EXHIBIT 52
PAGE 1630

CONFIDENTIAL --
ATTORNEYS EYES ONLY





EXHIBIT 52
PAGE 1631

CONFIDENTIAL —
ATTORNEYS EYES ONLY





EXHIBIT 52
PAGE 1632

CONFIDENTIAL —
ATTORNEYS EYES ONLY

40





EXHIBIT 52
PAGE 1633

CONFIDENTIAL –
ATTORNEYS EYES ONLY





EXHIBIT 52
PAGE 1634

CONFIDENTIAL —
ATTORNEYS EYES ONLY

7

EXHIBIT 52
PAGE 1635

## Exhibit #7
## Spice Girls – Dixie Chicks



Spice Girls



Dixie Chicks

EXHIBIT 52
PAGE 1636

CONFIDENTIAL –
ATTORNEYS EYES ONLY

43





August 1998 Seventeen Magazine

EXHIBIT 52
PAGE 1637

CONFIDENTIAL --
ATTORNEYS EYES ONLY

Exhibit #7a
Barbie Illustration



EXHIBIT 52
PAGE 1638

CONFIDENTIAL —
ATTORNEYS EYES ONLY

8

EXHIBIT 52
PAGE 1639

Exhibit #8
Bryant's "Pitch Book"
(starts on following page)

EXHIBIT 52
PAGE 1640

CONFIDENTIAL --
ATTORNEYS EYES ONLY

46

CONFIDENTIAL –
ATTORNEY'S EYES ONLY



EXHIBIT 52
PAGE 1641

47

# Bratzi

Meet the Bratzi The Totally Transformable Teenage dolls! They're four best friends from high school who love to trade clothes, shoes and hairdos! They come to school with a new look every day!

By simply popping off the hairstyle and shoes, and exchanging them for one of their other hairstyles and pairs of shoes, or a friend's hairstyle and shoes, you can create a whole new look! Complete the look by changing their pants or skirts for one of their additional garments!

Each doll comes dressed in a trendy, hip outfit, with one or two additional pieces, such as an additional skirt or t-shirt (for mix and matching.) Each doll also comes with two great hairstyles, 2 great pairs of shoes, and a cool backpack.

EXHIBIT 52
PAGE 1642

CONFIDENTIAL –
ATTORNEYS EYES ONLY



**Meet Zoe!**

She's the queen of cool at school with her short dark brown hair and funky stompin' sneaks. Highugger jeans, short tee shirt and glittery vinyl backpack complete her daytime look.

CONFIDENTIAL --
ATTORNEYS EYES ONLY

EXHIBIT 52
PAGE 1643

CONFIDENTIAL –
ATTORNEYS EYES ONLY



To give Zoe a whole new look for night, change her short dark brown hairstyle to her long blonde hairdo (included), change her pants to a skirt (also included) and change her sneakers to platform sandals (you get those too!)

EXHIBIT 52
PAGE 1644

CONFIDENTIAL -- ATTORNEYS EYES ONLY



Now she has a whole new look for nighttime fun with the rest of the Bratz gang!

51

EXHIBIT 52
PAGE 1645

CONFIDENTIAL –
ATTORNEYS EYES ONLY

**Meet Hallidae!**

She's got the beat! Ultra trendy street wear 'n' braids for hittin' the books. Jean skirt, boots and knit cap, not to mention a funky backpack (check out the logos!) give Hallidae a look that is all that!



52

EXHIBIT 52
PAGE 1646

On date night, it's a sassy short dress, platforms, and a totally new 'do!

CONFIDENTIAL – ATTORNEYS EYES ONLY

CONFIDENTIAL –
ATTORNEYS EYES ONLY



For weekend nights hangin' with the Bratz, it's a sweet dragon logo tee, with ruffly skirt and those boobs, she's as cool as can be!

54

EXHIBIT 52
PAGE 1648

CONFIDENTIAL –
ATTORNEYS EYES ONLY



**Meet Jade!**

Jade loves far-out fashion! Many
Janes and a baby doll are just
perfect for study hall! Twisty
hairdo, fringe-y jacket and a
sweater than sunset backpack and
Jade is ready for serious school
house rock!

EXHIBIT 52
PAGE 1649

CONFIDENTIAL --
ATTORNEYS EYES ONLY



## Meet Lupe!

She's the princess of pretty in her casual wear of tank top and wide leg khakis. Cute sweatshirt, silvery barretes , a fun red updo and fresh backpack give her a great look for school!

56

EXHIBIT 52
PAGE 1650

CONFIDENTIAL -- ATTORNEYS EYES ONLY



For partytime, change her into a short skirt, braids and silver stompers!

57

EXHIBIT 52
PAGE 1651

9

EXHIBIT 52
PAGE 1652

## Exhibit #9
## Scarlett Doll Sculpts



Franklin Mint Scarlett

EXHIBIT 52
PAGE 1653

CONFIDENTIAL –
ATTORNEYS EYES ONLY

58



World Doll Scarlett



Tonner Scarlett

EXHIBIT 52
PAGE 1654

CONFIDENTIAL --
ATTORNEYS EYES ONLY

10

EXHIBIT 52
PAGE 1655

Exhibit #10
Superman Doll Sculpts



Porcelain superman                              vinyl superman

**EXHIBIT 52**
**PAGE 1656**

CONFIDENTIAL —
ATTORNEYS EYES ONLY

11

EXHIBIT 52
PAGE 1657

# Exhibit #11
## Blank Bratz Doll vs. Carter Bryant Sketch



"Blank" Bratz Sculpt



**EXHIBIT 52**
**PAGE 1658**

CONFIDENTIAL --
ATTORNEYS EYES ONLY

12

EXHIBIT 52
PAGE 1659