CONFIDENTIAL --
ATTORNEYS EYES ONLY



Carter Bryant August 1998 Sketch (Bryant 00262)



Barbie Doll

EXHIBIT 55
PAGE 1789

4

EXHIBIT 55
PAGE 1790



CONFIDENTIAL —
ATTORNEYS EYES ONLY

Barbie Doll

Image of Venus of Willendorf

EXHIBIT 55
PAGE 1791

5

EXHIBIT 55
PAGE 1792

CONFIDENTIAL –
ATTORNEYS EYES ONLY

Carter Bryant August 1998 Sketch (Bryant 00262)

EXHIBIT 55
PAGE 1793

6

EXHIBIT 55
PAGE 1794

CONFIDENTIAL –
ATTORNEYS EYES ONLY



Carter Bryant August 1998 Sketch (Bryant 00262)



Steve Madden Advertisement from August 1998
Seventeen Magazine

EXHIBIT 55
PAGE 1795

7

EXHIBIT 55
PAGE 1796

CONFIDENTIAL –
ATTORNEYS EYES ONLY



Carter Bryant August 1998 Sketch (Bryant 00262)



Paris Blues Advertisement from August 1998
Seventeen Magazine

EXHIBIT 55
PAGE 1797

8

EXHIBIT 55
PAGE 1798

CONFIDENTIAL –
ATTORNEYS EYES ONLY



Close-up of "Jade" from Carter Bryant
August 1998 Sketch (Bryant 00262)

EXHIBIT 55
PAGE 1799

9

EXHIBIT 55
PAGE 1800

CONFIDENTIAL – ATTORNEY'S EYES ONLY



Carter Bryant August 1998 Sketch (Bryant 00262)

EXHIBIT 55
PAGE 1801

10

EXHIBIT 55
PAGE 1802



Close-up of "Hallidae Backpack" from Carter Bryant August 1998 Sketch (Bryant 00269)

CONFIDENTIAL —
ATTORNEYS EYES ONLY

EXHIBIT 55
PAGE 1803

11

EXHIBIT 55
PAGE 1804

Figure 11

Close-up of "Jade" from Carter Bryant August 1998 Sketch (Bryant 00262)

CONFIDENTIAL —
ATTORNEYS EYES ONLY

EXHIBIT 55
PAGE 1805

12

EXHIBIT 55
PAGE 1806



CONFIDENTIAL —
ATTORNEYS EYES ONLY

Carter Bryant 1998 Sketch (M00059760)

EXHIBIT 55
PAGE 1807

13

EXHIBIT 55
PAGE 1808



Bratz "Yasmin" Doll

CONFIDENTIAL –
ATTORNEYS EYES ONLY



Bratz "Yasmin" Doll with Accessories

EXHIBIT 55
PAGE 1809

14

EXHIBIT 55
PAGE 1810

CONFIDENTIAL — ATTORNEYS EYES ONLY



Bratz "Sasha Girlfriendz Nite Out" Doll

Barbie Doll

EXHIBIT 55
PAGE 1811

15

EXHIBIT 55
PAGE 1812

CONFIDENTIAL -- ATTORNEYS EYES ONLY

Figure 45



Kansas State "Cheerleader" Barbie Doll

EXHIBIT 55
PAGE 1813

16

EXHIBIT 55
PAGE 1814

CONFIDENTIAL —
ATTORNEYS EYES ONLY



Bratz "Sasha Girlfriendz Nite Out" Doll



Close-up of "Halliidae" from Carter Bryant
August 1998 Sketch (Bryant 00262)

EXHIBIT 55
PAGE 1815

17

EXHIBIT 55
PAGE 1816

CONFIDENTIAL --
ATTORNEYS EYES ONLY



Bratz "Sasha Girlfriendz Nite Out" Doll



Bratz "Yasmin" Doll

EXHIBIT 55
PAGE 1817

18

EXHIBIT 55
PAGE 1818