Figure 46



Bratz "Yasmin" Doll

Bratz "Sasha Girlfriendz Nite Out" Doll

CONFIDENTIAL –
ATTORNEYS EYES ONLY

EXHIBIT 55
PAGE 1819

19

EXHIBIT 55
PAGE 1820



Bratz "Twins" Dolls

CONFIDENTIAL —
ATTORNEYS EYES ONLY

EXHIBIT 55
PAGE 1821

20

EXHIBIT 55
PAGE 1822





Bratz "Sasha Girlfriendz Nite Out" Doll

CONFIDENTIAL --
ATTORNEYS EYES ONLY



"Hallidae" from Carter Bryant August 1998 Sketch
(Bryant 00270)

**EXHIBIT 55**
**PAGE 1823**

21

EXHIBIT 55
PAGE 1824

CONFIDENTIAL —
ATTORNEYS EYES ONLY



Bratz "Yasmin" Doll

Bratz "Chloe" Doll



Close-up of "Lupe" from Carter Bryant August 1998 Sketch
(Bryant 00262)



Close-up of "Zoe" from Carter Bryant August 1998 Sketch
(Bryant 00262)

EXHIBIT 55
PAGE 1825

22

EXHIBIT 55
PAGE 1826

CONFIDENTIAL –
ATTORNEYS EYES ONLY





Bratz "Sasha Girlfriendz Nite Out" Doll

EXHIBIT 55
PAGE 1827

23

EXHIBIT 55
PAGE 1828

CONFIDENTIAL –
ATTORNEYS EYES ONLY

Figure 23





Bratz "Sasha Girlfriendz Nite Out" Doll with Accessories

EXHIBIT 55
PAGE 1829

24

EXHIBIT 55
PAGE 1830

CONFIDENTIAL --
ATTORNEYS EYES ONLY





"Betty Boop" Drawing and Figurine

EXHIBIT 55
PAGE 1831

EXHIBIT 55
PAGE 1832

25

CONFIDENTIAL –
ATTORNEYS EYES ONLY





Revlon Dolls

EXHIBIT 55
PAGE 1833

26

EXHIBIT 55
PAGE 1834

CONFIDENTIAL --
ATTORNEYS EYES ONLY

Figure 28




Margaret Keane Artwork, from Hemingway, Wayne, Just Above the Mantelpiece. (Booth-Clibborn, 2000)

EXHIBIT 55
PAGE 1835

27

EXHIBIT 55
PAGE 1836

CONFIDENTIAL –
ATTORNEY'S EYES ONLY



Sailor Moon Anime Art, from Takeuchi, Naoko. Meet Sailor Moon.
(Kodansha America, 1995)

EXHIBIT 55
PAGE 1837

28

EXHIBIT 55
PAGE 1838

CONFIDENTIAL –
ATTORNEYS EYES ONLY



 

Kenner's Blythe Doll, photographed in Garan, Gina.
This Is Blythe. (Chronicle Books, 2000)

EXHIBIT 55
PAGE 1839

29

EXHIBIT 55
PAGE 1840