CONFIDENTIAL —
ATTORNEYS EYES ONLY





"Ally McBeal" Actresses Calista Flockhart and Lucy Liu

EXHIBIT 55
PAGE 1841

30

EXHIBIT 55
PAGE 1842



Figure 30

Carter Bryant August 1998 Sketch (Bryant 00262)

CONFIDENTIAL — ATTORNEYS EYES ONLY

EXHIBIT 55
PAGE 1843

31

EXHIBIT 55
PAGE 1844

CONFIDENTIAL ~ ATTORNEYS EYES ONLY



Bratz "Yasmin" Doll

EXHIBIT 55
PAGE 1845

32

EXHIBIT 55
PAGE 1846

CONFIDENTIAL —
ATTORNEYS EYES ONLY

Figure 32



Bratz "Sasha Girlfriendz Nite Out" Doll

EXHIBIT 55
PAGE 1847

**EXHIBIT 56**

Confidential – Attorneys' Eyes Only

United States District Court

Central District of California

Case No. CV 04-9049 SGL (RNBx) Consolidated with Case No. 04-9059

and Case No. 05-2727

CARTER BRYANT, an Individual, Plaintiff,

v.

MATTEL, INC., a Delaware corporation, Defendant

Expert Report of

Michael J. Wagner

February 11, 2008

EXHIBIT.

PAGE

EXHIBIT 56
PAGE 1848

i

Confidential – Attorneys' Eyes Only

## I.     Introduction

I have been retained on behalf of Mattel, Inc. ("Mattel") to provide opinions regarding profits that may be recovered from MGA Entertainment, Inc. and MGA Entertainment (HK) Limited ("MGA"), Isaac Larian, and Carter Bryant (collectively referred to as "counter-defendants").

My opinions address the following matters:

- MGA's revenues, costs and profits relating to the sale, distribution and licensing of Bratz products.
- Isaac Larian's benefit from the use, sale, distribution and licensing of Bratz products.
- Carter Bryant's benefit from payments received in connection with the consulting agreement for Bratz between Mr. Bryant and MGA.
- The appropriate prejudgment interest rate and method to calculate prejudgment interest, if applicable.
- MGA's, Isaac Larian's, and Carter Bryant's net worth.

## II.     Background

### A.   MGA

As described in MGA's complaint against Mattel, "MGA is a privately held company in the San Fernando Valley that began in 1979 as a small consumer electronics business.  In 1987, the company made its first foray into the toy business when it secured rights to market handheld LCD games featuring licensed Nintendo® characters.  Building on that small success, the company began marketing products for popular licensed properties such as the 'Power Rangers'® and 'Hello Kitty'®."[1]  In June 2001, MGA released "BRATZ."[2]

### 1.   BRATZ

Bratz dolls were introduced to the market in June of 2001.[3]   Today, the Bratz product line has grown to include a wide variety of products.  When one clicks on the Products link at Bratz.com website, the following product categories are displayed:  Bratz, Bratz Baby, Bratz Kidz, Activities, Home Décor, Electronics, Bratz Sports, Games, and Bratzlife.

---

[1] MGA complaint against Mattel, filed April 13, 2005 [Tab E87, page 2].
[2] MGA complaint against Mattel, filed April 13, 2005 [Tab E87, page 2].

Confidential – Attorneys' Eyes Only

A June 2002 declaration of Lee Shiu Cheung, Managing Director of MGA HK, provides further description of the Bratz dolls and the success that MGA expected upon their release. Within the declaration, the Bratz dolls are described as "hip and cool young adolescent or teenage girls" and "4 best friends from high school who love to trade clothes, shoes and hairdos."[4]  The declaration goes on to say, "there would be a lucrative business of supplying accessories to the owners of BRATZ dolls thus ensuring a steady stream of revenue."[5]  In addition to the sale of dolls and accessories, license revenues are discussed as well.  The declaration states, "another major source of revenue generated by the BRATZ dolls is income derived from merchandising rights by granting non-exclusive licenses to other companies worldwide."[6]

### 2.   Success of MGA's BRATZ

A March 8, 2005 report from CBS News quotes Jim Silver of Adventure Publishing Group as saying, "What Bratz has done is actually unbelievable.  Barbie has owned the market. Nobody's ever done a doll over the last 20 years that's done over $100 million.  And Bratz came out of nowhere and a little past four years built up to $600 million."[7]

One need only look to the MGA website (www.mgae.com) and their press releases posted there, to see the tremendous success MGA has enjoyed as a result of the BRATZ products.  A February 11, 2004 MGA press release states, "Bratz, *The Girls with a Passion for Fashion,* were introduced in June 2001, and has since become one of the world's premiere toy lines and girls lifestyle brands."[8]  Following is a summary of some of the headlines of MGA's many press releases regarding the success of BRATZ:[9]

- 1/7/2004 – MGA Entertainment announced today that it remains the fastest growing consumer entertainment company in the world.

- 5/12/2004 – BRATZ Fashion Dolls Become the #1 Best Selling Toy in the United Kingdom!

---

[3] February 11, 2004 MGA Press Release [Tab E88, page 3].
[4] Affirmation of Lee Shiu Cheung, June 18, 2002, page 3 [Tab E89].
[5] Affirmation of Lee Shiu Cheung, June 18, 2002, page 3 [Tab E89].
[6] Affirmation of Lee Shiu Cheung, June 18, 2002, page 5 [Tab E89].
[7] "Battles of Babes in Toyland", CBS News, March 8, 2005 [Tab E91, page 1].
[8] February 11, 2004, MGA Press Release [Tab E88, page 3].
[9] Variety of MGA Press Releases [Tab E92].

2

Confidential – Attorneys' Eyes Only

- 1/28/2005 – MGA Entertainment and BRATZ Creating Non-Stop Excitement at Retail

- 3/10/2005 – MGA Entertainment's BRATZ becomes the Number One Fashion Doll Brand in Australia

- 5/4/2005 – BRATZ Nominated for Five International Licensing Excellence Awards…As well as seeing a Q1 Market Share Increase

- 5/24/2005 – BRATZ Fashion Dolls report remarkable market share growth in Canada.

- 5/15/2006 – MGA Entertainment, Avi Arad Productions and Crystal Sky Pictures Announce New Motion Picture Based on the Billion Dollar BRATZ™ Toy Franchise

- 2/5/2007 - BRATZ™ becomes No. 1 in Fashion Themed Dolls and Accessories in the USA

- 4/11/2007 - BRATZ™ Takes the Coveted #1 Fashion Doll Spot in Canada

BRATZ has experienced a great deal of success.  A May 2, 2005 article written for Business Week describes Bratz as a "billion-dollar franchise."[10]

Not only did Bratz increase the profile of MGA, it also had a major impact on the financial success of the company.  Sales of Bratz products grew substantially through 2006,[11] while sales of non-Bratz products grew more moderately as shown in the following chart:

---

[10] "Hair Pulling in the Dollhouse", Business Week, May 2, 2005 [Tab E93.page 1].
[11] There is an increase in sales of Non-Bratz products as a percentage of total sales in late 2006 and 2007 resulting from the MGA 2006 acquisition of Little Tykes.

EXHIBIT __

PAGE __

EXHIBIT 56
PAGE 1851

Confidential – Attorneys' Eyes Only

EXHIBIT ___

PAGE ___

EXHIBIT 56
PAGE 1852

4

REDACTED

Confidential – Attorneys' Eyes Only

### B.   Isaac Larian, Founder, CEO and Majority Shareholder of MGA

Isaac Larian is the Founder, CEO and Majority Shareholder of MGA.  As such, he has been the subject of many news articles and TV interviews.  A Business Week article describes him as the, "father, so to speak, of the fabulously successful Bratz dolls."[12]   A profile provided by Business Week for the article mentioned above credits him with creating the "enormously successful Bratz dolls, whose edgy looks and clothing sent Barbie reeling."[13]

---

[12] "Hair-Pulling in the Dollhouse" Business Week, May 2, 2005 [Tab E93, page 1].
[13] Bio of Isaac Larian, Business Week, May 2, 2005 [Tab E94, pg.1].
[14] Lisa Tonnu Deposition on January 17, 2008 [Tab E16, pages 74-76].

Confidential – Attorneys' Eyes Only

### C.   Carter Bryant, Designer and Former Employee of Mattel

Carter Bryant began working for Mattel in September of 1995 as a Barbie product designer.  In approximately April of 1998, Mr. Bryant resigned from Mattel and then re-applied to Mattel in late 1998.  He began working for Mattel again in January 1999 as a product designer and then terminated his employment again with Mattel on October 20, 2000.[16]   Mattel's counter-claim states, "As a result of the efforts of Bryant and other Mattel employees working on Bratz (which were done without Mattel's knowledge), the Bratz dolls had been designed and were far along in development during the time that Bryant was employed by Mattel and prior to the time that Bryant left Mattel on October 20, 2000."[17]

MGA and Carter Bryant entered into a Consulting Services Agreements dated September 18, 2000.  The first section of the agreement states, "MGA retains Bryant to provide his services to consult with MGA and advise MGA on the design and development by MGA of a line of dolls presently know as 'Bratz' (the 'MGA Products')."[18]  Mr. Bryant's compensation under this agreement is, "a royalty of three percent (3%) of the Net Sales Receipts from the sales by MGA of any of the MGA Products developed by MGA on which Bryant provided his consulting services."[19]  As a result of this agreement and the subsequent sales of certain Bratz products, Carter Bryant has received more than $35 million dollars in royalty payments from MGA from 2001 as of December 31, 2007.[20]

### III.   Bases for Opinions

The following is a discussion of the bases supporting each of my opinions.

---

[15] Lisa Tonnu Deposition on January 17, 2008, [Tab E16, pages 75 and 76] and Isaac and Angela Larian List of Assets, 2007 [Tab E81.MGA3787279].  Note, there is a discrepancy between Angela and Isaac Larian's 2006 List of Assets [Tab E97] and what Lisa Tonnu states.  Contrary to what Lisa Tonnu says, the 2006 List of Assets shows that Isaac and Angela Larian individually own some share of MGA.

[16] Mattel Inc.'s Amended Answer in Case No. 05-2727 and Counterclaims, Dated January 12th 2007 [Tab E95, pages 32 and 34].

[17] Mattel Inc.'s Amended Answer in Case No. 05-2727 and Counterclaims, Dated January 12th 2007 [Tab E95, page 34].

[18] Carter Bryant Consulting Services Agreement Dated September 18, 2000 [Tab E90, page 1].

[19] Carter Bryant Consulting Services Agreement Dated September 18, 2000 [Tab E90, page 2].

[20] Tab B1, Schedule 7.2.

Confidential – Attorneys' Eyes Only

A.  **MGA's Revenue, Costs and Profits Relating to the Sales, Distribution and Licensing of Bratz Products**[21]

I calculated the revenue, costs and profits earned by MGA for the sales and licensing of Bratz products for the period of 2001 through October 2007, the last period of data provided by MGA. I have calculated actual Bratz revenues, costs, profits and distributions to shareholders for income taxes [22] attributable to Bratz. I have been asked to make these calculations irrespective of whether all of the items I have included as costs will, in fact, be deducted at trial. The following chart depicts net revenues, cost of good sold, direct costs and calculated costs for Bratz products from 2001 through October 2007.

REDACTED

Confidential – Attorneys' Eyes Only

### 1.   Revenues

The basis for my calculation of MGA revenues of Bratz product sales is a report produced by MGA titled "Bratz Sales, 2001-2006."[23] According to Lisa Tonnu, MGA VP of Taxation[24], if she were asked to total Bratz revenues, she would use this document.[25] Within the "Bratz Sales, 2001-2006" report, the sales are categorized by profit center and then broken down by year and SKU number. [26] Included in this report are both gross sales as well as cost of sales at standard cost.  I have accumulated all of the gross sales for each Bratz profit center from this report in order to determine gross sales from Bratz products for 2001 through 2006. For 2007, I used the October 2007 Sales by SKU report provided by MGA to determine gross sales for Bratz products through October 2007.  See gross sales for Bratz products by year in Tab B1, Schedule 2.1.

In addition to gross sales from product sales, MGA earned revenues for Bratz from licensing agreements, DVD and TV syndication, Distribution agreements, Music sales and Theatrical productions.  I used a variety of different MGA reports to find the portion of revenue for each of these sources linked to Bratz.  See Tab B1, Schedule 3.1 for a summary of revenue by category for each year.

In order to determine net sales, I deducted sales returns and sales discounts and allowances from gross revenues.  I used the Sales Returns by SKU reports provided by MGA for the period of 2001 through October 2007 in order to determine the sales returns for Bratz products.  MGA does not track sales discounts and allowances by profit center or product line. Therefore, I allocated sales discounts and allowances to the profit centers based on the percentage of total sales discounts and allowances to total gross sales for each year.

### 2.   Expenses

---

[22] MGA Is a Subchapter S Corporation.  As such, taxes on MGA's income are paid by the shareholders. However, since MGA makes distributions to shareholders to cover incomes taxes, those distributions are subtracted in my analysis.
[23] See [Tab E53] through [Tab E67]
[24] January 17, 2008 Deposition of Lisa Tonnu [Tab E16, page 33].
[25] January 17, 2008 Deposition of Lisa Tonnu [Tab E16, pages 28, 140 – 142].
[26] I have identified other MGA documents that list Bratz product categories consistent with the product categories in the document identified by Ms. Tonnu.  Following is a sample of those documents: [Tab F3.MGA3765749 - MGA Forecasts 6-1-07.xls]; [Tab F20.MGA3721053 - 2007 Carter Bryant Royalty Statements.xls]; [Tab F36.MGA3720119 – 2006-2007 Ad Production Expense.xls]; and [Tab F37.MGA3719906 – 2006 & 2007 YTD Ad Media Expense.xls].

EXHIBIT.

PAGE____

8

EXHIBIT 56
PAGE 1856

Confidential – Attorneys' Eyes Only

a)   Direct Expenses

For some expense categories, I was provided with adequate information to determine the direct expenses incurred by MGA for the production and sale of Bratz products.   For example, from the Report titled "Bratz Sales, 2001-2006", I accumulated the Cost of Sales at Standard cost for the Bratz products from 2001 through 2006 to deduct from the related Bratz revenue.  According to Lisa Tonnu, the standard costs provided in the sales report reflect the "agreed cost between MGA and the manufacturer."[27]  In addition to Cost of Sales, utilizing reports produced by MGA, I determined the direct costs for Production Costs (DVD, TV, and Music), Royalty Expense, Ad Production Expense, Ad Media Expense, Mold Depreciation and expenses for Tooling and Development that were incurred by MGA for Bratz.

For Ad Media and Ad Production Expense, I was provided with a report that identified direct cost by product line for 2006 and year to date (YTD) 2007.  According to Lisa Tonnu, this is the only period in which MGA tracked these expenses by product line.[28]  Therefore, for the years where detail was not provided, I used the average Ad Media and Ad Production Expense for Bratz as a percentage of total U.S. Ad Media (excluding Little Tykes) and Ad Production Expense for 2006 and 2007 and applied it to the related expenses for 2001 through 2005 to estimate Bratz Ad Media and production expense for those years.[29]

b)   Calculated Expenses

For all expenses that are not tracked by product or product line by MGA, I calculated incremental costs based on a regression analysis of monthly costs for various cost categories to gross revenues provided by MGA to determine the incremental costs associated with sales. Additional costs based on these regression analyses are equal to 9.22%[30] of gross revenues. See summary of regression results at Tab B1, Schedules 5.1 and 5.2.

In addition, since regression analysis determines additional costs associated with a $1 increase in sales and the incremental sales to MGA for the Bratz products is a substantial percentage of their total revenue, I analyzed the remaining costs that were not incremental

---

[27] January 17, 2008 Deposition of Lisa Tonnu, [Tab E16, page 136].
[28] January 24, 2008 Deposition of Lisa Tonnu, [Tab E120, pages 134 to 138].
[29] See Tab B1, Schedules 3.2 and 3.3
[30] These cost categories are: Other Sales and Marketing Expense, Product Development Expenses, Travel and Entertainment Expense, Salaries and Related Expenses, Premises Related Expenses,

Confidential – Attorneys' Eyes Only

costs associated with Bratz products as a result of my regression analysis to determine whether any of these remaining costs are attributable to Bratz products as a result of the large proportion of Bratz products to total MGA sales. Based on this additional analysis, I determined that an additional $126.3 million of costs are attributable to Bratz products. See Tab B1, Schedule 1.6 for analysis.

### c)   Distributions to Shareholders for Income Taxes

MGA, like other Subchapter S Corporations, distributes to its shareholders amounts sufficient to allow the shareholders to pay income taxes on their share of MGA income. I have not been given access to underlying documents and have relied on documents which appear to have been prepared for litigation. Mr. Larian's tax returns would contain evidence regarding the taxes due on income from MGA, Mr. Larian's specific tax rate and whether the distributions were, in fact, made for tax purposes. Absent that data, I have used a shareholders' distribution report for the period of 2001 through 2005 provided by MGA to determine the amount of the distributions made to shareholders for the payment of taxes. To determine these amounts, I have calculated the portion of the tax distributions attributable to the income from Bratz products and reduced MGA's profits by such amounts for 2001 through 2005.

---

Supplies, Postage and Delivery Expense and Other Depreciation and Amortization. [Tab B1, Schedule 1.2, footnote (o)]

EXHIBIT.

PAGE _____

EXHIBIT 56
PAGE 1858

10

REDACTED

Confidential – Attorneys' Eyes Only

Isaac Larian's benefit from sales of Bratz Products is determined to be Mr. Larian's percentage of the value of Bratz plus MGA's distributions to Mr. Larian in excess of his tax obligations associated with his proportion of MGA's income.

As a result of the Bratz products, the value of the stock of MGA has increased significantly since the introduction of Bratz in 2001. In order to calculate the benefit to Isaac Larian as a result of the sales and licensing of Bratz products, I determined the Bratz contribution to the fair value of the stock currently held by the Larian Trusts. Since MGA is not a publicly traded company, there is no readily available stock price to use to value Isaac Larian's interest in MGA. Therefore, I have determined the fair value

---

[31] Tab B2, Schedule 1.0
[32] See Deposition of Lisa Tonnu on January 17, 2008, page 76. [Tab E16]

Confidential – Attorneys' Eyes Only

of MGA stock attributable to the Bratz products.  Fair value is the price at which an asset could be exchanged in a current transaction between knowledgeable, unrelated willing parties.  Fair value does not include any increment of value resulting from cost savings normally associated with a strategic sale.  I considered three generally accepted approaches to determine the fair value of MGA stock attributable to the Bratz products on December 31, 2007.  These approaches are income, market and cost.  I have assumed no potential cost savings in arriving at my opinion of fair value of Bratz.  I will update this analysis if and when I receive full financial data for the entire year of 2007.

The following figure summarizes the results of my analysis and shows the appropriate weights assigned to each individual approach.

In my opinion, the income approach best represents the value of the on-going business as it allows for full consideration of circumstances unique to MGA.  At the same time, the market approach in the form of comparable transaction analysis is least relevant because the degree of similarity between MGA and comparable acquisitions is hard to gauge, as every company's financial and business environment is unique.  As a result, I have assigned a weight of 70 % to the income approach, 20% to the comparable companies analysis and 10% to the comparable transactions analysis.  I also considered the cost approach but did not find it to be an appropriate measure of value of MGA's on-going business.

REDACTED

Confidential – Attorneys' Eyes Only

The following section is a discussion of my methodology.

1.    **Income Approach**

    a)    **Summary**

    I performed a valuation of the Bratz contribution to the value of MGA stock based on the income approach in the form of a discounted cash flow ("DCF") analysis.  To determine the Bratz enterprise value as of December 31, 2007, I forecasted MGA's future cash flows from Bratz and then valued these cash flows as of the date of the valuation by applying an appropriate discount rate. I also calculated a terminal value at the end of my forecast period.  In my analysis, I relied on MGA's historical and projected financial statements.  In addition, I reviewed historical and projected sales growth for other companies in the toy industry to ensure that MGA's forecast appears reasonable in light of the industry.

    b)    **Methodology**

    In determining the value of the Bratz enterprise using the DCF method, I prepared a DCF model that calculates MGA's three year projected cash flows for Bratz from 2008 through 2010 and the Bratz terminal value at December 31, 2010.  These cash flows and terminal value are discounted to the valuation date using a discount rate of 11%[37].  The following is a more detailed description of the methodology and assumptions used in the DCF.

---

[34] [$1,636,380,000/81.82%] = $1,999,975,556
[35] Multiply Total Implied Company Value ($2.0 B) by Percentage Share of Bratz Revenues in 2007 of 57%. [Tab B1, Schedule 2.1].
[36] See Tab B2, Schedule 2.0
[37] See Tab B2, Schedule 3.0 for discount rate.

13

EXHIBIT 56
PAGE 1861

REDACTED

Confidential – Attorneys' Eyes Only

### (1)  Revenue and Expense Projections

The starting point for the revenue projections is Bratz's 2006 actual revenues since I was only provided with 10 months of data for 2007. I projected the 2007 revenues based on sales decline in Bratz for the 10-months ending October 2007 compared with the 10-months ending October 2006. I projected Bratz forecasted sales growth at 2% each year. I consider these revised projections to be reasonable. I believe the long-term growth rate of Bratz is 2%, as discussed in detail in the Terminal Value section below.

Net Income from Bratz – The net income resulting from the sale of Bratz products is based on revenues less incremental expenses associated with Bratz products. Incremental expenses are generally based on the average of 2005 and 2006 expenses from my analysis of Bratz revenues, expenses and profits, as described above.

I also include distributions to shareholders to derive net income. The amount is based on the historical tax payments as a percentage of net income for 2002 through 2004.

See Tab B2, Schedule 2.1 for detail.

### (2)  Adjustments to income to calculate free cash flow

Net income projections described above include non-cash charges incurred by MGA. It is necessary to adjust for such charges in order to determine "free cash flow," or the cash flow that would be available to the owner of the enterprise. Free cash flow is calculated by adding depreciation and amortization back to the net income and subtracting capital expenditures and investment in working capital.

Capital expenditures are projected at a constant rate of 2.6% of sales, which is the average level of capital expenditures to revenue over the previous six year period from 2001 through 2006 for MGA.[38]

Depreciation is assumed to remain constant at 100% of capital expenditures. This is considered reasonable given the rate of depreciation to capital expenditures for 2004 through 2006[39] and that the majority of depreciation expense is related to molds[40] which have a

---

[38] See Tab B2, Schedule 2.2
[39] See Tab B2, Schedule 2.2.
[40] See Tab B1, Schedule 4.2.

EXHIBIT __

PAGE __

EXHIBIT 56
PAGE 1862

14

Confidential – Attorneys' Eyes Only

relatively short depreciable life. Per review of the MGA Tooling Depreciation[41] report, almost all of the molds developed for Bratz products have an assigned depreciable life of 24 months.

Investment in working capital is calculated by assuming that certain key ratios will remain at their average 2005-2006 levels. For instance, inventory turnover ratio, account receivable days outstanding, and account payable days outstanding are projected to remain constant.

### (3) Terminal Value

The terminal value is the value of MGA's cash flows as a result of Bratz revenues beyond 2010 and is determined by capitalizing Bratz's 2010 cash flow. The formula to perform this calculation is:

Terminal Value = [2010 cash flow x (1+ growth rate)] / (discount rate – growth rate)

I estimate an increase in MGA's cash flows as a result of Bratz of 2% per year (growth rate in above formula) in perpetuity. This rate is considered reasonable given the historic growth rate in Bratz and per review of the historical and projected growth rates of other companies in the industry.[42]

### (4) Discount Rate

I used the Capital Asset Pricing Model (CAPM) in order to determine the discount rate to discount future cash flows to the date of valuation. The CAPM is a common rate used in valuation to determine the equity rate of return. Since MGA has no debt attributable to Bratz, the equity rate is the discount rate. In 2006, MGA obtained a $200 million revolving loan of which $150 million was outstanding as of December 31, 2006.[43] This loan was primarily obtained to finance the acquisition of Little Tykes in 2006.[44] Therefore, the loan is not related to the ongoing Bratz business and therefore is not considered in the calculation of the discount rate for cash flows from Bratz. The resulting CAPM of 11% is calculated in Tab B2, Schedule 3.0.

---

[41] MGA Tooling Costs and Depreciation Report [Tab F38.MGA3720189 – Tooling Costs & Depreciation.xls].
[42] See Tab B2, Schedule 12.1.
[43] 2005 and 2006 MGA audited financial statements [Tab E24.MGA0868719].
[44] Lisa Tonnu Deposition, September 24, 2007 [Tab E121, page 102].

EXHIBIT _____

PAGE ____

EXHIBIT 56
PAGE 1863

Confidential – Attorneys' Eyes Only

### (5)  Summary of Income Approach

The following table summarizes the annual cash flows for Bratz from 2008 to 2010 plus the terminal value.  These amounts are discounted back to 12/31/2007 to determine Bratz's enterprise value.

### 2.  Market Approach

I have used two market approaches in determining the value of MGA stock attributable to Bratz: the comparable trading company approach and the comparable market transaction approach.  While both of these approaches use market information to derive Bratz's value, they use different information as the descriptions suggest.   The comparable trading company approach uses multiples derived from trading activity of public companies that most closely resemble MGA.  The comparable market transaction approach uses multiples derived from transactions that have occurred in MGA's industry.  While no two companies are exactly alike, I have selected companies that I believe to be most similar to MGA.   I have seen numerous documents produced by MGA that use a multiples approach to value MGA and various acquisition targets at different times.  The multiples used in my analysis described below are comparable to the multiples used throughout the analysis provided in the MGA production.  See Tab B1, Schedule 7 for a summary of valuation documents reviewed.  The following sections describe the methodologies I used to derive Bratz's value based on market data.

EXHIBIT

PAGE __

EXHIBIT 56
PAGE 1864

REDACTED

Confidential – Attorneys' Eyes Only

### (2)  Methodology

There are no companies that are exactly comparable to MGA and more specifically, the Bratz products in their rapid growth, diversification of products and product lines.  At best, there are companies that compete with MGA and the Bratz products or companies that are similar in that they sell toys.

I have made an independent search for companies most closely resembling MGA. Based on my research, among publicly traded companies, there are six that I would consider to be in some respect comparable to MGA.[45]  All of the companies used in my analysis except for Marvel are taken from Capital IQ's MGA competitor list and Yahoo! Finance's Industry Browser for the Toys & Games Industry[46]. From the list of MGA's public competitors provided by Capital

---

[45] See Tab B2, Schedule 4.0
[46] Source: Yahoo Finance Industry Browser – Toys and Games.
http://biz.yahoo.com/p/315conameu.html [Tab E85]

EXHIBIT.

PAGE ___

EXHIBIT 56
PAGE 1865

REDACTED

Confidential – Attorneys' Eyes Only

IQ and Yahoo! Finance, I excluded companies that did not have adequate current data available or were significantly less profitable than MGA. I have included Marvel in the list of comparables since Marvel's business line closely resembles that of MGA. MGA entered into a license agreement for Marvel's Super Hero products in 2006.[47] Two of the companies used in my analysis, Mattel and Hasbro, were also used by MGA in an MGA document titled, "Toy Industry Comparable Companies Analysis" that calculated an estimated enterprise value for MGA using the trading multiples of Mattel and Hasbro.[48]

For each of the six comparable companies used in my analysis, I gathered multiples of enterprise value to revenues, EBITDA and EBIT. I then applied the median of these multiples to corresponding sales, EBITDA and EBIT for the Bratz products for the last full year of data I have, 2006, as calculated in our incremental analysis in Tab B1, Schedule 1.1.

The value resulting from this analysis is the fair market value of a minority interest, and does not reflect the premium a hypothetical buyer would be willing to pay for the controlling interest. To account for this, I apply a "control premium" of 18.5% based on the premiums to unaffected stock price paid in control transaction for all industries during 2007.[49]

See Tab B2, Schedule 4.0 for detailed analysis.

### b)   Comparable Transactions Analysis

### (1)   Summary

The comparable transactions analysis uses publicly available information on acquisitions to derive multiples that are then applied to MGA's Bratz results. As with the comparable company trading approach, I consider Revenues, EBIT and EBITDA multiples to be the most appropriate multiples to use in this type of analysis for the valuation of Bratz. This approach has its limitations as it uses actual transactions in the marketplace. If there is limited activity for comparable companies, this approach results in a valuation based on this limited information. While this limitation typically exists, I find it to be a useful approach despite its limitations.

Based on the

---

[47] Source: MGA Entertainment Press Release dated January 31, 2006. "MGA Entertainment Secures Multi-Year License for Die-Cast Vehicles Based Upon Marvel Super Hero Universe." [Tab E122]

[48] MGA Toy Industry Comparable Companies Analysis [Tab E32.MGA0236491-504].

[49] Source: Mergerstat / BVR Control Premium Study, 2007, All Industries, Mergerstat Control Premium Median Value [Tab E27].

EXHIBIT _

PAGE ___

EXHIBIT 56
PAGE 1866

REDACTED

Confidential – Attorneys' Eyes Only

described limitations, I assign this methodology a weight of 10% in my final determination of value.

### (2)  Methodology

In summary, the methodology used was to identify relevant transactions that took place between January 1, 2001 and December 31, 2007, to obtain the Revenue, EBITDA and EBIT multiples and apply these multiples to Bratz's corresponding revenue, EBITDA and EBIT for 2006 as calculated in our full allocation analysis at Tab B1, Schedule 1.1.

The list of comparable transactions consists of two sets of M&A transaction searches performed on Capital IQ.  All transaction information on Capital IQ is taken from public filings, trade journals, and press releases.[50]  First, I performed a search on all transactions that closed on or after January 1, 2001 through December 31, 2007 where the acquirer is one of the six MGA public comparable companies identified above in section (i) Comparable Trading Company Analysis.  This search returned 25 M&A transactions.  For the second search, I compiled a list of all M&A transactions that closed on or after January 31, 2001 where the target company's primary SIC code was either 3942 (Dolls and Stuffed Toys) or 3944 (Games, Toys and Children's Vehicles).  This search was further limited to transactions that included data needed for our comparables analysis.  The second search returned an additional 32 transactions over the first search method.  See further discussion of search criteria and results at Tab B2, Schedule 8.0 and Schedule 9.0.  I also performed searches on Thomson Financial Mergers & Acquisitions and Mergerstat for information missing from Capital IQ.

Based on the two searches described above, I have only used transactions in my analysis where the target company's revenues exceed $100 million but were less than $2 billion for the last twelve month period, 100% of the company was purchased, and adequate information was available for my analysis of transaction multiples.  See Tab B2, Schedule 8.0 for description of transactions used in analysis and further discussion of the transactions.

The following table shows the multiples used to calculate Bratz enterprise value.

---

[50] Source: Conversation with Capital IQ Representative

Confidential – Attorneys' Eyes Only

### c)  Cost Approach

The cost approach is generally not reflective of the value of an on-going business such as MGA and the Bratz products.  Therefore, the cost approach was not used.

### 3.    Distributions Received in Excess of Tax Payments Due

Per review of the W-2's issued by MGA Entertainment Inc. for the years ending

I have deducted the amount of distributions identified for income taxes from total distributions to determine the distributions made in excess of payments for taxes.  I have further reduced the excess distributions received by Mr. Larian by the amount that the distributions are not related to the profits earned by Bratz.  Mr. Larian's tax returns have not been provided to me.  These tax returns would provide information regarding the taxes due on income from MGA and his specific tax rate.  Absent those documents, I have accumulated the amount of the distributions made by MGA that were related to taxes by using the listing of distributions for 2000 through

---

[51] See MGA W-2's issued to Isaac Larian [Tab E123, MGA3787330, MGA3787323, and MGA3787316].

Confidential – Attorneys' Eyes Only

2005 provided by Lisa Tonnu at her deposition.[52]  This document provides an indication of distributions that were made to shareholders for tax purposes.  See Tab B2, Schedule 6.1 for listing of tax distributions.

Furthermore, I noted that there has been a significant increase in salaries and related expenses in 2007 as compared to 2006.  Salaries and related expenses for the full year of 2006 total $64,978,530[54] as compared to July Year to Date 2007 expenses of $62,976,576[55] for a seven month period.  In her deposition, Lisa Tonnu stated that this was likely due to the increase in the number of entities in the MGA corporate structure, including Little Tykes.[56]  However, I noted that salaries and related expenses for Little Tykes equaled approximately $4.7 million[57] in 2006 and $18.1 million[58] in 2007.  Therefore, Little Tykes does not appear to account for all of the rising expense.   I have not been provided with compensation information for Mr. Larian for 2007.  Therefore, I reserve the right to opine on the reasonableness of Mr. Larian's salary for the 2007 time period if presented with additional information.

C.  **Carter Bryant's benefit resulting from payments received from MGA in connection with Bratz is $35,825,449.**

The calculation of the benefit to Carter Bryant as a result of Bratz is entirely related to the compensation he received as a consultant on Bratz products.  As discussed above, Carter Bryant had a consulting agreement with MGA for his work on Bratz.  I totaled all payments received by Carter Bryant as a result of the Bratz consulting agreement with MGA.  The total payments received by Carter Bryant beginning in 2000 through the fourth quarter of 2007 were $35,825,449.[59]

---

[52] List of Distributions Tab E34:MGA3787372-391].   Per Lisa Tonnu, this list is meant to capture all dividend distribution information. Deposition of Lisa Tonnu on January 17, 2008, pages 52-53 and 78-79. [Tab E16]

[53] Tab B2, Schedule 6.0.

[54] 2006 Consolidated Statement of Operations [Tab F1.MGA3710834 – 2006 Consolidated Statement of Operations.xls].

[55] July 2007 Year to Date Consolidated Statement of Operations [Tab F2.MGA3713507 – 2007 YTD Consolidated Statement of Operations.xls].

[56] January 24, 2008 Deposition of Lisa Tonnu, page 160 [Tab E120].

[57] 2006 Consolidated Statement of Operations [Tab F1.MGA3710834 – 2006 Consolidated Statement of Operations.xls].

[58] July 2007 Year to Date Consolidated Statement of Operations [Tab F2.MGA3713507 – 2007 YTD Consolidated Statement of Operations.xls].

[59] Tab B1, Schedule 7.2.

EXHIBIT 56
PAGE 1869

21

REDACTED

Confidential – Attorneys' Eyes Only

**D. Prejudgment interest on MGA's profits earned on the production, sales and licensing of Bratz:**

The following is the methodology I will use to calculate pre-judgment interest when asked.

    1.   Interest should be calculated based on MGA's cash flows from its infringing activities.

    2.   The appropriate prejudgment interest rate to apply to MGA's profits from Bratz is MGA's unsecured borrowing rate. Since MGA does not have any unsecured borrowings,[60] I assume MGA's unsecured borrowing rate is the prime rate.

    3.   Interest should be compounded monthly.

**E. Prejudgment interest on Isaac Larian's distributions received in excess of tax payments due:**

The following is the methodology I will use to calculate pre-judgment interest when asked.

    1.   Interest should be calculated based on Isaac Larian's cash flows from his infringing activities.

    2.   The appropriate prejudgment interest rate to apply to Isaac Larian's distributions received is his unsecured borrowing rate. However, since I have not been provided with Mr. Larian's unsecured borrowing rate, I assume his unsecured borrowing rate is the prime rate.

    3.   Interest should be compounded monthly.

**F. Prejudgment interest on Carter Bryant's payments received in connection with Bratz:**

The following is the methodology I will use to calculate pre-judgment interest when asked.

    1.   Interest should be calculated based on Carter Bryant's cash flows from his infringing activities.

---

[60] 2005 and 2006 Year End MGA Financial Statements [Tab E24.MGA0568710 and MGA0868719].

EXHIBIT ____

PAGE ____

EXHIBIT 56
PAGE 1870

22

Confidential – Attorneys' Eyes Only

2.  The appropriate prejudgment interest rate to apply to Carter Bryant's payments received is his unsecured borrowing rate. However, since I have not been provided with Mr. Bryant's unsecured borrowing rate, I assume his unsecured borrowing rate is the prime rate.

3.  Interest should be compounded monthly.

I.  **Net Worth of Carter Bryant**

Carter Bryant has testified that his net worth is approximately $23 million.[63]  I have not bee provided with adequate information to form an opinion regarding this value.

IV.  **Documents, Data and Other Information Considered**

Volume 1, Tab C contains a complete list of documents I considered in forming my opinions.  In addition, I have also had a discussion with Chuck Scothon, General Manager of Mattel's Girls Division.

V.  **Potential Additional Analyses to Perform**

My opinions are based on the information received as of the date of my report.  I plan on updating my analysis with the most current data produced as of the date of my testimony.  I understand that discovery is continuing and I may consider other data produced through discovery to determine whether such other data impact my opinions.  I will consider any

---

[61]  See Tab B2, Schedule 13.0
[62]  Isaac and Angela Larian, List of Assets, 2007 [E81.MGA3787279].
[63]  January 24, 2008 Deposition of Carter Bryant [Tab E96, page 1100].

23

EXHIBIT 56
PAGE 1871

REDACTED

Confidential -- Attorneys' Eyes Only

criticisms of my opinions or bases for my opinions brought to my attention at my deposition or offered by experts retained by counter-defendants.  Any of this additional information or work may cause me to change my opinions.

I have not provided an opinion regarding the future damages that will be incurred by Mattel in the event that the court does not grant an injunction against MGA with regards to the copyrights in this case.   If it is determined that I should provide such an analysis, I will supplement this report at the time the court requires this analysis to be relevant.

I have not addressed the issue of apportionment of the profits from Bratz as I understand that MGA has the burden of proof on that issue. I will comment upon MGA's apportionment of the profits from Bratz if they make such a calculation, at the appropriate time.

## VI.    Qualifications

Volume 1, Tab D contains my *curriculum vitae* which details my qualifications, including a listing of all my publications and testimony.

## VII.   Compensation

My current billing rate is $695 per hour.

## VIII.   Signature and Date

_Michael J. Wagner_

Michael J. Wagner
February 11, 2008

24

EXHIBIT

PAGE

EXHIBIT 56
PAGE 1872

**EXHIBIT 57**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>---<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with<br>Case Nos. CV 04-09059 & CV 05-2727<br><br>**EXPERT REPORT OF CAROL A. SCOTT** |

**ATTORNEYS' EYES ONLY**

**EXHIBIT 57**
**PAGE 1873**

## I. QUALIFICATIONS

1. I am a Professor of Marketing at the Anderson Graduate School of Management of the University of California, Los Angeles ("UCLA"). I hold a Ph.D. in Marketing from Northwestern University, where my minor field of study was Social Psychology. I also received a Master of Science in Management degree from Northwestern University and a Bachelor of Science in Business and History Education degree from the University of Texas at Austin. I have served variously as the Chairman of the Faculty, Associate Dean, and Assistant Dean of the Anderson Graduate School of Management from 1985 through 1994. I am currently the faculty director of the Anderson School Executive Program. A true and correct copy of my Curriculum Vitae, including a list of publications, is attached hereto as Exhibit 1.

2. Over the past thirty years, I have taught courses on Marketing Strategy and Management, Consumer Behavior, Advertising, Distribution Strategy, and International Marketing to students in undergraduate and graduate education programs at UCLA, Harvard Business School, and Ohio State University. I also have published numerous journal articles, research reports, and book chapters on Consumer Behavior, Marketing Research and other marketing topics. I have served on the editorial boards of the *Journal of Marketing, Journal of Marketing Research,* and the *Journal of Consumer Research.* I have been a member of the board of directors for Sizzler International and A-Fem Medical Corporation, Inc. and currently am a member of the board of directors of United Online and Classmates Media Corporation. Over the past 25 years I have served as a consultant and testifying expert for a variety of marketing issues. During the past four years I have provided expert testimony in trial or by deposition in the matters listed in Exhibit 2. My current hourly rate is $550. Exhibit 3 lists the materials I have obtained from Counsel or other identified sources.

3. I have been retained by Quinn Emanuel Urquhart Oliver & Hedges as an independent expert witness to testify on behalf of Mattel, Inc. ("Mattel").

## II. THE ISSUES FOR WHICH I WILL GIVE AN OPINION

4. If called by Mattel as an expert witness in this matter, I may be asked to opine about the relationship between the success of Bratz dolls and the sales of other accessories and

1

EXHIBIT 57
PAGE 1874

merchandise sold as part of the Bratz product line or as Bratz licensed goods manufactured by other companies. I also may be asked to respond to the opinions offered by MGA Entertainment, Inc.'s ("MGA") or Carter Bryant's expert witnesses on these or additional issues.

## III.  SUMMARY OF OPINIONS

5.      Having reviewed and analyzed the evidence available to me at this time, I have determined the following:

6.      MGA's Bratz lines of accessories and other follow-on Bratz products are driven by the success and sale of the Bratz dolls themselves.

7.      The sale of accessories and other merchandise sold as part of the Bratz product line or as Bratz licensed goods are directly dependent on, and derive their value from, the success of the Bratz dolls.

## IV.  STATEMENT OF OPINIONS AND BASES FOR OPINIONS

### A.     Brand Value and Creation

8.      At a minimum, a brand is simply "a name, term, sign, symbol, or design, or a combination of them, intended to identify the goods or services of one seller or group of sellers and to differentiate them from those of competitors" (American Marketing Association definition).[1]  However, a strong brand is much more than simply a name. In the mind of the consumer, the brand is closely tied to the product. The product itself is the primary influence on what consumers experience with a brand and what they know about it. At the heart of a successful brand is invariably a successful product.[2]  The strength of the brand relates directly to the success of the core product or service that defines that brand. In order for a brand to be considered strong and recognizable the core product that defines the brand must be a success. The name 'Levis', for example, is a strong and highly recognizable brand name that derived its strength and recognition from the sales of blue jeans, its core product. A strong brand has high awareness among its target market and a set of strong, favorable, and unique associations

---

[1] As quoted in Kotler, Philip and Kevin Lane Keller, *Marketing Management*, 12th ed. (Upper Saddle River, New Jersey: Pearson/Prentice-Hall, 2007), p. 275.

[2] *See*, generally, Keller, Kevin, Strategic Brand Management, pp.145, 195

2

**EXHIBIT 57**
**PAGE 1875**

attached to it. A strong, clear brand provides value to consumers in that it signals quality, provides functional, emotional, self-expressive, and/or experiential value, and sets consumers' expectations about product performance and use.[3]

    9.    For a manufacturer, a strong brand is an important source of financial returns. In brief, a strong brand is a significant business asset, and the strategic value of brand building to a company and the economic value of a brand are well established in both marketing theory and practice.[4] A strong brand is associated with: 1) less vulnerability to competitive marketing actions and marketing crises; 2) larger margins; 3) more inelastic consumer response to price increases and elastic consumer responses to price decreases; 4) greater trade cooperation and support; 5) increased marketing communication effectiveness; 6) potential licensing opportunities and additional brand extension opportunities; and 7) greater loyalty. The value of strong brands has been noted as an important element in the overall value of the firm.[5]

    10.    One of the key benefits of building a strong brand is the opportunity to leverage its strengths and introduce other products that complement the original one or are otherwise associated with its success. Line extensions refer to the use of an established brand to introduce different sizes, models or other variants of the original brand, *e.g.,* iPod Nano, iPod Touch, etc. Brand extensions refer to the use of a brand from an established product class to enter another product class, *e.g.,* Starbucks ice cream.[6] Licensing involves contractual arrangements that allow the use of images, names, logos, characters, etc. by other brands to market their own products for

---

[3] Tybout, Alice M., and Gregory S. Carpenter, "Creating and Managing Brands," in Dawn Iacobucci (ed.), *Kellogg on Marketing* (New York: John Wiley & Sons, 2001), pp., 74-102.

[4] *See,* for example, David A. Aaker, *Managing Brand Equity,*" (New York: The Free Press, 1991), David A. Aaker, *Building Strong Brands* (New York: The Free Press, 1996), David A. Aaker and Erich Joachimisthaler, *Brand Leadership* (New York: The Free Press, 2000), and Kevin Lane Keller, *Strategic Brand Management,* 2nd edition (Upper Saddle River, New Jersey: Pearson/Prentice-Hall, 2003).

[5] *See,* for example, the annual valuation of the top 100 brands conducted by Interbrand, a leading brand consultancy firm, in "Best Global Brands", *BusinessWeek,* and August, 6, 2007.

[6] *See* Keller, Kevin Lane, *Strategic Brand Management,* 2nd ed. (Upper Saddle River, NJ: Prentice Hall, 2003, Chapters 11, 12, and 13.

3

**EXHIBIT 57**
**PAGE 1876**

a fee. In effect, the licensee "rents" another brand to enhance the appeal of its own product.[7] The assumption by the licensor is that consumers will pay more for a product because of the recognition and image of the licensed entity.[8]

### B.    The Success of Bratz Dolls and Bratz Branded Products

11.    The Bratz family of products has followed this account of brand strategy. Following their introduction in 2001, MGA achieved early and rapid sales success with Bratz dolls.[9]  Sales of full-size Bratz dolls grew rapidly, from approximately $23.1 million in 2001, to $123.1 million in 2002, to $294.1 million in 2006.  MGA's total sales of Bratz branded merchandise, including accessories and other related products, grew from approximately $189.7 million in 2002, to $621.3 million in 2006. *See* Exhibit 4A.  In addition to earning the Toy Industry Association "People's Choice Toy of the Year" and Family Fun "Toy of the Year" awards in 2001, Bratz fashion dolls have won numerous additional industry awards since.[10]

12.    According to MGA, a key factor in the tremendous success of Bratz dolls was their design and attitude.  MGA has stated that the Bratz dolls were designed and developed by Carter Bryant, and were so named to "denote hip and cool young adolescent or teenage girls," are "unique in a variety of ways including their oversized heads and individual facial decoration," and that "[t]his idea of hip and cool is born out in the design of the BRATZ dolls."[11] Also according to MGA, the original four Bratz full-size dolls have a distinctive look, including "disproportionately large heads, artfully made-up, heavy-lidded, sultry, almond-shaped large eyes, large, overly-lined and lipsticked lips, trendy, hip clothes and hair styles, and oversized feet."[12]

13.    Participants in MGA-sponsored focus groups conducted nationally in early 2002

---

[7] Keller, 2003, p. 371.  *See* also pp. 110-112, and 371-375.
[8] Keller, 2003, p. 110.
[9] MGA0883926-3927
[10] http://www.mgae.com/awards/awards.asp
[11] MGA0883922-3927
[12] MGA Entertainment, Inc.'s Responses to Mattel, Inc.'s First Set of Interrogatories re Claims of Unfair Competition, pp. 8-9.

4

**EXHIBIT 57**
**PAGE 1877**

indicated that Bratz were "liked for their cool-looking appearance, clothing, and fashion styles," and that "girls aspire to be like the dolls."[13] Girls indicated that they also liked the smaller size of Bratz dolls versus Barbie and other popular fashion dolls, "perhaps ... due to the smaller 9 ½" size of [original] Bratz, which may help pre-adolescent 9-10 year old girls "identify" being like them."[14] MGA has also stated that the success of Bratz and certain of its related dolls is also due to their large eyes and mouths, which are "capable of being decorated with makeup."[15] According to MGA, "[t]he facial decorations and features of the [Bratz] dolls are unique and much time, effort and monetary resources have been expended in perfecting them," and that "Bratz is popular because of its unique funky and sassy image."[16]

14.     Subsequent to Bratz dolls' introduction, MGA has created a wide variety of sub-brands and accessory products designed to complement and expand play with the Bratz fashion dolls. Sales of Bratz doll accessories began in mid-2001, around the time of the introduction of the original full-sized Bratz dolls.[17] The first accessories sold were for use with the dolls themselves, including "Bratz Fashion Pack" assortments, and "Bratz Shoe Packs."[18] Sales of the accessories were relatively light in 2001, when approximately $1.2 million of Bratz dolls accessories were sold. Sales grew rapidly, however, to $52.4 million in 2002 and to $85.8 million in 2006. *See* Exhibit 4A.

15.     Beginning in 2002, MGA extended the original Bratz brand by introducing several line extensions.[19] These new series Bratz branded dolls and related accessories were different in scale than the original series. Bratz dolls that are smaller in scale than the original full size dolls, including the Micro Bratz and Lil Bratz series, accounted for approximately $9.8

---

[13] MGA0149335

[14] MGA0149336

[15] MGA0883927

[16] MGA0883926, 3933

[17] MGA Entertainment, Inc.'s Responses to Mattel, Inc.'s First Set of Interrogatories re Claims of Unfair Competition, pp. 10-11.

[18] MGA068793

[19] In fact, according to MGA, for the year 2003 MGA projected revenues of over $650 million "due to the success of a range of dolls known as [Bratz]..." MGA0883921

**EXHIBIT 57**
**PAGE 1878**

million in MGA sales in 2002, growing to $62.2 million in 2005. Accessories associated with these small dolls similarly grew quickly, from $1.3 million in 2002, to $34.9 million two years later. Larger scale dolls (Bratz Big Babyz, for example) and related accessories accounted for approximately $109.4 million in revenue from 2005 to 2006. Additionally, various plush Bratz toys accounted for approximately $22.3 million in revenue from 2003 to 2006. *See* Exhibit 4A.

16. MGA has also introduced a number of extensions of the brand to new product categories, offering a wide variety of products designed for use by girls themselves which are associated with the Bratz brand image. Bratz branded fashion and other accessories for girls began selling in 2002, when MGA earned over $926,000 selling such products as Bratz (Temporary) Tattoos and Bratz Funky Fashion Denim Watch & Ring assortments. The category has grown to $9.7 million in revenue in 2006. Bratz home décor, including Bratz themed wall mirrors and bedding, accounted for $18.2 million of revenue for MGA in 2005. Similarly, MGA sales of Bratz stationary products, sporting goods (*e.g.*, Bratz Mountain Bikes and Scooters) and games and puzzles grew substantially from 2002 to 2006. Sales of stationary products alone accounted for approximately $1.5 million of MGA revenues in 2006. MGA consumer electronics and electronic toys and games, including the Bratz Crazy Cool Curling Iron and Bratz Electric Funk Microscope, totaled $45.6 million in revenue in 2006, up from $26.9 million in 2003. *See* Exhibit 4A.

17. The sales of these line and brand extension products followed the initial sale and success of the original Bratz dolls. As noted above, while revenue and unit sales of original Bratz doll accessories were relatively light the year Bratz dolls were introduced, sales grew rapidly to $52.4 million and 5.5 million units in 2002, an annual increase of over 4090% and 1280%, respectively. Sales of Bratz Small and Mini doll accessories similarly grew following the introduction these additional lines. While revenue attributable to Bratz Small and Mini dolls grew 386% in 2003, to $47.7 million, sales of Small and Mini doll accessories grew by 2257% during the same one-year period, to $29.7 million. Sales of Bratz products designed for use by girls, as well as other related product lines, did not begin until as early as 2002, the year after Bratz dolls were introduced. Sporting goods and consumer electronics sales substantially began

6

EXHIBIT 57
PAGE 1879

in 2003, while Bratz Large Doll series products were launched in approximately 2005. *See* Exhibit 4A.

18. These Bratz brand and line extensions into new series of dolls and doll accessories are consistent with typical branding strategy wherein a company seeks to leverage a successful brand based on a core product to promote additional products. All of the line and brand extensions use the Bratz name and/or images of the Bratz dolls in some way, and promote their connection to the Bratz dolls.[20] MGA's Bratz television commercials as well as images of product packaging produced in this matter and reviewed by me illustrate this close connection. Animated or illustrated depictions (or photographic images) of the Bratz dolls are featured prominently in these advertisements and on a large proportion of these Bratz product packaging images. These depictions or images of the original Bratz dolls link these follow-on products directly with the Bratz dolls, and again serve to link the success of the Bratz dolls with these other products.

19. In marketing and offering these follow-on products, MGA leveraged the successful Bratz brand. Production of MGA marketing documents in this matter indicate that MGA attempted to expand the Bratz brand from one focused on the dolls and their accessories to more of a lifestyle brand whereby girls would buy products for themselves because of their association with the Bratz concept. For example, in one series of MGA-commissioned focus groups in July 2003, MGA tested concepts for Bratz bath and body and consumer electronics products for girls. The executive summary for this research notes that these tested products "present a cross-roads for Bratz to transition from a "doll" brand to a "lifestyle brand." Girls 6 - 12 recognize this is a change from "Bratz" = "fashion dolls" to "Bratz" = "fashion dolls plus things for girls who like Bratz."" Additionally, the document authors note that "Girls inexorably link these attributes with the brand and ... consequently expect them to be mirrored in any brand extensions."[21] Some of the attributes of Bratz cited by the participant girls in this study included

---

[20] MGA0868723-8865
[21] MGA0162351

7

**EXHIBIT 57 PAGE 1880**

"Coolest looking," "Fun to play with," "Beautiful," "Cutest," and "Size."

20.     These focus groups indicate efforts by MGA to determine the core meaning of the Bratz brand and then to embed those core meanings in follow on products.[22] This concept was apparent to MGA personnel. According to MGA: "The success of the BRATZ dolls ensured a lucrative business of supplying accessories to the owners of BRATZ dolls creating a steady stream of revenue."[23]

21.     In addition to line and brand extensions manufactured and sold directly by MGA, the Bratz brand was also licensed for use by other companies seeking to benefit from an association with the Bratz image. As noted above, licensees are willing to pay a licensing fee when they perceive that such use will provide a lift in the sale of their products over and above the cost of licensing. For example, a licensee must perceive that a t-shirt with a Bratz image on it will produce greater revenue than the same t-shirt without a Bratz image on it, even after deducting the cost of the license to use the image. In a business plan dated March 2001[24], MGA recognized the potential opportunity of licensing the Bratz brand and that the success of any licensing program would be based upon the success of the Bratz dolls; "The only risk involved is that the Bratz dolls do not sell-through at retail."[25]

22.     According to MGA, licensing is a major source of income for the company. "Another major source of revenue generated by the Bratz dolls is income derived from merchandising rights by granting non-exclusive licenses to other companies worldwide."[26] "So far, 120 merchandise [license] agreements have been granted in respect of a wide range of products, including paper napkins, girls clothing, jewelry, bedding, home furnishing, stationery, toiletries, video games, footwear and electrical appliances etc."[27] MGA projected $12 million in

---

[22] I note that in the above-referenced focus group study, younger girls liked a more explicit association with Bratz than older girls who favored a more subtle connection.
[23] MGA0883923
[24] MGA4033288-4033310
[25] MGA4033303
[26] MGA0883929
[27] MGA0883929

8

EXHIBIT 57
PAGE 1881

licensing revenue per year by the end of 2004. By the following year licensing activity and revenue grew substantially, as MGA noted that it had over 350 licensees and that the company's licensing revenue increased almost 40% during the first four months of 2005, versus the same period in 2004. MGA Chief Executive Officer Isaac Larian estimated in 2005 that licensing "[accounted] for about half of his company's revenue and possibly a greater share of its profits" at that time.[28]

23.     If the Bratz dolls were not a commercial success, MGA likely would not have extended the brand into these other areas. It is noteworthy that MGA's own internal sales data for each of these various categories of Bratz branded products are listed under the senior category of "Bratz Sales."[29] As noted above, sales of accessories and other extension products generally followed the sales of the Bratz dolls themselves. And, as marketing research cited above demonstrates, follow-on products were expected to be consistent with the overall Bratz image and to be attractive to girls because of that connection. It is also unlikely that Bratz doll accessories in particular would have a viable market absent the sales of Bratz dolls. It is my understanding that Bratz doll fashion accessories are scaled to fit with the Bratz dolls, as noted in one 2002 news article about Bratz dolls: "Bratz dolls are an inch shorter than Barbie, so the rivals can't share their wardrobes."[30] According to one industry expert, line and brand extension plans may be mapped out when dolls are introduced, but are not actually implemented if the doll itself is not successful. And, doll accessories are not typically offered by third parties who do not themselves manufacture the dolls.[31]

## V.     DATA AND OTHER INFORMATION CONSIDERED

24.     My testimony is based on my review of documents produced to date in this case, deposition transcripts, and the sources and information cited in this report. A list of documents

---

[28] *The Hollywood Reporter*, "What's Up With Bratz?", June 2005.
[29] MGA0868723-8865
[30] *The Wall Street Journal Asia*, "Is It a Fashion Coup? Sassy Bratz Dolls Grab Some of Barbie's Limelight --- Upstart Is Reaching Preteens With Street-Smart Look for Toys," December 2, 2002.
[31] Interview with Chuck Scothon, Mattel General Manager, Mattel's Girls' Brands, February 6, 2008.

9

**EXHIBIT 57**
**PAGE 1882**

considered is listed in Exhibit 3.

25.     I am continuing my analysis. I may review other documents and information that may become available during the course of this litigation. I may refine or expand my opinions as further information and materials come to my attention, and I reserve the right to supplement this report to the extent that additional information becomes available which may affect my opinions.

**VI.     EXHIBITS TO BE USED**

26.     I may rely on one or more of the documents and deposition testimony identified in Section V above. I may also rely on demonstrative exhibits. I may also rely on the trial testimony and trial exhibits of the parties' witnesses.

**VII.   COMPENSATION**

27.     I am being compensated for my work in this case at the rate of $550 per hour. My compensation is not dependent at all upon the outcome of this matter.

**VIII.  PRIOR TESTIMONY AND PUBLICATIONS**

28.     I have testified as an expert at trial or by deposition within the preceding four years as set forth in Exhibit 2.

29.     A list of my publications for the preceding ten years can be found in my CV (*See* Exhibit 1).

**EXHIBIT 57**
**PAGE 1883**

My understanding is that some of this testimony is covered by protective orders.

February 11, 2008

Carol A. Scott

CAROL A. SCOTT

11

**EXHIBIT 57**
**PAGE 1884**

# EXHIBIT 1

EXHIBIT 57
PAGE 1885

**Exhibit 1**

## CAROL A. SCOTT

Anderson Graduate School of Management
University of California                     1834 Park Blvd.
Los Angeles, California 90024                Palo Alto, CA  94306
(310)  825-4458                              (650) 473-9297
(310)  206-2019 (fax)                        (650) 473-9298 (fax)

### EDUCATION

Ph. D.          Northwestern University, June 1975
                   Major Field:  Marketing
                   Minor Field:  Social Psychology

M.S.            Northwestern University, August 1972
                   Major:  Management

B.S.            University of Texas at Austin, December 1970
                   Major:  Business and history education
                   Graduated with highest honors

### TEACHING EXPERIENCE

1977 - present    **University of California, Los Angeles**
                  1989-      Professor of Marketing
                  1980-89    Associate Professor of Marketing
                  1979-80    Acting Associate Professor of Marketing
                  1978-79    Assistant Professor of Marketing
                  1977-78    Visiting Assistant Professor of Marketing
                             (on leave from The Ohio State University)

1985 - 1986       **Harvard Business School**
                  Visiting Associate Professor, Business Administration

1974 - 1978       **The Ohio State University**
                  Assistant Professor of Marketing

**EXHIBIT 57**
**PAGE 1886**

## ACADEMIC ADMINISTRATIVE EXPERIENCE

1990 - 94       Chairman of the Faculty, Department (School) of Management
                Responsible for all matters pertaining to the approximately
                100 faculty FTE in the Anderson Graduate School of Management, a
                single department school, including: recruiting, retention, promotions,
                salary adjustments, scheduling and staffing of courses, and student and
                peer evaluation of teaching.  Manage budget and process all
                appointments for temporary faculty.

1987 - 91       Associate Dean, Academic Affairs
1993 - 94       Act for the dean in his absence.  Responsible for all academic degree
                programs and support services including:  full-time, Fully Employed
                and Executive MBA Programs,  Ph.D. and M.S. Programs,
                Management Communications Program, Management Field Studies
                Office, Computing Services Center, and all interdisciplinary study
                centers (e.g., Entrepreneurial Studies Center, Finance and Real Estate,
                International Business, etc.).

1986 - 87       Assistant Dean, MBA Curriculum & Policy
                Responsible for all academic policies pertaining to the full- time MBA
                Program.  Coordinated a review of this program which resulted in
                revised core curriculum;  implemented computerized bidding system
                for course enrollment.

## JOURNAL ARTICLES PUBLISHED

Robert A. Hansen and Carol A. Scott.  Comments on attribution theory and advertiser
       credibility.  *Journal of Marketing Research, 13*, May 1976.

Carol A. Scott.  Effects of trial and incentives on repeat purchase behavior.  *Journal of
       Marketing Research, 13*, August 1976.

Carol A. Scott.  Modifying socially-conscious behavior: The foot-in-the-door technique.
       *Journal of Consumer Research, 4*, December 1977.

Carol A. Scott and Richard F. Yalch.  A test of the self-perception explanation of the
       effects of rewards on intrinsic interest.  *Journal of Experimental Social
       Psychology, 14*, January, 1978.

Carol A. Scott and Richard F. Yalch.  Consumer response to initial product trial:  A
       Bayesian analysis.  *Journal of Consumer Research, 7*, June 1980.

2

**EXHIBIT 57**
**PAGE 1887**

Alice M. Tybout and Carol A. Scott. Availability of well-defined internal knowledge and the attitude formation process: Information aggregation versus self-perception. *Journal of Personality and Social Psychology*, *44*, March 1983.

Deborah Roedder John, Carol A. Scott, and James R. Bettman. Sampling data for covariation assessment: The effect of prior beliefs on search patterns. *Journal of Consumer Research*, *13*, June 1986.

James R. Bettman, Deborah Roedder John, and Carol A. Scott. Covariation assessment by consumers. *Journal of Consumer Research, 13*, December, 1986.

James R. Bettman, Elizabeth H. Creyer, Deborah Roedder John, and Carol A. Scott. Covariation assessment in rank order data. *Behavioral Decision Making, 1*, October-December, 1988, 239-254.

## REPORTS, PRESENTATIONS, CHAPTERS IN BOOKS

Carol A. Scott, Decade of the Executive Woman, New York: Korn/Ferry, International, 1993.

Vicky L. Crittenden, Carol A. Scott, and Rowland T. Moriarty. The effects of prior product experience on organizational buying behavior. In Paul Anderson and Melanie Wallendorf eds.) *Advances In Consumer Research*, vol. 14, 1986.

James R. Bettman, Deborah Roedder, and Carol A. Scott. Consumers' assessment of covariation. In T. Kinnear (ed.), *Advances In Consumer Research*, vol. 11, 1983.

Carol A. Scott and Alice M. Tybout. Some indirect effects of case vs. base rate data on information processing strategies. In R. Bagozzi and A. M. Tybout (eds.), *Advances in Consumer Research*, 10, Association for Consumer Research, 1982. (Abstract).

Carol A. Scott. On using attribution theory to understand advertising effects. In A. Mitchell (ed), *Advances in Consumer Research*, 9, Association for Consumer Research, 1981.

Carol A. Scott. Speculations on the role of marketing and corporate communications: Some implications for practice and issues for research. In S. A. Greyser (ed.), Proceedings of the MSI Workshop on Corporate Communications, Marketing Science Institute, forthcoming.

Carol A. Scott and Alice M. Tybout. Theoretical perspectives on the impact of negative information: Does valence matter? Abstract published in K. Monroe (ed.), *Advances in Consumer Research*, 8, Association for Consumer Research, 1980

3

**EXHIBIT 57**
**PAGE 1888**

Carol A. Scott. Consumer satisfaction: Perspectives from self-perception theory. Paper presented at the American Psychological Association conference, Montreal, Canada, September, 1980.

Carol A. Scott. Forming beliefs from experience: Evidence from self-perception theory. In H. H. Kassarjian and T. S. Robertson (eds.), *Perspectives In Consumer Behavior*, 3rd edition, Scott, Foresman, 1981.

Alice M. Tybout and Carol A. Scott. Extending the self-perception explanation: The effect of cue salience on behavior. In W. L. Wilkie (ed.), *Advances in Consumer Research*, 6, Association for Consumer Research, 1979.

Carol A. Scott. Attribution theory in consumer research: Scope, issues, and contributions. Proceedings, American Marketing Association Fall Educators' Conference, S. Jain (ed.), 1978.

Carol A. Scott. The role of self-perception processes in consumer behavior: Interpreting one's own experiences. In Keith Hunt (ed.), *Advances in Consumer Research*, 5, Association for Consumer Research.

Robert A. Hansen and Carol A Scott. Alternative approaches to assessing the quality of self-report data. In Keith Hunt (ed.), *Advances in Consumer Research*, 5, Association for Consumer Research, 1978.

Robert A. Hansen and Carol A. Scott. Improving the representativeness of survey research: Some issues and unanswered questions. Proceedings, American Marketing Association Fall Educators' Conference, 1977.

Richard F. Yalch and Carol A. Scott. Effect of initial trial of a new product on attitude-behavior consistency. In W. D. Perreault, Jr. (ed.), *Advances in Consumer Research*, 4, Association for Consumer Research, 1977.

Carol A. Scott, Researching the broadened concept of consumer behavior. In G. Zaltman and B. Sternthal (eds.), *Broadening the Concept of Consumer Behavior*. Association for Consumer Research monograph, 1975.

Brian Sternthal, Carol A. Scott, and Ruby Roy. Self-perception as a means of personal influence: The foot-in-the-door technique. In B. Anderson (ed.), *Advances in Consumer Research*, 3, Association for Consumer Research, 1975.

Carol A. Scott. Hendley distributors. Consumer behavior research case in Gerald Zaltman, Philip C. Burger, and Randall L. Schultz, *Cases in Marketing Research*, New York: Dryden Press, 1975.

4

**EXHIBIT 57**
**PAGE 1889**

## AWARDS

1984    Outstanding Teacher of the Year, presented by MBA students at the
        Graduate School of Management, UCLA.

## GRANTS RECEIVED (non-university)

New Roles for Corporate Communications. Grant received from the Marketing Science
    Institute (with James R. Bettman, Richard J. Lutz, and Barton A. Weitz), December
    1980 - May 1981.

## SELECTED PROFESSIONAL ACTIVITIES

Academic Advisory Council, Marketing Science Institute, 1987 to 1990

Editorial Boards:
        Journal of Marketing Research, December 1975 to July 1985
        Journal of Marketing, July 1978 to July 1986; January 1991 - August 1993
        Journal of Consumer Research, December 1980 -

Occasional reviewer, Journal of Personality and Social Psychology and Journal of
    Applied Psychology

Distinguished lecturer at University of Pennsylvania (1978), University of Washington
    (1979), University of Florida (1979), Berkeley/Stanford (1980), University of
    California, Santa Barbara (1982)

AMA Doctoral Dissertation Competition chairperson, 1985

Treasurer, Association for Consumer Research, 1980-81

Resident Faculty Member, American Marketing Association Doctoral Consortium,
    1979, 1980, 1983. Consortium speaker 1984, 1985, 1986

Program Committee, 1979 Annual Conference, Association for Consumer
    Research, Prof. Jerry Olson, chairman

**Consulting projects** for a number of profit, not-for-profit, and governmental organizations
in Ohio and California. Assignments have included strategic marketing audits, development
of strategic marketing plans, advertising planning consultation, marketing research analysis
and interpretation, and expert witness testimony preparation. Member of the board of
directors, Petco, Inc. (1989-1991), Sizzler International (1993-1999), A-Fem Medical (1995-
2003), and United Online, Inc., 2003 to present.

EXHIBIT 57
PAGE 1890

**PROFESSIONAL MEMBERSHIPS**

Association for Consumer Research

**COURSES TAUGHT**
Undergraduate (primarily at The Ohio State University)
    Consumer Behavior; Advertising
Masters' (primarily at UCLA)
    Consumer Behavior; Introductory Marketing; Advanced Marketing Management;
    Management of Distribution Channels; Global Marketing Management; Market
    Assessment; Marketing Strategy and Policy (Executive MBA Program)
Ph.D. (UCLA, Harvard, and Ohio State)
    Consumer Behavior Theory and Research
    Attribution Theory Research in Marketing
    Doctoral research paper supervision

**THESIS ADVISING**
Chair, Ph.D. Thesis Committee 6 students
Member, Ph.D. Thesis Committee - 9 students
Member, Masters Examining Committee (Ohio State) - 3 students

**RECENT COMMITTEE ASSIGNMENTS (UCLA only)**
Task Force on Women at Anderson, 2001 –
University Committee on Research, 1999-2001
    Chair, Faculty Grants Program
Dean Search Committee, 1997-1999
Executive Education Advisory Committee 1997 – 1999
MBA Admissions Committee 1997-99
Academic Staffing Committee 1997-98
Faculty Executive Committee, 1993 - 1997
Professional Educational Task Force (University), 1993-94
UCLA Child Care Services Advisory Board, 1990 - present; Chair, 1991 - 1993

**EXHIBIT 57**
**PAGE 1891**

# EXHIBIT 2

EXHIBIT 57
PAGE 1892

**Exhibit 2**

**Carol A. Scott**
**Summary of Recent Expert Testimony Projects***
**(Testimony, Depositions, Reports or Declarations Filed)**

1.  Robert Burton Associates, Inc. v. DRL Enterprises, Inc. – 2007
    Conduct research to determine the degree to which trademarks claimed By
    DRL enterprises have acquired secondary meaning.

2.  Daniel Friedman, et al. vs. 24 Hour Fitness USA, Inc, et al. – 2007
    Conduct research to determine consumer perceptions of the terms of a
    membership contract

3.  Matsushita Electric Industrial Co., Ltd. Vs. Mediatek, Inc., Oppo Digital, Inc., and
    Micro-Star International Computer Corp. – 2007
    Rebut plaintiff's description of the market for certain large-scale integrated
    circuits and calculation of plaintiff's share of that market had the defendant not
    Sold products allegedly infringing products.

4.  Educational Insights, Inc. v. SAS Group, Inc., Josephy J. Wetherell, Licensing
    International, Ltd, and Hands on Toys, Inc. and SAS Group, Inc., et al. v. A. W. Faber-
    Castell USA, Inc. – 2007
    Analyze market factors to determine likelihood of confusion.

5.  Ampex Corporation v. Eastman Kodak Co. – 2006
    Establish the market value of a patented feature used in digital still cameras and
    assess the importance of that feature to the strategy of the defendant.

6.  Clark and Eldred (Consumers) v. Experian North America, Inc. – 2006
    Conduct research to determine consumers' likelihood of confusion with respect
    to an online offer.

7.  E.S.S. Entertainment 2000, Inc., dba The Playpen v. Rock Star Videos, Inc., Take-Two
    Interactive Software, Inc., Sony Computer Entertainment of America, Inc., and Sony
    Computer Entertainment, Inc. – 2006
    Conduct research to assess the likelihood that consumers would be confused by the
    depiction of a business in a video game.

8.  Lynn A. Carnegie on Behalf of Herself and All Others Similarly Situated v. Household
    International Inc. – 2005 – present
    Conduct research to assess the degree to which consumers were deceived as to the
    nature of a product and to determine the importance of various factors in
    their decision to use the product

**EXHIBIT 57**
**PAGE 1893**

9.  Levi Strauss & Co. v. RP55 – 2005
    Conduct research to assess the likelihood of confusion of RP55 jeans with Levi's[®] due to stitching on the rear pocket of RP55 jeans.

10. Excelligence Learning Corp. v. Oriental Trading Company, Inc. – 2004-2005
    Assess marketing strategy used in the development of a new catalog, the degree to which plaintiff has established secondary meaning based on look and feel, and consumers' likelihood of confusion between the two catalogs.

11. Nellcor vs. Masimo; Masimo v. Nellcor – 2003-2004
    Define the market for pulse oximetry products, identify the relevant competition, and determine the amount of sales that the plaintiff (defendant) would have made had the defendant (plaintiff) not sold pulse oximetry products with patent infringing features.

12. California Consumer Action Network v. Consumerinfo.com, Inc.; Homestore, Inc.; Iplace, Inc.; QSPace, Inc.; & Docs 1 through 100 Inclusive – 2002- present
    Conduct research to determine consumers' likelihood of confusion with respect to an online offer.

13. Metabolife International Inc. v. Rexall Sundown, Inc. – 2002-2003
    Conduct research to determine consumers' likelihood of confusion due to product names and trade dress.

14. Consumers v. Hewlett-Packard – 2002 (and ongoing subsequent actions)
    Conduct a survey to determine the extent to which consumers considered certain factors in purchasing inkjet printers.

15. San Francisco Board of Assessors v. Transamerica Corp. – 2000-2002
    Determine the role brand equity in producing rent premiums for the Transamerica Pyramid and the cost of building that equity.

16. Levi Strauss & Co. v. Edwin International, Inc, et. al. – 2001-2002
    Conduct research to assess the strength of various Levi Strauss & Co. trademarks and the likelihood of confusion given the use of similar marks by Edwin.

17. Linear Technology Corp. v. Impala Linear Corporation, Toyoda Automatic Loom Works, Analog Devices, Inc., and Maxim Integrated Products, Inc. – 2001
    Assess the market and competition for a patented voltage regulator used in personal computers.

18. Juicy Whip v. Orange Bang – 2000
    Provide critique of consumer survey designed to assess likelihood of consumer confusion.

2

EXHIBIT 57
PAGE 1894

19. Claire Maglica v. Anthony Maglica – 1999-2000
    Assess the marketing strategy used by Mag Instruments and the importance of
    marketing to the success of the company.

20. Crystal Semiconductor Corporation v. OPTi, Inc. and TriTech Microelectronics
    International, Inc. and TriTech Microelectronics International, PTE, Ltd. – 1999
    Determine the relevant competitors for an audio chip for personal computers and
    the amount of defendant's sales that would have been made by the plaintiff had
    the defendant not sold an audio chip with a patent infringing feature.

21. Revatek v. Levi Strauss – 1999
    Conduct research to determine the likelihood of confusion regarding a
    merchandising item used by Levi Strauss.

22. Utility Consumers' Action Network v. Pacific Bell – 1999
    Assess the impact of specific service representative behaviors on customer
    satisfaction with service received when calling a Pacific Bell center.

23. Cantor v. West – 1998
    Determine the importance of various features in the decision to purchase and use
    an on-line legal database.

24. Synet v. Microsoft – 1998
    Assess the degree to which the brand name Internet Explorer is generic and/or
    merely descriptive and therefore not entitled to protection as a trademark.

25. Consumers v. Paging Network – 1998
    Conduct a survey to assess the importance of factors in decisions to purchase
    paging services.

26. Levi Strauss v. Levi's Perfume Club – 1998
    Conduct research to assess the likelihood of confusion regarding a product
    offered as "Levi's Perfume Club".

27. Visa International v. Advanta National Bank – 1997
    Conduct research to determine the extent of confusion regarding origin or
    source of a product offered by Advanta.

28. Elliott Abravanel v. Beauti-Control – 1996
    Conduct research to determine the importance of factors in decisions to purchase
    Beauti-Control products

29. Anti-Monopoly v. Hasbro – 1996
    Determine the relevant market for the board game Monopoly using existing
    data. Assess the ease/difficulty of entry into the market for board games.

3

EXHIBIT 57
PAGE 1895

# EXHIBIT 3

EXHIBIT 57
PAGE 1896

Exhibit 3

## Carter Bryant vs. Mattel

### Documents Considered

| Description | Bates | |
|---|---|---|
| Exhibit 1107B | | |
| Exhibit 1108B | | |
| Exhibit 1109B | | |
| Exhibit 1110B | | |
| Photos of Bratz Products taken at Skadden (tangible items) | | |
| Photos of Bratz Products taken at Skadden (tangible items) | | |
| Photos of Bratz Products taken at Skadden (tangible items) | | |
| Bratz Products Photos | | |
| Bratz Products Photos | | |
| Photos of Bratz Products taken at OMM (Tangible Items) | | |
| Bratz Dolls Photos, 2278 photos | | |
| Various Commercial Tests | | |
| MGA Entertainment, Inc.'s Responses to Mattel, Inc.'s First Set of Interrogatories re Claims of Unfair Competition | | |
| Mattel, Inc.'s Second Amended Answer in Case No. 05-2727... | | |
| Complaint for False Designation of Orgin, Affiliation, Association or Sponsorship | | |
| *The Wall Street Journal Asia*, "Is It a Fashion Coup? Sassy Bratz Dolls Grab Some of Barbie's Limelight --- Upstart Is Reaching Preteens With Street-Smart Look for Toys" | | |
| *The Hollywood Reporter*, "What's Up With Bratz?" | | |
| Mattel v. Bryant, Stipulated Protective Order | | |
| MGA Press Release, Matacnda Exhibit 653 | | |
| Exhibit LSC-2 to Affirmation of Lee Shiu Cheung | | |
| Garcia Deposition, Volume 1-4 | | |
| Deposition of Carter Bryant, Vol 1-3 | | |
| Deposition and Exhibits, Bryant | | |
| Deposition and Exhibits, Garcia | | |
| Deposition and Exhibits, Linker | | |
| Deposition and Exhibits, Rhee | | |
| Deposition and Exhibits, Croon | | |
| | M 0001489 | M 0001505 |
| | M 0001558 | M 0001569 |
| | M 0001594 | M 0001695 |
| | M 0012636 | M 0012539 |
| | M 0012593 | M 0012617 |
| | M 0014259 | M 0014272 |
| | M 0014264 | M 0014277 |
| | M 0014279 | M 0014282 |
| | M 0014285 | M 0014286 |
| | M 0014287 | M 0014294 |
| | M 0014300 | M 0014302 |
| | M 0014301 | M 0014302 |
| | M 0015743 | M 0015744 |
| | M 0015744 | |
| | M 0031207 | M 0031223 |
| | M 0031292 | M 0031352 |
| | M 0033373 | |
| | M 0041157 | M 0041158 |
| | M 0041376 | M 0041377 |
| | M 0041531 | M 0041545 |
| | M 0042832 | |
| | M 0043228 | M 0043232 |
| | M 0043520 | M 0043527 |
| | M 0043528 | M 0043529 |
| | M 0043530 | M 0043543 |
| | M 0043628 | M 0043634 |
| | M 0043805 | M 0043807 |
| | M 0043808 | M 0043810 |
| | M 0043811 | M 0043812 |
| | M 0045646 | M 0045707 |
| | M 0046008 | M 0046018 |
| | M 0046199 | M 0046205 |
| | M 0046283 | |
| | M 0046392 | M 0046396 |
| | M 0046703 | M 0046706 |
| | M 0046707 | M 0046709 |
| | M 0046788 | M 0046788 |
| | M 0047633 | M 0047646 |
| | M 0048021 | M 0048045 |
| | M 0048323 | M 0048324 |
| | M 0049880 | M 0049907 |
| | M 0050257 | M 0050258 |
| | M 0051431 | M 0051433 |
| | M 0052010 | |
| | M 0052011 | |

EXHIBIT 57
PAGE 1897

Exhibit 3

| Description | Bates | |
| --- | --- | --- |
| | M 0052105 | M 0052117 |
| | M 0052116 | M 0052124 |
| | M 0052155 | M 0052164 |
| | M 0053574 | M 0053577 |
| | M 0053686 | M 0053697 |
| | M 0054125 | M 0054131 |
| | M 0062258 | M 0062267 |
| | M 0065557 | M 0065558 |
| | M 0065871 | M 0065892 |
| | M 0065903 | M 0065927 |
| | M 0065959 | M 0065983 |
| | M 0066042 | M 0066044 |
| | M 0066048 | M 0066050 |
| | M 0066121 | M 0066148 |
| | M 0066490 | M 0066493 |
| | M 0066887 | M 0066911 |
| | M 0069087 | M 0069098 |
| | M 0069099 | M 0069134 |
| | M 0069217 | M 0069247 |
| | M 0072449 | M 0072450 |
| | M 0072671 | M 0072676 |
| | M 0072681 | M 0072682 |
| | M 0077580 | M 0077583 |
| | M 0077584 | M 0077586 |
| | M 0077587 | M 0077595 |
| | M 0079546 | M 0079550 |
| | M 0079571 | M 0079589 |
| | M 0079806 | M 0079816 |
| | M 0079848 | M 0079855 |
| | M 0079871 | M 0079874 |
| | M 0079973 | M 0079986 |
| | M 0080091 | M 0080120 |
| | M 0080249 | M 0080268 |
| | M 0080275 | M 0080309 |
| | M 0082011 | M 0082018 |
| | M 0082065 | |
| | M 0082070 | M 0082137 |
| | M 0082147 | M 0082153 |
| | M 0082154 | M 0082158 |
| | M 0082159 | M 0082164 |
| | M 0082165 | M 0082189 |
| | M 0082190 | M 0082216 |
| | M 0082217 | M 0082226 |
| | M 0082259 | M 0082269 |
| | M 0082269 | M 0082278 |
| | M 0082279 | M 0082295 |
| | M 0082296 | M 0082306 |
| | M 0082307 | M 0082313 |
| | M 0082317 | M 0082326 |
| | M 0082391 | M 0082393 |
| | M 0086624 | M 0086630 |
| | M 0086677 | M 0086663 |
| | M 0087936 | M 0087939 |
| | M 0088196 | M 0088197 |
| | M 0088292 | M 0088293 |
| | M 0088797 | M 0088803 |
| | M 0088827 | M 0088833 |
| | M 0094656 | M 0094668 |
| | M 0104628 | M 0104629 |
| | M 0104636 | M 0104638 |
| | M 0108233 | M 0108236 |
| | M 0108636 | M 0108645 |
| | M 0109029 | |
| | M 0109334 | M 0109337 |
| | M 0145087 | M 0145107 |
| | M 0145129 | M 0145135 |
| | M 0145192 | M 0145201 |
| | M 0146732 | M 0146738 |
| | M 0146971 | M 0147019 |
| | M 0147020 | M 0147029 |
| | M 0147169 | M 0147172 |
| | M 0147182 | |
| | M 0147221 | |
| | M 0147605 | |
| | M 0147960 | M 0147985 |
| | M 0148593 | M 0148596 |
| | M 0148791 | M 0148798 |
| | M 0148805 | M 0148810 |
| | M 0149039 | |
| | M 0152474 | M 0152477 |

EXHIBIT 57
PAGE 1898

Exhibit 3

| Description | Bates | |
|---|---|---|
| | M 0152605 | |
| | M 0152567 | M 0152593 |
| | M 0152768 | M 0152781 |
| | M 0153031 | M 0153036 |
| | M 0155337 | M 0155340 |
| | M 0155523 | M 0155524 |
| | M 0155526 | M 0155528 |
| | M 0155800 | M 0155810 |
| | M 0155811 | M 0155815 |
| | M 0155822 | M 0155833 |
| | M 0155834 | M 0155836 |
| | M 0155837 | M 0155843 |
| | M 0156105 | M 0156112 |
| | M 0157286 | M 0157317 |
| | M 0157430 | M 0157442 |
| | M 0158816 | M 0158821 |
| | M 0158893 | M 0158894 |
| | M 0164782 | |
| | M 0174222 | M 0174231 |
| | M 0199215 | M 0199224 |
| | M 0199225 | M 0199275 |
| | M 0199339 | M 0199345 |
| | M 0199523 | M 0199532 |
| | M 0199751 | M 0199760 |
| | M 0205829 | M 0205838 |
| | M 0206150 | M 0206159 |
| | M 0206484 | M 0206498 |
| | M 0206636 | M 0206698 |
| | M 0206752 | M 0206761 |
| | M 0249183 | M 0249184 |
| | BRYANT 0136 | BRYANT 0361 |
| | BRYANT 1234 | BRYANT 1235 |
| | Y&R 000134 | Y&R 000140 |
| | Y&R 000155 | Y&R 000213 |
| | Y&R 000214 | Y&R 000243 |
| | MGA 0000455 | MGA 0000461 |
| | MGA 0001086 | MGA 0001087 |
| | MGA 0003157 | MGA 0003158 |
| | MGA 0004339 | MGA 0004340 |
| | MGA 0009136 | |
| | MGA 0009166 | MGA 0009167 |
| | MGA 0009393 | MGA 0009398 |
| | MGA 0010152 | |
| | MGA 0014813 | MGA 0014818 |
| | MGA 0014968 | MGA 0014976 |
| | MGA 0015332 | MGA 0015333 |
| | MGA 0016014 | MGA 0016017 |
| | MGA 0017811 | MGA 0017812 |
| | MGA 0018924 | |
| | MGA 0021154 | MGA 0021159 |
| | MGA 0021166 | |
| | MGA 0021168 | MGA 0021177 |
| | MGA 0022039 | |
| | MGA 0022964 | MGA 0022965 |
| | MGA 0023599 | MGA 0023605 |
| | MGA 0023607 | |
| | MGA 0023608 | MGA 0023612 |
| | MGA 0023613 | MGA 0023617 |
| | MGA 0023618 | MGA 0023638 |
| | MGA 0023652 | MGA 0023662 |
| | MGA 0023664 | MGA 0023691 |
| | MGA 0023713 | MGA 0023718 |
| | MGA 0023722 | |
| | MGA 0023723 | MGA 0023726 |
| | MGA 0023727 | MGA 0023729 |
| | MGA 0023731 | MGA 0023736 |
| | MGA 0023738 | MGA 0023741 |
| | MGA 0023743 | MGA 0023754 |
| | MGA 0023796 | MGA 0023804 |
| | MGA 0023806 | MGA 0023833 |
| | MGA 0023846 | MGA 0023861 |
| | MGA 0023872 | MGA 0023875 |
| | MGA 0027980 | MGA 0027987 |
| | MGA 0029366 | MGA 0029373 |
| | MGA 0029647 | MGA 0029659 |
| | MGA 0032206 | MGA 0032216 |
| | MGA 0034727 | MGA 0034729 |
| | MGA 0034730 | MGA 0034731 |
| | MGA 0035647 | MGA 0035674 |
| | MGA 0039328 | MGA 0393360 |

Page 3 of 15

EXHIBIT 57
PAGE 1899

Exhibit 3

| Description | Bates | |
|---|---|---|
| | MGA 0043855 | MGA 0043856 |
| | MGA 0045943 | MGA 0045966 |
| | MGA 0046937 | MGA 0046942 |
| | MGA 0047267 | MGA 0047268 |
| | MGA 0048071 | MGA 0048072 |
| | MGA 0048089 | MGA 0048090 |
| | MGA 0049292 | MGA 0049297 |
| | MGA 0050467 | MGA 0050472 |
| | MGA 0050734 | |
| | MGA 0052662 | |
| | MGA 0058031 | MGA 0058032 |
| | MGA 0062019 | |
| | MGA 0062024 | MGA 0062027 |
| | MGA 0062108 | |
| | MGA 0063741 | MGA 0063742 |
| | MGA 0064856 | |
| | MGA 0065943 | MGA 0065044 |
| | MGA 0065054 | MGA 0065060 |
| | MGA 0069416 | MGA 0069425 |
| | MGA 0071549 | MGA 0071555 |
| | MGA 0074546 | MGA 0074554 |
| | MGA 0074953 | |
| | MGA 0084945 | MGA 0084946 |
| | MGA 0085064 | MGA 0085065 |
| | MGA 0085091 | MGA 0085093 |
| | MGA 0085542 | MGA 0085543 |
| | MGA 0097342 | MGA 0097343 |
| | MGA 0110721 | MGA 0110726 |
| | MGA 0139949 | MGA 0139956 |
| | MGA 0140367 | MGA 0140384 |
| | MGA 0141041 | MGA 0141047 |
| | MGA 0141194 | MGA 0141199 |
| | MGA 0141812 | MGA 0141831 |
| | MGA 0142014 | |
| | MGA 0142016 | MGA 0142018 |
| | MGA 0142096 | MGA 0142099 |
| | MGA 0142652 | |
| | MGA 0142886 | MGA 0142888 |
| | MGA 0143184 | MGA 0143185 |
| | MGA 0143230 | MGA 0143235 |
| | MGA 0143558 | MGA 0143559 |
| | MGA 0145306 | MGA 0145309 |
| | MGA 0145741 | MGA 0145743 |
| | MGA 0145754 | |
| | MGA 0146635 | |
| | MGA 0146836 | MGA 0146837 |
| | MGA 0146839 | MGA 0146876 |
| | MGA 0147259 | MGA 0147252 |
| | MGA 0147691 | |
| | MGA 0147692 | MGA 0147695 |
| | MGA 0149281 | MGA 0149284 |
| | MGA 0149285 | MGA 0149286 |
| | MGA 0149307 | MGA 0149325 |
| | MGA 0149327 | MGA 0149355 |
| | MGA 0149356 | MGA 0149378 |
| | MGA 0149379 | MGA 0149413 |
| | MGA 0149414 | MGA 0149436 |
| | MGA 0149438 | MGA 0149455 |
| | MGA 0149456 | MGA 0149464 |
| | MGA 0149495 | MGA 0149507 |
| | MGA 0149508 | MGA 0149518 |
| | MGA 0150585 | MGA 0150586 |
| | MGA 0151102 | MGA 0151107 |
| | MGA 0151796 | MGA 0151799 |
| | MGA 0153858 | MGA 0153866 |
| | MGA 0153574 | MGA 0153580 |
| | MGA 0159081 | MGA 0159088 |
| | MGA 0159089 | MGA 0159097 |
| | MGA 0159098 | MGA 0159100 |
| | MGA 0159101 | MGA 0159121 |
| | MGA 0159122 | MGA 0159162 |
| | MGA 0159193 | MGA 0159215 |
| | MGA 0159216 | MGA 0159226 |
| | MGA 0161887 | MGA 0161903 |
| | MGA 0162344 | MGA 0162350 |
| | MGA 0162351 | MGA 0162369 |
| | MGA 0162369 | MGA 0162379 |
| | MGA 0162381 | MGA 0162391 |
| | MGA 0162392 | MGA 0162406 |
| | MGA 0162409 | MGA 0162411 |

EXHIBIT 57
PAGE 1900

Exhibit 3

| Description | Bates | |
|---|---|---|
| | MGA 0162412 | MGA 0162413 |
| | MGA 0162553 | MGA 0162554 |
| | MGA 0162558 | MGA 0162559 |
| | MGA 0162569 | MGA 0162625 |
| | MGA 0186771 | MGA 0186910 |
| | MGA 0178802 | MGA 0178804 |
| | MGA 0178816 | MGA 0178817 |
| | MGA 0178857 | MGA 0178858 |
| | MGA 0178859 | MGA 0178864 |
| | MGA 0179209 | |
| | MGA 0179265 | MGA 0179266 |
| | MGA 0179600 | MGA 0179601 |
| | MGA 0181011 | MGA 0181012 |
| | MGA 0181346 | MGA 0181347 |
| | MGA 0181356 | MGA 0181358 |
| | MGA 0181434 | MGA 0181435 |
| | MGA 0181443 | MGA 0181450 |
| | MGA 0182177 | |
| | MGA 0182178 | MGA 0182199 |
| | MGA 0182226 | MGA 0182240 |
| | MGA 0182469 | MGA 0182470 |
| | MGA 0182631 | |
| | MGA 0182632 | MGA 0182642 |
| | MGA 0183273 | MGA 0183293 |
| | MGA 0183958 | |
| | MGA 0184014 | |
| | MGA 0184113 | |
| | MGA 0184334 | MGA 0184335 |
| | MGA 0184423 | MGA 0184425 |
| | MGA 0184594 | |
| | MGA 0184719 | MGA 0184722 |
| | MGA 0194749 | |
| | MGA 0185116 | |
| | MGA 0185218 | MGA 0185221 |
| | MGA 0185237 | MGA 0185238 |
| | MGA 0185246 | MGA 0185247 |
| | MGA 0185256 | MGA 0185260 |
| | MGA 0185294 | MGA 0185301 |
| | MGA 0185353 | |
| | MGA 0185636 | MGA 0185639 |
| | MGA 0185793 | MGA 0185794 |
| | MGA 0185820 | MGA 0185821 |
| | MGA 0185894 | MGA 0185895 |
| | MGA 0185939 | MGA 0185940 |
| | MGA 0185984 | MGA 0185985 |
| | MGA 0186036 | MGA 0186037 |
| | MGA 0186063 | MGA 0186067 |
| | MGA 0186069 | MGA 0186071 |
| | MGA 0186305 | |
| | MGA 0186316 | MGA 0186317 |
| | MGA 0186325 | MGA 0186326 |
| | MGA 0186331 | MGA 0186333 |
| | MGA 0186344 | |
| | MGA 0186392 | MGA 0186394 |
| | MGA 0186484 | MGA 0186485 |
| | MGA 0186502 | MGA 0186504 |
| | MGA 0187586 | MGA 0187595 |
| | MGA 0187607 | MGA 0187608 |
| | MGA 0187666 | MGA 0187670 |
| | MGA 0187726 | MGA 0187730 |
| | MGA 0187763 | MGA 0187789 |
| | MGA 0187957 | MGA 0187989 |
| | MGA 0188216 | MGA 0188220 |
| | MGA 0188345 | MGA 0188349 |
| | MGA 0188701 | MGA 0188705 |
| | MGA 0188961 | MGA 0188962 |
| | MGA 0191663 | MGA 0191664 |
| | MGA 0191694 | MGA 0191695 |
| | MGA 0193909 | MGA 0193916 |
| | MGA 0193917 | MGA 0193918 |
| | MGA 0198846 | MGA 0198898 |
| | MGA 0198899 | MGA 0198927 |
| | MGA 0199204 | |
| | MGA 0199823 | MGA 0199825 |
| | MGA 0199826 | MGA 0199846 |
| | MGA 0199847 | MGA 0199868 |
| | MGA 0199869 | MGA 0199898 |
| | MGA 0199918 | MGA 0199940 |
| | MGA 0200789 | MGA 0200791 |
| | MGA 0200802 | MGA 0200804 |

EXHIBIT 57
PAGE 1901

Exhibit 3

| Description | Bates | |
|---|---|---|
| | MGA 0202555 | |
| | MGA 0203353 | |
| | MGA 0203477 | MGA 0203479 |
| | MGA 0203816 | MGA 0203817 |
| | MGA 0203989 | |
| | MGA 0203973 | |
| | MGA 0205603 | MGA 0205604 |
| | MGA 0205608 | MGA 0205610 |
| | MGA 0205638 | |
| | MGA 0209510 | MGA 0209511 |
| | MGA 0212241 | MGA 0212248 |
| | MGA 0218336 | MGA 0218337 |
| | MGA 0229930 | |
| | MGA 0230145 | MGA 0230146 |
| | MGA 0230147 | |
| | MGA 0230196 | MGA 0230197 |
| | MGA 0235597 | MGA 0235608 |
| | MGA 0235777 | MGA 0235785 |
| | MGA 0235872 | |
| | MGA 0252863 | MGA 0252864 |
| | MGA 0253068 | MGA 0253069 |
| | MGA 0254676 | MGA 0254677 |
| | MGA 0256637 | MGA 0256643 |
| | MGA 0268757 | MGA 0268758 |
| | MGA 0274681 | |
| | MGA 0274884 | |
| | MGA 0275338 | MGA 0275341 |
| | MGA 0275345 | MGA 0275354 |
| | MGA 0275361 | MGA 0275364 |
| | MGA 0275368 | MGA 0275370 |
| | MGA 0275427 | |
| | MGA 0275522 | MGA 0275559 |
| | MGA 0276028 | MGA 0276065 |
| | MGA 0276106 | MGA 0276108 |
| | MGA 0276110 | MGA 0276114 |
| | MGA 0276457 | MGA 0276461 |
| | MGA 0276519 | MGA 0276523 |
| | MGA 0276781 | MGA 0276784 |
| | MGA 0276804 | MGA 0276820 |
| | MGA 0277009 | MGA 0277013 |
| | MGA 0277144 | MGA 0277147 |
| | MGA 0277373 | |
| | MGA 0277414 | MGA 0277416 |
| | MGA 0277419 | MGA 0277423 |
| | MGA 0277546 | |
| | MGA 0277580 | |
| | MGA 0277631 | |
| | MGA 0277732 | MGA 0277735 |
| | MGA 0277953 | MGA 0277956 |
| | MGA 0278086 | MGA 0278088 |
| | MGA 0278122 | MGA 0278123 |
| | MGA 0278491 | MGA 0278494 |
| | MGA 0278540 | MGA 0278542 |
| | MGA 0278583 | MGA 0278586 |
| | MGA 0278908 | |
| | MGA 0278907 | MGA 0278912 |
| | MGA 0278968 | MGA 0278975 |
| | MGA 0279062 | MGA 0279065 |
| | MGA 0279066 | MGA 0279089 |
| | MGA 0279087 | MGA 0279092 |
| | MGA 0279092 | MGA 0279099 |
| | MGA 0279118 | MGA 0279123 |
| | MGA 0279124 | |
| | MGA 0279125 | MGA 0279126 |
| | MGA 0279158 | MGA 0279163 |
| | MGA 0279164 | |
| | MGA 0279167 | MGA 0279180 |
| | MGA 0279281 | MGA 0279284 |
| | MGA 0279553 | MGA 0279557 |
| | MGA 0279563 | MGA 0279567 |
| | MGA 0279574 | MGA 0279576 |
| | MGA 0279581 | MGA 0279583 |
| | MGA 0279588 | MGA 0279590 |
| | MGA 0279620 | MGA 0279623 |
| | MGA 0279625 | MGA 0279629 |
| | MGA 0279764 | MGA 0279765 |
| | MGA 0280148 | |
| | MGA 0280163 | MGA 0280168 |
| | MGA 0280298 | MGA 0280303 |
| | MGA 0280322 | MGA 0280325 |

EXHIBIT 57
PAGE 1902

Exhibit 3

| Description | Bates | |
|---|---|---|
| | MGA 0280327 | MGA 0280330 |
| | MGA 0280339 | MGA 0280342 |
| | MGA 0280348 | MGA 0280349 |
| | MGA 0280358 | MGA 0280360 |
| | MGA 0280362 | MGA 0280368 |
| | MGA 0280380 | MGA 0280433 |
| | MGA 0280507 | MGA 0280510 |
| | MGA 0280520 | MGA 0280523 |
| | MGA 0280530 | MGA 0280535 |
| | MGA 0280565 | MGA 0280568 |
| | MGA 0280593 | MGA 0280598 |
| | MGA 0280599 | MGA 0280608 |
| | MGA 0280611 | MGA 0280619 |
| | MGA 0280621 | MGA 0280626 |
| | MGA 0280636 | MGA 0280653 |
| | MGA 0280691 | MGA 0280694 |
| | MGA 0280697 | MGA 0280700 |
| | MGA 0280712 | MGA 0280720 |
| | MGA 0280730 | MGA 0280731 |
| | MGA 0280732 | |
| | MGA 0280840 | MGA 0280843 |
| | MGA 0281024 | MGA 0281037 |
| | MGA 0281039 | MGA 0281040 |
| | MGA 0281100 | |
| | MGA 0281150 | |
| | MGA 0281159 | MGA 0281203 |
| | MGA 0281206 | MGA 0281209 |
| | MGA 0281217 | MGA 0281220 |
| | MGA 0281305 | MGA 0281309 |
| | MGA 0281471 | MGA 0281490 |
| | MGA 0281868 | MGA 0281869 |
| | MGA 0282356 | MGA 0282387 |
| | MGA 0282464 | MGA 0282467 |
| | MGA 0282726 | MGA 0282737 |
| | MGA 0286263 | |
| | MGA 0286568 | |
| | MGA 0286562 | MGA 0286565 |
| | MGA 0286568 | MGA 0286571 |
| | MGA 0286573 | MGA 0286576 |
| | MGA 0286607 | MGA 0286610 |
| | MGA 0286693 | MGA 0286705 |
| | MGA 0286716 | MGA 0286722 |
| | MGA 0286736 | MGA 0286739 |
| | MGA 0286760 | MGA 0286765 |
| | MGA 0286790 | MGA 0286799 |
| | MGA 0286862 | MGA 0286865 |
| | MGA 0287018 | MGA 0287020 |
| | MGA 0287023 | MGA 0287025 |
| | MGA 0287062 | MGA 0287065 |
| | MGA 0287067 | MGA 0287121 |
| | MGA 0287122 | |
| | MGA 0287123 | MGA 0287129 |
| | MGA 0287134 | MGA 0287161 |
| | MGA 0287165 | MGA 0287166 |
| | MGA 0287203 | MGA 0287213 |
| | MGA 0287222 | MGA 0287226 |
| | MGA 0287272 | MGA 0287274 |
| | MGA 0287278 | MGA 0287282 |
| | MGA 0287295 | MGA 0287298 |
| | MGA 0287300 | MGA 0287301 |
| | MGA 0287344 | MGA 0287354 |
| | MGA 0287419 | MGA 0287422 |
| | MGA 0292318 | MGA 0292320 |
| | MGA 0292430 | MGA 0292433 |
| | MGA 0292811 | MGA 0292814 |
| | MGA 0292850 | MGA 0292853 |
| | MGA 0293432 | MGA 0293435 |
| | MGA 0293457 | MGA 0293467 |
| | MGA 0293480 | |
| | MGA 0293530 | MGA 0293540 |
| | MGA 0293758 | MGA 0293759 |
| | MGA 0293869 | MGA 0293870 |
| | MGA 0293899 | MGA 0293902 |
| | MGA 0293910 | MGA 0293913 |
| | MGA 0294109 | MGA 0294112 |
| | MGA 0294228 | MGA 0294230 |
| | MGA 0294368 | MGA 0294371 |
| | MGA 0294373 | MGA 0294376 |
| | MGA 0294435 | |
| | MGA 0294846 | MGA 0294849 |

EXHIBIT 57
PAGE 1903

Exhibit 3

| Description | Bates | |
|---|---|---|
| | MGA 0294851 | |
| | MGA 0294998 | MGA 0294001 |
| | MGA 0295010 | MGA 0295013 |
| | MGA 0295036 | MGA 0295040 |
| | MGA 0295295 | MGA 0295298 |
| | MGA 0295301 | MGA 0295319 |
| | MGA 0295356 | MGA 0295380 |
| | MGA 0295442 | MGA 0295462 |
| | MGA 0295463 | MGA 0295468 |
| | MGA 0295470 | MGA 0295481 |
| | MGA 0295811 | MGA 0295821 |
| | MGA 0295983 | MGA 0296002 |
| | MGA 0296036 | MGA 0296042 |
| | MGA 0296078 | MGA 0296083 |
| | MGA 0296085 | MGA 0296067 |
| | MGA 0296417 | MGA 0296446 |
| | MGA 0296556 | |
| | MGA 0296574 | MGA 0296580 |
| | MGA 0296582 | MGA 0296583 |
| | MGA 0296603 | MGA 0296644 |
| | MGA 0296676 | MGA 0296678 |
| | MGA 0296755 | MGA 0296757 |
| | MGA 0296763 | MGA 0296771 |
| | MGA 0296792 | MGA 0296797 |
| | MGA 0296804 | MGA 0296806 |
| | MGA 0296840 | MGA 0296995 |
| | MGA 0297083 | MGA 0297085 |
| | MGA 0297086 | MGA 0297097 |
| | MGA 0297099 | MGA 0297101 |
| | MGA 0297104 | MGA 0297105 |
| | MGA 0297114 | MGA 0297146 |
| | MGA 0297147 | MGA 0297163 |
| | MGA 0297185 | MGA 0297208 |
| | MGA 0297219 | MGA 0297256 |
| | MGA 0297325 | MGA 0297334 |
| | MGA 0297335 | MGA 0297342 |
| | MGA 0297343 | MGA 0297360 |
| | MGA 0297370 | MGA 0297372 |
| | MGA 0297376 | MGA 0297381 |
| | MGA 0297538 | MGA 0297549 |
| | MGA 0297552 | MGA 0297555 |
| | MGA 0297557 | MGA 0297567 |
| | MGA 0297960 | MGA 0297963 |
| | MGA 0298340 | MGA 0298343 |
| | MGA 0298767 | MGA 0298768 |
| | MGA 0298783 | MGA 0298785 |
| | MGA 0298788 | MGA 0298798 |
| | MGA 0299707 | MGA 0299710 |
| | MGA 0299720 | MGA 0299723 |
| | MGA 0299815 | MGA 0299819 |
| | MGA 0299834 | MGA 0299836 |
| | MGA 0299885 | MGA 0299913 |
| | MGA 0299923 | MGA 0299937 |
| | MGA 0299943 | MGA 0299951 |
| | MGA 0299947 | MGA 0299951 |
| | MGA 0299953 | MGA 0299955 |
| | MGA 0299976 | MGA 0299980 |
| | MGA 0300072 | MGA 0300086 |
| | MGA 0300120 | MGA 0300122 |
| | MGA 0300237 | MGA 0300239 |
| | MGA 0300240 | MGA 0300250 |
| | MGA 0300257 | MGA 0300260 |
| | MGA 0300266 | MGA 0300268 |
| | MGA 0300322 | MGA 0300353 |
| | MGA 0304913 | MGA 0304914 |
| | MGA 0304916 | MGA 0304921 |
| | MGA 0304936 | MGA 0304941 |
| | MGA 0305404 | MGA 0305416 |
| | MGA 0305423 | MGA 0305448 |
| | MGA 0305452 | MGA 0305455 |
| | MGA 0305460 | |
| | MGA 0305464 | MGA 0305465 |
| | MGA 0305469 | MGA 0305470 |
| | MGA 0305489 | MGA 0305491 |
| | MGA 0305492 | MGA 0305493 |
| | MGA 0305537 | MGA 0305538 |
| | MGA 0305548 | MGA 0305550 |
| | MGA 0305579 | MGA 0305582 |
| | MGA 0305586 | |
| | MGA 0305933 | MGA 0305935 |

EXHIBIT 57
PAGE 1904

Exhibit 3

| Description | Bates | |
|---|---|---|
| | MGA 0307000 | MGA 0307005 |
| | MGA 0307636 | |
| | MGA 0361433 | MGA 0361448 |
| | MGA 0429175 | |
| | MGA 0429261 | MGA 0429263 |
| | MGA 0429278 | MGA 0429280 |
| | MGA 0430356 | MGA 0430361 |
| | MGA 0430358 | |
| | MGA 0430379 | MGA 0430386 |
| | MGA 0430496 | |
| | MGA 0430497 | MGA 0430501 |
| | MGA 0433944 | |
| | MGA 0435840 | MGA 0435841 |
| | MGA 0435901 | MGA 0435902 |
| | MGA 0435949 | |
| | MGA 0518768 | MGA 0518772 |
| | MGA 0602818 | MGA 0602819 |
| | MGA 0604112 | MGA 0604114 |
| | MGA 0604219 | MGA 0604222 |
| | MGA 0814658 | MGA 0814664 |
| | MGA 0818275 | |
| | MGA 0821693 | MGA 0821710 |
| | MGA 0833605 | |
| | MGA 0833606 | . |
| | MGA 0833607 | |
| | MGA 0833608 | |
| | MGA 0833609 | |
| | MGA 0833610 | |
| | MGA 0833611 | |
| | MGA 0833612 | |
| | MGA 0833734 | MGA 0833943 |
| | MGA 0835259 | MGA 0835260 |
| | MGA 0837948 | MGA 0838013 |
| | MGA 0860252 | MGA 0860254 |
| | MGA 0860255 | MGA 0860258 |
| | MGA 0860281 | MGA 0860297 |
| | MGA 0860315 | MGA 0860342 |
| | MGA 0860343 | MGA 0860363 |
| | MGA 0860364 | MGA 0860370 |
| | MGA 0860372 | MGA 0860374 |
| | MGA 0860386 | MGA 0860411 |
| | MGA 0860577 | MGA 0860579 |
| | MGA 0860839 | MGA 0860886 |
| | MGA 0861103 | MGA 0861130 |
| | MGA 0868723 | MGA 0868865 |
| | MGA 0875962 | MGA 0877165 |
| | MGA 0877546 | MGA 0877550 |
| | MGA 0877570 | MGA 0877573 |
| | MGA 0881177 | MGA 0881178 |
| | MGA 0883920 | MGA 0883936 |
| | MGA 0885762 | MGA 0885772 |
| | MGA 1001392 | MGA 1001393 |
| | MGA 1002166 | MGA 1002168 |
| | MGA 1002331 | MGA 1002332 |
| | MGA 1002981 | |
| | MGA 1004103 | MGA 1004104 |
| | MGA 1004120 | MGA 1004121 |
| | MGA 1004127 | MGA 1004130 |
| | MGA 1005395 | MGA 1005403 |
| | MGA 1005973 | MGA 1005974 |
| | MGA 1006061 | MGA 1006062 |
| | MGA 1007247 | MGA 1007248 |
| | MGA 1007646 | MGA 1007647 |
| | MGA 1009056 | |
| | MGA 1009085 | |
| | MGA 1009092 | MGA 1009093 |
| | MGA 1009097 | MGA 1009102 |
| | MGA 1009281 | MGA 1009282 |
| | MGA 1009292 | MGA 1009293 |
| | MGA 1009296 | MGA 1009298 |
| | MGA 1009353 | MGA 1009354 |
| | MGA 1009805 | MGA 1009805 |
| | MGA 1010059 | |
| | MGA 1014500 | |
| | MGA 1015402 | |
| | MGA 1015606 | MGA 1015611 |
| | MGA 1018570 | |
| | MGA 1018571 | MGA 1018574 |
| | MGA 1018575 | MGA 1018577 |
| | MGA 1018580 | MGA 1018587 |

Page 9 of 15

EXHIBIT 57
PAGE 1905

Exhibit 3

| Description | Bates | |
|---|---|---|
| | MGA 1019490 | MGA 1019494 |
| | MGA 1019495 | MGA 1019497 |
| | MGA 1019531 | |
| | MGA 1019954 | MGA 1019958 |
| | MGA 1021381 | MGA 1021384 |
| | MGA 0279021 | MGA 0027922 |
| | MGA 1063840 | MGA 1063845 |
| | MGA 1021838 | MGA 1021846 |
| | MGA 1021926 | MGA 1021942 |
| | MGA 1022941 | MGA 1022945 |
| | MGA 1022967 | MGA 1022984 |
| | MGA 1022993 | MGA 1023000 |
| | MGA 1023419 | MGA 1023420 |
| | MGA 1023421 | MGA 1023424 |
| | MGA 1023614 | MGA 1023616 |
| | MGA 1023641 | MGA 1023642 |
| | MGA 1024175 | |
| | MGA 1024176 | MGA 1024177 |
| | MGA 1024179 | MGA 1024180 |
| | MGA 1024191 | MGA 1024194 |
| | MGA 1024187 | MGA 1024190 |
| | MGA 1024279 | MGA 1024280 |
| | MGA 1024298 | MGA 1024300 |
| | MGA 1024493 | MGA 1024495 |
| | MGA 1024563 | MGA 1024564 |
| | MGA 1024982 | MGA 1024986 |
| | MGA 1025325 | MGA 1025327 |
| | MGA 1025768 | MGA 1025776 |
| | MGA 1025979 | |
| | MGA 1027433 | MGA 1027436 |
| | MGA 1027680 | |
| | MGA 1027681 | MGA 1027691 |
| | MGA 1027692 | MGA 1027693 |
| | MGA 1028009 | MGA 1028042 |
| | MGA 1028627 | MGA 0102630 |
| | MGA 1029150 | MGA 1029151 |
| | MGA 1029155 | MGA 1029157 |
| | MGA 1030006 | MGA 1030014 |
| | MGA 1030017 | MGA 1035020 |
| | MGA 1035369 | MGA 1035372 |
| | MGA 1039333 | |
| | MGA 1039348 | MGA 1039350 |
| | MGA 1039351 | MGA 1039354 |
| | MGA 1042273 | MGA 1042277 |
| | MGA 1042278 | |
| | MGA 1044753 | MGA 1044758 |
| | MGA 1045161 | MGA 1045162 |
| | MGA 1050897 | |
| | MGA 1050898 | MGA 1050913 |
| | MGA 1050914 | MGA 1050921 |
| | MGA 1051273 | MGA 1051278 |
| | MGA 1051298 | MGA 1051301 |
| | MGA 1051498 | |
| | MGA 1051502 | |
| | MGA 1051521 | MGA 1051527 |
| | MGA 1051583 | MGA 1051586 |
| | MGA 1051588 | MGA 1051602 |
| | MGA 1051621 | MGA 1051631 |
| | MGA 1051652 | MGA 1051655 |
| | MGA 1051667 | MGA 1051675 |
| | MGA 1051684 | MGA 1051688 |
| | MGA 1051895 | MGA 1051897 |
| | MGA 1051969 | MGA 1051973 |
| | MGA 1051978 | MGA 1051983 |
| | MGA 1051988 | |
| | MGA 1051993 | |
| | MGA 1052326 | MGA 1052351 |
| | MGA 1052452 | MGA 1052459 |
| | MGA 1052461 | MGA 1052468 |
| | MGA 1052469 | MGA 1052472 |
| | MGA 1052496 | MGA 1052516 |
| | MGA 1052517 | MGA 1052521 |
| | MGA 1052681 | |
| | MGA 1053010 | MGA 1053024 |
| | MGA 1053029 | MGA 1053033 |
| | MGA 1053146 | MGA 1053159 |
| | MGA 1053179 | MGA 1053182 |
| | MGA 1053198 | |
| | MGA 1053199 | MGA 1053203 |
| | MGA 1053212 | MGA 1053215 |

Page 10 of 15

EXHIBIT 57
PAGE 1906

Exhibit 3

| Description | Bates | |
|---|---|---|
| | MGA 1053305 | MGA 1053306 |
| | MGA 1053334 | MGA 1053339 |
| | MGA 1053374 | MGA 1053377 |
| | MGA 1053378 | MGA 1053384 |
| | MGA 1053385 | MGA 1053389 |
| | MGA 1053415 | |
| | MGA 1053477 | MGA 1053479 |
| | MGA 1053495 | |
| | MGA 1053557 | |
| | MGA 1053571 | MGA 1053574 |
| | MGA 1053584 | MGA 1053588 |
| | MGA 1053610 | |
| | MGA 1053620 | MGA 1053627 |
| | MGA 1053747 | MGA 1053749 |
| | MGA 1053750 | MGA 1053753 |
| | MGA 1053915 | |
| | MGA 1053928 | |
| | MGA 1053961 | MGA 1053963 |
| | MGA 1053982 | |
| | MGA 1054071 | MGA 1054074 |
| | MGA 1054097 | MGA 1054101 |
| | MGA 1054148 | MGA 1054149 |
| | MGA 1054154 | |
| | MGA 1054198 | MGA 1054199 |
| | MGA 1054203 | MGA 1054205 |
| | MGA 1054209 | MGA 1054212 |
| | MGA 1054213 | MGA 1054216 |
| | MGA 1054235 | MGA 1054245 |
| | MGA 1054248 | MGA 1054257 |
| | MGA 1054285 | MGA 1054286 |
| | MGA 1054451 | MGA 1054456 |
| | MGA 1054762 | MGA 1054770 |
| | MGA 1054773 | |
| | MGA 1054846 | |
| | MGA 1054849 | MGA 1054850 |
| | MGA 1054980 | MGA 1054950 |
| | MGA 1054991 | MGA 1055005 |
| | MGA 1059849 | |
| | MGA 1059870 | MGA 1059872 |
| | MGA 1059902 | |
| | MGA 1059957 | |
| | MGA 1059959 | |
| | MGA 1059966 | |
| | MGA 1059969 | MGA 1059973 |
| | MGA 1060106 | MGA 1060111 |
| | MGA 1060149 | |
| | MGA 1060162 | |
| | MGA 1060176 | MGA 1060182 |
| | MGA 1060254 | |
| | MGA 1060256 | MGA 1060270 |
| | MGA 1060272 | MGA 1060275 |
| | MGA 1060299 | MGA 1060300 |
| | MGA 1060541 | MGA 1060543 |
| | MGA 1060544 | |
| | MGA 1060547 | MGA 1060548 |
| | MGA 1060554 | |
| | MGA 1060561 | MGA 1060562 |
| | MGA 1060564 | MGA 1060565 |
| | MGA 1060566 | |
| | MGA 1060582 | MGA 1060585 |
| | MGA 1060595 | |
| | MGA 1060597 | |
| | MGA 1060612 | MGA 1060613 |
| | MGA 1060630 | MGA 1060631 |
| | MGA 1060647 | |
| | MGA 1060650 | MGA 1060652 |
| | MGA 1060657 | MGA 1060668 |
| | MGA 1060691 | MGA 1060692 |
| | MGA 1060710 | MGA 1060712 |
| | MGA 1060768 | |
| | MGA 1060771 | |
| | MGA 1060900 | MGA 1060901 |
| | MGA 1060914 | MGA 1060921 |
| | MGA 1060946 | |
| | MGA 1060947 | MGA 1060962 |
| | MGA 1060963 | |
| | MGA 1060964 | MGA 1060979 |
| | MGA 1060980 | MGA 1060981 |
| | MGA 1060982 | MGA 1060998 |
| | MGA 1060989 | MGA 1061003 |

Page 11 of 15

EXHIBIT 57
PAGE 1907

Exhibit 3

| Description | Bates | |
|---|---|---|
| | MGA 1061005 | MGA 1061009 |
| | MGA 1061014 | MGA 1061016 |
| | MGA 1061030 | MGA 1061031 |
| | MGA 1061044 | |
| | MGA 1061053 | MGA 1061055 |
| | MGA 1061069 | |
| | MGA 1061072 | MGA 1061073 |
| | MGA 1061084 | MGA 1061097 |
| | MGA 1061133 | MGA 1061134 |
| | MGA 1061148 | |
| | MGA 1061151 | |
| | MGA 1061158 | MGA 1061160 |
| | MGA 1061170 | |
| | MGA 1061248 | MGA 1061249 |
| | MGA 1061271 | |
| | MGA 1061272 | MGA 1061275 |
| | MGA 1061282 | |
| | MGA 1061297 | |
| | MGA 1061383 | MGA 1061389 |
| | MGA 1061390 | MGA 1061393 |
| | MGA 1061398 | |
| | MGA 1061400 | MGA 1061401 |
| | MGA 1061402 | MGA 1061404 |
| | MGA 1061405 | MGA 1061406 |
| | MGA 1061428 | MGA 1061432 |
| | MGA 1061459 | |
| | MGA 1061526 | MGA 1061529 |
| | MGA 1061607 | |
| | MGA 1061608 | MGA 1061616 |
| | MGA 1061655 | |
| | MGA 1061657 | MGA 1061658 |
| | MGA 1061663 | MGA 1061669 |
| | MGA 1061675 | MGA 1061678 |
| | MGA 1061761 | MGA 1061762 |
| | MGA 1061774 | MGA 1061775 |
| | MGA 1061789 | MGA 1061790 |
| | MGA 1061819 | MGA 1061820 |
| | MGA 1061880 | MGA 1061883 |
| | MGA 1061908 | |
| | MGA 1061931 | |
| | MGA 1061956 | |
| | MGA 1061959 | MGA 1061974 |
| | MGA 1061980 | MGA 1061981 |
| | MGA 1062016 | MGA 1062017 |
| | MGA 1062023 | MGA 1062025 |
| | MGA 1062053 | MGA 1062055 |
| | MGA 1062140 | |
| | MGA 1062141 | |
| | MGA 1062164 | MGA 1062178 |
| | MGA 1062190 | MGA 1062206 |
| | MGA 1062212 | MGA 1062225 |
| | MGA 1062317 | MGA 1062318 |
| | MGA 1062376 | |
| | MGA 1062420 | MGA 1062424 |
| | MGA 1062456 | MGA 1062460 |
| | MGA 1062475 | |
| | MGA 1062488 | |
| | MGA 1062489 | |
| | MGA 1062490 | |
| | MGA 1062492 | MGA 1062495 |
| | MGA 1062501 | MGA 1062504 |
| | MGA 1062506 | MGA 1062509 |
| | MGA 1062511 | MGA 1062524 |
| | MGA 1062543 | MGA 1062546 |
| | MGA 1062555 | |
| | MGA 1062556 | MGA 1062562 |
| | MGA 1062658 | |
| | MGA 1062685 | MGA 1062687 |
| | MGA 1062715 | MGA 1062717 |
| | MGA 1062916 | MGA 1062917 |
| | MGA 1062922 | MGA 1062924 |
| | MGA 1063107 | |
| | MGA 1063129 | MGA 1063186 |
| | MGA 1063232 | MGA 1063233 |
| | MGA 1063254 | MGA 1063255 |
| | MGA 1063295 | MGA 1063296 |
| | MGA 1063307 | MGA 1063308 |
| | MGA 1063341 | |
| | MGA 1063376 | MGA 1063377 |
| | MGA 1063380 | MGA 1063381 |

**EXHIBIT 57**
**PAGE 1908**

Exhibit 3

| Description | Dates | |
|---|---|---|
| | MGA 1063385 | MGA 1063387 |
| | MGA 1063350 | MGA 1063391 |
| | MGA 1063418 | MGA 1063419 |
| | MGA 1063431 | MGA 1063441 |
| | MGA 1063495 | |
| | MGA 1063625 | MGA 1063630 |
| | MGA 1063650 | MGA 1063681 |
| | MGA 1063678 | MGA 1063682 |
| | MGA 1063682 | MGA 1063683 |
| | MGA 1063687 | MGA 1063688 |
| | MGA 1063690 | MGA 1063705 |
| | MGA 1063712 | MGA 1063713 |
| | MGA 1063717 | MGA 1063730 |
| | MGA 1063734 | MGA 1063739 |
| | MGA 1063752 | |
| | MGA 1063777 | |
| | MGA 1063782 | |
| | MGA 1063827 | |
| | MGA 1063835 | |
| | MGA 1063850 | MGA 1063851 |
| | MGA 1063652 | MGA 1063981 |
| | MGA 1063988 | MGA 1064000 |
| | MGA 1064003 | MGA 1064007 |
| | MGA 1064010 | MGA 1064011 |
| | MGA 1064040 | MGA 1064041 |
| | MGA 1064049 | MGA 1064050 |
| | MGA 1064078 | MGA 1064079 |
| | MGA 1064063 | MGA 1064085 |
| | MGA 1064085 | |
| | MGA 1064102 | |
| | MGA 1064155 | MGA 1064156 |
| | MGA 1064230 | MGA 1064233 |
| | MGA 1064301 | MGA 1064307 |
| | MGA 1064350 | MGA 1064354 |
| | MGA 1064359 | MGA 1064365 |
| | MGA 1064380 | MGA 1064382 |
| | MGA 1064489 | MGA 1064492 |
| | MGA 1064503 | MGA 1064519 |
| | MGA 1066041 | MGA 1065044 |
| | MGA 1067357 | MGA 1067361 |
| | MGA 1069897 | MGA 1069924 |
| | MGA 1070167 | MGA 1070184 |
| | MGA 1071025 | MGA 1071028 |
| | MGA 1071033 | MGA 1071038 |
| | MGA 1074386 | MGA 1074390 |
| | MGA 1074391 | MGA 1074392 |
| | MGA 1077164 | MGA 1077167 |
| | MGA 1079195 | MGA 1079198 |
| | MGA 1085047 | MGA 1085053 |
| | MGA 1087361 | |
| | MGA 1107390 | MGA 1107392 |
| | MGA 1114362 | MGA 1114363 |
| | MGA 1116021 | MGA 1116030 |
| | MGA 1120301 | |
| | MGA 1133988 | MGA 1133990 |
| | MGA 1133994 | MGA 1133996 |
| | MGA 1134071 | MGA 1134076 |
| | MGA 1134079 | MGA 1134085 |
| | MGA 1144281 | MGA 1144294 |
| | MGA 1313782 | |
| | MGA 1313686 | MGA 1313887 |
| | MGA 1333268 | MGA 1333280 |
| | MGA 1335110 | MGA 1335111 |
| | MGA 1384780 | MGA 1384785 |
| | MGA 1392675 | |
| | MGA 1479097 | MGA 1479098 |
| | MGA 1495522 | MGA 1495549 |
| | MGA 1501416 | |
| | MGA 1506074 | MGA 1506075 |
| | MGA 1514460 | MGA 1514464 |
| | MGA 1516513 | MGA 1516527 |
| | MGA 1517312 | MGA 1517320 |
| | MGA 1517931 | |
| | MGA 1518372 | MGA 1518400 |
| | MGA 1519398 | MGA 1519406 |
| | MGA 1519424 | MGA 1519426 |
| | MGA 1519457 | MGA 1519513 |
| | MGA 1521324 | MGA 1521325 |
| | MGA 1523512 | MGA 1523515 |
| | MGA 1525338 | MGA 1525341 |

**EXHIBIT 57
PAGE 1909**

Exhibit 3

| Description | Bates | |
|---|---|---|
| | MGA 1532912 | |
| | MGA 1542039 | MGA 1542703 |
| | MGA 1542645 | MGA 1542654 |
| | MGA 1542689 | MGA 1542691 |
| | MGA 1544475 | MGA 1544479 |
| | MGA 1544738 | MGA 1544739 |
| | MGA 1544751 | MGA 1544753 |
| | MGA 1544758 | MGA 1544759 |
| | MGA 1544784 | MGA 1544799 |
| | MGA 1544860 | MGA 1544870 |
| | MGA 1545023 | MGA 1545026 |
| | MGA 1545391 | |
| | MGA 1545452 | MGA 1545457 |
| | MGA 1545460 | MGA 1545461 |
| | MGA 1545468 | MGA 1545469 |
| | MGA 1550508 | |
| | MGA 1550511 | MGA 1550512 |
| | MGA 1550528 | MGA 1550529 |
| | MGA 1551818 | MGA 1551825 |
| | MGA 1551849 | MGA 1551855 |
| | MGA 1587106 | MGA 1587109 |
| | MGA 1598913 | MGA 1598919 |
| | MGA 1599009 | MGA 1599010 |
| | MGA 1599187 | MGA 1599189 |
| | MGA 1622227 | |
| | MGA 1625914 | MGA 1625939 |
| | MGA 1626457 | MGA 1626458 |
| | MGA 1628711 | MGA 1628726 |
| | MGA 1629002 | MGA 1629005 |
| | MGA 1629063 | MGA 1629091 |
| | MGA 1629207 | MGA 1629212 |
| | MGA 1629281 | MGA 1629282 |
| | MGA 1629478 | MGA 1629479 |
| | MGA 1629482 | MGA 1629484 |
| | MGA 1629487 | MGA 1629489 |
| | MGA 1635115 | MGA 1635118 |
| | MGA 1635246 | MGA 1635264 |
| | MGA 1635606 | MGA 1635608 |
| | MGA 1635737 | MGA 1635748 |
| | MGA 1635811 | MGA 1635813 |
| | MGA 1638446 | MGA 1638462 |
| | MGA 1638483 | MGA 1638486 |
| | MGA 1643427 | MGA 1643432 |
| | MGA 1649394 | MGA 1649395 |
| | MGA 1660934 | |
| | MGA 1661761 | MGA 1661763 |
| | MGA 1661767 | MGA 1661768 |
| | MGA 1661819 | MGA 1661821 |
| | MGA 1661932 | MGA 1661935 |
| | MGA 1667604 | |
| | MGA 1667719 | |
| | MGA 1676001 | MGA 1676003 |
| | MGA 1752646 | MGA 1752651 |
| | MGA 1762716 | |
| | MGA 1763853 | MGA 1763854 |
| | MGA 1766049 | |
| | MGA 1766078 | MGA 1766079 |
| | MGA 1788276 | |
| | MGA 1821894 | MGA 1821895 |
| | MGA 1828499 | MGA 1828507 |
| | MGA 1839532 | MGA 1839553 |
| | MGA 1898384 | MGA 1898929 |
| | MGA 2054949 | MGA 2054965 |
| | MGA 2055123 | |
| | MGA 2063195 | MGA 2063197 |
| | MGA 2063208 | MGA 2063211 |
| | MGA 2063270 | |
| | MGA 2065108 | |
| | MGA 2069033 | MGA 2069034 |
| | MGA 2069372 | |
| | MGA 2069373 | MGA 2069381 |
| | MGA 2139281 | MGA 2139283 |
| | MGA 2139284 | MGA 2139286 |
| | MGA 2153579 | |
| | MGA 2199012 | MGA 2199079 |
| | MGA 2199080 | MGA 2199091 |
| | MGA 2202139 | MGA 2202146 |
| | MGA 2431977 | MGA 2431980 |
| | MGA 2432352 | MGA 2432357 |
| | MGA 2525522 | MGA 2525523 |

Page 14 of 15

**EXHIBIT 57**
**PAGE 1910**

Exhibit 3

| Description | Bates | |
|---|---|---|
| | MGA 2579277 | MGA 2579279 |
| | MGA 2585587 | |
| | MGA 2588588 | |
| | MGA 2590852 | |
| | MGA 2603878 | MGA 2603883 |
| | MGA 2607948 | MGA 2607949 |
| | MGA 2613585 | MGA 2613586 |
| | MGA 2877074 | MGA 2877078 |
| | MGA 2917182 | |
| | MGA 2917169 | MGA 2917170 |
| | MGA 2917175 | MGA 2917176 |
| | MGA 2917249 | MGA 2917264 |
| | MGA 2917269 | MGA 2917272 |
| | MGA 2924568 | |
| | MGA 2924593 | |
| | MGA 2924615 | |
| | MGA 2924618 | MGA 2924619 |
| | MGA 2924630 | MGA 2924644 |
| | MGA 2924648 | MGA 2924650 |
| | MGA 2924662 | MGA 2924664 |
| | MGA 2924666 | MGA 2924669 |
| | MGA 2924706 | MGA 2924708 |
| | MGA 2924709 | MGA 2924716 |
| | MGA 2924730 | |
| | MGA 2925019 | MGA 2925021 |
| | MGA 2925022 | MGA 2925025 |
| | MGA 2925040 | |
| | MGA 2925413 | MGA 2925417 |
| | MGA 2925453 | MGA 2925454 |
| | MGA 2925455 | MGA 2925456 |
| | MGA 2925577 | MGA 2925647 |
| | MGA 2931672 | MGA 2931673 |
| | MGA 2931749 | |
| | MGA 2935764 | |
| | MGA 2935801 | MGA 2935802 |
| | MGA 2935823 | MGA 2935826 |
| | MGA 2935836 | |
| | MGA 2935882 | |
| | MGA 2936034 | MGA 2936035 |
| | MGA 2936090 | |
| | MGA 2936109 | |
| | MGA 2936131 | MGA 2936132 |
| | MGA 2936137 | MGA 2936140 |
| | MGA 2936191 | MGA 2936192 |
| | MGA 2936203 | |
| | MGA 2936204 | MGA 2936205 |
| | MGA 2936250 | MGA 2936251 |
| | MGA 2936260 | MGA 2936264 |
| | MGA 2936267 | MGA 2936268 |
| | MGA 2936270 | MGA 2936271 |
| | MGA 2936391 | MGA 2936393 |
| | MGA 2937164 | MGA 2937165 |
| | MGA 2948728 | MGA 2948729 |
| | MGA 2999725 | MGA 2999728 |
| | MGA 3187896 | MGA 3187897 |
| | MGA 3168906 | MGA 3168909 |
| | MGA 3169293 | |
| | MGA 3169492 | |
| | MGA 3169493 | |
| | MGA 3169494 | MGA 3169495 |
| | MGA 3169498 | MGA 3169501 |
| | MGA 3185991 | MGA 3185994 |
| | MGA 3188210 | MGA 3188212 |
| | MGA 3188215 | MGA 3188216 |
| | MGA 3199052 | MGA 3199055 |
| | MGA 3208474 | MGA 3208475 |
| | MGA 3209597 | MGA 3209598 |
| | MGA 3210114 | MGA 3210115 |
| | MGA 3227573 | MGA 3227574 |
| | MGA 3474859 | MGA 3474865 |
| | MGA 4033288 | MGA 4033310 |

**EXHIBIT 57
PAGE 1911**

# EXHIBIT 4

EXHIBIT 57
PAGE 1912

Exhibit 4A

Bratz Brand Product Sales by Profit Center
Revenue

| Code | Description | 2001 | 2002 | 2003 | 2004 | 2005 | 2006 | Total |
|---|---|---|---|---|---|---|---|---|
| 100 | Accessories | | $926,559 | $7,344,198 | $8,550,521 | $2,503,176 | $9,659,851 | $24,064,707 |
| 200 | Home Décor | | $96,683 | $3,904,564 | $9,988,782 | $18,153,044 | $17,656,246 | $48,813,319 |
| 300 | Stationary | | $1,435,560 | $4,898,554 | $6,048,614 | $1,677,847 | $1,452,983 | $15,514,758 |
| 400 | Fashion Dolls | $23,068,450 | $123,142,543 | $268,579,845 | $275,698,393 | $224,652,986 | $284,057,194 | $1,209,229,411 |
| 500 | Fashion Dolls Accessories | $1,249,448 | $52,359,419 | $147,267,017 | $95,765,480 | $99,730,811 | $85,828,101 | $482,261,277 |
| 600 | Small/Mini Dolls | $108,733 | $9,826,731 | $47,722,290 | $37,160,924 | $62,207,225 | $57,875,814 | $214,902,717 |
| 700 | Small/Mini Dolls Accessories | | $1,261,162 | $29,720,470 | $34,930,356 | $30,626,348 | $15,815,895 | $112,354,251 |
| 800 | Large Dolls | | | | | $46,618,007 | $53,675,214 | $100,293,221 |
| 900 | Large Dolls Accessories | | | $684,796 | $14,674,300 | $5,741,535 | $3,337,163 | $9,058,668 |
| 1000 | Plush | | $557,701 | $3,399,230 | $8,915,404 | $5,705,902 | $1,131,874 | $22,255,872 |
| 1100 | Games/Puzzles | | | $5,690,853 | $22,342,351 | $10,283,522 | $13,613,206 | $37,309,083 |
| 1500 | Sporting Goods | | | $23,518,418 | $14,191,617 | $16,574,451 | $21,619,799 | $66,227,454 |
| 1600 | Consumer Electronics | | | | | $33,895,391 | $26,974,774 | $98,571,200 |
| 1800 | Consumer Electronics | | $5,445 | $3,383,854 | $9,050,611 | $11,625,420 | $18,576,886 | $41,662,216 |
| | Total Revenue | $24,426,632 | $189,650,823 | $546,654,089 | $530,426,953 | $670,081,087 | $621,307,990 | $2,482,550,154 |

Source: Toehu Exhibit 660, Bates # MGA086S723, -727, -731, -737, -741, -747, -751, -772, -793, -603, -613, -622, -631, -806, -841, -845-846, -648, -851, -855, -859, -801, -864-865
Revenues for Codes 400 and 1000 are approximate as some numbers are illegible

EXHIBIT 57
PAGE 1913

Bratz Brand Product Sales by Profit Center

Exhibit 4A

| Code | Description | 2001 % of Revenue | 2002 % of Revenue | 2003 % of Revenue | 2004 % of Revenue | 2005 % of Revenue | 2006 % of Revenue | Total % of Revenue |
|---|---|---|---|---|---|---|---|---|
| 100 | Accessories | 0.0% | 0.5% | 1.3% | 0.7% | 0.4% | 1.6% | 1.0% |
| 200 | Home Décor | 0.0% | 0.1% | 0.7% | 1.7% | 3.2% | 2.8% | 2.0% |
| 300 | Stationary | 0.0% | 0.8% | 0.9% | 1.1% | 0.3% | 0.2% | 0.6% |
| 400 | Fashion Dolls | 94.4% | 64.9% | 49.1% | 52.0% | 39.4% | 47.3% | 48.7% |
| 500 | Fashion Dolls Accessories | 5.1% | 27.6% | 26.6% | 18.1% | 17.5% | 13.8% | 19.4% |
| 600 | Small/Mini Dolls | 0.4% | 5.2% | 8.7% | 7.0% | 10.9% | 9.3% | 8.7% |
| 700 | Small/Mini Dolls Accessories | 0.0% | 0.7% | 5.4% | 6.6% | 5.4% | 2.5% | 4.5% |
| 800 | Large Dolls | 0.0% | 0.0% | 0.0% | 0.0% | 8.2% | 8.6% | 4.0% |
| 900 | Large Dolls Accessories | 0.0% | 0.0% | 0.1% | 0.0% | 1.0% | 0.5% | 0.4% |
| 1000 | PLUSH | 0.0% | 0.0% | 0.7% | 2.8% | 1.0% | 0.2% | 0.9% |
| 1100 | Games/Puzzles | 0.0% | 0.3% | 1.0% | 1.7% | 1.8% | 2.2% | 1.5% |
| 1600 | Sporting Goods | 0.0% | 0.0% | 0.6% | 4.2% | 2.9% | 3.5% | 2.7% |
| 1600 | Consumer Electronics | 0.0% | 0.0% | 4.3% | 2.7% | 5.9% | 4.3% | 4.0% |
| 1800 | Consumer Electronics | 0.0% | 0.0% | 0.6% | 1.5% | 2.0% | 3.0% | 1.7% |
| | Total | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% |

EXHIBIT 57
PAGE 1914

Exhibit 4B

Bratz Brand Product Sales by Profit Center
Quantity

| Code | Description | 2001 | 2002 | 2003 | 2004 | 2005 | 2006 |
|---|---|---|---|---|---|---|---|
| 100 | Accessories | | 283,229 | 2,723,071 | 1,412,184 | 692,347 | 1,321,067 |
| 200 | Home Décor | | 14,148 | 356,102 | 1,044,623 | 2,035,074 | 2,120,622 |
| 300 | Stationary | | 503,851 | 1,155,637 | 2,401,185 | 1,077,643 | 1,767,205 |
| 400 | Fashion Dolls | 2,695,914 | 13,725,914 | 23,604,543 | 23,350,446 | 23,205,124 | 28,213,640 |
| 500 | Fashion Dolls Accessories | 396,801 | 5,493,330 | 10,684,043 | 6,977,058 | 7,959,217 | 6,355,935 |
| 600 | Small/Mini Dolls | 30,934 | 2,679,197 | 10,229,538 | 8,794,544 | 11,347,338 | 9,637,007 |
| 700 | Small/Mini Dolls Accessories | | 183,981 | 3,373,253 | 3,505,056 | 4,092,317 | 3,065,507 |
| 800 | Large Dolls | | | | | 3,037,253 | 2,915,198 |
| 900 | Large Dolls Accessories | | | | | 627,252 | 280,793 |
| 1000 | Plush | | | 151,680 | 1,868,687 | 802,358 | 330,600 |
| 1100 | Games/Puzzles | | 144,781 | 502,059 | 1,335,327 | 1,396,268 | 2,057,825 |
| 1500 | Sporting Goods | | | 385,761 | 1,144,338 | 993,608 | 1,449,964 |
| 1600 | Consumer Electronics | | | 979,287 | 817,013 | 1,135,415 | 924,255 |
| 1800 | Consumer Electronics | | 540 | 376,096 | 728,600 | 850,858 | 976,681 |
| **Total Quantity** | | 3,123,649 | 23,028,971 | 54,533,070 | 53,379,059 | 59,253,162 | 61,416,299 |

Source: Tonnu Exhibit 660, Bates # MGA0668723, -727, -731, -737, -743, -747, -751, -772, -783, -803, -813, -822, -831, -836, -841, -843-845, -848, -852, -855, -859, -861, -864-865.
Quantities for Codes 400 and 1000 are approximate as some numbers are illegible

EXHIBIT 57
PAGE 1915

**Exhibit 4C**

## Examples of Bratz Brand Products by Profit Center

Source: Tonnu Exhibit 660, Bates # MGA0868723, -731, -743, -751, -793, -813, -831, -841, -843-845, -852, -858, -864
Product examples are not provided for Code 1000, products are illegible

| Code | Description |
|------|-------------|
| 100 | Accessories |
| 254164 | Bratz Tattoos 24 pc Asst. |
| 255567 | Bratz Funky Fashion Denim Watch & Ring |
| 255574 | Bratz Funky Fashion Watch and Ring 6pc Asst |
| 258551 | Bratz Lookin' Cosmetics - Lip Gloss |
| 261087 | Bratz Stylin' Slippers |
| 261148 | Bratz Far-Out Fashion Totes Asst 6pk |
| 261339 | Bratz Keychain Assortment |
| 261551 | Bratz Flash n Dash Sasha Denim Purse |
| 267690 | Bratz Movin' Groovin' Single Foil Pack LenticCards |
| 267713 | Bratz Movin' Groovin' Cards |
| | |
| 200 | Home Décor |
| 100003 | Bratz Designer Inflatable Lounge with Foot Rest |
| 257905 | Dazzlin' Deco Lamp |
| 261094T | Bratz Slumber Pillowcase 6PK Target |
| 265597 | Bratz party Pillow Asst. |
| 267980 | Bratz Sun Kissed Beach Table |
| 269878 | Bratz Neon Hot Clock |
| 270423L | Bratz Lucious Lip Lounge |
| 273950 | Bratz Pillow 6pc Asst. WM PDQ |
| 276067 | Bratz Way Cool Wall Mirror |
| 286301 | Bratz Petz Sofa Sleeperzzzzz |
| | |
| 300 | Stationery |
| 255321 | Bratz Pens Asst |
| 255345 | Bratz Fashion Passion Pen - Yasmin |
| 261001 | Bratz Pens Cloe/Yasmin Asst |
| 261100 | Bratz Activity Slumber Party - Dazzlin' Diary |
| 261306 | Bratz on the Go Organizer |
| 263401 | Bratz Far Out Fashion Calculator |
| 264033 | Bratz Sashay Attache |
| 264040 | Bratz Organize Tote |
| 264088 | Bratz Photo Journal |
| 265436 | Bratz Tote 'n Go Notes |
| | |
| 400 | Fashion Dolls |
| 100768 | Bratz Yasmin Collector Doll $39.99 SRP |
| 101277 | Bratz Ice Champions Dana |
| 101499 | Bratz Winter Fun Pack |
| 101574 | Bratz Kids on Ice Doll - Cloe |
| 102063 | Bratz Play Sportz Dolls |
| 248521GE | Bratz English Asst |
| 248521S | Bratz Doll Asst S'02 |
| 248545G | Bratz Doll Jade International |
| 251590 | Beach Party Bratz Intl Asst |
| 251637F | Bratz Beach Party - Jade (Bandai) |

**EXHIBIT 57**
**PAGE 1916**

**Exhibit 4C**

| 500 | **Fashion Dolls Accessories** |
|---|---|
| 100072B | Bratz Genie Magic Bottle |
| 100539 | Bratz Reduced Generic FFMO 4pc Asst |
| 102236 | Bratz Fashion Pixies Unicorn with Doll |
| 248583 | Bratz Fashion Pack - Study Hall Style |
| 249115I | Bratz Fasion packs Asst Italy · |
| 254072 | Bratz FM Cruiser |
| 254119 | Bratz Fashion Pack F02 Punk n Prep |
| 255215 | Bratz Salon n Spa |
| 255406TT | Bratz Funky Fashion Makeover - Cloe |
| 255420 | Bratz Funky Fashion Makeover - Jade |

| 600 | **Small/Mini Dolls** |
|---|---|
| 100362 | 1st Ever Bratz Babyz Twiins with Hair Fla |
| 101079 | Bratz Babyz on Ice Yasmin |
| 101932 | Bratz Babyz Pampered Pups Dana· |
| 251644W | Micro Bratz Asst Wal-Mart |
| 251651 | Micro Bratz - Sasha |
| 257264 | Lil Bratz Pax Asst |
| 257271 | Lil Bratz Pax Cloe |
| 257288 | Lil Bratz Pax Yasmin |
| 257318F | Lil Bratz Spring Break Dolls Asst |
| 257325 | Lil Bratz Spring Break Cloe |

| 700 | **Small/Mini Dolls Accessories** |
|---|---|
| 257363 | Lil Bratz Beach Bike |
| 257615 | Lil Bratz Loungin' Loft |
| 258414 | Lil Bratz Funky Fashions Furnishings |
| 259022 | Lil Bratz Loungin' Loft Living Room |
| 261384E | Lil Bratz Room Cube 1 |
| 262527 | Lil Bratz Mini Coup |
| 264521I | Lil Bratz Beach Vespa |
| 264787 | Lil Bratz Mall Clothing Store |
| 269106 | Lil Bratz Moto-Bike Silver |
| 269199 | Lil Bratz Convertible Cool Pearl/White |

| 800 | **Large Dolls** |
|---|---|
| 100997I | Bratz Big Babyz on Ice- Vinessa |
| 304044 | Bratz Big Babyz Doll - Cloe |
| 305194 | Bratz Big Babyz Doll 3pc Asst |
| 305225 | Bratz Big Babyz Twiins Roxxi & Phoebe |
| 313045 | Bratz Big Babyz Doll - Flanna |
| 323372 | Bratz Big Babyz Bubble Trouble Doll Pack 3pc Asst |
| 323389 | Bratz Big Babyz Bubble Trouble Doll - Cloe |
| 325154 | Bratz Big Babyz Rock Angelz Asst. |
| 334576 | Bratz Big Babyz Doll Pack Katia |
| 334637 | Bratz Big Babyz The Movie Crazy Karaoke Cloe |

**EXHIBIT 57**
**PAGE 1917**

**Exhibit 4C**

| 900 | **Large Dolls Accessories** |
|---|---|
| 100416 | Bratz Ponyz Stylin' FFMO 4pc Asst |
| 304883 | Bratz Big Babyz Fashion Pack Nighty-Nite |
| 304982 | Bratz Big Babyz Fashion Bag |
| 304999 | Bratz Big Babyz Bubble Blitz Bathtub |
| 305170 | Bratz Big Babyz Fashion Pack 9pc Asst |
| 305170XX1 | Bratz Big Babyz Fashion Packs 6pc Asst INTERNAL |
| 308232 | Bratz Big Babyz Motor-Bike |
| 323426 | Bratz Big Babyz Carrier |
| 330561 | Bratz Big Babyz Motorbike RC with Doll |
| 406044 | Bratz Ponyz Stylin' FFMO Malsie |

| 1100 | **Games/Puzzles** |
|---|---|
| 260875 | Bratz Electric Funk-Instant Messenger-Pk 6/12 |
| 261513 | Bratz Flash n Dash Flair your Hair |
| 261797 | Bratz Design N Style 3pc |
| ·268130 | Bratz Sylin' Dance Mat |
| 280514 | Lil Bratz Puzzle Nazalia |
| 281597 | Lil Bratz Playing Cards Single Deck with Tin |
| 285229 | Bratz Board Game Make me Up! |
| 287070 | Bratz Board Game 6pc Asst |
| 287223 | Lil Bratz Pinball |
| 289647 | Bratz Virtual Buddiez Unkal |

| 1500 | **Sporting Goods** |
|---|---|
| 100225 | Bratz 20" Mountain Bike |
| 101567 | Bratz Fashion Flair 20" Hybrid Cruiser Bike |
| 264217 | Bratz Super Styline Skates Size 2 |
| 264248 | Bratz Lucious Lip Slumber Bag, 2 in 1 |
| 266563 | Bratz Stylin' Scooter |
| 266570 | Bratz Beauty Skateboard w/ strap, 28" |
| 272359 | Bratz Glammin' Guard Gear |
| 272366 | Bratz Rockin' Helmet |
| 280873 | Bratz Totally Hot Helmet |
| 284055 | Bratz Retro Funk Foldable Scooter |

| 1600 | **Consumer Electronics** |
|---|---|
| 257820 | Bratz Funkadelic Fashion Phone |
| 257844 | Bratz CD Player - White |
| 257875 | Bratz Beauty Boom Box |
| 263371 | Bratz Groove Tube TV |
| 265498 | Bratz Stylin' Portable TV Player- Pink |
| 267539 | Bratz Chill-Out Fridge |
| 271543 | Bratz Star Alarm Clock/Radio 6pc Asst |
| 271642 | Bratz Crazy Cool Curling Iron |
| 280309 | Bratz Rock N Go Radio |
| 302858 | Bratz Lips Shower Radio (WT) |

**EXHIBIT 57**
**PAGE 1918**

Exhibit 4C

| | |
|---|---|
| **1800** | **Consumer Electronics** |
| 256700 | Bratz Secret Safe |
| 263166 | Bratz Match Maker Journal Sasha |
| 272205 | Lil Bratz Laptop |
| 275107 | Bratz Electric Funk Microscope |
| 295266 | Bratz Stylin Safe |
| 295532 | Bratz Matchmaker OOH LA LA Matchmaker Journal |
| 302711 | Bratz Speak Spanish - Digital Language Tutor |
| 305729 | Bratz Plugged In FM Wireless Mic |
| 333241 | Bratz Cyber Style Laptop |
| 403210 | Rock Angelz Microphone |

**EXHIBIT 57**
**PAGE 1919**

## PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California.  I am over the age of eighteen years and not a party to the within action; my business address is 865 South Figueroa Street, 10th Floor, Los Angeles, California 90017-2543.

On **February 11, 2008,** I served true copies of the following document(s) described as:

**EXPERT REPORT OF CAROL A. SCOTT**

on the parties in this action as follows:

John W. Keker, Esq.
Michael H. Page, Esq.
Christina M. Anderson, Esq.
**Keker & Van Nest, LLP**
710 Sansome Street
San Francisco, CA 94111
*jkeker@kvn.com*
*mhp@kvn.com*
*canderson@kvn.com*

Thomas J. Nolan
Timothy A. Miller
**Skadden, Arps, Slate, Meageher & Flom LLP**
300 South Grand Ave.,
Suite 3400
Los Angeles, CA 90071
*thomas.nolan@skadden.com*
*timothy.miller@skadden.com*

Mark E. Overland
**Overland Borenstein Scheper & Kim LLP**
300 South Grand Ave.
Suite 2750
Los Angeles, CA 90071
*moverland@obsklaw.com*

**BY ELECTRONIC MAIL TRANSMISSION:**  By electronic mail transmission from tamarbuchakjian@quinnemanuel.com on February 11, 2008, by transmitting a PDF format copy of such document(s) to each such person at the e-mail address listed below their address(es).  The document(s) was/were transmitted by electronic transmission and such transmission was reported as complete and without error.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on February 11, 2008, at Los Angeles, California.

Tamar Buchakjian

**EXHIBIT 57**
**PAGE 1920**

07975/2338347.1

-2-

Case No. CV 04-9049 SGL (RNBx)
PROOFS OF SERVICE