QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with Case No. CV 04-09059 and Case No. CV 05-2727<br><br>DECLARATION OF B. DYLAN PROCTOR IN SUPPORT OF MATTEL, INC.'S REPLY IN SUPPORT OF ITS MOTION FOR ORDER COMPELLING PRODUCTION OF COMMUNICATIONS AS TO WHICH MGA HAS WAIVED THE ATTORNEY-CLIENT PRIVILEGE<br><br>**Phase 1**<br>Pre-Trial Conference: May 19, 2008<br>Trial Date:            May 27, 2008 |

07209/2558364.1

DECLARATION OF B. DYLAN PROCTOR

## DECLARATION OF B. DYLAN PROCTOR

I, B. Dylan Proctor, declare as follows:

1. I am a member of the bar of the State of California, admitted to practice in the Central District of California and elsewhere, and a partner at Quinn Emanuel Urquhart Oliver & Hedges, LLP, attorneys for Mattel, Inc. ("Mattel"). Except where otherwise indicated, I make this declaration of personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify competently thereto.

2. Attached as **Exhibit A** hereto is a true and correct copy of an excerpt from the hearing transcript in the above-captioned case, dated June 2, 2008.

3. Attached as **Exhibit B** hereto is a true and correct copy of MGA's Opposition to Motion to Compel Production of Draft Illustrations, dated December 18, 2007.

4. Attached as **Exhibit C** hereto is a true and correct copy of an excerpt from a hearing transcript in the above-captioned case, dated May 22, 2008.

5. Attached **as Exhibit D** hereto is a true and correct copy of excerpts from Mattel, Inc.'s Second Amended Answer and Counterclaims, dated July 12, 2007.

6. Attached **as Exhibit E** hereto is a true and correct copy of excerpts from Mattel, Inc.'s Second Amended Proposed Jury Instructions, dated June 27, 2008.

/
/
/
/
/

07209/2558364.1

DECLARATION OF B. DYLAN PROCTOR

7. Attached as **Exhibit F** is a true and correct copy of Trial Exhibit 25, the Bryant-Mattel Inventions Agreement, dated January 4, 1999.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this Declaration was executed on July 1, 2008 at Los Angeles, California.

_____
B. Dylan Proctor