**EXHIBIT 58**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>Hon. Stephen G. Larson<br><br>EXPERT REPORT OF LEE LOETZ |

<u>**CONFIDENTIAL -- ATTORNEY'S EYES ONLY**</u>

EXHIBIT ___

PAGE ___

EXHIBIT 58
PAGE 1921

## EXPERT REPORT OF LEE LOETZ

### I.   Qualifications

I have worked in the Toy Industry for twelve years.  Spending the first ten years of my career at Disney Consumer Products, I was trained by experienced world renowned Disney master artists and animators.  Educated by these artists on how to draw and design characters to the highest possible level of commercial artistry, I reached a level that enabled me to become a recognized Disney artist (reaching the level of Art Director), and product designer in the toy industry.  My artwork and designs have been used on thousands of Disney three dimensional products and books, across all brands from Disney Princess to Mickey Mouse.

During my career at Disney, because of my facility in working with drawings that were to become three dimensional products, I became the go to artist when dealing with sculptors.  I have reviewed thousands of toy sculpts across all categories, and given hands on direction, and sculpt corrections to numerous toy sculptors in the U.S. and Asia.

While at Disney I also became a recognized expert on drawing and character design.  I have mentored many artists, and taught several in house art classes.  As a teacher I have taught Character design and drawings seminars at Art Center in Pasadena, and Otis School of Design in El Segundo.

In the last two years as a design consultant, I have worked for industry leaders across all toy categories including fashion dolls.  My artwork and designs have been implemented in countless toys and children's products.

As a student I studied art, life drawing, animal drawing, comparative anatomy, and character drawing from top experts in the field such as Glenn Vilpuu and Kevin Johnson.

- 1 -

EXHIBIT

PAGE

**EXHIBIT 58**
**PAGE 1922**

I took intensive character design and drawing classes at the Animation Union in North

Hollywood, California for five years from working professional artists. For two years I studied

at the California Institute of the Arts in Valencia, CA. While at Cal Arts my focus was in

character design and life drawing (with an emphasis on anatomy).

A copy of my resume is attached to this report. I am being compensated at the rate of

$100 for my time in this matter. I have not testified as an expert witness at trial or in deposition

in the proceeding four years and have not authored any publications within the preceding 10

years.

## II.    Materials Reviewed and Exhibits

In addition to the items referred to below, the materials I have reviewed or relied upon in

connection with this report are listed in Exhibit 1 to this report. Exhibits that I have prepared

and that may be used as a summary of or support for my opinions are attached hereto. I reserve

the right to prepare additional exhibits that may be used as a summary or support for my

opinions.

## III.    Opinions

Based upon my expertise as a designer, and based upon drawings by Carter Bryant and

the first wave of Bratz dolls, I have come to the conclusion that the drawings are in essence the

dolls in two dimensional form and the dolls are based on Carter Bryant's drawings. For a

designer, a drawing is his or her way to record and communicate his idea. When a designer has a

concept he or she sketches it out. Drawings are the language of designers. The Bratz concept

communicated in these first drawings was to have dolls with sultry looking faces and a funky

urban style, on proportionally shorter curvy bodies, with big heads and feet. The drawings and

EXHIBIT

PAGE

**EXHIBIT 58**
**PAGE 1923**

the dolls lead me, in my expert opinion, to conclude that the dolls are a faithful execution of the drawings, including in proportion, style, posing, and face design. I discuss each below.

## PROPORTION

When designing a new toy/character, especially a toy which is human in appearance, the measurements of body proportions is a key factor in distinguishing one design from another. The body proportions of Carter Bryant's drawings are virtually identical to the dolls.

While drawing or sculpting a human figure, even a stylized figure, the artist uses major body landmarks to help him or her put body parts in their correct place to achieve the desired result. Some of these landmarks are, for example, the chin, shoulders, chest, waist, crotch, knees and ankles. The placement of these anatomical landmarks in a design is no accident. In art school, the artist is taught these surface anatomical landmarks in comparison based on age and gender in life drawing classes. As the human body grows from child to adult, the body proportions lengthen from top to bottom. A designer is taught that by manipulating body proportions a design could look older or younger.

Carter Bryant's drawings had heads and faces that looked sultry in their features and style, with proportionally shorter bodies than traditional fashion dolls. To get this across in a sculpt, the drawings had to be followed closely.

In exhibit #37, I have placed side by side a picture of a first wave Bratz doll unclothed next to a front sculpt drawing done by Carter Bryant. This comparison shows the major anatomical landmarks line up on a horizontal plane. As between the drawing and the doll, the chins, shoulders, chests, waists, crotch, knees, and ankles line up on a horizontal plane. In addition, this side-by-side comparison #37 shows that on the arms, the elbows and wrists between of the drawing and doll line up. These alignments are too numerous to be coincidental.

- 3 -

EXHIBIT

PAGE

**EXHIBIT 58**
**PAGE 1924**

Exhibit #2, which is another side by side comparison of a first wave doll and one Carter Bryant's drawings from a three quarter view, shows how the identical nature of the dolls and drawings work even when the character is posed in a different way and viewed from an alternate angle. This view also demonstrates that the doll closely followed the curves of the drawing.

This is a telling comparison. To reiterate, the placement of anatomical measuring points is an important tool in a designer's language. They are not carelessly placed in designs. To have all of these major body landmarks line up shows that the sculptor used the drawings as a direct reference in completing the dolls. No sculptor would "happen" upon these, because they are not just similar. From a design perspective, they are the virtually same. The sculptor used these drawings as a guide while sculpting this design, which is a proportionally large head on a smaller body. In point of fact, this is the industry standard for sculptors, and they are judged on their ability to accurately execute drawings.

## POSING

In Carter Bryant's sketches, the Bratz figures are posed in an unusual way, which denoted their knowing urban, hip, attitude. The Bratz characters have an angular waist pose with knock-knees, pigeon toes, and hands upturned at the wrist. Although it is difficult to exactly reproduce a sketched pose in three-dimensional doll that is supposed to have the ability to have its clothes removed and changed, the final dolls match to a remarkable degree the poses in Carter Bryant's concept sketches. Exhibits #5, #4, #7, #9, and #16 show how the dolls match the attitude and look of the concept drawings when posed. The dolls were made to be posed in this way. Because of the removable feet, the shoes can be rotated inwards to imitate the pigeon toed style in the illustrations. Especially in exhibit # 10 we can see a direct comparison. The particular

- 4 -

upturned hands at the wrists evident in Carter Bryant's drawings was faithfully executed in the three dimensional Bratz dolls.

## FACE DESIGN

The Bratz dolls faithfully executed the face design of Carter Bryant's drawings to a remarkable extent. This includes the eyes, hair, lips, and makeup design in the drawings. Also the proportional placement of these features on the faces of the drawings and dolls match to an exceptional degree. The culmination of these facial features defined the sultry look of the Bratz dolls, which is the same in both the drawings and the dolls.

The proportional placement of features on the face of a doll design are a key factor in how that design develops its own look. To vary the placement of features on a face is to change who the character will be. Think of the compressed features of a cute baby, and then think of the elongated features in a traditional "evil witch" character face. There are endless variations in between. Carter Bryant gave the Bratz designs compacted features in his drawings to create a pleasing attractive look. In exhibit #6, I have placed the doll face next to the face of one of Carter Bryant's sketches. This side-by-side comparison shows the eyes, nose, lips, and nose all fall on the same horizontal plane. This does not happen by chance. The sculptor used the drawings as direct reference, which she accurately matched.

Referencing exhibits #21, #17, #24, #19, and # 17, the parallel in feature placement also is remarkable from a three quarter view. The eyes are a similar distance apart. The eyebrows are a similar distance apart. The cheek color application is in the same place. The faces have a similar shape, from the brow down to indenture of the eye socket, to the outward curve of the cheek. In exhibit #17, we can see that the moles are even in the same location on the face. And

EXHIBIT

PAGE

**EXHIBIT 58**
**PAGE 1926**

lastly the faces have a similar length and width. The face sculpt is a faithful execution of the drawing.

The Bratz sketches were drawn with oversized almond shaped eyes, with heavy lids, outlined with makeup lines. In exhibits #20, and #22, we can see that the eyes of Carter Bryant's drawing and the eyes of the dolls share the almond shape, which is angled upward at its outside edge. Exhibit #18 shows how the pupils are placed in a similar location on the horizontal as well as vertical plane. The fact that in both the doll and the drawing the pupils are fifty percent covered by the eyelid is especially noteworthy. This confirms that the dolls were an execution of the drawings, because this is not a detail that would be coincidentally the same.

There are multiple other details about the eyes of the drawings, which were faithfully executed in the dolls. The eyebrows in exhibit #20 are accurately rendered from the drawing to the doll. The eyebrows of both share the same distance from the eye, and the same angular shape.

The makeup on the eyes in Carter Bryant's drawings was meticulously executed on the doll. In exhibit #20, we can see that there are three eyelashes on the eye in the drawing, and three eyelashes on the doll eye. Exhibit #22 shows that there are similarities in placement and design of the eye makeup. Exhibit #24 displays the similarity of eyeliner design in its painterly thickness and sweeping upward curves. The eye makeup style and design, which may be difficult to quantify with a measurement, is exceptional in correlation from drawing to doll. The various colors of makeup and the placement, size and shape of the makeup applications gives the look of a girl who has too much eye makeup on. This overly made up style is executed from drawing to sculpt. The face painter executed Carter Bryant's drawings for the face paint, as is

- 6 -

EXHIBIT __

PAGE __

**EXHIBIT 58
PAGE 1927**

the industry standard for face painters. They are judged professionally on their ability to recreate in three dimensions the design in a flat sketch.

Exhibits #24, #22, #20, #18, and #8 show the shape and relative size of the lips of the dolls were a faithful rendering from Carter Bryant's drawings. Both have large over inflated lips with the widest portion being in the middle of the lips. Additionally the shapes of the lips are alike. The lower curve of the bottom lip is a full even curve from one corner of the mouth to the other. The top curve of the upper lips resembles more of a hill like line quickly rising from one corner to a height in the middle then quickly descending to the opposite corner of the mouth. These two opposing curves taken together create the lips. In the dolls, this design was accurately executed from the drawings. Exhibit #23 also shows the noticeable correlation in makeup style on the lips. The glossy lips with a dark distinctive outline are apparent on both doll and drawing. The lips are essentially the same in Carter Bryant's drawings and the dolls.

Hair styling is also shared in both Carter Bryant's drawings and the dolls, as shown in exhibits #23, #19, #17. Exhibit #17 shows similar braided hairstyles on a dark haired Bratz character. Exhibit #19 shows pigtailed hairstyles with the same length bangs on a dark haired character.

From the proportional sizing of the face, feature placement on the face, the size and shape of the eyes, to the makeup and hairstyles, the faces of the dolls are a faithful rendition of the drawings. Any artist or character designer knows that the face is the most important thing in developing an original look. All of the parallels between the drawings and doll faces are not coincidental, but the result of executing the drawings in the dolls.

-7-

EXHIBIT 58
PAGE 1928

## STYLE

The Bratz drawings incorporated a trendy, younger urban style in the fashions. The clothes in the drawings were more colorful, more flared, more decorative in patterns, and more revealing. Cropped shirts, and layered tops are among the fashions. This urban funky styling evident in the drawings is not defined by any one piece of clothing. It is a style that creates an attitude of funky youthful freshness, which can be carried through in endless specific clothing variations. Having said that, the first wave of Bratz doll fashions and style were faithfully executed from Carter Bryant's concept sketches in detail.

Side by side comparisons of the concept drawings and dolls demonstrate the closeness of the fashions. Exhibits #4 and #5 show that the urban fashions of short skirts, layered tops, high heeled shoes in the drawings were followed in manufacturing the dolls. Comparisons in exhibit #26 show how the pants of the dolls and drawings share the same flared style with wide cuffs and striped details. In exhibit #29, we can see similar denim skirts. Exhibit #25 shows similar floral pattern shirt, with similar style and length denim skirt. A shared knit hat style between drawing and doll is visible in exhibit #28. Exhibit #30 shows similar striped shirts. In exhibit #10 we can see that the doll and drawing both have layered and cropped shirts. All of these style correlations show how the Bratz drawings directly led to the dolls.

The Bratz accessories also were more youthful and funky in style, especially in the use of colorful backpacks and bags. In exhibit #27 we can see several times over that the bags in the drawings were executed in the final doll fashion bags.

In exhibits #7, #13, and #16, we can see the resemblances between the graphics on the fashions in the drawings, and the final fashion graphics for the dolls. A kitten on a cropped t-shirt, and a bunny on a backpack.

- 8 -

EXHIBIT ___

PAGE ___

**EXHIBIT 58
PAGE 1929**

Similarity in shoe detail is shown in exhibits #10, #11, #12, #14, and # 15. These include sneaker style and design, high heels, open toes, and belt straps. One consistent feature in both the drawings and dolls is the use of high heels on the shoes.

The shoe fashions show other shared elements. The oversized nature of the shoes/feet to the rest of the body is a feature in common between the drawings and dolls. In exhibit #3, the oversized proportional nature of the shoes/feet are closely followed from the drawings to the dolls. In addition, as exhibit #9 demonstrates, the fact that the shoes are removable at the ankle of the doll illustrates that the drawings were accurately executed.

It is the industry standard when creating a new toy, especially an original human based doll, to have the originating artist draw sketches which are given to the sculptor and painters to execute in three dimensions. Anatomical proportions and landmark placements, facial features and designs, fashions, hairstyles, paint designs, and figure posing are all tools in the designer's toolbox which he uses to create a doll. Face painters and sculptors study for years to recreate the style and design inherent in a sketch. Their professional reputations are staked on this ability. Carter Bryant's drawings were more that just a "starting point" – they were executed in the dolls, including in their details. Why else hire Carter Bryant to oversee the creative execution of his concept? As Carter Bryant said in his deposition, creatively the best way for him "to communicate was through drawing" (VOL. III sheet 21 page 578). His drawings were used to communicate the look of the Bratz dolls, which were a faithful execution of Carter Bryant's drawings. In fact, of the many hundreds of projects I have seen go from drawings to three dimensional form, the first wave Bratz dolls represent one of the most faithful executions of the drawings.

EXHIBIT __

PAGE

**EXHIBIT 58
PAGE 1930**

In addition, I have also examined dolls and/or images of the later waves of the Bratz dolls. (A list by product number of the dolls and/or doll images I have reviewed is included in Exhibit 1.)  The later waves of the dolls also appear to be based on Carter Bryant's concept drawings and the first wave of the dolls.  The later waves of Bratz dolls show the same body proportions, the same basic posing and posability.  The faces also are similarly rendered in the later waves of dolls.  The facial features are still proportionately located in the same places as before.  The almond shaped eyes are the same size, and still have the heavy make-up style.  The lips are the same basic shape and size.  The hairstyles and accessories have the same funky urban feel.  This is to be expected.  In the toy industry, when a company has a successful toy, it attempts to continue the initial success with succeeding waves of the toy.  There is a visual consistency from Carter Bryant's sketches, to the first wave of dolls, up through the later waves of Bratz dolls.

February 11, 2008

Lee Loetz

- 10 -

EXHIBIT

PAGE

**EXHIBIT 58**
**PAGE 1931**

## LEE LOETZ

### RESUME

**Owner Popfly Design, Burbank CA**                         **May 2006 to current**

Developed new toy designs and initiatives for Toy industry leaders such as Playmates Toys, Fisher Price, Spin Master, CDI, and Disney.

Consulted on toy product lines in varied market segments from Girls Fashion Dolls, Activity Toys, Action Figures, Vehicles, Girls Role Play items, and Infant Preschool figures and playsets.

**Walt Disney Company, Burbank, CA**                         **August 1995 to May 2006**
**Consumer Products Division**

**Director Toy Design for New Business Models** (May 2004 to May 2006)

- **Disney World Toy Program-** Developed a complete line of IPS plastic toys for emerging markets around the world. Created new international brand look for Winnie the Pooh, and Mickey Mouse toys. Selected vendors, and distributors in Asia. Market research on price points and play patterns for Eastern Europe, South America, and Asia.

- Worked closely with Sales, Marketing, and New Business Model teams to develop a new supply chain management system for Disney Consumer Products World Toy Program.

- Personally made sales presentations at New York, Nuremburg, and Hong Kong Toy Fairs to international and domestic, distributors and retailers.

- Awarded new feature patent for Disney Shape Steppers preschool figures for World Toy Line.

**Senior Manager Toy Design** (August 2003 to May 2004)

- **Direct Source Plush Program-** Developed full line of plush, and juvenile products for Disney's new Direct Source business model. Partnered with sourcing agent Li and Fung to create quality, and high margin items.

- On site sales presentations to Wal Mart, Target, Kmart, Kaybee, TRU, and Sears.

- Responsible for innovation, safety, and creative content for whole of Disney Direct business.

- Developed new creative content for toy programs such as Disney Fairies.

EXHIBIT

PAGE ___

**EXHIBIT 58**
**PAGE 1932**

**Toy Design Manager** (October 2000 to August 2003)

- Worked closely with internal marketing team to develop and implement global strategic plan for Disney toys, and to develop creative content for retail merchandising and advertising programs.

- Responsible for creating new design initiatives for the following Disney global brands ESPN, X-Games, Disney Princesses, Mickey Mouse, and Winnie the Pooh.

- Lead manager in licensee discussions and product development decisions. Helped to ensure design, marketing, costing, and scheduling objectives are met for over 20 toy companies, including: Mattel, Hasbro, LEGO, Megablocks, Veriflex, Applause, and TOMY, and Neurosmith.

**Character Art Supervisor** (August 1995 to October 2000)

- Partnered and worked closely with major toy, gift, and stationary licensees in the design and development of Disney's core consumer brands, Mickey Mouse, Winnie the Pooh, and Disney Princess. Licensees included: Mattel, Hasbro, Little Tikes, Applause, Hallmark Cards, and Gund.

- Reviewed and corrected the aesthetics of licensee product submissions from concept through production. Responsible for ensuring the character integration, and overall creative strategy on approval submissions.

- Directed and trained art team in the development character art style guides, and revisions on product.

- Participated in licensee brainstorms for development if new product lines.

- Created new artwork, and concepts for product ideas upon licensee's request.

## EXTRACURRICULAR PROFESSIONAL EXPERIENCE

**Otis school of Design,** El Segundo, CA          **Spring/Winter 2002 to current**

**Teacher of Toy Design**

- Developed curriculum and class content including an overview of the toy industry, toy design principles, and engineering and manufacturing limitations.

- Taught highly focused character design classes for Senior level Toy Design students.

**Art Center College of Design**, Pasadena, CA                Spring/Winter 2000

**Teacher of Toy Design**

- Presented weekly lectures on different toy categories and associated play patterns, as well as the design and presentation of concepts.

- Encouraged students to develop skills in brainstorming, concept and play pattern development, and overall illustration techniques.

**Freelance**

- Illustrated children's books for Disney publishing, and personal projects.

- Developed new characters, and properties for children's television shows.

## EDUCATION

**Cal Arts**, Valencia, CA                    September 1993 to June 1994
Animation Program With a focus on Character Design.

**University of California, Davis**, Davis, CA        June 1987 to December 1990
Bachelor of Arts, Political Science

EXHIBIT _

PAGE ___

**EXHIBIT 58**
**PAGE 1934**

## PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California.  I am over the age of eighteen years and not a party to the within action; my business address is 865 South Figueroa Street, 10th Floor, Los Angeles, California 90017-2543.

On **February 11, 2008,** I served true copies of the following document(s) described as:

**EXPERT REPORT OF LEE LOETZ (without exhibits)**

on the parties in this action as follows:

John W. Keker, Esq.
Michael H. Page, Esq.
Christina M. Anderson, Esq.
**Keker & Van Nest, LLP**
710 Sansome Street
San Francisco, CA 94111
*jkeker@kvn.com*
*mhp@kvn.com*
*canderson@kvn.com*

Thomas J. Nolan
Timothy A. Miller
**Skadden, Arps, Slate, Meageher & Flom LLP**
300 South Grand Ave.,
Suite 3400
Los Angeles, CA 90071
*thomas.nolan@skadden.com*
*timothy.miller@skadden.com*

Mark E. Overland
**Overland Borenstein Scheper & Kim LLP**
300 South Grand Ave.
Suite 2750
Los Angeles, CA 90071
*moverland@obsklaw.com*

**BY ELECTRONIC MAIL TRANSMISSION:**  By electronic mail transmission from tamarbuchakjian@quinnemanuel.com on February 11, 2008, by transmitting a PDF format copy of such document(s) to each such person at the e-mail address listed below their address(es).  The document(s) was/were transmitted by electronic transmission and such transmission was reported as complete and without error.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on February 11, 2008, at Los Angeles, California.

Tamar Buchakjian

07975/2338347.1

EXHIBIT

PAGE

-2-

Case No. CV 04-9049 SGL (RNBx)
PROOFS OF SERVICE

**EXHIBIT 58**
**PAGE 1935**

## Exhibit 1

### Documents Considered in Forming Opinions

Deposition of Margaret Leahy taken on December 12, 2007 (and exhibits thereto)

Deposition of Carter Bryant taken on November 4, 5 and 8, 2004

MGA's Responses to Mattel, Inc.'s Amended Supplemental Interrogatory Regarding Defendants' Affirmative Defenses, dated January 7, 2008

Documents numbered:

M 0059698 - M 0059761
Bryant 00196
Bryant 00198
Bryant 00202
Bryant 00277
Bryant 00278
Bryant 00290
Bryant 00301
Bryant 01118
Bryant 01246
Bryant 01247
Bryant 00220
Bryant 00222
Bryant 00223
Bryant 00224
Bryant 00226
Bryant 00227
Bryant 00229
Bryant 00230
Bryant 00231
Bryant 00233
Bryant 00234
Bryant 00105
Bryant 00193
Bryant 00194
Bryant 00197
Bryant 00199
Bryant 00200
Bryant 00201
Bryant 00203
Bryant 00204
Bryant 00205
Bryant 00206
Bryant 00207

EXHIBIT 58
PAGE 1936

Bryant 00208
Bryant 00209
Bryant 00210
Bryant 00212
Bryant 00213
Bryant 01243
SABW-M 00428

Photographs of certain original Carter Bryant drawings listed above (no bates numbers)

**Bratz dolls and/or images of Bratz dolls with the following Product Numbers:**

| PRODUCT | PRODUCT DESCRIPTION | PRODUCT NUMBER |
|---|---|---|
| Adventure Girlz | Sasha Doll | 352327 |
| Adventure Girlz | Jade Doll | 343691 |
| Adventure Girlz | Yasmin Doll | 343684 |
| Adventure Girlz | Cloe Doll | 343677 |
| Back to School | Phoebe Doll | 337959 |
| Back to School | Cloe Doll | 337942 |
| Beach Party | Jade | 254287 |
| Back to School | Yasmin | 337935 |
| Birthday | Sasha | 354727 |
| Birthday | Sasha Doll | 352310 |
| Birthday | Meygan Doll | 343646 |
| Birthday | Yasmin Doll | 343639 |
| Birthday | Cloe Doll | 343622 |
| Birthday | Jade Doll | 313496 |
| Birthday | Yasmin Doll | 313489 |
| Birthday | Cloe Doll | 313472 |

- 2 -

EXHIBIT 58
PAGE 1937

| | | |
|---|---|---:|
| Birthday Bash | Sasha | 303558 |
| Birthday Bash | Phoebe Doll | 303541 |
| Birthday Bash | Cloe Doll | 303534 |
| Birthday Bash | Yasmin Doll | 303527 |
| Blind Date | Jade Doll | 277927P |
| Blind Date | Cloe Doll | 277903P |
| Bratz | Yasmin | Asst# 248521 # 248569 |
| Bratz | Cloe | Asst# 248521 # 248538 |
| Bratz | Sasha | Asst# 248521 # 248569 |
| Bratz | Jade | Asst# 248521 # 248545 |
| Bratz | Jade | 248545 |
| Bratz | Sasha | 250517 |
| Bratz | Sasha | 248552 |
| Bratz Babyz Sitter | Alicia, Lana Dolls | 334224 |
| Bratz the Movie | Jade | N/A |
| Bratz the Movie | Bratz Doll | MGA 3772193 |
| Bratz the Movie | Bratz Doll | MGA 3772098 |
| Bratz the Movie | Jade | 358435 |
| Twiins | Twins/Nona | 300328 |
| Bratz World Collector's Edition | Kumi | 277798 |
| Bratz World Collector's Edition | Kumi | 283898 |
| Campfire | Felicia Doll | 306054 |
| Campfire | Dana Doll | 306047 |
| Campfire | Yasmin Doll | 306030 |

- 3 -

EXHIBIT 58
PAGE 1938

| | | |
|---|---|---|
| Campfire | Phoebe Doll | 306023 |
| Campfire | Cloe Doll | 306016 |
| Costume Party | Lela | 333746 |
| Costume Party | Yasmin | 333739 |
| Costume Party | Yasmin/costume pty | 354611 |
| Design Your Own | Cloe | 324720 |
| Design Your Own | Yasmin | 324737 |
| Dynamite | Nevra | 303473 |
| Dynamite | Cloe | 303466 |
| Dynamite | | 303840 |
| Exclusive Limited Collector's Edition | Meygan Doll | 304142 |
| Exclusive Limited Collector's Edition | Cloe Doll | 277958 |
| Exclusive Limited Collector's Edition | Yasmin Doll | 26060 |
| Feeling Pretty | Sasha Doll | 313328 |
| Feeling Pretty | Dana Doll | 313311 |
| Feeling Pretty | Cloe Doll | 313281 |
| Flashback Fever | Sasha Doll | 283782 |
| Flashback Fever | Fiann Doll | 277705 |
| Flashback Fever | Jade Doll | 277699 |
| Flashback Fever | Yasmin Doll | 277682 |
| Flashback Fever | Cloe Doll | 277675 |
| Forever Diamondz | Sharidan Doll | 334118 |
| Forever Diamondz | Jade Doll | 334101 |
| Forever Diamondz | Yasmin Doll | 334095 |

- 4 -

EXHIBIT 58
PAGE 1939

| Forever Diamondz | Cloe Doll | 334088 |
|---|---|---|
| Forever Diamondz | Sasha Doll | 333944 |
| Forever Diamondz Micro Bratz | Sharidan | 100515 |
| Forever Diamondz Micro Bratz | Cloe | 100478 |
| Formal Funk | Jade | 260431 |
| Formal Funk | Dana | 260424 |
| Formal Funk | Cloe Doll with Accessories | 260400 |
| Formal Funk Limited Edition | Sasha Doll | 260448 |
| Formal Funk Limited Edition | Jade Doll | 260431 |
| Formal Funk Limited Edition | Yasmin Doll | 260417 |
| Formal Funk Runway Disco | | 257790 |
| Funk N Glow | Dana Doll | 267133 |
| Funk N Glow | Sasha Doll | 264439 |
| Funk N Glow | Jade Doll | 264415 |
| Funk N Glow | Yasmin Doll | 264408 |
| Funk N Glow | Cloe Doll | 264392 |
| Funk N Glow | Sasha Doll | 255505 |
| Funk N Glow | Meygan Doll | 255499 |
| Funk N Glow | Jade Doll | 255482 |
| Funk N Glow | Yasmin Doll | 255475 |
| Funk N Glow | Cloe Doll | 255468 |
| Funk Out Fashion Collection | Yasmin Doll | 269397 |
| Funk Out Fashion Collection | Fianna | 273394 |

- 5 -

EXHIBIT 58
PAGE 1940

| | | |
|---|---|---|
| Funk Out Fashion Collection | Nevra Doll | 273387 |
| Funk Out Fashion Collection | Sasha Doll | 269427 |
| Funk Out Fashion Collection | Dana Doll | 269410 |
| Funk Out Fashion Collection | Jade Doll | 269403 |
| Funk Out Fashion Collection | Cloe | 257219 |
| Genie Magic | Sasha Doll | 313601 |
| Genie Magic | Meygan Doll | 313595 |
| Genie Magic | Cloe Doll | 313588 |
| Genie Magic | Jade Doll | 313571 |
| Genic Magic | Yasmin Doll | 313564 |
| Girlfriendz | Cloe Doll | 405160 |
| Girlfriendz | Phoebe | 408771 |
| Girlfriendz | Sasha/girlfriendz | 408888 |
| Girls Night Out | Sasha Doll | 269687 |
| Girls Night Out | Dana Doll | 269670 |
| Girls Night Out | Jade Doll | 269663 |
| Girls Night Out | Yasmin Doll | 269656 |
| Girls Night Out | Cloe Doll | 269649 |
| Holiday | Trinity Doll | 334200 |
| Hollywood Style | Phoebe Doll | 321712 |
| Hollywood Style | Yasmin Doll | 321705 |
| Hollywood Style | Dana | 312192 |
| Hollywood Style | Cloe | 312185 |

EXHIBIT 58
PAGE 1941

| | | |
|---|---|---|
| Hollywood Style | Cloe | 297086 |
| Hot Summer Dayz | Sasha | 348849 |
| Hot Summer Dayz | Jade | 348832 |
| Hot Summer Dayz | Yasmin | 348825 |
| Hot Summer Dayz | Cloe | 348818 |
| I Candy | Phoebe Doll | 291930 |
| I Candy | Yasmin | 291909 |
| I-Candy | Cloe | 291893 |
| Ice Champions | Maribel Doll- RC Skating Rink | 528766250 |
| Ice Champions | Vinessa Doll | 334149 |
| Ice Champions | Dana Doll | 334132 |
| Ice Champions | Yasmin Doll | 334125 |
| Lil Bratz | Nightime Style | 278221 |
| Live in Concert | Dana | 291985 |
| Live in Concert | Jade Doll | 297048 |
| Live in Concert | Nevra/Live in concert | 297031 |
| Live in Concert | Sasha Doll | 291978 |
| Live in Concert | Yasmin Doll | 291961 |
| Live in Concert | Cloe/Live in concert | 291954 |
| Magic Hair | Sasha  Doll | 352297 |
| Magic Hair | Jade Doll | 343738 |
| Magic Hair | Yasmin Doll | 343721 |
| Magic Hair | Cloe Doll | 343714 |
| Midnight Dance | Meygan | 303671 |

- 7 -

EXHIBIT 58
PAGE 1942

| Midnight Dance | Megyan Doll | 303664 |
|---|---|---|
| Midnight Dance | Yasmin Doll | 303657 |
| Motorcycle Style | Motorcycle style | 272977 |
| Motorcycle Style | | 272960 |
| Motorcycle Style | Cloe Doll | 271444 |
| Motorcycle Style | | 271345 |
| Nighttime Style | Lil Bratz | 278221 |
| Nighty Nite Collection | Sasha Doll | 277507 |
| Nighty Nite Collection | Yasmin Doll | 277491 |
| Nighty Nite Collection | Jade Doll | 277484 |
| Nighty Nite Collection | Yasmin Doll | 277477 |
| Nighty Nite Collection | Fianna | 277491 |
| Nighty Nite Collection | Cloe Doll | 277460 |
| Ooh La La | Kumi Doll | 303978 |
| Ooh La La | Dana Doll | 303961 |
| Ooh La La | Cloe Doll | 303954 |
| Pampered Pupz | Cloe/Pampered pups | 343585 |
| Passion 4 Fashion | Cloe | 354741 |
| Passion 4 Fashion | Sasha | 341246 |
| Passion 4 Fashion | Jade Doll | 341239 |
| Passion 4 Fashion | Cloe Doll | 341215 |
| Passion 4 Fashion | Cloe | 341222 |
| Passion 4 Fashion | Cloe Doll | 333814 |
| Passion 4 Fashion | Yasmin Doll | 333807 |

EXHIBIT 58
PAGE 1943

| | | |
|---|---|---|
| Passion 4 Fashion | Sasha | 333821 |
| Passion 4 Fashion | Jade | 333838 |
| Play Sportz | Tess | 362357 |
| Play Sportz | Yasmin/sportz | 354550 |
| Play Sportz Basketball | Dana Doll | 296676 |
| Play Sportz Blazin Bowlin | Mcygan Doll | 294115 |
| Play Sportz Cheerleader | Cloe Doll | 319795 |
| Play Sportz Cheerleader | Sasha Doll | 294122 |
| Play Sportz Dance | Fianna Doll | 350644 |
| Play Sportz Gymnast | Yasmin Doll | 313168 |
| Play Sportz In Line Skating | Sasha Doll | 352334 |
| Play Sportz In Line Skating | Yasmin Doll | 343615 |
| Play Sportz Racecar Driving | Katia Doll | 333715 |
| Play Sportz Skiing | Yasmin Doll | 333708 |
| Play Sportz Snowboarding | Lilee Doll | 333692 |
| Play Sportz Snowboarding | Roxanne Doll | 296669 |
| Play Sportz Soccer | Cloe Doll | 350651 |
| Play Sportz Soccer | Yasmin Doll | 294092 |
| Play Sportz Softball | Phoebe Doll | 313182 |
| Play Sportz Teamz | Cloe, Roxxi Dolls | 337911 |
| Play Sportz Teamz | Dana, Leah Dolls | 337874 |
| Play Sportz Teamz | Dana, Cloe Dolls | 337867 |
| Play Sportz Teamz | Cloe, Yasmin Dolls | 337850 |
| Play Sportz Teamz | Cloe, Katia Dolls | 334262 |

- 9 -

EXHIBIT 58
PAGE 1944

| | | |
|---|---|---|
| Play Sportz Teamz | Yasmin, Meygan Dolls | 325802 |
| Play Sportz Teamz | Cloe, Meygan Dolls | 325796 |
| Play Sportz Teamz | Cloe, Jade Dolls | 325789 |
| Play Sportz Teamz | Jade, Meygan Dolls | 325772 |
| Play Sportz Teamz | Yasmin, Jade Dolls | 325765 |
| Play Sportz Teamz | Cloe, Yasmin Dolls | 325758 |
| Play Sportz Teamz | Jade, Meygan Dolls | 325710 |
| Play Sportz Teamz | Yasmin, Jade Dolls | 325703 |
| Play Sportz Teamz | Cloe, Yasmin Dolls | 324706 |
| Play Sportz Tennis | Cloe Doll | 357353 |
| Play Sportz Tennis Ace | Fianna Doll | 295587 |
| Pretty N Punk | Megyan Doll | 292050 |
| Pretty N Punk | Jade Doll | 292043 |
| Pretty N Punk | Yasmin Doll | 292029 |
| Pretty N Punk | Cloe Doll | 292012 |
| Princess | Cloe Doll | 313632 |
| Princess | Nina Doll | 313670 |
| Princess | Fianna Doll | 313663 |
| Princess | Jade Doll | 313656 |
| Princess | Yasmin Doll | 313649 |
| Rock Angelz | Sasha Doll | 303916 |
| Rock Angelz | Jade Doll | 303909 |
| Rock Angelz | Cloe | 303886 |
| Rock Angelz | Yasmin Doll | 297079 |
| Rodeo | Sorya Doll | 528426250 |
| Rodeo | Cloe Doll | 334002 |
| Rodeo | Yasmin Doll | 333999 |
| Secret Date | Yasmin Doll | 277910 |

- 10 -

EXHIBIT 58
PAGE 1945

| Secret Date | Cloe Doll | 277903 |
| Secret Date | Secret Date | 277521 |
| Secret Date | Jade Doll | 277927 |
| Secret Date | Yasmin Doll | 277514 |
| Sisterz | Lilani, Kiani Dolls | 321125 |
| Sleep Over | Jade Doll | 339793 |
| Sleep Over | Yasmin Doll | 339786 |
| Sleep Over | Cloe Doll | 339779 |
| Sleep Over | Sasha Doll | 340911 |
| Slumber Party | Yasmin Doll | 256342 |
| Slumber Party | Jade Doll | 256335 |
| Slumber Party | Sasha | 256311 |
| Slumber Party | Cloe Doll | 256328 |
| Sportz | Sasha Doll | 294122 |
| Sportz | Cloe | 294085 |
| Sportz | Yasmin | 294092 |
| Space Angelz | Dana | 291985 |
| Spring Break | Leah Doll | 320968 |
| Spring Break | Yasmin Doll | 320951 |
| Spring Break | Cloe Doll | 320944 |
| Step Out | Meygan Doll | 297093 |
| Step Out | Sasha Doll | 297000 |
| Step Out | Cloe Doll | 296980 |
| Step Out | Jade | 296997 |
| Step Out | Yasmin | 283898 |
| Strut It | Cloe | 269380 |
| Strut It | Jade | 257233 |
| Strut It | Sasha | 257240L |
| Strut It | Yasmin | 257226 |
| Strut it Fashion Collection | Meygan Doll | 257257 |
| Strut it Fashion Collection | Sasha Doll | 257240 |
| Style It Fashion Collection | Sasha Doll | 258322 |
| Style It Fashion Collection | Dana Doll | 258315 |
| Style It Fashion Collection | Jade Doll | 258308 |
| Style It Fashion Collection | Yasmin Doll | 258292 |
| Style It Fashion Collection | Cloe Doll | 258285 |
| Style It Fashion Collection | Sasha | 258322 |
| Styling Salon N Spa | | 264729 |
| Sun-Kissed Summer | Dana | 269557 |
| Sun-Kissed Summer | Yasmin | 269533 |
| Sun-Kissed Summer | Cloe | 269526 |
| Sun-Kissed Summer Collection | Sasha Doll | 269564 |
| Sun-Kissed Summer Collection | Jade Doll | 269540 |

- 11 -

EXHIBIT 58
PAGE 1946

| | | |
|---|---|---|
| Sweet Dreamz Pajama Party | Felicia Doll | 313458 |
| Sweet Dreamz Pajama Party | Kuma Doll | 313441 |
| Sweet Dreamz Pajama Party | Sienna Doll | 313434 |
| Sweet Dreamz Pajama Party | Yasmin Doll | 313427 |
| Sweet Dreamz Pajama Party | Cloe Doll | 313410 |
| Sweetheart | Phoebe Doll | 344100 |
| Sweetheart | Yasmin Doll | 344094 |
| Sweetheart | Cloe Doll | 344087 |
| Sweetheart | Sasha Doll | 344070 |
| Talking Bratz | Sasha Doll | 338406 |
| Talking Bratz | Jade Doll | 338390 |
| Talking Bratz | Yasmin Doll | 334194 |
| Talking Bratz | Cloe Doll | 334187 |
| Tokyo a go go | Sasha | 277835 |
| Tokyo a go go | Fianna | 277828 |
| Tokyo A Go Go | Jade Doll | 277811 |
| Tokyo a go go | Yasmin | 277804 |
| Treasures | Roxxi Doll | 294214 |
| Treasures | Cloe Doll | 294184 |
| Treasures! | Yasmin | 294191 |
| Triiiplets | Triiiplets | 334279 |
| Twiins | Nona/Tess | 300328 |
| Twiins | Lela, Krysta  Dolls | 321118 |
| Twiins | Phoebe, Roxxi Dolls | 277941 |
| Twiins 3rd Edition | | 301226 |
| Welcome to Fabulous | Yasmin | 292098 |
| Welcome Bienvenue | Sasha | 292081 |
| Welcome to Fabulous | Fianna Doll | 292104 |
| Welcome to Fabulous | Cloe Doll | 292074 |
| Wicked Twiins | Ciara, Diona Dolls | 313700 |
| Wild Life Safari | Nevra Doll | 273462 |
| Wild Life Safari | Cloe Doll | 284031 |
| Wild Life Safari | Meygan Doll | 273486 |
| Wild Life Safari | Fianna Doll | 273479 |
| Wild Wild West | Fianna Doll | 306498W |
| Wild Wild West | Kiana Doll | 309017 |
| Wild Wild West | Dana Doll | 309000 |
| Wild Wild West | Cloe Doll | 306481 |
| Wild Wild West | Yasmin Doll | 306474 |

**EXHIBIT 58**
**PAGE 1947**

| | | |
|---|---|---|
| Wintertime Wonderland | Jade | 277569 |
| Wintertime Wonderland | Yasmin | 277552 |
| Wintertime Wonderland | Sasha Doll | 260394 |
| Wintertime Wonderland | Yasmin | 260363 |
| Wintertime Wonderland | Cloe | 260356 |
| Wintertime Wonderland | Dana Doll | 277576 |
| Wintertime Wonderland | Jade Doll | 260387 |
| Wintertime Wonderland | Dana Doll | 260370 |
| Xpress It | Yasmin | 254027 |
| xPress It! | Meygan | 254065 |
| xPress It! | Sasha | 254058 |
| xPress It! | Jade | 254034 |
| xPress It! | Cloe | 255499 |

- 13 -

EXHIBIT 58
PAGE 1948



Exhibit 2



**EXHIBIT 58**
**PAGE 1949**

Hand Pose

Hand Pose

EXHIBIT 58
PAGE 1950

Exhibit 3



Exhibit 4



EXHIBIT 58
PAGE 1951





EXHIBIT 58
PAGE 1952

Exhibit 5

Exhibit 6

EXHIBIT 58
PAGE 1953



Exhibit 7



EXHIBIT 58
PAGE 1954



Exhibit 8

EXHIBIT 58
PAGE 1955







Exhibit 9

EXHIBIT 58
PAGE 1956







Layered & Cropped Shirt

Exhibit 10

EXHIBIT 58
PAGE 1957





Exhibit 11

Boot Design Detail & Color

EXHIBIT 58
PAGE 1958

Exhibit 12





Shoe Design & Detail

EXHIBIT 58
PAGE 1959

Exhibit 13





EXHIBIT 58
PAGE 1960





Exhibit 14

Shoe Detail & Design

EXHIBIT 58
PAGE 1961









Exhibit 15

EXHIBIT 58
PAGE 1962





Exhibit 16





EXHIBIT 58
PAGE 1963



EXHIBIT 58
PAGE 1964

Exhibit 18

   

Eye Shape

Pupil Placement

Eyeliner Design

Lip Shape

   

EXHIBIT 58
PAGE 1965





Hair Bangs

Face Shape

Distance Between Eyebrows

Distance Between Eyes

Cheek Color Application

Width & Height

Exhibit 19

EXHIBIT 58
PAGE 1966

Exhibit 20

     

Eye Angle

Eye Shape

Upper Eyelash & 3 Eyelashes

Eyebrow Shape & Angle

Eyelid Height & Distance From Top of Eye to Bottom of Eyebrow

Lip Shape

   

     

EXHIBIT 58
PAGE 1967



Exhibit 21

Face Shape

Cheek Color & Placement



Distance Between Eyes

Face Length & Width



EXHIBIT 58
PAGE 1968

Exhibit 22

     

Eye Shape

Eye Angle

Eyes, Brows, Lids Measurements

Eyeliner Design

Lip Shape

     

EXHIBIT 58
PAGE 1969





Exhibit 23

Hairstyle:
Side parted hair with side swept long bangs

EXHIBIT 58
PAGE 1970

Exhibit 24



Face Shape

   

3 Eyelashes & Eyeliner Application

Eye Shape

Eye Angle

Lip Shape



 



  

EXHIBIT 58
PAGE 1971

Exhibit 25





Denim Skirt Style & Length

Floral Pattern Strip

EXHIBIT 58
PAGE 1972

Exhibit 26





Flare Pant Style

Pant Cuff Width

Side Stripe Detail



EXHIBIT 58
PAGE 1973

Exhibit 27








**EXHIBIT 58**
**PAGE 1974**

Exhibit 28



Hat Design



EXHIBIT 58
PAGE 1975

Exhibit 29



Denim Skirt Style



EXHIBIT 58
PAGE 1976

Exhibit 30





Striped Shirt Design & Colors

EXHIBIT 58
PAGE 1977



Exhibit 31

EXHIBIT 58
PAGE 1978



Exhibit 32



**EXHIBIT 58**
**PAGE 1979**

Exhibit 33





EXHIBIT 58
PAGE 1980

Exhibit 34





EXHIBIT 58
PAGE 1981

Exhibit 35





EXHIBIT 58
PAGE 1982

Exhibit 36





EXHIBIT 58
PAGE 1983



Exhibit 37

EXHIBIT 58
PAGE 1984

**EXHIBIT 59**

# MGA Entertainment, Inc. v. Mattel, Inc., et al.

Case No. CV 05-2727

Expert Report of Paul K. Meyer

March 17, 2008

Paul K. Meyer

*CONFIDENTIAL – ATTORNEYS' EYES ONLY*

EXHIBIT 59
PAGE 1985

Expert Report of Paul K. Meyer

I.    INTRODUCTION .................................................................................................... 3
  A.   Navigant Consulting, Inc. / Qualifications ...................................................... 3
  B.   Assignment ........................................................................................................ 4
  C.   Discovery Has Not Been Completed ................................................................ 5
  D.   The Accused Property Subject To Copyright Protection.................................. 5
II.   SUMMARY OF OPINIONS ................................................................................. 6
III.  DETAILED OPINIONS ...................................................................................... 12
  A.   Determination of Profits ................................................................................ 12
    1.   Accused Revenues And Identification Of Accused Products........................ 13
      a.   Product SKUs............................................................................................. 14
      b.   Licensing Revenues ................................................................................... 15
      c.   Entertainment Revenues ............................................................................ 15
    2.   Deductible Costs From Alleged Infringing Revenues .................................. 15
      a.   Deductible Costs As Addressed In The Book Edited By Mr. Wagner....... 15
      b.   Analytical Approach And Steps To Determining Deductible Costs .......... 17
      c.   Critique Of, And Adjustments To, Mr. Wagner's "Direct Expenses".................. 18
        i.    Cost of Sales .......................................................................................... 19
        ii.   Returns................................................................................................... 19
        iii.  Entertainment Production Costs ............................................................ 20
        iv.   Ad Media and Ad Production Expenses................................................. 20
        v.    Royalty Expense .................................................................................... 20
        vi.   Mold Depreciation................................................................................. 21
      d.   Critique Of, And Adjustments To, Mr. Wagner's "Calculated Expenses" ......... 21
        i.    Analyses and Determination of Deductible Operating Costs ................ 22
        ii.   MGA Methods to Allocate Operating Costs........................................... 23
        iii.  Analysis of MGA Financial Records...................................................... 23
        iv.   MGA Headcount..................................................................................... 28
        v.    Regression Analysis............................................................................... 28
      e.   Taxes......................................................................................................... 35
  B.   Profit Apportionment ...................................................................................... 36
    1.   Apportionment Factors and Considerations.................................................. 37
      a.   Design Of The Doll.................................................................................... 37
      b.   Themes Associated With The Dolls ........................................................... 38
      c.   Fashions Sold With The Dolls ................................................................... 38
      d.   Accessories Sold With The Dolls .............................................................. 39
      e.   Characters Associated With The Doll Line ................................................ 39
      f.   Packaging In Which The Dolls Are Sold................................................... 39
      g.   MGA's Branding, Marketing And Advertising Efforts............................. 39
      h.   Deposition Testimony Of Ms. Joyce Ng ................................................... 40
    2.   Apportionment Approaches........................................................................... 41
      a.   Apportionment Based on Sales Variation Among Bratz Products ............ 42
      b.   Apportionment Based on the Brandware Group's "Bratz Doll Purchasing Influence Study" 44
      c.   Summary of Apportionment Approaches .................................................. 45
      d.   Adjustments to Apportionment Approaches Related to "Doll Design" ................ 46

*CONFIDENTIAL – ATTORNEYS' EYES ONLY*                                          1

EXHIBIT 59
PAGE 1986

Expert Report of Paul K. Meyer

    e.    Adjustments to Apportionment Approaches Related to Mr. Bryant's Royalty Rate And Royalties Paid ............................................................................................................ 47

    f.    Adjustment to Apportionment Approach Based on Work Tasks To Develop The Original Bratz Dolls ................................................................................................................. 48

C.    Opinions Related To Mr. Wagner's Alleged Determination Of "The Fair Value Of MGA Stock Attributable To The Bratz Products" (Analysis Of Future Bratz-Related Profits And Valuation) ...... 49

    1.    Income Approach ................................................................................................................ 50

        a.    Sales Growth Rate ....................................................................................................... 51

        b.    Operating Expenses ..................................................................................................... 53

        c.    Discount Rate ............................................................................................................... 53

        d.    Working Capital ........................................................................................................... 55

        e.    Adjusting Mr. Wagner's Model For More Appropriate Inputs And Apportionment To The Accused Copyrighted Property ..................................................................................... 56

    2.    Market Approaches ............................................................................................................ 57

        a.    Mr. Wagner's Use Of The "Market Approach" Is Improper ...................................... 57

            i.    Bratz Is Not A Diversified Company ................................................................... 57

            ii.    Mr. Wagner's Forecasted Growth For Bratz Is Inconsistent With Forecasted Growth For The "Comparable" Companies .................................................................................. 60

        b.    Other Flaws in Mr. Wagner's Market Approach ......................................................... 61

            i.    Failure to Reflect 2007 Results ........................................................................... 61

            ii.    Failure to Apply a Discount for Lack of Liquidity ............................................. 62

           iii.    Mr. Wagner Acknowledges The Deficiencies Of His Market Approaches, Including His "Comparable" Transactions Approach .................................................................... 63

D.    Net Worth Of Isaac Larian ............................................................................................................ 64

E.    Net Worth Of MGA ....................................................................................................................... 64

F.    Other Causes of Action ................................................................................................................. 64

G.    Interest .......................................................................................................................................... 65

*CONFIDENTIAL – ATTORNEYS' EYES ONLY*

**EXHIBIT 59
PAGE 1987**

Expert Report of Paul K. Meyer

## I.     INTRODUCTION

### A.     Navigant Consulting, Inc. / Qualifications

1.      I am a Managing Director at Navigant Consulting, Inc ("NCI") and a co-leader of NCI's national intellectual property practice. NCI is an international business, economic, financial and damages consulting company that provides services to business entities, individuals and counsel. NCI has approximately 2,000 professionals in over forty offices throughout the United States, Canada, Europe and China.

2.      I am a Certified Public Accountant, Certified Fraud Examiner and accredited in business valuation (CPA-ABV). I am a Consulting Professor at Stanford University in the Graduate School of Engineering, where I have been co-teaching accounting, quantitative methods and financial issues for over fifteen years. I am also a member of the Advisory Board for the McIntire School of Commerce at the University of Virginia. I graduated from the University of Virginia in 1979.

3.      Before joining NCI in February 2004, I was co-founder and President of Tucker Alan Inc. Tucker Alan Inc. was a business, economic, financial and damages consulting company with approximately 350 employees and 13 offices in the United States. Prior to founding Tucker Alan Inc. in July 1994, I was employed by Peterson Consulting, an international consulting firm. At Peterson Consulting, I held various positions including Executive Vice President and Member of the Board of Directors. Before joining Peterson Consulting in 1981, I worked for an international public accounting and consulting firm.

4.      I am experienced in financial, economic, damage, valuation and accounting matters related to the scope of my work, analysis and study on this matter. I have analyzed and prepared numerous claims for lost profits, reasonable royalties, increased costs and other financial and economic impacts, including matters involving intellectual property misappropriation and infringement. I have also analyzed hundreds of agreements relating to the licensing of intellectual property, determined reasonable royalty rates for the use of intellectual property, and valued intellectual property on numerous occasions. These matters have involved both litigation and non-litigation assignments. I have consulted on matters involving toys, games, rights of publicity and professional sports property licensing and merchandising.

*CONFIDENTIAL – ATTORNEYS' EYES ONLY*

**EXHIBIT 59
PAGE 1988**

Expert Report of Paul K. Meyer

5.     My curriculum vitae is included as **ATTACHMENT 1** to this Rebuttal Report. A listing of cases in which I have testified as an expert witness at trial, arbitration and/or deposition during the preceding four years is included as **ATTACHMENT 2** to this Rebuttal Report. My hourly billing rate on this matter is $550. I have no publications during the last ten years. NCI's compensation is not dependent on the outcome of this matter.

**B.     Assignment**

6.     I was retained by counsel for MGA Entertainment, Inc. ("MGA") to address damages issues related to Mattel, Inc.'s ("Mattel") allegations set forth in its Second Amended Answer and Counterclaims. I submitted an initial Report in this matter on February 11, 2008 in which I offered an initial opinion regarding issues related to MGA's deductible expenses, as well as offered methods for apportioning MGA's profits attributable to the accused copyrighted property as defined in paragraph 12 of my initial Report.[1,2] My initial Report is hereinafter incorporated by this reference.

7.     The purpose of this Rebuttal Report is to address the opinions offered by Michael J. Wagner, an expert retained on behalf of Mattel, in his Report dated February 11, 2008. My rebuttal opinions include addressing revenues, deductible expenses, profits, apportionment and valuation, amongst other rebuttal opinions.[3,4]

8.     Mr. Wagner does not state anywhere in his Report that he computed Mattel damages related to any of Mattel's causes of action in this matter. Mr. Wagner only mentions the word "damages" twice in his Report. In the first mention, Mr. Wagner references a schedule titled "Summary of Damages,"[5] which he has not provided. In the second mention, he states, "I have not provided an opinion regarding the future damages that will be incurred by Mattel in the event that the court does not grant an injunction against MGA with regards to the copyrights in this case."[6] Mr. Wagner briefly summarizes the methodology which he would use to calculate prejudgment

---

[1] The ultimate scope of the intellectual property allegedly owned by Mattel, and the extent such property is subject to protection, have yet to be determined.
[2] Expert Report of Paul K. Meyer, February 11, 2008, p. 5.
[3] Assuming a finding of liability on Mattel's copyright claim.
[4] Mr. Wagner does not reference any calculations or impacts related to Mattel's financial operations and/or losses as a result of the alleged actions of MGA. In his Report, Mr. Wagner's calculations solely relate to MGA financial operations.
[5] Expert Report of Michael J. Wagner, February 11, 2008, p. 7.
[6] Expert Report of Paul K. Meyer, February 11, 2008, p. 24.

*CONFIDENTIAL – ATTORNEYS' EYES ONLY*                                                          4

EXHIBIT 59
PAGE 1989

Expert Report of Paul K. Meyer

interest.[7]  Although he indicates that prejudgment interest should be applied to the results of his calculations in his Report, he does not indicate that these amounts represent "Mattel damages," if any.

**C.     Discovery Has Not Been Completed**

9.    The opinions in this Rebuttal Report are based on currently available information.  I understand that a substantial amount of fact discovery has not been completed.   Given the outstanding discovery, my opinions and conclusions may be supplemented, amended or revised.

10.   ATTACHMENT 3 to this Rebuttal Report contains a listing of various documents, data and other information that I have considered in forming my opinions in this matter.  I have also had discussions with MGA personnel including:

- Lisa Tonnu, *MGA Vice President of Taxation*
- Steffen Smith, *MGA Director of Structural Engineering – Creative Package Development*
- Anise Evans, *MGA Director of Financial Planning*

11.   Selected pages of the documents and information listed on ATTACHMENT 3 may be used as exhibits to summarize or support my opinions.   Additionally, I may prepare graphical or illustrative exhibits to use at trial based on the documents and information relied upon and my analysis of those documents and information.

**D.     The Accused Property Subject To Copyright Protection**

12.   According to Mattel's Second Amended Answer and Counterclaims dated July 12, 2007, the accused property includes the intellectual property associated either directly or indirectly with the Bratz fashion doll line that Mattel claims it owns.  In its Second Amended Answer and Counterclaims, Mattel describes the accused property as: "the concept, design and name of Bratz," and "drawings and three-dimensional models of Bratz dolls, and fashion designed for the dolls, associated clothing and accessories."[8]   The accused copyrighted property is assumed to include drawings Carter Bryant created prior to his departure from Mattel that allegedly are

---

[7] Expert Report of Paul K. Meyer, February 11, 2008, p. 22-23.
[8] Mattel, Inc.'s Second Amended Answer In Case No. 05-2727 And Counterclaims ("Mattel's Second Amended Answer And Counterclaims"), July 12, 2007, p. 35.

*CONFIDENTIAL – ATTORNEYS' EYES ONLY*                                                          5

EXHIBIT 59
PAGE 1990

Expert Report of Paul K. Meyer

subject to copyright protection.[9]  I understand that MGA and Carter Bryant dispute these claims. The scope of the accused property, if any, that Mattel owns has not been determined and will not be determined until sometime after the submission of this Rebuttal Report; it is also the subject of ongoing expert and fact discovery.  Accordingly, my opinions in this Rebuttal Report may be supplemented, amended or revised based upon any additional information, evidence provided in this case and/or any determination of the scope of the accused property, if any, that Mattel owns.

13.   Mr. Wagner's opinions are related to overall Bratz revenues, costs and profits.  Mr. Wagner has not specifically defined "Bratz" products.   For purposes of this Report, unless otherwise identified, I have referred to "Bratz" using Mr. Wagner's broad references to include all sales and revenues, regardless of whether they are related to any specific doll, theme, sub-brand and/or other forms of revenues, including licensing and entertainment.  Although Mr. Wagner computes certain Bratz sales, costs and profits by brand, sub-brand and profit center, he has not disaggregated his computation of Bratz sales, costs and profits to specifically address the copyright infringement cause of action in this matter.  I understand neither Mattel nor Mr. Wagner have set forth which MGA products and revenues contain the accused copyrighted property, and I also understand Mr. Wagner has not associated alleged damages with any specific Mattel causes of action.

14.   I understand that it is MGA's position that its Bratz products do not infringe the accused copyrighted property.  For purposes of presenting my rebuttal opinions, I use the sub-branded products, Bratz Core fashion dolls on which Carter Bryant was paid royalties ("Bryant Bratz Core fashion dolls"), as the basis for revenues to determine accused profits.  I have also performed separate calculations using the entire sub-brand known as Bratz Core fashion dolls.

## II.   SUMMARY OF OPINIONS

15.   In this Rebuttal Report, I provide rebuttal opinions addressing: (a) Mr. Wagner's opinions regarding Bratz revenues, deductible costs and profits, (b) apportionment of profits to the accused copyrighted property, and (c) Mr. Wagner's opinions related to his valuation of Bratz

---

[9] Mattel states in its Second Amended Answer And Counterclaims that "Mattel is the owner of copyrights in works that are fixed in tangible media expression and that are the subject of valid, and subsisting, copyright registrations owned by Mattel. These include, without limitation, the works that are the subject of Registrations VA 1-378-648, VA 1-378-649, VA 1-378-650, VA 1-378-651, VA 1-378-652, VA 1-378-653, VA 1-378-654, VA 1-378-655, VA 1-378-656, VA 1-378-657, VA 1-378-658, VA 1-378-659, VA 1-378-660, VAu 715-270, VAu 715-271 and VAu 715-273." Mattel's Second Amended Answer And Counterclaims, July 12, 2007, p. 53-54.

*CONFIDENTIAL – ATTORNEYS' EYES ONLY*                                                    6

**EXHIBIT 59**
**PAGE 1991**

Expert Report of Paul K. Meyer

and MGA stock held by the Larian Trusts.  Mr. Wagner alleges that "Mr. Larian's benefit from sales of Bratz products is determined to be Mr. Larian's percentage of the value of Bratz plus MGA's distributions to Mr. Larian in excess of his tax obligation."[10]

17.     Driven by the success of Bratz, MGA experienced unprecedented growth in sales, more than doubling on an annual basis between 2001 and 2002, and between 2002 and 2003.  MGA became essentially a single-brand company in 2002.  Accordingly, MGA's revenues, costs and profits have experienced a high degree of variability since the introduction of Bratz.  Between

These increased sales resulted in selling and marketing costs increases of over 350% from 2000 to 2006 and general and administrative cost increases of approximately 1,100%.[12]

18.     MGA's significant post-2000 cost growth was driven by the release and success of Bratz products.  On an overall basis, Mr. Wagner's analysis of MGA costs associated with Bratz understates Bratz costs, and should not be relied upon for determining deductible costs related to

[10] Expert Report of Michael J. Wagner, February 11, 2008, p. 11.
[11] Expert Report of Michael J. Wagner, February 11, 2008, Tab B1, Schedules 1.1 and 1.5.
[12] In 2000, MGA had approximately $19,843,000 in sales and marketing costs and approximately $9,379,000 in general and administrative costs.  In 2006, MGA had approximately $92,864,000 in sales and marketing costs and approximately $113,254,000 in general and administrative costs.  MGA Entertainment Inc.'s Audited Financial Statements for the period ended December 31, 2001 and 2000 [MGA7352-62 at 54]; MGA Entertainment Inc.'s Audited Financial Statements for the period ended December 31, 2006 and 2005 [MGA0868707-22 at 11].

*CONFIDENTIAL – ATTORNEYS' EYES ONLY*                                                    7

EXHIBIT 59
PAGE 1992

REDACTED

alleged copyright infringement damages.  Mr. Wagner made assumptions that understate costs of sales, advertising, production, advertising media and mold depreciation expenses, amongst others.  For certain "calculated expenses," Mr. Wagner applies a statistical model based on flawed assumptions to determine costs attributable to the Bratz revenues.  After reviewing the results of his statistical model, Mr. Wagner made "adjustments" to his analysis, as the results of his statistical analysis were not reasonable.

19.  In his Report, Mr. Wagner has not apportioned Bratz profits.  In this Rebuttal Report, I present the appropriate deductible costs and the factors used to apportion profits to the accused copyrighted property.[13]

20.  Between 2001 and October 2007, I understand that Mr. Bryant was only paid royalties on approximately 72% of the product SKU sales within Bratz Core fashion dolls and that this percentage has declined each year from 2003 to 2007.  Mr. Bryant was not paid royalties on all Bratz Core fashion doll SKUs, indicating his contribution does not extend to all Bratz Core fashion dolls and further indicating that when Mr. Bryant negotiated his royalty agreement with MGA, MGA anticipated receiving significant future value from Mr. Bryant related to subsequently released products, including contributions to fashions.

21.  In summary, I have determined that MGA's profits related to the alleged use of the accused

---

[13] Apportionment was one of the subjects of my initial Report dated February 11, 2008.

*CONFIDENTIAL – ATTORNEYS' EYES ONLY*                                                    8

EXHIBIT 59
PAGE 1993

REDACTED

Expert Report of Paul K. Meyer

*CONFIDENTIAL – ATTORNEYS' EYES ONLY*

9

EXHIBIT 59
PAGE 1994

REDACTED