9.     In the survey, respondents were asked about their prior purchasing of fashion dolls and Bratz dolls. They then indicated whether the last Bratz doll they purchased included additional outfits or accessories.

10.    Respondents were asked to rate the influence of eight product and brand characteristics on their decision to purchase a Bratz doll instead of a different doll brand. Respondents were then asked to allocate 100 points to indicate the relative influence of each of the eight product and brand characteristic on their purchase of a Bratz doll instead of a different doll brand.  Following the fielding of the survey, Brandware Research coded, cleaned, tabulated and analyzed the data.

11.    For statistical tests of proportions, a sample size of 325 results in a maximum sampling error of +/- 5.4 percentage points at 95% confidence. The survey is included in **Exhibit C**, which is attached to my Report.

**B.     Survey Findings**

12.    The survey found that, on average, respondents assigned only 18.6% of a total of 100 points to the influence of the appearance of the Bratz doll. On average, the remaining 81.4% of the total points were assigned to other product and brand characteristics, such as outfits, accessories, play theme, personality, having a genuine Bratz product, the quality of the Bratz doll and packaging. I have attached the survey results and complete findings as **Exhibit B.**

13.    The corresponding average for the relative influence of outfits included with the Bratz doll was 14.6% and the corresponding average for the relative influence of accessories included with the Bratz doll was 14.2%.

14.    For the majority of the respondents, the relative influence of the appearance of the Bratz doll is modest. Eighty percent of the respondents allocated fewer than 30% of the total

3

CONFIDENTIAL

EXHIBIT 62
PAGE 2122

points to the influence of the appearance of the Bratz doll. The survey also demonstrates that other purchase considerations, such as accessories and outfits, have a sizeable role in influencing the purchase of Bratz brand dolls.

## III.   OTHER INFORMATION CONSIDERED

15.   In addition to the data gathered by the survey, I have reviewed other materials. A complete list of documents that I considered in forming my opinion is attached as **Exhibit D** to my Report.

## IV.   EXHIBITS

16.   If called to testify, I may use any of the charts and graphics included in **Exhibit B** to summarize or support my opinions.

## V.   COMPENSATION

17.   I am being compensated for my work in this case at my customary rate of $375 per hour. My compensation is not dependent on the outcome of this matter.

## VI.   PRIOR TESTIMONY

18.   I have not testified as an expert at trial or by deposition in the previous 4 years.


March 17, 2008


THOMAS S. GRUCA


4

CONFIDENTIAL

EXHIBIT 62
PAGE 2123

# Appendix A

## Thomas S. Gruca

University Address:
Henry B. Tippie College of Business
University of Iowa
S356 Pappajohn Business Bldg.
Iowa City, IA 52242-1994
(319) 335-0946

Home Address:
3706 Forest Gate Drive
Iowa City, IA 52240
(319) 351-3643

### Education

Ph.D., University of Illinois, 1989
M.B.A., University of Illinois, 1985
B.S., University of Illinois at Chicago, 1983

### Academic Positions

University of Iowa, Henry B. Tippie Research Professor in Marketing, since 2006.
Professor of Marketing, since 2006.
Lloyd J. and Thelma W. Palmer Research Fellow, 2001-2006.
Charles A. Taff Research Fellow, 1999-2001.
Associate Professor of Marketing (with tenure), 1996-2006.
Assistant Professor of Marketing, 1991-1996.

Courses taught:
- Analysis for Marketing Planning (M.B.A.)
- Applied Marketing Research (M.B.A.)
- Field Studies in Marketing (M.B.A.)
- Focus Group Research (M.B.A.)
- Global Brand Management (M.B.A. Paris/London Program)
- Introduction to Marketing (Course coordinator)
- Managerial Models (Ph.D. seminar)

- Marketing GIS (M.B.A.)
- Marketing Management (M.B.A. core)
- Marketing Research (M.B.A and undergraduate)
- Product Management (M.B.A.)
- Quantitative Management (co-taught): H.H.A. Program
- Research Workshop (Ph.D. seminar)
- Special Topics in Marketing (co-taught)

University of Massachusetts at Amherst, Assistant Professor of Marketing, 1988-91.

Courses taught:
- Marketing Models (Ph.D. seminar)
- Marketing Research and Buyer Behavior (undergraduate)
- Product Management (undergraduate)

1

CONFIDENTIAL

EXHIBIT 62
PAGE 2124

## Refereed Journal Articles

1. Gruca, Thomas S. and Joyce Berg (2007), "Public Information Bias and Prediction Market Accuracy," *Journal of Prediction Markets*, 1 (3): 219-231.

2. Cao, Yong, Thomas S. Gruca and Bruce R. Klemz (2007), "An Empirical Study of B2B Migration from Traditional Stores to the Internet," *Journal of Consumer Behaviour*, 6 (1): 75-92.

3. Cao, Yong and Thomas S. Gruca (2005), "Reducing Adverse Selection through Customer Relationship Management," *Journal of Marketing*, 69 (4): 219-229.

4. Gruca, Thomas and Lopo L. Rego (2005), "Customer Satisfaction, Cash Flow and Shareholder Value," *Journal of Marketing,* 69 (3): 115-130.

   Also appeared as *Marketing Science Institute* working paper #03-106

5. Gruca, Thomas S., Joyce Berg and Michael Cipriano (2005), "Consensus and Differences of Opinion in Electronic Prediction Markets," *Electronic Markets*, 15 (1): 13-22.

6. Cao, Yong and Thomas S. Gruca (2004), "The Influence of Pre and Post Purchase Service on Prices in the Online Book Market," *Journal of Interactive Marketing*, 18(4): 51-62.

7. Gruca, Thomas S. and Douglas S. Wakefield (2004), "Hospital Web Sites: Promise and Progress," *Journal of Business Research*, 57 (9): 1021-1024.

8. Cao, Yong, Thomas S. Gruca and Bruce R. Klemz (2004), "Internet Pricing, Price Satisfaction and Customer Satisfaction," *International Journal of Electronic Commerce*, 8 (2): 31-50.

9. Cao, Yong and Thomas S. Gruca (2003), "The Effect of Stock Market Dynamics on Internet Price Competition," *Journal of Service Research,* 6 (1): 24-36.

10. Gruca, Thomas S., Joyce Berg and Michael Cipriano (2003), "The Effect of Electronic Markets on Forecasts of New Product Success," *Information Systems Frontiers*, 5 (1): 95-105.

11. Gruca, Thomas S. and Bruce R. Klemz (2003), "Optimal New Product Positioning: A Genetic Algorithm Approach," *European Journal of Operational Research*, 146 (3): 621-623.

12. Klemz, Bruce R. and Thomas S. Gruca (2003), "Dueling or the Battle Royal? The Impact of Task Complexity on the Evaluation of Entry Threat," *Psychology and Marketing,* 20 (11): 999-1016.

13. Gruca, Thomas S., D. Sudharshan and K. Ravi Kumar (2002), "Sibling Brands, Multiple Objectives and Response to Entry: The Case of the Marion Retail Coffee Market," *Journal of the Academy of Marketing Science*, 30 (1): 59-69.

14. Gruca, Thomas S. and Deepika Nath (2001), "The Technical Efficiency of Hospitals under a Single Payer System: The Case of Ontario Community Hospitals," *Health Care Management Science,* 4 (2): 91-101.

CONFIDENTIAL

EXHIBIT 62
PAGE 2125

15. Klemz, Bruce R. and Thomas S. Gruca (2001), "Managerial Evaluation of Potential Entrants: Processes and Pitfalls," *International Journal of Research in Marketing*, 18 (1/2): 37-51.

16. Gruca, Thomas S., D. Sudharshan and K. Ravi Kumar (2001), "Marketing Mix Response to Entry in Segmented Markets," *International Journal of Research in Marketing*, 18 (1/2): 53-66.

17. Gruca, Thomas S. (2000), "The IEM Movie Box Office Market: Integrating Marketing and Finance using Electronic Markets," *Journal of Marketing Education,* 22 (1): 5-14.

18. Campbell, Lee, Charles S. Gulas and Thomas S. Gruca (1999), "Corporate Giving Behavior and Decision-Maker Social Consciousness," *Journal of Business Ethics*, 19 (4): 375-383.

19. Noble, Peter M. and Thomas S. Gruca (1999), "Industrial Pricing: Theory and Managerial Practice," *Marketing Science*, 19 (3): 435-454.

    Also appeared as working paper #9-1998, *Institute for the Study of Business Markets*, Penn State University.

    See also "Response to Comments on 'Industrial Pricing: Theory and Managerial Practice'," *Marketing Science*, 19 (3): 458-459.

20. Gruca, Thomas S. and Bruce R. Klemz (1998) "Using Neural Networks to Identify Competitive Market Structures from Aggregate Market Response Data," *Omega,* 26 (1): 49-62.

21. Gruca, Thomas S., Deepika Nath and Ajay Mehra (1997), "Exploiting Synergy for Competitive Advantage," *Long Range Planning*, 30: 605-611.

22. Nath, Deepika and Thomas S. Gruca (1997), "Convergence across Alternative Methods for Forming Strategic Groups," *Strategic Management Journal*, 18 (9): 745-760.

23. Balakrishnan, Ramji, Thomas S. Gruca and Deepika Nath (1996), "The Effect of Service Capability on Operating Costs: An Empirical Study of Ontario Hospitals," *Contemporary Accounting Research*, 13 (1): 177-207.

24. Gruca, Thomas S. (1996), "Reporting Poll Results," *Marketing Research*, 8 (4): 29-31.

25. Gruca, Thomas S. and D. Sudharshan (1995), "A Framework for Entry Deterrence Strategy: The Competitive Environment, Choices and Consequences," *Journal of Marketing*, 59 (3): 44-55.

26. Sudharshan, D., K. Ravi Kumar and Thomas S. Gruca (1995), "NICHER: A Procedure for Identifying Defensible Product Positions," *European Journal of Operational Research*, 84(2): 292-309.

27. Gruca, Thomas S. (1994), "Defending Service Markets," *Marketing Management*, 3 (1): 31-38.

    Reprinted in the *CTAM Quarterly Journal*, 3 (2): 9-18.

28. Gruca, Thomas S. and Deepika Nath, (1994) "Regulatory Change, Constraints on Adaptation and Organizational Failure: An Empirical Analysis of Acute Care Hospitals," *Strategic Management Journal*, 15 (5): 345-363.

CONFIDENTIAL

**EXHIBIT 62
PAGE 2126**

29. Gruca, Thomas S. and Deepika Nath (1994), "The Impact of Marketing on Hospital Performance," *Journal of Hospital Marketing*, 8 (2): 87-112.

30. Gruca, Thomas S., Katherine M. Kaltenbach and Deepika Nath (1993), "Health Care Clusters: The Market Audit and Frameworks for Planning," *Journal of Hospital Marketing*, 7 (2): 61-76.

31. Gruca, Thomas S., K. Ravi Kumar and D. Sudharshan (1992), "An Equilibrium Analysis of Defensive Response to Entry Using a Coupled Response Function Model," *Marketing Science*, 11 (4): 348-358.

32. Gruca, Thomas S. and Charles Schewe (1992), "Department Stores and Detroit: Is It Deja Vu All Over Again?" *Journal of Marketing Channels*, 1 (4): 17-30.

    Reprinted in *Iowa Business*, 4 (2), 1992.

33. Gruca, Thomas S. and Charles Schewe (1992), "Researching Older Consumers," *Marketing Research*, 4 (3): 18-24.

34. Gruca, Thomas S. and D. Sudharshan (1991), "Equilibrium Characteristics of Multinomial Logit Market Share Models," *Journal of Marketing Research,* 28 (4): 480-482.

35. Bryan, William R., Thomas S. Gruca and Charles M. Linke (1990), "The Present Value of Future Earnings: Contemporary Differentials and the Performance of Dedicated Portfolios," *Journal of Risk and Insurance*, 57 (3): 530-539.

36. Sudharshan, D., Jerrold May and Thomas S. Gruca (1988), "DIFFSTRAT: An Analytical Procedure for Generating Optimal New Product Concepts for a Differentiated-type Strategy," *European Journal of Operational Research*, 36 (1): 50-65.

## Refereed Conference Proceedings

1. Cao, Yong, Thomas S. Gruca and Bruce R. Klemz (2003), "Dynamic Modeling and the Determinants of B2B Customers: Online-Offline Channel Usage," *Proceedings of the DMEF 15th Annual Robert B. Clarke Educators' Conference* (extended abstract).

2. Gruca, Thomas S. and Peter M. Noble (2003), "Organizational, Informational and Individual Determinants of Cost-Based vs. Market-Based Industrial Pricing Strategies," in *MEA Diamond Attractions: Ideas for Innovation*, John Schibrowsky and Beverlee B. Anderson, eds., Scottsdale, AZ: Proceedings of the Marketing Educators' Association Meeting, 5-8.

3. Cao, Yong and Thomas S. Gruca (2001), "Retail Price Dispersion: Consumer, Firm and Market Determinants," *Enhancing Knowledge Development in Marketing, Volume 12*, Chicago: American Marketing Association.

4. Nath, Deepika and Thomas S. Gruca (1997), "Cost Structure of Canadian Hospitals: Analysis of Ontario Acute Care Facilities," *International Business Practices - Contemporary Readings*, S. Amin, S. Fullerton and E. Neumann (eds.), Cumberland, MD: Academy of Business Administration, 1997: 529-536.

CONFIDENTIAL

EXHIBIT 62
PAGE 2127

5. Degeratu, Alexandru and Thomas S. Gruca (1995), "The Cross-Parry Response to Entry," *Enhancing Knowledge Development in Marketing, Volume 6*, B Stern and G. Zinkhan (eds.), Chicago: American Marketing Association, 6: 323-329.

6. Gruca, Thomas S. and D. Sudharshan (1994), "Defensive Marketing Strategy: A Propositional Inventory of Previous Results," *Enhancing Knowledge Development in Marketing, Volume 5*, R. Achrol and A. Mitchell (eds.), Chicago: American Marketing Association, 5: 155-162.

7. Balazs, Anne, Thomas S. Gruca and Charles Schewe (1990) "Methodological Issues in Aging Research," *Advances in Health Care Research*, D. Scammon and M. Venkatesan (eds.), 10: 1-5.

   Reprinted in *Journal of Ambulatory Care Marketing*, 4 (2): 121-132 and in *Marketing Management Issues in Ambulatory Health Care*, C. Schewe (ed.), Haworth Press, 1991.

8. Gruca, Thomas S. (1990), "Note on the Measurement of Regularity Violations in Product Choice Experiments," *Enhancing Knowledge Development in Marketing*, W. Bearden et al. (eds.), Chicago: American Marketing Association, 1: 276-281.

9. Gruca, Thomas S. (1990), "How Regular is Regularity? An Empirical Test of the Regularity Assumption," *Advances in Consumer Research*, M. Goldberg et al. (eds.), Provo, UT: Association for Consumer Research, 17: 398-407.

10. Gruca, Thomas S. (1989), "Determinants of Choice Set Size: An Alternative Method for Measuring Evoked Sets," *Advances in Consumer Research*, T. Srull (ed.), Provo, UT: Association for Consumer Research, 16: 515-521.

11. Gruca, Thomas S., D. Sudharshan and K. Ravi Kumar (1988),"Product Positioning Strategies for Segment Pre-Emption," *1988 AMA Educators' Proceedings*, G. Frazier et al. (eds.), Chicago: American Marketing Association, 54: 47-52.

12. Gruca, Thomas S., Wylbur Moulton and D. Sudharshan (1987), "Market Structure Analysis: A Boolean Factor Analytic Approach and Empirical Example," *1987 AMA Educators' Proceedings*, M. Solomon et al. (eds.), Chicago: American Marketing Association, 53: 108-111.

## Book Chapters and Other Publications

1. Gruca, Thomas S., Bruce R. Klemz, and E. Ann Furr Petersen (1999), "Mining Sales Data using a Neural Network Model of Market Response," *SIGKDD Explorations*, 1 (1), 39-43 (http://www.acm.org/sigkdd/explorations//issue1-1.htm).

2. Gruca, Thomas S., Deepika Nath and Howard Thomas (1997), "Identifying and Comparing Strategic Groups using Alternative Methods: Method Validation and Group Convergence in a Single Mature Industry," J. Arregle, M. Ghertman and J. Obadia (eds.), *Statistical Models for Strategic Management*, New York: Kluwer.

CONFIDENTIAL

EXHIBIT 62
PAGE 2128

3. Gruca, Thomas S. (1994), "The Incumbent Rule: An Update," *The Polling Report*, 10 (7): 1,7. Reprinted as, "Expecting the Unexpected: The Problem of Undecided Voters," *The Public Perspective*, 5 (5): 24-26.

4. Gruca, Thomas S. (1992), "The Failed Product Audit," *Great Ideas for Teaching Marketing*, J. Hair, Jr. (ed.), South-Western Publishing, 1992. Reprinted in subsequent editions.

## Honors and Awards

- Marketing Elective Faculty of the Year, 2006.
- Named "Outstanding Faculty" in *Business Week Guide to the Best Business Schools, 8th Edition* (McGraw-Hill, 2003).
- Named "Outstanding Faculty" in *Business Week Guide to the Best Business Schools, 7th Edition* (McGraw-Hill, 2001).
- Named "Outstanding Faculty" in *Business Week Guide to the Best Business Schools, 6th Edition* (McGraw-Hill, 1999).
- MBA Association Distinguished Faculty Award, 1998
- MBA Association Distinguished Faculty Award, 1997
- Second Runner-Up, 1995 Marriott Corp. Health Services Faculty Publication of the Year Award of the American Academy of Medical Administrators
- Named "Outstanding Faculty" in *Business Week Guide to the Best Business Schools, 4th Edition* (McGraw-Hill, 1995).
- Named "Outstanding Faculty" in *Business Week Guide to the Best Business Schools, 3rd Edition* (McGraw-Hill, 1993).
- Honorable Mention, 1988-89 AMA Dissertation Competition

## External Grants Received (last 10 years)

- IEM/NSF Grant ($580,000), Co-Principal Investigator, 2000-2002.
- IEM/FIPSE Grant ($433,000), Project faculty, 1998-2000.
- ISBM Research Grant ($500), 1999.
- ISBM Research Grant ($500), 1998.

## Professional Service (last 10 years)

| Editorial Review Board: | *Marketing Letters*, since 2001<br>*Journal of Health Care Marketing,* 1995-97 |
|---|---|
| Associate Editor: | *Telecommunications Systems*, Special Issue on "Modeling and Analysis of Telecommunications Systems in Korea" 1999 |
| Conference Track Chair | 1999 AMA Summer Educators' Conference, Marketing Strategy |

6

CONFIDENTIAL

EXHIBIT 62
PAGE 2129

Ad hoc Referee for *Academy of Management Journal, Electronic Markets, European Journal of Operational Research, International Journal of Forecasting, Journal of the Academy of Marketing Science, Journal of Managerial Issues, Journal of Marketing, Journal of Marketing Research, Management Science, Marketing Science, Omega, Organization Science,* and *Telecommunications Policy*

## University Service (last 10 years)

- Social Science Review Committee, since 2003
- IEM Director, since 1996
- MBA Core Coordinating Committee, since 1995
- Elected Faculty Council, 2005-2007
- MBA Committee, 1999-2004
- Iowa Social Science Research Institute, Board of Advisors, 1997-2001
- Thesis Chair for Zhu (current), Nam (2004), Cao (2002)
- Thesis Co-Chair for Liberali (UFRGS, 2006)
- Member of Ph.D. Committees (Bailey, Curtis, Degeratu, Divakar, Kim, Kwak, Moore, Sood)
- MBA Case team advisor
  - 2006 Rice Marketing Case Competition (3rd place)
  - 2005 Cadillac National Case Competition (national runner-up)
  - 2005 Simon Marketing Case Competition (one UI student on winning team)
  - 1999 NBMBAA Competition
- Marketing Department Recruiting Committee Chair, 2000-2001.
- Academic Computing Committee, 1998-2000.
- Faculty Representative to Albert Haring Symposium, 2001 and 2004.

## Community Service

Provided *pro bono* consulting services for: American Computer Innovators; Amherst Chamber of Commerce; Breakthrough, Inc.; Consumer Sciences, Inc.; Iowa City Planning Department; Pioneer Valley Transit Authority; Western Massachusetts Food Bank; Western Massachusetts Girl Scout Council and Widernet.

CONFIDENTIAL

EXHIBIT 62
PAGE 2130

Supervised student research projects for: Amana Colonies; Argus Communications; Cub Foods; Davis Brown, P.C.; Fiskars, Inc.; Fostering Sports, Inc.; Fulgor, Ltda.; Geoveritas; Hampshire Mall; Hicklin Engineering, Inc.; Holyoke Mall at Ingleside; Iowa City *Press-Citizen*; Lorenz Boot Shop; Meredith Books; Old Capitol Center; Procter and Gamble; PTRL East; Pyramid Leasing; Riverside Theater; RVAP; Target Corp.; UI Sports Promotions Office.

Discussed marketing and other business topics with reporters from various news organizations, including *AHA News, Atlanta Journal & Constitution, Chicago Tribune, CNN/Money.com, forbes.com, Healthcare PR & Marketing News, MBA Jungle, Modern Healthcare, New York Times, Omaha World Herald, Salon.com, Wall Street Journal, Radio Iowa* news service, *Sound Money* (MPR), *FM 4 Radio* (Vienna, AUS), KDKA-TV, KGAN-TV, KSUI-AM, KXIC-AM, and WOI-AM.

## Consulting Experience

3M
ACT
Allsteel
Brandware Group
*Buildings* magazine
Hughes Electronics
Linke and Associates
Mohawk Industries
Pioneer Hi-Bred
Stamats Communications
University of Iowa Hospitals and Clinics
UI Office of University Relations
XM Satellite Radio

**References** Available upon request.

8

CONFIDENTIAL

EXHIBIT 62
PAGE 2131

CONFIDENTIAL

**Appendix B**

# Research Report:
# Bratz™ Doll Purchasing Influence Study

Prepared for Skadden, Arps, Slate, Meagher & Flom LLP and Affiliates
By The Brandware Group, Inc.

March 5, 2008



© 2008 The Brandware Group, Inc.
All rights reserved.

EXHIBIT 62
PAGE 2132

# Overview

- Executive Summary
- Project Objectives
- Methodology
- Findings
- Appendix

BRANDWARE

© 2008 The Brandware Group, Inc. All rights reserved.

Page 1

CONFIDENTIAL

EXHIBIT 62
PAGE 2133

# Executive Summary

Between February 28 and March 2, 2008, Brandware conducted a survey with 325 US mothers of 4- to 12-year-old daughters who purchased a Bratz™ doll during the previous 12 months. If a responding mother selected the most recently purchased Bratz doll without her daughter's assistance, she was allowed to take the survey herself. If the mother's daughter selected the most recently purchased Bratz doll on her own or with the assistance of her mother, the mother and daughter took the survey together. The latter group constituted 79% of completed surveys.

The primary goal of this study was to quantitatively measure the purchasing influence of the design of the Bratz doll itself relative to other product and brand features (e.g., accessories included with the doll, product packaging, "play theme," etc.). To accomplish this, we asked respondents to first rate the influence of eight individual purchasing criteria for Bratz dolls. The respondents were then asked to allocate 100 points to indicate the relative influence of each purchasing criterion.

Key findings follow:

1. **The daughters of responding mothers typically participated in the selection of the most recently purchased Bratz doll.** In 43% of cases, a respondent's daughter selected the doll by herself while, in 36% of cases, the responding mother and her daughter selected the doll together. Mothers unilaterally selected the Bratz doll in 21% of cases. This information suggests that both mother and daughter are important to the Bratz purchase decision.



© 2008 The Brandware Group, Inc.
All rights reserved.

Page 2

CONFIDENTIAL

EXHIBIT 62
PAGE 2134

# Executive Summary

2. **About 79% of respondents said they last purchased a Bratz™ doll that included additional outfits or accessories.** This finding suggests that ancillary considerations, such as additional outfits or accessories, do indeed have a role in driving the Bratz brand choice.

3. **For a majority of respondents, five out of eight measured product and brand characteristics were very or extremely influential in driving Bratz™ brand choice.** These characteristics included (in declining order of influence): the appearance of the Bratz doll itself, outfits included with the purchased doll, accessories included with the doll, the "play theme" associated with the doll, and the personality of the doll.

4. **When respondents were asked to assign 100 points across the eight measured characteristics to show the relative influence each had on their last Bratz purchase decision, no single criterion was dominant.** On average, 18.6% of points were assigned to the appearance of the Bratz doll itself. The remaining 81.4% of the points were assigned to other product and brand characteristics, such as outfits, accessories, play theme, personality,

having a genuine Bratz product, quality of the doll and packaging.

**BRANDWARE**

© 2008 The Brandware Group, Inc.
All rights reserved.

CONFIDENTIAL

**EXHIBIT 62**
**PAGE 2135**

# Executive Summary

5. **In general, the influence of the doll's design relative to the other product and brand characteristics did not materially differ by Bratz™ buyer type.** The points allocated to appearance were similar between mothers who took the survey alone and mothers and daughters who took the survey together. Allocations were also similar between respondents who had purchased a fashion doll before and respondents who had not done so. First-time Bratz buyers allocated slightly more points to the appearance of the doll itself than previous Bratz purchasers. However, this difference was not statistically significant.

6. **For a majority of respondents, the relative influence of the doll's design on purchasing decisions is modest.** Eighty percent of the respondents allocated fewer than 30% of the total points to the influence of the appearance of the Bratz doll. The appearance of the Bratz doll was a dominant influence (accounting for 50% or more of the total points) for only a small segment (8.3%) of Bratz buyers.


BRANDWARE

© 2008 The Brandware Group, Inc.
All rights reserved.

Page 4

CONFIDENTIAL

EXHIBIT 62
PAGE 2136

# Project Objectives

The primary research objective of this study was to measure the relative purchasing influence of the appearance of the Bratz™ doll itself relative to other product and brand characteristics, such as:

- Outfits included with the purchased Bratz doll (including the outfit worn by the doll and any additional outfits in the package)

- Accessories included with the purchased Bratz doll

- Quality of the Bratz doll itself

- "Personality" of the purchased Bratz doll

- The "play theme" associated with the purchased Bratz doll (e.g., pets, sports, hair care, music, fashion nails, etc.)

- Appeal of having a genuine Bratz product

- Appeal of the product packaging that contained the purchased Bratz doll.



© 2008 The Brandware Group, Inc.
All rights reserved.

Page 5

CONFIDENTIAL

EXHIBIT 62
PAGE 2137

# Methodology

Between February 28 and March 2, 2008, Brandware conducted an online survey among 325 US mothers of 4- to 12-year-old daughters who purchased a Bratz™ doll during the previous 12 months.

If a responding mother selected the most recently purchased Bratz doll without her daughter's assistance, she was allowed to take the survey herself. Such respondents constituted 21% of completed surveys. If the mother's daughter selected the most recently purchased Bratz doll on her own or with the assistance of her mother, the mother and daughter took the survey together. These respondents constituted the remainder of the completed surveys (79%).

Of the 14,656 target consumers who were invited to complete the survey, 325 who met the sampling criteria did so, yielding a 2.2% valid response rate. (An additional 1,527 consumers attempted to take the survey but were terminated because they did not meet all of the sample requirements.)

Following the fielding of the research, Brandware coded, cleaned, tabulated, and analyzed all findings.



© 2008 The Brandware Group, Inc.
All rights reserved.

Page 6

CONFIDENTIAL

EXHIBIT 62
PAGE 2138

# Methodology

We chose to survey respondents using the "self-explicated" approach in which we directly asked each respondent to assign relative "weights" to various Bratz doll purchase criteria. This methodology has been broadly accepted in the marketing research community and, in a comprehensive analysis of empirical studies, it has been shown to have at least as strong predictive validity as conjoint measurement (Sattler & Hensel-Borner, 1999).

The questionnaire flow used for the study is depicted below:

Bratz™ Doll Purchasing Influence Study:
Questionnaire Flow



© 2008 The Brandware Group, Inc.
All rights reserved.

CONFIDENTIAL

Page 7

EXHIBIT 62
PAGE 2139

# Findings

Study findings have been organized to answer the following questions:

1. **Who participated in the study?**

2. **What type of Bratz™ doll did respondents last purchase?**

3. **How influential were various product/brand characteristics when deciding to purchase the last Bratz doll instead of another doll?**

4. **Did the relative influence of doll design differ by key buyer type?**

5. **How did the relative influence of doll design vary across the respondents?**

Note:

For a sample size of n=325, the sampling error for each measure is no more than +/- 5.4 percentage points at 95% confidence.



BRANDWARE

© 2008 The Brandware Group, Inc.
All rights reserved.

Page 8

CONFIDENTIAL

EXHIBIT 62
PAGE 2140

# 1. Who participated in the study?

© 2008 The Brandware Group, Inc.
All rights reserved.

CONFIDENTIAL

Page 9



EXHIBIT 62
PAGE 2141



# The average age of mothers who took the survey either alone or with their daughters is 39 years old.

What is your age? (base=all, n=325)

Mean: 39.0
Median: 39.0

50
40
30
20
10
0

BRANDWARE

© 2008 The Brandware Group, Inc.
All rights reserved.

Page 10

CONFIDENTIAL

EXHIBIT 62
PAGE 2142



# Responding mothers have a median household income of $85,000 annually.

What is your annual household income, before taxes? (base=all, n=312)

Mean: $92,468
Median: $85,000

Page 11

© 2008 The Brandware Group, Inc.
All rights reserved.

CONFIDENTIAL

BRANDWARE

EXHIBIT 62
PAGE 2143

# Over three-quarters of responding mothers are married.

Which best describes your marital status? (base=all, n=325)



Separated/divorced /widowed, 13%

Domestic partnership, 3%

Prefer to not answer, 0%

Single, never married, 6%

Married, 77%

BRANDWARE

© 2008 The Brandware Group, Inc. All rights reserved.

Page 12

CONFIDENTIAL

EXHIBIT 62
PAGE 2144



## About two-thirds of responding mothers possess a college or advanced degree.

What is the highest level of formal education you have completed? (base=all, n=325)

| | |
|---|---|
| Completed some high school or less | 1% |
| High school graduate | 10% |
| Completed some college | 24% |
| College degree | 37% |
| Completed some postgraduate | 11% |
| Master's degree | 14% |
| Doctorate, law, or professional degree | 4% |

BRANDWARE

© 2008 The Brandware Group, Inc.
All rights reserved.

Page 13

CONFIDENTIAL

EXHIBIT 62
PAGE 2145



# Respondents' daughters participated in nearly 80% of Bratz™ purchase decisions.

Please think only of the last Bratz doll that you or one of your daughters purchased. Who selected the Bratz doll that was purchased? (base=all, n=325)

This 21% took the survey without the assistance of their daughters.

I selected the Bratz doll, 21%

My daughter and I selected the Bratz doll together, 36%

My daughter selected the Bratz doll by herself, 43%

BRANDWARE

© 2008 The Brandware Group, Inc. All rights reserved.

Page 14

CONFIDENTIAL

**EXHIBIT 62**
**PAGE 2146**

# The average age of daughters who took the survey with their mothers is 8½ years old.

How old is the daughter that is currently helping you with this survey?
(base=mother and daughter jointly took survey because either daughter and mother selected the Bratz doll together or daughter selected the Bratz doll by herself, n=256)



© 2008 The Brandware Group, Inc.
All rights reserved.

Page 15

CONFIDENTIAL

EXHIBIT 62
PAGE 2147

# 2. What type of Bratz™ doll did respondents last purchase?

© 2008 The Brandware Group, Inc.
All rights reserved.

Page 16

CONFIDENTIAL

BRANDWARE

EXHIBIT 62
PAGE 2148

# Nearly 80% of respondents said they last purchased a Bratz™ doll that included additional outfits or accessories.

What type of Bratz doll did you last purchase? (base=all, n=325)



Bratz doll without any additional outfits or accessories, 21%

Just 21% purchased a Bratz doll that did not have any additional outfits or accessories. This suggests that ancillary purchase considerations partially drive Bratz brand choice.

Bratz doll with additional outfits, 18%

Other, 0%

Doll with additional outfits and accessories, 9%

Bratz doll with accessories (e.g., sunglasses, makeup, hairstyling items, etc.), 52%

BRANDWARE

© 2008 The Brandware Group, Inc. All rights reserved.

Page 17

CONFIDENTIAL

**EXHIBIT 62**
**PAGE 2149**

# Few respondents had not purchased a fashion doll or Bratz™ doll prior to their most recent purchase.

Was this the first fashion doll of any type or the first Bratz doll you (or your daughter) had ever purchased? (base=all, % yes)



Page 18

© 2008 The Brandware Group, Inc.
All rights reserved.

CONFIDENTIAL

EXHIBIT 62
PAGE 2150

# For 22% of respondents, their last purchase of a Bratz™ doll also constituted their initial purchase of a Bratz doll.



Was this the first Bratz doll you (or your daughter) had ever purchased?
(base=all, % yes)

| Mothers who took survey alone | Mothers and daughters who jointly took survey | Total |
|---|---|---|
| 25% | 21% | 22% |
| 69 | 256 | 325 |

© 2008 The Brandware Group, Inc.
All rights reserved.

CONFIDENTIAL

Page 19

BRANDWARE

EXHIBIT 62
PAGE 2151

# 3. How influential were various product/brand characteristics when deciding to purchase the last Bratz™ doll instead of another doll?



© 2008 The Brandware Group, Inc.
All rights reserved.

Page 20

CONFIDENTIAL

EXHIBIT 62
PAGE 2152

# For a majority of respondents, five measured factors were highly influential in driving Bratz™ brand choice.

How influential were each of the following considerations in your decision to get the last Bratz doll you purchased instead of a different doll brand? (base=all, n=325)



| | Very/extremely influential | Somewhat influential | Not very/not at all influential |
|---|---|---|---|
| Appearance of the Bratz doll itself | 75% | 20% | 5% |
| Outfits included with the purchased Bratz doll | 66% | 26% | 7% |
| Accessories included with the purchased Bratz doll | 63% | 28% | 9% |
| The "play theme" associated with the purchased Bratz doll | 61% | 30% | 9% |
| "Personality" of the purchased Bratz doll | 56% | 32% | 14% |
| Appeal of having a genuine Bratz product | 50% | 34% | 17% |
| Quality of the Bratz doll itself | 49% | 37% | 14% |
| Appeal of the product packaging that contained the purchased Bratz doll | 36% | 39% | 25% |

BRANDWARE

© 2008 The Brandware Group, Inc.
All rights reserved.

Page 21

CONFIDENTIAL

EXHIBIT 62
PAGE 2153

# When respondents assigned 100 points based on relative purchase influence, no single consideration was dominant.

How much influence did each of the following considerations have in your decision to purchase your last Bratz doll instead of a different doll brand?  Allocate 100 points between the considerations to show how much influence each had. (base=all, mean points, n=325)





On average, 18.6% of points were assigned to the appearance of the Bratz doll itself.

Appeal of the product packaging that contained the purchased Bratz doll

Appeal of having a genuine Bratz product

Quality of the Bratz doll itself — 11.2

"Personality" of the purchased Bratz doll — 12.2

The "play theme" associated with the purchased Bratz doll — 14.0

Accessories included with the purchased Bratz doll — 14.2

Outfits included with the purchased Bratz doll — 14.8

Appearance of the Bratz doll itself

BRANDWARE

© 2008 The Brandware Group, Inc. All rights reserved.

Page 22

CONFIDENTIAL

EXHIBIT 62
PAGE 2154

# 4. Did the relative influence of doll design differ by key buyer type?



Page 23

© 2008 The Brandware Group, Inc.
All rights reserved.

CONFIDENTIAL

EXHIBIT 62
PAGE 2155



# The relative influence of appearance of the Bratz doll did not differ between responding moms and moms/daughters.

Average influence points by respondent type
(base=all, mean allocation of 100 points)

Mothers who took survey alone

(A)

69

Mothers and daughters who jointly took survey

(B)

256

- Appeal of the product packaging that contained the purchased Bratz doll
- Appeal of having a genuine Bratz product
- Quality of the Bratz doll itself
- "Personality" of the purchased Bratz doll
- The "play theme" associated with the purchased Bratz doll
- Accessories included with the purchased Bratz doll
- Outfits included with the purchased Bratz doll
- Appearance of the Bratz doll itself

BRANDWARE

© 2008 The Brandware Group, Inc.
All rights reserved.

Page 24

CONFIDENTIAL

**EXHIBIT 62**
**PAGE 2156**

# The relative influence of the appearance of the Bratz doll did not differ between initial and previous fashion doll buyers.



Average influence points by previous fashion-doll purchase behavior
(base=all, mean allocation of 100 points)

First-time fashion doll buyers

(A)

33

Previous fashion doll buyers

(B)

292

- Appeal of the product packaging that contained the purchased Bratz doll
- Appeal of having a genuine Bratz product
- Quality of the Bratz doll itself
- "Personality" of the purchased Bratz doll
- The "play theme" associated with the purchased Bratz doll
- Accessories included with the purchased Bratz doll
- Outfits included with the purchased Bratz doll
- Appearance of the Bratz doll itself

BRANDWARE

© 2008 The Brandware Group, Inc.
All rights reserved.

Page 25

CONFIDENTIAL

EXHIBIT 62
PAGE 2157

# For first-time Bratz™ buyers, the relative influence of the appearance of the Bratz doll was slightly higher than for previous buyers

Average influence points by previous Bratz™ purchase behavior
(base=all, mean allocation of 100 points)



First-time Bratz doll buyers

(A)

72

Previous Bratz doll buyers

(B)

253

▨ Appeal of the product packaging that contained the purchased Bratz doll
▨ Appeal of having a genuine Bratz product
☐ Quality of the Bratz doll itself
▨ "Personality" of the purchased Bratz doll
☐ The "play theme" associated with the purchased Bratz doll
☐ Accessories included with the purchased Bratz doll
▨ Outfits included with the purchased Bratz doll
▨ Appearance of the Bratz doll itself

BRANDWARE

© 2008 The Brandware Group, Inc.
All rights reserved.

CONFIDENTIAL

Page 26

EXHIBIT 62
PAGE 2158

# The relative influence of the appearance of the Bratz doll is not significantly different across first-time and repeat buyers of Bratz™ dolls

▲ Observations are not normally distributed

▲ Mann-Whitney U-test
  – Mean rank for first-time buyers:     173.63
  – Mean rank for repeat buyers:         159.96

▲ Z-statistic: -1.1  ($p < 0.27$ for a two tailed test)

▲ Conclusion: There is not a significant difference between these two groups of respondents



Page 27

© 2008 The Brandware Group, Inc.
All rights reserved.

CONFIDENTIAL

EXHIBIT 62
PAGE 2159

# 5. How did the relative influence of doll design vary across the respondents?



© 2008 The Brandware Group, Inc.
All rights reserved.

Page 28

CONFIDENTIAL

EXHIBIT 62
PAGE 2160

# Distribution of Relative Influence of the Appearance of the Bratz doll

Proportion of sample that allocated indicated range of points to appearance of the Bratz doll (base = all)



**Range of points allocated to appearance of the Bratz doll**

The median relative influence of the appearance of the Bratz doll is 15% (15 points out of a total of 100)

Eighty percent of the respondents allocated fewer than 30 points to the appearance of the Bratz doll

The appearance of the Bratz doll is the dominant (≥ 50% of total points) influence for a small segment Bratz buyers (8.3% of the respondents)



© 2008 The Brandware Group, Inc.
All rights reserved.

Page 29

CONFIDENTIAL

EXHIBIT 62
PAGE 2161

# Appendix

Page 30

CONFIDENTIAL

© 2008 The Brandware Group, Inc.
All rights reserved.

BRANDWARE

EXHIBIT 62
PAGE 2162

# Census Region of Respondent

Census region (base=all, n=325)



Midwest, 25%

Northeast, 21%

West, 18%

South, 36%

© 2008 The Brandware Group, Inc.
All rights reserved.

Page 31

CONFIDENTIAL

BRANDWARE

EXHIBIT 62
PAGE 2163



# Number of Daughters of Respondents Between the Ages of 4-12 Who Play with Fashion Dolls

How many of your daughters between the ages of 4 and 12 play with fashion dolls? (base=all, n=325)

© 2008 The Brandware Group, Inc. All rights reserved.

Page 32

CONFIDENTIAL

EXHIBIT 62
PAGE 2164



## Age of Daughters of Respondents Who Play with Fashion Dolls

What is the age of your daughter(s) who plays with fashion dolls?
(base=all, mean age)

|  | 1st Daughter | 2nd Daughter | 3rd Daughter | 4th Daughter |
|---|---|---|---|---|
| mean age | 8.4 | 7.6 | 9.3 | 12.0 |
| base | 325 | 78 | 8 | 1 |

BRANDWARE

© 2008 The Brandware Group, Inc.
All rights reserved.

Page 33

CONFIDENTIAL

EXHIBIT 62
PAGE 2165

# Number of Children of Responding Mothers

How many children do you have? (base=all, n=325)



Page 34

© 2008 The Brandware Group, Inc.
All rights reserved.

CONFIDENTIAL

EXHIBIT 62
PAGE 2166

# Doll Brands Purchased During the Previous 12 Months

Which of the following doll brands have you (or any of the daughters you previously mentioned) purchased during the past 12 months? (base=all, n=325)



Page 35

© 2008 The Brandware Group, Inc.
All rights reserved.

CONFIDENTIAL

EXHIBIT 62
PAGE 2167

**Appendix C**

**Questionnaire**

**Introduction**

Thank you for taking part in our study about fashion dolls. Please be assured that we are not selling anything and are only interested in your opinions. The survey is designed to be completed in about 7 minutes.

All responses will be kept completely confidential and there will be no sales follow up.

1. **Are you male or female?**

    1 O   Male (TERMINATE)
    2 O   Female

2. **In which US state or Canadian province do you live?**

    > USE DROP-DOWN BOX THAT LISTS STATES AND PROVINCES; INCLUDE "OTHER" RESPONSE; DEFAULT SELECTION SHOULD BE "CLICK HERE TO CHOOSE." (TERMINATE IF NOT A US STATE)

3. **What is your age?**

    > DROP-DOWN BOX. FROM "1" TO "99 OR OLDER" IN INCREMENTS OF 1. (TERMINATE IF UNDER 18)

4. **How many children do you have?**

    > DROP-DOWN BOX. FROM "0" TO "10 or more" IN INCREMENTS OF 1. (TERMINATE IF 0)

5. **Do you have any daughters between the ages of 4 and 12 who live with you?**

    1 O   Yes
    2 O   No (TERMINATE)

6. **Do any of your daughters between the ages of 4 and 12 play with fashion dolls (e.g. Barbie®, Bratz™, Hannah Montana, My Scene™, etc.)?**

    1 O   Yes
    2 O   No (TERMINATE)

1

CONFIDENTIAL

EXHIBIT 62
PAGE 2168

7. **How many of your daughters between the ages of 4 and 12 play with fashion dolls?**

> DROP-DOWN BOX. FROM "0" TO "4 or more" IN INCREMENTS OF 1.
> (TERMINATE IF 0)

8. **You said that you have (PIPE FROM Q7) daughter(s) between the ages of 4 and 12 who play with fashion dolls. What is the age of each of these daughters? (THE NUMBER OF AGE BOXES SHOULD EQUAL THE NUMBER SELECTED IN Q7)**

| 1st Daughter | 2nd Daughter | 3rd Daughter | 4th Daughter |
|---|---|---|---|
| DROP-DOWN BOX. FROM "4" TO "12" IN INCREMENTS OF 1. | DROP-DOWN BOX. FROM "4" TO "12" IN INCREMENTS OF 1. | DROP-DOWN BOX. FROM "4" TO "12" IN INCREMENTS OF 1. | DROP-DOWN BOX. FROM "4" TO "12" IN INCREMENTS OF 1. |

9. **Have you, or any of the daughters you previously mentioned, purchased a fashion doll during the past 12 months?**

    1 O   Yes
    2 O   No (TERMINATE)

10. **Which of the following doll brands have you (or any of the daughters you previously mentioned) purchased <u>during the past 12 months</u>?** (Select all that apply) (RANDOMIZE ITEMS)

| 1 ⊃ | Bratz™ |
|---|---|
| 2 ⊃ | Barbie® |
| 3 ⊃ | My Scene™ |
| 4 ⊃ | Hannah Montana |
| 5 ⊃ | Flavas |
| 6 ⊃ | Diva Starz™ |
| 7 ⊃ | None of these (TERMINATE) |

(TERMINATE IF Q10_1 IS <u>NOT</u> SELECTED)

11. **Please think only of the last <u>Bratz™ doll</u> that you or one of your daughters purchased. Who selected the Bratz doll that was purchased?**

    1 O   I selected the Bratz doll (SKIP TO INTRO BEFORE Q17)
    2 O   My daughter and I selected the Bratz doll together
    3 O   My daughter selected the Bratz doll by herself

CONFIDENTIAL

EXHIBIT 62
PAGE 2169

12. **For the purposes of this study, we would like you and one of your 4- to 12-year-old daughters who helped select the last Bratz™ doll you purchased to jointly complete this survey. Are you able to jointly complete this survey with your daughter at this time?**

    1 O  Yes
    2 O  No (TERMINATE)

Please ask one of your 4- to 12-year-old daughters who helped select the last Bratz™ doll you purchased to join you at the computer for the remainder of this survey. This survey will be fun for both of you.

13. **Is your daughter now sitting at the computer with you to help you complete this survey?**

    1 O  Yes
    2 O  No (TERMINATE)

14. **How old is the daughter that is currently helping you with this survey?**

> DROP-DOWN BOX. FROM "4" TO "12" IN INCREMENTS OF 1.

Thanks – you and your daughter qualify to participate in the survey. IMPORTANT: For the remainder of this survey, please think only of the last Bratz™ doll that either you or your daughter purchased.

15. **Was this the first fashion doll of any type that you or your daughter had ever purchased?**

    1 O  Yes
    2 O  No, my daughter or I had purchased a fashion doll before

16. **Was this the first Bratz™ doll you or your daughter had ever purchased?**

    1 O  Yes
    2 O  No, my daughter or I had purchased a Bratz doll before

3

CONFIDENTIAL

EXHIBIT 62
PAGE 2170

(SKIP TO Q19)

**Thanks – you qualify to participate in the survey.  IMPORTANT: For the remainder of this survey, please think only of the last Bratz™ doll that you purchased.**

17. **Was this the first fashion doll of any type that you had ever purchased?**

    1 O  Yes
    2 O  No, I had purchased a fashion doll before

18. **Was this the first Bratz™ doll you had ever purchased?**

    1 O  Yes
    2 O  No, I had purchased a Bratz doll before

19. **What type of Bratz™ doll did you last purchase?**

    1 O  Bratz doll without any additional outfits or accessories
    2 O  Bratz doll with additional outfits
    3 O  Bratz doll with accessories (e.g., sunglasses, makeup, hairstyling items, etc.)
    4 O  Doll with additional outfits and accessories
    5 O  Other - please specify: _____

20. **How influential were each of the following considerations in your decision to get the last Bratz™ doll you purchased instead of a different doll brand?**  (RANDOMIZE ITEMS)

| | Not at all influential | Not very influential | Somewhat influential | Very influential | Extremely influential |
|---|---|---|---|---|---|
| Quality of the Bratz doll itself (excluding the quality of any outfits or accessories) | 1 O | 2 O | 3 O | 4 O | 5 O |
| Appearance of the | 1 O | 2 O | 3 O | 4 O | 5 O |

4

CONFIDENTIAL

EXHIBIT 62
PAGE 2171

| | | | | |
|---|---|---|---|---|
| Bratz doll itself (excluding the appearance of any outfits or accessories) | | | | |
| Outfits included with the purchased Bratz doll (including the outfit worn by the doll and any additional outfits in the package) | 1 O | 2 O | 3 O | 4 O | 5 O |
| Accessories included with the purchased Bratz doll | 1 O | 2 O | 3 O | 4 O | 5 O |
| "Personality" of the purchased Bratz doll | 1 O | 2 O | 3 O | 4 O | 5 O |
| The "play theme" associated with the purchased Bratz doll (e.g., pets, sports, hair care, music, fashion nails, etc.) | 1 O | 2 O | 3 O | 4 O | 5 O |
| Appeal of having a genuine Bratz™ product | 1 O | 2 O | 3 O | 4 O | 5 O |
| Appeal of the product packaging that contained the purchased Bratz doll | 1 O | 2 O | 3 O | 4 O | 5 O |

CONFIDENTIAL

EXHIBIT 62
PAGE 2172

21. **How much influence did each of the following considerations have in your decision to purchase your last Bratz™ doll instead of a different doll brand?** (Please allocate 100 points between the considerations below to show how much influence each had. Assign more points to considerations that had more influence and fewer points to considerations that had less influence. Enter "0" for items that had no influence. You total must equal 100 points.) (RANDOMIZE ITEMS; PROGRAM SO THAT RUNNING POINTS TOTAL IS SHOWN)

| | |
|---|---|
| A | Quality of the Bratz doll itself (excluding the quality of any outfits or accessories) |
| B | Appearance of the Bratz doll itself (excluding the appearance of any outfits or accessories) |
| C | Outfits included with the purchased Bratz doll (including the outfit worn by the doll and any additional outfits in the package) |
| D | Accessories included with the purchased Bratz doll |
| E | "Personality" of the purchased Bratz doll |
| F | The "play theme" associated with the purchased Bratz doll (e.g., pets, sports, hair care, music, fashion nails, etc.) |
| G | Appeal of having a genuine Bratz™ product |
| H | Appeal of the product packaging that contained the purchased Bratz doll |
| | 100 points |

(SHOW TEXT BELOW ONLY IF Q11 = 1)
**These questions are for classification purposes only.**

(SHOW TEXT BELOW ONLY IF Q11 = 2 OR Q11 =3)
**Mom, please complete the following questions without the assistance of your daughter. These questions are for classification purposes only.**

22. **What is your annual household income, before taxes?**

USE DROP-DOWN BOX FROM "UNDER $10,000" TO "250,000 or above" IN INCREMENTS OF $10,000; INCLUDE "DON'T KNOW/REFUSED" CATEGORY.

23. **Which best describes your marital status?**

6

CONFIDENTIAL

EXHIBIT 62
PAGE 2173

1 O  Single, never married
2 O  Married
3 O  Separated/divorced/widowed
4 O  Domestic partnership
5 O  Prefer to not answer

24. **What is the highest level of formal education you have completed?**

1 O  Completed some high school or less
2 O  High school graduate
3 O  Completed some college
4 O  College degree
5 O  Completed some postgraduate
6 O  Master's degree
7 O  Doctorate, law, or professional degree

25. **Are you of Latin American or Spanish descent?**

| 1 O | Yes |
|---|---|
| 2 O | No |
| 3 O | Prefer to not answer |

26. **Which of the following racial groups do you identify most closely with?**

| 1 O | White/Caucasian |
|---|---|
| 2 O | Black/African American |
| 3 O | Asian/Pacific Islander |
| 4 O | Native American |
| 5 O | Other – please specify: |
| 6 O | Prefer to not answer |

**Thanks for completing this survey!  Please click on the "Submit Survey" button below.**

7

CONFIDENTIAL

EXHIBIT 62
PAGE 2174

## Appendix D

## Other Information Considered

Bottomley, Paul A., John R. Doyle and Rodney H. Green (2000), "Testing the Reliability of Weight Elicitation Methods: Direct Rating versus Point Allocation," *Journal of Marketing Research*, Vo. 37 (November), 508-513.

Bruning, James L. and B.L. Kintz (1968), *Computational Handbook of Statistics*, Scott, Foresman and Company: Glenview, IL.

Green, Paul E. (1984), "Hybrid Models for Conjoint Analysis: An Expository Review," *Journal of Marketing Research*, 21 (May), 155-169.

Harte, Johanna M. and Pieter Koele (1995), "A Comparison of Different Methods for the Elicitation of Attribute Weights: Structural Modeling, Process Tracing and Self-Reports," *Organizational Behavior and Human Decision Processes*, Volume 64 (October), 49-64.

Huber, George P. (1974), "Multi-Attribute Utility Models: A Review of Field and Field-Like Studies," Management Science, Vol. 20 (June), 1393-1402.

Joachimsthaler, Erich (2008), *Expert Report of Dr. Erich Joachimsthaler*, February 11, 2008.

Sattler, Henrik and Susan Hensel-Borner (2003), "A Comparison of Conjoint Measurement with Self-Explicated Approaches," in *Conjoint Measurement: Methods and Applications* (4th Edition), Gustafsson, Anders, Andreas Herrmann and Frank Huber (Eds.), Springer: Berlin, 67-76.

Scott, Carol A. (2008), *Expert Report of Carol A. Scott*, February 11, 2008.

Srinivasan, V. (1988), "A Conjunctive-Compensatory Approach to the Self-Explication of Multiattributed Preferences," *Decision Science*, 19 (Spring), 295-305.

Van Ittersum, Koert, Joost M.E. Pennings, Brian Wansink and Hans C.M. van Trijp (2007), "The validity of attribute importance measurement: A review," *Journal of Business Research*, Volume 60, 1177-1190.

Wilke, William L. and Edgar A. Pessemier (1973), "Issues In Marketing's Use Of Multi-Attribute Models," *Journal of Marketing Research*, Volume 10 (November), 428-431.

8

CONFIDENTIAL

EXHIBIT 62
PAGE 2175

**EXHIBIT 63**

# MGA Entertainment, Inc. v. Mattel, Inc., et al.

Case No. CV 05-02727

Rebuttal Expert Report of Robert Tonner

March 17, 2008

CONFIDENTIAL – ATTORNEYS' EYES ONLY

EXHIBIT 63
PAGE 2176

1 | THOMAS J. NOLAN (Bar No. 66992)
(tnolan@skadden.com)
2 | JASON D. RUSSELL (Bar No. 169219)
(jrussell@skadden.com)
3 | MARINA V. BOGORAD (Bar No. 217524)
(mbogorad@skadden.com)
4 | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue
5 | Los Angeles, California 90071-3144
Telephone:  (213) 687-5000
6 | Facsimile:  (213) 687-5600

7 | KENNETH PLEVAN (admitted *pro hac vice*)
(kplevan@skadden.com)
8 | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
9 | New York, NY 10046
Tel.: (212) 735-3000 / Fax: (212) 735-2000

10 |
Attorneys for MGA Entertainment, Inc., MGA Entertainment (HK) Limited,
11 | MGAE de Mexico, S.R.L. de C.V., and Isaac Larian

12 |

13 | UNITED STATES DISTRICT COURT

14 | CENTRAL DISTRICT OF CALIFORNIA

15 | EASTERN DIVISION

16 | CARTER BRYANT, an individual ) CASE NO. CV 04-9049 SGL (RNBx)
17 |                          Plaintiff, ) Consolidated with Case No. 04-9059
                                       ) and Case No. 05-2727
18 |            v.                       )
                                       ) Honorable Stephen G. Larson
19 | MATTEL, INC., a Delaware          )
    corporation                       ) **DECLARATION OF ROBERT**
20 |                                   ) **TONNER IN OPPOSITION TO**
                          Defendant.   ) **MATTEL'S MOTION FOR**
21 |                                   ) **PARTIAL SUMMARY**
                                       ) **JUDGMENT**
22 |                                   )
23 |                                   ) Hearing Date: April 23, 2008
                                       ) Time: 10:00 a.m.
24 | _____  )
25 | AND CONSOLIDATED ACTIONS.         )
26 |                                   )
27 | **FILED UNDER SEAL PURSUANT**
    **TO PROTECTIVE ORDER**                        **EXHIBIT 63**
28 |                                               **PAGE 2177**

## Declaration of Robert Tonner

Robert Tonner, under penalty of perjury, declares as follows:

1.     I have been asked to review and comment on Lee Loetz's expert report. My conclusion is that Mr. Loetz is wrong. Not only were the Bratz dolls not faithful copies of the Carter Bryant drawings, they were in fact considerably different.

**Credentials**

2.     My expert credentials are set forth in the first five pages of my expert report (without the original exhibit) of February 8, 2008, which for convenience of reference will be attached hereto **[Exhibit A]**.

**General Comments**

3.     As a sculptor, I disagree with Mr. Loetz's statement that "the industry standard for sculptors [is that] they are judged on their ability to accurately execute drawings." For my own business, when I am not personally sculpting a doll, I pick sculptors who have their own taste and aesthetics. I don't consider myself the greatest sketcher—I'm better at 3-D than 2-D—and that's why I'd want the best sculptor I can find to use his or her judgment and ability to interpret a sketch or tear sheet I might provide, to use as a starting point.

4.     Mr. Loetz refers to "traditional fashion dolls". Although there are numerous examples of fashion dolls with many different body types, I assume that Mr. Loetz is referring to Barbie and/or Barbie type dolls.

**Proportion**

5.     From my observation, Mr. Bryant's sketch is not a technical drawing— if it was, the hip joint shape and placement as well as the leg shape would have been different on the doll (it depends on which sketch one looks at, as Mr. Bryant's sketches are not consistent with one another). Ms. Leahy knew pleasing proportions (it's the landmarks that all sculptors use). Using her own judgment, Ms. Leahy was able to hit the landmarks. Further, a large size doll head, in relation to the body, is

1

**EXHIBIT 63**
**PAGE 2178**

CONFIDENTIAL -
ATTORNEYS' EYES ONLY

1   really nothing new in dolls—it's actually the classic way to sculpt a doll. **[Exhibit**
2   **A1]**.

3       6.    In exhibit #2, Mr. Loetz compares one of Mr. Bryant's sketches with a
4   Bratz doll body, his point being that the drawings "work" when the doll is viewed in
5   a way other than head on. It is my opinion that this proves nothing because there are
6   many dolls that could be posed in a similar way. **[Exhibit B]**. Also, his exhibit
7   shows clearly some of the major differences between Mr. Bryant's sketches and the
8   final sculpt. The sketch has a much rounded feel, especially in the hip area. The
9   knees are drawn in a "knock knee" position and the doll was sculpted to stand
10  straight. The biggest difference is the proportion of the upper torso of the sketch as
11  compared to that of the doll. The sketch is much smaller on top, the neck is set
12  forward on the chest and the waist has a sort of "crunch" as compared to the doll. If,
13  as Mr. Loetz states, the sculptor would be judged on the closeness to the sketch, she
14  should not have been allowed to add width and weight, or change the position of the
15  upper torso. **[Exhibit C]**. In addition, if I had been directing the sculptor *to match*
16  *the sketch,* this sculpt would have been rejected.

17  **Posing**

18      7.    I must say I was a little surprised by the statement the dolls "match to a
19  remarkable degree the poses in Carter Bryant's concept sketches." There are many
20  dolls (in fact, most of them!) that could assume the same poses as the Bratz dolls.
21  **[Exhibit D]**. What the Bratz dolls can not do, and which was consistent in almost all
22  of Mr. Bryant's sketches, is thrust their hips out. A sculptor could have created a
23  three-dimensional doll that was closer in pose to Mr. Bryant's sketches than were the
24  actual Bratz dolls.

25      8.    To me, the least credible statement in this section is when Mr. Loetz
26  compares the hands. Not only were the drawings not "faithfully executed", but the
27  hands on the sketches do not resemble the sculpted hands at all. **[Exhibit E]**.

28

2

DECLARATION OF ROBERT TONNER IN OPPOSITION TO
MATTEL'S MOTION FOR PARTIAL SUMMARY JUDGMENT

**EXHIBIT 63**
**PAGE 2179**
CONFIDENTIAL -
ATTORNEYS' EYES ONLY

**Face Design**

9.     Mr. Loetz states "The Bratz dolls faithfully executed the face design of Carter Bryant's drawings to a remarkable extent. This includes the eyes, hair, lips, and makeup design in the drawings." Firstly, I must totally disagree with this comment in regard to the hair styles. Mr. Bryant's original sketches show the characters with very trendy, edgy, all most "punk"-like styles. The dolls arrived on the store shelves with nothing of the sort. The Bratz doll products all had long, pretty normal hair and the hair styles have virtually remained that way since. **[Exhibit F]**. Mr. Loetz cites his exhibits #23, #19, and #17 as examples of where the hairstyles on the Bratz dolls mirror sketched styles. It's my opinion that although there might be slight similarities there seems to be as many differences in #23 and #17. In Exhibit #17, Mr. Bryant's sketch is of hair with a center part and "fringe" or spiked bangs. However, the doll's hair has no bangs and appears to hang down straight in the back of the head. Also, the braids on the doll are a decorative element, but in Mr. Bryant's sketch, the braids comprise the whole hairstyle. In Exhibit #23, in Mr. Bryant's sketch, the hair is more styled, and far dressier, with a wisp of hair that falls in front of the ear. The doll's hairstyle, even after it appears to have been arranged by Mr. Loetz to look as similar to Mr. Bryant's sketch as possible, is still very different. The doll's hairstyle is not nearly as stylized, and could even be viewed as a sporty pony tail, rather than a formal hairstyle that someone would wear with an evening gown. As to Exhibit #19, the styles are similar—however, a braided style with bangs is very common and by no means a new creation by Mr. Bryant or MGA.

**The Face Sculpt**

10.     There are major differences in the sculpt of the Bratz doll as compared to the head in Mr. Bryant's sketches. First and foremost is the overall shape. Mr. Bryant's sketches consistently show an almost round head. The Bratz sculpt has a

**EXHIBIT 63**
**PAGE 2180**

CONFIDENTIAL -
ATTORNEYS' EYES ONLY

1  more or less figure eight shape where the temple is narrow and expands out from
2  there to a larger skull and expands below the eyes to form the cheeks and jaws. The
3  longer head has a less mature look than that of Mr. Bryant's sketch. When Mr. Loetz
4  outlines the shape of the sketch head versus the doll head he uses, as he does in
5  exhibits #17, #19, #21 and #24, it's a little bit deceiving in that the line is rather
6  thick and it obscures the real face shape (and the shapes are certainly not identical),
7  and, in addition, he fails to outline the whole head which would give a clearer picture
8  of the relative shapes. I have added his line (which seems to fit perfectly) to one of
9  my dolls. [Exhibit G]. I have also finished the line and compared the sketch to the
10  final doll. [Exhibit H].

11      11.    Mr. Bryant draws a very detailed eye, and if I had sculpted with the goal
12  of just copying his sketch, I would have done a deeper sculpt (slightly more realistic)
13  of the lid and eye shape. Margaret Leahy could have come far closer to Bryant's
14  sketched eyes if she sought to purely translate Mr. Bryant's sketch into three
15  dimensions. But a good commercial sculptor will soften features so that a change of
16  expression can be done with paint, as was done with the Bratz sculpt. Mr. Bryant's
17  illustrations show a highly detailed lip—the lip of the sculpt on the doll was not
18  highly detailed. I have had an opportunity to see the Bratz doll without paint—the
19  raw sculpt. The eyes are not defined, the nose is slightly more defined than the
20  sketch and the mouth is much less defined than Mr. Bryant's sketches. Also, the ear
21  on the sculpt is in a different place than that of the ear on the sketch (one of those
22  "landmarks").

23      12.    As to face paint, the face design proportion in the sketches was not
24  unique to Mr. Bryant, as shown by the Coke ad and the Paris Blues ad. [Exhibit I].
25  In referencing Mr. Loetz's exhibit, the differences between the sketches and the doll
26  are clear. First of all, in Mr. Loetz's exhibit #6 and #17, the eyes are clearly closer
27  set on the doll as opposed to the sketch. The eyebrows on the art work are slightly

28

4

DECLARATION OF ROBERT TONNER IN OPPOSITION TO
MATTEL'S MOTION FOR PARTIAL SUMMARY JUDGMENT

**EXHIBIT 63**
**PAGE 2181**
CONFIDENTIAL
ATTORNEYS' EYES ONLY

1   more arched and pointed. The eyes are much bigger on the doll—her irises and

2   pupils are quite a bit larger which gives a younger, softer appearance (sort of a

3   Bambi look). Although the eyes on both the sketches and dolls are almond shaped,

4   the sketched eyes are much narrower (an older, more sophisticated look) then the

5   finished doll. In comparing the mouths, the doll's mouth is less exaggerated then

6   that of the sketch.

7       13.    Many dolls, and especially fashion dolls, have almond shaped eyes. An

8   almond shaped eye is considered exotic and attractive and therefore is often used on

9   fashion dolls. **[Exhibit J]**. Also, many dolls have been produced where "the pupils

10  are fifty percent covered by the eyelid". **[Exhibit K]**. In Mr. Loetz's exhibit, he

11  states "The makeup of the eyes in Carter Bryant's drawings was meticulously

12  executed on the doll." Further he states that "there are three eyelashes on the eye in

13  the drawing and three eyelashes on the doll eye." (Exhibit #24) I could certainly

14  make the case that many dolls have three painted top lashes—however, based on my

15  own comparisons of Mr. Bryant's sketches with the various face paints of the Bratz

16  dolls (and there are many) I was not able to find an exact match—which would be

17  unusual if an interpretation of a sketch was "meticulously executed" on a doll. If the

18  face painter was following the paint design of Mr. Bryant's sketch, why wasn't the

19  complete design followed? (Note the double lower lash on the sketch and the triple

20  lower lash on the doll.)

21      14.    The face painter for the Bratz doll was highly skilled and certainly

22  brought in his/her own "look" and identity of design into the project, i.e. artistic

23  contributions not found in Bryant's sketches.

24

25

26

27                                                              **EXHIBIT 63**
                                                                **PAGE 2182**
28                                        5

CONFIDENTIAL -
ATTORNEYS' EYES ONLY

**Style**

15.    I worked in the garment center in New York city for 18 years,[1] and in the fashion world, "the devil is in the details". The trained eye in fashion will recognize that what someone with an untrained eye might perceive as a relatively minor difference between fashions, is actually a very big and important difference. The same standard applies to doll design. Even the slightest change in a doll garment equals a new design.

16.    I have some preliminary comments on Mr. Loetz's style section. First, pink is a popular color for doll clothing. Second, ball gown skirts are frequently used in fashion dolls. So the use of pink or ball gown skirts in general are not a revealing point of similarity between dolls. In addition, doll companies usually reflect what's going on in fashion at the time. Rarely have I seen fashion design on a doll that is so revolutionary that it has never been seen on people.

17.    Mr. Loetz, in his exhibit #28, shows two hats or ski caps—one designed by Mr. Bryant and the other designed for the Bratz doll. The hat on the right is a "silver" knit ski cap, and on the left, is an ethnic inspired cap with ear flaps. In the world of clothing, the silver one might be a Ralph Lauren ski cap worn with something like a silver leather parka, while the ethnic cap would work more for Abercrombie and Fitch. The point being that even someone not schooled in fashion might consider a modest change makes an item of clothing or accessory totally new

---

[1]   I will repeat my fashion credentials: After three years of college I left for New York City in 1973. I received a full scholarship to attend Parsons School of Design to study fashion design. I graduated from Parsons in 1975 with a /Bachelor of fine Arts degree. After graduating from Parsons, I worked in the garment center in New York City as a fashion designer. I had a great career in the market that spanned eighteen years. Of those eighteen, I was a designer for Blassport, the sportswear division of Bill Blass, for eight years. During my time in the garment center I also did a line of clothing under my own label. In addition to designing, I taught a fashion design class at Parsons, part time, for three years in the early 1980's.

6

CONFIDENTIAL - ATTORNEYS' EYES ONLY

EXHIBIT 63
PAGE 2183

1   and can alter the mood or style of the item. So, for example, to compare two skirts

2   as Mr. Loetz did in his exhibit 25 is comparing apples to oranges. In the fashion

3   world, these two skirts are worlds apart. First of all, in the sketch it looks like Bryant

4   trying to illustrate denim with a floral border that may be embroidered or printed.

5   On the doll, beyond the fact that the skirt is obviously a different color, it doesn't use

6   denim, but rather a solid purple twill. Further, on the doll, the band appears more

7   paisley than floral, and it is a brocade rather than printed or embroidered. Finally,

8   the skirt on the doll has lace on the bottom. Therefore, I strongly disagree that "that

9   the first wave of Bratz doll fashions and style were faithfully executed from Carter

10  Bryant's concept sketches *in detail*" (italics being mine).

11         18.    Besides details, Mr. Loetz also refers to the overall style as being the

12  same in the sketches as in the final doll products. As talented as he is, Mr. Bryant

13  does not get credit for the type of clothing shown in his sketches or even for the way

14  the clothing is put together. The styles were out there in 1998—Mr. Bryant merely

15  reflected the styles he was seeing. Just compare his sketches to the materials from

16  the August, 1998 Seventeen Magazine, as shown in my original report Ex. 6, which

17  has been attached hereto **[Exhibit L]**.

18         19.    Also, as I said in my report, I believe that the dolls were softened from

19  the original idea sketches and continued to evolve in later production designs. Bratz

20  dolls such as the "Sportz" dolls and the "Midnight Dance" dolls do not reflect the

21  street attitude that Mr. Bryant originally presented to MGA. In fact, the later "Bratz,

22  the Movie" dolls are very far from that original concept of hip, trendy teenagers to a

23  more traditional concept of a doll in a ball gown.

24  **Development of the Line After Initial Introduction**

25         20.    Although I have not done a comprehensive analysis of each later

26  version of the Bratz dolls, I have seen dozens of them both in preparation for my

27  expert report and on the shelves of toy stores as someone in the doll industry.

28

7

DECLARATION OF ROBERT TONNER IN OPPOSITION TO
MATTEL'S MOTION FOR PARTIAL SUMMARY JUDGMENT

**EXHIBIT 63**
**PAGE 2184**

CONFIDENTIAL-
ATTORNEYS' EYES ONLY

1 Therefore, I feel comfortable asserting that these later iterations of Bratz are also not
2 copies of Mr. Bryant's sketches. Indeed, the Bratz line continued to evolve and
3 change in many ways after its initial launch.

4 **Other Deficiencies in the Loetz Analysis**

5     21. In my view, as previously stated, Bryant's sketches simply convey an
6 idea (e.g. four teen friends, contemporary fashions) for a new fashion doll. It was
7 MGA and its team that took the idea and developed it and made a marketable
8 product from the idea. Mr. Loetz does not recognize this. Nor does he recognize the
9 influences of what already existed, both from Seventeen Magazine and earlier dolls
10 and art trends, as shown by my original expert report's Ex. 6 (Seventeen Magazine
11 Ads), Ex. 7 (Spice Girls, Dixie Chicks), and Ex. 15 (Margaret Keane art, Blythe
12 dolls, Speed Racer), which have been attached hereto **[Exhibit M]**. Finally, he does
13 not recognize that the poses in the individual character Carter Bryant sketches are
14 mostly standard model "runway" poses, and the poses in Mr. Bryant's group sketch
15 of all four characters are standard "hip hop" poses, and therefore not creative.

16     22. Mr. Loetz points to Bratz character illustrations. In my view, this does
17 not prove anything. As I mentioned in my report (and showed with my original
18 report's Ex. 7A), Barbies, in the early sixties came packed with what is called a
19 "cross-sell" booklet. **[Exhibit N]**. The booklet showed various outfits that could be
20 purchased for a child's Barbie doll. The illustrations of Barbie and her friends were
21 not accurate depictions of the dolls—there was no way they could bend or move as
22 they were sometimes drawn. The purpose of those illustrations was to suggest a fun,
23 high fashion "mood." In my view, the purpose of Mr. Bryant's original sketches was
24 the same—to evoke a mood.

25 **Additional Issues**

26     23. I have also been asked to comment on the manufacturing sources of doll
27 hair, and more specifically whether in 2000 MGA could have reasonably located

28

DECLARATION OF ROBERT TONNER IN OPPOSITION TO
MATTEL'S MOTION FOR PARTIAL SUMMARY JUDGMENT

**EXHIBIT 63**
**PAGE 2185**
CONFIDENTIAL -
ATTORNEYS' EYES ONLY

1 | Universal, a hair vendor, on their own and without having been pointed to Universal
2 | by Carter Bryant or anyone else. It has been my experience that although the toy
3 | world seems very large, there are only a few vendors for some components of
4 | production of fashion dolls. This is certainly the case for saran hair, which is a very
5 | high quality doll hair used on many Mattel and MGA products. I believe there may
6 | be only a very small number (if not just one) source for that hair. Universal is a well
7 | known vendor of saran hair in the doll industry. I do know for a fact that
8 | representatives from Universal have been present at industry Toy Fairs, because
9 | representatives from Universal have stopped by my booth at Toy Fair. Based on my
10 | experience in the doll industry, I believe that MGA did not need to learn about
11 | Universal from Carter Bryant.

12 |      24.    Focusing on the first Bratz dolls as released in May, 2001, I have also
13 | been asked to assess the relative contributions of Carter Bryant, on the one hand; and
14 | the other creative persons at MGA who worked on Bratz, on the other hand, to the
15 | final creative product. In general, as I have previously noted, Carter Bryant provided
16 | a new idea for a fashion doll, and sketches illustrating his concept to help convey the
17 | ideas. Mr. Bryant also stayed involved, but he was neither a sculptor, nor a face
18 | painter, nor a design engineer. Others were responsible for the sculpt, the face paint,
19 | the initial packaging, and other necessary skills and contributions in the development
20 | process, as well as team leadership. I have omitted consideration of the fashions for
21 | the reasons previously noted. First, the Bratz doll fashions changed over time and
22 | continued to evolve. Second, the fashions simply reflected styles already on the
23 | market. My allocation, based on my best professional judgment, is as follows:
24 | Carter Bryant 15-20%, the rest of the MGA team 80-85%.

25 |
26 |
27 |
28 |

**EXHIBIT 63**
**PAGE 2186**

9

CONFIDENTIAL -
ATTORNEYS' EYES ONLY

1    I declare under penalty of perjury under the laws of the United States of

2  America that the foregoing is true and correct. Executed in Paris France, on March

3  13, 2008.

4

5

6  Robert Tonner

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27



28

10

DECLARATION OF ROBERT TONNER IN OPPOSITION TO
MATTEL'S MOTION FOR PARTIAL SUMMARY JUDGMENT

EXHIBIT 63
PAGE 2187

CONFIDENTIAL -
ATTORNEYS' EYES ONLY

# EXHIBIT A

(First 5 Pages of Original Expert Report)

EXHIBIT 63
PAGE 2188

CONFIDENTIAL -
ATTORNEYS' EYES ONLY

1

**Expert Witness Report**
**By Robert Tonner**


The Lawyers for MGA contacted me in late summer of 2007 about a lawsuit between Mattel and MGA. I have never testified as an expert witness in any other case and I am being paid for my time spent on this case in the amount of $250.00 per hour.

Naturally, being a doll manufacturer, I've known about MGA and Mattel and their products for many years and I've had the opportunity to meet a few of the Mattel designers over the years. Ann Driskill (who, I believe, is a project manager at Mattel) and I worked together for a short time on Seventh Avenue. I've never done any business with Mattel, although they put in an offer to buy my company in 1999. (I turned them down.) Although in my travels over the years in the doll/toy worlds I might have met people who worked at MGA, I don't recall ever meeting either Mr. Bryant or Mr. Larian.

### Published Articles

1) *DOLLS* article about personal inspiration, 2003
2) *Haute Doll* article about the history Fashion Toni dolls, Oct 2005
3) *Haute Doll* article about early fashion dolls, 2004
4) Wrote "Robert Tonner Inspirations" 2006 (book)

### Biography

I was born and raised in Bluffton, Indiana, and even as a small child I had an interest in fashion dolls.

After three years of college I left for New York City in 1973. I received a full scholarship to attend Parsons School of Design to study fashion design. I graduated from Parsons in 1975 with a Bachelor of Fine Arts degree.

After graduating from Parsons, I worked in the garment center in New York City as a fashion designer. I had a great career in the market that spanned eighteen years. Of those eighteen, I was a designer for Blassport, the sportswear division of Bill Blass, for eight years. During my time in the garment center I also did a line of clothing under my own label. In addition to designing, I taught a fashion design class at Parsons, part time, for three years in the early 1980's.

I started sculpting as a hobby around 1981 or 1982 and soon started sculpting dolls. At that time, I sought out and found doll making and collecting organizations. I joined the Manhattan Toy and Doll Collectors Club in the late seventies and became President in the mid-eighties. During the eighties, I continued my sculpting and made one-of-a-kind dolls at nights and on weekends. I was elected into the National Institute of American Doll Artists in 1988 and I spent four years (1991-1995) as standards chairman and two years as President (1995 to 1997).

After tiring of the garment center in the late eighties, I left to start my own doll company, Robert Tonner Doll Design, in 1991 and showed my first line at New York City's Toy Fair in February, 1992.

**EXHIBIT 63**
**PAGE 2189**

1

CONFIDENTIAL -
ATTORNEYS' EYES ONLY

As I built my company in the 1990's, I also did freelance design work for other manufacturers. I sculpted a doll for Madame Alexander in 1992 and designed and sculpted The Magic Attic dolls for the Georgetown Collection in 1995.

Robert Tonner Doll Design eventually became Tonner Doll Company Inc. and my company is considered a leader the field of collectible dolls. During the past sixteen years, I have won many awards and received acknowledgement from the doll and collectible industries.

- "Little Girl in a Duffle Coat" and porcelain Superman chosen for the permanent collection of the Museum of Decorative Arts at the Louvre in Paris.
- Peoples Choice Award, Disney Doll and Teddy Convention, 1999
- *The Robert Tonner Story, Dolls and Dreams*, published by Portfolio Press, 2000
- Modern Doll Convention, Lifetime Achievement Award, 2002
- United Federation of Doll Clubs Philanthropic Award, 2003
- Tonner department opens in FAO Schwarz in New York, Las Vagas, 2004
- Collectors United Industry Leadership Award, 2006
- Jones Publishing Crystal Award for Industry Leadership, 2007
- Cover stories and/or articles about my work in *DOLLS* Magazine, *Doll Reader*, *Contemporary Doll Collector*, *Doll Castel News, Disneyana, Toy Fair, Doll UK, UFDC Doll News*, *Mune Cas* (Spain), *Action Figure Digest, Fashion Doll Quarterly, Haute doll, Playthings, Toy Fare*, and *Toy Book*.
- Coverage in mainstream press: *People, Newsweek* and *The New York Times*
- Since 1993 I have received over fifty awards from the industry's top collector magazines, *DOLLS* and *Doll Reader* (DOTY Award and DOLLS Award of Excellence)
- Opened Tonner Company Store, our first retail store, December 2007.

In addition to industry acknowledgement for my design work, I am also well known for my charity work with dolls. In 1996, I conceptualized Dolls Have Heart, a gala event benefiting AmFar. Demi Moore hosted and the event raised over $350,000.00. Tonner Fashion dolls were dressed by every famous designer working at the time and auctioned at the event. I used the template for the AmFar event in London benefiting Action on Addiction. As a result of our donations, I have appeared on the Today show during their annual Toy Drive for the past seven years.

I was asked to be the keynote speaker at IDEX, an industry trade show, in 2004. I gave my speech, "Observations of a Reluctant Businessman".

### Why I Am Considered an Expert Witness

Over the years, I have become an historian of the modern fashion doll, in part because I lived though it. As a small child, I was very aware of the fashion dolls on the shelves of the toy stores (also in that day, the dime store and hardware stores). Growing up, I paid attention to the dolls being produced and the companies producing them. During high school, I was less interested but my interest in dolls returned shortly after I graduated from college. As my desire to make dolls developed, I started collecting fashion dolls (with a focus on Barbie) and studied their history and eventually began researching dolls that represent a fashion figure in the modern period. Over the past few years I have been asked to speak on the history of the modern fashion doll numerous times by various doll clubs and organizations.

2

**EXHIBIT 63**
**PAGE 2190**

CONFIDENTIAL - ATTORNEYS' EYES ONLY

I define the modern fashion doll as "made of plastic with a sculpted bust and a sculpted high heeled foot, dressed in teenage or adult fashion."

## Unique Qualifications

*I know how a doll is made.* Although there are other doll artists who have developed companies in the past, Tonner Doll Company Inc. is probably the most well known artist-run company currently. I am a doll sculptor and I have designed dolls from start to finish. I have finished waxes to ready the sculpt for the mold making process. I have engineered joints. I have first hand experience in mold making, casting and firing of porcelain dolls. My company sells or has sold dolls made of porcelain and rotational and injection molded plastics. I've overseen production in the US and in the Far East (China). I know the intricacies of clothing design and fabrics (18 years of fashion design in New York City) and can and have made clothing patterns and first samples for dolls. I have knowledge of the wig and hair fibers that are currently used on dolls and I have styled and designed rooting patterns for doll production. I've made doll shoes. I have created packaging design for our dolls.

*I have designed dolls for both the collectible and mass markets.* Although the main focus of my doll career has been in the collectible market, I have designed dolls for children. In 1986, I did freelance doll clothing design for Coleco, makers of the Cabbage Patch dolls. For the Georgetown Collection in the mid 90's, I designed and sculpted the Magic Attic dolls created as a competitor of the American Girl doll. For Tonner Doll Company, I designed and sculpted a princess doll for the mass market to coincide with the movie "Ella Enchanted".

*I have worked with and know many doll designers.* In addition to my extensive knowledge of commercial doll making, I have worked with many doll artists. For the Tonner Doll Company, I work with outside doll designers and sculptors. I was standards chairman for the National Institute of American Doll Artists ("NIADA"), a forty year old doll artist organization, considered one of the most prestigious in the world. My responsibility was to screen applicants for admission by judging their work in portfolio form. Admission standards to NIADA are very high; out of the dozens of applicants each year only a very few made it in. I was also President of NIADA for two years, and I am still a member.

*I know the doll business.* The Tonner Doll Company Inc. is almost seventeen years old and is arguably one of most successful in the field.

*I am considered an expert on modern fashion doll history.* Although there are many artists who have started their own companies, few, if any have grown their company to the size of the Tonner Doll Company Inc. Fewer still, if any, know fashion doll history as I do. In addition, while there may be doll historians who have as much or more knowledge of the modern fashion doll, I know of no other who also manufactures dolls. I am often asked to speak to industry and collector groups on the subject.

*I am considered an expert because of my unique mix of knowledge and experience.*

**EXHIBIT 63**
**PAGE 2191**

**CONFIDENTIAL -
ATTORNEYS' EYES ONLY**

3

**Company History**

After three years and three different colleges as a pre-med student, I moved to New York City in 1973 to finish my college education at Parsons School of Design under full scholarship. I graduated in 1975 at the top of my class and immediately went to work on Seventh Avenue in New York—the hub of American fashion design. After three years as an assistant to an up-and-coming designer, I was hired by Bill Blass to head up his sportswear division, Blassport. I was thrilled to be there and did very well. About six years later, I was hired away to start a line under my own name. The line was well received, but under-capitalized. I then worked for the Leslie Fay Company designing sportswear, and eventually went back to Blass. After eighteen years in fashion, I felt it was time for a change.

I started sculpting as a hobby in the early eighties always with the goal in mind of designing a doll. I finished my first doll in 1983 and although I was working in an intense business (fashion design) at the time, I spent much of my free time at night and on weekends developing my skills.

By the late eighties I was in my mid-thirties and was tired of working for other people—I felt I was no longer doing work that I was really proud of. Designing to please a boss or store buyers was starting become less and less tolerable. So, in 1991, I left the garment center and moved to upstate New York to start my new business. Although it had crossed my mind to start a clothing business, my real passion was dolls.

I taught myself how to make molds and cast porcelain, and once I was accomplished enough, I felt I had the knowledge to start the doll business.

I started my Company in the spring of 1991 with the thought of showing my dolls at the International Toy Fair in New York City in February, 1992. I did accomplish that goal—I brought a line of 12 porcelain dolls that I had made myself. I booked just a little over $100,000 in sales during the five day show. I considered Toy Fair a great success and began to build my business. I hired part-time help in the beginning and added full time help by 1994.

Although at the time my porcelain dolls were popular, the expense of the dolls ($250 to $1500) limited the market I could reach. By 1993, I was experimenting with vinyl and produced my first vinyl doll. Using vinyl, I was able to lower the price of the doll as well as make it more "playable".

In 1993 I added "Alice in Wonderland" to my line. The character is in the public domain and I quickly realized how much a famous name could help my sales. This realization prompted me to look at licensing other well known characters. We were too small for the big studios to take seriously, so I looked for characters that had been overlooked or put aside. I found two: Betsy McCall, a beloved character from McCall's magazine during the 50's and 60's, and Little Orphan Annie. Annie dolls had been produced in the past, but had never done well for larger toy companies. However, both dolls did well for us and I have included licensed products on the line since.

With the Betsy McCall doll, I reluctantly took production over to China. Although we had grown at a great pace, we were still a small company and dealing with the Far East

4

EXHIBIT 63
PAGE 2192

CONFIDENTIAL -
ATTORNEYS' EYES ONLY

was intimidating. As it turned out, it was to be one of the best moves I've made. My dolls could be produced at competitive prices.

Nineteen ninety nine was a tremendous year for Tonner Doll Company. I introduced the doll that I had wanted to make since I started making dolls. The doll was named Tyler Wentworth and she was a 16 inch vinyl and hard plastic fashion doll with a story line inspired by my years as a fashion designer. The sale of those dolls changed the company overnight. Sales tripled and Tonner Doll became one of the leading collectible doll companies in the United States.

As my company became more successful, I added to my licensed products with Star Wars from Lucas Films and Titanic dolls from Universal. However, the next big breakthrough for my company was when we were granted the license for Harry Potter from Warner Brothers. Although Harry Potter dolls had been produced by Mattel and tested by Madame Alexander, my understanding was that the dolls did not perform for those companies. After the first two or three films, Warner Brothers was willing to try my lesser known company. Our Harry Potter dolls were a hit for us and that success led to licensing deals with Warner Brothers for the Wizard of Oz, Gone With the Wind and DC Comic heroes such as Wonder Woman and Superman. We were offered Disney lines such as Pirates of the Caribbean and Narnia, along with the classic properties such as Mary Poppins and Sleeping Beauty. Marvel licensed Spiderman to us and we are currently working on New Line Cinema's Golden Compass.

In 2002 I purchased the Effanbee Doll Company out of bankruptcy. Effanbee had existed since 1910 and remains a venerable contributor to the doll industry.

In 2006, I formed Wilde Imagination, a direct marketing company that currently sells a unique line of collectible dolls directly to consumers via e-commerce and mail order. **(Exhibit #1, Tonner Company Products)**

### A Condensed History of the Modern Fashion Doll

The American doll industry is relatively young. During the late nineteenth century, a majority of doll manufacturing was done in Europe, with Germany and France as industry leaders. Most doll heads were made of porcelain or papier-mâché with composition or wooden bodies. The dolls that originated in France were known for their exquisitely sculpted faces; the dolls were highly stylized and could be very expensive. The German doll manufacturers became competitive with France when they later introduced real looking (rather than stylized) dolls into the market.

At the time, American doll manufacturing was almost nonexistent. The majority of dolls were imported from Europe. A few companies did produce dolls at the time, but even fewer did their own sculpting. Doll heads and bodies would often be brought in from Europe to be dressed and sold in America.

However, all this changed during WWI. Importing from Europe became more and more difficult, so toy and novelty companies began to look to produce their own designs. The early American dolls looked similar to their European counterparts, but soon, the American-made dolls took on a look and direction of their own that dominated doll making for decades.

EXHIBIT 63
PAGE 2193

CONFIDENTIAL -
ATTORNEYS' EYES ONLY

# EXHIBIT A1

EXHIBIT 63
PAGE 2194

CONFIDENTIAL -
ATTORNEYS' EYES ONLY



Exhibit 37

top

chin
shoulders
chest
waist

crotch

knees

ankles

bottom

Exhibit A1

CONFIDENTIAL -
ATTORNEYS' EYES ONLY

EXHIBIT 63
PAGE 2195

# EXHIBIT B

**EXHIBIT 63**
**PAGE 2196**

**CONFIDENTIAL -**
**ATTORNEYS' EYES ONLY**

1

## Exhibit B





EXHIBIT 63
PAGE 2197

CONFIDENTIAL -
ATTORNEYS' EYES ONLY

# EXHIBIT C

EXHIBIT 63
PAGE 2198

CONFIDENTIAL -
ATTORNEYS' EYES ONLY

1



Exhibit C

CONFIDENTIAL –
ATTORNEYS' EYES ONLY

EXHIBIT 63
PAGE 2199

# EXHIBIT D

1

CONFIDENTIAL -
ATTORNEYS' EYES ONLY

EXHIBIT 63
PAGE 2200

CONFIDENTIAL –
ATTORNEYS' EYES ONLY

Exhibit D



EXHIBIT 63
PAGE 2201

CONFIDENTIAL -
ATTORNEYS' EYES ONLY



**EXHIBIT** 63
**PAGE** 2202

# EXHIBIT E

**EXHIBIT 63**
**PAGE 2203**

1

**CONFIDENTIAL -**
**ATTORNEYS' EYES ONLY**

## Exhibit E



**EXHIBIT 63**
**PAGE 2204**

CONFIDENTIAL -
ATTORNEYS' EYES ONLY

# EXHIBIT F

**EXHIBIT** 63
**PAGE** 2205

CONFIDENTIAL -
ATTORNEYS' EYES ONLY

# EXHIBIT F









EXHIBIT 63
PAGE 2206

CONFIDENTIAL -
ATTORNEYS' EYES ONLY

# EXHIBIT F







CONFIDENTIAL - ATTORNEYS' EYES ONLY

EXHIBIT 63
PAGE 2207