

*Meyghan*

CONFIDENTIAL
ATTORNEY'S EYES ONLY

BRYANT 13576

1082



Jade

CONFIDENTIAL
ATTORNEY'S EYES ONLY        BRYANT 13577

EXHIBIT 88

PAGE 1083



Fianna

CONFIDENTIAL
ATTORNEY'S EYES ONLY

BRYANT 13578

EXHIBIT __ 88

PAGE __ 1084



BRYANT 13579

CONFIDENTIAL
ATTORNEY'S EYES ONLY

Dana

EXHIBIT 88
PAGE 1085



*Moe*

CONFIDENTIAL
ATTORNEY'S EYES ONLY

BRYANT 13580

EXHIBIT __ 88 __

PAGE __ 1086 __



CompuServe Mail - Message View

Page 1 of 2

**CompuServe mail** on the web

Subject: RE: accessories
Date: Tue, 21 Jun 2005 15:21 EST
From: CBE1068
To: LDjiguerian@mgae.com

Hi Leon,

sorry I did not get these to you sooner, I guess I just forgot. Anyhow, here are the accessories I would like to use.

Sweetheart refresh:
New:
accessories shown on doll(s)

Existing:
04-0095 necklace
04-0476 necklace
04-0097 necklace (for consumer?)
05-0103 hairclip
05-0098 hair band
05-0091 barrette
05-0099 hair clip
06-0353 bracelet
06-0102 bracelet
07-0354 earrings
07-0101 earrings

shoes:
tank top/jeans look: 15-0095 pink/black zebra striped with black sole
skirt look: 15-0363 black

will send boy twins seperately.

thanks Leon.


"Leon Djiguerian" <LDjiguerian@mgae.com> wrote:

>Hi Carter,
>I just found the list of the accessories for the Princes Twinz.   Its
>funny how I couldn't find it until after I emailed you.
>
>I just need the other 2 please.

**CONFIDENTIAL**
**ATTORNEY'S EYES ONLY**

**BRYANT 12912**

http://csmail.compuserve.com/msgview.adp?folder=T1VUQk9Y&uid=12182418

6/21/2005

EXHIBIT _____ 88

PAGE _____ 1087

SBC Yahoo! Mail - cbe1068@sbcglobal.net

Page 1 of 2

Yahoo! My Yahoo! Mail

**YAHOO!** MAIL    Welcome, cbe1068@sbcglobal.net
[Sign Out, My Account]

Search the Web    Search
Mail Home - Help

| Mail | Addresses | Calendar | Notepad | | What's New - Upgrades - Options |

Check Mail    Compose          Search Mail    Search the Web

Folders    [Add - Edit]    Previous | Next | Back to Messages          Printable View - Full Headers

Inbox              Delete    Reply    Forward    Move...

Draft
Sent              This message is not flagged. [ Flag Message - Mark as Unread ]
Bulk    [Empty]   **Date:** Thu, 10 Nov 2005 13:28:05 -0800 (PST)
Trash   [Empty]   **From:** "Carter Bryant" <cbe1068@sbcglobal.net>  Add to Address Book  Add Mobile Alert

**Subject:** bratz triplets accessories
**To:** LDjiguerian@mgae.com
**CC:** PGarcia@mgae.com

Hi Leon and Paula

here is the list of accessories for Bratz Triplets.
I'm seeing them like this:

character 1 is sort of like a writer type, a la Carrie Bradshaw
character 2 is sort of like a model type, travelling etc
character 3 is sort of a folksy, backpacker type

with that, here you go:

character 1:

14-0218 cell phone
07-0140 earrings
06-0034 bracelet
05-0099 barrette
06-0481 hairband
14-0412 computer

character 2:

14-0218 cell phone
14-0415 digital camera
07-0354 earrings
06-0353 bracelet
04-0351 necklace
14-0417 suitcase

character 3:

14-0021 guitar
14-0218 cell
14-0226 ipod

CONFIDENTIAL
ATTORNEY'S EYES ONLY

BRYANT 13518

http://us.f820.mail.yahoo.com/ym/ShowLetter?MsgId=8085_24186162_77036_672_679...    11/10/2005

EXHIBIT 88
PAGE 1088

06-0052 bracelet
04-0033 necklace
14-0399 binoculars

let me know if you want to make any changes or additions.
thanks!
Carter

| Delete | Reply ▼ | Forward ▼ | Move... ▼ |

Previous | Next | Back to Messages      Save Message Text

| Check Mail | Compose |     | Search Mail ▼ | Search the Web |

CONFIDENTIAL
ATTORNEY'S EYES ONLY

BRYANT 13519

EXHIBIT 88
PAGE 1089

SBC Yahoo! Mail - cbe1068@sbcglobal.net                                    Page 1 of 1

SBC Yahoo! Mail

**YAHOO! MAIL**

Welcome, cbe1068@sbcglobal...          Mail Home | Tutorials | ⚡ Help
[Sign Out, My Account]

| Mail | Addresses | ▾ | Calendar | ▾ | Notepad | ▾ | What's New - Upgrades - Options |

Check Mail    Compose                              Search Mail ▾    Search the Web ▾

Folders    [Add – Edit]     Previous | Next | Back to Messages        Printable View - Full Headers

Inbox                         Delete    Reply ▾    Forward ▾    Move... ▾
Draft
Sent                          This message is not flagged. [ Flag Message - Mark as Unread ]
Bulk    [Empty]         Date:    Tue, 15 Nov 2005 11:31:50 -0800 (PST)
Trash    [Empty]        From:    "Carter Bryant" <cbe1068@sbcglobal.net> 🔗 Add to Address Book
                                 📋 Add Mobile Alert
                        Subject:  babysitter accessories
                        To:       LDjiguerian@mgae.com

Hi Leon

here are the accessories for the babysitter product. All are existing except as
noted. For the new accessories, I will send fabrics and 3d samples today.

for babysitter:
*backpack (can we please use the backpack from Lui's original High School
"Sasha")
*high school books and pen (also from High School)
*magazines (from Slumber Party Jade; I couldn't find the number in the
accessories library)
*water bottle 13-0398
*computer 14-0412
*cell phone 14-0418
*ipod 14-0424
*fuzzy telephone (from Slumber party Jade; couldn't find the number in
accessories library)

for baby:
*baby bottle 14-0606
*blanket (new)
*bear (new)

                    Delete    Reply ▾    Forward ▾    Move... ▾

                    Previous | Next | Back to Messages              Save Message Text

Check Mail    Compose                              Search Mail ▾    Search the Web ▾

Copyright 2005 © Yahoo! Inc. Privacy Policy | Terms of Service | Send Feedback | Help

CONFIDENTIAL
ATTORNEY'S EYES ONLY         BRYANT 13166

88
1090

SBC Yahoo! Mail - cbe1068@sbcglobal.net

Page 1 of 2

SBC Yahoo! Mail

YAHOO! MAIL

Welcome, cbe1068@sbcglobal... [Sign Out, My Account]

Search the Web

Search

Mail Home | Tutorials | ? Help

| Mail | Addresses | Calendar | Notepad | What's New - Upgrades - Options |

Check Mail    Compose

Search Mail    Search the Web

**Folders**    [Add - Edit]
Inbox
Draft
Sent
Bulk    [Empty]
Trash    [Empty]

Previous | Next | Back to Messages    Printable View - Full Headers

Delete    Reply    Forward    Move...

This message is not flagged. [ Flag Message - Mark as Unread ]

**Date:** Wed, 16 Nov 2005 18:31:38 -0800 (PST)

**From:** "Carter Bryant" <cbe1068@sbcglobal.net> Add to Address Book
Add Mobile Alert

**Subject:** 19.99 diamond ideas

**To:** PGarcia@mgae.com

Hi Paula

here are a few ideas for the 19.99 diamond doll. Let me know what you think.

*doll:
could maybe come dressed in one of the old lame tops with jeans or jean skirt that maybe have some rhinestones on them already. So that she's pretty when you buy her and not too plain.

then you would get a basic tank and jeans or skirt that you could embellish with the following:
*strips of stick-on rhinestones
*pre-made stick-on rhinestone shapes, such as flowers, hearts, butterflies. The girl could also put these onto herself
*a sheet of pre-made stick-on rhinestone 'sayings' such as the ones we did for 29.99; 'flirt', 'lucky', etc, but unique to this product
*also, accessories that could be embellished with rhinestones: boots, sunglasses, belts
*extra head (s)

*for doll and for you:
*tiny hairclips with rhinestones
*hair spirals with rhinestones

*for you:
*false lashes with rhinestones on them (maybe, don't know if we can do lashes for safety)

Delete    Reply    Forward    Move...

Previous | Next | Back to Messages    Save Message Text

Check Mail    Compose    Search Mail    Search the Web

http://us.f820.mail.yahoo.com/ym/ShowLetter?MsgId=4698_22222816_92931_638_752...    11/21/2005

CONFIDENTIAL
ATTORNEY'S EYES ONLY

BRYANT 12988

EXHIBIT _____ 88

PAGE _____ 1091

# Exhibit 7

EXHIBIT _____ 88

PAGE _____ 1092

| From: | Isaac Larian |
| Sent: | Thursday, October 05, 2000 10:10 PM |
| To: | 'carter bryant' |
| Cc: | Paula Treantafelles |
| Subject: | RE: the Bratz |

Carter,

You are very creative and I believe this line ( if done with FOCUS and strategic thought) will be huge.

Please arrange to meet with Paula ASAP and work on this FULL TIME and lets make it happen.

Also, Mercedeh will be starting at MGA next Tuesday.

Thanks

-----Original Message-----
From: carter bryant [mailto:sophiesays@hotmail.com]
Sent: Thursday, October 05, 2000 4:52 PM
To: ilarian@mgae.com
Subject: the Bratz

Hi Isaac--

I just want to thank you for your message earlier, and mostly I want to thank you for this incredible opportunity and for believing in me enough to make this happen.

I have a GREAT storyline for a commercial, which I will work up a bit for you all to see, as well as a great song in mind for it. I also have a lot of great ideas for the entire line and this is going to be big!

Thanks again.
Carter

-----------------------------------------------------------------
Get Your Private, Free E-mail from MSN Hotmail at http://www.hotmail.com.

Share information about yourself, create your own public profile at http://profiles.msn.com.

ATTORNEY'S EYES
ONLY

MGA000423

EXHIBIT ___88___

PAGE ___1093___

**From:**         carter bryant [sophiesays@hotmail.com]
**Sent:**         Tuesday, October 24, 2000 11:42 PM
**To:**           PTreantalelles@mgae.com
**Subject:**      Fwd: Re: Hollow Saran Yarn



CARTER BRYANT
10.24.doc (23 KB...

         Hi Paula,
I am forwarding this email to you from Kinuyo Shichijyo, who is our contact
for hollow saran hair in Japan. Can you follow up with her attached
Questions, as I feel this is probably a good time for you and/or Mercedeh to
get involved in communicating with them. Feel free to forward this to
Mercedeh as well if you want to.
Thanks!
Carter


>From: "K. Shichijyo" <uccjapan@ma.rosenet.ne.jp>
>To: "carter bryant" <sophiesays@hotmail.com>
>Subject: Re: Hollow Saran Yarn
>Date: Tue, 24 Oct 2000 17:10:34 +0900
>
>Hellow Mr. Bryant:
>
>Thank you very much for new fax number corrected.
>I think you received our invoice and cargo receipt
>faxed thru new number wihtout fail.
>Please open a file attached.
>
>Best Regards,
>K. Shichijyo
>----- Original Message -----
>From: carter bryant <sophiesays@hotmail.com>
>To: <uccjapan@ma.rosenet.ne.jp>
>Sent: Tuesday, October 24, 2000 3:36 PM
>Subject: Re: Hollow Saran Yarn
>
>
> > Hello Kinuyo-
> > I think maybe I gave you the wrong fax number before. Please try:
> > 310-538-4262 Best regards,
> > Carter Bryant
> >
> >
> >
> >
>

Get Your Private, Free E-mail from MSN Hotmail at http://www.hotmail.com.

Share information about yourself, create your own public profile at
http://profiles.msn.com.


ATTORNEY'S EYES
ONLY

M:GA000427

EXHIBIT ____ 88
PAGE ____ 1094

## Universal Commerce Corp., Ltd. | Fax Transmission

Fax 81-3-3486-1064    Tel 81-3-3407-8110

| | | | |
|---|---|---|---|
| Fax To | MGA | Ref No. | P·16314/00 |
| Attn. | Carter Bryant | Date | Oct. 24, 2000 |
| From | K. Shichijyo | Page | 1/1 |

Dear Mr. Bryant:

We received a new inquiry of the hollow saran hair from Lok Tai On Toys in
Hongkong.   According to them, they are going to make dolls for MGA and
I understand that it is for MGA new doll line we are working now.

As I mentioned you before, we supply straight hair only.   Due to high labor
cost for curling in Japan compared to HK and China, we were obliged to stop
curl manufacturing several years ago.
Under these circum., we are working together with one curl hair manufacturer in
HK who is called Marcostar Ltd and they are working as our representative in
Hongkong.   Lok Tai On Toys will buy hollow saran both of straight hair and curl
hair from Marcostar and we will work together to support Lok Tai On Toys in the
future.

As for bal of samples, maker is working hard to complete it by Oct. end and will
advise you exact shipping date upon avail.

Meantime, I am scheduled to go to HK along with maker(Asahi Chemical Ind.
Co., Ltd) this comming end of Nov. and we are going to visit Lok Tai On Toys
then.

Finally, we would appreciate it very much if you could let us know rough
estimation in the number of dolls for MGA new doll line and we, both of the
maker and us, are very interested in this new business.
Your great support on this new development would be greatly appreciated.

Best Regards,
K. Shichijyo

ATTORNEY'S EYES
ONLY

MGA000428

EXHIBIT _____ 88

PAGE _____ 1095

| From: | carter bryant [sophiesays@hotmail.com] |
|---|---|
| Sent: | Friday, October 27, 2000 2:26 PM |
| To: | KLegg@mgae.com; PTreantafelles@mgae.com |
| Cc: | DMedici@mgae.com |
| Subject: | Re: Hair Rooting Machine |

I don't know whc makes the machine called "dolly", but that is the brand
name of the machines we used at Mattel, if that helps any.

Carter


>From: Kerri Legg <KLegg@mgae.com>
>To: Paula Treantafelles <PTreantafelles@mgae.com>, Carter Bryant
><sophiesays@hotmail.com>
>CC: Dennis Medici <DMedici@mgae.com>
>Subject: Hair Rooting Machine
>Date: Fri, 27 Oct 2000 13:05:12 -0700
>
>I sent a fax to Universal Commerce Corp for information regarding purchase
>of the hair rooting machine. I got a response back this morning by fax. The
>manufacturer of the hair rooting machine is closed and they are not sure
>whether they will start operation again. They are checking in Hong Kong and
>Taiwan for me to see if there is another manufacturer we can go to.
>
>In the meantime, I am going to write to our Hong Kong office to see if they
>can find a manufacturer in Hong Kong that we can buy this machine from.
>
>I will keep you informed.
>
>Kerri

Get Your Private. Free E-mail from MSN Hotmail at http://www.hotmail.com.

Share information about yourself, create your own public profile at
http://profiles.msn.com.

Exhibit 602
Brode
8/15/07 Pg. 1
Jane Rogers, CSR 10340

Confidential - Attorney's Eyes Only

MGA 0836789

EXHIBIT ____ 88

PAGE ____ 1046

| From: | Bryant598@cs.com |
|---|---|
| To: | PTreantafelles@mgae.com |
| CC: | |
| BCC: | |
| Sent Date: | 2000-12-02 04:08:40:000 |
| Received Date: | 2000-12-02 04:05:48:951 |
| Subject: | Re: names of each individual BRAT |
| Attachments: | |

Hi Paula....here are my fave names for each girl by her ethnicity. Also, I have to be totally honest and tell you that I think the name Gritz only works for me if it's spelled like this...otherwise it just feels really flat to me. But I do like it when it's spelled like that. I'm just not sure that's really enough....do you know what I mean? I like Style Squad because I think it sounds kind of like mod squad and could sort of be done like that sort of racy look. I also sort of like Fashion Flirts or even just Flirts or Flirtz. those are the only names I really like....all the other names on that Ayzenberg list just don't really do it for me...I know, I am one tough customer.

Actually, let me send you another email with individual names.

Talk to you soon Love!
Carter

Exhibit 1114
Garcia
10/10/07  2
Jana Siegers, CSR 10846

Confidential - For Attorney's Eyes Only

MGA 0046493

EXHIBIT ___88___

PAGE ___1097___

| From: | Bryant598@cs.com |
| To: | PTreantafelles@mgae.com |
| CC: | |
| BCC: | |
| Sent Date: | 2000-12-02 04:26:59:000 |
| Received Date: | 2000-12-02 04:26:11:780 |
| Subject: | Re: names of each individual BRAT |
| Attachments: | |

ok, here it is by ethicity and my order of preference:

caucasian girl:
**Fiona**
**Zoe**
**Stella**
**Phoebe**
**Nicole**
**Hailey**
**Natasha**

asian girl:
**Jade**
**Mia**
**Mina**
**Ling-mae (how ethnic is that!?!)**
**Yasmin or Yasmine**

a/a girl:
**Alenah**
**Shantell**
**Katia**
**Kadeisha**
**Sasha**
**Sheena**
**Natasha**

hispanic girl:
**Yasmin**
**Amber**
**Natasha**
**Sheena**

**Ok that's it!**
**Carter**

Confidential - For Attorney's Eyes Only

MGA 0046494

EXHIBIT _____ 88
PAGE _____ 1098

From:         Isaac Larian
Sent:         Saturday, January 13, 2001 2:21 AM
To:           Paula Treantafelles; Samuel Wong; Cecilia Kwok; Victor Lee; Franki Tsang; Carter Bryant
Cc:           Colleen O'Higgins; Judy Rich; Samuel Wong
Subject:      RE: BRATZ soft goods fabric approval

Carter: You are going to be a rich man! We placed this everywhere, including Europe and Australia.

We need to ship this early.

No time to full around guys!  NO DEADLINE CAN BE MISSED. ALL DEADLINES NEEDS TO IMPROVE.

    -----Original Message-----
    From:     Paula Treantafelles
    Sent:     Friday, January 12, 2001 4:56 PM
    To:       Samuel Wong; Cecilia Kwok; Victor Lee; Franki Tsang; Carter Bryant
    Cc:       Isaac Larian; Colleen O'Higgins; Judy Rich; Samuel Wong
    Subject:  BRATZ softgoods fabric approval

Ok guys-
Drop dead fabric approval date is 2/2 (upon your return from CNY).

Since MGAHK will be out for CNY from 1/24-2/2 ... it leaves me only next week to approval ALL outstanding fabric (either sourced from open market or printed).

I am concerned and I know that Isaac is driving HK to improve PS by an additional 2 weeks.

Please list ALL pending fabrics that still require approval.  I want to meet by conference call on Monday night (1/15) after the conference call to review all fabrics already approved by Mercedeh and those that still require approval.

Carter-
I am so sorry but I need you to be here.  Plan on a long night.

Exhibit 535
Harris
7/20/07 Pgs 1

CONFIDENTIAL -
ATTORNEYS' EYES ONLY

MGA 0010130

EXHIBIT 88
PAGE 1099

| | |
|---|---|
| **From:** | Peter Marlow |
| **To:** | Carter Bryant |
| **CC:** | |
| **BCC:** | |
| **Sent Date:** | 2001-05-26 19:15:12:000 |
| **Received Date:** | 2001-05-26 15:15:23:000 |
| **Subject:** | Bratz contract issues with Veronica |
| **Attachments:** | |

5/26/01

Hi Carter and Richard,

Veronica had a long talk with me about your concerns with using a written contract to formalize your promise to her of 10% of your royalties on Bratz. As I understand it, you dont have an objection to following through with the promised amount, but rather with some of the mechanics of the contract itself. She told me that you dont feel comfortable opening your books to her for audits. Also, you were concerned that she might use the contract in court against you should you for some reason fail to fulfill its terms.

It seems curious to me that you feel you would need to conceal your books from Veronica or that you would think that you could not keep a contract that you would have written with the help of your lawyers. The way I see it, people around you are successfully persuading you to believe that you have no obligations to Veronica and they are pressuring you to avoid making one clear with a contract. Ultimately, it is their intention that you pay Veronica nothing.

Carter, I know you well enough to know that you initially promised the 10% of the royalties in good faith. You did it as a reward to her for finding you someone to buy your idea. And as you knew her talents would be instrumental to you in helping you successfully develop the Bratz concept, the 10% share would also serve as motivation for her to do an exceptional effort. And certainly you would agree that her enthusiasm for this project was outstanding. She put in every hour it took to get things done right the first time and on time without charging MGA overtime rates. She searched for inspiration in her work on this project every waking hour, but only billed MGA

Confidential - For Attorney's Eyes Only

MGA 0066725



EXHIBIT ............ 88

PAGE ............ 1100

for the time she was physically engaged in the work. You might not know this, but she even turned away a doll design project another firm had approached her to do because she felt that project might compete with Bratz. And there was a time when you had suggested that she not pursue other business with MGA because it might distract her from her work with you on Bratz, and therefore jeopardize your interest in fulfilling that promised 10% share.

Her enthusiasm for this project soared when you said you'd give her a written contract. And now that she's finishing her contributions to what will certainly be a huge first year for Bratz, now after having given you what it took to help guarantee your long term success, you are telling her that you are going to break your promise of a written contract. But to keep her on for another year you are asking her to trust your first promise that she'll be paid a full 10% share of your royalties.

The people around you feel that they deserve that 10% more than Veronica. The other 90% is not enough for them. So they have persuaded you to not put that promise in writing because they'd feel you would then have to really give her the money. In your discussion with Veronica yesterday you told her that she can still fully expect you to fulfill your first promise to pay her the money. I don't see that happening. These same people that are persuading you against signing a contract with her now will soon be persuading you against signing any checks to her. Its about the money, not the contract. They will tell you that by paying her 10% of your royalties you would be admitting that you have an obligation to pay her that amount. You'd be creating an implicit contract that you'd have to honor just like one that would have been spelled out. You might suggest that you could write up a carefully worded agreement with each check indicating that it constitutes a gift and not a payment for any obligations. But then it would cost you twice as much for taxes. And they wouldn't go for it, anyway. So she would get nothing. To hell with Veronica the money is more important. And then we'd have lawsuits, and then your lawyers would really be taking a lot of your money. That'd be ironic you'd be paying them more than what you would have paid Veronica. (Watch out - that's what they are trying to get you to do.) And the courts will have you paying Veronica anyway plus damages.

Confidential - For Attorney's Eyes Only

MGA 0088726

EXHIBIT _____ 88

PAGE _____ 1101

Carter and Richard, we dont want this ugliness anymore than you do. Just do the right thing and honor your agreements, verbal and otherwise. Be fair to Veronica. Ive learned that life has a way of paying us back for the kind of people we choose to be. For the selfish and dishonest there is no peace. For those who choose to do good, there is great happiness. Carter, I know you well enough to know that you are basically a very sweet and unselfish person. I know that you would never intentionally be dishonest with Veronica. I know that facing the truth admitting that you are allowing yourself to be used by greedy people and that they are pressuring you to be dishonest with Veronica is causing you a lot of anguish at this time. Please dont be angry with me. Im not hurting you or threatening you. Im just telling you like it is. Im not causing you this grief. Its coming from the situation that you have allowed yourself to fall into by listening to those around you who care more about money than people.

To allay the concerns over a contract that you had discussed with Veronica yesterday, Id like to propose that you ask MGA to amend your contract with them to have them pay Veronica 10% of the royalties they are due to pay you. This way we will audit their books, not yours, and you will be free of any contractual obligations to Veronica. Your lawyers might advise you not to do this. They only agree to payments when they have absolutely no alternatives. To them, there is no such thing as doing the right thing if it means giving up money. But you do whats right. Please dont let them turn you into someone like them.

Carter, be strong. Do the right thing to feel good about yourself and be happy. You and Veronica need get over this and get back to work on the fun stuff. Allow yourself to enjoy your 90% with a clear conscience.

Best Regards,
Peter

---

Do You Yahoo!?
Yahoo! Auctions - buy the things you want at great prices
http://auctions.yahoo.com/

Confidential - For Attorney's Eyes Only

MGA 0058727

EXHIBIT 88
PAGE 101

**From:** Peter Marlow (pmarlow@yahoo.com)
**To:** Bryant598@cs.com
**Date:** Wednesday, May 30, 2001 11:40:07 AM
**Subject:** Re: Fwd: Bratz contract issues

Dear Carter,

Thank you for sharing Isaac's advice. It's unfortunate that he sees us as adversaries. I thought we were all on the same side. I don't know what he hopes to gain from trying to get you to play loose with your commitments to Veronica. It's almost like he resents Veronica's contributions to Bratz in some way.

Perhaps, if you make it clear to him that the contract is not creating a new obligation for you, merely putting a signature on one that already exists - for the benefit of all of us, he will be more helpful.

All we need from him is a one paragraph adendum to your Bratz contract directing them to pay 10% of your royalties to Veronica. Your insistence should be enough to get this done. It doesn't cost him anything.

Please don't let him convince you that we are the bad guys now. We are only asking you to put in writing what we have understood to be your intention all along. Is this so wrong that people should get upset with us?

Thank you, again.

Best Regards,
Peter


--- Bryant598@cs.com wrote:
> This is Isaac's reply.
>
> Carter
>

> ATTACHMENT part 2 message/rfc822
> From: Isaac Larian <ilarian@mgae.com>
> To: Carter Bryant <bryant598@cs.com>
> Subject: RE: Bratz contract issues
> Date: Tue, 29 May 2001 23:32:14 -0700
>
> Bryan,
>
> My advise to you is to be careful with them. You are
> not obligated to sign
> anything with them so don't!

CONFIDENTIAL ATTORNEYS' EYES ONLY

KMW-M 007633

EXHIBIT _____ 88

PAGE _____ 1102

```
>
> This way you have flexibility.
>
> She has got paid plenty for her work on the Bratz!
> You are too kind to share
> 10% more.
>
> Take care.
>
> -----Original Message-----
> From: Bryant598@cs.com [mailto:Bryant598@cs.com]
> Sent: Sunday, May 27, 2001 12:12 AM
> To: ilarian@mgae.com
> Subject: Bratz contract issues
>
>
> Hi Isaac,
>
> I've been thinking about the email I sent you
> earlier; maybe we should just
> forget about that. I don't think it's such a good
> idea afterall.
>
> I think I'll just try to get this resolved myself.
>
> Thanks so much.
> Sincerely,
>
> Carter
>
```

Do You Yahoo!?
Get personalized email addresses from Yahoo! Mail - only $35
a year!  http://personal.mail.yahoo.com/

CONFIDENTIAL ATTORNEYS' EYES ONLY

KMW-M 007634

EXHIBIT ___ 88

PAGE ___ 1103

**EXHIBIT 89**



**M.J. Menz & Associates**
*"Finding the Truth,*
     *One bit at a Time"*

**Forensic Analysis Report 1**

Our case number: QEUOH001-1                    Date: February 10th, 2008

## Summary of Findings

This report was compiled by Mark J. Menz. I have testified as an expert in the field of computer forensics, electronic discovery and high tech crime investigation in Federal, State and local courts, as set forth on the attached. My CV and rate chart are attached to provide details.

I was asked by Christopher Tayback of Quinn Emanuel Urquhart Oliver & Hedges, LLP to review a series of computer hard drive images related to a case involving Carter Bryant and Mattel. My primary task was to analyze the images for evidence of the installation and use of the application program Evidence Eliminator.

Mr. Tayback provided a duplicate image of a Compaq Presario 2700 hard disk imaged by Lee Curtis on the 14th of July 2004 and given the filename "02 Carter Bryant.E01". After reviewing and analyzing that image as well as reviewing several documents related to the case, I have the following opinions to date:

1. The program Evidence Eliminator was installed on this hard drive on or about the recorded date and time of the 10th of September 2002 at 10:29 CDT by the user account "Carter".
2. The configuration of the program was accessed on or about the recorded date and time of the 12th of July 2004 at 10:49CDT. This means that the user was interacting with the program however we do not know what changes if any were done.
3. The program was run on or about the recorded date and time of the 12th of July 2004 at 10:48 to 13:25 CDT. At this time at least 9400+ filenames and/or folder names were overwritten as well as an undetermined amount of data on the drive.
4. The program was run and the configuration was changed on or about the recorded date and time of the 14th of July 2004 at 15:13 CDT. Changes were made to the basic configuration of the program. There is insufficient data to determine if any files were deleted at this time however it should be noted that the duplicate image of this drive was made later on this same day.
5. The Evidence Eliminator program is advertised and sold as a tool to wipe evidence from a hard drive. It is not sold primarily as a tool to make your PC run faster and better.

THE ABOVE IS A COMPLETE DESCRIPTION OF MY EXAMINATION OF THE SUBMITTED EVIDENCE TO DATE.

*Mark J Menz*

_____
(Examiner)



## M.J. Menz & Associates
*"Finding the Truth,
One bit at a Time"*

## Source data analyzed

The source drive used for this analysis was a Western Digital hard drive (SN: WM-AM9 VU5 0828) with the image files under the folder path of \External Drive (04 Compaq Presario 2700)\ provided by Christopher Tayback. Within the folder was the duplicate image detail data as well as the image files them selves. The imaging detail sheet contents' is provided as follows. A copy of the file is included in the ZIP file of the evidence for this report.

| | |
|---|---|
| Name: | 02 Carter Bryant |
| Description: | Physical Disk, 39,070,080 Sectors18.6GB |
| Is Deleted: | False |
| Logical Size: | 0 |
| Initialized Size: | 0 |
| Physical Size: | 512 |
| Starting Extent: | 0S0 |
| File Extents: | 1 |
| Permissions: | False |
| References: | 0 |
| Physical Location: | 0 |
| Physical Sector: | 0 |
| Evidence File: | 02 Carter Bryant |
| File Identifier: | 0 |
| Code Page: | 0 |
| Hash Properties: | False |
| Full Path: | 07690-F01A\02 Carter Bryant |
| Is Duplicate: | False |
| Is Internal: | False |
| Is Overwritten: | False |

**Device**

| | |
|---|---|
| Name: | 02 Carter Bryant |
| Actual Date: | 07/14/04 03:30:08PM |
| Target Date: | 07/14/04 03:31:14PM |
| File Path: | F:\07690-F01A\Evidence\Image from External Drive\02 Carter Bryant.E01 |
| Case Number: | 02 |
| Evidence Number: | 02 Carter Bryant |
| Examiner Name: | Lee Curtis |
| Notes: | Image of laptop hard drive taken from a Compac Presario 2700 |
| Drive Type: | Fixed |
| File Integrity: | Completely Verified, 0 Errors |
| Acquisition Hash: | 56c3f28918fccf52c030e9e21b09a25b |
| Verify Hash: | 56c3f28918fccf52c030e9e21b09a25b |
| EnCase Version: | 3.18b |
| System Version: | Windows 2000 |
| Fastbloced: | False |
| Neutrino: | False |
| Is Physical: | True |

CONFIDENTIAL

EXHIBIT ___BC___

PAGE ___1105___

Page 2

# M.J. Menz & Associates
*"Finding the Truth,*
*One bit at a Time"*

| | |
|---|---|
| Raid RHS: | False |
| Raid Stripe Size: | 0 |
| Error Granularity: | 0 |
| Index File: | C:\Program Files\EnCase6.4\Index\02 Carter Bryant.Index |
| Acquisition Info: | False |
| Sources: | False |
| Subjects: | False |
| Read Errors: | 0 |
| Missing Sectors: | 0 |
| Disk Elements: | False |
| CRC Errors: | 0 |
| Compression: | None |
| Total Size: | 20,003,880,960 bytes (18.6GB) |
| Total Sectors: | 39,070,080 |
| Disk Signature: | 639E639E |

## Partitions

| Code | Type | Start Sector | Total Sectors | Size |
|---|---|---|---|---|
| 07 | NTFS | 0 | 39,070,080 | 18.6GB |

EXHIBIT _____ 89

PAGE _____ 1106



## M.J. Menz & Associates
*"Finding the Truth,*
*One bit at a Time"*

## Details Finding 1

The program Evidence Eliminator was installed on this hard drive on or about the recorded date and time of the 10th of September 2002 at 10:29 CDT by the user account "Carter".

This is shown by the contents of the folder c:\Program Files\Evidence Eliminator\. Within this folder as shown here along with the filenames date and times of the files. All were created on the recorded date and time of the 10th of September 2002 at or about 10:48 CDT. It should be noted that the dates and times listed here are when the files were written to the directory. The actual installation process started earlier as shown below.

| File Name | Last Accessed | Last Written | File Created | File Identifier |
|---|---|---|---|---|
| Data | 07/14/04 15:12:14 | 09/10/02 10:53:31 | 09/10/02 10:48:15 | 32,714 |
| Help | 07/12/04 18:49:49 | 09/10/02 10:48:15 | 09/10/02 10:48:15 | 32,712 |
| Ee.exe | 07/14/04 15:12:24 | 08/23/02 13:37:00 | 09/10/02 10:48:16 | 32,801 |
| INSTALL.LOG | 09/10/02 10:48:29 | 09/10/02 10:48:30 | 09/10/02 10:48:29 | 32,819 |
| License.txt | 09/10/02 10:48:16 | 03/27/02 10:38:54 | 09/10/02 10:48:16 | 32,799 |
| ReadMe.txt | 09/10/02 10:48:16 | 03/30/02 19:17:46 | 09/10/02 10:48:16 | 32,800 |
| UNWISE.EXE | 09/10/02 10:48:15 | 11/05/01 09:30:50 | 09/10/02 10:48:15 | 32,711 |
| UNWISE.INI | 09/10/02 10:48:19 | 09/10/02 10:48:19 | 09/10/02 10:48:19 | 32,818 |

In addition Evidence Eliminator creates a install log named " INSTALL.LOG" listing files installed. It has the recorded date and time of the start of the installation within it. The contents of that log are presented here and come from the path and file " \Program Files\Evidence Eliminator\Install.log.

```
*** Installation Started 09/10/2002 10:29 ***
Title: Evidence Eliminator Installation
Source: C:\Documents and Settings\Carter\Local Settings\Temporary Internet
Files\Content.IE5\MTCREH25\insteelm2[1].exe | 09-10-2002 | 10:29:52 | 4758269
Made Dir: C:\Program Files\Evidence Eliminator
File Copy: C:\Program Files\Evidence Eliminator\UNWISE.EXE | 11-05-2001 | 09:30:50 | | 165376 |
6ef8d7f9
RegDB Key: Software\Microsoft\Windows\CurrentVersion\Uninstall\Evidence Eliminator
RegDB Val: Evidence Eliminator
RegDB Name: DisplayName
RegDB Root: 2
RegDB Key: Software\Microsoft\Windows\CurrentVersion\Uninstall\Evidence Eliminator
RegDB Val: C:\PROGRA~1\EVIDEN~1\UNWISE.EXE C:\PROGRA~1\EVIDEN~1\INSTALL.LOG
RegDB Name: UninstallString
RegDB Root: 2
Made Dir: C:\Program Files\Evidence Eliminator\Help
File Copy: C:\Program Files\Evidence Eliminator\Help\ee.chm | 03-30-2002 | 12:32:50 | | 198850 | f2c028b3
Made Dir: C:\Program Files\Evidence Eliminator\Data
Made Dir: C:\Program Files\Evidence Eliminator\Data\Plug-Ins
File Copy: C:\Program Files\Evidence Eliminator\Data\Plug-Ins\\AbsoluteFTP.eep | 10-18-2001 | 02:00:00 |
| 556 | d089f2d1
```

## M.J. Menz & Associates
*"Finding the Truth,*
*One bit at a Time"*

File Copy: C:\Program Files\Evidence Eliminator\Data\Plug-Ins\\ACDSEE Photo Viewer v3.eep | 10-18-2001 | 02:00:00 | | 1209 | 1703934

File Copy: C:\Program Files\Evidence Eliminator\Data\Plug-Ins\\Adaptec Easy CD Creator v4.eep | 10-18-2001 | 02:00:00 | | 564 | b1b3fbb8

File Copy: C:\Program Files\Evidence Eliminator\Data\Plug-Ins\\Adobe Acrobat Reader v3.0.eep | 10-18-2001 | 02:00:00 | | 1415 | 780013a9

File Copy: C:\Program Files\Evidence Eliminator\Data\Plug-Ins\\Adobe Acrobat Reader v3.1.eep | 10-18-2001 | 02:00:00 | | 1375 | 423cd92f

File Copy: C:\Program Files\Evidence Eliminator\Data\Plug-Ins\\Adobe Acrobat Reader v4.0.eep | 10-18-2001 | 02:00:00 | | 1375 | d47d2170

File Copy: C:\Program Files\Evidence Eliminator\Data\Plug-Ins\\Adobe Photoshop v5.0 LE.eep | 10-18-2001 | 02:00:00 | | 1577 | 8743ed89

File Copy: C:\Program Files\Evidence Eliminator\Data\Plug-Ins\\Adobe Photoshop v5.5.eep | 10-18-2001 | 02:00:00 | | 1794 | a2e85ece

File Copy: C:\Program Files\Evidence Eliminator\Data\Plug-Ins\\Adobe Photoshop v5.eep | 10-18-2001 | 02:00:00 | | 1618 | 1144c0f3

File Copy: C:\Program Files\Evidence Eliminator\Data\Plug-Ins\\Adobe Photoshop v6.0.eep | 10-18-2001 | 02:00:00 | | 672 | ce9988b3

File Copy: C:\Program Files\Evidence Eliminator\Data\Plug-Ins\\ASPack.eep | 10-18-2001 | 02:00:00 | | 1396 | ad8d6abd

File Copy: C:\Program Files\Evidence Eliminator\Data\Plug-Ins\\Cabinet Manager.eep | 10-18-2001 | 02:00:00 | | 654 | 3a8b5701

File Copy: C:\Program Files\Evidence Eliminator\Data\Plug-Ins\\Copernic 2000 Pro.eep | 10-18-2001 | 02:00:00 | | 549 | b1d7cba5

File Copy: C:\Program Files\Evidence Eliminator\Data\Plug-Ins\\Copernic 2000.eep | 10-18-2001 | 02:00:00 | | 541 | 9d3dfbd6

File Copy: C:\Program Files\Evidence Eliminator\Data\Plug-Ins\\Cute FTP v3.0.eep | 10-18-2001 | 02:00:00 | | 727 | 88b0bb17

File Copy: C:\Program Files\Evidence Eliminator\Data\Plug-Ins\\Cute FTP v4.0.eep | 10-18-2001 | 02:00:00 | | 727 | b3c30e48

File Copy: C:\Program Files\Evidence Eliminator\Data\Plug-Ins\\Delphi v3.eep | 10-18-2001 | 02:00:00 | | 702 | 7d1b5624

File Copy: C:\Program Files\Evidence Eliminator\Data\Plug-Ins\\Delphi v4.eep | 10-18-2001 | 02:00:00 | | 750 | ea68fc2f

File Copy: C:\Program Files\Evidence Eliminator\Data\Plug-Ins\\Delphi v5.eep | 10-18-2001 | 02:00:00 | | 750 | d80e9220

File Copy: C:\Program Files\Evidence Eliminator\Data\Plug-Ins\\DiskKeeper v5.eep | 10-18-2001 | 02:00:00 | | 530 | 806a3af

File Copy: C:\Program Files\Evidence Eliminator\Data\Plug-Ins\\Download Accelerator.eep | 10-18-2001 | 02:00:00 | | 717 | 90a7a234

File Copy: C:\Program Files\Evidence Eliminator\Data\Plug-Ins\\Eudora Mail.eep | 10-18-2001 | 02:00:00 | | 845 | 3d582e7

File Copy: C:\Program Files\Evidence Eliminator\Data\Plug-Ins\\FTP Explorer.eep | 10-18-2001 | 02:00:00 | | 549 | 9094870a

File Copy: C:\Program Files\Evidence Eliminator\Data\Plug-Ins\\GetRight ExplorerBar.eep | 10-18-2001 | 02:00:00 | | 573 | deeec53b

**M.J. Menz & Associates**
*"Finding the Truth,*
*One bit at a Time"*

File Copy: C:\Program Files\Evidence Eliminator\Data\Plug-Ins\\GetRight v4.eep | 10-18-2001 | 02:00:00 | | 809 | a3424395

File Copy: C:\Program Files\Evidence Eliminator\Data\Plug-Ins\\GoZilla.eep | 10-18-2001 | 02:00:00 | | 648 | 53ad62d0

File Copy: C:\Program Files\Evidence Eliminator\Data\Plug-Ins\\Helios TextPad v3.eep | 10-18-2001 | 02:00:00 | | 6148 | ca926466

File Copy: C:\Program Files\Evidence Eliminator\Data\Plug-Ins\\Helios TextPad v4.eep | 10-18-2001 | 02:00:00 | | 6148 | 454a9abc

File Copy: C:\Program Files\Evidence Eliminator\Data\Plug-Ins\\HelpWriter.eep | 10-18-2001 | 02:00:00 | | 1254 | 8fd870b1

File Copy: C:\Program Files\Evidence Eliminator\Data\Plug-Ins\\Icon Extractor.eep | 10-18-2001 | 02:00:00 | | 581 | cad45904

File Copy: C:\Program Files\Evidence Eliminator\Data\Plug-Ins\\ICQ 2000a.eep | 10-18-2001 | 02:00:00 | | 1337 | e9848dcc

File Copy: C:\Program Files\Evidence Eliminator\Data\Plug-Ins\\InstallShield Express.eep | 10-18-2001 | 02:00:00 | | 631 | cc26ea3e

File Copy: C:\Program Files\Evidence Eliminator\Data\Plug-Ins\\JASC Paintshop Pro v5.eep | 10-18-2001 | 02:00:00 | | 2102 | aeb80a8a

File Copy: C:\Program Files\Evidence Eliminator\Data\Plug-Ins\\JASC Paintshop Pro v6.eep | 10-18-2001 | 02:00:00 | | 2342 | e40cf210

File Copy: C:\Program Files\Evidence Eliminator\Data\Plug-Ins\\JASC Paintshop Pro v7.eep | 10-18-2001 | 02:00:00 | | 2342 | 37bd39b3

File Copy: C:\Program Files\Evidence Eliminator\Data\Plug-Ins\\Jet PhotoShell v1.2.eep | 10-18-2001 | 02:00:00 | | 745 | 1b6a935b

File Copy: C:\Program Files\Evidence Eliminator\Data\Plug-Ins\\Macromedia Flash v4.0.eep | 10-18-2001 | 02:00:00 | | 694 | 7a09559e

File Copy: C:\Program Files\Evidence Eliminator\Data\Plug-Ins\\MasterSplitter v2.1.eep | 10-18-2001 | 02:00:00 | | 559 | db31e946

File Copy: C:\Program Files\Evidence Eliminator\Data\Plug-Ins\\McAfee Virus Scan v4.eep | 10-18-2001 | 02:00:00 | | 945 | 285f446

File Copy: C:\Program Files\Evidence Eliminator\Data\Plug-Ins\\Microangelo 98.eep | 10-18-2001 | 02:00:00 | | 625 | 728f41c9

File Copy: C:\Program Files\Evidence Eliminator\Data\Plug-Ins\\Micrografx Picture Publisher v7.eep | 10-18-2001 | 02:00:00 | | 1421 | 9d2ba24b

File Copy: C:\Program Files\Evidence Eliminator\Data\Plug-Ins\\Micrografx Picture Publisher v8.eep | 10-18-2001 | 02:00:00 | | 1421 | 784b328a

File Copy: C:\Program Files\Evidence Eliminator\Data\Plug-Ins\\Microsoft FrontPage Express.eep | 10-18-2001 | 02:00:00 | | 870 | aeaf5d03

File Copy: C:\Program Files\Evidence Eliminator\Data\Plug-Ins\\Microsoft FrontPage.eep | 10-18-2001 | 02:00:00 | | 1877 | fa8e4591

File Copy: C:\Program Files\Evidence Eliminator\Data\Plug-Ins\\Microsoft Help Workshop.eep | 10-18-2001 | 02:00:00 | | 568 | fc308dd6

File Copy: C:\Program Files\Evidence Eliminator\Data\Plug-Ins\\Microsoft HTML Help.eep | 10-18-2001 | 02:00:00 | | 600 | fbb088f9

File Copy: C:\Program Files\Evidence Eliminator\Data\Plug-Ins\\Microsoft Office.eep | 10-18-2001 | 02:00:00 | | 7207 | 3fcad3b

CONFIDENTIAL            EXHIBIT 89            Page 6
PAGE 1109

**M.J. Menz & Associates**
*"Finding the Truth,*
*One bit at a Time"*

File Copy: C:\Program Files\Evidence Eliminator\Data\Plug-Ins\\Microsoft Publisher 2000.eep | 10-18-2001 | 02:00:00 | | 545 | ce032536

File Copy: C:\Program Files\Evidence Eliminator\Data\Plug-Ins\\Microsoft Send-To Extensions.eep | 10-18-2001 | 02:00:00 | | 589 | 120ca4be

File Copy: C:\Program Files\Evidence Eliminator\Data\Plug-Ins\\Microsoft Windows Paint.eep | 10-18-2001 | 02:00:00 | | 910 | 12766da9

File Copy: C:\Program Files\Evidence Eliminator\Data\Plug-Ins\\Microsoft Windows WordPad.eep | 10-18-2001 | 02:00:00 | | 920 | a8e019c4

File Copy: C:\Program Files\Evidence Eliminator\Data\Plug-Ins\\Napster Music Community.eep | 10-18-2001 | 02:00:00 | | 861 | c95eb43d

File Copy: C:\Program Files\Evidence Eliminator\Data\Plug-Ins\\NEATO Labels.eep | 10-18-2001 | 02:00:00 | | 828 | c541d363

File Copy: C:\Program Files\Evidence Eliminator\Data\Plug-Ins\\NeoPlanet v5.eep | 10-18-2001 | 02:00:00 | | 773 | 8aabff9c

File Copy: C:\Program Files\Evidence Eliminator\Data\Plug-Ins\\Norton AntiVirus 2000 (v6).eep | 10-18-2001 | 02:00:00 | | 637 | 6d9db54a

File Copy: C:\Program Files\Evidence Eliminator\Data\Plug-Ins\\Norton File Manager.eep | 10-18-2001 | 02:00:00 | | 766 | ee63552c

File Copy: C:\Program Files\Evidence Eliminator\Data\Plug-Ins\\Norton Utilities 2000.eep | 10-18-2001 | 02:00:00 | | 768 | 9daef22e

File Copy: C:\Program Files\Evidence Eliminator\Data\Plug-Ins\\NoteTab Pro.eep | 10-18-2001 | 02:00:00 | | 7134 | 2d846b79

File Copy: C:\Program Files\Evidence Eliminator\Data\Plug-Ins\\Opera Browser v4.02 Final.eep | 10-18-2001 | 02:00:00 | | 799 | b17d288d

File Copy: C:\Program Files\Evidence Eliminator\Data\Plug-Ins\\Opera Browser.eep | 10-18-2001 | 02:00:00 | | 785 | fcc09503

File Copy: C:\Program Files\Evidence Eliminator\Data\Plug-Ins\\PackageForTheWeb.eep | 10-18-2001 | 02:00:00 | | 1282 | e9de5ee

File Copy: C:\Program Files\Evidence Eliminator\Data\Plug-Ins\\Personal Ancestral File.eep | 10-18-2001 | 02:00:00 | | 582 | 1408fd3

File Copy: C:\Program Files\Evidence Eliminator\Data\Plug-Ins\\Real Audio Player v6 v7 v8.eep | 10-18-2001 | 02:00:00 | | 1726 | dc749abf

File Copy: C:\Program Files\Evidence Eliminator\Data\Plug-Ins\\Real Download v4.eep | 10-18-2001 | 02:00:00 | | 801 | 796fba60

File Copy: C:\Program Files\Evidence Eliminator\Data\Plug-Ins\\SureThing CD Labeler.eep | 10-18-2001 | 02:00:00 | | 538 | 78aa1e29

File Copy: C:\Program Files\Evidence Eliminator\Data\Plug-Ins\\Telnet.eep | 10-23-2001 | 12:10:38 | | 725 | c4e506b6

File Copy: C:\Program Files\Evidence Eliminator\Data\Plug-Ins\\Ulead Gif Animator v4.0.eep | 10-18-2001 | 02:00:00 | | 577 | 93c95809

File Copy: C:\Program Files\Evidence Eliminator\Data\Plug-Ins\\Ulead Photo Explorer v4.2.eep | 10-18-2001 | 02:00:00 | | 1581 | 7e72f139

File Copy: C:\Program Files\Evidence Eliminator\Data\Plug-Ins\\Ulead Photo Viewer v4.0.eep | 10-18-2001 | 02:00:00 | | 575 | b9aabd49

File Copy: C:\Program Files\Evidence Eliminator\Data\Plug-Ins\\Ulead PhotoImpact v5.eep | 10-18-2001 | 02:00:00 | | 571 | f39b61a3

**M.J. Menz & Associates**
*"Finding the Truth,*
*One bit at a Time"*

File Copy: C:\Program Files\Evidence Eliminator\Data\Plug-Ins\\Ulead PhotoImpact Viewer v4.eep | 10-18-2001 | 02:00:00 | | 579 | b9e4775f

File Copy: C:\Program Files\Evidence Eliminator\Data\Plug-Ins\\UltraEdit v4.eep | 10-18-2001 | 02:00:00 | | 839 | d25feb94

File Copy: C:\Program Files\Evidence Eliminator\Data\Plug-Ins\\UltraEdit v7.eep | 10-18-2001 | 02:00:00 | | 1320 | e865fe0

File Copy: C:\Program Files\Evidence Eliminator\Data\Plug-Ins\\Web Ferret v3.eep | 10-18-2001 | 02:00:00 | | 577 | 9a68a9ac

File Copy: C:\Program Files\Evidence Eliminator\Data\Plug-Ins\\WinOnCD.eep | 10-18-2001 | 02:00:00 | | 819 | f39fb59b

File Copy: C:\Program Files\Evidence Eliminator\Data\Plug-Ins\\WinRar v2.6.eep | 10-18-2001 | 02:00:00 | | 590 | 33eb7d60

File Copy: C:\Program Files\Evidence Eliminator\Data\Plug-Ins\\WinRar v2.70.eep | 10-18-2001 | 02:00:00 | | 617 | d089e6

File Copy: C:\Program Files\Evidence Eliminator\Data\Plug-Ins\\WinZip v7.eep | 10-18-2001 | 02:00:00 | | 790 | beb34a14

File Copy: C:\Program Files\Evidence Eliminator\Data\Plug-Ins\\WinZip v8.eep | 10-18-2001 | 02:00:00 | | 790 | b5c56d8a

File Copy: C:\Program Files\Evidence Eliminator\Data\Plug-Ins\\Wise Installer.eep | 10-18-2001 | 02:00:00 | | 908 | 8e5ce240

File Copy: C:\Program Files\Evidence Eliminator\Data\Plug-Ins\\Yahoo Player.eep | 10-18-2001 | 02:00:00 | | 736 | fdf427b3

File Copy: C:\Program Files\Evidence Eliminator\Data\Plug-Ins\\ZipMagic 2000.eep | 10-18-2001 | 02:00:00 | | 1423 | fe97edf0

File Copy: C:\Program Files\Evidence Eliminator\Data\Plug-Ins\\Zone Alarm.eep | 10-18-2001 | 02:00:00 | | 521 | 82515918

File Copy: C:\Program Files\Evidence Eliminator\License.txt | 03-27-2002 | 10:38:54 | | 16001 | 34dfa054

File Copy: C:\Program Files\Evidence Eliminator\ReadMe.txt | 03-30-2002 | 19:17:46 | | 7442 | 4044642b

File Copy: C:\Program Files\Evidence Eliminator\Ee.exe | 08-23-2002 | 13:37:00 | 5.0.0.57 | 881760 | ce27b37a

File Copy: C:\WINDOWS\SYSTEM32\MSGHOO32.OCX | 05-03-1996 | 22:05:12 | 2.0.0.0 | 28672 | dd7627f0

File Copy: C:\WINDOWS\SYSTEM32\TabCtl32.ocx | 10-15-2001 | 21:36:46 | 6.0.90.43 | 209608 | 30c3c8c7

File Copy: C:\WINDOWS\SYSTEM32\Fablock6.ocx | 05-29-1999 | 20:33:36 | 1.1.0.0 | 114696 | de32382b

File Copy: C:\WINDOWS\SYSTEM32\RichTx32.ocx | 05-22-2000 | 00:00:00 | 6.0.88.4 | 203976 | 64253b13

File Copy: C:\WINDOWS\SYSTEM32\MSINET.ocx | 05-22-2000 | 00:00:00 | 6.0.88.62 | 115920 | 75ca0e26

File Copy: C:\WINDOWS\SYSTEM32\SGFILESYS.DLL | 07-15-1999 | 12:11:30 | 1.0.24.0 | 122880 | 96bff668

File Overwrite: C:\WINDOWS\SYSTEM32\RICHED32.DLL | | | | 3584 | 30613b77

File Overwrite: C:\WINDOWS\SYSTEM32\RICHED20.DLL | | | | 421888 | 7d2890c6

File Copy: C:\WINDOWS\SYSTEM32\Eeshellx.dll | 11-12-1999 | 08:37:48 | 1.0.0.0 | 61440 | 5dfeda2a

File Copy: C:\WINDOWS\SYSTEM32\eetransx.exe | 03-19-2002 | 16:34:38 | 1.0.0.0 | 32768 | 5b4ba26c

File Overwrite: C:\WINDOWS\SYSTEM32\SHFOLDER.DLL | | | | 22528 | cf437423

**M.J. Menz & Associates**
*"Finding the Truth,*
*One bit at a Time"*

File Overwrite: C:\WINDOWS\SYSTEM32\PSAPI.DLL | | | | 28944 | 9e1098c8
File Copy: C:\WINDOWS\SYSTEM32\EEGenFn1.dll | 05-21-2002 | 14:36:28 | 1.0.0.1 | 68608 | f5d27c33
Shell Link: C:\Documents and Settings\Carter\Start Menu\Programs\Evidence Eliminator\Evidence
Eliminator.lnk
Link Info: C:\Program Files\Evidence Eliminator\Ee.exe | | | 0 | 1 | 0 |
Shell Link: C:\Documents and Settings\Carter\Start Menu\Programs\Evidence Eliminator\Evidence
Eliminator Help.lnk
Link Info: C:\Program Files\Evidence Eliminator\Help\ee.chm | | | 0 | 1 | 0 |
Shell Link: C:\Documents and Settings\Carter\Start Menu\Programs\Evidence Eliminator\Evidence
Eliminator License Agreement.lnk
Link Info: C:\Program Files\Evidence Eliminator\License.txt | | | 0 | 1 | 0 |
Shell Link: C:\Documents and Settings\Carter\Start Menu\Programs\Evidence Eliminator\Evidence
Eliminator Read Me.lnk
Link Info: C:\Program Files\Evidence Eliminator\ReadMe.txt | | | 0 | 1 | 0 |
Shell Link: C:\Documents and Settings\Carter\Desktop\Evidence Eliminator.lnk
Link Info: C:\Program Files\Evidence Eliminator\Ee.exe | | | 0 | 1 | 0 |
RegDB Key: Software\Evidence Eliminator
RegDB Val: C:\PROGRA~1\EVIDEN~1
RegDB Name: App.Path
RegDB Root: 1
RegDB Key: *\shellex\ContextMenuHandlers\Evidence Eliminator
RegDB Val: Default
RegDB Key: Folder\shellex\ContextMenuHandlers\Evidence Eliminator
RegDB Val: Default
RegDB Key: SOFTWARE\Microsoft\Windows\CurrentVersion\Shell Extensions\Approved
RegDB Val: Evidence Eliminator Shell Extension
RegDB Name: Default
RegDB Root: 2
RegDB Key: CLSID\{645FF040-5081-101B-9F08-00AA002F954E}\Shell\Evidence Eliminator Safe
Recycle\Command
RegDB Val: C:\WINDOWS\System32\eetransx /recycle
RegDB Key: CLSID\{20D04FE0-3AEA-1069-A2D8-08002B30309D} \shell\Evidence Eliminator Safe
Restart\Command
RegDB Val: C:\WINDOWS\System32\eetransx /restart
RegDB Key: CLSID\{20D04FE0-3AEA-1069-A2D8-08002B30309D} \shell\Evidence Eliminator Safe
Shutdown\Command
RegDB Val: C:\WINDOWS\System32\eetransx /shutdown
RegDB Key: CLSID\{20D04FE0-3AEA-1069-A2D8-08002B30309D} \shell\Evidence Eliminator Quick
Mode\Command
RegDB Val: C:\WINDOWS\System32\eetransx /quick
Self-Register: C:\WINDOWS\SYSTEM32\OLEAUT32.DLL
Self-Register: C:\WINDOWS\SYSTEM32\OLEPRO32.DLL
Self-Register: C:\WINDOWS\SYSTEM32\STDOLE2.TLB
Self-Register: C:\WINDOWS\SYSTEM32\MSVBVM60.DLL
Self-Register: C:\WINDOWS\SYSTEM32\COMCAT.DLL
Self-Register: C:\WINDOWS\SYSTEM32\MFC42.DLL

**M.J. Menz & Associates**
*"Finding the Truth,*
*One bit at a Time"*

Self-Register: C:\WINDOWS\SYSTEM32\MSCOMCTL.OCX
Self-Register: C:\WINDOWS\SYSTEM32\COMDLG32.OCX
Self-Register: C:\WINDOWS\SYSTEM32\MSGHOO32.OCX
Self-Register: C:\WINDOWS\SYSTEM32\TabCtl32.ocx
Self-Register: C:\WINDOWS\SYSTEM32\Fablock6.ocx
Self-Register: C:\WINDOWS\SYSTEM32\RichTx32.ocx
Self-Register: C:\WINDOWS\SYSTEM32\MSINET.ocx
Self-Register: C:\WINDOWS\SYSTEM32\SGFILESYS.DLL
Self-Register: C:\WINDOWS\SYSTEM32\Eeshellx.dll
Could not Self-Register: C:\WINDOWS\SYSTEM32\SHFOLDER.DLL
Could not Self-Register: C:\WINDOWS\SYSTEM32\PSAPI.DLL
Delete in-use files: On
INI New: Created INI
INI File: C:\Program Files\Evidence Eliminator\UNWISE.INI
INI Sect: Settings
INI Item: Start Red
INI Val: 255
INI File: C:\Program Files\Evidence Eliminator\UNWISE.INI
INI Sect: Settings
INI Item: Start Green
INI Val: 255
INI File: C:\Program Files\Evidence Eliminator\UNWISE.INI
INI Sect: Settings
INI Item: End Green
INI Val: 128
INI File: C:\Program Files\Evidence Eliminator\UNWISE.INI
INI Sect: Settings
INI Item: End Blue
INI Val: 255
INI File: C:\Program Files\Evidence Eliminator\UNWISE.INI
INI Sect: Settings
INI Item: No Background
INI Val: 0
File Tree: C:\PROGRA~1\EVIDEN~1\help\
File Tree: C:\PROGRA~1\EVIDEN~1\Data\Plug-Ins\
File Tree: C:\PROGRA~1\EVIDEN~1\Data\
File Tree: C:\PROGRA~1\EVIDEN~1\
RegDB Tree: *\shellex\ContextMenuHandlers\Evidence Eliminator
RegDB Root: 0
RegDB Tree: Folder\shellex\ContextMenuHandlers\Evidence Eliminator
RegDB Root: 0
RegDB Tree: Software\Evidence Eliminator
RegDB Root: 1
RegDB Tree: CLSID\{20D04FE0-3AEA-1069-A2D8-08002B30309D}\shell\Evidence Eliminator Quick Mode
RegDB Root: 0

CONFIDENTIAL

EXHIBIT ___89___

PAGE ___1113___

Page 10

**M.J. Menz & Associates**
*"Finding the Truth,*
*One bit at a Time"*

RegDB Tree: CLSID\{20D04FE0-3AEA-1069-A2D8-08002B30309D}\shell\Evidence Eliminator Safe Restart
RegDB Root: 0
RegDB Tree: CLSID\{20D04FE0-3AEA-1069-A2D8-08002B30309D}\shell\Evidence Eliminator Safe Shutdown
RegDB Root: 0
RegDB Tree: CLSID\{645FF040-5081-101B-9F08-00AA002F954E}\Shell\Evidence Eliminator Safe Recycle
RegDB Root: 0
File Tree: C:\WINDOWS\Command\eedoscom.*
File Tree: C:\WINDOWS\Command\eedosdel.*
File Tree: C:\WINDOWS\Command\esdosdel.*
File Tree: C:\WINDOWS\Command\eemain.*
File Tree: C:\WINDOWS\Command\eectrl.*
File Tree: C:\WINDOWS\Command\eescript.*
File Tree: C:\WINDOWS\Pif\eepif.*
RegDB Key: Software\Microsoft\Windows\CurrentVersion\Uninstall\Evidence Eliminator
RegDB Val: http://www.evidence-eliminator.com/support.shtml
RegDB Name: HelpLink
RegDB Root: 2
RegDB Key: Software\Microsoft\Windows\CurrentVersion\Uninstall\Evidence Eliminator
RegDB Val: Robin Hood Software Ltd.
RegDB Name: Publisher
RegDB Root: 2
RegDB Key: Software\Microsoft\Windows\CurrentVersion\Uninstall\Evidence Eliminator
RegDB Val: http://www.evidence-eliminator.com/support.shtml
RegDB Name: URLInfoAbout
RegDB Root: 2
User Rights: Admin

CONFIDENTIAL

EXHIBIT _____ 89

PAGE _____ 1114

Page 11



# M.J. Menz & Associates
*"Finding the Truth,*
*One bit at a Time"*

## Details Finding 2

The configuration of the program was accessed on or about the recorded date and time of the 12th of July 2004 at 18:49.

The following is the filename and date and time data from the folder "\Program Files\Evidence Eliminator\Data".

| File Name Description | Last Accessed | Last Written | File Created | File Identifier |
|---|---|---|---|---|
| Plug-Ins    Folder | 07/12/04 17:53:32 | 09/10/02 10:48:16 | 09/10/02 10:48:15 | 32,715 |
| Config.dat File, Archive | 07/14/04 15:13:04 | 07/14/04 15:13:04 | 09/10/02 10:52:28 | 32,700 |
| Drives.dat File, Archive | 07/12/04 18:49:36 | 09/10/02 10:53:31 | 09/10/02 10:53:31 | 32,822 |
| Files.dat    File, Archive | 09/10/02 10:53:31 | 09/10/02 10:53:31 | 09/10/02 10:53:31 | 32,701 |
| FilesContents.dat       File, Archive | 09/10/02 10:53:31 | 09/10/02 10:53:31 | 09/10/02 10:53:31 | 32,703 |
| Folders.dat File, Archive | 09/10/02 10:53:31 | 09/10/02 10:53:31 | 09/10/02 10:53:31 | 32,705 |
| FolderScans.dat        File, Archive | 09/10/02 10:53:31 | 09/10/02 10:53:31 | 09/10/02 10:53:31 | 32,706 |
| IECookiesKeep.dat     File, Archive | 09/10/02 10:53:31 | 09/10/02 10:53:31 | 09/10/02 10:53:31 | 32,823 |
| IEDownloadedKeep.dat File, Archive | 09/10/02 10:53:31 | 09/10/02 10:53:31 | 09/10/02 10:53:31 | 32,824 |
| NSN4CookiesKeep.dat File, Archive | 09/10/02 10:53:31 | 09/10/02 10:53:31 | 09/10/02 10:53:31 | 32,825 |
| OESChoiceList.dat     File, Archive | 09/10/02 10:53:31 | 09/10/02 10:53:31 | 09/10/02 10:53:31 | 32,826 |
| **PlugInSelections.dat File, Archive** | **07/12/04 18:49:36** | **09/10/02 10:53:31** | **09/10/02 10:53:31** | **32,820** |
| **ScanMasks.dat         File, Archive** | **07/12/04 18:49:49** | **09/10/02 10:53:31** | **09/10/02 10:53:31** | **32,821** |



# M.J. Menz & Associates
*"Finding the Truth,*
*One bit at a Time"*

## Details Finding 3

The program was run on or about the recorded date and time of the 12th of July 2004 at 10:48 to 13:25 CDT. At this time at least 9400+ filenames and/or folder names were overwritten as well as an undertimned amount of data on the drive was overwritten.

Over 9400 filename entries were recovered from unallocated space. The filenames recovered are indicative of the filenames used by Evidence Eliminator when it runs. A representative sample of the list of 9400+ is provided below. The full list is provided in the file "EEFileNamesAfterRunning.txt".

File Name
Description          Last Accessed          Last Written          File Created    File Identifier
0000000440azygzxatkaxuigobbqrblxxhailxyprdqmimbeqscexnbihawhsxuyilhjudfufhaybxuumepbwneqnrus
qkmkuugndqyunizbdmlwdmsjwtwjulrqlmrkusskniludrfkrbhodcgtxcmrqsgqfatdwpmszbzxqsosqoqcykywam
gqqyijxyxtoxibnuvimxvpcwtoevpigtmnglropenjlazcekhefpttayxehsz
File, Deleted, Archive    07/12/04 11:35:33    07/12/04 11:35:33    07/12/04 11:35:33    27,712

0000000441wpxmkascvhoufzihnzuqqlgcunqjawnwcdummncivbaajsgzyzwdwpgrkowlhlrcrvhuxgaffxnnbfex
bfobzgzhffolemnjfujsutxmqwxokzotnrttfzwrxmqotpmnmaxljndytyckootkykjkqfhqdkyeghaiaovjsddjggairmf
oalhjmpszoblmubmoojasbdhntspqxghakvlxvomkvkavomhzspjtmzafy  File, Deleted, Archive 07/12/04
11:35:33   07/12/04 11:35:33     07/12/04 11:35:33     27,714

0000000442lrpllkptpthxsauonpmqbwjeevufhtfllemknabsubvvouwmkbshioooegcjowixtbpzcmezjjttpcledhuo
vwhoqpzchthakdfhrfsdlmjwklgjsgascdjuotrpawxlkkpntpmwajzgmecrduqvqunyapnzipyuutbvxcgwcxvekrut
mwzcafprabslshfuqbwiqbvttafsqlbhujhqtvjqobqcsllaxfggmxyez
File, Deleted, Archive    07/12/04 11:35:33    07/12/04 11:35:33    07/12/04 11:35:33    27,715

0000000443qlatvsxbfxqjaomtmmdvkmereprzckvwqthhfohigahjgzvogorqpbxyvcurzaijxlrtbjbqmzrjxlkbgfxr
kawubctbynjpjvhrswwasbzuisvgkqzkhbtfuvssmspnxdiqqxknynjgaotdqdbkpadgypvdxkqemrzcffidzragitvvua
gguqtykrgvrieqzsiqwphxvtbiqcthvnujfsficiekehwwhnotywxwi
File, Deleted, Archive    07/12/04 11:35:33    07/12/04 11:35:33    07/12/04 11:35:33    27,716

0000000444bqaljcpqzujibekwwrivbizilvaytxbkxxvbiqtdqjtnlifsoadalhyarhyeawmynbhyuxufutceqhumsgkeej
vfodacnnfxgfymortusbwtktecoqqsceqwjmwdalgehnjcimrtsmponikmkfiaylkwimyqgjrqafaeycoaadwdvsmmn
gbmnueduhubawleqjldecmmyeftaolbfvjnpwzoacyudsqtmdfjuelcu        File, Deleted, Archive 07/12/04
11:35:33   07/12/04 11:35:33     07/12/04 11:35:33     27,719

0000000445ucyznjdtctoyjvbhbzfjlghutvhpzlsuccakffolhtzjxuowhjulujpwhwiiephghtkcibgmnwfrdwxbzrxfjzr
zytwvjwrmmpowoyegxsrotcbcgkxlwcjlwdivhhuswdvmmwezqtswjmxihchwxvqmfmcdoypgqxqsvwdyxnujr
djzghkiedileionvvyjvkkifzbluphvizhkhoroickovfeutysjsgndggttn        File, Deleted, Archive 07/12/04
11:35:33   07/12/04 11:35:33     07/12/04 11:35:33     27,720



## M.J. Menz & Associates
*"Finding the Truth,*
*One bit at a Time"*

## Details Finding 4

The program was run and the configuration was changed on or about the recorded date and time of the 14th of July 2004 at 15:13 CDT. Changes were made to the basic configuration of the program.

It should be noted that the duplicate image of this drive was made later in the day after the Evidence Eliminator program configuration was changed.

| File Name | Description | Last Accessed | Last Written | File Created | File Identifier |
|---|---|---|---|---|---|
| Plug-Ins | Folder | 07/12/04 17:53:32 | 09/10/02 10:48:16 | 09/10/02 10:48:15 | 32,715 |
| **Config.dat** | **File, Archive** | **07/14/04 15:13:04** | **07/14/04 15:13:04** | **09/10/02 10:52:28** | **32,700** |
| Drives.dat | File, Archive | 07/12/04 18:49:36 | 09/10/02 10:53:31 | 09/10/02 10:53:31 | 32,822 |
| Files.dat | File, Archive | 09/10/02 10:53:31 | 09/10/02 10:53:31 | 09/10/02 10:53:31 | 32,701 |
| FilesContents.dat | File, Archive | 09/10/02 10:53:31 | 09/10/02 10:53:31 | 09/10/02 10:53:31 | 32,703 |
| Folders.dat | File, Archive | 09/10/02 10:53:31 | 09/10/02 10:53:31 | 09/10/02 10:53:31 | 32,705 |
| FolderScans.dat | File, Archive | 09/10/02 10:53:31 | 09/10/02 10:53:31 | 09/10/02 10:53:31 | 32,706 |
| IECookiesKeep.dat | File, Archive | 09/10/02 10:53:31 | 09/10/02 10:53:31 | 09/10/02 10:53:31 | 32,823 |
| IEDownloadedKeep.dat | File, Archive | 09/10/02 10:53:31 | 09/10/02 10:53:31 | 09/10/02 10:53:31 | 32,824 |
| NSN4CookiesKeep.dat | File, Archive | 09/10/02 10:53:31 | 09/10/02 10:53:31 | 09/10/02 10:53:31 | 32,825 |
| OESChoiceList.dat | File, Archive | 09/10/02 10:53:31 | 09/10/02 10:53:31 | 09/10/02 10:53:31 | 32,826 |
| PlugInSelections.dat | File, Archive | 07/12/04 18:49:36 | 09/10/02 10:53:31 | 09/10/02 10:53:31 | 32,820 |
| ScanMasks.dat | File, Archive | 07/12/04 18:49:49 | 09/10/02 10:53:31 | 09/10/02 10:53:31 | 32,821 |

EXHIBIT ___89___

PAGE ___117___

Page 14



**M.J. Menz & Associates**
*"Finding the Truth,*
*One bit at a Time"*

### Details Finding 5

The Evidence Eliminator program in the 2001-2003 time period was advertised and sold as a tool to wipe evidence from a hard drive. It was not sold primarily as a tool to make your PC run faster and better but as a tool to wipe evidence. In fact they are proud to boast that it can defeat Encase and other forensic tools. I have never seen or heard of the tool being used by anyone as a way to speed up your PC. It has always been used as a tool to wipe data so it can not be recovered.

Below is a copy, from Archive.org, of the opening web page for the web site selling "Evidence Eliminator"in July of 2002 { http://web.archive.org/web/20020722002616/http://www2.evidence-eliminator.com/ }.  Their site was the same in September and October as well. Also set frth below are copies of the README and Help files from this drive.



THE WORLD'S #1 PC SECURITY UTILITY



Buy protection for just $149.95 (US) that will defeat Forensic Analysis equipment costing over $7000.00(US).

**Note:** This incredible bargain price cannot continue forever! Current prices should be regarded as temporary – **Buy now and save!**

This site uses MacroMedia Flash 4 plug-ins. Under Windows 98 your browser already has these plug-ins. If not, your browser will automatically load the plug-ins as you enter the site.

**[ENTER SITE] was clicked on _____**

## M.J. Menz & Associates
*"Finding the Truth,
   One bit at a Time"*

**Did you know...** that the **government** and **police** are installing **black boxes** in ISPs to record your Internet surfing and downloads **for evidence?**
## Deleting "internet cache and history", will not protect you... your PC
is storing deadly evidence. Even **FORMATTING** the disk won't work.
All those **Web Pages, Pictures, Movies, Videos, Sounds, E-mail and Everything Else** you have ever viewed could easily be recovered - even many years later.
*Defend yourself!* Make your Internet access safer. Get yourself a truly clean and faster "Like New" PC!
▶**Download Evidence Eliminator? Now!**

**Latest News**

**CLICK HERE TO ACCESS BANNED NEWSGROUPS!**

**Testimonials**

Just a few of the many letters of thanks we receive daily from satisfied customers around the world: Seeing EE going through its comprehensive clean-up made me breathe so much easier. It is still the most worthwhile protection I have ever purchased for the computer. Your team is to be commended for the excellent product, support and upgrading. You haven't abandoned those of us who bought the product in its early stages and continued to use, enjoy and trust EE. RB, USA Thank you for making a program that a person of my limited computer knowledge can use and understand...



**Click here** to see more Screenshots! or ▶**Download Now!**
**PROTECT YOUR JOB, PROPERTY, FAMILY, CAR, FRIENDS AND YOUR REPUTATION - BEFORE IT'S TOO LATE!**

**You <u>are</u> being watched...** how about your **Boss**? Do you surf the internet and send **E-mail** at work? Your work PC will be **full of evidence**. It is becoming common in the workplace for companies to copy and investigate the contents of workers computers

CONFIDENTIAL                    EXHIBIT ___89___                    Page 16

                               PAGE ___1119___

## M.J. Menz & Associates
*"Finding the Truth,*
 *One bit at a Time"*

out of hours - without your consent or knowledge. This is perfectly legal and it is happening **now**! Your job could be at risk, what would happen to you if you **lost your job**? People like you are losing their jobs right now because of their Internet activities in **America** and the **UK.**

According to an **APBNews** report, 73.5% of all companies **admit** they *"record and review their employees' communications and activities on the job."*

There is no need for you to play Russian roulette with your job, family, car, property and everything else that depends on it! Act now! We can help, **Evidence Eliminator™** can protect you from the dangers of the Internet! Download today with no risk, guaranteed. Act now! And transform your computer into a safe, clean and faster machine!

▶**Get Evidence Eliminator and Be Safe!**

**⚠ CONSUMER SCAM ALERT** - **Fraud artists target privacy consumers**
False advertising has duped many consumers into buying worthless imitation software - "eraser / internet washers" that do not work - you might as well throw your money away. If you have recently been the victim of a scam by one of these fly-by-night outfits you are strongly urged to get your money back as quickly as possible, and not to use the software under any circumstances because it could even damage your hard disk! You don't have to take risks, make sure you accept only the authentic, original **Evidence Eliminator™** and be sure you are both 100% safe and secure!

Do you have an ex-spouse or ex-partner with a grudge against you, have you been "Grassed"? Has anyone ever put a floppy disk in your computer? Is someone after your job? Can you honestly say that you **really know for sure** what may have been accidentally downloaded or purposefully hidden on your PC?

Do your **children or their friends** use your computers? What have they downloaded and tried to delete?

Did you know for example that every click you make on Windows 98 Start Menu is logged and stored permanently on a hidden encrypted database within your own computer?

If you have a business, protect your workplace and computers with **Evidence Eliminator™**. Don't get investigated - **get protected!**

**Evidence Eliminator™** is proven to defeat the exact same forensic software as used by the US Secret Service, Customs Department and Los Angeles Police Department (LAPD).

**It is a proven fact...** routine Forensic Analysis equipment such as **EnCase** and **F.R.E.D.** used by Private and Business Investigators, Law-Enforcement and others, can recover evidence from parts of your hard drive that you thought were empty, **parts that you had cleaned.**



**Your hard drive might appear clean...** but still be full of **'sensitive material'** that you did not want to download in the first place and it might very well be a **Serious Criminal Offence** in your country to have that data stored on your computer even if you didn't know it was still there. **You could go to Jail!** Pressing 'Delete' or emptying your 'Recycle Bin' - or even 'Formatting' your disk - simply **will not work**, the **'sensitive material'** will still remain on your hard drive!

**You will be held responsible** for any data which you allow to remain on your computer, even if it was only by accident. Even files and **Internet Searches** you have made which you thought you had never "saved to disk" can be recorded as **permanent evidence** on your hard drive.

...makes this something that anyone surfing the net should use. KG, USA
Wow!! That has to be the best online support I have ever had. A real person answered my mail, quickly. Thanks for making such a great product. KS, USA
I just downloaded and installed your product today. I love it! My 200 Mhz machine is noticeably faster and now has an additional 100+ meg of hard disk space available. I just ordered Evidence Eliminator this evening. This beats anything I've seen to date. Please keep up the good work!! RR, USA
...the program you have designed is simply excellent. nothing like it can compare. JG, USA
Great product - you need to get the message across more widely! Anyone with teenage sons knows how likely it is that something unwanted is lurking on the h/d... ...Well - most impressive! Somehow the whole product had a certain 'aura of quality' about it and seemed worth buying... Seems I was right - money well spent! SC, UK



## M.J. Menz & Associates
*"Finding the Truth,*
*One bit at a Time"*

**Get total protection now...** If you do not use **Evidence Eliminator™** your PC is "a ticking **Time Bomb** waiting to go off!" Only with **Evidence Eliminator™** can you get the protection you deserve, only then can you use your PC to explore the Internet with confidence.

The distinctive style and unsurpassed quality of **Evidence Eliminator™** and its rapid ongoing development and success have firmly established **Evidence Eliminator™** as the **world's premier** computer hard drive cleansing system!

**Evidence Eliminator™** is a powerful and easy-to-use program, no other commercially available program can do the same job. Every day, **Evidence Eliminator™** quickly and professionally deep cleans your computer of 'sensitive material', leaving you with a clean PC, a clean conscience and instant **peace of mind.**

**We are so confident** that you will want **Evidence Eliminator™** protecting you and your interests we can give you this unbeatable **Limited Time Special Offer!** Order and download **Evidence Eliminator™** software now and we will include **free** lifetime Technical Support and **free** extremely valuable lifetime Upgrades! There is no risk, you are protected by our 30 day money-back guarantee. Start to enjoy the benefits of a truly clean and faster "Like New" PC! Download today with no risk, guaranteed. **This incredible Limited Time Special Offer is guaranteed for today only and may be cancelled at any time!**

▶**Download Now And Protect Yourself!**



Click here to see more Screenshots!

**SPEED-UP YOUR PC AND INTERNET BROWSER - MAKE IT SAFER TO USE THE INTERNET!**

## Working deep below your Windows operating system... Evidence

**Eliminator™** employs the exact same sector analysis technology as available in ultra-high-priced tools available to law-enforcement agencies, for example the **FBI.** After identifying and analyzing the unwanted data hidden in your drives, **Evidence Eliminator™** destroys it with **proven methods of secure disposal** similar to US

Just wanted to say "THANK YOU" for such a GREAT program. EE does an amazing job of finding and removing things I don't really want to leave on the equipment. I Also want to express my appreciation for the rapid response to my registration...

...FAST! I am looking forward to the updated version that is supposed to be released soon. Again, Thank you for an excellent product, quick registration, and ease of mind. RB, USA

It appears to be as useful as a system cleaner as it is a security program...

...I appreciate your response and follow-up. I've never seen any company follow up as well as you guys have. Thanks again! GB, USA

Evidence-Eliminator is the perfect tool for the casual or frequent internet user that makes purchases online. The safe and secure deletion of files that might possibly store financial information on one's hard drive can be wiped clean without fear of it being used or accessed dishonestly. Overall, an OUTSTANDING program and worth every

# M.J. Menz & Associates
*"Finding the Truth,*
*One bit at a Time"*

Department of Defense standards for destruction of classified material.

**Award winning... Evidence Eliminator™** has been featured on TV, Radio shows, many top Magazines and has been decorated with high praise, admiration and awards:

*"I tested the software recently and was astonished at its thoroughness. It did wipe clean a ton of stuff... ...I was truly impressed"* Mark A. Kellner, "On Computers" Columnist, THE WASHINGTON TIMES Click here to read review
*"performs its stated goal admirably...Short of dousing it with gasoline and setting it ablaze, the only way to keep things spotless and shiny clean is with Evidence Eliminator."* Slaughterhouse.com "Pick Of the Day" Click here to read review
*"an ultra-powerful application... Evidence Eliminator keeps your system running fast and on the right side of the law... Evidence Eliminator really is an excellent program for protecting your privacy."* RocketDownload.com "5-Smileys Award" Click here to read review
*"it performs secure file wipes, making it all but impossible to recover data within... Evidence Eliminator is thorough yet very easy to set up and use"* ZDNet PC Magazine "5-Star Editors Pick" and "ZDNet 7th Annual Awards Finalist" Click here to read review

**The fact is...** your computer is spying on you and is filling up with evidence, only **Evidence Eliminator™** can protect and help you. In tests, **Evidence Eliminator™** defeats **EnCase** and other Forensic Analysis equipment as used by investigators, police and government agencies. So enjoy the benefits of our unbeatable **Limited Time Special Offer** and download yours now!

▶**Webmasters: Click Here**

**To protect and to serve the public...** that is our mission! Employers, parents, surfers and Internet professionals from all over the world use, trust and depend upon **Evidence Eliminator™**'s state-of-the-art technology. Even the best Forensic Laboratory Analysis with electron microscopes is no match for **Evidence Eliminator™**'s formidable display of new, innovative, World-Leading data destruction technologies.

**Whatever reasons you have...** for needing **Evidence Eliminator™**, one thing is for sure - downloading **Evidence Eliminator™** will be the most important thing you have ever done. Act now, try it risk free, and transform your computer into a safe, clean and faster machine!

**Easy to use... Evidence Eliminator™** is **the** essential one-click user-friendly technology for the security-conscious surfer. If you use just one program on your PC - make it **Evidence Eliminator™** before it's too late!

▶**Download Evidence Eliminator™ right now - Click Here!**

▶**Click Here** for information on downloading and our **Incredible Special Offer.**

penny. I will spread the word with my colleagues about this fantastic way to make sure their computers are safe on an everyday basis. JG, USA
Even more amazing, is a software company that has such a positive and rapid trouble shooting teams (an all too rare occurrence). I had a response within hours of my last e-mail to you. Congratulations on your professionalism and Customer Services. It is really impressive and appreciated. MM, USA
Until I tried this unique product I had spent several hours each week manually reducing the size of my registry and trying to eliminate the numerous and bloated entries that had accumulated each time I installed software or just spent time on the internet. GC, USA
It's about time that someone created software that performs multiple functions from one source and is user friendly. I can now delete all of the various items that were installed on my computer with the push of a button and let



M.J. Menz & Associates
*"Finding the Truth, One bit at a Time"*

Evidence Eliminator do all of the work. I was running three different types of software and still did not get half of the results that were achieved the first time I used your product. Thanks, MW, USA

Your courtesy, kindness and prompt responses to my emails is wonderful and all too rare these days. Thanks again, sincerely. NC, USA

This is a great product - it takes care of essential cleanup & important system maintenance with one click. Thanks again. BI, USA

Hi guys.. for starters, I love this program... ...Not only does it give you peace of mind by deleting garbage that could hang around for months, it also keeps my hard drives clean of unwanted files. JC, USA

This is to me THE best software program ever introduced to the public!... ... It has been such a pleasure to use. I am telling my family and friends about your wonderful product... ... I was so impressed by the program I purchased mine as soon as I

**M.J. Menz & Associates**
*"Finding the Truth,*
*        One bit at a Time"*

could. Thank you for not only your product, but also for the most actively involved Technical Support anywhere in cyberspace!! My sincere gratitude to you all. DT, USA

I'm truly amazed that you can provide this sort of quality at the price you charge. Best wishes. JC, USA

Thank you for everything this is the kind of program that I will use forever. RB, USA

Don't miss out! Act now and enjoy the benefits of our unbeatable Limited Time Special Offer!



AS SEEN ON TV

Webmasters & ISPs: We will pay you to link to us. Join our Associate Program
Trademarks, Terms & Copyright

Click here BUY NOW

**Evidence Eliminator?** recommends **alibis.com** uncensored newsgroups. Access banned newsgroups now, you'll be amazed what you can find - **Click Here**

Click Here!

Click Here!



# M.J. Menz & Associates
*"Finding the Truth,*
*One bit at a Time"*

## Evidence Eliminator README file

Thankyou for choosing Evidence Eliminator!

For maximum performance, if you're a new user to
Evidence Eliminator we advise pressing "Help" early,
and checking out the easy instructions in the
"Getting Started" section for new users.

Please feel free to visit our World Wide Web site at:
http://www.evidence-eliminator.com/
for support, feedback, latest upgrades and more.

This is EE v5.057:

-----------------------------

Major power upgrade for all users:
- Tougher free-space security system - more
  tolerant of minor disk irregularities.
- Automated Windows logon
- Automatic Netscape cache detection
- New automatic one-click Test Mode

For Windows ME Users:
- Registry defragmentation

For NT/2000/XP users:
- Instant Secure Registry Deletes
  (another World First!)
- Cluster tip cleaning of most NTFS locked files
- Registry defragmentation
- Much faster, more modes available
- Securely eliminates Autocomplete history

New features in EE v5.056:

------------------------------------------

## M.J. Menz & Associates
*"Finding the Truth,*
      *One bit at a Time"*

Microsoft Windows NT4 upgrade

- Fully Microsoft Windows NT4 compatible

+ many more internal performance upgrades


New features in EE v5.055:

-------------------------------------------


Microsoft Windows XP upgrade

- Fully Microsoft Windows XP compatible


Eliminates evidence on NTFS drives

- under both Windows XP & 2000 Pro


Many other upgrades

- Microsoft Office XP compatible

- Extended support for IE6 and Media Player

- Live Upgrade function via Internet

- Plenty of new internal performance upgrades


New Features in EE v5.054:

-------------------------------------------


Windows Millennium / Windows 2000 upgrade

- Securely deletes locked files in both.


Upgraded functions - UPGRADERS PLEASE NOTE

- Upgraded error handling and reporting

- Upgraded Plug-In format

- Modified Plug-In set

- Custom folder 'scans' now non-recursive

- New "Only New" IE Cookie listing function

- New "Start-Up In Stealth Mode" function


New Features in EE v5.053:

-------------------------------------------


Windows Millennium Users Supported

CONFIDENTIAL

EXHIBIT 89

PAGE 1126

Page 23

# M.J. Menz & Associates
*"Finding the Truth,*
*One bit at a Time"*
- Most functions available under WinME

New Features in EE v5.052:

------------------------------------------

Eliminates Hidden IE5 URL Logs
- Clears logging of page error URLs

New Quick Mode
- New fast-cleaning mode takes about a minute.

Windows 2000 functions (FAT16/FAT32)
- Windows 2000 FAT disks are now supported.

Full control over Outlook Express database
- Fully eliminate history of Mail/News reading.

Scramble attributes of files/folders
- Randomize your system's memory of program use.
- Stop snoops analyzing your program start history.

Eliminates Windows Streams
- Trash hidden memory of folders accessed.
- Hide folder names and access information.

Common Dialog History List
- Eliminates hidden memory of files/folders used.

Start Menu Click & History Lists
- Kills Start Menu encrypted memory dead.

Internet Explorer Download Folder
- Eliminates evidence of download locations.
- Stop snoops knowing where you save files.

Auto-Detection For Popular Options
- Automatic searching for popular locations.

C O N F I D E N T I A L

EXHIBIT ___89___                    Page 24

PAGE ___1127___

# M.J. Menz & Associates
*"Finding the Truth,*
*One bit at a Time"*

- No need to browse for complicated data paths.


Internet Explorer Favorites

- Clean Favorites menu with subfolder options.


Insecure delete overrides

- Trade-off security for maximum speed.


Auto Log Refreshing

- Keep log sizes down for maximum speed.


Screen Saver Control

- Automatic over-ride of Screen Savers


Hides from Windows Task List

- Stealth Mode is visually un-detectable


Enhanced Media Player v7 support

- Clears PlayLists in Media Library


Eliminates Clipboard Memory Data

- Stops other programs and users snooping


New, Improved Plugins

- 69 Quality Plug-Ins for popular applications


New Features in EE v4.5.4:

-------------------------------------------


New Stealth Mode

- Invisible, even while processing in Windows.
- Shuts down to DOS with "discrete" screen output.


Anti-Magnetic Remenance Under-Writing

- Another World First! Cleans underneath files/dirs.
- Defeats hardware analysis by electron microscopes.
- Defends against forensic laboratory snoops.

# M.J. Menz & Associates
*"Finding the Truth,
One bit at a Time"*

Eliminate Evidence in files without deleting them
- Allows special files to keep their position on disk.


Flexible Explorer Menus
- Right-click menu items can be toggled on/off.


A new "Folder Scan" function
- Target individual folders with custom scan masks.


Upgraded functions - UPGRADERS PLEASE NOTE
- Upgraded startup and System Tray Control functions.
- Upgraded intelligent Shutdown/Restart interception.
- Improved logging and registry cleaning operations.
- Automatic Windows path settings on new installs
- Upgraded security on free space and cluster tips.
- Upgraded Plug-Ins, new Plug-Ins.


New Features in EE v4.0:

-----------------------------------------


New Custom Plug-In feature
- Users of over 25 popular programs are fully supported!
- Supports users of Microsoft Office, Winzip, and more.


Clean, repair and defragment your Windows Registry
- Eliminate traces of evidence hidden in the Registry.
- Makes your PC run faster and more reliably.


Custom management of Internet Explorer components
- Keep friendly Internet components, eliminate the rest.


Eliminates Internet Explorer AutoComplete history
- Kills browser memory of "Form Posts" and passwords.


Support for America On-Line Instant Messenger
- Eliminate lists of recent Instant Message contacts.


CONFIDENTIAL

EXHIBIT ___89___

PAGE ___1129___

Page 26

**M.J. Menz & Associates**
*"Finding the Truth,
One bit at a Time"*

Safe Shutdown and switch off your PC on auto
- EE's popular "Safe Shutdown" feature gets better!
- Auto power-off feature on ATX/APM power supplies.

New Features in EE v3.1:
----------------------------------------

Explorer Context Menu commands
- Right-click on files, folders, My Computer, or the
- Recycle Bin, and choose from the pop-up menu.

Cookie saving for Netscape Navigator v4 browsers
- Keep friendly cookies while eliminating the rest.

Elimination of a hidden list of viewed movies/audio etc.
- Now cleans Windows Media Player history list.

New Features in EE v3.0:
----------------------------------------

Cluster tip wiping is a lot faster
- approx 3,200 files/minute on AMD 450/UDMA Drives.
- Cleans system files/DLL's even if locked by Windows.

Elimination of deleted filenames in directory structures
- approx 3,200 files/minute on AMD 450/UDMA Drives.
- All deleted file entries are securely eliminated.

Cookie saving for Internet Explorer 5
- Keep friendly cookies while eliminating the rest.

Browse buttons for files and folders
- Quick location of files/folders for elimination.

Recycle Bin protection
- Hot-Key enhancement, full Recycle Bin protection.

CONFIDENTIAL

EXHIBIT ___89___
PAGE ___1130___

Page 27

# M.J. Menz & Associates
*"Finding the Truth,*
*One bit at a Time"*

- Delete then CTRL-Delete for instant file elimination.


Internal and interface enhancements

- New technologies make Evidence Eliminator faster,
  cleaner and better than ever before.


Customize Log location and window font

- Choose where Evidence Eliminator makes "Save Logs"


Auto Logging

- Optional dated and timed auto-logs.


Windows Application Logs

- Eliminate evidence of how often you use your programs.


Editable custom folder and file entries

- A new "Edit" button and browse-add facility.


Protection of Hewlett-Packard Paperport files

- Choose to skip HP Paperport files for elimination


New start-up command line options

- Ee.exe /m /s /r /t (Minimized/Shutdown/Restart/Test)

EXHIBIT _89_

PAGE ___113|___



**M.J. Menz & Associates**
*"Finding the Truth,*
*One bit at a Time"*

**Evidence Eliminator Help files**

# Introduction to Evidence Eliminator™

## About this program
For your own personal security, please take a few minutes to read this whole Help file.

## How to use this Help File
Please look to the top-left of this window and note the three tabs: Contents, Index, Search



Contents: Browses this Help file by the Table of Contents
Index: Type any word into the Index to see a list of matching pages by keyword
Search: Type any words into the Search tab to search the help file for words or phrases
**Evidence Eliminator™** is the most important program to stop yourself being persecuted unjustly for data you only downloaded by accident. Please RTM. (Read The Manual). If you skip this simple manual and end up legally persecuted in court for something you innocently downloaded by accident you will wish you had read it. This help file is presented for serious users to learn exactly what **Evidence Eliminator™** is capable of. It goes beyond the self-documenting "Options" window of the program. You will probably only need to read it once, and will be glad that you did. **Evidence Eliminator™** is a very powerful tool in the right hands.
Before **Evidence Eliminator™**, maintaining a clean Windows installation was hard work. Thousands of complicated tasks had to be done every day.
**Evidence Eliminator™** does all the hard work for you. Configure the program with with this Help file, set your options properly, use the Safe Shutdown button and **Evidence Eliminator™** will take care of you. One button, one program, total security. Like a good automobile, look after the program and it will look after you.
**Evidence Eliminator™** uses an "Open" interface. Set it up exactly how you want it and customize its features for your individual PC. Configure your program options and a single button-click will begin a fully automatic data cleaning routine to thoroughly purge your PC of hidden computer data which could later be recovered with Forensic Software to be used as evidence against you.
Run **Evidence Eliminator™** daily with maximum options.
The first time you run **Evidence Eliminator™** you may be amazed how much evidence it analyzes and eliminates from your hard drive. Daily use will let the program run considerably faster eliminating only evidence accumulated since the last cleaning session. Keeping you safe, secure, and law-abiding.

## Deleting files on-demand
With the new "Hot-Key Recycle" feature, press Delete, then CTRL-Delete to send files to the Recycle Bin and then eliminate its contents.
With **Evidence Eliminator™** v3.1 and above, you have Windows explorer shell extensions. You may right-click on files, folders, My Computer, or the Recycle Bin, and select the "**Evidence Eliminator™**" options from the menus. A blue "EE" icon will appear in the menu only when files or folders are selected.



**M.J. Menz & Associates**
*"Finding the Truth,*
*One bit at a Time"*

Note: Securely deleting a single file completely destroys the file. It's better than pressing Delete, but still does not necessarily fully remove all traces of it from your computer. Traces of the file's data may remain in temp files and many other areas.

The only certain method is full cleansing of the system provided by the Safe Shutdown/Restart features. Any files remaining in the Windows Recycle Bin will be eliminated when you run your Safe Shutdown. Even if you empty the Recycle Bin, the file's data will move to Free Space where **Evidence Eliminator™** will still destroy it along with everything else you don't want to keep.

# Levels Of Security

## Levels of security offered by this program

Normally when you press the "Delete" key the files disappear from your Windows but their physical data remains on your hard drive available to snoops, law-enforcement, police, and others.

This program "Eliminates Evidence". If you use this program even in its basic setting (a single overwrite of Zero's) the target data is practically destroyed. Forensic Analysis software like Encase (www.guidancesoftware.com) a standard tool of the trade used by law-enforcement, and others, **simply cannot recover the data**. If scientists examine the hard drive surface with special microscopes, there are theories that over-written data fragments can be partially reconstructed. In practice this is extremely difficult and expensive, and time-consuming, and if any fragments of files were ever reconstructed their value as "Evidence", would surely be doubtful. Reconstructed data brought back from the dead after it had been overwritten with new data?? Even if it worked it would be extremely difficult for anyone to prove that you intended to keep the data.

Having run **Evidence Eliminator™** to completely destroy all traces of the data, you would obviously be completely innocent of intending to keep anything you might have accidentally downloaded and then deleted. You can be confident that **Evidence Eliminator™** does exactly what the name says.

There is no service available commercially that can successfully recover any data eliminated with this program. **Evidence Eliminator™ secures your PC** like no other program has ever done before.

## Who wants Evidence Eliminator™ banned?

**Evidence Eliminator™** is the World's First hard drive cleaning program that is publicly advertised as designed, tested and proven to defeat the exact same "Forensic Analysis" equipment as used by police and government agencies, etc.

There are those who don't like **Evidence Eliminator™** and want it banned to stop you using it. If you visit message boards, bulletin boards or public newsgroups, you may observe some odd behavior from semi-anonymous "people" if our wonderful software is mentioned or discussed.

Typical anti-**Evidence Eliminator™** messages seem to be the ridiculous claim that our program is not legal, or it doesn't work, or the advertising isn't true, or it isn't good for your computer, etc, etc. All these ridiculous accusations are nonsense, because **Evidence Eliminator™** is legal, it does work, the advertising is true, and it is **very** good for you and your computer. We find it very amusing. One can only wonder in amazement as to who those "people" are really working for!

## Anything that Evidence Eliminator™ doesn't delete?

**Evidence Eliminator™** cannot delete material it does not know about, such as log entries in new or unknown programs. It may be possible for an intruder to tell the time when you last cleaned your drives. Also when you install and then remove a program, it may leave traces in the system registry showing that it was installed at some time on that computer. **Evidence Eliminator™** does not deal with this information because we could never keep track of every obscure program out there that does not clean up after itself properly. If in doubt, reformat the drive and install a fresh copy of Windows. This refreshes the system registry and clears out all traces of old program installations.

EXHIBIT 89
PAGE 1133



## M.J. Menz & Associates
*"Finding the Truth,*
*One bit at a Time"*

## Alternate Data Streams

Under NTFS filesystem it is possible to hide information attached to a file in an area known as an Alternate Data Stream. This is a little-used filesystem feature that effectively allows more than one file body to exist for each file. If you delete such a file with **Evidence Eliminator™** only the first (primary) data stream is initially deleted, however, any alternate streams are destroyed when EE reaches the "Free Space" function. These "alternate streams" are quite rare - most programs do not use them. To ensure there are none on your system, you can check with the freeware utility LADS available at http://www.heysoft.de/nt/ep-lads.htm

## Other ways your PC can be compromised

While **Evidence Eliminator™** secures your hard disks, it does not protect against internet intruders, nor does it detect "trojan horse" programs or viruses. These external risks are out of the scope of **Evidence Eliminator™** at this moment. You can get information about antivirus software etc. from any major search engine or download site.

## Documents and files used for this analysis

**Software & tools used:**

Encase 3.22g & 4.20a by Guidance Software

Netanalysis 2.0 by Digital Detective

Microsoft Word 2003

Internet Explorer 6.0

**Electronic Files used:**

Install.log

30807039_Image_from_external_HD_Verification.rtf

Encase image files listed in source section at the beginning of this report

**Generated reports**:

The following reports were generated using Encase 3.22g

INITReport.rtf

report2.rtf

EE-DATADir.txt

EEFileNamesAfterRunning.txt

EEFileNamesAfterRunning2.txt

EERootDir.txt

ProgramFilesDir.txt

RootDir.txt

DATETIME.rtf

Generated by visiting a web site

Clock changes in Chicago - Illinois - U_S_A.htm

**Paper documents used:**

Exhibit 26, pages 315 to 342

Mattel's complaint against Carter Bryant, dated 27 April 2004

Mattel's second Amended Answer and Counterclaims

The Answers of Bryant and MGA



**M.J. Menz & Associates**
*"Finding the Truth,*
*One bit at a Time"*

**Refernces consulted:**

Archive.org web site; Evidence-Eliminator.com July- August-Sept 2002

TimeandDate.com

"Wrinkle in Time" presentation

Evidence Eliminator ReadMe & help file

## Rate Chart

Hourly rate $225.00

Deposition rate: $300.00

Court Testimony in area: $300.00, four hour minimum

Court Testimony out of area $300.00, one day minimum

Travel in state is 44 cents a mile

Travel out of state at cost

Per diem $45.00 day

Expenses incurred, at cost

EXHIBIT _89_

PAGE _1136_



# M.J. Menz & Associates
*"Finding the Truth,*
*One bit at a Time"*

# Mark J. Menz
**Digital Evidence Analysis, Computer Forensics and Electronic Discovery**
Voice: (916) 983-0348 / Fax: (916) 984-7713 / Mark@MJMenz.com

## Experience

Court recognized expert, Federal Court, Eastern District (Neutral Expert for the Court)
Court recognized expert San Diego County
Court recognized expert Alameda County
Court recognized expert Fresno County
Court recognized expert Butte County
Court recognized expert El Dorado County (Neutral Expert for the Court)
Court recognized expert Placer County
Court recognized expert Contra Costa County (Neutral Expert for the Court)
Court recognized expert San Francisco County (Neutral Expert for the Court)
Court recognized expert Los Angeles County Superior Court
Court recognized expert Sacramento County (Neutral Expert for the Court)
Court recognized expert California State Commission on Teacher Credentialing
System Specialist, National Criminal Justice Computer Laboratory and Training Center 1998-2001
Division Manager and chief computer forensic scientist for Kroll/Ontrack 2001/2002
Chief consultant to Cal Trans for technology security issues 2000 through 2007
Consultant to Cal Attorney Gen. Office Legal Div. for computer forensics 2004 - 2008
Consultant to California Health and Human Services ices for IT security issues 2001-2006
Consultant to California Dept. of Social Services for IT security issues 2001-2006
Consultant to California Dept. of Corporations for IT security issues 2007
Consultant to California Office of the Inspector General for IT security issues 2003/2004
Consultant to California Office of Emergency Services for security issues 2002/2003
Consultant to California Department of Corrections for security issues 2004
Consultant to California Department of Industrial Relations, security issues 2005/2006
Consultant to California Department of Community Services, security issues 2005/2006
President of the High Technology Crime Investigation Association – Northern California Chapter 2000/2001/2004/2006
Vice President of the High Technology Crime Investigation Association – Northern California Chapter 1999/2003/2005/2008
Vice Pres. of the High Technology Crime Investigation Association – International 2002
Secretary of the High Technology Crime Investigation Association – International 2003
Executive board member of the Joint Council on Information Age Crime. 2001-2007
Current member of several NIST committees developing standards for computer forensics and
      investigations 2002/2003/2004/2005/2006/2007
Participant in the ANSI standards committee "T13" for standards for IDE devices
Computer Forensic and Security consultant to 2 Fortune 10 companies

## Certifications

California Institute for Criminal Investigation (ICI) / Peace Officer Standards & Training (POST) as a Computer Crime Investigator
California ICI/POST General Investigations
CompTIA A+

CONFIDENTIAL

EXHIBIT 89
PAGE 1137



## M.J. Menz & Associates
*"Finding the Truth,*
*One bit at a Time"*

## Teaching/Speaker

Taught for the National Criminal Justice Computer Laboratory and Training Center
Currently teach for the California Department of Justice, all their computer crime courses
Currently an adjunct professor for the University of New Haven, Criminal Justice Program, computer forensics.
Currently an adjunct professor for the University of New Haven, National Security program at
Sandia National Laboratory, computer forensics, general physical and network security.
Currently an adjunct professor for the University of Nevada Reno, Gaming Management, IT and Gaming security.
Currently teach for California POST in the Core Investigation course.
Currently teach for California POST in the Basic ID Theft course.
Currently teach for Association of Certified Fraud Specialist core class

Featured speaker for the High technology Crime Investigators Association Annual conferences, 1998,1999,2000,2001,2002,
    2003,2005,2006,2007
Featured speaker for the Bay Area HTCIA High tech training conference 2000,2001,2002,2003,2004,2005,2006,
Feature speaker for the Association of Certified Fraud Specialist conferences 2001, 2002, 2003,2004.2005,2006,2007
Feature speaker for the California District Attorney Association conference 2003,2004
Feature speaker for the National Association of District Attorney conference 1999,2000
Featured speaker at the Itera Honey Pot conference 2002
Featured speaker at the Itera Digital Evidence and Discovery conference 2003
Featured speaker for the Federal Eastern California District Judges conference 2002/2003
Featured speaker for the Federal Eastern California District Judges conference 2002/2003
Featured speaker for the Federal 9th District Judges conference 2003
Featured speaker for the California Victim Advocate Core – Technology Crime 1999/2000/2001/2002/2003/2004,2005,2006,2007
Featured speaker for the Sacramento BAR on Digital Evidence 2001
Featured speaker for the ATF training conference on High tech 2001, 2002, 2003
Provided core course materials for IACIS training 2001,2002,2003,2004,2005,2006,2007

## Forensic and Investigative Education

California ICI POST Core Investigation class 2000
California ICI POST Introduction to Internet Crime 2000
California ICI POST Basic Local Area Network Investigations 2000
California ICI POST Advance Internet Investigations 1999
California ICI POST Investigation of Computer Crime 2000
California ICI POST Investigation of On-line Child Exploitation 2000
California ICI POST Seizure and Examination of Microcomputers 2000
SANs GIAC training 2001
HTCIA annual training conference 1997-2006
Bay Area HTCIA training conference 1999-2004, 2006



**M.J. Menz & Associates**
*"Finding the Truth,
One bit at a Time"*

## Miscellaneous related items
## Patents or patents pending

| | |
|---|---|
| 6,813,682 | Write protection device for computer long-term memory devices |
| | I.E. Hard drive write blocking, basic core technology. |
| 7,143,248 | Systems and methods for restoring critical data to computer long-term memory device controllers. |
| 7,159,086 | A device for creating exact copies of computer long-term memory devices. |
| 7,228,379 | Systems and methods for removing data stored on long-term memory devices |
| 7,318,137 | Write protection for computer long-term memory devices with multi-port selective blocking |
| 20060112277 | High-speed password attacking device |
| 20060112218 | Systems and methods for an improved computer long-term memory comparing device. |
| 20060111889 | Systems and methods for testing how computer systems interact with long-term memory storage devices. |
| 20050182510 | Systems and methods for an improved tailgate device |
| 20040186969 | Systems and methods for creating exact copies of computer long-term storage devices. |
| 20040184309 | Systems and methods for restoring critical data to computer long-term memory device controllers |
| 20030018836 | System and method for retrieving identification and capabilities information from computer long-term memory devices. |
| 20020196572 | Systems and methods for removing data stored on long-term memory devices. |
| 20020040418 | Write protection for computer long-term memory devices. |

## Publications

Co-author of the CSL/NIJ "Forensic Keyword Searching Tools" report.
Co-author of the National Institute for Standards in Technology NIJ Guide "Electronic Crime Scene Investigation"
Co-author of the National Institute for Standards in Technology NIJ Guide "Forensic Examination of Digital Evidence"
Sacramento Bar Magazine article "High Technology Crime, defined", 2001
Co-Author of the paper "Fundamental Principal of Information Security"
Co-Author of the white paper "Fallacy of Software Write Blocking in Computer Forensics"
Co-Author of the white paper "Forensic Duplication using Mac Target Mode"
Co-Author of the white paper "Media Protection in Computer Forensics"
Co-Author of the white paper "Keyword Searching in Computer Forensics"
Co-Author of several articles published in the HTCIA News Letter 2000,2001,2002,2006
Author, Time and Dates in Forensics "Wrinkle in Time", 2006
Author, Creating Boot Media for Forensics 2006
Author, Link Files for Forensics "The Missing Links", 2006
Author, Remnants and little known log files in Computer Forensics 2005

## Classes Authored

Author of the ICI Core Investigation class (Sources of information section)
Author of the ICI ID Theft class (Email and IP tracing section)
Co-Author of the California DOJ Internet Investigation course
Co-Author of the California DOJ Basic forensics course
Co-Author of the California DOJ Advance forensic course
Co-Author of the California DOJ Advance Internet investigation course

# M.J. Menz & Associates
*"Finding the Truth,*
*One bit at a Time"*

Co-Author of the California POST Basic Computer Crime course
Co-Author of the California POST Introduction to Internet Crime course
Co-Author of the California POST Basic Local Area Network Investigations course
Co-Author of the California POST Advance Internet Investigation course
Co-Author of the California POST Investigation of On-Line Child Exploitation course
Co-Author of the California POST Seizure and Examination of Microcomputers course
Co-Author of the California POST Digital Media Analysis course.
Co-Author of the California POST Advance Computer Forensics course
Co-Author of the University of New Haven Criminal Justice Master Program Computer Forensics program;
        Basic Computer Crime
        How to Build and Manage a Computer Forensics Laboratory
Co-Author of the University of New Haven National Security Master Program;
        Basics of Computer Forensics
        Technology Investigations
        Securing National Security Sites
Co-Author of the Association of Certified Fraud Specialist Computer Investigation courses, Core, ICE, ID Theft,
    Investigations in a Digital Environment
Co-Author of the Kroll Technology Training course "Basic Computer Crime"
Co-Author of the Kroll Technology Training course "Basic Network Investigations"
Co-Author of the Kroll Technology Training course "Advance Network Investigations"
Co-Author of the Kroll Technology Training course "Advance Computer Forensics"

# M.J. Menz & Associates
*"Finding the Truth,
    One bit at a Time"*

## Court Testimony last 4 years

**Court Case#, Judge**
1. Sacramento Superior 05AS02937 McMaster
Declaration, Forensic review of files for dating files creation times and manipulation.

2. Alameda Superior RG04155075
Declaration and trial testimony on file deletion dates

3. Northern Dist. San Francisco C 05 3614 MHP Patel
Neutral Expert for both parties

4. Northern Dist. San Jose 98-20419 JF (EAI)
Declaration on software/hardware failures of product

5. Superior San Francisco CGC 04-428178
Collection, Declaration, Neutral Expert for the court

6. Placer Superior SCV 16800
Declaration and Trial testimony determining validity of log files and operator location

7. Santa Clara Superior 1-03-CV-817093
Declaration on laptop ownership, serial number was removed. Forensic work to recover it.

8. Placer Superior Court Placer Superior 63-13109 Couzens
Appointed Special Master, collected and examined evidence for People vs. Jonathan Tyrell

9. San Diego Superior CD165314 Kaneshiro
People vs. Whitmore Forensic work, qualified as expert in computer forensic and Video forensics

10. Eastern Dist. California CIV-S-03-1968-wbs Mueller
Declaration and trial testimony on the destruction of evidence

11. El Dorado Superior SC20030138
Declaration, forensic analysis of Fax system and date of fax deliveries

12. Arbitration AAA 74-460-0098905 BEAH
Declaration and testimony on erasure of computer files and dating of files

13. El Dorado Court El Dorado Superior POCRF0551 Proud
Appointed as a Special Master to determine if files exist and date them.

14. Eastern Dist. Fresno 02-5301 OWW Wagner
Trial testimony on computer forensics and IP tracing and child porn

CONFIDENTIAL

EXHIBIT _____89_____

PAGE _____1141_____

Page 38

BLUEBIRD OFFICE SUPPLIES (888) 477-0700 www.bluebirdco-ca.com

**EXHIBIT 90**

# M.J. Menz & Associates

*"Finding the Truth,*
*One bit at a Time"*

**Forensic Analysis Report 2**

Our case number: QEUOH001-2                              Date: February 10th, 2008

## Summary of Findings

This report was compiled by Mark J. Menz. I have testified as an expert in the field of computer forensics, electronic discovery and high tech crime investigation in Federal, State and local courts, as set forth on the attached. My CV and rate chart are attached to provide details.

I was asked by Christopher Tayback of Quinn Emanuel Urquhart Oliver & Hedges, LLP to review a series of computer hard drive images related to a case involving Carter Byrant and Mattel. My primary task was to analyze the images for evidence of the installation and use of the application program Evidence Eliminator.

Mr. Tayback provided a duplicate image of a HP Pavilion 6745 hard disk imaged by Lee Curtis on the recorded date of 1st of January 2000 at 16:30 and given the filename "Carter Bryant.E01". It is my understanding that the date and time are incorrect on the imaging report by Lee Curtis. After reviewing and analyzing that image as well as reviewing several documents related to the case, I have the following opinions to date:

1. The program Evidence Eliminator was installed on this hard drive on or about the recorded date and time of the 24th of July 2002 at 11:21 CDT.
2. The program was last run on or about the recorded date and time of the 13th of July 2004. There is insufficient data to determine if any files were deleted on this day. It should be noted that the drive was imaged a short time later.
3. On or about the 28th of April 2004 a new USER registry was created. This is significant because it is in the registry that configuration data as well information on mapped drives, attached USB thumb drives, installed software and automatic processes are stored. Creating a new USER registry file could overwrite the old file and effectively erase any prior data preventing recovery of that data.
4. The Evidence Eliminator program is advertised and sold as a tool to wipe evidence from a hard drive. It is not sold primarily as a tool to make your PC run faster and better.

THE ABOVE IS A COMPLETE DESCRIPTION OF MY EXAMINATION OF THE SUBMITTED EVIDENCE TO DATE.

*Mark J Menz*

_____
(Examiner)

EXHIBIT ___90___

PAGE ___1142___



# M.J. Menz & Associates
*"Finding the Truth,*
*One bit at a Time"*

## Source data analyzed

The source drive used for this analysis was a Western Digital hard drive (SN: WM-AM9 VU5 0828) with the image files under the folder path of \HP Pavilion 6745C (HP Pavilion 6745C with a serial number of 114117-0036280)\ provided by Christopher Tayback. Within the folder was the duplicate image detail data as well as the image files them selves. The imaging detail sheet contents' is provided as follows. A copy of the file is included in the ZIP file of the evidence for this report.

| | |
|---|---|
| Name: | Carter Bryant |
| Actual Date: | 01/01/00 04:30:12PM |
| Target Date: | 01/01/00 04:32:01PM |
| File Path: | F:\07690_Quinn Emanuel, LLP\001A_Mattel Inc. v Carter Bryant\Evidence\H30825245\EnCase Files\Carter Bryant.E01 |
| Case Number: | 01 |
| Evidence Number: | Carter Bryant |
| Examiner Name: | Lee Curtis |
| Notes: | Hard drive taken from H/P Palivbion Mini Tower 114117-0036280 |
| Drive Type: | Fixed |
| File Integrity: | Completely Verified, 0 Errors |
| Acquisition Hash: | 75a548b473de77a553c209cb13340ff6 |
| Verify Hash: | 75a548b473de77a553c209cb13340ff6 |
| EnCase Version: | 3.18b |
| System Version: | Windows 2000 |
| Is Physical: | • |
| Raid Stripe Size: | 0 |
| Error Granularity: | 0 |
| Read Errors: | 0 |
| CRC Errors: | 0 |
| Compression: | None |
| Total Size: | 20,415,144,960 bytes (19GB) |
| Total Sectors: | 39,873,330 |
| CHS: | 2482:255:63 |

**Partitions**

| Code | Type | Start Sector | Total Sectors | Size |
|------|------|-------------|---------------|------|
| 0C | FAT32X | 0 | 39,871,440 | 19GB |



**M.J. Menz & Associates**
*"Finding the Truth,*
*One bit at a Time"*

## Details Finding 1

The program Evidence Eliminator was installed on this hard drive on or about the recorded date and time of the 24th of July 2002 at 11:21 CDT

This is shown by the contents of the folder c:\Program Files\Evidence Eliminator\. Within this folder as shown here along with the filenames date and times of the files. All were created on the recorded date and time of the 24th of July 2002 at or about 11:21 CDT. It should be noted that the dates and times listed here are when the files were written to the directory. The actual installation process started earlier as shown below.

| File Name | Description | Last Accessed | Last Written | File Created |
|---|---|---|---|---|
| Ee.exe | File, Archive | 07/13/04 | 05/31/02 09:14:12 | **07/24/02 11:27:48** |
| INSTALL.LOG | File, Archive | 06/05/04 | **07/24/02 11:28:10** | **07/24/02 11:28:10** |
| License.txt | File, Archive | 06/05/04 | 03/27/02 10:38:54 | **07/24/02 11:27:48** |
| ReadMe.txt | File, Archive | 06/05/04 | 03/30/02 19:17:46 | **07/24/02 11:27:48** |
| UNWISE.EXE | File, Archive | 06/05/04 | 11/05/01 09:30:50 | **07/24/02 11:27:44** |
| UNWISE.INI | File, Archive | 06/05/04 | 07/24/02 11:28:10 | **07/24/02 11:28:04** |
| Data | Folder | **07/24/02** | **07/24/02 11:27:46** | **07/24/02 11:27:44** |
| Help | Folder | **07/24/02** | **07/24/02 11:27:46** | **07/24/02 11:27:44** |

In addition Evidence Eliminator creates a install log named " INSTALL.LOG" listing files installed. It has the recorded date and time of the start of the installation within it. The contents of that log are presented here and come from the path and file " \Program Files\Evidence Eliminator\Install.log.

*** Installation Started 07/24/2002 11:26 ***

Title: Evidence Eliminator Installation

Source: C:\WINDOWS\TEMPORARY INTERNET FILES\CONTENT.IE5\Y206USH1\INSTEELM[1].EXE | 07-24-2002 | 11:21:48 | 4759131

Made Dir: C:\Program Files\Evidence Eliminator

File Copy: C:\Program Files\Evidence Eliminator\UNWISE.EXE | 11-05-2001 | 09:30:50 | | 165376 | 6ef8d7f9

RegDB Key: Software\Microsoft\Windows\CurrentVersion\Uninstall\Evidence Eliminator

RegDB Val: Evidence Eliminator

RegDB Name: DisplayName

RegDB Root: 2

RegDB Key: Software\Microsoft\Windows\CurrentVersion\Uninstall\Evidence Eliminator

RegDB Val: C:\PROGRA~1\EVIDEN~1\UNWISE.EXE C:\PROGRA~1\EVIDEN~1\INSTALL.LOG

RegDB Name: UninstallString

RegDB Root: 2

Made Dir: C:\Program Files\Evidence Eliminator\Help

**M.J. Menz & Associates**
*"Finding the Truth,
    One bit at a Time"*

File Copy: C:\Program Files\Evidence Eliminator\Help\ee.chm | 03-30-2002 | 12:32:50 | | 198850 |
f2c028b3

Made Dir: C:\Program Files\Evidence Eliminator\Data

Made Dir: C:\Program Files\Evidence Eliminator\Data\Plug-Ins

File Copy: C:\Program Files\Evidence Eliminator\Data\Plug-Ins\\AbsoluteFTP.eep | 10-18-2001 | 02:00:00 |
| 556 | d089f2d1

File Copy: C:\Program Files\Evidence Eliminator\Data\Plug-Ins\\ACDSEE Photo Viewer v3.eep | 10-18-
2001 | 02:00:00 | | 1209 | 1703934

File Copy: C:\Program Files\Evidence Eliminator\Data\Plug-Ins\\Adaptec Easy CD Creator v4.eep | 10-18-
2001 | 02:00:00 | | 564 | b1b3fbb8

File Copy: C:\Program Files\Evidence Eliminator\Data\Plug-Ins\\Adobe Acrobat Reader v3.0.eep | 10-18-
2001 | 02:00:00 | | 1415 | 780013a9

File Copy: C:\Program Files\Evidence Eliminator\Data\Plug-Ins\\Adobe Acrobat Reader v3.1.eep | 10-18-
2001 | 02:00:00 | | 1375 | 423cd92f

File Copy: C:\Program Files\Evidence Eliminator\Data\Plug-Ins\\Adobe Acrobat Reader v4.0.eep | 10-18-
2001 | 02:00:00 | | 1375 | d47d2170

File Copy: C:\Program Files\Evidence Eliminator\Data\Plug-Ins\\Adobe Photoshop v5.0 LE.eep | 10-18-
2001 | 02:00:00 | | 1577 | 8743ed89

File Copy: C:\Program Files\Evidence Eliminator\Data\Plug-Ins\\Adobe Photoshop v5.5.eep | 10-18-2001 |
02:00:00 | | 1794 | a2e85ece

File Copy: C:\Program Files\Evidence Eliminator\Data\Plug-Ins\\Adobe Photoshop v5.eep | 10-18-2001 |
02:00:00 | | 1618 | 1144c0f3

File Copy: C:\Program Files\Evidence Eliminator\Data\Plug-Ins\\Adobe Photoshop v6.0.eep | 10-18-2001 |
02:00:00 | | 672 | ce9988b3

File Copy: C:\Program Files\Evidence Eliminator\Data\Plug-Ins\\ASPack.eep | 10-18-2001 | 02:00:00 | |
1396 | ad8d6abd

File Copy: C:\Program Files\Evidence Eliminator\Data\Plug-Ins\\Cabinet Manager.eep | 10-18-2001 |
02:00:00 | | 654 | 3a8b5701

File Copy: C:\Program Files\Evidence Eliminator\Data\Plug-Ins\\Copernic 2000 Pro.eep | 10-18-2001 |
02:00:00 | | 549 | b1d7cba5

File Copy: C:\Program Files\Evidence Eliminator\Data\Plug-Ins\\Copernic 2000.eep | 10-18-2001 | 02:00:00
| | 541 | 9d3dfbd6

File Copy: C:\Program Files\Evidence Eliminator\Data\Plug-Ins\\Cute FTP v3.0.eep | 10-18-2001 | 02:00:00
| | 727 | 88b0bb17

File Copy: C:\Program Files\Evidence Eliminator\Data\Plug-Ins\\Cute FTP v4.0.eep | 10-18-2001 | 02:00:00
| | 727 | b3c30e48

File Copy: C:\Program Files\Evidence Eliminator\Data\Plug-Ins\\Delphi v3.eep | 10-18-2001 | 02:00:00 | |
702 | 7d1b5624

EXHIBIT _____ 90 _____

PAGE _____ 1145 _____

# M.J. Menz & Associates
*"Finding the Truth,*
*One bit at a Time"*

File Copy: C:\Program Files\Evidence Eliminator\Data\Plug-Ins\\Delphi v4.eep | 10-18-2001 | 02:00:00 | | 750 | ea68fc2f

File Copy: C:\Program Files\Evidence Eliminator\Data\Plug-Ins\\Delphi v5.eep | 10-18-2001 | 02:00:00 | | 750 | d80e9220

File Copy: C:\Program Files\Evidence Eliminator\Data\Plug-Ins\\DiskKeeper v5.eep | 10-18-2001 | 02:00:00 | | 530 | 806a3af

File Copy: C:\Program Files\Evidence Eliminator\Data\Plug-Ins\\Download Accelerator.eep | 10-18-2001 | 02:00:00 | | 717 | 90a7a234

File Copy: C:\Program Files\Evidence Eliminator\Data\Plug-Ins\\Eudora Mail.eep | 10-18-2001 | 02:00:00 | | 845 | 3d582e7

File Copy: C:\Program Files\Evidence Eliminator\Data\Plug-Ins\\FTP Explorer.eep | 10-18-2001 | 02:00:00 | | 549 | 9094870a

File Copy: C:\Program Files\Evidence Eliminator\Data\Plug-Ins\\GetRight ExplorerBar.eep | 10-18-2001 | 02:00:00 | | 573 | deeec53b

File Copy: C:\Program Files\Evidence Eliminator\Data\Plug-Ins\\GetRight v4.eep | 10-18-2001 | 02:00:00 | | 809 | a3424395

File Copy: C:\Program Files\Evidence Eliminator\Data\Plug-Ins\\GoZilla.eep | 10-18-2001 | 02:00:00 | | 648 | 53ad62d0

File Copy: C:\Program Files\Evidence Eliminator\Data\Plug-Ins\\Helios TextPad v3.eep | 10-18-2001 | 02:00:00 | | 6148 | ca926466

File Copy: C:\Program Files\Evidence Eliminator\Data\Plug-Ins\\Helios TextPad v4.eep | 10-18-2001 | 02:00:00 | | 6148 | 454a9abc

File Copy: C:\Program Files\Evidence Eliminator\Data\Plug-Ins\\HelpWriter.eep | 10-18-2001 | 02:00:00 | | 1254 | 8fd870b1

File Copy: C:\Program Files\Evidence Eliminator\Data\Plug-Ins\\Icon Extractor.eep | 10-18-2001 | 02:00:00 | | 581 | cad45904

File Copy: C:\Program Files\Evidence Eliminator\Data\Plug-Ins\\ICQ 2000a.eep | 10-18-2001 | 02:00:00 | | 1337 | e9848dcc

File Copy: C:\Program Files\Evidence Eliminator\Data\Plug-Ins\\InstallShield Express.eep | 10-18-2001 | 02:00:00 | | 631 | cc26ea3e

File Copy: C:\Program Files\Evidence Eliminator\Data\Plug-Ins\\JASC Paintshop Pro v5.eep | 10-18-2001 | 02:00:00 | | 2102 | aeb80a8a

File Copy: C:\Program Files\Evidence Eliminator\Data\Plug-Ins\\JASC Paintshop Pro v6.eep | 10-18-2001 | 02:00:00 | | 2342 | e40cf210

File Copy: C:\Program Files\Evidence Eliminator\Data\Plug-Ins\\JASC Paintshop Pro v7.eep | 10-18-2001 | 02:00:00 | | 2342 | 37bd39b3

File Copy: C:\Program Files\Evidence Eliminator\Data\Plug-Ins\\Jet PhotoShell v1.2.eep | 10-18-2001 | 02:00:00 | | 745 | 1b6a935b

**M.J. Menz & Associates**
*"Finding the Truth,*
*One bit at a Time"*

File Copy: C:\Program Files\Evidence Eliminator\Data\Plug-Ins\\Macromedia Flash v4.0.eep | 10-18-2001 | 02:00:00 | | 694 | 7a09559e

File Copy: C:\Program Files\Evidence Eliminator\Data\Plug-Ins\\MasterSplitter v2.1.eep | 10-18-2001 | 02:00:00 | | 559 | db31e946

File Copy: C:\Program Files\Evidence Eliminator\Data\Plug-Ins\\McAfee Virus Scan v4.eep | 10-18-2001 | 02:00:00 | | 945 | 285f446

File Copy: C:\Program Files\Evidence Eliminator\Data\Plug-Ins\\Microangelo 98.eep | 10-18-2001 | 02:00:00 | | 625 | 728f41c9

File Copy: C:\Program Files\Evidence Eliminator\Data\Plug-Ins\\Micrografx Picture Publisher v7.eep | 10-18-2001 | 02:00:00 | | 1421 | 9d2ba24b

File Copy: C:\Program Files\Evidence Eliminator\Data\Plug-Ins\\Micrografx Picture Publisher v8.eep | 10-18-2001 | 02:00:00 | | 1421 | 784b328a

File Copy: C:\Program Files\Evidence Eliminator\Data\Plug-Ins\\Microsoft FrontPage Express.eep | 10-18-2001 | 02:00:00 | 870 | aeaf5d03

File Copy: C:\Program Files\Evidence Eliminator\Data\Plug-Ins\\Microsoft FrontPage.eep | 10-18-2001 | 02:00:00 | | 1877 | fa8e4591

File Copy: C:\Program Files\Evidence Eliminator\Data\Plug-Ins\\Microsoft Help Workshop.eep | 10-18-2001 | 02:00:00 | | 568 | fc308dd6

File Copy: C:\Program Files\Evidence Eliminator\Data\Plug-Ins\\Microsoft HTML Help.eep | 10-18-2001 | 02:00:00 | | 600 | fbb088f9

File Copy: C:\Program Files\Evidence Eliminator\Data\Plug-Ins\\Microsoft Office.eep | 10-18-2001 | 02:00:00 | | 7207 | 3fcad3b

File Copy: C:\Program Files\Evidence Eliminator\Data\Plug-Ins\\Microsoft Publisher 2000.eep | 10-18-2001 | 02:00:00 | | 545 | ce032536

File Copy: C:\Program Files\Evidence Eliminator\Data\Plug-Ins\\Microsoft Send-To Extensions.eep | 10-18-2001 | 02:00:00 | | 589 | 120ca4be

File Copy: C:\Program Files\Evidence Eliminator\Data\Plug-Ins\\Microsoft Windows Paint.eep | 10-18-2001 | 02:00:00 | 910 | 12766da9

File Copy: C:\Program Files\Evidence Eliminator\Data\Plug-Ins\\Microsoft Windows WordPad.eep | 10-18-2001 | 02:00:00 | | 920 | a8e019c4

File Copy: C:\Program Files\Evidence Eliminator\Data\Plug-Ins\\Napster Music Community.eep | 10-18-2001 | 02:00:00 | | 861 | c95eb43d

File Copy: C:\Program Files\Evidence Eliminator\Data\Plug-Ins\\NEATO Labels.eep | 10-18-2001 | 02:00:00 | | 828 | c541d363

File Copy: C:\Program Files\Evidence Eliminator\Data\Plug-Ins\\NeoPlanet v5.eep | 10-18-2001 | 02:00:00 | | 773 | 8aabff9c

File Copy: C:\Program Files\Evidence Eliminator\Data\Plug-Ins\\Norton AntiVirus 2000 (v6).eep | 10-18-2001 | 02:00:00 | | 637 | 6d9db54a

C O N F I D E N T I A L

EXHIBIT _____ 90 _____

PAGE _____ 1147 _____

Page 6

**M.J. Menz & Associates**
*"Finding the Truth,*
*One bit at a Time"*

File Copy: C:\Program Files\Evidence Eliminator\Data\Plug-Ins\\Norton File Manager.eep | 10-18-2001 | 02:00:00 | | 766 | ee63552c

File Copy: C:\Program Files\Evidence Eliminator\Data\Plug-Ins\\Norton Utilities 2000.eep | 10-18-2001 | 02:00:00 | | 768 | 9daef22e

File Copy: C:\Program Files\Evidence Eliminator\Data\Plug-Ins\\NoteTab Pro.eep | 10-18-2001 | 02:00:00 | | 7134 | 2d846b79

File Copy: C:\Program Files\Evidence Eliminator\Data\Plug-Ins\\Opera Browser v4.02 Final.eep | 10-18-2001 | 02:00:00 | | 799 | b17d288d

File Copy: C:\Program Files\Evidence Eliminator\Data\Plug-Ins\\Opera Browser.eep | 10-18-2001 | 02:00:00 | | 785 | fcc09503

File Copy: C:\Program Files\Evidence Eliminator\Data\Plug-Ins\\PackageForTheWeb.eep | 10-18-2001 | 02:00:00 | | 1282 | e9de5ee

File Copy: C:\Program Files\Evidence Eliminator\Data\Plug-Ins\\Personal Ancestral File.eep | 10-18-2001 | 02:00:00 | | 582 | 1408fd3

File Copy: C:\Program Files\Evidence Eliminator\Data\Plug-Ins\\Real Audio Player v6 v7 v8.eep | 10-18-2001 | 02:00:00 | | 1726 | dc749abf

File Copy: C:\Program Files\Evidence Eliminator\Data\Plug-Ins\\Real Download v4.eep | 10-18-2001 | 02:00:00 | | 801 | 796fba60

File Copy: C:\Program Files\Evidence Eliminator\Data\Plug-Ins\\SureThing CD Labeler.eep | 10-18-2001 | 02:00:00 | | 538 | 78aa1e29

File Copy: C:\Program Files\Evidence Eliminator\Data\Plug-Ins\\Telnet.eep | 10-23-2001 | 12:10:38 | | 725 | c4e506b6

File Copy: C:\Program Files\Evidence Eliminator\Data\Plug-Ins\\Ulead Gif Animator v4.0.eep | 10-18-2001 | 02:00:00 | | 577 | 93c95809

File Copy: C:\Program Files\Evidence Eliminator\Data\Plug-Ins\\Ulead Photo Explorer v4.2.eep | 10-18-2001 | 02:00:00 | | 1581 | 7e72f139

File Copy: C:\Program Files\Evidence Eliminator\Data\Plug-Ins\\Ulead Photo Viewer v4.0.eep | 10-18-2001 | 02:00:00 | | 575 | b9aabd49

File Copy: C:\Program Files\Evidence Eliminator\Data\Plug-Ins\\Ulead PhotoImpact v5.eep | 10-18-2001 | 02:00:00 | | 571 | f39b61a3

File Copy: C:\Program Files\Evidence Eliminator\Data\Plug-Ins\\Ulead PhotoImpact Viewer v4.eep | 10-18-2001 | 02:00:00 | | 579 | b9e4775f

File Copy: C:\Program Files\Evidence Eliminator\Data\Plug-Ins\\UltraEdit v4.eep | 10-18-2001 | 02:00:00 | | 839 | d25feb94

File Copy: C:\Program Files\Evidence Eliminator\Data\Plug-Ins\\UltraEdit v7.eep | 10-18-2001 | 02:00:00 | | 1320 | e865fe0

File Copy: C:\Program Files\Evidence Eliminator\Data\Plug-Ins\\Web Ferret v3.eep | 10-18-2001 | 02:00:00 | | 577 | 9a68a9ac

EXHIBIT _____ 90

PAGE _____ 1148

**M.J. Menz & Associates**
*"Finding the Truth,*
*One bit at a Time"*

File Copy: C:\Program Files\Evidence Eliminator\Data\Plug-Ins\\WinOnCD.eep | 10-18-2001 | 02:00:00 | | 819 | f39fb59b

File Copy: C:\Program Files\Evidence Eliminator\Data\Plug-Ins\\WinRar v2.6.eep | 10-18-2001 | 02:00:00 | | 590 | 33eb7d60

File Copy: C:\Program Files\Evidence Eliminator\Data\Plug-Ins\\WinRar v2.70.eep | 10-18-2001 | 02:00:00 | | 617 | d089e6

File Copy: C:\Program Files\Evidence Eliminator\Data\Plug-Ins\\WinZip v7.eep | 10-18-2001 | 02:00:00 | | 790 | beb34a14

File Copy: C:\Program Files\Evidence Eliminator\Data\Plug-Ins\\WinZip v8.eep | 10-18-2001 | 02:00:00 | | 790 | b5c56d8a

File Copy: C:\Program Files\Evidence Eliminator\Data\Plug-Ins\\Wise Installer.eep | 10-18-2001 | 02:00:00 | | 908 | 8e5ce240

File Copy: C:\Program Files\Evidence Eliminator\Data\Plug-Ins\\Yahoo Player.eep | 10-18-2001 | 02:00:00 | | 736 | fdf427b3

File Copy: C:\Program Files\Evidence Eliminator\Data\Plug-Ins\\ZipMagic 2000.eep | 10-18-2001 | 02:00:00 | | 1423 | fe97edf0

File Copy: C:\Program Files\Evidence Eliminator\Data\Plug-Ins\\Zone Alarm.eep | 10-18-2001 | 02:00:00 | | 521 | 82515918

File Copy: C:\Program Files\Evidence Eliminator\License.txt | 03-27-2002 | 10:38:54 | | 16001 | 34dfa054

File Copy: C:\Program Files\Evidence Eliminator\ReadMe.txt | 03-30-2002 | 19:17:46 | | 7442 | 4044642b

File Copy: C:\Program Files\Evidence Eliminator\Ee.exe | 05-31-2002 | 09:14:12 | 5.0.0.57 | 881740 | 7f3f0496

File Copy: C:\WINDOWS\SYSTEM\MSGHOO32.OCX | 05-03-1996 | 22:05:12 | 2.0.0.0 | 28672 | dd7627f0

File Overwrite: C:\WINDOWS\SYSTEM\TABCTL32.OCX | 10-15-2001 | 21:36:46 | 6.0.90.43 | 209608 | 30c3c8c7

File Copy: C:\WINDOWS\SYSTEM\Fablock6.ocx | 05-29-1999 | 20:33:36 | 1.1.0.0 | 114696 | de32382b

File Overwrite: C:\WINDOWS\SYSTEM\RICHTX32.OCX | 05-22-2000 | 00:00:00 | 6.0.88.4 | 203976 | 64253b13

File Copy: C:\WINDOWS\SYSTEM\MSINET.ocx | 05-22-2000 | 00:00:00 | 6.0.88.62 | 115920 | 75ca0e26

File Copy: C:\WINDOWS\SYSTEM\SGFILESYS.DLL | 07-15-1999 | 12:11:30 | 1.0.24.0 | 122880 | 96bff668

File Overwrite: C:\WINDOWS\SYSTEM\RICHED32.DLL | 08-23-2001 | 12:00:00 | 5.1.2600.0 | 3584 | 30613b77

Version: Following file not copied.

File Overwrite: C:\WINDOWS\SYSTEM\RICHED20.DLL | 06-08-2000 | 17:00:00 | 5.30.23.1203 | 421888 | 7d2890c6

EXHIBIT _____ 90

PAGE _____ 1149

Page 8

# M.J. Menz & Associates

*"Finding the Truth,*
*One bit at a Time"*

File Copy: C:\WINDOWS\SYSTEM\Eeshellx.dll | 11-12-1999 | 08:37:48 | 1.0.0.0 | 61440 | 5dfeda2a

File Copy: C:\WINDOWS\SYSTEM\eetransx.exe | 03-19-2002 | 16:34:38 | 1.0.0.0 | 32768 | 5b4ba26c

File Overwrite: C:\WINDOWS\SYSTEM\SHFOLDER.DLL | 08-17-2001 | 01:00:00 | 6.0.2600.0 | 22528 | cf437423

File Copy: C:\WINDOWS\SYSTEM\psapi.dll | 06-12-2001 | 02:20:24 | 5.0.2134.1 | 28944 | 9e1098c8

File Copy: C:\WINDOWS\SYSTEM\EEGenFn1.dll | 05-21-2002 | 14:36:28 | 1.0.0.1 | 68608 | f5d27c33

Shell Link: C:\WINDOWS\Start Menu\Programs\CompuServe 2000\Evidence Eliminator.lnk

Link Info: C:\Program Files\Evidence Eliminator\Ee.exe | | | 0 | 1 | 0 |

Shell Link: C:\WINDOWS\Start Menu\Programs\CompuServe 2000\Evidence Eliminator Help.lnk

Link Info: C:\Program Files\Evidence Eliminator\Help\ee.chm | | | 0 | 1 | 0 |

Shell Link: C:\WINDOWS\Start Menu\Programs\CompuServe 2000\Evidence Eliminator License Agreement.lnk

Link Info: C:\Program Files\Evidence Eliminator\License.txt | | | 0 | 1 | 0 |

Shell Link: C:\WINDOWS\Start Menu\Programs\CompuServe 2000\Evidence Eliminator Read Me.lnk

Link Info: C:\Program Files\Evidence Eliminator\ReadMe.txt | | | 0 | 1 | 0 |

Shell Link: C:\WINDOWS\Desktop\Evidence Eliminator.lnk

Link Info: C:\Program Files\Evidence Eliminator\Ee.exe | | | 0 | 1 | 0 |

RegDB Key: Software\Evidence Eliminator

RegDB Val: C:\PROGRA~1\EVIDEN~1

RegDB Name: App.Path

RegDB Root: 1

RegDB Key: *\shellex\ContextMenuHandlers\Evidence Eliminator

RegDB Val: Default

RegDB Key: Folder\shellex\ContextMenuHandlers\Evidence Eliminator

RegDB Val: Default

RegDB Key: SOFTWARE\Microsoft\Windows\CurrentVersion\Shell Extensions\Approved

RegDB Val: Evidence Eliminator Shell Extension

RegDB Name: Default

RegDB Root: 2

RegDB Key: CLSID\{645FF040-5081-101B-9F08-00AA002F954E}\Shell\Evidence Eliminator Safe Recycle\Command

RegDB Val: C:\WINDOWS\SYSTEM\eetransx /recycle

File Copy: C:\WINDOWS\PIF\EEPIF.pif | 10-18-2001 | 02:00:00 | | 967 | 41e7ee42

EXHIBIT ___96___

PAGE ___1150___

**M.J. Menz & Associates**
*"Finding the Truth,*
*    One bit at a Time"*

File Copy: C:\WINDOWS\COMMAND\eedosdel.com | 03-09-2001 | 22:39:08 | | 646 | 8aebd46d

File Copy: C:\WINDOWS\COMMAND\esdosdel.com | 12-18-1999 | 09:19:28 | | 642 | b5e71767

File Copy: C:\WINDOWS\COMMAND\power.com | 10-18-2001 | 02:00:00 | | 216 | 3db0acb7

RegDB Key: CLSID\{20D04FE0-3AEA-1069-A2D8-08002B30309D} \shell\Evidence Eliminator Safe Restart\Command

RegDB Val: C:\WINDOWS\SYSTEM\eetransx /restart

RegDB Key: CLSID\{20D04FE0-3AEA-1069-A2D8-08002B30309D} \shell\Evidence Eliminator Safe Shutdown\Command

RegDB Val: C:\WINDOWS\SYSTEM\eetransx /shutdown

RegDB Key: CLSID\{20D04FE0-3AEA-1069-A2D8-08002B30309D} \shell\Evidence Eliminator Quick Mode\Command

RegDB Val: C:\WINDOWS\SYSTEM\eetransx /quick

Self-Register: C:\WINDOWS\SYSTEM\OLEAUT32.DLL

Self-Register: C:\WINDOWS\SYSTEM\OLEPRO32.DLL

Self-Register: C:\WINDOWS\SYSTEM\STDOLE2.TLB

Self-Register: C:\WINDOWS\SYSTEM\MSVBVM60.DLL

Self-Register: C:\WINDOWS\SYSTEM\ComCat.dll

Self-Register: C:\WINDOWS\SYSTEM\Mfc42.dll

Self-Register: C:\WINDOWS\SYSTEM\MSCOMCTL.OCX

Self-Register: C:\WINDOWS\SYSTEM\COMDLG32.OCX

Self-Register: C:\WINDOWS\SYSTEM\MSGHOO32.OCX

Self-Register: C:\WINDOWS\SYSTEM\TABCTL32.OCX

Self-Register: C:\WINDOWS\SYSTEM\Fablock6.ocx

Self-Register: C:\WINDOWS\SYSTEM\RICHTX32.OCX

Self-Register: C:\WINDOWS\SYSTEM\MSINET.ocx

Self-Register: C:\WINDOWS\SYSTEM\SGFILESYS.DLL

Self-Register: C:\WINDOWS\SYSTEM\Eeshellx.dll

Could not Self-Register: C:\WINDOWS\SYSTEM\SHFOLDER.DLL

Could not Self-Register: C:\WINDOWS\SYSTEM\psapi.dll

Delete in-use files: On

INI New: Created INI

INI File: C:\Program Files\Evidence Eliminator\UNWISE.INI

INI Sect: Settings

**M.J. Menz & Associates**
*"Finding the Truth,*
    *One bit at a Time"*

INI Item: Start Red

INI Val: 255

INI File: C:\Program Files\Evidence Eliminator\UNWISE.INI

INI Sect: Settings

INI Item: Start Green

INI Val: 255

INI File: C:\Program Files\Evidence Eliminator\UNWISE.INI

INI Sect: Settings

INI Item: End Green

INI Val: 128

INI File: C:\Program Files\Evidence Eliminator\UNWISE.INI

INI Sect: Settings

INI Item: End Blue

INI Val: 255

INI File: C:\Program Files\Evidence Eliminator\UNWISE.INI

INI Sect: Settings

INI Item: No Background

INI Val: 0

File Tree: C:\PROGRA~1\EVIDEN~1\help\

File Tree: C:\PROGRA~1\EVIDEN~1\Data\Plug-Ins\

File Tree: C:\PROGRA~1\EVIDEN~1\Data\

File Tree: C:\PROGRA~1\EVIDEN~1\

RegDB Tree: *\shellex\ContextMenuHandlers\Evidence Eliminator

RegDB Root: 0

RegDB Tree: Folder\shellex\ContextMenuHandlers\Evidence Eliminator

RegDB Root: 0

RegDB Tree: Software\Evidence Eliminator

RegDB Root: 1

RegDB Tree: CLSID\{20D04FE0-3AEA-1069-A2D8-08002B30309D}\shell\Evidence Eliminator Quick Mode

RegDB Root: 0

RegDB Tree: CLSID\{20D04FE0-3AEA-1069-A2D8-08002B30309D}\shell\Evidence Eliminator Safe Restart

**M.J. Menz & Associates**
*"Finding the Truth,*
        *One bit at a Time"*

RegDB Root: 0

RegDB Tree: CLSID\{20D04FE0-3AEA-1069-A2D8-08002B30309D}\shell\Evidence Eliminator Safe Shutdown

RegDB Root: 0

RegDB Tree: CLSID\{645FF040-5081-101B-9F08-00AA002F954E}\Shell\Evidence Eliminator Safe Recycle

RegDB Root: 0

File Tree: C:\WINDOWS\Command\eedoscom.*

File Tree: C:\WINDOWS\Command\eedosdel.*

File Tree: C:\WINDOWS\Command\esdosdel.*

File Tree: C:\WINDOWS\Command\eemain.*

File Tree: C:\WINDOWS\Command\eectrl.*

File Tree: C:\WINDOWS\Command\eescript.*

File Tree: C:\WINDOWS\Pif\eepif.*

RegDB Key: Software\Microsoft\Windows\CurrentVersion\Uninstall\Evidence Eliminator

RegDB Val: http://www.evidence-eliminator.com/support.shtml

RegDB Name: HelpLink

RegDB Root: 2

RegDB Key: Software\Microsoft\Windows\CurrentVersion\Uninstall\Evidence Eliminator

RegDB Val: Robin Hood Software Ltd.

RegDB Name: Publisher

RegDB Root: 2

RegDB Key: Software\Microsoft\Windows\CurrentVersion\Uninstall\Evidence Eliminator

RegDB Val: http://www.evidence-eliminator.com/support.shtml

RegDB Name: URLInfoAbout

RegDB Root: 2



# M.J. Menz & Associates
*"Finding the Truth,*
  *One bit at a Time"*

## Details Finding 2

The program was last run on or about the recorded date and time of the 13th of July 2004. At this time an undetermined amount of data on the drive was overwritten. This drive used a FAT32 file system and therefor the Last Access date only has a date and no time.

The following is the filename and date and time data from the folder "\Program Files\Evidence Eliminator\Data".

| File Name | Description | Last Accessed | Last Written | File Created |
|---|---|---|---|---|
| **Ee.exe** | **File, Archive** | **07/13/04** | **05/31/02 09:14:12** | **07/24/02 11:27:48** |
| INSTALL.LOG | File, Archive | 06/05/04 | 07/24/02 11:28:10 | 07/24/02 11:28:10 |
| License.txt | File, Archive | 06/05/04 | 03/27/02 10:38:54 | 07/24/02 11:27:48 |
| ReadMe.txt | File, Archive | 06/05/04 | 03/30/02 19:17:46 | 07/24/02 11:27:48 |
| UNWISE.EXE | File, Archive | 06/05/04 | 11/05/01 09:30:50 | 07/24/02 11:27:44 |
| UNWISE.INI | File, Archive | 06/05/04 | 07/24/02 11:28:10 | 07/24/02 11:28:04 |
| Data | Folder | 07/24/02 | 07/24/02 11:27:46 | 07/24/02 11:27:44 |
| Help | Folder | 07/24/02 | 07/24/02 11:27:46 | 07/24/02 11:27:44 |



# M.J. Menz & Associates
*"Finding the Truth,
One bit at a Time"*

## Details Finding 3

On or about the 28th of April 2004 at 13:59CST a new USER registry was created (USER.DAT). This is significant because it is in the Registry that configuration data as well information on mapped drives, attached USB thumb drives, installed software and automatic processes are stored.

Creating a new USER registry file could overwrite the prior file and prevent the recovery of the prior data. It is a common method used to overwrite or hide data in the Registry by creating a new one.

| | |
|---|---|
| *File Name* | USER.DAT |
| *Short Name* | USER.DAT |
| *File Ext* | DAT |
| *Description* | Folder, Hidden, Read Only |
| *Last Accessed* | 07/13/04 |
| *Last Written* | 07/13/04 16:59:28 |
| ***File Created*** | **04/28/04 13:59:24** |
| *Logical Size* | 684,064 |
| *Physical Size* | 688,128 |
| *File Type* | Data File ASCII / Binary |
| *File Category* | Library |
| *Starting Extent* | 0C-C300247 |
| *Physical Location* | PS:9627395, SO:0 |
| *Evidence File* | Carter Bryant |
| *Full Path* | Carter Bryant\C\WINDOWS\USER.DAT |

CONFIDENTIAL

EXHIBIT ___*90*___

PAGE ___*1155*___

Page 14



# M.J. Menz & Associates
*"Finding the Truth,*
*One bit at a Time"*

## Details Finding 4

The Evidence Eliminator program in the 2001-2003 time period was advertised and sold as a tool to wipe evidence from a hard drive. It was not sold primarily as a tool to make your PC run faster and better but as a tool to wipe evidence. In fact they are proud to boast that it can defeat Encase and other forensic tools. I have never seen or heard of the tool being used by anyone as a way to speed up your PC. It has always been used as a tool to wipe data so it can not be recovered.

Below is a copy, from Archive.org, of the opening web page for the web site selling "Evidence Eliminator"in July of 2002 { http://web.archive.org/web/20020722002616/http://www2.evidence-eliminator.com/}.  Their site was the same in September and October as well. Also set frth below are copies of the README and Help files from this drive.



**THE WORLD'S #1 PC SECURITY UTILITY**



Buy protection for just $149.95 (US) that will defeat Forensic Analysis equipment costing over $7000.00(US).

**Note:** This incredible bargain price cannot continue forever! Current prices should be regarded as temporary -
**Buy now and save!**

This site uses MacroMedia Flash 4 plug-ins. Under Windows 98 your browser already has these plug-ins. If not, your browser will automatically load the plug-ins as you enter the site.

## [ENTER SITE] was clicked on _____

CONFIDENTIAL

EXHIBIT _____ 90

PAGE _____ 1156

Page 15



## M.J. Menz & Associates
"Finding the Truth,
    One bit at a Time"

**Did you know...** that the **government** and **police** are installing **black boxes** in ISPs to record your Internet surfing and downloads **for evidence?**
**Deleting "internet cache and history", will not protect you...** your PC is storing deadly evidence. Even **FORMATTING** the disk won't work.
All those **Web Pages, Pictures, Movies, Videos, Sounds, E-mail and Everything Else** you have ever viewed could easily be recovered - even many years later.
***Defend yourself!*** Make your Internet access safer. Get yourself a truly clean and faster "Like New" PC!
▶**Download Evidence Eliminator? Now!**



<u>Click here</u> to see more Screenshots! or ▶**Download Now!**
**PROTECT YOUR JOB, PROPERTY, FAMILY, CAR, FRIENDS AND YOUR REPUTATION - BEFORE IT'S TOO LATE!**

**You <u>are</u> being watched...** how about your **Boss?** Do you surf the internet and send **E-mail** at work? Your work PC will be **full of evidence**. It is becoming common in the workplace for companies to copy and investigate the contents of workers computers

**Latest News**

**CLICK HERE TO ACCESS BANNED NEWSGROUPS!**

**Testimonials**

Just a few of the many letters of thanks we receive daily from satisfied customers around the world: Seeing EE going through its comprehensive clean-up made me breathe so much easier. It is still the most worthwhile protection I have ever purchased for the computer. Your team is to be commended for the excellent product, support and upgrading. You haven't abandoned those of us who bought the product in its early stages and continued to use, enjoy and trust EE. RB, USA Thank you for making a program that a person of my limited computer knowledge can use and understand...

### M.J. Menz & Associates
*"Finding the Truth,*
*One bit at a Time"*

out of hours - without your consent or knowledge. This is perfectly legal and it is happening **now**! Your job could be at risk, what would happen to you if you **lost your job**? People like you are losing their jobs right now because of their Internet activities in **America** and the **UK.**

According to an **APBNews** report, 73.5% of all companies **admit** they *"record and review their employees' communications and activities on the job."*

There is no need for you to play Russian roulette with your job, family, car, property and everything else that depends on it! Act now! We can help, **Evidence Eliminator™** can protect you from the dangers of the Internet! Download today with no risk, guaranteed. Act now! And transform your computer into a safe, clean and faster machine!

▶**Get Evidence Eliminator and Be Safe!**

⚠ **CONSUMER SCAM ALERT** - **Fraud artists target privacy consumers**
False advertising has duped many consumers into buying worthless imitation software -  "eraser / internet washers" that do not work - you might as well throw your money away. If you have recently been the victim of a scam by one of these fly-by-night outfits you are strongly urged to get your money back as quickly as possible, and not to use the software under any circumstances because it could even damage your hard disk! You don't have to take risks, make sure you accept only the authentic, original **Evidence Eliminator™** and be sure you are both 100% safe and secure!

Do you have an ex-spouse or ex-partner with a grudge against you, have you been "Grassed"? Has anyone ever put a floppy disk in your computer? Is someone after your job? Can you honestly say that you **really know for sure** what may have been accidentally downloaded or purposefully hidden on your PC?

Do your **children or their friends** use your computers? What have they downloaded and tried to delete?

Did you know for example that every click you make on Windows 98 Start Menu is logged and stored permanently on a hidden encrypted database within your own computer?

If you have a business, protect your workplace and computers with **Evidence Eliminator™**. Don't get investigated - **get protected!**

**Evidence Eliminator™** is proven to defeat the exact same forensic software as used by the US Secret Service, Customs Department and Los Angeles Police Department (LAPD).

**It is a proven fact...** routine Forensic Analysis equipment such as **EnCase** and **F.R.E.D.** used by Private and Business Investigators, Law-Enforcement and others, can recover evidence from parts of your hard drive that you thought were empty, **parts that you had cleaned**.



**Your hard drive might appear clean...** but still be full of **'sensitive material'** that you did not want to download in the first place and it might very well be a **Serious Criminal Offence** in your country to have that data stored on your computer even if you didn't know it was still there. **You could go to Jail!** Pressing 'Delete' or emptying your 'Recycle Bin' - or even 'Formatting' your disk - simply **will not work**, the **'sensitive material'** will still remain on your hard drive!

**You will be held responsible** for any data which you allow to remain on your computer, even if it was only by accident. Even files and **Internet Searches** you have made which you thought you had never "saved to disk" can be recorded as **permanent evidence** on your hard drive.

...makes this something that anyone surfing the net should use. KG, USA
Wow!! That has to be the best online support I have ever had. A real person answered my mail, quickly. Thanks for making such a great product. KS, USA
I just downloaded and installed your product today. I love it! My 200 Mhz machine is noticeably faster and now has an additional 100+ meg of hard disk space available. I just ordered Evidence Eliminator this evening. This beats anything I've seen to date. Please keep up the good work!! RR, USA
...the program you have designed is simply excellent. nothing like it can compare. JG, USA
Great product - you need to get the message across more widely! Anyone with teenage sons knows how likely it is that something unwanted is lurking on the h/d... ...Well - most impressive! Somehow the whole product had a certain 'aura of quality' about it and seemed worth buying... Seems I was right - money well spent! SC, UK



# M.J. Menz & Associates
*"Finding the Truth,*
*One bit at a Time"*

**Get total protection now...** If you do not use **Evidence Eliminator™** your PC is "a ticking **Time Bomb** waiting to go off!" Only with **Evidence Eliminator™** can you get the protection you deserve, only then can you use your PC to explore the Internet with confidence.

The distinctive style and unsurpassed quality of **Evidence Eliminator™** and its rapid ongoing development and success have firmly established **Evidence Eliminator™** as the **world's premier** computer hard drive cleansing system!

**Evidence Eliminator™** is a powerful and easy-to-use program, no other commercially available program can do the same job. Every day, **Evidence Eliminator™** quickly and professionally deep cleans your computer of 'sensitive material', leaving you with a clean PC, a clean conscience and instant **peace of mind**.

**We are so confident** that you will want **Evidence Eliminator™** protecting you and your interests we can give you this unbeatable **Limited Time Special Offer!** Order and download **Evidence Eliminator™** software now and we will include **free** lifetime Technical Support and **free** extremely valuable lifetime Upgrades! There is no risk, you are protected by our 30 day money-back guarantee. Start to enjoy the benefits of a truly clean and faster "Like New" PC! Download today with no risk, guaranteed. **This incredible Limited Time Special Offer is guaranteed for today only and may be cancelled at any time!**

▶**Download Now And Protect Yourself!**



**Click here** to see more Screenshots!
**SPEED-UP YOUR PC AND INTERNET BROWSER - MAKE IT SAFER TO USE THE INTERNET!**

## Working deep below your Windows operating system... Evidence
**Eliminator™** employs the exact same sector analysis technology as available in ultra-high-priced tools available to law-enforcement agencies, for example the **FBI**. After identifying and analyzing the unwanted data hidden in your drives, **Evidence Eliminator™** destroys it with **proven methods of secure disposal** similar to US

Just wanted to say "THANK YOU" for such a GREAT program. EE does an amazing job of finding and removing things I don't really want to leave on the equipment. I Also want to express my appreciation for the rapid response to my registration... ...FAST! I am looking forward to the updated version that is supposed to be released soon. Again, Thank you for an excellent product, quick registration, and ease of mind. RB, USA It appears to be as useful as a system cleaner as it is a security program... ...I appreciate your response and follow-up. I've never seen any company follow up as well as you guys have. Thanks again! GB, USA Evidence-Eliminator is the perfect tool for the casual or frequent internet user that makes purchases online. The safe and secure deletion of files that might possibly store financial information on one's hard drive can be wiped clean without fear of it being used or accessed dishonestly. Overall, an OUTSTANDING program and worth every

CONFIDENTIAL

EXHIBIT ___90___
PAGE ___1159___

Page 18

# M.J. Menz & Associates
*"Finding the Truth,*
*    One bit at a Time"*

Department of Defense standards for destruction of classified material.

**Award winning... Evidence Eliminator™** has been featured on TV, Radio shows, many top Magazines and has been decorated with high praise, admiration and awards:

*"I tested the software recently and was astonished at its thoroughness. It did wipe clean a ton of stuff... ...I was truly impressed"* Mark A. Kellner, "On Computers" Columnist, THE WASHINGTON TIMES Click here to read review

*"performs its stated goal admirably...Short of dousing it with gasoline and setting it ablaze, the only way to keep things spotless and shiny clean is with Evidence Eliminator."* Slaughterhouse.com "Pick Of the Day" Click here to read review

*"an ultra-powerful application... Evidence Eliminator keeps your system running fast and on the right side of the law... Evidence Eliminator really is an excellent program for protecting your privacy."* RocketDownload.com "5-Smileys Award" Click here to read review

*"it performs secure file wipes, making it all but impossible to recover data within... Evidence Eliminator is thorough yet very easy to set up and use"* ZDNet PC Magazine "5-Star Editors Pick" and "ZDNet 7th Annual Awards Finalist" Click here to read review

**The fact is...** your computer is spying on you and is filling up with evidence, only **Evidence Eliminator™** can protect and help you. In tests, **Evidence Eliminator™** defeats **EnCase** and other Forensic Analysis equipment as used by investigators, police and government agencies. So enjoy the benefits of our unbeatable **Limited Time Special Offer** and download yours now!

▶**Webmasters: Click Here**

**To protect and to serve the public...** that is our mission! Employers, parents, surfers and Internet professionals from all over the world use, trust and depend upon **Evidence Eliminator™**'s state-of-the-art technology. Even the best Forensic Laboratory Analysis with electron microscopes is no match for **Evidence Eliminator™**'s formidable display of new, innovative, World-Leading data destruction technologies.

**Whatever reasons you have...** for needing **Evidence Eliminator™**, one thing is for sure -  downloading **Evidence Eliminator™** will be the most important thing you have ever done. Act now, try it risk free, and transform your computer into a safe, clean and faster machine!

**Easy to use... Evidence Eliminator™** is **the** essential one-click user-friendly technology for the security-conscious surfer. If you use just one program on your PC - make it **Evidence Eliminator™** before it's too late!

▶**Download Evidence Eliminator™ right now - Click Here!**

▶**Click Here** for information on downloading and our **Incredible Special Offer.**

penny. I will spread the word with my colleagues about this fantastic way to make sure their computers are safe on an everyday basis. JG, USA Even more amazing, is a software company that has such a positive and rapid trouble shooting team (an all too rare occurrence). I had a response within hours of my last e-mail to you. Congratulations on your professionalism and Customer Services. It is really impressive and appreciated. MM, USA Until I tried this unique product I had spent several hours each week manually reducing the size of my registry and trying to eliminate the numerous and bloated entries that had accumulated each time I installed software or just spent time on the internet. GC, USA It's about time that someone created software that performs multiple functions from one source and is user friendly. I can now delete all of the various items that were installed on my computer with the push of a button and let



**M.J. Menz & Associates**
*"Finding the Truth,*
*One bit at a Time"*

Evidence Eliminator do all of the work. I was running three different types of software and still did not get half of the results that were achieved the first time I used your product. Thanks, MW, USA

Your courtesy, kindness and prompt responses to my emails is wonderful and all too rare these days. Thanks again, sincerely. NC, USA

This is a great product - it takes care of essential cleanup & important system maintenance with one click. Thanks again. BI, USA

Hi guys.. for starters, I love this program... ...Not only does it give you peace of mind by deleting garbage that could hang around for months, it also keeps my hard drives clean of unwanted files. JC, USA

This is to me THE best software program ever introduced to the publicl... ... It has been such a pleasure to use. I am telling my family and friends about your wonderful product... ... I was so impressed by the program I purchased mine as soon as I



**M.J. Menz & Associates**
*"Finding the Truth,
     One bit at a Time"*

could. Thank you for not only your product, but also for the most actively involved Technical Support anywhere in cyberspace!! My sincere gratitude to you all. DT, USA
I'm truly amazed that you can provide this sort of quality at the price you charge. Best wishes. JC, USA
Thank you for everything this is the kind of program that I will use forever. RB, USA
Don't miss out! Act now and enjoy the benefits of our unbeatable Limited Time Special Offer!



AS SEEN ON TV

Webmasters & ISPs: We will pay you to link to us. Join our Associate Program
Trademarks, Terms & Copyright

CLICK & BUY NOW

**Evidence Eliminator?** recommends **alibis.com**
uncensored newsgroups. Access banned
newsgroups now, you'll be amazed what you can
find - **Click Here**

Click Here!

Click Here!



# M.J. Menz & Associates
*"Finding the Truth,*
*One bit at a Time"*

## Evidence Eliminator README file

Thankyou for choosing Evidence Eliminator!

For maximum performance, if you're a new user to
Evidence Eliminator we advise pressing "Help" early,
and checking out the easy instructions in the
"Getting Started" section for new users.

Please feel free to visit our World Wide Web site at:
http://www.evidence-eliminator.com/
for support, feedback, latest upgrades and more.

This is EE v5.057:
----------------------------

Major power upgrade for all users:
- Tougher free-space security system - more
  tolerant of minor disk irregularities.
- Automated Windows logon
- Automatic Netscape cache detection
- New automatic one-click Test Mode

For Windows ME Users:
- Registry defragmentation

For NT/2000/XP users:
- Instant Secure Registry Deletes
  (another World First!)
- Cluster tip cleaning of most NTFS locked files
- Registry defragmentation
- Much faster, more modes available
- Securely eliminates Autocomplete history

New features in EE v5.056:
------------------------------------------

# M.J. Menz & Associates
*"Finding the Truth,*
*One bit at a Time"*

Microsoft Windows NT4 upgrade

- Fully Microsoft Windows NT4 compatible

+ many more internal performance upgrades


New features in EE v5.055:

-------------------------------------------


Microsoft Windows XP upgrade

- Fully Microsoft Windows XP compatible


Eliminates evidence on NTFS drives

- under both Windows XP & 2000 Pro


Many other upgrades

- Microsoft Office XP compatible

- Extended support for IE6 and Media Player

- Live Upgrade function via Internet

- Plenty of new internal performance upgrades


New Features in EE v5.054:

-------------------------------------------


Windows Millennium / Windows 2000 upgrade

- Securely deletes locked files in both.


Upgraded functions - UPGRADERS PLEASE NOTE

- Upgraded error handling and reporting

- Upgraded Plug-In format

- Modified Plug-In set

- Custom folder 'scans' now non-recursive

- New "Only New" IE Cookie listing function

- New "Start-Up In Stealth Mode" function


New Features in EE v5.053:

-------------------------------------------


Windows Millennium Users Supported


CONFIDENTIAL

EXHIBIT _____ 90

PAGE _____ 1164

Page 23

# M.J. Menz & Associates
*"Finding the Truth,
   One bit at a Time"*
- Most functions available under WinME

New Features in EE v5.052:

-----------------------------------------

Eliminates Hidden IE5 URL Logs
- Clears logging of page error URLs

New Quick Mode
- New fast-cleaning mode takes about a minute.

Windows 2000 functions (FAT16/FAT32)
- Windows 2000 FAT disks are now supported.

Full control over Outlook Express database
- Fully eliminate history of Mail/News reading.

Scramble attributes of files/folders
- Randomize your system's memory of program use.
- Stop snoops analyzing your program start history.

Eliminates Windows Streams
- Trash hidden memory of folders accessed.
- Hide folder names and access information.

Common Dialog History List
- Eliminates hidden memory of files/folders used.

Start Menu Click & History Lists
- Kills Start Menu encrypted memory dead.

Internet Explorer Download Folder
- Eliminates evidence of download locations.
- Stop snoops knowing where you save files.

Auto-Detection For Popular Options
- Automatic searching for popular locations.

CONFIDENTIAL

EXHIBIT _____90_____

PAGE _____1165_____

Page 24

## M.J. Menz & Associates
*"Finding the Truth,*
*One bit at a Time"*

- No need to browse for complicated data paths.


Internet Explorer Favorites

- Clean Favorites menu with subfolder options.


Insecure delete overrides

- Trade-off security for maximum speed.


Auto Log Refreshing

- Keep log sizes down for maximum speed.


Screen Saver Control

- Automatic over-ride of Screen Savers


Hides from Windows Task List

- Stealth Mode is visually un-detectable


Enhanced Media Player v7 support

- Clears PlayLists in Media Library


Eliminates Clipboard Memory Data

- Stops other programs and users snooping


New, Improved Plugins

- 69 Quality Plug-Ins for popular applications


New Features in EE v4.5.4:

-------------------------------------------


New Stealth Mode

- Invisible, even while processing in Windows.
- Shuts down to DOS with "discrete" screen output.


Anti-Magnetic Remenance Under-Writing

- Another World First! Cleans underneath files/dirs.
- Defeats hardware analysis by electron microscopes.
- Defends against forensic laboratory snoops.

EXHIBIT ___ 90

PAGE ___ 1166

Page 25

# M.J. Menz & Associates
*"Finding the Truth,
    One bit at a Time"*

Eliminate Evidence in files without deleting them
- Allows special files to keep their position on disk.


Flexible Explorer Menus
- Right-click menu items can be toggled on/off.


A new "Folder Scan" function
- Target individual folders with custom scan masks.


Upgraded functions - UPGRADERS PLEASE NOTE
- Upgraded startup and System Tray Control functions.
- Upgraded intelligent Shutdown/Restart interception.
- Improved logging and registry cleaning operations.
- Automatic Windows path settings on new installs
- Upgraded security on free space and cluster tips.
- Upgraded Plug-Ins, new Plug-Ins.


New Features in EE v4.0:
----------------------------------------


New Custom Plug-In feature
- Users of over 25 popular programs are fully supported!
- Supports users of Microsoft Office, Winzip, and more.


Clean, repair and defragment your Windows Registry
- Eliminate traces of evidence hidden in the Registry.
- Makes your PC run faster and more reliably.


Custom management of Internet Explorer components
- Keep friendly Internet components, eliminate the rest.


Eliminates Internet Explorer AutoComplete history
- Kills browser memory of "Form Posts" and passwords.


Support for America On-Line Instant Messenger
- Eliminate lists of recent Instant Message contacts.

CONFIDENTIAL

EXHIBIT _____ 90

PAGE _____ 1167

Page 26

# M.J. Menz & Associates
*"Finding the Truth,*
*One bit at a Time"*

Safe Shutdown and switch off your PC on auto

- EE's popular "Safe Shutdown" feature gets better!

- Auto power-off feature on ATX/APM power supplies.


New Features in EE v3.1:

---------------------------------------


Explorer Context Menu commands

- Right-click on files, folders, My Computer, or the

- Recycle Bin, and choose from the pop-up menu.


Cookie saving for Netscape Navigator v4 browsers

- Keep friendly cookies while eliminating the rest.


Elimination of a hidden list of viewed movies/audio etc.

- Now cleans Windows Media Player history list.


New Features in EE v3.0:

---------------------------------------


Cluster tip wiping is a lot faster

- approx 3,200 files/minute on AMD 450/UDMA Drives.

- Cleans system files/DLL's even if locked by Windows.


Elimination of deleted filenames in directory structures

- approx 3,200 files/minute on AMD 450/UDMA Drives.

- All deleted file entries are securely eliminated.


Cookie saving for Internet Explorer 5

- Keep friendly cookies while eliminating the rest.


Browse buttons for files and folders

- Quick location of files/folders for elimination.


Recycle Bin protection

- Hot-Key enhancement, full Recycle Bin protection.

C O N F I D E N T I A L

EXHIBIT ____90____

PAGE _____1168_____

Page 27

# M.J. Menz & Associates
*"Finding the Truth,*
*One bit at a Time"*

- Delete then CTRL-Delete for instant file elimination.


Internal and interface enhancements
- New technologies make Evidence Eliminator faster,
  cleaner and better than ever before.


Customize Log location and window font
- Choose where Evidence Eliminator makes "Save Logs"


Auto Logging
- Optional dated and timed auto-logs.


Windows Application Logs
- Eliminate evidence of how often you use your programs.


Editable custom folder and file entries
- A new "Edit" button and browse-add facility.


Protection of Hewlett-Packard Paperport files
- Choose to skip HP Paperport files for elimination


New start-up command line options
- Ee.exe /m /s /r /t (Minimized/Shutdown/Restart/Test)



## M.J. Menz & Associates
*"Finding the Truth,
    One bit at a Time"*

**Evidence Eliminator Help files**

# Introduction to Evidence Eliminator™
## About this program
For your own personal security, please take a few minutes to read this whole Help file.
## How to use this Help File
Please look to the top-left of this window and note the three tabs: Contents, Index, Search



Contents: Browses this Help file by the Table of Contents

Index: Type any word into the Index to see a list of matching pages by keyword

Search: Type any words into the Search tab to search the help file for words or phrases

**Evidence Eliminator™** is the most important program to stop yourself being persecuted unjustly for data you only downloaded by accident. Please RTM. (Read The Manual). If you skip this simple manual and end up legally persecuted in court for something you innocently downloaded by accident you will wish you had read it. This help file is presented for serious users to learn exactly what **Evidence Eliminator™** is capable of. It goes beyond the self-documenting "Options" window of the program. You will probably only need to read it once, and will be glad that you did. **Evidence Eliminator™** is a very powerful tool in the right hands.

Before **Evidence Eliminator™**, maintaining a clean Windows installation was hard work. Thousands of complicated tasks had to be done every day.

**Evidence Eliminator™** does all the hard work for you. Configure the program with with this Help file, set your options properly, use the Safe Shutdown button and **Evidence Eliminator™** will take care of you. One button, one program, total security. Like a good automobile, look after the program and it will look after you.

**Evidence Eliminator™** uses an "Open" interface. Set it up exactly how you want it and customize its features for your individual PC. Configure your program options and a single button-click will begin a fully automatic data cleaning routine to thoroughly purge your PC of hidden computer data which could later be recovered with Forensic Software to be used as evidence against you.

Run **Evidence Eliminator™** daily with maximum options.

The first time you run **Evidence Eliminator™** you may be amazed how much evidence it analyzes and eliminates from your hard drive. Daily use will let the program run considerably faster eliminating only evidence accumulated since the last cleaning session. Keeping you safe, secure, and law-abiding.

## Deleting files on-demand
With the new "Hot-Key Recycle" feature, press Delete, then CTRL-Delete to send files to the Recycle Bin and then eliminate its contents.

With **Evidence Eliminator™** v3.1 and above, you have Windows explorer shell extensions. You may right-click on files, folders, My Computer, or the Recycle Bin, and select the "**Evidence Eliminator™**" options from the menus. A blue "EE" icon will appear in the menu only when files or folders are selected.

EXHIBIT _____ 90

PAGE _____ 1170

**M.J. Menz & Associates**
*"Finding the Truth,*
*        One bit at a Time"*

Note: Securely deleting a single file completely destroys the file. It's better than pressing Delete, but still does not necessarily fully remove all traces of it from your computer. Traces of the file's data may remain in temp files and many other areas.

The only certain method is full cleansing of the system provided by the Safe Shutdown/Restart features. Any files remaining in the Windows Recycle Bin will be eliminated when you run your Safe Shutdown. Even if you empty the Recycle Bin, the file's data will move to Free Space where **Evidence Eliminator™** will still destroy it along with everything else you don't want to keep.

# Levels Of Security

## Levels of security offered by this program

Normally when you press the "Delete" key the files disappear from your Windows but their physical data remains on your hard drive available to snoops, law-enforcement, police, and others.

This program "Eliminates Evidence". If you use this program even in its basic setting (a single overwrite of Zero's) the target data is practically destroyed. Forensic Analysis software like Encase (www.guidancesoftware.com) a standard tool of the trade used by law-enforcement, and others, **simply cannot recover the data**. If scientists examine the hard drive surface with special microscopes, there are theories that over-written data fragments can be partially reconstructed. In practice this is extremely difficult and expensive, and time-consuming, and if any fragments of files were ever reconstructed their value as "Evidence", would surely be doubtful. Reconstructed data brought back from the dead after it had been overwritten with new data?? Even if it worked it would be extremely difficult for anyone to prove that you intended to keep the data. Having run **Evidence Eliminator™** to completely destroy all traces of the data, you would obviously be completely innocent of intending to keep anything you might have accidentally downloaded and then deleted. You can be confident that **Evidence Eliminator™** does exactly what the name says.

There is no service available commercially that can successfully recover any data eliminated with this program. **Evidence Eliminator™ secures your PC** like no other program has ever done before.

## Who wants Evidence Eliminator™ banned?

**Evidence Eliminator™** is the World's First hard drive cleaning program that is publicly advertised as designed, tested and proven to defeat the exact same "Forensic Analysis" equipment as used by police and government agencies, etc.

There are those who don't like **Evidence Eliminator™** and want it banned to stop you using it. If you visit message boards, bulletin boards or public newsgroups, you may observe some odd behavior from semi-anonymous "people" if our wonderful software is mentioned or discussed.

Typical anti-**Evidence Eliminator™** messages seem to be the ridiculous claim that our program is not legal, or it doesn't work, or the advertising isn't true, or it isn't good for your computer, etc, etc. All these ridiculous accusations are nonsense, because **Evidence Eliminator™** is legal, it does work, the advertising is true, and it is **very** good for you and your computer. We find it very amusing. One can only wonder in amazement as to who those "people" are really working for!

## Anything that Evidence Eliminator™ doesn't delete?

**Evidence Eliminator™** cannot delete material it does not know about, such as log entries in new or unknown programs. It may be possible for an intruder to tell the time when you last cleaned your drives. Also when you install and then remove a program, it may leave traces in the system registry showing that it was installed at some time on that computer. **Evidence Eliminator™** does not deal with this information because we could never keep track of every obscure program out there that does not clean up after itself properly. If in doubt, reformat the drive and install a fresh copy of Windows. This refreshes the system registry and clears out all traces of old program installations.

EXHIBIT ____90____

PAGE ____1171____

Page 30



**M.J. Menz & Associates**
*"Finding the Truth,
One bit at a Time"*

## Alternate Data Streams

Under NTFS filesystem it is possible to hide information attached to a file in an area known as an Alternate Data Stream. This is a little-used filesystem feature that effectively allows more than one file body to exist for each file. If you delete such a file with **Evidence Eliminator™** only the first (primary) data stream is initially deleted, however, any alternate streams are destroyed when EE reaches the "Free Space" function. These "alternate streams" are quite rare - most programs do not use them. To ensure there are none on your system, you can check with the freeware utility LADS available at http://www.heysoft.de/nt/ep-lads.htm

## Other ways your PC can be compromised

While **Evidence Eliminator™** secures your hard disks, it does not protect against internet intruders, nor does it detect "trojan horse" programs or viruses. These external risks are out of the scope of **Evidence Eliminator™** at this moment. You can get information about antivirus software etc. from any major search engine or download site.

**M.J. Menz & Associates**
*"Finding the Truth,*
*One bit at a Time"*

## Documents and files used for this analysis

**Software & tools used:**

> Encase 3.22g & 4.20a by Guidance Software
>
> Netanalysis 2.0 by Digital Detective
>
> Microsoft Word 2003
>
> Internet Explorer 6.0

**Electronic Files used:**

> Install.log
>
> 30807039_Image_from_external_HD_Verification.rtf
>
> Encase image files listed in source section at the beginning of this report

**Generated reports:**

The following reports were generated using Encase 3.22g

> INITReport-0.rtf
>
> INITReport.rtf
>
> report2.rtf
>
> EE-DATADir.txt
>
> EEFileNamesAfterRunning.txt
>
> EEFileNamesAfterRunning2.txt
>
> EEDir.txt
>
> ProgramFilesDir.txt
>
> RootDir.txt
>
> UAHits.txt

**Paper documents used:**

> Exhibit 26, pages 315 to 342
>
> Mattel's complaint against Carter Bryant, dated 27 April 2004
>
> Mattel's second Amended Answer and Counterclaims
>
> The Answers of Bryant and MGA

CONFIDENTIAL                Page 32

EXHIBIT ___90___

PAGE ___1173___



**M.J. Menz & Associates**
*"Finding the Truth,*
*One bit at a Time"*

**Refernces consulted:**

Archive.org web site; Evidence-Eliminator.com July-August-Sept 2002

TimeandDate.com

"Wrinkle in Time" presentation

Evidence Eliminator ReadMe & Help file

## Rate Chart

Hourly rate $225.00

Deposition rate: $300.00

Court Testimony in area: $300.00, four hour minimum

Court Testimony out of area $300.00, one day minimum

Travel in state is 44 cents a mile

Travel out of state at cost

Per diem $45.00 day

Expenses incurred, at cost



**M.J. Menz & Associates**
*"Finding the Truth,*
*One bit at a Time"*

# Mark J. Menz
**Digital Evidence Analysis, Computer Forensics and Electronic Discovery**
Voice: (916) 983-0348 / Fax: (916) 984-7713 / Mark@MJMenz.com

## Experience
Court recognized expert, Federal Court, Eastern District (Neutral Expert for the Court)
Court recognized expert San Diego County
Court recognized expert Alameda County
Court recognized expert Fresno County
Court recognized expert Butte County
Court recognized expert El Dorado County (Neutral Expert for the Court)
Court recognized expert Placer County
Court recognized expert Contra Costa County (Neutral Expert for the Court)
Court recognized expert San Francisco County (Neutral Expert for the Court)
Court recognized expert Los Angeles County Superior Court
Court recognized expert Sacramento County (Neutral Expert for the Court)
Court recognized expert California State Commission on Teacher Credentialing
System Specialist, National Criminal Justice Computer Laboratory and Training Center 1998-2001
Division Manager and chief computer forensic scientist for Kroll/Ontrack 2001/2002
Chief consultant to Cal Trans for technology crime security issues 2000 through 2007
Consultant to Cal Attorney Gen. Office Legal Div. for computer forensics 2004 - 2008
Consultant to California Health and Human Services ices for IT security issues 2001-2006
Consultant to California Dept. of Social Services for IT security issues 2001-2006
Consultant to California Dept. of Corporations for IT security issues 2007
Consultant to California Office of the Inspector General for IT security issues 2003/2004
Consultant to California Office of Emergency Services for security issues 2002/2003
Consultant to California Department of Corrections for security issues 2004
Consultant to California Department of Industrial Relations, security issues 2005/2006
Consultant to California Department of Community Services, security issues 2005/2006
President of the High Technology Crime Investigation Association – Northern California Chapter 2000/2001/2004/2006
Vice President of the High Technology Crime Investigation Association – Northern California Chapter 1999/2003/2005/2008
Vice Pres. of the High Technology Crime Investigation Association – International 2002
Secretary of the High Technology Crime Investigation Association – International 2003
Executive board member of the Joint Council on Information Age Crime. 2001-2007
Current member of several NIST committees developing standards for computer forensics and
    investigations 2002/2003/2004/2005/2006/2007
Participant in the ANSI standards committee "T13" for standards for IDE devices
Computer Forensic and Security consultant to 2 Fortune 10 companies

## Certifications
California Institute for Criminal Investigation (ICI) / Peace Officer Standards & Training (POST) as a Computer Crime Investigator
California ICI/POST General Investigations
CompTIA A+

EXHIBIT _____ 90

PAGE _____ 1175

Page 34



## M.J. Menz & Associates
*"Finding the Truth,*
  *One bit at a Time"*

## Teaching/Speaker

Taught for the National Criminal Justice Computer Laboratory and Training Center
Currently teach for the California Department of Justice, all their computer crime courses
Currently an adjunct professor for the University of New Haven, Criminal Justice Program, computer forensics.
Currently an adjunct professor for the University of New Haven, National Security program at
Sandia National Laboratory, computer forensics, general physical and network security.
Currently an adjunct professor for the University of Nevada Reno, Gaming Management, IT and Gaming security.
Currently teach for California POST in the Core Investigation course.
Currently teach for California POST in the Basic ID Theft course.
Currently teach for Association of Certified Fraud Specialist core class

Featured speaker for the High technology Crime Investigators Association Annual conferences, 1998,1999,2000,2001,2002,
    2003,2005,2006,2007
Featured speaker for the Bay Area HTCIA High tech training conference 2000,2001,2002,2003,2004,2005,2006,
Feature speaker for the Association of Certified Fraud Specialist conferences 2001, 2002, 2003,2004.2005,2006,2007
Feature speaker for the California District Attorney Association conference 2003,2004
Feature speaker for the National Association of District Attorney conference 1999,2000
Featured speaker at the Itera Honey Pot conference 2002
Featured speaker at the Itera Digital Evidence and Discovery conference 2003
Featured speaker for the Federal Eastern California District Judges conference 2002/2003
Featured speaker for the Federal Eastern California District Judges conference 2002/2003
Featured speaker for the Federal 9th District Judges conference 2003
Featured speaker for the California Victim Advocate Core – Technology Crime 1999/2000/2001/2002/2003/2004,2005,2006,2007
Featured speaker for the Sacramento BAR on Digital Evidence 2001
Featured speaker for the ATF training conference on High tech 2001, 2002, 2003
Provided core course materials for IACIS training 2001,2002,2003,2004,2005,2006,2007

## Forensic and Investigative Education

California ICI POST Core Investigation class 2000
California ICI POST Introduction to Internet Crime 2000
California ICI POST Basic Local Area Network Investigations 2000
California ICI POST Advance Internet Investigations 1999
California ICI POST Investigation of Computer Crime 2000
California ICI POST Investigation of On-line Child Exploitation 2000
California ICI POST Seizure and Examination of Microcomputers 2000
SANs GIAC training 2001
HTCIA annual training conference 1997-2006
Bay Area HTCIA training conference 1999-2004, 2006

CONFIDENTIAL

EXHIBIT ____ 90

PAGE ____ 1176



**M.J. Menz & Associates**
*"Finding the Truth,*
     *One bit at a Time"*

## Miscellaneous related items
## Patents or patents pending

| | |
|---|---|
| 6,813,682 | Write protection device for computer long-term memory devices |
| | I.E. Hard drive write blocking, basic core technology. |
| 7,143,248 | Systems and methods for restoring critical data to computer long-term memory device controllers. |
| 7,159,086 | A device for creating exact copies of computer long-term memory devices. |
| 7,228,379 | Systems and methods for removing data stored on long-term memory devices |
| 7,318,137 | Write protection for computer long-term memory devices with multi-port selective blocking |
| 20060112277 | High-speed password attacking device |
| 20060112218 | Systems and methods for an improved computer long-term memory comparing device. |
| 20060111889 | Systems and methods for testing how computer systems interact with long-term memory storage devices. |
| 20050182510 | Systems and methods for an improved tailgate device |
| 20040186969 | Systems and methods for creating exact copies of computer long-term storage devices. |
| 20040184309 | Systems and methods for restoring critical data to computer long-term memory device controllers |
| 20030018836 | System and method for retrieving identification and capabilities information from computer long-term memory devices. |
| 20020196572 | Systems and methods for removing data stored on long-term memory devices. |
| 20020040418 | Write protection for computer long-term memory devices. |

## Publications

Co-author of the CSL/NIJ "Forensic Keyword Searching Tools" report.
Co-author of the National Institute for Standards in Technology NIJ Guide "Electronic Crime Scene Investigation"
Co-author of the National Institute for Standards in Technology NIJ Guide "Forensic Examination of Digital Evidence"
Sacramento Bar Magazine article  "High Technology Crime, defined", 2001
Co-Author of the paper "Fundamental Principal of Information Security"
Co-Author of the white paper "Fallacy of Software Write Blocking in Computer Forensics"
Co-Author of the white paper "Forensic Duplication using Mac Target Mode"
Co-Author of the white paper "Media Protection in Computer Forensics"
Co-Author of the white paper "Keyword Searching in Computer Forensics"
Co-Author of several articles published in the HTCIA News Letter 2000,2001,2002,2006
Author, Time and Dates in Forensics "Wrinkle in Time", 2006
Author, Creating Boot Media for Forensics 2006
Author, Link Files for Forensics "The Missing Links", 2006
Author, Remnants and little known log files in Computer Forensics 2005

## Classes Authored

Author of the ICI Core Investigation class (Sources of information section)
Author of the ICI ID Theft class (Email and IP tracing section)
Co-Author of the California DOJ Internet Investigation course
Co-Author of the California DOJ Basic forensics course
Co-Author of the California DOJ Advance forensic course
Co-Author of the California DOJ Advance Internet investigation course

EXHIBIT ___90___

PAGE ___1177___

# M.J. Menz & Associates

*"Finding the Truth,*
*One bit at a Time"*

Co-Author of the California POST Basic Computer Crime course
Co-Author of the California POST Introduction to Internet Crime course
Co-Author of the California POST Basic Local Area Network Investigations course
Co-Author of the California POST Advance Internet Investigation course
Co-Author of the California POST Investigation of On-Line Child Exploitation course
Co-Author of the California POST Seizure and Examination of Microcomputers course
Co-Author of the California POST Digital Media Analysis course.
Co-Author of the California POST Advance Computer Forensics course
Co-Author of the University of New Haven Criminal Justice Master Program Computer Forensics program;
      Basic Computer Crime
      How to Build and Manage a Computer Forensics Laboratory
Co-Author of the University of New Haven National Security Master Program
      Basics of Computer Forensics
      Technology Investigations
      Securing National Security Sites
Co-Author of the Association of Certified Fraud Specialist Computer Investigation courses, Core, ICE, ID Theft,
      Investigations in a Digital Environment
Co-Author of the Kroll Technology Training course "Basic Computer Crime"
Co-Author of the Kroll Technology Training course "Basic Network Investigations"
Co-Author of the Kroll Technology Training course "Advance Network Investigations"
Co-Author of the Kroll Technology Training course "Advance Computer Forensics"

# M.J. Menz & Associates
*"Finding the Truth,*
*One bit at a Time"*

**Court Testimony last 4 years**

---

**Court Case#, Judge**

1. Sacramento Superior 05AS02937 McMaster
Declaration, Forensic review of files for dating files creation times and manipulation.

2. Alameda Superior RG04155075
Declaration and trial testimony on file deletion dates

3. Northern Dist. San Francisco C 05 3614 MHP Patel
Neutral Expert for both parties

4. Northern Dist. San Jose 98-20419 JF (EAI)
Declaration on software/hardware failures of product

5. Superior San Francisco CGC 04-428178
Collection, Declaration, Neutral Expert for the court

6. Placer Superior SCV 16800
Declaration and Trial testimony determining validity of log files and operator location

7. Santa Clara Superior 1-03-CV-817093
Declaration on laptop ownership, serial number was removed. Forensic work to recover it.

8. Placer Superior Court Placer Superior 63-13109 Couzens
Appointed Special Master, collected and examined evidence for People vs. Jonathan Tyrell

9. San Diego Superior CD165314 Kaneshiro
People vs. Whitmore Forensic work, qualified as expert in computer forensic and Video forensics

10. Eastern Dist. California CIV-S-03-1968-wbs Mueller
Declaration and trial testimony on the destruction of evidence

11. El Dorado Superior SC20030138
Declaration, forensic analysis of Fax system and date of fax deliveries

12. Arbitration AAA 74-460-0098905 BEAH
Declaration and testimony on erasure of computer files and dating of files

13. El Dorado Court El Dorado Superior POCRF0551 Proud
Appointed as a Special Master to determine if files exist and date them.

14. Eastern Dist. Fresno 02-5301 OWW Wagner
Trial testimony on computer forensics and IP tracing and child porn

---

CONFIDENTIAL

EXHIBIT _____ 90

PAGE _____ 1179

Page 38



**M.J. Menz & Associates**
*"Finding the Truth,
     One bit at a Time"*

EXHIBIT _____ 90

PAGE _____ 1180

**EXHIBIT 91**

# COPYRIGHT JURY INSTRUCTIONS

## PHASE I-B

### (ONLY AFTER PHASE I-A VERDICT)

## INSTRUCTION NO. 1C

COPYRIGHT – PRELIMINARY INSTRUCTION

As you know, Mattel seeks damages against the defendants, MGA Entertainment, Inc. ("MGA"), MGA Entertainment (HK) Limited ("MGA Hong Kong"), Isaac Larian, and Carter Bryant for copyright infringement. The defendants deny that Mattel's copyrights were infringed.

Mattel's 16 copyrights are in certain sketches authored by Carter Bryant prior to his meeting with MGA on September 1, 2000. There have been references to other Carter Bryant sketches, but for purposes of your copyright analyses you may only consider the Bryant sketches covered by a Mattel copyright registration. The copyright law does not permit legal claims made on a work not covered by a copyright registration.

The alleged infringing works are the BRATZ dolls and character art of the BRATZ dolls appearing on the packaging for the BRATZ dolls and on BRATZ licensed products. Mattel asserts that the "first generation" of four BRATZ dolls (Jade, Sasha, Cloe, and Yasmin), introduced by MGA into the market in the summer of 2001, infringe Mattel's copyrights in the 16 Bryant sketches. Mattel further asserts that by virtue of showing infringement in the "first generation" BRATZ dolls it has shown copyright infringement by all subsequent BRATZ dolls.

The defendants deny that there has been any copyright infringement. They assert that there was no copying because the Bryant sketches, along with other sources, were only used in a lawful manner by the professionally trained MGA sculptors and artists who actually developed the "first generation" BRATZ dolls, with the sketches simply being part of the initial inspiration for the uncopyrightable concept of the BRATZ dolls. Defendants also assert that because Bryant's 2-dimensional sketches lacked the detail and other considerations necessary to develop a 3-dimensional doll, the MGA sculptors and artists who developed the first generation BRATZ dolls used their significant experience and talents to independently create their own original, different and more marketable 3-dimensional doll.

EXHIBIT _____ 9 1

PAGE _____ 1181

The defendants also assert that the Mattel copyrights are very limited in scope because the 16 Bryant sketches portray dolls that are based in large part on non-original elements such as standard features of human anatomy and non-copyrightable elements such as conventional hairstyles, face make-up, shoes and clothing. They assert that because the 16 Bryant sketches are only entitled to limited copyright protection, the "first generation" BRATZ dolls were not "substantially similar" to the "protectible elements" in Bryant sketches owned by Mattel, and do not infringe any limited copyrights in those sketches.

The defendants further assert that subsequent BRATZ dolls had the same and additional dissimilarities, and were even further removed from any "protected expression" in the Bryant sketches, and accordingly also did not infringe copyrights in those sketches. They similarly deny that the BRATZ character art infringes the Bryant sketches.

I just referred to a number of legal terms such as "copying," "substantial similarity," and "protected expression." I will now explain these and other legal terms to you.

Authority: Ninth Circuit Manual of Model Jury Instructions 17.0 (2007).

EXHIBIT ___9|___

PAGE ___||82___

**ALTERNATE:   INSTRUCTION NO. 1C**

[Defendants reserve the right to modify all of their proposed instructions relating to copyright issues to conform to the jury's findings in Trial 1A if the jury finds that fewer than 16 of the Bryant sketches are owned by Mattel. The following is an example.]

In the Phase 1A trial Mattel asserted that it owned copyrights in a total of 16 of Carter Bryant's sketches prepared by Bryant prior to September 1, 2000. In Phase 1A, you determined that Mattel owned a total of [XX] of these Bryant sketches, and that Mattel did <u>not</u> own [YY] of the sketches. The [YY] sketches not owned by Mattel were assigned by Bryant to MGA, and thus are owned by MGA.

In assessing Mattel's claims of copyright infringement of the [XX] sketches that you determined it owns, you must also consider the sketches owned by MGA. MGA has every right to use the Bryant sketches it owns, and the expression in those sketches. Thus, if Mattel relies on original expressive elements of one of the Bryant sketches that Mattel owns, but those same elements are also found in one of the sketches owned by MGA, then you must disregard those elements, because they cannot support Mattel's claims of copyright infringement.

The Bryant sketches owned by MGA were created earlier than the Bryant sketches you determined that Mattel owns. Accordingly, as between the two, MGA has superior rights. For this reason, if any Bryant sketch owned by Mattel is substantially similar (I will explain what this means in a few minutes) to a sketch owned by MGA, then Mattel cannot rely on that sketch in connection with its copyright infringement claims against MGA. Mattel thus bears the burden of proving by a preponderance of the evidence that the Bryant sketches it relies on are not substantially similar to the Bryant sketches owned by MGA.

[Include other aspects of 1C above as appropriate based on the Phase 1A verdict.]

3

EXHIBIT _____ 91

PAGE _____ 1183

**INSTRUCTION NO. 2C**

COPYRIGHT – DEFINED

Copyright is the exclusive right to copy. This right to copy includes the exclusive right to:

        1.     Authorize or make additional copies, or otherwise reproduce the copyrighted work;

        2.     Recast, transform, adapt the work, that is prepare derivative works based upon the copyrighted work;

        3.     Distribute copies of the copyrighted work to the public by sale or other transfer of ownership;

        4.     Display publicly a copyrighted pictorial work or graphic work.

It is the owner of a copyright who may exercise these exclusive rights. [Here, in the Phase I-A trial, it was determined that Mattel is the "owner" of the Bryant sketches as a result of the transfer provisions of Bryant's employment agreement.]

In general, copyright law protects against reproduction, adaptation, distribution and display of substantially similar copies of the owner's copyrighted work without the owner's permission. An owner may enforce these rights to exclude others in a lawsuit for copyright infringement.

Mere possession of a copyrighted work does not constitute infringement. That Carter Bryant and MGA had possession of Mr. Bryant's physical sketches, and made reference to them, is not copyright infringement, just like a person who possesses a book has not infringed the copyright of the book's publisher or author. [Lapham v. Porach, 2007 U.S. Dist. LEXIS 30751, at *15 (S.D.N.Y. Apr. 25, 2007).]

Authority: Ninth Circuit Manual of Model Jury Instructions 17.1 (2007); 17 U.S.C. § 106; 2-8 Nimmer on Copyright §§ 8.01–8.20; 3 Patry on Copyright §§ 8:1, 9:2.

4

EXHIBIT _____ 91

PAGE _____ 1184

**INSTRUCTION NO. 3C**

COPYRIGHT – SUBJECT MATTER – IDEAS AND EXPRESSION

Copyright law allows the author of an original work to prevent others from copying the tangible expression the author used to express the ideas in the author's work. Only the particular original expression of an idea can be copyrighted, and the right to exclude others applies only to this original expression. An author cannot prevent others from copying or using aspects of his work which were derived from other sources, such as the work of other artists.

Copyright law protection does not extend to any idea, procedure, process, system, method of operation, concept, principle or discovery, regardless of the form in which it is described, explained, illustrated, or embodied. Particularly relevant here is the limitation that an author cannot prevent others from copying or using ideas or concepts contained or reflected in the work or that inspired the work; to do so would inhibit full and free exchange of information and hinder, rather than promote the creation of new works of authorship, which is the goal of the copyright system.

The right to exclude others from copying also extends only to the particular way the author expressed the ideas in the copyrighted work.

Common or standard treatments of the subject matter are also not protected by copyright. Even though they are forms of expression, they lack sufficient originality to be protected. These are often referred to in copyright law as "scenes a faire," taken loosely from the French for "things which must be done." In other words, basic ideas or treatments "remain forever the common property of artistic mankind." [Berkic v. Crichton, 761 F.2d 1289, 1293-94 (9th Cir. 1985).]

Let me give you an example from the world of T.V. screen-plays. A television show about a police station in a high crime area will inevitably have standard stock features, such as a precinct house, various levels of police employees from a captain down to the beat officers, criminal suspects who are apprehended, defense lawyers, prosecutors, etc. Such standard plot lines and features may be thought of as creative expression, but no one can claim ownership or exclusive rights to them, and no one T.V. show can accuse another of violating a copyright by allegedly copying and using such standard features in a second show. [Walker v. Time Life. Films, Inc., 784 F.2d 44, 50 (2d Cir. 1986).]

5

EXHIBIT ___9___

PAGE ___1185___

As another example, in the world of theatre, devices that are standard plot lines, and are therefore not protectible, include the controlling mother-in-law, the lipstick stained handkerchief, and the butler bent on murder. All authors can use these common plot devices.

Also unprotected is expression in the copyrighted work that reflects expression already in the public domain, and therefore free for all to use.

To give one illustration in the context of a doll, "[a]n upturned nose, bow lips, and wide eyes are the 'idea' of a certain type of doll face," and this idea does not belong to any one company but rather is in the public domain. [Mattel, Inc. v. Goldberger Doll Manufacturing Co., 365 F.3d 133, 136 (2d Cir. 2004).]

For another illustration, a 5 ½ inch Warlord doll does not infringe upon a 5 ½ inch Masters of the Universe doll because, though the dolls look remarkably similar, the similarities are all attributable to the unprotectible idea of a superhuman muscleman crouching in a traditional fighting pose. [Mattel, Inc. v. Azrak-Hamway Int'l Inc., 724 F.2d 357, 360 (2d Cir. 1983).]

These unprotected elements of a work, ideas and concepts, scenes a faire, and unoriginal material, often overlap and are not always easy to separate into categories. Nevertheless, they are not protected by copyright, and must be disregarded when comparisons between the Bryant sketches and the BRATZ dolls are made.

To state it another way, your analysis must be limited to expressive elements in the 16 sketches covered by Mattel's copyrights that were originally contributed solely by Carter Bryant.

Authority: Ninth Circuit Manual of Model Jury Instructions 17.3 (2007); 4-13 Nimmer on Copyright § 13.03[B]; Apple Computer, Inc. v. Microsoft Corp., 35 F.3d 1435 (9th Cir. 1994); Data East USA, Inc. v. Epyx, Inc., 862 F.2d 204 (9th Cir. 1988); see also Mattel v. Goldberger Doll Mfg. Co., 365 F.3d 133, 136 (2d Cir. 2004); Idema v. Dreamworks, Inc., 162 F. Supp. 2d 1129 (C.D. Cal. 2001).

6

EXHIBIT _____ 91

PAGE _____ 1186

**INSTRUCTION NO. 4C**

COPYRIGHT INTERESTS – AUTHORSHIP

The creator of an original work is called the author of that work.  An author originates or "masterminds" the original work, controlling the whole work's creation and causing it to come into being.  In this case, Carter Bryant is the author of the 16 sketches, [and Mattel is the owner of the copyright in those sketches by assignment, as was decided in the Phase I-A trial.]

Authority:  Ninth Circuit Manual of Model Jury Instructions 17.6 (2007).

EXHIBIT ___91___

PAGE ___1187___

**INSTRUCTION NO. 5C**

COPYRIGHT INTERESTS – ORIGINALITY AND REGISTRATION

In this lawsuit, it is not disputed that portions of the 16 Bryant sketches contain sufficient original elements to be protected by copyright. However, I must caution you that the amount of creative expression that is required for copyright protection is extremely low.

In addition, the Copyright Office does not investigate the originality or uniqueness of a work and it does not determine the validity of the claim to copyright protection in issuing a Certificate of Registration for a work. Accordingly, the mere fact that the Bryant sketches were accepted by the Copyright Office for registration does not determine the degree, scope, or amount of original, protected expression in the sketches. In addition, the protection afforded by the registration is limited to the specific protectible expression included in the material deposited with the Copyright Office, in this case the Bryant sketches.

Finally, a Certificate of Registration obtained more than 5 years after the first publication of the work covered by that registration is not entitled to a presumption either of copyright protection or that the registration is valid.

Authority: Feist Publications, Inc. v. Rural Telephone Services, Inc., 499 U.S. 340, 346 (1991) ("a modicum of creativity"); see also Expert Report of Ralph Oman, dated Feb. 25, 2005, in Team Play, Inc. v. Boyer, 03 C 7240 (N.D. Ill. 2005) (Document M-RO-00174); Ninth Circuit Manual of Model Jury Instructions 17.5 (2007); 17 U.S.C. § 410(c); 37 C.F.R. § 202.20(b)(2)(i) & (ii).

EXHIBIT ___91___

PAGE ___1188___

**INSTRUCTION NO. 6C**

COPYRIGHT INFRINGEMENT – COPYING

In order to prevail on its claim of copyright infringement, Mattel has the burden of
proving both of the following by a preponderance of the evidence:

       1.    "Factual copying" — that in creating the BRATZ dolls, MGA
actually copied the Bryant drawings in the BRATZ dolls.

       2.    "Legal copying" — that even if copied, the amount of protected
expression taken from the Bryant drawings and found in the BRATZ dolls satisfies
the legal standards necessary to show copyright infringement.  This requires proof
by Mattel of what is called "substantial similarity" to the level of "virtual identity."

       3.    If you find that Mattel has proven both of these elements, your
verdict should be for Mattel on the issue of copyright infringement.  If, on the other
hand, Mattel has failed to prove either of these elements, your verdict should be for
the defendants on the issue of copyright infringement.

Authority:  BensBargains.Net v. XPBargains.Com, 2007 U.S. Dist. LEXIS 60544,
at **8–10 (S.D. Cal. Aug. 16, 2007); 4-13 Nimmer on Copyright §§ 13.03[A] &
[D] (2008).

9

EXHIBIT _____ 91

PAGE _____ 1189

**INSTRUCTION NO. 7C**

COPYRIGHT INFRINGEMENT – FACTUAL COPYING

"Factual copying" means that the defendant did not independently create the challenged work.

Where as here the defendants assert independent creation, the plaintiff can establish factual copying:

        –    through direct evidence of copying; or

        –    by showing that the defendant had access to the plaintiff's work and that the works have a high degree of similarity, referred to as "probative similarity."

Here, MGA does not dispute that it had access to the Bryant sketches when it began to develop the BRATZ dolls. However, defendants <u>do</u> dispute that there was copying, and they dispute that there is sufficient "probative similarity" to establish factual copying.

Mattel asserts that there is evidence that MGA directly and intentionally copied the Bryant sketches.

Defendants deny this and they assert that there was no copying because the Bryant sketches, along with other sources, were only used in a lawful manner by the professionally trained MGA sculptors and artists who actually developed the "first generation" BRATZ dolls, with the sketches simply being part of the initial inspiration for the uncopyrightable concept of the BRATZ dolls. Defendants also assert that because Bryant's 2-dimensional sketches lacked the detail and other considerations necessary to develop a 3-dimensional doll, the MGA sculptors and artists who developed the first generation BRATZ dolls used their significant experience and talents to independently create their own original, different and more marketable 3-dimensional doll. The defendants further assert that the designs of the subsequent BRATZ dolls were also independently created and were even further removed from any "protected expression" in the Bryant sketches.

In determining factual copying, you should weigh all the evidence keeping in mind that Mattel bears the burden of proving that MGA copied the Carter Bryant sketches in the BRATZ dolls.

<div align="center">10</div>

EXHIBIT _____ 91

PAGE _____ 1190

Authority:   BensBargains.Net v. XPBargains.Com, 2007 U.S. Dist. Lexis 60544
at **8–10 (S.D. Cal. Aug. 16, 2007); Sobhani v. @radical.media, Inc., 257 F. Supp.
2d 1234, 1237 (C.D. Cal. 2003); Miller v. Miramax Film Corp., 2001 U.S. Dist.
LEXIS 25967, at **31–32 (C.D. Cal. Sept. 26, 2001); 4-13 Nimmer on Copyright
§ 13.03[D] (2008).

11

EXHIBIT ____ 91 ____

PAGE ____ 1191 ____

**INSTRUCTION NO. 8C**

COPYRIGHT INFRINGEMENT – LEGAL COPYING – SUBSTANTIAL
SIMILARITY

If you conclude that Mattel did not meet its burden of proving factual copying, you must find for defendants on the issue of copyright infringement. If you conclude that Mattel has met its burden of proving factual copying, then you must move on to the next element of copyright infringement, "legal copying."

Mattel must prove that MGA copied sufficient original and protectible elements from Bryant's sketches to establish "legal copying." As I will explain shortly, using what are known as the "extrinsic" and "intrinsic" tests, you must determine what, if any, protectible expression is present in each of the Bryant sketches and compare the protected expression in a particular sketch to the BRATZ dolls. Unless a sufficient amount of protected expression from a sketch was copied in the BRATZ dolls, Mattel's claim of copyright infringement fails.

In other words, legal copying is an essential element of copyright infringement independent of factual copying. To go back the T.V. screenplay example, the creators of "Law and Order" could have intended to copy certain features of "Hill Street Blues," "N.Y.P.D. Blue," or "Perry Mason," and certainly their access to these earlier shows would be easy to establish. But, unless a sufficient amount of protected expression was copied (i.e., expression that is original to one of these shows, and is not ideas, concepts, scenes a faire or public domain expression), there would be no copyright infringement.

Authority:   Ninth Circuit Manual of Model Jury Instructions 17.15 (2007); Feist Publ'ns, Inc. v. Rural Tel. Serv. Co., 499 U.S. 340, 361 (1990); Bensbargains.Net v. XPBargains.Com, 2007 U.S. Dist. LEXIS 60544 at 8–10 (S.D. Cal. Aug. 16, 2007); Idema v. Dreamworks, Inc., 162 F. Supp. 2d 1129, 1176–77 (C.D. Cal. 2001).

12

EXHIBIT     91

PAGE    1192

**INSTRUCTION NO. 9C**

COPYRIGHT INFRINGEMENT – EXTRINSIC TEST; INTRINSIC TEST

To determine whether the BRATZ dolls infringe Mattel's copyrights in the Bryant sketches, you must engage in a two-step analysis. The first step is called the "extrinsic" test. If necessary, this is followed by the second step of the analysis, which is called the "intrinsic" test. [Cavalier v. Random House, Inc., 297 F.3d 815, 822 (9th Cir. 2002); Idema v. Dreamworks, Inc., 162 F. Supp. 2d 1129, 1177 (C.D. Cal. 2001).]

Stated generally, the "extrinsic" test considers whether two works share substantial similarity of ideas and expression as measured by external, objective criteria, while the "intrinsic" test considers whether a reasonable person (or in this case, a discerning 8-12 year old girl) would perceive a substantial similarity in the "total concept and feel" of each work, bearing in mind that ideas and concepts and general stylistic features are not protectible under copyright law. [Lanard Toys, Ltd. v. Novelty, Inc., 511 F. Supp. 2d 1020, 1037–38 (N.D. Cal. 2007) (citing Apple Computer, Inc. v. Microsoft Corp., 35 F.3d 1435, 1442–43 (9th Cir. 1994)).]

You should keep in mind that what is required to find infringement is not simply general "similarity" of the works but "substantial similarity" of protected elements of those works. [Id.; Berkic v Crichton, 761 F.2d 1289, 1293–94 (9th Cir 1985).]

I will explain each of these tests in turn.

EXTRINSIC TEST

The "extrinsic" test removes from the analysis of infringement those elements of the copyrighted work that are not entitled to copyright protection. The party claiming infringement cannot rely on any similarity in expression resulting from unprotectible elements. [Idema v. Dreamworks, Inc., 162 F. Supp. 2d 1129, 1176–77 (C.D. Cal. 2001).]

As I have already explained, the following elements of an original copyrighted work are not entitled to protection under copyright law:

      –    Ideas and concepts.

EXHIBIT _____ 91

PAGE _____ 1193

– Common features that are standard or essential to the expression of a given idea, called "scenes a faire."

– Expression that is <u>not</u> <u>original</u> to the author (in this case Mr. Bryant), such as pre-existing expression that influenced the author consciously or even subconsciously.

This is a general list of the common unprotected categories.

The process of applying the extrinsic test is referred to as "<u>analytic dissection</u>" because you need to isolate the elements of the copyrighted work and analyze each one separately, excluding the other elements present in the work and the combination of elements. [See, e.g., <u>Dr. Seuss Enters., L.P. v. Penguin Books USA, Inc.</u>, 109 F.3d 1394, 1398 (9th Cir. 1997); <u>Lanard Toys</u>, 511 F. Supp. 2d at 1037–38.] It is also referred to as "<u>filtering</u>" because you need to filter out all of the unprotected elements. [See, e.g., <u>Zella v. E.W. Scripps Co.</u>, 529 F. Supp. 2d 1124, 1133 (C.D. Cal. 2007); <u>Brookhaven Typesetting Servs. v. Adobe Sys.</u>, 2007 U.S. Dist. LEXIS 62661, at *22 (N.D. Cal. Aug. 24, 2007).]

You should apply the extrinsic test as follows:

*First,* identify those elements in the Bryant sketches that Mattel claims are the expression copied by MGA in the BRATZ dolls. Mattel has the burden of identifying which specific elements of its works have been copied.

*Second,* you should determine which of those elements are entitled to copyright protection and which are not. In other words, you must filter out from each of the 16 Bryant sketches all ideas, all scenes a faire, and all public domain expression that was not original to Mr. Bryant. Mattel has the burden of proving which elements in each of the Bryant sketches are entitled to protection.

I will give you a few examples to illustrate the process of filtering.

It goes without saying that common physical features of a teenage girl are not protectible, as they are the features found in real-life teenage girls and depictions thereof. Such features could be considered an idea, or even a fact, and therefore they must be filtered out. This would apply to things found in nature such as the presence of heads, 2 ears, lips, hair, 2 arms, legs, standard body proportions, etc. in the sketches. While the particular expression and unique arrangement of all of

14

EXHIBIT _____ 91

PAGE _____ 1194

these features can be protected by copyright, the mere presence of those features as found in nature cannot.

That the figures in the sketches display fashions, shoes and accessories, by itself, is not protected because the use of fashions, shoes and accessories are "scenes a faire," or standard or common features, in the genre of fashion dolls. Also, the "style" or general "look" of fashion dolls are not copyrightable. Nor are conventional cosmetic techniques and looks. Moreover, the design of particular clothing as used on fashion dolls is not protectible by copyright.
This is another similarity that cannot be counted, so the BRATZ dolls have to be compared to the Bryant sketches without considering the dolls' clothes. Similarly, hair, hair styles and hairdos cannot be protected because on these fashion dolls the hair is meant to be played with and changed by the target consumers.

MGA asserts that Carter Bryant's sketches show a group of four contemporary "sassy" or "bratty" teenage friends of diverse ethnic backgrounds and a "funky urban hip" attitude and style as the basis for a line of fashion dolls. MGA asserts that all of this is a concept or idea, and is thus not protected by copyright. If you agree with MGA's position, then the idea and concept of such a line of fashion dolls must be filtered out of any subsequent analysis of claimed similarities.

MGA also asserts that the oversized heads, eyes, feet and lips in the sketches are not forms of expression original to Carter Bryant's sketches, but rather simply reflected common expression that can be found in other dolls, fashion advertisements, and artwork. If you agree with that contention, then you must "filter out" these elements in connection with your subsequent analysis regarding substantial similarity, because the use of oversized heads, eyes, feet and lips in the sketches was not original to Mr. Bryant.

The parties and their witnesses and experts will point to many other such issues, asserting that features or elements should, or should not, be filtered out. You are to determine which, if any, of these features and elements should properly be filtered out in connection with your subsequent analysis regarding substantial similarity.

Once you have dissected and filtered the Bryant sketches, you are ready to compare the individual elements remaining in a particular sketch that you determine to be protectible with the corresponding elements in the BRATZ dolls. As the parties disagree with what are, and what are not, the similarities between the two, you must next determine what those similarities are.

15

EXHIBIT ___9|___

PAGE ___1195___