1    privileged information.  In <u>Aloe Vera</u>, the plaintiffs brought suit against the Internal Revenue

2    Service for an allegedly unauthorized disclosure of information to Japan's National Tax Authority

3    ("NTA").  Plaintiffs alleged that they first became aware of the basis of its claim when the

4    government provided information in response to its Freedom of Information Act ("FOIA")

5    complaint demanding release of documents.  Plaintiffs attempted to avoid discovery of privileged

6    documents relating to the "date of discovery" issue by arguing that their Second Amended

7    Complaint made no affirmative reference to their attorneys' investigations as to the accrual of a

8    cause of action.  The court rejected plaintiffs' argument because the evidence in the record

9    demonstrated, among other things, that plaintiffs' retained counsel filed the FOIA request,

10   received a partial response to their FOIA request, and wrote a letter to the IRS stating that IRS

11   conclusions were erroneous and that these conclusions were communicated to the NTA.  The

12   court also noted that plaintiffs claimed in their Second Amended Complaint that several years

13   before suit was filed, their "representatives" (whom the court suspected were plaintiffs' attorneys)

14   were threatened by an NTA official with a press leak to coerce Plaintiffs into accepting their audit

15   proposal.  Therefore, the court concluded that plaintiffs' attorneys' involvement in plaintiffs'

16   alleged date of discovery had been placed "at issue" in the case.[1]

17          In the instant case, Mattel has not affirmatively put at issue privileged information in

18   support of its claim or defense.  Mattel's complaint does not refer directly or indirectly to any

19   attorney investigation or attorney involvement in Mattel's alleged discovery of the basis of its

20   claims.  Nor has Mattel alleged that it learned the basis of its claims by means of privileged

21   attorney-client communications or work product.  Mattel's discovery responses also make clear

22   that Mattel is not relying on any privileged information to support its allegations of fraudulent

23   concealment.  Instead, Mattel has disclosed that it first learned of the basis of its claims when it

24   received a copy of Bryant's agreement with MGA in unrelated litigation.  Therefore, the second

25   element of the <u>Hearn</u> test has not been satisfied.

---

[1] This court declines to follow <u>Rambus Inc. v. Samsung Electronics Co., Ltd.</u>, 2007 WL 344376 (N.D. Cal. Nov. 3, 2007), as it appears to be inconsistent with the cases discussed immediately above.

Bryant v. Mattel, Inc.,
CV-04-09049 SGL (RNBx)

EXHIBIT _____ 12B

PAGE _____ 1700

7

1    Furthermore, the third element of the Hearn test is clearly dispositive in this case because

2    MGA cannot show that application of the privilege would deny it access to information "vital" to

3    its defense. Courts applying Hearn in the Ninth Circuit and elsewhere have construed "vital" to

4    mean that the information sought is not available from other sources. See Amlani, 169 F.3d at

5    1195 ("When the sought-after evidence is "only 'one of several forms of indirect evidence' about

6    an issue," the privilege has not been waived.") (citing Hamilton v. Lumsden (In re Geothermal

7    Resources Int'l, Inc.), 93 F.3d 648, 653 (9th Cir. 1996); see also 1st Sec. Bank of Wash. v. Eriksen,

8    2007 WL 188881, at *3 (W.D. Wash 2007) ("[u]nder Hearn, the information sought must be

9    'vital' to defendants' case, meaning that the information is available from no other source").

10    In the instant case, there are many other means of proof available to MGA to support its

11    statute of limitations and laches defenses. Mattel has produced hundreds of pages of non-

12    privileged documents regarding its investigations relating to Bryant and/or MGA, including the

13    2002 investigations regarding the "anonymous letter" and potential copyright infringement of

14    Mattel's Toon Teens. In addition, MGA took the deposition of Richard De Anda, Mattel's head of

15    security, who testified regarding how and when Mattel first investigated Bryant and MGA. Mr.

16    De Anda confirmed that he had not even heard of MGA, Bryant or Bratz before March 2002.

17    Mattel has also provided interrogatory responses explaining its investigations of Bryant and

18    MGA, and how and when it first learned of Bryant's allegedly wrongful conduct that forms the

19    basis for Mattel's claims. Significantly, Mattel provided the following information:

20        Mattel conducted an investigation in Spring 2002 based on allegations that Bryant may have plagiarized "Toon Teens" and created Bratz dolls for MGA, and later in August 2002 based on an anonymous letter sent to Mattel. The letter's author (whoever it was) offered no evidence for his or her allegations. The potential claims investigated in 2002 have not been asserted in this case. In March 2002, Mattel investigated allegations of possible copyright infringement of "Toon Teens" designs, not whether Mr. Bryant created Bratz or worked with MGA during his Mattel employment. The potential claims investigated in 2002 did not give Mattel any knowledge, or even reason to believe, that Bryant worked for MGA and/or conceived of Bratz while a Mattel employee.

21        Subsequently, on November 24, 2003, Mattel obtained a copy of a contract between defendant Carter Bryant and defendant MGA. That contract – which Bryant and MGA had entered into while Bryant was employed by Mattel – required Bryant to provide design services to MGA on a "top priority" basis, in conflict with his then-existing obligations to Mattel. It also purported to grant MGA ownership of works produced by Bryant both before and after the agreement's effective date, in further contravention of his obligations to Mattel.

1    Through this agreement, Mattel first determined that it was likely that Bryant
2    worked as a designer for a Mattel competitor, MGA, while being employed and
     paid by Mattel for his exclusive services as a designer.

3    Supp. Responses to MGA's First Set of Interrogatories at p. 13, attached as Ex. 3 to Mumford

4    Decl. MGA has also had the opportunity to question Mattel's in-house lawyer, Michael Moore,

5    during an evidentiary hearing conducted by the district court.

6        In addition, MGA recently took the deposition of Mattel's 30(b)(6) designee on several

7    topics relevant to MGA's defenses, including all acts, omissions, circumstances and/or evidence

8    showing, or tending to show (1) when Mattel first became aware of any alleged wrongful conduct

9    of Bryant, (2) the manner and mode by which Mattel first became aware of any alleged wrongful

10   conduct of Bryant, (3) when Mattel first became aware that Bryant was involved in the

11   conception, creation, design and/or reduction to practice of Bratz, (4) how Mattel first became

12   aware that Bryant was involved in the conception, creation, design and/or reduction to practice of

13   Bratz, and (5) all actions taken by Mattel, including but not limited to all circumstances

14   surrounding any investigations Mattel has undertaken, relating to Bratz after Mattel learned that

     Bryant was involved in the conception, creation, design and/or reduction to practice of Bratz.

15       MGA contends, however, that Mattel "deliberately under-prepared the 30(b)(6) witness on

16   statute of limitations and laches topics so that she would testify that nothing Mattel's Legal

17   Department or Security Department investigated prior to November 2003 could possibly have put

18   the company on notice of the facts underlying its claims in this litigation." MGA's Supplemental

19   Submission at p.1. MGA contends further that "[b]ecause the witness was shielded during her

20   preparation from critical facts that might show otherwise, it was tantamount to Mattel making a

21   privilege assertion before-the-fact rather than at the deposition itself." Id. at pp. 1-2. In

22   particular, MGA contends that the witness was not given access to Mattel's Legal Department's

23   file or redacted portions of Mattel's Security Department's files, or spoke to anyone about those

24   files, to ascertain what underlying facts had been disclosed or uncovered by Mattel in any of its

25   pre-November 2003 investigations. Id. at p.2.

26       A review of the deposition transcript, however, reveals that Mattel's 30(b)(6) witness

27   provided substantial testimony relevant to MGA's defense. Over the course of a ten hour day,

28   Bryant v. Mattel, Inc.,
     CV-04-09049 SGL (RNBx)

EXHIBIT _____ 128

PAGE _____ 1702

9

1   Mattel's corporate designee gave over three hundred pages of testimony and freely answered all
2   but a handful of questions posed to her on this subject. The transcript shows that the witness fully
3   cooperated and gave responses to the best of her ability. Mattel's counsel did not obstruct MGA's
4   questioning of the witness. Nor did Mattel's counsel object to any questions based upon the
5   attorney-client privilege. The witness provided significant factual evidence related to how and
6   when Mattel first learned that Bryant was working for MGA while he was employed by Mattel.
7   Indeed, MGA has not pointed to any significant deficiencies in the witness' preparedness, other
8   than the witness' lack of knowledge concerning the contents of Mattel's Legal Department files
9   and Security Department investigation files. It is unclear, however, whether the witness' failure to
10  review the contents of Mattel's Legal Department and Security Department files materially
11  affected MGA's ability to obtain full and complete testimony because the witness was
12  knowledgeable about the scope of investigations conducted by both departments. In any event,
13  MGA's remedy lies in resumption of the deposition, and not the expansive subject matter waiver
    of privileged information MGA now seeks.
14       MGA next contends that the privileged information it seeks is vital because Mattel, in an
15  effort to defeat MGA's summary judgment motion, submitted the declaration of its in-house
16  counsel, Michael Moore, attesting that "Mattel knew nothing that could remotely put it on notice
17  of the facts underlying this lawsuit until November 24, 2003." MGA's Supp. Submission at p.2,
18  Second Supp. Mumford Decl., Ex. 2. Although Mattel's recent submission might arguably affect
19  the analysis under the second element of the Hearn test, it does not change the analysis under the
20  third prong. As previously discussed, Mattel has already produced substantial evidence related to
21  MGA's statute of limitations and laches defenses. MGA has not been denied factual evidence
22  related to how and when Mattel first learned that Bryant was working for MGA while he was
23  employed by Mattel. Therefore, the confidential information MGA now seeks is not "vital" to its
24  defense.

## IV. CONCLUSION

25       For the reasons set forth above, MGA's motion to compel discovery of information
26  protected by the attorney-client privilege and work product immunity based on waiver by claim

28

Bryant v. Mattel, Inc.,
CV-04-09049 SGL (RNBx)

EXHIBIT ___/2___

PAGE ___1703___

10

1   assertion is DENIED.

2          Pursuant to Paragraph 6 of the Stipulation and Order for Appointment of a Discovery

3   Master, Mattel shall file this Order with the Clerk of Court forthwith.

4

5   Dated: April 25, 2008                              / s /
                                              _____
6                                             HON. EDWARD A. INFANTE (Ret.)
                                                      Discovery Master
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
     Bryant v. Mattel, Inc.,                                              11
     CV-04-09049 SGL (RNBx)

EXHIBIT ___128___

PAGE ___1704___

## PROOF OF SERVICE BY E-MAIL

I, Sandra Chan, not a party to the within action, hereby declare that on April 25, 2008, I served the attached ORDER DENYING MGA'S MOTION TO COMPEL DISCOVERY AS TO ISSUES AS TO WHICH MATTEL HAS PURPORTEDLY WAIVED THE ATTORNEY-CLIENT AND WORK PRODUCT PRIVILEGES BY CLAIM ASSERTION in the within action by email addressed as follows:

| | | |
|---|---|---|
| John W. Keker, Esq. | Keker & Van Nest | jkeker@kvn.com |
| Michael H. Page, Esq. | Keker & Van Nest | mhp@kvn.com |
| Christa Anderson, Esq. | Keker & Van Nest | cma@kvn.com |
| Matthew M. Werdegar, Esq. | Keker & Van Nest | mwerdegar@kvn.com |
| John E. Trinidad, Esq. | Keker & Van Nest | jtrinidad@kvn.com |
| Audrey Walton-Hadlock, Esq. | Keker & Van Nest | awalton-hadlock@kvn.com |
| John Quinn Esq. | Quinn, Emanuel, Urquhart, Oliver & Hedges | johnquinn@quinnemanuel.com |
| Michael Zeller Esq. | Quinn, Emanuel, Urquhart, Oliver & Hedges | michaelzeller@quinnemanuel.com |
| Jon Corey Esq. | Quinn, Emanuel, Urquhart, Oliver & Hedges | joncorey@quinnemanuel.com |
| Duane Lyons Esq. | Quinn, Emanuel, Urquhart, Oliver & Hedges | duanelyons@quinnemanuel.com |
| Timothy Alger Esq. | Quinn, Emanuel, Urquhart, Oliver & Hedges | timalger@quinnemanuel.com |
| Dominic Surprenant Esq. | Quinn, Emanuel, Urquhart, Oliver & Hedges | DominicSurprenant@QuinnEmanuel.com |
| B. Dylan Proctor Esq. | Quinn, Emanuel, Urquhart, Oliver & Hedges | dylanproctor@quinnemanuel.com |
| Shane McKenzie Esq. | Quinn, Emanuel, Urquhart, Oliver & Hedges | shanemckenzie@quinnemanuel.com |
| Bridget Hauler Esq. | Quinn, Emanuel, Urquhart, Oliver & Hedges | bridgethauler@quinnemanuel.com |
| Tamar Buchakjian Esq. | Quinn, Emanuel, Urquhart, Oliver & Hedges | tamarbuchakjian@quinnemanuel.com |
| Juan Pablo Alban, Esq. | Quinn, Emanuel, Urquhart, Oliver & Hedges | juanpabloalban@quinnemanuel.com |
| John Gordon, Esq. | Quinn, Emanuel, Urquhart, Oliver & Hedges | johngordon@quinnemanuel.com |
| Diane Hutnyan, Esq. | Quinn, Emanuel, Urquhart, Oliver & Hedges | dianehutnyan@quinnemanuel.com |
| Thomas J. Nolan, Esq. | Skadden, Arps, Slate, Meagher & Flom LLP | tnolan@skadden.com |
| Raoul D. Kennedy, Esq. | Skadden, Arps, Slate, Meagher & Flom LLP | rkennedy@skadden.com |
| Amy S. Park, Esq. | Skadden, Arps, Slate, Meagher & Flom LLP | apark@skadden.com |
| Harriet S. Posner, Esq. | Skadden, Arps, Slate, Meagher & Flom LLP | hposner@skadden.com |
| Carl Alan Roth, Esq. | Skadden, Arps, Slate, Meagher & Flom LLP | croth@skadden.com |
| Timothy A. Miller, Esq. | Skadden, Arps, Slate, Meagher & Flom LLP | tmiller@skadden.com |
| Marcus R. Mumford, Esq. | Skadden, Arps, Slate, Meagher & Flom LLP | Mmumford@skadden.com |
| Paul M. Eckles, Esq. | Skadden, Arps, Slate, Meagher & Flom LLP | Paul.eckles@skadden.com |
| Lance A. Etcheverry, Esq. | Skadden, Arps, Slate, Meagher & Flom LLP | Lance.etcheverry@skadden.com |
| Robert J. Herrington, Esq. | Skadden, Arps, Slate, Meagher & Flom LLP | Robert.herrington@skadden.com |
| Mark Overland, Esq. | Overland, Borenstein, et al. | moverland@obsklaw.com |
| Alexander Cote, Esq. | Overland, Borenstein, et al. | acote@obsklaw.com |
| David C. Scheper, Esq. | Overland, Borenstein, et al. | dscheper@obsklaw.com |

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on April 25, 2008, at San Francisco, California.

_____
Sandra Chan

EXHIBIT _____ 128

PAGE _____ 1705

**EXHIBIT 129**

| From: | Isaac Larian (President / CEO) |
|---|---|
| To: | Valerie Grant |
| CC: | |
| BCC: | |
| Sent Date: | 2003-08-17 16:45:36:203 |
| Received Date: | 2003-08-17 16:45:36:203 |
| Subject: | FW: Cash / P&L Forecast for Balance of 2003 |
| Attachments: | MGA 2003 Forecast Revised 062603.xls |

Please handle this.

I want to take some cash out on regular bases.

Isaac Larian
CEO
Please note my new e mail address below
MGA ENTERTAINMENT
A Consumer Entertainment Product Company
16730 Schoenborn Street
North Hills, California, 91343-6122
Tel: 818-894-3150
Fax:818-894-1267
Larianl1@MGAE.COM
www.MGAE.COM
Meet the girls with Passion for Fashion
www.Bratzpack.com

----Original Message----
From: Mel Woods
Sent: Thursday, June 26, 2003 6:37 AM
To: Isaac Larian (President / CEO)
Subject: FW: Cash / P&L Forecast for Balance of 2003

Based on the attached cash flow information I have now been able to come up with a preliminary withdrawal/investment plan for you for the rest of this year. While these number are approximate, over the next six months, you and your sister will use about          in the new building. In addition, you will recive cash distributions, completely net of taxes, of the year. Below is a simple table showing the approximate amount and timing of distributions (I have always left          in the company for safety.):

DATE AMOUNT AMOUNT BUILDING
TO ISAAC TO SHIRIN
------ ------ ------

Sept. & Oct. 0 0 0

By

Confidential - For Attorney's Eyes Only

EXHIBIT ____129____

PAGE ____1706____

MGA 3772472

REDACTED

Dec 0 0 0

Isaac, as you have requested, the plan is to place 50% of your funds with Bear Stearns and 50% with
JP Morgan in appropriately diversivied and conservative investment strategies which I showed you
the other day.

Please confirm that I have your approval to proceed with this plan.

-----Original Message-----
From: Jeffrey Hall
To: Mel Woods
Cc: Isaac Larian (President / CEO)
Sent: 6/26/2003 12:00 AM
Subject: Cash / P&L Forecast for Balance of 2003

Mel,

Attached are the revised forecasts for the Cash Balance, P&L and Balance
Sheet presented monthly for the remainder of 2003. Please note the
following items:

- The Revenues are conservatively forecast at a gross

- The Balance Sheet shows conservative buildups of both Inventory and
Accounts Receivable.....We should do better in reducing balances in both
areas, which could serve to increase Cash flow a
the August - October time frame. Inventory and Receivables balances for
November and December reflect the expected Hallmark Deferrals, which
serve to increase Inventory while reducing Receivables.

- Distributions reflect the estimated tax payments which will be
required to be paid in September and December.

-Licensing revenues are forecast at a conservative level of
for the entire year. No Video / DVD revenues are included in 2003.

The overall results based on these assumptions are a month end Cash
balance of $           the end of June (total LA and HK cash),
which will grow to           by the end of July and remain
million for the balance of 2003, peaking at a balance           at
the end of December. November and December are traditionally the months
in which our cash flow flourishes based on collections of amounts
shipped in the September - October timeframe. This held true for 2002
and should continue in 2003, as our projected cash balance grows from
                                  end of November

EXHIBIT ___17̲9̲̲___

PAGE ___1707___

Confidential - For Attorney's Eyes Only

MGA 3772473

REDACTED

end of December.

Feel free to contact me with any questions or comments.....I plan to call you around midnight tonight HK time (9am LA time) to discuss this and the Sossi-Eve issue....I'm in room 854 at the New World Renaissance if you need to contact me any earlier than that.

Regards,

Jeff

<<MGA 2003 Forecast Revised 062603.xls>>

EXHIBIT ___129___

PAGE ___1708___

Confidential - For Attorney's Eyes Only

MGA 3772474

**REDACTED**

**EXHIBIT 130**

Deloitte & Touche LLP
Suite 200
350 South Grand Avenue
Los Angeles, California 90071-3462

Tel: (213) 688-0800
Fax: (213) 688-0100
www.us.deloitte.com

**Deloitte**
**& Touche**

## INDEPENDENT AUDITORS' REPORT

To the Board of Directors and Stockholders of
ABC International Traders, Inc.:

We have audited the accompanying balance sheets of ABC International Traders, Inc. (the "Company") as of December 31, 2000 and 1999, and the related statements of operations, stockholders' equity (deficiency), and cash flows for the years then ended. These financial statements are the responsibility of the Company's management. Our responsibility is to express an opinion on these financial statements based on our audits.

We conducted our audits in accordance with auditing standards generally accepted in the United States of America. Those standards require that we plan and perform the audits to obtain reasonable assurance about whether the financial statements are free of material misstatement. An audit includes examining, on a test basis, evidence supporting the amounts and disclosures in the financial statements. An audit also includes assessing the accounting principles used and significant estimates made by management, as well as evaluating the overall financial statement presentation. We believe that our audits provide a reasonable basis for our opinion.

In our opinion, the accompanying financial statements present fairly, in all material respects, the financial position of the Company as of December 31, 2000 and 1999, and the results of its operations and its cash flows for the years then ended in conformity with accounting principles generally accepted in the United States of America.

*Deloitte & Touche LLP*

July 12, 2001

SUBJECT TO PROTECTIVE
ORDER

Deloitte
Touche
Tohmatsu

Pacific Southwest: Carlsbad  Costa Mesa  Las Vegas  Los Angeles  Phoenix  Reno  San Diego

CONFIDENTIAL
ATTORNEYS EYES ONLY

**MGA 7341**

EXHIBIT ___130___

PAGE ___1709___

# ABC INTERNATIONAL TRADERS, INC.

## BALANCE SHEETS
## DECEMBER 31, 2000 AND 1999

| ASSETS (Note 3) | 2000 | 1999 |
|---|---|---|
| **CURRENT ASSETS:** | | |
| Cash | $ 1,143,974 | |
| Accounts receivable, net of allowance for doubtful accounts and reserve for returns of $7,668,000 and $3,524,000 as of December 31, 2000 and 1999, respectively | 8,743,256 | $11,153,873 |
| Inventories | 14,277,927 | 5,834,496 |
| Prepaid expenses and other current assets | 189,373 | 352,522 |
| Due from affiliate (Note 2) | 209,175 | |
| Total current assets | 24,563,705 | 17,340,891 |
| **PROPERTY AND EQUIPMENT:** | | |
| Machinery and equipment | 2,230,819 | 1,135,895 |
| Leasehold improvements | 215,575 | 86,195 |
| | 2,446,394 | 1,222,090 |
| Accumulated depreciation and amortization | (1,534,077) | (627,396) |
| Property and equipment, net | 912,317 | 594,694 |
| TOTAL | $25,476,022 | $17,935,585 |

| LIABILITIES AND STOCKHOLDERS' EQUITY (DEFICIENCY) | 2000 | 1999 |
|---|---|---|
| **CURRENT LIABILITIES:** | | |
| Bank overdraft | | $ 78,852 |
| Accounts payable | $ 8,396,041 | 3,387,045 |
| Accrued expenses | 4,555,095 | 2,865,558 |
| Due to affiliate (Note 2) | | 319,924 |
| Current maturities of notes payable (Note 3) | 11,271,427 | 39,260 |
| Total current liabilities | 24,222,563 | 6,690,639 |
| NOTES PAYABLE (Note 3) | 1,147,172 | 2,088,394 |
| NOTES PAYABLE TO STOCKHOLDERS (Note 2) | 3,590,028 | 3,253,842 |
| Total liabilities | 28,959,763 | 12,032,875 |
| COMMITMENTS AND CONTINGENCIES (Note 5) | | |
| **STOCKHOLDERS' EQUITY (DEFICIENCY) (Note 7):** | | |
| Common stock, no par value; authorized, 10,000 shares; issued and outstanding, 2,222 shares | 225,000 | 225,000 |
| (Accumulated deficit) retained earnings | (3,708,741) | 5,677,710 |
| Total stockholders' equity (deficiency) | (3,483,741) | 5,902,710 |
| TOTAL | $25,476,022 | $17,935,585 |

See accompanying notes to financial statements.

SUBJECT TO PROTECTIVE ORDER

- 2 -

CONFIDENTIAL
ATTORNEYS EYES ONLY

MGA 7342

EXHIBIT ___130___

PAGE ___1710___

# ABC INTERNATIONAL TRADERS, INC.

## STATEMENTS OF OPERATIONS
## YEARS ENDED DECEMBER 31, 2000 AND 1999

|  | 2000 | 1999 |
|---|---|---|
| NET SALES | $77,489,458 | $66,349,553 |
| COST OF SALES | 54,414,386 | 43,048,237 |
| GROSS PROFIT | 23,075,072 | 23,301,316 |
| OPERATING EXPENSES: |  |  |
| Sales and marketing | 18,728,991 | 9,701,710 |
| General and administrative (Note 2) | 9,379,491 | 8,137,461 |
| Total operating expenses | 28,108,482 | 17,839,171 |
| (LOSS) INCOME FROM OPERATIONS | (5,033,410) | 5,462,145 |
| OTHER EXPENSE: |  |  |
| Interest expense (Notes 2 and 3) | (1,179,263) | (670,900) |
| Other expense | (250,756) | (126,264) |
| Total other expense | (1,430,019) | (797,164) |
| (LOSS) INCOME BEFORE INCOME TAXES | (6,463,429) | 4,664,981 |
| INCOME TAXES | 800 | 23,898 |
| NET (LOSS) INCOME | $ (6,464,229) | $ 4,641,083 |

See accompanying notes to financial statements.

SUBJECT TO PROTECTIVE ORDER

CONFIDENTIAL
ATTORNEYS EYES ONLY

MGA 7343

- 3 -

EXHIBIT _____ 130

PAGE _____ 1711

# ABC INTERNATIONAL TRADERS, INC.

## STATEMENTS OF STOCKHOLDERS' EQUITY (DEFICIENCY)
YEARS ENDED DECEMBER 31, 2000 AND 1999

| | Common Stock | | (Accumulated Deficit) Retained Earnings | Total Stockholders' Equity (Deficiency) |
| --- | --- | --- | --- | --- |
| | Number of Shares | Amount | | |
| BALANCE, JANUARY 1, 1999 | 2,222 | $ 225,000 | $ 1,206,627 | $ 1,431,627 |
| Net income | | | 4,641,083 | 4,641,083 |
| Distributions to stockholders | | | (170,000) | (170,000) |
| BALANCE, DECEMBER 31, 1999 | 2,222 | 225,000 | 5,677,710 | 5,902,710 |
| Net loss | | | (6,464,229) | (6,464,229) |
| Distributions to stockholders | | | (2,922,222) | (2,922,222) |
| BALANCE, DECEMBER 31, 2000 | 2,222 | $ 225,000 | $ (3,708,741) | $ (3,483,741) |

See accompanying notes to financial statements.

SUBJECT TO PROTECTIVE ORDER

CONFIDENTIAL
ATTORNEYS EYES ONLY

- 4 -

**MGA 7344**

EXHIBIT 130

PAGE 172

# ABC INTERNATIONAL TRADERS, INC.

## STATEMENTS OF CASH FLOWS
## YEARS ENDED DECEMBER 31, 2000 AND 1999

|  | 2000 | 1999 |
|---|---|---|
| CASH FLOWS FROM OPERATING ACTIVITIES: | | |
| Net (loss) income | $ (6,464,229) | $ 4,641,083 |
| Adjustments to reconcile net (loss) income to net cash (used in) provided by operating activities: | | |
| Depreciation and amortization | 2,530,933 | 1,349,312 |
| Loss on disposal of property and equipment | 169,404 | 217,998 |
| Cash held in escrow | | 591,786 |
| Changes in operating assets and liabilities: | | |
| Accounts receivable | 2,410,617 | (3,540,506) |
| Inventories | (8,443,431) | 1,565,899 |
| Due (from) to affiliate | (529,099) | 188,708 |
| Prepaid expenses and other current assets | 163,149 | 26,849 |
| Accounts payable | 5,280,017 | (611,123) |
| Accrued expenses | 1,689,537 | (589,023) |
| Net cash (used in) provided by operating activities | (3,193,102) | 3,840,983 |
| CASH FLOWS FROM INVESTING ACTIVITIES - | | |
| Purchase of property and equipment | (3,288,981) | (883,781) |
| CASH FLOWS FROM FINANCING ACTIVITIES: | | |
| Bank overdraft | (78,852) | 78,852 |
| Net proceeds (repayments) of notes payable | 10,290,945 | (3,141,621) |
| Repayments of subordinated notes payable to stockholders | | (316,885) |
| Proceeds from subordinated notes payable to stockholders | 336,186 | 323,915 |
| Distributions to stockholders | (2,922,222) | (170,000) |
| Net cash provided by (used in) financing activities | 7,626,057 | (3,225,739) |
| NET INCREASE (DECREASE) IN CASH | 1,143,974 | (268,537) |
| CASH, BEGINNING OF YEAR | | 268,537 |
| CASH, END OF YEAR | $ 1,143,974 | $ - |
| SUPPLEMENTAL DISCLOSURE OF CASH FLOW INFORMATION - | | |
| Cash paid during the year for: | | |
| Interest | $ 1,103,805 | $ 828,881 |
| Income taxes | $ 51,130 | $ 110,800 |

SUPPLEMENTAL DISCLOSURES OF NONCASH INVESTING AND FINANCING ACTIVITIES -
The Company acquired certain property and equipment during 2000 and 1999. The related invoices, which had not yet been paid at December 31, 2000 and 1999, totaled $277,186 and $548,207, respectively, and are reflected in accounts payable in the accompanying consolidated balance sheets.

See accompanying notes to financial statements.

SUBJECT TO PROTECTIVE
ORDER

CONFIDENTIAL
ATTORNEYS EYES ONLY

- 5 -

MGA 7345

EXHIBIT ___130___

PAGE ___1713___

# ABC INTERNATIONAL TRADERS, INC.

NOTES TO FINANCIAL STATEMENTS
YEARS ENDED DECEMBER 31, 2000 AND 1999

1.  **SUMMARY OF SIGNIFICANT ACCOUNTING POLICIES**

*Description of Business* - ABC International Traders, Inc. (the "Company") is engaged in importing and distributing handheld electronics, toys, and entertainment devices. The Company sells its products to both foreign and domestic retail and wholesale customers.

*Revenue Recognition* - Revenue is recognized when a product is shipped and both title and risk of loss have passed, which, beginning in 2000, can range up to 45 days after shipment.

*Concentration of Credit Risk* - Financial instruments that subject the Company to credit risk consist primarily of cash and accounts receivable. The Company, at times, maintains cash balances at certain financial institutions in excess of federally insured deposit limits.

The Company performs periodic credit evaluations of its customers and maintains allowances for potential credit losses. The Company estimates credit losses based on management's evaluation of historical experience and current industry trends. Although the Company expects to collect amounts due, actual collections may differ from the estimated amounts.

*Inventories* - Inventories are stated at the lower of cost or market, cost being determined using the average-cost method. Inventories are composed primarily of finished goods.

*Property and Equipment* - Property and equipment are stated at cost, less accumulated depreciation and amortization. Property and equipment are depreciated using the straight-line method over the estimated useful lives of the related assets, generally ranging from one to five years. Leasehold improvements are amortized over the shorter of the lease term or the estimated life of the improvement.

*Royalties* - Advance royalties, paid by the Company for the right to use certain trade names and characters, are included in prepaid expenses and other current assets and are amortized at the contractual royalty rate based on actual net product sales. Minimum guaranteed royalty commitments are expensed when it is determined by the Company that the minimum will not be attained through future sales of the related products. Royalty liabilities, in excess of the minimum guaranteed amount, are recorded when such amounts are earned by the licensor.

*Income Taxes* - In accordance with Subchapter S of the Internal Revenue Code, the Company is not subject to federal income taxes at the corporate level; however, the Company is subject to California state franchise taxes at a rate of 1.5 percent of income before income taxes.

Approximately $1,275,000 of the Company's retained earnings was accumulated in years prior to the S corporation election and would be taxed to the stockholders in the event of distribution. The Company intends to distribute funds to the stockholders to provide for personal income tax liabilities related to the S corporation income as they arise.

SUBJECT TO PROTECTIVE
ORDER

CONFIDENTIAL
ATTORNEYS EYES ONLY

- 6 -

**MGA 7346**

EXHIBIT _____ 130

PAGE _____ 174

*Stock-Based Compensation* - In 1997, the Company adopted the disclosure-only provisions of Statement of Financial Accounting Standards ("SFAS") No. 123, "Accounting for Stock-Based Compensation." The Company continues to account for its stock compensation arrangements using the intrinsic value method in accordance with Accounting Principles Board ("APB") Opinion No. 25, "Accounting for Stock Issued to Employees."

*Advertising Costs* - Advertising costs are expensed as incurred, and for 2000 and 1999 advertising costs incurred amounted to $9,481,556 and $4,078,625, respectively.

*Impairment of Long-Lived Assets* - The Company reviews the recoverability of intangible assets and other long-lived assets whenever events or changes in circumstances indicate that the carrying value of such assets may not be recoverable. If the expected future cash flows from the use of such assets (undiscounted and without interest charges) are less than the carrying value, the Company's policy is to record an impairment loss for the difference between the carrying value and estimated fair value of the assets.

*Use of Estimates* - The preparation of financial statements in conformity with accounting principles generally accepted in the United States of America requires management to make estimates and assumptions that affect the reported amounts of assets and liabilities and disclosure of contingent assets and liabilities at the date of the financial statements and the reported amounts of revenues and expenses during the periods reported. Actual results could materially differ from those estimates.

*Prospective Accounting Changes* - SFAS No. 133, "Accounting for Derivative Instruments and Hedging Activities," as amended, is effective for the Company beginning January 1, 2001. SFAS No. 133 requires that an entity recognize all derivatives as either assets or liabilities measured at fair value. The accounting for changes in the fair value of derivatives depends upon its use. The adoption of SFAS No. 133 did not have a material impact upon the Company's financial statements.

*Reclassifications* - Certain reclassifications have been made to the 1999 financial statements to conform to the 2000 presentation.

2. RELATED-PARTY TRANSACTIONS

*Due to/from Affiliate* - The Company pays the general and administrative expenses of an affiliate based in Hong Kong. The affiliate primarily performs procurement, shipping, and receivable collection services on behalf of the Company. The Company incurred costs of $3,744,354 and $2,487,057 for the years ended December 31, 2000 and 1999, respectively. These costs are included in general and administrative expenses in the accompanying statements of operations. During 2000 and 1999, the affiliate incurred certain administrative expenses, which had not yet been reimbursed by the Company at year-end. Accordingly, amounts due from/to the affiliate were $209,175 and $319,924 at December 31, 2000 and 1999, respectively.

*Notes Payable to Stockholders* - Notes payable to stockholders represent unsecured advances that are subordinated to the line of credit (see Note 3) and may not be paid until May 2001. Interest is accrued monthly at a rate of prime plus 1.50 percent. The interest rate was 10.00 percent at December 31, 2000 and 1999, respectively. Interest expense on the notes was $339,813 and $323,915 for the years ended December 31, 2000 and 1999, respectively.

SUBJECT TO PROTECTIVE
ORDER

CONFIDENTIAL
ATTORNEYS EYES ONLY

- 7 -

**MGA 7347**

EXHIBIT ___130___

PAGE ___1715___

3.   **NOTES PAYABLE**

Notes payable consist of the following:

|  | 2000 | 1999 |
|---|---|---|
| Line of credit | $11,230,568 | $ 899,027 |
| Note payable | 1,188,031 | 1,228,627 |
|  | 12,418,599 | 2,127,654 |
| Less current portion | 11,271,427 | 39,260 |
|  | $ 1,147,172 | $2,088,394 |

The line of credit provides for borrowings up to $13,000,000, limited to 75 percent of eligible accounts receivable and up to 60 percent of eligible inventories, as defined.  Borrowings under the line of credit are collateralized by substantially all of the Company's assets.

The line of credit was renewed and amended in June 2001.  The line of credit expires May 15, 2002 but provides for annual renewals thereafter.  Additionally, the amended line-of-credit agreement contains certain restrictive covenants, including, but not limited to, the maintenance of minimum net worth, as defined.

Borrowings under the line of credit may be used as follows:

- Revolving line of credit;
- Commercial letters of credit of up to $5,000,000, with a maximum maturity of 120 days; and
- Trade acceptances up to $3,000,000, with a maximum maturity of 90 days.

Interest is payable monthly at the rate of 1.125 percent in excess of the prime rate on line-of-credit advances, two percent on commercial letters of credit, and 2.75 percent on trade acceptances.  The prime rate was 9.50 percent and 8.50 percent at December 31, 2000 and 1999, respectively.

In addition, the Company has a promissory note payable to the Small Business Administration in the original amount of $1,350,000, due in monthly installments of $7,299, including interest at four percent per annum through July 2024.  The note is secured by certain real estate owned by the Company's stockholders.

Future maturities of notes payable are as follows:

| Year Ending December 31, |  |
|---|---|
| 2001 | $ 40,860 |
| 2002 | 11,273,091 |
| 2003 | 44,256 |
| 2004 | 46,059 |
| 2005 | 47,936 |
| Thereafter | 966,397 |
|  | $12,418,599 |

SUBJECT TO PROTECTIVE ORDER

CONFIDENTIAL ATTORNEYS EYES ONLY

- 8 -

MGA 7348

EXHIBIT _130_

PAGE _1716_

4.  **EMPLOYEE BENEFIT PLAN**

The Company has a 401(k) plan covering eligible employees. Employer contributions are made at a rate of 25 percent of the employee's contributions, up to 5 percent of the employee's salary. Total contributions are not to exceed the annual amounts deductible under federal income tax regulations. The Company contributed $24,374 and $27,491 to the 401(k) plan for the years ended December 31, 2000 and 1999, respectively.

5.  **COMMITMENTS AND CONTINGENCIES**

*Leases* - The Company leases facilities and certain equipment under noncancelable operating leases expiring during 2005. The leases are generally on a net-rent basis, whereby the Company pays taxes, maintenance, and insurance. At December 31, 2000, the future minimum lease commitments under these leases are as follows:

| Year Ending December 31, | |
| --- | --- |
| 2001 | $ 69,120 |
| 2002 | 69,120 |
| 2003 | 69,120 |
| 2004 | 69,120 |
| 2005 | 23,040 |
| | $299,520 |

In addition, the Company leases office and warehouse facilities from partnerships, in which the Company's stockholders are the partners, at a current rate of approximately $21,000 per month, on a month-to-month basis.

The Company stores certain inventory at a public warehouse. Rent is based on the square footage utilized and can be canceled with one day's notice. Rent expense on this warehouse was approximately $178,636 and $102,000 for the years ended December 31, 2000 and 1999, respectively.

Total rent expense was $430,540 and $427,359 for the years ended December 31, 2000 and 1999, respectively, including $251,904 in 2000 and 1999 paid to the affiliated partnerships.

*Litigation* - The U.S. Customs Service has asserted that the Company owes approximately $467,000 for invalid duty drawback filings. The Company has accrued $400,000 of the amount asserted by the U.S. Customs Service, as it is the opinion of management, based upon consultation with counsel, that the liability which may result from the resolution of this matter will not exceed $400,000.

In 1995, a former employee of the Company asserted claims against the Company to recover commission allegedly due the employee. During 1998, the Company deposited the awarded damages into an escrow account to be held pending the resolution of the suit. This amount was paid to the employee during 1999.

The Company is also subject to other claims arising in the ordinary course of business. In the opinion of management, the ultimate resolution of such pending claims and legal proceedings will not have a materially adverse effect on the Company's business or financial condition.

SUBJECT TO PROTECTIVE ORDER

CONFIDENTIAL ATTORNEYS EYES ONLY

- 9 -

**MGA 7349**

EXHIBIT ___130___

PAGE ___1717___

6.    **SIGNIFICANT CUSTOMERS AND VENDORS**

Sales to two significant customers in 2000 accounted for 24 percent and 22 percent of sales. Three significant customers in 1999 accounted for 30 percent, 13 percent, and 12 percent of net sales. The Company had two significant customers comprising 48 percent and 27 percent of accounts receivable at December 31, 2000 and two significant customers comprising 59 percent and 10 percent of accounts receivable at December 31, 1999.

Inventory purchases from one significant vendor accounted for 23 percent and 29 percent of net inventory purchases for the years ended December 31, 2000 and 1999, respectively.

7.    **STOCK OPTIONS**

The Company has a stock option plan (the "Plan") for qualifying directors, key employees, and significant consultants, as defined by the Plan. At December 31, 2000, all outstanding options have been granted to current employees. The Plan provides for options to be granted at an exercise price at least equal to the market value of the shares on the date of the grant, as determined by the Board of Directors. The maximum aggregate number of shares of common stock authorized under the Plan is 392 shares. Stock options granted vest over five years and expire after ten years from the date of grant.

A summary of the option transactions under the Plan follows:

|  | Number of Shares | Weighted-Average Exercise Price |
|---|---|---|
| Outstanding, January 1, 1999 | 178 | $3,438 |
| Granted during 1999 | 22 | $2,260 |
| Canceled | 76 | $5,020 |
| Outstanding, December 31, 1999 | 124 | $2,260 |
| Granted during 2000 | - | $ - |
| Canceled | 22 | $2,260 |
| Outstanding, December 31, 2000 | 102 | $2,260 |

At December 31, 2000, 102 stock options had an exercise price of $2,260 per share. As of December 31, 2000, there were 290 shares available for future grant. As of December 31, 2000 and 1999, 15 and 5 stock options, respectively, were vested.

SFAS No. 123 defines and encourages the use of the fair value method of accounting for employee stock-based compensation but allows the continued use of the intrinsic value-based method of accounting prescribed in APB Opinion No. 25 and related interpretations. As permitted under SFAS No. 123, the Company continues to use the intrinsic value method of accounting for stock-based compensation. Disclosures required by SFAS No. 123 have been omitted because the amounts are not material.

SUBJECT TO PROTECTIVE ORDER

CONFIDENTIAL
ATTORNEYS EYES ONLY

- 10 -

MGA 7350

EXHIBIT ___130___

PAGE ___1718___

8.   **BANKRUPTCY**

On March 19, 1997, the Company commenced a reorganization case by filing a voluntary petition for relief under Chapter 11, Title 1 of the United States Code in the United States Bankruptcy Court for the Central District of California, Woodland Hills Division (the "Bankruptcy Court"). The filing was due to a judgment against the Company for $5.6 million dollars, plus interest and prospective attorney's fees.

On October 1, 1997, the Bankruptcy Court confirmed a settlement with the Plaintiffs for $135,000 cash and a 50 percent portion, after legal fees, of a claim for $100,000 that the Company has against a vendor. The Company's insurance carriers paid the cash settlement.

Based on the settlement, on December 17, 1997, the Company requested the Bankruptcy Court to approve dismissal of the bankruptcy filing, which was approved on February 5, 1999.

* * * * * *

SUBJECT TO PROTECTIVE ORDER

CONFIDENTIAL
ATTORNEYS EYES ONLY

- 11 -

**MGA 7351**

EXHIBIT _____ 130

PAGE _____ 1719

**EXHIBIT 131**

# Deloitte.

Deloitte & Touche LLP
350 South Grand Avenue
Suite 200
Los Angeles, CA 90071-3462
USA

Tel: +1 213 688 0800
Fax: +1 213 688 0100
www.deloitte.com

**INDEPENDENT AUDITORS' REPORT**

Board of Directors and Stockholders
MGA Entertainment, Inc.

We have audited the accompanying balance sheets of MGA Entertainment, Inc. (formerly ABC International Traders, Inc.) (the "Company") as of December 31, 2001 and 2000 and the related statements of operations, stockholders' equity (deficiency) and cash flows for the years then ended. These financial statements are the responsibility of the Company's management. Our responsibility is to express an opinion on these financial statements based on our audits.

We conducted our audits in accordance with auditing standards generally accepted in the United States of America. Those standards require that we plan and perform the audit to obtain reasonable assurance about whether the financial statements are free of material misstatement. An audit includes examining, on a test basis, evidence supporting the amounts and disclosures in the financial statements. An audit also includes assessing the accounting principles used and significant estimates made by management, as well as evaluating the overall financial statement presentation. We believe that our audits provide a reasonable basis for our opinion.

In our opinion, the accompanying financial statements present fairly, in all material respects, the financial position of the Company as of December 31, 2001 and 2000 and the results of its operations and its cash flows for the years then ended in conformity with accounting principles generally accepted in the United States of America.

*Deloitte & Touche LLP*

October 8, 2002, except for Note 3 as to
which the date is December 9, 2002

Irvine Southwest    Carlsbad    Costa Mesa    Las Vegas    Los Angeles    Phoenix    Reno    San Diego

Member of
Deloitte Touche Tohmatsu

SUBJECT TO PROTECTIVE
ORDER

CONFIDENTIAL
ATTORNEYS EYES ONLY

**MGA 7352**

EXHIBIT ___131___

PAGE ___1720___

# MGA ENTERTAINMENT, INC.

**BALANCE SHEETS**
**DECEMBER 31, 2001 AND 2000**

| ASSETS (Note 3) | 2001 | 2000 |
|---|---|---|
| **CURRENT ASSETS:** | | |
| Cash | $    555,955 | $  1,143,974 |
| Accounts receivable—net of allowance for doubtful accounts and reserve for returns and sales incentives of $3,609,000 and $7,668,000 as of December 31, 2001 and 2000, respectively (Note 6) | 15,068,048 | 8,743,256 |
| Inventories (Note 6) | 13,892,695 | 14,277,927 |
| Prepaid expenses and other current assets | 313,774 | 189,373 |
| Due from affiliate (Note 2) | 71,272 | 209,175 |
| Total current assets | 29,901,744 | 24,563,705 |
| **PROPERTY AND EQUIPMENT:** | | |
| Machinery and equipment | 2,516,566 | 2,230,819 |
| Leasehold improvements | 225,147 | 215,575 |
| | 2,541,713 | 2,446,394 |
| Accumulated depreciation and amortization | (1,840,238) | (1,534,077) |
| Property and equipment—net | 701,475 | 912,317 |
| TOTAL | $30,603,219 | $25,476,022 |

**LIABILITIES AND STOCKHOLDERS' EQUITY (DEFICIENCY)**

| | | |
|---|---|---|
| **CURRENT LIABILITIES:** | | |
| Accounts payable | $ 10,094,225 | $  8,396,041 |
| Accrued expenses | 4,584,587 | 4,555,095 |
| Current maturities of notes payable (Note 3) | 16,783,839 | 11,271,427 |
| Total current liabilities | 31,262,651 | 24,222,563 |
| NOTES PAYABLE (Note 3) | 1,124,997 | 1,147,172 |
| NOTES PAYABLE TO RELATED PARTIES (Note 2) | 2,683,702 | 3,590,028 |
| Total liabilities | 35,071,350 | 28,959,763 |
| **COMMITMENTS AND CONTINGENCIES (Note 5)** | | |
| **STOCKHOLDERS' EQUITY (DEFICIENCY) (Note 7):** | | |
| Common stock, no par value—authorized, 100,000,000 shares; issued and outstanding, 22,222,222 shares | 225,000 | 225,000 |
| Accumulated deficit | (4,514,610) | (3,708,741) |
| Stockholder receivable (Note 2) | (378,521) | |
| Total stockholders' deficiency | (4,468,131) | (3,483,741) |
| TOTAL | $30,603,219 | $25,476,022 |

See accompanying notes to financial statements.

- 2 -

SUBJECT TO PROTECTIVE
ORDER

CONFIDENTIAL
ATTORNEYS EYES ONLY

**MGA 7353**

EXHIBIT ___131___

PAGE ___1721___

# MGA ENTERTAINMENT, INC.

## STATEMENTS OF OPERATIONS
### YEARS ENDED DECEMBER 31, 2001 AND 2000

|  | 2001 | 2000 |
|---|---|---|
| NET SALES (Note 6) | $96,370,206 | $77,489,458 |
| COST OF SALES (Note 6) | 64,662,964 | 53,300,325 |
| GROSS PROFIT | 31,707,242 | 24,189,133 |
| OPERATING EXPENSES: |  |  |
| Sales and marketing (Note 2) | 20,557,327 | 19,843,052 |
| General and administrative | 10,242,430 | 9,379,491 |
| Total operating expenses | 30,799,757 | 29,222,543 |
| INCOME (LOSS) FROM OPERATIONS | 907,485 | (5,033,410) |
| OTHER EXPENSE: |  |  |
| Interest expense—net (Notes 2 and 3) | (1,206,383) | (1,179,263) |
| Other expense | (306,171) | (250,756) |
| Total other expense | (1,512,554) | (1,430,019) |
| LOSS BEFORE INCOME TAXES | (605,069) | (6,463,429) |
| INCOME TAXES | 800 | 800 |
| NET LOSS | $ (605,869) | $ (6,464,229) |

See accompanying notes to financial statements.

- 3 -

SUBJECT TO PROTECTIVE
ORDER

CONFIDENTIAL
ATTORNEYS EYES ONLY

**MGA 7354**

EXHIBIT _13)_

PAGE _1722_

# MGA ENTERTAINMENT, INC.

**STATEMENTS OF STOCKHOLDERS' EQUITY (DEFICIENCY)**
**YEARS ENDED DECEMBER 31, 2001 AND 2000**

| | Common Stock | | Retained Earnings (Accumulated Deficit) | Stockholder Receivable | Total Stockholders' Equity (Deficiency) |
|---|---|---|---|---|---|
| | Number of Shares | Amount | | | |
| BALANCE, JANUARY 1, 2000 | 2,222 | $ 225,000 | $ 5,677,710 | $        - | $ 5,902,710 |
| Net loss | | | (6,464,229) | | (6,464,229) |
| Distributions to stockholders | | | (2,922,222) | | (2,922,222) |
| BALANCE, DECEMBER 31, 2000 | 2,222 | 225,000 | (3,708,741) | | (3,483,741) |
| Net loss | | | (605,869) | | (605,869) |
| Advances to stockholder | | | | (378,521) | (378,521) |
| BALANCE, DECEMBER 31, 2001 | 2,222 | $ 225,000 | $ (4,314,610) | $ (378,521) | $ (4,468,131) |

See accompanying notes to financial statements.

- 4 -

SUBJECT TO PROTECTIVE ORDER

CONFIDENTIAL
ATTORNEYS EYES ONLY

MGA 7355

EXHIBIT ____131____

PAGE ____1723____

## MGA ENTERTAINMENT, INC.

STATEMENTS OF CASH FLOWS
YEARS ENDED DECEMBER 31, 2001 AND 2000

| | 2001 | 2000 |
|---|---|---|
| CASH FLOWS FROM OPERATING ACTIVITIES: | | |
| Net loss | $ (605,869) | $ (6,464,229) |
| Adjustments to reconcile net loss to net cash used in operating activities: | | |
| Depreciation and amortization | 2,608,367 | 2,530,933 |
| Loss on disposal of property and equipment | 397,354 | 169,404 |
| Changes in operating assets and liabilities: | | |
| Accounts receivable | (6,324,792) | 2,410,617 |
| Inventories | 385,232 | (8,443,431) |
| Prepaid expenses and other current assets | (124,401) | 163,149 |
| Due from affiliate | 137,903 | (529,099) |
| Accounts payable | 1,775,098 | 5,280,017 |
| Accrued expenses | (170,508) | 1,689,537 |
| Net cash used in operating activities | (1,921,616) | (3,193,102) |
| CASH FLOWS FROM INVESTING ACTIVITIES—Purchase of property and equipment | (2,871,793) | (3,288,981) |
| CASH FLOWS FROM FINANCING ACTIVITIES: | | |
| Bank overdraft | | (78,852) |
| Net proceeds from notes payable | 5,490,237 | 10,290,945 |
| Repayments of subordinated notes payable to related parties | (2,327,726) | |
| Proceeds from subordinated notes payable to related parties | 1,421,400 | 336,186 |
| Advances to stockholder | (378,521) | |
| Distributions to stockholders | | (2,922,222) |
| Net cash provided by financing activities | 4,205,390 | 7,626,057 |
| NET (DECREASE) INCREASE IN CASH | (588,019) | 1,143,974 |
| CASH, BEGINNING OF YEAR | 1,143,974 | |
| CASH, END OF YEAR | $ 555,955 | $ 1,143,974 |
| SUPPLEMENTAL DISCLOSURE OF CASH FLOW INFORMATION—Cash paid during the year for: | | |
| Interest | $ 1,689,691 | $ 1,103,805 |
| Income taxes | $ - | $ 51,130 |

SUPPLEMENTAL DISCLOSURES OF NONCASH INVESTING AND FINANCING
ACTIVITIES—The Company acquired certain property and equipment during 2001 and 2000.
The related invoices, which had not yet been paid at December 31, 2001 and 2000, totaled
$200,272 and $277,186, respectively, and are reflected in accounts payable in the accompanying
balance sheets.

See accompanying notes to financial statements.

- 5 -

SUBJECT TO PROTECTIVE
ORDER

CONFIDENTIAL
ATTORNEYS EYES ONLY

EXHIBIT ___131___

PAGE ___1724___

**MGA 7356**

## MGA ENTERTAINMENT, INC.

NOTES TO FINANCIAL STATEMENTS
YEARS ENDED DECEMBER 31, 2001 AND 2000

1.   SUMMARY OF SIGNIFICANT ACCOUNTING POLICIES

*Description of Business*—GA Entertainment, Inc. (the "Company") is engaged in importing and distributing handheld electronics, toys and entertainment devices. The Company sells its products to foreign and domestic retail and wholesale customers. On September 16, 2002, the Company amended its articles of incorporation to change its name from ABC International Traders, Inc.

*Revenue Recognition*—Revenue is recognized when a product is shipped and both title and risk of loss have passed, which, beginning in 2000, can range up to 45 days after shipment. Revenue is recognized net of returns, discounts and other customer incentives.

*Concentration of Credit Risk*—Financial instruments that subject the Company to credit risk consist primarily of cash and accounts receivable. The Company, at times, maintains cash balances at certain financial institutions in excess of federally insured deposit limits.

The Company performs periodic credit evaluations of its customers and maintains allowances for potential credit losses. The Company estimates credit losses based on management's evaluation of historical experience and current industry trends. Although the Company expects to collect amounts due, actual collections may differ from the estimated amounts.

*Inventories*—Inventories are stated at the lower of cost or market, cost being determined using the average-cost method. Inventories are composed primarily of finished goods.

*Property and Equipment*—Property and equipment are stated at cost, less accumulated depreciation and amortization. Property and equipment are depreciated using the straight-line method over the estimated useful lives of the related assets, generally ranging from one to five years. Leasehold improvements are amortized over the shorter of the lease term or the estimated life of the improvement.

*Royalties*—Advance royalties, paid by the Company for the right to use certain trade names and characters, are included in prepaid expenses and other current assets and are amortized at the contractual royalty rate based on actual net product sales. Minimum guaranteed royalty commitments are expensed when it is determined by the Company that the minimum will not be attained through future sales of the related products. Royalty liabilities, in excess of the minimum guaranteed amount, are recorded when such amounts are earned by the licensor. Royalties expense is recorded in cost of sales in the accompanying statements of operations.

*Income Taxes*—In accordance with Subchapter S of the Internal Revenue Code, the Company is not subject to federal income taxes at the corporate level; however, the Company is subject to California state franchise taxes at a rate of 1.5% of income before income taxes.

Approximately $1,275,000 of the Company's retained earnings was accumulated in years prior to the S corporation election and would be taxed to the stockholders in the event of distribution. The Company intends to distribute funds to the stockholders to provide for personal income tax liabilities related to the S corporation income as they arise.

- 6 -

SUBJECT TO PROTECTIVE ORDER

CONFIDENTIAL
ATTORNEYS EYES ONLY

**MGA 7357**

EXHIBIT ____131____

PAGE ____1725____

*Stock-Based Compensation*—The Company uses the disclosure-only provisions of Statement of Financial Accounting Standards ("SFAS") No. 123, *Accounting for Stock-Based Compensation*. The Company continues to account for its stock compensation arrangements using the intrinsic value method in accordance with Accounting Principles Board ("APB") Opinion No. 25, *Accounting for Stock Issued to Employees*.

*Advertising Costs*—Advertising costs are expensed as incurred and amounted to $7,679,710 and $9,481,556 for the years ended December 31, 2001 and 2000, respectively.

*Impairment of Long-Lived Assets*—The Company reviews the recoverability of intangible assets and other long-lived assets whenever events or changes in circumstances indicate that the carrying value of such assets may not be recoverable. If the expected future cash flows from the use of such assets (undiscounted and without interest charges) are less than the carrying value, the Company's policy is to record an impairment loss for the difference between the carrying value and estimated fair value of the assets.

*Use of Estimates*—The preparation of financial statements in conformity with accounting principles generally accepted in the United States of America requires management to make estimates and assumptions that affect the reported amounts of assets and liabilities and disclosure of contingent assets and liabilities at the date of the financial statements and the reported amounts of revenues and expenses during the periods reported. Actual results could materially differ from those estimates.

*Recent Accounting Pronouncements*—SFAS No. 133, *Accounting for Derivative Instruments and Hedging Activities*, as amended, is effective for the Company beginning January 1, 2001. SFAS No. 133 requires that an entity recognize all derivatives as either assets or liabilities measured at fair value. The accounting for changes in the fair value of derivatives depends upon its use. The adoption of SFAS No. 133 did not have a material impact upon the Company's financial statements.

In June 2001, the Financial Accounting Standards Board ("FASB") issued SFAS No. 141, *Business Combinations*, and SFAS No. 142, *Goodwill and Other Intangibles Assets*. SFAS No. 141 requires the purchase method of accounting for business combinations initiated after June 30, 2001 and eliminates the pooling-of-interests method. SFAS No. 142 changes the accounting for goodwill from an amortization method to an impairment method-only approach. The Company adopted SFAS No. 142 effective January 1, 2002. The adoption of SFAS Nos. 141 and 142 did not have a significant impact on the Company's financial statements.

In August 2001, FASB issued SFAS No. 144, *Accounting for the Impairment or Disposal of Long-Lived Assets*. SFAS No. 144 supersedes SFAS No. 121, *Accounting for the Impairment of Long-Lived Assets and for Long-Lived Assets to Be Disposed Of*. SFAS No. 144 retained substantially all of the requirements of SFAS No. 121 while resolving certain implementation issues. The Company adopted SFAS No. 144 effective January 1, 2002. The adoption of SFAS No. 144 did not have a material impact on the Company's financial statements.

In April 2002, FASB issued SFAS No. 145, which rescinds SFAS No. 4, *Reporting Gains and Losses from Extinguishment of Debt*, and also amends other existing authoritative pronouncements to make various technical corrections, clarify meanings, or describe their applicability under changed conditions. A principal effect will be the prospective characterization of gains and losses from debt extinguishments used as part of an entity's risk management strategy. Under SFAS No. 4, all gains and losses from early extinguishment of debt were required to be aggregated and, if material, classified as an extraordinary

- 7 -

SUBJECT TO PROTECTIVE ORDER

CONFIDENTIAL
ATTORNEYS EYES ONLY

**MGA 7358**

EXHIBIT ___131___

PAGE ___1726___

item, net of related income tax effect. Under SFAS No. 145, gains and losses from extinguishment of debt will not be classified as extraordinary items unless they meet much more narrow criteria in APB Opinion No. 30. SFAS No. 145 may be adopted early but is otherwise effective for fiscal years beginning after May 15, 2002 and must be adopted with retroactive effect. The Company believes that the adoption of SFAS No. 145 will not have a material impact on the Company's financial statements.

In June 2002, FASB issued SFAS No. 146, *Accounting for Costs Associated with Exit or Disposal Activities*. SFAS No. 146 requires that costs associated with an exit or disposal activity be recognized when incurred as opposed to an entity's commitment to an exit plan as previously allowed. The provisions of SFAS No. 146 are effective for exit or disposal activities that are initiated after December 31, 2002, with early application encouraged.

*Reclassifications*—Certain reclassifications have been made to the 2000 financial statements to conform to the 2001 presentation.

2.   **RELATED-PARTY TRANSACTIONS**

*Due to/from Affiliate*—The Company pays the general and administrative expenses of an affiliate based in Hong Kong. The affiliate primarily performs procurement, shipping and receivable collection services on behalf of the Company. Such costs totaled $4,318,805 and $3,744,354 for the years ended December 31, 2001 and 2000, respectively, and are included in sales and marketing expenses in the accompanying statements of operations. The Company periodically deposits funds into the affiliates' bank account for its use to process payments on behalf of the Company. Accordingly, amounts due from the affiliate were $71,272 and $209,175 at December 31, 2001 and 2000, respectively.

*Notes Payable to Related Parties*—Notes payable to related parties are to stockholders, a former stockholder and others related to the stockholder. Borrowings are unsecured advances that are subordinated to the line of credit (see Note 3) and may not be paid until May 2002. Interest is being accrued at 10% for 2001 and 2000. Interest expense on the notes was $382,993 and $339,813 for the years ended December 31, 2001 and 2000, respectively.

*Stockholder Receivable*—The stockholder receivable arises from advances made to the majority stockholder and chief executive officer in connection with payments made to a former stockholder and officer of the Company for the purchase by the majority stockholder of the former stockholder's ownership interest in the Company. The receivable has no stated interest rate or repayment terms. On January 1, 2001 the Company entered into a five-year consulting agreement with the former stockholder, which provides monthly payments of $7,500.

3.   **NOTES PAYABLE**

Notes payable consist of the following at December 31:

|  | 2001 | 2000 |
|---|---|---|
| Line of credit | $16,757,539 | $11,230,568 |
| Note payable | 1,151,297 | 1,188,031 |
|  | 17,908,836 | 12,418,599 |
| Less current portion | 16,783,839 | 11,271,427 |
|  | $ 1,124,997 | $ 1,147,172 |

- 8 -

SUBJECT TO PROTECTIVE ORDER

CONFIDENTIAL
ATTORNEYS EYES ONLY

MGA 7359

EXHIBIT ___13)___

PAGE ___1727___

The line of credit provides for borrowings up to $18,000,000, limited to 75% of eligible accounts receivable and up to 60% of eligible inventories, as defined. Borrowings under the line of credit are collateralized by substantially all of the Company's assets.

The line of credit was renewed and amended in October 2002. The line of credit expires May 15, 2003 but provides for annual renewals thereafter. Additionally, the amended line-of-credit agreement contains certain restrictive covenants, including, but not limited to, the maintenance of minimum net worth, as defined. As of December 31, 2001, the Company was not in compliance with certain restrictive covenants included in the credit agreement. In December 2002, the Company received a waiver of those requirements from the bank.

Borrowings under the line of credit may be used as follows:

- Revolving line of credit;

- Commercial letters of credit of up to $5,000,000, with a maximum maturity of 120 days; and

- Trade acceptances up to $3,000,000, with a maximum maturity of 90 days.

Interest is payable monthly at the rate of 1.125% in excess of the prime rate on line-of-credit advances, 2% on commercial letters of credit and 2.75% on trade acceptances. The prime rate was 4.75% and 9.50% at December 31, 2001 and 2000, respectively.

In addition, the Company has a promissory note payable to the Small Business Administration in the original amount of $1,350,000, due in monthly installments of $7,299, including interest at 4.0% per annum through July 2024. The note is secured by certain real estate owned by the Company's stockholders.

Future maturities of notes payable are as follows:

| Year Ending December 31 | |
|---|---|
| 2002 | $16,783,839 |
| 2003 | 27,742 |
| 2004 | 29,263 |
| 2005 | 30,868 |
| 2006 | 32,560 |
| Thereafter | 1,004,564 |
| | $17,908,836 |

**4.   EMPLOYEE BENEFIT PLAN**

The Company has a 401(k) plan covering eligible employees. Employer contributions are made at a rate of 25% of the employee's contributions, up to 5% of the employee's salary. Total contributions are not to exceed the annual amounts deductible under federal income tax regulations. The Company contributed $21,197 and $24,374 to the 401(k) plan for the years ended December 31, 2001 and 2000, respectively.

- 9 -

SUBJECT TO PROTECTIVE ORDER

CONFIDENTIAL
ATTORNEYS EYES ONLY

MGA 7360

EXHIBIT ___13/___

PAGE ___1728___

5.   **COMMITMENTS AND CONTINGENCIES**

*Leases*—The Company leases facilities and certain equipment under noncancelable operating leases expiring during 2005. The leases are generally on a net-rent basis, whereby the Company pays taxes, maintenance and insurance. At December 31, 2001, the future minimum lease commitments under these leases are as follows:

| Year Ending December 31 | |
|---|---|
| 2002 | $387,762 |
| 2003 | 492,762 |
| 2004 | 72,762 |
| 2005 | 25,165 |
| | $978,451 |

In addition, the Company leases office and warehouse facilities from partnerships, in which the Company's stockholders are the partners, at a current rate of approximately $22,000 per month, on a month-to-month basis.

The Company stores certain inventory at a public warehouse. Rent is based on the square footage utilized and can be canceled with one day's notice.

Total rent expense was $630,055 and $430,540 for the years ended December 31, 2001 and 2000, respectively, including $251,904 in 2001 and 2000 paid to the affiliated partnerships.

*Litigation*—The U.S. Customs Service has asserted that the Company owes approximately $620,000 for invalid duty drawback filings. The Company has accrued this amount, which is included in accrued expenses at December 31, 2001. The Company is disputing the assessment. As of December 31, 2001, the Company is unable to determine the ultimate outcome of this matter.

In March 2002, a corporation filed a Demand for Arbitration seeking damages from the Company for breach of a license agreement and other claims arising from certain product design and production activities occurring subsequent to December 31, 2001. In April 2002, the Company filed a complaint against the corporation and its president for copyright infringement, trademark infringement and breach of the same license agreement. In June 2002, an arbitration judgment was awarded against the Company for damages plus related costs. The license agreement was terminated by the arbitrator. In August 2002, the United States District Court confirmed the arbitration award against the Company for a total amount of approximately $1,723,000. The Company filed an appeal in August 2002. The Company is unable to determine the potential outcome of the matter.

The Company is also subject to other claims arising in the ordinary course of business. In the opinion of management, the ultimate resolution of such pending claims and legal proceedings will not have a materially adverse effect on the Company's business or financial condition.

6.   **SIGNIFICANT CUSTOMERS AND VENDORS**

Sales to two significant customers in 2001 and 2000 accounted for 22% and 15% and 24% and 22%, respectively, of sales. The Company had two significant customers comprising 38% and 24% and 48% and 27% of accounts receivable at December 31, 2001 and 2000, respectively.

- 10 -

SUBJECT TO PROTECTIVE ORDER

CONFIDENTIAL
ATTORNEYS EYES ONLY

MGA 7361

EXHIBIT _____13)_____

PAGE _____1729_____

Inventory purchases from one significant vendor accounted for 33% and 23% of net inventory purchases for the years ended December 31, 2001 and 2000, respectively.

7.   STOCK OPTIONS

The Company has a stock option plan (the "Plan") for qualifying directors, key employees and significant consultants, as defined by the Plan. At December 31, 2001, all outstanding options have been granted to current employees. The Plan provides for options to be granted at an exercise price at least equal to the market value of the shares on the date of the grant, as determined by the Board of Directors. The maximum aggregate number of shares of common stock authorized under the Plan is 3,920,000 shares. Stock options granted vest over five years and expire after 10 years from the date of grant.

A summary of the option transactions under the Plan follows:

|  | Number of Shares | Weighted-Average Exercise Price |
|---|---|---|
| Outstanding, January 1, 2000 | 1,240,000 | $ 0.23 |
| Granted during 2000 |  | $  - |
| Canceled | 220,000 | $ 0.23 |
| Outstanding, December 31, 2000 | 1,020,000 | $ 0.23 |
| Granted during 2001 | 75,000 | $ 3.47 |
| Canceled | 520,000 | $ 0.23 |
| Outstanding, December 31, 2001 | 575,000 | $ 0.65 |

As of December 31, 2001, there were 3,345,000 shares available for future grant. As of December 31, 2001 and 2000, 175,000 and 75,000 stock options, respectively, were vested.

SFAS No. 123 defines and encourages the use of the fair value method of accounting for employee stock-based compensation but allows the continued use of the intrinsic value-based method of accounting prescribed in APB Opinion No. 25 and related interpretations. As permitted under SFAS No. 123, the Company continues to use the intrinsic value method of accounting for stock-based compensation. Disclosures required by SFAS No. 123 have been omitted because the amounts are not material.

* * * * * *

- 11 -

SUBJECT TO PROTECTIVE
ORDER

CONFIDENTIAL
ATTORNEYS EYES ONLY

MGA 7362

EXHIBIT ____131____

PAGE ____1730____

**EXHIBIT 132**

CONSOLIDATED FINANCIAL STATEMENTS

MGA Entertainment, Inc.
Years Ended December 31, 2006 and 2005

EXHIBIT _____ 132

PAGE _____ 1731

Confidential - Attorney's Eyes Only

MGA 0868707

MGA Entertainment, Inc.

Consolidated Financial Statements

Years Ended December 31, 2006 and 2005

## Contents

Report of Independent Auditors.................................................................................................1

Consolidated Financial Statements

Consolidated Balance Sheets.................................................................................................2
Consolidated Statements of Income.......................................................................................3
Consolidated Statements of Stockholders' Equity.................................................................4
Consolidated Statements of Cash Flows................................................................................5
Notes to Consolidated Financial Statements.........................................................................6

EXHIBIT __132__

PAGE __1732__

Confidential - Attorney's Eyes Only

MGA 0868708



ERNST & YOUNG

■ Ernst & Young LLP
Warner Center Plaza 5
Suite 701
21800 Oxnard Street
Woodland Hills
California 91367-7534

■ Phone: (818) 703-4760
Fax:   (818) 442-9235
www.ey.com

## Report of Independent Auditors

Board of Directors and Stockholders
MGA Entertainment, Inc.

We have audited the accompanying consolidated balance sheets of MGA Entertainment, Inc. (the "Company") as of December 31, 2006 and 2005, and the related consolidated statements of income, stockholders' equity and cash flows for the years then ended. These financial statements are the responsibility of the Company's management. Our responsibility is to express an opinion on these financial statements based on our audits.

We conducted our audits in accordance with auditing standards generally accepted in the United States. Those standards require that we plan and perform the audit to obtain reasonable assurance about whether the financial statements are free of material misstatement. We were not engaged to perform an audit of the Company's internal control over financial reporting. Our audits included consideration of internal control over financial reporting as a basis for designing audit procedures that are appropriate in the circumstances, but not for the purpose of expressing an opinion on the effectiveness of the Company's internal control over financial reporting. Accordingly, we express no such opinion. An audit also includes examining, on a test basis, evidence supporting the amounts and disclosures in the financial statements, assessing the accounting principles used and significant estimates made by management, and evaluating the overall financial statement presentation. We believe that our audits provide a reasonable basis for our opinion.

In our opinion, the consolidated financial statements present fairly, in all material respects, the financial position of the Company as of December 31, 2006 and 2005, and the results of its operations and its cash flows for the years then ended in conformity with accounting principles generally accepted in the United States.

*Ernst + Young LLP*

Woodland Hills, California
March 23, 2007

A Member Practice of Ernst & Young Global

1

EXHIBIT 132
PAGE 1733

Confidential - Attorney's Eyes Only

MGA 0868709

# MGA Entertainment, Inc.

## Consolidated Balance Sheets

|  | December 31 | |
|  | 2006 | 2005 |
|---|---|---|
|  | *(In thousands, except shares)* | |
| **Assets** | | |
| Current assets: | | |
| Cash and cash equivalents | $   29,695 | $   59,732 |
| Accounts receivable, net of allowances of $35,469 | | |
| in 2006 and $29,473 in 2005 | 186,555 | 114,043 |
| Inventories | 95,865 | 30,794 |
| Prepaid expenses and other current assets | 16,939 | 5,417 |
| Total current assets | 329,054 | 209,986 |
| | | |
| Property and equipment: | | |
| Land | 3,912 | — |
| Buildings | 26,694 | — |
| Equipment | 92,292 | 57,490 |
| Leasehold improvements | 4,555 | 4,179 |
| | 127,453 | 61,669 |
| Accumulated depreciation and amortization | (65,649) | (40,394) |
| Property and equipment, net | 61,804 | 21,275 |
| | | |
| Trademarks | 29,699 | — |
| Product line | 3,820 | — |
| Episodic production costs and other | 12,565 | 6,009 |
| Deferred financing cost | 1,533 | — |
| Total assets | $   438,475 | $   237,270 |
| | | |
| **Liabilities and stockholders' equity** | | |
| Current liabilities: | | |
| Accounts payable | $   57,336 | $   5,871 |
| Accrued liabilities | 115,741 | 78,382 |
| Accrued royalties | 4,514 | 5,973 |
| Total current liabilities | 177,591 | 90,226 |
| | | |
| Deferred income tax liabilities | 1,940 | 1,659 |
| | | |
| Long-term loan | 150,000 | — |
| Notes payable | 411 | — |
| Other long-term payables | 846 | — |
| | | |
| Stockholders' equity | | |
| Common stock, no par value – authorized, 100,000,000 | | |
| shares; issued and outstanding – 22,200,000 shares | 225 | 225 |
| Retained earnings | 107,659 | 145,313 |
| Accumulated other comprehensive loss | (197) | (153) |
| Total stockholders' equity | 107,687 | 145,385 |
| Total liabilities and stockholders' equity | $   438,475 | $   237,270 |

*See accompanying notes.*

2

EXHIBIT _132_

PAGE _1734_

Confidential - Attorney's Eyes Only

MGA 0868710

MGA Entertainment, Inc.

Consolidated Statements of Income

|  | Years Ended December 31 | | | |
|  | 2006 | | 2005 | |
|  | (In thousands) | | | |
| Net sales | $ | 759,859 | $ | 706,382 |
| Cost of sales |  | 435,311 |  | 393,317 |
| Gross profit |  | 324,548 |  | 313,065 |
| Operating expenses: |  |  |  |  |
| Sales and marketing |  | 92,864 |  | 79,680 |
| General and administrative |  | 113,254 |  | 91,414 |
| Income from operations |  | 118,430 |  | 141,971 |
| Other income (expenses): |  |  |  |  |
| Interest income, net |  | 2,310 |  | 2,694 |
| Other income (expense) |  | (3,233) |  | 1,225 |
| Total other income (expenses) |  | (923) |  | 3,919 |
| Income before provision for income taxes |  | 117,507 |  | 145,890 |
| Provision for income taxes |  | 12,138 |  | 13,129 |
| Net income | $ | 105,369 | $ | 132,761 |

*See accompanying notes.*

3

Confidential - Attorney's Eyes Only

EXHIBIT _____ 132

PAGE _____ 1735

MGA 0868711

MGA Entertainment, Inc.

Consolidated Statements of Stockholders' Equity

*(In thousands, except shares)*

| | Common Stock | | Retained Earnings | Accumulated Other Comprehensive loss | Total Stockholders' Equity |
|---|---|---|---|---|---|
| | Number of Shares | Amount | | | |
| Balance at January 1, 2005 | 22,200,000 | $  225 | $  164,348 | $  (112) | $  164,461 |
| Distributions to stockholders | — | — | (151,796) | — | (151,796) |
| Net income | — | — | 132,761 | — | 132,761 |
| Foreign currency translation loss | — | — | — | (41) | (41) |
| Comprehensive income | | | | | 132,720 |
| Balance at December 31, 2005 | 22,200,000 | 225 | 145,313 | (153) | 145,385 |
| Distributions to stockholders | — | — | (143,023) | — | (143,023) |
| Net income | — | — | 105,369 | — | 105,369 |
| Foreign currency translation loss | — | — | — | (44) | (44) |
| Comprehensive income | | | | | 105,325 |
| Balance at December 31, 2006 | 22,200,000 | $  225 | $  107,659 | $  (197) | $  107,687 |

*See accompanying notes.*

4

EXHIBIT ___132___

PAGE ___1736___

Confidential - Attorney's Eyes Only

MGA 0868712

# MGA Entertainment, Inc.

## Consolidated Statements of Cash Flows

|  | Years Ended December 31 | |
|---|---|---|
|  | 2006 | 2005 |
|  | (In thousands) | |
| **Operating activities** | | |
| Net income | $     105,369 | $     132,761 |
| Adjustments to reconcile net income to net cash | | |
| provided by operating activities: | | |
| Depreciation and amortization | 22,639 | 16,287 |
| Loss on disposal of property and equipment | 74 | 7 |
| Deferred income taxes and others | 1,127 | (1,676) |
| Changes in operating assets and liabilities: | | |
| Accounts receivable | (72,512) | (85,129) |
| Inventories | (22,387) | 21,224 |
| Prepaid expenses and other current assets | (10,050) | 4,441 |
| Episodic production costs and others | (6,556) | 1,618 |
| Accounts payable | 51,465 | (15,309) |
| Accrued liabilities and other | 37,359 | 4,680 |
| Accrued discounts and allowances | – | (29) |
| Accrued royalties | (1,459) | 332 |
| Net cash provided by operating activities | 105,069 | 79,207 |
| | | |
| **Investing activities** | | |
| Acquisition of Business, net of cash acquired | (125,238) | – |
| Purchase of property and equipment, net | (15,679) | (18,308) |
| Proceeds from sale of fixed assets | – | 43 |
| Net cash used in investing activities | (140,917) | (18,265) |
| | | |
| **Financing activities** | | |
| Borrowing under long-term loan | 150,000 | – |
| Deferred financing costs | (1,533) | – |
| Borrowings from officers | 411 | – |
| Repayment of advances to stockholders | – | 5,195 |
| Distributions to stockholders | (143,023) | (151,796) |
| Net cash provided by (used in) financing activities | 5,855 | (146,601) |
| | | |
| Effect of exchange rate on cash | (44) | (41) |
| Net decrease in cash and cash equivalents | (30,037) | (85,700) |
| Cash and cash equivalents at beginning of year | 59,732 | 145,432 |
| Cash and cash equivalents at end of year | $     29,695 | $     59,732 |
| | | |
| **Supplemental disclosure of cash flow information** | | |
| Cash paid during the year for: | | |
| Interest | $     1,226 | $     – |
| Income taxes | $     5,574 | $     3,017 |

*See accompanying notes.*

EXHIBIT _____ 132

PAGE _____ 1737

Confidential - Attorney's Eyes Only

MGA 0868713

MGA Entertainment, Inc.

Notes to Consolidated Financial Statements

December 31, 2006

## 1. Summary of Significant Accounting Policies

### Principles of Consolidation

The accompanying consolidated financial statements include MGA Entertainment, Inc. (MGA or the "Company") and subsidiaries, all of which are wholly owned. All significant intercompany balances and transactions have been eliminated. The consolidated entities are collectively referred to as the Company.

The Company creates innovative lines of proprietary and licensed branded consumer entertainment products, including toys and games, dolls, consumer electronics, home décor and lifestyle products. During the years ended December 31, 2006 and 2005, a majority of its revenue was derived from the sale of toys, dolls and other products in the Company's "Bratz" branded product line. The Company sells its products to foreign and domestic retail and wholesale customers. In addition, the Company licenses its brands on a wide range of products from shoes to video games.

### Cash and Cash Equivalents

The Company considers all highly liquid instruments with an original maturity of three months or less to be cash equivalents.

### Revenue Recognition

Revenue, net of estimated returns, discounts and allowances, is recognized when a product is shipped and both title and risk of loss have passed to the customer. Shipping and handling costs are included in cost of sales. Sales returns and allowances for the years ended December 31, 2006 and 2005, amounted to $64,906,000 and $43,631,000, respectively.

### Royalty Income

The Company licenses the distribution of certain products in exchange for a royalty, generally based on a percentage of sales of the licensed products. Certain license arrangements provide for advance royalty payments. At December 31, 2006 and 2005, unearned royalties amounted to $8,920,000 and $6,376,000, respectively, and were included in accrued liabilities in the accompanying consolidated balance sheets. Royalty income from third parties of approximately $43,212,000 and $43,919,000 is included in net sales for the years ended December 31, 2006 and 2005, respectively.

EXHIBIT ____132____

PAGE ____1738____

6

Confidential - Attorney's Eyes Only

MGA 0868714

MGA Entertainment, Inc.

Notes to Consolidated Financial Statements (continued)

## 1. Summary of Significant Accounting Policies (continued)

### Concentrations

Financial instruments that subject the Company to credit risk consist primarily of cash and cash equivalents and accounts receivable. The Company maintains cash and cash equivalents balances with certain high-quality major financial institutions in excess of federally insured deposit limits.

For the years ended December 31, 2006 and 2005, sales to the three largest customers accounted for approximately 30%, 13%, and 12%, and 28%, 11%, and 13%, respectively, of sales. The same three significant customers represented approximately 44%, 15%, and 8%, and 44%, 17%, and 8%, of accounts receivable at December 31, 2006 and 2005, respectively.

The Company performs periodic credit evaluations of its customers and maintains allowances for potential credit losses. The Company estimates credit losses based on management's evaluation of historical experience and current industry trends. Although the Company expects to collect amounts due, actual collections may differ from the estimated amounts.

Inventory purchases from two significant vendors in Asia accounted for a majority of inventory purchases for the years ended December 31, 2006 and 2005.

### Foreign Currency Translation

Assets and liabilities of foreign subsidiaries with functional currencies other than the U.S. dollar are translated into U.S. dollars using the exchange rates in effect at the balance sheet date. Results of their operations are translated using the average exchange rates during the period. The resulting foreign currency translation adjustment is insignificant. Transaction gains and losses are recorded in the accompanying consolidated statements of income.

### Inventories

Inventories are stated at the lower of cost or market, cost being determined using the first-in, first-out method. Inventories are composed primarily of finished goods and raw materials.

7

EXHIBIT 132

PAGE 1739

MGA 0868715

MGA Entertainment, Inc.

Notes to Consolidated Financial Statements (continued)

## 1. Summary of Significant Accounting Policies (continued)

### Property and Equipment

Property and equipment are stated at cost, less accumulated depreciation and amortization. Property and equipment are depreciated using the straight-line method over the estimated useful lives of the related assets, generally ranging from one to five years. Leasehold improvements are amortized over the shorter of the lease term or the estimated life of the improvement.

### Royalty Expense

Advance royalties, paid by the Company for the right to use certain trade names and characters, are included in prepaid expenses and other current assets, and are amortized at the contractual royalty rate based on actual net product sales. Minimum guaranteed royalty commitments are expensed when it is determined by the Company that the minimum will not be attained through future sales of the related products. Royalty liabilities, in excess of the minimum guaranteed amount, are recorded when such amounts are earned by the licensor. Royalties expense totaled $10,199,000 in 2006 and $7,455,000 in 2005, and is included in cost of sales in the accompanying consolidated statements of income.

### Episodic Production Costs

Episodic productions are costs related to the production of videos for airing and distribution featuring some of the Company's products and characters. Production costs are capitalized and then expensed based on revenue received in relation to the total expected revenue from the production. Episodic production costs of approximately $5,307,000 and $15,274,000 were expensed into costs of sales for the years ended December 31, 2006 and 2005, respectively.

### Advertising Costs

Advertising costs are generally expensed as incurred and for the year ended December 31, 2006 and 2005, amounted to $54,769,000 and $44,297,000, respectively.

### Income Taxes

The Company accounts for United States, foreign and state income taxes in accordance with SFAS No. 109, *Accounting for Income Taxes*. Under this method, deferred income taxes and liabilities are computed based on the temporary differences between the financial statement and

EXHIBIT 132
PAGE 1740

8

Confidential - Attorney's Eyes Only

MGA 0868716

MGA Entertainment, Inc.

Notes to Consolidated Financial Statements (continued)

**1. Summary of Significant Accounting Policies (continued)**

income tax bases of assets and liabilities using the statutory marginal income tax rate in effect for the years in which the differences are expected to reverse. Valuation allowances are established when necessary to reduce deferred income tax assets to the amount expected to be realized.

The Company has elected to be taxed as an S Corporation for United States federal income tax and California franchise tax purposes. As an S Corporation, United States taxable income is allocated to stockholders based on their respective ownership. Additionally, S Corporations are subject to a California franchise tax of 1.5% of taxable income. The Company also records income tax provisions for income earned in foreign jurisdictions.

The provision for income taxes is composed of the following (dollars in thousands):

|  | 2006 | | 2005 |
|---|---|---|---|
| State income taxes | $ | **1,665** | $ 2,767 |
| Foreign income taxes | | **10,473** | 10,362 |
|  | $ | **12,138** | $ 13,129 |

**Impairment of Long-Lived Assets**

The Company reviews the recoverability of other long-lived assets whenever events or changes in circumstances indicate that the carrying value of such assets may not be recoverable. If the expected future cash flows from the use of such assets (undiscounted and without interest charges) are less than the carrying value, the Company's policy is to record an impairment loss for the difference between the carrying value and estimated fair value of the assets.

**Use of Estimates**

The preparation of financial statements in conformity with accounting principles generally accepted in the United States requires management to make estimates and assumptions that affect the reported amounts of assets and liabilities and disclosure of contingent assets and liabilities at the date of the financial statements and the reported amounts of revenues and expenses during the periods reported. Actual results could materially differ from those estimates.

9

EXHIBIT _____ 132
PAGE _____ 1741

Confidential - Attorney's Eyes Only

MGA 0868717

MGA Entertainment, Inc.

Notes to Consolidated Financial Statements (continued)

**1. Summary of Significant Accounting Policies (continued)**

**Reclassifications**

Certain amounts in 2005 consolidated financial statements have been reclassified to conform to current presentation. Significant reclassifications included in the accompanying consolidated financial statements for 2005 including a reclassification of approximately $2,650,000 of allowance from accrued liabilities to a reduction of accounts receivable and a reduction of approximately $1,950,000 from other income to cost of sales.

**2. Little Tikes Acquisition**

On November 6, 2006, the Company completed the purchase of certain assets of The Little Tikes Company (the "Little Tikes"), a division of Newell Rubbermaid, Inc. The purchase price was approximately $125,238,000, inclusive of transaction costs incurred by the Company and the assumption of certain liabilities relating to the business and the purchased assets. The Company used the purchase method to account for the combination.

Results of operation of Little Tikes for the period of November 6, 2006 to December 31, 2006, are included in the accompanying consolidated statements of income. The purchased price paid for Little Tikes was allocated to the assets acquired for financial reporting purposes in accordance with Statement of Financial Accounting Standards (SFAS) No. 141, *Business Combinations*.

The purchase price was allocated to the assets acquired as follows (dollars in thousands):

| | | |
|---|---|---|
| Current assets | $ | 44,156 |
| Property and equipment | | 47,563 |
| Trademarks | | 29,699 |
| Product lines | | 3,820 |
| | $ | 125,238 |

The trademark is considered an indefinite life intangible and will not be amortized, but will be reviewed for impairment annually. Product lines will be amortized over five years.

In connection with the purchase, the Company agreed to purchase certain transition services from the seller for a period not to exceed 12 months. Transition services include items such as accounting, human resources and data processing services. The Company recorded a charge to operations of approximately $600,000 for the period from acquisition to December 31, 2006, for these services.

10

EXHIBIT 132
PAGE 1742

Confidential - Attorney's Eyes Only

MGA 0868718

MGA Entertainment, Inc.

Notes to Consolidated Financial Statements (continued)

### 2. Little Tikes Acquisition (continued)

Included in prepaid expenses and other current assets is approximately $6.8 million for a working capital adjustment related to the purchase. If the final working capital adjustment varies, the purchase price and related allocations would be revised.

### 3. Long-Term Loan

The Company has a $200 million LIBOR Rate Revolving Loan of which $150,000,000 was outstanding as of December 31, 2006. It bears interests at LIBOR plus applicable margin (total rate of 6.255 percent at December 31, 2006). Interest expenses amounted to $1,693,000 for the year ended December 31, 2006. The Company will be charged a Commitment Fee of Unused Amount of the facility. Commitment fees incurred for the year ended December 31, 2006, approximated $15,000. The loan is secured by accounts receivable, inventory and the stock of certain subsidiaries and is due in 2011.

The loan agreement requires the Company to maintain certain financial ratios and restricts the amount of distributions to the shareholders to an amount computed quarterly. At December 31, 2006, the Company was in compliance with terms of the agreement.

### 4. Related-Party Transactions

**Notes Payable to Related Parties**

During 2006 and 2005, the Company had notes payable to stockholders, a former stockholder and others related to the stockholders. Borrowings were unsecured advances, and bear interest 3%. Interest of $70,000 and $271,000 was earned related to these notes in 2006 and 2005.

**Leases**

The Company has entered into facilities lease agreements with entities owned by the majority stockholder of the Company with a total remaining commitment of $26,360,000 at December 31, 2006. (See Note 4.)

11

EXHIBIT _132_

Confidential - Attorney's Eyes Only

PAGE _1743_

MGA 0868719

MGA Entertainment, Inc.

Notes to Consolidated Financial Statements (continued)

**5. Employee Benefit Plan**

The Company has a 401(k) plan covering eligible employees. Employer contributions are made at a rate of 25% of the employee's contributions, up to 5% of the employee's salary. Total contributions are not to exceed the annual amounts deductible under federal income tax regulations. The Company contributed $622,000 and $366,000 to the 401(k) plan for the years ended December 31, 2006 and 2005, respectively.

**6. Commitments and Contingencies**

**Leases**

The Company leases facilities and certain equipment under noncancelable operating leases expiring during 2009. The leases are generally on a net-rent basis, whereby the Company pays taxes, maintenance and insurance.

The future minimum lease commitments under these leases are as follows (dollars in thousands):

| Year ending December 31: | Related Party | | Other | | Total | |
|---|---|---|---|---|---|---|
| 2007 | $ | 5,272 | $ | 4,297 | $ | 9,569 |
| 2008 | | 5,272 | | 4,084 | | 9,356 |
| 2009 | | 5,272 | | 3,569 | | 8,841 |
| 2010 | | 5,272 | | 1,434 | | 6,706 |
| 2011 | | 5,272 | | 1,502 | | 6,774 |
| | $ | 26,360 | $ | 14,886 | $ | 41,246 |

Total rent expense was $8,214,000 and $7,405,000 for the years ended December 31, 2006 and 2005, respectively, including $4,064,000 in 2006 and $2,786,000 in 2005, paid to the partnerships in which stockholders are partners.

**Litigation**

In April 2004, an action was filed by Mattel, Inc. (Mattel) against an independent contractor of the Company, whose original 1998 drawings inspired MGA's creation of the dolls sold since 2001 by the Company under the trade name "Bratz." The complaint alleged causes of action for breach of contract, breach of the duty of loyalty, breach of fiduciary duty, unjust enrichment and conversion. The complaint alleged that the contractor performed services for an unnamed

12

Confidential - Attorney's Eyes Only

EXHIBIT ___132___

PAGE ___1744___

MGA 0868720

MGA Entertainment, Inc.

Notes to Consolidated Financial Statements (continued)

**6. Commitments and Contingencies (continued)**

"competitor" while employed by Mattel and that the contractor allegedly misappropriated Mattel property for his own gain and the gain of the unnamed "competitor," in violation of a Mattel inventions and assignments agreement and conflict of interest agreement previously executed by the contractor. While the Company was not named in the complaint, it intervened in the case due to the substantial interest the Company has in the outcome of the case. The contractor and the Company continue to vigorously defend this action. Due to the length of time required to resolve the issue of jurisdiction, including Mattel's appeal, which was denied, discovery in this matter is still in its beginning stages and it is too early for legal counsel to assess, with any degree of certainty, whether there will ultimately be any significant adverse effect on the Company's financial statements or its business. The case has been set for trial in February 2008. As noted above, the Company is vigorously contesting the suit and claims.

On November 20, 2006, Mattel, Inc. filed a motion to amend its complaint, and included the proposed amended pleading as an exhibit. In addition to reiterating its prior claims for alleged conversion and unfair competition, Mattel sought leave to add the Company, MGA Entertainment (HK) Limited, MGAE de Mexico, SRL de CV, an officer of the Company and an employee, as defendants and to assert additional claims relating to alleged copyright infringement, alleged RICO violations, alleged misappropriation of trade secrets, alleged intentional interference with contracts, as well as alleged breaches of the duty of loyalty, alleged aiding and abetting the breach of duty of loyalty and declaratory relief. The Company opposed the amendment of the original complaint to add these additional causes of action and Defendants and the Court agreed on January 12, 2007, granting Mattel leave to file these additional claims as part of an amended answer and counterclaim in the action entitled MGA Entertainment, Inc. v. Mattel, Inc. filed in April 2005. The Company's position regarding these counterclaims in this litigation remains as discussed above, that it will be vigorously contesting Mattel's position in the suit and Mattel's additional counterclaims.

The Company is also subject to other claims arising in the ordinary course of business. In the opinion of management, the ultimate resolution of all pending claims and legal proceedings will not have a materially adverse effect on the Company's business or financial condition.

13

EXHIBIT _132_

PAGE _1745_

Confidential - Attorney's Eyes Only

MGA 0868721

MGA Entertainment, Inc.

Notes to Consolidated Financial Statements (continued)

**7. Phantom Stock Plan**

The Company has a phantom stock plan, with aggregate authorized units of 995,000. The phantom stock plan provides unit awards to be granted at fair value as determined by the Company's board of directors. Awards vest over five years. As of December 31, 2006, the Company had outstanding 475,000 units under the plan. Upon death, termination without cause or a change in control, the holder of the unit is entitled to a cash payment equal to the difference between the current fair market value and the fair market value on the date of grant times the number of vested units held. At December 31, 2006, the Company recorded an accrued expense amounting to approximately $1,011,000, related to 74,500 units of vested phantom stocks.

14

EXHIBIT ___132___

PAGE ___1746___

Confidential - Attorney's Eyes Only

MGA 0868722

**EXHIBIT 133**

| | |
|---|---|
| **From:** | Jeffrey Hall |
| **To:** | Valerie Grant |
| **CC:** | Isaac Larian (President / CEO) |
| **BCC:** | |
| **Sent Date:** | 2003-09-04 00:00:23:156 |
| **Received Date:** | 2003-09-04 00:00:23:390 |
| **Subject:** | Revised P&L, Balance Sheet and Cash Flow for Remainder of 2003 |
| **Attachments:** | MGA 2003 Forecast Revised 090303.xls |

Val,

The attached file is a (hopefully) conservative estimate of our operations and Cash Flow on a monthly basis for the balance of 2003. September will be our tightest month cash-wise, as we have allocated $8 million for purchase of the new building and $6.1 million in estimated tax payments for Isaac and Shirin. Note that another $6.1 million in estimated tax payments is allocated for December, and no other extraordinary distributions are forecast for the remainder of 2003.

Taking the distributions into account, our cash balance figures to drop to between $12 - 13 million by the end of September, but should build back up to $37 million in October and November before dropping slightly to end the year around $27 million after the December estimated tax payments. This forecast is slightly conservative in that I put in a 15-30 day delinquent factor for payments related to HK Commercial Invoices. You can see the impact on A/R and Cash during June and July caused by HK's delinquent preparation of Commercial Invoices. The total A/R balance grew from $25 million at the end of May to $40 million at the end of June and $80 million at the end of July. The continued growth in the A/R balance for August, September, and October is due to increased sales volumes, our DSO will actually decline slightly as HK invoicing gets and stays more current.

The P&L Forecast includes what is hopefully a conservative total of $707 million in gross shipments, which equates to Net Sales of $619 million after accounting for Returns, Allowances, and the Hallmark Impact (which assumes that we elect the Hallmark Treatment for 2003 as we did in 2002). For purposes of the forecast, I assumed that 70% of our shipments for November and December will be to our Top 5 Customers for whom we elect the Hallmark Treatment (Walmart, Target, TRU, Kmart, Kaybee). Hallmark has no impact on our Cash Flow, other than to defer into the following year the sales and profits and thereby defer the tax liability for Isaac and Shirin. It also creates an increased Inventory Balance and reduced A/R balance, as the Hallmark sales are not treated as A/R and the cost of sales is carried as Inventory. Licensing Revenues of approximately $6 million take our total 2003 Net Revenues to just under $625 million.

I will continue to monitor the forecast, and will update August when actual results are finalized in the next 2 weeks. Feel free to contact me with any questions......

Jeff

EXHIBIT 133

PAGE 1747

Confidential - For Attorney's Eyes Only

MGA 1S06093

**EXHIBIT 134**

| | A | B | C | D | E |
|---|---|---|---|---|---|
| | Originating Document Number | Journal Entry | Series | TRX Date | Account Number |
| 1 | | | | | |
| 2 | | 96589 | Financial | 12/31/1999 | 3600-000 - |
| 3 | | | | | |
| 4 | | | | | |
| 5 | LARIAN AGHDAS | | | | |
| 6 | ISAAC'S LOAN TO AGHD | | 241332 | Purchasing | 10/27/2003 | 3600-000 - |
| 7 | | | | | |
| 8 | LARIAN, FARHAD | | | | |
| 9 | 1999 INCOME TAXES | | 99705 | Purchasing | 4/14/2000 | 3600-000 - |
| 10 | FEB 03 PAYMENT | | 198680 | Purchasing | 2/5/2003 | 3600-000 - |
| 11 | MAR 03 PAYMENT | | 202041 | Purchasing | 3/5/2003 | 3600-000 - |
| 12 | APR 03 PAYMENT | | 205544 | Purchasing | 4/1/2003 | 3600-000 - |
| 13 | MAY 03 PAYMENT | | 209051 | Purchasing | 5/1/2003 | 3600-000 - |
| 14 | JUNE 03 PAYMENT | | 213038 | Purchasing | 6/4/2003 | 3600-000 - |
| 15 | JULY 03 PAYMENT | | 216617 | Purchasing | 7/1/2003 | 3600-000 - |
| 16 | AUG 03 PAYMENT | | 221723 | Purchasing | 8/1/2003 | 3600-000 - |
| 17 | SEPT 03 PAYMENT | | 227610 | Purchasing | 9/1/2003 | 3600-000 - |
| 18 | OCT 03 PAYMENT | | 235870 | Purchasing | 10/2/2003 | 3600-000 - |
| 19 | NOV 03 PAYMENT | | 242654 | Purchasing | 11/3/2003 | 3600-000 - |
| 20 | DEC 03 PAYMENT | | 247288 | Purchasing | 12/1/2003 | 3600-000 - |
| 21 | | | | | |
| 22 | LARIAN, ISAAC | | | | |
| 23 | 1999 INCOME TAXES | | 99704 | Purchasing | 4/14/2000 | 3600-000 - |
| 24 | 2001 TAXES | | 162529 | Purchasing | 4/15/2002 | 3600-000 - |
| 25 | 03/05/03 DISTRIBUTIO | | 202086 | Purchasing | 3/5/2003 | 3600-000 - |
| 26 | 07/07/03 PAYMENT | | 219813 | Purchasing | 7/21/2003 | 3600-000 - |
| 27 | 03/05/04 DISTRIB | | 265959 | Purchasing | 3/5/2004 | 3600-000 - |
| 28 | 041904 WIRE | | 275553 | Purchasing | 4/19/2004 | 3600-000 - |
| 29 | 04/30 WIRE | | 278237 | Purchasing | 4/30/2004 | 3600-000 - |
| 30 | 2002-TAXES 06/17/02 | | 166837 | Purchasing | 6/10/2002 | 3600-000 - |
| 31 | 2002 TAXES 09/16/02 | | 177044 | Purchasing | 9/11/2002 | 3600-000 - |
| 32 | 123102 EST TAX | | 193927 | Purchasing | 12/31/2002 | 3600-000 - |
| 33 | | | | | |
| 34 | ANGELA LARIAN | | | | |
| 35 | WIRE 5/19/05 | | 373837 | Purchasing | 5/19/2005 | 3611-000 - |
| 36 | WIRE 12/14/05 | | 435067 | Purchasing | 12/14/2005 | 3611-000 - |
| 37 | | | | | |
| 38 | JAHANGIR MAKABI | | | | |
| 39 | CKREQ 123002 | | 193729 | Purchasing | 12/30/2002 | 3600-000 - |
| 40 | FEB 03 PAYMENT | | 198681 | Purchasing | 2/5/2003 | 3600-000 - |
| 41 | MAR 03 PAYMENT | | 202042 | Purchasing | 3/5/2003 | 3600-000 - |
| 42 | APR 03 PAYMENT | | 205545 | Purchasing | 4/1/2003 | 3600-000 - |
| 43 | MAY 03 PAYMENT | | 209052 | Purchasing | 5/1/2003 | 3600-000 - |
| 44 | JUNE 03 PAYMENT | | 213039 | Purchasing | 6/4/2003 | 3600-000 - |
| 45 | JULY 03 PAYMENT | | 216618 | Purchasing | 7/1/2003 | 3600-000 - |
| 46 | AUG 03 PAYMENT | | 221724 | Purchasing | 8/1/2003 | 3600-000 - |
| 47 | SEPT 03 PAYMENT | | 227611 | Purchasing | 9/1/2003 | 3600-000 - |
| 48 | OCT 03 PAYMENT | | 235871 | Purchasing | 10/2/2003 | 3600-000 - |
| 49 | NOV 03 PAYMENT | | 242655 | Purchasing | 11/3/2003 | 3600-000 - |
| 50 | DEC 03 PAYMENT | | 247289 | Purchasing | 12/1/2003 | 3600-000 - |
| 51 | 03/05/04 DISTRIB | | 265960 | Purchasing | 3/5/2004 | 3600-000 - |
| 52 | 04/30 WIRE | | 278238 | Purchasing | 4/30/2004 | 3600-000 - |
| 53 | WIRE 12/13/05 | | 435422 | Purchasing | 12/13/2005 | 3601-000 - |
| 54 | WIRE 5/19/05 | | 373841 | Purchasing | 5/19/2005 | 3612-000 - |
| 55 | | | | | |
| 56 | MAKABI, SHIRIN | | | | |
| 57 | 123102 EST TAXES | | 193928 | Purchasing | 12/31/2002 | 3600-000 - |
| 58 | 1999 INCOME TAXES | | 99706 | Purchasing | 4/14/2000 | 3600-000 - |
| 59 | TAXES 2001 | | 162546 | Purchasing | 4/16/2002 | 3600-000 - |
| 60 | 2002-TAXES 06/17/02 | | 166838 | Purchasing | 6/10/2002 | 3600-000 - |
| 61 | 2002-TAXES 09/16/02 | | 177045 | Purchasing | 9/11/2002 | 3600-000 - |
| 62 | 07/07/03 PAYMENT | | 219814 | Purchasing | 7/21/2003 | 3600-000 - |
| 63 | 041904 WIRE | | 275552 | Purchasing | 4/19/2004 | 3600-000 - |

EXHIBIT 134

PAGE 1748

CONFIDENTIAL – ATTORNEYS' EYES ONLY

MGA 3787372

| | F | G | H |
|---|---|---|---|
| 1 | **Account Description** | **Amount** | **Source Document** |
| 2 | Distribution | 4,103,921.00 | BBF |
| 3 | | | |
| 4 | | | |
| 5 | | | |
| 6 | Distribution | 365,762.40 | PMTRX |
| 7 | | | |
| 8 | | | |
| 9 | Distribution | 1,315,000.00 | PMTRX |
| 10 | Distribution | 83,798.90 | PMTRX |
| 11 | Distribution | 83,798.90 | PMTRX |
| 12 | Distribution | 83,798.90 | PMTRX |
| 13 | Distribution | 83,798.90 | PMTRX |
| 14 | Distribution | 83,798.90 | PMTRX |
| 15 | Distribution | 83,798.90 | PMTRX |
| 16 | Distribution | 83,798.90 | PMTRX |
| 17 | Distribution | 83,798.90 | PMTRX |
| 18 | Distribution | 83,798.90 | PMTRX |
| 19 | Distribution | 83,798.90 | PMTRX |
| 20 | Distribution | 83,798.00 | PMTRX |
| 21 | | | |
| 22 | | | |
| 23 | Distribution | 1,315,000.00 | PMTRX |
| 24 | Distribution | 1,352,250.00 | PMTRX |
| 25 | Distribution | 641,299.34 | PMTRX |
| 26 | Distribution | 10,000,000.00 | PMTRX |
| 27 | Distribution | 4,995,049.95 | PMTRX |
| 28 | Distribution | 1,816,404.00 | PMTRX |
| 29 | Distribution | 10,898,424.00 | PMTRX |
| 30 | Distribution | 345,000.00 | PMTRX |
| 31 | Distribution | 345,000.00 | PMTRX |
| 32 | Distribution | 3,545,000.00 | PMTRX |
| 33 | | | |
| 34 | | | |
| 35 | Distribution-Angela Larian GRAT | 18,239,242.80 | PMTRX |
| 36 | Distribution-Angela Larian GRAT | 6,741,825.00 | PMTRX |
| 37 | | | |
| 38 | | | |
| 39 | Distribution | 110,784.00 | PMTRX |
| 40 | Distribution | 18,632.22 | PMTRX |
| 41 | Distribution | 18,632.22 | PMTRX |
| 42 | Distribution | 18,632.22 | PMTRX |
| 43 | Distribution | 18,632.22 | PMTRX |
| 44 | Distribution | 18,632.22 | PMTRX |
| 45 | Distribution | 18,632.22 | PMTRX |
| 46 | Distribution | 18,632.22 | PMTRX |
| 47 | Distribution | 18,632.22 | PMTRX |
| 48 | Distribution | 18,632.22 | PMTRX |
| 49 | Distribution | 18,632.22 | PMTRX |
| 50 | Distribution | 18,632.22 | PMTRX |
| 51 | Distribution | 1,109,960.05 | PMTRX |
| 52 | Distribution | 2,421,576.00 | PMTRX |
| 53 | Distribution-Makabi Family Trust | 1,207,050.00 | PMTRX |
| 54 | Distribution-Eli Makabi GRAT | 9,014,939.40 | PMTRX |
| 55 | | | |
| 56 | | | |
| 57 | Distribution | 846,000.00 | PMTRX |
| 58 | Distribution | 292,222.00 | PMTRX |
| 59 | Distribution | 225,000.00 | PMTRX |
| 60 | Distribution | 56,000.00 | PMTRX |
| 61 | Distribution | 56,000.00 | PMTRX |
| 62 | Distribution | 2,222,222.22 | PMTRX |
| 63 | Distribution | 403,596.00 | PMTRX |

EXHIBIT ___134___

PAGE ___1749___

CONFIDENTIAL – ATTORNEYS' EYES ONLY

MGA 3787373

| | Reference | Originating Master ID |
|---|---|---|
| 1 | Reference | Originating Master ID |
| 2 | Balance Brought Forward | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | princ 277,463.44+compound | 4066 |
| 7 | | |
| 8 | | |
| 9 | Payables Trx Entry | 4159 |
| 10 | Payables Trx Entry | 6179 |
| 11 | Payables Trx Entry | 6179 |
| 12 | Payables Trx Entry | 6179 |
| 13 | Payables Trx Entry | 6179 |
| 14 | Payables Trx Entry | 6179 |
| 15 | Payables Trx Entry | 6179 |
| 16 | Payables Trx Entry | 6179 |
| 17 | Payables Trx Entry | 6179 |
| 18 | Payables Trx Entry | 6179 |
| 19 | Payables Trx Entry | 6179 |
| 20 | Payables Trx Entry | 6179 |
| 21 | | |
| 22 | | |
| 23 | Payables Trx Entry | 4160 |
| 24 | Payables Trx Entry | 4160 |
| 25 | SHOREH LARIAN CONDO | 5161 |
| 26 | LOAN DISTRIBUTION-BEAR STEARNS | 5161 |
| 27 | DISTRIBUTION | 5161 |
| 28 | Payables Trx Entry | 5161 |
| 29 | 04/30 WIRE | 5161 |
| 30 | Payables Trx Entry | 4160 |
| 31 | Payables Trx Entry | 4160 |
| 32 | 2002 EST TAXES | 4160 |
| 33 | | |
| 34 | | |
| 35 | Payables Trx Entry | ANGELA LARIAN |
| 36 | Payables Trx Entry | ANGELA LARIAN |
| 37 | | |
| 38 | | |
| 39 | Payables Trx Entry | ELI |
| 40 | Payables Trx Entry | ELI |
| 41 | Payables Trx Entry | ELI |
| 42 | Payables Trx Entry | ELI |
| 43 | Payables Trx Entry | ELI |
| 44 | Payables Trx Entry | ELI |
| 45 | Payables Trx Entry | ELI |
| 46 | Payables Trx Entry | ELI |
| 47 | Payables Trx Entry | ELI |
| 48 | Payables Trx Entry | ELI |
| 49 | Payables Trx Entry | ELI |
| 50 | Payables Trx Entry | ELI |
| 51 | DISTRIBUTION | 2580 |
| 52 | Payables Trx Entry | 2580 |
| 53 | Payables Trx Entry | MAKABI |
| 54 | Payables Trx Entry | J MAKABI |
| 55 | | |
| 56 | | |
| 57 | 2002 EST TAXES | 8105 |
| 58 | Payables Trx Entry | 8105 |
| 59 | Payables Trx Entry | 8105 |
| 60 | Payables Trx Entry | 8105 |
| 61 | Payables Trx Entry | 8105 |
| 62 | LOAN DISTRIBUTION-BEAR STEARNS | 8102 |
| 63 | Payables Trx Entry | 8102 |

EXHIBIT ___134___

PAGE ___1750___

CONFIDENTIAL – ATTORNEYS' EYES ONLY

MGA 3787374

| | K |
|---|---|
| 1 | Originating Master Name |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | LARIAN AGHDAS |
| 7 | |
| 8 | |
| 9 | LARIAN, FARHAD |
| 10 | LARIAN, FARHAD-CONSULTING |
| 11 | LARIAN, FARHAD-CONSULTING |
| 12 | LARIAN, FARHAD-CONSULTING |
| 13 | LARIAN, FARHAD-CONSULTING |
| 14 | LARIAN, FARHAD-CONSULTING |
| 15 | LARIAN, FARHAD-CONSULTING |
| 16 | LARIAN, FARHAD-CONSULTING |
| 17 | LARIAN, FARHAD-CONSULTING |
| 18 | LARIAN, FARHAD-CONSULTING |
| 19 | LARIAN, FARHAD-CONSULTING |
| 20 | LARIAN, FARHAD-CONSULTING |
| 21 | |
| 22 | |
| 23 | LARIAN, ISAAC |
| 24 | LARIAN, ISAAC |
| 25 | LARIAN, ISAAC (INTEREST) |
| 26 | LARIAN, ISAAC (INTEREST) |
| 27 | LARIAN, ISAAC (INTEREST) |
| 28 | LARIAN, ISAAC (INTEREST) |
| 29 | LARIAN, ISAAC (INTEREST) |
| 30 | LARIAN, ISAAC-EMPLOYEE |
| 31 | LARIAN, ISAAC-EMPLOYEE |
| 32 | LARIAN, ISAAC-EMPLOYEE |
| 33 | |
| 34 | |
| 35 | ANGELA LARIAN QUALIFIED ANNUITY TRU |
| 36 | ANGELA LARIAN QUALIFIED ANNUITY TRU |
| 37 | |
| 38 | |
| 39 | JAHANGIR MAKABI |
| 40 | JAHANGIR MAKABI |
| 41 | JAHANGIR MAKABI |
| 42 | JAHANGIR MAKABI |
| 43 | JAHANGIR MAKABI |
| 44 | JAHANGIR MAKABI |
| 45 | JAHANGIR MAKABI |
| 46 | JAHANGIR MAKABI |
| 47 | JAHANGIR MAKABI |
| 48 | JAHANGIR MAKABI |
| 49 | JAHANGIR MAKABI |
| 50 | JAHANGIR MAKABI |
| 51 | MAKABI, JAHANGIR |
| 52 | MAKABI, JAHANGIR |
| 53 | MAKABI LIVING TRUST |
| 54 | J MAKABI ANNUITY |
| 55 | |
| 56 | |
| 57 | MAKABI SHIRIN  (EMPLOYEE) |
| 58 | MAKABI, SHIRIN |
| 59 | MAKABI, SHIRIN |
| 60 | MAKABI, SHIRIN |
| 61 | MAKABI, SHIRIN (EMPLOYEE) |
| 62 | SHIRIN MAKABI (INTEREST) |
| 63 | SHIRIN MAKABI  (INTEREST) |

CONFIDENTIAL – ATTORNEYS' EYES ONLY

EXHIBIT ___134___

PAGE ___1751___

MGA 3787375

| | A | B | C | D | E |
|---|---|---|---|---|---|
| 64 | WIRE 5/19/05 | 373840 | Purchasing | 5/19/2005 | 3613-000 - |
| 65 | | | | | |
| 66 | Misc | | | | |
| 67 | | 190999 | Financial | 12/31/2001 | 3600-000 - |
| 68 | | 197412 | Financial | 12/31/2001 | 3600-000 - |
| 69 | | 197870 | Financial | 12/31/2002 | 3600-000 - |
| 70 | | 227032 | Financial | 12/31/2002 | 3600-000 - |
| 71 | | 200361 | Financial | 1/31/2003 | 3600-000 - |
| 72 | 2002 ISAAC LARIAN | 206866 | Purchasing | 4/14/2003 | 3600-000 - |
| 73 | 2002 JAHANGIR MAKABI | 206868 | Purchasing | 4/14/2003 | 3600-000 - |
| 74 | 2002 ISAAC LARIAN | 206865 | Purchasing | 4/14/2003 | 3600-000 - |
| 75 | 2002 JAHANGIR MAKABI | 206867 | Purchasing | 4/14/2003 | 3600-000 - |
| 76 | 2003 ISAAC LARIAN | 214340 | Purchasing | 6/16/2003 | 3600-000 - |
| 77 | 2003 JAHANGIR MAKABI | 214342 | Purchasing | 6/16/2003 | 3600-000 - |
| 78 | 2003 ISAAC LARIAN | 214339 | Purchasing | 6/16/2003 | 3600-000 - |
| 79 | 2003 JAHANGIR MAKABI | 214341 | Purchasing | 6/16/2003 | 3600-000 - |
| 80 | 804011 ESCROW 07/14 | 219631 | Purchasing | 7/21/2003 | 3600-000 - |
| 81 | | 221780 | Financial | 7/31/2003 | 3600-000 - |
| 82 | LEGAL FEE DEP 08.03 | 223384 | Purchasing | 8/7/2003 | 3600-000 - |
| 83 | 3RD PARTY 08.07.03 | 223382 | Purchasing | 8/7/2003 | 3600-000 - |
| 84 | APP FEE 08.07.03 | 223383 | Purchasing | 8/7/2003 | 3600-000 - |
| 85 | 804011 ESCROW 8/12 | 224632 | Purchasing | 8/11/2003 | 3600-000 - |
| 86 | 7163S | 224864 | Purchasing | 8/13/2003 | 3600-000 - |
| 87 | CKREQ 08.18.03 | 226170 | Purchasing | 8/20/2003 | 3600-000 - |
| 88 | 1 | 227596 | Purchasing | 8/26/2003 | 3600-000 - |
| 89 | CKREQ AUG RENT | 228147 | Purchasing | 8/28/2003 | 3600-000 - |
| 90 | CK REQ SEPT RENT | 228148 | Purchasing | 8/28/2003 | 3600-000 - |
| 91 | | 229470 | Financial | 8/29/2003 | 3600-000 - |
| 92 | 0018421 | 228912 | Purchasing | 8/29/2003 | 3600-000 - |
| 93 | 1008906 | 228914 | Purchasing | 8/29/2003 | 3600-000 - |
| 94 | PROJECT 2003-245 | 230944 | Purchasing | 8/31/2003 | 3600-000 - |
| 95 | CKREQ ADDL DEP | 229013 | Purchasing | 9/3/2003 | 3600-000 - |
| 96 | 9/2003 J.MAKABI | 231014 | Purchasing | 9/11/2003 | 3600-000 - |
| 97 | 9/2003 I.LARIAN | 231015 | Purchasing | 9/11/2003 | 3600-000 - |
| 98 | 9/2003 J.MAKABI | 231012 | Purchasing | 9/11/2003 | 3600-000 - |
| 99 | 9/2003 I.LARIAN | 231013 | Purchasing | 9/11/2003 | 3600-000 - |
| 100 | 100893 | 233609 | Purchasing | 9/19/2003 | 3600-000 - |
| 101 | | 237840 | Financial | 9/30/2003 | 3600-000 - |
| 102 | 2003-245U | 238064 | Financial | 10/14/2003 | 3600-000 - |
| 103 | | 243634 | Financial | 10/31/2003 | 3600-000 - |
| 104 | | 245116 | Financial | 10/31/2003 | 3600-000 - |
| 105 | | 246181 | Financial | 10/31/2003 | 3600-000 - |
| 106 | | 246181 | Financial | 10/31/2003 | 3600-000 - |
| 107 | 222142728 | 245877 | Purchasing | 11/20/2003 | 3600-000 - |
| 108 | | 250301 | Financial | 11/30/2003 | 3600-000 - |
| 109 | | 250598 | Financial | 11/30/2003 | 3600-000 - |
| 110 | | 250598 | Financial | 11/30/2003 | 3600-000 - |
| 111 | | 250598 | Financial | 11/30/2003 | 3600-000 - |
| 112 | | 250601 | Financial | 11/30/2003 | 3600-000 - |
| 113 | | 250601 | Financial | 11/30/2003 | 3600-000 - |
| 114 | | 250601 | Financial | 11/30/2003 | 3600-000 - |
| 115 | | 250601 | Financial | 11/30/2003 | 3600-000 - |
| 116 | | 250601 | Financial | 11/30/2003 | 3600-000 - |
| 117 | | 250601 | Financial | 11/30/2003 | 3600-000 - |
| 118 | | 250601 | Financial | 11/30/2003 | 3600-000 - |
| 119 | | 250601 | Financial | 11/30/2003 | 3600-000 - |
| 120 | | 250601 | Financial | 11/30/2003 | 3600-000 - |
| 121 | | 250601 | Financial | 11/30/2003 | 3600-000 - |
| 122 | | 250601 | Financial | 11/30/2003 | 3600-000 - |
| 123 | | 250601 | Financial | 11/30/2003 | 3600-000 - |
| 124 | | 250601 | Financial | 11/30/2003 | 3600-000 - |
| 125 | | 250601 | Financial | 11/30/2003 | 3600-000 - |
| 126 | | 250601 | Financial | 11/30/2003 | 3600-000 - |

CONFIDENTIAL – ATTORNEYS' EYES ONLY

EXHIBIT _____134_____

PAGE _____1752_____

MGA 3787376

| | F | G | H |
|---|---|---|---|
| 64 | Distribution-Shirin Makabi GRAT | 9,014,939.40 | PMTRX |
| 65 | | | |
| 66 | | | |
| 67 | Distribution | 420,579.01 | GJ |
| 68 | Distribution | (7,068,201.00) | GJ |
| 69 | Distribution | 1,001,005.29 | GJ |
| 70 | Distribution | 83,090.00 | GJ |
| 71 | Distribution | 102,431.12 | GJ |
| 72 | Distribution | 1,100,000.00 | PMTRX |
| 73 | Distribution | 255,000.00 | PMTRX |
| 74 | Distribution | 18,000,000.00 | PMTRX |
| 75 | Distribution | 4,300,000.00 | PMTRX |
| 76 | Distribution | 1,000,000.00 | PMTRX |
| 77 | Distribution | 250,000.00 | PMTRX |
| 78 | Distribution | 4,000,000.00 | PMTRX |
| 79 | Distribution | 950,000.00 | PMTRX |
| 80 | Distribution | 100,000.00 | PMTRX |
| 81 | Distribution | 280,000.00 | GJ |
| 82 | Distribution | 7,500.00 | PMTRX |
| 83 | Distribution | 1,300.00 | PMTRX |
| 84 | Distribution | 5,000.00 | PMTRX |
| 85 | Distribution | 200,000.00 | PMTRX |
| 86 | Distribution | 400.00 | PMTRX |
| 87 | Distribution | 191.06 | PMTRX |
| 88 | Distribution | 5,101.32 | PMTRX |
| 89 | Distribution | 46,373.60 | PMTRX |
| 90 | Distribution | 50,189.23 | PMTRX |
| 91 | Distribution | (200,000.00) | GJ |
| 92 | Distribution | 3,281.20 | PMTRX |
| 93 | Distribution | 3,000.00 | PMTRX |
| 94 | Distribution | 1,450.00 | PMTRX |
| 95 | Distribution | 200,000.00 | PMTRX |
| 96 | Distribution | 250,000.00 | PMTRX |
| 97 | Distribution | 1,000,000.00 | PMTRX |
| 98 | Distribution | 950,000.00 | PMTRX |
| 99 | Distribution | 4,000,000.00 | PMTRX |
| 100 | Distribution | 2,200.00 | PMTRX |
| 101 | Distribution | 9,000,000.00 | GJ |
| 102 | Distribution | 200.00 | PMTRX |
| 103 | Distribution | 99,800.00 | GJ |
| 104 | Distribution | 53,775.10 | GJ |
| 105 | Distribution | (46,373.60) | GJ |
| 106 | Distribution | (50,189.23) | GJ |
| 107 | Distribution | 35,426.14 | PMTRX |
| 108 | Distribution | (280,000.00) | GJ |
| 109 | Distribution | (10,000,000.00) | GJ |
| 110 | Distribution | (2,222,222.22) | GJ |
| 111 | Distribution | (9,000,000.00) | GJ |
| 112 | Distribution | (300,000.00) | GJ |
| 113 | Distribution | (1,300.00) | GJ |
| 114 | Distribution | (5,000.00) | GJ |
| 115 | Distribution | (7,500.00) | GJ |
| 116 | Distribution | (400.00) | GJ |
| 117 | Distribution | (191.06) | GJ |
| 118 | Distribution | (5,101.32) | GJ |
| 119 | Distribution | (3,281.20) | GJ |
| 120 | Distribution | (3,000.00) | GJ |
| 121 | Distribution | (1,450.00) | GJ |
| 122 | Distribution | (2,200.00) | GJ |
| 123 | Distribution | (200.00) | GJ |
| 124 | Distribution | (99,800.00) | GJ |
| 125 | Distribution | (35,426.14) | GJ |
| 126 | Distribution | (10,438.12) | GJ |

EXHIBIT ___134___

PAGE ___1753___

CONFIDENTIAL – ATTORNEYS' EYES ONLY

MGA 3787377

| | I | J |
|---|---|---|
| 64 | Payables Trx Entry | SHIRIN MAKABI |
| 65 | | |
| 66 | | |
| 67 | YE 2001 JE | |
| 68 | To Adj Equity&Officer Loan | |
| 69 | To Reclass other receivable | |
| 70 | Record D&T YE Audit Entries | |
| 71 | To reclass to proper acct | |
| 72 | Payables Trx Entry | FRANCHISETAX |
| 73 | 2002 FORM 3519 | FRANCHISETAX |
| 74 | 2002 | 3580 |
| 75 | 2002  FORM 4868 | 3580 |
| 76 | Payables Trx Entry | FRANCHISETAX |
| 77 | Payables Trx Entry | FRANCHISETAX |
| 78 | Payables Trx Entry | 3580 |
| 79 | Payables Trx Entry | 3580 |
| 80 | Payables Trx Entry | TICOR |
| 81 | Reclass to prop acct distribut | |
| 82 | Payables Trx Entry | PARKER |
| 83 | Payables Trx Entry | WACHOVIA |
| 84 | Payables Trx Entry | WACHOVIA |
| 85 | Payables Trx Entry | TICOR |
| 86 | Payables Trx Entry | ANDERSON |
| 87 | COPY- ROSCOE PROP BASE BLDG PL | WARNER A |
| 88 | Payables Trx Entry | EEI |
| 89 | Payables Trx Entry | PACIFIC IND |
| 90 | Payables Trx Entry | PACIFIC IND |
| 91 | TICOR TITLE- CK #1865399 | |
| 92 | Payables Trx Entry | EPSTEIN |
| 93 | Payables Trx Entry | AIR |
| 94 | Payables Trx Entry | OK |
| 95 | Payables Trx Entry | TICOR |
| 96 | Payables Trx Entry | FRANCHISETAX |
| 97 | Payables Trx Entry | FRANCHISETAX |
| 98 | Payables Trx Entry | 3580 |
| 99 | Payables Trx Entry | 3580 |
| 100 | Payables Trx Entry | LERCH |
| 101 | Record cash activity | |
| 102 | VALLEY CORP PARK | OK |
| 103 | To reclass ins on Roscoe | |
| 104 | To reclass from int to distrib | |
| 105 | To reclass warehouse rent | |
| 106 | To reclass warehouse rent | |
| 107 | VALLEY CORP PARK | SHEPPARD |
| 108 | to reclass loan to prop acct | |
| 109 | To reclass distributions | |
| 110 | To reclass distributions | |
| 111 | To reclass distributions | |
| 112 | To reclass Roscoe prop | |
| 113 | To reclass Roscoe prop | |
| 114 | To reclass Roscoe prop | |
| 115 | To reclass Roscoe prop | |
| 116 | To reclass Roscoe prop | |
| 117 | To reclass Roscoe prop | |
| 118 | To reclass Roscoe prop | |
| 119 | To reclass Roscoe prop | |
| 120 | To reclass Roscoe prop | |
| 121 | To reclass Roscoe prop | |
| 122 | To reclass Roscoe prop | |
| 123 | To reclass Roscoe prop | |
| 124 | To reclass Roscoe prop | |
| 125 | To reclass Roscoe prop | |
| 126 | To reclass Roscoe prop | |

CONFIDENTIAL – ATTORNEYS' EYES ONLY

EXHIBIT ___134___

PAGE ___1754___

MGA 3787378

| | K |
|---|---|
| 64 | S MAKABI ANNUITY |
| 65 | |
| 66 | |
| 67 | |
| 68 | |
| 69 | |
| 70 | |
| 71 | |
| 72 | FRANCHISE TAX BOARD |
| 73 | FRANCHISE TAX BOARD |
| 74 | INTERNAL REVENUE SERVICE |
| 75 | INTERNAL REVENUE SERVICE |
| 76 | FRANCHISE TAX BOARD |
| 77 | FRANCHISE TAX BOARD |
| 78 | INTERNAL REVENUE SERVICE |
| 79 | INTERNAL REVENUE SERVICE |
| 80 | TICOR TITLE INSURANCE COMPANY |
| 81 | |
| 82 | PARKER, POE, ADAMS & BERNSTEIN |
| 83 | WACHOVIA BANK NATIONAL ASSOC |
| 84 | WACHOVIA BANK NATIONAL ASSOC |
| 85 | TICOR TITLE INSURANCE COMPANY |
| 86 | ANDERSEN COMMERCIAL PLUMBING IN |
| 87 | WARNER ATRIUMS INVESTMENTS, LLC |
| 88 | ENTER ENVIRONMENTS, INC |
| 89 | PACIFIC INDUSTRIAL PARTNERS, LL |
| 90 | PACIFIC INDUSTRIAL PARTNERS, LL |
| 91 | |
| 92 | A. EPSTEIN & SONS INTERNATIONAL |
| 93 | AIR- TEC |
| 94 | OK.O. ENGINEERING INC |
| 95 | TICOR TITLE INSURANCE COMPANY |
| 96 | FRANCHISE TAX BOARD |
| 97 | FRANCHISE TAX BOARD |
| 98 | INTERNAL REVENUE SERVICE |
| 99 | INTERNAL REVENUE SERVICE |
| 100 | LERCH BATES NORTH AMERICA, INC. |
| 101 | |
| 102 | OK.O. ENGINEERING INC |
| 103 | |
| 104 | |
| 105 | |
| 106 | |
| 107 | SHEPPARD MULLIN RICHTER & HAMPT |
| 108 | |
| 109 | |
| 110 | |
| 111 | |
| 112 | |
| 113 | |
| 114 | |
| 115 | |
| 116 | |
| 117 | |
| 118 | |
| 119 | |
| 120 | |
| 121 | |
| 122 | |
| 123 | |
| 124 | |
| 125 | |
| 126 | |

EXHIBIT _____134_____

PAGE _____1755_____

CONFIDENTIAL – ATTORNEYS' EYES ONLY

MGA 3787379

| | A | B | C | D | E |
|---|---|---|---|---|---|
| 127 | 31843 | 247976 | Purchasing | 11/30/2003 | 3600-000 - |
| 128 | LARIAN '03 4TH QTR | 252935 | Purchasing | 12/30/2003 | 3600-000 - |
| 129 | MAKABI '03 4TH QTR | 253095 | Purchasing | 12/30/2003 | 3600-000 - |
| 130 | | 253728 | Financial | 12/31/2003 | 3600-000 - |
| 131 | | 274989 | Financial | 12/31/2003 | 3600-000 - |
| 132 | | 256928 | Financial | 12/31/2003 | 3600-000 - |
| 133 | | 274990 | Financial | 12/31/2003 | 3600-000 - |
| 134 | | 275618 | Financial | 12/31/2003 | 3600-000 - |
| 135 | MAKABI 4THQTR 03 | 255991 | Purchasing | 1/15/2004 | 3600-000 - |
| 136 | J.LARIAN 4THQTR 03 | 255992 | Purchasing | 1/15/2004 | 3600-000 - |
| 137 | | 266885 | Financial | 1/31/2004 | 3600-000 - |
| 138 | | 266885 | Financial | 1/31/2004 | 3600-000 - |
| 139 | | 275622 | Financial | 3/31/2004 | 3600-000 - |
| 140 | | 281606 | Financial | 3/31/2004 | 3600-000 - |
| 141 | | 281606 | Financial | 3/31/2004 | 3600-000 - |
| 142 | | 281606 | Financial | 3/31/2004 | 3600-000 - |
| 143 | | 281606 | Financial | 3/31/2004 | 3600-000 - |
| 144 | | 281606 | Financial | 3/31/2004 | 3600-000 - |
| 145 | | 281606 | Financial | 3/31/2004 | 3600-000 - |
| 146 | FED EXT PYMNT 4/04 | 274582 | Purchasing | 4/15/2004 | 3600-000 - |
| 147 | FED EXT PYMT 04/04 | 274583 | Purchasing | 4/15/2004 | 3600-000 - |
| 148 | | 292592 | Financial | 6/28/2004 | 3600-000 - |
| 149 | | 289928 | Financial | 6/30/2004 | 3600-000 - |
| 150 | | 289928 | Financial | 6/30/2004 | 3600-000 - |
| 151 | | 290670 | Financial | 6/30/2004 | 3600-000 - |
| 152 | | 290870 | Financial | 6/30/2004 | 3600-000 - |
| 153 | | 303433 | Financial | 8/31/2004 | 3600-000 - |
| 154 | 04 3RD QTR CA TAX | 307283 | Purchasing | 9/15/2004 | 3600-000 - |
| 155 | 2004 3RD QTR CA TAX | 307284 | Purchasing | 9/15/2004 | 3600-000 - |
| 156 | 04 3RD QTR TAX | 307282 | Purchasing | 9/15/2004 | 3600-000 - |
| 157 | 2004 3RD QTR FED TAX | 307285 | Purchasing | 9/15/2004 | 3600-000 - |
| 158 | | 315119 | Financial | 9/30/2004 | 3600-000 - |
| 159 | | 315119 | Financial | 9/30/2004 | 3600-000 - |
| 160 | | 364331 | Financial | 12/31/2004 | 3600-000 - |
| 161 | | 364331 | Financial | 12/31/2004 | 3600-000 - |
| 162 | | 364333 | Financial | 12/31/2004 | 3600-000 - |
| 163 | | 364333 | Financial | 12/31/2004 | 3600-000 - |
| 164 | DEPOSIT  4/7/05 | 363850 | Purchasing | 4/7/2005 | 3610-000 - |
| 165 | DEPOSIT 4/7/05 | 363849 | Purchasing | 4/7/2005 | 3611-000 - |
| 166 | DEPOSIT  4/7/05 | 363850 | Purchasing | 4/7/2005 | 3611-000 - |
| 167 | DEPOSIT 4/7/05 | 363849 | Purchasing | 4/7/2005 | 3612-000 - |
| 168 | DEPOSIT 4/7/05 | 363849 | Purchasing | 4/7/2005 | 3613-000 - |
| 169 | 05-090-120 | 368114 | Purchasing | 4/28/2005 | 3610-000 - |
| 170 | 05-090-120 | 368114 | Purchasing | 4/28/2005 | 3611-000 - |
| 171 | 05-090-120 | 368114 | Purchasing | 4/28/2005 | 3612-000 - |
| 172 | 05-090-120 | 368114 | Purchasing | 4/28/2005 | 3613-000 - |
| 173 | | 401241 | Financial | 5/19/2005 | 3602-000 - |
| 174 | 05-120.120 | 372884 | Financial | 5/19/2005 | 3610-000 - |
| 175 | WIRE 5/19/05 | 373836 | Purchasing | 5/19/2005 | 3610-000 - |
| 176 | WIRE 5/19/05 | 373838 | Purchasing | 5/19/2005 | 3610-000 - |
| 177 | | 401241 | Financial | 5/19/2005 | 3610-000 - |
| 178 | | 401241 | Financial | 5/19/2005 | 3610-000 - |
| 179 | 05-120.120 | 372884 | Purchasing | 5/19/2005 | 3611-000 - |
| 180 | WIRE 5/19/05 | 373839 | Purchasing | 5/19/2005 | 3611-000 - |
| 181 | 05-120.120 | 372884 | Purchasing | 5/19/2005 | 3612-000 - |
| 182 | | 401241 | Financial | 5/19/2005 | 3612-000 - |
| 183 | 05-120.120 | 372884 | Purchasing | 5/19/2005 | 3613-000 - |
| 184 | | 401241 | Financial | 5/19/2005 | 3613-000 - |
| 185 | | 373867 | Financial | 5/31/2005 | 3610-000 - |
| 186 | | 407213 | Financial | 5/31/2005 | 3610-000 - |
| 187 | | 373867 | Financial | 5/31/2005 | 3611-000 - |
| 188 | | 407213 | Financial | 5/31/2005 | 3611-000 - |
| 189 | | 373867 | Financial | 5/31/2005 | 3612-000 - |

CONFIDENTIAL – ATTORNEYS' EYES ONLY

EXHIBIT 134

PAGE 1756

MGA 3787380

| | F | G | H |
|---|---|---|---|
| 127 | Distribution | 10,438.12 | PMTRX |
| 128 | Distribution | 8,850,000.00 | PMTRX |
| 129 | Distribution | 1,900,000.00 | PMTRX |
| 130 | Distribution | 66,426.30 | GJ |
| 131 | Distribution | (66,426.30) | GJ |
| 132 | Distribution | (39,384.30) | GJ |
| 133 | Distribution | (24,866.61) | GJ |
| 134 | Distribution | 867,076.57 | GJ |
| 135 | Distribution | 350,000.00 | PMTRX |
| 136 | Distribution | 2,000,000.00 | PMTRX |
| 137 | Distribution | 15,032.04 | GJ |
| 138 | Distribution | 24,352.26 | GJ |
| 139 | Distribution | 94,315.51 | GJ |
| 140 | Distribution | 24,581,444.92 | GJ |
| 141 | Distribution | (310,837.76) | GJ |
| 142 | Distribution | 1,159,049.67 | GJ |
| 143 | Distribution | 5,129,051.21 | GJ |
| 144 | Distribution | (1,339,573.89) | GJ |
| 145 | Distribution | 1,860,856.88 | GJ |
| 146 | Distribution | 22,000,000.00 | PMTRX |
| 147 | Distribution | 4,950,000.00 | PMTRX |
| 148 | Distribution | 2,542,966.00 | GJ |
| 149 | Distribution | 1,700,000.00 | GJ |
| 150 | Distribution | 7,700,000.00 | GJ |
| 151 | Distribution | 120,000.00 | GJ |
| 152 | Distribution | 650,000.00 | GJ |
| 153 | Distribution | 565,034.00 | GJ |
| 154 | Distribution | 535,000.00 | PMTRX |
| 155 | Distribution | 2,350,000.00 | PMTRX |
| 156 | Distribution | 1,700,000.00 | PMTRX |
| 157 | Distribution | 7,700,000.00 | PMTRX |
| 158 | Distribution | 121,862.00 | GJ |
| 159 | Distribution | 25,138.00 | GJ |
| 160 | Distribution | 5,458.00 | GJ |
| 161 | Distribution | 36,542.00 | GJ |
| 162 | Distribution | 341,769.00 | GJ |
| 163 | Distribution | 14,231.00 | GJ |
| 164 | Distribution-Isaac Larian GRAT | 327,280.00 | PMTRX |
| 165 | Distribution-Angela Larian GRAT | 54,560.00 | PMTRX |
| 166 | Distribution-Angela Larian GRAT | 272,720.00 | PMTRX |
| 167 | Distribution-Eli Makabi GRAT | 72,720.00 | PMTRX |
| 168 | Distribution-Shirin Makabi GRAT | 72,720.00 | PMTRX |
| 169 | Distribution-Isaac Larian GRAT | 1,840.95 | PMTRX |
| 170 | Distribution-Angela Larian GRAT | 1,840.95 | PMTRX |
| 171 | Distribution-Eli Makabi GRAT | 409.05 | PMTRX |
| 172 | Distribution-Shirin Makabi GRAT | 409.05 | PMTRX |
| 173 | Distribution-Larian Family Trust | 8,181,900.00 | GJ |
| 174 | Distribution-Isaac Larian GRAT | 2,761.43 | PMTRX |
| 175 | Distribution-Isaac Larian GRAT | 18,239,242.80 | PMTRX |
| 176 | Distribution-Isaac Larian GRAT | 18,239,242.80 | PMTRX |
| 177 | Distribution-Isaac Larian GRAT | 340,064.40 | GJ |
| 178 | Distribution-Isaac Larian GRAT | 340,064.40 | GJ |
| 179 | Distribution-Angela Larian GRAT | 2,761.43 | PMTRX |
| 180 | Distribution-Angela Larian GRAT | 18,239,242.80 | PMTRX |
| 181 | Distribution-Eli Makabi GRAT | 613.57 | PMTRX |
| 182 | Distribution-Eli Makabi GRAT | 75,560.60 | GJ |
| 183 | Distribution-Shirin Makabi GRAT | 613.57 | PMTRX |
| 184 | Distribution-Shirin Makabi GRAT | 75,560.60 | GJ |
| 185 | Distribution-Isaac Larian GRAT | 8,182.01 | GJ |
| 186 | Distribution-Isaac Larian GRAT | (340,064.40) | GJ |
| 187 | Distribution-Angela Larian GRAT | 8,182.01 | GJ |
| 188 | Distribution-Angela Larian GRAT | 340,064.40 | GJ |
| 189 | Distribution-Eli Makabi GRAT | 1,817.99 | GJ |

EXHIBIT _____134_____

CONFIDENTIAL – ATTORNEYS' EYES ONLY

PAGE _____1757_____

MGA 3787381

| | I | J |
|---|---|---|
| 127 | Payables Trx Entry | CALTEL |
| 128 | Payables Trx Entry | FRANCHISETAX |
| 129 | Payables Trx Entry | FRANCHISETAX |
| 130 | To record addit distrib to = % | |
| 131 | RCL to Proper A/C-CA Est Tax | |
| 132 | Rcls.pmt for Roscoe propty | |
| 133 | RCL Int from ED to Int Exp | |
| 134 | Accrue Distributions to Isaac | |
| 135 | Payables Trx Entry | 3580 |
| 136 | Payables Trx Entry | 3580 |
| 137 | Reclass void voucher coding er | |
| 138 | Reclass void voucher coding er | |
| 139 | Accrue Distributions to Shirin | |
| 140 | Distribution Equity-Mar04 | |
| 141 | Distribution Equity-Mar04 | |
| 142 | Distribution Equity-Mar04 | |
| 143 | Distribution Equity-Mar04 | |
| 144 | Distribution Equity-Mar04 | |
| 145 | Distribution Equity-Mar04 | |
| 146 | ISAAC LARIAN'S 2003 FED EXT PY | 3580 |
| 147 | SHIRIN MAKABI'S 2003 FED EXT P | 3580 |
| 148 | Accrue Isaac's distrib $2.5M | |
| 149 | Rcls federal taxes to 3600 | |
| 150 | Rcls federal taxes to 3600 | |
| 151 | Rcls State Taxes to 3600 | |
| 152 | Rcls State Taxes to 3600 | |
| 153 | Rcrd accrual Shirin 06/04 | |
| 154 | S.MAKABI' 04 Q3 CA EST. TAX | 2990 |
| 155 | I.LARIAN 04 Q3 CA EST TAX | 2990 |
| 156 | S.MAKABI' 04 Q3 FED EST. TAX | 3580 |
| 157 | I.LARIAN 04 Q3 FED EST TAX | 3580 |
| 158 | Equalization for 9/15 tax pmt | |
| 159 | Equalization for 9/15 tax pmt | |
| 160 | Rcrd Accr.for distri. 06/30/04 | |
| 161 | Rcrd Accr.for distri. 06/30/04 | |
| 162 | Accr.distrib 04/15/04 | |
| 163 | Accr.distrib 04/15/04 | |
| 164 | DEPOSIT FOR PURCHASE BY GRATS | FIDELTY |
| 165 | DEPOSIT FOR PURCHASE BY GRATS | FIDELTY |
| 166 | DEPOSIT FOR PURCHASE BY GRATS | FIDELTY |
| 167 | DEPOSIT FOR PURCHASE BY GRATS | FIDELTY |
| 168 | DEPOSIT FOR PURCHASE BY GRATS | FIDELTY |
| 169 | Payables Trx Entry | EXCELERATION |
| 170 | Payables Trx Entry | EXCELERATION |
| 171 | Payables Trx Entry | EXCELERATION |
| 172 | Payables Trx Entry | EXCELERATION |
| 173 | To Record Distirbution -100M | |
| 174 | Payables Trx Entry | EXCELERATION |
| 175 | Payables Trx Entry | ISAAC LARIAN |
| 176 | Payables Trx Entry | STERNS |
| 177 | To Record Distirbution -100M | |
| 178 | To Record Distirbution -100M | |
| 179 | Payables Trx Entry | EXCELERATION |
| 180 | Payables Trx Entry | STEARNS(ANGELA) |
| 181 | Payables Trx Entry | EXCELERATION |
| 182 | To Record Distirbution -100M | |
| 183 | Payables Trx Entry | EXCELERATION |
| 184 | To Record Distirbution -100M | |
| 185 | Rcls to distribution acct | |
| 186 | Distribution Reclass | |
| 187 | Rcls to distribution acct | |
| 188 | Distribution Reclass | |
| 189 | Rcls to distribution acct | |

| | K |
|---|---|
| 127 | CALIFORNIA TELEPHONY INC. |
| 128 | FRANCHISE TAX BOARD |
| 129 | FRANCHISE TAX BOARD |
| 130 | |
| 131 | |
| 132 | |
| 133 | |
| 134 | |
| 135 | INTERNAL REVENUE SERVICE |
| 136 | INTERNAL REVENUE SERVICE |
| 137 | |
| 138 | |
| 139 | |
| 140 | |
| 141 | |
| 142 | |
| 143 | |
| 144 | |
| 145 | |
| 146 | INTERNAL REVENUE SERVICE |
| 147 | INTERNAL REVENUE SERVICE |
| 148 | |
| 149 | |
| 150 | |
| 151 | |
| 152 | |
| 153 | |
| 154 | FRANCHISE TAX BOARD |
| 155 | FRANCHISE TAX BOARD |
| 156 | INTERNAL REVENUE SERVICE |
| 157 | INTERNAL REVENUE SERVICE |
| 158 | |
| 159 | |
| 160 | |
| 161 | |
| 162 | |
| 163 | |
| 164 | FIDELITY NATIONAL TITLE INSURANCE CO. |
| 165 | FIDELITY NATIONAL TITLE INSURANCE CO. |
| 166 | FIDELITY NATIONAL TITLE INSURANCE CO. |
| 167 | FIDELITY NATIONAL TITLE INSURANCE CO. |
| 168 | FIDELITY NATIONAL TITLE INSURANCE CO. |
| 169 | EXCELERATION |
| 170 | EXCELERATION |
| 171 | EXCELERATION |
| 172 | EXCELERATION |
| 173 | |
| 174 | EXCELERATION |
| 175 | ISAAC E. LARIAN QUALIFIED ANNUITY T |
| 176 | BEAR STEARNS |
| 177 | |
| 178 | |
| 179 | EXCELERATION |
| 180 | BEAR STEARNS |
| 181 | EXCELERATION |
| 182 | |
| 183 | EXCELERATION |
| 184 | |
| 185 | |
| 186 | |
| 187 | |
| 188 | |
| 189 | |

CONFIDENTIAL – ATTORNEYS' EYES ONLY

EXHIBIT ___134___

PAGE ___1759___

MGA 3787383

| | A | B | C | D | E |
|---|---|---|---|---|---|
| 190 | | 373867 | Financial | 5/31/2005 | 3613-000 - |
| 191 | RIALTO BRIDGE 6/3/05 | 376232 | Purchasing | 6/3/2005 | 3610-000 - |
| 192 | RIALTO BRIDGE 6/3/05 | 376232 | Purchasing | 6/3/2005 | 3611-000 - |
| 193 | RIALTO BRIDGE 6/3/05 | 376232 | Purchasing | 6/3/2005 | 3612-000 - |
| 194 | RIALTO BRIDGE 6/3/05 | 376232 | Purchasing | 6/3/2005 | 3613-000 - |
| 195 | 05-150.120 | 378894 | Purchasing | 6/16/2005 | 3610-000 - |
| 196 | 05-150.120 | 378894 | Purchasing | 6/16/2005 | 3611-000 - |
| 197 | 05-150.120 | 378894 | Purchasing | 6/16/2005 | 3612-000 - |
| 198 | 05-150.120 | 378894 | Purchasing | 6/16/2005 | 3613-000 - |
| 199 | 890990 | 423102 | Purchasing | 10/31/2005 | 3610-000 - |
| 200 | 890990 | 423102 | Purchasing | 10/31/2005 | 3612-000 - |
| 201 | 222322338 | 427177 | Purchasing | 11/21/2005 | 3610-000 - |
| 202 | 222322338 | 427177 | Purchasing | 11/21/2005 | 3611-000 - |
| 203 | 222322338 | 427177 | Purchasing | 11/21/2005 | 3612-000 - |
| 204 | 222322338 | 427177 | Purchasing | 11/21/2005 | 3613-000 - |
| 205 | 25062624 | 427087 | Purchasing | 11/22/2005 | 3610-000 - |
| 206 | WIRE 12/13/05 | 435417 | Purchasing | 12/13/2005 | 3602-000 - |
| 207 | 25064928 | 433004 | Purchasing | 12/13/2005 | 3610-000 - |
| 208 | 25064928 | 433004 | Purchasing | 12/13/2005 | 3611-000 - |
| 209 | 25064928 | 433004 | Purchasing | 12/13/2005 | 3612-000 - |
| 210 | E MAKABI 12/13/05 | 435418 | Purchasing | 12/13/2005 | 3612-000 - |
| 211 | 25064928 | 433004 | Purchasing | 12/13/2005 | 3613-000 - |
| 212 | S. MAKABI 12/13/05 | 435419 | Purchasing | 12/13/2005 | 3613-000 - |
| 213 | WIRE 12/14/05 | 435088 | Purchasing | 12/14/2005 | 3602-000 - |
| 214 | WIRE 12/14/05 | 435088 | Purchasing | 12/14/2005 | 3610-000 - |
| 215 | 893509 | 437351 | Purchasing | 12/22/2005 | 3610-000 - |
| 216 | 893509 | 437351 | Purchasing | 12/22/2005 | 3612-000 - |
| 217 | 3413 | 438360 | Purchasing | 12/27/2005 | 3610-000 - |
| 218 | 3413 | 438360 | Purchasing | 12/27/2005 | 3611-000 - |
| 219 | 3413 | 438360 | Purchasing | 12/27/2005 | 3612-000 - |
| 220 | 3413 | 438360 | Purchasing | 12/27/2005 | 3613-000 - |
| 221 | | 440568 | Financial | 12/30/2005 | 3601-000 - |
| 222 | | 440568 | Financial | 12/30/2005 | 3602-000 - |
| 223 | WIRE 12/30/05 | 440761 | Purchasing | 12/30/2005 | 3602-000 - |
| 224 | | 440568 | Financial | 12/30/2005 | 3610-000 - |
| 225 | | 440568 | Financial | 12/30/2005 | 3611-000 - |
| 226 | | 442624 | Financial | 12/31/2005 | 3601-000 - |
| 227 | | 442693 | Financial | 12/31/2005 | 3601-000 - |
| 228 | | 442693 | Financial | 12/31/2005 | 3601-000 - |
| 229 | | 442722 | Financial | 12/31/2005 | 3601-000 - |
| 230 | | 442723 | Financial | 12/31/2005 | 3601-000 - |
| 231 | | 442624 | Financial | 12/31/2005 | 3602-000 - |
| 232 | | 442629 | Financial | 12/31/2005 | 3602-000 - |
| 233 | | 442693 | Financial | 12/31/2005 | 3602-000 - |
| 234 | | 442693 | Financial | 12/31/2005 | 3602-000 - |
| 235 | | 442693 | Financial | 12/31/2005 | 3602-000 - |
| 236 | | 442693 | Financial | 12/31/2005 | 3602-000 - |
| 237 | | 442722 | Financial | 12/31/2005 | 3602-000 - |
| 238 | | 442723 | Financial | 12/31/2005 | 3602-000 - |
| 239 | | 442624 | Financial | 12/31/2005 | 3610-000 - |
| 240 | | 442693 | Financial | 12/31/2005 | 3610-000 - |
| 241 | | 442693 | Financial | 12/31/2005 | 3610-000 - |
| 242 | | 442693 | Financial | 12/31/2005 | 3610-000 - |
| 243 | | 442693 | Financial | 12/31/2005 | 3610-000 - |
| 244 | | 442693 | Financial | 12/31/2005 | 3610-000 - |
| 245 | | 442693 | Financial | 12/31/2005 | 3610-000 - |
| 246 | | 442693 | Financial | 12/31/2005 | 3610-000 - |
| 247 | | 442722 | Financial | 12/31/2005 | 3610-000 - |
| 248 | | 442723 | Financial | 12/31/2005 | 3610-000 - |
| 249 | | 442624 | Financial | 12/31/2005 | 3611-000 - |
| 250 | | 442693 | Financial | 12/31/2005 | 3611-000 - |
| 251 | | 442693 | Financial | 12/31/2005 | 3611-000 - |
| 252 | | 442693 | Financial | 12/31/2005 | 3611-000 - |

CONFIDENTIAL – ATTORNEYS' EYES ONLY

EXHIBIT _____ 134

PAGE _____ 1760

MGA 3787384

| | F | G | H |
|---|---|---|---|
| 190 | Distribution-Shirin Makabi GRAT | 1,817.99 | GJ |
| 191 | Distribution-Isaac Larian GRAT | 2,045.50 | PMTRX |
| 192 | Distribution-Angela Larian GRAT | 2,045.50 | PMTRX |
| 193 | Distribution-Eli Makabi GRAT | 454.50 | PMTRX |
| 194 | Distribution-Shirin Makabi GRAT | 454.50 | PMTRX |
| 195 | Distribution-Isaac Larian GRAT | 2,004.59 | PMTRX |
| 196 | Distribution-Angela Larian GRAT | 2,004.59 | PMTRX |
| 197 | Distribution-Eli Makabi GRAT | 445.41 | PMTRX |
| 198 | Distribution-Shirin Makabi GRAT | 445.41 | PMTRX |
| 199 | Distribution-Isaac Larian GRAT | 3,305.00 | PMTRX |
| 200 | Distribution-Eli Makabi GRAT | 3,305.00 | PMTRX |
| 201 | Distribution-Isaac Larian GRAT | 15,137.99 | PMTRX |
| 202 | Distribution-Angela Larian GRAT | 15,137.99 | PMTRX |
| 203 | Distribution-Eli Makabi GRAT | 3,363.55 | PMTRX |
| 204 | Distribution-Shirin Makabi GRAT | 3,363.55 | PMTRX |
| 205 | Distribution-Isaac Larian GRAT | 1,332.50 | PMTRX |
| 206 | Distribution-Larian Family Trust | 5,000,000.00 | PMTRX |
| 207 | Distribution-Isaac Larian GRAT | 152.00 | PMTRX |
| 208 | Distribution-Angela Larian GRAT | 152.00 | PMTRX |
| 209 | Distribution-Eli Makabi GRAT | 152.00 | PMTRX |
| 210 | Distribution-Eli Makabi GRAT | 1,669,110.00 | PMTRX |
| 211 | Distribution-Shirin Makabi GRAT | 152.00 | PMTRX |
| 212 | Distribution-Shirin Makabi GRAT | 1,669,110.00 | PMTRX |
| 213 | Distribution-Larian Family Trust | 1,971,000.00 | PMTRX |
| 214 | Distribution-Isaac Larian GRAT | 6,741,825.00 | PMTRX |
| 215 | Distribution-Isaac Larian GRAT | 4,755.00 | PMTRX |
| 216 | Distribution-Eli Makabi GRAT | 4,755.00 | PMTRX |
| 217 | Distribution-Isaac Larian GRAT | 161.16 | PMTRX |
| 218 | Distribution-Angela Larian GRAT | 161.16 | PMTRX |
| 219 | Distribution-Eli Makabi GRAT | 161.16 | PMTRX |
| 220 | Distribution-Shirin Makabi GRAT | 161.17 | PMTRX |
| 221 | Distribution-Makabi Family Trust | 4,140,273.06 | GJ |
| 222 | Distribution-Larian Family Trust | 16,452,870.17 | GJ |
| 223 | Distribution-Larian Family Trust | 842,985.74 | PMTRX |
| 224 | Distribution-Isaac Larian GRAT | 1,090,317.99 | GJ |
| 225 | Distribution-Angela Larian GRAT | 1,090,317.99 | GJ |
| 226 | Distribution-Makabi Family Trust | 11,802.00 | GJ |
| 227 | Distribution-Makabi Family Trust | (4,140,273.06) | GJ |
| 228 | Distribution-Makabi Family Trust | 118,030.71 | GJ |
| 229 | Distribution-Makabi Family Trust | 8,784.81 | GJ |
| 230 | Distribution-Makabi Family Trust | 8,439.90 | GJ |
| 231 | Distribution-Larian Family Trust | 68,162.00 | GJ |
| 232 | Distribution-Larian Family Trust | (842,985.74) | GJ |
| 233 | Distribution-Larian Family Trust | (16,452,870.17) | GJ |
| 234 | Distribution-Larian Family Trust | 1,780,871.96 | GJ |
| 235 | Distribution-Larian Family Trust | 681,558.21 | GJ |
| 236 | Distribution-Larian Family Trust | 67,996.25 | GJ |
| 237 | Distribution-Larian Family Trust | (1,129.57) | GJ |
| 238 | Distribution-Larian Family Trust | 48,735.42 | GJ |
| 239 | Distribution-Isaac Larian GRAT | 65,919.00 | GJ |
| 240 | Distribution-Isaac Larian GRAT | (1,090,317.99) | GJ |
| 241 | Distribution-Isaac Larian GRAT | 8,016,100.93 | GJ |
| 242 | Distribution-Isaac Larian GRAT | 158,694.46 | GJ |
| 243 | Distribution-Isaac Larian GRAT | 659,159.58 | GJ |
| 244 | Distribution-Isaac Larian GRAT | 22,924.33 | GJ |
| 245 | Distribution-Isaac Larian GRAT | 306,088.27 | GJ |
| 246 | Distribution-Isaac Larian GRAT | (10,916.59) | GJ |
| 247 | Distribution-Isaac Larian GRAT | 720.50 | GJ |
| 248 | Distribution-Isaac Larian GRAT | 47,133.79 | GJ |
| 249 | Distribution-Angela Larian GRAT | 65,919.00 | GJ |
| 250 | Distribution-Angela Larian GRAT | (1,090,317.99) | GJ |
| 251 | Distribution-Angela Larian GRAT | 8,016,100.94 | GJ |
| 252 | Distribution-Angela Larian GRAT | 158,694.46 | GJ |

CONFIDENTIAL – ATTORNEYS' EYES ONLY

EXHIBIT ___134___

PAGE ___1761___

MGA 3787385

| | I | J |
|---|---|---|
| 190 | Rcls to distribution acct | |
| 191 | Payables Trx Entry | 9465 |
| 192 | Payables Trx Entry | 9465 |
| 193 | Payables Trx Entry | 9465 |
| 194 | Payables Trx Entry | 9465 |
| 195 | Payables Trx Entry | EXCELERATION |
| 196 | Payables Trx Entry | EXCELERATION |
| 197 | Payables Trx Entry | EXCELERATION |
| 198 | Payables Trx Entry | EXCELERATION |
| 199 | Payables Trx Entry | MOSS-ADAMS |
| 200 | Payable Trx Entry | MOSS-ADAMS |
| 201 | Payables Trx Entry | SHEPPARD |
| 202 | Payables Trx Entry | SHEPPARD |
| 203 | Payables Trx Entry | SHEPPARD |
| 204 | Payables Trx Entry | SHEPPARD |
| 205 | XXX US GRAT FEES | SIDLEY |
| 206 | Payables Trx Entry | STERNS |
| 207 | XXX GRAT FEES | SIDLEY |
| 208 | XXX GRAT FEES | SIDLEY |
| 209 | XXX GRAT FEES | SIDLEY |
| 210 | Payables Trx Entry | STERNS |
| 211 | XXX GRAT FEES | SIDLEY |
| 212 | Payables Trx Entry | STERNS |
| 213 | Payables Trx Entry | SANFORD |
| 214 | Payables Trx Entry | ISAAC LARIAN |
| 215 | Payables Trx Entry | MOSS-ADAMS |
| 216 | Payables Trx Entry | MOSS-ADAMS |
| 217 | Payables Trx Entry | RKZ |
| 218 | Payables Trx Entry | RKZ |
| 219 | Payables Trx Entry | RKZ |
| 220 | Payables Trx Entry | RKZ |
| 221 | Rcls to proper acct | |
| 222 | Rcls to proper acct | |
| 223 | Payables Trx Entry | SANFORD |
| 224 | Rcls to proper acct | |
| 225 | Rcls to proper acct | |
| 226 | December 05 Distribution | |
| 227 | To correct 2005 Distributions | |
| 228 | To correct 2005 Distributions | |
| 229 | Correct post 7/1/05 allocation | |
| 230 | Rcls NY taxes to distribution | |
| 231 | December 05 Distribution | |
| 232 | Rcls to proper account | |
| 233 | To correct 2005 Distributions | |
| 234 | To correct 2005 Distributions | |
| 235 | To correct 2005 Distributions | |
| 236 | To correct 2005 Distributions | |
| 237 | Correct post 7/1/05 allocation | |
| 238 | Rcls NY taxes to distribution | |
| 239 | December 05 Distribution | |
| 240 | To correct 2005 Distributions | |
| 241 | To correct 2005 Distributions | |
| 242 | To correct 2005 Distributions | |
| 243 | To correct 2005 Distributions | |
| 244 | To correct 2005 Distributions | |
| 245 | To correct 2005 Distributions | |
| 246 | To correct 2005 Distributions | |
| 247 | Correct post 7/1/05 allocation | |
| 248 | Rcls NY taxes to distribution | |
| 249 | December 05 Distribution | |
| 250 | To correct 2005 Distributions | |
| 251 | To correct 2005 Distributions | |
| 252 | To correct 2005 Distributions | |

CONFIDENTIAL – ATTORNEYS' EYES ONLY

EXHIBIT _____ 134

PAGE _____ 1762

MGA 3787386

| | K |
|---|---|
| 190 | |
| 191 | UNION BANK |
| 192 | UNION BANK |
| 193 | UNION BANK |
| 194 | UNION BANK |
| 195 | EXCELERATION, INC. |
| 196 | EXCELERATION, INC. |
| 197 | EXCELERATION, INC. |
| 198 | EXCELERATION, INC. |
| 199 | MOSS-ADAMS LLP |
| 200 | MOSS-ADAMS LLP |
| 201 | SHEPPARD MULLIN RICHTER & HAMPTON LLP |
| 202 | SHEPPARD MULLIN RICHTER & HAMPTON LLP |
| 203 | SHEPPARD MULLIN RICHTER & HAMPTON LLP |
| 204 | SHEPPARD MULLIN RICHTER & HAMPTON LLP |
| 205 | SIDLEY AUSTIN BROWN & WOOD LLP |
| 206 | BEAR STEARNS |
| 207 | SIDLEY AUSTIN BROWN & WOOD LLP |
| 208 | SIDLEY AUSTIN BROWN & WOOD LLP |
| 209 | SIDLEY AUSTIN BROWN & WOOD LLP |
| 210 | BEAR STEARNS |
| 211 | SIDLEY AUSTIN BROWN & WOOD LLP |
| 212 | BEAR STEARNS |
| 213 | SANFORD C. BERNSTEIN & CO., LLC |
| 214 | ISAAC E. LARIAN QUALIFIED ANNUITY T |
| 215 | MOSS-ADAMS LLP |
| 216 | MOSS-ADAMS LLP |
| 217 | RKZ, INC. |
| 218 | RKZ, INC. |
| 219 | RKZ, INC. |
| 220 | RKZ, INC. |
| 221 | |
| 222 | |
| 223 | SANFORD C. BERNSTEIN & CO., LLC |
| 224 | |
| 225 | |
| 226 | |
| 227 | |
| 228 | |
| 229 | |
| 230 | |
| 231 | |
| 232 | |
| 233 | |
| 234 | |
| 235 | |
| 236 | |
| 237 | |
| 238 | |
| 239 | |
| 240 | |
| 241 | |
| 242 | |
| 243 | |
| 244 | |
| 245 | |
| 246 | |
| 247 | |
| 248 | |
| 249 | |
| 250 | |
| 251 | |
| 252 | |

CONFIDENTIAL – ATTORNEYS' EYES ONLY

EXHIBIT ___134___

PAGE ___1763___

MGA 3787387

| | A | B | C | D | E |
|---|---|---|---|---|---|
| 253 | | 442693 | Financial | 12/31/2005 | 3611-000 - |
| 254 | | 442693 | Financial | 12/31/2005 | 3611-000 - |
| 255 | | 442693 | Financial | 12/31/2005 | 3611-000 - |
| 256 | | 442693 | Financial | 12/31/2005 | 3611-000 - |
| 257 | | 442722 | Financial | 12/31/2005 | 3611-000 - |
| 258 | | 442723 | Financial | 12/31/2005 | 3611-000 - |
| 259 | | 442624 | Financial | 12/31/2005 | 3612-000 - |
| 260 | | 442693 | Financial | 12/31/2005 | 3612-000 - |
| 261 | | 442693 | Financial | 12/31/2005 | 3612-000 - |
| 262 | | 442693 | Financial | 12/31/2005 | 3612-000 - |
| 263 | | 442693 | Financial | 12/31/2005 | 3612-000 - |
| 264 | | 442693 | Financial | 12/31/2005 | 3612-000 - |
| 265 | | 442722 | Financial | 12/31/2005 | 3612-000 - |
| 266 | | 442723 | Financial | 12/31/2005 | 3612-000 - |
| 267 | | 442624 | Financial | 12/31/2005 | 3613-000 - |
| 268 | | 442693 | Financial | 12/31/2005 | 3613-000 - |
| 269 | | 442693 | Financial | 12/31/2005 | 3613-000 - |
| 270 | | 442693 | Financial | 12/31/2005 | 3613-000 - |
| 271 | | 442693 | Financial | 12/31/2005 | 3613-000 - |
| 272 | | 442693 | Financial | 12/31/2005 | 3613-000 - |
| 273 | | 442722 | Financial | 12/31/2005 | 3613-000 - |
| 274 | | 442723 | Financial | 12/31/2005 | 3613-000 - |

CONFIDENTIAL – ATTORNEYS' EYES ONLY

EXHIBIT 134

PAGE 1764

MGA 3787388

| | F | G | H |
|---|---|---|---|
| 253 | Distribution-Angela Larian GRAT | 659,159.58 | GJ |
| 254 | Distribution-Angela Larian GRAT | 22,924.33 | GJ |
| 255 | Distribution-Angela Larian GRAT | 306,066.28 | GJ |
| 256 | Distribution-Angela Larian GRAT | (1,524.09) | GJ |
| 257 | Distribution-Angela Larian GRAT | 720.50 | GJ |
| 258 | Distribution-Angela Larian GRAT | 47,133.79 | GJ |
| 259 | Distribution-Eli Makabi GRAT | 16,320.00 | GJ |
| 260 | Distribution-Eli Makabi GRAT | 1,978,988.53 | GJ |
| 261 | Distribution-Eli Makabi GRAT | 35,261.13 | GJ |
| 262 | Distribution-Eli Makabi GRAT | 163,181.02 | GJ |
| 263 | Distribution-Eli Makabi GRAT | 75,560.60 | GJ |
| 264 | Distribution-Eli Makabi GRAT | 2,190.34 | GJ |
| 265 | Distribution-Eli Makabi GRAT | (4,548.12) | GJ |
| 266 | Distribution-Eli Makabi GRAT | 11,668.40 | GJ |
| 267 | Distribution-Shirin Makabi GRAT | 16,320.00 | GJ |
| 268 | Distribution-Shirin Makabi GRAT | 1,978,988.52 | GJ |
| 269 | Distribution-Shirin Makabi GRAT | 35,261.13 | GJ |
| 270 | Distribution-Shirin Makabi GRAT | 163,181.02 | GJ |
| 271 | Distribution-Shirin Makabi GRAT | 75,560.60 | GJ |
| 272 | Distribution-Shirin Makabi GRAT | 10,250.34 | GJ |
| 273 | Distribution-Shirin Makabi GRAT | (4,548.12) | GJ |
| 274 | Distribution-Shirin Makabi GRAT | 11,668.40 | GJ |

CONFIDENTIAL – ATTORNEYS' EYES ONLY

EXHIBIT ___134___

PAGE ___1765___

MGA 3787389

| | I | J |
|---|---|---|
| 253 | To correct 2005 Distributions | |
| 254 | To correct 2005 Distributions | |
| 255 | To correct 2005 Distributions | |
| 256 | To correct 2005 Distributions | |
| 257 | Correct post 7/1/05 allocation | |
| 258 | Rcls NY taxes to distribution | |
| 259 | December 05 Distribution | |
| 260 | To correct 2005 Distributions | |
| 261 | To correct 2005 Distributions | |
| 262 | To correct 2005 Distributions | |
| 263 | To correct 2005 Distributions | |
| 264 | To correct 2005 Distributions | |
| 265 | Correct post 7/1/05 allocation | |
| 266 | Rcls NY taxes to distribution | |
| 267 | December 05 Distribution | |
| 268 | To correct 2005 Distributions | |
| 269 | To correct 2005 Distributions | |
| 270 | To correct 2005 Distributions | |
| 271 | To correct 2005 Distributions | |
| 272 | To correct 2005 Distributions | |
| 273 | Correct post 7/1/05 allocation | |
| 274 | Rcls NY taxes to distribution | |

CONFIDENTIAL – ATTORNEYS' EYES ONLY

EXHIBIT _____134_____

PAGE _____1766_____

MGA 3787390

| | K |
|---|---|
| 253 | |
| 254 | |
| 255 | |
| 256 | |
| 257 | |
| 258 | |
| 259 | |
| 260 | |
| 261 | |
| 262 | |
| 263 | |
| 264 | |
| 265 | |
| 266 | |
| 267 | |
| 268 | |
| 269 | |
| 270 | |
| 271 | |
| 272 | |
| 273 | |
| 274 | |

CONFIDENTIAL – ATTORNEYS' EYES ONLY     EXHIBIT ___134___

PAGE ___1767___

MGA 3787391

| | A | B | C | D | E |
|---|---|---|---|---|---|
| 1 | Originating Document Number | Journal Entry | Series | TRX Date | Account Number |
| 2 | | | | | |
| 3 | LARIAN, ISAAC (INTEREST) | | | | |
| 4 | 12/19/03 LOAN | 251801 | Purchasing | 12/19/2003 | 1560-000 - |
| 5 | | | | | |
| 6 | MAKABI, JAHANGIR | | | | |
| 7 | 12/22/03 LOAN | 251868 | Purchasing | 12/22/2003 | 1560-000 - |
| 8 | | | | | |
| 9 | Misc | | | | |
| 10 | | 250279 | Financial | 11/30/2003 | 1560-000 - |
| 11 | | 250598 | Financial | 11/30/2003 | 1560-000 - |
| 12 | | 250598 | Financial | 11/30/2003 | 1560-000 - |
| 13 | | 250598 | Financial | 11/30/2003 | 1560-000 - |
| 14 | | 250598 | Financial | 11/30/2003 | 1560-000 - |
| 15 | | 265889 | Financial | 12/31/2003 | 1560-000 - |
| 16 | | 275281 | Financial | 3/31/2004 | 1560-000 - |
| 17 | | 275575 | Financial | 3/31/2004 | 1560-000 - |
| 18 | | 281606 | Financial | 3/31/2004 | 1560-000 - |
| 19 | | 281606 | Financial | 3/31/2004 | 1560-000 - |
| 20 | | 345993 | Financial | 12/31/2004 | 1560-000 - |
| 21 | | 345993 | Financial | 12/31/2004 | 1560-000 - |
| 22 | | 364334 | Financial | 12/31/2004 | 1560-000 - |
| 23 | | 364334 | Financial | 12/31/2004 | 1560-000 - |
| 24 | | 351762 | Financial | 1/31/2005 | 1560-000 - |
| 25 | | 351762 | Financial | 1/31/2005 | 1560-000 - |
| 26 | | 357128 | Financial | 2/28/2005 | 1560-000 - |
| 27 | | 357128 | Financial | 2/28/2005 | 1560-000 - |
| 28 | | 357128 | Financial | 2/28/2005 | 1580-000 - |
| 29 | | 357128 | Financial | 2/28/2005 | 1560-000 - |
| 30 | | 357129 | Financial | 2/28/2005 | 1560-000 - |
| 31 | | 357129 | Financial | 2/28/2005 | 1580-000 - |
| 32 | | 364794 | Financial | 3/31/2005 | 1560-000 - |
| 33 | | 364794 | Financial | 3/31/2005 | 1560-000 - |
| 34 | | 364795 | Financial | 3/31/2005 | 1560-000 - |
| 35 | | 364795 | Financial | 3/31/2005 | 1560-000 - |
| 36 | | 364840 | Financial | 3/31/2005 | 1560-000 - |
| 37 | | 364840 | Financial | 3/31/2005 | 1560-000 - |
| 38 | | 371797 | Financial | 4/30/2005 | 1560-000 - |
| 39 | | 371797 | Financial | 4/30/2005 | 1560-000 - |
| 40 | | 371904 | Financial | 4/30/2005 | 1560-000 - |
| 41 | | 371904 | Financial | 4/30/2005 | 1560-000 - |
| 42 | | 401241 | Financial | 5/19/2005 | 1560-000 - |
| 43 | | 373667 | Financial | 5/31/2005 | 1560-000 - |
| 44 | | 374902 | Financial | 5/31/2005 | 1560-000 - |
| 45 | | 374903 | Financial | 5/31/2005 | 1580-000 - |
| 46 | | 374903 | Financial | 5/31/2005 | 1560-000 - |
| 47 | | 374903 | Financial | 5/31/2005 | 1560-000 - |
| 48 | | 385139 | Financial | 6/30/2005 | 1560-000 - |
| 49 | | 385139 | Financial | 6/30/2005 | 1560-000 - |
| 50 | | 391785 | Financial | 7/31/2005 | 1560-000 - |
| 51 | | 391785 | Financial | 7/31/2005 | 1560-000 - |
| 52 | | 399368 | Financial | 8/31/2005 | 1560-000 - |
| 53 | | 399368 | Financial | 8/31/2005 | 1560-000 - |
| 54 | | 402895 | Financial | 8/31/2005 | 1560-000 - |
| 55 | | 402895 | Financial | 8/31/2005 | 1560-000 - |
| 56 | | 402895 | Financial | 8/31/2005 | 1560-000 - |
| 57 | | 402895 | Financial | 8/31/2005 | 1560-000 - |
| 58 | | 402896 | Financial | 8/31/2005 | 1560-000 - |
| 59 | | 402896 | Financial | 8/31/2005 | 1560-000 - |
| 60 | | 402896 | Financial | 8/31/2005 | 1560-000 - |
| 61 | | 402896 | Financial | 8/31/2005 | 1560-000 - |
| 62 | | 409243 | Financial | 9/30/2005 | 1560-000 - |

CONFIDENTIAL – ATTORNEYS' EYES ONLY

EXHIBIT ___134___

PAGE ___1768___

MGA 3787392

|  | F | G | H | I |
|---|---|---|---|---|
|  | **Account Description** | **Amount** | **Source Document** | **Reference** |
| 1 |  |  |  |  |
| 2 |  |  |  |  |
| 3 |  |  |  |  |
| 4 | Notes Receivable - Officers | 5,380,468.07 | PMTRX | Payables Trx Entry |
| 5 |  |  |  |  |
| 6 |  |  |  |  |
| 7 | Notes Receivable - Officers | 1,195,513.44 | PMTRX | Payables Trx Entry |
| 8 |  |  |  |  |
| 9 |  |  |  |  |
| 10 | Notes Receivable - Officers | 1,500,000.00 | GJ | To reclass to proper acct |
| 11 | Notes Receivable - Officers | 10,000,000.00 | GJ | To reclass distributions |
| 12 | Notes Receivable - Officers | 2,222,222.22 | GJ | To reclass distributions |
| 13 | Notes Receivable - Officers | 7,363,636.50 | GJ | To reclass distributions |
| 14 | Notes Receivable - Officers | 1,636,363.50 | GJ | To reclass distributions |
| 15 | Notes Receivable - Officers | 199,985.00 | GJ | Record int inc on officer loan |
| 16 | Notes Receivable - Officers | 234,817.40 | GJ | Quarterly Int Receivable-SH |
| 17 | Notes Receivable - Officers | (22,500.00) | GJ | Correct Quarterly Int Rec-SH |
| 18 | Notes Receivable - Officers | (24,581,444.92) | GJ | Distribution Equity-Mar04 |
| 19 | Notes Receivable - Officers | (5,129,061.21) | GJ | Distribution Equity-Mar04 |
| 20 | Notes Receivable - Officers | 1,672.90 | GJ | Accrued Int. Isaac & Shirin |
| 21 | Notes Receivable - Officers | 386.45 | GJ | Accrued Int. Isaac & Shirin |
| 22 | Notes Receivable - Officers | 2,000,000.00 | GJ | Rcls Isaac & Shirin loan to NR |
| 23 | Notes Receivable - Officers | 1,129.03 | GJ | Rcls Isaac & Shirin loan to NR |
| 24 | Notes Receivable - Officers | 19,289.10 | GJ | Accrued Interest for 1/05 N/R |
| 25 | Notes Receivable - Officers | 4,522.66 | GJ | Accrued Interest for 1/05 N/R |
| 26 | Notes Receivable - Officers | 32.09 | GJ | Adjust Int.balance Notes Rec. |
| 27 | Notes Receivable - Officers | 7.41 | GJ | Adjust Int.balance Notes Rec. |
| 28 | Notes Receivable - Officers | 370.01 | GJ | Adjust Int.balance Notes Rec. |
| 29 | Notes Receivable - Officers | 86.75 | GJ | Adjust Int.balance Notes Rec. |
| 30 | Notes Receivable - Officers | 20,630.32 | GJ | Accrd Interest 02/05 |
| 31 | Notes Receivable - Officers | 4,842.09 | GJ | Accrd Interest 02/05 |
| 32 | Notes Receivable - Officers | 4,849.88 | GJ | Accr.Shirin Loan Int.03/05 |
| 33 | Notes Receivable - Officers | (3.79) | GJ | Accr.Shirin Loan Int.03/05 |
| 34 | Notes Receivable - Officers | 21.63 | GJ | Accr.Isaac Int. 03/05 |
| 35 | Notes Receivable - Officers | 14,839.76 | GJ | Accr.Isaac Int. 03/05 |
| 36 | Notes Receivable - Officers | 21,352.41 | GJ | Accr Isaac Int 03/05 |
| 37 | Notes Receivable - Officers | 56.71 | GJ | Accr Isaac Int 03/05 |
| 38 | Notes Receivable - Officers | 27,182.10 | GJ | Accr interest NR 04/05 |
| 39 | Notes Receivable - Officers | 5,213.10 | GJ | Accr interest NR 04/05 |
| 40 | Notes Receivable - Officers | 1,540.78 | GJ | Adj accr int NR 04/05 |
| 41 | Notes Receivable - Officers | 526.99 | GJ | Adj accr int NR 04/05 |
| 42 | Notes Receivable - Officers | (9,013,150.00) | GJ | To Record Distribution -100M |
| 43 | Notes Receivable - Officers | (20,000.00) | GJ | Rcls to distribution acct |
| 44 | Notes Receivable - Officers | (56.71) | GJ | Adjust Issac's Interest |
| 45 | Notes Receivable - Officers | 28,157.61 | GJ | Accrued Interest 05/05 |
| 46 | Notes Receivable - Officers | 5,400.20 | GJ | Accrued Interest 05/05 |
| 47 | Notes Receivable - Officers | 0.29 | GJ | Accrued Interest 05/05 |
| 48 | Notes Receivable - Officers | 27,318.60 | GJ | Accrd Int 06/05 |
| 49 | Notes Receivable - Officers | 5,239.20 | GJ | Accrd Int 06/05 |
| 50 | Notes Receivable - Officers | 28,298.97 | GJ | Accr Int.7/05 NR Officers |
| 51 | Notes Receivable - Officers | 5,377.17 | GJ | Accr Int 7/05 NR Officers |
| 52 | Notes Receivable - Officers | 28,371.20 | GJ | Accr.int.8/05 NR |
| 53 | Notes Receivable - Officers | 5,390.99 | GJ | Accr.Int.8/05 NR |
| 54 | Notes Receivable - Officers | (28,157.61) | GJ | Reverse accrd Int May-Aug 05 |
| 55 | Notes Receivable - Officers | (27,318.60) | GJ | Reverse accrd int May-Aug 05 |
| 56 | Notes Receivable - Officers | (28,298.97) | GJ | Reverse accrd Int May-Aug 05 |
| 57 | Notes Receivable - Officers | (28,371.20) | GJ | Reverse accrd int May-Aug 05 |
| 58 | Notes Receivable - Officers | 5,817.11 | GJ | Accrd Int May-Aug 05 |
| 59 | Notes Receivable - Officers | 13,438.50 | GJ | Accrd int May-Aug 05 |
| 60 | Notes Receivable - Officers | 13,920.86 | GJ | Accrd Int May-Aug 05 |
| 61 | Notes Receivable - Officers | 13,956.20 | GJ | Accrd int May-Aug 05 |
| 62 | Notes Receivable - Officers | 13,991.85 | GJ | Accrd Int.N/R Officers |

CONFIDENTIAL – ATTORNEYS' EYES ONLY

EXHIBIT 134

PAGE 1769

MGA 3787393

| | J |
|---|---|
| 1 | **Originating Master Name** |
| 2 | |
| 3 | |
| 4 | LARIAN, ISAAC (INTEREST) |
| 5 | |
| 6 | |
| 7 | MAKABI, JAHANGIR |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |
| 29 | |
| 30 | |
| 31 | |
| 32 | |
| 33 | |
| 34 | |
| 35 | |
| 36 | |
| 37 | |
| 38 | |
| 39 | |
| 40 | |
| 41 | |
| 42 | |
| 43 | |
| 44 | |
| 45 | |
| 46 | |
| 47 | |
| 48 | |
| 49 | |
| 50 | |
| 51 | |
| 52 | |
| 53 | |
| 54 | |
| 55 | |
| 56 | |
| 57 | |
| 58 | |
| 59 | |
| 60 | |
| 61 | |
| 62 | |

CONFIDENTIAL – ATTORNEYS' EYES ONLY

EXHIBIT _____ 134

PAGE _____ 1770

MGA 3787394

| | A | B | C | D | E |
|---|---|---|---|---|---|
| 63 | | 409243 | Financial | 9/30/2005 | 1560-000 - |
| 64 | | 409243 | Financial | 9/30/2005 | 1560-000 - |
| 65 | | 420865 | Financial | 10/31/2005 | 1560-000 - |
| 66 | | 420865 | Financial | 10/31/2005 | 1560-000 - |
| 67 | | 420865 | Financial | 10/31/2005 | 1560-000 - |
| 68 | | 420866 | Financial | 10/31/2005 | 1560-000 - |
| 69 | | 420866 | Financial | 10/31/2005 | 1560-000 - |
| 70 | | 428117 | Financial | 11/30/2005 | 1560-000 - |
| 71 | | 428117 | Financial | 11/30/2005 | 1560-000 - |
| 72 | | 440568 | Financial | 12/30/2005 | 1560-000 - |
| 73 | | 440568 | Financial | 12/30/2005 | 1560-000 - |
| 74 | | 440624 | Financial | 12/30/2005 | 1560-000 - |
| 75 | | 437653 | Financial | 12/31/2005 | 1560-000 - |
| 76 | | 437653 | Financial | 12/31/2005 | 1560-000 - |
| 77 | WIRE 5/17/05 | 373887 | Purchasing | 5/17/2005 | 1560-000 - |
| 78 | FEE 10/4/05 | 419988 | Purchasing | 10/12/2005 | 1560-000 - |
| 79 | 2150468 | 416146 | Purchasing | 10/19/2005 | 1560-000 - |
| 80 | 2179712 | 416147 | Purchasing | 10/19/2005 | 1560-000 - |
| 81 | Q4, 2004 CA TAX | 337619 | Purchasing | 12/23/2004 | 1560-000 - |
| 82 | Q4, 2004 CA TAX | 337620 | Purchasing | 12/23/2004 | 1560-000 - |
| 83 | 05,Q1 CA EST TAX | 364747 | Purchasing | 4/13/2005 | 1560-000 - |
| 84 | 05,Q1 CA EST TAX | 364749 | Purchasing | 4/13/2005 | 1560-000 - |
| 85 | 2005,Q1 CA EST TAX | 364751 | Purchasing | 4/13/2005 | 1560-000 - |
| 86 | Q2 2005 CA EST TAX | 378094 | Purchasing | 6/14/2005 | 1560-000 - |
| 87 | 22005 Q2 CA EST TAX | 378095 | Purchasing | 6/14/2005 | 1560-000 - |
| 88 | Q3,05 EST STATE TAX | 404789 | Purchasing | 9/14/2005 | 1560-000 - |
| 89 | 05,Q3 EST FED TAX | 404791 | Purchasing | 9/14/2005 | 1560-000 - |
| 90 | 05,Q1 IN EST TAX | 364743 | Purchasing | 4/13/2005 | 1560-000 - |
| 91 | Q2 05 IN EST TAX | 378098 | Purchasing | 6/14/2005 | 1560-000 - |
| 92 | Q4, 04 FED. TAX | 344175 | Purchasing | 1/6/2005 | 1560-000 - |
| 93 | Q4,04 FED. TAX | 344176 | Purchasing | 1/6/2005 | 1560-000 - |
| 94 | 2005 Q1 FED EST TAX | 364742 | Purchasing | 4/13/2005 | 1560-000 - |
| 95 | 05,Q1 FED EST TAX | 364746 | Purchasing | 4/13/2005 | 1560-000 - |
| 96 | 05,Q1 FED EST TAX | 364748 | Purchasing | 4/13/2005 | 1560-000 - |
| 97 | 2005,Q1 FED EST TAX | 364750 | Purchasing | 4/13/2005 | 1560-000 - |
| 98 | 2005 Q2 FED EST TAX | 378096 | Purchasing | 6/14/2005 | 1560-000 - |
| 99 | Q2 05 FED EST TAX | 378097 | Purchasing | 6/14/2005 | 1560-000 - |
| 100 | Q3,05 EST FED TAX | 404788 | Purchasing | 9/14/2005 | 1560-000 - |
| 101 | 05,Q3 EST FED TAX | 404790 | Purchasing | 9/14/2005 | 1560-000 - |
| 102 | Q2 05 NC EST TAX | 378100 | Purchasing | 6/14/2005 | 1560-000 - |
| 103 | Q4, 2004 NJ TAX | 337625 | Purchasing | 12/23/2004 | 1560-000 - |
| 104 | Q4, 2004 NJ TAX | 337626 | Purchasing | 12/23/2004 | 1560-000 - |
| 105 | Q4, 2004 NY TAX | 337621 | Purchasing | 12/23/2004 | 1560-000 - |
| 106 | Q4, 2004 NY TAX | 337622 | Purchasing | 12/23/2004 | 1560-000 - |
| 107 | 05,Q1 PA EST TAX | 364744 | Purchasing | 4/13/2005 | 1560-000 - |
| 108 | Q2 05 PA EST TAX | 378099 | Purchasing | 6/14/2005 | 1560-000 - |
| 109 | 05,Q1 SC EST TAX | 364745 | Purchasing | 4/13/2005 | 1560-000 - |
| 110 | Q2 05 SC EST TAX | 378101 | Purchasing | 6/14/2005 | 1560-000 - |
| 111 | Q4, 2004 AR TAX | 337623 | Purchasing | 12/23/2004 | 1560-000 - |
| 112 | Q4, 2004 AR TAX | 337624 | Purchasing | 12/23/2004 | 1560-000 - |
| 113 | RIALTO FINANCING 05 | 365822 | Purchasing | 4/18/2005 | 1560-000 - |

CONFIDENTIAL – ATTORNEYS' EYES ONLY

EXHIBIT _____ 134

PAGE _____ 1771

MGA 3787395

| | F | G | H | I |
|---|---|---|---|---|
| 63 | Notes Receivable - Officers | 3,897.01 | GJ | Accrd Int.N/R Officers |
| 64 | Notes Receivable - Officers | 1,507.50 | GJ | Accrd Int.N/R Officers |
| 65 | Notes Receivable - Officers | (451.35) | GJ | Adj.accrued int.09/05 |
| 66 | Notes Receivable - Officers | (125.41) | GJ | Adj.accrued int.09/05 |
| 67 | Notes Receivable - Officers | 50.13 | GJ | Adj.accrued int.09/05 |
| 68 | Notes Receivable - Officers | 14,026.26 | GJ | Accrd int. 10/05 |
| 69 | Notes Receivable - Officers | 5,468.40 | GJ | Accrd int. 10/05 |
| 70 | Notes Receivable - Officers | 13,608.30 | GJ | Accrd Int.11/05 NR officers |
| 71 | Notes Receivable - Officers | 5,305.50 | GJ | Accrd Int.11/05 NR officers |
| 72 | Notes Receivable - Officers | (16,120,770.27) | GJ | Rcls to proper acct |
| 73 | Notes Receivable - Officers | (3,616,930.55) | GJ | Rcls to proper acct |
| 74 | Notes Receivable - Officers | (599,386.45) | GJ | Rcls to proper acct |
| 75 | Notes Receivable - Officers | 14,096.63 | GJ | Accrd Intrst for 1205 Rec Offi |
| 76 | Notes Receivable - Officers | 5,495.68 | GJ | Accrd Intrst for 1205 Rec Offi |
| 77 | Notes Receivable - Officers | 2,000,000.00 | PMTRX | Payables Trx Entry |
| 78 | Notes Receivable - Officers | 385,000.00 | PMTRX | TOYBOX COMMITMENT FEE |
| 79 | Notes Receivable - Officers | 37,904.73 | PMTRX | XXX: US - LARIAN GRAT TAX WORK |
| 80 | Notes Receivable - Officers | 7,599.85 | PMTRX | XXX: US - LARIAN GRAT TAX WORK |
| 81 | Notes Receivable - Officers | 2,130,000.00 | PMTRX | I.LARIAN 2004 4TH QTR CA EST.T |
| 82 | Notes Receivable - Officers | 495,000.00 | PMTRX | S.MAKABI Q4,04 CA EST. TAX |
| 83 | Notes Receivable - Officers | 50.00 | PMTRX | JASON LARIANS 05,Q1 CA EST TAX |
| 84 | Notes Receivable - Officers | 30.00 | PMTRX | JASMINE LARIAN 05,Q1 CA EST TA |
| 85 | Notes Receivable - Officers | 350.00 | PMTRX | CAMERON LARIAN 05,Q1 CA EST TA |
| 86 | Notes Receivable - Officers | 1,995,000.00 | PMTRX | I.&A. LARIAN 05 Q2 CA EST TAX |
| 87 | Notes Receivable - Officers | 430,000.00 | PMTRX | S.&E. MAKABI 05 Q2 CA EST TAX |
| 88 | Notes Receivable - Officers | 230,000.00 | PMTRX | LARIAN 2005 3RD QTR STATE TAX |
| 89 | Notes Receivable - Officers | 20,000.00 | PMTRX | MAKABI 2005 3RD QTR FED TA |
| 90 | Notes Receivable - Officers | 5,000.00 | PMTRX | I.&A.LARIAN 05 Q1 IN EST TAX |
| 91 | Notes Receivable - Officers | 2,000.00 | PMTRX | I.&A. LARIAN 05 Q2 IN EST TAX |
| 92 | Notes Receivable - Officers | 1,500,000.00 | PMTRX | S.MAKABI Q4,04 FED. EST. TAX |
| 93 | Notes Receivable - Officers | 6,350,000.00 | PMTRX | I.LARIAN Q4,04 FED.EST. TAX |
| 94 | Notes Receivable - Officers | 500,000.00 | PMTRX | I.&A.LARIAN 05 Q1 FED EST TAX |
| 95 | Notes Receivable - Officers | 550.00 | PMTRX | JASON LARIAN 05 Q1 FED EST TAX |
| 96 | Notes Receivable - Officers | 350.00 | PMTRX | JASMINE LARIAN 05,Q1 FED EST T |
| 97 | Notes Receivable - Officers | 800.00 | PMTRX | CAMERON LARIAN 05,Q1 FED EST T |
| 98 | Notes Receivable - Officers | 1,485,000.00 | PMTRX | S.&E. MAKABI 05 Q2 FED EST TAX |
| 99 | Notes Receivable - Officers | 6,900,000.00 | PMTRX | I.&A. LARIAN 05 Q2 FED EST TAX |
| 100 | Notes Receivable - Officers | 1,750,000.00 | PMTRX | LARIAN 2005 3RD QUARTER |
| 101 | Notes Receivable - Officers | 270,000.00 | PMTRX | MAKABI 2005 3RD QTR FED TAX |
| 102 | Notes Receivable - Officers | 1,500.00 | PMTRX | I.&A. LARIAN 05 Q2 NC EST TAX |
| 103 | Notes Receivable - Officers | 210,000.00 | PMTRX | I.LARIAN Q4,2004 NJ EST. TAX |
| 104 | Notes Receivable - Officers | 46,000.00 | PMTRX | I.LARIAN Q4,2004 NJ EST. TAX |
| 105 | Notes Receivable - Officers | 175,000.00 | PMTRX | Payables Trx Entry |
| 106 | Notes Receivable - Officers | 40,000.00 | PMTRX | S.MAKABI Q4,2004 NY EST TAX |
| 107 | Notes Receivable - Officers | 2,700.00 | PMTRX | I.&A.LARIAN 05 Q1 PA EST TAX |
| 108 | Notes Receivable - Officers | 2,000.00 | PMTRX | I.&A. LARIAN 05 Q2 PA EST TAX |
| 109 | Notes Receivable - Officers | 5,500.00 | PMTRX | I.&A.LARIAN 05 Q1 SC EST TAX |
| 110 | Notes Receivable - Officers | 3,000.00 | PMTRX | I.&A. LARIAN 05 Q2 SC EST TAX |
| 111 | Notes Receivable - Officers | 78,000.00 | PMTRX | I.LARIAN Q4,2004 AR EST. TAX |
| 112 | Notes Receivable - Officers | 18,000.00 | PMTRX | S.MAKABI Q4,2004 NY EST. TAX |
| 113 | Notes Receivable - Officers | 20,000.00 | PMTRX | GRAT DIST.-GOOD FAITH DEP RIAL |

CONFIDENTIAL – ATTORNEYS' EYES ONLY

EXHIBIT ___134___

PAGE ___1772___

MGA 3787396

| | J |
|---|---|
| 63 | |
| 64 | |
| 65 | |
| 66 | |
| 67 | |
| 68 | |
| 69 | |
| 70 | |
| 71 | |
| 72 | |
| 73 | |
| 74 | |
| 75 | |
| 76 | |
| 77 | ALBERT AND MOJGAN TALASSAZAN |
| 78 | ALLIANZ LIFE |
| 79 | BINGHAM MCCUTCHEN |
| 80 | BINGHAM MCCUTCHEN |
| 81 | FRANCHISE TAX BOARD |
| 82 | FRANCHISE TAX BOARD |
| 83 | FRANCHISE TAX BOARD |
| 84 | FRANCHISE TAX BOARD |
| 85 | FRANCHISE TAX BOARD |
| 86 | FRANCHISE TAX BOARD |
| 87 | FRANCHISE TAX BOARD |
| 88 | FRANCHISE TAX BOARD |
| 89 | FRANCHISE TAX BOARD |
| 90 | INDIANA DEPARTMENT OF REVENUE |
| 91 | INDIANA DEPARTMENT OF REVENUE |
| 92 | INTERNAL REVENUE SERVICE |
| 93 | INTERNAL REVENUE SERVICE |
| 94 | INTERNAL REVENUE SERVICE |
| 95 | INTERNAL REVENUE SERVICE |
| 96 | INTERNAL REVENUE SERVICE |
| 97 | INTERNAL REVENUE SERVICE |
| 98 | INTERNAL REVENUE SERVICE |
| 99 | INTERNAL REVENUE SERVICE |
| 100 | INTERNAL REVENUE SERVICE |
| 101 | INTERNAL REVENUE SERVICE |
| 102 | NDCOR |
| 103 | NJ DIVISION OF TAXATION |
| 104 | NJ DIVISION OF TAXATION |
| 105 | NYS INCOME TAX |
| 106 | NYS INCOME TAX |
| 107 | PENNSYLVANIA DEPARTMENT OF REVENUE |
| 108 | PENNSYLVANIA DEPARTMENT OF REVENUE |
| 109 | SOUTH CAROLINA DEPARTMENT OF REVENUE |
| 110 | SOUTH CAROLINA DEPARTMENT OF REVENUE |
| 111 | STATE OF ARKANSAS |
| 112 | STATE OF ARKANSAS |
| 113 | UNION BANK |

CONFIDENTIAL – ATTORNEYS' EYES ONLY

EXHIBIT ___134___

PAGE ___1773___

MGA 3787397

**EXHIBIT 135**

ISAAC AND ANGELA LARIAN
List of Assets
2006

**ASSETS**
Cash

| | | | | |
|---|---|---|---:|---|
| | Checking | $ | | |
| | Savings | $ | | |

Marketable Securities

| | | | | |
|---|---|---|---:|---|
| Bernstein - Isaac GRAT Investments | $ | 15,249,332 | 31-May-06 | |
| Bernstein - Angela GRAT Investments | $ | 15,235,816 | 31-May-06 | |
| Bernstein - Larian Family Trust Investments | $ | 17,440,877 | 31-May-06 | |
| Bernstein - Isaac Living Trust Investments | $ | 3,273 | 31-May-06 | |
| Bernstein - Angela Living Trust Investments | $ | 3,273 | 31-May-06 | |
| Bear Stems - Angela GRAT | $ | 19,067,735 | 30-Jun-06 | |
| Bear Stems - Larian Living Trust | $ | 26,597,931 | 30-Jun-06 | |
| Bear Stems - Isaac GRAT | $ | 19,215,632 | 30-Jun-06 | |
| JPMorgan - Isaac GRAT Investments | $ | 13,789,314 | 30-Jun-06 | |
| JPMorgan - Angela GRAT Investments | $ | 13,789,314 | 30-Jun-06 | |
| Retirement Accounts - 401K | $ | | | |
| Residences | $ | 12,000,000 | | |
| Toybox LLC | $ | 10,636,470 | Pro rata share of investment | |
| 16300 Roscoe Boulevard LLC | $ | 8,795,650 | Pro rata share of investment | |
| MGA Entertainment, Inc. | $ | 1,636,380,000 | Pro rata share of investment | |
| Zapf Creation Gmbh | $ | 8,199,336 | | |

| | | | |
|---|---|---|---:|
| **TOTAL ASSETS** | $ | 1,816,403,953 | |

**LIABILITY**

| | | | |
|---|---|---|---:|
| Income tax liability | $ | 7,200,000 | |
| Other tax liability | $ | 120,000 | |
| Mortgage | $ | 1,000,000 | |

| | | | |
|---|---|---|---:|
| **TOTAL LIABILITY** | $ | 8,320,000 | |

| | | | |
|---|---|---|---:|
| **NET ASSETS** | $ | 1,808,083,953 | |

*Ownership in MGA Entertainment, Inc.*

| | |
|---|---:|
| Larian Family Trust | 8.18% |
| Isaac Larian | 9.85% |
| Angela Larian | 9.85% |
| Isaac Larian GRATS | 26.97% |
| Angela Larian GRATS | 26.97% |
| | 81.82% |

*Ownership in Toybox LLC*

| | |
|---|---:|
| Isaac Larian GRATS | 40.91% |
| Angela Larian GRATS | 40.91% |
| | 81.82% |

EXHIBIT ___135___

PAGE ___1774___

CONFIDENTIAL - ATTORNEYS' EYES ONLY

MGA 3787276

_Ownership in 16300 Roscoe Boulevard LLC_
Larian Family Trust                                    81.82%


_Ownership in Zapf_
Shares outstanding                                   5,000,000
Percentage ownership                                    16.36%
Current Value                                          €7.85   as of 8/24/06
Current Value                                         $10.02   as of 8/24/06  - Oanda

CONFIDENTIAL - ATTORNEYS' EYES ONLY

EXHIBIT ____135____

PAGE ____1775____

MGA 3787277

**EXHIBIT 136**

ISAAC LARIAN
BANK AND INVESTMENT ACCOUNTS
Per Tax Return Filings

## 1999

Bank of America
Charles Schwab
Dean Witter Reynolds
Merrill Lynch
National Financial Services LLC

## 2000

Bank of America
Charles Schwab
Dean Witter Reynolds
Merrill Lynch
National Financial Services LLC

## 2001

Bank of America
Charles Schwab
Merrill Lynch
Morgan Stanley
National Financial Services LLC

## 2002

Bank of America
BNY Clearing Services LLC
Charles Schwab
Merrill Lynch
Morgan Stanley
National Financial Services LLC

## 2003

Bear Stearns Securities Corp
BNY Clearing Services LLC
Merrill Lynch
Newport Securities LLC

## 2004

Bank of America #02373

CONFIDENTIAL - ATTORNEYS' EYES ONLY

EXHIBIT ___130___

PAGE ___1776___

MGA 3787280

Bank of America #1201318241
Bank of America #50252
Bank of America #55163
Bank of America #55700
Bear Stearns #720 00456
Bear Stearns #720 71590
Bear Stearns #720 89698
Bear Stearns #720 90012
Bear Stearns #720 90013
Merrill Lynch #29858

**2005**

Bank of America #02373
Bank of America #1201318241
Bank of America #76320
Bear Stearns #720 00456
Bear Stearns #720 03812
Bear Stearns #720 03815
Bear Stearns #720 04306
Bear Stearns #720 04318
Bear Stearns #720 04339
Bear Stearns #720 04341
Bear Stearns #720 04342
Bear Stearns #720 04343
Bear Stearns #720 04344
Bear Stearns #720 04347
Bear Stearns #720 04348
Bear Stearns #720 04349
Bear Stearns #720 04350
Bear Stearns #720 71590
Bear Stearns #720 89698
Bear Stearns #720 90012
Bear Stearns #720 90013
Bear Stearns #720 90112
Bernstein #079 52428
Bernstein #079 52429
Bernstein #079 52430
Bernstein #888 23875
Bernstein #888 23876
Bernstein #888 23877
JP Morgan #Q 53178002
JP Morgan #A 54411003
JP Morgan #Q 53180008
JP Morgan #A 54412001
Merrill Lynch #29858
UBS, #YR782011

CONFIDENTIAL – ATTORNEYS' EYES ONLY

EXHIBIT ___136___

PAGE ___1777___

MGA 3787281

UBS, #YR782012
UBS, #YR415237
UBS, #YR415308
Wells Fargo #7140350252

## 2006

Bank of America #92638
Bank of America #1201318241
Bear Stearns #720 0456
Bear Stearns #720 03812
Bear Stearns #720 03815
Bear Stearns #720 04306
Bear Stearns #720 04318
Bear Stearns #720 04337
Bear Stearns #720 04339
Bear Stearns #720 04340
Bear Stearns #720 04341
Bear Stearns #720 04342
Bear Stearns #720 04343
Bear Stearns #720 04344
Bear Stearns #720 04345
Bear Stearns #720 04346
Bear Stearns #720 04347
Bear Stearns #720 04348
Bear Stearns #720 04349
Bear Stearns #720 04350
Bear Stearns #720 05694
Bear Stearns #720 05696
Bear Stearns #720 05707
Bear Stearns #720 05708
Bear Stearns #720 06115
Bear Stearns #720 71590
Bear Stearns #720 89698
Bear Stearns #720 90012
Bear Stearns #720 90013
Bernstein #079 52428
Bernstein #079 52429
Bernstein #079 52430
Bernstein #888 23875
Bernstein #888 23876
Bernstein #888 23877
Bernstein #079 54024
Bernstein #079 54025
Bernstein #079 54026
HSBC
JP Morgan #Q 53178002

CONFIDENTIAL - ATTORNEYS' EYES ONLY

EXHIBIT ___134___

PAGE ___1778___

MGA 3787282

JP Morgan #A 54411003
JP Morgan #Q 53180008
JP Morgan #A 54412001
Merrill Lynch #29858
UBS, #YR782011
UBS, #YR782012
UBS, #YR415237
UBS, #YR415308
Wells Fargo #7140350252
Wells Fargo #4578

## 2007

Bank of America #1201318241
Bear Stearns # 720 -00456
Bear Stearns # 720 -03812
Bear Stearns # 720 -03815
Bear Stearns # 720 -04306
Bear Stearns # 720 -04318
Bear Stearns # 720 -04337
Bear Stearns # 720 -04339
Bear Stearns # 720 -04340
Bear Stearns # 720 -04341
Bear Stearns # 720 -04342
Bear Stearns # 720 -04343
Bear Stearns # 720 -04344
Bear Stearns # 720 -04345
Bear Stearns # 720 -04346
Bear Stearns # 720 -04347
Bear Stearns # 720 -04348
Bear Stearns # 720 -04349
Bear Stearns # 720 -04350
Bear Stearns # 720 -05694
Bear Stearns # 720 -05696
Bear Stearns # 720 -05707
Bear Stearns # 720 -05708
Bear Stearns # 720 -06115
Bear Stearns # 720 -71590
Bear Stearns # 720 -89698
Bear Stearns # 720 -90012
Bear Stearns # 720 -90013
Bear Stearns # 720 -00454
Bear Stearns # 720 -05697
Bear Stearns # 720 -08954
Bernstein #079 -52428
Bernstein #079 -52429
Bernstein #079 -52430

CONFIDENTIAL - ATTORNEYS' EYES ONLY

EXHIBIT 136
PAGE 1779

MGA 3787283

Bernstein #079 54025
Bernstein #079 54026
Bernstein #079 54639
Bernstein #079 54024
Bernstein #888 23875
Bernstein #888 23876
Bernstein #888 23877
JP Morgan #A 54411003
JP Morgan #A 54412001
JP Morgan #Q 53178002
JP Morgan #Q 53180008
UBS, #YR415237
UBS, #YR415308
UBS, #YR782011
UBS, #YR782012
Wells Fargo #7140350252

CONFIDENTIAL - ATTORNEYS' EYES ONLY

EXHIBIT ___134___

PAGE ___1780___

MGA 3787284

**EXHIBIT 137**

| | |
|---|---|
| From: | Isaac Larian |
| To: | Saban - Haim Saban |
| CC: | |
| BCC: | |
| Sent Date: | 2003-02-04 02:25:52:187 |
| Received Date: | 2003-02-04 02:25:52:187 |
| Subject: | RE: I need your advise |
| Attachments: | |

Haim,

I am meeting with Oded in NY.

Thanks for the introduction.

Isaac Larian
CEO
MGA ENTERTAINMENT
A Consumer Entertainment Product Company
16730 Schoenborn Street
North Hills, California, 91343-6122
Tel: 818-894-3150
Fax:818-894-1267
Ilarian@mgae.com
www.MGAE.COM
Meet the girls with Passion for Fashion
www.Bratzpack.com

-----Original Message-----
From: Haim Saban [mailto:hsaban@saban.com]
Sent: Thursday, January 30, 2003 8:53 AM
To: Isaac Larian
Cc: Lissa Kereta
Subject: RE: I need your advise

I will talk to him and get back to you.Best.

-----Original Message-----
From: Isaac Larian [mailto:ilarian@mgae.com]
Sent: Thursday, January 30, 2003 8:47 AM
To: Haim Saban
Subject: RE: I need your advise

Haim,

Please make the introduction.

EXHIBIT _____137_____

PAGE _____1781_____

Confidential - For Attorney's Eyes Only

MGA 1008775

Also, I called the guy from Dic two times but he did not call back. I left a message I was referred to him by you. Do you have his e mail.

Thanks so much.

Isaac Larian
CEO
MGA ENTERTAINMENT
A Consumer Entertainment Product Company
16730 Schoenborn Street
North Hills, California, 91343-6122
Tel: 818-894-3150
Fax:818-894-1267
ilarian@mgae.com
www.MGAE.COM
Meet the girls with Passion for Fashion
www.Bratzpack.com

-----Original Message-----
From: Haim Saban [mailto:hsaban@saban.com]
Sent: Thursday, January 30, 2003 8:47 AM
To: Isaac Larian
Cc: Lissa Kereta
Subject: RE: I need your advise

The best negociator I have ever seen at work is the guy who advised me on my Disney deal.He was also Steve Ross's deal guy.(Time Warne chrmn)He doesnt come cheap,but worth every penny.
His name is Ed Aboodi.Would be happy to make an introduction.Let me know.

-----Original Message-----
From: Isaac Larian [mailto:ilarian@mgae.com]
Sent: Thursday, January 30, 2003 8:01 AM
To: Haim Saban
Subject: RE: I need your advise

Thanks Haim

Working as hard: Probably not. But, you know it is in my blood to work hard.

Safety net: I have everything in the company except my house (          can also take           sitting in the company

Return on Investment: They want to be able to          with an exit strategy.

Banker to advise me: No I don't have one. Can you please recommend a good person to me?

-----Original Message-----

Confidential - For Attorney's Eyes Only

EXHIBIT ___137___

PAGE ___1782___

MGA 1008776

**REDACTED**

From: Haim Saban [mailto:hsaban@saban.com]
Sent: Thursday, January 30, 2003 7:36 AM
To: Ilarian@mgae.com
Subject: Re: I need your advise

These r all valid but very personal questions.
Do u still want to work hard?how much $ do you have as a safety net for your family?how well will u get along w/your new partners?what r the covenants they r asking in return for their investment. And the list goes on and on.
Do you have a good banker advising you?

Sent from my Blackberry

-----Original Message-----
From: Isaac Larian <ilarian@mgae.com>
To: Haim Saban <hsaban@saban.com>
Sent: Thu Jan 30 07:04:13 2003
Subject: I need your advise

Hi Haim,

I need your advise please.

My Bratz line is hot ( like Power Ranger's in 1993)

We sold

We also have about

We

But, I know Bratz will not go on for ever. So I want to take some cash out and put away for my family.

There are two investor groups ( TA and Summit) who want company for about         and I can take the cash out. But they want to have seat on the board and want to take the company IPO in 2 years or sell the company.

Do you think I should do this or simply take the cash out of the company profits and hire consultants to help me set the company up for IPO or sale down the road?

Please let me know your thoughts.

Thanks.

Isaac Larian
CEO
MGA ENTERTAINMENT

Confidential - For Attorney's Eyes Only

EXHIBIT ___137___

PAGE ___1783___

MGA 1008777

REDACTED

A Consumer Entertainment Product Company
16730 Schoenborn Street
North Hills, California, 91343-6122
Tel: 818-894-3150
Fax:818-894-1267
llarian@mgae.com
www.MGAE.COM
Meet the girls with Passion for Fashion
www.Bratzpack.com

EXHIBIT ___137___

PAGE ___1784___

Confidential - For Attorney's Eyes Only

MGA 1005776

**EXHIBIT 138**

| From: | Isaac Larian |
|---|---|
| Sent: | Tuesday, October 10, 2000 6:38 PM |
| To: | Victoria O'Connor |
| Cc: | Dennis Medici |
| Subject: | RE: CARTER COMPENSATION |

from the date he signed the contract.

-----Original Message-----
| From: | Victoria O'Connor |
|---|---|
| Sent: | Tuesday, October 10, 2000 10:56 AM |
| To: | Isaac Larian |
| Cc: | Dennis Medici |
| Subject: | FW: CARTER COMPENSATION |

Do you want to start his salary for the month of Octoebr since he began in September? Please advise.

-----Original Message-----
| From: | Paula Treantafelles |
|---|---|
| Sent: | Tuesday, October 10, 2000 9:02 AM |
| To: | Victoria O'Connor |
| Subject: | RE: CARTER COMPENSATION |

I would say that Carter has worked on average about 4 hours a day and we began working on this line the first part of September.

-----Original Message-----
| From: | Victoria O'Connor |
|---|---|
| Sent: | Tuesday, October 10, 2000 8:11 AM |
| To: | Paula Treantafelles |
| Subject: | FW: CARTER COMPENSATION |

Please let me know how many hours Carter has worked and the day he started meetings with you.  Thanks.

-----Original Message-----
| From: | Dennis Medici |
|---|---|
| Sent: | Tuesday, October 10, 2000 6:46 AM |
| To: | Victoria O'Connor |
| Subject: | CARTER COMPENSATION |

Victoria,
Please reply what amount we should pay Carter and have Isaac approve.  Thanks.

Dennis Medici
MGA Entertainment
(818) 894-2525
(818) 830-7176 fax

EXHIBIT __138__

PAGE __1785__

1

CONFIDENTIAL
ATTORNEY'S EYES ONLY

MGA004717

**EXHIBIT 139**

**From:**      Isaac Larian
**Sent:**      Tuesday, October 17, 2000 3:28 PM
**To:**        Paula Treantafelles; Mercedeh Ward; Carter Bryant; 'mullenma@earthlink.net'
**Subject:**   RE: seamstresses

I don't know of one.

Victoria : Call Fashion Institute and see if we can get some interns.

-----Original Message-----
**From:**      Paula Treantafelles
**Sent:**      Tuesday, October 17, 2000 2:54 PM
**To:**        Isaac Larian; Mercedeh Ward; Carter Bryant; 'mullenma@earthlink.net'
**Subject:**   seamstresses

Isaac and Mercedeh-
I need to have seamstresses and patterns makers ready and committed to supporting Carter and Veronica week of 10/30 for BRATZ fashions.

Do you guys know of anyone that we can call?  I wanted to call some of my buddies at Mattel but maybe this isnt the best idea.

Victoria-
Did you run across anyone when you went through the recent resume submissions?

Maureen-
Do you know of any of the little ladies that used to work at Mattel that can support us?

CONFIDENTIAL
ATTORNEY'S EYES ONLY

**MGA006475**

EXHIBIT ___139___
PAGE ___1786___

MGA0006475 A

**EXHIBIT 140**

| | A | B | C | D |
|---|---|---|---|---|
| 1 | Document Type | Vendor ID | Posting Date | Document Number |
| 2 | Credit Memo | 4066 | 10/27/2003 | TO RVSE DIST 9.03 |
| 3 | Credit Memo | 4066 | 10/27/2003 | RVSE INT 33 MONTHS |
| 4 | Invoice | 4066 | 1/8/1999 | DEC 98 INTEREST |
| 5 | Invoice | 4066 | 2/3/1999 | JAN 99 INTEREST |
| 6 | Invoice | 4066 | 3/4/1999 | FEB 99 INTEREST |
| 7 | Invoice | 4066 | 4/2/1999 | MAR 99 INTEREST |
| 8 | Invoice | 4066 | 5/3/1999 | APR 99 INTEREST |
| 9 | Invoice | 4066 | 5/26/1999 | MAY 99 INTEREST |
| 10 | Invoice | 4066 | 7/7/1999 | JUNE 99 INTEREST |
| 11 | Invoice | 4066 | 8/4/1999 | JULY 99 INTEREST |
| 12 | Invoice | 4066 | 9/2/1999 | AUG 99 INTEREST |
| 13 | Invoice | 4066 | 10/1/1999 | SEPT 99 INTEREST |
| 14 | Invoice | 4066 | 11/3/1999 | OCT 99 INTEREST |
| 15 | Invoice | 4066 | 12/3/1999 | NOV 99 INTEREST |
| 16 | Invoice | 4066 | 1/13/2000 | DEC 99 INTEREST |
| 17 | Invoice | 4066 | 2/3/2000 | JAN 00 INTEREST |
| 18 | Invoice | 4066 | 3/3/2000 | FEB 00 INTEREST |
| 19 | Invoice | 4066 | 3/31/2000 | MAR 00 INTEREST |
| 20 | Invoice | 4066 | 5/19/2000 | APR 00 INTEREST |
| 21 | Invoice | 4066 | 6/5/2000 | MAY 00 INTEREST |
| 22 | Invoice | 4066 | 8/8/2000 | JUN 00 INTEREST |
| 23 | Invoice | 4066 | 8/8/2000 | JUL 00 INTEREST |
| 24 | Invoice | 4066 | 8/17/2000 | 08/17/00 INTEREST |
| 25 | Invoice | 4066 | 9/1/2000 | AUG 00 INTEREST |
| 26 | Invoice | 4066 | 10/6/2000 | SEP 00 INTEREST |
| 27 | Invoice | 4066 | 11/9/2000 | OCT 00 INTEREST |
| 28 | Invoice | 4066 | 12/6/2000 | NOV 00 INTEREST |
| 29 | Invoice | 4066 | 8/20/2001 | 1/01-7/01 INTEREST |
| 30 | Invoice | 4066 | 8/28/2002 | SEP 98 INTEREST |
| 31 | Invoice | 4066 | 9/23/2003 | PRIN. BAL 9/03 |
| 32 | Invoice | 4066 | 9/30/2003 | DIST 09.03 |
| 33 | Invoice | 4066 | 9/30/2003 | INT 33 MONTHS |
| 34 | Invoice | 4066 | 9/30/2003 | INT THRU 12/31/02 |
| 35 | Invoice | 4066 | 9/30/2003 | INT 1/03-9/03 |
| 36 | Invoice | 4066 | 10/27/2003 | ISAAC'S LOAN TO AGHD |
| 37 | Invoice | 4066 | 10/27/2003 | BALANCE LAON/INT |
| 38 | | | | |
| 39 | | | | |
| 40 | PAID OUT OF THE DISBURSEMENT ACCOUNT | | | |

EXHIBIT __140__

PAGE __1787__



CONFIDENTIAL – ATTORNEYS' EYES ONLY

MGA 3787400

| | E | F | G |
|---|---|---|---|
| 1 | Document Amount | Vendor Name | Purchases Account Number |
| 2 | | LARIAN AGHDAS | 3600-000 DISTRIBUTION |
| 3 | | LARIAN AGHDAS | 3600-000 DISTRIBUTION |
| 4 | | LARIAN AGHDAS | 2702-000 SUB DEBT INTEREST |
| 5 | | LARIAN AGHDAS | 2702-000 SUB DEBT INTEREST |
| 6 | | LARIAN AGHDAS | 2702-000 SUB DEBT INTEREST |
| 7 | | LARIAN AGHDAS | 2702-000 SUB DEBT INTEREST |
| 8 | | LARIAN AGHDAS | 2702-000 SUB DEBT INTEREST |
| 9 | | LARIAN AGHDAS | 2702-000 SUB DEBT INTEREST |
| 10 | | LARIAN AGHDAS | 2702-000 SUB DEBT INTEREST |
| 11 | | LARIAN AGHDAS | 2702-000 SUB DEBT INTEREST |
| 12 | | LARIAN AGHDAS | 2702-000 SUB DEBT INTEREST |
| 13 | | LARIAN AGHDAS | 2702-000 SUB DEBT INTEREST |
| 14 | | LARIAN AGHDAS | 2702-000 SUB DEBT INTEREST |
| 15 | | LARIAN AGHDAS | 2702-000 SUB DEBT INTEREST |
| 16 | | LARIAN AGHDAS | 2702-000 SUB DEBT INTEREST |
| 17 | | LARIAN AGHDAS | 2702-000 SUB DEBT INTEREST |
| 18 | | LARIAN AGHDAS | 2702-000 SUB DEBT INTEREST |
| 19 | | LARIAN AGHDAS | 2702-000 SUB DEBT INTEREST |
| 20 | | LARIAN AGHDAS | 2702-000 SUB DEBT INTEREST |
| 21 | | LARIAN AGHDAS | 2702-000 SUB DEBT INTEREST |
| 22 | | LARIAN AGHDAS | 2702-000 SUB DEBT INTEREST |
| 23 | | LARIAN AGHDAS | 2702-000 SUB DEBT INTEREST |
| 24 | | LARIAN AGHDAS | 2702-000 SUB DEBT INTEREST |
| 25 | | LARIAN AGHDAS | 2702-000 SUB DEBT INTEREST |
| 26 | | LARIAN AGHDAS | 2702-000 SUB DEBT INTEREST |
| 27 | | LARIAN AGHDAS | 2702-000 SUB DEBT INTEREST |
| 28 | | LARIAN AGHDAS | 2702-000 SUB DEBT INTEREST |
| 29 | | LARIAN AGHDAS | 2702-000 SUB DEBT INTEREST |
| 30 | | LARIAN AGHDAS | 2702-000 SUB DEBT INTEREST |
| 31 | | LARIAN AGHDAS | 3600-000 DISTRIBUTION |
| 32 | | LARIAN AGHDAS | 2702-000 SUB DEBT INTEREST |
| 33 | | LARIAN AGHDAS | 3600-000 DISTRIBUTION |
| 34 | | LARIAN AGHDAS | 2702-000 SUB DEBT INTEREST |
| 35 | | LARIAN AGHDAS | 2702-000 SUB DEBT INTEREST |
| 36 | | LARIAN AGHDAS | 3600-000 DISTRIBUTION |
| 37 | | LARIAN AGHDAS | 2702-000 SUB DEBT INTEREST |
| 38 | | | |
| 39 | | | |
| 40 | | | |

EXHIBIT __140__

PAGE __1788__

CONFIDENTIAL – ATTORNEYS' EYES ONLY

MGA 3787401

REDACTED

| | A |
|---|---|
| 1 | Document Type |
| 2 | Credit Memo |
| 3 | Invoice |
| 4 | Invoice |
| 5 | Invoice |
| 6 | Invoice |
| 7 | Invoice |
| 8 | Invoice |
| 9 | Invoice |
| 10 | Invoice |
| 11 | Invoice |
| 12 | Invoice |
| 13 | Invoice |
| 14 | Invoice |
| 15 | Invoice |
| 16 | Invoice |
| 17 | Invoice |
| 18 | Invoice |
| 19 | Invoice |
| 20 | Invoice |
| 21 | Invoice |
| 22 | Invoice |
| 23 | Invoice |
| 24 | Invoice |
| 25 | Invoice |
| 26 | Invoice |
| 27 | Invoice |
| 28 | Invoice |
| 29 | |
| 30 | |
| 31 | |
| 32 | |
| 33 | THE REMAINDER OF INVOICES WERE PAID OUT OF THE DISBURSEMENT ACCOUNT |

EXHIBIT ___140___

PAGE ___1789___

CONFIDENTIAL – ATTORNEYS' EYES ONLY

MGA 3787402

| | B | C | D | E |
|---|---|---|---|---|
| 1 | Vendor ID | Posting Date | Document Number | Document Amount |
| 2 | 4157 | 1/14/2000 | DEC 99 CORR | |
| 3 | 4157 | 1/8/1999 | DEC 98 INTEREST | |
| 4 | 4157 | 2/3/1999 | JAN 99 INTEREST | |
| 5 | 4157 | 3/4/1999 | FEB 99 INTEREST | |
| 6 | 4157 | 4/2/1999 | MAR 99 INTEREST | |
| 7 | 4157 | 5/3/1999 | APR 99 INTEREST | |
| 8 | 4157 | 5/29/1999 | MAY 99 INTEREST | |
| 9 | 4157 | 7/7/1999 | JUNE 99 INTEREST | |
| 10 | 4157 | 8/4/1999 | JULY 99 INTEREST | |
| 11 | 4157 | 9/2/1999 | AUG 99 INTEREST | |
| 12 | 4157 | 10/1/1999 | SEPT 99 INTEREST | |
| 13 | 4157 | 11/3/1999 | OCT 99 INTEREST | |
| 14 | 4157 | 12/3/1999 | NOV 99 INTEREST | |
| 15 | 4157 | 1/13/2000 | DEC 99 INTEREST | |
| 16 | 4157 | 2/3/2000 | JAN 00 INTEREST | |
| 17 | 4157 | 3/3/2000 | FEB 00 INTEREST | |
| 18 | 4157 | 3/31/2000 | MAR 00 INTEREST | |
| 19 | 4157 | 5/19/2000 | APR 00 INTEREST | |
| 20 | 4157 | 6/5/2000 | MAY 00 INTEREST | |
| 21 | 4157 | 8/8/2000 | JUN 00 INTEREST | |
| 22 | 4157 | 8/8/2000 | JUL 00 INTEREST | |
| 23 | 4157 | 9/1/2000 | AUG 00 INTEREST | |
| 24 | 4157 | 10/6/2000 | SEP 00 INTEREST | |
| 25 | 4157 | 11/9/2000 | OCT 00 INTEREST | |
| 26 | 4157 | 12/6/2000 | NOV 00 INTEREST | |
| 27 | ANGELA LARIAN | 3/7/2006 | WIRE 3/7/06 | |
| 28 | ANGELA LARIAN | 11/28/2006 | WIRE 11/28/06 | |
| 29 | | | | |
| 30 | | | | |
| 31 | PAID OUT OF THE CONCENTRATION ACCOUNT | | | |
| 32 | | | | |
| 33 | | | | |

EXHIBIT ___140___

PAGE ___1790___

CONFIDENTIAL – ATTORNEYS' EYES ONLY

MGA 3787403

REDACTED

| | F | G |
|---|---|---|
| 1 | Vendor Name | Purchases Account Number |
| 2 | LARIAN, ANGELA | 2702-000 - SUB DEBT INTEREST |
| 3 | LARIAN, ANGELA | 2702-000 - SUB DEBT INTEREST |
| 4 | LARIAN, ANGELA | 2702-000 - SUB DEBT INTEREST |
| 5 | LARIAN, ANGELA | 2702-000 - SUB DEBT INTEREST |
| 6 | LARIAN, ANGELA | 2702-000 - SUB DEBT INTEREST |
| 7 | LARIAN, ANGELA | 2702-000 - SUB DEBT INTEREST |
| 8 | LARIAN, ANGELA | 2702-000 - SUB DEBT INTEREST |
| 9 | LARIAN, ANGELA | 2702-000 - SUB DEBT INTEREST |
| 10 | LARIAN, ANGELA | 2702-000 - SUB DEBT INTEREST |
| 11 | LARIAN, ANGELA | 2702-000 - SUB DEBT INTEREST |
| 12 | LARIAN, ANGELA | 2702-000 - SUB DEBT INTEREST |
| 13 | LARIAN, ANGELA | 2702-000 - SUB DEBT INTEREST |
| 14 | LARIAN, ANGELA | 2702-000 - SUB DEBT INTEREST |
| 15 | LARIAN, ANGELA | 2702-000 - SUB DEBT INTEREST |
| 16 | LARIAN, ANGELA | 2702-000 - SUB DEBT INTEREST |
| 17 | LARIAN, ANGELA | 2702-000 - SUB DEBT INTEREST |
| 18 | LARIAN, ANGELA | 2702-000 - SUB DEBT INTEREST |
| 19 | LARIAN, ANGELA | 2702-000 - SUB DEBT INTEREST |
| 20 | LARIAN, ANGELA | 2702-000 - SUB DEBT INTEREST |
| 21 | LARIAN, ANGELA | 2702-000 - SUB DEBT INTEREST |
| 22 | LARIAN, ANGELA | 2702-000 - SUB DEBT INTEREST |
| 23 | LARIAN, ANGELA | 2702-000 - SUB DEBT INTEREST |
| 24 | LARIAN, ANGELA | 2702-000 - SUB DEBT INTEREST |
| 25 | LARIAN, ANGELA | 2702-000 - SUB DEBT INTEREST |
| 26 | LARIAN, ANGELA | 2702-000 - SUB DEBT INTEREST |
| 27 | LARIAN, ANGELA | 36110 - Distribution-Angela Larian GRAT |
| 28 | LARIAN, ANGELA | 36110 - Distribution-Angela Larian GRAT |
| 29 | | |
| 30 | | |
| 31 | | |
| 32 | | |
| 33 | | |

EXHIBIT _____ 140

PAGE _____ 1791

CONFIDENTIAL – ATTORNEYS' EYES ONLY

MGA 3787404

| | A | B | C | D |
|---|---|---|---|---|
| 1 | Document Type | Vendor ID | Posting Date | Document Number |
| 2 | Invoice | 4055 | 1/8/1999 | JAN 99 CONSULTING |
| 3 | Invoice | 4055 | 2/3/1999 | FEB 99 CONSULTING |
| 4 | Invoice | 4055 | 3/4/1999 | MAR 99 CONSULTING |
| 5 | Invoice | 4055 | 4/2/1999 | APR 99 CONSULTING |
| 6 | Invoice | 4055 | 5/3/1999 | MAY 99 CONSULTING |
| 7 | Invoice | 4055 | 5/26/1999 | JUNE 99 CONSULTING |
| 8 | Invoice | 4055 | 7/8/1999 | JULY 99 CONSULTING |
| 9 | Invoice | 4055 | 8/4/1999 | AUG 99 CONSULTING |
| 10 | Invoice | 4055 | 9/2/1999 | SEPT 99 CONSULTING |
| 11 | Invoice | 4055 | 10/1/1999 | OCT 99 CONSULTING |
| 12 | Invoice | 4055 | 11/1/1999 | NO V99 CONSULTING |
| 13 | Invoice | 4055 | 12/2/1999 | DEC 99 CONSULTING |
| 14 | Invoice | 4055 | 1/12/2000 | JAN 00 CONSULTING |
| 15 | Invoice | 4055 | 2/3/2000 | FEB 00 CONSULTING |
| 16 | Invoice | 4055 | 3/2/2000 | MAR 00 CONSULTING |
| 17 | Invoice | 4055 | 3/29/2000 | APR 00 CONSULTING |
| 18 | Invoice | 4055 | 5/3/2000 | MAY 00 CONSULTING |
| 19 | Invoice | 4055 | 6/1/2000 | JUN 00 CONSULTING |
| 20 | Invoice | 4055 | 7/5/2000 | JUL 00 CONSULTING |
| 21 | Invoice | 4055 | 8/3/2000 | AUG 00 CONSULTING |
| 22 | Invoice | 4055 | 9/1/2000 | SEP 00 CONSULTING |
| 23 | Invoice | 4055 | 10/2/2000 | OCT 00 CONSULTING |
| 24 | Invoice | 4055 | 11/1/2000 | NOV 00 CONSULTING |
| 25 | Invoice | 4055 | 12/7/2000 | DEC 00 CONSULTING |
| 26 | Invoice | 4055 | 1/9/2001 | JAN 01 CONSULTING |
| 27 | Invoice | 4055 | 2/7/2001 | FEB 01 CONSULTING |
| 28 | Invoice | 4055 | 3/1/2001 | MAR 01 CONSULTING |
| 29 | Invoice | 4055 | 4/4/2001 | APR 01 CONSULTING |
| 30 | Invoice | 4055 | 5/2/2001 | MAY 01 CONSULTING |
| 31 | Invoice | 4055 | 6/6/2001 | JUN 01 CONSULTING |
| 32 | Invoice | 4055 | 7/6/2001 | JUL 01 CONSULTING |
| 33 | Invoice | 4055 | 11/2/2001 | NOV 01 CONSULTING |
| 34 | Invoice | 4055 | 10/31/2001 | AUG 01 CONSULTING |
| 35 | Invoice | 4055 | 10/31/2001 | SEP 01 CONSULTING |
| 36 | Invoice | 4055 | 10/31/2001 | OCT 01 CONSULTING |
| 37 | Invoice | 4055 | 12/6/2001 | DEC 01 CONSULTING |
| 38 | Invoice | 4055 | 1/14/2002 | JAN 02 CONSULTING |
| 39 | Invoice | 4055 | 2/1/2002 | FEB 02 CONSULTING |
| 40 | Invoice | 4055 | 3/1/2002 | MAR 02 CONSULTING |
| 41 | Invoice | 4055 | 4/3/2002 | APR 02 CONSULTING |
| 42 | Invoice | 4055 | 5/2/2002 | MAY 02 CONSULTING |
| 43 | Invoice | 4055 | 6/14/2002 | JUN 02 CONSULTING |
| 44 | Invoice | 4055 | 7/8/2002 | JULY 02 CONSULTING |
| 45 | Invoice | 4055 | 8/1/2002 | AUG 02 CONSULTING |
| 46 | Invoice | 4055 | 9/12/2002 | SEP 02 CONSULTING |
| 47 | Invoice | 4055 | 10/1/2002 | OCT 02 CONSULTING |
| 48 | Invoice | 4055 | 11/4/2002 | NOV 02 CONSULTING |
| 49 | Invoice | 4055 | 12/2/2002 | DEC 02 CONSULTING |
| 50 | Invoice | 4055 | 1/14/2003 | JAN 03 CONSULTING |
| 51 | Invoice | 4055 | 3/5/2003 | MAR 03 CONSULTING |
| 52 | Invoice | 4055 | 2/5/2003 | FEB 03 CONSULTING |
| 53 | Invoice | 4055 | 4/1/2003 | APR 03 CONSULTING |
| 54 | Invoice | 4055 | 5/1/2003 | MAY 03 CONSULTING |
| 55 | Invoice | 4055 | 6/4/2003 | JUNE 03 CONSULTING |
| 56 | Invoice | 4055 | 7/1/2003 | JULY 03 CONSULTING |
| 57 | Invoice | 4055 | 8/1/2003 | AUG 03 CONSULTING |
| 58 | Invoice | 4055 | 9/1/2003 | SEPT 03 CONSULTING |
| 59 | Invoice | 4055 | 10/2/2003 | OCT 03 CONSULTING |
| 60 | Invoice | 4055 | 11/3/2003 | NOV 03 CONSULTING |
| 61 | Invoice | 4055 | 12/1/2003 | DEC 03 CONSULTING |
| 62 | Invoice | 4055 | 1/13/2004 | JAN 04 CONSULTING |
| 63 | Invoice | 4055 | 2/1/2004 | FEB 04 CONSULTING |

EXHIBIT \_\_\_\_140\_\_\_\_\_

PAGE \_\_\_\_1792\_\_\_\_\_

CONFIDENTIAL – ATTORNEYS' EYES ONLY

MGA 3787405

| | E | F | G |
|---|---|---|---|
| 1 | Document Amount | Vendor Name | Purchases Account Number |
| 2 | | LARIAN, ELIAS | 7930-1950- PROFESSIONAL FEES - OTHER |
| 3 | | LARIAN, ELIAS | 7930-1950- PROFESSIONAL FEES - OTHER |
| 4 | | LARIAN, ELIAS | 7930-1950- PROFESSIONAL FEES - OTHER |
| 5 | | LARIAN, ELIAS | 7930-1950- PROFESSIONAL FEES - OTHER |
| 6 | | LARIAN, ELIAS | 7930-1950- PROFESSIONAL FEES - OTHER |
| 7 | | LARIAN, ELIAS | 7930-1950- PROFESSIONAL FEES - OTHER |
| 8 | | LARIAN, ELIAS | 7930-1950- PROFESSIONAL FEES - OTHER |
| 9 | | LARIAN, ELIAS | 7930-1950- PROFESSIONAL FEES - OTHER |
| 10 | | LARIAN, ELIAS | 7930-1950- PROFESSIONAL FEES - OTHER |
| 11 | | LARIAN, ELIAS | 7930-1950- PROFESSIONAL FEES - OTHER |
| 12 | | LARIAN, ELIAS | 7930-1950- PROFESSIONAL FEES - OTHER |
| 13 | | LARIAN, ELIAS | 7930-1950- PROFESSIONAL FEES - OTHER |
| 14 | | LARIAN, ELIAS | 7930-1950- PROFESSIONAL FEES - OTHER |
| 15 | | LARIAN, ELIAS | 7930-1950- PROFESSIONAL FEES - OTHER |
| 16 | | LARIAN, ELIAS | 7930-1950- PROFESSIONAL FEES - OTHER |
| 17 | | LARIAN, ELIAS | 7930-1950- PROFESSIONAL FEES - OTHER |
| 18 | | LARIAN, ELIAS | 7930-1950- PROFESSIONAL FEES - OTHER |
| 19 | | LARIAN, ELIAS | 7930-1950- PROFESSIONAL FEES - OTHER |
| 20 | | LARIAN, ELIAS | 7930-1950- PROFESSIONAL FEES - OTHER |
| 21 | | LARIAN, ELIAS | 7930-1950- PROFESSIONAL FEES - OTHER |
| 22 | | LARIAN, ELIAS | 7930-1950- PROFESSIONAL FEES - OTHER |
| 23 | | LARIAN, ELIAS | 7930-1950- PROFESSIONAL FEES - OTHER |
| 24 | | LARIAN, ELIAS | 7930-1950- PROFESSIONAL FEES - OTHER |
| 25 | | LARIAN, ELIAS | 7930-1950- PROFESSIONAL FEES - OTHER |
| 26 | | LARIAN, ELIAS | 7930-1950- PROFESSIONAL FEES - OTHER |
| 27 | | LARIAN, ELIAS | 7930-1950- PROFESSIONAL FEES - OTHER |
| 28 | | LARIAN, ELIAS | 7930-1950- PROFESSIONAL FEES - OTHER |
| 29 | | LARIAN, ELIAS | 7930-1950- PROFESSIONAL FEES - OTHER |
| 30 | | LARIAN, ELIAS | 7930-1950- PROFESSIONAL FEES - OTHER |
| 31 | | LARIAN, ELIAS | 7930-1950- PROFESSIONAL FEES - OTHER |
| 32 | | LARIAN, ELIAS | 7930-1950- PROFESSIONAL FEES - OTHER |
| 33 | | LARIAN, ELIAS | 7930-1950- PROFESSIONAL FEES - OTHER |
| 34 | | LARIAN, ELIAS | 7930-1950- PROFESSIONAL FEES - OTHER |
| 35 | | LARIAN, ELIAS | 7930-1950- PROFESSIONAL FEES - OTHER |
| 36 | | LARIAN, ELIAS | 7930-1950- PROFESSIONAL FEES - OTHER |
| 37 | | LARIAN, ELIAS | 7930-1950- PROFESSIONAL FEES - OTHER |
| 38 | | LARIAN, ELIAS | 7930-1950- PROFESSIONAL FEES - OTHER |
| 39 | | LARIAN, ELIAS | 7930-1950- PROFESSIONAL FEES - OTHER |
| 40 | | LARIAN, ELIAS | 7930-1950- PROFESSIONAL FEES - OTHER |
| 41 | | LARIAN, ELIAS | 7930-1950- PROFESSIONAL FEES - OTHER |
| 42 | | LARIAN, ELIAS | 7930-1950- PROFESSIONAL FEES - OTHER |
| 43 | | LARIAN, ELIAS | 7930-1950- PROFESSIONAL FEES - OTHER |
| 44 | | LARIAN, ELIAS | 7930-1950- PROFESSIONAL FEES - OTHER |
| 45 | | LARIAN, ELIAS | 7930-1950- PROFESSIONAL FEES - OTHER |
| 46 | | LARIAN, ELIAS | 7930-1950- PROFESSIONAL FEES - OTHER |
| 47 | | LARIAN, ELIAS | 7930-1950- PROFESSIONAL FEES - OTHER |
| 48 | | LARIAN, ELIAS | 7930-1950- PROFESSIONAL FEES - OTHER |
| 49 | | LARIAN, ELIAS | 7930-1950- PROFESSIONAL FEES - OTHER |
| 50 | | LARIAN, ELIAS | 7930-1950- PROFESSIONAL FEES - OTHER |
| 51 | | LARIAN, ELIAS | 7930-1950- PROFESSIONAL FEES - OTHER |
| 52 | | LARIAN, ELIAS | 7930-1950- PROFESSIONAL FEES - OTHER |
| 53 | | LARIAN, ELIAS | 7930-1950- PROFESSIONAL FEES - OTHER |
| 54 | | LARIAN, ELIAS | 7930-1950- PROFESSIONAL FEES - OTHER |
| 55 | | LARIAN, ELIAS | 7930-1950- PROFESSIONAL FEES - OTHER |
| 56 | | LARIAN, ELIAS | 7930-1950- PROFESSIONAL FEES - OTHER |
| 57 | | LARIAN, ELIAS | 7930-1950- PROFESSIONAL FEES - OTHER |
| 58 | | LARIAN, ELIAS | 7930-1950- PROFESSIONAL FEES - OTHER |
| 59 | | LARIAN, ELIAS | 7930-1950- PROFESSIONAL FEES - OTHER |
| 60 | | LARIAN, ELIAS | 7930-1950- PROFESSIONAL FEES - OTHER |
| 61 | | LARIAN, ELIAS | 7930-1950- PROFESSIONAL FEES - OTHER |
| 62 | | LARIAN, ELIAS | 7930-1950- PROFESSIONAL FEES - OTHER |
| 63 | | LARIAN, ELIAS | 7930-1950- PROFESSIONAL FEES - OTHER |

EXHIBIT ___140___

GE ___1793___

CONFIDENTIAL – ATTORNEYS' EYES ONLY

MGA 3787406

REDACTED

| | A | B | C | D |
|---|---|---|---|---|
| 64 | Invoice | 4055 | 3/1/2004 | MAR 04 CONSULTING |
| 65 | Invoice | 4055 | 4/20/2004 | APR-04 CONSULTING |
| 66 | Invoice | 4055 | 5/3/2004 | MAY 04 PAYMENT |
| 67 | Invoice | 4055 | 6/1/2004 | JUNE 04 PAYMENT |
| 68 | Invoice | 4055 | 7/1/2004 | JULY 04 PAYMENT |
| 69 | Invoice | 4055 | 7/30/2004 | AUG 04 PAYMENT |
| 70 | Invoice | 4055 | 8/31/2004 | SEPT 04 PAYMENT |
| 71 | Invoice | 4055 | 9/29/2004 | OCT 04 PAYMENT |
| 72 | Invoice | 4055 | 11/2/2004 | NOV 04 PAYMENT |
| 73 | Invoice | 4055 | 12/1/2004 | DEC 04 PAYMENT |
| 74 | Invoice | 4055 | 1/14/2005 | JAN 05 PAYMENT |
| 75 | Invoice | 4055 | 2/2/2005 | FEB 05 PAYMENT |
| 76 | Invoice | 4055 | 2/28/2005 | MAR 05 PAYMENT |
| 77 | Invoice | 4055 | 3/30/2005 | APR 05 PAYMENT |
| 78 | Invoice | 4055 | 5/2/2005 | MAY 05 PAYMENT |
| 79 | Invoice | 4055 | 6/1/2005 | JUNE 05 PAYMENT |
| 80 | Invoice | 4055 | 7/5/2005 | JULY 05 PAYMENT |
| 81 | Invoice | 4055 | 8/2/2005 | AUG 05 PAYMENT |
| 82 | Invoice | 4055 | 8/25/2005 | SEPT 05 PAYMENT |
| 83 | Invoice | 4055 | 9/28/2005 | OCT 05 PAYMENT |
| 84 | Invoice | 4055 | 10/25/2005 | NOV 05 PAYMENT |
| 85 | Invoice | 4055 | 11/28/2005 | DEC 05 PAYMENT |
| 86 | Invoice | 4055 | 12/28/2005 | JAN 06 PAYMENT |
| 87 | Invoice | 4055 | 6/27/2006 | JULY 06 PAYMENT |
| 88 | Invoice | 4055 | 7/25/2006 | AUG 06 PAYMENT |
| 89 | Invoice | 4055 | 8/23/2006 | SEPT 06 PAYMENT |
| 90 | Invoice | 4055 | 9/25/2006 | OCT 06 PAYMENT |
| 91 | Invoice | 4055 | 10/25/2006 | NOV 06 PAYMENT |
| 92 | Invoice | 4055 | 11/16/2006 | DEC 06 PAYMENT |
| 93 | Invoice | 4055 | 12/20/2006 | JAN 07 PAYMENT |
| 94 | Invoice | 4055 | 1/24/2007 | FEB 07 PAYMENT |
| 95 | Invoice | 4055 | 2/21/2007 | MAR 07 PAYMENT |
| 96 | Invoice | 4055 | 3/26/2007 | APR 07 PAYMENT |
| 97 | Invoice | 4055 | 4/24/2007 | MAY 07 PAYMENT |
| 98 | Invoice | 4055 | 5/24/2007 | JUNE 07 PAYMENT |
| 99 | Invoice | 4055 | 6/26/2007 | JULY 07 PAYMENT |
| 100 | Invoice | 4055 | 7/23/2007 | AUG 07 PAYMENT |
| 101 | Invoice | 4055 | 8/30/2007 | SEPT 07 PAYMENT |
| 102 | Invoice | 4055 | 9/24/2007 | OCT 07 PAYMENT |
| 103 | Invoice | 4055 | 10/24/2007 | NOV 07 PAYMENT |
| 104 | Invoice | 4055 | 11/27/2007 | DEC 07 PAYMENT |
| 105 | Invoice | 4055 | 12/19/2007 | JAN 08 PYMNT |
| 106 | Invoice | 4055 | 1/25/2008 | FEB 08 PAYMENT |
| 107 | Invoice | 4055 | 2/24/2008 | MAR 08 PAYMENT |
| 108 | Invoice | 4055 | 3/28/2008 | APR 08 PAYMENT |
| 109 | Invoice | 4055 | 4/25/2008 | MAY 08 PAYMENT |
| 110 | Invoice | 4055 | 6/1/2008 | JUNE 08 PAYMENT |
| 111 | | | | |
| 112 | | | | |
| 113 | | | | |
| 114 | PAID OUT OF THE DISBURSEMENT ACCOUNT | | | |

EXHIBIT ___ 140

PAGE ___ 1794

CONFIDENTIAL – ATTORNEYS' EYES ONLY

MGA 3787407

| | E | F | G |
|---|---|---|---|
| 64 | | LARIAN, ELIAS | 7930-1950- PROFESSIONAL FEES - OTHER |
| 65 | | LARIAN, ELIAS | 7930-1950- PROFESSIONAL FEES - OTHER |
| 66 | | LARIAN, ELIAS | 7930-1950- PROFESSIONAL FEES - OTHER |
| 67 | | LARIAN, ELIAS | 7930-1950- PROFESSIONAL FEES - OTHER |
| 68 | | LARIAN, ELIAS | 7930-1950- PROFESSIONAL FEES - OTHER |
| 69 | | LARIAN, ELIAS | 7930-1950- PROFESSIONAL FEES - OTHER |
| 70 | | LARIAN, ELIAS | 7930-1950- PROFESSIONAL FEES - OTHER |
| 71 | | LARIAN, ELIAS | 7930-1950- PROFESSIONAL FEES - OTHER |
| 72 | | LARIAN, ELIAS | 7930-1950- PROFESSIONAL FEES - OTHER |
| 73 | | LARIAN, ELIAS | 7930-1950- PROFESSIONAL FEES - OTHER |
| 74 | | LARIAN, ELIAS | 7930-1950- PROFESSIONAL FEES - OTHER |
| 75 | | LARIAN, ELIAS | 7930-1950- PROFESSIONAL FEES - OTHER |
| 76 | | LARIAN, ELIAS | 7930-1950- PROFESSIONAL FEES - OTHER |
| 77 | | LARIAN, ELIAS | 7930-1950- PROFESSIONAL FEES - OTHER |
| 78 | | LARIAN, ELIAS | 7930-1950- PROFESSIONAL FEES - OTHER |
| 79 | | LARIAN, ELIAS | 7930-1950- PROFESSIONAL FEES - OTHER |
| 80 | | LARIAN, ELIAS | 7930-1950- PROFESSIONAL FEES - OTHER |
| 81 | | LARIAN, ELIAS | 7930-1950- PROFESSIONAL FEES - OTHER |
| 82 | | LARIAN, ELIAS | 7930-1950- PROFESSIONAL FEES - OTHER |
| 83 | | LARIAN, ELIAS | 7930-1950- PROFESSIONAL FEES - OTHER |
| 84 | | LARIAN, ELIAS | 7930-1950- PROFESSIONAL FEES - OTHER |
| 85 | | LARIAN, ELIAS | 7930-1950- PROFESSIONAL FEES - OTHER |
| 86 | | LARIAN, ELIAS | 7930-1950- PROFESSIONAL FEES - OTHER |
| 87 | | LARIAN, ELIAS | 79500-1950 - PROFESSIONAL FEES - OTHER |
| 88 | | LARIAN, ELIAS | 79500-1950 - PROFESSIONAL FEES - OTHER |
| 89 | | LARIAN, ELIAS | 79500-1950 - PROFESSIONAL FEES - OTHER |
| 90 | | LARIAN, ELIAS | 79500-1950 - PROFESSIONAL FEES - OTHER |
| 91 | | LARIAN, ELIAS | 79500-1950 - PROFESSIONAL FEES - OTHER |
| 92 | | LARIAN, ELIAS | 79500-1950 - PROFESSIONAL FEES - OTHER |
| 93 | | LARIAN, ELIAS | 79500-1950 - PROFESSIONAL FEES - OTHER |
| 94 | | LARIAN, ELIAS | 79500-1950 - PROFESSIONAL FEES - OTHER |
| 95 | | LARIAN, ELIAS | 79500-1950 - PROFESSIONAL FEES - OTHER |
| 96 | | LARIAN, ELIAS | 79500-1950 - PROFESSIONAL FEES - OTHER |
| 97 | | LARIAN, ELIAS | 79500-1950 - PROFESSIONAL FEES - OTHER |
| 98 | | LARIAN, ELIAS | 79500-1950 - PROFESSIONAL FEES - OTHER |
| 99 | | LARIAN, ELIAS | 79500-1950 - PROFESSIONAL FEES - OTHER |
| 100 | | LARIAN, ELIAS | 79500-1950 - PROFESSIONAL FEES - OTHER |
| 101 | | LARIAN, ELIAS | 79500-1950 - PROFESSIONAL FEES - OTHER |
| 102 | | LARIAN, ELIAS | 79500-1950 - PROFESSIONAL FEES - OTHER |
| 103 | | LARIAN, ELIAS | 79500-1950 - PROFESSIONAL FEES - OTHER |
| 104 | | LARIAN, ELIAS | 79500-1950 - PROFESSIONAL FEES - OTHER |
| 105 | | LARIAN, ELIAS | 79500-1950 - PROFESSIONAL FEES - OTHER |
| 106 | | LARIAN, ELIAS | 79500-1950 - PROFESSIONAL FEES - OTHER |
| 107 | | LARIAN, ELIAS | 79500-1950 - PROFESSIONAL FEES - OTHER |
| 108 | | LARIAN, ELIAS | 79500-1950 - PROFESSIONAL FEES - OTHER |
| 109 | | LARIAN, ELIAS | 79500-1950 - PROFESSIONAL FEES - OTHER |
| 110 | | LARIAN, ELIAS | 79500-1950 - PROFESSIONAL FEES - OTHER |
| 111 | | | |
| 112 | | | |
| 113 | | | |
| 114 | | | |

EXHIBIT ___140___

PAGE ___1795___

CONFIDENTIAL – ATTORNEYS' EYES ONLY

MGA 3787408

REDACTED

| | A | B | C | D |
|---|---|---|---|---|
| 1 | Document Type | Vendor ID | Posting Date | Document Number |
| 2 | Credit Memo | 4159 | 11/21/2001 | SAMPLES 11/21/01 |
| 3 | Invoice | 4159 | 7/12/1999 | EXP 6/7-6/25/99 |
| 4 | Invoice | 4159 | 9/23/1999 | EXP 1/4-3/11/99 |
| 5 | Invoice | 4159 | 2/29/2000 | FY 1995 INTEREST |
| 6 | Invoice | 4159 | 3/31/2000 | EXP 02/07-02/18/00 |
| 7 | Invoice | 4159 | 3/31/2000 | EXP 3/28/00 |
| 8 | Invoice | 4159 | 4/14/2000 | 1999 INCOME TAXES |
| 9 | Invoice | 4159 | 4/30/2000 | EXP 04/17-04/28/00 |
| 10 | Invoice | 4159 | 5/31/2000 | EXP 05/04-05/18/00 |
| 11 | Invoice | 4159 | 8/23/2000 | EXP 08/07-08/17/00 |
| 12 | Invoice | 4159 | 9/15/2000 | EXP 11/22/99 |
| 13 | Invoice | 4159 | 10/10/2000 | EXP 10/06/00 |
| 14 | Invoice | 4159 | 10/13/2000 | EXP 04/20/00 |
| 15 | Invoice | 4159 | 4/19/2001 | EXP 03/19-04/05/01 |
| 16 | Invoice | 4159 | 11/21/2001 | EXP 10/11-11/09/01 |
| 17 | Invoice | 4159 | 12/21/2001 | EXP 11/15/01 |
| 18 | Invoice | 4159 | 1/16/2002 | 01/04/02 PAYMENT |
| 19 | Invoice | 4159 | 4/30/2002 | EXP 04/09/02 |
| 20 | Invoice | 4159 | 4/30/2002 | EXP 04/02/02 |
| 21 | Invoice | 4159 | 7/25/2002 | EXP 07/14-07/17/02 |
| 22 | Credit Memo | 6179 | 8/5/2001 | CK#12361,VEN#5169 |
| 23 | Credit Memo | 6179 | 8/5/2001 | CK#12467,VEN#5169 |
| 24 | Invoice | 6179 | 7/5/2001 | JULY 01 CONSULTING |
| 25 | Invoice | 6179 | 7/31/2001 | AUG CONSULTING |
| 26 | Invoice | 6179 | 8/5/2001 | JAN-FEB-MAR-APR-MAY |
| 27 | Invoice | 6179 | 8/5/2001 | JUN 01 |
| 28 | Invoice | 6179 | 8/10/2001 | JUN 01 CONSULTING |
| 29 | Invoice | 6179 | 8/10/2001 | JULY 01 |
| 30 | Invoice | 6179 | 9/7/2001 | AUG 01 |
| 31 | Invoice | 6179 | 10/5/2001 | OCT 01 CONSULTING |
| 32 | Invoice | 6179 | 11/2/2001 | NOV 01 CONSULTING |
| 33 | Invoice | 6179 | 11/30/2001 | DEC 01 CONSULTING |
| 34 | Invoice | 6179 | 12/28/2001 | JAN 02 CONSULTING |
| 35 | Invoice | 6179 | 2/1/2002 | FEB 02 CONSULTING |
| 36 | Invoice | 6179 | 2/1/2002 | 02/01/02 PAYMENT |
| 37 | Invoice | 6179 | 3/1/2002 | MAR 02 CONSULTING |
| 38 | Invoice | 6179 | 3/5/2002 | 03/01/02 PAYMENT |
| 39 | Invoice | 6179 | 4/3/2002 | APR 02 CONSULTING |
| 40 | Invoice | 6179 | 4/3/2002 | APR 02 PAYMENT |
| 41 | Invoice | 6179 | 5/2/2002 | MAY 02 CONSULTING |
| 42 | Invoice | 6179 | 5/2/2002 | MAY 02 PAYMENT |
| 43 | Invoice | 6179 | 6/14/2002 | JUN 02 CONSULTING |
| 44 | Invoice | 6179 | 6/14/2002 | JUN 02 PAYMENT |
| 45 | Invoice | 6179 | 7/8/2002 | JULY 02 CONSULTING |
| 46 | Invoice | 6179 | 7/8/2002 | JULY 02 PAYMENT |
| 47 | Invoice | 6179 | 8/1/2002 | AUG 02 PAYMENT |
| 48 | Invoice | 6179 | 8/1/2002 | AUG 02 CONSULTING |
| 49 | Invoice | 6179 | 9/12/2002 | SEP 02 CONSULTING |
| 50 | Invoice | 6179 | 9/12/2002 | SEP 02 PAYMENT |
| 51 | Invoice | 6179 | 10/1/2002 | OCT 02 CONSULTING |
| 52 | Invoice | 6179 | 10/1/2002 | OCT 02 PAYMENT |
| 53 | Invoice | 6179 | 11/4/2002 | NOV 02 CONSULTING |
| 54 | Invoice | 6179 | 11/4/2002 | NOV 02 PAYMENT |
| 55 | Invoice | 6179 | 12/2/2002 | DEC 02 CONSULTING |
| 56 | Invoice | 6179 | 12/2/2002 | DEC 02 PAYMENT |
| 57 | Invoice | 6179 | 1/14/2003 | JAN 03 CONSULTING |
| 58 | Invoice | 6179 | 1/14/2003 | JAN 03 PAYMENT |
| 59 | Invoice | 6179 | 3/5/2003 | MAR 03 CONSULTING |
| 60 | Invoice | 6179 | 3/5/2003 | MAR 03 PAYMENT |
| 61 | Invoice | 6179 | 2/5/2003 | FEB 03 CONSULTING |
| 62 | Invoice | 6179 | 2/5/2003 | FEB 03 PAYMENT |
| 63 | Invoice | 6179 | 4/1/2003 | APR 03 CONSULTING |

EXHIBIT 140

PAGE 1796

CONFIDENTIAL – ATTORNEYS' EYES ONLY

MGA 3787409

| | E | F | G |
|---|---|---|---|
| 1 | Document Amount | Vendor Name | Purchases Account Number |
| 2 | | LARIAN, FARHAD | REIMBURSEMENTS |
| 3 | | LARIAN, FARHAD | REIMBURSEMENTS |
| 4 | | LARIAN, FARHAD | REIMBURSEMENTS |
| 5 | | LARIAN, FARHAD | 9350-5200 INTEREST (EXPENSE) |
| 6 | | LARIAN, FARHAD | REIMBURSEMENTS |
| 7 | | LARIAN, FARHAD | REIMBURSEMENTS |
| 8 | | LARIAN, FARHAD | 3600-000 DISTRIBUTION |
| 9 | | LARIAN, FARHAD | REIMBURSEMENTS |
| 10 | | LARIAN, FARHAD | REIMBURSEMENTS |
| 11 | | LARIAN, FARHAD | REIMBURSEMENTS |
| 12 | | LARIAN, FARHAD | REIMBURSEMENTS |
| 13 | | LARIAN, FARHAD | REIMBURSEMENTS |
| 14 | | LARIAN, FARHAD | REIMBURSEMENTS |
| 15 | | LARIAN, FARHAD | REIMBURSEMENTS |
| 16 | | LARIAN, FARHAD | REIMBURSEMENTS |
| 17 | | LARIAN, FARHAD | REIMBURSEMENTS |
| 18 | | LARIAN, FARHAD | 1262-000 OTHER RECEIVABLES |
| 19 | | LARIAN, FARHAD | REIMBURSEMENTS |
| 20 | | LARIAN, FARHAD | REIMBURSEMENTS |
| 21 | | LARIAN, FARHAD | REIMBURSEMENTS |
| 22 | | LARIAN, FARHAD-CONSULTING | 8325-1950- PD PROFESSIONAL FEES |
| 23 | | LARIAN, FARHAD-CONSULTING | 8325-1950- PD PROFESSIONAL FEES |
| 24 | | LARIAN, FARHAD-CONSULTING | 8325-1950- PD PROFESSIONAL FEES |
| 25 | | LARIAN, FARHAD-CONSULTING | 8325-1950- PD PROFESSIONAL FEES |
| 26 | | LARIAN, FARHAD-CONSULTING | 8325-1950- PD PROFESSIONAL FEES |
| 27 | | LARIAN, FARHAD-CONSULTING | 8325-1950- PD PROFESSIONAL FEES |
| 28 | | LARIAN, FARHAD-CONSULTING | 8325-1950- PD PROFESSIONAL FEES |
| 29 | | LARIAN, FARHAD-CONSULTING | 8325-1950- PD PROFESSIONAL FEES |
| 30 | | LARIAN, FARHAD-CONSULTING | 8325-1950- PD PROFESSIONAL FEES |
| 31 | | LARIAN, FARHAD-CONSULTING | 8325-1950- PD PROFESSIONAL FEES |
| 32 | | LARIAN, FARHAD-CONSULTING | 8325-1950- PD PROFESSIONAL FEES |
| 33 | | LARIAN, FARHAD-CONSULTING | 8325-1950- PD PROFESSIONAL FEES |
| 34 | | LARIAN, FARHAD-CONSULTING | 8325-1950- PD PROFESSIONAL FEES |
| 35 | | LARIAN, FARHAD-CONSULTING | 8325-1950- PD PROFESSIONAL FEES |
| 36 | | LARIAN, FARHAD-CONSULTING | 8325-1950- PD PROFESSIONAL FEES |
| 37 | | LARIAN, FARHAD-CONSULTING | 8325-1950- PD PROFESSIONAL FEES |
| 38 | | LARIAN, FARHAD-CONSULTING | 8325-1950- PD PROFESSIONAL FEES |
| 39 | | LARIAN, FARHAD-CONSULTING | 8325-1950- PD PROFESSIONAL FEES |
| 40 | | LARIAN, FARHAD-CONSULTING | 8325-1950- PD PROFESSIONAL FEES |
| 41 | | LARIAN, FARHAD-CONSULTING | 8325-1950- PD PROFESSIONAL FEES |
| 42 | | LARIAN, FARHAD-CONSULTING | 8325-1950- PD PROFESSIONAL FEES |
| 43 | | LARIAN, FARHAD-CONSULTING | 8325-1950- PD PROFESSIONAL FEES |
| 44 | | LARIAN, FARHAD-CONSULTING | 8325-1950- PD PROFESSIONAL FEES |
| 45 | | LARIAN, FARHAD-CONSULTING | 8325-1950- PD PROFESSIONAL FEES |
| 46 | | LARIAN, FARHAD-CONSULTING | 8325-1950- PD PROFESSIONAL FEES |
| 47 | | LARIAN, FARHAD-CONSULTING | 8325-1950- PD PROFESSIONAL FEES |
| 48 | | LARIAN, FARHAD-CONSULTING | 8325-1950- PD PROFESSIONAL FEES |
| 49 | | LARIAN, FARHAD-CONSULTING | 8325-1950- PD PROFESSIONAL FEES |
| 50 | | LARIAN, FARHAD-CONSULTING | 8325-1950- PD PROFESSIONAL FEES |
| 51 | | LARIAN, FARHAD-CONSULTING | 8325-1950- PD PROFESSIONAL FEES |
| 52 | | LARIAN, FARHAD-CONSULTING | 8325-1950- PD PROFESSIONAL FEES |
| 53 | | LARIAN, FARHAD-CONSULTING | 8325-1950- PD PROFESSIONAL FEES |
| 54 | | LARIAN, FARHAD-CONSULTING | 1490-000 DUE FROM OFFICERS |
| 55 | | LARIAN, FARHAD-CONSULTING | 8325-1950- PD PROFESSIONAL FEES |
| 56 | | LARIAN, FARHAD-CONSULTING | 1262-000 OTHER RECEIVABLES |
| 57 | | LARIAN, FARHAD-CONSULTING | 8325-1950- PD PROFESSIONAL FEES |
| 58 | | LARIAN, FARHAD-CONSULTING | 1262-000 OTHER RECEIVABLES |
| 59 | | LARIAN, FARHAD-CONSULTING | 8325-1950- PD PROFESSIONAL FEES |
| 60 | | LARIAN, FARHAD-CONSULTING | 3600-000 DISTRIBUTION |
| 61 | | LARIAN, FARHAD-CONSULTING | 8325-1950- PD PROFESSIONAL FEES |
| 62 | | LARIAN, FARHAD-CONSULTING | 3600-000 DISTRIBUTION |
| 63 | | LARIAN, FARHAD-CONSULTING | 8325-1950- PD PROFESSIONAL FEES |

EXHIBIT __140__

PAGE __1797__

CONFIDENTIAL – ATTORNEYS' EYES ONLY

MGA 3787410

REDACTED

| | A | B | C | D |
|---|---|---|---|---|
| 64 | Invoice | 6179 | 4/1/2003 | APR 03 PAYMENT |
| 65 | Invoice | 6179 | 5/1/2003 | MAY 03 CONSULTING |
| 66 | Invoice | 6179 | 5/1/2003 | MAY 03 PAYMENT |
| 67 | Invoice | 6179 | 6/4/2003 | JUNE 03 CONSULTING |
| 68 | Invoice | 6179 | 6/4/2003 | JUNE 03 PAYMENT |
| 69 | Invoice | 6179 | 7/1/2003 | JULY 03 CONSULTING |
| 70 | Invoice | 6179 | 7/1/2003 | JULY 03 PAYMENT |
| 71 | Invoice | 6179 | 8/1/2003 | AUG 03 CONSULTING |
| 72 | Invoice | 6179 | 8/1/2003 | AUG 03 PAYMENT |
| 73 | Invoice | 6179 | 9/1/2003 | SEPT 03 CONSULTING |
| 74 | Invoice | 6179 | 9/1/2003 | SEPT 03 PAYMENT |
| 75 | Invoice | 6179 | 10/2/2003 | OCT 03 CONSULTING |
| 76 | Invoice | 6179 | 10/2/2003 | OCT 03 PAYMENT |
| 77 | Invoice | 6179 | 11/3/2003 | NOV 03 CONSULTING |
| 78 | Invoice | 6179 | 11/3/2003 | NOV 03 PAYMENT |
| 79 | Invoice | 6179 | 12/1/2003 | DEC 03 CONSULTING |
| 80 | Invoice | 6179 | 12/1/2003 | DEC 03 PAYMENT |
| 81 | Invoice | 6179 | 1/13/2004 | JAN 04 CONSULTING |
| 82 | Invoice | 6179 | 2/1/2004 | FEB 04 CONSULTING |
| 83 | Invoice | 6179 | 3/1/2004 | MAR 04 CONSULTING |
| 84 | Invoice | 6179 | 4/2/2004 | APR 04 CONSULTING |
| 85 | Invoice | 6179 | 5/3/2004 | MAY 04 PAYMENT |
| 86 | Invoice | 6179 | 6/1/2004 | JUNE 04 PAYMENT |
| 87 | Invoice | 6179 | 7/1/2004 | JULY 04 PAYMENT |
| 88 | Invoice | 6179 | 7/30/2004 | AUG 04 PAYMENT |
| 89 | Invoice | 6179 | 8/31/2004 | SEPT 04 PAYMENT |
| 90 | Invoice | 6179 | 9/29/2004 | OCT 04 PAYMENT |
| 91 | Invoice | 6179 | 11/2/2004 | NOV 04 PAYMENT |
| 92 | Invoice | 6179 | 12/1/2004 | DEC 04 PAYMENT |
| 93 | Invoice | 6179 | 1/14/2005 | JAN 05 PAYMENT |
| 94 | Invoice | 6179 | 2/2/2005 | FEB 05 PAYMENT |
| 95 | Invoice | 6179 | 2/28/2005 | MAR 05 PAYMENT |
| 96 | Invoice | 6179 | 3/30/2005 | APR 05 PAYMENT |
| 97 | Invoice | 6179 | 5/2/2005 | MAY 05 PAYMENT |
| 98 | Invoice | 6179 | 6/1/2005 | JUNE 05 PAYMENT |
| 99 | Invoice | 6179 | 7/5/2005 | JULY 05 PAYMENT |
| 100 | Invoice | 6179 | 8/2/2005 | AUG 05 PAYMENT |
| 101 | Invoice | 6179 | 8/25/2005 | SEPT 05 PAYMENT |
| 102 | Invoice | 6179 | 9/26/2005 | OCT 05 PAYMENT |
| 103 | Invoice | 6179 | 10/25/2005 | NOV 05 PAYMENT |
| 104 | Invoice | 6179 | 11/28/2005 | DEC 05 PAYMENT |
| 105 | Credit Memo | 5169 | 12/31/2001 | PREPAY ADJUST |
| 106 | Invoice | 5169 | 1/8/1999 | DEC 98 INTEREST |
| 107 | Invoice | 5169 | 2/3/1999 | JAN 99 INTEREST |
| 108 | Invoice | 5169 | 3/4/1999 | FEB 99 INTEREST |
| 109 | Invoice | 5169 | 4/2/1999 | MAR 99 INTEREST |
| 110 | Invoice | 5169 | 5/3/1999 | APR 99 INTEREST |
| 111 | Invoice | 5169 | 7/19/1999 | MAY/JUNE 99 INTEREST |
| 112 | Invoice | 5169 | 8/4/1999 | JULY 99 INTEREST |
| 113 | Invoice | 5169 | 9/2/1999 | AUG 99 INTEREST |
| 114 | Invoice | 5169 | 9/14/1999 | 09/14/99 INTEREST |
| 115 | Invoice | 5169 | 10/1/1999 | SEPT 99 INTEREST |
| 116 | Invoice | 5169 | 11/3/1999 | OCT 99 INTEREST |
| 117 | Invoice | 5169 | 12/3/1999 | NOV 99 INTEREST |
| 118 | Invoice | 5169 | 1/13/2000 | DEC 99 INTEREST |
| 119 | Invoice | 5169 | 4/19/2001 | MAR 01 INTEREST |
| 120 | Invoice | 5169 | 5/17/2001 | PAYMENT 05/17/01 |
| 121 | Invoice | 5169 | 5/25/2001 | APR 01 INTEREST |
| 122 | Invoice | 5169 | 6/1/2001 | JUNE 01 PAYMENT |
| 123 | Invoice | 5169 | 6/15/2001 | MAY 01 INTEREST |
| 124 | Invoice | 5169 | 7/3/2001 | 07/02/01 PAYMENT |
| 125 | Invoice | 5169 | 7/19/2001 | JUNE 01 INTEREST |
| 126 | Invoice | 5169 | 8/17/2001 | JUL 01 INTEREST |

EXHIBIT  140

PAGE  1798

CONFIDENTIAL – ATTORNEYS' EYES ONLY

MGA 3787411

| | E | F | G |
|---|---|---|---|
| 64 | | LARIAN, FARHAD-CONSULTING | 3600-000 DISTRIBUTION |
| 65 | | LARIAN, FARHAD-CONSULTING | 8325-1950- PD PROFESSIONAL FEES |
| 66 | | LARIAN, FARHAD-CONSULTING | 3600-000 DISTRIBUTION |
| 67 | | LARIAN, FARHAD-CONSULTING | 8325-1950- PD PROFESSIONAL FEES |
| 68 | | LARIAN, FARHAD-CONSULTING | 3600-000 DISTRIBUTION |
| 69 | | LARIAN, FARHAD-CONSULTING | 8325-1950- PD PROFESSIONAL FEES |
| 70 | | LARIAN, FARHAD-CONSULTING | 3600-000 DISTRIBUTION |
| 71 | | LARIAN, FARHAD-CONSULTING | 8325-1950- PD PROFESSIONAL FEES |
| 72 | | LARIAN, FARHAD-CONSULTING | 3600-000 DISTRIBUTION |
| 73 | | LARIAN, FARHAD-CONSULTING | 8325-1950- PD PROFESSIONAL FEES |
| 74 | | LARIAN, FARHAD-CONSULTING | 3600-000 DISTRIBUTION |
| 75 | | LARIAN, FARHAD-CONSULTING | 8325-1950- PD PROFESSIONAL FEES |
| 76 | | LARIAN, FARHAD-CONSULTING | 3600-000 DISTRIBUTION |
| 77 | | LARIAN, FARHAD-CONSULTING | 8325-1950- PD PROFESSIONAL FEES |
| 78 | | LARIAN, FARHAD-CONSULTING | 3600-000 DISTRIBUTION |
| 79 | | LARIAN, FARHAD-CONSULTING | 8325-1950- PD PROFESSIONAL FEES |
| 80 | | LARIAN, FARHAD-CONSULTING | 3600-000 DISTRIBUTION |
| 81 | | LARIAN, FARHAD-CONSULTING | 7930-1950- PROFESSIONAL FEES |
| 82 | | LARIAN, FARHAD-CONSULTING | 7930-1950- PROFESSIONAL FEES |
| 83 | | LARIAN, FARHAD-CONSULTING | 7930-1950- PROFESSIONAL FEES |
| 84 | | LARIAN, FARHAD-CONSULTING | 7930-1950- PROFESSIONAL FEES |
| 85 | | LARIAN, FARHAD-CONSULTING | 7930-1950- PROFESSIONAL FEES |
| 86 | | LARIAN, FARHAD-CONSULTING | 7930-1950- PROFESSIONAL FEES |
| 87 | | LARIAN, FARHAD-CONSULTING | 7930-1950- PROFESSIONAL FEES |
| 88 | | LARIAN, FARHAD-CONSULTING | 7930-1950- PROFESSIONAL FEES |
| 89 | | LARIAN, FARHAD-CONSULTING | 7930-1950- PROFESSIONAL FEES |
| 90 | | LARIAN, FARHAD-CONSULTING | 7930-1950- PROFESSIONAL FEES |
| 91 | | LARIAN, FARHAD-CONSULTING | 7930-1950- PROFESSIONAL FEES |
| 92 | | LARIAN, FARHAD-CONSULTING | 7930-1950- PROFESSIONAL FEES |
| 93 | | LARIAN, FARHAD-CONSULTING | 7930-1950- PROFESSIONAL FEES |
| 94 | | LARIAN, FARHAD-CONSULTING | 7930-1950- PROFESSIONAL FEES |
| 95 | | LARIAN, FARHAD-CONSULTING | 7930-1950- PROFESSIONAL FEES |
| 96 | | LARIAN, FARHAD-CONSULTING | 7930-1950- PROFESSIONAL FEES |
| 97 | | LARIAN, FARHAD-CONSULTING | 7930-1950- PROFESSIONAL FEES |
| 98 | | LARIAN, FARHAD-CONSULTING | 7930-1950- PROFESSIONAL FEES |
| 99 | | LARIAN, FARHAD-CONSULTING | 7930-1950- PROFESSIONAL FEES |
| 100 | | LARIAN, FARHAD-CONSULTING | 7930-1950- PROFESSIONAL FEES |
| 101 | | LARIAN, FARHAD-CONSULTING | 7930-1950- PROFESSIONAL FEES |
| 102 | | LARIAN, FARHAD-CONSULTING | 7930-1950- PROFESSIONAL FEES |
| 103 | | LARIAN, FARHAD-CONSULTING | 7930-1950- PROFESSIONAL FEES |
| 104 | | LARIAN, FARHAD-CONSULTING | 7930-1950- PROFESSIONAL FEES |
| 105 | | LARIAN, FARHAD-INTEREST | 2702-000 - SUB DEBT INTEREST |
| 106 | | LARIAN, FARHAD-INTEREST | 2702-000 - SUB DEBT INTEREST |
| 107 | | LARIAN, FARHAD-INTEREST | 2702-000 - SUB DEBT INTEREST |
| 108 | | LARIAN, FARHAD-INTEREST | 2702-000 - SUB DEBT INTEREST |
| 109 | | LARIAN, FARHAD-INTEREST | 2702-000 - SUB DEBT INTEREST |
| 110 | | LARIAN, FARHAD-INTEREST | 2702-000 - SUB DEBT INTEREST |
| 111 | | LARIAN, FARHAD-INTEREST | 2702-000 - SUB DEBT INTEREST |
| 112 | | LARIAN, FARHAD-INTEREST | 2702-000 - SUB DEBT INTEREST |
| 113 | | LARIAN, FARHAD-INTEREST | 2702-000 - SUB DEBT INTEREST |
| 114 | | LARIAN, FARHAD-INTEREST | 2702-000 - SUB DEBT INTEREST |
| 115 | | LARIAN, FARHAD-INTEREST | 2702-000 - SUB DEBT INTEREST |
| 116 | | LARIAN, FARHAD-INTEREST | 2702-000 - SUB DEBT INTEREST |
| 117 | | LARIAN, FARHAD-INTEREST | 2702-000 - SUB DEBT INTEREST |
| 118 | | LARIAN, FARHAD-INTEREST | 2702-000 - SUB DEBT INTEREST |
| 119 | | LARIAN, FARHAD-INTEREST | 2702-000 - SUB DEBT INTEREST |
| 120 | | LARIAN, FARHAD-INTEREST | 2702-000 - SUB DEBT INTEREST |
| 121 | | LARIAN, FARHAD-INTEREST | 2702-000 - SUB DEBT INTEREST |
| 122 | | LARIAN, FARHAD-INTEREST | 2702-000 - SUB DEBT INTEREST |
| 123 | | LARIAN, FARHAD-INTEREST | 2702-000 - SUB DEBT INTEREST |
| 124 | | LARIAN, FARHAD-INTEREST | 2702-000 - SUB DEBT INTEREST |
| 125 | | LARIAN, FARHAD-INTEREST | 2702-000 - SUB DEBT INTEREST |
| 126 | | LARIAN, FARHAD-INTEREST | 2702-000 - SUB DEBT INTEREST |

EXHIBIT _____ 140

PAGE _____ 1799

CONFIDENTIAL – ATTORNEYS' EYES ONLY

MGA 3787412

REDACTED

| | A | B | C | D |
|---|---|---|---|---|
| 127 | Invoice | 5169 | 10/2/2001 | AUG 01 INTEREST |
| 128 | Invoice | 5169 | 10/5/2001 | SEP 01 |
| 129 | Invoice | 5169 | 11/2/2001 | OCT 01 INTEREST |
| 130 | Invoice | 5169 | 11/30/2001 | NOV 01 INTEREST |
| 131 | Invoice | 5169 | 12/28/2001 | DEC 01 INTEREST |
| 132 | Invoice | 5169 | 12/31/2001 | PREPAY JAN-JUN 2002 |
| 133 | Invoice | 5169 | 2/1/2002 | JAN 02 INTEREST |
| 134 | Invoice | 5169 | 3/1/2002 | FEB 02 INTEREST |
| 135 | Invoice | 5169 | 4/4/2002 | MAR 02 INTEREST |
| 136 | Invoice | 5169 | 5/7/2002 | APR 02 INTEREST |
| 137 | Invoice | 5169 | 6/30/2002 | MAY 02 INTEREST |
| 138 | Invoice | 5169 | 7/9/2002 | JUN 02 INTEREST |
| 139 | Invoice | 5169 | 7/29/2002 | JUL 02 INTEREST |
| 140 | Invoice | 5169 | 7/29/2002 | 07/29/02 PAYMENT |
| 141 | | | | |
| 142 | | | | |
| 143 | PAID OUT OF THE DISBURSEMENT ACCOUNT | | | |

EXHIBIT ___140___

PAGE ___1800___

CONFIDENTIAL – ATTORNEYS' EYES ONLY

MGA 3787413

| | E | F | G |
|---|---|---|---|
| 127 | | LARIAN, FARHAD-INTEREST | 2702-000 - SUB DEBT INTEREST |
| 128 | | LARIAN, FARHAD-INTEREST | 2702-000 - SUB DEBT INTEREST |
| 129 | | LARIAN, FARHAD-INTEREST | 2702-000 - SUB DEBT INTEREST |
| 130 | | LARIAN, FARHAD-INTEREST | 2702-000 - SUB DEBT INTEREST |
| 131 | | LARIAN, FARHAD-INTEREST | 2702-000 - SUB DEBT INTEREST |
| 132 | | LARIAN, FARHAD-INTEREST | 2702-000 - SUB DEBT INTEREST |
| 133 | | LARIAN, FARHAD-INTEREST | 2702-000 - SUB DEBT INTEREST |
| 134 | | LARIAN, FARHAD-INTEREST | 2702-000 - SUB DEBT INTEREST |
| 135 | | LARIAN, FARHAD-INTEREST | 2702-000 - SUB DEBT INTEREST |
| 136 | | LARIAN, FARHAD-INTEREST | 2702-000 - SUB DEBT INTEREST |
| 137 | | LARIAN, FARHAD-INTEREST | 2702-000 - SUB DEBT INTEREST |
| 138 | | LARIAN, FARHAD-INTEREST | 2702-000 - SUB DEBT INTEREST |
| 139 | | LARIAN, FARHAD-INTEREST | 2702-000 - SUB DEBT INTEREST |
| 140 | | LARIAN, FARHAD-INTEREST | 2702-000 - SUB DEBT INTEREST |
| 141 | | | |
| 142 | | | |
| 143 | | | |

EXHIBIT ___140___

PAGE ___1801___

CONFIDENTIAL – ATTORNEYS' EYES ONLY

MGA 3787414

REDACTED

| | A |
|---|---|
| 1 | Document Type |
| 2 | Credit  Memo |
| 3 | Invoice |
| 4 | Invoice |
| 5 | Invoice |
| 6 | Invoice |
| 7 | Invoice |
| 8 | Invoice |
| 9 | Invoice |
| 10 | Invoice |
| 11 | Invoice |
| 12 | Invoice |
| 13 | Invoice |
| 14 | Invoice |
| 15 | Invoice |
| 16 | Invoice |
| 17 | Invoice |
| 18 | Invoice |
| 19 | Invoice |
| 20 | Invoice |
| 21 | Invoice |
| 22 | Invoice |
| 23 | Invoice |
| 24 | Invoice |
| 25 | Invoice |
| 26 | Invoice |
| 27 | Invoice |
| 28 | Invoice |
| 29 | Invoice |
| 30 | Invoice |
| 31 | Invoice |
| 32 | Invoice |
| 33 | Invoice |
| 34 | Invoice |
| 35 | Invoice |
| 36 | Invoice |
| 37 | Invoice |
| 38 | Invoice |
| 39 | Invoice |
| 40 | Invoice |
| 41 | Invoice |
| 42 | Invoice |
| 43 | Invoice |
| 44 | Invoice |
| 45 | Invoice |
| 46 | Invoice |
| 47 | Invoice |
| 48 | Invoice |
| 49 | Invoice |
| 50 | Invoice |
| 51 | Invoice |
| 52 | Invoice |
| 53 | Invoice |
| 54 | Invoice |
| 55 | Invoice |
| 56 | Invoice |
| 57 | Invoice |
| 58 | Invoice |
| 59 | Invoice |
| 60 | Invoice |
| 61 | Invoice |
| 62 | Invoice |
| 63 | Invoice |

EXHIBIT _____ 140

PAGE _____ 1802

CONFIDENTIAL – ATTORNEYS' EYES ONLY

MGA 3787415

| | B | C | D | E |
|---|---|---|---|---|
| 1 | Vendor ID | Posting Date | Document Number | Document Amount |
| 2 | 5161 | 1/14/2000 | DEC 99 CORR | |
| 3 | 5161 | 1/8/1999 | DEC 98 INTEREST | |
| 4 | 5161 | 2/3/1999 | JAN 99 INTEREST | |
| 5 | 5161 | 3/4/1999 | FEB 99 INTEREST | |
| 6 | 5161 | 4/2/1999 | MAR 99 INTEREST | |
| 7 | 5161 | 5/3/1999 | APR 99 INTEREST | |
| 8 | 5161 | 5/26/1999 | MAY 99 INTEREST | |
| 9 | 5161 | 7/7/1999 | JUNE 99 INTEREST | |
| 10 | 5161 | 7/19/1999 | MAY/JUNE 99 INTEREST | |
| 11 | 5161 | 8/4/1999 | JULY 99 INTEREST | |
| 12 | 5161 | 9/2/1999 | AUG 99 INTEREST | |
| 13 | 5161 | 10/1/1999 | SEPT 99 INTEREST | |
| 14 | 5161 | 11/3/1999 | OCT 99 INTEREST | |
| 15 | 5161 | 12/3/1999 | NOV 99 INTEREST | |
| 16 | 5161 | 1/13/2000 | DEC 99 INTEREST | |
| 17 | 5161 | 2/3/2000 | JAN 00 INTEREST | |
| 18 | 5161 | 3/3/2000 | FEB 00 INTEREST | |
| 19 | 5161 | 3/31/2000 | MAR 00 INTEREST | |
| 20 | 5161 | 5/19/2000 | APR 00 INTEREST | |
| 21 | 5161 | 6/5/2000 | MAY 00 INTEREST | |
| 22 | 5161 | 8/8/2000 | JUN 00 INTEREST | |
| 23 | 5161 | 8/8/2000 | JUL 00 INTEREST | |
| 24 | 5161 | 9/1/2000 | AUG 00 INTEREST | |
| 25 | 5161 | 10/6/2000 | SEP 00 INTEREST | |
| 26 | 5161 | 11/9/2000 | OCT 00 INTEREST | |
| 27 | 5161 | 12/6/2000 | NOV 00 INTEREST | |
| 28 | 5161 | 1/23/2001 | 01/23/01 CHECK | |
| 29 | 5161 | 10/30/2001 | 10/29/01 INTEREST | |
| 30 | 5161 | 2/11/2003 | 02/10/03 PAYMENT | |
| 31 | 5161 | 3/5/2003 | 03/05/03 DISTRIBUTIO | |
| 32 | 5161 | 7/21/2003 | 07/07/03 PAYMENT | |
| 33 | 5161 | 9/22/2003 | 09/22/03 PAYMENT | |
| 34 | 5161 | 11/5/2003 | LOAN 11/03/03 | |
| 35 | 5161 | 12/19/2003 | 12/18/03 LOAN | |
| 36 | 5161 | 3/5/2004 | 03/05/04 DISTRIB | |
| 37 | 5161 | 4/19/2004 | 041904 WIRE | |
| 38 | 5161 | 4/30/2004 | 0430 WIRE | |
| 39 | 5161 | 6/2/2004 | 0602 WIRE | |
| 40 | 5161 | 6/2/2004 | 060204 WIRE 2 | |
| 41 | 5161 | 7/16/2004 | 7/16/04 WIRE DIST | |
| 42 | 5161 | 12/23/2004 | WIRE-12/23/04 | |
| 43 | 5161 | 12/24/2004 | WIRE 12/24/04 | |
| 44 | 4160 | 2/3/1999 | EXP 7/1/4, 1/3-1/24/9 | |
| 45 | 4160 | 2/16/1999 | EXP 1/28-1/29/99 | |
| 46 | 4160 | 3/10/1999 | EXP 1/23-2/10/99 | |
| 47 | 4160 | 3/10/1999 | EXP 2/11-2/28/99 | |
| 48 | 4160 | 4/16/1999 | REIMB LOAN 3/24/99 | |
| 49 | 4160 | 5/11/1999 | EXP 5/5/99 | |
| 50 | 4160 | 6/29/1999 | CK REC'D 5/28/99 | |
| 51 | 4160 | 7/6/1999 | HK AIRFARE | |
| 52 | 4160 | 8/24/1999 | CK REC'D 08/24/99 | |
| 53 | 4160 | 11/17/1999 | EXP 11/15/99 | |
| 54 | 4160 | 2/29/2000 | FY 1995 INTEREST | |
| 55 | 4160 | 3/10/2000 | 03/10/00 PAYMENT | |
| 56 | 4160 | 4/14/2000 | EXP 08/99-04/12/00 | |
| 57 | 4160 | 4/14/2000 | 1999 INCOME TAXES | |
| 58 | 4160 | 6/12/2000 | EXP 04/14-05/05/00 | |
| 59 | 4160 | 6/15/2000 | EXP 03/31-06/02/00 | |
| 60 | 4160 | 10/30/2000 | EXP 10/27/00 | |
| 61 | 4160 | 6/25/2001 | EXP 6/21/01 | |
| 62 | 4160 | 8/3/2001 | WT080301 | |
| 63 | 4160 | 8/30/2001 | EXP 6/11/01-8/20/01 | |

EXHIBIT ___140___

PAGE ___18°3___

CONFIDENTIAL – ATTORNEYS' EYES ONLY

MGA 3787416

REDACTED

| | F | G |
|---|---|---|
| 1 | Vendor Name | Purchases Account Number |
| 2 | LARIAN, ISAAC (INTEREST) | 2702-000 - SUB DEBT INTEREST |
| 3 | LARIAN, ISAAC (INTEREST) | 2702-000 - SUB DEBT INTEREST |
| 4 | LARIAN, ISAAC (INTEREST) | 2702-000 - SUB DEBT INTEREST |
| 5 | LARIAN, ISAAC (INTEREST) | 2702-000 - SUB DEBT INTEREST |
| 6 | LARIAN, ISAAC (INTEREST) | 2702-000 - SUB DEBT INTEREST |
| 7 | LARIAN, ISAAC (INTEREST) | 2702-000 - SUB DEBT INTEREST |
| 8 | LARIAN, ISAAC (INTEREST) | 2702-000 - SUB DEBT INTEREST |
| 9 | LARIAN, ISAAC (INTEREST) | 2702-000 - SUB DEBT INTEREST |
| 10 | LARIAN, ISAAC (INTEREST) | 2702-000 - SUB DEBT INTEREST |
| 11 | LARIAN, ISAAC (INTEREST) | 2702-000 - SUB DEBT INTEREST |
| 12 | LARIAN, ISAAC (INTEREST) | 2702-000 - SUB DEBT INTEREST |
| 13 | LARIAN, ISAAC (INTEREST) | 2702-000 - SUB DEBT INTEREST |
| 14 | LARIAN, ISAAC (INTEREST) | 2702-000 - SUB DEBT INTEREST |
| 15 | LARIAN, ISAAC (INTEREST) | 2702-000 - SUB DEBT INTEREST |
| 16 | LARIAN, ISAAC (INTEREST) | 2702-000 - SUB DEBT INTEREST |
| 17 | LARIAN, ISAAC (INTEREST) | 2702-000 - SUB DEBT INTEREST |
| 18 | LARIAN, ISAAC (INTEREST) | 2702-000 - SUB DEBT INTEREST |
| 19 | LARIAN, ISAAC (INTEREST) | 2702-000 - SUB DEBT INTEREST |
| 20 | LARIAN, ISAAC (INTEREST) | 2702-000 - SUB DEBT INTEREST |
| 21 | LARIAN, ISAAC (INTEREST) | 2702-000 - SUB DEBT INTEREST |
| 22 | LARIAN, ISAAC (INTEREST) | 2702-000 - SUB DEBT INTEREST |
| 23 | LARIAN, ISAAC (INTEREST) | 2702-000 - SUB DEBT INTEREST |
| 24 | LARIAN, ISAAC (INTEREST) | 2702-000 - SUB DEBT INTEREST |
| 25 | LARIAN, ISAAC (INTEREST) | 2702-000 - SUB DEBT INTEREST |
| 26 | LARIAN, ISAAC (INTEREST) | 2702-000 - SUB DEBT INTEREST |
| 27 | LARIAN, ISAAC (INTEREST) | 2702-000 - SUB DEBT INTEREST |
| 28 | LARIAN, ISAAC (INTEREST) | 2702-000 - SUB DEBT INTEREST |
| 29 | LARIAN, ISAAC (INTEREST) | 2702-000 - SUB DEBT INTEREST |
| 30 | LARIAN, ISAAC (INTEREST) | 2700-000 NOTES PAYABLE - OFFICERS |
| 31 | LARIAN, ISAAC (INTEREST) | 3600-000 DISTRIBUTION |
| 32 | LARIAN, ISAAC (INTEREST) | 3600-000 DISTRIBUTION |
| 33 | LARIAN, ISAAC (INTEREST) | 3600-000 DISTRIBUTION |
| 34 | LARIAN, ISAAC (INTEREST) | 2700-000 NOTES PAYABLE - OFFICERS |
| 35 | LARIAN, ISAAC (INTEREST) | 1560-000 NOTES RECEIVALBLE - OFFICERS |
| 36 | LARIAN, ISAAC (INTEREST) | 3600-000 DISTRIBUTION |
| 37 | LARIAN, ISAAC (INTEREST) | 3600-000 DISTRIBUTION |
| 38 | LARIAN, ISAAC (INTEREST) | 3600-000 DISTRIBUTION |
| 39 | LARIAN, ISAAC (INTEREST) | 3600-000 DISTRIBUTION |
| 40 | LARIAN, ISAAC (INTEREST) | 3600-000 DISTRIBUTION |
| 41 | LARIAN, ISAAC (INTEREST) | 3600-000 DISTRIBUTION |
| 42 | LARIAN, ISAAC (INTEREST) | 3600-000 DISTRIBUTION |
| 43 | LARIAN, ISAAC (INTEREST) | 3600-000 DISTRIBUTION |
| 44 | LARIAN, ISAAC-EMPLOYEE | REIMBURSEMENTS |
| 45 | LARIAN, ISAAC-EMPLOYEE | REIMBURSEMENTS |
| 46 | LARIAN, ISAAC-EMPLOYEE | REIMBURSEMENTS |
| 47 | LARIAN, ISAAC-EMPLOYEE | REIMBURSEMENTS |
| 48 | LARIAN, ISAAC-EMPLOYEE | REIMBURSEMENTS |
| 49 | LARIAN, ISAAC-EMPLOYEE | REIMBURSEMENTS |
| 50 | LARIAN, ISAAC-EMPLOYEE | REIMBURSEMENTS |
| 51 | LARIAN, ISAAC-EMPLOYEE | REIMBURSEMENTS |
| 52 | LARIAN, ISAAC-EMPLOYEE | REIMBURSEMENTS |
| 53 | LARIAN, ISAAC-EMPLOYEE | REIMBURSEMENTS |
| 54 | LARIAN, ISAAC-EMPLOYEE | REIMBURSEMENTS |
| 55 | LARIAN, ISAAC-EMPLOYEE | REIMBURSEMENTS |
| 56 | LARIAN, ISAAC-EMPLOYEE | REIMBURSEMENTS |
| 57 | LARIAN, ISAAC-EMPLOYEE | REIMBURSEMENTS |
| 58 | LARIAN, ISAAC-EMPLOYEE | REIMBURSEMENTS |
| 59 | LARIAN, ISAAC-EMPLOYEE | REIMBURSEMENTS |
| 60 | LARIAN, ISAAC-EMPLOYEE | REIMBURSEMENTS |
| 61 | LARIAN, ISAAC-EMPLOYEE | REIMBURSEMENTS |
| 62 | LARIAN, ISAAC-EMPLOYEE | REIMBURSEMENTS |
| 93 | LARIAN, ISAAC-EMPLOYEE | REIMBURSEMENTS |

EXHIBIT ___140___

PAGE ___1804___

CONFIDENTIAL – ATTORNEYS' EYES ONLY

MGA 3787417

| | B | C | D | E |
|---|---|---|---|---|
| 64 | 4160 | 9/12/2001 | EXP 7/17/01-8/16/01 | |
| 65 | 4160 | 10/11/2001 | EXP 09/26-10/10/01 | |
| 66 | 4160 | 10/19/2001 | EXP 10/19/01 | |
| 67 | 4160 | 12/3/2001 | EXP 12/01/01 | |
| 68 | 4160 | 2/15/2002 | EXP 12/08-02/10/02 | |
| 69 | 4160 | 3/14/2002 | EXP 01/11-03/08/02 | |
| 70 | 4160 | 4/15/2002 | 2001 TAXES | |
| 71 | 4160 | 5/10/2002 | EXP 04/02-05/01/02 | |
| 72 | 4160 | 5/24/2002 | EXP 05/06-05/10/02 | |
| 73 | 4160 | 6/10/2002 | 2002-TAXES 06/17/02 | |
| 74 | 4160 | 8/13/2002 | EXP 05/10-05/15/02 | |
| 75 | 4160 | 6/21/2002 | EXP 06/10-06/13/02 | |
| 76 | 4160 | 8/15/2002 | EXP 07/11-08/01/02 | |
| 77 | 4160 | 9/11/2002 | 2002 TAXES 09/16/02 | |
| 78 | 4160 | 9/19/2002 | EXP 05/10-06/13/02 | |
| 79 | 4160 | 12/31/2002 | 12310Z EST TAX | |
| 80 | 4160 | 1/16/2003 | EXP RPT 1/9/03 | |
| 81 | 4160 | 2/19/2003 | EXP 2/2-2/5/03 | |
| 82 | 4160 | 1/31/2003 | EXP JAN 03 | |
| 83 | 4160 | 3/19/2003 | EXP 2/14-2/18/03 | |
| 84 | 4160 | 4/15/2003 | EXP 1/12-2/18/03 | |
| 85 | 4160 | 8/11/2003 | EXP 7/14/03 | |
| 86 | 4160 | 11/11/2003 | EXP 11/8/03 | |
| 87 | 4150 | 12/29/2005 | WIRE 12/29/05 | |
| 88 | ILARIAN | 5/24/2007 | INTEREST 5/23/07 | |
| 89 | ILARIAN | 4/4/2007 | EXP 4/3/07 | |
| 90 | ILARIAN | 5/31/2007 | INTEREST 05/07 | |
| 91 | ILARIAN | 5/31/2007 | 05/07 INTEREST | |
| 92 | ILARIAN | 6/28/2007 | JUNE 07 INTEREST | |
| 93 | ILARIAN | 6/28/2007 | INTEREST JUNE 07 | |
| 94 | ILARIAN | 7/23/2007 | INTEREST JUL 07 | |
| 95 | ILARIAN | 7/23/2007 | JUL 07 INTEREST | |
| 96 | ILARIAN | 9/18/2007 | 08/07 INT PYMNT | |
| 97 | ILARIAN | 9/18/2007 | INT PYMNT 08/07 | |
| 98 | ILARIAN | 9/18/2007 | INT 08/07 PYMNT | |
| 99 | ILARIAN | 9/30/2007 | INT PMNT 9/07.1 | |
| 100 | ILARIAN | 9/30/2007 | INT PMNT 9/07.2 | |
| 101 | ILARIAN | 9/30/2007 | INT PMNT 9/07.3 | |
| 102 | ILARIAN | 10/31/2007 | OCT INT PYMNT.1 | |
| 103 | ILARIAN | 10/31/2007 | OCT INT PYMNT.2 | |
| 104 | ILARIAN | 10/31/2007 | OCT INT PYMNT.3 | |
| 105 | ILARIAN | 11/30/2007 | NOV 07 INST PMT 4.1M | |
| 106 | ILARIAN | 12/7/2007 | NOV 07 INST PYMT.2 | |
| 107 | ILARIAN | 12/7/2007 | NOV 07 INST PYMT.3 | |
| 108 | ILARIAN | 12/31/2007 | DEC 07 INT PMT 4.1M | |
| 109 | ILARIAN | 12/31/2007 | DEC 07 INT PMT 7M | |
| 110 | ILARIAN | 12/31/2007 | DEC 07 INT PMT 6.18M | |
| 111 | ISAAC LARIAN | 3/7/2006 | WIRE 3/7/06 | |
| 112 | ISAAC LARIAN | 11/28/2006 | WIRE 11/28/06 | |
| 113 | ISAAC/ANGELA | 2/8/2006 | WIRE 2/8/06 | |
| 114 | ISAAC/ANGELA | 8/8/2006 | WIRE 8/8/06 | |
| 115 | ISAAC/ANGELA | 10/12/2006 | WIRE 10/12/06 | |
| 116 | | | | |
| 117 | | | | |
| 118 | | | | |
| 119 | | | | |
| 120 | | | | |
| 121 | PAID OUT OF THE CONCENTRATION ACCOUNT | | | |
| 122 | | | | |
| 123 | | | | |

EXHIBIT _____ 140 _____

PAGE _____ 1806 _____

CONFIDENTIAL – ATTORNEYS' EYES ONLY

MGA 3787419

REDACTED

| | A |
|---|---|
| 64 | Invoice |
| 65 | Invoice |
| 66 | Invoice |
| 67 | Invoice |
| 68 | Invoice |
| 69 | Invoice |
| 70 | Invoice |
| 71 | Invoice |
| 72 | Invoice |
| 73 | Invoice |
| 74 | Invoice |
| 75 | Invoice |
| 76 | Invoice |
| 77 | Invoice |
| 78 | Invoice |
| 79 | Invoice |
| 80 | Invoice |
| 81 | Invoice |
| 82 | Invoice |
| 83 | Invoice |
| 84 | Invoice |
| 85 | Invoice |
| 86 | Invoice |
| 87 | Invoice |
| 88 | Invoice |
| 89 | Invoice |
| 90 | Invoice |
| 91 | Invoice |
| 92 | Invoice |
| 93 | Invoice |
| 94 | Invoice |
| 95 | Invoice |
| 96 | Invoice |
| 97 | Invoice |
| 98 | Invoice |
| 99 | Invoice |
| 100 | Invoice |
| 101 | Invoice |
| 102 | Invoice |
| 103 | Invoice |
| 104 | Invoice |
| 105 | Invoice |
| 106 | Invoice |
| 107 | Invoice |
| 108 | Invoice |
| 109 | Invoice |
| 110 | Invoice |
| 111 | Invoice |
| 112 | Invoice |
| 113 | Invoice |
| 114 | Invoice |
| 115 | Invoice |
| 116 | |
| 117 | |
| 118 | |
| 119 | |
| 120 | |
| 121 | |
| 122 | |
| 123 | THE REMAINDER OF INVOICES WERE PAID OUT OF THE DISBURSEMENT ACCOUNT |

EXHIBIT ___140___

PAGE ___1805___

CONFIDENTIAL – ATTORNEYS' EYES ONLY

MGA 3787418

| | A | B | C | D | E |
|---|---|---|---|---|---|
| 1 | Document Type | Vendor ID | Posting Date | Document Number | Document Amount |
| 2 | Invoice | J LARIAN | 9/1/2006 | PROF. FEES 9/1/06 | |
| 3 | | | | | |
| 4 | | | | | |
| 5 | PAID OUT OF THE DISBURSEMENT ACCOUNT | | | | |

EXHIBIT _____ 140

PAGE _____ 1808

CONFIDENTIAL – ATTORNEYS' EYES ONLY

MGA 3787421

REDACTED

| | F | G |
|---|---|---|
| 64 | LARIAN, ISAAC-EMPLOYEE | REIMBURSEMENTS |
| 65 | LARIAN, ISAAC-EMPLOYEE | REIMBURSEMENTS |
| 66 | LARIAN, ISAAC-EMPLOYEE | REIMBURSEMENTS |
| 67 | LARIAN, ISAAC-EMPLOYEE | REIMBURSEMENTS |
| 68 | LARIAN, ISAAC-EMPLOYEE | REIMBURSEMENTS |
| 69 | LARIAN, ISAAC-EMPLOYEE | REIMBURSEMENTS |
| 70 | LARIAN, ISAAC-EMPLOYEE | REIMBURSEMENTS |
| 71 | LARIAN, ISAAC-EMPLOYEE | REIMBURSEMENTS |
| 72 | LARIAN, ISAAC-EMPLOYEE | REIMBURSEMENTS |
| 73 | LARIAN, ISAAC-EMPLOYEE | REIMBURSEMENTS |
| 74 | LARIAN, ISAAC-EMPLOYEE | REIMBURSEMENTS |
| 75 | LARIAN, ISAAC-EMPLOYEE | REIMBURSEMENTS |
| 76 | LARIAN, ISAAC-EMPLOYEE | REIMBURSEMENTS |
| 77 | LARIAN, ISAAC-EMPLOYEE | REIMBURSEMENTS |
| 78 | LARIAN, ISAAC-EMPLOYEE | REIMBURSEMENTS |
| 79 | LARIAN, ISAAC-EMPLOYEE | REIMBURSEMENTS |
| 80 | LARIAN, ISAAC-EMPLOYEE | REIMBURSEMENTS |
| 81 | LARIAN, ISAAC-EMPLOYEE | REIMBURSEMENTS |
| 82 | LARIAN, ISAAC-EMPLOYEE | REIMBURSEMENTS |
| 83 | LARIAN, ISAAC-EMPLOYEE | REIMBURSEMENTS |
| 84 | LARIAN, ISAAC-EMPLOYEE | REIMBURSEMENTS |
| 85 | LARIAN, ISAAC-EMPLOYEE | REIMBURSEMENTS |
| 86 | LARIAN, ISAAC-EMPLOYEE | REIMBURSEMENTS |
| 87 | LARIAN, ISAAC-EMPLOYEE | REIMBURSEMENTS |
| 88 | ISAAC LARIAN | 27200 - Interest Payable |
| 89 | ISAAC LARIAN | 81000-1950 - TRAVEL/AIR |
| 90 | ISAAC LARIAN | 93550-1950 - Interest Expense - Officers |
| 91 | ISAAC LARIAN | 93550-1950 - Interest Expense - Officers |
| 92 | ISAAC LARIAN | 93550-1950 - Interest Expense - Officers |
| 93 | ISAAC LARIAN | 93550-1950 - Interest Expense - Officers |
| 94 | ISAAC LARIAN | 93550-1950 - Interest Expense - Officers |
| 95 | ISAAC LARIAN | 93550-1950 - Interest Expense - Officers |
| 96 | ISAAC LARIAN | 93550-1950 - Interest Expense - Officers |
| 97 | ISAAC LARIAN | 93550-1950 - Interest Expense - Officers |
| 98 | ISAAC LARIAN | 93550-1950 - Interest Expense - Officers |
| 99 | ISAAC LARIAN | 93550-1950 - Interest Expense - Officers |
| 100 | ISAAC LARIAN | 93550-1950 - Interest Expense - Officers |
| 101 | ISAAC LARIAN | 93550-1950 - Interest Expense - Officers |
| 102 | ISAAC LARIAN | 93550-1950 - Interest Expense - Officers |
| 103 | ISAAC LARIAN | 93550-1950 - Interest Expense - Officers |
| 104 | ISAAC LARIAN | 93550-1950 - Interest Expense - Officers |
| 105 | ISAAC LARIAN | 93550-1950 - Interest Expense - Officers |
| 106 | ISAAC LARIAN | 93550-1950 - Interest Expense - Officers |
| 107 | ISAAC LARIAN | 93550-1950 - Interest Expense - Officers |
| 108 | ISAAC LARIAN | 93550-1950 - Interest Expense - Officers |
| 109 | ISAAC LARIAN | 93550-1950 - Interest Expense - Officers |
| 110 | ISAAC LARIAN | 93550-1950 - Interest Expense - Officers |
| 111 | ISAAC LARIAN | 36100 - Distribution-Isaac Larian GRAT |
| 112 | ISAAC LARIAN | 36100 - Distribution-Isaac Larian GRAT |
| 113 | ISAAC AND ANGELA LARIAN FOUNDATION | 88460-1950 - DONATIONS |
| 114 | ISAAC AND ANGELA LARIAN FOUNDATION | 88460-1950 - DONATIONS |
| 115 | ISAAC AND ANGELA LARIAN FOUNDATION | 88460-1950 - DONATIONS |
| 116 | | |
| 117 | | |
| 118 | | |
| 119 | | |
| 120 | | |
| 121 | | |
| 122 | | |
| 123 | | |

EXHIBIT _____ 140

PAGE _____ 1807

CONFIDENTIAL – ATTORNEYS' EYES ONLY

MGA 3787420

| | F | G |
|---|---|---|
| 1 | Vendor Name | Purchases Account Number |
| 2 | JASON LARIAN | 71400-7812 - TEMPORARY HELP |
| 3 | | |
| 4 | | |
| 5 | | |

EXHIBIT____140____

PAGE____1809____

CONFIDENTIAL – ATTORNEYS' EYES ONLY

MGA 3787422

| | A | B | C | D |
|---|---|---|---|---|
| 1 | Document Type | Vendor ID | Posting Date | Document Number |
| 2 | Invoice | JASMINE | 6/14/2007 | P/R CK REISSUE 06/07 |
| 3 | | | | |
| 4 | | | | |
| 5 | PAID OUT OF THE DISBURSEMENT ACCOUNT | | | |

EXHIBIT ___140___

PAGE ___1810___

CONFIDENTIAL – ATTORNEYS' EYES ONLY

MGA 3787423

| | E | F | G |
|---|---|---|---|
| 1 | Document Amount | Vendor Name | Purchases Account Number |
| 2 | | JASMINE LARIAN | 71400-7435 - TEMPORARY HELP |
| 3 | | | |
| 4 | | | |
| 5 | | | |

EXHIBIT ___140___

PAGE ___1811___

CONFIDENTIAL – ATTORNEYS' EYES ONLY

MGA 3787424

REDACTED

| | A | B | C | D | E |
|---|---|---|---|---|---|
| 1 | Document Type | Vendor ID | Posting Date | Document Number | Document Amount |
| 2 | Invoice | LIVING | 1/19/2007 | WIRE 1/19/07 | $ |
| 3 | | | | | |
| 4 | | | | | |
| 5 | PAID OUT OF THE CONCENTRATION ACCOUNT | | | | |

EXHIBIT ___140___

PAGE ___1812___

CONFIDENTIAL – ATTORNEYS' EYES ONLY

MGA 3787425

REDACTED

| | F | G |
|---|---|---|
| 1 | Vendor Name | Purchases Account Number |
| 2 | LARIAN LIVING TRUST | 15611 - Due To/From Larian Family Trust |
| 3 | | |
| 4 | | |
| 5 | | |

EXHIBIT ____140____

PAGE ____1813____

CONFIDENTIAL – ATTORNEYS' EYES ONLY

MGA 3787426

**EXHIBIT 141**

| | A | B | C | D | E |
|---|---|---|---|---|---|
| 1 | Originating Document Number | Journal Entry | Series | TRX Date | Account Number |
| 2 | | | 96589 Financial | 12/31/1999 | |
| 3 | | | | | |
| 4 | | | | | |
| 5 | LARIAN AGHDAS | | | | |
| 6 | ISAAC'S LOAN TO AGHD | | 241332 Purchasing | 10/27/2003 | |
| 7 | | | | | |
| 8 | LARIAN, FARHAD | | | | |
| 9 | 1999 INCOME TAXES | | 99705 Purchasing | 4/14/2000 | |
| 10 | FEB 03 PAYMENT | | 198680 Purchasing | 2/5/2003 | |
| 11 | MAR 03 PAYMENT | | 202041 Purchasing | 3/5/2003 | |
| 12 | APR 03 PAYMENT | | 205544 Purchasing | 4/1/2003 | |
| 13 | MAY 03 PAYMENT | | 209051 Purchasing | 5/1/2003 | |
| 14 | JUNE 03 PAYMENT | | 213038 Purchasing | 6/4/2003 | |
| 15 | JULY 03 PAYMENT | | 216617 Purchasing | 7/1/2003 | |
| 16 | AUG 03 PAYMENT | | 221723 Purchasing | 8/1/2003 | |
| 17 | SEPT 03 PAYMENT | | 227610 Purchasing | 9/1/2003 | |
| 18 | OCT 03 PAYMENT | | 235870 Purchasing | 10/2/2003 | |
| 19 | NOV 03 PAYMENT | | 242654 Purchasing | 11/3/2003 | |
| 20 | DEC 03 PAYMENT | | 247288 Purchasing | 12/1/2003 | |
| 21 | | | | | |
| 22 | LARIAN, ISAAC | | | | |
| 23 | 1999 INCOME TAXES | | 99704 Purchasing | 4/14/2000 | |
| 24 | 2001 TAXES | | 162529 Purchasing | 4/15/2002 | |
| 25 | 03/05/03 DISTRIBUTIO | | 202086 Purchasing | 3/5/2003 | |
| 26 | 07/07/03 PAYMENT | | 219813 Purchasing | 7/21/2003 | |
| 27 | 03/05/04 DISTRIB | | 265959 Purchasing | 3/5/2004 | |
| 28 | 041904 WIRE | | 275553 Purchasing | 4/19/2004 | |
| 29 | 04/30 WIRE | | 276237 Purchasing | 4/30/2004 | |
| 30 | 2002-TAXES 06/17/02 | | 166837 Purchasing | 6/10/2002 | |
| 31 | 2002 TAXES 09/16/02 | | 177044 Purchasing | 9/11/2002 | |
| 32 | 123102 EST TAX | | 193927 Purchasing | 12/31/2002 | |
| 33 | | | | | |
| 34 | ANGELA LARIAN | | | | |
| 35 | WIRE 5/19/05 | | 373837 Purchasing | 5/19/2005 | |
| 36 | WIRE 12/14/05 | | 435067 Purchasing | 12/14/2005 | |
| 37 | | | | | |
| 38 | JAHANGIR MAKABI | | | | |
| 39 | CKREQ 123002 | | 193729 Purchasing | 12/30/2002 | |
| 40 | FEB 03 PAYMENT | | 198681 Purchasing | 2/5/2003 | |
| 41 | MAR 03 PAYMENT | | 202042 Purchasing | 3/5/2003 | |
| 42 | APR 03 PAYMENT | | 205545 Purchasing | 4/1/2003 | |
| 43 | MAY 03 PAYMENT | | 209052 Purchasing | 5/1/2003 | |
| 44 | JUNE 03 PAYMENT | | 213039 Purchasing | 6/4/2003 | |
| 45 | JULY 03 PAYMENT | | 216618 Purchasing | 7/1/2003 | |
| 46 | AUG 03 PAYMENT | | 221724 Purchasing | 8/1/2003 | |
| 47 | SEPT 03 PAYMENT | | 227611 Purchasing | 9/1/2003 | |
| 48 | OCT 03 PAYMENT | | 235871 Purchasing | 10/2/2003 | |
| 49 | NOV 03 PAYMENT | | 242655 Purchasing | 11/3/2003 | |
| 50 | DEC 03 PAYMENT | | 247289 Purchasing | 12/1/2003 | |
| 51 | 03/05/04 DISTRIB | | 265960 Purchasing | 3/5/2004 | |
| 52 | 04/30 WIRE | | 278238 Purchasing | 4/30/2004 | |
| 53 | WIRE 12/13/05 | | 435422 Purchasing | 12/13/2005 | |
| 54 | WIRE 5/19/05 | | 373841 Purchasing | 5/19/2005 | |
| 55 | | | | | |
| 56 | MAKABI, SHIRIN | | | | |
| 57 | 123102 EST TAXES | | 193928 Purchasing | 12/31/2002 | |
| 58 | 1999 INCOME TAXES | | 99706 Purchasing | 4/14/2000 | |
| 59 | TAXES 2001 | | 162546 Purchasing | 4/16/2002 | |
| 60 | 2002-TAXES 06/17/02 | | 166838 Purchasing | 6/10/2002 | |
| 61 | 2002-TAXES 09/16/02 | | 177045 Purchasing | 9/11/2002 | |
| 62 | 07/07/03 PAYMENT | | 219814 Purchasing | 7/21/2003 | |
| 63 | 041904 WIRE | | 275552 Purchasing | 4/19/2004 | |

CONFIDENTIAL – ATTORNEYS' EYES ONLY

EXHIBIT ___141___

PAGE ___1814___

(26 PS)
Exhibit no. 1354
Date: 1/17/08
Tonnu   P. Pyburn

MGA 3787372

REDACTED

| | F | G | H |
|---|---|---|---|
| 1 | Account Description | Amount | Source Document |
| 2 | Distribution | | 3BF |
| 3 | | | |
| 4 | | | |
| 5 | | | |
| 6 | Distribution | | PMTRX |
| 7 | | | |
| 8 | | | |
| 9 | Distribution | | PMTRX |
| 10 | Distribution | | PMTRX |
| 11 | Distribution | | PMTRX |
| 12 | Distribution | | PMTRX |
| 13 | Distribution | | PMTRX |
| 14 | Distribution | | PMTRX |
| 15 | Distribution | | PMTRX |
| 16 | Distribution | | PMTRX |
| 17 | Distribution | | PMTRX |
| 18 | Distribution | | PMTRX |
| 19 | Distribution | | PMTRX |
| 20 | Distribution | | PMTRX |
| 21 | | | |
| 22 | | | |
| 23 | Distribution | | PMTRX |
| 24 | Distribution | | PMTRX |
| 25 | Distribution | | PMTRX |
| 26 | Distribution | | PMTRX |
| 27 | Distribution | | PMTRX |
| 28 | Distribution | | PMTRX |
| 29 | Distribution | | PMTRX |
| 30 | Distribution | | PMTRX |
| 31 | Distribution | | PMTRX |
| 32 | Distribution | | PMTRX |
| 33 | | | |
| 34 | | | |
| 35 | Distribution-Angela Larian GRAT | | PMTRX |
| 36 | Distribution-Angela Larian GRAT | | PMTRX |
| 37 | | | |
| 38 | | | |
| 39 | Distribution | | PMTRX |
| 40 | Distribution | | PMTRX |
| 41 | Distribution | | PMTRX |
| 42 | Distribution | | PMTRX |
| 43 | Distribution | | PMTRX |
| 44 | Distribution | | PMTRX |
| 45 | Distribution | | PMTRX |
| 46 | Distribution | | PMTRX |
| 47 | Distribution | | PMTRX |
| 48 | Distribution | | PMTRX |
| 49 | Distribution | | PMTRX |
| 50 | Distribution | | PMTRX |
| 51 | Distribution | | PMTRX |
| 52 | Distribution | | PMTRX |
| 53 | Distribution-Makabi Family Trust | | PMTRX |
| 54 | Distribution-Eli Makabi GRAT | | PMTRX |
| 55 | | | |
| 56 | | | |
| 57 | Distribution | | PMTRX |
| 58 | Distribution | | PMTRX |
| 59 | Distribution | | PMTRX |
| 60 | Distribution | | PMTRX |
| 61 | Distribution | | PMTRX |
| 62 | Distribution | | PMTRX |
| 63 | Distribution | | PMTRX |

EXHIBIT ___141___

PAGE ___1815___

CONFIDENTIAL – ATTORNEYS' EYES ONLY

MGA 3787373

REDACTED

| | Reference | Originating Master ID |
|---|---|---|
| 1 | Balance Brought Forward | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | princ 277,453.44+compound | 4066 |
| 7 | | |
| 8 | | |
| 9 | Payables Trx Entry | 4159 |
| 10 | Payables Trx Entry | 6179 |
| 11 | Payables Trx Entry | 6179 |
| 12 | Payables Trx Entry | 6179 |
| 13 | Payables Trx Entry | 6179 |
| 14 | Payables Trx Entry | 6179 |
| 15 | Payables Trx Entry | 6179 |
| 16 | Payables Trx Entry | 6179 |
| 17 | Payables Trx Entry | 6179 |
| 18 | Payables Trx Entry | 6179 |
| 19 | Payables Trx Entry | 6179 |
| 20 | Payables Trx Entry | 6179 |
| 21 | | |
| 22 | | |
| 23 | Payables Trx Entry | 4160 |
| 24 | Payables Trx Entry | 4160 |
| 25 | SHOREH LARIAN CONDO | 5161 |
| 26 | LOAN DISTRIBUTION-BEAR STEARNS | 5161 |
| 27 | DISTRIBUTION | 5161 |
| 28 | Payables Trx Entry | 5161 |
| 29 | 04/30 WIRE | |
| 30 | Payables Trx Entry | 4160 |
| 31 | Payables Trx Entry | 4160 |
| 32 | 2002 EST TAXES | 4160 |
| 33 | | |
| 34 | | |
| 35 | Payables Trx Entry | ANGELA LARIAN |
| 36 | Payables Trx Entry | ANGELA LARIAN |
| 37 | | |
| 38 | | |
| 39 | Payables Trx Entry | ELI |
| 40 | Payables Trx Entry | ELI |
| 41 | Payables Trx Entry | ELI |
| 42 | Payables Trx Entry | ELI |
| 43 | Payables Trx Entry | ELI |
| 44 | Payables Trx Entry | ELI |
| 45 | Payables Trx Entry | ELI |
| 46 | Payables Trx Entry | ELI |
| 47 | Payables Trx Entry | ELI |
| 48 | Payables Trx Entry | ELI |
| 49 | Payables Trx Entry | ELI |
| 50 | Payables Trx Entry | ELI |
| 51 | DISTRIBUTION | 2580 |
| 52 | Payables Trx Entry | 2580 |
| 53 | Payables Trx Entry | MAKABI |
| 54 | Payables Trx Entry | J MAKABI |
| 55 | | |
| 56 | | |
| 57 | 2002 EST TAXES | 8105 |
| 58 | Payables Trx Entry | 8105 |
| 59 | Payables Trx Entry | 8105 |
| 60 | Payables Trx Entry | 8105 |
| 61 | Payables Trx Entry | 8105 |
| 62 | LOAN DISTRIBUTION-BEAR STEARNS | 8102 |
| 63 | Payables Trx Entry | 8102 |

CONFIDENTIAL – ATTORNEYS' EYES ONLY

EXHIBIT ___141___

PAGE ___1816___

MGA 3787374

| | K |
|---|---|
| 1 | Originating Master Name |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | LARIAN AGHDAS |
| 7 | |
| 8 | |
| 9 | LARIAN, FARHAD |
| 10 | LARIAN, FARHAD-CONSULTING |
| 11 | LARIAN, FARHAD-CONSULTING |
| 12 | LARIAN, FARHAD-CONSULTING |
| 13 | LARIAN, FARHAD-CONSULTING |
| 14 | LARIAN, FARHAD-CONSULTING |
| 15 | LARIAN, FARHAD-CONSULTING |
| 16 | LARIAN, FARHAD-CONSULTING |
| 17 | LARIAN, FARHAD-CONSULTING |
| 18 | LARIAN, FARHAD-CONSULTING |
| 19 | LARIAN, FARHAD-CONSULTING |
| 20 | LARIAN, FARHAD-CONSULTING |
| 21 | |
| 22 | |
| 23 | LARIAN, ISAAC |
| 24 | LARIAN, ISAAC |
| 25 | LARIAN, ISAAC (INTEREST) |
| 26 | LARIAN, ISAAC (INTEREST) |
| 27 | LARIAN, ISAAC (INTEREST) |
| 28 | LARIAN, ISAAC (INTEREST) |
| 29 | LARIAN, ISAAC (INTEREST) |
| 30 | LARIAN, ISAAC-EMPLOYEE |
| 31 | LARIAN, ISAAC-EMPLOYEE |
| 32 | LARIAN, ISAAC-EMPLOYEE |
| 33 | |
| 34 | |
| 35 | ANGELA LARIAN QUALIFIED ANNUITY TRU |
| 36 | ANGELA LARIAN QUALIFIED ANNUITY TRU |
| 37 | |
| 38 | |
| 39 | JAHANGIR MAKABI |
| 40 | JAHANGIR MAKABI |
| 41 | JAHANGIR MAKABI |
| 42 | JAHANGIR MAKABI |
| 43 | JAHANGIR MAKABI |
| 44 | JAHANGIR MAKABI |
| 45 | JAHANGIR MAKABI |
| 46 | JAHANGIR MAKABI |
| 47 | JAHANGIR MAKABI |
| 48 | JAHANGIR MAKABI |
| 49 | JAHANGIR MAKABI |
| 50 | JAHANGIR MAKABI |
| 51 | MAKABI, JAHANGIR |
| 52 | MAKABI, JAHANGIR |
| 53 | MAKABI LIVING TRUST |
| 54 | J MAKABI ANNUITY |
| 55 | |
| 56 | |
| 57 | MAKABI SHIRIN (EMPLOYEE) |
| 58 | MAKABI, SHIRIN |
| 59 | MAKABI, SHIRIN |
| 60 | MAKABI, SHIRIN |
| 61 | MAKABI, SHIRIN (EMPLOYEE) |
| 62 | SHIRIN MAKABI (INTEREST) |
| 63 | SHIRIN MAKABI (INTEREST) |

CONFIDENTIAL – ATTORNEYS' EYES ONLY

EXHIBIT ___141___

PAGE ___1817___

MGA 3787375

| | F | | H |
|---|---|---|---|
| 64 | Distribution-Shirin Makabi GRAT | | PMTRX |
| 65 | | | |
| 66 | | | |
| 67 | Distribution | | GJ |
| 68 | Distribution | | GJ |
| 69 | Distribution | | GJ |
| 70 | Distribution | | GJ |
| 71 | Distribution | | GJ |
| 72 | Distribution | | PMTRX |
| 73 | Distribution | | PMTRX |
| 74 | Distribution | | PMTRX |
| 75 | Distribution | | PMTRX |
| 76 | Distribution | | PMTRX |
| 77 | Distribution | | PMTRX |
| 78 | Distribution | | PMTRX |
| 79 | Distribution | | PMTRX |
| 80 | Distribution | | PMTRX |
| 81 | Distribution | | GJ |
| 82 | Distribution | | PMTRX |
| 83 | Distribution | | PMTRX |
| 84 | Distribution | | PMTRX |
| 85 | Distribution | | PMTRX |
| 86 | Distribution | | PMTRX |
| 87 | Distribution | | PMTRX |
| 88 | Distribution | | PMTRX |
| 89 | Distribution | | PMTRX |
| 90 | Distribution | | PMTRX |
| 91 | Distribution | | GJ |
| 92 | Distribution | | PMTRX |
| 93 | Distribution | | PMTRX |
| 94 | Distribution | | PMTRX |
| 95 | Distribution | | PMTRX |
| 96 | Distribution | | PMTRX |
| 97 | Distribution | | PMTRX |
| 98 | Distribution | | PMTRX |
| 99 | Distribution | | PMTRX |
| 100 | Distribution | | GJ |
| 101 | Distribution | | GJ |
| 102 | Distribution | | PMTRX |
| 103 | Distribution | | GJ |
| 104 | Distribution | | GJ |
| 105 | Distribution | | GJ |
| 106 | Distribution | | GJ |
| 107 | Distribution | | PMTRX |
| 108 | Distribution | | GJ |
| 109 | Distribution | | GJ |
| 110 | Distribution | | GJ |
| 111 | Distribution | | GJ |
| 112 | Distribution | | GJ |
| 113 | Distribution | | GJ |
| 114 | Distribution | | GJ |
| 115 | Distribution | | GJ |
| 116 | Distribution | | GJ |
| 117 | Distribution | | GJ |
| 118 | Distribution | | GJ |
| 119 | Distribution | | GJ |
| 120 | Distribution | | GJ |
| 121 | Distribution | | GJ |
| 122 | Distribution | | GJ |
| 123 | Distribution | | GJ |
| 124 | Distribution | | GJ |
| 125 | Distribution | | GJ |
| 126 | Distribution | | GJ |

CONFIDENTIAL – ATTORNEYS' EYES ONLY

EXHIBIT __141__

PAGE __1819__

MGA 3787377

REDACTED

| | A | | B | C | D | E |
|---|---|---|---|---|---|---|
| 64 | WIRE 5/19/05 | | 373840 | Purchasing | 5/19/2005 | 3613-000 - |
| 65 | | | | | | |
| 66 | Misc | | | | | |
| 67 | | | 190989 | Financial | 12/31/2001 | 3600-000 - |
| 68 | | | 197412 | Financial | 12/31/2001 | 3600-000 - |
| 69 | | | 197870 | Financial | 12/31/2002 | 3600-000 - |
| 70 | | | 227032 | Financial | 12/31/2002 | 3600-000 - |
| 71 | | | 200381 | Financial | 1/31/2003 | 3600-000 - |
| 72 | 2002 ISAAC LARIAN | | 206866 | Purchasing | 4/14/2003 | 3600-000 - |
| 73 | 2002 JAHANGIR MAKABI | | 206868 | Purchasing | 4/14/2003 | 3600-000 - |
| 74 | 2002 ISAAC LARIAN | | 206865 | Purchasing | 4/14/2003 | 3600-000 - |
| 75 | 2002 JAHANGIR MAKABI | | 206867 | Purchasing | 4/14/2003 | 3600-000 - |
| 76 | 2003 ISAAC LARIAN | | 214340 | Purchasing | 6/18/2003 | 3600-000 - |
| 77 | 2003 JAHANGIR MAKABI | | 214342 | Purchasing | 6/16/2003 | 3600-000 - |
| 78 | 2003 ISAAC LARIAN | | 214339 | Purchasing | 6/16/2003 | 3600-000 - |
| 79 | 2003 JAHANGIR MAKABI | | 214341 | Purchasing | 6/18/2003 | 3600-000 - |
| 80 | 804011 ESCROW 07/14 | | 219831 | Purchasing | 7/21/2003 | 3600-000 - |
| 81 | | | 221780 | Financial | 8/7/2003 | 3600-000 - |
| 82 | LEGAL FEE DEP 08.03 | | 223384 | Purchasing | 8/7/2003 | 3600-000 - |
| 83 | 3RD PARTY 08.07.03 | | 223382 | Purchasing | 8/7/2003 | 3600-000 - |
| 84 | APP FEE 08.07.03 | | 223383 | Purchasing | 8/7/2003 | 3600-000 - |
| 85 | 804011 ESCROW 8/12 | | 224632 | Purchasing | 8/11/2003 | 3600-000 - |
| 86 | 7153S | | 224864 | Purchasing | 8/13/2003 | 3600-000 - |
| 87 | CKREQ 08.18.03 | | 226170 | Purchasing | 8/20/2003 | 3600-000 - |
| 88 | 1 | | 227595 | Purchasing | 8/26/2003 | 3600-000 - |
| 89 | CKREQ AUG RENT | | 228147 | Purchasing | 8/29/2003 | 3600-000 - |
| 90 | CK REQ SEPT RENT | | 228148 | Purchasing | 8/28/2003 | 3600-000 - |
| 91 | | | 229470 | Financial | 8/29/2003 | 3600-000 - |
| 92 | 0018421 | | 228912 | Purchasing | 8/29/2003 | 3600-000 - |
| 93 | 1006906 | | 228914 | Purchasing | 8/29/2003 | 3600-000 - |
| 94 | PROJECT 2003-245 | | 230944 | Purchasing | 8/31/2003 | 3600-000 - |
| 95 | CKREQ ADDL DEP | | 229013 | Purchasing | 9/3/2003 | 3600-000 - |
| 96 | 9/2003 J.MAKABI | | 231014 | Purchasing | 9/11/2003 | 3600-000 - |
| 97 | 9/2003 I.LARIAN | | 231015 | Purchasing | 9/11/2003 | 3600-000 - |
| 98 | 9/2003 J.MAKABI | | 231012 | Purchasing | 9/11/2003 | 3600-000 - |
| 99 | 9/2003 I.LARIAN | | 231013 | Purchasing | 9/11/2003 | 3600-000 - |
| 100 | 100893 | | 233609 | Purchasing | 9/19/2003 | 3600-000 - |
| 101 | | | 237840 | Financial | 9/30/2003 | 3600-000 - |
| 102 | 2003-245U | | 236064 | Purchasing | 10/14/2003 | 3600-000 - |
| 103 | | | 243634 | Financial | 10/31/2003 | 3600-000 - |
| 104 | | | 245116 | Financial | 10/31/2003 | 3600-000 - |
| 105 | | | 246181 | Financial | 10/31/2003 | 3600-000 - |
| 106 | | | 246181 | Financial | 10/31/2003 | 3600-000 - |
| 107 | 222142728 | | 245877 | Purchasing | 11/20/2003 | 3600-000 - |
| 108 | | | 250301 | Financial | 11/30/2003 | 3600-000 - |
| 109 | | | 250598 | Financial | 11/30/2003 | 3600-000 - |
| 110 | | | 250598 | Financial | 11/30/2003 | 3600-000 - |
| 111 | | | 250598 | Financial | 11/30/2003 | 3600-000 - |
| 112 | | | 250601 | Financial | 11/30/2003 | 3600-000 - |
| 113 | | | 250601 | Financial | 11/30/2003 | 3600-000 - |
| 114 | | | 250601 | Financial | 11/30/2003 | 3600-000 - |
| 115 | | | 250601 | Financial | 11/30/2003 | 3600-000 - |
| 116 | | | 250601 | Financial | 11/30/2003 | 3600-000 - |
| 117 | | | 250601 | Financial | 11/30/2003 | 3600-000 - |
| 118 | | | 250601 | Financial | 11/30/2003 | 3600-000 - |
| 119 | | | 250601 | Financial | 11/30/2003 | 3600-000 - |
| 120 | | | 250601 | Financial | 11/30/2003 | 3600-000 - |
| 121 | | | 250601 | Financial | 11/30/2003 | 3600-000 - |
| 122 | | | 250601 | Financial | 11/30/2003 | 3600-000 - |
| 123 | | | 250601 | Financial | 11/30/2003 | 3600-000 - |
| 124 | | | 250601 | Financial | 11/30/2003 | 3600-000 - |
| 125 | | | 250601 | Financial | 11/30/2003 | 3600-000 - |
| 126 | | | 250601 | Financial | 11/30/2003 | 3600-000 - |

CONFIDENTIAL – ATTORNEYS' EYES ONLY

EXHIBIT ___141___

PAGE ___1818___

MGA 3787376

| | I | J |
|---|---|---|
| 64 | Payables Trx Entry | SHIRIN MAKABI |
| 65 | | |
| 66 | | |
| 67 | YE 2001 JE | |
| 68 | To Adj Equity&Officer Loan | |
| 69 | To Reclass other receivable | |
| 70 | Record D&T YE Audit Entries | |
| 71 | To reclass to proper acct | |
| 72 | Payables Trx Entry | FRANCHISETAX |
| 73 | 2002 FORM 3519 | FRANCHISETAX |
| 74 | 2002 | 3580 |
| 75 | 2002  FORM 4868 | 3580 |
| 76 | Payables Trx Entry | FRANCHISETAX |
| 77 | Payables Trx Entry | FRANCHISETAX |
| 78 | Payables Trx Entry | 3580 |
| 79 | Payables Trx Entry | 3580 |
| 80 | Payables Trx Entry | TICOR |
| 81 | Reclass to prop acct distribut | |
| 82 | Payables Trx Entry | PARKER |
| 83 | Payables Trx Entry | WACHOVIA |
| 84 | Payables Trx Entry | WACHOVIA |
| 85 | Payables Trx Entry | TICOR |
| 86 | Payables Trx Entry | ANDERSON |
| 87 | COPY- ROSCOE PROP BASE BLDG PL | WARNER A |
| 88 | Payables Trx Entry | EEI |
| 89 | Payables Trx Entry | PACIFIC IND |
| 90 | Payables Trx Entry | PACIFIC IND |
| 91 | TICOR TITLE- CK #1865399 | |
| 92 | Payables Trx Entry | EPSTEIN |
| 93 | Payables Trx Entry | AIR |
| 94 | Payables Trx Entry | OK |
| 95 | Payables Trx Entry | TICOR |
| 96 | Payables Trx Entry | FRANCHISETAX |
| 97 | Payables Trx Entry | FRANCHISETAX |
| 98 | Payables Trx Entry | 3580 |
| 99 | Payables Trx Entry | 3580 |
| 100 | Payables Trx Entry | LERCH |
| 101 | Record cash activity | |
| 102 | VALLEY CORP PARK | OK |
| 103 | To reclass ins on Roscoe | |
| 104 | To reclass from int to distrib | |
| 105 | To reclass warehouse rent | |
| 106 | To reclass warehouse rent | |
| 107 | VALLEY CORP PARK | SHEPPARD |
| 108 | to reclass loan to prop acct | |
| 109 | To reclass distributions | |
| 110 | To reclass distributions | |
| 111 | To reclass distributions | |
| 112 | To reclass Roscoe prop | |
| 113 | To reclass Roscoe prop | |
| 114 | To reclass Roscoe prop | |
| 115 | To reclass Roscoe prop | |
| 116 | To reclass Roscoe prop | |
| 117 | To reclass Roscoe prop | |
| 118 | To reclass Roscoe prop | |
| 119 | To reclass Roscoe prop | |
| 120 | To reclass Roscoe prop | |
| 121 | To reclass Roscoe prop | |
| 122 | To reclass Roscoe prop | |
| 123 | To reclass Roscoe prop | |
| 124 | To reclass Roscoe prop | |
| 125 | To reclass Roscoe prop | |
| 126 | To reclass Roscoe prop | |

CONFIDENTIAL – ATTORNEYS' EYES ONLY   EXHIBIT _____ 141

PAGE _____ 1820

MGA 3787378

| | K |
|---|---|
| 64 | S MAKABI ANNUITY |
| 65 | |
| 66 | |
| 67 | |
| 68 | |
| 69 | |
| 70 | |
| 71 | |
| 72 | FRANCHISE TAX BOARD |
| 73 | FRANCHISE TAX BOARD |
| 74 | INTERNAL REVENUE SERVICE |
| 75 | INTERNAL REVENUE SERVICE |
| 76 | FRANCHISE TAX BOARD |
| 77 | FRANCHISE TAX BOARD |
| 78 | INTERNAL REVENUE SERVICE |
| 79 | INTERNAL REVENUE SERVICE |
| 80 | TICOR TITLE INSURANCE COMPANY |
| 81 | |
| 82 | PARKER, POE, ADAMS & BERNSTEIN |
| 83 | WACHOVIA BANK NATIONAL ASSOC |
| 84 | WACHOVIA BANK NATIONAL ASSOC |
| 85 | TICOR TITLE INSURANCE COMPANY |
| 86 | ANDERSEN COMMERCIAL PLUMBING IN |
| 87 | WARNER ATRIUMS INVESTMENTS, LLC |
| 88 | ENTER ENVIRONMENTS, INC |
| 89 | PACIFIC INDUSTRIAL PARTNERS, LL |
| 90 | PACIFIC INDUSTRIAL PARTNERS, LL |
| 91 | |
| 92 | A. EPSTEIN & SONS INTERNATIONAL |
| 93 | AIR- TEC |
| 94 | OK.O. ENGINEERING INC |
| 95 | TICOR TITLE INSURANCE COMPANY |
| 96 | FRANCHISE TAX BOARD |
| 97 | FRANCHISE TAX BOARD |
| 98 | INTERNAL REVENUE SERVICE |
| 99 | INTERNAL REVENUE SERVICE |
| 100 | LERCH BATES NORTH AMERICA, INC. |
| 101 | |
| 102 | OK.O. ENGINEERING INC |
| 103 | |
| 104 | |
| 105 | |
| 106 | |
| 107 | SHEPPARD MULLIN RICHTER & HAMPT |
| 108 | |
| 109 | |
| 110 | |
| 111 | |
| 112 | |
| 113 | |
| 114 | |
| 115 | |
| 116 | |
| 117 | |
| 118 | |
| 119 | |
| 120 | |
| 121 | |
| 122 | |
| 123 | |
| 124 | |
| 125 | |
| 126 | |

CONFIDENTIAL – ATTORNEYS' EYES ONLY

EXHIBIT __141__

PAGE __1821__

MGA 3787379

| | F | G | | H |
|---|---|---|---|---|
| 127 | Distribution | | | PMTRX |
| 128 | Distribution | | | PMTRX |
| 129 | Distribution | | | PMTRX |
| 130 | Distribution | | | GJ |
| 131 | Distribution | | | GJ |
| 132 | Distribution | | | GJ |
| 133 | Distribution | | | GJ |
| 134 | Distribution | | | GJ |
| 135 | Distribution | | | PMTRX |
| 136 | Distribution | | | PMTRX |
| 137 | Distribution | | | GJ |
| 138 | Distribution | | | GJ |
| 139 | Distribution | | | GJ |
| 140 | Distribution | | | GJ |
| 141 | Distribution | | | GJ |
| 142 | Distribution | | | GJ |
| 143 | Distribution | | | GJ |
| 144 | Distribution | | | GJ |
| 145 | Distribution | | | GJ |
| 146 | Distribution | | | PMTRX |
| 147 | Distribution | | | PMTRX |
| 148 | Distribution | | | GJ |
| 149 | Distribution | | | GJ |
| 150 | Distribution | | | GJ |
| 151 | Distribution | | | GJ |
| 152 | Distribution | | | GJ |
| 153 | Distribution | | | GJ |
| 154 | Distribution | | | PMTRX |
| 155 | Distribution | | | PMTRX |
| 156 | Distribution | | | PMTRX |
| 157 | Distribution | | | PMTRX |
| 158 | Distribution | | | GJ |
| 159 | Distribution | | | GJ |
| 160 | Distribution | | | GJ |
| 161 | Distribution | | | GJ |
| 162 | Distribution | | | GJ |
| 163 | Distribution | | | GJ |
| 164 | Distribution-Isaac Larian GRAT | | | PMTRX |
| 165 | Distribution-Angela Larian GRAT | | | PMTRX |
| 166 | Distribution-Angela Larian GRAT | | | PMTRX |
| 167 | Distribution-Eli Makabi GRAT | | | PMTRX |
| 168 | Distribution-Shirin Makabi GRAT | | | PMTRX |
| 169 | Distribution-Isaac Larian GRAT | | | PMTRX |
| 170 | Distribution-Angela Larian GRAT | | | PMTRX |
| 171 | Distribution-Eli Makabi GRAT | | | PMTRX |
| 172 | Distribution-Shirin Makabi GRAT | | | PMTRX |
| 173 | Distribution-Larian Family Trust | | | GJ |
| 174 | Distribution-Isaac Larian GRAT | | | PMTRX |
| 175 | Distribution-Isaac Larian GRAT | | | PMTRX |
| 176 | Distribution-Isaac Larian GRAT | | | PMTRX |
| 177 | Distribution-Isaac Larian GRAT | | | GJ |
| 178 | Distribution-Isaac Larian GRAT | | | GJ |
| 179 | Distribution-Angela Larian GRAT | | | PMTRX |
| 180 | Distribution-Angela Larian GRAT | | | PMTRX |
| 181 | Distribution-Eli Makabi GRAT | | | PMTRX |
| 182 | Distribution-Eli Makabi GRAT | | | PMTRX |
| 183 | Distribution-Shirin Makabi GRAT | | | PMTRX |
| 184 | Distribution-Shirin Makabi GRAT | | | GJ |
| 185 | Distribution-Isaac Larian GRAT | | | GJ |
| 186 | Distribution-Isaac Larian GRAT | | | GJ |
| 187 | Distribution-Angela Larian GRAT | | | GJ |
| 188 | Distribution-Angela Larian GRAT | | | GJ |
| 189 | Distribution-Eli Makabi GRAT | | | GJ |

CONFIDENTIAL – ATTORNEYS' EYES ONLY

EXHIBIT ___141___

PAGE ___1823___

MGA 3787381

REDACTED

| | A | B | C | D | E |
|---|---|---|---|---|---|
| 127 | 31843 | 247976 | Purchasing | 11/30/2003 | 3600-000 - |
| 128 | LARIAN '03 4TH QTR | 252935 | Purchasing | 12/30/2003 | 3600-000 - |
| 129 | MAKABI '03 4TH QTR | 253095 | Purchasing | 12/30/2003 | 3600-000 - |
| 130 | | 253726 | Financial | 12/31/2003 | 3600-000 - |
| 131 | | 274969 | Financial | 12/31/2003 | 3600-000 - |
| 132 | | 256928 | Financial | 12/31/2003 | 3600-000 - |
| 133 | | 274990 | Financial | 12/31/2003 | 3600-000 - |
| 134 | | 275818 | Financial | 12/31/2003 | 3600-000 - |
| 135 | MAKABI 4THQTR 03 | 255991 | Purchasing | 1/15/2004 | 3600-000 - |
| 136 | LARIAN 4THQTR 03 | 255992 | Purchasing | 1/15/2004 | 3600-000 - |
| 137 | | 266885 | Financial | 1/31/2004 | 3600-000 - |
| 138 | | 266885 | Financial | 1/31/2004 | 3600-000 - |
| 139 | | 275622 | Financial | 3/31/2004 | 3600-000 - |
| 140 | | 281606 | Financial | 3/31/2004 | 3600-000 - |
| 141 | | 281606 | Financial | 3/31/2004 | 3600-000 - |
| 142 | | 281606 | Financial | 3/31/2004 | 3600-000 - |
| 143 | | 281608 | Financial | 3/31/2004 | 3600-000 - |
| 144 | | 281606 | Financial | 3/31/2004 | 3600-000 - |
| 145 | | 281606 | Financial | 3/31/2004 | 3600-000 - |
| 146 | FED EXT PYMNT 4/04 | 274582 | Purchasing | 4/15/2004 | 3600-000 - |
| 147 | FED EXT PYMT 04/04 | 274583 | Purchasing | 4/15/2004 | 3600-000 - |
| 148 | | 292592 | Financial | 6/28/2004 | 3600-000 - |
| 149 | | 289928 | Financial | 6/30/2004 | 3600-000 - |
| 150 | | 289928 | Financial | 6/30/2004 | 3600-000 - |
| 151 | | 290870 | Financial | 6/30/2004 | 3600-000 - |
| 152 | | 290870 | Financial | 8/30/2004 | 3600-000 - |
| 153 | | 303433 | Financial | 8/31/2004 | 3600-000 - |
| 154 | 04 3RD QTR CA TAX | 307283 | Purchasing | 9/15/2004 | 3600-000 - |
| 155 | 2004 3RD QTR CA TAX | 307284 | Purchasing | 9/15/2004 | 3600-000 - |
| 156 | 04 3RD QTR TAX | 307282 | Purchasing | 9/15/2004 | 3600-000 - |
| 157 | 2004 3RD QTR FED TAX | 307285 | Purchasing | 9/15/2004 | 3600-000 - |
| 158 | | 315119 | Financial | 9/30/2004 | 3600-000 - |
| 159 | | 315119 | Financial | 9/30/2004 | 3600-000 - |
| 160 | | 364331 | Financial | 12/31/2004 | 3600-000 - |
| 161 | | 364331 | Financial | 12/31/2004 | 3600-000 - |
| 162 | | 364333 | Financial | 12/31/2004 | 3600-000 - |
| 163 | | 364333 | Financial | 12/31/2004 | 3600-000 - |
| 164 | DEPOSIT 4/7/05 | 363850 | Purchasing | 4/7/2005 | 3610-000 - |
| 165 | DEPOSIT 4/7/05 | 363849 | Purchasing | 4/7/2005 | 3611-000 - |
| 166 | DEPOSIT 4/7/05 | 363850 | Purchasing | 4/7/2005 | 3611-000 - |
| 167 | DEPOSIT 4/7/05 | 363849 | Purchasing | 4/7/2005 | 3612-000 - |
| 168 | DEPOSIT 4/7/05 | 363849 | Purchasing | 4/7/2005 | 3613-000 - |
| 169 | 05-090-120 | 368114 | Purchasing | 4/28/2005 | 3610-000 - |
| 170 | 05-090-120 | 368114 | Purchasing | 4/28/2005 | 3611-000 - |
| 171 | 05-090-120 | 368114 | Purchasing | 4/28/2005 | 3612-000 - |
| 172 | 05-090-120 | 368114 | Purchasing | 4/28/2005 | 3613-000 - |
| 173 | | 401241 | Financial | 5/19/2005 | 3602-000 - |
| 174 | 05-120.120 | 372884 | Purchasing | 5/19/2005 | 3610-000 - |
| 175 | WIRE 5/19/05 | 373836 | Purchasing | 5/19/2005 | 3610-000 - |
| 176 | WIRE 5/19/05 | 373838 | Purchasing | 5/19/2005 | 3610-000 - |
| 177 | | 401241 | Financial | 5/19/2005 | 3610-000 - |
| 178 | | 401241 | Financial | 5/19/2005 | 3610-000 - |
| 179 | 05-120.120 | 372884 | Purchasing | 5/19/2005 | 3611-000 - |
| 180 | WIRE 5/19/05 | 373839 | Purchasing | 5/19/2005 | 3611-000 - |
| 181 | 05-120.120 | 372884 | Purchasing | 5/19/2005 | 3612-000 - |
| 182 | | 401241 | Financial | 5/19/2005 | 3612-000 - |
| 183 | 05-120.120 | 372884 | Purchasing | 5/19/2005 | 3613-000 - |
| 184 | | 401241 | Financial | 5/19/2005 | 3613-000 - |
| 185 | | 373867 | Financial | 5/31/2005 | 3610-000 - |
| 186 | | 407213 | Financial | 5/31/2005 | 3610-000 - |
| 187 | | 373867 | Financial | 5/31/2005 | 3611-000 - |
| 188 | | 407213 | Financial | 5/31/2005 | 3611-000 - |
| 189 | | 373867 | Financial | 5/31/2005 | 3612-000 - |

CONFIDENTIAL – ATTORNEYS' EYES ONLY

EXHIBIT ___141___

PAGE ___1822___

MGA 3787380

| | I | J |
|---|---|---|
| 127 | Payables Trx Entry | CALTEL |
| 128 | Payables Trx Entry | FRANCHISETAX |
| 129 | Payables Trx Entry | FRANCHISETAX |
| 130 | To record addit distrib to =% | |
| 131 | RCL to Proper A/C-CA Est Tax | |
| 132 | Rcls.pmt for Roscoe propty | |
| 133 | RCL Int from ED to Int Exp | |
| 134 | Accrue Distributions to Isaac | |
| 135 | Payables Trx Entry | 3580 |
| 136 | Payables Trx Entry | 3580 |
| 137 | Reclass void voucher coding er | |
| 138 | Reclass void voucher coding er | |
| 139 | Accrue Distributions to Shirin | |
| 140 | Distribution Equity-Mar04 | |
| 141 | Distribution Equity-Mar04 | |
| 142 | Distribution Equity-Mar04 | |
| 143 | Distribution Equity-Mar04 | |
| 144 | Distribution Equity-Mar04 | |
| 145 | Distribution Equity-Mar04 | |
| 146 | ISAAC LARIAN'S 2003 FED EXT PY | 3580 |
| 147 | SHIRIN MAKABI'S 2003 FED EXT P | 3580 |
| 148 | Accrue Isaac's distrib $2.5M | |
| 149 | Rcls federal taxes to 3600 | |
| 150 | Rcls federal taxes to 3600 | |
| 151 | Rcls State Taxes to 3600 | |
| 152 | Rcls State Taxes to 3600 | |
| 153 | Rcrd accrual Shirin 06/04 | |
| 154 | S.MAKABI' 04 Q3 CA EST. TAX | 2990 |
| 155 | I.LARIAN 04 Q3 CA EST TAX | 2990 |
| 156 | S.MAKABI' 04 Q3 FED EST. TAX | 3580 |
| 157 | I.LARIAN 04 Q3 FED EST TAX | 3580 |
| 158 | Equalization for 9/15 tax pmt | |
| 159 | Equalization for 9/15 tax pmt | |
| 160 | Rcrd Accr.for distri. 06/30/04 | |
| 161 | Rcrd Accr.for distri. 06/30/04 | |
| 162 | Accr.distrib 04/15/04 | |
| 163 | Accr.distrib 04/15/04 | |
| 164 | DEPOSIT FOR PURCHASE BY GRATS | FIDELTY |
| 165 | DEPOSIT FOR PURCHASE BY GRATS | FIDELTY |
| 166 | DEPOSIT FOR PURCHASE BY GRATS | FIDELTY |
| 167 | DEPOSIT FOR PURCHASE BY GRATS | FIDELTY |
| 168 | DEPOSIT FOR PURCHASE BY GRATS | FIDELTY |
| 169 | Payables Trx Entry | EXCELERATION |
| 170 | Payables Trx Entry | EXCELERATION |
| 171 | Payables Trx Entry | EXCELERATION |
| 172 | Payables Trx Entry | EXCELERATION |
| 173 | To Record Distirbution -100M | |
| 174 | Payables Trx Entry | EXCELERATION |
| 175 | Payables Trx Entry | ISAAC LARIAN |
| 176 | Payables Trx Entry | STERNS |
| 177 | To Record Distribution -100M | |
| 178 | To Record Distribution -100M | |
| 179 | Payables Trx Entry | EXCELERATION |
| 180 | Payables Trx Entry | STEARNS(ANGELA) |
| 181 | Payables Trx Entry | EXCELERATION |
| 182 | To Record Distribution -100M | |
| 183 | Payables Trx Entry | EXCELERATION |
| 184 | To Record Distirbution -100M | |
| 185 | Rcls to distribution acct | |
| 186 | Distribution Reclass | |
| 187 | Rcls to distribution acct | |
| 188 | Distribution Reclass | |
| 189 | Rcls to distribution acct | |

CONFIDENTIAL – ATTORNEYS' EYES ONLY

EXHIBIT ___141___

PAGE ___1824___

MGA 3787382

| | K |
|---|---|
| 127 | CALIFORNIA TELEPHONY INC. |
| 128 | FRANCHISE TAX BOARD |
| 129 | FRANCHISE TAX BOARD |
| 130 | |
| 131 | |
| 132 | |
| 133 | |
| 134 | |
| 135 | INTERNAL REVENUE SERVICE |
| 136 | INTERNAL REVENUE SERVICE |
| 137 | |
| 138 | |
| 139 | |
| 140 | |
| 141 | |
| 142 | |
| 143 | |
| 144 | |
| 145 | |
| 146 | INTERNAL REVENUE SERVICE |
| 147 | INTERNAL REVENUE SERVICE |
| 148 | |
| 149 | |
| 150 | |
| 151 | |
| 152 | |
| 153 | |
| 154 | FRANCHISE TAX BOARD |
| 155 | FRANCHISE TAX BOARD |
| 156 | INTERNAL REVENUE SERVICE |
| 157 | INTERNAL REVENUE SERVICE |
| 158 | |
| 159 | |
| 160 | |
| 161 | |
| 162 | |
| 163 | |
| 164 | FIDELITY NATIONAL TITLE INSURANCE CO. |
| 165 | FIDELITY NATIONAL TITLE INSURANCE CO. |
| 166 | FIDELITY NATIONAL TITLE INSURANCE CO. |
| 167 | FIDELITY NATIONAL TITLE INSURANCE CO. |
| 168 | FIDELITY NATIONAL TITLE INSURANCE CO. |
| 169 | EXCELERATION |
| 170 | EXCELERATION |
| 171 | EXCELERATION |
| 172 | EXCELERATION |
| 173 | |
| 174 | EXCELERATION |
| 175 | ISAAC E. LARIAN QUALIFIED ANNUITY T |
| 176 | BEAR STEARNS |
| 177 | |
| 178 | |
| 179 | EXCELERATION |
| 180 | BEAR STEARNS |
| 181 | EXCELERATION |
| 182 | |
| 183 | EXCELERATION |
| 184 | |
| 185 | |
| 186 | |
| 187 | |
| 188 | |
| 189 | |

CONFIDENTIAL – ATTORNEYS' EYES ONLY

EXHIBIT ____141____

PAGE ____1825____

MGA 3787383

| | F | G | | H |
|---|---|---|---|---|
| 190 | Distribution-Shirin Makabi GRAT | | | GJ |
| 191 | Distribution-Isaac Larian GRAT | | | PMTRX |
| 192 | Distribution-Angela Larian GRAT | | | PMTRX |
| 193 | Distribution-Eli Makabi GRAT | | | PMTRX |
| 194 | Distribution-Shirin Makabi GRAT | | | PMTRX |
| 195 | Distribution-Isaac Larian GRAT | | | PMTRX |
| 196 | Distribution-Angela Larian GRAT | | | PMTRX |
| 197 | Distribution-Eli Makabi GRAT | | | PMTRX |
| 198 | Distribution-Shirin Makabi GRAT | | | PMTRX |
| 199 | Distribution-Isaac Larian GRAT | | | PMTRX |
| 200 | Distribution-Eli Makabi GRAT | | | PMTRX |
| 201 | Distribution-Isaac Larian GRAT | | | PMTRX |
| 202 | Distribution-Angela Larian GRAT | | | PMTRX |
| 203 | Distribution-Eli Makabi GRAT | | | PMTRX |
| 204 | Distribution-Shirin Makabi GRAT | | | PMTRX |
| 205 | Distribution-Isaac Larian GRAT | | | PMTRX |
| 206 | Distribution-Larian Family Trust | | | PMTRX |
| 207 | Distribution-Isaac Larian GRAT | | | PMTRX |
| 208 | Distribution-Angela Larian GRAT | | | PMTRX |
| 209 | Distribution-Eli Makabi GRAT | | | PMTRX |
| 210 | Distribution-Eli Makabi GRAT | | | PMTRX |
| 211 | Distribution-Shirin Makabi GRAT | | | PMTRX |
| 212 | Distribution-Shirin Makabi GRAT | | | PMTRX |
| 213 | Distribution-Larian Family Trust | | | PMTRX |
| 214 | Distribution-Isaac Larian GRAT | | | PMTRX |
| 215 | Distribution-Isaac Larian GRAT | | | PMTRX |
| 216 | Distribution-Eli Makabi GRAT | | | PMTRX |
| 217 | Distribution-Isaac Larian GRAT | | | PMTRX |
| 218 | Distribution-Angela Larian GRAT | | | PMTRX |
| 219 | Distribution-Eli Makabi GRAT | | | PMTRX |
| 220 | Distribution-Shirin Makabi GRAT | | | PMTRX |
| 221 | Distribution-Makabi Family Trust | | | GJ |
| 222 | Distribution-Larian Family Trust | | | GJ |
| 223 | Distribution-Larian Family Trust | | | PMTRX |
| 224 | Distribution-Isaac Larian GRAT | | | GJ |
| 225 | Distribution-Angela Larian GRAT | | | GJ |
| 226 | Distribution-Makabi Family Trust | | | GJ |
| 227 | Distribution-Makabi Family Trust | | | GJ |
| 228 | Distribution-Makabi Family Trust | | | GJ |
| 229 | Distribution-Makabi Family Trust | | | GJ |
| 230 | Distribution-Makabi Family Trust | | | GJ |
| 231 | Distribution-Larian Family Trust | | | GJ |
| 232 | Distribution-Larian Family Trust | | | GJ |
| 233 | Distribution-Larian Family Trust | | | GJ |
| 234 | Distribution-Larian Family Trust | | | GJ |
| 235 | Distribution-Larian Family Trust | | | GJ |
| 236 | Distribution-Larian Family Trust | | | GJ |
| 237 | Distribution-Larian Family Trust | | | GJ |
| 238 | Distribution-Larian Family Trust | | | GJ |
| 239 | Distribution-Isaac Larian GRAT | | | GJ |
| 240 | Distribution-Isaac Larian GRAT | | | GJ |
| 241 | Distribution-Isaac Larian GRAT | | | GJ |
| 242 | Distribution-Isaac Larian GRAT | | | GJ |
| 243 | Distribution-Isaac Larian GRAT | | | GJ |
| 244 | Distribution-Isaac Larian GRAT | | | GJ |
| 245 | Distribution-Isaac Larian GRAT | | | GJ |
| 246 | Distribution-Isaac Larian GRAT | | | GJ |
| 247 | Distribution-Isaac Larian GRAT | | | GJ |
| 248 | Distribution-Isaac Larian GRAT | | | GJ |
| 249 | Distribution-Angela Larian GRAT | | | GJ |
| 250 | Distribution-Angela Larian GRAT | | | GJ |
| 251 | Distribution-Angela Larian GRAT | | | GJ |
| 252 | Distribution-Angela Larian GRAT | | | GJ |

EXHIBIT ___141___

PAGE ___1827___

CONFIDENTIAL – ATTORNEYS' EYES ONLY

MGA 3787385

REDACTED