| | A | B | C | D | E |
|---|---|---|---|---|---|
| 190 | | 373867 | Financial | 5/31/2005 | 3613-000 - |
| 191 | RIALTO BRIDGE 6/3/05 | 376232 | Purchasing | 6/3/2005 | 3610-000 - |
| 192 | RIALTO BRIDGE 6/3/05 | 376232 | Purchasing | 6/3/2005 | 3611-000 - |
| 193 | RIALTO BRIDGE 6/3/05 | 376232 | Purchasing | 6/3/2005 | 3612-000 - |
| 194 | RIALTO BRIDGE 6/3/05 | 376232 | Purchasing | 6/3/2005 | 3613-000 - |
| 195 | 05-150.120 | 378894 | Purchasing | 8/16/2005 | 3610-000 - |
| 196 | 05-150.120 | 378894 | Purchasing | 8/16/2005 | 3611-000 - |
| 197 | 05-150.120 | 378894 | Purchasing | 8/16/2005 | 3612-000 - |
| 198 | 05-150.120 | 378894 | Purchasing | 8/16/2005 | 3613-000 - |
| 199 | 890990 | 423102 | Purchasing | 10/31/2005 | 3610-000 - |
| 200 | 890990 | 423102 | Purchasing | 10/31/2005 | 3612-000 - |
| 201 | 223322338 | 427177 | Purchasing | 11/21/2005 | 3610-000 - |
| 202 | 223322338 | 427177 | Purchasing | 11/21/2005 | 3611-000 - |
| 203 | 223322338 | 427177 | Purchasing | 11/21/2005 | 3612-000 - |
| 204 | 223322338 | 427177 | Purchasing | 11/21/2005 | 3613-000 - |
| 205 | 25062624 | 427067 | Purchasing | 11/22/2005 | 3610-000 - |
| 206 | WIRE 12/13/05 | 435417 | Purchasing | 12/13/2005 | 3602-000 - |
| 207 | 25064928 | 433004 | Purchasing | 12/13/2005 | 3610-000 - |
| 208 | 25064928 | 433004 | Purchasing | 12/13/2005 | 3611-000 - |
| 209 | 25064928 | 433004 | Purchasing | 12/13/2005 | 3612-000 - |
| 210 | E MAKABI 12/13/05 | 435418 | Purchasing | 12/13/2005 | 3612-000 - |
| 211 | 25064928 | 433004 | Purchasing | 12/13/2005 | 3613-000 - |
| 212 | S. MAKABI 12/13/05 | 435419 | Purchasing | 12/13/2005 | 3613-000 - |
| 213 | WIRE 12/14/05 | 435069 | Purchasing | 12/14/2005 | 3602-000 - |
| 214 | WIRE 12/14/05 | 435068 | Purchasing | 12/14/2005 | 3610-000 - |
| 215 | 893509 | 437351 | Purchasing | 12/22/2005 | 3610-000 - |
| 216 | 893509 | 437351 | Purchasing | 12/22/2005 | 3612-000 - |
| 217 | 3413 | 438360 | Purchasing | 12/27/2005 | 3610-000 - |
| 218 | 3413 | 438360 | Purchasing | 12/27/2005 | 3611-000 - |
| 219 | 3413 | 438360 | Purchasing | 12/27/2005 | 3612-000 - |
| 220 | 3413 | 438360 | Purchasing | 12/27/2005 | 3613-000 - |
| 221 | | 440568 | Financial | 12/30/2005 | 3601-000 - |
| 222 | | 440568 | Financial | 12/30/2005 | 3602-000 - |
| 223 | WIRE 12/30/05 | 440761 | Purchasing | 12/30/2005 | 3602-000 - |
| 224 | | 440568 | Financial | 12/30/2005 | 3610-000 - |
| 225 | | 440568 | Financial | 12/30/2005 | 3611-000 - |
| 226 | | 442624 | Financial | 12/31/2005 | 3601-000 - |
| 227 | | 442693 | Financial | 12/31/2005 | 3601-000 - |
| 228 | | 442693 | Financial | 12/31/2005 | 3601-000 - |
| 229 | | 442722 | Financial | 12/31/2005 | 3601-000 - |
| 230 | | 442723 | Financial | 12/31/2005 | 3601-000 - |
| 231 | | 442624 | Financial | 12/31/2005 | 3602-000 - |
| 232 | | 442629 | Financial | 12/31/2005 | 3602-000 - |
| 233 | | 442693 | Financial | 12/31/2005 | 3602-000 - |
| 234 | | 442693 | Financial | 12/31/2005 | 3602-000 - |
| 235 | | 442693 | Financial | 12/31/2005 | 3602-000 - |
| 236 | | 442693 | Financial | 12/31/2005 | 3602-000 - |
| 237 | | 442722 | Financial | 12/31/2005 | 3602-000 - |
| 238 | | 442723 | Financial | 12/31/2005 | 3602-000 - |
| 239 | | 442624 | Financial | 12/31/2005 | 3610-000 - |
| 240 | | 442693 | Financial | 12/31/2005 | 3610-000 - |
| 241 | | 442693 | Financial | 12/31/2005 | 3610-000 - |
| 242 | | 442693 | Financial | 12/31/2005 | 3610-000 - |
| 243 | | 442693 | Financial | 12/31/2005 | 3610-000 - |
| 244 | | 442693 | Financial | 12/31/2005 | 3610-000 - |
| 245 | | 442693 | Financial | 12/31/2005 | 3610-000 - |
| 246 | | 442693 | Financial | 12/31/2005 | 3610-000 - |
| 247 | | 442722 | Financial | 12/31/2005 | 3610-000 - |
| 248 | | 442723 | Financial | 12/31/2005 | 3610-000 - |
| 249 | | 442624 | Financial | 12/31/2005 | 3611-000 - |
| 250 | | 442693 | Financial | 12/31/2005 | 3611-000 - |
| 251 | | 442693 | Financial | 12/31/2005 | 3611-000 - |
| 252 | | 442693 | Financial | 12/31/2005 | 3611-000 - |

CONFIDENTIAL – ATTORNEYS' EYES ONLY

EXHIBIT ___141___

PAGE ___1826___

MGA 3787384

| | I | J |
|---|---|---|
| 190 | Rcls to distribution acct | |
| 191 | Payables Trx Entry | 9465 |
| 192 | Payables Trx Entry | 9465 |
| 193 | Payables Trx Entry | 9465 |
| 194 | Payables Trx Entry | 9465 |
| 195 | Payables Trx Entry | EXCELERATION |
| 196 | Payables Trx Entry | EXCELERATION |
| 197 | Payables Trx Entry | EXCELERATION |
| 198 | Payables Trx Entry | EXCELERATION |
| 199 | Payables Trx Entry | MOSS-ADAMS |
| 200 | Payables Trx Entry | MOSS-ADAMS |
| 201 | Payables Trx Entry | SHEPPARD |
| 202 | Payables Trx Entry | SHEPPARD |
| 203 | Payables Trx Entry | SHEPPARD |
| 204 | Payables Trx Entry | SHEPPARD |
| 205 | XXX US GRAT FEES | SIDLEY |
| 206 | Payables Trx Entry | STERNS |
| 207 | XXX GRAT FEES | SIDLEY |
| 208 | XXX GRAT FEES | SIDLEY |
| 209 | XXX GRAT FEES | SIDLEY |
| 210 | Payables Trx Entry | STERNS |
| 211 | XXX GRAT FEES | SIDLEY |
| 212 | Payables Trx Entry | STERNS |
| 213 | Payables Trx Entry | SANFORD |
| 214 | Payables Trx Entry | ISAAC LARIAN |
| 215 | Payables Trx Entry | MOSS-ADAMS |
| 216 | Payables Trx Entry | MOSS-ADAMS |
| 217 | Payables Trx Entry | RKZ |
| 218 | Payables Trx Entry | RKZ |
| 219 | Payables Trx Entry | RKZ |
| 220 | Payables Trx Entry | RKZ |
| 221 | Rcls to proper acct | |
| 222 | Rcls to proper acct | |
| 223 | Payables Trx Entry | SANFORD |
| 224 | Rcls to proper acct | |
| 225 | Rcls to proper acct | |
| 226 | December 05 Distribution | |
| 227 | To correct 2005 Distributions | |
| 228 | To correct 2005 Distributions | |
| 229 | Correct post 7/1/05 allocation | |
| 230 | Rcls NY taxes to distribution | |
| 231 | December 05 Distribution | |
| 232 | Rcls to proper account | |
| 233 | To correct 2005 Distributions | |
| 234 | To correct 2005 Distributions | |
| 235 | To correct 2005 Distributions | |
| 236 | To correct 2005 Distributions | |
| 237 | Correct post 7/1/05 allocation | |
| 238 | Rcls NY taxes to distribution | |
| 239 | December 05 Distribution | |
| 240 | To correct 2005 Distributions | |
| 241 | To correct 2005 Distributions | |
| 242 | To correct 2005 Distributions | |
| 243 | To correct 2005 Distributions | |
| 244 | To correct 2005 Distributions | |
| 245 | To correct 2005 Distributions | |
| 246 | To correct 2005 Distributions | |
| 247 | Correct post 7/1/05 allocation | |
| 248 | Rcls NY taxes to distribution | |
| 249 | December 05 Distribution | |
| 250 | To correct 2005 Distributions | |
| 251 | To correct 2005 Distributions | |
| 252 | To correct 2005 Distributions | |

CONFIDENTIAL – ATTORNEYS' EYES ONLY    EXHIBIT _____ 141

PAGE _____ 1828

MGA 3787386

| | K |
|---|---|
| 190 | |
| 191 | UNION BANK |
| 192 | UNION BANK |
| 193 | UNION BANK |
| 194 | UNION BANK |
| 195 | EXCELERATION, INC. |
| 196 | EXCELERATION, INC. |
| 197 | EXCELERATION, INC. |
| 198 | EXCELERATION, INC. |
| 199 | MOSS-ADAMS LLP |
| 200 | MOSS-ADAMS LLP |
| 201 | SHEPPARD MULLIN RICHTER & HAMPTON LLP. |
| 202 | SHEPPARD MULLIN RICHTER & HAMPTON LLP |
| 203 | SHEPPARD MULLIN RICHTER & HAMPTON LLP |
| 204 | SHEPPARD MULLIN RICHTER & HAMPTON LLP |
| 205 | SIDLEY AUSTIN BROWN & WOOD LLP |
| 206 | BEAR STEARNS |
| 207 | SIDLEY AUSTIN BROWN & WOOD LLP |
| 208 | SIDLEY AUSTIN BROWN & WOOD LLP |
| 209 | SIDLEY AUSTIN BROWN & WOOD LLP |
| 210 | BEAR STEARNS |
| 211 | SIDLEY AUSTIN BROWN & WOOD LLP |
| 212 | BEAR STEARNS |
| 213 | SANFORD C. BERNSTEIN & CO., LLC |
| 214 | ISAAC E. LARIAN QUALIFIED ANNUITY.T |
| 215 | MOSS-ADAMS LLP |
| 216 | MOSS-ADAMS LLP |
| 217 | RKZ, INC. |
| 218 | RKZ, INC. |
| 219 | RKZ, INC. |
| 220 | RKZ, INC. |
| 221 | |
| 222 | |
| 223 | SANFORD C. BERNSTEIN & CO., LLC |
| 224 | |
| 225 | |
| 226 | |
| 227 | |
| 228 | |
| 229 | |
| 230 | |
| 231 | |
| 232 | |
| 233 | |
| 234 | |
| 235 | |
| 236 | |
| 237 | |
| 238 | |
| 239 | |
| 240 | |
| 241 | |
| 242 | |
| 243 | |
| 244 | |
| 245 | |
| 246 | |
| 247 | |
| 248 | |
| 249 | |
| 250 | |
| 251 | |
| 252 | |

CONFIDENTIAL – ATTORNEYS' EYES ONLY

EXHIBIT _____ 141

PAGE _____ 1829

MGA 3787387

| | F | G | | H |
|---|---|---|---|---|
| 253 | Distribution-Angela Larian GRAT | | GJ | |
| 254 | Distribution-Angela Larian GRAT | | GJ | |
| 255 | Distribution-Angela Larian GRAT | | GJ | |
| 256 | Distribution-Angela Larian GRAT | | GJ | |
| 257 | Distribution-Angela Larian GRAT | | GJ | |
| 258 | Distribution-Angela Larian GRAT | | GJ | |
| 259 | Distribution-Eli Makabi GRAT | | GJ | |
| 260 | Distribution-Eli Makabi GRAT | | GJ | |
| 261 | Distribution-Eli Makabi GRAT | | GJ | |
| 262 | Distribution-Eli Makabi GRAT | | GJ | |
| 263 | Distribution-Eli Makabi GRAT | | GJ | |
| 264 | Distribution-Eli Makabi GRAT | | GJ | |
| 265 | Distribution-Eli Makabi GRAT | | GJ | |
| 266 | Distribution-Eli Makabi GRAT | | GJ | |
| 267 | Distribution-Shirin Makabi GRAT | | GJ | |
| 268 | Distribution-Shirin Makabi GRAT | | GJ | |
| 269 | Distribution-Shirin Makabi GRAT | | GJ | |
| 270 | Distribution-Shirin Makabi GRAT | | GJ | |
| 271 | Distribution-Shirin Makabi GRAT | | GJ | |
| 272 | Distribution-Shirin Makabi GRAT | | GJ | |
| 273 | Distribution-Shirin Makabi GRAT | | GJ | |
| 274 | Distribution-Shirin Makabi GRAT | | GJ | |

CONFIDENTIAL – ATTORNEYS' EYES ONLY

EXHIBIT _____ 141

PAGE _____ 1831

MGA 3787389

REDACTED

| | A | B | C | D | E |
|---|---|---|---|---|---|
| 253 | | 442693 | Financial | 12/31/2005 | 3611-000 - |
| 254 | | 442693 | Financial | 12/31/2005 | 3611-000 - |
| 255 | | 442693 | Financial | 12/31/2005 | 3611-000 - |
| 256 | | 442693 | Financial | 12/31/2005 | 3611-000 - |
| 257 | | 442722 | Financial | 12/31/2005 | 3611-000 - |
| 258 | | 442723 | Financial | 12/31/2005 | 3611-000 - |
| 259 | | 442624 | Financial | 12/31/2005 | 3612-000 - |
| 260 | | 442693 | Financial | 12/31/2005 | 3612-000 - |
| 261 | | 442693 | Financial | 12/31/2005 | 3612-000 - |
| 262 | | 442693 | Financial | 12/31/2005 | 3612-000 - |
| 263 | | 442693 | Financial | 12/31/2005 | 3612-000 - |
| 264 | | 442693 | Financial | 12/31/2005 | 3612-000 - |
| 265 | | 442722 | Financial | 12/31/2005 | 3612-000 - |
| 266 | | 442723 | Financial | 12/31/2005 | 3612-000 - |
| 267 | | 442624 | Financial | 12/31/2005 | 3613-000 - |
| 268 | | 442693 | Financial | 12/31/2005 | 3613-000 - |
| 269 | | 442693 | Financial | 12/31/2005 | 3613-000 - |
| 270 | | 442693 | Financial | 12/31/2005 | 3613-000 - |
| 271 | | 442693 | Financial | 12/31/2005 | 3613-000 - |
| 272 | | 442693 | Financial | 12/31/2005 | 3613-000 - |
| 273 | | 442722 | Financial | 12/31/2005 | 3613-000 - |
| 274 | | 442723 | Financial | 12/31/2005 | 3613-000 - |

CONFIDENTIAL – ATTORNEYS' EYES ONLY   Exhibit _____ 141 _____

PAGE _____ 1830 _____

MGA 3787388

| | I | J |
|---|---|---|
| 253 | To correct 2005 Distributions | |
| 254 | To correct 2005 Distributions | |
| 255 | To correct 2005 Distributions | |
| 256 | To correct 2005 Distributions | |
| 257 | Correct post 7/1/05 allocation | |
| 258 | Rcls NY taxes to distribution | |
| 259 | December 05 Distribution | |
| 260 | To correct 2005 Distributions | |
| 261 | To correct 2005 Distributions | |
| 262 | To correct 2005 Distributions | |
| 263 | To correct 2005 Distributions | |
| 264 | To correct 2005 Distributions | |
| 265 | Correct post 7/1/05 allocation | |
| 266 | Rcls NY taxes to distribution | |
| 267 | December 05 Distribution | |
| 268 | To correct 2005 Distributions | |
| 269 | To correct 2005 Distributions | |
| 270 | To correct 2005 Distributions | |
| 271 | To correct 2005 Distributions | |
| 272 | To correct 2005 Distributions | |
| 273 | Correct post 7/1/05 allocation | |
| 274 | Rcls NY taxes to distribution | |

CONFIDENTIAL – ATTORNEYS' EYES ONLY

EXHIBIT _____ 141

PAGE _____ 1832

MGA 3787390



| | K |
|---|---|
| 253 | |
| 254 | |
| 255 | |
| 256 | |
| 257 | |
| 258 | |
| 259 | |
| 260 | |
| 261 | |
| 262 | |
| 263 | |
| 264 | |
| 265 | |
| 266 | |
| 267 | |
| 268 | |
| 269 | |
| 270 | |
| 271 | |
| 272 | |
| 273 | |
| 274 | |

CONFIDENTIAL – ATTORNEYS' EYES ONLY

EXHIBIT ___141___

PAGE ___1833___

MGA 3787391

| | A | B | C | D | E |
|---|---|---|---|---|---|
| 1 | Originating Document Number | Journal Entry | Series | TRX Date | Account Number |
| 2 | | | | | |
| 3 | LARIAN, ISAAC (INTEREST) | | | | |
| 4 | 12/19/03 LOAN | 251801 | Purchasing | 12/19/2003 | 1560-000 - |
| 5 | | | | | |
| 6 | MAKABI, JAHANGIR | | | | |
| 7 | 12/22/03 LOAN | 251868 | Purchasing | 12/22/2003 | 1560-000 - |
| 8 | | | | | |
| 9 | Misc | | | | |
| 10 | | 250279 | Financial | 11/30/2003 | 1560-000 - |
| 11 | | 250598 | Financial | 11/30/2003 | 1560-000 - |
| 12 | | 250598 | Financial | 11/30/2003 | 1560-000 - |
| 13 | | 250598 | Financial | 11/30/2003 | 1560-000 - |
| 14 | | 250598 | Financial | 11/30/2003 | 1560-000 - |
| 15 | | 265889 | Financial | 12/31/2003 | 1560-000 - |
| 16 | | 275281 | Financial | 3/31/2004 | 1560-000 - |
| 17 | | 275575 | Financial | 3/31/2004 | 1560-000 - |
| 18 | | 281606 | Financial | 3/31/2004 | 1560-000 - |
| 19 | | 281606 | Financial | 3/31/2004 | 1560-000 - |
| 20 | | 345093 | Financial | 12/31/2004 | 1560-000 - |
| 21 | | 345993 | Financial | 12/31/2004 | 1560-000 - |
| 22 | | 364334 | Financial | 12/31/2004 | 1560-000 - |
| 23 | | 364334 | Financial | 12/31/2004 | 1560-000 - |
| 24 | | 351762 | Financial | 1/31/2005 | 1560-000 - |
| 25 | | 351762 | Financial | 1/31/2005 | 1560-000 - |
| 26 | | 357128 | Financial | 2/28/2005 | 1560-000 - |
| 27 | | 357128 | Financial | 2/28/2005 | 1560-000 - |
| 28 | | 357128 | Financial | 2/28/2005 | 1560-000 - |
| 29 | | 357128 | Financial | 2/28/2005 | 1560-000 - |
| 30 | | 357129 | Financial | 2/28/2005 | 1560-000 - |
| 31 | | 357129 | Financial | 2/28/2005 | 1560-000 - |
| 32 | | 364794 | Financial | 3/31/2005 | 1560-000 - |
| 33 | | 364794 | Financial | 3/31/2005 | 1560-000 - |
| 34 | | 364795 | Financial | 3/31/2005 | 1560-000 - |
| 35 | | 364795 | Financial | 3/31/2005 | 1560-000 - |
| 36 | | 364840 | Financial | 3/31/2005 | 1560-000 - |
| 37 | | 364840 | Financial | 3/31/2005 | 1560-000 - |
| 38 | | 371797 | Financial | 4/30/2005 | 1560-000 - |
| 39 | | 371797 | Financial | 4/30/2005 | 1560-000 - |
| 40 | | 371904 | Financial | 4/30/2005 | 1560-000 - |
| 41 | | 371904 | Financial | 4/30/2005 | 1560-000 - |
| 42 | | 401241 | Financial | 5/19/2005 | 1560-000 - |
| 43 | | 373867 | Financial | 5/31/2005 | 1560-000 - |
| 44 | | 374902 | Financial | 5/31/2005 | 1560-000 - |
| 45 | | 374903 | Financial | 5/31/2005 | 1560-000 - |
| 46 | | 374903 | Financial | 5/31/2005 | 1560-000 - |
| 47 | | 374903 | Financial | 5/31/2005 | 1560-000 - |
| 48 | | 385139 | Financial | 6/30/2005 | 1560-000 - |
| 49 | | 385139 | Financial | 6/30/2005 | 1560-000 - |
| 50 | | 391785 | Financial | 7/31/2005 | 1560-000 - |
| 51 | | 391785 | Financial | 7/31/2005 | 1560-000 - |
| 52 | | 399358 | Financial | 8/31/2005 | 1560-000 - |
| 53 | | 399358 | Financial | 8/31/2005 | 1560-000 - |
| 54 | | 402895 | Financial | 8/31/2005 | 1560-000 - |
| 55 | | 402895 | Financial | 8/31/2005 | 1560-000 - |
| 56 | | 402895 | Financial | 8/31/2005 | 1560-000 - |
| 57 | | 402895 | Financial | 8/31/2005 | 1560-000 - |
| 58 | | 402896 | Financial | 8/31/2005 | 1560-000 - |
| 59 | | 402896 | Financial | 8/31/2005 | 1560-000 - |
| 60 | | 402896 | Financial | 8/31/2005 | 1560-000 - |
| 61 | | 402896 | Financial | 8/31/2005 | 1560-000 - |
| 62 | | 409243 | Financial | 9/30/2005 | 1560-000 - |

CONFIDENTIAL – ATTORNEYS' EYES ONLY

EXHIBIT _____ 141

PAGE _____ 1834

MGA 3787392

| | F | G | H | I |
|---|---|---|---|---|
| | Account Description | Amount | Source Document | Reference |
| 1 | | | | |
| 2 | | | | |
| 3 | | | | |
| 4 | Notes Receivable - Officers | | PMTRX | Payables Trx Entry |
| 5 | | | | |
| 6 | | | | |
| 7 | Notes Receivable - Officers | | PMTRX | Payables Trx Entry |
| 8 | | | | |
| 9 | | | | |
| 10 | Notes Receivable - Officers | | GJ | To reclass to proper acct |
| 11 | Notes Receivable - Officers | | GJ | To reclass distributions |
| 12 | Notes Receivable - Officers | | GJ | To reclass distributions |
| 13 | Notes Receivable - Officers | | GJ | To reclass distributions |
| 14 | Notes Receivable - Officers | | GJ | To reclass distributions |
| 15 | Notes Receivable - Officers | | GJ | Record int inc on officer loan |
| 16 | Notes Receivable - Officers | | GJ | Quarterly Int Receivable-SH |
| 17 | Notes Receivable - Officers | | GJ | Correct Quarterly Int Rec-SH |
| 18 | Notes Receivable - Officers | | GJ | Distribution Equity-Mar04 |
| 19 | Notes Receivable - Officers | | GJ | Distribution Equity-Mar04 |
| 20 | Notes Receivable - Officers | | GJ | Accrued Int. Isaac & Shirin |
| 21 | Notes Receivable - Officers | | GJ | Accrued Int. Isaac & Shirin |
| 22 | Notes Receivable - Officers | | GJ | Rcls Isaac & Shirin loan to NR |
| 23 | Notes Receivable - Officers | | GJ | Rcls Isaac & Shirin loan to NR |
| 24 | Notes Receivable - Officers | | GJ | Accrued Interest for 1/05 N/R |
| 25 | Notes Receivable - Officers | | GJ | Accrued Interest for 1/05 N/R |
| 26 | Notes Receivable - Officers | | GJ | Adjust Int.balance Notes Rec. |
| 27 | Notes Receivable - Officers | | GJ | Adjust Int.balance Notes Rec. |
| 28 | Notes Receivable - Officers | | GJ | Adjust Int.balance Notes Rec. |
| 29 | Notes Receivable - Officers | | GJ | Adjust Int.balance Notes Rec. |
| 30 | Notes Receivable - Officers | | GJ | Accrd Interest 02/05 |
| 31 | Notes Receivable - Officers | | GJ | Accrd Interest 02/05 |
| 32 | Notes Receivable - Officers | | GJ | Accr.Shirin Loan Int.03/05 |
| 33 | Notes Receivable - Officers | | GJ | Accr.Shirin Loan Int.03/05 |
| 34 | Notes Receivable - Officers | | GJ | Accr.Isaac Int. 03/05 |
| 35 | Notes Receivable - Officers | | GJ | Accr.Isaac Int. 03/05 |
| 36 | Notes Receivable - Officers | | GJ | Accr Isaac Int 03/05 |
| 37 | Notes Receivable - Officers | | GJ | Accr Isaac Int 03/05 |
| 38 | Notes Receivable - Officers | | GJ | Accr Interest NR 04/05 |
| 39 | Notes Receivable - Officers | | GJ | Accr Interest NR 04/05 |
| 40 | Notes Receivable - Officers | | GJ | Adj accr Int NR 04/05 |
| 41 | Notes Receivable - Officers | | GJ | Adj accr Int NR 04/05 |
| 42 | Notes Receivable - Officers | | GJ | To Record Distribution -100M |
| 43 | Notes Receivable - Officers | | GJ | Rcls to distribution acct |
| 44 | Notes Receivable - Officers | | GJ | Adjust Issac's Interest |
| 45 | Notes Receivable - Officers | | GJ | Accrued Interest 05/05 |
| 46 | Notes Receivable - Officers | | GJ | Accrued Interest 05/05 |
| 47 | Notes Receivable - Officers | | GJ | Accrued Interest 05/05 |
| 48 | Notes Receivable - Officers | | GJ | Accrd Int 06/05 |
| 49 | Notes Receivable - Officers | | GJ | Accrd Int 06/05 |
| 50 | Notes Receivable - Officers | | GJ | Accr Int.7/05 NR Officers |
| 51 | Notes Receivable - Officers | | GJ | Accr Int.7/05 NR Officers |
| 52 | Notes Receivable - Officers | | GJ | Accr.int.8/05 NR |
| 53 | Notes Receivable - Officers | | GJ | Accr.int.8/05 NR |
| 54 | Notes Receivable - Officers | | GJ | Reverse accrd int May-Aug 05 |
| 55 | Notes Receivable - Officers | | GJ | Reverse accrd int May-Aug 05 |
| 56 | Notes Receivable - Officers | | GJ | Reverse accrd int May-Aug 05 |
| 57 | Notes Receivable - Officers | | GJ | Reverse accrd int May-Aug 05 |
| 58 | Notes Receivable - Officers | | GJ | Accrd Int May-Aug 05 |
| 59 | Notes Receivable - Officers | | GJ | Accrd Int May-Aug 05 |
| 60 | Notes Receivable - Officers | | GJ | Accrd Int May-Aug 05 |
| 61 | Notes Receivable - Officers | | GJ | Accrd Int May-Aug 05 |
| 62 | Notes Receivable - Officers | | GJ | Accrd Int.N/R Officers |

CONFIDENTIAL -- ATTORNEYS' EYES ONLY

EXHIBIT ___141___

PAGE ___1835___

MGA 3787393

| | J |
|---|---|
| 1 | **Originating Master Name** |
| 2 | |
| 3 | |
| 4 | LARIAN, ISAAC (INTEREST) |
| 5 | |
| 6 | |
| 7 | MAKABI, JAHANGIR |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |
| 29 | |
| 30 | |
| 31 | |
| 32 | |
| 33 | |
| 34 | |
| 35 | |
| 36 | |
| 37 | |
| 38 | |
| 39 | |
| 40 | |
| 41 | |
| 42 | |
| 43 | |
| 44 | |
| 45 | |
| 46 | |
| 47 | |
| 48 | |
| 49 | |
| 50 | |
| 51 | |
| 52 | |
| 53 | |
| 54 | |
| 55 | |
| 56 | |
| 57 | |
| 58 | |
| 59 | |
| 60 | |
| 61 | |
| 62 | |

CONFIDENTIAL – ATTORNEYS' EYES ONLY

EXHIBIT ___141___

PAGE ___1836___

MGA 3787394

| | A | B | C | D | E |
|---|---|---|---|---|---|
| 63 | | 409243 | Financial | 9/30/2005 | 1560-000 - |
| 64 | | 409243 | Financial | 9/30/2005 | 1560-000 - |
| 65 | | 420865 | Financial | 10/31/2005 | 1560-000 - |
| 66 | | 420865 | Financial | 10/31/2005 | 1560-000 - |
| 67 | | 420865 | Financial | 10/31/2005 | 1560-000 - |
| 68 | | 420866 | Financial | 10/31/2005 | 1560-000 - |
| 69 | | 420866 | Financial | 10/31/2005 | 1560-000 - |
| 70 | | 428117 | Financial | 11/30/2005 | 1560-000 - |
| 71 | | 428117 | Financial | 11/30/2005 | 1560-000 - |
| 72 | | 440568 | Financial | 12/30/2005 | 1560-000 - |
| 73 | | 440568 | Financial | 12/30/2005 | 1560-000 - |
| 74 | | 440624 | Financial | 12/30/2005 | 1560-000 - |
| 75 | | 437653 | Financial | 12/31/2005 | 1560-000 - |
| 76 | | 437653 | Financial | 12/31/2005 | 1560-000 - |
| 77 | WIRE 5/17/05 | 373887 | Purchasing | 5/17/2005 | 1560-000 - |
| 78 | FEE 10/4/05 | 419988 | Purchasing | 10/12/2005 | 1560-000 - |
| 79 | 2150466 | 416146 | Purchasing | 10/19/2005 | 1560-000 - |
| 80 | 2179712 | 416147 | Purchasing | 10/19/2005 | 1560-000 - |
| 81 | Q4, 2004 CA TAX | 337619 | Purchasing | 12/23/2004 | 1560-000 - |
| 82 | Q4, 2004 CA TAX | 337620 | Purchasing | 12/23/2004 | 1560-000 - |
| 83 | 05,Q1 CA EST TAX | 364747 | Purchasing | 4/13/2005 | 1560-000 - |
| 84 | 05,Q1 CA EST TAX | 364749 | Purchasing | 4/13/2005 | 1560-000 - |
| 85 | 2005,Q1 CA EST TAX | 384751 | Purchasing | 4/13/2005 | 1560-000 - |
| 86 | Q2 2005 CA EST TAX | 378094 | Purchasing | 6/14/2005 | 1560-000 - |
| 87 | 22005 Q2 CA EST TAX | 378095 | Purchasing | 6/14/2005 | 1560-000 - |
| 88 | Q3,05 EST STATE TAX | 404789 | Purchasing | 9/14/2005 | 1560-000 - |
| 89 | 05,Q3 EST FED TAX | 404791 | Purchasing | 9/14/2005 | 1560-000 - |
| 90 | 05,Q1 IN EST TAX | 364743 | Purchasing | 4/13/2005 | 1560-000 - |
| 91 | Q2 05 IN EST TAX | 378098 | Purchasing | 6/14/2005 | 1560-000 - |
| 92 | Q4, 04 FED. TAX | 344175 | Purchasing | 1/6/2005 | 1560-000 - |
| 93 | Q4,04 FED. TAX | 344176 | Purchasing | 1/6/2005 | 1560-000 - |
| 94 | 2005 Q1 FED EST TAX | 364742 | Purchasing | 4/13/2005 | 1560-000 - |
| 95 | 05,Q1 FED EST TAX | 364746 | Purchasing | 4/13/2005 | 1560-000 - |
| 96 | 05,Q1 FED EST TAX | 364748 | Purchasing | 4/13/2005 | 1560-000 - |
| 97 | 2005,Q1 FED EST TAX | 364750 | Purchasing | 4/13/2005 | 1560-000 - |
| 98 | 2005 Q2 FED EST TAX | 378096 | Purchasing | 6/14/2005 | 1560-000 - |
| 99 | Q2 05 FED EST TAX | 378097 | Purchasing | 6/14/2005 | 1560-000 - |
| 100 | Q3,05 EST FED TAX | 404788 | Purchasing | 9/14/2005 | 1560-000 - |
| 101 | 05,Q3 EST FED TAX | 404790 | Purchasing | 9/14/2005 | 1560-000 - |
| 102 | Q2 05 NC EST TAX | 378100 | Purchasing | 6/14/2005 | 1560-000 - |
| 103 | Q4, 2004 NJ TAX | 337625 | Purchasing | 12/23/2004 | 1560-000 - |
| 104 | Q4, 2004 NJ TAX | 337626 | Purchasing | 12/23/2004 | 1560-000 - |
| 105 | Q4, 2004 NY TAX | 337621 | Purchasing | 12/23/2004 | 1560-000 - |
| 106 | Q4, 2004 NY TAX | 337622 | Purchasing | 12/23/2004 | 1560-000 - |
| 107 | 05,Q1 PA EST TAX | 364744 | Purchasing | 4/13/2005 | 1560-000 - |
| 108 | Q2 05 PA EST TAX | 378099 | Purchasing | 6/14/2005 | 1560-000 - |
| 109 | 05,Q1 SC EST TAX | 364745 | Purchasing | 4/13/2005 | 1560-000 - |
| 110 | Q2 05 SC EST TAX | 378101 | Purchasing | 6/14/2005 | 1560-000 - |
| 111 | Q4, 2004 AR TAX | 337623 | Purchasing | 12/23/2004 | 1560-000 - |
| 112 | Q4, 2004 AR TAX | 337624 | Purchasing | 12/23/2004 | 1560-000 - |
| 113 | RIALTO FINANCING 05 | 385822 | Purchasing | 4/18/2005 | 1560-000 - |

CONFIDENTIAL – ATTORNEYS' EYES ONLY   EXHIBIT _____141_____

PAGE _____1837_____

MGA 3787395

| | F | G | H | I |
|---|---|---|---|---|
| 63 | Notes Receivable - Officers | | GJ | Accrd Int.N/R Officers |
| 64 | Notes Receivable - Officers | | GJ | Accrd Int.N/R Officers |
| 65 | Notes Receivable - Officers | | GJ | Adj.accrued Int.09/05 |
| 66 | Notes Receivable - Officers | | GJ | Adj.accrued Int.09/05 |
| 67 | Notes Receivable - Officers | | GJ | Adj.accrued Int.09/05 |
| 68 | Notes Receivable - Officers | | GJ | Accrd Int. 10/05 |
| 69 | Notes Receivable - Officers | | GJ | Accrd Int. 10/05 |
| 70 | Notes Receivable - Officers | | GJ | Accrd Int.11/05 NR officers |
| 71 | Notes Receivable - Officers | | GJ | Accrd Int.11/05 NR officers |
| 72 | Notes Receivable - Officers | | GJ | Rcls to proper acct |
| 73 | Notes Receivable - Officers | | GJ | Rcls to proper acct |
| 74 | Notes Receivable - Officers | | GJ | Rcls to proper acct |
| 75 | Notes Receivable - Officers | | GJ | Accrd Intrst for 120S Rec Offi |
| 76 | Notes Receivable - Officers | | GJ | Accrd Intrst for 120S Rec Offi |
| 77 | Notes Receivable - Officers | | PMTRX | Payables Trx Entry . |
| 78 | Notes Receivable - Officers | | PMTRX | TOYBOX COMMITMENT FEE |
| 79 | Notes Receivable - Officers | | PMTRX | XXX: US - LARIAN GRAT TAX WORK |
| 80 | Notes Receivable - Officers | | PMTRX | XXX: US - LARIAN GRAT TAX WORK |
| 81 | Notes Receivable - Officers | | PMTRX | I.LARIAN 2004 4TH QTR CA EST.T |
| 82 | Notes Receivable - Officers | | PMTRX | S.MAKABI Q4,04 CA EST. TAX |
| 83 | Notes Receivable - Officers | | PMTRX | JASON LARIANS 05,Q1 CA EST TAX |
| 84 | Notes Receivable - Officers | | PMTRX | JASMINE LARIAN 05,Q1 CA EST TA |
| 85 | Notes Receivable - Officers | | PMTRX | CAMERON LARIAN 05,Q1 CA EST TA |
| 86 | Notes Receivable - Officers | | PMTRX | I.&A. LARIAN 05 Q2 CA EST TAX |
| 87 | Notes Receivable - Officers | | PMTRX | S.&E. MAKABI 05 Q2 CA EST TAX |
| 88 | Notes Receivable - Officers | | PMTRX | LARIAN 2005 3RD QTR STATE TAX |
| 89 | Notes Receivable - Officers | | PMTRX | MAKABI 2005 3RD QTR EST FED TA |
| 90 | Notes Receivable - Officers | | PMTRX | I.&A.LARIAN 05 Q1 IN EST TAX |
| 91 | Notes Receivable - Officers | | PMTRX | I.&A. LARIAN 05 Q2 IN EST TAX |
| 92 | Notes Receivable - Officers | | PMTRX | S.MAKABI Q4,04 FED. EST. TAX |
| 93 | Notes Receivable - Officers | | PMTRX | I.LARIAN Q4,04 FED.EST. TAX |
| 94 | Notes Receivable - Officers | | PMTRX | I.&A.LARIAN 05 Q1 FED EST TAX |
| 95 | Notes Receivable - Officers | | PMTRX | JASON LARIAN 05 Q1 FED EST TAX |
| 96 | Notes Receivable - Officers | | PMTRX | JASMINE LARIAN 05,Q1 FED EST T |
| 97 | Notes Receivable - Officers | | PMTRX | CAMERON LARIAN 05,Q1 FED EST T |
| 98 | Notes Receivable - Officers | | PMTRX | S.&E. MAKABI 05 Q2 FED EST TAX |
| 99 | Notes Receivable - Officers | | PMTRX | I.&A. LARIAN 05 Q2 FED EST TAX |
| 100 | Notes Receivable - Officers | | PMTRX | LARIAN 2005 3RD QUARTER |
| 101 | Notes Receivable - Officers | | PMTRX | MAKABI 2005 3RD QTR FED TAX |
| 102 | Notes Receivable - Officers | | PMTRX | I.&A. LARIAN 05 Q2 NC EST TAX |
| 103 | Notes Receivable - Officers | | PMTRX | I.LARIAN Q4,2004 NJ EST. TAX |
| 104 | Notes Receivable - Officers | | PMTRX | I.LARIAN Q4,2004 NJ EST. TAX |
| 105 | Notes Receivable - Officers | | PMTRX | Payables Trx Entry |
| 106 | Notes Receivable - Officers | | PMTRX | S.MAKABI Q4,2004 NY EST TAX |
| 107 | Notes Receivable - Officers | | PMTRX | I.&A.LARIAN 05 Q1 PA EST TAX |
| 108 | Notes Receivable - Officers | | PMTRX | I.&A. LARIAN 05 Q2 PA EST TAX |
| 109 | Notes Receivable - Officers | | PMTRX | I.&A.LARIAN 05 Q1 SC EST TAX |
| 110 | Notes Receivable - Officers | | PMTRX | I.&A. LARIAN 05 Q2 SC EST TAX |
| 111 | Notes Receivable - Officers | | PMTRX | I.LARIAN Q4,2004 AR EST. TAX |
| 112 | Notes Receivable - Officers | | PMTRX | S.MAKABI Q4,2004 NY EST. TAX |
| 113 | Notes Receivable - Officers | | PMTRX | GRAT DIST.-GOOD FAITH DEP RIAL |

CONFIDENTIAL – ATTORNEYS' EYES ONLY

EXHIBIT ___141___

PAGE ___1038___

MGA 3787396

| | J |
|---|---|
| 53 | |
| 54 | |
| 55 | |
| 56 | |
| 57 | |
| 58 | |
| 59 | |
| 70 | |
| 71 | |
| 72 | |
| 73 | |
| 74 | |
| 75 | |
| 76 | |
| 77 | ALBERT AND MOJGAN TALASSAZAN |
| 78 | ALLIANZ LIFE |
| 79 | BINGHAM MCCUTCHEN |
| 80 | BINGHAM MCCUTCHEN |
| 81 | FRANCHISE TAX BOARD |
| 82 | FRANCHISE TAX BOARD |
| 83 | FRANCHISE TAX BOARD |
| 84 | FRANCHISE TAX BOARD |
| 85 | FRANCHISE TAX BOARD |
| 86 | FRANCHISE TAX BOARD |
| 87 | FRANCHISE TAX BOARD |
| 88 | FRANCHISE TAX BOARD |
| 89 | FRANCHISE TAX BOARD |
| 90 | INDIANA DEPARTMENT OF REVENUE |
| 91 | INDIANA DEPARTMENT OF REVENUE |
| 92 | INTERNAL REVENUE SERVICE |
| 93 | INTERNAL REVENUE SERVICE |
| 94 | INTERNAL REVENUE SERVICE |
| 95 | INTERNAL REVENUE SERVICE |
| 96 | INTERNAL REVENUE SERVICE |
| 97 | INTERNAL REVENUE SERVICE |
| 98 | INTERNAL REVENUE SERVICE |
| 99 | INTERNAL REVENUE SERVICE |
| 100 | INTERNAL REVENUE SERVICE |
| 101 | INTERNAL REVENUE SERVICE |
| 102 | NDCOR |
| 103 | NJ DIVISION OF TAXATION |
| 104 | NJ DIVISION OF TAXATION |
| 105 | NYS INCOME TAX |
| 106 | NYS INCOME TAX |
| 107 | PENNSYLVANIA DEPARTMENT OF REVENUE |
| 108 | PENNSYLVANIA DEPARTMENT OF REVENUE |
| 109 | SOUTH CAROLINA DEPARTMENT OF REVENUE |
| 110 | SOUTH CAROLINA DEPARTMENT OF REVENUE |
| 111 | STATE OF ARKANSAS |
| 112 | STATE OF ARKANSAS |
| 113 | UNION BANK |

CONFIDENTIAL -- ATTORNEYS' EYES ONLY

EXHIBIT _____141_____

PAGE _____1839_____

MGA 3787397

**EXHIBIT 142**

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
John B. Quinn (Bar No. 90378)
(johnquinn@quinnemanuel.com)
Michael T. Zeller (Bar No. 196417)
(michaelzeller@quinnemanuel.com)
Jon D. Corey (Bar No. 185066)
(joncorey@quinnemanuel.com)
Timothy L. Alger (Bar No. 160303)
(timalger@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARTER BRYANT, an individual,<br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 SGL (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>**DISCOVERY MATTER**<br><br>**[To Be Heard By Discovery Master Hon. Edward Infante (Ret.) Pursuant to Court's Order of December 6, 2006]**<br><br>[PUBLIC REDACTED] DECLARATION OF MICHAEL T. ZELLER IN SUPPORT OF MATTEL, INC.'S MOTION TO COMPEL DEPOSITION OF LITTLER MENDELSON, P.C. PURSUANT TO SUBPOENA<br><br>Hearing Date: January 4, 2008<br>Time: TBA<br>Place: Telephonic<br><br>**Phase 1**<br>Discovery Cut-off: January 28, 2008<br>Pre-trial Conference: April 21, 2008<br>Trial Date: May 27, 2008 |

EXHIBIT 142

PAGE 1840

12-13

# DECLARATION OF MICHAEL T. ZELLER

I, Michael T. Zeller, declare as follows:

1.      I am a member of the bars of the States of California, New York and Illinois and a partner at Quinn Emanuel Urquhart Oliver & Hedges, LLP, attorneys for plaintiff and counter-defendant, Mattel, Inc. ("Mattel"). I make this declaration of personal, firsthand knowledge and, if called and sworn as a witness, I could and would testify competently thereto.

2.      Attached as Exhibit 1 is a true and correct copy of a letter dated November 17, 2004 from Kirk Garey, counsel for Mattel, to Keith A. Jacoby.

3.      Attached as Exhibit 2 is a true and correct copy of the Circuit City receipt dated October 21, 2000, and produced in this case by Bryant.

4.      Attached hereto as Exhibit 3 is a true and correct copy of excerpts of the deposition of Carter Bryant, taken on November 4 and 5, 2004.

5.      Attached as Exhibit 4 is a true and correct copy of the letter from Keith Jacoby, counsel for Bryant, dated November 1, 2004 to John Quinn.

6.      Attached as Exhibit 5 is a true and correct copy of excerpts of the Un-redacted Joint Stipulation Re: Mattel's Motion to Compel Production of Documents, filed on January 6, 2005.

7.      Attached as Exhibit 6 is a true and correct copy of excerpts of the [Redacted] Declaration of Keith A. Jacoby in Support of Defendant and Cross-Claimant Carter Bryant's Portion of Joint Stipulation (without exhibits).

8.      Mattel's original motion to compel the Desktop filed in January 2005 was not ruled upon because discovery was stayed before it was resolved. After the stay was lifted and the Discovery Master was appointed, Mattel renewed its motion to compel Bryant's computer hard drives in early January 2007 and again specifically sought production of the Desktop hard drive.

EXHIBIT     142

PAGE     1841

07209/2517254.1

1    9.    Attached as Exhibit 7 is a true and correct copy of excerpts of the

2  Separate Statement of Mattel, Inc. in Support of Motion to Compel Production of

3  Documents by Carter Bryant, filed on January 4, 2007.

4    10.    Attached as Exhibit 8 is a true and correct copy of the

5  Declaration of Michael T. Zeller in Support of Mattel, Inc.'s Motion to Compel

6  Production of Documents by Carter Bryant filed January 4, 2007 (without exhibits).

7    11.    Attached as Exhibit 9 is a true and correct copy of excerpts of the

8  Separate Statement of Defendant Carter Bryant in Opposition to Mattel's Motion to

9  Compel, filed on January 11, 2007.

10    12.    Attached as Exhibit 10 is a true and correct copy of excerpts of

11  the Declaration of Keith A. Jacoby in Support of Carter Bryant's Opposition to

12  Mattel, Inc.'s Motion to Compel Production of Documents (without exhibits).

13    13.    Attached as Exhibit 11 is a true and correct copy of the Order of

14  the Discovery Master Hon. Edward Infante (Ret.) dated January 25, 2007.

15    14.    Attached as Exhibit 12 is a true and correct copy of the

16  Stipulation and Order re: Request to Extend Deadline Within Which Carter Bryant

17  Must Comply with the Discovery Master's January 25, 2007 Order Granting Mattel's

18  Motion to Compel Production of Documents dated February 23, 2007.

19    15.    Attached as Exhibit 13 is a true and correct copy of an e-mail

20  dated February 27, 2007, from Douglas Wickham, counsel for Bryant, to me and my

21  colleague John Quinn.

22    16.    Attached as Exhibit 14 is a true and correct copy of a letter dated

23  March 2, 2007 from Douglas Wickham to me.

24    17.    Attached as Exhibit 15 is a true and correct copy of a letter dated

25  March 16, 2007 from Douglas Wickham to me.

26    18.    Attached as Exhibit 16 is a true and correct copy of a letter dated

27  March 26, 2007 that I sent to Douglas Wickham.

28

07209/2317254.1

EXHIBIT _____ 142

PAGE _____ 1842

1          19.    Attached as Exhibit 17 is a true and correct copy of a letter dated
2   March 26, 2007 from Douglas Wickham to me.

3          20.    Attached as Exhibit 18 is a true and correct copy of a letter dated
4   March 27, 2007 that I sent to Douglas Wickham.

5          21.    Attached as Exhibit 19 is a true and correct copy of a letter dated
6   March 27, 2007 from Douglas Wickham to me.

7          22.    Attached as Exhibit 20 is a true and correct copy of a letter dated
8   March 29, 2007 that I sent to Douglas Wickham.

9          23.    Attached as Exhibit 21 is a true and correct copy of a letter dated
10  April 6, 2007 that I sent to Douglas Wickham.

11         24.    Attached as Exhibit 22 is a true and correct copy of an e-mail
12  exchange between me, Keith A. Jacoby, and Douglas Wickham on April 9, 2007.

13         25.    During the meet and confer process leading up to Mattel's
14  Motion for an Order to Enforce Court's January 25, 2007 Order Compelling Bryant
15  to Produce Desktop Computer Hard Drive, I asked, both orally and in writing, for
16  further clarification about the status of the Desktop hard drive and requested that
17  Bryant provide the factual particulars regarding its non-production.  Neither
18  Douglas Wickham nor Keith A. Jacoby had definitively told me whether Bryant or
19  his counsel had the Desktop, or, if they did not have it, the facts and circumstances
20  surrounding its non-production.

21         26.    Attached as Exhibit 23 is a true and correct copy of a Notice of
22  Motion and Motion of Mattel, Inc. for an Order to Enforce Court's January 25, 2007
23  Order Compelling Bryant to Produce Desktop Computer Hard Drive.

24         27.    Attached as Exhibit 24 is a true and correct copy of a letter dated
25  April 23, 2007, from Keith A. Jacoby to me.

26         28.    Attached as Exhibit 25 is a true and correct copy of Mattel, Inc.'s
27  Notice of Withdrawal Without Prejudice of Motion for an Order to Enforce Court's

28

07209/2317254.1

-4-

EXHIBIT   142

PAGE   1843

1  January 25, 2007 Order Compelling Bryant to Produce Desk Top Computer Hard
2  Drive, dated May 2, 2007.

3      29.    Attached as Exhibit 26 is a true and correct copy of a Request for
4  Approval of Substitution of Attorney, dated May 18, 2007.

5      30.    Examination of the images of Bryant's desktop and laptop hard
6  drives has revealed that it had a software program titled "Evidence Eliminator" had
7  been installed and run in 2002.  Attached as Exhibit 27 is a true and correct copy of
8  the Evidence Eliminator website homepage, available at http://www.evidence-
9  eliminator.com/product.d2w, reflecting that the creators of the program have stated
10 that its purpose is to permanently destroy data and render it unrecoverable.

11     31.    Attached as Exhibit 28 is a true and correct copy of a subpoena
12 for production of documents served on Littler Mendelson, P.C., on August 3, 2007.

13     32.    Attached as Exhibit 29 is a true and correct copy of a subpoena
14 for deposition testimony served on Littler Mendelson, P.C., on September 5, 2007.

15     33.    Attached as Exhibit 30 is a true and correct copy of a letter from
16 Christa M. Anderson sent to my colleague, James J. Webster, on December 3, 2007.

17     34.    Attached as Exhibit 31 is a true and correct copy of the Court's
18 Order Denying Appointment of Expert Witnesses, dated August 11, 2006.

19     35.    Attached as Exhibit 32 is a true and correct copy of my colleague
20 Jon Corey's letter to Keith Jacoby, dated November 1, 2004 and faxed on
21 November 2, 2004, requesting that Mr. Bryant have his originals available at his
22 deposition in Missouri.

23     36.    Attached as Exhibit 33 is a true and correct copy of an e-mail
24 message from Keith Jacoby dated November 3, 2004 in which he stated that "we
25 will have the originals sent to Missouri."

26     37.    Despite the promises made by Bryant's counsel, Bryant brought
27 only the originals of documents bearing the Bates numbers BRYANT 00001-12,
28 00175-182, 184-192, 194-199, 201-213, 215-218, 220, 222-224, 226-227, 229-230,

07209/2317254.1

-5-

EXHIBIT _____ 142

PAGE _____ 1844

1  232-246, 273-275, 1116-18, 1243, 1246-1247.  These originals are but a small

2  fraction of the documents produced by Bryant in his initial production.

3          38.   Some of the original drawings that Bryant brought with him to

4  his deposition, including documents bearing the Bates numbers BRYANT 192 and

5  BRYANT 210, had holes in them, indicating that samples had been extracted for ink

6  and/or paper chemical dating analysis.  This is reflected in Carter Bryant's

7  deposition testimony as well.  See Exhibit 3 (Transcript of Deposition of Carter

8  Bryant, 459:13-460:16).

9          39.   Attached as Exhibit 34 is a true and correct copy of the

10  Declaration of Keith Jacoby, without exhibits, that was filed in support of Bryant's

11  portion of a Joint Stipulation Re: Mattel, Inc's Motion to Compel Inspection of

12  Original Documents and Tangible Things, filed with the Court on February 18,

13  2005.

14          40.   Attached as Exhibit 35 is a true and correct copy of the

15  Declaration of Erich J. Speckin, dated July 21, 2006.

16          41.   Attached as Exhibit 36 is a true and correct copy of Mattel, Inc.'s

17  Second Amended Answer In Case No. 05-2727, dated July 12, 2007, with exhibits

18  omitted.

19          42.   Attached as Exhibit 37 is a true and correct copy of the Order

20  Denying Motion For Terminating Sanctions; Order Denying Request For

21  Interlocutory Appeal; Order Requiring Filing Of Affidavits Re Evidence

22  Preservation, dated August 29, 2007.

23          I declare under penalty of perjury under the laws of the United States of

24  America that the foregoing is true and correct.

25          Executed this 13th day of December, 2007, at Los Angeles, California.

26

27          Michael T. Zeller

28

07209/2317254.1

EXHIBIT ____142____

PAGE ____1845____

**quinn emanuel**

1          **PROOF OF SERVICE**

2          I am employed in the County of Los Angeles, State of California.  I am over the age of eighteen years and not a party to the within action; my business address is Now Legal Service,

3     1301 W. 2nd Street, Suite 206, Los Angeles, CA 90026.

4          On April 28, 2008, I served true copies of the following document(s) described as **DECLARATION OF STEPHEN HAUSS IN SUPPORT OF MATTEL, INC.'S**

5     **OPPOSITION TO THE MGA PARTIES' MOTIONS IN LIMINE NOS. 1-14 (with exhibits)** on the parties in this action as follows:

6

7     Thomas J. Nolan                          Mark E. Overland
      **Skadden, Arps, Slate, Meagher & Flom**   David C. Scheper
      **LLP**                                  Alexander H. Cote

8     300 South Grand Ave., Ste. 3400          **Overland Borenstein Scheper & Kim**
      Los Angeles, CA 90071                    **LLP**

9                                              601 West Fifth Street, 12th Floor
                                               Los Angeles, CA 90017

10

11

12    On April 28, 2008, I served true copies of the following document(s) described as
      **DECLARATION OF MICHAEL T. ZELLER IN SUPPORT OF MATTEL, INC.'S**

13    **OPPOSITION TO THE MGA PARTIES' MOTIONS IN LIMINE NOS. 1-14 (without**
      **exhibits)** on the parties in this action as follows:

14

15    John W. Keker, Esq.
      Michael H. Page, Esq.
      Christina M. Anderson, Esq.

16    **Keker & Van Nest, LLP**
      710 Sansome Street

17    San Francisco, CA 94111

18

19

20    **BY PERSONAL SERVICE:**  I delivered such envelope(s) by hand to the office of the person(s) being served.

21

22          I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

23          Executed on April 28, 2008, at Los Angeles, California.

24

25                                             Dave Quintana

26                                             NOW LEGAL -- Dave Quintana

27

28

07209/2485896.1

## PROOF OF SERVICE

1

2       I am employed in the County of Los Angeles, State of California.  I am over the age of eighteen years and not a party to the within action; my business address is 865 South Figueroa

3  Street, 10th Floor, Los Angeles, California 90017-2543.

4       On April 28, 2008, I served true copies of the following document(s) described as **DECLARATION OF MICHAEL T. ZELLER IN SUPPORT OF MATTEL, INC.'S**

5  **OPPOSITION TO THE MGA PARTIES' MOTIONS IN LIMINE NOS. 1-14 (with exhibits)** on the parties in this action as follows:

6

7       John W. Keker, Esq.
        Michael H. Page, Esq.
        Christina M. Anderson, Esq.

8       **Keker & Van Nest, LLP**
        710 Sansome Street

9       San Francisco, CA 94111

10  **BY MAIL:**  I enclosed the foregoing into sealed envelope(s) addressed as shown above, and I deposited such envelope(s) in the mail at Los Angeles, California.  The envelope was mailed with

11  postage thereon fully prepaid.

12       I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

13

14       Executed on April 28, 2008, at Los Angeles, California.

15

16                                               Andrea Hoeven

17

18

19

20

21

22

23

24

25

26

27

28

07209/2485896.1                                    -2-